# Plaintiffs' Supplemental Exhibit 105
# (Full Cross Dep. Tr.)

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                        ---oOo---

 4

 5     IN RE: FACEBOOK, INC.,

       CONSUMER PRIVACY USER

 6     PROFILE LITIGATION

       _____/

 7                                    MDL No. 2843

 8                                    Case No. 18-md-02843-VC-JSC

       This document relates to:

 9

       ALL ACTIONS

10     _____/

11

12

13               ***CONFIDENTIAL***

14

15

16           REMOTE VIDEOTAPED DEPOSITION OF

17                    SIMON CROSS

18           30(B)(6) DESIGNEE, FACEBOOK, INC.

19     _____

20                MONDAY, MAY 9, 2022

21

22

23

24     REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

25     JOB NUMBER 5210141
```

                                                    Page 1

CONFIDENTIAL

```
 1                         --o0o--
 2          Remote videotaped deposition of SIMON CROSS, taken
 3     by the Plaintiffs, with the witness located in London,
 4     United Kingdom, commencing at 3:49 P.M. London Daylight
 5     Time, on MONDAY, MAY 9, 2022, before me, HOLLY THUMAN,
 6     CSR, RMR, CRR.
 7                         --o0o--
 8                        APPEARANCES
 9               (ALL APPEARANCES REMOTE)
10     FOR THE PLAINTIFFS:
11          KELLER ROHRBACK LLP
            1201 Third Avenue, Suite 3200
12          Seattle, Washington 98101
            By:  CARI LAUFENBERG, Attorney at Law
13               CLaufenberg@kellerrohrback.com
            By:  ADELE DANIEL, Attorney at Law
14               ADaniel@kellerrohrback.com
            By:  DEREK W. LOESER, Attorney at Law
15               DLoeser@kellerrohrback.com
            By:  EMMA WRIGHT
16               EWright@kellerrohrback.com
            By:  DAVID KO, Attorney at Law
17               DKo@kellerrohrback.com
18
            BLEICHMAR FONTI & AULD
19          555 12th Street, Suite 1600
            Oakland, California 94607
20          By:  LESLEY E. WEAVER, Attorney at Law
                 lweaver@bfalaw.com
21          By:  MATTHEW MELAMED, Attorney at Law
                 mmelamed@bfalaw.com
22
23
24
25                    (CONTINUED)

                                              Page  2
```

CONFIDENTIAL

```
 1                    APPEARANCES (Continued)
 2                  (ALL APPEARANCES REMOTE)
 3
      FOR DEFENDANT FACEBOOK, INC.:
 4
           GIBSON, DUNN & CRUTCHER
 5         1801 California Street, Suite 4200
           Denver, Colorado 80220
 6         By:  ROBERT BLUME, Attorney at Law
                RBlume@gibsondunn.com
 7
           GIBSON, DUNN & CRUTCHER
 8         1881 Page Mill Road
           Palo Alto, California
 9         By:  PHUNTSO WANGDRA, Attorney at Law
                PWangdra@gibsondunn.com
10
           GIBSON DUNN & CRUTCHER LLP
11         2001 Ross Avenue, Suite 2100
           Dallas, Texas 75210-2911
12         By:  MATT BUONGIORNO, Attorney at Law
                MBuongiorno@gibsondunn.com
13         By:  HANNAH REGAN-SMITH, Attorney at Law
                HRegan-Smith@gibsondunn.com
14
           GIBSON DUNN & CRUTCHER LLP
15         811 Main Street, Suite 3000
           Houston, Texas 77002
16         By:  JOSIAH CLARKE, Attorney at Law
                JClarke@gibsondunn.com
17
      ALSO PRESENT:
18
           IAN CHEN, In-House Counsel, Meta Platforms
19
           ROSE RING, In-House Counsel, Meta Platforms
20
           JOHN MACDONELL, Videographer
21
           DANIEL GARRIE, Special Master
22
23
24
25
                                              Page  3
```

CONFIDENTIAL

```
 1                         I N D E X
 2                   INDEX OF EXAMINATIONS
 3     EXAMINATION BY:                                PAGE
 4     MR. LOESER                                        6
 5                        --o0o--
 6          EXHIBITS MARKED FOR IDENTIFICATION
 7     NO.                 DESCRIPTION               PAGE
 8     Exhibit 332   September 27, 2013, email chain,    75
                     Konstantinos Papamiltiadis to Allison
 9                   Hendrix and others
                     (FB-CA-MDL-00198455 through -457)
10
       Exhibit 333   December 9, 2013, message summary,  92
11                   David Poll to Eddie O'Neil, David
                     Poll (FB-CA-MDL-02140404 to -414)
12
       Exhibit 334   Presentation deck, Login v4 (+PS12n) 125
13                   - 1/24/2014 update
                     (FB-CA-MDL-01685319.ppt)
14
       Exhibit 335   Document provided at deposition,    153
15                   "Simon's in-depo notes"
16     Exhibit 336   October 31, 2013, email Simon Cross 173
                     to Zhen Fang (FB-CA-MDL-00200051)
17
       Exhibit 337   Changes made to v2 at f8**User      176
18                   Trust** (FB-CA-MDL-02145706 through
                     -711)
19
20           PREVIOUSLY MARKED EXHIBITS REFERENCED
21     NO.                 DESCRIPTION               PAGE
22     Exhibit 330   Previously marked                    18
       Exhibit 98    Previously marked                   115
23
24                        --o0o--
25
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1                    MONDAY, MAY 9, 2022

 2                       3:49 P.M.

 3                       --o0o--

 4                    PROCEEDINGS

 5                       --o0o--

 6            THE VIDEO OPERATOR:  We're on the record.      15:49:21

 7      It's 3:49 P.M. London time on May 9, 2022.  This is   15:49:22

 8      the deposition of Simon Cross, and we're here in      15:49:29

 9      the matter of Facebook Consumer Privacy User          15:49:32

10      Profile Litigation.                                   15:49:35

11            I'm John MacDonell, the videographer, with      15:49:39

12      Veritext.                                             15:49:42

13            Before the reporter swears the witness,         15:49:43

14      would Counsel please identify themselves, beginning   15:49:45

15      with the noticing party, please.                      15:49:48

16            MR. LOESER:  Good morning.  This is             15:49:51

17      Derek Loeser from Keller Rohrback for Plaintiffs.     15:49:52

18      With me is Adele Daniel and Cari Laufenberg and       15:49:56

19      Emma Wright, also from Keller Rohrback.               15:50:00

20            MR. BLUME:  This is Rob Blume from              15:50:03

21      Gibson Dunn on behalf of Facebook.  With me is        15:50:05

22      Hannah Regan-Smith, Ian Chen, Josiah Clarke,          15:50:08

23      Matt Buongiorno, and Phuntso Wangdra.                 15:50:17

24            MS. WEAVER:  And good morning.  It's            15:50:23

25      Lesley Weaver from Bleichmar Fonti & Auld, also on    15:50:24
```

Page 5

| | | |
|---|---|---|
| 1 | behalf of the plaintiffs. | 15:50:30 |
| 2 | SPECIAL MASTER GARRIE:  This is Special | 15:50:31 |
| 3 | Master Garrie, here on behalf of the court. | 15:50:31 |
| 4 | --oOo-- | 15:50:52 |
| 5 | SIMON CROSS, | 15:50:52 |
| 6 | _____ | 15:50:52 |
| 7 | called as a witness, having been first duly | 15:50:52 |
| 8 | sworn, was examined and testified as follows: | 15:50:52 |
| 9 | ---oOo--- | 15:50:52 |
| 10 | EXAMINATION BY MR. LOESER | 15:50:52 |
| 11 | BY MR. LOESER: | 15:50:52 |
| 12 | Q.  Good morning, Mr. Cross.  We met before we | 15:50:56 |
| 13 | went on the record, but I'll introduce myself | 15:50:58 |
| 14 | again.  My name is Derek Loeser.  I'm from the firm | 15:51:00 |
| 15 | of Keller Rohrback for the plaintiffs in this | 15:51:03 |
| 16 | litigation, and with me is Cari Laufenberg, | 15:51:05 |
| 17 | Adele Daniel, Emma Wright, and Ms. Weaver from her | 15:51:07 |
| 18 | firm as well. | 15:51:12 |
| 19 | Have you had your deposition taken before? | 15:51:13 |
| 20 | A.  I -- I've been deposed previously, but I | 15:51:17 |
| 21 | don't think I've been deposed in this particular | 15:51:20 |
| 22 | case before. | 15:51:23 |
| 23 | Q.  Okay.  And how many times have you been | 15:51:24 |
| 24 | deposed previously? | 15:51:26 |
| 25 | A.  Twice. | 15:51:28 |

Page 6

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And do you recall what those matters were | 15:51:30 |
| 2 | in which you were deposed? | 15:51:32 |
| 3 | A.  The first was some -- a matter relating to | 15:51:34 |
| 4 | '643, the '643 case, and then the second was a -- I | 15:51:38 |
| 5 | don't recall exactly, but it's the -- the | 15:51:45 |
| 6 | Washington District Attorney's -- Washington D.C., | 15:51:48 |
| 7 | I think, case against -- against Meta relating to | 15:51:52 |
| 8 | some of the matters -- | 15:51:56 |
| 9 | (Reporter requested clarification.) | 15:52:04 |
| 10 | THE WITNESS:  -- relating to the, I | 15:52:04 |
| 11 | recall, the Cambridge Analytica matter. | 15:52:05 |
| 12 | BY MR. LOESER: | 15:52:08 |
| 13 | Q.  And the '643 matter was against Facebook | 15:52:10 |
| 14 | as well.  Is that right? | 15:52:13 |
| 15 | A.  That's correct, yes. | 15:52:16 |
| 16 | Q.  Okay.  Well, you've been through this | 15:52:18 |
| 17 | before, so -- but I'll just remind you of the basic | 15:52:20 |
| 18 | rules, which are really designed to have a clear | 15:52:23 |
| 19 | record. | 15:52:26 |
| 20 | As the Special Master indicated, it's very | 15:52:26 |
| 21 | important that we're not talking at the same time | 15:52:28 |
| 22 | and that we let the court reporter take down what | 15:52:30 |
| 23 | we are saying. | 15:52:32 |
| 24 | If I ask a question and you don't | 15:52:33 |
| 25 | understand the question, could you please ask me to | 15:52:35 |

Veritext Legal Solutions
866 299-5127

1    restate it, and I'll attempt to do that.        15:52:38

2         And when you're answering questions, it's   15:52:42

3    important to answer verbally, so that would be a  15:52:44

4    good example.  Shaking your head doesn't make it  15:52:47

5    onto the record, but Yes/No does.                15:52:50

6         So could we make sure that you answer       15:52:52

7    verbally?                                         15:52:54

8         A.  I understand.                            15:52:55

9         Q.  And if you do answer one of my questions, 15:52:56

10   I will assume you understood the question.        15:52:59

11        Is that a fair assumption?                    15:53:01

12        A.  That's fine, yes.                          15:53:04

13        Q.  And over the course of the day, your      15:53:06

14   attorney may object to questions that I ask.  And 15:53:10

15   when he does so, unless he instructs you not to   15:53:12

16   answer the question, please wait for him to finish 15:53:15

17   objecting and then go ahead and answer the        15:53:17

18   question.                                          15:53:19

19        Do you understand that?                        15:53:20

20        A.  I understand that, yes.                     15:53:21

21        Q.  And we'll be going for a while, and if at 15:53:23

22   any point you need a break, please just ask for   15:53:26

23   one, and I will accommodate that the best I can.  15:53:28

24        The only caveat is if there is a question    15:53:31

25   that is pending, I will ask you to finish the     15:53:35

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | question before we take a break. | 15:53:37 |
| 2 | Is that understood? | 15:53:40 |
| 3 | A.  Yeah.  I understand. | 15:53:41 |
| 4 | Q.  And sometimes if we're -- if there's a | 15:53:42 |
| 5 | series of questions and I'm almost through the | 15:53:44 |
| 6 | series, I'll ask if it's okay if we just finish the | 15:53:46 |
| 7 | series before taking a break. | 15:53:49 |
| 8 | Does that sound fair to you? | 15:53:51 |
| 9 | A.  That sounds fair. | 15:53:53 |
| 10 | Q.  Okay.  And as the Special Master | 15:53:54 |
| 11 | indicated, he will be observing today, and so he | 15:53:55 |
| 12 | may come on camera at some point to discuss | 15:53:58 |
| 13 | matters. | 15:54:01 |
| 14 | And it's important there as well that we | 15:54:01 |
| 15 | make sure that he has the time and space to talk | 15:54:03 |
| 16 | and that the record is clear so that we're not | 15:54:06 |
| 17 | talking at the same time. | 15:54:08 |
| 18 | Is that fair? | 15:54:09 |
| 19 | A.  Yep.  That's fair. | 15:54:10 |
| 20 | Q.  Okay.  And, Mr. Cross, is there anything | 15:54:12 |
| 21 | that may impact your ability to testify honestly | 15:54:14 |
| 22 | and truthfully today? | 15:54:18 |
| 23 | A.  Not that I'm aware of. | 15:54:20 |
| 24 | Q.  Okay.  No medications or anything of that | 15:54:22 |
| 25 | sort that may interfere with your recall or ability | 15:54:24 |

CONFIDENTIAL

```
 1    to testify?                                    15:54:29

 2         A.  No.  I'm not on any medication, no.   15:54:29

 3         Q.  And, Mr. Cross, you're located in London?  15:54:32

 4         A.  That's correct.                       15:54:36

 5         Q.  And is that where you -- and I gather you  15:54:37

 6    work for -- for Meta.  Right?                  15:54:40

 7         A.  That's correct, yeah.  I still work for  15:54:44

 8    Meta and live in London.                       15:54:46

 9         Q.  Okay.  And so how often do you come to the  15:54:52

10    United States as part of your work?            15:54:54

11         A.  In the last two years, not at all, sadly.  15:54:56

12    Before that, I used to come several times a year.  15:55:02

13         Q.  Okay.  And do you think that going forward  15:55:06

14    you'll be coming stateside more often?         15:55:08

15         A.  It's too early to say how much -- how much  15:55:13

16    international we'll be doing.  I doubt I'll be  15:55:15

17    doing it as much as we used to.                15:55:18

18         Q.  And, sir, if there were a trial in this  15:55:20

19    case, would you be willing to fly across the ocean  15:55:22

20    to attend the trial?                           15:55:25

21         A.  I have to consult with my counsel on  15:55:29

22    whether or not that would be an appropriate thing  15:55:32

23    to do.                                         15:55:34

24         Q.  Okay.  And are you communicating -- and  15:55:35

25    this is -- you know, we're in this new world of  15:55:39
```

Page 10

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | remote depositions, so there are some things we | 15:55:41 |
| 2 | need to sort out for that as well. | 15:55:43 |
| 3 | You are not actively communicating with | 15:55:46 |
| 4 | anybody during the time that I'm asking you these | 15:55:47 |
| 5 | questions, are you? | 15:55:50 |
| 6 | A.  No.  I am not communicating with anyone. | 15:55:51 |
| 7 | Q.  Okay.  No texting or messaging or anything | 15:55:54 |
| 8 | of that sort happening? | 15:55:57 |
| 9 | A.  No.  My phone is screen side down on the | 15:55:59 |
| 10 | desk, and I've cleared my computer. | 15:56:02 |
| 11 | Q.  Excellent.  Thank you. | 15:56:07 |
| 12 | And, Mr. Cross, did you prepare any notes | 15:56:09 |
| 13 | or other materials to assist you with your | 15:56:12 |
| 14 | testimony today? | 15:56:14 |
| 15 | A.  I have a document that I prepared that | 15:56:17 |
| 16 | includes some facts to help me answer -- I think | 15:56:20 |
| 17 | that might come up to help me answer your | 15:56:25 |
| 18 | questions, but that's all I've prepared. | 15:56:27 |
| 19 | Q.  And do you have that with you today, sir? | 15:56:31 |
| 20 | A.  I do, yes. | 15:56:33 |
| 21 | Q.  And do you intend to refer to that during | 15:56:35 |
| 22 | your testimony today? | 15:56:39 |
| 23 | A.  If -- if you ask me a question and I can't | 15:56:42 |
| 24 | remember a fact -- a specific fact I may have noted | 15:56:44 |
| 25 | down, then I was planning to refer to that, yes, as | 15:56:50 |

Page 11

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to best answer your questions. | 15:56:54 |
| 2 | MR. LOESER:  Thank you. | 15:56:57 |
| 3 | And, Counsel, Mr. Blume, we would like a | 15:56:57 |
| 4 | copy of those notes.  And we don't need to go off | 15:57:00 |
| 5 | the record right now to get them, but we would like | 15:57:03 |
| 6 | them as soon as you can get them to us during the | 15:57:06 |
| 7 | deposition, not after. | 15:57:08 |
| 8 | Could you accommodate that request, | 15:57:10 |
| 9 | please? | 15:57:13 |
| 10 | MR. BLUME:  Noted. | 15:57:14 |
| 11 | BY MR. LOESER: | 15:57:19 |
| 12 | Q.  And since your counsel noted that request | 15:57:19 |
| 13 | but did not actually tell me he was going to do it, | 15:57:21 |
| 14 | this is something I'll bring up again in a little | 15:57:24 |
| 15 | bit just to make sure we actually get those notes | 15:57:27 |
| 16 | during the deposition today.  Okay? | 15:57:30 |
| 17 | And, Mr. Cross, you indicated that you | 15:57:33 |
| 18 | currently work for Meta.  Is that right? | 15:57:35 |
| 19 | A.  That's correct.  I work for Meta -- the | 15:57:41 |
| 20 | U.K. arm of Meta.  Meta Platforms, Inc., has a U.K. | 15:57:44 |
| 21 | arm. | 15:57:50 |
| 22 | Q.  Okay.  And over the course of the day, | 15:57:51 |
| 23 | I'll be referring to Facebook frequently.  And when | 15:57:53 |
| 24 | I refer to Facebook and ask you a question about | 15:57:55 |
| 25 | Facebook, will you be drawing any distinction | 15:57:58 |

Page 12

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | between Meta and Facebook when you answer? | 15:58:00 |
| 2 | A.  Whether or not I need to do so may depend | 15:58:09 |
| 3 | on the context of the question.  So I can ask for | 15:58:11 |
| 4 | clarification if needed. | 15:58:16 |
| 5 | Q.  Okay.  That would be helpful.  I | 15:58:18 |
| 6 | appreciate that. | 15:58:20 |
| 7 | Mr. Cross, how long have you been employed | 15:58:21 |
| 8 | at -- and I'm going to say Facebook, and I mean | 15:58:23 |
| 9 | both Facebook and Meta. | 15:58:27 |
| 10 | A.  I joined the company in September 2010. | 15:58:30 |
| 11 | Q.  And I'm not going to take the time during | 15:58:38 |
| 12 | today's deposition to go through your LinkedIn | 15:58:40 |
| 13 | résumé in detail, but I would ask you to describe | 15:58:44 |
| 14 | the major responsibilities that you've had over | 15:58:47 |
| 15 | your time at Facebook and Meta. | 15:58:49 |
| 16 | A.  Sure.  The first part of my career was | 15:58:54 |
| 17 | working on the Platform Partnerships team, first as | 15:58:59 |
| 18 | a partner engineer, then as a -- for a short time | 15:59:04 |
| 19 | as a developer advocate, and then for a short time | 15:59:07 |
| 20 | as a strategic partnership manager. | 15:59:10 |
| 21 | In -- that was from September 2010 to | 15:59:12 |
| 22 | January 2014. | 15:59:18 |
| 23 | From January 2014 to the end of 2015, I | 15:59:21 |
| 24 | was a product manager on the Facebook Platform | 15:59:25 |
| 25 | team. | 15:59:28 |

Page 13

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | From 2016 to late 2018, I worked on the | 15:59:31 |
| 2 | Workplace by Facebook -- now just Workplace -- team | 15:59:33 |
| 3 | in London. | 15:59:38 |
| 4 | From late 2018 to mid-2021, I worked on | 15:59:41 |
| 5 | the Central Integrity team. | 15:59:47 |
| 6 | And since mid-2021, I've been working on a | 15:59:52 |
| 7 | team called "Central Customer Support." | 15:59:57 |
| 8 | Q.  Okay.  Thank you. | 16:00:01 |
| 9 | And what -- what is your degree? | 16:00:03 |
| 10 | Do you have a degree after high school? | 16:00:07 |
| 11 | A.  My education, I have a master's in | 16:00:11 |
| 12 | engineering from the University of Nottingham. | 16:00:15 |
| 13 | Q.  And was that -- | 16:00:18 |
| 14 | A.  Specifically, it's in -- sorry. | 16:00:19 |
| 15 | Q.  Sorry.  Go ahead. | 16:00:21 |
| 16 | A.  Sorry, it's a master's in electronic | 16:00:22 |
| 17 | engineering from the University of Nottingham. | 16:00:25 |
| 18 | Q.  Thank you.  Mr. Cross, have you spoken to | 16:00:30 |
| 19 | anyone other than your attorneys about your | 16:00:32 |
| 20 | deposition today? | 16:00:35 |
| 21 | A.  I have. | 16:00:39 |
| 22 | I -- what kind of information are you | 16:00:41 |
| 23 | looking for there? | 16:00:45 |
| 24 | Q.  Sure.  I'll ask more specific questions. | 16:00:47 |
| 25 | Did you speak to colleagues of yours about | 16:00:50 |

Page 14

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | your testimony today? | 16:00:53 |
| 2 | A.  I spoke to some people currently employed | 16:00:55 |
| 3 | by Meta to understand their experiences relating to | 16:00:57 |
| 4 | this matter, yes. | 16:01:05 |
| 5 | Q.  And who did you speak with? | 16:01:07 |
| 6 | A.  I spoke with Eddie O'Neil, Ime Archibong, | 16:01:11 |
| 7 | Steven Elia, Dan Xu, Allison Hendrix, Eugene | 16:01:18 |
| 8 | Zarakhovsky, Francisco Varela, and Amit Sangani. | 16:01:25 |
| 9 | Q.  And were those conversations all of | 16:01:34 |
| 10 | different amounts of time? | 16:01:37 |
| 11 | Were there some people you spoke to more | 16:01:38 |
| 12 | than others? | 16:01:40 |
| 13 | Describe in a little more detail, if you | 16:01:41 |
| 14 | can. | 16:01:43 |
| 15 | A.  I spoke to each of those people once for | 16:01:45 |
| 16 | between 30 and 45 minutes each.  The conversation | 16:01:51 |
| 17 | between Dan and Steven was one conversation with | 16:01:57 |
| 18 | both of them on the call. | 16:02:01 |
| 19 | Q.  And were any attorneys present during any | 16:02:09 |
| 20 | of those conversations? | 16:02:11 |
| 21 | A.  Yes.  Attorneys for Facebook/Meta, were | 16:02:14 |
| 22 | present for all of those conversations, yes. | 16:02:18 |
| 23 | Q.  Okay.  And who were the attorneys that | 16:02:22 |
| 24 | were present, if you know their names? | 16:02:23 |
| 25 | A.  There were a number of people on the call, | 16:02:29 |

Page 15

| | | |
|---|---|---|
| 1 | so I probably can't give you everybody who was | 16:02:30 |
| 2 | there, but a combination of Rob -- Mr. Blume, | 16:02:34 |
| 3 | Ian Chen, and Matt -- I'm not sure I'm going to | 16:02:41 |
| 4 | pronounce this correctly -- Buongiorno. | 16:02:49 |
| 5 | Sorry, Matt, if you're listening.  I | 16:02:52 |
| 6 | apologize if I got that wrong. | 16:02:55 |
| 7 | Q.  Thank you.  Good enough to identify him. | 16:02:59 |
| 8 | And, sir, did you review any of the | 16:03:01 |
| 9 | pleadings or filings that have been made in this | 16:03:03 |
| 10 | case to prepare for your testimony today? | 16:03:06 |
| 11 | A.  I have, yes. | 16:03:09 |
| 12 | Q.  And do you recall what specifically you | 16:03:11 |
| 13 | reviewed? | 16:03:13 |
| 14 | A.  My attorneys sent over a -- a set of | 16:03:16 |
| 15 | documents for me to review in advance of this | 16:03:21 |
| 16 | testimony, and I also received a set of documents, | 16:03:25 |
| 17 | I think, from you folks; around 36 documents, I | 16:03:28 |
| 18 | think. | 16:03:34 |
| 19 | Q.  And were you sent a stack of documents | 16:03:34 |
| 20 | from your attorneys? | 16:03:36 |
| 21 | Were they assembled in a binder or | 16:03:38 |
| 22 | presented to you in some other manner like that? | 16:03:40 |
| 23 | A.  All of the documents I've reviewed to | 16:03:43 |
| 24 | prepare for today I've reviewed electronically. | 16:03:46 |
| 25 | Q.  Okay.  In a single folder? | 16:03:50 |

Page 16

| | | |
|---|---|---|
| 1 | Were they delivered in a single folder, or | 16:03:53 |
| 2 | was it a series of separate files? | 16:03:55 |
| 3 | A.  I received a link to a Google Drive folder | 16:03:58 |
| 4 | that contained a number of files. | 16:04:02 |
| 5 | Q.  Thank you. | 16:04:04 |
| 6 | MR. LOESER:  And, Counsel, as you know, | 16:04:08 |
| 7 | we've asked for Facebook to provide us with | 16:04:09 |
| 8 | identification of the materials given to the | 16:04:11 |
| 9 | witness to prepare for his testimony, and we would, | 16:04:13 |
| 10 | again, ask that you do that with respect to this | 16:04:15 |
| 11 | deposition. | 16:04:18 |
| 12 | (Reporter requested clarification.) | 16:04:18 |
| 13 | MR. BLUME:  I understood the request. | 16:04:25 |
| 14 | BY MR. LOESER: | 16:04:28 |
| 15 | Q.  And, Mr. Cross, you also indicated that | 16:04:29 |
| 16 | you reviewed some materials that you believe that | 16:04:31 |
| 17 | the plaintiffs sent over to you.  Is that correct? | 16:04:33 |
| 18 | A.  Yes.  That's my understanding.  There was | 16:04:37 |
| 19 | a set of documents that was sent over for me to | 16:04:41 |
| 20 | read in advance of today's testimony. | 16:04:46 |
| 21 | Q.  And did you review those documents? | 16:04:49 |
| 22 | A.  I did review those documents, yes. | 16:04:54 |
| 23 | Q.  And how long would you say you spent | 16:05:00 |
| 24 | reviewing the documents that were delivered to you | 16:05:03 |
| 25 | from the plaintiffs? | 16:05:05 |

Page 17

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.  On the order of eight to ten hours or so. | 16:05:12 |
| 2 | Q.  Good.  Thank you. | 16:05:20 |
| 3 | And were those all documents that you had | 16:05:21 |
| 4 | seen before, or were there some new things in there | 16:05:23 |
| 5 | for you? | 16:05:26 |
| 6 | A.  That list contained documents that I | 16:05:29 |
| 7 | hadn't seen before. | 16:05:30 |
| 8 | Q.  Including documents that were -- that were | 16:05:33 |
| 9 | produced by Facebook in this case. | 16:05:36 |
| 10 | Let me ask that slightly differently. | 16:05:40 |
| 11 | Including documents that were internal | 16:05:42 |
| 12 | correspondence and other materials that were | 16:05:43 |
| 13 | created by Facebook? | 16:05:45 |
| 14 | A.  That's my understanding, yes. | 16:05:48 |
| 15 | MR. LOESER:  So if we could mark -- | 16:05:55 |
| 16 | actually, we don't need to mark.  If we could show | 16:05:56 |
| 17 | Mr. Cross what has been previously marked | 16:06:00 |
| 18 | Exhibit 330, I believe. | 16:06:02 |
| 19 | (Previously marked Exhibit 330 was | 16:06:03 |
| 20 | presented to the witness.) | 16:06:03 |
| 21 | BY MR. LOESER: | 16:06:04 |
| 22 | Q.  This should come up on your screen. | 16:06:04 |
| 23 | Again, we're at the mercy of the great Internet | 16:06:07 |
| 24 | here, but you will see the deposition notice that's | 16:06:10 |
| 25 | been served in this case by the plaintiffs on | 16:06:13 |

Page 18

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Facebook. | 16:06:16 |
| 2 | Let me know when you can see that | 16:06:17 |
| 3 | document. | 16:06:19 |
| 4 | MR. BLUME:  I believe that's Exhibit 332. | 16:06:26 |
| 5 | MR. LOESER:  We have it as Exhibit 330. | 16:06:29 |
| 6 | Prior Exhibit 330, yeah.  This isn't a new exhibit, | 16:06:34 |
| 7 | Rob, sorry.  This is -- it was marked during | 16:06:38 |
| 8 | Ms. Hendrix's deposition.  I'll try and make | 16:06:40 |
| 9 | that -- | 16:06:43 |
| 10 | MR. BLUME:  On the screen that I'm looking | 16:06:44 |
| 11 | at, it says "332" on the exhibit sticker. | 16:06:45 |
| 12 | MR. LOESER:  Refresh your screen.  My | 16:06:52 |
| 13 | technology expert tells me that you need to refresh | 16:06:55 |
| 14 | your screen. | 16:06:58 |
| 15 | It should be corrected now. | 16:07:05 |
| 16 | MR. BLUME:  Yes, with thanks to your | 16:07:08 |
| 17 | technology expert.  Appreciate it. | 16:07:09 |
| 18 | BY MR. LOESER: | 16:07:12 |
| 19 | Q.  So, Mr. Cross, you're looking at what's | 16:07:12 |
| 20 | called "Plaintiff's Second Amended Notice of | 16:07:16 |
| 21 | Deposition of Defendant Facebook, Inc., Pursuant to | 16:07:18 |
| 22 | Federal Rule of Civil Procedure 30(b)(6)." | 16:07:20 |
| 23 | Have you seen this notice before? | 16:07:25 |
| 24 | A.  Yes. | 16:07:29 |
| 25 | Q.  And you understand that you have been | 16:07:31 |

Page 19

| | | |
|---|---|---|
| 1 | designated to testify as to certain topics in | 16:07:33 |
| 2 | response to this notice. | 16:07:36 |
| 3 | A.  That's my understanding, yes. | 16:07:40 |
| 4 | Q.  Okay.  And if you could turn -- attached | 16:07:42 |
| 5 | to the notice, there is an appendix.  And if you | 16:07:45 |
| 6 | turn all the way to page 13, or click through to | 16:07:48 |
| 7 | that page or whatever you would need to do on your | 16:07:51 |
| 8 | screen.  I'm turning to page 13, but ... | 16:07:54 |
| 9 | A.  I have page 13 in front of me. | 16:08:02 |
| 10 | Q.  Okay.  And on page 13, there are three | 16:08:04 |
| 11 | topics.  The bottom two, there's Topic 6 and | 16:08:07 |
| 12 | Topic 7. | 16:08:13 |
| 13 | Do you see that? | 16:08:14 |
| 14 | A.  I see that. | 16:08:14 |
| 15 | Q.  And is it your understanding that you have | 16:08:15 |
| 16 | been designated to testify on behalf of Facebook | 16:08:17 |
| 17 | with regard to Topics 6 and 7? | 16:08:23 |
| 18 | A.  That's correct. | 16:08:27 |
| 19 | Q.  Okay.  And as we get into these topics in | 16:08:28 |
| 20 | more detail, your counsel will probably want to | 16:08:31 |
| 21 | clarify the -- the particular matters within those | 16:08:34 |
| 22 | paragraphs that you are prepared to testify about, | 16:08:37 |
| 23 | but we can get to that later. | 16:08:40 |
| 24 | But for present purposes, what's important | 16:08:43 |
| 25 | is that these are the two topics that you | 16:08:46 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | understand that you are here to testify about. | 16:08:48 |
| 2 | A. Those are the two topics I understand I'm | 16:08:53 |
| 3 | here to testify about. | 16:08:55 |
| 4 | Q. And do you understand that by being | 16:08:58 |
| 5 | designated to testify about these topics, you are | 16:09:00 |
| 6 | authorized to speak for Meta/Facebook on the | 16:09:04 |
| 7 | specified matters? | 16:09:08 |
| 8 | A. That's -- that's my understanding, yes. | 16:09:11 |
| 9 | Q. And you understand that your testimony, | 16:09:14 |
| 10 | which is under oath, is binding on Meta. | 16:09:15 |
| 11 | A. That's my understanding, yes. | 16:09:20 |
| 12 | Q. Okay. And I'm going to use Meta and | 16:09:22 |
| 13 | Facebook interchangeably here. I mean the same | 16:09:24 |
| 14 | thing every time, and, like you said before, if | 16:09:26 |
| 15 | there's a distinction that needs to be drawn, you | 16:09:29 |
| 16 | are going to draw that for me. | 16:09:32 |
| 17 | A. I will ask for clarification where I think | 16:09:33 |
| 18 | one is needed if the entities need to be | 16:09:36 |
| 19 | distinguished, yes. | 16:09:38 |
| 20 | Q. And, sir, do you understand that the time | 16:09:40 |
| 21 | period at issue in this litigation is 2007 to the | 16:09:42 |
| 22 | present? | 16:09:46 |
| 23 | A. That's my understanding, yes. | 16:09:48 |
| 24 | Q. Okay. So all of my questions will concern | 16:09:50 |
| 25 | that time period unless I specify something | 16:09:53 |

Page 21

|   |   |   |
|---|---|---|
| 1 | narrower. | 16:09:55 |
| 2 | Is that fair? | 16:09:56 |
| 3 | A.  That's fair. | 16:09:57 |
| 4 | Q.  So before we get into the specifics of | 16:10:06 |
| 5 | each of these topics, I think it would be important | 16:10:08 |
| 6 | to have a conversation about basic terminology to | 16:10:10 |
| 7 | make sure that when you testify, the record is | 16:10:13 |
| 8 | clear as to what you're saying. | 16:10:14 |
| 9 | Is that fair? | 16:10:16 |
| 10 | A.  I'm happy to make sure we can align on | 16:10:18 |
| 11 | terminology, yes. | 16:10:22 |
| 12 | Q.  Okay.  Some of it will seem very basic to | 16:10:23 |
| 13 | you, but trust me, it's important for the court and | 16:10:25 |
| 14 | for the record and, if there's a jury in this case, | 16:10:27 |
| 15 | for the jury to understand and hear from Facebook | 16:10:30 |
| 16 | what these terms mean. | 16:10:33 |
| 17 | So if you'll bear with me, I'll run | 16:10:34 |
| 18 | through some of these basic concepts. | 16:10:36 |
| 19 | To start, what is an "app"? | 16:10:39 |
| 20 | A.  An app is an entity in Facebook's systems | 16:10:43 |
| 21 | that has the ability to access information via the | 16:10:53 |
| 22 | Graph API. | 16:11:00 |
| 23 | There was a broader definition of "app" | 16:11:01 |
| 24 | that is pursuant to mobile applications and so on, | 16:11:05 |
| 25 | but an app in the Facebook ecosystem is a -- an | 16:11:08 |

Page 22

| | | |
|---|---|---|
| 1 | entity that -- that has an app ID and can access | 16:11:13 |
| 2 | the Graph API in some way. | 16:11:18 |
| 3 | Q.  And there are third-party apps and | 16:11:22 |
| 4 | Facebook apps.  Correct? | 16:11:24 |
| 5 | A.  Can you help me understand what you mean | 16:11:28 |
| 6 | by "third-party apps"? | 16:11:29 |
| 7 | Q.  Yeah.  I'm glad you asked. | 16:11:31 |
| 8 | So Facebook creates apps itself for the | 16:11:34 |
| 9 | platform.  Right? | 16:11:36 |
| 10 | A.  There are some apps that Facebook | 16:11:41 |
| 11 | engineers, Facebook, Inc., would have built that | 16:11:45 |
| 12 | may call the Platform APIs, yes. | 16:11:49 |
| 13 | Q.  And then there are -- I'll call them | 16:11:54 |
| 14 | "third parties," but entities not owned or | 16:11:57 |
| 15 | affiliated with Facebook that also create apps. | 16:11:59 |
| 16 | A.  The Facebook Platform allowed developers | 16:12:04 |
| 17 | to create -- third parties to create applications | 16:12:07 |
| 18 | on the Facebook Platform, yes. | 16:12:10 |
| 19 | Q.  Okay.  And so over the course of our | 16:12:12 |
| 20 | conversation today, when I refer to "third-party | 16:12:14 |
| 21 | apps," that is what I will be referring to. | 16:12:16 |
| 22 | Is that fair? | 16:12:19 |
| 23 | A.  So to be clear, you're referring to a | 16:12:20 |
| 24 | third party that, in this context, is an | 16:12:23 |
| 25 | application developed by an entity other than | 16:12:28 |

Page 23

| | | |
|---|---|---|
| 1 | Facebook, Inc., or Meta Platforms? | 16:12:31 |
| 2 | Q.  Yes.  Thank you.  That's a good | 16:12:36 |
| 3 | clarification. | 16:12:38 |
| 4 | And you used some other terms in your | 16:12:39 |
| 5 | answer, and I guess we may as well define those as | 16:12:42 |
| 6 | well. | 16:12:46 |
| 7 | What is the "Facebook Platform"? | 16:12:46 |
| 8 | A.  The Facebook Platform is a collection of | 16:12:50 |
| 9 | technologies that enable developers to build | 16:12:57 |
| 10 | applications that could interact with the Facebook | 16:13:01 |
| 11 | product, Facebook.com or the Facebook product as | 16:13:08 |
| 12 | a -- as a regular user would think of it. | 16:13:14 |
| 13 | Q.  And help me understand:  What is the | 16:13:19 |
| 14 | "Facebook product"? | 16:13:21 |
| 15 | A.  So the Facebook product, by that, I'm | 16:13:25 |
| 16 | referring to, you know, the website Facebook.com | 16:13:28 |
| 17 | and the Facebook iOS and Android apps, for example, | 16:13:32 |
| 18 | and the experience you have when using the | 16:13:39 |
| 19 | Facebook.com website or the Facebook mobile apps on | 16:13:43 |
| 20 | iOS and Android. | 16:13:48 |
| 21 | Q.  Thank you for that. | 16:13:52 |
| 22 | And, sir, what is the "Facebook | 16:13:54 |
| 23 | Social Graph"? | 16:13:55 |
| 24 | A.  My understanding is that the Social Graph | 16:13:57 |
| 25 | would be a term used to explain the relationships | 16:13:59 |

Page 24

| | | |
|---|---|---|
| 1 | between users of the Facebook product; who is | 16:14:06 |
| 2 | friends with who. | 16:14:11 |
| 3 | Q.  Okay.  And we'll have some more specific | 16:14:13 |
| 4 | questions about how that functions later. | 16:14:16 |
| 5 | What is an "API"? | 16:14:18 |
| 6 | A.  An API, which stands for application | 16:14:24 |
| 7 | programming interface, is a way for -- a technical | 16:14:27 |
| 8 | means by which information can be exchanged between | 16:14:34 |
| 9 | entities. | 16:14:37 |
| 10 | Q.  And are you familiar with the term | 16:14:42 |
| 11 | "high-signal APIs"? | 16:14:44 |
| 12 | A.  I'm not familiar with that term. | 16:14:47 |
| 13 | Q.  Are some APIs considered more sensitive in | 16:14:51 |
| 14 | terms of the information they provide than others? | 16:14:53 |
| 15 | A.  Can you help me understand in which | 16:14:58 |
| 16 | context you are referring to?  My answer with APIs | 16:15:00 |
| 17 | was a general concept. | 16:15:03 |
| 18 | Q.  Sure.  In the context of an app obtaining | 16:15:06 |
| 19 | information about Facebook users through APIs, are | 16:15:10 |
| 20 | there some APIs that are considered more sensitive | 16:15:13 |
| 21 | than others in terms of the information that's | 16:15:17 |
| 22 | being gathered? | 16:15:22 |
| 23 | A.  So I would -- yeah, I think it's fair to | 16:15:27 |
| 24 | say that there are some APIs which are considered | 16:15:31 |
| 25 | more sensitive than others, yes. | 16:15:37 |

Page 25

| | | |
|---|---|---|
| 1 | Q.  And why is that?  What is the type of | 16:15:41 |
| 2 | information that would be considered more sensitive | 16:15:43 |
| 3 | in that context? | 16:15:46 |
| 4 | A.  So it depends on the definition of | 16:15:48 |
| 5 | "sensitive." | 16:15:52 |
| 6 | Can you help me understand what you mean | 16:15:52 |
| 7 | by "sensitive"? | 16:15:54 |
| 8 | Q.  Yes.  I mean about the Facebook user data | 16:15:55 |
| 9 | and information that is accessed via an API. | 16:15:57 |
| 10 | Are there some APIs that have the ability | 16:16:01 |
| 11 | to access what Facebook has considered more | 16:16:03 |
| 12 | sensitive information about its users? | 16:16:07 |
| 13 | A.  So good example of a -- of an API that I | 16:16:11 |
| 14 | think is -- would be considered sensitive is an API | 16:16:15 |
| 15 | called "auth.log-in," which would allow a user to | 16:16:19 |
| 16 | log in to a third-party application using their | 16:16:26 |
| 17 | Facebook user name and password. | 16:16:29 |
| 18 | And that would be considered potentially | 16:16:31 |
| 19 | sensitive because the user is entering their | 16:16:36 |
| 20 | Facebook user name and password into a third-party | 16:16:38 |
| 21 | context. | 16:16:42 |
| 22 | Q.  Okay.  And help me understand why that | 16:16:46 |
| 23 | would be considered sensitive. | 16:16:50 |
| 24 | Would that be considered highly sensitive | 16:16:52 |
| 25 | in the Facebook terminology? | 16:16:55 |

Page 26

CONFIDENTIAL

```
 1        A.  I'm not sure what you would be referring    16:16:58

 2   to with -- by "highly sensitive."  I'm not aware of  16:16:59

 3   a specific set of things that would be classed as    16:17:05

 4   "highly sensitive."                                  16:17:09

 5        Q.  Okay.  How about friends permissions        16:17:12

 6   and/or -- friend-related APIs?                       16:17:16

 7            Are you familiar with friend-related APIs?  16:17:19

 8        A.  Can you understand -- just represent --     16:17:23

 9   just for clarification, can you help me understand   16:17:26

10   what you mean by "friend-related APIs"?              16:17:28

11        Q.  Sure.  And we'll get into this more -- in   16:17:30

12   more detail later as well.                           16:17:33

13            But APIs that provide access to the         16:17:35

14   information about a Facebook user's friends, are     16:17:36

15   those referred to by Facebook as "friends            16:17:39

16   permissions" or "friends APIs"?                      16:17:42

17        A.  There was a set of permissions that         16:17:46

18   were -- were referred to as the friend permissions,  16:17:48

19   yes.                                                 16:17:52

20        Q.  And did Facebook consider those             16:17:54

21   permissions to be sensitive?                         16:17:56

22        A.  I think -- I'm not sure -- I'm not sure if  16:18:01

23   there's a way to specifically answer that.  Those    16:18:08

24   were a set of permissions that were available at     16:18:14

25   one time on the Platform and are no longer           16:18:16
```

Page 27

| 1 | generally available. | 16:18:21 |
| 2 | Q. And, again, from the perspective of | 16:18:24 |
| 3 | Facebook, did Facebook discuss those permissions in | 16:18:26 |
| 4 | terms of them being sensitive or highly sensitive? | 16:18:31 |
| 5 | A. They were certainly discussed in the | 16:18:39 |
| 6 | context of being a set of permissions worth | 16:18:41 |
| 7 | discussing. | 16:18:47 |
| 8 | They may have been discussed at times as | 16:18:48 |
| 9 | sensitive. I'm not sure about whether or not they | 16:18:51 |
| 10 | were discussed as highly sensitive. There's no | 16:18:53 |
| 11 | official designation for those permissions that was | 16:18:55 |
| 12 | consistent across the company. | 16:19:00 |
| 13 | Q. And we're about to move on to some other | 16:19:03 |
| 14 | topics, but can you give me an example of a | 16:19:06 |
| 15 | permission that Facebook did refer to as "highly | 16:19:09 |
| 16 | sensitive"? | 16:19:11 |
| 17 | A. I can't give you an example here today of | 16:19:14 |
| 18 | a permission or a -- do you -- from reviewing the | 16:19:16 |
| 19 | documents I've reviewed, I don't recall a set of | 16:19:21 |
| 20 | APIs or permissions that would have been | 16:19:24 |
| 21 | considered -- referred to as "highly sensitive." | 16:19:26 |
| 22 | It's possible that they were referred to | 16:19:29 |
| 23 | using that term by some people, but I don't -- I | 16:19:31 |
| 24 | don't think there was an official designation in | 16:19:35 |
| 25 | any way. | 16:19:38 |

Page 28

| | | |
|---|---|---|
| 1 | Sorry.  Official -- I'm not aware of an | 16:19:41 |
| 2 | official designation of "highly sensitive." | 16:19:44 |
| 3 | Q.  And if you were asked to prepare a list of | 16:19:47 |
| 4 | everything that Facebook -- every API Facebook | 16:19:50 |
| 5 | considered sensitive or highly sensitive, who at | 16:19:54 |
| 6 | Facebook would you go talk to to get that | 16:19:57 |
| 7 | information? | 16:19:59 |
| 8 | A.  There was a categorization of some APIs | 16:20:03 |
| 9 | done in, I think, 2018 to categorize APIs that were | 16:20:08 |
| 10 | still generally available that were still in | 16:20:17 |
| 11 | existence in that time against -- against a set of | 16:20:21 |
| 12 | criteria. | 16:20:27 |
| 13 | I would go speak to one of the people that | 16:20:29 |
| 14 | was involved in that project in around 2018. | 16:20:32 |
| 15 | Q.  And do you know -- do you recall who those | 16:20:36 |
| 16 | people -- who was in charge of that project? | 16:20:38 |
| 17 | A.  I think Konstantine -- Konstantinos -- I | 16:20:41 |
| 18 | really can't pronounce his last name. | 16:20:47 |
| 19 | "KP" as he is otherwise known -- | 16:20:50 |
| 20 | Konstantinos Papamiltiadis -- I don't even want to | 16:20:52 |
| 21 | try -- was leading that project, as I understand | 16:20:55 |
| 22 | it. | 16:20:57 |
| 23 | Q.  Okay.  And there are some documents that | 16:20:57 |
| 24 | have his name, and I can't begin to pronounce that | 16:20:59 |
| 25 | either, so we'll just refer to him as "KP" for the | 16:21:02 |

Page 29

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | benefit of the court reporter. | 16:21:05 |
| 2 | Understood? | 16:21:07 |
| 3 | A.  That's good.  That's good with me. | 16:21:08 |
| 4 | Q.  So there was a few other terms that you | 16:21:10 |
| 5 | mentioned that I want to make sure we understand | 16:21:12 |
| 6 | and I've used as well. | 16:21:14 |
| 7 | One is a "permission." | 16:21:16 |
| 8 | In the context of an API, what is a | 16:21:18 |
| 9 | "permission"? | 16:21:20 |
| 10 | A.  In the context of -- can you help me | 16:21:23 |
| 11 | understand, "in the context of an API"? | 16:21:26 |
| 12 | Q.  Or APIs generally. | 16:21:32 |
| 13 | A.  So my understanding would be that in the | 16:21:35 |
| 14 | context of an API generally, a permission would | 16:21:38 |
| 15 | refer to a way for users -- users of the API or | 16:21:42 |
| 16 | consumers or integration -- integrators of the API | 16:21:48 |
| 17 | to determine what information was available over | 16:21:52 |
| 18 | that interface. | 16:21:59 |
| 19 | Q.  And speaking specifically about the -- the | 16:22:03 |
| 20 | entities that were accessing information on the | 16:22:07 |
| 21 | Facebook Platform, does "permission" refer to the | 16:22:10 |
| 22 | grant of access by Facebook to APIs? | 16:22:13 |
| 23 | A.  "Permissions" in the Facebook Platform | 16:22:17 |
| 24 | context refers to permissions that a user, a | 16:22:22 |
| 25 | Facebook user, would grant an application to which | 16:22:27 |

Page 30

| | | |
|---|---|---|
| 1 | information the application would then have access | 16:22:34 |
| 2 | to after the user had given permission. | 16:22:36 |
| 3 | Q.  And that brings me to my next question, | 16:22:41 |
| 4 | which is capability. | 16:22:44 |
| 5 | In the context of APIs, what is the | 16:22:46 |
| 6 | definition of "capabilities" or a "capability"? | 16:22:49 |
| 7 | A.  Again, do you mean in the context of an | 16:22:54 |
| 8 | API generally, or -- | 16:22:56 |
| 9 | Q.  Yes. | 16:22:59 |
| 10 | A.  So in the context of an API generally, | 16:23:01 |
| 11 | "capability" doesn't have an industry-standard | 16:23:04 |
| 12 | meaning. | 16:23:07 |
| 13 | Q.  How does Facebook generally use that term? | 16:23:13 |
| 14 | A.  In the context -- in the context of the | 16:23:18 |
| 15 | Facebook Platform, "capability" refers to a set of | 16:23:21 |
| 16 | features that would be available to some apps on | 16:23:30 |
| 17 | the Facebook Platform, and that would have enabled | 16:23:37 |
| 18 | a range of functionality. | 16:23:41 |
| 19 | Q.  And specifically, when talking about APIs, | 16:23:44 |
| 20 | would a "capability" relate to the entity's ability | 16:23:47 |
| 21 | to have access to certain APIs on the Platform? | 16:23:54 |
| 22 | A.  Capabilities would -- would modify the -- | 16:24:00 |
| 23 | the behavior of the Facebook Platform in a number | 16:24:06 |
| 24 | of different ways. | 16:24:08 |
| 25 | Q.  And, again, I'm trying to understand how | 16:24:11 |

Page 31

| | | |
|---|---|---|
| 1 | the term is used in the context of Facebook's | 16:24:13 |
| 2 | discussions of what APIs a third party has access | 16:24:15 |
| 3 | to. | 16:24:19 |
| 4 | Does that help in any way to flesh out | 16:24:21 |
| 5 | what it means? | 16:24:25 |
| 6 | A.  So a capability -- my previous answer, I | 16:24:27 |
| 7 | think, is accurate in that a capability is a way | 16:24:30 |
| 8 | for the standard behavior of the Facebook Platform | 16:24:34 |
| 9 | to be modified in some way. | 16:24:37 |
| 10 | Q.  And I'm -- I apologize for struggling to | 16:24:42 |
| 11 | understand this, but -- so let's assume that an app | 16:24:44 |
| 12 | or a developer wants to have access to friend | 16:24:49 |
| 13 | data-related permissions.  Okay? | 16:24:53 |
| 14 | Can we start with that premise? | 16:24:59 |
| 15 | And I'll ask a question based on that | 16:25:03 |
| 16 | premise: | 16:25:05 |
| 17 | Is there a capability that would be | 16:25:06 |
| 18 | provided to that developer that would enable access | 16:25:07 |
| 19 | to those permissions -- or to those APIs? | 16:25:10 |
| 20 | A.  Can you help me understand what time frame | 16:25:15 |
| 21 | you're referring to? | 16:25:17 |
| 22 | Q.  Sure.  Any time between 2007 and the | 16:25:21 |
| 23 | present. | 16:25:24 |
| 24 | A.  So I think the answer depends on the time. | 16:25:28 |
| 25 | In -- you know, the early part of that time period, | 16:25:34 |

Page 32

```
1     let's say 2012, access to the friend permissions        16:25:40

2     was available to all applications on the Facebook        16:25:47

3     Platform.                                                16:25:51

4            Later on, the friend permissions were not         16:25:53

5     available to every app on the Platform, and access       16:25:58

6     to those would have required a modification to the       16:26:03

7     standard API behavior.  And that would have been         16:26:06

8     governed by capability.                                  16:26:10

9        Q.  Thank you.  You've helped me understand           16:26:12

10    any number of documents I have reviewed now.             16:26:14

11    That's helpful information.                              16:26:17

12            We can move on.                                  16:26:20

13            Do you understand what "read permission          16:26:22

14    APIs" are?                                               16:26:24

15        A.  So there's two different concepts that are       16:26:28

16    worth picking apart:  There's the concept of            16:26:31

17    permissions, and there's a concept of APIs, and         16:26:35

18    those are separate concepts.                             16:26:38

19            So I'm not sure how to answer the               16:26:44

20    question.                                                16:26:46

21        Q.  Let me break it down.  I've seen reference       16:26:47

22    to "read stream APIs," for example.                      16:26:50

23            Are you familiar with those?                     16:26:52

24        A.  I am familiar with the -- the concept of a       16:26:56

25    read stream API, yes.                                    16:26:59
```

Page 33

| | | |
|---|---|---|
| 1 | Q.  Okay.  What is that? | 16:27:02 |
| 2 | A.  In the context of the Facebook Platform? | 16:27:07 |
| 3 | Is that what you're asking about? | 16:27:09 |
| 4 | Q.  Yes. | 16:27:11 |
| 5 | A.  My understanding is that the read stream | 16:27:13 |
| 6 | API would allow an application to access a -- | 16:27:16 |
| 7 | the -- an authorized -- a user who -- let me start | 16:27:20 |
| 8 | again to make sure I'm framing this correctly for | 16:27:24 |
| 9 | you. | 16:27:26 |
| 10 | The read stream API would allow an | 16:27:28 |
| 11 | application to access a user's Newsfeed.  In order | 16:27:31 |
| 12 | to access that API, the user would have to give the | 16:27:35 |
| 13 | application permission to do so. | 16:27:41 |
| 14 | Q.  And what about Social Context APIs?  What | 16:27:45 |
| 15 | are those? | 16:27:50 |
| 16 | A.  My understanding is a Social Context API | 16:27:54 |
| 17 | refers to an API that helped applications | 16:27:57 |
| 18 | understand the relationships between two users of | 16:28:02 |
| 19 | the application. | 16:28:06 |
| 20 | Q.  Two users, or any number of users? | 16:28:10 |
| 21 | A.  My understanding is the Social Context API | 16:28:15 |
| 22 | referred to social context between two app-using | 16:28:17 |
| 23 | users. | 16:28:22 |
| 24 | Q.  And we'll get into this in more detail | 16:28:25 |
| 25 | later, but both with read stream and social context | 16:28:28 |

Page 34

| | | |
|---|---|---|
| 1 | APIs, the information that the app or developer | 16:28:31 |
| 2 | would access would include friend information for | 16:28:36 |
| 3 | the users that authorized the app or developer to | 16:28:38 |
| 4 | have access.  Right? | 16:28:43 |
| 5 | A.  Sorry.  Can you restate the question?  I | 16:28:44 |
| 6 | want to make sure I fully understand. | 16:28:46 |
| 7 | Q.  Sure.  You described what a read stream | 16:28:48 |
| 8 | permission was, and you described what a social | 16:28:50 |
| 9 | context API was. | 16:28:53 |
| 10 | Both of those APIs, if authorized by a | 16:28:55 |
| 11 | user, would provide access to friends information | 16:28:57 |
| 12 | of that user.  Right? | 16:28:59 |
| 13 | A.  The read stream API would grant access to | 16:29:04 |
| 14 | an app using a person's Newsfeed.  A Newsfeed on | 16:29:07 |
| 15 | Facebook typically contains content posted by that | 16:29:13 |
| 16 | user's friends. | 16:29:17 |
| 17 | Q.  Okay.  And how about the social context | 16:29:18 |
| 18 | API?  Would that do the same? | 16:29:19 |
| 19 | A.  I'd have to review the API documentation | 16:29:24 |
| 20 | for -- for the -- if there was a specific API | 16:29:26 |
| 21 | you're referring to, exactly how it behaved. | 16:29:31 |
| 22 | Q.  And that's a helpful qualification. | 16:29:36 |
| 23 | Is there a set of -- or a place where | 16:29:40 |
| 24 | documentation of APIs is stored so that if Facebook | 16:29:43 |
| 25 | wanted to understand the specific information that | 16:29:46 |

Page 35

CONFIDENTIAL

```
 1      that API made available, it could go to that set        16:29:49

 2      and find the answer?                                     16:29:52

 3          A.   The Facebook developer website is               16:29:56

 4      typically where API documentation is stored and          16:29:58

 5      published.                                               16:30:02

 6          Q.   And that's true for any API that has ever       16:30:04

 7      existed, or simply for the active APIs?                  16:30:08

 8          A.   That -- the Facebook developer website is       16:30:16

 9      typically for APIs that are available -- publicly        16:30:18

10      available.                                               16:30:22

11          And so not every API that's ever existed            16:30:23

12      would necessarily have a documentation -- would          16:30:26

13      have a document on the Facebook developer website.       16:30:30

14          Q.   Okay.  So where would one go to find            16:30:33

15      information on every API that ever existed?              16:30:35

16          A.   The -- I'm not sure every API that ever         16:30:42

17      existed necessarily had a -- a document -- an            16:30:46

18      associated document written about it.                    16:30:51

19          The source of truth for which APIs existed          16:30:53

20      and so on would have been the Facebook code base         16:30:57

21      itself.                                                  16:31:01

22          Q.   And how would one go about searching that       16:31:03

23      for information about a defunct API?                      16:31:06

24          A.   There are internal tools at Facebook that       16:31:10

25      allow user search for code which existed in the          16:31:13
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Facebook code base. | 16:31:19 |
| 2 | Q.  And what are those internal tools? | 16:31:21 |
| 3 | A.  I am not sure of the name of the internal | 16:31:27 |
| 4 | tools.  I'd have to get back to you on -- on the | 16:31:31 |
| 5 | specific name of the tool. | 16:31:35 |
| 6 | MR. LOESER:  And, Counsel, if you could | 16:31:39 |
| 7 | get back to us with that information, I'd | 16:31:40 |
| 8 | appreciate it. | 16:31:42 |
| 9 | MR. BLUME:  Noted. | 16:31:47 |
| 10 | BY MR. LOESER: | 16:31:48 |
| 11 | Q.  And, Mr. Cross, what is a "private API"? | 16:31:50 |
| 12 | A.  Can you help me understand the context in | 16:31:58 |
| 13 | which you're asking the question? | 16:32:01 |
| 14 | Q.  Sure.  In the context of email and other | 16:32:03 |
| 15 | materials reviewed -- that you reviewed to prepare | 16:32:05 |
| 16 | for this deposition, the term "private API" is | 16:32:09 |
| 17 | frequently used. | 16:32:14 |
| 18 | Do you have an understanding of what is | 16:32:15 |
| 19 | meant by that at Facebook? | 16:32:17 |
| 20 | A.  My understanding of the term "private API" | 16:32:19 |
| 21 | is that it would be an API that was not generally | 16:32:22 |
| 22 | available to most applications on the Facebook | 16:32:27 |
| 23 | Developer Platform. | 16:32:33 |
| 24 | Q.  Okay.  So explain to me what the | 16:32:36 |
| 25 | difference is between a private API and a | 16:32:38 |

Page 37

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | capability. | 16:32:41 |
| 2 | A.  So a "private API" would refer to a | 16:32:42 |
| 3 | specific API method, generally, that could be | 16:32:47 |
| 4 | accessed by developers. | 16:32:51 |
| 5 | A "capability" is the means by which | 16:32:53 |
| 6 | access to that API is governed. | 16:32:56 |
| 7 | Q.  We discussed how APIs function and how | 16:33:07 |
| 8 | APIs provide access to developers or other entities | 16:33:09 |
| 9 | about information about Facebook users. | 16:33:16 |
| 10 | Were there any other technical means by | 16:33:21 |
| 11 | which Facebook shared information about its users | 16:33:24 |
| 12 | with developers or other entities? | 16:33:25 |
| 13 | A.  The Graph API was the -- was a primary way | 16:33:31 |
| 14 | that information would be exchanged with third | 16:33:36 |
| 15 | parties.  It's possible at the company there were | 16:33:40 |
| 16 | other ways for people to exchange information with | 16:33:44 |
| 17 | third parties; email, for example.  But the | 16:33:49 |
| 18 | Graph API would have been one of the common ways to | 16:33:55 |
| 19 | programmatically exchange information. | 16:33:58 |
| 20 | Q.  And can you identify any other ways to | 16:34:01 |
| 21 | programmatically exchange information? | 16:34:04 |
| 22 | A.  I don't have the ability to -- to know | 16:34:11 |
| 23 | every form of information interchange ever used | 16:34:15 |
| 24 | by -- by the company, so I -- I don't feel I can | 16:34:20 |
| 25 | specify other -- any specific other systems.  The | 16:34:26 |

Page 38

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Graph API would have been a common one. | 16:34:31 |
| 2 | There were other APIs in existence over | 16:34:34 |
| 3 | time.  Two examples would be the REST API and | 16:34:38 |
| 4 | something called FQL. | 16:34:45 |
| 5 | Q.  And explain, if you can, what those two | 16:34:49 |
| 6 | systems are. | 16:34:51 |
| 7 | A.  So the REST API was a -- a mechanism, a | 16:34:53 |
| 8 | form of API used by the Facebook Platform to | 16:34:59 |
| 9 | exchange information with third parties that | 16:35:03 |
| 10 | pre-existed the Graph API, and the two were in use | 16:35:05 |
| 11 | simultaneously for a period. | 16:35:12 |
| 12 | FQL -- | 16:35:14 |
| 13 | Q.  Let me pause you there.  Sorry to | 16:35:16 |
| 14 | interrupt, but what period did that exist, and when | 16:35:17 |
| 15 | was it overlapping? | 16:35:21 |
| 16 | A.  The REST API, my understanding, was the | 16:35:24 |
| 17 | original form of the Facebook Developer Platform. | 16:35:28 |
| 18 | So my understanding is that was launched in 2007. | 16:35:30 |
| 19 | And my understanding is the REST API was | 16:35:37 |
| 20 | deprecated in -- I'm not sure of the specific date, | 16:35:39 |
| 21 | but my understanding is around the time that | 16:35:43 |
| 22 | Graph API Version 1.1 or 1.2 was -- was announced. | 16:35:46 |
| 23 | But that -- we can follow up with a | 16:35:53 |
| 24 | specific because I want to make sure I don't give | 16:35:57 |
| 25 | you the wrong answer. | 16:36:00 |

Page 39

| | | |
|---|---|---|
| 1 | Q.  Sure.  And do you have a rough idea of | 16:36:01 |
| 2 | what year the Graph API came into being? | 16:36:03 |
| 3 | A.  The Graph API was launched in April 2010. | 16:36:07 |
| 4 | Q.  So we've touched on the Graph API | 16:36:17 |
| 5 | Version 1, and that's another important term.  I | 16:36:20 |
| 6 | want to make sure I understand that. | 16:36:23 |
| 7 | So Graph API version, was it 1.0 or 1.1? | 16:36:26 |
| 8 | What was the very first version of that | 16:36:31 |
| 9 | system? | 16:36:33 |
| 10 | A.  The Graph API was launched in April 2010. | 16:36:35 |
| 11 | At the time, it was just called the "Graph API." | 16:36:39 |
| 12 | Q.  Okay.  And I gather from your LinkedIn | 16:36:42 |
| 13 | résumé, you had something to do with the initial | 16:36:45 |
| 14 | development of the Graph API version zero, I guess, | 16:36:47 |
| 15 | whatever you call it.  Is that right? | 16:36:53 |
| 16 | A.  So the version of the API that was | 16:36:55 |
| 17 | originally launched in April 2010 is what later | 16:36:57 |
| 18 | became known as Version 1. | 16:37:00 |
| 19 | I was actually not involved in the | 16:37:03 |
| 20 | development of that.  It was launched in | 16:37:05 |
| 21 | April 2010.  I joined the company in | 16:37:07 |
| 22 | September 2010. | 16:37:11 |
| 23 | Q.  Okay.  So let's -- let me make sure I | 16:37:15 |
| 24 | understand the different versions. | 16:37:17 |
| 25 | It starts with Graph API, period, and then | 16:37:19 |

Page 40

```
 1        it evolved into what?                              16:37:22

 2              What were the different evolutions of        16:37:24

 3        that, of the Graph API?                            16:37:26

 4           A.  It was called just the "Graph API" from --  16:37:29

 5        from launch in April 2010.  That -- that, kind of, 16:37:32

 6        version later became known as "API Version 1" when 16:37:38

 7        a new version that was referred to as              16:37:43

 8        "API Version 2" was launched in April 2014.        16:37:45

 9           Q.  And in the evolution from Version 1 and     16:37:52

10        Version 2, were there specific reasons why Facebook 16:37:55

11        made changes?                                      16:37:59

12           A.  The Graph API, the original version of the  16:38:02

13        Graph API, evolved constantly over time as well.   16:38:06

14        So there were changes being made to the -- to the  16:38:10

15        Graph API from launch for a wide range of reasons. 16:38:14

16           Q.  Okay.  And, specifically, in the changes    16:38:20

17        from Version 1 to Version 2, what were the         16:38:22

18        reasons -- what were the major changes that were   16:38:24

19        made?                                              16:38:27

20           A.  It was a large number of changes launched   16:38:29

21        as part of API Version 2.                          16:38:33

22              How much -- how much depth would you like    16:38:37

23        me to go into?                                     16:38:39

24           Q.  Well, let me ask it this way:  What were    16:38:41

25        the problems that Facebook was trying to solve in  16:38:44
```

Page 41

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the transition from Version 1 to Version 2? | 16:38:47 |
| 2 | A.  There was a -- also a whole -- also a | 16:38:51 |
| 3 | whole range of problems that -- that we were | 16:38:53 |
| 4 | attempting to solve. | 16:38:56 |
| 5 | Can you help me understand, like, what you | 16:38:58 |
| 6 | are looking for? | 16:39:00 |
| 7 | Q.  Well, let's start at the -- are you | 16:39:01 |
| 8 | familiar with the expression "the 30,000-foot | 16:39:03 |
| 9 | level"? | 16:39:07 |
| 10 | A.  I've heard of that term, yes. | 16:39:08 |
| 11 | Q.  Okay.  So let's think about it in terms of | 16:39:10 |
| 12 | at the 30,000-foot level if there were major issues | 16:39:13 |
| 13 | that Facebook was attempting to solve through that | 16:39:17 |
| 14 | transition, if any of those come to mind. | 16:39:19 |
| 15 | A.  I'll do my best to explain some. | 16:39:23 |
| 16 | One was that the original way that | 16:39:27 |
| 17 | breaking changes had been made in the Facebook | 16:39:32 |
| 18 | Developer Platform was in an app configuration. | 16:39:34 |
| 19 | So in your app, configuring your app | 16:39:39 |
| 20 | settings, that was a workable mechanism when the | 16:39:42 |
| 21 | Facebook Platform was primarily called by | 16:39:48 |
| 22 | server-side applications. | 16:39:52 |
| 23 | In the early 2010s, the developer | 16:39:55 |
| 24 | ecosystem moved more and more to mobile | 16:40:00 |
| 25 | applications, which meant developers' code running | 16:40:02 |

Page 42

| | | |
|---|---|---|
| 1 | on devices, which meant that it was harder for them | 16:40:08 |
| 2 | to centrally control changes to the API. | 16:40:12 |
| 3 | And so one of the big problems that | 16:40:15 |
| 4 | Facebook was trying to solve with the launch of | 16:40:18 |
| 5 | API Version 2 was the introduction of versioning | 16:40:21 |
| 6 | itself; to allow developers to specify the API | 16:40:23 |
| 7 | behavior they wanted when calling the API. | 16:40:28 |
| 8 | Q.  Okay.  And can you think any of other | 16:40:32 |
| 9 | major problems Facebook was attempting to resolve | 16:40:34 |
| 10 | with Graph API Version 2? | 16:40:39 |
| 11 | A.  Another thing that was being solved with | 16:40:45 |
| 12 | Version 2 is the limiting of the amount of data | 16:40:48 |
| 13 | that was available via the API. | 16:40:53 |
| 14 | Q.  And why did Facebook want to do that? | 16:40:58 |
| 15 | A.  It was a range of reasons why Facebook was | 16:41:02 |
| 16 | attempting to alter the amount of information that | 16:41:07 |
| 17 | was available via the API. | 16:41:10 |
| 18 | One reason that comes to mind is that we | 16:41:14 |
| 19 | had heard feedback from users that they were | 16:41:18 |
| 20 | concerned about the amount of information that was | 16:41:22 |
| 21 | available via the API, and we wanted to increase | 16:41:25 |
| 22 | trust -- user trust in the Facebook Developer | 16:41:30 |
| 23 | Platform, and that was one of the drivers behind | 16:41:32 |
| 24 | that decision. | 16:41:39 |
| 25 | Q.  And when Facebook heard from users about | 16:41:40 |

Page 43

| | | |
|---|---|---|
| 1 | their concerns, were those concerns with respect to | 16:41:43 |
| 2 | any particular types of user information that was | 16:41:48 |
| 3 | being made available to third parties? | 16:41:51 |
| 4 | A.  There was a -- a range of concerns.  One | 16:41:55 |
| 5 | of them was the ability for apps to access friends | 16:41:59 |
| 6 | information. | 16:42:04 |
| 7 | Q.  And was another reason to limit the amount | 16:42:07 |
| 8 | of user information made available to developers a | 16:42:10 |
| 9 | desire by Facebook to better profit from the data | 16:42:17 |
| 10 | it collected about users by giving away less to | 16:42:20 |
| 11 | developers for free? | 16:42:23 |
| 12 | A.  Can you repeat the question? | 16:42:28 |
| 13 | Sorry, I want to make sure I understand. | 16:42:29 |
| 14 | Q.  Sure.  It took me great mental acuity to | 16:42:31 |
| 15 | say it in the first place, so how about if I | 16:42:36 |
| 16 | just -- if we read it back and see, if you heard it | 16:42:38 |
| 17 | a second time, it makes better sense.  It might | 16:42:41 |
| 18 | just be a bad question, but let me look and see. | 16:42:44 |
| 19 | And I can read it. | 16:42:47 |
| 20 | Was another reason to limit the amount of | 16:42:48 |
| 21 | user information made available to developers a | 16:42:50 |
| 22 | desire by Facebook to better profit from the data | 16:42:53 |
| 23 | it collected about users by giving away less of | 16:42:55 |
| 24 | that information for free? | 16:42:59 |
| 25 | A.  Having spoken to people and read | 16:43:05 |

Page 44

| | | |
|---|---|---|
| 1 | documents, that's -- that's not a concern that was, | 16:43:08 |
| 2 | as I understand it, front and center in the | 16:43:11 |
| 3 | decision-making. | 16:43:14 |
| 4 | Q.  Was that a concern that was discussed or | 16:43:15 |
| 5 | expressed at times, however? | 16:43:17 |
| 6 | A.  I have recalled seeing documents that | 16:43:23 |
| 7 | were -- there were a number of discussions about | 16:43:28 |
| 8 | how to balance the equities between users, | 16:43:32 |
| 9 | developers, and Facebook -- in this case, the | 16:43:36 |
| 10 | company Meta but also the application -- as to how | 16:43:39 |
| 11 | the Facebook Developer Platform was being used. | 16:43:43 |
| 12 | Q.  Thank you.  Do you know, when was the | 16:43:50 |
| 13 | first time or time period that Facebook heard | 16:43:53 |
| 14 | concerns expressed by users about the amount of | 16:43:58 |
| 15 | their information that was being made available to | 16:44:01 |
| 16 | third parties? | 16:44:04 |
| 17 | A.  I don't know -- I'm not able to sense | 16:44:09 |
| 18 | specifically when those concerns began to be heard. | 16:44:14 |
| 19 | I am aware that there was some -- some | 16:44:18 |
| 20 | research done, and there were some discussions | 16:44:20 |
| 21 | happening in -- in the 2012 and 2013 time period; | 16:44:23 |
| 22 | but exactly, you know, when this was -- was -- | 16:44:28 |
| 23 | began to be discussed is hard for me to say with | 16:44:36 |
| 24 | specificity. | 16:44:38 |
| 25 | Q.  And then Graph API Version 2 became | 16:44:39 |

Page 45

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | operative when? | 16:44:43 |
| 2 | A.  Graph API Version 2 was made broadly | 16:44:48 |
| 3 | available on April the 30th, 2015 -- sorry, | 16:44:53 |
| 4 | April the 30th, 2014. | 16:44:56 |
| 5 | Q.  Okay.  So during the time that Facebook | 16:44:58 |
| 6 | users expressed some concern -- you think sometime | 16:45:03 |
| 7 | starting in around 2012 -- and those concerns | 16:45:06 |
| 8 | were -- or were those concerns addressed in | 16:45:09 |
| 9 | Graph API Version 2? | 16:45:13 |
| 10 | A.  API Version 2 contained a number of | 16:45:20 |
| 11 | changes designed to -- to satisfy some of those | 16:45:22 |
| 12 | concerns. | 16:45:26 |
| 13 | Q.  And those changes were implemented in -- | 16:45:28 |
| 14 | in 2015. | 16:45:31 |
| 15 | A.  The -- API Version 2, you know, was | 16:45:36 |
| 16 | launched in -- on April 30, 2014, and the previous | 16:45:41 |
| 17 | versions of the API began to be deprecated -- began | 16:45:44 |
| 18 | to be deprecated in -- on April 30, 2015. | 16:45:47 |
| 19 | Q.  I'm confident that all these questions | 16:46:02 |
| 20 | will make the more specific testimony a lot faster | 16:46:05 |
| 21 | because we have a basic understanding now of these | 16:46:08 |
| 22 | terms, so I appreciate your patience as we go | 16:46:10 |
| 23 | through.  I have a few more questions that are | 16:46:13 |
| 24 | general in nature like this before we get | 16:46:15 |
| 25 | specifically into the topics and subtopics of the | 16:46:19 |

Page 46

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | notice. | 16:46:21 |
| 2 | You testified that Facebook provided | 16:46:22 |
| 3 | access to Facebook user information to what we've | 16:46:23 |
| 4 | called "third parties" through APIs.  Right? | 16:46:26 |
| 5 | A.  The Facebook Developer Platform allowed | 16:46:30 |
| 6 | third parties to build applications that accessed | 16:46:33 |
| 7 | data on Facebook users via the Graph API or via a | 16:46:38 |
| 8 | set of APIs. | 16:46:44 |
| 9 | Q.  And apps are one category of the third | 16:46:47 |
| 10 | parties that could access APIs on the Facebook | 16:46:50 |
| 11 | Platform? | 16:46:54 |
| 12 | A.  Sorry.  Can you -- this is one of the | 16:47:00 |
| 13 | things that -- to make sure we get right and | 16:47:01 |
| 14 | understand, can you specify -- just repeat the | 16:47:04 |
| 15 | question again? | 16:47:06 |
| 16 | And -- if you're referring to one of the | 16:47:07 |
| 17 | categories, could you help me understand what, in | 16:47:10 |
| 18 | your mind, is the other categories? | 16:47:12 |
| 19 | Q.  Sure.  I'm going to go through some | 16:47:14 |
| 20 | different categories.  I'm trying to understand the | 16:47:16 |
| 21 | different entities that were allowed to use the -- | 16:47:18 |
| 22 | the -- use APIs to access information. | 16:47:21 |
| 23 | And one of those -- and I'm calling them | 16:47:23 |
| 24 | "categories."  If you have different terminology, | 16:47:25 |
| 25 | please tell me what it is. | 16:47:27 |

Page 47

| | | |
|---|---|---|
| 1 | But one of the categories that could | 16:47:29 |
| 2 | access APIs was -- are referred to as "apps." | 16:47:30 |
| 3 | Right? | 16:47:34 |
| 4 | A.  So in the context of the Facebook | 16:47:36 |
| 5 | Developer Platform, to access any information via | 16:47:38 |
| 6 | the API had to be done through a Facebook app ID; | 16:47:43 |
| 7 | through a Facebook application with a specific | 16:47:47 |
| 8 | Facebook app ID. | 16:47:50 |
| 9 | Q.  Okay.  So that brings me to my next | 16:47:51 |
| 10 | question, which is partners. | 16:47:54 |
| 11 | Facebook has what it refers to as | 16:47:56 |
| 12 | "partners."  Correct? | 16:47:58 |
| 13 | A.  I've heard -- I've seen the term "partner" | 16:48:02 |
| 14 | used.  It refers to a wide range of relationships | 16:48:05 |
| 15 | between Facebook and its -- and various third | 16:48:08 |
| 16 | parties. | 16:48:13 |
| 17 | Q.  Okay.  And you were involved in the | 16:48:14 |
| 18 | partnerships group for four years or so at | 16:48:16 |
| 19 | Facebook? | 16:48:19 |
| 20 | A.  I was -- I was involved in the | 16:48:21 |
| 21 | partnerships organization from September 2010 until | 16:48:22 |
| 22 | around January 2014. | 16:48:25 |
| 23 | Q.  Okay.  And what did the term | 16:48:28 |
| 24 | "partnerships" mean in that context? | 16:48:30 |
| 25 | A.  In that context, "partnerships" refers to | 16:48:33 |

Page 48

CONFIDENTIAL

```
1    a range of relationships between Facebook and --        16:48:37

2    and third parties, ranging from informal to more        16:48:41

3    structured relationships governed by contracts.         16:48:48

4         Q.  And with regard to those partnerships, was     16:48:51

5    Facebook providing access to user information           16:48:55

6    through APIs?                                            16:48:57

7         A.  In the context of the Platform                 16:49:00

8    Partnerships team, we typically -- the people on        16:49:02

9    the Platform Partnerships team would typically be       16:49:05

10   working with third parties that were using the          16:49:09

11   Facebook Platform in some way.                          16:49:11

12        Q.  Okay.  And I think this is what I'm trying     16:49:13

13   to get at.                                              16:49:15

14          Are there entities that Facebook calls          16:49:16

15   "partners" that have access to Facebook user           16:49:17

16   information but do not have apps on the Platform?       16:49:21

17        A.  In this specific -- in this context, I --     16:49:27

18   I am not aware of -- of -- in this specific            16:49:34

19   context, when we're talking about platform            16:49:39

20   partnerships, it's typically referring to entities    16:49:41

21   that use the Facebook Developer Platform, which       16:49:44

22   would typically be done by -- through an app ID,      16:49:47

23   but there were other features of the Facebook        16:49:51

24   Developer Platform that did not require you to use   16:49:53

25   an app ID.                                            16:49:56
```

Page 49

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And, generally speaking, what were those | 16:49:57 |
| 2 | features? | 16:49:59 |
| 3 | A.  One common set of examples was the social | 16:50:02 |
| 4 | plug-ins, which a developer or an entity could | 16:50:04 |
| 5 | embed on their own website, that didn't access the | 16:50:09 |
| 6 | Facebook API -- sorry -- didn't access the | 16:50:13 |
| 7 | Graph API. | 16:50:19 |
| 8 | Q.  And how did those features provide access | 16:50:20 |
| 9 | to Facebook user information? | 16:50:24 |
| 10 | A.  Those products were embedded on -- | 16:50:29 |
| 11 | typically embedded on the third-party website and | 16:50:33 |
| 12 | would render information to the -- to the person | 16:50:36 |
| 13 | viewing the web page. | 16:50:40 |
| 14 | The -- the entity that ran the web page | 16:50:43 |
| 15 | would not see the contents within the social | 16:50:46 |
| 16 | plug-in. | 16:50:50 |
| 17 | Q.  And would Facebook obtain that | 16:50:53 |
| 18 | information? | 16:50:54 |
| 19 | A.  To render a social plug-in, it would be | 16:50:57 |
| 20 | rendered by Facebook servers. | 16:50:59 |
| 21 | Q.  Okay.  So that was a mechanism by which | 16:51:02 |
| 22 | Facebook obtained information about Facebook users | 16:51:04 |
| 23 | while they were off-platform? | 16:51:07 |
| 24 | A.  The way the "Like" button worked was to | 16:51:12 |
| 25 | render -- if you visited a website that had the | 16:51:15 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "Like" button embedded on it, then the Like button | 16:51:17 |
| 2 | would render.  And in order to render it, Facebook | 16:51:21 |
| 3 | would receive a request from the user's web | 16:51:24 |
| 4 | browser. | 16:51:29 |
| 5 | Q.  Okay.  And that was not through an API; | 16:51:29 |
| 6 | that was through this other product. | 16:51:31 |
| 7 | A.  The social plug-ins are a different way of | 16:51:36 |
| 8 | Facebook integrating information into third-party | 16:51:40 |
| 9 | contexts that users could access. | 16:51:45 |
| 10 | Q.  And what is the time period that social | 16:51:49 |
| 11 | plug-ins have existed? | 16:51:52 |
| 12 | A.  My understanding is that social plug-ins | 16:51:55 |
| 13 | were launched alongside the Graph API in | 16:51:58 |
| 14 | April 2010. | 16:52:00 |
| 15 | Q.  And are they still active today? | 16:52:03 |
| 16 | A.  I think there are some social plug-ins | 16:52:06 |
| 17 | still active today, although I'm not certain, and | 16:52:09 |
| 18 | that's something we can follow up on. | 16:52:12 |
| 19 | Q.  And is there a tool that allows Facebook | 16:52:15 |
| 20 | to identify what social plug-ins exist and the time | 16:52:17 |
| 21 | period in which they've been active? | 16:52:21 |
| 22 | A.  The Facebook code base, similar to my | 16:52:25 |
| 23 | previous answer, would allow you to -- would allow | 16:52:29 |
| 24 | someone to understand which social plug-ins have | 16:52:31 |
| 25 | existed over what period of time. | 16:52:34 |

Veritext Legal Solutions
866 299-5127

```
1          Q.  Are you familiar with the term           16:52:39

2      "integration partners"?                          16:52:40

3          A.  I've heard the phrase "integration       16:52:43

4      partners," yes.                                  16:52:46

5          Q.  And what is an "integration partner"?    16:52:49

6          A.  Again, can you help me understand in the 16:52:52

7      context in which you're asking the question?     16:52:54

8          Q.  Sure.  All of my questions are around    16:52:57

9      trying to understand how Facebook shares         16:52:59

10     information with what I'm calling "third parties," 16:53:00

11     and my understanding is that integration partners 16:53:02

12     are an entity with which Facebook shares user    16:53:06

13     information.                                     16:53:08

14          So in that context.                         16:53:08

15          A.  My understanding of the term -- of      16:53:12

16     integration partners in that context is a set of 16:53:14

17     entities, third parties, that Facebook had a     16:53:19

18     relationship with to enable them to build        16:53:24

19     Facebook-like or -- Facebook-branded or          16:53:28

20     Facebook-like or feedback-branded experiences on 16:53:33

21     the third party's platforms and services.        16:53:37

22          Q.  And so Facebook user information was     16:53:42

23     provided to integration partners.  Right?        16:53:46

24          A.  Typically, the way that an integration  16:53:52

25     partner application works is that the application 16:53:54
```

Page 52

```
 1    was offered to users on that platform.              16:53:59

 2         Users would choose to use that application     16:54:02

 3    and, as a result of the user choosing to use the    16:54:05

 4    application, information about -- information would  16:54:12

 5    be shared -- that the user had granted access to     16:54:17

 6    would be shared with the third party in order for    16:54:22

 7    them to provide the experience for a user.           16:54:24

 8         Q.  And do integration partners have apps on    16:54:28

 9    the Facebook Platform?                               16:54:31

10         A.  The way that you would -- a developer       16:54:34

11    would interact with the Facebook APIs would be       16:54:38

12    through an app ID, which is what I'm referring to    16:54:42

13    as an "application" in this specific context.        16:54:47

14         Q.  Okay.  And, again, I'm just -- I want to    16:54:50

15    make sure I understand.                              16:54:53

16         So in order to create that Facebook            16:54:54

17    experience on a phone, would the information         16:54:56

18    necessary to create that experience be communicated 16:55:03

19    to that phone company via the Graph API or through  16:55:06

20    some other mechanism?                                16:55:12

21         A.  To build one of these integration partner  16:55:16

22    experiences, the information would be made           16:55:19

23    available through the Graph API; but, typically,     16:55:22

24    the information would be accessed from the device    16:55:27

25    itself that the user was using.                      16:55:32
```

Page 53

| | | |
|---|---|---|
| 1 | Q.  Okay.  So not through an app on the | 16:55:36 |
| 2 | Facebook Platform. | 16:55:38 |
| 3 | A.  This is where we need to make sure we're | 16:55:42 |
| 4 | using the specific terms. | 16:55:44 |
| 5 | The way you access the Facebook set of | 16:55:47 |
| 6 | APIs, the Facebook Platform, is through an entity | 16:55:49 |
| 7 | called a "Facebook app ID" or a "Facebook app," | 16:55:52 |
| 8 | which has an app ID.  That identifies -- that | 16:55:55 |
| 9 | allows the owner of the app to make calls against | 16:56:00 |
| 10 | the Facebook APIs. | 16:56:03 |
| 11 | So, in that context, that's very | 16:56:06 |
| 12 | specifically what I'm referring to as a "Facebook | 16:56:09 |
| 13 | app." | 16:56:10 |
| 14 | Q.  Okay.  And is there anything -- And, | 16:56:13 |
| 15 | again, this clarification is really helpful. | 16:56:16 |
| 16 | In thinking about how integration partners | 16:56:21 |
| 17 | get information about Facebook users, is there | 16:56:23 |
| 18 | anything different about that system than the way a | 16:56:26 |
| 19 | normal app developer gets information about users? | 16:56:28 |
| 20 | A.  On a technical level, the way that the | 16:56:34 |
| 21 | information is exchanged would have been done | 16:56:37 |
| 22 | through the Graph API, which is the standard way to | 16:56:39 |
| 23 | access -- that users would give their information | 16:56:44 |
| 24 | to apps and third parties. | 16:56:50 |
| 25 | So, at a technical level, the mechanism of | 16:56:55 |

Page 54

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | information interchange is the same, but an | 16:56:59 |
| 2 | integration partner would be -- would be billing, | 16:57:03 |
| 3 | typically, a different kind of experience than a | 16:57:06 |
| 4 | regular Facebook Platform developer. | 16:57:09 |
| 5 | Q.  And that experience was different because | 16:57:14 |
| 6 | one is on the Platform, the Facebook Platform, and | 16:57:17 |
| 7 | the other is on the integration partner's device? | 16:57:20 |
| 8 | A.  So this -- again, this is for me to get | 16:57:27 |
| 9 | very specific about. | 16:57:31 |
| 10 | In the context of the Facebook Platform, | 16:57:32 |
| 11 | there is a concept of a feedback app, which is the | 16:57:34 |
| 12 | entity that determines the -- how the information | 16:57:38 |
| 13 | is accessed, what permissions have been granted by | 16:57:42 |
| 14 | users, and so on. | 16:57:45 |
| 15 | What developers build are often also | 16:57:47 |
| 16 | called "apps," and, like, that's a -- that's a | 16:57:50 |
| 17 | different concept. | 16:57:56 |
| 18 | The application that a third-party | 16:57:58 |
| 19 | developer would build might run on their web | 16:58:01 |
| 20 | server.  It might run on their hardware.  It might | 16:58:05 |
| 21 | run on a user's physical device. | 16:58:08 |
| 22 | And so these are distinct concepts which | 16:58:12 |
| 23 | are important to -- to separate. | 16:58:15 |
| 24 | Q.  Does Facebook have a term for -- for users | 16:58:19 |
| 25 | that interact with integration partners, or are | 16:58:23 |

Page 55

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | they called "integration users," or is there some | 16:58:27 |
| 2 | terminology that applies to that? | 16:58:30 |
| 3 | A.  I'm not aware of distinct terminology that | 16:58:32 |
| 4 | would be different.  These are just users. | 16:58:35 |
| 5 | Q.  And before, you mentioned that a user | 16:58:42 |
| 6 | authorizes the integration partner to obtain | 16:58:45 |
| 7 | information when the user interacts with that -- | 16:58:47 |
| 8 | let's call it -- again, let's call it a phone, a | 16:58:52 |
| 9 | mobile phone.  Is that right? | 16:58:57 |
| 10 | A.  When a -- a good -- I think the easiest | 16:59:00 |
| 11 | way to answer this question is with an example. | 16:59:04 |
| 12 | So one good example here would be a | 16:59:07 |
| 13 | Facebook-branded app on the BlackBerry mobile | 16:59:11 |
| 14 | platform. | 16:59:15 |
| 15 | The user -- a user would typically have a | 16:59:17 |
| 16 | BlackBerry device or buy a BlackBerry device. | 16:59:21 |
| 17 | There would be a Facebook-branded app available on | 16:59:24 |
| 18 | that device.  The user would choose to log in to | 16:59:29 |
| 19 | the application and, as a result of doing that, | 16:59:32 |
| 20 | would give the code running on the BlackBerry | 16:59:35 |
| 21 | device the ability to access that information that | 16:59:40 |
| 22 | that user would have had access to on Facebook on | 16:59:46 |
| 23 | the app built onto the -- the Facebook-branded | 16:59:49 |
| 24 | application built onto the BlackBerry device they | 16:59:54 |
| 25 | were using. | 16:59:59 |

Page 56

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  Okay.  And in that example, the user | 17:00:00 |
| 2 | authorizes access to the Facebook user's | 17:00:03 |
| 3 | information.  Correct? | 17:00:06 |
| 4 | A.  When I -- if a user chooses to use the | 17:00:09 |
| 5 | Facebook-branded application on a BlackBerry | 17:00:14 |
| 6 | device, they are logging in on -- to that | 17:00:17 |
| 7 | application; and, as a result, the application has | 17:00:22 |
| 8 | access to some of the information that that user | 17:00:24 |
| 9 | would be able to see on Facebook. | 17:00:26 |
| 10 | Q.  And that information that that company | 17:00:29 |
| 11 | would have access to would include information | 17:00:33 |
| 12 | about the user's friends.  Right? | 17:00:36 |
| 13 | A.  In the specific example I was just talking | 17:00:40 |
| 14 | about here, this would be a Facebook-branded | 17:00:42 |
| 15 | application; a Facebook-branded product running on | 17:00:46 |
| 16 | the user's BlackBerry device. | 17:00:52 |
| 17 | And the user's BlackBerry device would | 17:00:54 |
| 18 | then be making calls to Facebook's API in order to | 17:00:56 |
| 19 | render a Facebook experience -- a representative | 17:01:00 |
| 20 | Facebook experience on that user's BlackBerry | 17:01:04 |
| 21 | device. | 17:01:06 |
| 22 | Q.  And that would -- among other types of | 17:01:08 |
| 23 | information that would be made available in that | 17:01:12 |
| 24 | example, friends information would be made | 17:01:14 |
| 25 | available.  Right? | 17:01:17 |

Page 57

CONFIDENTIAL

```
 1          A.  Typically, a user would expect when        17:01:18

 2     they're using a Facebook-branded experience to see   17:01:20

 3     information about their friends and what their        17:01:26

 4     friends had been doing.                               17:01:28

 5          Q.  And so the answer is yes?                    17:01:30

 6          A.  If I'm using a Facebook-branded             17:01:34

 7     application on a BlackBerry device, I would expect   17:01:37

 8     to see information about my friend, yes.             17:01:40

 9          Q.  And in that example, the friends are not    17:01:42

10     the ones who authorized BlackBerry to obtain that   17:01:45

11     information.  Right?                                 17:01:50

12          A.  The user is using a BlackBerry application 17:01:51

13     on the BlackBerry device, and the user has          17:01:54

14     authorized that application to access Facebook's    17:01:57

15     APIs in order to render a Facebook experience on    17:02:01

16     that device.                                         17:02:05

17          Q.  So the answer to my question is, correct,   17:02:06

18     the friends did not authorize BlackBerry's access   17:02:11

19     to their information?                                17:02:14

20          A.  One of my friends may have also had a       17:02:16

21     BlackBerry device and may have logged in to the     17:02:19

22     Facebook-branded experience on that device.         17:02:22

23              Where I have -- I'm using Facebook -- the   17:02:27

24     Facebook-branded experience on my BlackBerry        17:02:31

25     device, then I am receiving -- I would be seeing    17:02:34
```

Page 58

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | data on my phone that was from my friends that may | 17:02:37 |
| 2 | not have been using BlackBerry. | 17:02:43 |
| 3 | Q. So, again, to answer the question, when | 17:02:50 |
| 4 | BlackBerry obtained friend information, that friend | 17:02:52 |
| 5 | information would include the information of people | 17:02:56 |
| 6 | who did not themselves use the BlackBerry device. | 17:02:59 |
| 7 | A. I'm trying to -- I'm trying to | 17:03:04 |
| 8 | understand -- | 17:03:05 |
| 9 | Q. I -- like -- | 17:03:06 |
| 10 | A. Sorry. | 17:03:08 |
| 11 | Q. Sorry. Go ahead. I apologize for | 17:03:09 |
| 12 | interrupting. | 17:03:10 |
| 13 | A. I -- I'm trying to work through the | 17:03:12 |
| 14 | specific example and explain the -- you know, how | 17:03:16 |
| 15 | these things, you know, worked from a user level | 17:03:18 |
| 16 | and a technical level. | 17:03:22 |
| 17 | In this case, you know, it's a -- it's a | 17:03:24 |
| 18 | set of code that happened to be written by | 17:03:27 |
| 19 | engineers at BlackBerry that ran on a user's | 17:03:31 |
| 20 | device, and it was that code that would have been | 17:03:36 |
| 21 | accessing -- typically, in that case -- accessing | 17:03:38 |
| 22 | the Facebook API. | 17:03:41 |
| 23 | Q. Right. As you said, as you explained in | 17:03:44 |
| 24 | more detail, when a user authorizes BlackBerry to | 17:03:46 |
| 25 | obtain the information, some of those user's | 17:03:49 |

Page 59

| | | |
|---|---|---|
| 1 | friends may also have authorized BlackBerry. | 17:03:53 |
| 2 | And in that situation, both of those | 17:03:56 |
| 3 | people had authorized BlackBerry to obtain their | 17:03:58 |
| 4 | information.  Right? | 17:04:01 |
| 5 | A.  It's possible that -- yes, I would have | 17:04:03 |
| 6 | had -- I might have used -- I never actually had a | 17:04:07 |
| 7 | BlackBerry -- one of my friends -- I may have used | 17:04:10 |
| 8 | the Facebook application on a BlackBerry device. | 17:04:13 |
| 9 | One of my friends may have also used a | 17:04:16 |
| 10 | Facebook application on a BlackBerry device.  But | 17:04:19 |
| 11 | when I was using the Facebook application on the | 17:04:22 |
| 12 | BlackBerry device, the experience would have | 17:04:24 |
| 13 | included information provided by the Facebook API | 17:04:27 |
| 14 | about people who had -- who were not necessarily | 17:04:29 |
| 15 | using the BlackBerry application on their | 17:04:33 |
| 16 | BlackBerry device -- the Facebook-branded | 17:04:36 |
| 17 | application on their BlackBerry device. | 17:04:39 |
| 18 | MR. LOESER:  Okay.  Thank you. | 17:04:41 |
| 19 | Mr. Blume, we have been going for a bit, | 17:04:43 |
| 20 | and we're about to transition into another area. | 17:04:46 |
| 21 | If now would be a time you would want to | 17:04:49 |
| 22 | take a break, that would be fine with me, or we can | 17:04:51 |
| 23 | keep rolling. | 17:04:54 |
| 24 | MR. BLUME:  Now would be great.  Thank you | 17:04:55 |
| 25 | very much. | 17:04:57 |

Page 60

| | | |
|---|---|---|
| 1 | THE VIDEO OPERATOR:  Okay.  And we're off | 17:04:58 |
| 2 | the record.  It's 5:04 P.M. | 17:04:59 |
| 3 | (Recess from 5:04 P.M. to 5:22 P.M.) | 17:21:36 |
| 4 | (Mr. Melamed joined the deposition.) | 17:22:59 |
| 5 | THE VIDEO OPERATOR:  We're back on the | 17:23:01 |
| 6 | record.  It's 5:22 P.M. | 17:23:01 |
| 7 | BY MR. LOESER: | 17:23:03 |
| 8 | Q.  I'm not sure whether to say good morning | 17:23:05 |
| 9 | or good afternoon, but still morning here and late | 17:23:07 |
| 10 | afternoon for you, so whichever. | 17:23:10 |
| 11 | Welcome back. | 17:23:12 |
| 12 | And a few other questions I realized | 17:23:15 |
| 13 | before we get into the notice itself, and I'm going | 17:23:17 |
| 14 | to ask you about a term I've seen in some Facebook | 17:23:21 |
| 15 | documents called "nonapp user-sharing." | 17:23:24 |
| 16 | Is that a term that you're familiar with? | 17:23:28 |
| 17 | A.  I'm not familiar with the term "nonapp | 17:23:33 |
| 18 | user-sharing" specifically, no. | 17:23:36 |
| 19 | Q.  Okay.  Let me try and dig in a bit and see | 17:23:39 |
| 20 | if we can figure it out. | 17:23:42 |
| 21 | In addition to user information and users' | 17:23:44 |
| 22 | friends' information, Facebook at times provided | 17:23:50 |
| 23 | third parties access to information from people who | 17:23:53 |
| 24 | are not friends with the user.  Is that correct? | 17:23:55 |
| 25 | A.  I think my -- sorry. | 17:24:03 |

Page 61

| | | |
|---|---|---|
| 1 | Repeat that again.  The specifics matter, | 17:24:05 |
| 2 | yeah. | 17:24:07 |
| 3 | Q.  Yeah.  So let me give you an example, and | 17:24:09 |
| 4 | you can -- and maybe what I said makes more sense. | 17:24:12 |
| 5 | Are you familiar with the Events API? | 17:24:16 |
| 6 | A.  I am familiar with the Events API. | 17:24:21 |
| 7 | Q.  And what is the "Events API"? | 17:24:23 |
| 8 | A.  The Events API, as I understand it, refers | 17:24:26 |
| 9 | to a set of APIs that would be used by a Facebook | 17:24:29 |
| 10 | Platform application to access the events that a | 17:24:35 |
| 11 | user of the application was attending or had been | 17:24:40 |
| 12 | invited to attend, for example, or had attended in | 17:24:47 |
| 13 | the past, and -- yeah.  I think that's -- that's a | 17:24:52 |
| 14 | high-level explanation. | 17:25:00 |
| 15 | Q.  And so the Events API provided access to | 17:25:02 |
| 16 | information about the user's attendance, but also | 17:25:05 |
| 17 | other people's attendance at an event.  Right? | 17:25:08 |
| 18 | A.  My understanding is that the API allowed | 17:25:12 |
| 19 | an application to see other people attending that | 17:25:15 |
| 20 | event, yes. | 17:25:20 |
| 21 | Q.  And some of those other people could be | 17:25:21 |
| 22 | people who were not friends with the user. | 17:25:23 |
| 23 | Correct? | 17:25:25 |
| 24 | A.  The API would -- my understanding is the | 17:25:27 |
| 25 | API would return a list of people attending that | 17:25:30 |

Page 62

CONFIDENTIAL

```
 1    event, some of whom may not be the app-using user's      17:25:34

 2    friends.                                                  17:25:38

 3         Q.  And is that situation -- have you seen           17:25:39

 4    that described as "providing access to nonapp-user        17:25:41

 5    information"?                                             17:25:46

 6         A.  I don't recall seeing it described as            17:25:53

 7    that, but that -- that term seems like a reasonable       17:25:55

 8    one to use in that context.                               17:26:02

 9         Q.  Let's go back to Exhibit 330 and to              17:26:09

10    page 13, which was the -- and we're going to post         17:26:15

11    all the exhibits on the screen so if it's easier          17:26:21

12    for you to look that way, you can do that.                17:26:23

13         And while we're getting there, I am going            17:26:38

14    to read Topic 6, which is one of the topics for           17:26:40

15    which you have been designated to testify.                17:26:43

16         It is:                                               17:26:46

17         "The development of friend-sharing,                  17:26:46

18         including but not limited to:  its purpose           17:26:48

19         and identification of those involved in its          17:26:50

20         development; how the technology functioned;          17:26:52

21         the APIs and permissions associated with             17:26:55

22         friend-sharing; the communication of this            17:26:59

23         technology to users, including the drafting          17:27:01

24         of Facebook's Terms of Service, SRR, and Data        17:27:04

25         and Privacy Policies relating to                     17:27:09
```

Page 63

| | | |
|---|---|---|
| 1 | friend-sharing; and the revenue impact and | 17:27:11 |
| 2 | net profits for Facebook relating to | 17:27:15 |
| 3 | friend-sharing throughout the Class Period." | 17:27:16 |
| 4 | Did I read that correctly? | 17:27:19 |
| 5 | A.  You read that correctly. | 17:27:21 |
| 6 | Q.  And my understanding from communications | 17:27:23 |
| 7 | from your counsel is that you have not prepared or | 17:27:26 |
| 8 | been prepared to testify about the following | 17:27:30 |
| 9 | clause: | 17:27:34 |
| 10 | "...the communication of this technology | 17:27:35 |
| 11 | to users, including the drafting of | 17:27:36 |
| 12 | Facebook's Terms of Service, SRR, and Data | 17:27:39 |
| 13 | and Privacy Policies relating to | 17:27:43 |
| 14 | friend-sharing." | 17:27:44 |
| 15 | Is that correct? | 17:27:46 |
| 16 | A.  That's correct with my understanding, yes. | 17:27:47 |
| 17 | Q.  And, sir, over the course of your | 17:27:50 |
| 18 | employment at Facebook, have you developed personal | 17:27:51 |
| 19 | knowledge of the topic I just read? | 17:27:54 |
| 20 | A.  My personal knowledge would cover that to | 17:28:03 |
| 21 | some degree, yes. | 17:28:05 |
| 22 | Q.  Mr. Cross, tell me what you did to prepare | 17:28:07 |
| 23 | to testify regarding Topic 6. | 17:28:11 |
| 24 | A.  I spoke to a number of people inside the | 17:28:16 |
| 25 | company.  I reviewed the documents that have been | 17:28:18 |

Page 64

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | produced in this case, both some documents that my | 17:28:25 |
| 2 | legal team shared with me and the documents that | 17:28:30 |
| 3 | you have shared with me. | 17:28:34 |
| 4 | I also spent some time looking at the | 17:28:36 |
| 5 | Facebook developer website as it was in the past to | 17:28:39 |
| 6 | understand how -- how the platform originally | 17:28:45 |
| 7 | worked would refresh my memory. | 17:28:50 |
| 8 | Q.  And as to the statement you just made, | 17:28:54 |
| 9 | where did you go to find how the Developer Platform | 17:28:57 |
| 10 | existed in the past? | 17:29:02 |
| 11 | A.  I used the Wayback Machine, otherwise | 17:29:05 |
| 12 | known as archive.org, I think, is its address. | 17:29:12 |
| 13 | Q.  Okay.  So you didn't use any system or | 17:29:17 |
| 14 | tool within the Facebook structure. | 17:29:20 |
| 15 | A.  Not to access the previous versions of the | 17:29:24 |
| 16 | Facebook developer website, no. | 17:29:26 |
| 17 | Q.  And I asked you about whether you had | 17:29:30 |
| 18 | personal knowledge of the communication subtopic. | 17:29:32 |
| 19 | With regard to the remainder of the topics | 17:29:36 |
| 20 | covered by Topic 6, over the course of your | 17:29:38 |
| 21 | employment, did you develop personal knowledge of | 17:29:41 |
| 22 | those topics as well? | 17:29:43 |
| 23 | A.  Given my involvement in this product area, | 17:29:47 |
| 24 | I did develop personal knowledge of how these | 17:29:50 |
| 25 | things worked. | 17:29:54 |

Page 65

CONFIDENTIAL

```
 1         Q.  And is there any component of this notice      17:29:56

 2    that is a topic that the sole source of your          17:29:58

 3    knowledge is the preparation you did for this         17:30:03

 4    deposition?                                           17:30:06

 5         A.  Give me a second just to read the terms      17:30:10

 6    again.                                                17:30:15

 7              (Reviewing document.)                       17:30:19

 8              THE WITNESS:  And your question was the --   17:30:26

 9    the -- in preparing -- sorry.                         17:30:29

10              Just repeat your question again.            17:30:31

11              Is it the sole thing is my personal         17:30:33

12    experience, or the sole thing is not my personal      17:30:36

13    experience?                                           17:30:38

14    BY MR. LOESER:                                        17:30:39

15         Q.  Not your personal experience.                17:30:39

16              I'm trying to find out if there's any       17:30:40

17    aspect of this that you only know about because of    17:30:43

18    the preparations that you did for this deposition     17:30:45

19    today.                                                17:30:47

20         A.  Of those, the -- the revenue impact and      17:30:49

21    net profits is an area that I was not closely         17:30:51

22    involved in at the time.  And so in trying to         17:30:54

23    answer your forthcoming questions on that topic,      17:30:59

24    I'll be primarily, if not exclusively, relying on     17:31:04

25    the preparation I've done and the documents I've      17:31:07
```

Page 66

| | | |
|---|---|---|
| 1 | read. | 17:31:09 |
| 2 | Q.  And for that particular issue, what | 17:31:11 |
| 3 | preparation did you do? | 17:31:15 |
| 4 | A.  I reviewed a set of documents that had | 17:31:18 |
| 5 | been produced in this -- in this case, and I asked | 17:31:21 |
| 6 | some of the people that I spoke to in preparation | 17:31:25 |
| 7 | what their recollection was around assessments of | 17:31:30 |
| 8 | revenue impact and net profits. | 17:31:34 |
| 9 | Q.  And who were the people that you spoke to | 17:31:38 |
| 10 | on that topic? | 17:31:41 |
| 11 | A.  I would have spoken to Eddie O'Neil, | 17:31:45 |
| 12 | Ime Archibong, and -- I'm trying to remember who I | 17:31:52 |
| 13 | spoke to about what -- and I think Francisco | 17:32:01 |
| 14 | Varela. | 17:32:14 |
| 15 | Q.  Mr. Cross, based on your preparation with | 17:32:21 |
| 16 | regard to Topic 6, do you believe you are | 17:32:25 |
| 17 | reasonably educated to testify on these matters, | 17:32:28 |
| 18 | with the one caveat of the communication piece? | 17:32:31 |
| 19 | A.  I've done my best to be prepared to | 17:32:34 |
| 20 | testify on these matters, yes. | 17:32:36 |
| 21 | Q.  Okay.  So do you believe you are | 17:32:37 |
| 22 | reasonably educated to testify on these matters? | 17:32:39 |
| 23 | A.  I believe I'm reasonably educated to | 17:32:43 |
| 24 | testify on these matters. | 17:32:46 |
| 25 | Q.  And do you agree that the notice concerns | 17:32:47 |

Page 67

| | | |
|---|---|---|
| 1 | information that is known or reasonably available | 17:32:50 |
| 2 | to Facebook? | 17:32:53 |
| 3 | A.  That matches my understanding; yes, known | 17:32:56 |
| 4 | or reasonably available to Facebook. | 17:33:02 |
| 5 | Q.  So let's look more at Topic 6. | 17:33:05 |
| 6 | And this topic, obviously, concerns | 17:33:08 |
| 7 | friend-sharing.  Right? | 17:33:16 |
| 8 | A.  The topic concerns the development of | 17:33:19 |
| 9 | friend-sharing, as I understand it, yes. | 17:33:22 |
| 10 | Q.  And tell me:  What was the purpose of | 17:33:24 |
| 11 | friend-sharing for Facebook? | 17:33:26 |
| 12 | A.  To help me answer that, can you define for | 17:33:30 |
| 13 | me what you think you mean by the phrase | 17:33:32 |
| 14 | "friend-sharing"? | 17:33:34 |
| 15 | Q.  That is an excellent question, and so let | 17:33:35 |
| 16 | me ask you: | 17:33:38 |
| 17 | How does Facebook -- what does Facebook | 17:33:40 |
| 18 | mean by the term "friend-sharing"? | 17:33:42 |
| 19 | A.  In this context, my understanding of the | 17:33:47 |
| 20 | phrase "friend-sharing" is where a Facebook | 17:33:51 |
| 21 | application would be able to access some | 17:33:54 |
| 22 | information about an app user's friends that hadn't | 17:33:58 |
| 23 | necessarily explicitly used that application. | 17:34:04 |
| 24 | Q.  And can we expand the definition to also | 17:34:11 |
| 25 | cover the context in which private APIs are used to | 17:34:14 |

Page 68

| | | |
|---|---|---|
| 1 | give access to friend information, or would that be | 17:34:19 |
| 2 | covered by what you said? | 17:34:24 |
| 3 | A.  It's hard to answer that question given | 17:34:30 |
| 4 | the -- the definition of "private API" being a wide | 17:34:31 |
| 5 | range of things would be classified or classifiable | 17:34:37 |
| 6 | as private APIs; many not limited -- or not | 17:34:40 |
| 7 | involving friend-sharing in any way. | 17:34:46 |
| 8 | Q.  And I appreciate that, and so I'm asking | 17:34:48 |
| 9 | specifically about private APIs that provided | 17:34:51 |
| 10 | access to friend-sharing information. | 17:34:54 |
| 11 | I mean, I guess I should ask:  Private | 17:35:01 |
| 12 | APIs did, in fact, for some partners provide access | 17:35:03 |
| 13 | to friend information.  Right? | 17:35:06 |
| 14 | A.  There were some partners who had access to | 17:35:12 |
| 15 | information that users had authorized the | 17:35:18 |
| 16 | application to access that included friend | 17:35:23 |
| 17 | information. | 17:35:29 |
| 18 | Q.  Okay.  And so when I use the phrase | 17:35:30 |
| 19 | "friend-sharing" for purposes of this deposition, I | 17:35:33 |
| 20 | intend to mean any friend-sharing, when it was via | 17:35:35 |
| 21 | private APIs or otherwise via APIs on the Platform. | 17:35:40 |
| 22 | Is that fair? | 17:35:46 |
| 23 | A.  I think we should -- I'll try and call out | 17:35:49 |
| 24 | where that distinction is important because there's | 17:35:52 |
| 25 | a number of different ways in this -- that these | 17:35:56 |

Page 69

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | things worked. | 17:36:00 |
| 2 | I understand your -- your initial | 17:36:01 |
| 3 | understanding of -- I refer back to my definition | 17:36:04 |
| 4 | of "friend-sharing," and I will try and -- I will | 17:36:08 |
| 5 | try and call out where I see a distinction between | 17:36:12 |
| 6 | friend-sharing as it was available to regular, | 17:36:16 |
| 7 | nonwhitelisted developers and via private APIs. | 17:36:21 |
| 8 | Q.  I appreciate that.  And I have some | 17:36:28 |
| 9 | questions, too, that separate along those lines, so | 17:36:29 |
| 10 | I think that will work quite well. | 17:36:32 |
| 11 | And I asked you what the purpose of | 17:36:34 |
| 12 | "friend-sharing" was. | 17:36:35 |
| 13 | So with that definition of | 17:36:37 |
| 14 | "friend-sharing," can you describe what the purpose | 17:36:37 |
| 15 | was? | 17:36:39 |
| 16 | A.  Friend-sharing was an inherent part of the | 17:36:42 |
| 17 | Facebook Platform as it was built, starting in | 17:36:47 |
| 18 | 2007, to allow app developers to build engaging | 17:36:50 |
| 19 | social experiences. | 17:36:55 |
| 20 | In many cases, a user would be the first | 17:37:02 |
| 21 | person to -- they know to authorize an application, | 17:37:05 |
| 22 | and in order for that application to build an | 17:37:12 |
| 23 | engaging social experience, the application would | 17:37:14 |
| 24 | have access to a subset of the information that | 17:37:18 |
| 25 | that user could see on Facebook. | 17:37:23 |

Page 70

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | The original premise of the Facebook | 17:37:26 |
| 2 | Platform is the -- the app that a user was | 17:37:28 |
| 3 | authorizing would be able to see things that they | 17:37:34 |
| 4 | could also see on Facebook. | 17:37:39 |
| 5 | Q.  And who came up with the idea of | 17:37:43 |
| 6 | friend-sharing? | 17:37:45 |
| 7 | Is there a particular person? | 17:37:46 |
| 8 | A.  I don't know.  We -- I don't know the | 17:37:49 |
| 9 | specific name of the person who came up with | 17:37:54 |
| 10 | friend-sharing. | 17:37:56 |
| 11 | The ability to access information about | 17:37:57 |
| 12 | the friends of a person using an application was, | 17:38:04 |
| 13 | as I understand it, part of the Facebook Developer | 17:38:10 |
| 14 | Platform from its inception; and so the people | 17:38:12 |
| 15 | involved in developing the Facebook Platform would | 17:38:15 |
| 16 | have been the people determining how it operated. | 17:38:17 |
| 17 | Q.  And was Mark Zuckerberg involved in the | 17:38:23 |
| 18 | development of the platform? | 17:38:27 |
| 19 | A.  There were a number of people involved in | 17:38:31 |
| 20 | the development of the platform circa 2007, when it | 17:38:33 |
| 21 | was launched.  I imagine Mark was aware that this | 17:38:36 |
| 22 | platform was launching.  I don't know how much he | 17:38:41 |
| 23 | was involved in the development of the platform. | 17:38:45 |
| 24 | Q.  And do you know if Mark Zuckerberg had | 17:38:49 |
| 25 | anything to say one way or the other about whether | 17:38:55 |

Page 71

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | friend-sharing should be part of the platform at | 17:38:57 |
| 2 | its outset? | 17:38:59 |
| 3 | A.  I have not seen any documents or | 17:39:01 |
| 4 | communication that would indicate how the decisions | 17:39:04 |
| 5 | as to how the platform was designed were -- were | 17:39:11 |
| 6 | come to. | 17:39:14 |
| 7 | Q.  And would you agree that the | 17:39:17 |
| 8 | friend-sharing APIs provided a significant amount | 17:39:21 |
| 9 | of information about users to app developers? | 17:39:27 |
| 10 | A.  Can you help me understand what you mean | 17:39:33 |
| 11 | by the "friend-sharing APIs"? | 17:39:34 |
| 12 | That's not a term I'm familiar with. | 17:39:36 |
| 13 | Q.  Well, what is the term you use to describe | 17:39:38 |
| 14 | the different APIs that provided for access to | 17:39:40 |
| 15 | friend information? | 17:39:44 |
| 16 | A.  They would just be called the "APIs."  The | 17:39:48 |
| 17 | Likes API, for example, would be one.  And then | 17:39:52 |
| 18 | that API could be called in a number of different | 17:39:57 |
| 19 | contexts. | 17:40:00 |
| 20 | Q.  And weren't there a number of APIs that | 17:40:01 |
| 21 | had the word "friends" in them? | 17:40:04 |
| 22 | A.  There were a number of permissions that | 17:40:08 |
| 23 | had the words "friends" in them.  There may have | 17:40:10 |
| 24 | been some APIs with the word "friends" in, but I -- | 17:40:14 |
| 25 | again, the difference between APIs and permissions | 17:40:18 |

Page 72

CONFIDENTIAL

```
  1       is an important concept to draw.                    17:40:21

  2            Q.  Okay.  Well, let's talk about permissions,  17:40:24

  3       then.                                                17:40:26

  4            So when I've seen lists of what I've been       17:40:27

  5       referring to as "APIs" that say "friends video       17:40:30

  6       watch" or "friends posts" or "friends whatever,"     17:40:33

  7       I've been -- I think of those as APIs.               17:40:36

  8            But you're telling me I should think of         17:40:39

  9       those as permissions.                                17:40:42

 10            A.  There's a -- in Graph API Version 1, there  17:40:44

 11       was a specific set of permissions that were          17:40:47

 12       referred to as the "friends permissions."            17:40:50

 13            And I think that's the most proper way to       17:40:53

 14       refer to them.                                       17:40:57

 15            Q.  And were friends permissions widely used    17:40:59

 16       permissions prior to the implementation of           17:41:03

 17       Graph API Version 2?                                 17:41:06

 18            A.  Can you help me understand what you mean     17:41:09

 19       by "widely used"?                                    17:41:10

 20            Q.  Well, what does that term just naturally     17:41:13

 21       mean to you?                                         17:41:17

 22            A.  It could mean a number of different         17:41:18

 23       things.  It could mean whether or not they were      17:41:20

 24       frequently asked by applications; regularly granted  17:41:23

 25       by users.                                            17:41:31
```

Page 73

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Hard to answer without the specifics. | 17:41:32 |
| 2 | Q.  Well, let's start with frequently called | 17:41:34 |
| 3 | by applications. | 17:41:36 |
| 4 | Were friends permissions frequently called | 17:41:40 |
| 5 | by applications? | 17:41:42 |
| 6 | A.  They were -- friend permissions were | 17:41:45 |
| 7 | certainly requested by many applications, but many | 17:41:48 |
| 8 | applications -- I think the majority of | 17:41:51 |
| 9 | applications on the Facebook Developer Platform | 17:41:55 |
| 10 | would not have requested -- would not have | 17:41:58 |
| 11 | typically requested access to friends information. | 17:42:00 |
| 12 | Q.  And -- but a tremendous volume of user | 17:42:04 |
| 13 | data was made accessible through friends | 17:42:08 |
| 14 | permissions, wouldn't you say? | 17:42:11 |
| 15 | A.  I am not sure what you mean by | 17:42:14 |
| 16 | "tremendous." | 17:42:15 |
| 17 | The friend permissions allowed | 17:42:17 |
| 18 | applications on the Facebook Platform to access | 17:42:20 |
| 19 | information about an app user's friends. | 17:42:22 |
| 20 | Q.  And Facebook was concerned about the | 17:42:25 |
| 21 | amount of information that was made available via | 17:42:27 |
| 22 | the friends permissions.  Correct? | 17:42:30 |
| 23 | A.  There were discussions internally about | 17:42:34 |
| 24 | how the friend permissions were being used by | 17:42:38 |
| 25 | applications. | 17:42:42 |

Page 74

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. LOESER:  Why don't we put up an | 17:42:53 |
| 2 | exhibit.  And -- Tab 4, which would be 331 now? | 17:42:54 |
| 3 | 332.  All right.  We're going to mark | 17:43:03 |
| 4 | Exhibit 332. | 17:43:06 |
| 5 | (Deposition Exhibit 332 was marked for | 17:43:07 |
| 6 | identification.) | 17:43:09 |
| 7 | BY MR. LOESER: | 17:43:12 |
| 8 | Q.  And over the course of the day, I'm going | 17:43:12 |
| 9 | to be referring to "tabs."  That's really just for | 17:43:15 |
| 10 | our benefit over here.  A document will magically | 17:43:18 |
| 11 | appear on your screen that are tabs for me but are | 17:43:21 |
| 12 | Bates numbers for you.  So -- and exhibit numbers. | 17:43:25 |
| 13 | This is a slipcover sheet which is not the | 17:43:34 |
| 14 | document itself that has the metadata for the | 17:43:37 |
| 15 | document. | 17:43:39 |
| 16 | So if we can go to the next page of the | 17:43:40 |
| 17 | document, I'm showing you an email from the name | 17:43:42 |
| 18 | that we can't say that we have agreed to call "KP" | 17:43:45 |
| 19 | to a number of people, including Allison Hendrix, | 17:43:50 |
| 20 | dated September 27, 2013. | 17:43:54 |
| 21 | Is that the document that's in front of | 17:43:57 |
| 22 | you? | 17:44:00 |
| 23 | A.  That's the document I see, yes. | 17:44:01 |
| 24 | Q.  And can you look at the first paragraph, | 17:44:09 |
| 25 | the first full paragraph of that document? | 17:44:11 |

Page 75

CONFIDENTIAL

```
 1        A.  Yep.                                    17:44:16

 2        Q.  And KP writes:                          17:44:17

 3            "Hello, all, A quick update from my end. 17:44:18

 4        The spreadsheet with the apps we would like  17:44:21

 5        to audit has now been updated with the number 17:44:22

 6        of API calls those apps due in the course of 17:44:26

 7        30 days.  This is an indication of the volume 17:44:30

 8        of identity required by those third parties.  17:44:32

 9        I must admit, I was surprised to find out    17:44:35

10        that we are giving out a lot here for no      17:44:38

11        obvious reason...just to give you an idea."   17:44:42

12        A.  You missed the word "data" between        17:44:44

13     "identity" and "required," I think, but other than 17:44:46

14     that, you got --                                 17:44:48

15        Q.  Thank you.                                17:44:49

16            And do you understand what "identity data" 17:44:50

17     is?                                              17:44:52

18        A.  It's hard for me here to be -- to know    17:44:56

19     specifically what he's referring to, but -- yeah, 17:44:59

20     so it's hard for me to know explicitly what he is 17:45:06

21     referring to.                                    17:45:09

22            In my personal capacity, I would          17:45:09

23     understand that to mean -- no, I'm not sure I could 17:45:13

24     conclusively say what he's referring to by        17:45:24

25     "identity data."                                 17:45:26
```

Page 76

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q. Could it be information about Facebook | 17:45:28 |
| 2 | users? | 17:45:30 |
| 3 | Does that seem like a reasonable | 17:45:31 |
| 4 | interpretation of that phrase? | 17:45:32 |
| 5 | A. Looking at the API call here, this | 17:45:35 |
| 6 | would -- my understanding is this is referring to | 17:45:40 |
| 7 | the number of requests to a user ID, like a user -- | 17:45:43 |
| 8 | the user -- what we would call the "user method" of | 17:45:49 |
| 9 | the Graph API. | 17:45:52 |
| 10 | Q. Okay. And is it a fair interpretation | 17:45:54 |
| 11 | that KP was surprised at the volume of identity | 17:45:57 |
| 12 | data -- identity data acquired by third parties who | 17:46:02 |
| 13 | were calling on friends permissions? | 17:46:06 |
| 14 | A. No. | 17:46:13 |
| 15 | Q. How do you interpret this email? | 17:46:16 |
| 16 | A. I interpret this as he uses the word | 17:46:19 |
| 17 | "surprised," and he uses the phrase "identity | 17:46:24 |
| 18 | data." | 17:46:29 |
| 19 | But the three -- there were -- two of the | 17:46:31 |
| 20 | three examples here are -- one of the three | 17:46:34 |
| 21 | examples is about the user method, and the friends | 17:46:37 |
| 22 | list and the user feed are two of the other three | 17:46:42 |
| 23 | things he talks about here. | 17:46:45 |
| 24 | He does not specifically refer in this | 17:46:48 |
| 25 | email to friends data. | 17:46:50 |

Page 77

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And what do you think he means when he | 17:46:54 |
| 2 | says -- or what -- how would Facebook interpret the | 17:46:56 |
| 3 | phrase that he was "surprised to find out we were | 17:46:59 |
| 4 | giving out a lot here for no obvious reason"? | 17:47:01 |
| 5 | A.  My interpretation is that the number of | 17:47:09 |
| 6 | API calls seems -- he's -- he's surprised by the | 17:47:12 |
| 7 | number of API calls, although it doesn't refer | 17:47:20 |
| 8 | specifically to the amount of data that was made | 17:47:25 |
| 9 | available. | 17:47:27 |
| 10 | Q.  And why would the -- why did the number of | 17:47:30 |
| 11 | API calls matter? | 17:47:33 |
| 12 | A.  The number of API calls is an easily | 17:47:37 |
| 13 | identifiable, retrievable number.  It's potentially | 17:47:40 |
| 14 | indicative of the amount of utilization that those | 17:47:48 |
| 15 | mentioned apps were calling the API for. | 17:47:53 |
| 16 | Q.  And if you look at the first example he | 17:47:59 |
| 17 | provides here, "Identity Data -- get/user Sunrise | 17:48:03 |
| 18 | (35K MAUs):  4,000 -- 4,82M requests in 30 days," I | 17:48:07 |
| 19 | interpret this to mean 35,000 monthly average | 17:48:15 |
| 20 | users.  Is that right? | 17:48:18 |
| 21 | A.  "MAUs" means monthly active users. | 17:48:21 |
| 22 | Q.  So Sunrise has 35,000 monthly active | 17:48:26 |
| 23 | users, right, according to this? | 17:48:29 |
| 24 | A.  According to this, when the data was | 17:48:32 |
| 25 | pulled by whoever pulled the data, it suggests that | 17:48:33 |

Page 78

```
 1    Sunrise had 35,000 monthly active users.            17:48:37

 2         Q.  Okay.  And it had what appears to be        17:48:41

 3    4.82 million requests in 30 days.                    17:48:43

 4             Is that what that says?                     17:48:47

 5         A.  That's what I read from the document.       17:48:48

 6         Q.  So there were 138 times more requests than  17:48:51

 7    there were users in the last 30 days.                17:48:55

 8         A.  I can't do the math in my head, but I       17:49:00

 9    understand --                                        17:49:03

10         Q.  He has it -- yeah, sorry to interrupt, but  17:49:04

11    the math is there.  It says "138X."  Right?          17:49:07

12         A.  I see "138S" on the page, yeah.             17:49:10

13         Q.  You're saying that you're not sure his      17:49:13

14    math is right, but -- right?                         17:49:14

15         A.  Yeah, I'm not doing a -- I'm not doing the  17:49:17

16    math in my head.  I'm just reading the numbers off   17:49:19

17    the page.                                            17:49:22

18         Q.  And what does it suggest to Facebook if --  17:49:22

19    if there are 138 times as many requests for          17:49:26

20    identity data than there are monthly active users?   17:49:31

21         A.  It might suggest that the app was not very  17:49:37

22    efficiently developed.                               17:49:40

23         Q.  Might it also suggest that the app was      17:49:43

24    obtaining information in ways that weren't related   17:49:45

25    to the use case for the app?                         17:49:51
```

Page 79

| | | |
|---|---|---|
| 1 | A.  It might mean that the app was making | 17:49:56 |
| 2 | requests for user data.  It doesn't necessarily | 17:49:59 |
| 3 | indicate that that's inappropriate given the use | 17:50:02 |
| 4 | case of the app. | 17:50:08 |
| 5 | Q.  Okay.  But here in this email.  KP | 17:50:09 |
| 6 | indicated that he was "surprised to find out that | 17:50:12 |
| 7 | we were giving out a lot -- giving out a lot here | 17:50:15 |
| 8 | for no obvious reason." | 17:50:18 |
| 9 | And then he says, "Just to give you an | 17:50:20 |
| 10 | idea," and he indicates how much is being given | 17:50:22 |
| 11 | out.  Right? | 17:50:24 |
| 12 | A.  Well, he's indicating how many API calls | 17:50:25 |
| 13 | were made in a 30-day period, but he's not making | 17:50:27 |
| 14 | any assertion or diagnosis as to why that was the | 17:50:31 |
| 15 | way it was. | 17:50:40 |
| 16 | Q.  Right.  But he's indicating that it's -- | 17:50:41 |
| 17 | that -- those figures he provided may satisfy and | 17:50:46 |
| 18 | provide meaning to the statement, "giving out a lot | 17:50:50 |
| 19 | here," would you say? | 17:50:53 |
| 20 | A.  I think he's -- by "giving out a lot," | 17:50:56 |
| 21 | he's likely referring to the number of API calls | 17:50:59 |
| 22 | made, but it doesn't necessarily refer to -- it | 17:51:02 |
| 23 | doesn't necessarily mean he's diagnosed that -- you | 17:51:09 |
| 24 | know, information about different users is being | 17:51:14 |
| 25 | exposed here. | 17:51:17 |

Page 80

| | | |
|---|---|---|
| 1 | It's eminently possible that Sunrise | 17:51:19 |
| 2 | queried the API for its app users very | 17:51:23 |
| 3 | inefficiently. | 17:51:28 |
| 4 | Q.  And for Facebook, is that considered | 17:51:31 |
| 5 | somewhat of a red flag? | 17:51:33 |
| 6 | A.  I think there's a number of reasons why | 17:51:39 |
| 7 | Facebook might be interested in how applications | 17:51:41 |
| 8 | are calling the API. | 17:51:43 |
| 9 | One example might be that if the app is | 17:51:45 |
| 10 | developed inefficiently, then there is an impact on | 17:51:50 |
| 11 | Facebook's ability to serve those requests 'cause | 17:51:54 |
| 12 | every time the API is called, a lot of code has to | 17:51:57 |
| 13 | be run. | 17:52:01 |
| 14 | Q.  And do you think that's what KP was | 17:52:04 |
| 15 | sending this email about? | 17:52:08 |
| 16 | A.  I'm not -- there's no reference here as to | 17:52:13 |
| 17 | exactly what -- whether or not that was a reason | 17:52:15 |
| 18 | that KP was sending this email. | 17:52:19 |
| 19 | I think my understanding from reading this | 17:52:21 |
| 20 | is that KP was curious as to the API call rate | 17:52:24 |
| 21 | relative to the number of monthly active users of | 17:52:32 |
| 22 | the app. | 17:52:36 |
| 23 | Q.  And in the context of the subject of this | 17:52:39 |
| 24 | email, which is "Proactive and Reactive removal of | 17:52:42 |
| 25 | permissions," what do you think KP -- what was | 17:52:45 |

Page 81

```
 1      Facebook's concern about call rate?              17:52:49

 2          A.  From this email, it's hard to know       17:52:58

 3      specifically what the issue was.  I -- I was not on  17:53:00

 4      this email thread in a personal capacity, and I was  17:53:05

 5      unable to talk to KP about what he meant because  17:53:11

 6      he's no longer at the company.                  17:53:15

 7          Q.  And in stepping away from this email, was  17:53:19

 8      Facebook aware that friends permissions were often  17:53:23

 9      called by apps in ways that exceeded the use case  17:53:29

10      for the app?                                    17:53:35

11          A.  At the time there was a number of        17:53:40

12      discussions about how apps were using the        17:53:41

13      information they got via the API.  One of those  17:53:46

14      reasons would have been that there were some     17:53:53

15      questions about how that information was being   17:53:58

16      used.                                           17:54:00

17          Q.  And what's the time frame you're referring  17:54:02

18      to in your answer?                              17:54:04

19          A.  My answer here, I'm referring to around  17:54:08

20      2013, the -- roughly when I have reviewed documents  17:54:12

21      about this time, where there was a number of     17:54:15

22      discussions taking place about how apps were using  17:54:18

23      the Facebook Developer Platform and which        17:54:23

24      particular APIs and permissions they were using.  17:54:27

25          Q.  The way friend-sharing was set up, a     17:54:33
```

Page 82

| | | |
|---|---|---|
| 1 | Facebook user decided whether an app or integration | 17:54:35 |
| 2 | partner got access to the user's friend data. | 17:54:39 |
| 3 | Right? | 17:54:43 |
| 4 | A.  The way the Facebook Platform worked is | 17:54:44 |
| 5 | that users would authorize an application to access | 17:54:46 |
| 6 | their information.  They could also, in API | 17:54:49 |
| 7 | Version 1 and before, grant the application access | 17:54:56 |
| 8 | to information about -- some information about that | 17:54:58 |
| 9 | user's friends who had not -- who were not | 17:55:05 |
| 10 | necessarily using the application. | 17:55:07 |
| 11 | Q.  Okay.  And on an app-by-app basis, the | 17:55:09 |
| 12 | friends themselves did not have a say in whether | 17:55:16 |
| 13 | their information was made available to the app | 17:55:19 |
| 14 | that their friend used.  Right? | 17:55:20 |
| 15 | A.  My understanding is that developers -- | 17:55:24 |
| 16 | users could opt out of the Facebook Developer | 17:55:27 |
| 17 | Platform, and that would prevent their information | 17:55:29 |
| 18 | being shared with most third parties. | 17:55:33 |
| 19 | Q.  Okay.  And that -- and let me make sure I | 17:55:37 |
| 20 | understand your testimony. | 17:55:41 |
| 21 | The only way to stop your friends from | 17:55:43 |
| 22 | sharing your information with an app was to turn | 17:55:45 |
| 23 | off apps altogether on the Platform.  Is that | 17:55:47 |
| 24 | right? | 17:55:49 |
| 25 | A.  The controls available to users changed | 17:55:54 |

Page 83

| | | |
|---|---|---|
| 1 | over time.  For a period, there was a way for users | 17:55:57 |
| 2 | to access a setting -- an area of settings called | 17:56:04 |
| 3 | "Apps Others Use" -- I think I'm getting that | 17:56:08 |
| 4 | right -- which allowed them to control which | 17:56:11 |
| 5 | subsets of their information were available to | 17:56:14 |
| 6 | applications via the friend permissions. | 17:56:19 |
| 7 | Q.  And what period was that choice available? | 17:56:22 |
| 8 | A.  I don't know specifically when that -- | 17:56:31 |
| 9 | those settings were made available or were removed. | 17:56:33 |
| 10 | It was certainly available, as I understand it, in | 17:56:37 |
| 11 | around 2014. | 17:56:40 |
| 12 | Q.  And why was that choice taken away from | 17:56:48 |
| 13 | users? | 17:56:51 |
| 14 | A.  My understanding is that that area of | 17:56:52 |
| 15 | settings was removed when there were no or few | 17:56:54 |
| 16 | third-party applications that had access to that | 17:57:04 |
| 17 | information via the APIs. | 17:57:08 |
| 18 | Q.  And do you have an understanding -- or | 17:57:15 |
| 19 | what is Facebook -- well, strike that. | 17:57:16 |
| 20 | What was the time period for which the | 17:57:18 |
| 21 | only way to stop your friends from sharing | 17:57:20 |
| 22 | information was to turn off apps altogether on the | 17:57:23 |
| 23 | Platform? | 17:57:25 |
| 24 | A.  To answer that question, I'd need to know | 17:57:29 |
| 25 | exactly when the Apps Others Use setting was | 17:57:31 |

Page 84

```
 1    introduced, which is a date I don't have, I'm        17:57:36

 2    afraid.                                              17:57:38

 3         Q.  Okay.  And will you follow up and provide   17:57:39

 4    that information?                                    17:57:41

 5         You would provide it to your counsel, who       17:57:46

 6    can provide it to us.                                17:57:47

 7         A.  I'm sure we could try and attempt to        17:57:49

 8    follow up on determining when those settings         17:57:51

 9    were -- were introduced.                             17:57:54

10         Q.  And where would you go to search for the    17:57:57

11    answer to that question?                             17:57:59

12         A.  My immediate step would be to ask the       17:58:08

13    engineers who had worked on that feature or may      17:58:10

14    have worked on that feature to try and identify      17:58:15

15    when that feature was made available.                17:58:20

16         Q.  Thank you.  During the time that the only   17:58:27

17    way to turn off -- or to block your friend from      17:58:29

18    sharing your information was by turning off apps     17:58:33

19    altogether, can you explain why friend-sharing was   17:58:37

20    set up that way?                                     17:58:41

21         A.  The original design of the Facebook         17:58:45

22    Platform rested on a very simple premise, which is   17:58:47

23    that the user has access to information by using     17:58:54

24    Facebook, and the user could allow apps to access   17:58:58

25    the information that they could see on Facebook,     17:59:04
```

Page 85

| | | |
|---|---|---|
| 1 | and that would allow those applications to build | 17:59:06 |
| 2 | rich, engaging social experiences. | 17:59:11 |
| 3 | That was the simple, clear, founding | 17:59:14 |
| 4 | premise of the Facebook Developer Platform. | 17:59:18 |
| 5 | Q.  From your testimony, it sounds like, just | 17:59:22 |
| 6 | from a technical standpoint, it is possible for | 17:59:25 |
| 7 | Facebook to provide a setting through which, on an | 17:59:27 |
| 8 | app-by-app basis, Facebook users can determine | 17:59:32 |
| 9 | whether their friends share their information. | 17:59:37 |
| 10 | Right? | 17:59:44 |
| 11 | A.  The testimony I think you're referring to | 17:59:44 |
| 12 | from a few minutes ago refers to a set of settings | 17:59:46 |
| 13 | called "Apps Others Use," which allowed users to | 17:59:50 |
| 14 | opt out of certain types of their information being | 17:59:55 |
| 15 | shared with any apps their friend used. | 17:59:59 |
| 16 | My understanding is that was not an | 18:00:03 |
| 17 | app-by-app setting. | 18:00:05 |
| 18 | Q.  Okay.  I want to make sure I understand | 18:00:10 |
| 19 | that. | 18:00:13 |
| 20 | So was there any time when a Facebook user | 18:00:13 |
| 21 | could block a particular app that one of their | 18:00:18 |
| 22 | friends used? | 18:00:23 |
| 23 | Let's call the app "friend's app."  So was | 18:00:25 |
| 24 | there at any time a setting where a user would have | 18:00:30 |
| 25 | the option of saying no to a friend's app getting | 18:00:32 |

Page 86

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | their information because their friend used that | 18:00:37 |
| 2 | app? | 18:00:40 |
| 3 | A.  The feature that enables -- there was a | 18:00:42 |
| 4 | feature called "Blocks" which allows a user to | 18:00:47 |
| 5 | block a specific application. | 18:00:50 |
| 6 | My understanding is that that would mean | 18:00:52 |
| 7 | the application would not have access to their | 18:00:55 |
| 8 | information by the -- | 18:00:58 |
| 9 | Q.  So would the user get a notice, say, from | 18:01:04 |
| 10 | friend's app that said, "Your friend wants to share | 18:01:07 |
| 11 | your information.  Do you -- are you providing -- | 18:01:11 |
| 12 | like, will you authorize that?" | 18:01:13 |
| 13 | Is that how it functioned? | 18:01:15 |
| 14 | A.  The way friend-sharing worked was that a | 18:01:17 |
| 15 | user could authorize an application, grant | 18:01:20 |
| 16 | permissions to that application to access -- well, | 18:01:24 |
| 17 | actually, let me back up. | 18:01:28 |
| 18 | The -- the permissions were introduced | 18:01:30 |
| 19 | into the API sometime after the Facebook Developer | 18:01:33 |
| 20 | Platform was first launched. | 18:01:39 |
| 21 | When -- in the original version, when a | 18:01:44 |
| 22 | friend -- when a user authorized an application, | 18:01:46 |
| 23 | that application had access to information about | 18:01:48 |
| 24 | that user and some information about that user's | 18:01:52 |
| 25 | friends. | 18:01:55 |

Page 87

| | | |
|---|---|---|
| 1 | There were -- the user -- the user's | 18:01:57 |
| 2 | friends would not get notified that their friend | 18:02:00 |
| 3 | was using the application.  There would be no | 18:02:02 |
| 4 | placebo active notifications. | 18:02:05 |
| 5 | Q.  And what was that time period? | 18:02:08 |
| 6 | A.  The way the permissions -- the granular | 18:02:11 |
| 7 | permissions were launched in April 2010, and so the | 18:02:16 |
| 8 | specific feature I'm referring to there is prior to | 18:02:21 |
| 9 | April 2010, apps would access a range of | 18:02:27 |
| 10 | information without granular permissions needed to | 18:02:35 |
| 11 | be granted. | 18:02:38 |
| 12 | Starting in April 2010, users granted | 18:02:40 |
| 13 | specific permissions to an application determining | 18:02:43 |
| 14 | which data that application had access to. | 18:02:46 |
| 15 | Q.  Right. | 18:02:52 |
| 16 | A.  Through both of those periods, when a user | 18:02:52 |
| 17 | installed an application, their friends would not | 18:02:56 |
| 18 | be notified that they had done so. | 18:02:59 |
| 19 | Q.  Okay.  And was there a point in time when, | 18:03:03 |
| 20 | before a user could share the user's friends | 18:03:04 |
| 21 | information, the users got notice that the app was | 18:03:10 |
| 22 | seeking friends information? | 18:03:13 |
| 23 | A.  I'm not aware of any time where a | 18:03:16 |
| 24 | nonapp-user would be notified that one of their | 18:03:20 |
| 25 | friends was using an application. | 18:03:23 |

Page 88

| | | |
|---|---|---|
| 1 | Q.   Okay.   And why was Facebook set up that | 18:03:26 |
| 2 | way so that friends didn't receive notification | 18:03:29 |
| 3 | when their users -- when their friends were trying | 18:03:33 |
| 4 | to provide access to their information? | 18:03:36 |
| 5 | A.   The original premise of the Facebook | 18:03:41 |
| 6 | Platform was that when a user was using an | 18:03:42 |
| 7 | application, that application had access to, at the | 18:03:48 |
| 8 | limit, potentially, anything that that user would | 18:03:52 |
| 9 | be able to see on Facebook. | 18:03:55 |
| 10 | It was the user taking the information | 18:03:57 |
| 11 | that had been shared with them and making that | 18:03:59 |
| 12 | available to an application. | 18:04:02 |
| 13 | Q.   And have you seen in documents that | 18:04:07 |
| 14 | structure referred to as "authorization by proxy"? | 18:04:10 |
| 15 | A.   I don't recall seeing that phrase in | 18:04:16 |
| 16 | particular. | 18:04:17 |
| 17 | Q.   So, now, could Facebook have set up the | 18:04:24 |
| 18 | platform so that before an app could get access to | 18:04:26 |
| 19 | a person's information, where that person was the | 18:04:30 |
| 20 | friend of someone using the app, that they could | 18:04:33 |
| 21 | have received notice that this app is attempting to | 18:04:36 |
| 22 | gain the nonapp user's information? | 18:04:40 |
| 23 | A.   It's technically possible that when a user | 18:04:50 |
| 24 | authorized an application and granted friends | 18:04:52 |
| 25 | permissions, that a notification could have been | 18:04:58 |

Page 89

| | | |
|---|---|---|
| 1 | sent.  That's technically possible. | 18:05:03 |
| 2 | It would have introduced a number of | 18:05:07 |
| 3 | unusual experiences, however. | 18:05:09 |
| 4 | Q.  And what do you mean by that? | 18:05:15 |
| 5 | A.  So sometimes I'm logging into an | 18:05:21 |
| 6 | application or I'm using an application for the | 18:05:24 |
| 7 | very first time.  I'm not necessarily, you know -- | 18:05:26 |
| 8 | I'm using an application for the very first time. | 18:05:30 |
| 9 | It might be unexpected for Facebook to | 18:05:33 |
| 10 | broadcast -- to send a notification to some of my | 18:05:39 |
| 11 | friends that I was using the application. | 18:05:46 |
| 12 | Q.  Now, unexpected or not, it would have | 18:05:49 |
| 13 | given those friends the ability to choose not to | 18:05:51 |
| 14 | share information in that context.  Right? | 18:05:54 |
| 15 | A.  So, again, in this case, the -- the way | 18:05:58 |
| 16 | that the Facebook Developer Platform was originally | 18:06:01 |
| 17 | set up was that an app -- based on the simple | 18:06:03 |
| 18 | founding premise that when -- if there was | 18:06:10 |
| 19 | information that a user could see on Facebook | 18:06:13 |
| 20 | because it had been shared with them on Facebook, | 18:06:15 |
| 21 | the -- that information would also be available to | 18:06:18 |
| 22 | applications that user was using. | 18:06:23 |
| 23 | Q.  And were there discussions at Facebook of | 18:06:30 |
| 24 | the pros and cons of that approach to treating | 18:06:33 |
| 25 | information about users' friends? | 18:06:37 |

Page 90

| | | |
|---|---|---|
| 1 | A.  I've seen evidence of -- I've seen | 18:06:42 |
| 2 | evidence of discussions where the -- the impact of | 18:06:45 |
| 3 | that model was resulting in users being concerned | 18:06:49 |
| 4 | about the information that they could share with | 18:06:55 |
| 5 | applications and that their friends might be | 18:07:01 |
| 6 | sharing with applications, ultimately leading to | 18:07:03 |
| 7 | the changes made in 2014. | 18:07:06 |
| 8 | Q.  And would it be fair to describe those | 18:07:08 |
| 9 | concerns as "privacy concerns"? | 18:07:10 |
| 10 | A.  I think there are a range of concerns as | 18:07:13 |
| 11 | to how information was being shared with | 18:07:15 |
| 12 | third-party apps through the Developer Platform. | 18:07:21 |
| 13 | Q.  And were privacy concerns included in that | 18:07:25 |
| 14 | range of concerns? | 18:07:27 |
| 15 | A.  Privacy would have been -- information | 18:07:31 |
| 16 | expectation would have been one of the concerns | 18:07:34 |
| 17 | that was discussed. | 18:07:36 |
| 18 | Q.  And by that, you mean people didn't | 18:07:40 |
| 19 | realize their information was being shared in that | 18:07:42 |
| 20 | way? | 18:07:44 |
| 21 | A.  The -- there was discussion about the fact | 18:07:47 |
| 22 | that some people might not be aware that a friend | 18:07:50 |
| 23 | was using an application and that that friend's -- | 18:07:56 |
| 24 | some of that user's friends' information had been | 18:08:00 |
| 25 | shared with the app. | 18:08:05 |

Page 91

| | | |
|---|---|---|
| 1 | MR. LOESER:  Okay.  If we could go to | 18:08:08 |
| 2 | Tab 5. | 18:08:10 |
| 3 | I'm going to introduce what will be marked | 18:08:15 |
| 4 | as Exhibit 333. | 18:08:17 |
| 5 | (Deposition Exhibit 333 was marked for | 18:08:29 |
| 6 | identification.) | 18:08:30 |
| 7 | BY MR. LOESER: | 18:08:31 |
| 8 | Q.  In a moment you'll see an email from | 18:08:32 |
| 9 | David Poll to Eddie O'Neil and also dated | 18:08:35 |
| 10 | December 9, 2013. | 18:08:39 |
| 11 | Do you see that on your screen? | 18:08:42 |
| 12 | A.  I do. | 18:08:44 |
| 13 | Q.  Do you know who David Poll is? | 18:08:44 |
| 14 | A.  David Poll was an employee of Facebook, | 18:08:50 |
| 15 | now Meta, in the past, and I recall him being one | 18:08:54 |
| 16 | of the cofounders of a company called Parse. | 18:08:58 |
| 17 | Q.  And from -- was there discussion at | 18:09:07 |
| 18 | Facebook about who owned friend information; | 18:09:11 |
| 19 | whether it was the user's information or the | 18:09:14 |
| 20 | friends' information? | 18:09:19 |
| 21 | A.  Let me just read the exhibit before I | 18:09:21 |
| 22 | answer your question. | 18:09:23 |
| 23 | Q.  Sure.  And I -- it's a long string, and | 18:09:25 |
| 24 | I'm going to be asking you about some statements | 18:09:29 |
| 25 | made by Eddie O'Neil and David Poll on the second | 18:09:32 |

Page 92

| | | |
|---|---|---|
| 1 | page of the email, if that helps, on the bottom. | 18:09:37 |
| 2 | A. (Reviewing document.) | 18:09:54 |
| 3 | Okay. It just scrolled. | 18:09:55 |
| 4 | Q. Let me apologize. Let me save some time | 18:09:56 |
| 5 | by just referring you to -- if you go to the second | 18:09:59 |
| 6 | page, this is a chat between Eddie O'Neil and | 18:10:01 |
| 7 | David Poll. Is that right? | 18:10:04 |
| 8 | A. This to me represents a chat between Eddie | 18:10:07 |
| 9 | and David, yes. | 18:10:10 |
| 10 | Q. Okay. And if you go to the bottom of the | 18:10:11 |
| 11 | second page, about two thirds of the way down, | 18:10:13 |
| 12 | Eddie O'Neil says: | 18:10:17 |
| 13 | "I disagree -- your friends' birthdays | 18:10:19 |
| 14 | aren't yours to take with you. We let you do | 18:10:22 |
| 15 | that today, and it's created confusion along | 18:10:25 |
| 16 | with regulatory/legal issues. It's also | 18:10:27 |
| 17 | exactly what's gotten us into trouble with | 18:10:29 |
| 18 | Lulu." | 18:10:32 |
| 19 | Do you see that? | 18:10:32 |
| 20 | A. I do see that. | 18:10:33 |
| 21 | Q. And does this -- does this suggest that at | 18:10:35 |
| 22 | Facebook, there was discussion about who owned -- | 18:10:39 |
| 23 | and I can put in air quotes -- who owned friend | 18:10:43 |
| 24 | information; whether it belonged to the user or | 18:10:46 |
| 25 | belonged to the friends? | 18:10:48 |

Page 93

| | | |
|---|---|---|
| 1 | A.  My understanding, this is a discussion | 18:10:54 |
| 2 | about who -- who did or should have the ability to | 18:10:55 |
| 3 | choose how information was shared with third | 18:11:04 |
| 4 | parties. | 18:11:09 |
| 5 | It's -- I'm not sure I'd refer to it as | 18:11:10 |
| 6 | "who owns," but it's certainly a discussion about | 18:11:13 |
| 7 | the model or the models for which information could | 18:11:19 |
| 8 | or should be shared with third parties. | 18:11:25 |
| 9 | Q.  And what is Mr. O'Neil referring to here | 18:11:27 |
| 10 | when he says "it's created confusion along with | 18:11:30 |
| 11 | regulatory/legal issues"? | 18:11:34 |
| 12 | Do you know what he's talking about? | 18:11:35 |
| 13 | A.  When he's referring to "created | 18:11:37 |
| 14 | confusion," that's, in my understanding, referring | 18:11:39 |
| 15 | to some of the feedback that had been heard from | 18:11:43 |
| 16 | users about how information was being shared with | 18:11:50 |
| 17 | third parties. | 18:11:57 |
| 18 | I'm not sure what he's referring to in | 18:11:58 |
| 19 | terms of "regulatory/legal issues" in particular. | 18:12:02 |
| 20 | Q.  But Facebook, obviously, knows what | 18:12:08 |
| 21 | regulatory and legal issues are -- were raised with | 18:12:12 |
| 22 | regard to friends permissions.  Right? | 18:12:22 |
| 23 | MR. BLUME:  Excuse me.  I object. | 18:12:26 |
| 24 | Privilege.  Potential privilege.  If I may -- | 18:12:28 |
| 25 | MR. LOESER:  And let me -- sorry.  Go | 18:12:32 |

Page 94

| | | |
|---|---|---|
| 1 | ahead, Mr. Blume. | 18:12:34 |
| 2 | MR. BLUME:  I just was asking permission | 18:12:36 |
| 3 | to instruct the witness unless you want to | 18:12:38 |
| 4 | rephrase. | 18:12:40 |
| 5 | MR. LOESER:  Sure. | 18:12:42 |
| 6 | Q.  Really, the point of my question was, you | 18:12:42 |
| 7 | don't know the answer to this question what the | 18:12:44 |
| 8 | regulatory or legal issues were, but Facebook knows | 18:12:46 |
| 9 | the answer to that.  Right? | 18:12:49 |
| 10 | A.  Eddie here is likely referring to a -- | 18:12:55 |
| 11 | it's hard to know what the specific "regulatory and | 18:13:00 |
| 12 | legal issues" he's referring to are. | 18:13:02 |
| 13 | So I -- it's hard to answer on behalf of | 18:13:08 |
| 14 | the company in terms of specifically what he's | 18:13:11 |
| 15 | referring to. | 18:13:13 |
| 16 | Q.  And when he refers to -- refers below to | 18:13:15 |
| 17 | "gotten us into trouble with Lulu," do you know | 18:13:19 |
| 18 | what he's referring to? | 18:13:24 |
| 19 | A.  Lulu was an application that had an | 18:13:26 |
| 20 | unusual behavior.  I don't recall specifically in | 18:13:33 |
| 21 | detail what the application did other than it -- it | 18:13:38 |
| 22 | allowed -- I think, if I remember correctly, women | 18:13:45 |
| 23 | in particular -- specifically women, to rate in | 18:13:50 |
| 24 | some way their friends -- sorry -- rate other | 18:13:52 |
| 25 | people. | 18:13:59 |

Page 95

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | But I -- I don't want to get into the -- | 18:14:01 |
| 2 | that's what I remember.  I don't want to get into | 18:14:03 |
| 3 | the specifics.  I haven't read up on the -- exactly | 18:14:06 |
| 4 | the specifics of this, but I've heard reference to | 18:14:10 |
| 5 | Lulu and read references to Lulu in the documents | 18:14:13 |
| 6 | I've read in preparation for this testimony. | 18:14:17 |
| 7 | Q.  And that was -- that would be one of those | 18:14:22 |
| 8 | concerns that you would consider related to how | 18:14:24 |
| 9 | friend permissions were used by apps.  Right? | 18:14:28 |
| 10 | A.  My understanding is that the way Lulu used | 18:14:32 |
| 11 | friend permissions was -- was something that there | 18:14:36 |
| 12 | was concern about at the time. | 18:14:44 |
| 13 | Q.  And specifically the -- the nonapp users, | 18:14:45 |
| 14 | or the friends of the user, expressed concern about | 18:14:50 |
| 15 | how their information was being used by the app. | 18:14:53 |
| 16 | Right? | 18:14:56 |
| 17 | A.  There were general concerns at the time | 18:15:00 |
| 18 | about how friends information had been -- had been | 18:15:02 |
| 19 | used.  I -- I don't recall reading anything | 18:15:05 |
| 20 | specific about -- I've seen Lulu mentioned, but I'm | 18:15:12 |
| 21 | not sure in exactly which -- which contexts. | 18:15:16 |
| 22 | Q.  And if you look at the next line in | 18:15:20 |
| 23 | Mr. O'Neil's chat, it says: | 18:15:23 |
| 24 | "It's also accrued a huge amount of value | 18:15:26 |
| 25 | to developers at great expense to Facebook as | 18:15:29 |

Page 96

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | a business." | 18:15:31 |
| 2 | And do you know what he is referring to | 18:15:32 |
| 3 | here? | 18:15:34 |
| 4 | A.  There's a couple of terms here. | 18:15:38 |
| 5 | Which one do you want me to focus on | 18:15:40 |
| 6 | first? | 18:15:42 |
| 7 | Q.  Well, is this a reference to the amount of | 18:15:43 |
| 8 | information that friends permissions was making | 18:15:45 |
| 9 | available to developers? | 18:15:48 |
| 10 | A.  Reading this, it seems relevant to the | 18:15:55 |
| 11 | friend permissions, but "huge amount of value" may | 18:15:59 |
| 12 | refer to a number of different ways that a | 18:16:03 |
| 13 | developer would perceive the -- the value of the | 18:16:07 |
| 14 | experience that they had got by integrating with | 18:16:13 |
| 15 | the Facebook Platform. | 18:16:15 |
| 16 | Q.  And what are -- what -- how can you | 18:16:17 |
| 17 | describe or what are the different ways that | 18:16:21 |
| 18 | developers obtained value from friends permission | 18:16:23 |
| 19 | information? | 18:16:28 |
| 20 | A.  So the friend permissions allowed | 18:16:32 |
| 21 | applications to build rich, engaging social | 18:16:35 |
| 22 | experiences even when, you know, one -- let me | 18:16:38 |
| 23 | start that again to make sure I frame this | 18:16:45 |
| 24 | correctly for you. | 18:16:48 |
| 25 | One of the benefits of the friend | 18:16:49 |

Page 97

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | permissions for developers was that they could | 18:16:51 |
| 2 | build rich, engaging social experiences, including | 18:16:54 |
| 3 | those where not all of a user's friends were also | 18:16:59 |
| 4 | using the same application; also using the same | 18:17:04 |
| 5 | app. | 18:17:09 |
| 6 | That could manifest value in different | 18:17:09 |
| 7 | ways.  It could enable applications to be more | 18:17:12 |
| 8 | retentive, so they were more frequently used a | 18:17:19 |
| 9 | whole number of different ways that the developers | 18:17:23 |
| 10 | might benefit from building social experiences. | 18:17:26 |
| 11 | Q.  And what are the ways that providing | 18:17:32 |
| 12 | access to friends information was at "great expense | 18:17:34 |
| 13 | to Facebook as a business"? | 18:17:39 |
| 14 | A.  So one of the ways that this might be | 18:17:47 |
| 15 | considered an expense is in trust and reputation. | 18:17:50 |
| 16 | Because of the way the APIs functioned originally. | 18:17:57 |
| 17 | And, as I've testified previously, there | 18:18:03 |
| 18 | were some concerns that we'd heard from users about | 18:18:06 |
| 19 | how the Platform worked, and that confusion could | 18:18:10 |
| 20 | have impacted the trust in Facebook as a product. | 18:18:17 |
| 21 | Q.  And can you -- are there other types of | 18:18:24 |
| 22 | expense that Facebook recognized related to | 18:18:28 |
| 23 | providing access to friends permissions to | 18:18:31 |
| 24 | developers -- or partners, for that matter? | 18:18:34 |
| 25 | A.  One way that you might classify that is | 18:18:38 |

Page 98

CONFIDENTIAL

```
 1    the computational energy it took to serve these      18:18:45

 2    requests.                                             18:18:50

 3           Actually serving an API call requires          18:18:52

 4    compute, and so that's another way that providing     18:18:56

 5    the platform in general and certain APIs would have   18:19:02

 6    been an expense to Facebook.                          18:19:08

 7       Q.  And what about the value of the -- of the      18:19:12

 8    friend information itself?                            18:19:14

 9           Is that information valuable to Facebook       18:19:17

10    as a business, from a monetization standpoint?        18:19:19

11       A.  Sorry.  Can you help me understand the         18:19:25

12    context of your question?                             18:19:27

13           That was a very general -- a general           18:19:29

14    question.  I would like to get to the specifics.      18:19:31

15       Q.  Sure.  I'm just trying to understand from      18:19:33

16    Facebook's perspective what the great expense to      18:19:36

17    Facebook as a business was, and you've given me       18:19:39

18    some examples.                                        18:19:42

19           And I'm wondering if there's an economic       18:19:42

20    impact as well that would be covered by providing     18:19:45

21    thousands of apps with access to friend               18:19:47

22    permissions.                                          18:19:50

23       A.  I'm not aware of any analysis that was         18:19:53

24    done that specifically determined -- or attempts to   18:19:56

25    determine the -- the financial value of friend        18:20:01
```

Page 99

```
 1    permissions or the friend data as part of the        18:20:08

 2    Developer Platform.                                   18:20:11

 3         Q.  Okay.  Let's look at David Poll's text at    18:20:15

 4    the bottom of the page.  And he states:               18:20:18

 5            "If you want to give users a way to           18:20:21

 6         protect their data, it seems like the best       18:20:23

 7         way to do that is to give them a setting like    18:20:26

 8         'apps can't see my data unless I've              18:20:29

 9         specifically allowed it.'"                       18:20:31

10         Do you see that?                                 18:20:32

11         A.  I see that on the screen, yes.               18:20:33

12         Q.  And as you testified earlier, that's the     18:20:35

13    type of setting that Facebook could have              18:20:37

14    technically implemented had it chosen to do so.       18:20:40

15         A.  Let me just read the statement to make       18:20:44

16    sure I can answer accurately for you.                 18:20:46

17            (Reviewing document.)                         18:21:00

18            THE WITNESS:  There's a lot of context        18:21:19

19    here to unpack.  So I'm just trying to understand     18:21:21

20    what David Poll is speaking about.                    18:21:24

21            So my understanding is that the "apps         18:21:38

22    others use" setting was partly delivered on the       18:21:41

23    expectation that -- that David is referring to        18:21:51

24    here.                                                 18:21:54

25            So it would have been technically possible    18:21:59
```

Page 100

| | | |
|---|---|---|
| 1 | to allow a user to choose whether or not an | 18:22:01 |
| 2 | application had access to their data. | 18:22:10 |
| 3 | BY MR. LOESER: | 18:22:14 |
| 4 | Q.  All right.  We've talked a bit about | 18:22:20 |
| 5 | the -- I'm sorry, go ahead. | 18:22:22 |
| 6 | A.  Sorry.  Carry on. | 18:22:25 |
| 7 | Q.  Okay.  So moving on, the -- I've asked you | 18:22:26 |
| 8 | some questions about the different permissions, and | 18:22:28 |
| 9 | you've provided some helpful information about the | 18:22:31 |
| 10 | terminology used to discuss different permissions. | 18:22:33 |
| 11 | I do want to make sure I have a complete | 18:22:37 |
| 12 | understanding of all of the different permissions | 18:22:40 |
| 13 | that allowed access to friend information. | 18:22:44 |
| 14 | And I asked before if a number of the | 18:22:48 |
| 15 | permissions had the word "friends" in them, and you | 18:22:52 |
| 16 | said "Yes." | 18:22:56 |
| 17 | And it's also the case the number of | 18:22:57 |
| 18 | permissions that provided access to friend | 18:22:59 |
| 19 | information did not have the word "friend" in them. | 18:23:02 |
| 20 | Is that right? | 18:23:05 |
| 21 | A.  There were permissions that allowed an app | 18:23:08 |
| 22 | to access information about a user and that user's | 18:23:11 |
| 23 | friends that didn't have "friend" in the title. | 18:23:17 |
| 24 | Q.  Okay.  And I'm going to run through some, | 18:23:22 |
| 25 | and then you can help me understand if there are | 18:23:24 |

Page 101

```
 1    others.                                       18:23:26

 2         User-posts APIs are a type of -- emit    18:23:27

 3    friend information.  Right?                    18:23:37

 4         A.  The user-posts API allowed an app to  18:23:38

 5    access the posts of a user who had authorized the  18:23:42

 6    application.                                   18:23:46

 7         Q.  And did it also provide access to the  18:23:48

 8    user's friends' posts?                         18:23:52

 9         A.  My understanding is the user-posts    18:23:56

10    permission is no.  It would not have allowed an app  18:24:01

11    to access a user's friends' posts.             18:24:04

12         Q.  And even where the friend responds to the  18:24:08

13    post or comments or indicates a like to a post?  18:24:10

14         A.  My understanding of the way the user posts  18:24:16

15    permission worked was that it would have emitted  18:24:19

16    the posts of the user who had authorized the   18:24:23

17    application.  It may have also included likes and  18:24:26

18    comments on that post.                         18:24:29

19         Q.  Okay.  And likes and comments from a  18:24:32

20    friend would be friend information.  Right?    18:24:34

21         A.  Some posts, if they had only been shared  18:24:43

22    with a friend and they had been liked or commented  18:24:47

23    on by a friend, then the -- the app would be able  18:24:50

24    to see the user ID and the comment and some other  18:24:57

25    information about the comment that you could   18:25:02
```

Page 102

 1        construe as having been made by a friend.                18:25:05

 2            Q.  Okay.  And the Event API, is that a              18:25:08

 3        similar answer to that; that the Event API gives         18:25:13

 4        access to events that the user attended, but any         18:25:18

 5        comment or posts or other information from the           18:25:21

 6        friend regarding that event, that also would be          18:25:24

 7        accessible for the user's friends.  Right?               18:25:28

 8            A.  So, again, the specifics really matter           18:25:35

 9        here.                                                    18:25:37

10            The user events permission allowed an app           18:25:38

11        to access the events that a user, as I understand        18:25:41

12        it, had marked themselves as attending or not            18:25:45

13        attending or had responded to in some way.               18:25:48

14            Through that -- through the Events API,              18:25:56

15        the app could also access other information about        18:25:58

16        that event which may have included other attendees,      18:26:01

17        some of whom might be the user's friends, some of        18:26:05

18        whom might not be, depending on the privacy setting      18:26:09

19        of the event and who was attending.                      18:26:14

20            Q.  Okay.  And so the Events API also could          18:26:15

21        obtain some friends information for those reasons.       18:26:19

22            A.  The events API may have allowed an app to        18:26:23

23        access information about a user's friends who were       18:26:29

24        attending an event that the user was attending, for      18:26:33

25        example.                                                 18:26:39

                                                         Page 103

1      Q.  What is the "Pages API"?                      18:26:42

2      A.  The Pages API refers to a collection of        18:26:45

3   APIs that would allow an application to access        18:26:48

4   content on or information about a Facebook page.      18:26:52

5      Q.  And could that API also allow access to        18:26:58

6   friends information of the user who used the app      18:27:03

7   with access to that API?                             18:27:07

8      A.  So the Pages API allowed an application to     18:27:12

9   access information about the page.  At times, it      18:27:21

10  also allowed the application to access posts on      18:27:24

11  that page's timeline, and those posts could also     18:27:26

12  have included comments on those posts.  And those    18:27:31

13  comments were publicly available on Facebook and     18:27:38

14  may have been also available by the API.             18:27:41

15     Q.  And so that would include friends             18:27:44

16  information as well.  Right?                          18:27:46

17     A.  The Pages API could be called by an           18:27:49

18  application without a specific logged-in user, and   18:27:52

19  so the information available may have included        18:28:00

20  friend information.                                  18:28:03

21     Q.  And what is the "Groups API"?                 18:28:06

22     A.  The Groups API refers to a collection of      18:28:12

23  APIs which allow an app to access the groups that a  18:28:15

24  user is a member of.                                 18:28:21

25     Q.  And could the Groups APIs also provide        18:28:26

Page 104

| | | |
|---|---|---|
| 1 | access to information about friends of the app | 18:28:31 |
| 2 | user? | 18:28:34 |
| 3 | A. The Groups API would have allowed the app | 18:28:37 |
| 4 | to access the member list of a -- that at the time | 18:28:42 |
| 5 | included the member list of the groups that the | 18:28:49 |
| 6 | user was a member of and posts in the group that | 18:28:51 |
| 7 | the user was a member of. | 18:28:53 |
| 8 | The member list could include people who | 18:28:57 |
| 9 | were the app user's friends. | 18:28:59 |
| 10 | Q. And it could also include people who were | 18:29:02 |
| 11 | not the app user's friends. Right? | 18:29:04 |
| 12 | A. A group on Facebook can be open or closed | 18:29:08 |
| 13 | and secret and may contain people who are not the | 18:29:14 |
| 14 | user's friends, and the group's API would have | 18:29:16 |
| 15 | allowed the app to see the members of the group. | 18:29:21 |
| 16 | Q. Are you familiar with the Taggable Friends | 18:29:25 |
| 17 | API? | 18:29:27 |
| 18 | A. I am familiar with the Taggable Friends | 18:29:31 |
| 19 | API. | 18:29:33 |
| 20 | Q. And what information does that API provide | 18:29:34 |
| 21 | access to? | 18:29:37 |
| 22 | A. My understanding is that the Taggable | 18:29:39 |
| 23 | Friends API retrieved -- allowed an app to retrieve | 18:29:43 |
| 24 | a very limited set of information about the app | 18:29:48 |
| 25 | user's friends specifically to enable them to | 18:29:51 |

Page 105

```
 1      render a tagging type-ahead.                        18:29:55

 2          Q.  And what is a "tagging type-ahead"?         18:30:01

 3          A.  I think the best way to illustrate this is  18:30:04

 4      through an example.                                 18:30:06

 5              Imagine that you are a runner and you use   18:30:07

 6      Strava, and you go on a run with me, but I am not a 18:30:13

 7      Strava user.  I track my runs using another app.    18:30:20

 8              After the run, you might choose to share    18:30:25

 9      your run back to Facebook, and you want to tag me,  18:30:29

10      one of your Facebook friends, in that story because 18:30:33

11      we went on the run together.                        18:30:36

12              If I don't use Strava, then there was the   18:30:39

13      desire to give the app away to render a way for you 18:30:46

14      to tag me in that story when it was published back  18:30:53

15      to Facebook.                                        18:30:56

16          Q.  Okay.  So in that context, it provides      18:30:59

17      friend information about the person who doesn't use 18:31:03

18      Strava.                                             18:31:06

19          A.  It provides a very, very limited set of     18:31:07

20      information about the person -- the user's friend   18:31:10

21      who doesn't use Strava.                             18:31:13

22          Q.  And we talked a bit about the Social        18:31:25

23      Context API.  And you described that as an API that 18:31:27

24      provided information about a user and one other     18:31:32

25      person.                                             18:31:34
```

Veritext Legal Solutions
866 299-5127

```
 1              Do I recall that correctly?              18:31:36

 2       A.  That's not the intent of my testimony.     18:31:37

 3              It provided the social -- it provided    18:31:43

 4   social context between two app users.              18:31:46

 5              So when you called the Social Context API, 18:31:50

 6   it was called on behalf of a user, and you would   18:31:53

 7   also specify one of that user's friends who was    18:31:56

 8   also -- or another user ID of somebody who was     18:32:01

 9   using the application, and the API would return    18:32:04

10   social context between those two people.           18:32:07

11       Q.  And so could that API provide information  18:32:15

12   about people who are not using the app with access 18:32:18

13   to Social Context API?                             18:32:22

14       A.  My understanding is the information        18:32:24

15   returned by that API would be different whether or 18:32:26

16   not two users -- one of the users was using the    18:32:28

17   application and one of the users displayed in the  18:32:32

18   Social Context wasn't.                             18:32:36

19       Q.  And so walk me through what happens when   18:32:39

20   the -- the other person is not using the app.      18:32:44

21              What information about that person is    18:32:49

22   provided through the app?                          18:32:51

23       A.  I'd need to refer to the API documentation 18:32:53

24   at the time to give -- to give you specifics, but  18:32:56

25   my understanding is it would return a very limited 18:32:59
```

Page 107

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | set of information about people that the two users | 18:33:04 |
| 2 | had in common that were not using the application. | 18:33:09 |
| 3 | Q.  Okay.  So let's -- let's -- let me provide | 18:33:12 |
| 4 | an example.  Maybe this would be helpful. | 18:33:15 |
| 5 | So if a Facebook user watches a movie, | 18:33:17 |
| 6 | let's say The Godfather, and the app that user | 18:33:21 |
| 7 | is -- authorizes an app that has a Social Context | 18:33:29 |
| 8 | API permission, what other information about people | 18:33:34 |
| 9 | watching The Godfather, and from whom, would that | 18:33:39 |
| 10 | API provide access? | 18:33:43 |
| 11 | A.  I can't -- I don't recall the specific | 18:33:47 |
| 12 | behavior of the API, and I think to do that, I'd | 18:33:49 |
| 13 | need to refer to the developer documentation that | 18:33:52 |
| 14 | was available at the time as to how -- how that | 18:33:54 |
| 15 | specific API behaved.  I don't want to speculate if | 18:33:57 |
| 16 | I don't have the -- the facts. | 18:34:01 |
| 17 | Q.  Well, let's try and create enough facts so | 18:34:04 |
| 18 | you can provide some helpful information. | 18:34:06 |
| 19 | Let's say a user did watch the movie | 18:34:08 |
| 20 | Godfather and posts on their Facebook page, "I love | 18:34:11 |
| 21 | the movie Godfather.  I just watched it." | 18:34:15 |
| 22 | Explain to me how the Social Context API | 18:34:20 |
| 23 | would use that information and with whom it would | 18:34:23 |
| 24 | use it if there's an app that has Social Context | 18:34:26 |
| 25 | API. | 18:34:29 |

Page 108

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.  So I need to refer to the specifics about | 18:34:30 |
| 2 | the -- how the social context API works.  You're | 18:34:33 |
| 3 | asking a very -- a question that requires, you | 18:34:36 |
| 4 | know, a detailed answer, and I don't have in my | 18:34:40 |
| 5 | mind the exact behavior of how the Social Context | 18:34:42 |
| 6 | API worked and the context in which it worked and | 18:34:47 |
| 7 | the specifics of the information that would have | 18:34:51 |
| 8 | been returned by the API. | 18:34:53 |
| 9 | Q.  Okay.  Well, then, if you can, describe | 18:34:56 |
| 10 | more generally -- and I'm trying to understand from | 18:34:58 |
| 11 | where the Social Context API draws information. | 18:35:02 |
| 12 | So I know from what you said that it draws | 18:35:05 |
| 13 | information from the user who authorized the app. | 18:35:07 |
| 14 | And what other information does it draw | 18:35:10 |
| 15 | that pertains to that user?  Like -- or from who? | 18:35:13 |
| 16 | Who else would be sort of folded into the -- or who | 18:35:17 |
| 17 | else would be in the net that that API casts? | 18:35:20 |
| 18 | A.  The precise answer depends on the | 18:35:25 |
| 19 | specifics of the Social Context API.  It's one of | 18:35:29 |
| 20 | the APIs that I don't have the details of exactly | 18:35:31 |
| 21 | how it worked -- in my head today -- so it's hard | 18:35:34 |
| 22 | to give you a specific answer to that accurately. | 18:35:38 |
| 23 | Q.  Okay.  But there's -- as you mentioned, | 18:35:43 |
| 24 | there's a source -- there's a place you can go at | 18:35:45 |
| 25 | Facebook where you can see and learn exactly what | 18:35:48 |

```
 1      information that API provides access to?                18:35:51

 2           A.  My understanding is that the code base of      18:35:55

 3      Facebook may help understand which API specifically     18:35:59

 4      you're referring to and its behavior over time.         18:36:04

 5           Q.  And based upon what you know now, can you      18:36:09

 6      say whether that API provides access to friends         18:36:12

 7      information?                                             18:36:16

 8           A.  I -- again, to answer that question            18:36:19

 9      specifically, I'd need to go and look at the exact      18:36:22

10      behavior of the Social Context API.  There are         18:36:25

11      other APIs whose behavior I can describe.  The         18:36:28

12      Social Context API, I -- I don't have the              18:36:31

13      information as to, like, exactly which API you're      18:36:34

14      referring to, exactly how it behaved, and exactly     18:36:37

15      who it was available to and when.                      18:36:43

16           So I just don't want to give you incorrect       18:36:46

17      information.                                            18:36:49

18           Q.  Well, that's fair, and I appreciate that     18:36:50

19      answer.                                                 18:36:51

20           Do you know of or can you provide any           18:36:52

21      other APIs that provided access to friend              18:36:54

22      information?                                            18:36:59

23           And let me make your answer easier.  Other      18:37:00

24      than those that have the word "friends" in the --     18:37:03

25           A.  When you're referring to friends             18:37:07
```

Page 110

CONFIDENTIAL

```
 1    information here, can you be more specific        18:37:09

 2    precisely what information -- what would classify  18:37:12

 3    as friends information in your question?           18:37:15

 4        Q.  Yeah, and I'm trying to use the definition 18:37:17

 5    we came up with before.  But it's really any       18:37:19

 6    information about the friends -- any Facebook data 18:37:22

 7    or information about the friends of the person who 18:37:24

 8    authorized the app.                                18:37:26

 9        A.  Okay.  Cool.                               18:37:32

10        Some other APIs that -- that would have        18:37:36

11    been -- that fit that description, there is an API 18:37:38

12    called a "Taggable Friends API" that you've        18:37:46

13    previously mentioned.  There was another one called 18:37:51

14    the "Invitable Friends API."                       18:37:54

15        And then the -- several of the user            18:38:01

16    permissions, user_posts, user_photos, user_videos, 18:38:08

17    as per my previous testimony, would have allowed   18:38:20

18    the app to access the user's photos, but comments  18:38:23

19    and likes on those photos by my friends may also   18:38:28

20    have been returned by that API.                    18:38:33

21        Q.  And you said "photos," but that would be   18:38:36

22    the same for videos as well?                       18:38:38

23        A.  The user photos and user videos APIs       18:38:41

24    behaved the same way, to my knowledge -- or in a   18:38:47

25    similar way, to my knowledge.                      18:38:50
```

Page 111

CONFIDENTIAL

```
 1          Q.  And do you know, with regard to those user      18:38:52

 2     permissions, what time period they were active on       18:38:56

 3     the Platform?                                            18:38:58

 4          A.  The permissions, as I understand it, were      18:39:00

 5     added in April 2010, in terms of the permissions        18:39:03

 6     themselves.                                             18:39:08

 7          The behavior of the APIs that were gated           18:39:11

 8     by those permissions changed over time.  So it's        18:39:16

 9     hard to say exactly when the behavior changed, but      18:39:20

10     the permissions that those -- those specific            18:39:23

11     permissions were made available, as I understand        18:39:27

12     it, in April 2010.                                      18:39:29

13          MR. BLUME:  I'm sorry to -- when you're at         18:39:32

14     a breaking point, if we could break.                    18:39:34

15          MR. LOESER:  Yeah.  One more question.             18:39:36

16          Q.  Those permissions, the user permissions        18:39:38

17     you just described, are they still available on the     18:39:41

18     Platform today?                                         18:39:44

19          A.  My understanding is that some of those         18:39:47

20     permissions are still available today, but I would      18:39:49

21     want to review the public API documentation to be       18:39:54

22     sure.                                                   18:39:58

23          MR. LOESER:  And I apologize, Mr. Blume, I         18:39:59

24     just have two more questions that relate to this.       18:40:01

25     If that's okay, I'll ask --                             18:40:04
```

Page 112

CONFIDENTIAL

| | |
|---|---|
| 1 | MR. BLUME:  Okay. | 18:40:06 |
| 2 | BY MR. LOESER: | 18:40:06 |
| 3 | Q.  Now, we've gone through a number of | 18:40:07 |
| 4 | different APIs, and I have attempted to elicit | 18:40:08 |
| 5 | information about all the APIs that provide access | 18:40:11 |
| 6 | to friend information as we've defined that. | 18:40:13 |
| 7 | Is there a tool or is there a list or a | 18:40:16 |
| 8 | database or something at Facebook that identifies | 18:40:19 |
| 9 | every single API that provides friend information | 18:40:22 |
| 10 | in any way? | 18:40:28 |
| 11 | A.  I'm not aware of a tool that identifies | 18:40:33 |
| 12 | the subset of the Facebook Developer Platform APIs | 18:40:38 |
| 13 | that would have returned information about a user's | 18:40:42 |
| 14 | friends. | 18:40:47 |
| 15 | Q.  And do you know if, at any point, Facebook | 18:40:49 |
| 16 | has undertaken the effort to identify every single | 18:40:51 |
| 17 | API that emitted friend information? | 18:40:55 |
| 18 | A.  I'm aware of an effort in around 2018 that | 18:40:59 |
| 19 | was undertaken to assess the Facebook Platform and | 18:41:06 |
| 20 | the Facebook APIs and determine what information | 18:41:12 |
| 21 | was made available by those APIs. | 18:41:17 |
| 22 | Q.  And do you know if that effort looked at | 18:41:22 |
| 23 | all of the different APIs that I just ran through | 18:41:25 |
| 24 | with you:  Taggable Friends, Invisible Friends, | 18:41:29 |
| 25 | User Permissions, Groups, Events, Posts, and the | 18:41:33 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | like? | 18:41:36 |
| 2 | A.  My understanding is that effort would have | 18:41:38 |
| 3 | looked through all of the APIs that were commonly | 18:41:40 |
| 4 | available on the Facebook developer endpoint | 18:41:42 |
| 5 | platform at the time. | 18:41:45 |
| 6 | Q.  My last question, then we can take a | 18:41:47 |
| 7 | break: | 18:41:49 |
| 8 | Facebook can determine definitively with | 18:41:50 |
| 9 | respect to every API whether that API emitted any | 18:41:53 |
| 10 | friend information.  Right? | 18:41:57 |
| 11 | A.  My understanding is that for a given API | 18:42:02 |
| 12 | method, it is determinable what information would | 18:42:06 |
| 13 | have been emitted by that API. | 18:42:10 |
| 14 | MR. LOESER:  Okay.  We can take a break | 18:42:14 |
| 15 | now.  Thank you for continuing on until we finished | 18:42:16 |
| 16 | that topic. | 18:42:19 |
| 17 | THE VIDEO OPERATOR:  Okay.  Then we're off | 18:42:21 |
| 18 | the record at 6:42 P.M. | 18:42:23 |
| 19 | (Recess from 6:42 P.M. to 7:00 P.M.) | 18:42:25 |
| 20 | THE VIDEO OPERATOR:  We're back on the | 19:00:38 |
| 21 | record at 7:00 P.M. | 19:00:39 |
| 22 | MR. LOESER:  Mr. Cross, we're going to put | 19:00:44 |
| 23 | up another exhibit for you.  It's previously been | 19:00:45 |
| 24 | marked Exhibit 98. | 19:00:48 |
| 25 | And while it's being loaded, this appears | 19:00:55 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to be a post from you on the internal group app | 19:00:58 |
| 2 | review and policy enforcement feedback and | 19:01:03 |
| 3 | questions on June 11, 2015.  Is that right? | 19:01:05 |
| 4 | A.  I'm not seeing anything on the screen just | 19:01:14 |
| 5 | yet.  Or in the Veritext Egnyte thing. | 19:01:16 |
| 6 | (Previously marked Exhibit 98 was | 19:01:21 |
| 7 | presented to the witness.) | 19:01:26 |
| 8 | MR. BLUME:  Do you have an exhibit number? | 19:01:28 |
| 9 | MR. LOESER:  Yeah, it's Exhibit Number 98. | 19:01:30 |
| 10 | THE WITNESS:  I'm just going to quickly | 19:01:39 |
| 11 | turn on the lights in my room.  It's getting dark | 19:01:41 |
| 12 | here. | 19:01:45 |
| 13 | Okay.  I'm seeing something now.  Thank | 19:01:50 |
| 14 | you. | 19:01:52 |
| 15 | BY MR. LOESER: | 19:01:54 |
| 16 | Q.  And do you see the exhibit stamp 98? | 19:01:54 |
| 17 | A.  I do. | 19:01:58 |
| 18 | Q.  Okay.  And then if you look at the top of | 19:01:59 |
| 19 | the next page, it says "App Review and Policy | 19:02:01 |
| 20 | Enforcement Feedback and Questions." | 19:02:04 |
| 21 | A.  I see that, yes. | 19:02:09 |
| 22 | Q.  And what -- is this a -- like, what is | 19:02:11 |
| 23 | this? | 19:02:13 |
| 24 | Where was this posted? | 19:02:15 |
| 25 | A.  I can't confirm where this was posted from | 19:02:20 |

Page 115

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | what I'm seeing here.  It's -- yeah.  I -- from | 19:02:23 |
| 2 | what I'm seeing on the screen, I can't 100 percent | 19:02:27 |
| 3 | confirm where this -- where this was posted. | 19:02:30 |
| 4 | Q.  Okay.  And in June of 2015, what was your | 19:02:34 |
| 5 | position at Facebook? | 19:02:36 |
| 6 | A.  I was a product manager on the Facebook | 19:02:39 |
| 7 | Developer Platform. | 19:02:42 |
| 8 | Q.  Okay.  And was there a list serve or | 19:02:45 |
| 9 | something that was -- where people provided | 19:02:48 |
| 10 | feedback and questions for app review and policy | 19:02:52 |
| 11 | enforcement? | 19:02:55 |
| 12 | A.  There was likely a Facebook group.  We | 19:02:57 |
| 13 | used Facebook internally to discuss that.  That's | 19:02:59 |
| 14 | what this may be.  I just can't 100 percent confirm | 19:03:03 |
| 15 | it from what I'm looking at here. | 19:03:06 |
| 16 | Q.  Okay.  And if you look at just your post | 19:03:09 |
| 17 | starting at the top, it refers to something called | 19:03:13 |
| 18 | "CaptainQuizz." | 19:03:16 |
| 19 | But before I ask you questions about that, | 19:03:20 |
| 20 | there's a link below that. | 19:03:23 |
| 21 | Can you tell what that link is? | 19:03:25 |
| 22 | A.  That looks to me like a -- what, a URL to | 19:03:31 |
| 23 | an image of -- first of all, that's what it looks | 19:03:39 |
| 24 | like to me.  I can't confirm if that URL is the URL | 19:03:42 |
| 25 | for the image directly below it.  It's possible, | 19:03:47 |

Page 116

CONFIDENTIAL

```
 1    but I can't confirm that.                      19:03:52

 2         Q.  Okay.  Well, let's look at your -- your   19:03:54

 3    post.  It says:                                 19:03:57

 4            "This app, CaptainQuizz" -- and I'm      19:03:59

 5         skipping the numbers -- "is blowing up:  0 to  19:04:02

 6         17 million MAU in 17 days."                 19:04:06

 7            Do you see that?                         19:04:09

 8         A.  I see that on the screen, yeah.         19:04:09

 9         Q.  And below that, you write:              19:04:11

10            "They're accessing people's timeline     19:04:13

11         posts and photos - and looking at the people  19:04:15

12         (non-app friends) who like and comment on   19:04:18

13         them."                                      19:04:21

14            And so when you use the expression       19:04:22

15    "non-app friends" here, what are you referring to?  19:04:26

16         A.  I'm referring to people who are friends of  19:04:30

17    the user who's authorized the application who have  19:04:36

18    not yet authorized the application themselves.   19:04:41

19         Q.  Okay.  So in -- on June 11, 2015, this app  19:04:45

20    called "CaptainQuizz" was obtaining friend       19:04:52

21    information.  Correct?                           19:04:55

22         A.  My understanding from reading this is I  19:05:00

23    was -- I thought it was accessing information about  19:05:02

24    people who had liked and commented on the timeline  19:05:13

25    posts and photos of people who had used the      19:05:17
```

Page 117

```
 1     application.                                   19:05:20

 2          Q.  Okay.  And then you write:           19:05:21

 3              "To me, while technically possible, seems    19:05:23

 4          like it violates spirit of the V2 changes and   19:05:26

 5          the intended use of user_posts and       19:05:30

 6          user_photos -- which is about deriving   19:05:33

 7          user-value from the content, not the people    19:05:36

 8          who like/comment on the content."        19:05:38

 9          Did I read that correctly?               19:05:41

10     A.  You read that correctly.                  19:05:43

11          Q.  And "V2," is that a reference to Graph API   19:05:45

12     Version 2?                                     19:05:47

13     A.  That would be a reference to Graph API    19:05:48

14     Version 2.                                     19:05:50

15          Q.  And tell me what you mean when you say     19:05:52

16     that it "seems like it violates spirit of the V2    19:05:54

17     changes and the intended use of user_posts and 19:05:58

18     user_photos."                                  19:06:01

19     A.  So the intended use, as I understand it,  19:06:06

20     and user_posts and user_photos was to grant apps    19:06:08

21     the ability -- well, for users to be able to  19:06:12

22     authorize an application to access their user posts 19:06:15

23     and photos for some value that the application was  19:06:19

24     providing to users.                            19:06:24

25          Q.  Okay.  And you thought that because user    19:06:29
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | posts and user photos were emitting friend data and | 19:06:31 |
| 2 | Facebook had announced it had deprecated friend | 19:06:34 |
| 3 | data.  Right? | 19:06:38 |
| 4 | A.  So Facebook had announced it had -- it was | 19:06:41 |
| 5 | deprecating the friend permissions.  That's what | 19:06:44 |
| 6 | Facebook announced as part of the API V1 changes. | 19:06:49 |
| 7 | So that's important to clarify. | 19:06:55 |
| 8 | Q.  Okay.  And -- but when you say that it | 19:06:59 |
| 9 | "violates the spirit of V2 changes," is what you're | 19:07:04 |
| 10 | saying here that it -- this app continues to obtain | 19:07:07 |
| 11 | friend information, and the spirit of the V2 | 19:07:11 |
| 12 | changes was to stop that from happening? | 19:07:14 |
| 13 | A.  Several of the changes in API V2, or the | 19:07:20 |
| 14 | suite of things that were launched along with API | 19:07:26 |
| 15 | V2, were about limiting the ability of applications | 19:07:29 |
| 16 | to access a user's friends' content and | 19:07:36 |
| 17 | information. | 19:07:45 |
| 18 | In this case, what's still available to | 19:07:46 |
| 19 | this application is the likes and comments made by | 19:07:50 |
| 20 | a user's friends on a user's timeline posts. | 19:07:54 |
| 21 | Q.  Okay.  And how does that violate the | 19:08:08 |
| 22 | spirit of the V2 changes? | 19:08:10 |
| 23 | A.  The spirit of the V2 changes, as I | 19:08:16 |
| 24 | recall -- trying to remember what I wrote in this | 19:08:19 |
| 25 | post nearly seven or eight years ago -- is the apps | 19:08:23 |

Page 119

| | | |
|---|---|---|
| 1 | would have less access to information about a | 19:08:30 |
| 2 | user's friends who were not using the application. | 19:08:39 |
| 3 | That was indeed behind any of the changes | 19:08:45 |
| 4 | in API V2; but in this case, the application was | 19:08:51 |
| 5 | still accessing some information about the user's | 19:08:58 |
| 6 | friends who had commented or liked on the original | 19:09:02 |
| 7 | post -- on the app-using user's posts. | 19:09:05 |
| 8 | Q.  And so you expressed those concerns. | 19:09:22 |
| 9 | And do you recall whether this app | 19:09:27 |
| 10 | continued to have access to the user posts and user | 19:09:30 |
| 11 | photos after you expressed these concerns? | 19:09:35 |
| 12 | A.  From reading the thread that continues | 19:09:40 |
| 13 | below -- below this, it looks like the conclusion | 19:09:45 |
| 14 | was reached that this activity was not against | 19:09:48 |
| 15 | policy as defined at the time, and this access -- | 19:09:54 |
| 16 | this use case should continue. | 19:10:00 |
| 17 | I don't recall -- I do not know what | 19:10:05 |
| 18 | happened to the app CaptainQuizz over time. | 19:10:08 |
| 19 | Q.  Now, Mr. Cross, there were thousands of | 19:10:24 |
| 20 | apps that had access to friend information.  Is | 19:10:26 |
| 21 | that right? | 19:10:28 |
| 22 | A.  Over what time period are you referring | 19:10:35 |
| 23 | to? | 19:10:37 |
| 24 | Q.  Oh, that's a good question. | 19:10:38 |
| 25 | So prior to the introduction of Graph API | 19:10:40 |

Page 120

| | | |
|---|---|---|
| 1 | Version 2, there were thousands of apps that had | 19:10:43 |
| 2 | access to friend permissions.  Right? | 19:10:46 |
| 3 | A.  Prior to the introduction of API | 19:10:49 |
| 4 | Version 2, any application on the Facebook | 19:10:51 |
| 5 | Developer Platform could request the friend | 19:10:53 |
| 6 | permissions from users. | 19:10:56 |
| 7 | Q.  And Facebook evaluated the number of apps | 19:10:59 |
| 8 | that had access to friend permissions as part of | 19:11:04 |
| 9 | its preparation for the introduction of Graph API | 19:11:08 |
| 10 | Version 2.  Right? | 19:11:12 |
| 11 | A.  In preparation for the changes launched on | 19:11:15 |
| 12 | April 30, 2015, a number of initiatives were | 19:11:18 |
| 13 | undertook to understand the potential impact of | 19:11:24 |
| 14 | these changes on the developer ecosystem. | 19:11:26 |
| 15 | Q.  And included in those initiatives was | 19:11:31 |
| 16 | identifying the number of users who downloaded apps | 19:11:34 |
| 17 | with access to friend information.  Right? | 19:11:37 |
| 18 | A.  Can you help me understand what you mean | 19:11:40 |
| 19 | by "downloaded"? | 19:11:41 |
| 20 | Q.  I'm sorry.  Installed the apps. | 19:11:43 |
| 21 | A.  My understanding is that one of the things | 19:11:50 |
| 22 | that was looked at is the number of users who had | 19:11:52 |
| 23 | granted one or more friend permissions to one or | 19:11:56 |
| 24 | more applications. | 19:11:59 |
| 25 | Q.  And as part of those initiatives as well, | 19:12:01 |

Page 121

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Facebook identified the number of API calls on the | 19:12:05 |
| 2 | friend-sharing APIs.  Right? | 19:12:09 |
| 3 | A.  I would need to see, like, specific | 19:12:16 |
| 4 | documentation there. | 19:12:19 |
| 5 | Like, recall there was no such thing as | 19:12:21 |
| 6 | the friend APIs.  There are friend permissions, and | 19:12:25 |
| 7 | there are APIs, and those APIs can be called by the | 19:12:29 |
| 8 | app-using user or on behalf of that app-using | 19:12:32 |
| 9 | user's friends. | 19:12:38 |
| 10 | So, again, I want to make sure I'm giving | 19:12:39 |
| 11 | you the right answer, given the specifics. | 19:12:41 |
| 12 | Q.  I appreciate that.  So let's speak in | 19:12:43 |
| 13 | terms of friend permissions, then. | 19:12:45 |
| 14 | One of the things that Facebook can | 19:12:47 |
| 15 | identify is the number of API calls on any of the | 19:12:49 |
| 16 | permissions that are available on the Platform. | 19:12:53 |
| 17 | Right? | 19:12:56 |
| 18 | A.  So, again, the -- | 19:13:00 |
| 19 | Q.  Or did I mix up the terminology -- the | 19:13:01 |
| 20 | calls are referred to the APIs themselves, not the | 19:13:03 |
| 21 | permissions.  Is that right? | 19:13:06 |
| 22 | A.  When you -- when you see a reference to | 19:13:07 |
| 23 | "API calls," that's referring to APIs. | 19:13:09 |
| 24 | The permissions determine what information | 19:13:12 |
| 25 | is available via those APIs. | 19:13:15 |

Page 122

| | | |
|---|---|---|
| 1 | So, yeah, those concepts are separate, | 19:13:18 |
| 2 | yeah. | 19:13:21 |
| 3 | Q.  So Facebook can identify and did identify | 19:13:21 |
| 4 | the number of API calls on the APIs that provided | 19:13:24 |
| 5 | access to friend information. | 19:13:30 |
| 6 | A.  The -- the documents I've read show that | 19:13:41 |
| 7 | there was an effort done to determine how API calls | 19:13:45 |
| 8 | that were made by applications -- and some of the | 19:13:50 |
| 9 | API calls -- some of the APIs would -- would | 19:13:54 |
| 10 | specifically map to friend data; other API calls | 19:13:59 |
| 11 | would not be specific to friend data. | 19:14:03 |
| 12 | Q.  And I appreciate that.  And I'm trying to | 19:14:08 |
| 13 | make sure I understand what Facebook knew about the | 19:14:10 |
| 14 | use of APIs that provided access to friend | 19:14:13 |
| 15 | information. | 19:14:18 |
| 16 | And my understanding is that Facebook | 19:14:18 |
| 17 | identified that thousands of apps installed by | 19:14:20 |
| 18 | millions of users made millions of calls on | 19:14:24 |
| 19 | friend-sharing APIs.  Is that a fair statement? | 19:14:27 |
| 20 | A.  No.  The -- the friend-sharing API part of | 19:14:31 |
| 21 | that doesn't map with my understanding of how the | 19:14:36 |
| 22 | platform worked. | 19:14:39 |
| 23 | If you could show me a document that | 19:14:40 |
| 24 | states that, that might be helpful for me to | 19:14:42 |
| 25 | analyze. | 19:14:45 |

Page 123

| | | |
|---|---|---|
| 1 | Q. Yeah. And we'll get into a document | 19:14:47 |
| 2 | that -- 'cause as you say, there were various | 19:14:49 |
| 3 | initiatives that studied the extent to which friend | 19:14:52 |
| 4 | information was made available by apps via APIs | 19:14:56 |
| 5 | that provided access to that information. Okay. | 19:15:01 |
| 6 | Right? | 19:15:05 |
| 7 | A. There were a number of studies done to | 19:15:05 |
| 8 | analyze the use of the Platform by developers and | 19:15:08 |
| 9 | how they were using the Platform and which | 19:15:12 |
| 10 | permissions they were requesting and which APIs | 19:15:15 |
| 11 | they were -- they were calling. | 19:15:17 |
| 12 | Q. And deprecating -- and I hope I'm using | 19:15:20 |
| 13 | the terminology right -- but deprecating friend | 19:15:24 |
| 14 | permissions, that was a thing. Right? | 19:15:27 |
| 15 | A. In API Version 2, the friend permissions | 19:15:31 |
| 16 | were not readily grantable by a user using an | 19:15:35 |
| 17 | application that was using API Version 2. | 19:15:40 |
| 18 | Q. And that was a big change at Facebook | 19:15:44 |
| 19 | because thousands of apps had access to the APIs | 19:15:46 |
| 20 | that allowed friend-sharing. Right? | 19:15:52 |
| 21 | A. The way that the Facebook Developer | 19:16:01 |
| 22 | Platform worked before API Version 2 allowed any | 19:16:03 |
| 23 | application to request friend permissions, and a | 19:16:08 |
| 24 | number of applications did so. | 19:16:14 |
| 25 | And so the removal of those permissions | 19:16:17 |

Page 124

| | | |
|---|---|---|
| 1 | from the public API surface area in API Version 2, | 19:16:21 |
| 2 | yes, was considered a significant change to the | 19:16:27 |
| 3 | Facebook Developer Platform. | 19:16:30 |
| 4 | MR. LOESER:  If we could go to Tab 8. | 19:16:35 |
| 5 | (Deposition Exhibit 334 was marked for | 19:17:10 |
| 6 | identification.) | 19:17:12 |
| 7 | MR. LOESER:  This is Exhibit 334.  The | 19:17:15 |
| 8 | Bates number on this is 01685319.ppt. | 19:17:20 |
| 9 | Q.  Is that right? | 19:17:26 |
| 10 | And, Mr. Cross, do you see what's on your | 19:17:28 |
| 11 | screen? | 19:17:30 |
| 12 | A.  I do. | 19:17:30 |
| 13 | Q.  And this is -- you can take a minute to | 19:17:32 |
| 14 | skim through it.  I just have a few questions about | 19:17:36 |
| 15 | this slide deck.  And the first page says: "Login | 19:17:39 |
| 16 | V4 (+PS12n) - 1/24/2014 update." | 19:17:42 |
| 17 | Can you describe what this refers to just | 19:17:49 |
| 18 | by looking at the title of it? | 19:17:55 |
| 19 | A.  "Login V4" refers to the update to the | 19:17:57 |
| 20 | Facebook Platform Login dialogue that were launched | 19:18:00 |
| 21 | in -- as part of the changes announced on | 19:18:06 |
| 22 | April 30, 2014.  So that's what "Login V4" refers | 19:18:10 |
| 23 | to. | 19:18:16 |
| 24 | And "PS12n" refers to a term called | 19:18:16 |
| 25 | "platform simplification," which was one of the | 19:18:20 |

Page 125

| | | |
|---|---|---|
| 1 | terms used as part of the work that led up to the | 19:18:23 |
| 2 | changes that were announced in -- on April 30, | 19:18:30 |
| 3 | 2014. | 19:18:34 |
| 4 | Q.   Okay.  And if you -- if you turn to the | 19:18:37 |
| 5 | next page of that slide deck, there's an "Overview" | 19:18:41 |
| 6 | slide which describes the content of this | 19:18:47 |
| 7 | presentation. | 19:18:51 |
| 8 | And it states, Number 1:  "Goals:  User | 19:18:53 |
| 9 | Trust, Developer Trust, protect the graph." | 19:18:56 |
| 10 | Number 2:  "Many data protection changes." | 19:19:00 |
| 11 | And Number 3:  "Limited 'simplification' | 19:19:02 |
| 12 | changes." | 19:19:04 |
| 13 | Did I read that correctly? | 19:19:05 |
| 14 | A.   You read that correctly. | 19:19:06 |
| 15 | Q.   And we've discussed user trust. | 19:19:07 |
| 16 | What does "developer trust" refer to? | 19:19:10 |
| 17 | A.   "Developer trust" refers to how Facebook | 19:19:14 |
| 18 | thought about its relationship with its platform | 19:19:17 |
| 19 | developers; whether or not those developers would | 19:19:21 |
| 20 | be keen to continue developing integrations with | 19:19:27 |
| 21 | the Facebook Developer Platform. | 19:19:31 |
| 22 | Q.   And why did Facebook want developers to do | 19:19:33 |
| 23 | that? | 19:19:36 |
| 24 | A.   If you're building a developer platform, | 19:19:40 |
| 25 | you typically want developers to build for your | 19:19:43 |

Page 126

CONFIDENTIAL

```
 1        developer platform.                              19:19:46

 2             Q.  And what does Facebook gain from that?   19:19:48

 3             A.  Facebook gained a number of things from  19:19:55

 4        its Developer Platform, various different types,  19:19:56

 5        depending on the functionality of the app provided. 19:20:03

 6             Q.  Okay.  Are there a couple of main        19:20:08

 7        priorities?                                       19:20:11

 8             A.  One example would be allowing apps that  19:20:15

 9        would -- users using applications where users would 19:20:22

10        share content or activity in their applications  19:20:26

11        back to Facebook so that it could be seen on      19:20:31

12        Facebook by that user's friends on that Newsfeed. 19:20:33

13             Q.  And did Facebook, then, have an appetite 19:20:38

14        for more information because it utilized that     19:20:42

15        information in its Advertising Platform?          19:20:44

16             A.  I haven't prepared to talk about how the 19:20:51

17        advertising systems work.  That's -- that's not my 19:20:54

18        area of expertise in general, and it's not        19:20:57

19        something I prepared in this -- to testify on.  I 19:21:01

20        understand there are other people doing that.     19:21:04

21             My understanding of the reason why we were   19:21:09

22        keen for apps to share contact back to Facebook is 19:21:13

23        that that would result in content on Facebook that 19:21:18

24        could be viewed in Newsfeed that people could like 19:21:21

25        and comment and reshare.                          19:21:24
```

Veritext Legal Solutions
866 299-5127

1     Q.  And -- and you're not knowledgeable about          19:21:26

2   whether it was also -- that information was used         19:21:29

3   to -- for the benefit of the targeted advertising        19:21:32

4   systems?                                                 19:21:36

5     A.  I am not an expert in how Facebook's               19:21:38

6   targeted advertising systems work or what                19:21:41

7   information is used to inform how ad-targeting            19:21:43

8   works.                                                   19:21:48

9     Q.  And the last thing on Number 1 is "protect         19:21:49

10  the graph."                                              19:21:53

11       Can you explain what that means?                    19:21:54

12    A.  My understanding of "protect the graph" is         19:21:59

13  about limiting the amount of information third            19:22:06

14  parties have about users who authorize their             19:22:10

15  application and their relationships to each other.       19:22:19

16    Q.  Okay.  If you could turn to page 6 of this         19:22:24

17  slide deck -- and it doesn't have page numbers on        19:22:28

18  it, so we'll flip to the sixth page and tell you,        19:22:31

19  "This is the sixth page."                                19:22:34

20       Do you see the slide on the screen now?             19:22:36

21    A.  I do.                                              19:22:40

22    Q.  And do you see the title of that slide?            19:22:41

23    A.  I do.                                              19:22:44

24    Q.  And what does it say?                              19:22:46

25    A.  It says:  "User of high-value perms."              19:22:48

                                                  Page 128

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And what are "high-value perms"? | 19:22:53 |
| 2 | A.  I -- I don't know what high-value perms | 19:22:57 |
| 3 | are in a general context.  The slide includes a | 19:23:04 |
| 4 | number of permissions that were available on the | 19:23:07 |
| 5 | Facebook Developer Platform, and this slide is by | 19:23:10 |
| 6 | inference calling those "high-value perms." | 19:23:15 |
| 7 | But I can't say today exactly what | 19:23:18 |
| 8 | "high-value perms" means in general. | 19:23:20 |
| 9 | Q.  And what is Facebook's definition of | 19:23:24 |
| 10 | "high-value perms"? | 19:23:27 |
| 11 | And I assume that's the permissions.  So | 19:23:30 |
| 12 | high-value permissions? | 19:23:32 |
| 13 | A.  I'm not aware of Facebook having a | 19:23:34 |
| 14 | definition of "high-value perms" that's general and | 19:23:35 |
| 15 | commonly used.  This seems to be a set of | 19:23:38 |
| 16 | terminology created by the author of this deck. | 19:23:43 |
| 17 | Q.  Okay.  And, based upon this slide, the | 19:23:48 |
| 18 | following permissions were identified as high-value | 19:23:54 |
| 19 | permissions, and those are:  "Friends; | 19:23:57 |
| 20 | read_mailbox; read_requests; read_friendlists; | 19:24:01 |
| 21 | manage_notifications; manage_friendlists; and | 19:24:06 |
| 22 | "create_event." | 19:24:12 |
| 23 | Is that right? | 19:24:13 |
| 24 | A.  I see "manage_notifications," but I don't | 19:24:14 |
| 25 | see "manage_events" listed here, either on your or | 19:24:17 |

Page 129

| | | |
|---|---|---|
| 1 | on mine. | 19:24:24 |
| 2 | Q.  Yeah, we're trying to shrink the -- well, | 19:24:25 |
| 3 | as we're working this out, I'll represent to you | 19:24:30 |
| 4 | that there are a couple more rows that you can't | 19:24:33 |
| 5 | see, and they include "manage_friendlists; | 19:24:36 |
| 6 | create_events," and there's even a couple that I | 19:24:39 |
| 7 | can't see. | 19:24:42 |
| 8 | But nonetheless, what I read through, | 19:24:43 |
| 9 | those are -- the first column of this slide | 19:24:45 |
| 10 | identifies what the -- what are described as | 19:24:48 |
| 11 | "high-value permissions."  Right? | 19:24:52 |
| 12 | A.  Well, I can see on the slide the number of | 19:24:58 |
| 13 | permissions that the author of this deck has | 19:25:01 |
| 14 | somehow categorized as "high-value perms." | 19:25:04 |
| 15 | But, like I said, this isn't -- this | 19:25:07 |
| 16 | doesn't resonate to me as a -- as a general | 19:25:09 |
| 17 | classification that was widely used. | 19:25:13 |
| 18 | Q.  And then if you go to the second column of | 19:25:16 |
| 19 | this spreadsheet, it says:  "Total number of apps | 19:25:19 |
| 20 | requesting these permissions a day."  Is that | 19:25:23 |
| 21 | right? | 19:25:26 |
| 22 | A.  That's what I see in the column header, | 19:25:28 |
| 23 | yeah. | 19:25:30 |
| 24 | Q.  And so earlier, I was asking you questions | 19:25:32 |
| 25 | to try and get a scope -- understand the scope of | 19:25:34 |

Page 130

| | | |
|---|---|---|
| 1 | friend-sharing use in particular. | 19:25:38 |
| 2 | And according to this, as of the time of | 19:25:42 |
| 3 | this deck, which was -- looks like 1/24/2014, there | 19:25:46 |
| 4 | were 13,350 apps requesting friends permissions per | 19:25:51 |
| 5 | day.  Right? | 19:25:57 |
| 6 | A.  My understanding from this is what it's | 19:26:01 |
| 7 | saying is that there were around 13,000 apps | 19:26:03 |
| 8 | requesting one or more friend permissions on any | 19:26:07 |
| 9 | given day -- on -- on a day. | 19:26:12 |
| 10 | It's not clear from what I'm seeing here | 19:26:16 |
| 11 | whether or not that was an average or what | 19:26:19 |
| 12 | particular day or from what time period that data | 19:26:21 |
| 13 | was collected, to be clear. | 19:26:23 |
| 14 | Q.  And earlier you talked about various | 19:26:27 |
| 15 | initiatives that Facebook undertook before | 19:26:29 |
| 16 | implementing the new version of the graph. | 19:26:32 |
| 17 | And does this appear to be one of the | 19:26:35 |
| 18 | evaluations that Facebook did of the extent of the | 19:26:37 |
| 19 | use of various permissions that were going to be | 19:26:40 |
| 20 | deprecated? | 19:26:44 |
| 21 | A.  Given my understanding of the -- of the | 19:26:48 |
| 22 | date of this slide deck, given it was before the | 19:26:50 |
| 23 | changes were announced and the data contained | 19:26:54 |
| 24 | within, it seems reasonable that this is an output | 19:26:57 |
| 25 | of some of the analysis that was done to understand | 19:27:03 |

Page 131

| | | |
|---|---|---|
| 1 | the scale of the apps using to-be-deprecated | 19:27:07 |
| 2 | permissions, including the friend permissions. | 19:27:14 |
| 3 | Q.  And let's go to the next slide. | 19:27:18 |
| 4 | This slide is called "Key apps," and it | 19:27:21 |
| 5 | has a number of different categories of key apps in | 19:27:24 |
| 6 | the first column, starting with "Mark's friends," | 19:27:29 |
| 7 | and it shows there's 31 apps. | 19:27:33 |
| 8 | What are "Mark's friends"? | 19:27:35 |
| 9 | What apps are those? | 19:27:37 |
| 10 | A.  I have -- I do not know which apps are | 19:27:40 |
| 11 | being referred to here, like, which apps are the | 19:27:44 |
| 12 | number -- which represent the 31, and I also don't | 19:27:47 |
| 13 | know how that number was derived. | 19:27:50 |
| 14 | So I -- it's hard for me to -- I am unable | 19:27:56 |
| 15 | to -- to answer the question what -- what were | 19:27:59 |
| 16 | those apps or how were they categorized as "Mark's | 19:28:04 |
| 17 | friends." | 19:28:08 |
| 18 | Q.  And where would Facebook go to identify | 19:28:08 |
| 19 | the apps, the key apps, characterized as "Mark's | 19:28:11 |
| 20 | friends"? | 19:28:14 |
| 21 | A.  I don't know how this list was derived or | 19:28:17 |
| 22 | how it was derived or who derived it. | 19:28:22 |
| 23 | Q.  And so if Facebook were asked to provide | 19:28:27 |
| 24 | an answer to what apps are "Mark's friends," how | 19:28:29 |
| 25 | would Facebook answer that question? | 19:28:32 |

Page 132

1      A.  My first step would be to try and identify          19:28:40

2   the author of the deck and to see if they are             19:28:43

3   contactable and to attempt to determine if they           19:28:49

4   recall how this determination was made.                   19:28:52

5      Q.  Is asking Mark perhaps one of the ways to          19:28:58

6   find the answer to that as well?                          19:29:00

7      A.  I doubt Mark would know how this slide             19:29:02

8   deck was prepared or what went into determining           19:29:05

9   that number on the screen.                                19:29:08

10      Q.  And without having any commentary on the         19:29:11

11   fact that Sheryl has more friends than Mark, where       19:29:14

12   would one go to find out what key apps are Sheryl's      19:29:17

13   friends?                                                 19:29:21

14      A.  Well, so first of all, you said there that        19:29:22

15   Sheryl has more friends than Mark.                       19:29:28

16          The numbers here refer to apps, not              19:29:31

17   friends, to be clear.                                    19:29:34

18          And the same answer applies here, which is       19:29:35

19   I -- I do not know how this slide deck was created       19:29:40

20   or who created it or how they came to this               19:29:45

21   determination.  There's no evidence here of how          19:29:49

22   that was determined.                                     19:29:54

23      Q.  So I can tell you from the metadata that          19:29:55

24   this is from Eddie O'Neil's custodial file.              19:29:57

25          So does that suggest to you that you would       19:30:02

Page 133

| | | |
|---|---|---|
| 1 | ask -- if he's the author of this deck, you could | 19:30:04 |
| 2 | ask him how he came up with these numbers? | 19:30:07 |
| 3 | A.  If he is indeed the author of the deck, | 19:30:09 |
| 4 | it's -- he could be asked.  Whether or not he would | 19:30:15 |
| 5 | recall how these numbers were derived is a question | 19:30:17 |
| 6 | for him. | 19:30:21 |
| 7 | Q.  Okay.  And what is "Generating TPV"? | 19:30:23 |
| 8 | What is "TPV"? | 19:30:27 |
| 9 | A.  TPV in this context refers to total | 19:30:29 |
| 10 | payment volume, which is the payments happening in | 19:30:31 |
| 11 | the games, as I understand it, that are being | 19:30:39 |
| 12 | referred to here. | 19:30:44 |
| 13 | Q.  Okay.  So this appears that when | 19:30:47 |
| 14 | evaluating the deprecation of certain permissions, | 19:30:50 |
| 15 | Mr. O'Neil identified key apps that were generating | 19:30:55 |
| 16 | TPV.  Correct? | 19:30:59 |
| 17 | A.  Sorry.  Can you ask that again?  I want to | 19:31:02 |
| 18 | make sure I -- | 19:31:04 |
| 19 | Q.  Yeah, I'm just trying to understand -- | 19:31:05 |
| 20 | sorry, we're talking at the same time, which is my | 19:31:07 |
| 21 | fault. | 19:31:10 |
| 22 | But I'm trying to understand the -- this | 19:31:10 |
| 23 | appears to be an analysis of what APIs were going | 19:31:12 |
| 24 | to be deprecated, but also what apps would be | 19:31:16 |
| 25 | affected by those deprecations.  Right? | 19:31:20 |

Page 134

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | And so one of the categories here that | 19:31:23 |
| 2 | appears was -- that was being evaluated was whether | 19:31:24 |
| 3 | the app that could be impacted by deprecation was | 19:31:27 |
| 4 | generating TPV. | 19:31:32 |
| 5 | Is that a fair read? | 19:31:34 |
| 6 | A.  My understanding is this deck has referred | 19:31:36 |
| 7 | to a range of potentially to-be-deprecated APIs and | 19:31:38 |
| 8 | permissions -- sorry -- specifically, the previous | 19:31:46 |
| 9 | slide refers to permissions that were at this point | 19:31:49 |
| 10 | proposed to be deprecated, publicly -- not publicly | 19:31:53 |
| 11 | available to developers anymore, and the "Key apps" | 19:31:59 |
| 12 | slide is an attempt to quantify the number of apps | 19:32:02 |
| 13 | that the author estimated to be impacted by those | 19:32:05 |
| 14 | deprecations. | 19:32:09 |
| 15 | Q.  And what -- is it "Neko"?  Is that "Neko | 19:32:12 |
| 16 | spenders"? | 19:32:17 |
| 17 | A.  Neko or Neko, that refers to a product | 19:32:18 |
| 18 | that is -- that came to be known as "Mobile App | 19:32:24 |
| 19 | Install Ads." | 19:32:27 |
| 20 | Q.  Okay.  And what are "Neko spenders"? | 19:32:31 |
| 21 | A.  So my understanding is that would refer to | 19:32:36 |
| 22 | apps that were -- in some period of time had spent | 19:32:38 |
| 23 | some money on mobile app install ads. | 19:32:42 |
| 24 | Q.  And when you say "spend some money," what | 19:32:47 |
| 25 | does that mean? | 19:32:50 |

Page 135

CONFIDENTIAL

```
 1          A.  "Mobile App Install Ads" is an ads        19:32:52

 2     product.  And so if a developer wanted to have ads  19:32:57

 3     for their app, then they would buy those ads just   19:33:02

 4     like any other ad on Facebook.                      19:33:06

 5          Q.  And the next down the list is "Noisy."     19:33:11

 6          Do you know what "Noisy" refers to with        19:33:16

 7     regard to key apps?                                 19:33:20

 8          A.  I don't know what "Noisy" refers to.       19:33:22

 9          Q.  And what about "T0/" -- or "T0/T1          19:33:24

10     partners?"                                          19:33:30

11          Do you know what that refers to?               19:33:31

12          A.  That's referring to some kind of partner   19:33:33

13     categorization that would have been in use at the   19:33:35

14     time, but there are a number of different ways that 19:33:37

15     the partnership team would have classified and      19:33:40

16     categorized apps over time.                         19:33:46

17          Q.  Do you know what a "T0 partner" is?        19:33:48

18          A.  It would have been some categorization     19:33:51

19     that the platform partnerships team was using, but  19:33:53

20     I don't know exactly what T0 -- the criteria to be  19:33:57

21     classified as a T0 app was.                         19:34:05

22          Q.  And then T1, it -- my understanding is it  19:34:07

23     has to do with the importance of the partner to     19:34:11

24     Facebook.                                           19:34:14

25          Is that consistent with your                   19:34:14
```

Page 136

| | | |
|---|---|---|
| 1 | understanding? | 19:34:16 |
| 2 | A.  My understanding is there were various | 19:34:17 |
| 3 | tiers of partners, Tier 0 being the top, Tier 1 | 19:34:20 |
| 4 | being one below. | 19:34:25 |
| 5 | But again, I -- it's unclear.  I am unable | 19:34:27 |
| 6 | to say what was -- why an app would be categorized | 19:34:31 |
| 7 | in Tier 0 versus Tier 1. | 19:34:35 |
| 8 | Q.  And does Facebook classify its partners | 19:34:38 |
| 9 | differently based upon how much revenue Facebook | 19:34:43 |
| 10 | receives from the partner? | 19:34:47 |
| 11 | A.  I don't know how the -- the tiering, as | 19:34:53 |
| 12 | represented here, was -- was determined.  My | 19:34:56 |
| 13 | understanding is there would have been a range of | 19:34:59 |
| 14 | factors that would have gone into that tiering | 19:35:01 |
| 15 | determination. | 19:35:06 |
| 16 | Q.  Now, my understanding of the -- of the | 19:35:14 |
| 17 | purpose of allowing an app to have access to friend | 19:35:18 |
| 18 | information was to use that information in the -- | 19:35:22 |
| 19 | solely in the context of the person who authorized | 19:35:28 |
| 20 | the app to obtain the information. | 19:35:32 |
| 21 | Is that your understanding? | 19:35:34 |
| 22 | A.  My understanding is that the existence of | 19:35:43 |
| 23 | the ability for apps to access information about a | 19:35:50 |
| 24 | user who used the app and their friends was to | 19:35:54 |
| 25 | build an engaging social experience for that user. | 19:35:59 |

Page 137

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And there were rules at Facebook, | 19:36:03 |
| 2 | developer rules, that limited the use of friend | 19:36:06 |
| 3 | information to the purpose you just described.  Is | 19:36:09 |
| 4 | that right? | 19:36:12 |
| 5 | A.  There was a range of platform policies | 19:36:15 |
| 6 | that developers -- it was a specific set of | 19:36:17 |
| 7 | platform policies that the -- that developers of | 19:36:20 |
| 8 | the Facebook app -- the developers of apps that | 19:36:25 |
| 9 | used the Facebook Developer Platform would have to | 19:36:27 |
| 10 | agree to. | 19:36:32 |
| 11 | Q.  And so if an app gets access to friend | 19:36:34 |
| 12 | data and then uses that information to target the | 19:36:39 |
| 13 | friends of the app users with advertisements, that | 19:36:41 |
| 14 | would be an example of an app using friend | 19:36:46 |
| 15 | information in a way that is -- that violates | 19:36:48 |
| 16 | Facebook's developer policies.  Is that right? | 19:36:52 |
| 17 | MR. BLUME:  Objection to scope. | 19:36:55 |
| 18 | THE WITNESS:  Sorry.  I haven't prepared | 19:37:00 |
| 19 | to speak to Facebook's developer policies and | 19:37:01 |
| 20 | precisely what they allowed or prohibited -- and | 19:37:04 |
| 21 | also how Facebook's advertising ecosystem worked. | 19:37:09 |
| 22 | BY MR. LOESER: | 19:37:15 |
| 23 | Q.  And based upon your knowledge of the | 19:37:19 |
| 24 | platform, was my statement correct? | 19:37:20 |
| 25 | A.  I -- I am not -- I'm not sure I can | 19:37:24 |

Page 138

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | confirm exactly that -- that statement.  I am not | 19:37:33 |
| 2 | sure, as I sit here today, exactly what the | 19:37:37 |
| 3 | policies were at any given time in the past. | 19:37:39 |
| 4 | Q.  Okay.  Let me ask one more related | 19:37:46 |
| 5 | question.  Perhaps this is something that you are | 19:37:48 |
| 6 | familiar with. | 19:37:50 |
| 7 | If an app gets access to friend data and | 19:37:51 |
| 8 | then sells that friend information to another third | 19:37:53 |
| 9 | party, would that be an example of the app using | 19:37:56 |
| 10 | friend information in a way that is not solely | 19:37:59 |
| 11 | within the app user's experience? | 19:38:03 |
| 12 | A.  If an app developer is making data | 19:38:10 |
| 13 | available to another entity that isn't -- that -- | 19:38:16 |
| 14 | it's hard -- yeah. | 19:38:26 |
| 15 | It's hard for me to, like, give a specific | 19:38:27 |
| 16 | answer to that based on my understanding of how | 19:38:29 |
| 17 | the -- of what was and wasn't okay in terms of the | 19:38:33 |
| 18 | Facebook Developer Platform policies. | 19:38:37 |
| 19 | Q.  Okay.  But you described for me Facebook's | 19:38:39 |
| 20 | understanding of how friend information was to be | 19:38:43 |
| 21 | used, which was to create the experience between | 19:38:45 |
| 22 | the user of the app and the app.  Right? | 19:38:48 |
| 23 | A.  So my answer there was referring to my | 19:38:52 |
| 24 | understanding of the -- the primary reason why the | 19:38:56 |
| 25 | Facebook Platform existed, which was to primarily | 19:38:59 |

Page 139

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | allow developers to build engaging social | 19:39:04 |
| 2 | experiences that users could interact with that was | 19:39:08 |
| 3 | valuable to them. | 19:39:11 |
| 4 | Q.  And Facebook did not intend in that | 19:39:12 |
| 5 | context for apps to use friend information it | 19:39:15 |
| 6 | obtained from a user outside of the context of the | 19:39:18 |
| 7 | user's experience with that app.  Right? | 19:39:25 |
| 8 | A.  So there were a number of users -- uses of | 19:39:29 |
| 9 | the Facebook Developer Platform where | 19:39:33 |
| 10 | information -- often publicly available information | 19:39:37 |
| 11 | about a user's activity would be available to an | 19:39:40 |
| 12 | app developer without the user explicitly | 19:39:43 |
| 13 | authorizing the application. | 19:39:47 |
| 14 | Q.  And let's confine our answer to | 19:39:53 |
| 15 | information obtained about a friend that was | 19:39:55 |
| 16 | intended for friends only; that wasn't public. | 19:39:57 |
| 17 | And I'm just trying to understand kind of | 19:40:01 |
| 18 | how friend-sharing works.  It's not a trick | 19:40:04 |
| 19 | question.  I'm just trying to understand if an app | 19:40:06 |
| 20 | obtains friend information but then uses that | 19:40:08 |
| 21 | information for purposes other than the experience | 19:40:10 |
| 22 | of the app user and the app, is that something that | 19:40:12 |
| 23 | is beyond what Facebook intended when it provided | 19:40:16 |
| 24 | access to the friend information? | 19:40:20 |
| 25 | A.  So limited to -- limited to the context of | 19:40:27 |

Page 140

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | a user having explicitly authorized an application | 19:40:30 |
| 2 | and then that application having access to the -- | 19:40:36 |
| 3 | the data made available via the friend permissions, | 19:40:39 |
| 4 | my understanding is that the -- that that | 19:40:43 |
| 5 | information was to be used within the context of | 19:40:46 |
| 6 | the application that the user was using. | 19:40:48 |
| 7 | Q.  Did Facebook have any technology making it | 19:40:51 |
| 8 | impossible for apps to use friend data other than | 19:40:54 |
| 9 | in connection with the app user? | 19:40:58 |
| 10 | A.  One piece of technology Facebook has, or | 19:41:06 |
| 11 | had, is the privacy settings available governing | 19:41:11 |
| 12 | visibility of content on Facebook. | 19:41:18 |
| 13 | As a result, it's possible that, for | 19:41:22 |
| 14 | example, if we were friends and you posted a post, | 19:41:26 |
| 15 | you could make that post not visible to me, even | 19:41:31 |
| 16 | though we were friends using on-Facebook privacy | 19:41:36 |
| 17 | settings. | 19:41:40 |
| 18 | If you had done that, then that piece of | 19:41:41 |
| 19 | content wouldn't be available via the API if it was | 19:41:44 |
| 20 | being called on my behalf. | 19:41:50 |
| 21 | Q.  Okay.  And if you have shared information | 19:41:52 |
| 22 | with your friend based upon your privacy setting | 19:41:54 |
| 23 | that allowed friends to have that information, was | 19:41:59 |
| 24 | there technology that prevented an app from -- | 19:42:01 |
| 25 | could Facebook have utilized technology that would | 19:42:07 |

Page 141

| | | |
|---|---|---|
| 1 | prevent that app from getting the friend | 19:42:10 |
| 2 | information since the app is not the friend of the | 19:42:13 |
| 3 | person who posted it? | 19:42:15 |
| 4 | A.  So the -- again, which time frame are you | 19:42:17 |
| 5 | referring to here? | 19:42:20 |
| 6 | Q.  At any point since 2007. | 19:42:22 |
| 7 | A.  Okay.  So once a -- once an app makes an | 19:42:25 |
| 8 | API call on behalf of a user and the Facebook API | 19:42:32 |
| 9 | returns that information to the application, then | 19:42:38 |
| 10 | the application or the developer, whether or not | 19:42:44 |
| 11 | that's their servers or the code, technically has | 19:42:48 |
| 12 | access to that information. | 19:42:51 |
| 13 | And once they have that information, | 19:42:54 |
| 14 | the -- there's very little -- there's no technical | 19:42:57 |
| 15 | way for Facebook to prevent it being used outside | 19:43:01 |
| 16 | the use of the application itself. | 19:43:06 |
| 17 | Q.  Does Facebook perform financial analysis | 19:43:17 |
| 18 | of the different products it offers? | 19:43:20 |
| 19 | A.  That's a very -- | 19:43:25 |
| 20 | Sorry, Rob, it looks like you were going | 19:43:27 |
| 21 | to say something. | 19:43:30 |
| 22 | MR. BLUME:  I was just going to object to | 19:43:31 |
| 23 | the form. | 19:43:33 |
| 24 | THE WITNESS:  Facebook as a company does | 19:43:40 |
| 25 | look at its various products and how they are | 19:43:44 |

Page 142

CONFIDENTIAL

```
 1      performing.                                     19:43:47

 2      BY MR. LOESER:                                  19:43:47

 3          Q.  Okay.  And do the different products    19:43:48

 4      engage in analysis of revenue and the income,   19:43:50

 5      et cetera, of that product to -- to Facebook?   19:43:55

 6          A.  Different products assess their         19:44:01

 7      performance in different ways.  Ads products, for  19:44:02

 8      example, typically would look at revenue as to  19:44:06

 9      whether or not they were performing.            19:44:10

10          Q.  And what about partnership-based products?  19:44:14

11              Are there partnership-based products?   19:44:18

12          A.  Help me understand what you mean by     19:44:21

13      "partnership-based products."                   19:44:23

14          Q.  Well, you were in the Partnership team.  19:44:25

15              Did it have a product?                  19:44:27

16          A.  The Partnership team doesn't have       19:44:29

17      products, no.                                   19:44:30

18          Q.  And does it report revenue or income?   19:44:33

19          A.  The Partnership -- the Platform         19:44:39

20      Partnerships team would typically assess the    19:44:41

21      utilization of the Facebook Developer Platform  19:44:49

22      product by Platform developers, and income from  19:44:52

23      Platform developers is one of the things that may  19:45:01

24      have been looked at in terms of understanding the  19:45:05

25      performance of the Platform products.           19:45:08
```

Page 143

CONFIDENTIAL

```
 1        Q.  And what types of income did Facebook         19:45:11

 2   receive from Platform developers?                      19:45:13

 3        A.  The types of income that Facebook would       19:45:18

 4   receive from Platform developers were, broadly:        19:45:21

 5   One, ad spend related to the Platform developer's      19:45:25

 6   products; and, two, in the case of games that used     19:45:35

 7   in-game currency where that game was rendered          19:45:41

 8   inside the Facebook Chrome on the web, Facebook         19:45:44

 9   would take a cut of the total payment volume inside    19:45:54

10   of that game or app.                                   19:45:59

11        Q.  And does Facebook consider the user data      19:46:07

12   it collects and infers about users valuable?           19:46:09

13        A.  Can you help me understand the -- the         19:46:15

14   context, as in -- yeah.                                19:46:17

15            Can you help me understand the context        19:46:20

16   you're asking in?                                      19:46:21

17        Q.  Sure.  I'll ask more specifically.            19:46:22

18            Did Facebook do any financial analysis of     19:46:24

19   the value of user data it collects and infers about    19:46:26

20   users?                                                 19:46:30

21        A.  In -- let me understand.  In any way,         19:46:39

22   across any part of the company?  Is that what          19:46:41

23   you're asking?                                         19:46:43

24        Q.  Yes.  Yes.  We can start big and go small.    19:46:44

25   So, in any way.                                        19:46:47
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. BLUME:  Objection to scope. | 19:46:50 |
| 2 | THE WITNESS:  Yeah.  It's hard for me to | 19:46:52 |
| 3 | answer that question at the full company level. | 19:46:54 |
| 4 | That's not what I've prepared to testify on. | 19:46:57 |
| 5 | On a personal level, there -- I can say | 19:47:00 |
| 6 | that there are products that the -- where the -- | 19:47:04 |
| 7 | where, like, the impact of the -- or the -- it's | 19:47:18 |
| 8 | hard for me to say.  I can't give you a very crisp | 19:47:22 |
| 9 | and clear and accurate answer to that -- to that | 19:47:26 |
| 10 | question.  It's not what I've testified on, and I'd | 19:47:28 |
| 11 | be giving you an inappropriate answer, I think. | 19:47:31 |
| 12 | BY MR. LOESER: | 19:47:36 |
| 13 | Q.  If I wanted to have Facebook answer the | 19:47:36 |
| 14 | question whether it does financial analysis of the | 19:47:38 |
| 15 | value of user data that it collects, where would I | 19:47:40 |
| 16 | go in the company to get information about that? | 19:47:44 |
| 17 | Is that the finance department or -- or | 19:47:47 |
| 18 | where would that get reported? | 19:47:50 |
| 19 | MR. BLUME:  Objection.  Beyond the scope. | 19:47:52 |
| 20 | THE WITNESS:  Yeah, I think different | 19:47:57 |
| 21 | teams assess the performance of their products in | 19:47:59 |
| 22 | different ways, and those products involve | 19:48:02 |
| 23 | different kinds of information. | 19:48:05 |
| 24 | So it's really hard to give you a specific | 19:48:07 |
| 25 | answer to that question.  I couldn't give you a | 19:48:09 |

Page 145

CONFIDENTIAL

```
 1    specific answer to that question.                  19:48:11

 2    BY MR. LOESER:                                      19:48:15

 3        Q.  Okay.  And has Facebook done any analysis   19:48:15

 4    of the value of the data it makes available to      19:48:17

 5    third parties through the Facebook Social Graph?    19:48:20

 6            MR. BLUME:  Objection.  Scope.              19:48:24

 7            THE WITNESS:  I've seen some analysis of     19:48:33

 8    the impact of the Platform changes that were        19:48:34

 9    proposed, and I've also seen and heard about        19:48:37

10    analysis done of the -- of the use of the Facebook  19:48:43

11    Developer Platform in terms of how people use it    19:48:46

12    and how that contributes revenue to Facebook.  But  19:48:51

13    I've -- I don't recall seeing analysis specific to, 19:48:58

14    like, the user data itself.                         19:49:01

15    BY MR. LOESER:                                      19:49:04

16        Q.  Okay.  Well, walk me through the two types  19:49:06

17    of analyses you just mentioned.                     19:49:12

18            MR. BLUME:  Objection to scope, but he can  19:49:18

19    in his personal capacity.                           19:49:21

20    BY MR. LOESER:                                      19:49:23

21        Q.  Well, let me clarify.                       19:49:23

22            Your answer was:  "I've seen some analysis  19:49:25

23    of the impact of the Platform changes that were     19:49:26

24    proposed."                                          19:49:29

25            So what's the analysis that you've seen of  19:49:30
```

Page 146

| | | |
|---|---|---|
| 1 | the impact of the Platform changes that were | 19:49:32 |
| 2 | proposed? | 19:49:34 |
| 3 | A.  So one of the documents I reviewed in | 19:49:38 |
| 4 | preparation for the testimony today seems to -- | 19:49:40 |
| 5 | seems to make an assessment of the various changes | 19:49:45 |
| 6 | that were proposed to be launched and estimates the | 19:49:48 |
| 7 | impact that might have on Facebook's revenues from | 19:49:53 |
| 8 | developers. | 19:49:57 |
| 9 | So I recall reviewing a document of that | 19:50:00 |
| 10 | form. | 19:50:02 |
| 11 | Q.  And can you tell me more about that | 19:50:03 |
| 12 | document; who created it and when it was created? | 19:50:05 |
| 13 | A.  I don't know who created it or when it was | 19:50:10 |
| 14 | created, but I do know it was -- my understanding | 19:50:12 |
| 15 | is it was previously produced in -- in this | 19:50:15 |
| 16 | litigation.  So it should be available to you. | 19:50:20 |
| 17 | Q.  Okay.  We'll follow up with Mr. Blume and | 19:50:28 |
| 18 | try and pin down that document. | 19:50:33 |
| 19 | And the second thing you said was an | 19:50:35 |
| 20 | assessment of the various changes that were | 19:50:39 |
| 21 | proposed and estimates of the impact they might | 19:50:46 |
| 22 | have on Facebook's revenue from developers. | 19:50:48 |
| 23 | So what was that analysis? | 19:50:51 |
| 24 | A.  So I think that's the thing I've just -- | 19:50:52 |
| 25 | that's the thing I've just talked about. | 19:50:54 |

Page 147

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  Okay.  Was there -- I thought you | 19:50:56 |
| 2 | mentioned two different assessments that you saw. | 19:50:58 |
| 3 | A.  So that -- that document, I -- I saw in | 19:51:03 |
| 4 | preparation for this case, this testimony. | 19:51:06 |
| 5 | The other thing I recall mentioning is in | 19:51:10 |
| 6 | my personal capacity, I recall there being analysis | 19:51:16 |
| 7 | done of the -- the revenue that Facebook games | 19:51:20 |
| 8 | provided to the Facebook company. | 19:51:28 |
| 9 | But I don't recall a specific document on | 19:51:32 |
| 10 | that, and I have not reviewed a document of that | 19:51:36 |
| 11 | form in reference -- in preparation for this | 19:51:38 |
| 12 | testimony. | 19:51:41 |
| 13 | Q.  And this may be covered by what you said | 19:51:45 |
| 14 | before, but has Facebook ever analyzed the | 19:51:47 |
| 15 | financial or other business benefits Facebook | 19:51:49 |
| 16 | obtained by allowing third-party access to Facebook | 19:51:52 |
| 17 | user friends data in particular? | 19:51:56 |
| 18 | MR. BLUME:  Objection to scope. | 19:52:00 |
| 19 | THE WITNESS:  I don't recall seeing any | 19:52:03 |
| 20 | analysis that was specifically limited to friends | 19:52:07 |
| 21 | data, no. | 19:52:12 |
| 22 | BY MR. LOESER: | 19:52:14 |
| 23 | Q.  And what about analysis that was limited | 19:52:16 |
| 24 | to deprecated permissions more broadly? | 19:52:19 |
| 25 | A.  I have not seen analysis related to | 19:52:24 |

Page 148

| | | |
|---|---|---|
| 1 | deprecated permissions specifically, no. | 19:52:27 |
| 2 | Q.  And has Facebook ever analyzed the | 19:52:35 |
| 3 | financial or other business impact of continuing to | 19:52:37 |
| 4 | allow certain apps and partners to have access to | 19:52:40 |
| 5 | friend-sharing after publicly deprecating | 19:52:46 |
| 6 | friend-sharing permissions? | 19:52:49 |
| 7 | A.  So here we need to be specific when we | 19:52:51 |
| 8 | talk about friend-sharing permissions versus your | 19:52:54 |
| 9 | broader definition of friends data. | 19:52:57 |
| 10 | No, I -- I have not seen and am not aware | 19:53:00 |
| 11 | of any analysis that was done relating to | 19:53:04 |
| 12 | extensions allowing apps to continue to have | 19:53:10 |
| 13 | access -- some apps to continue to have access to | 19:53:14 |
| 14 | the friend permissions after they were more | 19:53:17 |
| 15 | publicly deprecated. | 19:53:22 |
| 16 | Q.  And if the question is not friends | 19:53:24 |
| 17 | permissions specifically, but deprecated | 19:53:27 |
| 18 | permissions, does that change your answer? | 19:53:30 |
| 19 | A.  I am not aware of any analysis that was | 19:53:33 |
| 20 | done to understand the impact of deprecated | 19:53:36 |
| 21 | permissions in particular. | 19:53:40 |
| 22 | As I testified previously, I -- sorry. | 19:53:44 |
| 23 | Q.  Go ahead.  I'm sorry. | 19:53:46 |
| 24 | A.  As I testified previously, I have seen | 19:53:50 |
| 25 | analysis of the impact of the changes in general, | 19:53:53 |

Page 149

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | but not specifically I recall seeing anything | 19:53:59 |
| 2 | related to just the deprecation of permissions. | 19:54:03 |
| 3 | Q.  And did Facebook evaluate the loss of | 19:54:08 |
| 4 | revenue that could occur if a Facebook partner or | 19:54:13 |
| 5 | partners stopped doing business with Facebook | 19:54:17 |
| 6 | because Facebook deprecated permissions that the | 19:54:20 |
| 7 | partner used? | 19:54:23 |
| 8 | A.  I don't recall seeing any analysis of | 19:54:29 |
| 9 | the -- on an app-specific basis or a | 19:54:35 |
| 10 | partner-specific basis. | 19:54:40 |
| 11 | It's possible that people that worked with | 19:54:43 |
| 12 | that partner might assert a potential loss of | 19:54:45 |
| 13 | revenue, but I don't recall any, you know, formal | 19:54:52 |
| 14 | analysis being done of -- of the financial impact | 19:54:55 |
| 15 | of deprecating something. | 19:54:58 |
| 16 | Q.  And you say you don't recall, but I want | 19:55:01 |
| 17 | to make sure I understand what you're saying. | 19:55:04 |
| 18 | Did Facebook do that analysis, do you | 19:55:06 |
| 19 | know? | 19:55:10 |
| 20 | A.  I do not know, and I have not seen any | 19:55:11 |
| 21 | evidence in preparation for this that they did. | 19:55:13 |
| 22 | Q.  And if you were to find -- to search for | 19:55:16 |
| 23 | the answer to that question, who would you ask? | 19:55:19 |
| 24 | A.  I would ask Ime, probably, who was | 19:55:26 |
| 25 | involved in -- who led the Partnerships team around | 19:55:35 |

Page 150

| | | |
|---|---|---|
| 1 | this time -- sorry, let me be clearer about around | 19:55:39 |
| 2 | this time. | 19:55:42 |
| 3 | In the period 2013 to 2018, I believe, he | 19:55:45 |
| 4 | may be aware of whether or not such analysis was | 19:55:51 |
| 5 | done. | 19:55:53 |
| 6 | Q.  So -- sorry, I have to reach for a | 19:56:02 |
| 7 | document. | 19:56:05 |
| 8 | Going back to the notice, on Topic 6, you | 19:56:06 |
| 9 | have -- the last part of that notice calls for | 19:56:08 |
| 10 | testimony about the revenue impact and net profits | 19:56:15 |
| 11 | for Facebook relating to friend-sharing throughout | 19:56:19 |
| 12 | the class period.  Correct? | 19:56:21 |
| 13 | A.  I'll wait to see till it comes on the | 19:56:26 |
| 14 | screen. | 19:56:29 |
| 15 | Q.  Sure.  And so I am going to ask you a | 19:56:30 |
| 16 | question -- yeah, I'm going to ask you a question | 19:56:36 |
| 17 | based on the notice, and you can tell me what | 19:56:38 |
| 18 | Facebook's answer is. | 19:56:40 |
| 19 | But what is the revenue impact and net | 19:56:41 |
| 20 | profits for Facebook related to friend-sharing | 19:56:44 |
| 21 | before Facebook publicly deprecated friend-sharing | 19:56:46 |
| 22 | APIs? | 19:56:49 |
| 23 | A.  My understanding is that Facebook did | 19:56:53 |
| 24 | not -- has not done analysis as to the revenue | 19:56:56 |
| 25 | impact and net profits related to friend-sharing. | 19:57:01 |

Page 151

CONFIDENTIAL

```
 1          Q.  And what is the revenue impact and net         19:57:07

 2    profits for Facebook related to friend-sharing          19:57:09

 3    after publicly deprecating friend-sharing APIs but      19:57:16

 4    continuing to allow friend-sharing for certain apps     19:57:19

 5    and partners?                                           19:57:21

 6          A.  In preparation for this -- this testimony,    19:57:24

 7    I attempted to see whether or not any such analysis     19:57:28

 8    has been done.                                          19:57:33

 9          My understanding is that no analysis was          19:57:34

10    done.  I am not aware of any analysis having been       19:57:36

11    done about the revenue impact to net profits            19:57:40

12    relating to friend-sharing before or after the         19:57:44

13    deprecation period.                                     19:57:47

14          Q.  And who -- what did you do to educate         19:57:48

15    yourself on that question?                              19:57:52

16          A.  I spoke to Ime, and I reviewed the            19:57:56

17    document -- several documents provided to me in         19:58:03

18    this case.                                              19:58:05

19          Q.  So I'm about to move on to Topic 7, and       19:58:27

20    we've been going for about an hour, so it's             19:58:30

21    probably a good time to take a break.  We also have     19:58:33

22    your notes, and I just need to quickly look at them     19:58:36

23    and see if I have any other questions about Topic 6     19:58:38

24    regarding your notes.                                   19:58:39

25          If you don't want to take a break, I can          19:58:42
```

Page 152

| | | |
|---|---|---|
| 1 | plow ahead, but it's been an hour, and if you want | 19:58:42 |
| 2 | to take a break, that's fine too. | 19:58:42 |
| 3 | A.  Yeah, let's just take five minutes.  That | 19:58:44 |
| 4 | would be good.  I'll just stretch a bit; make sure | 19:58:48 |
| 5 | I'm fresh. | 19:58:51 |
| 6 | THE VIDEO OPERATOR:  We're off the record | 19:58:52 |
| 7 | at 7:58 P.M. | 19:58:53 |
| 8 | (Recess from 7:58 P.M. to 8:12 P.M.) | 19:58:55 |
| 9 | THE VIDEO OPERATOR:  We're back on the | 20:12:47 |
| 10 | record.  It's 8:12 P.M. | 20:12:48 |
| 11 | MR. LOESER:  Mr. Cross, we're going to | 20:12:56 |
| 12 | mark as an exhibit the notes that -- that you | 20:12:57 |
| 13 | provided to your counsel who then provided them to | 20:13:01 |
| 14 | us. | 20:13:03 |
| 15 | And if we have time today, we might come | 20:13:14 |
| 16 | back and ask a few questions about them, but for | 20:13:17 |
| 17 | now, I just wanted to mark them as an exhibit.  So | 20:13:19 |
| 18 | we can just put them up, introduce them, and move | 20:13:22 |
| 19 | on. | 20:13:25 |
| 20 | (Deposition Exhibit 335 was marked for | 20:13:25 |
| 21 | identification.) | 20:13:29 |
| 22 | BY MR. LOESER: | 20:13:30 |
| 23 | Q.  I do have, actually, one -- we don't need | 20:13:31 |
| 24 | to put the exhibit back up, but I had noticed in | 20:13:33 |
| 25 | your notes when I asked you earlier who had | 20:13:35 |

Page 153

| | | |
|---|---|---|
| 1 | developed friend-sharing, you couldn't recall, but | 20:13:38 |
| 2 | your notes indicate it was Luke Shepherd, | 20:13:40 |
| 3 | Ari Steinberg, and Alex Himmel.  Is that correct? | 20:13:43 |
| 4 | A.  Those are three names of people that I | 20:13:49 |
| 5 | believe to have been involved in the early | 20:13:51 |
| 6 | development of the Facebook Developer Platform | 20:13:53 |
| 7 | which included sharing friends data as part of the | 20:13:55 |
| 8 | model. | 20:14:02 |
| 9 | Q.  And when you say "early development," | 20:14:02 |
| 10 | what's the time period that you're referring to? | 20:14:03 |
| 11 | A.  My understanding is that Ari Steinberg was | 20:14:11 |
| 12 | involved in the 2007/2008 time frame, although I | 20:14:14 |
| 13 | don't have the specifics. | 20:14:19 |
| 14 | Luke Shepherd was involved in the Platform | 20:14:21 |
| 15 | when I joined in September 2010.  I'm not sure when | 20:14:24 |
| 16 | his tenure in that space began or ended. | 20:14:29 |
| 17 | And Alex Himmel is another person that I | 20:14:36 |
| 18 | know was involved in the Facebook Developer | 20:14:39 |
| 19 | Platform. | 20:14:40 |
| 20 | Whether or not these folks were | 20:14:42 |
| 21 | specifically involved in the original design of the | 20:14:44 |
| 22 | platform, which included friend-sharing, it's hard | 20:14:49 |
| 23 | for me to know specifically. | 20:14:53 |
| 24 | Q.  Okay.  Thank you. | 20:14:57 |
| 25 | Let's go back to the notice.  We're going | 20:14:59 |

Page 154

| | | |
|---|---|---|
| 1 | to move on to Topic 7. | 20:15:00 |
| 2 | It's a little longer, so I won't read the | 20:15:08 |
| 3 | whole thing into the record, but I gather you have | 20:15:10 |
| 4 | read all of Topic 7 and you are prepared to testify | 20:15:12 |
| 5 | about this topic. | 20:15:19 |
| 6 | And you've described what you did to | 20:15:34 |
| 7 | prepare for Topic 6. | 20:15:36 |
| 8 | When you prepared for Topic 6, were you | 20:15:38 |
| 9 | also at the same time preparing for Topic 7? | 20:15:40 |
| 10 | A.  That's correct.  I was preparing for the | 20:15:44 |
| 11 | two in parallel. | 20:15:45 |
| 12 | Q.  And is there anybody that you talked to at | 20:15:49 |
| 13 | Facebook to get information about Topic 7 that is | 20:15:51 |
| 14 | different than the folks that you talked to about | 20:15:54 |
| 15 | Topic 6? | 20:15:57 |
| 16 | A.  No.  The set of people I talked to, I | 20:15:59 |
| 17 | talked to about all of the matters I was preparing | 20:16:03 |
| 18 | to testify on. | 20:16:05 |
| 19 | Q.  And is there any component of Topic 7 that | 20:16:14 |
| 20 | you only have knowledge of based upon the | 20:16:17 |
| 21 | preparations that you did for this deposition? | 20:16:19 |
| 22 | A.  Yes.  I think 7-a, each whitelisted | 20:16:24 |
| 23 | entity; b, only -- so b, I have some personal | 20:16:33 |
| 24 | experience there; c, I also have some personal | 20:16:46 |
| 25 | experience. | 20:16:56 |

Page 155

| | | |
|---|---|---|
| 1 | D -- could you scroll d onto the screen, | 20:17:02 |
| 2 | please?  There you go.  That was easy. | 20:17:05 |
| 3 | So I think I have some personal experience | 20:17:08 |
| 4 | in all, but with 7-a, primarily I'm relying on the | 20:17:11 |
| 5 | forensic work that was done after my involvement in | 20:17:19 |
| 6 | the Facebook Developer Platform to answer those | 20:17:25 |
| 7 | questions. | 20:17:29 |
| 8 | Q.  And based on your preparation with regard | 20:17:31 |
| 9 | to Topic 7, do you believe you are reasonably | 20:17:33 |
| 10 | educated to testify on these matters? | 20:17:37 |
| 11 | A.  I believe I am reasonably educated to | 20:17:39 |
| 12 | testify.  I've done as much as I could to prepare. | 20:17:41 |
| 13 | Q.  And last night, your counsel informed us | 20:17:53 |
| 14 | that you are not prepared to testify about call | 20:17:54 |
| 15 | logs, APIs, or permissions granted to any | 20:17:57 |
| 16 | particular entity. | 20:18:00 |
| 17 | And is that -- is that your understanding? | 20:18:03 |
| 18 | A.  Yeah.  We -- I want to make sure that I -- | 20:18:12 |
| 19 | in answering those questions, I want to make sure I | 20:18:15 |
| 20 | have done as much preparation as possible, and I | 20:18:17 |
| 21 | think a couple more -- a bit more time to make sure | 20:18:25 |
| 22 | I can speak to those topics would be valuable. | 20:18:28 |
| 23 | Q.  Okay.  And over the course of your | 20:18:33 |
| 24 | employment at Facebook, did you develop any | 20:18:34 |
| 25 | personal knowledge of call logs, APIs, or | 20:18:36 |

Page 156

```
1     permissions granted to any particular entity?          20:18:40

2          A.  I developed -- I was in -- I had access to    20:18:44

3     and would have used some of the tools that would       20:18:48

4     help analyze call logs and Platform API usage and,     20:18:56

5     in the course of doing that, would have seen           20:19:03

6     information to do with particular apps.                20:19:05

7               But that's a long time ago, and I wouldn't   20:19:10

8     remember the specifics, and I don't know what in       20:19:13

9     general Facebook would have access to today, many      20:19:15

10    years after -- many years after my time directly       20:19:18

11    involved in this stuff.                                20:19:23

12         Q.  Okay.  Thank you.                             20:19:24

13              Mr. Cross, please explain what it means to   20:19:27

14    "whitelist" an app or a partner in the context of      20:19:29

15    access to APIs.                                        20:19:33

16         A.  The -- can you be specific?                   20:19:47

17              Which APIs are we referring to here?         20:19:49

18         Q.  Just generally, back to making sure we        20:19:52

19    have the terminology down and I'm using the right      20:19:54

20    words to talk about what we're discussing, there's,    20:19:57

21    obviously, a lot of documents that talk about,         20:19:59

22    refer to, and use the term "whitelist," and I          20:20:01

23    gather that's a term that can be applied in a          20:20:05

24    variety of contexts.                                   20:20:07

25              But when it's connected to granting access   20:20:08
```

Page 157

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to particular APIs or -- I'm continually getting | 20:20:11 |
| 2 | this wrong -- permissions, does it have a | 20:20:17 |
| 3 | particular meaning? | 20:20:20 |
| 4 | A.  In the context -- we referred to in the | 20:20:21 |
| 5 | context of the Facebook Developer Platform again? | 20:20:23 |
| 6 | Q.  Yeah.  Yes. | 20:20:26 |
| 7 | A.  So in that context, I understand | 20:20:32 |
| 8 | "whitelisting" to refer to where a given | 20:20:33 |
| 9 | application is added to a list of applications | 20:20:38 |
| 10 | that -- whose behavior or whose -- the behavior of | 20:20:45 |
| 11 | the API, and the Facebook Developer Platform is | 20:20:50 |
| 12 | modified in some way for those applications. | 20:20:53 |
| 13 | Q.  And consistent with that definition, when | 20:21:05 |
| 14 | did Facebook first start whitelisting any app or | 20:21:07 |
| 15 | partner? | 20:21:10 |
| 16 | A.  So the -- given that the concept of | 20:21:14 |
| 17 | whitelisting in general applies to making -- you | 20:21:16 |
| 18 | know, modifying the changes to the -- modifying the | 20:21:21 |
| 19 | behavior of the Facebook Developer Platform, then | 20:21:24 |
| 20 | whitelisting in some form has been used | 20:21:27 |
| 21 | consistently throughout the development of the | 20:21:31 |
| 22 | Facebook Developer Platform in some way. | 20:21:35 |
| 23 | Q.  And, again, I want to make sure I have the | 20:21:46 |
| 24 | technology correct, but what does it mean to | 20:21:48 |
| 25 | whitelist friend-sharing APIs for an app? | 20:21:52 |

Page 158

```
 1              Or let me put it this way:  What does it        20:21:55

 2     mean to whitelist an app's ability to collect           20:21:58

 3     friend-sharing data?                                    20:22:00

 4          A.  So this would refer to what we mean by         20:22:06

 5     "friend-sharing data."  In this context, one way        20:22:11

 6     that that could have manifested is where an app has     20:22:20

 7     access to APIs and permissions which were not           20:22:28

 8     generally available to other Facebook developers        20:22:33

 9     and applications at the time.                           20:22:38

10          Q.  Okay.  And I've seen in Facebook's             20:22:42

11     documents "whitelisting" used in reference to apps,     20:22:45

12     but I've also seen it used in reference to              20:22:50

13     partners.                                               20:22:52

14              Is there a different definition that           20:22:53

15     Facebook uses when thinking of whitelisting             20:22:55

16     partners in the context of the Platform?                20:22:59

17          A.  So back to my original definition of          20:23:04

18     "application" being a very specific entity in the       20:23:06

19     Facebook Developer Platform ecosystem, a partner       20:23:08

20     would refer to an entity, a -- for example, a          20:23:14

21     company.  And that company may have several, one or    20:23:17

22     more, Facebook applications, and those applications    20:23:24

23     may or may not have been whitelisted for               20:23:32

24     alternative API behavior.                              20:23:35

25              So in that context, you know, when a -- a     20:23:38
```

| | | |
|---|---|---|
| 1 | partner is -- if you see the phrase "partner has | 20:23:41 |
| 2 | been whitelisted," what specifically happens in | 20:23:45 |
| 3 | the -- in the -- in the code base is that the | 20:23:48 |
| 4 | applications owned -- the Facebook applications | 20:23:54 |
| 5 | owned and maintained by that partner, the app IDs | 20:23:59 |
| 6 | have been granted some modification to the standard | 20:24:05 |
| 7 | API behavior. | 20:24:09 |
| 8 | Q.  And through those modifications, those | 20:24:12 |
| 9 | partners, vis-à-vis their apps or, if it's a | 20:24:15 |
| 10 | developer, the developer vis-à-vis its app would | 20:24:19 |
| 11 | gain access to friend data that would not otherwise | 20:24:23 |
| 12 | have been available to that app or partner. | 20:24:28 |
| 13 | Is that a fair description? | 20:24:33 |
| 14 | A.  Well, it's a wide range of whitelists and | 20:24:35 |
| 15 | capabilities that were in the system.  Many of | 20:24:39 |
| 16 | them, in fact, my understanding is the vast | 20:24:44 |
| 17 | majority of them were not related to friend data at | 20:24:47 |
| 18 | all. | 20:24:49 |
| 19 | Q.  Okay.  And, in fact, there's plenty of | 20:24:54 |
| 20 | discussion in Facebook documents about the other | 20:24:56 |
| 21 | permissions that were deprecated with Version 2 | 20:24:58 |
| 22 | that also were whitelisted for certain apps and | 20:25:03 |
| 23 | partners.  Right? | 20:25:07 |
| 24 | A.  There's -- when you say "whitelisted," | 20:25:09 |
| 25 | what time period are you referring to here? | 20:25:13 |

Page 160

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | It's very specific, given that | 20:25:15 |
| 2 | whitelisting as a concept is something that's very | 20:25:17 |
| 3 | common in the industry and will have been used in | 20:25:21 |
| 4 | this context for many years. | 20:25:24 |
| 5 | Q.  Sure.  Is the use of whitelisting | 20:25:26 |
| 6 | vis-à-vis the Facebook Platform, did that mean | 20:25:30 |
| 7 | something different at different times in | 20:25:35 |
| 8 | Facebook's lifespan? | 20:25:38 |
| 9 | A.  Well, the general definition of | 20:25:42 |
| 10 | whitelisting in the context of the Facebook | 20:25:44 |
| 11 | Platform is that by being on a whitelist, you get | 20:25:46 |
| 12 | some kind of different behavior -- the Platform | 20:25:50 |
| 13 | behaves in some kind of different way to people not | 20:25:54 |
| 14 | on the whitelist. | 20:25:57 |
| 15 | Exactly what that behavior is depends on | 20:25:59 |
| 16 | specifically what the capability is. | 20:26:02 |
| 17 | And so, again, over time, the high -- at | 20:26:06 |
| 18 | the conceptual level, the concept of whitelisting | 20:26:11 |
| 19 | hasn't changed, but exactly which whitelists | 20:26:15 |
| 20 | existed, for what purpose they were used, and who | 20:26:18 |
| 21 | had access to them at any given time will have | 20:26:21 |
| 22 | changed considerably over time. | 20:26:23 |
| 23 | Q.  Okay.  And so we've talked about | 20:26:26 |
| 24 | whitelisting. | 20:26:28 |
| 25 | Let's talk about private APIs for a | 20:26:29 |

Page 161

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | minute. | 20:26:32 |
| 2 | Does Facebook conceive of private APIs as | 20:26:32 |
| 3 | something different than whitelisting? | 20:26:36 |
| 4 | A.  I think we discussed the definition of | 20:26:42 |
| 5 | private APIs earlier in the -- in the testimony. | 20:26:44 |
| 6 | So that would be, in my -- in my determination, | 20:26:46 |
| 7 | APIs or behaviors which were not available -- in | 20:26:55 |
| 8 | this case, "private APIs" would typically refer to | 20:27:01 |
| 9 | APIs or permissions that were not generally | 20:27:04 |
| 10 | available. | 20:27:06 |
| 11 | Whitelisting is the concept of who has | 20:27:07 |
| 12 | access to the private APIs, but there is also | 20:27:10 |
| 13 | whitelisting which is nothing to do with private | 20:27:15 |
| 14 | APIs or permissions in any way. | 20:27:19 |
| 15 | Q.  And your answer probably helps to explain | 20:27:22 |
| 16 | why there is some confusion in the documents about | 20:27:25 |
| 17 | this because these terms do seem to get -- they | 20:27:27 |
| 18 | seem overlapping but also different; so I want to | 20:27:30 |
| 19 | make sure I understand. | 20:27:33 |
| 20 | The only way an app that is created by a | 20:27:34 |
| 21 | developer that is not a partner with Facebook can | 20:27:40 |
| 22 | get access to publicly deprecated APIs is through a | 20:27:43 |
| 23 | whitelist.  Right? | 20:27:47 |
| 24 | A.  That would depend on the precise time | 20:27:50 |
| 25 | we're talking about.  It would also depend on when | 20:27:53 |

Page 162

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the application was created. | 20:27:56 |
| 2 | Q.  Okay.  Well, let's talk about 2014 to the | 20:27:59 |
| 3 | present. | 20:28:02 |
| 4 | Is there a way other than a whitelist for | 20:28:04 |
| 5 | a developer or an app that is not considered a | 20:28:07 |
| 6 | partner of Facebook's to get access to publicly | 20:28:10 |
| 7 | deprecated permissions? | 20:28:13 |
| 8 | A.  Via permission being publicly | 20:28:21 |
| 9 | deprecated -- let's take an example, I think, is | 20:28:23 |
| 10 | the easiest way to answer that question. | 20:28:26 |
| 11 | So the -- where permissions which were | 20:28:28 |
| 12 | publicly available to API Version 1 which were not | 20:28:33 |
| 13 | publicly available in API Version 2, for | 20:28:37 |
| 14 | applications that originally could call API | 20:28:41 |
| 15 | Version 1 that later could only call API Version 2, | 20:28:45 |
| 16 | when that public deprecation was complete, the only | 20:28:52 |
| 17 | way to access those publicly deprecated permissions | 20:28:56 |
| 18 | would have been to be on a whitelist; one or more | 20:29:01 |
| 19 | whitelists. | 20:29:06 |
| 20 | Q.  And so developers -- well, let's start | 20:29:09 |
| 21 | with apps. | 20:29:12 |
| 22 | Apps could be on that whitelist, right? | 20:29:13 |
| 23 | A.  In the context of the Facebook Developer | 20:29:17 |
| 24 | Platform and specifically referring to app-based | 20:29:18 |
| 25 | whitelisting -- there are other forms of | 20:29:21 |

Page 163

| | | |
|---|---|---|
| 1 | whitelisting available -- then, yes, the | 20:29:23 |
| 2 | application ID would have been on a whitelist. | 20:29:28 |
| 3 | Q.  And partners could be on a whitelist too. | 20:29:33 |
| 4 | But in order for that to be functional, they had to | 20:29:39 |
| 5 | have a private API? | 20:29:41 |
| 6 | A.  Sorry.  I think we're getting our concepts | 20:29:44 |
| 7 | mixed up here, and it's getting hard to answer -- | 20:29:47 |
| 8 | answer the questions. | 20:29:50 |
| 9 | So how do you want to proceed?  I feel | 20:29:52 |
| 10 | like we may need to reclarify some of these | 20:29:56 |
| 11 | definitions because you're mixing them up in your | 20:29:59 |
| 12 | questions. | 20:30:02 |
| 13 | Q.  All I'm trying to do is figure out what | 20:30:03 |
| 14 | the distinction is between a whitelist and a | 20:30:05 |
| 15 | private API, and specifically in the context of | 20:30:08 |
| 16 | giving a third-party access to deprecated | 20:30:10 |
| 17 | permissions after 2014. | 20:30:12 |
| 18 | So is there a difference between, in that | 20:30:14 |
| 19 | context, a whitelist and a private API? | 20:30:16 |
| 20 | A.  Yes.  As I previously testified, a | 20:30:20 |
| 21 | whitelist is a -- a mechanism by which -- in the | 20:30:22 |
| 22 | context of the Facebook Platform, an app ID is | 20:30:26 |
| 23 | specified in some way as having alternative -- you | 20:30:30 |
| 24 | know, having a different API behavior than happens | 20:30:33 |
| 25 | that are not on the whit list. | 20:30:37 |

Page 164

| | | |
|---|---|---|
| 1 | Private APIs are -- some of the things | 20:30:39 |
| 2 | that you could be whitelisted for, but there are | 20:30:43 |
| 3 | other things that you could also be whitelisted | 20:30:45 |
| 4 | for.  For example, rate limit behavior.  Different | 20:30:48 |
| 5 | rate limit behavior.  Right? | 20:30:51 |
| 6 | So whitelisting is the concept by which an | 20:30:53 |
| 7 | application ID, in the -- sorry. | 20:30:56 |
| 8 | Whitelisting is the concept by which an | 20:30:59 |
| 9 | application ID in the context of the Facebook | 20:31:02 |
| 10 | Platform is offered some deeper, nonstandard, or | 20:31:03 |
| 11 | nonpublic behavior, different behavior. | 20:31:09 |
| 12 | And then there are some whitelists, | 20:31:11 |
| 13 | specifically called "capabilities," that would | 20:31:16 |
| 14 | determine exactly what behavior those applications | 20:31:18 |
| 15 | had that was different to the standard. | 20:31:23 |
| 16 | Q.  Okay.  And are private APIs established | 20:31:28 |
| 17 | through a contract between Facebook and a Facebook | 20:31:30 |
| 18 | partner? | 20:31:32 |
| 19 | A.  Not always.  Not always.  There -- again, | 20:31:38 |
| 20 | there are a number of private APIs and a number of | 20:31:42 |
| 21 | different private behaviors -- different behaviors. | 20:31:45 |
| 22 | Some of those would be governed -- granted under a | 20:31:49 |
| 23 | contract; others would not. | 20:31:53 |
| 24 | For example, rate-limiting; you wouldn't | 20:31:56 |
| 25 | necessarily expect a developer to agree to a | 20:31:58 |

Page 165

| | | |
|---|---|---|
| 1 | contract to be on the rate-limit whitelist. | 20:32:01 |
| 2 | Q.  What is a "rate-limit whitelist"? | 20:32:06 |
| 3 | A.  So "rate limits" refers to the number of | 20:32:09 |
| 4 | API calls that an application can make within a | 20:32:14 |
| 5 | given time period in a number of different, | 20:32:17 |
| 6 | complicated ways. | 20:32:20 |
| 7 | There's the standard set of how the rate | 20:32:22 |
| 8 | limits work. | 20:32:26 |
| 9 | And then, for some applications that | 20:32:27 |
| 10 | needed to operate differently, then there was a | 20:32:32 |
| 11 | whitelist that allowed those rate limits to be | 20:32:35 |
| 12 | changed for certain applications. | 20:32:39 |
| 13 | And so, again, that's an example of a | 20:32:43 |
| 14 | whitelist, which is a concept implemented by a | 20:32:45 |
| 15 | capability, which is a specific thing that modified | 20:32:49 |
| 16 | the behavior of the API for the people on the | 20:32:53 |
| 17 | whitelist that was not in any way related to | 20:32:56 |
| 18 | friends data. | 20:32:59 |
| 19 | Q.  And so one of the ways private APIs were | 20:33:01 |
| 20 | used at Facebook was to enable certain Facebook | 20:33:05 |
| 21 | partners to continue to have access to friends | 20:33:08 |
| 22 | data.  Right? | 20:33:11 |
| 23 | A.  Can you be specific as to what time period | 20:33:14 |
| 24 | you're talking about here?  Because this -- the | 20:33:16 |
| 25 | time periods here matter greatly in the specificity | 20:33:18 |

Page 166

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | of my answers. | 20:33:22 |
| 2 | Q.  So when did private APIs first appear at | 20:33:24 |
| 3 | Facebook? | 20:33:29 |
| 4 | A.  The -- the concept of private API, I -- | 20:33:33 |
| 5 | you're -- I'm referring to any API or permission | 20:33:37 |
| 6 | that was not generally available. | 20:33:41 |
| 7 | When the Facebook Developer Platform was | 20:33:47 |
| 8 | launched, it was launched with launch partners. | 20:33:49 |
| 9 | Actually, a better example is, let's say, | 20:33:52 |
| 10 | Facebook Connect in 2008.  There were a number | 20:33:55 |
| 11 | of -- Facebook Connect as a product was -- before | 20:33:59 |
| 12 | it was launched -- not publicly available; and yet | 20:34:05 |
| 13 | on launch day, there were a number of partners that | 20:34:08 |
| 14 | had built integrations with it. | 20:34:11 |
| 15 | Before the launch, you could consider | 20:34:14 |
| 16 | Facebook Connect a private API; and, therefore, | 20:34:16 |
| 17 | access to it was governed by a whitelist. | 20:34:20 |
| 18 | After the launch, Facebook Connect was | 20:34:23 |
| 19 | generally available to all developers, and so you | 20:34:25 |
| 20 | didn't need to be on a whitelist to access it. | 20:34:28 |
| 21 | So whitelists are an industry-standard way | 20:34:31 |
| 22 | of modifying API behavior in certain circumstances, | 20:34:34 |
| 23 | launching new products, and offering them to your | 20:34:39 |
| 24 | launch partners in advance of them being generally | 20:34:43 |
| 25 | available. | 20:34:45 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | And, in the context of the Facebook | 20:34:48 |
| 2 | Platform in this litigation, it's also possible to | 20:34:50 |
| 3 | use a whitelist to grant some developers and | 20:34:57 |
| 4 | partners access to permissions that had been | 20:35:01 |
| 5 | removed from other developers. | 20:35:04 |
| 6 | Q.   Okay.  And when was the first time that | 20:35:09 |
| 7 | partners obtained access to publicly deprecated | 20:35:11 |
| 8 | friend permissions via a private API? | 20:35:18 |
| 9 | (Rose Ring joined the deposition.) | 20:35:21 |
| 10 | THE WITNESS:  The -- strange noise. | 20:35:25 |
| 11 | So, specifically, when it comes to friend | 20:35:28 |
| 12 | permissions, as a set of things that were | 20:35:32 |
| 13 | deprecated, then up until beginning April 30, 2015, | 20:35:35 |
| 14 | if your app had been created before April 30, 2014, | 20:35:44 |
| 15 | then you would have access to those permissions. | 20:35:50 |
| 16 | When the deprecation of API 1 -- the | 20:35:55 |
| 17 | public deprecation of API V1 began on April 30, | 20:36:00 |
| 18 | 2015, that's when the -- that's the beginning where | 20:36:03 |
| 19 | an application that would otherwise have lost | 20:36:07 |
| 20 | access to their friend permissions could have | 20:36:09 |
| 21 | continued to access them if they were on a | 20:36:13 |
| 22 | whitelist. | 20:36:18 |
| 23 | BY MR. LOESER: | 20:36:19 |
| 24 | Q.   Through private APIs. | 20:36:19 |
| 25 | A.   Well, via being on a whitelist. | 20:36:22 |

Page 168

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | In this case, we're specifically referring | 20:36:25 |
| 2 | to friend permissions, which is, I think, what your | 20:36:27 |
| 3 | original question was. | 20:36:30 |
| 4 | Q.  And what is the "Capability" tool at | 20:36:33 |
| 5 | Facebook? | 20:36:36 |
| 6 | A.  The Capability tool is an internal tool | 20:36:39 |
| 7 | used at Facebook to manage which application -- to | 20:36:42 |
| 8 | manage applications and whitelists. | 20:36:47 |
| 9 | (Discussion off the record.) | 20:36:50 |
| 10 | MS. RING:  I am very sorry.  This is | 20:37:12 |
| 11 | Rose Ring, and I am counsel for Meta.  I'm sorry | 20:37:12 |
| 12 | for not announcing myself. | 20:37:16 |
| 13 | BY MR. LOESER: | 20:37:26 |
| 14 | Q.  And, Mr. Cross, you were starting to | 20:37:28 |
| 15 | describe the Capability tool, so keep going. | 20:37:31 |
| 16 | A.  So the Capability tool is an internal tool | 20:37:35 |
| 17 | at Facebook Meta that's used to manage which | 20:37:39 |
| 18 | applications have access to which capabilities; a | 20:37:44 |
| 19 | "capability" being a -- a mechanism for changing | 20:37:51 |
| 20 | the -- modifying the behavior of the Facebook | 20:37:58 |
| 21 | Developer Platform. | 20:38:01 |
| 22 | So with an application having access to a | 20:38:02 |
| 23 | capability, you would say it had been | 20:38:05 |
| 24 | "whitelisted." | 20:38:07 |
| 25 | Q.  And for what period of time has the | 20:38:09 |

Page 169

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Capability tool been in existence? | 20:38:13 |
| 2 | A.  My understanding is it was built in around | 20:38:16 |
| 3 | 2011 and replaced a previous tool that did a | 20:38:20 |
| 4 | similar job. | 20:38:30 |
| 5 | But the development, as I understand it, | 20:38:31 |
| 6 | began in around 2011. | 20:38:33 |
| 7 | Q.  And do you know what the previous tool was | 20:38:36 |
| 8 | called? | 20:38:38 |
| 9 | A.  There was a previous tool called | 20:38:40 |
| 10 | "Pearly Gates." | 20:38:42 |
| 11 | Q.  Okay.  It seems like it had bold | 20:38:47 |
| 12 | ambitions. | 20:38:49 |
| 13 | So -- and Pearly Gates was self-deprecated | 20:38:53 |
| 14 | and replaced by the capability tool? | 20:39:01 |
| 15 | A.  My understanding is that the Capabilities | 20:39:04 |
| 16 | tool replaced Pearly Gates as a way of managing | 20:39:05 |
| 17 | apps and which whitelists they had access -- which | 20:39:12 |
| 18 | capabilities they had access to. | 20:39:17 |
| 19 | Q.  And do you know why it was called | 20:39:19 |
| 20 | "Pearly Gates"? | 20:39:21 |
| 21 | A.  I do not. | 20:39:23 |
| 22 | Q.  And what are "Gatekeepers"? | 20:39:26 |
| 23 | A.  So a Gatekeeper is -- or Gatekeepers. | 20:39:30 |
| 24 | Gatekeeper is a tool at Meta which is widely used | 20:39:34 |
| 25 | to gate access to features within the Facebook apps | 20:39:38 |

Page 170

| | | |
|---|---|---|
| 1 | and services, including the Facebook app itself and | 20:39:47 |
| 2 | a number of other services inside the company. | 20:39:56 |
| 3 | "Gatekeepers" refers to the set of checks | 20:39:59 |
| 4 | that exist in code to determine who and what has | 20:40:09 |
| 5 | access to which features. | 20:40:14 |
| 6 | I think the best way to explain it is with | 20:40:16 |
| 7 | an example. | 20:40:18 |
| 8 | Typically, when Facebook develops a new | 20:40:20 |
| 9 | feature, the engineers will -- will gate that | 20:40:22 |
| 10 | feature behind a Gatekeeper. | 20:40:29 |
| 11 | So let's imagine Facebook Dating.  So the | 20:40:31 |
| 12 | team working on Facebook Dating would be working on | 20:40:36 |
| 13 | that feature.  That feature would be gated by a | 20:40:39 |
| 14 | gatekeeper or multiple gatekeepers, and then the | 20:40:44 |
| 15 | Gatekeeper tool would be used to determine who had | 20:40:48 |
| 16 | access to Facebook Dating as a feature. | 20:40:50 |
| 17 | And so Gatekeeper is a mechanism by which | 20:40:54 |
| 18 | Meta typically controls who has access to which | 20:41:00 |
| 19 | features across many aspects of our business. | 20:41:04 |
| 20 | Q.  So the Capabilities tool is more or less a | 20:41:11 |
| 21 | tracking device, and the Gatekeeper is more or less | 20:41:13 |
| 22 | a functional system. | 20:41:17 |
| 23 | Is that a fair description? | 20:41:19 |
| 24 | A.  I wouldn't characterize them that way. | 20:41:20 |
| 25 | They both, in some ways, do a similar job. | 20:41:22 |

Page 171

```
 1              The Gatekeeper tool is widely used at Meta      20:41:26

 2     to manage all kinds of conditional access to            20:41:32

 3     things.                                                  20:41:37

 4              The Capabilities tool is specifically just      20:41:38

 5     used for the Facebook Developer Platform and how to      20:41:41

 6     manage which applications have access to which           20:41:47

 7     additional features.                                     20:41:51

 8         Q.  Okay.  So if you wanted to identify every        20:41:52

 9     single app that had been whitelisted and, because        20:41:54

10     of that, received deprecated permissions, would all      20:41:59

11     of your information be in the Capability tool, or        20:42:03

12     would you also need to look at the Gatekeeper tool?      20:42:06

13         A.  My understanding is that most of the             20:42:11

14     whitelists -- most of the way in which publicly          20:42:16

15     deprecated permissions were made available to            20:42:23

16     applications was via the Capabilities tool.              20:42:28

17              There was, as I understand it, some             20:42:32

18     whitelists managed by Gatekeeper, and an effort was      20:42:36

19     undertaken to migrate that management from               20:42:40

20     Gatekeeper to the Capabilities tool for                  20:42:42

21     consistency.                                             20:42:45

22         Q.  And when was that done?                          20:42:46

23         A.  I don't have the information as to when          20:42:50

24     that was done.                                           20:42:52

25         Q.  So, today, is the Capability tool the more       20:42:54
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | complete set of information on whitelisted | 20:42:58 |
| 2 | entities? | 20:43:01 |
| 3 | A.  When it comes to Facebook Developer | 20:43:02 |
| 4 | Platform and app IDs being whitelisted, my | 20:43:04 |
| 5 | understanding is that the Capabilities tool is the | 20:43:09 |
| 6 | primary and most complete system that tracks which | 20:43:11 |
| 7 | apps have access to which capabilities. | 20:43:17 |
| 8 | Q.  And what is "Sitevars"? | 20:43:20 |
| 9 | A.  Sitevars is another mechanism that is used | 20:43:25 |
| 10 | at Meta to control and modify the behavior of -- of | 20:43:30 |
| 11 | various products.  It has a different set of | 20:43:36 |
| 12 | features the Gatekeeper and the Capabilities tool | 20:43:39 |
| 13 | do not have. | 20:43:45 |
| 14 | Q.  And are there entities that have access to | 20:43:46 |
| 15 | publicly deprecated permissions tracked by Sitevars | 20:43:48 |
| 16 | that are not tracked by the Capabilities tool? | 20:43:52 |
| 17 | A.  My understanding, but -- from talking to | 20:43:56 |
| 18 | the engineers involved in this is that no, Sitevars | 20:43:59 |
| 19 | would not be a way of determining whether or not an | 20:44:06 |
| 20 | application had access to publicly deprecated | 20:44:11 |
| 21 | permissions. | 20:44:14 |
| 22 | MR. LOESER:  Okay.  If we could have | 20:44:18 |
| 23 | Tab 9. | 20:44:26 |
| 24 | (Deposition Exhibit 336 was marked for | 20:44:26 |
| 25 | identification.) | 20:44:26 |

Page 173

| | | |
|---|---|---|
| 1 | MR. LOESER:  I'm going to mark the next | 20:44:41 |
| 2 | exhibit.  This is Exhibit 336.  The Bates number on | 20:44:42 |
| 3 | this is FB-CA-MDL-00200051. | 20:44:53 |
| 4 | And you're looking at, Mr. Cross, an email | 20:44:59 |
| 5 | from you to Zhen Fang, cc to Jackie Chang and | 20:45:02 |
| 6 | Christopher Blizzard, October 31, 2013, "Subject: | 20:45:09 |
| 7 | Docs for Private Platform/Capabilities." | 20:45:14 |
| 8 | Do you see that? | 20:45:17 |
| 9 | A.  I do. | 20:45:18 |
| 10 | Q.  And do you recall writing this email? | 20:45:20 |
| 11 | A.  I do not recall writing it, but I have | 20:45:24 |
| 12 | seen this document as part of my preparation for my | 20:45:28 |
| 13 | testimony today. | 20:45:31 |
| 14 | Q.  Okay.  And you write: | 20:45:32 |
| 15 | "Hey Zhen, As we're deep in looking at | 20:45:34 |
| 16 | Capabilities, it's clear:" | 20:45:38 |
| 17 | Can you read the Number 1? | 20:45:39 |
| 18 | A.  (Reading): | 20:45:41 |
| 19 | "Number 1, we have no idea what most of | 20:45:42 |
| 20 | them are - the documentation is scattered all | 20:45:44 |
| 21 | over, if there at all." | 20:45:47 |
| 22 | Q.  And do you recall -- or explain for me if | 20:45:53 |
| 23 | Facebook had a tough time figuring out what all of | 20:45:56 |
| 24 | the -- what all was supposed to be included on the | 20:46:00 |
| 25 | Capabilities tool or who all had been whitelisted | 20:46:03 |

Page 174

```
 1     at this time.                                  20:46:11

 2              MR. BLUME:  Objection.  Compound.      20:46:12

 3              THE WITNESS:  Yeah.  Could you separate 20:46:13

 4     the question into two parts because I think the 20:46:14

 5     answer -- the answer may be different depending on 20:46:17

 6     which part I'm answering.                       20:46:20

 7     BY MR. LOESER:                                  20:46:22

 8        Q.  Sure.  It looked like, based upon your    20:46:22

 9     email here, that tracking the capabilities that 20:46:24

10     apps had was at this time disorganized and      20:46:28

11     difficult.                                      20:46:31

12              Is that fair?                          20:46:34

13        A.  What I -- what's being referred to here is 20:46:35

14     to do with the capabilities themselves and what 20:46:39

15     their behavior was; what each individual capability 20:46:45

16     did or could do.                                20:46:50

17              So that's what this is referring to.   20:46:55

18        Q.  And so you're proposing here creating a   20:46:59

19     tool that would allow Facebook to better understand 20:47:02

20     and organize the capabilities that the different 20:47:04

21     apps have.  Right?                              20:47:08

22        A.  No.  What I'm referring to here is the -- 20:47:12

23     the idea, or the request, to be able to gate    20:47:16

24     documents on the Facebook Developer website based 20:47:21

25     on whether or not the viewer of the website had -- 20:47:26
```

Page 175

| | | |
|---|---|---|
| 1 | was a developer of an app that had a specific | 20:47:32 |
| 2 | capability. | 20:47:34 |
| 3 |     Q.  So what problem were you trying to solve | 20:47:36 |
| 4 | here? | 20:47:38 |
| 5 |         Or let me ask it another way. | 20:47:41 |
| 6 |         What problem was Facebook trying to solve | 20:47:43 |
| 7 | here? | 20:47:45 |
| 8 |     A.  What Facebook is trying to solve here is a | 20:47:46 |
| 9 | way to automatically control whether or not a given | 20:47:49 |
| 10 | developer user -- so an individual person -- had | 20:47:57 |
| 11 | the ability to see a document on the Facebook | 20:48:01 |
| 12 | Developer website that was only visible to them if | 20:48:04 |
| 13 | they were the developer of an application that | 20:48:08 |
| 14 | had -- was granted a particular capability. | 20:48:11 |
| 15 |         MR. LOESER:  Okay.  We can go to the next | 20:48:30 |
| 16 | exhibit, Tab 10. | 20:48:32 |
| 17 |         (Deposition Exhibit 337 was marked for | 20:48:36 |
| 18 |         identification.) | 20:48:40 |
| 19 | BY MR. LOESER: | 20:48:53 |
| 20 |     Q.  So as we're waiting for the document, | 20:48:53 |
| 21 | Mr. Cross, as we've discussed already today, with | 20:48:55 |
| 22 | the implementation of Graph API Version 2, Facebook | 20:48:58 |
| 23 | had decided to deprecate a number of permissions, | 20:49:00 |
| 24 | right, and had come up with a list of the | 20:49:06 |
| 25 | permissions that would be deprecated. | 20:49:09 |

Page 176

| | | |
|---|---|---|
| 1 | Is that an accurate description? | 20:49:11 |
| 2 | A. As part of API Version 2 launch, Version 2 | 20:49:14 |
| 3 | contained -- there were a number of permissions | 20:49:18 |
| 4 | that were not available to API Version 2 in general | 20:49:20 |
| 5 | that were available in API Version 1. | 20:49:24 |
| 6 | Q. And so if you look at Exhibit 337, which | 20:49:30 |
| 7 | is a -- which is a document that is captioned | 20:49:32 |
| 8 | "Changes made to V2 at F8**User Trust**." | 20:49:40 |
| 9 | Do you see that? | 20:49:49 |
| 10 | A. I do see that. | 20:49:50 |
| 11 | Q. And this appears to be a document that was | 20:49:50 |
| 12 | describing the changes that would be made to the | 20:49:52 |
| 13 | platform in the transition from Version 1 to | 20:49:58 |
| 14 | Version 2. Right? | 20:50:01 |
| 15 | A. It seems to talk about those changes, but | 20:50:04 |
| 16 | it's not clear to me when this document was | 20:50:06 |
| 17 | authored or the audience of the document. | 20:50:09 |
| 18 | Q. Okay. At the very top of the document, | 20:50:14 |
| 19 | you can see that it was authored -- it's a little | 20:50:15 |
| 20 | faint, but it's June 5, 2014. | 20:50:18 |
| 21 | Do you see that? | 20:50:22 |
| 22 | A. I see that there, but it's not clear to me | 20:50:24 |
| 23 | that this is when the document was authored. That | 20:50:26 |
| 24 | may have been when the document was captured. It's | 20:50:31 |
| 25 | hard to read from this exactly what this -- where | 20:50:35 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | this document was posted.  It seems to contain -- | 20:50:40 |
| 2 | Q.  Okay.  And I'll just -- | 20:50:48 |
| 3 | A.  Yeah, it -- I'm not clear -- I'm not clear | 20:50:50 |
| 4 | when this document was authored or whether or not | 20:50:53 |
| 5 | that date -- what that date at the top right | 20:50:55 |
| 6 | pertains to. | 20:50:58 |
| 7 | MR. LOESER:  Okay.  And just for the | 20:50:59 |
| 8 | record, I'll note that the metadata of this | 20:51:00 |
| 9 | document indicates that it was created June 5, | 20:51:03 |
| 10 | 2014.  The author is Gillian Dunne, and the | 20:51:06 |
| 11 | custodian for the document was Bill Fusz. | 20:51:12 |
| 12 | But I'm just noting that for the record, | 20:51:15 |
| 13 | and perhaps it provides you some context. | 20:51:18 |
| 14 | But all I want to do with this document is | 20:51:20 |
| 15 | look at -- if you go down to the bottom of the | 20:51:22 |
| 16 | first page, there is a statement:  "Permissions no | 20:51:24 |
| 17 | longer available in V2.0." | 20:51:29 |
| 18 | Q.  And do you see there's a list that begins | 20:51:33 |
| 19 | there and goes onto the next page? | 20:51:35 |
| 20 | A.  I do see that. | 20:51:37 |
| 21 | Q.  And included in that there's the category | 20:51:40 |
| 22 | that says:  "All friends_* permissions have been | 20:51:44 |
| 23 | removed," and then it lists all of them? | 20:51:48 |
| 24 | A.  I see a list of permissions, yes. | 20:51:51 |
| 25 | Q.  And above that, there's also a number of | 20:51:54 |

Page 178

CONFIDENTIAL

```
 1    other permissions.                                 20:51:58

 2          Now, does this list of deprecated            20:52:02

 3    permissions include all permissions that provided  20:52:05

 4    for the sharing of friend data?                    20:52:09

 5          A.  Can you -- in this context, can you help 20:52:19

 6    me understand what you mean by "friends data"?     20:52:21

 7          Q.  Yeah.  We earlier talked quite a bit about 20:52:25

 8    different APIs that didn't have the word "friends" 20:52:27

 9    in the permissions but, based on how they worked,  20:52:33

10    resulted in an app's ability to access information 20:52:35

11    about a user's friends.                            20:52:39

12          Do you recall that testimony?                20:52:41

13          A.  Yes, I recall that testimony.            20:52:42

14          Q.  And so looking at this list here, does it 20:52:45

15    appear to you that this removes -- indicates that  20:52:47

16    the deprecated permissions will cover all of the   20:52:54

17    different permissions that existed at the time that 20:52:57

18    allowed access to friends data?                    20:53:00

19          A.  No.  This looks relatively complete in   20:53:06

20    terms of the -- the friends permissions that       20:53:10

21    allowed an app access to a friend's data in terms  20:53:15

22    of the specific things listed here.                20:53:22

23          Your definition earlier was -- included      20:53:25

24    things like a friend's comments on my photos.      20:53:32

25          Through that definition, then other          20:53:40
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | permissions, including, for example, user_photos, | 20:53:42 |
| 2 | would have also emitted some friends' data; | 20:53:46 |
| 3 | specifically, the comments that they had made on my | 20:53:55 |
| 4 | photos. | 20:53:57 |
| 5 | So that is not a set of things that was | 20:53:58 |
| 6 | removed in API Version 2. | 20:54:01 |
| 7 | What was removed is this list of | 20:54:03 |
| 8 | permissions which, for example, would have | 20:54:05 |
| 9 | allowed -- the friends_photos permission would have | 20:54:08 |
| 10 | allowed an app to access the photos of an app-using | 20:54:12 |
| 11 | user's friends. | 20:54:17 |
| 12 | Q.  And at the time that Facebook was | 20:54:19 |
| 13 | analyzing and identifying all of the permissions | 20:54:20 |
| 14 | that provided access to friends data, did Facebook | 20:54:25 |
| 15 | make a list that included every single one of those | 20:54:30 |
| 16 | permissions so that it could identify whether there | 20:54:33 |
| 17 | was any friend-sharing that would be still | 20:54:37 |
| 18 | publicly -- still be a publicly available API? | 20:54:41 |
| 19 | A.  No.  The focus of the deprecations | 20:54:48 |
| 20 | announced in Version 2 was the removal of the | 20:54:50 |
| 21 | friend permissions and the other permissions that | 20:54:53 |
| 22 | are represented here. | 20:54:56 |
| 23 | Q.  Okay.  And when you say "friend | 20:54:59 |
| 24 | permissions," you mean the ones that had the word | 20:55:00 |
| 25 | "friends" in them? | 20:55:03 |

Page 180

CONFIDENTIAL

```
 1          A.  When I said "friend permission," that          20:55:05

 2    specifically refers to the permissions that have         20:55:07

 3    the word "friend" in them.                               20:55:10

 4          And by "other permissions," I'm referring          20:55:12

 5    to the ones listed above; for example -- I'm trying      20:55:14

 6    to give an example -- like, manage_friend lists,         20:55:27

 7    for example.                                             20:55:31

 8          Q.  Now, if we move up this document back to       20:55:33

 9    the first page, there's a heading:  "New features        20:55:36

10    available in Version 2.0."                               20:55:40

11          Do you see that?                                   20:55:42

12          A.  I do.                                          20:55:43

13          Q.  And there is a list of APIs that we've         20:55:43

14    discussed:  "Taggable Friends, Invitable Friends,        20:55:47

15    Social Context."                                         20:55:51

16          And there's one, "Business Mapping API,"           20:55:51

17    which we haven't discussed, and another one that         20:55:53

18    looks like it says "Tagged Places API."                  20:55:56

19          Do you see that?                                   20:55:59

20          A.  I do see that.                                 20:55:59

21          Q.  And for Taggable Friends, Invitable            20:56:01

22    Friends, Social Context, those are all permissions       20:56:06

23    that it appears did not exist prior to Version 2.0       20:56:09

24    but were going to be introduced at this time.            20:56:13

25          Is that a fair read?                               20:56:16
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.  These are specifically -- these are APIs | 20:56:18 |
| 2 | that were introduced in Version 2 that were not | 20:56:20 |
| 3 | previously available. | 20:56:26 |
| 4 | These are not permissions; these an APIs. | 20:56:27 |
| 5 | Q.  And a number of those APIs that we've | 20:56:29 |
| 6 | discussed did provide access to certain friend | 20:56:31 |
| 7 | information of users not using the apps that would | 20:56:33 |
| 8 | be -- that would have access to those APIs.  Right? | 20:56:36 |
| 9 | A.  So, yeah.  If we go back to the | 20:56:41 |
| 10 | previous -- the previous testimony I gave on this, | 20:56:43 |
| 11 | the Taggable Friend API returned a list of the | 20:56:47 |
| 12 | user's -- a list of the authorized user's friends | 20:56:51 |
| 13 | that were taggable in the application. | 20:56:58 |
| 14 | The amount of data that these APIs | 20:57:00 |
| 15 | returned was very, very limited.  In the case of | 20:57:03 |
| 16 | the Taggable Friend API, for example, the amount of | 20:57:09 |
| 17 | data emitted was the name, a URL to a person's | 20:57:13 |
| 18 | profile picture, and a token which could be passed | 20:57:17 |
| 19 | back to the API to tag them in a post. | 20:57:21 |
| 20 | That was the extent of the information | 20:57:24 |
| 21 | available via those APIs -- via the Taggable | 20:57:26 |
| 22 | Friends API, in my recollection. | 20:57:30 |
| 23 | Q.  And you say it's limited information, but | 20:57:33 |
| 24 | it is still fairly described as "friends data." | 20:57:36 |
| 25 | Right? | 20:57:39 |

Page 182

```
 1          A.  It is some information about a friend or a        20:57:40

 2     list of friends.                                           20:57:45

 3          But I would draw a distinction between                20:57:47

 4     that and the friend permissions, which gated a very        20:57:50

 5     different set of information.                              20:57:55

 6          Q.  And we might need to blow it up a bit, but        20:57:59

 7     I'm interested in the Social Context API here, and         20:58:02

 8     I'll read it:                                              20:58:07

 9          "We've added a new endpoint to objects               20:58:09

10          and apps that allow you to display a person's         20:58:12

11          friend's actions on an object.  For example,         20:58:16

12          you might be able to answer the question             20:58:19

13          'Which of my friends have watched this               20:58:20

14          movie?' by looking at the                            20:58:22

15          /{movie-id}?fields=context endpoint."                20:58:24

16          Did I more or less read that sentence                20:58:32

17     accurately?                                                20:58:34

18          A.  You more or less read it accurately.             20:58:35

19          Q.  And what is an "endpoint"?                        20:58:37

20          A.  An "endpoint" is another word to describe        20:58:42

21     an API.  It's a -- it's a -- a term used to                20:58:47

22     describe an API that a developer could call.               20:58:54

23          Q.  And so using this example of the -- the          20:59:02

24     movie ID context endpoint, it says:                        20:59:07

25          "For example, you might be able to answer            20:59:12
```

Page 183

| | | |
|---|---|---|
| 1 | the question, 'Which of my friend have | 20:59:13 |
| 2 | watched this movie?'" | 20:59:16 |
| 3 | So, technically, how would that app be | 20:59:17 |
| 4 | able to answer that question with the Social | 20:59:20 |
| 5 | Context API? | 20:59:22 |
| 6 | A.  As I talked about earlier, the precise way | 20:59:26 |
| 7 | that the Social Context API worked is not something | 20:59:30 |
| 8 | I am very familiar with.  In fact, I am not even | 20:59:35 |
| 9 | sure exactly when it existed and how it behaved. | 20:59:41 |
| 10 | So, I think, like, details on exactly how | 20:59:48 |
| 11 | the Social Context API worked, like, I don't think | 20:59:50 |
| 12 | I can give a clear answer to. | 20:59:53 |
| 13 | MR. LOESER:  Mr. Cross, I'm noting for the | 21:00:00 |
| 14 | record that I believe it is now 9:00 P.M. your | 21:00:02 |
| 15 | time.  Is that correct? | 21:00:04 |
| 16 | THE WITNESS:  It is.  But I'm happy to do | 21:00:05 |
| 17 | 15 or 20 more minutes if that -- if that would help | 21:00:08 |
| 18 | us get through stuff. | 21:00:11 |
| 19 | If now is a convenient time to break for | 21:00:13 |
| 20 | you, let's break.  But if there was a convenient | 21:00:15 |
| 21 | time to break for you that's 10, 15-minutes away, | 21:00:17 |
| 22 | these -- let's do that.  I don't want to -- | 21:00:21 |
| 23 | MR. LOESER:  Okay.  I appreciate your | 21:00:24 |
| 24 | flexibility, and I'll keep going, and we'll pretty | 21:00:27 |
| 25 | quickly get through those 15 minutes.  And that | 21:00:31 |

Page 184

| | | |
|---|---|---|
| 1 | would probably be a good time in where I am to stop | 21:00:34 |
| 2 | anyway.  So -- | 21:00:37 |
| 3 | THE WITNESS:  Cool.  Let's do that. | 21:00:38 |
| 4 | BY MR. LOESER: | 21:00:39 |
| 5 | Q.  And, I should say, in order to go further, | 21:00:39 |
| 6 | it would take a lot longer than 15 minutes.  So in | 21:00:41 |
| 7 | light of the schedule you have, I think that's a | 21:00:44 |
| 8 | good time to stop. | 21:00:46 |
| 9 | A.  Okay.  Great. | 21:00:47 |
| 10 | Q.  Okay.  This is a broad question, and we | 21:00:48 |
| 11 | can start big and go small. | 21:00:52 |
| 12 | But how did Facebook determine what apps | 21:00:54 |
| 13 | to whitelist for friend -- for providing access to | 21:00:56 |
| 14 | friend data? | 21:01:03 |
| 15 | A.  Again, to clarify, what do you mean by | 21:01:07 |
| 16 | "friend data"? | 21:01:09 |
| 17 | Do you mean the friends permissions? | 21:01:11 |
| 18 | Q.  I mean information about users who are not | 21:01:14 |
| 19 | the users of the app. | 21:01:16 |
| 20 | So whatever information made available via | 21:01:19 |
| 21 | the -- the permission to access the friends -- you | 21:01:22 |
| 22 | know, I'm going to garble the terminology every | 21:01:30 |
| 23 | time I try and do it. | 21:01:33 |
| 24 | But there's an API that grants -- that | 21:01:35 |
| 25 | provides, technically, access to friends | 21:01:37 |

Page 185

```
 1      information about the app's users.                 21:01:39

 2            And I'm interested in understanding when     21:01:41

 3      Facebook put an app on a whitelist so that it      21:01:43

 4      continued to access the data of a user's friends,  21:01:46

 5      how it made that decision.                         21:01:48

 6          A.  Okay.  So --                               21:01:50

 7          Q.  And let me make it even easier for you.    21:01:52

 8            The time period I'm interested in is in      21:01:55

 9      the transition from Graph API Version 1 to         21:01:58

10      Version 2.                                         21:02:00

11          A.  Okay.  So let me -- let me -- let me try   21:02:01

12      and play back some -- some context, I think, is    21:02:07

13      important to the answer here.                      21:02:10

14            So, first of all, as you have kind of        21:02:15

15      defined "friends data" and we've discussed it      21:02:20

16      earlier in this testimony, like, there are APIs    21:02:24

17      that were available publicly in Version 2 that     21:02:31

18      would have emitted some limited amount of          21:02:36

19      information about an app using users' friends.     21:02:40

20            For example, their comments on my photos     21:02:45

21      or limited information about them in order to      21:02:48

22      render a taggable -- a "tagging" user type ahead,  21:02:51

23      for example.                                       21:03:01

24            So, in this context, let me play back to     21:03:01

25      you -- I want to make sure I'm understanding your  21:03:04
```

Page 186

| | | |
|---|---|---|
| 1 | question correctly. | 21:03:06 |
| 2 | You are specifically referring to | 21:03:09 |
| 3 | permissions or behaviors that were no longer | 21:03:10 |
| 4 | available in Version 2 of the API, and you're | 21:03:14 |
| 5 | interested in applications that continued to have | 21:03:17 |
| 6 | access to the behaviors in API Version 1 after they | 21:03:22 |
| 7 | were no longer available to a nonwhitelisted | 21:03:28 |
| 8 | developer. | 21:03:31 |
| 9 | Do I have that correct? | 21:03:32 |
| 10 | Q.  Correct. | 21:03:34 |
| 11 | A.  Okay.  Cool. | 21:03:34 |
| 12 | So having talked to people, the -- the -- | 21:03:42 |
| 13 | my understanding of how these decisions were -- how | 21:03:48 |
| 14 | these discussions happened is that there were a | 21:03:54 |
| 15 | number of developers who had been unable to update | 21:03:58 |
| 16 | their apps in time for the public API deprecation, | 21:04:05 |
| 17 | or that they -- that their use case -- they | 21:04:11 |
| 18 | required more time to migrate than was available | 21:04:14 |
| 19 | to -- to regular developers. | 21:04:17 |
| 20 | And so there were conversations had about | 21:04:20 |
| 21 | whether or not some of these applications should be | 21:04:23 |
| 22 | granted additional time to -- to migrate from the | 21:04:27 |
| 23 | API Version 1 behavior to the standard API | 21:04:34 |
| 24 | Version 2 behavior. | 21:04:37 |
| 25 | Q.  And were any other considerations relied | 21:04:40 |

Page 187

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | on by Facebook when determining whether to | 21:04:47 |
| 2 | whitelist an app? | 21:04:49 |
| 3 | A. Again, can we -- specifically for -- | 21:04:53 |
| 4 | for -- continued access to the API of V1 behavior | 21:04:56 |
| 5 | and permissions associated with API V1? | 21:05:02 |
| 6 | Q. Right. | 21:05:06 |
| 7 | A. My understanding was that the rationale | 21:05:12 |
| 8 | was based on whether or not the user experience | 21:05:15 |
| 9 | would be broken if the deprecation timeline was | 21:05:17 |
| 10 | followed or whether or not there would be other | 21:05:23 |
| 11 | risks for the developer of the deprecation being | 21:05:28 |
| 12 | enforced on the general time frame. | 21:05:34 |
| 13 | So those -- primarily, it was about | 21:05:38 |
| 14 | developers needing more time to migrate because, if | 21:05:42 |
| 15 | they -- if the enforcement and deprecations | 21:05:45 |
| 16 | happened on that publicly available timeline, there | 21:05:49 |
| 17 | would be negative impacts primarily for the user | 21:05:52 |
| 18 | experience of the people using the app -- | 21:05:54 |
| 19 | Q. And you -- sorry. Go ahead. | 21:05:57 |
| 20 | A. No, go on. | 21:05:59 |
| 21 | Q. You mentioned other risks for the | 21:06:02 |
| 22 | developer. | 21:06:04 |
| 23 | What were the other risks? | 21:06:04 |
| 24 | A. So one I recall was that there was an | 21:06:07 |
| 25 | application providing compliance services to people | 21:06:17 |

Page 188

| | | |
|---|---|---|
| 1 | in the financial and insurance industry, and their | 21:06:21 |
| 2 | customers would -- were still using their | 21:06:25 |
| 3 | application in a certain way, and they needed more | 21:06:31 |
| 4 | time to train their customers to not use the | 21:06:34 |
| 5 | application in a certain way because the | 21:06:39 |
| 6 | functionality they were relying upon would become | 21:06:44 |
| 7 | unavailable when the API deprecations were applied | 21:06:47 |
| 8 | to them. | 21:06:54 |
| 9 | Q.  And what you described were considerations | 21:06:56 |
| 10 | taken into account vis-à-vis developers. | 21:07:01 |
| 11 | But were there different considerations | 21:07:05 |
| 12 | taken into account on whether to grant Facebook | 21:07:06 |
| 13 | partners with continued access to publicly | 21:07:10 |
| 14 | deprecated permissions? | 21:07:13 |
| 15 | A.  Sorry.  Say that again? | 21:07:17 |
| 16 | Q.  So you indicated that the -- the -- there | 21:07:20 |
| 17 | was extensions provided so apps could migrate to | 21:07:23 |
| 18 | the new platform, and you spoke about that for a | 21:07:26 |
| 19 | minute. | 21:07:31 |
| 20 | But I'm wondering if there were other | 21:07:31 |
| 21 | considerations that were taken into account when | 21:07:33 |
| 22 | discussing partners in particular and whether they | 21:07:35 |
| 23 | should be provided continued access to publicly | 21:07:39 |
| 24 | deprecated permissions. | 21:07:42 |
| 25 | A.  My understanding is that there were some | 21:07:46 |

Page 189

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | contractual agreements that specified a longer | 21:07:48 |
| 2 | deprecation window than was available to -- than | 21:07:54 |
| 3 | was offered to regular developers; and, as such, | 21:07:58 |
| 4 | it's possible that some of the extensions to the | 21:08:04 |
| 5 | deprecations were granted on that basis. | 21:08:11 |
| 6 | Q.  And were there any other bases that | 21:08:14 |
| 7 | Facebook had for providing continued access to | 21:08:17 |
| 8 | publicly deprecated permissions to partners? | 21:08:20 |
| 9 | A.  Can you define again what you mean by | 21:08:24 |
| 10 | "partners" here?  'Cause all partners are | 21:08:25 |
| 11 | developers in this context. | 21:08:28 |
| 12 | Q.  I mean the entities that have been | 21:08:31 |
| 13 | described by Facebook as "integration partners" | 21:08:33 |
| 14 | or -- there are a variety of other categories of | 21:08:36 |
| 15 | partner that Facebook uses.  In fact, looking at | 21:08:41 |
| 16 | your notes, you have "integration partners, | 21:08:44 |
| 17 | business integrations, media integrations, search | 21:08:47 |
| 18 | integrations." | 21:08:49 |
| 19 | So with regard to any of those categories, | 21:08:51 |
| 20 | were there other considerations taken into account | 21:08:54 |
| 21 | by Facebook when deciding whether to provide | 21:08:57 |
| 22 | continued access to the publicly deprecated | 21:09:00 |
| 23 | permissions? | 21:09:02 |
| 24 | A.  So I think what's important to understand | 21:09:04 |
| 25 | here is that -- let's take integration partners, | 21:09:06 |

Page 190

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | for example. | 21:09:10 |
| 2 | They had -- they had always had access to | 21:09:11 |
| 3 | some permission -- some APIs that were not | 21:09:16 |
| 4 | available to regular developers because they were | 21:09:22 |
| 5 | rebuilding a Facebook replacement client experience | 21:09:24 |
| 6 | on their devices. | 21:09:28 |
| 7 | So "integration partners" as has been, you | 21:09:30 |
| 8 | know, defined in the -- in the documents, were | 21:09:35 |
| 9 | already on several whitelists in order to provide | 21:09:38 |
| 10 | the experience that they offered to users. | 21:09:46 |
| 11 | So that's my understanding of how | 21:09:54 |
| 12 | integration partners continued to have access to | 21:09:56 |
| 13 | the -- the private APIs and behaviors they had | 21:10:00 |
| 14 | always had access to that were not available to | 21:10:04 |
| 15 | regular developers. | 21:10:07 |
| 16 | Q.  Okay.  And, again, I want to make sure I'm | 21:10:09 |
| 17 | using the right terminology, and I'm talking about | 21:10:13 |
| 18 | continued access to friend data. | 21:10:16 |
| 19 | So you've just described the continued | 21:10:17 |
| 20 | access that integration partners had to friend | 21:10:19 |
| 21 | data. | 21:10:22 |
| 22 | Were there considerations that Facebook | 21:10:22 |
| 23 | took into account when deciding whether the other | 21:10:24 |
| 24 | types of partners that we just went through had | 21:10:26 |
| 25 | continued access to friend data? | 21:10:29 |

Page 191

| | | |
|---|---|---|
| 1 | A.  My understanding from talking to the | 21:10:35 |
| 2 | people involved in this at the time, plus my own | 21:10:37 |
| 3 | experience, is that the extensions granted to | 21:10:40 |
| 4 | applications to access API Version 1 and the friend | 21:10:46 |
| 5 | permissions was limited to cases where the user | 21:10:51 |
| 6 | experience would be significantly degraded if they | 21:10:54 |
| 7 | weren't given extra time or there was some form of | 21:10:57 |
| 8 | legal and regulatory risk to the partner if the | 21:11:02 |
| 9 | extension was not granted for a period of time. | 21:11:05 |
| 10 | But remember that there -- you know, there | 21:11:09 |
| 11 | were other reasons to -- there were other | 21:11:11 |
| 12 | deprecations and changes in the API behavior that | 21:11:15 |
| 13 | were not related to the deprecation of the friend | 21:11:18 |
| 14 | permissions.  I think that's really important to | 21:11:20 |
| 15 | understand. | 21:11:22 |
| 16 | Q.  Right.  And I perhaps led us astray with | 21:11:23 |
| 17 | the terminology I was using. | 21:11:26 |
| 18 | And, really, what I'm asking -- and you | 21:11:28 |
| 19 | can tell me if it changes any of your answers -- | 21:11:30 |
| 20 | but I'm looking for the reasons Facebook had to | 21:11:33 |
| 21 | provide continued access to friend data by anyone | 21:11:36 |
| 22 | after the transition to Version 2. | 21:11:39 |
| 23 | And we've talked about apps, and we've | 21:11:41 |
| 24 | talked about business partner -- or integration | 21:11:43 |
| 25 | partners and business integrations. | 21:11:47 |

Page 192

CONFIDENTIAL

```
1              And so just more broadly put, have you        21:11:51

2     given me the full list of reasons that Facebook       21:11:53

3     used when deciding whether to provide continued       21:11:58

4     access to friend data after the transition to        21:12:00

5     Version 2?                                            21:12:06

6          A.  So I provided -- friend data in             21:12:08

7     Version 2 -- like, again, I think it's important to   21:12:13

8     separate these things.  Right?                        21:12:20

9              You're asking a compound question that's,    21:12:23

10    like, somewhat impossible to answer with -- given     21:12:25

11    your definition of "friend data" and given the        21:12:30

12    variety of different applications we're talking        21:12:32

13    about here and the complexity of the whitelists --    21:12:35

14    the various whitelists that these apps were on.       21:12:37

15             So, like, I think your question is hard to   21:12:41

16    answer in -- in simple terms given your definition    21:12:44

17    of "friend data."                                     21:12:49

18         Q.  And you're saying that because my            21:12:53

19    definition includes the types of data that's          21:12:54

20    provided with regard to APIs other than the friends   21:12:58

21    permissions specifically and includes groups and      21:13:02

22    events and social context and all of that, or is      21:13:04

23    there some other complication?                        21:13:08

24         A.  That's primarily the complication.  Like,    21:13:10

25    integration partners, the primary use case there is   21:13:12
```

Page 193

| | | |
|---|---|---|
| 1 | that these are experiences that are designed to | 21:13:21 |
| 2 | replicate the Facebook experience on another mobile | 21:13:29 |
| 3 | device platform, set-top box, or so on. | 21:13:33 |
| 4 | And those folks would have access to -- | 21:13:39 |
| 5 | always had access to information that wasn't | 21:13:45 |
| 6 | available via the -- via the standard APIs.  So | 21:13:46 |
| 7 | that's one class of things. | 21:13:51 |
| 8 | Then there is the general deprecation -- | 21:13:56 |
| 9 | the general changes -- the whole package of changes | 21:14:01 |
| 10 | from Version 1 to Version 2, which included the | 21:14:04 |
| 11 | deprecation of the friend permissions, a number of | 21:14:07 |
| 12 | other changes, including app-scoped user IDs and so | 21:14:10 |
| 13 | on. | 21:14:15 |
| 14 | So in terms of granting extensions to the | 21:14:15 |
| 15 | API Version 1 to Version 2 transition, from talking | 21:14:20 |
| 16 | about all of -- from talking to all of the people | 21:14:24 |
| 17 | involved to the -- as many people as I could that | 21:14:26 |
| 18 | were involved at the time, the rationale for | 21:14:29 |
| 19 | granting an extension is that it was a belief that | 21:14:33 |
| 20 | the user experience would be severely degraded if | 21:14:37 |
| 21 | the app wasn't given extra time to migrate from API | 21:14:44 |
| 22 | Version 1 to Version 2. | 21:14:48 |
| 23 | Regular developers had a year.  There were | 21:14:51 |
| 24 | some applications, it was determined, that would -- | 21:14:54 |
| 25 | would provide a broken user experience if they | 21:14:57 |

Page 194

| | | |
|---|---|---|
| 1 | weren't given more time to upgrade. | 21:14:59 |
| 2 | And that was the determination based on, | 21:15:03 |
| 3 | again, speaking to the people involved, the | 21:15:06 |
| 4 | degradation in the user experience that would | 21:15:08 |
| 5 | result, or whether or not there was risk around, | 21:15:10 |
| 6 | like, legal and regulatory use of the Platform that | 21:15:17 |
| 7 | required extra time to unwind. | 21:15:23 |
| 8 | That's my understanding of the -- the | 21:15:27 |
| 9 | reasons why some applications were granted | 21:15:29 |
| 10 | additional time to migrate from Version 1 to | 21:15:33 |
| 11 | Version 2. | 21:15:36 |
| 12 | Q.  And so those are all of the reasons that | 21:15:38 |
| 13 | Facebook had for providing continued access to | 21:15:40 |
| 14 | friend data for apps and partners after the | 21:15:45 |
| 15 | transition to Version 2. | 21:15:51 |
| 16 | MR. BLUME:  Objection to form. | 21:15:54 |
| 17 | THE WITNESS:  The answer I just gave was | 21:15:55 |
| 18 | in -- in two parts. | 21:15:58 |
| 19 | Part one is:  Integration partners who had | 21:16:01 |
| 20 | built experiences that were on unusual devices, | 21:16:06 |
| 21 | operating systems, and set-top boxes and so on that | 21:16:13 |
| 22 | required, in order to function, always, permissions | 21:16:16 |
| 23 | which -- APIs that were not generally available. | 21:16:22 |
| 24 | The use of those APIs and permissions was | 21:16:31 |
| 25 | governed by contracts, typically.  That's what | 21:16:34 |

Page 195

CONFIDENTIAL

```
 1     determined an integration partner, and they were      21:16:37

 2     considered as operating on a different set of         21:16:40

 3     permissions and APIs than the public API surface      21:16:46

 4     area.                                                 21:16:51

 5           The second part of your question was            21:16:51

 6     determining extensions to Version-- the Version 1     21:16:53

 7     to Version 2 deprecation timeline where Version 1     21:16:57

 8     included friends permissions and Version 2 did not    21:17:01

 9     include the friends permissions.                      21:17:06

10           And my understanding from talking to the        21:17:08

11     people involved is that the reason for granting       21:17:11

12     extensions to the standard Version 1 deprecation      21:17:14

13     window was to do with degradation of the user         21:17:17

14     experience and/or a few cases where the use of the    21:17:21

15     API was involved in compliance use cases.             21:17:30

16           I -- it's possible that there are other         21:17:35

17     reasons, but having talked to people and reviewed     21:17:38

18     the documents in this case, it's consistent with      21:17:43

19     that understanding as -- as referring to the friend   21:17:46

20     permissions deprecations.                             21:17:48

21     BY MR. LOESER:                                        21:17:52

22        Q.  And, again, I just want to -- trying to        21:17:52

23     make a record and make the record clear, and I'm      21:17:54

24     trying to understand every type of entity -- call     21:17:57

25     it a partner, call it a developer, call it an         21:18:01
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | app -- that continued to have access to friend data | 21:18:04 |
| 2 | after the transition from Version 1 to Version 2. | 21:18:07 |
| 3 | And you have described a couple different | 21:18:10 |
| 4 | types of entities.  You've described apps and | 21:18:12 |
| 5 | business integrations, and you've described | 21:18:15 |
| 6 | extensions that were provided to some; and for | 21:18:19 |
| 7 | integrations, access that existed before and | 21:18:23 |
| 8 | existed after. | 21:18:26 |
| 9 | And what I'm trying to pin down is, is | 21:18:27 |
| 10 | there any other category of third party that | 21:18:30 |
| 11 | continued to have access to friend data after the | 21:18:36 |
| 12 | transition to Version 2? | 21:18:39 |
| 13 | Are there any other reasons that Facebook | 21:18:42 |
| 14 | had for providing continued access to those | 21:18:46 |
| 15 | categories? | 21:18:48 |
| 16 | MR. BLUME:  Objection.  Form. | 21:18:49 |
| 17 | THE WITNESS:  So I -- it -- I think | 21:18:53 |
| 18 | we're -- you're mixing up here the friend | 21:18:55 |
| 19 | permissions, right, and the permissions that were | 21:18:59 |
| 20 | used in the API to govern access to the data | 21:19:02 |
| 21 | exposed via those permissions from friends data in | 21:19:07 |
| 22 | the more general sense that you defined it earlier | 21:19:13 |
| 23 | in this -- when we discussed earlier in this | 21:19:17 |
| 24 | testimony. | 21:19:20 |
| 25 | Like, it's -- I'm -- | 21:19:20 |

Page 197

| | | |
|---|---|---|
| 1 | BY MR. LOESER: | 21:19:23 |
| 2 | Q.  Let's go back.  Let me make it easier. | 21:19:23 |
| 3 | Let's put that aside for a moment, the | 21:19:25 |
| 4 | other APIs that are not categorized as friend | 21:19:27 |
| 5 | permissions, and just talk about friends; the APIs | 21:19:30 |
| 6 | that were on that list that were deprecated. | 21:19:34 |
| 7 | Other than the -- the third parties you've | 21:19:37 |
| 8 | already described, are there any other categories | 21:19:40 |
| 9 | of partner or developer or third party at all that | 21:19:42 |
| 10 | had continued access to those permissions after the | 21:19:48 |
| 11 | transition? | 21:19:52 |
| 12 | And if so -- let's stop with that.  Let's | 21:19:53 |
| 13 | start with that half of the question. | 21:19:58 |
| 14 | A.  Okay.  So my understanding is that the | 21:20:01 |
| 15 | ability of applications to request the friend | 21:20:04 |
| 16 | permissions from users, which is, again, how this | 21:20:08 |
| 17 | works, right?  We're talking specifically about the | 21:20:11 |
| 18 | friend permissions.  These are things that apps | 21:20:14 |
| 19 | could request users to grant to the application. | 21:20:17 |
| 20 | My understanding is that the reasons for | 21:20:22 |
| 21 | continuing to allow apps to request the friend | 21:20:26 |
| 22 | permissions from users was limited to applications | 21:20:31 |
| 23 | that needed additional time to -- to migrate. | 21:20:38 |
| 24 | The -- and we've gone through the reasons for that. | 21:20:42 |
| 25 | Q.  Okay.  And there's -- and you also | 21:20:50 |

Page 198

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | described business integrations, and you gave the | 21:20:52 |
| 2 | reason for that. | 21:20:54 |
| 3 | And I just want to make sure that there's | 21:20:55 |
| 4 | not any other category of partner, according to | 21:20:58 |
| 5 | Facebook, that continued to have access to those | 21:21:00 |
| 6 | permissions that were whitelisted. | 21:21:03 |
| 7 | A.   So when apps were whitelisted -- if an app | 21:21:08 |
| 8 | was whitelisted to continue to have access to | 21:21:12 |
| 9 | Version 1, then it could continue to request those | 21:21:15 |
| 10 | permissions from some users. | 21:21:18 |
| 11 | So by being granted an exception -- an | 21:21:21 |
| 12 | extension to the deprecation timeline window, | 21:21:25 |
| 13 | applications that were whitelisted to continue to | 21:21:30 |
| 14 | have access to Version 1 could continue to access | 21:21:33 |
| 15 | the friend -- could continue to request the friends | 21:21:37 |
| 16 | permissions from users until that access was -- was | 21:21:39 |
| 17 | removed. | 21:21:43 |
| 18 | And my understanding is that the reason | 21:21:45 |
| 19 | for that was to give those apps extra time to | 21:21:50 |
| 20 | migrate to prevent degradation to the user | 21:21:54 |
| 21 | experience. | 21:21:58 |
| 22 | There are apps on -- I've been through the | 21:22:00 |
| 23 | list of applications that were granted an | 21:22:03 |
| 24 | extension, and a good example of that -- an | 21:22:05 |
| 25 | application in that category was, like, the -- an | 21:22:14 |

Page 199

| | | |
|---|---|---|
| 1 | integration with car manufacturers and their head | 21:22:18 |
| 2 | unit so you could access some kind of Facebook | 21:22:22 |
| 3 | experience inside your car. | 21:22:25 |
| 4 | It's very hard to update the software on | 21:22:27 |
| 5 | those devices, and they needed more time. | 21:22:29 |
| 6 | So that's my understanding of, like, the | 21:22:37 |
| 7 | reason why extensions were granted; to give more -- | 21:22:40 |
| 8 | developers more time to upgrade, given the changes | 21:22:44 |
| 9 | in the API that would affect them -- not just the | 21:22:47 |
| 10 | friends permissions, but other changes between | 21:22:50 |
| 11 | Version 1 and Version 2, and that's why the | 21:22:53 |
| 12 | extensions were granted. | 21:22:57 |
| 13 | Q.  I'm not trying to get you to repeat the | 21:23:04 |
| 14 | same testimony.  I am simply trying to make sure | 21:23:06 |
| 15 | that we've exhausted Facebook's reasons for | 21:23:09 |
| 16 | whitelisting and the categories of apps or partners | 21:23:12 |
| 17 | that were whitelisted. | 21:23:16 |
| 18 | And so there's nothing else to add to that | 21:23:18 |
| 19 | from Facebook's perspective? | 21:23:20 |
| 20 | A.  So the -- in terms of, like, whitelisting | 21:23:24 |
| 21 | extensions to Version 1, there are other reasons | 21:23:27 |
| 22 | why an app might be whitelisted, but that's | 21:23:33 |
| 23 | generally not to do with their use of the friend | 21:23:37 |
| 24 | permissions. | 21:23:39 |
| 25 | Q.  Was it something to do with their use of | 21:23:42 |

Page 200

| | | |
|---|---|---|
| 1 | other deprecated permissions? | 21:23:44 |
| 2 | A.   Other changes in behavior from Version 1 | 21:23:47 |
| 3 | to Version 2.  For example, app-scoped user IDs. | 21:23:49 |
| 4 | Big change to how the Facebook Developer Platform | 21:23:55 |
| 5 | operated.  As I say, there's a whole number of | 21:23:58 |
| 6 | changes between Version 1 and Version 2. | 21:24:02 |
| 7 | Your question was about friends | 21:24:04 |
| 8 | permissions, and there are other reasons why some | 21:24:06 |
| 9 | apps were granted an extension.  And my | 21:24:09 |
| 10 | understanding is that, you know, the reasons for | 21:24:12 |
| 11 | granting an extension to the friend permissions is | 21:24:16 |
| 12 | because of a user experience degradation and | 21:24:19 |
| 13 | striking a balance of giving more time -- those | 21:24:23 |
| 14 | developers more time to update their use of the | 21:24:26 |
| 15 | Platform or cases where the use of the Platform was | 21:24:29 |
| 16 | related to -- where the friend permissions were | 21:24:33 |
| 17 | used in the context of, like, regulated industries. | 21:24:39 |
| 18 | As I say, there are a number of developers | 21:24:44 |
| 19 | also whitelisted for continued access to Version 1 | 21:24:46 |
| 20 | because of their use of other -- because of | 21:24:50 |
| 21 | their -- because of them being affected by other | 21:24:53 |
| 22 | changes in the API between Version 1 and Version 2. | 21:24:55 |
| 23 | MR. LOESER:  Okay.  Mr. Cross, we're at | 21:25:07 |
| 24 | now 9:25 your time, and I want to be sensitive to | 21:25:09 |
| 25 | your schedule. | 21:25:12 |

Page 201

CONFIDENTIAL

```
 1              So we're more than happy to keep going,        21:25:13

 2       but if you want to stop, it's getting late for you.    21:25:16

 3       So --                                                   21:25:19

 4              THE WITNESS:  Yeah, now is a good time.  I       21:25:19

 5       can feel my voice going, and this stuff is              21:25:21

 6       important to get right.  So I think it's a good         21:25:24

 7       moment to pause and then come back and continue on      21:25:27

 8       Thursday.                                               21:25:30

 9              MR. LOESER:  Okay.  Well, thank you for          21:25:31

10       your time this evening, and we'll start again on       21:25:33

11       Thursday.                                               21:25:35

12              THE VIDEO OPERATOR:  And we're off the          21:25:38

13       record.  It's 9:25 P.M.                                 21:25:39

14              (Time noted, 9:25 P.M. London Daylight           21:25:41

15              Time)                                            21:25:43

16

17                          --o0o--

18

19

20

21

22

23

24

25
```

Page 202

CONFIDENTIAL

1                        --o0o--

2          I declare under penalty of perjury that the

3     foregoing is true and correct.  Subscribed at

4     _____, California, this ____ day of

5     _____ 2022.

6

7                         _____

8                              SIMON CROSS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 203

CONFIDENTIAL

```
1              CERTIFICATE OF REPORTER

2       I, HOLLY THUMAN, a Certified Shorthand Reporter,

3  hereby certify that the witness in the foregoing

4  deposition was by me duly sworn to tell the truth, the

5  whole truth, and nothing but the truth in the

6  within-entitled cause; that said deposition was taken

7  down in shorthand by me, a disinterested person, at the

8  time and place therein stated; and that the testimony

9  of said witness was thereafter reduced to typewriting

10  by computer, to the best of my ability via remote

11  videoconferencing, under my direction and supervision;

12       That before completion of the deposition review of

13  the transcript [] was [X] was not requested/offered.

14  If requested, any changes made by the deponent (and

15  provided to the reporter) during the period allowed are

16  appended hereto.

17       I further certify that I am not of counsel or

18  attorney for either or any of the parties to the said

19  deposition, nor in any way interested in the event of

20  this cause, and that I am not related to any of the

21  parties thereto.

22

23  DATED: May 12, 2022

24

25       HOLLY THUMAN, CSR
```

Page  204

CONFIDENTIAL

1    DEREK W. LOESER, ESQ.

2    dloeser@kellerrohrback.com

3                                    May 12, 2022

4    IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

5    MAY 9, 2022, SIMON CROSS, JOB NO. 5210141

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                          Page 205

CONFIDENTIAL

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 206

CONFIDENTIAL

```
1    IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

2    SIMON CROSS, JOB NO. 5210141

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                             Date

25
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

**[& - 4200]**

### &

**&**   2:18 3:4,7,10,14
5:25 205:23 206:9

### 0

**0**   117:5 137:3,7
**00198455**   4:9
**00200051**   4:16
174:3
**01685319.ppt**   4:13
**01685319.ppt.**
125:8
**02140404**   4:11
**02145706**   4:18
**02843**   1:8

### 1

**1**   40:5,18 41:6,9,17
42:1 73:10 83:7
126:8 128:9 137:3
137:7 163:12,15
168:16 174:17,19
177:5,13 186:9
187:6,23 192:4
194:10,15,22
195:10 196:6,7,12
197:2 199:9,14
200:11,21 201:2,6
201:19,22 206:1
**1.0**   40:7
**1.1**   39:22 40:7
**1.2**   39:22
**1/24/2014**   4:13
125:16 131:3
**10**   176:16 184:21
**100**   116:2,14
**11**   115:3 117:19
**115**   4:22
**11978**   204:24
**12**   204:23 205:3
**1201**   2:11

**125**   4:12
**12th**   2:19
**13**   20:6,8,9,10
63:10
**13,000**   131:7
**13,350**   131:4
**138**   79:6,19
**138s**   79:12
**138x**   79:11
**15**   184:17,21,25
185:6
**153**   4:14
**1600**   2:19
**17**   117:6,6
**173**   4:16
**176**   4:17
**18**   1:8 4:22
**1801**   3:5
**1881**   3:8

### 2

**2**   41:8,10,17,21
42:1 43:5,10,12
45:25 46:2,9,10,15
73:17 118:12,14
121:1,4,10 124:15
124:17,22 125:1
126:10 160:21
163:13,15 176:22
177:2,2,4,14 180:6
180:20 182:2
186:10,17 187:4
187:24 192:22
193:5,7 194:10,15
194:22 195:11,15
196:7,8 197:2,12
200:11 201:3,6,22
**2.0**   181:23
**2.0.**   181:10
**20**   184:17
**2001**   3:11

**2007**   21:21 32:22
39:18 70:18 71:20
142:6
**2007/2008**   154:12
**2008**   167:10
**2010**   13:10,21 40:3
40:10,17,21,22
41:5 48:21 51:14
88:7,9,12 112:5,12
154:15
**2010s**   42:23
**2011**   170:3,6
**2012**   33:1 45:21
46:7
**2013**   4:8,10,16
45:21 75:20 82:20
92:10 151:3 174:6
**2014**   13:22,23 41:8
46:4,16 48:22
84:11 91:7 125:22
126:3 163:2
164:17 168:14
177:20 178:10
**2015**   13:23 46:3,14
46:18 115:3 116:4
117:19 121:12
168:13,18
**2016**   14:1
**2018**   14:1,4 29:9
29:14 113:18
151:3
**2021**   14:4,6
**2022**   1:20 2:5 5:1
5:7 203:5 204:23
205:3,5
**2025.520**   205:9,12
**2100**   3:11
**27**   4:8 75:20
**2843**   1:7

### 3

**3**   126:11
**30**   1:18 15:16
19:22 46:16,18
76:7 78:18 79:3,7
80:13 121:12
125:22 126:2
168:13,14,17
206:1
**30,000**   42:8,12
**3000**   3:15
**30th**   46:3,4
**31**   4:16 132:7,12
174:6
**3200**   2:11
**330**   4:22 18:18,19
19:5,6 63:9
**331**   75:2
**332**   4:8 19:4,11
75:3,4,5
**333**   4:10 92:4,5
**334**   4:12 125:5,7
**335**   4:14 153:20
**336**   4:16 173:24
174:2
**337**   4:17 176:17
177:6
**35,000**   78:19,22
79:1
**35k**   78:18
**36**   16:17
**3:49**   2:4 5:2,7

### 4

**4**   75:2
**4,000**   78:18
**4,82m**   78:18
**4.82**   79:3
**414**   4:11
**4200**   3:5

**[45 - adele]**

| | | | |
|---|---|---|---|
| **45**  15:16 | **92**  4:10 | 89:4,7,18 98:12,23 | **accessed**  26:9 38:4 |
| **457**  4:9 | **94607**  2:19 | 99:21 101:2,13,18 | 47:6 53:24 55:13 |
| **5** | **98**  4:22 114:24 | 101:22 102:5,7,11 | **accessible**  74:13 |
| | 115:6,9,16 | 103:4,11,15,23 | 103:7 |
| **5**  92:2 177:20 | **98101**  2:12 | 104:3,5,7,9,10,23 | **accessing**  30:20 |
| 178:9 | **9:00**  184:14 | 105:1,4,21 107:12 | 59:21,21 117:10 |
| **5210141**  1:25 | **9:25**  201:24 | 108:10 110:1,6,21 | 117:23 120:5 |
| 205:5 207:2 | 202:13,14 | 111:18 113:5 | **accommodate** |
| **555**  2:19 | **a** | 118:22 119:16 | 8:23 12:8 |
| **5:04**  61:2,3 | | 120:1,10,15,20 | **account**  189:10,12 |
| **5:22**  61:3,6 | **ability**  9:21,25 | 121:2,8,17 123:5 | 189:21 190:20 |
| **6** | 22:21 26:10 31:20 | 123:14 124:5,19 | 191:23 |
| | 38:22 44:5 56:21 | 137:17,23 138:11 | **accrued**  96:24 |
| **6**  1:18 4:4 19:22 | 71:11 81:11 90:13 | 139:7 140:24 | **accurate**  32:7 |
| 20:11,17 63:14 | 94:2 118:21 | 141:2 142:12 | 145:9 177:1 |
| 64:23 65:20 67:16 | 119:15 137:23 | 148:16 149:4,13 | **accurately**  100:16 |
| 68:5 128:16 151:8 | 159:2 176:11 | 149:13 157:2,9,15 | 109:22 183:17,18 |
| 152:23 155:7,8,15 | 179:10 198:15 | 157:25 159:7 | **acquired**  77:12 |
| **643**  7:4,4,13 | 204:10 | 160:11 161:21 | **actions**  1:9 183:11 |
| **6834**  1:24 | **able**  45:17 57:9 | 162:12,22 163:6 | **active**  36:7 51:15 |
| **6:42**  114:18,19 | 68:21 71:3 89:9 | 163:17 164:16 | 51:17,21 78:21,22 |
| **7** | 102:23 118:21 | 166:21 167:17,20 | 79:1,20 81:21 |
| | 175:23 183:12,25 | 168:4,7,15,20,21 | 88:4 112:2 |
| **7**  20:12,17 152:19 | 184:4 | 169:18,22 170:17 | **actively**  11:3 |
| 155:1,4,9,13,19,22 | **access**  22:21 23:1 | 170:18,25 171:5 | **activity**  120:14 |
| 156:4,9 | 26:11 27:13 30:22 | 171:16,18 172:2,6 | 127:10 140:11 |
| **711**  4:18 | 31:1,21 32:2,12,18 | 173:7,14,20 | **acuity**  44:14 |
| **75**  4:8 | 33:1,5 34:6,11,12 | 179:10,18,21 | **ad**  128:7 136:4 |
| **75210-2911**  3:11 | 35:2,4,11,13 38:6 | 180:10,14 182:6,8 | 144:5 |
| **77002**  3:15 | 38:8 44:5 47:3,10 | 185:13,21,25 | **adaniel**  2:14 |
| **7:00**  114:19,21 | 47:22 48:2,5 49:5 | 186:4 187:6 188:4 | **add**  200:18 |
| **7:58**  153:7,8 | 49:15 50:5,6,8 | 189:13,23 190:7 | **added**  112:5 158:9 |
| **8** | 51:9 53:5 54:5,23 | 190:22 191:2,12 | 183:9 |
| | 56:21,22 57:2,8,11 | 191:14,18,20,25 | **addition**  61:21 |
| **8**  125:4 | 58:14,18 61:23 | 192:4,21 193:4 | **additional**  172:7 |
| **80220**  3:5 | 62:10,15 63:4 | 194:4,5 195:13 | 187:22 195:10 |
| **811**  3:15 | 65:15 68:21 69:1 | 197:1,7,11,14,20 | 198:23 |
| **8:12**  153:8,10 | 69:10,12,14,16 | 198:10 199:5,8,14 | **address**  65:12 |
| **9** | 70:24 71:11 72:14 | 199:14,16 200:2 | **addressed**  46:8 |
| | 74:11,18 83:2,5,7 | 201:19 | **adele**  2:13 5:18 |
| **9**  1:20 2:5 4:10 5:1 | 84:2,16 85:23,24 | | 6:17 |
| 5:7 92:10 173:23 | 87:7,16,23 88:9,14 | | |
| 205:5 | | | |

Veritext Legal Solutions
866 299-5127

[admit - api]

**admit**  76:9
**ads**  135:19,23
  136:1,2,3 143:7
**advance**  16:15
  17:20 167:24
**advertisements**
  138:13
**advertising**  127:15
  127:17 128:3,6
  138:21
**advocate**  13:19
**affect**  200:9
**affiliated**  23:15
**afraid**  85:2
**afternoon**  61:9,10
**ago**  86:12 119:25
  157:7
**agree**  67:25 72:7
  138:10 165:25
**agreed**  75:18
**agreements**  190:1
**ahead**  8:17 14:15
  59:11 95:1 101:5
  106:1,2 149:23
  153:1 186:22
  188:19
**air**  93:23
**alex**  154:3,17
**align**  22:10
**allison**  4:8 15:7
  75:19
**allow**  26:15 34:6
  34:10 36:25 43:6
  51:23,23 70:18
  85:24 86:1 101:1
  104:3,5,23 140:1
  149:4 152:4
  175:19 183:10
  198:21
**allowed**  23:16
  47:5,21 62:18

74:17 84:4 86:13
95:22 97:20 100:9
101:13,21 102:4
102:10 103:10,22
104:8,10 105:3,15
105:23 111:17
124:20,22 138:20
141:23 166:11
179:18,21 180:9
180:10 204:15
**allowing**  127:8
137:17 148:16
149:12
**allows**  51:19 54:9
87:4
**alongside**  51:13
**alter**  43:16
**alternative**  159:24
164:23
**alto**  3:8
**altogether**  83:23
84:22 85:19
**ambitions**  170:12
**amended**  19:20
**amit**  15:8
**amount**  43:12,16
43:20 44:7,20
45:14 72:8 74:21
78:8,14 96:24
97:7,11 128:13
182:14,16 186:18
**amounts**  15:10
**analyses**  146:17
**analysis**  99:23
131:25 134:23
142:17 143:4
144:18 145:14
146:3,7,10,13,22
146:25 147:23
148:6,20,23,25
149:11,19,25

150:8,14,18 151:4
151:24 152:7,9,10
**analytica**  7:11
**analyze**  123:25
124:8 157:4
**analyzed**  148:14
149:2
**analyzing**  180:13
**android**  24:17,20
**announced**  39:22
119:2,4,6 125:21
126:2 131:23
180:20
**announcing**
169:12
**answer**  8:3,6,9,16
8:17 11:16,17
12:1 13:1 24:5
25:16 27:23 32:6
32:24 33:19 36:2
39:25 51:23 56:11
58:5,17 59:3
66:23 68:12 69:3
74:1 82:18,19
84:24 85:11 92:22
95:7,9,13 100:16
103:3 109:4,18,22
110:8,19,23
122:11 132:15,24
132:25 133:6,18
139:16,23 140:14
145:3,9,11,13,25
146:1,22 149:18
150:23 151:18
156:6 162:15
163:10 164:7,8
175:5,5 183:12,25
184:4,12 186:13
193:10,16 195:17
**answering**  8:2
156:19 175:6

**answers**  167:1
192:19
**anybody**  11:4
155:12
**anymore**  135:11
**anyway**  185:2
**apart**  33:16
**api**  22:22 23:2
25:5,6 26:9,13,14
29:4 30:8,11,14,15
30:16 31:8,10
33:7,25 34:6,10,12
34:16,17,21 35:9
35:13,18,19,20
36:1,4,6,11,15,16
36:23 37:11,16,20
37:21,25 38:2,3,6
38:13,18 39:1,3,7
39:8,10,16,19,22
40:2,3,4,7,10,11
40:14,16,25 41:3,4
41:6,8,12,13,15,21
43:2,5,6,7,10,13
43:17,21 45:25
46:2,9,10,15,17
47:7 48:6 50:6,7
51:5,13 53:19,23
54:22 57:18 59:22
60:13 62:5,6,7,8
62:15,18,24,25
69:4 72:17,18
73:10,17 76:6
77:5,9 78:6,7,11
78:12,15 80:12,21
81:2,8,12,20 82:13
83:6 87:19 99:3
102:4 103:2,3,14
103:20,22 104:1,2
104:5,7,8,14,17,21
104:22 105:3,14
105:17,19,20,23

Veritext Legal Solutions
866 299-5127

[api - application]

106:23,23 107:5,9
107:11,13,15,23
108:8,10,12,15,22
108:25 109:2,6,8
109:11,17,19
110:1,3,6,10,12,13
111:11,12,14,20
112:21 113:9,17
114:9,9,11,13
118:11,13 119:6
119:13,14 120:4
120:25 121:3,9
122:1,15,23 123:4
123:7,9,10,20
124:15,17,22
125:1,1 141:19
142:8,8 157:4
158:11 159:24
160:7 163:12,13
163:14,15 164:5
164:15,19,24
166:4,16 167:4,5
167:16,22 168:8
168:16,17 176:22
177:2,4,5 180:6,18
181:16,18 182:11
182:16,19,22
183:7,21,22 184:5
184:7,11 185:24
186:9 187:4,6,16
187:23,23 188:4,5
189:7 192:4,12
194:15,21 196:3
196:15 197:20
200:9 201:22
**apis**  23:12 25:11
25:13,16,19,20,24
26:10 27:6,7,10,13
27:16 28:20 29:8
29:9 30:12,22
31:5,19,21 32:2,19

33:14,17,22 34:14
35:1,10,24 36:7,9
36:19 38:7,8 39:2
47:4,8,10,22 48:2
49:6 53:11 54:6
54:10 58:15 62:9
63:21 68:25 69:6
69:9,12,21,21 70:7
72:8,11,14,16,20
72:24,25 73:5,7
82:24 84:17 98:16
99:5 102:2 104:3
104:23,25 109:20
110:11,21 111:10
111:23 112:7
113:4,5,12,20,21
113:23 114:3
122:2,6,7,7,20,23
122:25 123:4,9,14
123:19 124:4,10
124:19 134:23
135:7 151:22
152:3 156:15,25
157:15,17 158:1
158:25 159:7
161:25 162:2,5,7,8
162:9,12,14,22
165:1,16,20
166:19 167:2
168:24 179:8
181:13 182:1,4,5,8
182:14,21 186:16
191:3,13 193:20
194:6 195:23,24
196:3 198:4,5
**apologize**  16:6
32:10 59:11 93:4
112:23
**app**  22:19,20,23
22:25 23:1 25:18
32:11 33:5 34:22

35:1,3,14 42:18,19
42:19 48:6,8
49:22,25 53:12
54:1,7,7,8,9,13,19
55:11 56:13,17,23
63:1 68:22 70:18
71:2 72:9 74:19
79:21,23,25 80:1,4
81:2,9,22 82:10
83:1,11,11,13,22
86:8,8,17,17,21,23
86:23,25 87:2,10
88:21 89:18,20,21
90:17 91:25 96:15
98:5 101:21 102:4
102:10,23 103:10
103:15,22 104:6
104:23 105:1,3,9
105:11,15,23,24
106:7,13 107:4,12
107:20,22 108:6,7
108:24 109:13
111:8,18 115:1,19
116:10 117:4,12
117:15,19 119:10
120:7,9,18 122:8,8
127:5 135:3,18,23
136:1,3,21 137:6
137:17,20,24
138:8,11,13,14
139:7,9,11,12,22
139:22 140:7,12
140:19,22,22
141:9,24 142:1,2,7
144:10 150:9
157:14 158:14,25
159:6 160:5,10,12
162:20 163:5,24
164:22 168:14
171:1 172:9 173:4
176:1 179:21

180:10,10 184:3
185:19 186:3,19
188:2,18 194:12
194:21 197:1
199:7 200:22
201:3
**app's**  159:2
179:10 186:1
**appear**  75:11
131:17 167:2
179:15
**appearances**  2:8,9
3:1,2
**appearing**  205:18
206:7
**appears**  79:2
114:25 134:13,23
135:2 177:11
181:23
**appended**  204:16
**appendix**  20:5
**appetite**  127:13
**application**  23:25
25:6 26:16 30:25
31:1 34:6,11,13,19
45:10 48:7 52:25
52:25 53:2,4,13
55:18 56:19,24
57:5,7,7,15 58:7
58:12,14 60:8,10
60:11,15,17 62:10
62:11,19 68:21,23
69:16 70:21,22,23
71:12 83:5,7,10
87:5,7,15,16,22,23
88:3,13,14,17,25
89:7,7,12,24 90:6
90:6,8,11 91:23
95:19,21 98:4
101:2 102:6,17
104:3,8,10,18

**[application - authorization]**

107:9,17 108:2
117:17,18 118:1
118:22,23 119:19
120:2,4 121:4
124:17,23 128:15
140:13 141:1,2,6
142:9,10,16 158:9
159:18 163:1
164:2 165:7,9
166:4 168:19
169:7,22 173:20
176:13 182:13
188:25 189:3,5
198:19 199:25
**applications** 22:24
23:17 24:10 33:2
34:17 37:22 42:22
42:25 47:6 73:24
74:3,5,7,8,9,18,25
81:7 84:6,16 86:1
90:22 91:5,6
97:21 98:7 119:15
121:24 123:8
124:24 127:9,10
158:9,12 159:9,22
159:22 160:4,4
163:14 165:14
166:9,12 169:8,18
172:6,16 187:5,21
192:4 193:12
194:24 195:9
198:15,22 199:13
199:23
**applied** 157:23
189:7
**applies** 56:2
133:18 158:17
**appreciate** 13:6
19:17 37:8 46:22
69:8 70:8 110:18
122:12 123:12

184:23
**approach** 90:24
**appropriate** 10:22
**apps** 23:3,4,6,8,10
23:15,21 24:17,19
31:16 44:5 47:9
48:2 49:16 53:8
54:24 55:16 76:4
76:6 78:15 82:9
82:12,22 83:23
84:3,22,25 85:18
85:24 86:13,15
88:9 91:12 96:9
99:21 100:8,21
118:20 119:25
120:20 121:1,7,16
121:20 123:17
124:4,19 127:8,22
130:19 131:4,7
132:1,4,5,7,9,10
132:11,16,19,19
132:24 133:12,16
134:15,24 135:11
135:12,22 136:7
136:16 137:23
138:8 140:5 141:8
149:4,12,13 152:4
157:6 159:11
160:9,22 163:21
163:22 170:17,25
173:7 175:10,21
182:7 183:10
185:12 187:16
189:17 192:23
193:14 195:14
197:4 198:18,21
199:7,19,22
200:16 201:9
**april** 40:3,10,17
40:21 41:5,8 46:3
46:4,16,18 51:14

88:7,9,12 112:5,12
121:12 125:22
126:2 168:13,14
168:17
**archibong** 15:6
67:12
**archive.org** 65:12
**area** 60:20 65:23
66:21 84:2,14
125:1 127:18
196:4
**ari** 154:3,11
**arm** 12:20,21
**aside** 198:3
**asked** 17:7 23:7
29:3 65:17 67:5
70:11 73:24 101:7
101:14 132:23
134:4 153:25
**asking** 11:4 34:3
37:13 52:7 69:8
92:24 95:2 109:3
130:24 133:5
144:16,23 192:18
193:9
**aspect** 66:17
**aspects** 171:19
**assembled** 16:21
**assert** 150:12
**assertion** 80:14
**assess** 113:19
143:6,20 145:21
**assessment** 147:5
147:20
**assessments** 67:7
148:2
**assist** 11:13
**associated** 36:18
63:21 188:5
**assume** 8:10 32:11
129:11

**assumption** 8:11
**astray** 192:16
**attached** 20:4
**attempt** 8:1 85:7
133:3 135:12
**attempted** 113:4
152:7
**attempting** 42:4
42:13 43:9,16
89:21
**attempts** 99:24
**attend** 10:20 62:12
**attendance** 62:16
62:17
**attended** 62:12
103:4
**attendees** 103:16
**attending** 62:11
62:19,25 103:12
103:13,19,24,24
**attorney** 2:12,13
2:14,16,20,21 3:6
3:9,12,13,16 8:14
204:18
**attorney's** 7:6
**attorneys** 14:19
15:19,21,23 16:14
16:20
**audience** 177:17
**audit** 76:5
**auld** 2:18 5:25
**auth.log** 26:15
**author** 129:16
130:13 133:2
134:1,3 135:13
178:10
**authored** 177:17
177:19,23 178:4
**authorization**
89:14

**[authorize - blackberry]**

**authorize** 58:18
70:21 83:5 87:12
87:15 118:22
128:14
**authorized** 21:6
34:7 35:3,10
58:10,14 60:1,3
69:15 87:22 89:24
102:5,16 109:13
111:8 117:17,18
137:19 141:1
182:12
**authorizes** 56:6
57:2 59:24 108:7
**authorizing** 71:3
140:13
**automatically**
176:9
**available** 27:24
28:1 29:10 30:17
31:16 33:2,5 36:1
36:9,10 37:22
43:13,17,21 44:3,8
44:21 45:15 46:3
53:23 56:17 57:23
57:25 68:1,4 70:6
74:21 78:9 83:13
83:25 84:5,7,9,10
85:15 89:12 90:21
97:9 104:13,14,19
108:14 110:15
112:11,17,20
113:21 114:4
119:18 122:16,25
124:4 129:4
135:11 139:13
140:10,11 141:3
141:11,19 146:4
147:16 159:8
160:12 162:7,10
163:12,13 164:1

167:6,12,19,25
172:15 177:4,5
178:17 180:18
181:10 182:3,21
185:20 186:17
187:4,7,18 188:16
190:2 191:4,14
194:6 195:23
**avenue** 2:11 3:11
**average** 78:19
131:11
**aware** 9:23 27:2
29:1 45:19 49:18
56:3 71:21 82:8
88:23 91:22 99:23
113:11,18 129:13
149:10,19 151:4
152:10

**b**

**b** 1:18 19:22
155:23,23 206:1
**back** 37:4,7 44:16
61:5,11 63:9 70:3
87:17 106:9,14
114:20 127:11,22
151:8 153:9,16,24
154:25 157:18
159:17 181:8
182:9,19 186:12
186:24 198:2
202:7
**bad** 44:18
**balance** 45:8
201:13
**base** 36:20 37:1
51:22 110:2 160:3
**based** 32:15 67:15
90:17 110:5
129:17 137:9
138:23 139:16
141:22 143:10,11

143:13 151:17
155:20 156:8
163:24 175:8,24
179:9 188:8 195:2
**bases** 190:6
**basic** 7:17 22:6,12
22:18 46:21
**basis** 83:11 86:8
150:9,10 190:5
**bates** 75:12 125:8
174:2
**bear** 22:17
**began** 45:18,23
46:17,17 154:16
168:17 170:6
**beginning** 5:14
168:13,18
**begins** 178:18
**behalf** 5:21 6:1,3
20:16 95:13 107:6
122:8 141:20
142:8
**behaved** 35:21
108:15 110:14
111:24 184:9
**behaves** 161:13
**behavior** 31:23
32:8 33:7 43:7
95:20 108:12
109:5 110:4,10,11
112:7,9 158:10,10
158:19 159:24
160:7 161:12,15
164:24 165:4,5,11
165:11,14 166:16
167:22 169:20
173:10 175:15
187:23,24 188:4
192:12 201:2
**behaviors** 162:7
165:21,21 187:3,6

191:13
**belief** 194:19
**believe** 17:16
18:18 19:4 67:16
67:21,23 151:3
154:5 156:9,11
184:14
**belonged** 93:24,25
**benefit** 30:1 75:10
98:10 128:3
**benefits** 97:25
148:15
**best** 8:23 12:1
42:15 67:19 100:6
106:3 171:6
204:10
**better** 44:9,17,22
167:9 175:19
**beyond** 140:23
145:19
**bfalaw.com** 2:20
2:21
**big** 43:3 124:18
144:24 185:11
201:4
**bill** 178:11
**billing** 55:2
**binder** 16:21
**binding** 21:10
**birthdays** 93:13
**bit** 12:15 60:19
61:19 101:4
106:22 153:4
156:21 179:7
183:6
**blackberry** 56:13
56:16,16,20,24
57:5,16,17,20 58:7
58:10,12,13,21,24
59:2,4,6,19,24
60:1,3,7,8,10,12

Veritext Legal Solutions
866 299-5127

[blackberry - categories]

60:15,16,17
**blackberry's**
58:18
**bleichmar**  2:18
5:25
**blizzard**  174:6
**block**  85:17 86:21
87:5
**blocks**  87:4
**blow**  183:6
**blowing**  117:5
**blume**  3:6 5:20,20
12:3,10 16:2
17:13 19:4,10,16
37:9 60:19,24
94:23 95:1,2
112:13,23 113:1
115:8 138:17
142:22 145:1,19
146:6,18 147:17
148:18 175:2
195:16 197:16
**bold**  170:11
**bottom**  20:11 93:1
93:10 100:4
178:15
**box**  194:3
**boxes**  195:21
**branded**  52:19,20
56:13,17,23 57:5
57:14,15 58:2,6,22
58:24 60:16
**break**  8:22 9:1,7
33:21 60:22
112:14 114:7,14
152:21,25 153:2
184:19,20,21
**breaking**  42:17
112:14
**bring**  12:14

**brings**  31:3 48:9
**broad**  185:10
**broadcast**  90:10
**broader**  22:23
149:9
**broadly**  46:2
144:4 148:24
193:1
**broken**  188:9
194:25
**browser**  51:4
**build**  24:9 47:6
52:18 53:21 55:15
55:19 70:18,22
86:1 97:21 98:2
126:25 137:25
140:1
**building**  98:10
126:24
**built**  23:11 56:23
56:24 70:17
167:14 170:2
195:20
**buongiorno**  3:12
5:23 16:4
**business**  97:1
98:13 99:10,17
148:15 149:3
150:5 171:19
181:16 190:17
192:24,25 197:5
199:1
**button**  50:24 51:1
51:1
**buy**  56:16 136:3

**c**

**c**  155:24
**ca**  4:9,11,13,16,18
174:3 205:9,12,20
**california**  1:2 2:19
3:5,8 203:4

**call**  15:18,25 23:12
23:13 40:15 56:8
56:8 69:23 70:5
75:18 77:5,8
81:20 82:1 86:23
99:3 142:8 156:14
156:25 157:4
163:14,15 183:22
196:24,25,25
**called**  6:7 14:7
19:20 26:15 39:4
40:11 41:4 42:21
47:4 54:7 55:16
56:1 61:15 72:16
72:18 74:2,4
81:12 82:9 84:2
86:13 87:4 92:16
104:17 107:5,6
111:12,13 116:17
117:20 122:7
125:24 132:4
141:20 165:13
170:8,9,19
**calling**  43:7 47:23
52:10 77:13 78:15
81:8 124:11 129:6
**calls**  49:14 54:9
57:18 76:6 78:6,7
78:11,12 80:12,21
122:1,15,20,23
123:4,7,9,10,18
151:9 166:4
**cambridge**  7:11
**camera**  9:12
**capabilities**  31:6
31:22 160:15
165:13 169:18
170:15,18 171:20
172:4,16,20 173:5
173:7,12,16 174:7
174:16,25 175:9

175:14,20
**capability**  31:4,6
31:11,15,20 32:6,7
32:17 33:8 38:1,5
161:16 166:15
169:4,6,15,16,19
169:23 170:1,14
172:11,25 175:15
176:2,14
**capacity**  76:22
82:4 146:19 148:6
**captainquizz**
116:18 117:4,20
120:18
**captioned**  177:7
**captured**  177:24
**car**  200:1,3
**career**  13:16
**cari**  2:12 5:18 6:16
**carry**  101:6
**case**  1:8 6:22 7:4,7
10:19 16:10 18:9
18:25 22:14 45:9
59:17,21 65:1
67:5 79:25 80:4
82:9 90:15 101:17
119:18 120:4,16
144:6 148:4
152:18 162:8
169:1 182:15
187:17 193:25
196:18
**cases**  70:20 192:5
196:14,15 201:15
**casts**  109:17
**categories**  47:17
47:18,20,24 48:1
132:5 135:1
190:14,19 197:15
198:8 200:16

[categorization - communication]

**categorization** 29:8 136:13,18
**categorize** 29:9
**categorized** 130:14 132:16 136:16 137:6 198:4
**category** 47:9 178:21 197:10 199:4,25
**cause** 81:11 124:2 190:10 204:6,20
**caveat** 8:24 67:18
**cc** 174:5
**ccp** 205:9,12
**center** 45:2
**central** 14:5,7
**centrally** 43:2
**certain** 20:1 31:21 51:17 86:14 99:5 134:14 149:4 152:4 160:22 166:12,20 167:22 182:6 189:3,5
**certainly** 28:5 74:7 84:10 94:6
**certificate** 204:1
**certified** 204:2
**certify** 204:3,17
**cetera** 143:5
**chain** 4:8
**chang** 174:5
**change** 124:18 125:2 149:18 201:4 207:4,7,10 207:13,16,19
**changed** 83:25 112:8,9 161:19,22 166:12
**changes** 4:17 41:11,14,16,18,20

42:17 43:2 46:11 46:13 91:7 118:4 118:17 119:6,9,12 119:13,22,23 120:3 121:11,14 125:21 126:2,10 126:12 131:23 146:8,23 147:1,5 147:20 149:25 158:18 177:8,12 177:15 192:12,19 194:9,9,12 200:8 200:10 201:2,6,22 204:14
**changing** 169:19
**characterize** 171:24
**characterized** 132:19
**charge** 29:16
**chat** 93:6,8 96:23
**checks** 171:3
**chen** 3:18 5:22 16:3
**choice** 84:7,12
**choose** 53:2 56:18 90:13 94:3 101:1 106:8
**chooses** 57:4
**choosing** 53:3
**chosen** 100:14
**christopher** 174:6
**chrome** 144:8
**circa** 71:20
**circumstances** 167:22
**civil** 19:22 205:19 205:20
**clarification** 7:9 13:4 17:12 21:17 24:3 27:9 54:15

**clarify** 20:21 119:7 146:21 185:15
**clarke** 3:16 5:22
**class** 64:3 151:12 194:7
**classed** 27:3
**classifiable** 69:5
**classification** 130:17
**classified** 69:5 136:15,21
**classify** 98:25 111:2 137:8
**claufenberg** 2:13
**clause** 64:9
**clear** 7:18 9:16 22:8 23:23 86:3 131:10,13 133:17 145:9 174:16 177:16,22 178:3,3 184:12 196:23
**cleared** 11:10
**clearer** 151:1
**click** 20:6
**client** 191:5
**closed** 105:12
**closely** 66:21
**code** 36:20,25 37:1 42:25 51:22 56:20 59:18,20 81:12 110:2 142:11 160:3 171:4 205:9 205:12,19,20
**cofounders** 92:16
**colleagues** 14:25
**collect** 159:2
**collected** 44:10,23 131:13
**collection** 24:8 104:2,22

**collects** 144:12,19 145:15
**colorado** 3:5
**column** 130:9,18 130:22 132:6
**combination** 16:2
**come** 9:12 10:9,12 11:17 18:22 42:14 72:6 153:15 176:24 202:7
**comes** 43:18 151:13 168:11 173:3
**coming** 10:14
**commencing** 2:4
**comment** 102:24 102:25 103:5 117:12 118:8 127:25
**commentary** 133:10
**commented** 102:22 117:24 120:6
**comments** 102:13 102:18,19 104:12 104:13 111:18 119:19 179:24 180:3 186:20
**common** 38:18 39:1 50:3 108:2 161:3
**commonly** 114:3 129:15
**communicated** 53:18
**communicating** 10:24 11:3,6
**communication** 63:22 64:10 65:18 67:18 72:4

**[communications - continued]**

| | | | |
|---|---|---|---|
| **communications** 64:6 | 123:1 164:6 | 191:22 | 35:9,17 37:12,14 |
| **company** 13:10 | **conceptual** 161:18 | **considered** 25:13 | 48:4,24,25 49:7,17 |
| 28:12 38:15,24 | **concern** 21:24 | 25:20,24 26:2,11 | 49:19 52:7,14,16 |
| 40:21 45:10 53:19 | 45:1,4 46:6 82:1 | 26:14,18,23,24 | 53:13 54:11 55:10 |
| 57:10 64:25 82:6 | 96:12,14 | 28:21 29:5 81:4 | 63:8 68:19,25 |
| 92:16 95:14 | **concerned** 43:20 | 98:15 125:2 163:5 | 81:23 90:14 99:12 |
| 142:24 144:22 | 74:20 91:3 | 196:2 | 100:18 106:16,23 |
| 145:3,16 148:8 | **concerns** 44:1,1,4 | **consistency** | 107:4,5,10,13,18 |
| 159:21,21 171:2 | 45:14,18 46:7,8,12 | 172:21 | 108:7,22,24 109:2 |
| **complete** 101:11 | 67:25 68:6,8 91:9 | **consistent** 28:12 | 109:5,6,11,19 |
| 163:16 173:1,6 | 91:9,10,13,14,16 | 136:25 158:13 | 110:10,12 129:3 |
| 179:19 | 96:8,17 98:18 | 196:18 | 134:9 137:19 |
| **completed** 205:7 | 120:8,11 | **consistently** | 140:5,6,25 141:5 |
| 205:17 206:6 | **conclusion** 120:13 | 158:21 | 144:14,15 157:14 |
| **completion** 204:12 | **conclusively** 76:24 | **constantly** 41:13 | 158:4,5,7 159:5,16 |
| 206:10 | **conditional** 172:2 | **construe** 103:1 | 159:25 161:4,10 |
| **complexity** 193:13 | **confident** 46:19 | **consult** 10:21 | 163:23 164:15,19 |
| **compliance** | **confidential** 1:13 | **consumer** 1:5 5:9 | 164:22 165:9 |
| 188:25 196:15 | **configuration** | 205:4 207:1 | 168:1 178:13 |
| **complicated** 166:6 | 42:18 | **consumers** 30:16 | 179:5 181:15,22 |
| **complication** | **configuring** 42:19 | **contact** 127:22 | 183:7,15,24 184:5 |
| 193:23,24 | **confine** 140:14 | 205:9 | 184:7,11 186:12 |
| **component** 66:1 | **confirm** 115:25 | **contactable** 133:3 | 186:24 190:11 |
| 155:19 | 116:3,14,24 117:1 | **contain** 105:13 | 193:22 201:17 |
| **compound** 175:2 | 139:1 | 178:1 | **contexts** 51:9 |
| 193:9 | **confusion** 93:15 | **contained** 17:4 | 72:19 96:21 |
| **computational** | 94:10,14 98:19 | 18:6 46:10 131:23 | 157:24 |
| 99:1 | 162:16 | 177:3 | **continually** 158:1 |
| **compute** 99:4 | **connect** 167:10,11 | **contains** 35:15 | **continue** 120:16 |
| **computer** 11:10 | 167:16,18 | **content** 35:15 | 126:20 149:12,13 |
| 204:10 | **connected** 157:25 | 104:4 118:7,8 | 166:21 199:8,9,13 |
| **conceive** 162:2 | **connection** 141:9 | 119:16 126:6 | 199:14,15 202:7 |
| **concept** 25:17 | **cons** 90:24 | 127:10,23 141:12 | **continued** 2:25 3:1 |
| 33:16,17,24 55:11 | **consider** 27:20 | 141:19 | 120:10 168:21 |
| 55:17 73:1 158:16 | 96:8 144:11 | **contents** 50:15 | 186:4 187:5 188:4 |
| 161:2,18 162:11 | 167:15 | **context** 13:3 23:24 | 189:13,23 190:7 |
| 165:6,8 166:14 | **considerably** | 25:16,18 26:3,21 | 190:22 191:12,18 |
| 167:4 | 161:22 | 28:6 30:8,10,11,14 | 191:19,25 192:21 |
| **concepts** 22:18 | **considerations** | 30:24 31:5,7,10,14 | 193:3 195:13 |
| 33:15,18 55:22 | 187:25 189:9,11 | 31:14 32:1 34:2 | 197:1,11,14 |
| | 189:21 190:20 | 34:14,16,21,22,25 | 198:10 199:5 |

Veritext Legal Solutions
866 299-5127

**[continued - daylight]**

201:19
**continues**   119:10
120:12
**continuing**   114:15
149:3 152:4
198:21
**contract**   165:17
165:23 166:1
**contracts**   49:3
195:25
**contractual**   190:1
**contributes**
146:12
**control**   43:2 84:4
173:10 176:9
**controls**   83:25
171:18
**convenient**   184:19
184:20
**conversation**
15:16,17 22:6
23:20
**conversations**
15:9,20,22 187:20
**cool**   111:9 185:3
187:11
**copy**   12:4
**correct**   7:15 10:4
10:7 12:19 17:17
20:18 23:4 48:12
57:3 58:17 61:24
62:23 64:15,16
74:22 117:21
134:16 138:24
151:12 154:3
155:10 158:24
184:15 187:9,10
203:3
**corrected**   19:15
**corrections**   205:14
205:15 206:3,4

**correctly**   16:4
34:8 64:4,5 95:22
97:24 107:1 118:9
118:10 126:13,14
187:1
**correspondence**
18:12
**counsel**   3:18,19
5:14 10:21 12:3
12:12 17:6 20:20
37:6 64:7 85:5
153:13 156:13
169:11 204:17
205:18,21 206:7
**couple**   97:4 127:6
130:4,6 156:21
197:3
**course**   8:13 12:22
23:19 64:17 65:20
75:8 76:6 156:23
157:5
**court**   1:1 6:3 7:22
22:13 30:1
**cover**   64:20 68:25
179:16
**covered**   65:20
69:2 99:20 148:13
**create**   23:15,17,17
53:16,18 108:17
129:22 130:6
139:21
**created**   18:13
93:15 94:10,13
129:16 133:19,20
147:12,12,13,14
162:20 163:1
168:14 178:9
**creates**   23:8
**creating**   175:18
**crisp**   145:8

**criteria**   29:12
136:20
**cross**   1:17 2:2 4:16
5:8 6:5,12 9:20
10:3 11:12 12:17
13:7 14:18 17:15
18:17 19:19 37:11
64:22 67:15
114:22 120:19
125:10 153:11
157:13 169:14
174:4 176:21
184:13 201:23
203:8 205:5 207:2
**crr**   1:24 2:6
**crutcher**   3:4,7,10
3:14
**csr**   1:24 2:6
204:25
**curious**   81:20
**currency**   144:7
**currently**   12:18
15:2
**custodial**   133:24
**custodian**   178:11
**customer**   14:7
**customers**   189:2,4
**cut**   144:9

**d**

**d**   4:1 156:1,1
**d.c.**   7:6
**dallas**   3:11
**dan**   15:7,17
**daniel**   2:13 3:21
5:18 6:17
**dark**   115:11
**data**   26:8 32:13
43:12 44:9,22
47:7 59:1 63:24
64:12 74:13 76:12
76:16,25 77:12,12

77:18,25 78:8,17
78:24,25 79:20
80:2 83:2 88:14
100:1,6,8 101:2
111:6 119:1,3
123:10,11 126:10
131:12,23 138:12
139:7,12 141:3,8
144:11,19 145:15
146:4,14 148:17
148:21 149:9
154:7 159:3,5
160:11,17 166:18
166:22 179:4,6,18
179:21 180:2,14
182:14,17,24
185:14,16 186:4
186:15 191:18,21
191:25 192:21
193:4,6,11,17,19
195:14 197:1,11
197:20,21
**database**   113:8
**date**   39:20 85:1
131:22 178:5,5
205:16 206:5
207:24
**dated**   75:20 92:9
204:23
**dating**   171:11,12
171:16
**david**   2:16 4:11,11
92:9,13,14,25 93:7
93:9 100:3,20,23
**day**   8:13 12:22
75:8 80:13 130:20
131:5,9,9,12
167:13 203:4
**daylight**   2:4
202:14

**[days - determined]**

days  76:7 78:18
  79:3,7 117:6
december  4:10
  92:10
decided  83:1
  176:23
deciding  190:21
  191:23 193:3
decision  43:24
  45:3 186:5
decisions  72:4
  187:13
deck  4:12 125:15
  126:5 128:17
  129:16 130:13
  131:3,22 133:2,8
  133:19 134:1,3
  135:6
declare  203:2
deep  174:15
deeper  165:10
defendant  3:3
  19:21
define  24:5 68:12
  190:9
defined  113:6
  120:15 186:15
  191:8 197:22
definition  22:23
  26:4 31:6 68:24
  69:4 70:3,13
  111:4 129:9,14
  149:9 158:13
  159:14,17 161:9
  162:4 179:23,25
  193:11,16,19
definitions  164:11
definitively  114:8
defunct  36:23
degradation  195:4
  196:13 199:20

201:12
degraded  192:6
  194:20
degree  14:9,10
  64:21
delivered  17:1,24
  100:22
denver  3:5
department
  145:17
depend  13:2
  162:24,25
depending  103:18
  127:5 175:5
depends  26:4
  32:24 109:18
  161:15
depo  4:15
deponent  204:14
deposed  6:20,21
  6:24 7:2
deposition  1:16
  2:2 4:14 5:8 6:19
  12:7,16 13:12
  14:20 17:11 18:24
  19:8,21 37:16
  61:4 66:4,18
  69:19 75:5 92:5
  125:5 153:20
  155:21 168:9
  173:24 176:17
  204:4,6,12,19
  205:19,22,24
  206:8,10
depositions  11:1
deprecate  176:23
deprecated  39:20
  46:17,18 119:2
  131:20 132:1
  134:24 135:7,10
  148:24 149:1,15

149:17,20 150:6
  151:21 160:21
  162:22 163:7,9,17
  164:16 168:7,13
  170:13 172:10,15
  173:15,20 176:25
  179:2,16 189:14
  189:24 190:8,22
  198:6 201:1
deprecating  119:5
  124:12,13 149:5
  150:15 152:3
deprecation
  134:14 135:3
  150:2 152:13
  163:16 168:16,17
  187:16 188:9,11
  190:2 192:13
  194:8,11 196:7,12
  199:12
deprecations
  134:25 135:14
  180:19 188:15
  189:7 190:5
  192:12 196:20
depth  41:22
derek  2:14 5:17
  6:14 205:1
derived  132:13,21
  132:22,22 134:5
deriving  118:6
describe  13:13
  15:13 70:14 72:13
  91:8 97:17 109:9
  110:11 125:17
  169:15 183:20,22
described  35:7,8
  63:4,6 106:23
  112:17 130:10
  138:3 139:19
  155:6 182:24

189:9 190:13
  191:19 197:3,4,5
  198:8 199:1
describes  126:6
describing  177:12
description  4:7,21
  111:11 160:13
  171:23 177:1
design  85:21
  154:21
designated  20:1
  20:16 21:5 63:15
designation  28:11
  28:24 29:2
designed  7:18
  46:11 72:5 194:1
designee  1:18
desire  44:9,22
  106:13
desk  11:10
detail  13:13 15:13
  20:20 27:12 34:24
  59:24 95:21
detailed  109:4
details  109:20
  184:10
determinable
  114:12
determination
  133:4,21 137:15
  162:6 195:2
determine  30:17
  86:8 99:25 113:20
  114:8 122:24
  123:7 133:3
  165:14 171:4,15
  185:12
determined  99:24
  133:22 137:12
  194:25 196:1
  205:18,22 206:7

[determines - document]

**determines** 55:12
**determining** 71:16
  85:8 88:13 133:8
  173:19 188:1
  196:6
**develop** 65:21,24
  156:24
**developed** 23:25
  64:18 79:22 81:10
  154:1 157:2
**developer** 13:19
  32:12,18 35:1,3
  36:3,8,13 37:23
  39:17 42:18,23
  43:22 45:11 47:5
  48:5 49:21,24
  50:4 53:10 54:19
  55:4,19 65:5,9,16
  71:13 74:9 82:23
  83:16 86:4 87:19
  90:16 91:12 97:13
  100:2 108:13
  113:12 114:4
  116:7 121:5,14
  124:21 125:3
  126:9,16,17,21,24
  127:1,4 129:5
  136:2 138:2,9,16
  138:19 139:12,18
  140:9,12 142:10
  143:21 146:11
  154:6,18 156:6
  158:5,11,19,22
  159:19 160:10,10
  162:21 163:5,23
  165:25 167:7
  169:21 172:5
  173:3 175:24
  176:1,10,12,13
  183:22 187:8
  188:11,22 196:25

  198:9 201:4
**developer's** 144:5
**developers** 23:16
  24:9 38:4,8,12
  42:25 43:6 44:8
  44:11,21 45:9
  55:15 70:7,18
  72:9 83:15 96:25
  97:9,18 98:1,9,24
  124:8 126:19,19
  126:22,25 135:11
  138:6,7,8 140:1
  143:22,23 144:2,4
  147:8,22 159:8
  163:20 167:19
  168:3,5 187:15,19
  188:14 189:10
  190:3,11 191:4,15
  194:23 200:8
  201:14,18
**developing** 71:15
  126:20
**development**
  40:14,20 63:17,20
  68:8 71:18,20,23
  154:6,9 158:21
  170:5
**develops** 171:8
**device** 53:24 55:7
  55:21 56:16,16,18
  56:21,24 57:6,16
  57:17,21 58:7,13
  58:16,21,22,25
  59:6,20 60:8,10,12
  60:16,17 171:21
  194:3
**devices** 43:1 191:6
  195:20 200:5
**diagnosed** 80:23
**diagnosis** 80:14

**dialogue** 125:20
**difference** 37:25
  72:25 164:18
**different** 15:10
  31:24 33:15 40:24
  41:2 47:20,21,24
  51:7 54:18 55:3,5
  55:17 56:4 69:25
  72:14,18 73:22
  80:24 97:12,17
  98:6,9 101:8,10,12
  107:15 113:4,23
  127:4 132:5
  136:14 142:18
  143:3,6,7 145:20
  145:22,23 148:2
  155:14 159:14
  161:7,7,12,13
  162:3,18 164:24
  165:4,11,15,21,21
  166:5 173:11
  175:5,20 179:8,17
  183:5 189:11
  193:12 196:2
  197:3
**differently** 18:10
  137:9 166:10
**difficult** 175:11
**dig** 61:19
**direction** 204:11
**directly** 116:25
  157:10
**disagree** 93:13
**discuss** 9:12 28:3
  101:10 116:13
**discussed** 28:5,8
  28:10 38:7 45:4
  45:23 91:17
  126:15 162:4
  176:21 181:14,17
  182:6 186:15

  197:23
**discussing** 28:7
  157:20 189:22
**discussion** 91:21
  92:17 93:22 94:1
  94:6 160:20 169:9
**discussions** 32:2
  45:7,20 74:23
  82:12,22 90:23
  91:2 187:14
**disinterested**
  204:7
**disorganized**
  175:10
**display** 183:10
**displayed** 107:17
**distinct** 55:22 56:3
**distinction** 12:25
  21:15 69:24 70:5
  164:14 183:3
**distinguished**
  21:19
**district** 1:1,2 7:6
**dko** 2:17
**dloeser** 2:15 205:2
**docs** 174:7
**document** 1:8 4:14
  11:15 19:3 36:13
  36:17,18 66:7
  75:10,14,15,17,21
  75:23,25 79:5
  93:2 100:17
  123:23 124:1
  147:9,12,18 148:3
  148:9,10 151:7
  152:17 174:12
  176:11,20 177:7
  177:11,16,17,18
  177:23,24 178:1,4
  178:9,11,14 181:8

**[documentation - event]**

**documentation**
35:19,24 36:4,12
107:23 108:13
112:21 122:4
174:20
**documents** 16:15
16:16,17,19,23
17:19,21,22,24
18:3,6,8,11 28:19
29:23 33:10 45:1
45:6 61:15 64:25
65:1,2 66:25 67:4
72:3 82:20 89:13
96:5 123:6 147:3
152:17 157:21
159:11 160:20
162:16 175:24
191:8 196:18
**doing** 10:16,17
56:19 58:4 79:15
79:15 127:20
150:5 157:5
**doubt** 10:16 133:7
**downloaded**
121:16,19
**drafting** 63:23
64:11
**draw** 21:16 73:1
109:14 183:3
**drawing** 12:25
**drawn** 21:15
**draws** 109:11,12
**drive** 17:3
**drivers** 43:23
**due** 76:6
**duly** 6:7 204:4
**dunn** 3:4,7,10,14
5:21
**dunne** 178:10

**e**

**e** 2:20 4:1 205:9,12
206:1 207:3,3,3
**earlier** 100:12
130:24 131:14
153:25 162:5
179:7,23 184:6
186:16 197:22,23
**early** 10:15 32:25
42:23 154:5,9
**easier** 63:11
110:23 186:7
198:2
**easiest** 56:10
163:10
**easily** 78:12
**easy** 156:2
**economic** 99:19
**ecosystem** 22:25
42:24 121:14
138:21 159:19
**eddie** 4:11 15:6
67:11 92:9,25
93:6,8,12 95:10
133:24
**educate** 152:14
**educated** 67:17,22
67:23 156:10,11
**education** 14:11
**efficiently** 79:22
**effort** 113:16,18
113:22 114:2
123:7 172:18
**egnyte** 115:5
**eight** 18:1 119:25
**either** 29:25
129:25 204:18
**electronic** 14:16
**electronically**
16:24

**elia** 15:7
**elicit** 113:4
**email** 4:8,16 37:14
38:17 75:17 77:15
77:25 80:5 81:15
81:18,24 82:2,4,7
92:8 93:1 174:4
174:10 175:9
**embed** 50:5
**embedded** 50:10
50:11 51:1
**eminently** 81:1
**emit** 102:2
**emitted** 102:15
113:17 114:9,13
180:2 182:17
186:18
**emitting** 119:1
**emma** 2:15 5:19
6:17
**employed** 13:7
15:2
**employee** 92:14
**employment** 64:18
65:21 156:24
**enable** 24:9 32:18
52:18 98:7 105:25
166:20
**enabled** 31:17
**enables** 87:3
**ended** 154:16
**endpoint** 114:4
183:9,15,19,20,24
**energy** 99:1
**enforced** 188:12
**enforcement**
115:2,20 116:11
188:15
**engage** 143:4
**engaging** 70:18,23
86:2 97:21 98:2

137:25 140:1
**engineer** 13:18
**engineering** 14:12
14:17
**engineers** 23:11
59:19 85:13 171:9
173:18
**entering** 26:19
**entities** 21:18
23:14 25:9 30:20
38:8,12 47:21
49:14,20 52:17
173:2,14 190:12
197:4
**entitled** 204:6
**entity** 22:20 23:1
23:25 50:4,14
52:12 54:6 55:12
139:13 155:23
156:16 157:1
159:18,20 196:24
**entity's** 31:20
**equities** 45:8
**errata** 205:14,16
206:3,5
**esq** 205:1
**established** 165:16
**estimated** 135:13
**estimates** 147:6,21
**et** 143:5
**eugene** 15:7
**evaluate** 150:3
**evaluated** 121:7
135:2
**evaluating** 134:14
**evaluations**
131:18
**evening** 202:10
**event** 62:17,20
63:1 103:2,3,6,16
103:19,24 129:22

[event - facebook]

204:19
**events** 62:5,6,7,8
  62:10,15 103:4,10
  103:11,14,20,22
  113:25 129:25
  130:6 193:22
**everybody** 16:1
**evidence** 91:1,2
  133:21 150:21
**evolution** 41:9
**evolutions** 41:2
**evolved** 41:1,13
**ewright** 2:16
**exact** 109:5 110:9
**exactly** 7:5 35:21
  45:22 81:17 84:25
  93:17 96:3,21
  109:20,25 110:13
  110:14,14 112:9
  129:7 136:20
  139:1,2 161:15,19
  165:14 177:25
  184:9,10
**examination** 4:3
  6:10
**examinations** 4:2
**examined** 6:8
**example** 8:4 24:17
  26:13 28:14,17
  33:22 38:17 56:11
  56:12 57:1,13,24
  58:9 59:14 62:3
  62:12 72:17 78:16
  81:9 103:25 106:4
  108:4 127:8
  138:14 139:9
  141:14 143:8
  159:20 163:9
  165:4,24 166:13
  167:9 171:7 180:1
  180:8 181:5,6,7

182:16 183:11,23
  183:25 186:20,23
  191:1 199:24
  201:3
**examples** 39:3
  50:3 77:20,21
  99:18
**exceeded** 82:9
**excellent** 11:11
  68:15
**exception** 199:11
**exchange** 38:16,19
  38:21 39:9
**exchanged** 25:8
  38:14 54:21
**exclusively** 66:24
**excuse** 94:23
**exhausted** 200:15
**exhibit** 4:8,10,12
  4:14,16,17,22,22
  18:18,19 19:4,5,6
  19:6,11 63:9 75:2
  75:4,5,12 92:4,5
  92:21 114:23,24
  115:6,8,9,16 125:5
  125:7 153:12,17
  153:20,24 173:24
  174:2,2 176:16,17
  177:6
**exhibits** 4:6,20
  63:11
**exist** 39:14 51:20
  171:4 181:23
**existed** 36:7,11,15
  36:17,19,25 39:10
  51:11,25 65:10
  139:25 161:20
  179:17 184:9
  197:7,8
**existence** 29:11
  39:2 137:22 170:1

**expand** 68:24
**expect** 58:1,7
  165:25
**expectation** 91:16
  100:23
**expense** 96:25
  98:12,15,22 99:6
  99:16
**experience** 24:18
  53:7,17,18 55:3,5
  57:19,20 58:2,15
  58:22,24 60:12
  66:12,13,15 70:23
  97:14 137:25
  139:11,21 140:7
  140:21 155:24,25
  156:3 188:8,18
  191:5,10 192:3,6
  194:2,20,25 195:4
  196:14 199:21
  200:3 201:12
**experiences** 15:3
  52:20 53:22 70:19
  86:2 90:3 97:22
  98:2,10 140:2
  194:1 195:20
**expert** 19:13,17
  128:5
**expertise** 127:18
**explain** 24:25
  37:24 39:5 42:15
  59:14 85:19
  108:22 128:11
  157:13 162:15
  171:6 174:22
**explained** 59:23
**explanation** 62:14
**explicitly** 68:23
  76:20 140:12
  141:1

**exposed** 80:25
  197:21
**expressed** 45:5,14
  46:6 96:14 120:8
  120:11
**expression** 42:8
  117:14
**extension** 192:9
  194:19 199:12,24
  201:9,11
**extensions** 149:12
  189:17 190:4
  192:3 194:14
  196:6,12 197:6
  200:7,12,21
**extent** 124:3
  131:18 182:20
**extra** 192:7 194:21
  195:7 199:19

**f**

**f8** 4:17 177:8
**facebook** 1:5,18
  3:3 5:9,21 7:13
  12:23,24,25 13:1,8
  13:9,15,24 14:2
  15:21 17:7 18:9
  18:13 19:1,21
  20:16 21:6,13
  22:15,25 23:4,8,10
  23:11,15,16,18
  24:1,7,8,10,11,14
  24:15,17,19,22
  25:1,19 26:8,11,17
  26:20,25 27:14,15
  27:20 28:3,3,15
  29:4,4,6 30:21,22
  30:23,25 31:13,15
  31:17,23 32:8
  33:2 34:2 35:15
  35:24 36:3,8,13,20
  36:24 37:1,19,22

[facebook - fine]

38:9,11 39:8,17
41:10,25 42:13,17
42:21 43:4,9,14,15
43:22,25 44:9,22
45:9,11,13 46:5
47:2,3,5,7,10 48:4
48:6,7,8,11,15,19
49:1,5,11,14,15,21
49:23 50:6,9,17,20
50:22,22 51:2,8,19
51:22 52:9,12,17
52:19,19,20,22
53:9,11,16 54:2,5
54:6,7,7,10,12,17
55:4,6,10,24 56:13
56:17,22,23 57:2,5
57:9,14,15,19,20
58:2,6,15,22,23,24
59:22 60:8,10,11
60:13,16 61:14,22
62:9 64:2,18 65:5
65:14,16 68:2,4,11
68:17,17,20 70:17
70:25 71:1,4,13,15
74:9,18,20 77:1
78:2 79:18 81:4,7
82:8,23 83:1,4,16
84:19 85:21,24,25
86:4,7,8,20 87:19
89:1,5,9,17 90:9
90:16,19,20,23
92:14,18 93:22
94:20 95:8 96:25
97:15 98:13,20,22
99:6,9,17 100:13
104:4,13 105:12
106:9,10,15 108:5
108:20 109:25
110:3 111:6 113:8
113:12,15,19,20
114:4,8 116:5,6,12

116:13 119:2,4,6
121:4,7 122:1,14
123:3,13,16
124:18,21 125:3
125:20 126:17,21
126:22 127:2,3,11
127:12,13,22,23
129:5,13 131:15
131:18 132:18,23
132:25 136:4,24
137:8,9 138:1,8,9
139:18,25 140:4,9
140:23 141:7,10
141:12,16,25
142:8,15,17,24
143:5,21 144:1,3,8
144:8,11,18
145:13 146:3,5,10
146:12 148:7,8,14
148:15,16 149:2
150:3,4,5,6,18
151:11,20,21,23
152:2 154:6,18
155:13 156:6,24
157:9 158:5,11,14
158:19,22 159:8
159:15,19,22
160:4,20 161:6,10
162:2,21 163:23
164:22 165:9,17
165:17 166:20,20
167:3,7,10,11,16
167:18 168:1
169:5,7,17,20
170:25 171:1,8,11
171:12,16 172:5
173:3 174:23
175:19,24 176:6,8
176:11,22 180:12
180:14 185:12
186:3 188:1

189:12 190:7,13
190:15,21 191:5
191:22 192:20
193:2 194:2
195:13 197:13
199:5 200:2 201:4
205:4 207:1
**facebook's**   22:20
32:1 57:18 58:14
63:24 64:12 81:11
82:1 99:16 128:5
129:9 138:16,19
138:21 139:19
147:7,22 151:18
159:10 161:8
163:6 200:15,19
**facebook.com**
24:11,16,19
**fact**   11:24,24
69:12 91:21
133:11 160:16,19
184:8 190:15
**factors**   137:14
**facts**   11:16 108:16
108:17
**faint**   177:20
**fair**   8:11 9:8,9,18
9:19 22:2,3,9
23:22 25:23 69:22
77:10 91:8 110:18
123:19 135:5
160:13 171:23
175:12 181:25
**fairly**   182:24
**familiar**   25:10,12
27:7 33:23,24
42:8 52:1 61:16
61:17 62:5,6
72:12 105:16,18
139:6 184:8

**fang**   4:16 174:5
**faster**   46:20
**fault**   134:21
**fb**   4:9,11,13,16,18
174:3
**feature**   85:13,14
85:15 87:3,4 88:8
171:9,10,13,13,16
**features**   31:16
49:23 50:2,8
170:25 171:5,19
172:7 173:12
181:9
**federal**   19:22
206:1,8,9
**feed**   77:22
**feedback**   43:19
52:20 55:11 94:15
115:2,20 116:10
**feel**   38:24 164:9
202:5
**fields**   183:15
**figure**   61:20
164:13
**figures**   80:17
**figuring**   174:23
**file**   133:24
**files**   17:2,4
**filings**   16:9
**finance**   145:17
**financial**   99:25
142:17 144:18
145:14 148:15
149:3 150:14
189:1
**find**   36:2,14 65:9
66:16 76:9 78:3
80:6 133:6,12
150:22
**fine**   8:12 60:22
153:2

Veritext Legal Solutions
866 299-5127

[finish - friends]

| | | | |
|---|---|---|---|
| **finish**  8:16,25 9:6 | 158:20 192:7 | 102:3,12,20,20,22 | **friends**  25:2 27:5 |
| **finished**  114:15 | 195:16 197:16 | 102:23 103:1,6 | 27:14,15,16 35:11 |
| **firm**  6:14,18 | **formal**  150:13 | 104:20 106:17,20 | 35:16 44:5 57:12 |
| **first**  6:7 7:3 13:16 | **forms**  163:25 | 110:21 113:6,9,17 | 57:24 58:3,4,9,18 |
| 13:17 40:8 44:15 | **forthcoming**  66:23 | 114:10 117:20 | 58:20 59:1 60:1,7 |
| 45:13 70:20 75:24 | **forward**  10:13 | 119:1,2,5,11 | 60:9 61:22,24 |
| 75:25 78:16 87:20 | **founding**  86:3 | 120:20 121:2,5,8 | 62:22 63:2 68:22 |
| 90:7,8 97:6 | 90:18 | 121:17,23 122:2,6 | 71:12 72:21,23,24 |
| 116:23 125:15 | **four**  48:18 | 122:6,13 123:5,10 | 73:5,6,6,12,15 |
| 130:9 132:6 133:1 | **fql**  39:4,12 | 123:11,14,19,20 | 74:4,11,13,19,22 |
| 133:14 158:14 | **frame**  32:20 82:17 | 124:3,13,15,20,23 | 77:13,21,25 82:8 |
| 167:2 168:6 | 97:23 142:4 | 131:1,8 132:2 | 83:9,12,21 84:21 |
| 178:16 181:9 | 154:12 188:12 | 137:17 138:2,11 | 86:9,22 87:25 |
| 186:14 | **framing**  34:8 | 138:14 139:7,8,10 | 88:2,17,20,22,25 |
| **fit**  111:11 | **francisco**  15:8 | 139:20 140:5,15 | 89:2,3,24 90:11,13 |
| **five**  153:3 | 67:13 | 140:18,20,24 | 90:25 91:5,24 |
| **flag**  81:5 | **frcp**  206:1 | 141:3,8,22 142:1,2 | 92:20 93:13,25 |
| **flesh**  32:4 | **free**  44:11,24 | 149:5,6,8,14 | 94:22 95:24 96:14 |
| **flexibility**  184:24 | **frequently**  12:23 | 151:11,20,21,25 | 96:18 97:8,18 |
| **flip**  128:18 | 37:17 73:24 74:2 | 152:2,3,4,12 154:1 | 98:3,12,23 101:15 |
| **fly**  10:19 | 74:4 98:8 | 154:22 158:25 | 101:23 102:8,11 |
| **focus**  97:5 180:19 | **fresh**  153:5 | 159:3,5 160:11,17 | 103:7,17,21,23 |
| **folded**  109:16 | **friend**  27:6,7,10 | 168:8,11,20 169:2 | 104:6,15 105:1,9 |
| **folder**  16:25 17:1 | 27:18 32:12 33:1 | 179:4 180:17,21 | 105:11,14,16,18 |
| 17:3 | 33:4 35:2 58:8 | 180:23 181:1,3,6 | 105:23,25 106:10 |
| **folks**  16:17 154:20 | 59:4,4 63:17,22 | 182:6,11,16 183:1 | 107:7 110:6,24,25 |
| 155:14 194:4 | 64:1,3,14 68:7,9 | 183:4 184:1 | 111:3,6,7,12,14,19 |
| **follow**  39:23 51:18 | 68:11,14,18,20 | 185:13,14,16 | 113:14,24,24 |
| 85:3,8 147:17 | 69:1,7,10,13,16,19 | 191:18,20,25 | 117:12,15,16 |
| **followed**  188:10 | 69:20 70:4,6,12,14 | 192:4,13,21 193:4 | 119:16,20 120:2,6 |
| **following**  64:8 | 70:16 71:6,10 | 193:6,11,17 | 122:9 127:12 |
| 129:18 | 72:1,8,11,15 74:6 | 194:11 195:14 | 129:19 131:4 |
| **follows**  6:8 205:8 | 74:17,24 82:25 | 196:19 197:1,11 | 132:6,8,17,20,24 |
| **fonti**  2:18 5:25 | 83:2,14 84:6 | 197:18 198:4,15 | 133:11,13,15,17 |
| **foot**  42:8,12 | 85:17,19 86:15 | 198:18,21 199:15 | 137:24 138:13 |
| **foregoing**  203:3 | 87:1,10,14,22 88:2 | 200:23 201:11,16 | 140:16 141:14,16 |
| 204:3 | 89:20 91:22 92:18 | **friend's**  86:23,25 | 141:23 148:17,20 |
| **forensic**  156:5 | 93:23 96:9,11 | 87:10 91:23 | 149:9,16 154:7 |
| **form**  38:23 39:8 | 97:11,20,25 99:8 | 179:21,24 183:11 | 166:18,21 178:22 |
| 39:17 142:23 | 99:21,25 100:1 | **friendlists**  129:20 | 179:6,8,11,18,20 |
| 147:10 148:11 | 101:13,18,19,23 | 129:21 130:5 | 180:2,9,11,14,25 |

[friends - granted]

181:14,14,21,22
182:12,22,24
183:2,13 185:17
185:21,25 186:4
186:15,19 193:20
196:8,9 197:21
198:5 199:15
200:10 201:7
**front** 20:9 45:2
75:21
**full** 75:25 145:3
193:2
**fully** 35:6
**function** 38:7
195:22
**functional** 164:4
171:22
**functionality**
31:18 127:5 189:6
**functioned** 63:20
87:13 98:16
**functions** 25:4
**further** 185:5
204:17
**fusz** 178:11

**g**

**gain** 89:22 127:2
160:11
**gained** 127:3
**game** 144:7,7,10
**games** 134:11
144:6 148:7
**garble** 185:22
**garrie** 3:21 6:2,3
**gate** 170:25 171:9
175:23
**gated** 112:7
171:13 183:4
**gatekeeper** 170:23
170:24 171:10,14
171:15,17,21

172:1,12,18,20
173:12
**gatekeepers**
170:22,23 171:3
171:14
**gates** 170:10,13,16
170:20
**gather** 10:5 40:12
155:3 157:23
**gathered** 25:22
**general** 25:17
46:24 96:17 99:5
99:13,13 127:18
129:3,8,14 130:16
149:25 157:9
158:17 161:9
177:4 188:12
194:8,9 197:22
**generally** 28:1
29:10 30:12,14
31:8,10,13 37:21
38:3 50:1 109:10
157:18 159:8
162:9 167:6,19,24
195:23 200:23
**generating** 134:7
134:15 135:4
**getting** 63:13 84:3
86:25 115:11
142:1 158:1 164:6
164:7 202:2
**gibson** 3:4,7,10,14
5:21
**gibsondunn.com**
3:6,9,12,13,16
**gillian** 178:10
**give** 16:1 28:14,17
34:12 39:24 54:23
56:20 62:3 66:5
69:1 76:11 80:9
100:5,7 106:13

107:24,24 109:22
110:16 139:15
145:8,24,25 181:6
184:12 199:19
200:7
**given** 17:8 31:2
65:23 69:3 80:3
80:10 90:13 99:17
114:11 122:11
131:9,21,22 139:3
158:8,16 161:1,21
166:5 176:9 192:7
193:2,10,11,16
194:21 195:1
200:8
**gives** 103:3
**giving** 44:10,23
76:10 78:4 80:7,7
80:18,20 122:10
145:11 164:16
201:13
**glad** 23:7
**go** 8:17 12:4 13:12
14:15 29:6,13
36:1,14,22 41:23
46:22 47:19 59:11
63:9 65:9 75:16
85:10 92:1 93:5
93:10 94:25 101:5
106:6 109:24
110:9 125:4
130:18 132:3,18
133:12 144:24
145:16 149:23
154:25 156:2
176:15 178:15
182:9 185:5,11
188:19,20 198:2
**goals** 126:8
**godfather** 108:6,9
108:20,21

**goes** 178:19
**going** 8:21 10:13
12:13 13:8,11
16:3 21:12,16
47:19 60:19 61:13
63:10,13 75:3,8
92:3,24 101:24
114:22 115:10
131:19 134:23
142:20,22 151:8
151:15,16 152:20
153:11 154:25
169:15 174:1
181:24 184:24
185:22 202:1,5
**good** 5:16,24 6:12
8:4 16:7 18:2 24:2
26:13 30:3,3
56:10,12 61:8,9
120:24 152:21
153:4 185:1,8
199:24 202:4,6
**google** 17:3
**gotten** 93:17 95:17
**govern** 197:20
**governed** 33:8
38:6 49:3 165:22
167:17 195:25
**governing** 141:11
**grant** 30:22,25
35:13 83:7 87:15
118:20 168:3
189:12 198:19
**grantable** 124:16
**granted** 53:5
55:13 73:24 88:11
88:12 89:24
121:23 156:15
157:1 160:6
165:22 176:14
187:22 190:5

Veritext Legal Solutions
866 299-5127

[granted - implemented]

192:3,9 195:9
199:11,23 200:7
200:12 201:9
**granting**  157:25
194:14,19 196:11
201:11
**grants**  185:24
**granular**  88:6,10
**graph**  22:22 23:2
24:23,24 38:13,18
39:1,10,22 40:2,3
40:4,7,10,11,14,25
41:3,4,12,13,15
43:10 45:25 46:2
46:9 47:7 50:7
51:13 53:19,23
54:22 73:10,17
77:9 118:11,13
120:25 121:9
126:9 128:10,12
131:16 146:5
176:22 186:9
**great**  18:23 44:14
60:24 96:25 98:12
99:16 185:9
**greatly**  166:25
**group**  48:18 105:6
105:12,15 115:1
116:12
**group's**  105:14
**groups**  104:21,22
104:23,25 105:3,5
113:25 193:21
**guess**  24:5 40:14
69:11

**h**

**h**  207:3
**half**  198:13
**handled**  205:8
**hannah**  3:13 5:22

**happened**  59:18
120:18 187:14
188:16
**happening**  11:8
45:21 119:12
134:10
**happens**  107:19
160:2 164:24
**happy**  22:10
184:16 202:1
**hard**  45:23 69:3
74:1 76:18,20
82:2 95:11,13
109:21 112:9
132:14 139:14,15
145:2,8,24 154:22
164:7 177:25
193:15 200:4
**harder**  43:1
**hardware**  55:20
**head**  8:4 79:8,16
109:21 200:1
**header**  130:22
**heading**  181:9
**hear**  22:15
**heard**  42:10 43:19
43:25 44:16 45:13
45:18 48:13 52:3
94:15 96:4 98:18
146:9
**hello**  76:3
**help**  11:16,17 23:5
24:13 25:15 26:6
26:22 27:9 30:10
32:4,20 37:12
42:5 47:17 52:6
68:12 72:10 73:18
99:11 101:25
110:3 121:18
143:12 144:13,15
157:4 179:5

184:17
**helped**  33:9 34:17
**helpful**  13:5 33:11
35:22 54:15 101:9
108:4,18 123:24
**helps**  93:1 162:15
**hendrix**  4:9 15:7
75:19
**hendrix's**  19:8
**hereto**  204:16
**hey**  174:15
**high**  14:10 25:11
62:14 128:25
129:1,2,6,8,10,12
129:14,18 130:11
130:14 161:17
**highly**  26:24 27:2
27:4 28:4,10,15,21
29:2,5
**himmel**  154:3,17
**holly**  1:24 2:5
204:2,25
**honestly**  9:21
**hope**  124:12
**hour**  152:20 153:1
**hours**  18:1
**house**  3:18,19
**houston**  3:15
**hregan**  3:13
**huge**  96:24 97:11

**i**

**ian**  3:18 5:22 16:3
**idea**  40:1 71:5
76:11 80:10
174:19 175:23
**identifiable**  78:13
**identification**  4:6
17:8 63:19 75:6
92:6 125:6 153:21
173:25 176:18

**identified**  122:1
123:17 129:18
134:15
**identifies**  54:8
113:8,11 130:10
**identify**  5:14 16:7
38:20 51:20 85:14
113:16 122:15
123:3,3 132:18
133:1 172:8
180:16
**identifying**  121:16
180:13
**identity**  76:8,13
76:16,25 77:11,12
77:17 78:17 79:20
**ids**  160:5 173:4
194:12 201:3
**illustrate**  106:3
**image**  116:23,25
**imagine**  71:21
106:5 171:11
**ime**  15:6 67:12
150:24 152:16
**immediate**  85:12
**impact**  9:21 64:1
66:20 67:8 81:10
91:2 99:20 121:13
145:7 146:8,23
147:1,7,21 149:3
149:20,25 150:14
151:10,19,25
152:1,11
**impacted**  98:20
135:3,13
**impacts**  188:17
**implementation**
73:16 176:22
**implemented**
46:13 100:14
166:14

[implementing - integration]

**implementing**
131:16
**importance**
136:23
**important**  7:21
8:3 9:14 20:24
22:5,13 40:5
55:23 69:24 73:1
119:7 186:13
190:24 192:14
193:7 202:6
**impossible**  141:8
193:10
**inappropriate**
80:3 145:11
**inception**  71:14
**include**  35:2 57:11
59:5 104:15 105:8
105:10 130:5
179:3 196:9
**included**  60:13
69:16 91:13
102:17 103:16
104:12,19 105:5
121:15 154:7,22
174:24 178:21
179:23 180:15
194:10 196:8
205:14 206:3
**includes**  11:16
129:3 193:19,21
**including**  18:8,11
63:18,23 64:11
75:19 98:2 132:2
171:1 180:1
194:12
**income**  143:4,18
143:22 144:1,3
**incorrect**  110:16
**increase**  43:21

**index**  4:2
**indicate**  72:4 80:3
154:2
**indicated**  7:20
9:11 12:17 17:15
80:6 189:16
**indicates**  80:10
102:13 178:9
179:15
**indicating**  80:12
80:16
**indication**  76:7
**indicative**  78:14
**individual**  175:15
176:10
**industries**  201:17
**industry**  31:11
161:3 167:21
189:1
**inefficiently**  81:3
81:10
**inference**  129:6
**infers**  144:12,19
**inform**  128:7
**informal**  49:2
**information**  14:22
22:21 25:8,14,19
25:21 26:2,9,12
27:14 29:7 30:17
30:20 31:1 33:11
35:1,2,11,25 36:15
36:23 37:7 38:9
38:11,14,16,19,21
38:23 39:9 43:16
43:20 44:2,6,8,21
44:24 45:15 47:3
47:22 48:5 49:5
49:16 50:9,12,18
50:22 51:8 52:10
52:13,22 53:4,4,17
53:22,24 54:17,19

54:21,23 55:1,12
56:7,21 57:3,8,10
57:11,23,24 58:3,8
58:11,19 59:4,5,5
59:25 60:4,13
61:21,22,23 62:16
63:5 68:1,22 69:1
69:10,13,15,17
70:24 71:11 72:9
72:15 74:11,19,21
77:1 79:24 80:24
82:13,15 83:6,8,8
83:13,17,22 84:5
84:17,22 85:4,18
85:23,25 86:9,14
87:1,8,11,23,24
88:10,21,22 89:4
89:10,19,22 90:14
90:19,21,25 91:4
91:11,15,19,24
92:18,19,20 93:24
94:3,7,16 96:15,18
97:8,19 98:12
99:8,9 101:9,13,19
101:22 102:3,20
102:25 103:5,15
103:21,23 104:4,6
104:9,16,19,20
105:1,20,24
106:17,20,24
107:11,14,21
108:1,8,18,23
109:7,11,13,14
110:1,7,13,17,22
111:1,2,3,6,7
113:5,6,9,13,17,20
114:10,12 117:21
117:23 119:11,17
120:1,5,20 121:17
122:24 123:5,15
124:4,5 127:14,15

128:2,7,13 137:18
137:18,20,23
138:3,12,15 139:8
139:10,20 140:5
140:10,10,15,20
140:21,24 141:5
141:21,23 142:2,9
142:12,13 145:16
145:23 155:13
157:6 172:11,23
173:1 179:10
182:7,20,23 183:1
183:5 185:18,20
186:1,19,21 194:5
**informed**  156:13
**inherent**  70:16
**initial**  40:13 70:2
**initiatives**  121:12
121:15,25 124:3
131:15
**ins**  50:4 51:7,11,12
51:16,20,24
**inside**  64:24 144:8
144:9 171:2 200:3
**install**  135:19,23
136:1
**installed**  88:17
121:20 123:17
**instruct**  95:3
**instructs**  8:15
**insurance**  189:1
**integrating**  51:8
97:14
**integration**  30:16
52:2,3,5,11,16,23
52:24 53:8,21
54:16 55:2,7,25
56:1,6 83:1
190:13,16,25
191:7,12,20
192:24 193:25

**[integration - launched]**

integrations
195:19 196:1
200:1
integrations
126:20 167:14
190:17,17,18
192:25 197:5,7
199:1
integrators  30:16
integrity  14:5
intend  11:21 69:20
140:4
intended  118:5,17
118:19 140:16,23
intent  107:2
interact  24:10
53:11 55:25 140:2
interacts  56:7
interchange  38:23
55:1
interchangeably
21:13
interested  81:7
183:7 186:2,8
187:5 204:19
interface  25:7
30:18
interfere  9:25
internal  18:11
36:24 37:2,3
115:1 169:6,16
internally  74:23
116:13
international
10:16
internet  18:23
interpret  77:15,16
78:2,19
interpretation
77:4,10 78:5
interrupt  39:14
79:10

interrupting  59:12
introduce  6:13
92:3 153:18
introduced  85:1,9
87:18 90:2 181:24
182:2
introduction  43:5
120:25 121:3,9
invisible  113:24
invitable  111:14
181:14,21
invited  62:12
involve  145:22
involved  29:14
40:19 48:17,20
63:19 66:22 71:15
71:17,19,23
150:25 154:5,12
154:14,18,21
157:11 173:18
192:2 194:17,18
195:3 196:11,15
involvement  65:23
156:5
involving  69:7
ios  24:17,20
issue  21:21 67:2
82:3
issues  42:12 93:16
94:11,19,21 95:8
95:12

**j**

jackie  174:5
january  13:22,23
48:22
jclarke  3:16
job  1:25 170:4
171:25 205:5
207:2
john  3:20 5:11

joined  13:10 40:21
61:4 154:15 168:9
josiah  3:16 5:22
jsc  1:8
june  115:3 116:4
117:19 177:20
178:9
jury  22:14,15

**k**

keen  126:20
127:22
keep  60:23 169:15
184:24 202:1
keller  2:11 5:17,19
6:15
kellerrohrback.c...
2:13,14,15,16,17
205:2
key  132:4,5,19
133:12 134:15
135:11 136:7
kind  14:22 41:5
55:3 136:12
140:17 161:12,13
186:14 200:2
kinds  145:23
172:2
kingdom  2:4
knew  123:13
know  10:25 15:24
17:6 19:2 24:16
29:15 32:25 38:22
45:12,17,22 46:15
59:14,15,17 66:17
70:21 71:8,8,22,24
76:18,20 80:24
82:2 84:8,24 90:7
92:13 94:12 95:7
95:11,17 97:2,22
109:4,12 110:5,20
112:1 113:15,22

120:17 129:2
132:10,13,21
133:7,19 136:6,8
136:11,17,20
137:11 147:13,14
150:13,19,20
154:18,23 157:8
158:18 159:25
164:24 170:7,19
185:22 191:8
192:10 201:10
knowledge  64:19
64:20 65:18,21,24
66:3 111:24,25
138:23 155:20
156:25
knowledgeable
128:1
known  29:19
40:18 41:6 65:12
68:1,3 135:18
knows  94:20 95:8
ko  2:16
konstantine  29:17
konstantinos  4:8
29:17,20
kp  29:19,25 75:18
76:2 77:11 80:5
81:14,18,20,25
82:5

**l**

large  41:20
late  14:1,4 61:9
202:2
laufenberg  2:12
5:18 6:16
launch  41:5,15
43:4 167:8,13,15
167:18,24 177:2
launched  39:18
40:3,10,17,20 41:8

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

**[launched - major]**

41:20 46:16 51:13
71:21 87:20 88:7
119:14 121:11
125:20 147:6
167:8,8,12
**launching** 71:22
167:23
**law** 2:12,13,14,16
2:20,21 3:6,9,12
3:13,16
**leading** 29:21 91:6
**learn** 109:25
**led** 126:1 150:25
192:16
**legal** 65:2 93:16
94:11,19,21 95:8
95:12 192:8 195:6
205:7
**lesley** 2:20 5:25
**level** 42:9,12 54:20
54:25 59:15,16
62:14 145:3,5
161:18
**lifespan** 161:8
**light** 185:7
**lights** 115:11
**liked** 102:22
117:24 120:6
**likes** 72:17 102:17
102:19 111:19
119:19
**limit** 44:7,20 89:8
165:4,5 166:1,2
**limited** 63:18 69:6
105:24 106:19
107:25 126:11
138:2 140:25,25
148:20,23 182:15
182:23 186:18,21
192:5 198:22

**limiting** 43:12
119:15 128:13
165:24
**limits** 166:3,8,11
**line** 96:22 205:15
206:4 207:4,7,10
207:13,16,19
**lines** 70:9
**link** 17:3 116:20
116:21
**linkedin** 13:12
40:12
**list** 18:6 29:3
62:25 77:22 105:4
105:5,8 113:7
116:8 132:21
136:5 158:9
164:25 176:24
178:18,24 179:2
179:14 180:7,15
181:13 182:11,12
183:2 193:2 198:6
199:23
**listed** 129:25
179:22 181:5
**listening** 16:5
**lists** 73:4 178:23
181:6
**litigation** 1:6 5:10
6:16 21:21 147:16
168:2 205:4 207:1
**little** 12:14 15:13
142:14 155:2
177:19
**live** 10:8
**llp** 2:11 3:10,14
**loaded** 114:25
**located** 2:3 10:3
**locked** 205:12
206:1

**loeser** 2:14 4:4
5:16,17 6:10,11,14
7:12 12:2,11 17:6
17:14 18:15,21
19:5,12,18 37:6,10
60:18 61:7 66:14
75:1,7 92:1,7
94:25 95:5 101:3
112:15,23 113:2
114:14,22 115:9
115:15 125:4,7
138:22 143:2
145:12 146:2,15
146:20 148:22
153:11,22 168:23
169:13 173:22
174:1 175:7
176:15,19 178:7
184:13,23 185:4
196:21 198:1
201:23 202:9
205:1
**log** 26:16 56:18
**logged** 58:21
104:18
**logging** 57:6 90:5
**login** 4:12 125:15
125:19,20,22
**logs** 156:15,25
157:4
**london** 2:3,4 5:7
10:3,8 14:3
202:14
**long** 13:7 17:23
92:23 157:7
**longer** 27:25 82:6
155:2 178:17
185:6 187:3,7
190:1
**look** 44:18 63:12
68:5 75:24 78:16

96:22 100:3 110:9
115:18 116:16
117:2 142:25
143:8 152:22
172:12 177:6
178:15
**looked** 113:22
114:3 121:22
143:24 175:8
**looking** 14:23
19:10,19 42:6
65:4 77:5 116:15
117:11 125:18
174:4,15 179:14
183:14 190:15
192:20
**looks** 116:22,23
120:13 131:3
142:20 179:19
181:18
**loss** 150:3,12
**lost** 168:19
**lot** 46:20 76:10
78:4 80:7,7,18,20
81:12 100:18
157:21 185:6
**love** 108:20
**luke** 154:2,14
**lulu** 93:18 95:17
95:19 96:5,5,10,20
**lweaver** 2:20

**m**

**macdonell** 3:20
5:11
**machine** 65:11
**magically** 75:10
**mailbox** 129:20
**main** 3:15 127:6
**maintained** 160:5
**major** 13:14 41:18
42:12 43:9

**[majority - modifying]**

**majority** 74:8
160:17
**making** 45:3 57:18
80:1,13 89:11
97:8 139:12 141:7
157:18 158:17
**manage** 129:21,21
129:24,25 130:5
169:7,8,17 172:2,6
181:6
**managed** 172:18
**management**
172:19
**manager** 13:20,24
116:6
**managing** 170:16
**manifest** 98:6
**manifested** 159:6
**manner** 16:22
**manufacturers**
200:1
**map** 123:10,21
**mapping** 181:16
**mark** 18:15,16
71:17,21,24 75:3
133:5,7,11,15
153:12,17 174:1
**mark's** 132:6,8,16
132:19,24
**marked** 4:6,20,22
4:22 18:17,19
19:7 75:5 92:3,5
103:12 114:24
115:6 125:5
153:20 173:24
176:17
**master** 3:21 6:2,3
7:20 9:10
**master's** 14:11,16
**matches** 68:3

**materials** 11:13
17:8,16 18:12
37:15
**math** 79:8,11,14
79:16
**matt** 3:12 5:23
16:3,5
**matter** 5:9 7:3,11
7:13 15:4 62:1
78:11 98:24 103:8
166:25
**matters** 7:1,8 9:13
20:21 21:7 67:17
67:20,22,24
155:17 156:10
**matthew** 2:21
**mau** 117:6
**maus** 78:18,21
**mbuongiorno** 3:12
**md** 1:8
**mdl** 1:7 4:9,11,13
4:16,18 174:3
**mean** 13:8 21:13
22:16 23:5 26:6,8
27:10 31:7 48:24
68:13,18 69:11,20
72:10 73:18,21,22
73:23 74:15 76:23
78:19 80:1,23
87:6 90:4 91:18
118:15 121:18
135:25 143:12
158:24 159:2,4
161:6 179:6
180:24 185:15,17
185:18 190:9,12
**meaning** 31:12
80:18 158:3
**means** 25:8 32:5
38:5,10 78:1,21
128:11 129:8

157:13
**meant** 37:19 42:25
43:1 82:5
**mechanism** 39:7
42:20 50:21 53:20
54:25 164:21
169:19 171:17
173:9
**media** 190:17
**medication** 10:2
**medications** 9:24
**melamed** 2:21
61:4
**member** 104:24
105:4,5,6,7,8
**members** 105:15
**memory** 65:7
**mental** 44:14
**mentioned** 30:5
56:5 78:15 96:20
109:23 111:13
146:17 148:2
188:21
**mentioning** 148:5
**mercy** 18:23
**message** 4:10
**messaging** 11:7
**met** 6:12
**meta** 3:18,19 7:7
10:6,8 12:18,19,20
12:20 13:1,9,15
15:3,21 21:6,10,12
24:1 45:10 92:15
169:11,17 170:24
171:18 172:1
173:10
**metadata** 75:14
133:23 178:8
**method** 38:3 77:8
77:21 114:12

**mid** 14:4,6
**migrate** 172:19
187:18,22 188:14
189:17 194:21
195:10 198:23
199:20
**mill** 3:8
**million** 79:3 117:6
**millions** 123:18,18
**mind** 42:14 43:18
47:18 109:5
**mine** 130:1
**minute** 125:13
162:1 189:19
**minutes** 15:16
86:12 153:3
184:17,21,25
185:6
**missed** 76:12
**mix** 122:19
**mixed** 164:7
**mixing** 164:11
197:18
**mmelamed** 2:21
**mobile** 22:24
24:19 42:24 56:9
56:13 135:18,23
136:1 194:2
**model** 91:3 94:7
154:8
**models** 94:7
**modification** 33:6
160:6
**modifications**
160:8
**modified** 32:9
158:12 166:15
**modify** 31:22
173:10
**modifying** 158:18
158:18 167:22

Veritext Legal Solutions
866 299-5127

**[modifying - observing]**

169:20
**moment** 92:8
198:3 202:7
**monday** 1:20 2:5
5:1
**monetization**
99:10
**money** 135:23,24
**monthly** 78:19,21
78:22 79:1,20
81:21
**morning** 5:16,24
6:12 61:8,9
**move** 28:13 33:12
152:19 153:18
155:1 181:8
**moved** 42:24
**movie** 108:5,19,21
183:14,15,24
184:2
**moving** 101:7
**multiple** 171:14

**n**

**n** 4:1
**name** 6:14 26:17
26:20 29:18,24
37:3,5 71:9 75:17
182:17
**names** 15:24 154:4
**narrower** 22:1
**naturally** 73:20
**nature** 46:24
**nearly** 119:25
**necessarily** 36:12
36:17 60:14 68:23
80:2,22,23 83:10
90:7 165:25
**necessary** 53:18
205:14 206:3
**need** 8:22 11:2
12:4 13:2 18:16

19:13 20:7 21:18
54:3 84:24 107:23
108:13 109:1
110:9 122:3 149:7
152:22 153:23
164:10 167:20
172:12 183:6
**needed** 13:4 21:18
88:10 166:10
189:3 198:23
200:5
**needing** 188:14
**needs** 21:15
**negative** 188:17
**neko** 135:15,15,17
135:17,20
**net** 64:2 66:21
67:8 109:17
151:10,19,25
152:1,11
**never** 60:6
**new** 10:25 18:4
19:6 41:7 131:16
167:23 171:8
181:9 183:9
189:18
**newsfeed** 34:11
35:14,14 127:12
127:24
**night** 156:13
**noise** 168:10
**noisy** 136:5,6,8
**non** 117:12,15
**nonapp** 61:15,17
63:4 88:24 89:22
96:13
**nonpublic** 165:11
**nonstandard**
165:10
**nonwhitelisted**
70:7 187:7

**normal** 54:19
**northern** 1:2
**notating** 205:15
206:4
**note** 178:8
**noted** 11:24 12:10
12:12 37:9 202:14
**notes** 4:15 11:12
12:4,15 152:22,24
153:12,25 154:2
190:16
**notice** 18:24 19:20
19:23 20:2,5 47:1
61:13 66:1 67:25
87:9 88:21 89:21
151:8,9,17 154:25
**noticed** 153:24
**noticing** 5:15
**notification** 89:2
89:25 90:10
**notifications** 88:4
129:21,24
**notified** 88:2,18,24
**noting** 178:12
184:13
**nottingham** 14:12
14:17
**number** 1:25
15:25 17:4 31:23
33:10 34:20 41:20
45:7 46:10 64:24
69:25 71:19 72:18
72:20,22 73:22
75:19 76:5 77:7
78:5,7,10,12,13
80:21 81:6,21
82:11,21 90:2
97:12 98:9 101:14
101:17 113:3
115:8,9 121:7,12
121:16,22 122:1

122:15 123:4
124:7,24 125:8
126:8,10,11 127:3
128:9 129:4
130:12,19 132:5
132:12,13 133:9
135:12 136:14
140:8 165:20,20
166:3,5 167:10,13
171:2 174:2,17,19
176:23 177:3
178:25 182:5
187:15 194:11
201:5,18 205:15
206:4
**numbers** 75:12,12
79:16 117:5
128:17 133:16
134:2,5

**o**

**o'neil** 4:11 15:6
67:11 92:9,25
93:6,12 94:9
134:15
**o'neil's** 96:23
133:24
**o0o** 2:1,7 4:5,24
5:3,5 6:4 202:17
203:1
**oakland** 2:19
**oath** 21:10
**object** 8:14 94:23
142:22 183:11
**objecting** 8:17
**objection** 138:17
145:1,19 146:6,18
148:18 175:2
195:16 197:16
**objects** 183:9
**observing** 9:11

**[obtain - part]**

**obtain** 50:17 56:6
58:10 59:25 60:3
103:21 119:10
137:20
**obtained** 50:22
59:4 97:18 140:6
140:15 148:16
168:7
**obtaining** 25:18
79:24 117:20
**obtains** 140:20
**obvious** 76:11
78:4 80:8
**obviously** 68:6
94:20 157:21
**occur** 150:4
**ocean** 10:19
**october** 4:16 174:6
**offered** 53:1
165:10 190:3
191:10 204:13
**offering** 167:23
**offers** 142:18
**office** 205:11
**official** 28:11,24
29:1,2
**oh** 120:24
**okay** 6:23 7:16 9:6
9:10,20,24 10:9,13
10:24 11:7 12:16
12:22 13:5 14:8
15:23 16:25 20:4
20:10,19 21:12,24
22:12 23:19 25:3
26:22 27:5 29:23
32:13 34:1 35:17
36:14 37:24 40:12
40:23 41:16 42:11
43:8 46:5 48:9,17
48:23 49:12 50:21
51:5 53:14 54:1

54:14 57:1 60:18
61:1,19 65:13
67:21 69:18 73:2
77:10 79:2 80:5
83:11,19 85:3
86:18 88:19 89:1
92:1 93:3,10
100:3 101:7,24
102:19 103:2,20
106:16 108:3
109:9,23 111:9
112:25 113:1
114:14,17 115:13
115:18 116:4,8,16
117:2,19 118:2,25
119:8,21 124:5
126:4 127:6
128:16 129:17
134:7,13 135:20
139:4,17,19
141:21 142:7
143:3 146:3,16
147:17 148:1
154:24 156:23
157:12 159:10
160:19 161:23
163:2 165:16
168:6 170:11
172:8 173:22
174:14 176:15
177:18 178:2,7
180:23 184:23
185:9,10 186:6,11
187:11 191:16
198:14,25 201:23
202:9
**once** 15:15 142:7,7
142:13
**ones** 58:10 180:24
181:5

**ooo** 1:3 6:9
**open** 105:12
**operate** 166:10
**operated** 71:16
201:5
**operating** 195:21
196:2
**operative** 46:1
**operator** 5:6 61:1
61:5 114:17,20
153:6,9 202:12
**opt** 83:16 86:14
**option** 86:25
**order** 18:1 34:11
51:2 53:6,16
57:18 58:15 70:22
164:4 185:5
186:21 191:9
195:22
**organization**
48:21
**organize** 175:20
**original** 39:17
41:12 42:16 71:1
85:21 87:21 89:5
120:6 154:21
159:17 169:3
205:10,21
**originally** 40:17
65:6 90:16 98:16
163:14
**output** 131:24
**outset** 72:2
**outside** 140:6
142:15
**overlapping** 39:15
162:18
**overview** 126:5
**owned** 23:14
92:18 93:22,23
160:4,5

**owner** 54:9
**owns** 94:6

**p**

**p.m.** 2:4 5:2,7 61:2
61:3,3,6 114:18,19
114:19,21 153:7,8
153:8,10 184:14
202:13,14
**package** 194:9
**page** 3:8 4:3,7,21
20:6,7,8,9,10
50:13,14 63:10
75:16 79:12,17
93:1,6,11 100:4
104:4,9 108:20
115:19 125:15
126:5 128:16,17
128:18,19 178:16
178:19 181:9
205:15 206:4
207:4,7,10,13,16
207:19
**page's** 104:11
**pages** 104:1,2,8,17
205:14,17,17
206:3,6,6
**palo** 3:8
**papamiltiadis** 4:8
29:20
**paragraph** 75:24
75:25
**paragraphs** 20:22
**parallel** 155:11
**parse** 92:16
**part** 10:10 13:16
32:25 41:21 70:16
71:13 72:1 100:1
119:6 121:8,25
123:20 125:21
126:1 144:22
151:9 154:7

[part - permissions]

174:12 175:6
177:2 195:19
196:5
**particular** 6:21
20:21 44:2 67:2
71:7 82:24 86:21
89:16 94:19 95:23
131:1,12 148:17
149:21 156:16
157:1,6 158:1,3
176:14 189:22
**parties** 23:14,17
38:15,17 39:9
44:3 45:16 47:4,6
47:10 48:16 49:2
49:10 52:10,17
54:24 61:23 76:8
77:12 83:18 94:4
94:8,17 128:14
146:5 198:7
204:18,21
**partly** 100:22
**partner** 13:18
48:13 52:5,25
53:21 55:2 56:6
83:2 136:12,17,23
137:10 150:4,7,10
150:12 157:14
158:15 159:19
160:1,1,5,12
162:21 163:6
165:18 190:15
192:8,24 196:1,25
198:9 199:4
**partner's** 55:7
**partners** 48:10,12
49:15 52:2,4,11,16
52:23 53:8 54:16
55:25 69:12,14
98:24 136:10
137:3,8 149:4

150:5 152:5
159:13,16 160:9
160:23 164:3
166:21 167:8,13
167:24 168:4,7
189:13,22 190:8
190:10,10,13,16
190:25 191:7,12
191:20,24 192:25
193:25 195:14,19
200:16
**partnership** 13:20
136:15 143:10,11
143:13,14,16,19
**partnerships**
13:17 48:18,21,24
48:25 49:4,8,9,20
136:19 143:20
150:25
**parts** 175:4 195:18
**party** 5:15 23:3,6
23:20,24 26:16,20
32:2 50:11 51:8
53:6 55:18 84:16
91:12 139:9
148:16 164:16
197:10 198:9
**party's** 52:21
**passed** 182:18
**password** 26:17
26:20
**patience** 46:22
**pause** 39:13 202:7
**payment** 134:10
144:9
**payments** 134:10
**pdf** 205:12 206:1
**pearly** 170:10,13
170:16,20
**penalty** 203:2
205:16 206:5

**pending** 8:25
**people** 15:2,11,15
15:25 28:23 29:13
29:16 38:16 44:25
49:8 59:5 60:3,14
61:23 62:19,21,22
62:25 64:24 67:6
67:9 71:14,16,19
75:19 91:18,22
95:25 105:8,10,13
107:10,12 108:1,8
116:9 117:11,16
117:24,25 118:7
127:20,24 146:11
150:11 154:4
155:16 161:13
166:16 187:12
188:18,25 192:2
194:16,17 195:3
196:11,17
**people's** 62:17
117:10
**perceive** 97:13
**percent** 116:2,14
**perform** 142:17
**performance**
143:7,25 145:21
**performing** 143:1
143:9
**period** 21:21,25
32:25 39:11,14
40:25 45:13,21
51:10,21,25 64:3
80:13 84:1,7,20
88:5 112:2 120:22
131:12 135:22
151:3,12 152:13
154:10 160:25
166:5,23 169:25
186:8 192:9
204:15 205:18

206:7
**periods** 88:16
166:25
**perjury** 203:2
205:17 206:6
**permission** 28:15
28:18 30:7,9,14,21
31:2 33:13 34:13
35:8 95:2 97:18
102:10,15 103:10
108:8 163:8 167:5
180:9 181:1
185:21 191:3
**permissions** 27:5
27:16,17,18,21,24
28:3,6,11,20 30:23
30:24 32:13,19
33:1,4,17 55:13
63:21 72:22,25
73:2,9,11,12,15,16
74:4,6,14,17,22,24
77:13 81:25 82:8
82:24 84:6 87:16
87:18 88:6,7,10,13
89:25 94:22 96:9
96:11 97:8,11,20
98:1,23 99:22
100:1 101:8,10,12
101:15,18,21
111:16 112:2,4,5,8
112:10,11,16,16
112:20 113:25
119:5 121:2,6,8,23
122:6,13,16,21,24
124:10,14,15,23
124:25 129:4,11
129:12,18,19
130:11,13,20
131:4,8,19 132:2,2
134:14 135:8,9
141:3 148:24

Veritext Legal Solutions
866 299-5127

[permissions - possible]

149:1,6,8,14,17,18
149:21 150:2,6
156:15 157:1
158:2 159:7
160:21 162:9,14
163:7,11,17
164:17 168:4,8,12
168:15,20 169:2
172:10,15 173:15
173:21 176:23,25
177:3 178:16,22
178:24 179:1,3,3,9
179:16,17,20
180:1,8,13,16,21
180:21,24 181:2,4
181:22 182:4
183:4 185:17
187:3 188:5
189:14,24 190:8
190:23 192:5,14
193:21 194:11
195:22,24 196:3,8
196:9,20 197:19
197:19,21 198:5
198:10,16,18,22
199:6,10,16
200:10,24 201:1,8
201:11,16
**perms** 128:25
129:1,2,6,8,10,14
130:14
**person** 50:12
70:21 71:7,9,12
89:19 106:17,20
106:25 107:20,21
111:7 137:19
142:3 154:17
176:10 204:7
**person's** 35:14
89:19 182:17
183:10

**personal** 64:18,20
65:18,21,24 66:11
66:12,15 76:22
82:4 145:5 146:19
148:6 155:23,24
156:3,25
**perspective** 28:2
99:16 200:19
**pertains** 109:15
178:6
**phone** 11:9 53:17
53:19 56:8,9 59:1
**photos** 111:16,18
111:19,21,23
117:11,25 118:6
118:18,20,23
119:1 120:11
179:24 180:1,4,9
180:10 186:20
**phrase** 52:3 68:13
68:20 69:18 77:4
77:17 78:3 89:15
160:1
**phuntso** 3:9 5:23
**physical** 55:21
**picking** 33:16
**picture** 182:18
**piece** 67:18 141:10
141:18
**pin** 147:18 197:9
**place** 35:23 44:15
82:22 109:24
204:8
**placebo** 88:4
**places** 181:18
**plaintiff's** 19:20
**plaintiffs** 2:3,10
5:17 6:1,15 17:17
17:25 18:25
**planning** 11:25

**platform** 13:17,24
23:9,12,16,18 24:7
24:8 27:25 30:21
30:23 31:15,17,21
31:23 32:8 33:3,5
34:2 37:23 39:8
39:17 42:18,21
43:23 45:11 47:5
47:11 48:5 49:7,9
49:11,16,19,21,24
50:23 53:1,9 54:2
54:6 55:4,6,6,10
56:14 62:10 65:6
65:9 69:21 70:17
71:2,14,15,18,20
71:22,23 72:1,5
74:9,18 82:23
83:4,17,23 84:23
85:22 86:4 87:20
89:6,18 90:16
91:12 97:15 98:19
99:5 100:2 112:3
112:18 113:12,19
114:5 116:7 121:5
122:16 123:22
124:8,9,22 125:3
125:20,25 126:18
126:21,24 127:1,4
127:15 129:5
136:19 138:5,7,9
138:24 139:18,25
140:9 143:19,21
143:22,23,25
144:2,4,5 146:8,11
146:23 147:1
154:6,14,19,22
156:6 157:4 158:5
158:11,19,22
159:16,19 161:6
161:11,12 163:24
164:22 165:10

167:7 168:2
169:21 172:5
173:4 174:7
177:13 189:18
194:3 195:6 201:4
201:15,15
**platforms** 3:18,19
12:20 24:1 52:21
**play** 186:12,24
**pleadings** 16:9
**please** 5:14,15
7:25 8:16,22 12:9
47:25 156:2
157:13
**plenty** 160:19
**plow** 153:1
**plug** 50:4,16,19
51:7,11,12,16,20
51:24
**plus** 192:2
**point** 8:22 9:12
88:19 95:6 112:14
113:15 135:9
142:6
**policies** 63:25
64:13 138:5,7,16
138:19 139:3,18
**policy** 115:2,19
116:10 120:15
**poll** 4:11,11 92:9
92:13,14,25 93:7
100:20
**poll's** 100:3
**position** 116:5
**possible** 28:22
38:15 60:5 81:1
86:6 89:23 90:1
100:25 116:25
118:3 141:13
150:11 156:20
168:2 190:4

Veritext Legal Solutions
866 299-5127

[possible - provide]

196:16
**post**   63:10 102:13
   102:13,18 115:1
   116:16 117:3
   119:25 120:7
   141:14,15 182:19
**posted**   35:15
   115:24,25 116:3
   141:14 142:3
   178:1
**posts**   73:6 102:2,4
   102:5,8,9,11,14,16
   102:21 103:5
   104:10,11,12
   105:6 108:20
   111:16 113:25
   117:11,25 118:5
   118:17,20,22
   119:1,20 120:7,10
**potential**   94:24
   121:13 150:12
**potentially**   26:18
   78:13 89:8 135:7
**pre**   39:10
**precise**   109:18
   162:24 184:6
**precisely**   111:2
   138:20
**premise**   32:14,16
   71:1 85:22 86:4
   89:5 90:18
**preparation**   66:3
   66:25 67:3,6,15
   96:6 121:9,11
   147:4 148:4,11
   150:21 152:6
   156:8,20 174:12
**preparations**
   66:18 155:21
**prepare**   11:12
   16:10,24 17:9

29:3 37:15 64:22
   155:7 156:12
**prepared**   11:15,18
   20:22 64:7,8
   67:19 127:16,19
   133:8 138:18
   145:4 155:4,8
   156:14
**preparing**   66:9
   155:9,10,17
**present**   3:17 15:19
   15:22,24 20:24
   21:22 32:23 163:3
**presentation**   4:12
   126:7
**presented**   16:22
   18:20 115:7
**pretty**   184:24
**prevent**   83:17
   142:1,15 199:20
**prevented**   141:24
**previous**   32:6
   46:16 51:23 65:15
   111:17 135:8
   170:3,7,9 182:10
   182:10
**previously**   4:20,22
   4:22 6:20,24
   18:17,19 98:17
   111:13 114:23
   115:6 147:15
   149:22,24 164:20
   182:3
**primarily**   42:21
   66:24 139:25
   156:4 188:13,17
   193:24
**primary**   38:13
   139:24 173:6
   193:25

**prior**   19:6 73:16
   88:8 120:25 121:3
   181:23
**priorities**   127:7
**privacy**   1:5 5:9
   63:25 64:13 91:9
   91:13,15 103:18
   141:11,16,22
   205:4 207:1
**private**   37:11,16
   37:20,25 38:2
   68:25 69:4,6,9,11
   69:21 70:7 161:25
   162:2,5,8,12,13
   164:5,15,19 165:1
   165:16,20,21
   166:19 167:2,4,16
   168:8,24 174:7
   191:13
**privilege**   94:24,24
**proactive**   81:24
**probably**   16:1
   20:20 150:24
   152:21 162:15
   185:1
**problem**   176:3,6
**problems**   41:25
   42:3 43:3,9
**procedure**   19:22
   205:19,20
**proceed**   164:9
**proceedings**   5:4
**produced**   18:9
   65:1 67:5 147:15
**product**   13:24
   24:11,11,14,15
   25:1 51:6 57:15
   65:23 98:20 116:6
   135:17 136:2
   143:5,15,22
   167:11

**products**   50:10
   142:18,25 143:3,6
   143:7,10,11,13,17
   143:25 144:6
   145:6,21,22
   167:23 173:11
**profile**   1:6 5:10
   182:18 205:4
   207:1
**profit**   44:9,22
**profits**   64:2 66:21
   67:8 151:10,20,25
   152:2,11
**programmatically**
   38:19,21
**programming**
   25:7
**prohibited**   138:20
**project**   29:14,16
   29:21
**pronounce**   16:4
   29:18,24
**proper**   73:13
**proposed**   135:10
   146:9,24 147:2,6
   147:21
**proposing**   175:18
**pros**   90:24
**protect**   100:6
   126:9 128:9,12
**protection**   126:10
**provide**   17:7
   25:14 27:13 35:11
   38:8 50:8 53:7
   69:12 80:18 85:3
   85:5,6 86:7 89:4
   102:7 104:25
   105:20 107:11
   108:3,10,18
   110:20 113:5
   132:23 182:6

**[provide - reason]**

190:21 191:9
192:21 193:3
194:25
**provided** 4:14
32:18 47:2 52:23
60:13 61:22 62:15
69:9 72:8,14
80:17 101:9,18
106:24 107:3,3,22
110:21 116:9
123:4,14 124:5
127:5 140:23
148:8 152:17
153:13,13 179:3
180:14 189:17,23
193:6,20 197:6
204:15 205:19
206:8
**provides** 78:17
106:16,19 110:1,6
113:9 178:13
185:25
**providing** 49:5
63:4 87:11 98:11
98:23 99:4,20
118:24 185:13
188:25 190:7
195:13 197:14
**proxy** 89:14
**ps12n** 4:12 125:16
125:24
**public** 112:21
125:1 140:16
163:16 168:17
187:16 196:3
**publicly** 36:9
104:13 135:10,10
140:10 149:5,15
151:21 152:3
162:22 163:6,8,12
163:13,17 167:12

168:7 172:14
173:15,20 180:18
180:18 186:17
188:16 189:13,23
190:8,22
**published** 36:5
106:14
**pulled** 78:25,25
**purpose** 63:18
68:10 70:11,14
137:17 138:3
161:20
**purposes** 20:24
69:19 140:21
**pursuant** 19:21
22:24
**put** 75:1 93:23
114:22 153:18,24
159:1 186:3 193:1
198:3
**pwangdra** 3:9

**q**

**qualification**
35:22
**quantify** 135:12
**queried** 81:2
**question** 7:24,25
8:10,16,18,24 9:1
11:23 12:24 13:3
31:3 32:15 33:20
35:5 37:13 44:12
44:18 47:15 48:10
52:7 56:11 58:17
59:3 66:8,10
68:15 69:3 84:24
85:11 92:22 95:6
95:7 99:12,14
109:3 110:8 111:3
112:15 114:6
120:24 132:15,25
134:5 139:5

140:19 145:3,10
145:14,25 146:1
149:16 150:23
151:16,16 152:15
163:10 169:3
175:4 183:12
184:1,4 185:10
187:1 193:9,15
196:5 198:13
201:7
**questions** 8:2,9,14
9:5 11:5,18 12:1
14:24 21:24 25:4
46:19,23 52:8
61:12 66:23 70:9
82:15 101:8
112:24 115:3,20
116:10,19 125:14
130:24 152:23
153:16 156:7,19
164:8,12
**quick** 76:3
**quickly** 115:10
152:22 184:25
**quite** 70:10 179:7
**quotes** 93:23

**r**

**r** 207:3,3
**r&s** 206:1,9
**raised** 94:21
**ran** 50:14 59:19
113:23
**range** 31:18 41:15
42:3 43:15 44:4
48:14 49:1 69:5
88:9 91:10,14
135:7 137:13
138:5 160:14
**ranging** 49:2
**rate** 81:20 82:1
95:23,24 165:4,5

165:24 166:1,2,3,7
166:11
**rationale** 188:7
194:18
**rblume** 3:6
**reach** 151:6
**reached** 120:14
**reactive** 81:24
**read** 17:20 33:13
33:22,25 34:5,10
34:25 35:7,13
44:16,19,25 63:14
64:4,5,19 66:5
67:1 79:5 92:21
96:3,5,6 100:15
118:9,10 123:6
126:13,14 129:20
129:20,20 130:8
135:5 155:2,4
174:17 177:25
181:25 183:8,16
183:18
**readily** 124:16
**reading** 79:16
81:19 96:19 97:10
117:22 120:12
174:18 205:23
206:9
**realize** 91:19
**realized** 61:12
**really** 7:18 29:18
54:15 75:9 95:6
103:8 111:5
145:24 192:14,18
**reason** 43:18 44:7
44:20 76:11 78:4
80:8 81:17 127:21
139:24 196:11
199:2,18 200:7
207:6,9,12,15,18
207:21

[reasonable - render]

**reasonable** 63:7
77:3 131:24
**reasonably** 67:17
67:22,23 68:1,4
156:9,11
**reasons** 41:10,15
41:18 43:15 81:6
82:14 103:21
192:11,20 193:2
195:9,12 196:17
197:13 198:20,24
200:15,21 201:8
201:10
**rebuilding** 191:5
**recall** 7:1,5,11
9:25 16:12 28:19
29:15 63:6 89:15
92:15 95:20 96:19
107:1 108:11
119:24 120:9,17
122:5 133:4 134:5
146:13 147:9
148:5,6,9,19 150:1
150:8,13,16 154:1
174:10,11,22
179:12,13 188:24
**recalled** 45:6
**receive** 51:3 89:2
144:2,4
**received** 16:16
17:3 89:21 172:10
**receives** 137:10
**receiving** 58:25
**recess** 61:3 114:19
153:8
**reclarify** 164:10
**recognized** 98:22
**recollection** 67:7
182:22
**record** 5:6 6:13
7:19 8:5 9:16 12:5

22:7,14 61:2,6
114:18,21 153:6
153:10 155:3
169:9 178:8,12
184:14 196:23,23
202:13
**red** 81:5
**reduced** 204:9
**refer** 11:21,25
12:24 23:20 28:15
29:25 30:15,21
38:2 70:3 73:14
77:24 78:7 80:22
94:5 97:12 107:23
108:13 109:1
126:16 133:16
135:21 157:22
158:8 159:4,20
162:8
**reference** 33:21
81:16 96:4 97:7
118:11,13 122:22
148:11 159:11,12
**referenced** 4:20
205:6
**references** 96:5
**referred** 27:15,18
28:21,22 34:22
41:7 48:2 73:12
89:14 122:20
132:11 134:12
135:6 158:4
175:13
**referring** 12:23
23:21,23 24:16
25:16 27:1 32:21
35:21 47:16 49:20
53:12 54:12 73:5
75:9 76:19,21,24
77:6 80:21 82:17
82:19 86:11 88:8

93:5 94:9,13,14,18
95:10,12,15,18
97:2 100:23 110:4
110:14,25 117:15
117:16 120:22
122:23 136:12
139:23 142:5
154:10 157:17
160:25 163:24
167:5 169:1
175:17,22 181:4
187:2 196:19
**refers** 30:24 31:15
34:17 48:11,14,25
62:8 86:12 95:16
95:16 104:2,22
116:17 125:17,19
125:22,24 126:17
134:9 135:9,17
136:6,8,11 166:3
171:3 181:2
**refresh** 19:12,13
65:7
**regan** 3:13 5:22
**regard** 20:17 49:4
65:19 67:16 94:22
112:1 136:7 156:8
190:19 193:20
**regarding** 64:23
103:6 152:24
**regular** 24:12 55:4
70:6 187:19 190:3
191:4,15 194:23
**regularly** 73:24
**regulated** 201:17
**regulatory** 93:16
94:11,19,21 95:8
95:11 192:8 195:6
**relate** 31:20
112:24

**related** 27:6,7,10
32:13 79:24 96:8
98:22 139:4 144:5
148:25 150:2
151:20,25 152:2
160:17 166:17
192:13 201:16
204:20
**relates** 1:8
**relating** 7:3,7,10
15:3 63:25 64:2
64:13 149:11
151:11 152:12
**relationship** 52:18
126:18
**relationships**
24:25 34:18 48:14
49:1,3 128:15
**relative** 81:21
**relatively** 179:19
**released** 205:21
**relevant** 97:10
**relied** 187:25
**relying** 66:24
156:4 189:6
**remainder** 65:19
**remember** 11:24
67:12 95:22 96:2
119:24 157:8
192:10
**remind** 7:17
**remote** 1:16 2:2,9
3:2 11:1 204:10
**removal** 81:24
124:25 180:20
**removed** 84:9,15
168:5 178:23
180:6,7 199:17
**removes** 179:15
**render** 50:12,19
50:25 51:2,2

**[render - running]**

57:19 58:15 106:1
106:13 186:22
**rendered**  50:20
144:7
**repeat**  44:12 47:14
62:1 66:10 200:13
**rephrase**  95:4
**replaced**  170:3,14
170:16
**replacement**  191:5
**replicate**  194:2
**report**  143:18
**reported**  1:24
145:18
**reporter**  5:13 7:9
7:22 17:12 30:1
204:1,2,15
**represent**  27:8
130:3 132:12
**representative**
57:19
**represented**
137:12 180:22
**represents**  93:8
**reputation**  98:15
**request**  12:8,12
17:13 51:3 121:5
124:23 175:23
198:15,19,21
199:9,15
**requested**  7:9
17:12 74:7,10,11
204:13,14 206:1,9
206:10
**requesting**  124:10
130:20 131:4,8
**requests**  77:7
78:18 79:3,6,19
80:2 81:11 99:2
129:20

**require**  49:24
**required**  33:6 76:8
76:13 187:18
195:7,22
**requires**  99:3
109:3
**research**  45:20
**reshare**  127:25
**resolve**  43:9
**resonate**  130:16
**respect**  17:10 44:1
114:9
**responded**  103:13
**responds**  102:12
**response**  20:2
**responsibilities**
13:14
**rest**  39:3,7,16,19
**restate**  8:1 35:5
**rested**  85:22
**result**  53:3 56:19
57:7 127:23
141:13 195:5
**resulted**  179:10
**resulting**  91:3
**retentive**  98:8
**retrievable**  78:13
**retrieve**  105:23
**retrieved**  105:23
**return**  62:25
107:9,25 205:17
206:6
**returned**  107:15
109:8 111:20
113:13 182:11,15
**returns**  142:9
**revenue**  64:1
66:20 67:8 137:9
143:4,8,18 146:12
147:22 148:7
150:4,13 151:10

151:19,24 152:1
152:11
**revenues**  147:7
**review**  16:8,15
17:21,22 35:19
112:21 115:2,19
116:10 204:12
205:8,10,13 206:2
**reviewed**  16:13,23
16:24 17:16 28:19
33:10 37:15,15
64:25 67:4 82:20
147:3 148:10
152:16 196:17
**reviewing**  17:24
28:18 66:7 93:2
100:17 147:9
**rich**  86:2 97:21
98:2
**right**  7:14 10:6
12:5,18 23:9 35:4
35:12 40:15 47:4
47:13 48:3 52:23
56:9 57:12,25
58:11 59:23 60:4
62:17 68:7 69:13
75:3 78:20,23
79:11,14,14 80:11
80:16 83:3,14,24
84:4 86:10 88:15
90:14 93:7 94:22
95:9 96:9,16
101:4,20 102:3,20
103:7 104:16
105:11 114:10
115:3 119:3
120:21 121:2,10
121:17 122:2,11
122:17,21 124:6
124:13,14,20
125:9 129:23

130:11,21 131:5
134:25 138:4,16
139:22 140:7
157:19 160:23
162:23 163:22
165:5 166:22
175:21 176:24
177:14 178:5
182:8,25 188:6
191:17 192:16
193:8 197:19
198:17 202:6
**ring**  3:19 168:9
169:10,11
**risk**  192:8 195:5
**risks**  188:11,21,23
**rmr**  1:24 2:6
**road**  3:8
**rob**  5:20 16:2 19:7
142:20
**robert**  3:6
**rohrback**  2:11
5:17,19 6:15
**rolling**  60:23
**room**  115:11
**rose**  3:19 168:9
169:11
**ross**  3:11
**rough**  40:1
**roughly**  82:20
**rows**  130:4
**rule**  19:22
**rules**  7:18 138:1,2
206:8
**run**  22:17 55:19
55:20,21 81:13
101:24 106:6,8,9
106:11
**runner**  106:5
**running**  42:25
56:20 57:15

**[runs - sharing]**

**runs** 106:7
**résumé** 13:13
  40:13

**s**

**s** 207:3
**sadly** 10:11
**sangani** 15:8
**satisfy** 46:11 80:17
**save** 93:4
**saw** 148:2,3
**saying** 7:23 22:8
  79:13 86:25
  119:10 131:7
  150:17 193:18
**says** 19:11 78:2
  79:4,11 80:9
  93:12 94:10 96:23
  115:19 117:3
  125:15 128:25
  130:19 178:22
  181:18 183:24
**scale** 132:1
**scattered** 174:20
**schedule** 185:7
  201:25 205:10
**school** 14:10
**scope** 130:25,25
  138:17 145:1,19
  146:6,18 148:18
**scoped** 194:12
  201:3
**screen** 11:9 18:22
  19:10,12,14 20:8
  63:11 75:11 92:11
  100:11 115:4
  116:2 117:8
  125:11 128:20
  133:9 151:14
  156:1
**scroll** 156:1

**scrolled** 93:3
**search** 36:25
  85:10 150:22
  190:17
**searching** 36:22
**seattle** 2:12
**second** 7:4 19:20
  44:17 66:5 92:25
  93:5,11 130:18
  147:19 196:5
**secret** 105:13
**see** 18:24 19:2
  20:13,14 44:16,18
  50:15 57:9 58:2,8
  61:19 62:19 70:5
  70:25 71:3,4
  75:23 79:12 85:25
  89:9 90:19 92:8
  92:11 93:19,20
  100:8,10,11
  102:24 105:15
  109:25 115:16,21
  117:7,8 122:3,22
  125:10 128:20,22
  129:24,25 130:5,7
  130:12,22 133:2
  151:13 152:7,23
  160:1 174:8
  176:11 177:9,10
  177:19,21,22
  178:18,20,24
  181:11,19,20
**seeing** 45:6 58:25
  63:6 89:15 115:4
  115:13 116:1,2
  131:10 146:13
  148:19 150:1,8
**seeking** 88:22
**seen** 18:4,7 19:23
  33:21 48:13 61:14
  63:3 72:3 73:4

89:13 91:1,1
96:20 127:11
146:7,9,22,25
148:25 149:10,24
150:20 157:5
159:10,12 174:12
**self** 170:13
**sells** 139:8
**send** 90:10
**sending** 81:15,18
**sense** 44:17 45:17
  62:4 197:22
**sensitive** 25:13,20
  25:25 26:2,5,7,12
  26:14,19,23,24
  27:2,4,21 28:4,4,9
  28:10,16,21 29:2,5
  29:5 201:24
**sent** 16:14,19
  17:17,19 90:1
**sentence** 183:16
**separate** 17:2
  33:18 55:23 70:9
  123:1 175:3 193:8
**september** 4:8
  13:10,21 40:22
  48:21 75:20
  154:15
**series** 9:5,6,7 17:2
**serve** 81:11 99:1
  116:8
**served** 18:25
**server** 42:22 55:20
**servers** 50:20
  142:11
**service** 63:24
  64:12
**services** 52:21
  171:1,2 188:25
**serving** 99:3

**set** 16:14,16 17:19
  27:3,17,24 28:6,19
  29:11 31:15 35:23
  36:1 47:8 50:3
  52:16 54:5 59:18
  62:9 67:4 73:11
  82:25 85:20 86:12
  89:1,17 90:17
  105:24 106:19
  108:1 129:15
  138:6 155:16
  166:7 168:12
  171:3 173:1,11
  180:5 183:5 194:3
  195:21 196:2
**setting** 84:2,25
  86:7,17,24 100:7
  100:13,22 103:18
  141:22
**settings** 42:20 84:2
  84:9,15 85:8
  86:12 141:11,17
**seven** 119:25
**severely** 194:20
**shaking** 8:4
**share** 86:9 87:10
  88:20 90:14 91:4
  106:8 127:10,22
**shared** 38:11 53:5
  53:6 65:2,3 83:18
  86:15 89:11 90:20
  91:11,19,25 94:3,8
  94:16 102:21
  141:21
**shares** 52:9,12
**sharing** 61:15,18
  63:17,22 64:1,3,14
  68:7,9,11,14,18,20
  69:7,10,19,20 70:4
  70:6,12,14,16 71:6
  71:10 72:1,8,11

Veritext Legal Solutions
866 299-5127

**[sharing - specifically]**

82:25 83:22 84:21
85:18,19 87:14
91:6 122:2 123:19
123:20 124:20
131:1 140:18
149:5,6,8 151:11
151:20,21,25
152:2,3,4,12 154:1
154:7,22 158:25
159:3,5 179:4
180:17
**sheet**  75:13
**shepherd**  154:2,14
**sheryl**  133:11,15
**sheryl's**  133:12
**short**  13:18,19
**shorthand**  204:2,7
**show**  18:16 123:6
123:23
**showing**  75:17
**shows**  132:7
**shrink**  130:2
**side**  11:9 42:22
**sign**  205:16 206:5
**signal**  25:11
**signature**  204:24
205:21,23,23
206:9
**significant**  72:8
125:2
**significantly**  192:6
**similar**  51:22
103:3 111:25
170:4 171:25
**simon**  1:17 2:2
4:16 5:8 6:5 203:8
205:5 207:2
**simon's**  4:15
**simple**  85:22 86:3
90:17 193:16

**simplification**
125:25 126:11
**simply**  36:7
200:14
**simultaneously**
39:11
**single**  16:25 17:1
113:9,16 172:9
180:15
**sir**  10:18 11:19
16:8 21:20 24:22
64:17
**sit**  139:2
**sitevars**  173:8,9,15
173:18
**situation**  60:2 63:3
**sixth**  128:18,19
**skim**  125:14
**skipping**  117:5
**slide**  125:15 126:5
126:6 128:17,20
128:22 129:3,5,17
130:9,12 131:22
132:3,4 133:7,19
135:9,12
**slightly**  18:10
**slipcover**  75:13
**small**  144:24
185:11
**smith**  3:13,13 5:22
**social**  24:23,24
34:14,16,21,22,25
35:8,17 50:3,15,19
51:7,10,12,16,20
51:24 70:19,23
86:2 97:21 98:2
98:10 106:22
107:3,4,5,10,13,18
108:7,22,24 109:2
109:5,11,19
110:10,12 137:25

140:1 146:5
181:15,22 183:7
184:4,7,11 193:22
**software**  200:4
**sole**  66:2,11,12
**solely**  137:19
139:10
**solutions**  205:7
**solve**  41:25 42:4
42:13 43:4 176:3
176:6,8
**solved**  43:11
**somebody**  107:8
**somewhat**  81:5
193:10
**soon**  12:6
**sorry**  14:14,15,16
16:5 19:7 29:1
35:5 39:13 44:13
46:3 47:12 50:6
59:10,11 61:25
66:9 79:10 94:25
95:24 99:11 101:5
101:6 112:13
121:20 134:17,20
135:8 138:18
142:20 149:22,23
151:1,6 164:6
165:7 169:10,11
188:19 189:15
**sort**  9:25 11:2,8
109:16
**sound**  9:8
**sounds**  9:9 86:5
**source**  36:19 66:2
109:24
**space**  9:15 154:16
**speak**  14:25 15:5
21:6 29:13 122:12
138:19 156:22

**speaking**  30:19
50:1 100:20 195:3
**special**  3:21 6:2,2
7:20 9:10
**specific**  11:24
14:24 25:3 27:3
35:20,25 37:5
38:3,25 39:20,24
41:10 46:20 48:7
49:17,18 53:13
54:4 55:9 57:13
59:14 71:9 73:11
87:5 88:8,13
95:11 96:20
104:18 108:11,15
109:22 111:1
112:10 122:3
123:11 138:6
139:15 145:24
146:1,13 148:9
149:7 150:9,10
157:16 159:18
161:1 166:15,23
176:1 179:22
**specifically**  14:14
16:12 27:23 30:19
31:19 41:16 45:18
46:25 54:12 61:18
69:9 76:19 77:24
78:8 82:3 84:8
95:14,20,23 96:13
99:24 100:19
105:25 110:3,9
123:10 135:8
144:17 148:20
149:1,17 150:1
154:21,23 160:2
161:16 163:24
164:15 165:13
168:11 169:1
172:4 180:3 181:2

[specifically - tab]

182:1 187:2 188:3
193:21 198:17
**specificity** 45:24
166:25
**specifics** 22:4 62:1
74:1 96:3,4 99:14
103:8 107:24
109:1,7,19 122:11
154:13 157:8
**specified** 21:7
164:23 190:1
**specify** 21:25
38:25 43:6 47:14
107:7
**speculate** 108:15
**spend** 135:24
144:5
**spenders** 135:16
135:20
**spent** 17:23 65:4
135:22
**spirit** 118:4,16
119:9,11,22,23
**spoke** 15:2,6,11,15
64:24 67:6,9,13
152:16 189:18
**spoken** 14:18
44:25 67:11
**spreadsheet** 76:4
130:19
**srr** 63:24 64:12
**stack** 16:19
**stamp** 115:16
**standard** 31:11
32:8 33:7 54:22
160:6 165:15
166:7 167:21
187:23 194:6
196:12
**standpoint** 86:6
99:10

**stands** 25:6
**start** 22:19 32:14
34:7 42:7 74:2
97:23 144:24
158:14 163:20
185:11 198:13
202:10
**starting** 46:7
70:17 88:12
116:17 132:6
169:14
**starts** 40:25
**state** 205:9,12
**stated** 204:8
**statement** 65:8
80:18 100:15
123:19 138:24
139:1 178:16
**statements** 92:24
**states** 1:1 10:10
100:4 123:24
126:8
**stateside** 10:14
**steinberg** 154:3,11
**step** 85:12 133:1
**stepping** 82:7
**steven** 15:7,17
**sticker** 19:11
**stipulation** 205:20
**stop** 83:21 84:21
119:12 185:1,8
198:12 202:2
**stopped** 150:5
**stored** 35:24 36:4
**story** 106:10,14
**strange** 168:10
**strategic** 13:20
**strava** 106:6,7,12
106:18,21
**stream** 33:22,25
34:5,10,25 35:7,13

**street** 2:19 3:5,15
**stretch** 153:4
**strike** 84:19
**striking** 201:13
**string** 92:23
**structure** 65:14
89:14
**structured** 49:3
**struggling** 32:10
**studied** 124:3
**studies** 124:7
**stuff** 157:11
184:18 202:5
**subject** 81:23
174:6
**subscribed** 203:3
**subset** 70:24
113:12
**subsets** 84:5
**subtopic** 65:18
**subtopics** 46:25
**suggest** 79:18,21
79:23 93:21
133:25
**suggests** 78:25
**suite** 2:11,19 3:5
3:11,15 119:14
**summary** 4:10
**sunrise** 78:17,22
79:1 81:1
**supervision**
204:11
**support** 14:7
**supposed** 174:24
**sure** 8:6 9:15
12:15 13:16 14:24
16:3 22:7,10
25:18 27:1,11,22
27:22 28:9 30:5
32:22 33:19 34:8
35:6,7 36:16 37:3

37:14 39:20,24
40:1,6,23 44:13,14
47:13,19 52:8
53:15 54:3 61:8
74:15 76:23 79:13
83:19 85:7 86:18
92:23 94:5,18
95:5 96:21 97:23
99:15 100:16
101:11 112:22
122:10 123:13
134:18 138:25
139:2 144:17
150:17 151:15
153:4 154:15
156:18,19,21
157:18 158:23
161:5 162:19
175:8 184:9
186:25 191:16
199:3 200:14
**surface** 125:1
196:3
**surprised** 76:9
77:11,17 78:3,6
80:6
**swears** 5:13
**sworn** 6:8 204:4
**system** 40:9 54:18
65:13 160:15
171:22 173:6
**systems** 22:20
38:25 39:6 127:17
128:4,6 195:21

**t**

**t** 207:3,3
**t0** 136:9,9,17,20
136:21
**t1** 136:9,22
**tab** 75:2 92:2
125:4 173:23

Veritext Legal Solutions
866 299-5127

**[tab - think]**

176:16
**tabs** 75:9,11
**tag** 106:9,14
182:19
**taggable** 105:16
105:18,22 111:12
113:24 181:14,21
182:11,13,16,21
186:22
**tagged** 181:18
**tagging** 106:1,2
186:22
**take** 7:22 9:1
13:11 60:22 93:14
114:6,14 125:13
144:9 152:21,25
153:2,3 163:9
185:6 190:25
**taken** 2:2 6:19
84:12 189:10,12
189:21 190:20
204:6
**talk** 9:15 29:6 73:2
82:5 127:16 149:8
157:20,21 161:25
163:2 177:15
198:5
**talked** 101:4
106:22 131:14
147:25 155:12,14
155:16,17 161:23
179:7 184:6
187:12 192:23,24
196:17
**talking** 7:21 9:17
31:19 49:19 57:13
94:12 134:20
173:17 191:17
192:1 193:12
194:15,16 196:10

198:17
**talks** 77:23
**target** 138:12
**targeted** 128:3,6
**targeting** 128:7
**team** 13:17,25
14:2,5,7 49:8,9
65:2 136:15,19
143:14,16,20
150:25 171:12
**teams** 145:21
**technical** 25:7
38:10 54:20,25
59:16 86:6 142:14
**technically** 89:23
90:1 100:14,25
118:3 142:11
184:3 185:25
**technologies** 24:9
**technology** 19:13
19:17 63:20,23
64:10 141:7,10,24
141:25 158:24
**tell** 12:13 47:25
64:22 68:10
116:21 118:15
128:18 133:23
147:11 151:17
192:19 204:4
**telling** 73:8
**tells** 19:13
**ten** 18:1
**tenure** 154:16
**term** 24:25 25:10
25:12 28:23 31:13
32:1 37:16,20
40:5 42:10 48:13
48:23 52:1,15
55:24 61:14,16,17
63:7 68:18 72:12
72:13 73:20

125:24 157:22,23
183:21
**terminology** 22:6
22:11 26:25 47:24
56:2,3 101:10
122:19 124:13
129:16 157:19
185:22 191:17
192:17
**terms** 22:16 24:4
25:14,21 28:4
30:4 42:11 46:22
54:4 63:24 64:12
66:5 94:19 95:14
97:4 112:5 122:13
126:1 139:17
143:24 146:11
162:17 179:20,21
193:16 194:14
200:20
**testified** 6:8 47:2
98:17 100:12
145:10 149:22,24
164:20
**testify** 9:21 10:1
20:1,16,22 21:1,3
21:5 22:7 63:15
64:8,23 67:17,20
67:22,24 127:19
145:4 155:4,18
156:10,12,14
**testimony** 11:14
11:22 15:1 16:10
16:16 17:9,20
21:9 46:20 83:20
86:5,11 96:6
107:2 111:17
147:4 148:4,12
151:10 152:6
162:5 174:13
179:12,13 182:10

186:16 197:24
200:14 204:8
**texas** 3:11,15
**text** 100:3
**texting** 11:7
**thank** 11:11 12:2
14:8,18 16:7 17:5
18:2 24:2,21 33:9
45:12 60:18,24
76:15 85:16
114:15 115:13
154:24 157:12
202:9
**thanks** 19:16
**thereto** 204:21
**thing** 10:22 21:14
43:11 66:11,12
115:5 122:5
124:14 128:9
147:19,24,25
148:5 155:3
166:15
**things** 11:1 18:4
27:3 47:13 59:15
65:25 69:5 70:1
71:3 73:23 77:23
119:14 121:21
122:14 127:3
143:23 165:1,3
168:12 172:3
179:22,24 180:5
193:8 194:7
198:18
**think** 6:21 7:7
10:13 11:16 16:17
16:18 21:17 22:5
24:12 25:23 26:14
27:22 28:24 29:9
29:17 32:7,24
42:11 43:8 46:6
49:12 51:16 56:10

[think - transcript]

61:25 62:13 65:12
67:13 68:13 69:23
70:10 73:7,8,13
74:8 76:13 78:1
80:20 81:6,14,19
81:25 84:3 86:11
91:10 95:22 106:3
108:12 145:11,20
147:24 155:22
156:3,21 162:4
163:9 164:6 169:2
171:6 175:4
184:10,11 185:7
186:12 190:24
192:14 193:7,15
197:17 202:6
**thinking** 54:16
159:15
**third** 2:11 23:3,6
23:14,17,20,24
26:16,20 32:2
38:14,17 39:9
44:3 45:16 47:4,6
47:9 48:15 49:2
49:10 50:11 51:8
52:10,17,21 53:6
54:24 55:18 61:23
76:8 77:12 83:18
84:16 91:12 94:3
94:8,17 128:13
139:8 146:5
148:16 164:16
197:10 198:7,9
**thirds** 93:11
**thought** 117:23
118:25 126:18
148:1
**thousands** 99:21
120:19 121:1
123:17 124:19

**thread** 82:4
120:12
**three** 20:10 77:19
77:20,20,22 154:4
**thuman** 1:24 2:5
204:2,25
**thursday** 202:8,11
**tier** 137:3,3,7,7
**tiering** 137:11,14
**tiers** 137:3
**till** 151:13
**time** 2:5 5:7 7:21
9:15,17 11:4
13:11,15,18,19
15:10 21:14,20,25
27:25 29:11 32:20
32:22,24,25 39:3
39:21 40:11 41:13
44:17 45:13,13,21
46:5 51:10,20,25
60:21 65:4 66:22
81:12 82:11,17,21
84:1,20 85:16
86:20,24 88:5,19
88:23 90:7,8 93:4
96:12,17 105:4
107:24 108:14
110:4 112:2,8
114:5 120:15,18
120:22 131:2,12
134:20 135:22
136:14,16 139:3
142:4 151:1,2
152:21 153:15
154:10,12 155:9
156:21 157:7,10
159:9 160:25
161:17,21,22
162:24 166:5,23
166:25 168:6
169:25 174:23

175:1,10 179:17
180:12 181:24
184:15,19,21
185:1,8,23 186:8
187:16,18,22
188:12,14 189:4
192:2,7,9 194:18
194:21 195:1,7,10
198:23 199:19
200:5,8 201:13,14
201:24 202:4,10
202:14,15 204:8
205:10,18,24
206:7
**timeline** 104:11
117:10,24 119:20
188:9,16 196:7
199:12
**times** 6:23 10:12
28:8 45:5 61:22
79:6,19 104:9
161:7
**title** 101:23 125:18
128:22
**today** 9:11,22
11:14,19,22 12:16
14:20 15:1 16:10
16:24 23:20 28:17
51:15,17 66:19
93:15 109:21
112:18,20 129:7
139:2 147:4
153:15 157:9
172:25 174:13
176:21
**today's** 13:12
17:20
**token** 182:18
**tool** 37:5 51:19
65:14 113:7,11
169:4,6,6,15,16,16

170:1,3,7,9,14,16
170:24 171:15,20
172:1,4,11,12,16
172:20,25 173:5
173:12,16 174:25
175:19
**tools** 36:24 37:2,4
157:3
**top** 115:18 116:17
137:3 177:18
178:5 194:3
195:21
**topic** 20:11,12
63:14 64:19,23
65:20 66:2,23
67:10,16 68:5,6,8
114:16 151:8
152:19,23 155:1,4
155:5,7,8,9,13,15
155:19 156:9
**topics** 20:1,11,17
20:19,25 21:2,5
22:5 28:14 46:25
63:14 65:19,22
156:22
**total** 130:19 134:9
144:9
**touched** 40:4
**tough** 174:23
**tpv** 134:7,8,9,16
135:4
**track** 106:7
**tracked** 173:15,16
**tracking** 171:21
175:9
**tracks** 173:6
**train** 189:4
**transcript** 204:13
205:6,8,10,13,13
205:21 206:2,2

Veritext Legal Solutions
866 299-5127

[transition - unusual]

**transition**  42:1,14
    60:20 177:13
    186:9 192:22
    193:4 194:15
    195:15 197:2,12
    198:11
**treating**  90:24
**tremendous**  74:12
    74:16
**trial**  10:18,20
**trick**  140:18
**trouble**  93:17
    95:17
**true**  36:6 203:3
**trust**  4:18 22:13
    43:22,22 98:15,20
    126:9,9,15,16,17
    177:8
**truth**  36:19 204:4
    204:5,5
**truthfully**  9:22
**try**  19:8 29:21
    61:19 69:23 70:4
    70:5 85:7,14
    108:17 130:25
    133:1 147:18
    185:23 186:11
**trying**  31:25 41:25
    43:4 47:20 49:12
    52:9 59:7,7,13
    66:16,22 67:12
    89:3 99:15 100:19
    109:10 111:4
    119:24 123:12
    130:2 134:19,22
    140:17,19 164:13
    176:3,6,8 181:5
    196:22,24 197:9
    200:13,14
**turn**  20:4,6 83:22
    84:22 85:17

115:11 126:4
    128:16
**turning**  20:8 85:18
**twice**  6:25
**two**  10:11 20:11
    20:25 21:2 33:15
    34:18,20,22 39:3,5
    39:10 77:19,22
    93:11 107:4,10,16
    108:1 112:24
    144:6 146:16
    148:2 155:11
    175:4 195:18
**type**  26:1 100:13
    102:2 106:1,2
    186:22 196:24
**types**  44:2 57:22
    86:14 98:21 127:4
    144:1,3 146:16
    191:24 193:19
    197:4
**typewriting**  204:9
**typically**  35:15
    36:4,9 49:8,9,20
    49:22 50:11 52:24
    53:23 55:3 56:15
    58:1 59:21 74:11
    126:25 143:8,20
    162:8 171:8,18
    195:25

**u**

**u.k.**  12:20,20
**ultimately**  91:6
**unable**  82:5
    132:14 137:5
    187:15
**unavailable**  189:7
**unclear**  137:5
**understand**  7:25
    8:8,19,20 9:3 15:3
    19:25 21:1,2,4,9

21:20 22:15 23:5
    24:13 25:15 26:6
    26:22 27:8,9
    29:21 30:5,11
    31:25 32:11,20
    33:9,13 34:18
    35:6,25 37:12
    40:6,24 42:5
    44:13 45:2 47:14
    47:17,20 51:24
    52:6,9 53:15 59:8
    62:8 65:6 68:9
    70:2 71:13 72:10
    73:18 76:16,23
    79:9 83:20 84:10
    86:18 99:11,15
    100:19 101:25
    103:11 109:10
    110:3 112:4,11
    118:19 121:13,18
    123:13 127:20
    130:25 131:25
    134:11,19,22
    140:17,19 143:12
    144:13,15,21
    149:20 150:17
    158:7 162:19
    170:5 172:17
    175:19 179:6
    190:24 192:15
    196:24
**understanding**
    17:18 18:14 20:3
    20:15 21:8,11,23
    24:24 30:13 34:5
    34:16,21 37:18,20
    39:16,18,19,21
    46:21 51:12 52:11
    52:15 62:18,24
    64:6,16 68:3,19
    70:3 77:6 81:19

83:15 84:14,18
    86:16 87:6 94:1
    94:14 96:10
    100:21 101:12
    102:9,14 105:22
    107:14,25 110:2
    112:19 114:2,11
    117:22 121:21
    123:16,21 127:21
    128:12 131:6,21
    135:6,21 136:22
    137:1,2,13,16,21
    137:22 139:16,20
    139:24 141:4
    143:24 147:14
    151:23 152:9
    154:11 156:17
    160:16 170:2,15
    172:13 173:5,17
    186:2,25 187:13
    188:7 189:25
    191:11 192:1
    195:8 196:10,19
    198:14,20 199:18
    200:6 201:10
**understood**  8:10
    9:2 17:13 30:2
**undertaken**
    113:16,19 172:19
**undertook**  121:13
    131:15
**unexpected**  90:9
    90:12
**unit**  200:2
**united**  1:1 2:4
    10:10
**university**  14:12
    14:17
**unpack**  100:19
**unusual**  90:3
    95:20 195:20

Veritext Legal Solutions
866 299-5127

[unwind - various]

**unwind**  195:7

**update**  4:13 76:3
125:16,19 187:15
200:4 201:14

**updated**  76:5

**upgrade**  195:1
200:8

**url**  116:22,24,24
182:17

**usage**  157:4

**use**  21:12 31:13
39:10 47:21,22
49:21,24 53:2,3
57:4 59:6 63:8
65:13 69:18 72:13
79:25 80:3 82:9
84:3,25 86:13
100:22 106:5,12
106:17,21 108:23
108:24 111:4
117:14 118:5,17
118:19 120:16
123:14 124:8
131:1,19 136:13
137:18 138:2
140:5 141:8
142:16 146:10,11
157:22 161:5
168:3 187:17
189:4 193:25
195:6,24 196:14
196:15 200:23,25
201:14,15,20

**user**  1:5 4:17 5:9
24:12 26:8,15,17
26:19,20 30:24,25
31:2 34:7,12
35:11,12 36:25
43:22 44:2,8,21
47:3 49:5,15 50:9
52:12,22 53:3,5,7

53:25 56:5,7,15,15
56:18,22 57:1,4,8
58:1,12,13 59:15
59:24 61:15,18,21
61:24 62:11,22
63:4 70:20,25
71:2 74:12 77:7,7
77:8,8,21,22 78:17
80:2 83:1 85:23
85:24 86:20,24
87:4,9,15,22,24
88:1,16,20,24 89:6
89:8,10,23 90:19
90:22 93:24 96:14
101:1,22 102:2,4,5
102:9,14,16,24
103:4,10,11,24
104:6,18,24 105:2
105:6,7 106:7,24
107:6,8 108:5,6,19
109:13,15 111:15
111:16,16,16,23
111:23 112:1,16
113:25 117:17
118:5,6,7,17,18,20
118:20,22,25
119:1 120:10,10
122:8 124:16
126:8,15 128:25
137:24,25 139:22
140:6,12,22 141:1
141:6,9 142:8
144:11,19 145:15
146:14 148:17
176:10 177:8
180:1 186:22
188:8,17 192:5
194:12,20,25
195:4 196:13
199:20 201:3,12
205:4 207:1

**user's**  27:14 34:11
35:16 51:3 55:21
57:2,12,16,17,20
59:19,25 62:16
63:1 68:22 74:19
83:2,9 87:24 88:1
88:20 89:22 91:24
92:19 98:3 101:22
102:8,11 103:7,17
103:23 105:9,11
105:14,25 106:20
107:7 111:18
113:13 119:16,20
119:20 120:2,5,7
122:9 127:12
139:11 140:7,11
179:11 180:11
182:12,12 186:4

**users**  25:1,19
26:12 30:15,15
34:18,20,20,23
35:3 38:9,11
43:19,25 44:10,23
45:8,14 46:6 47:7
50:22 51:9 53:1,2
54:17,19,23 55:14
55:24 56:1,4
61:21 63:23 64:11
69:15 72:9 73:25
77:2 78:20,21,23
79:1,7,20 80:24
81:2,21 83:5,16,25
84:1,13 86:8,13
88:12,21 89:3
90:25 91:3 94:16
96:13 98:18 100:5
107:4,16,16,17
108:1 118:21,24
121:6,16,22
123:18 127:9,9
128:14 138:13

140:2,8 144:12,20
182:7 185:18,19
186:1,19 191:10
198:16,19,22
199:10,16

**uses**  77:16,17
138:12 140:8,20
159:15 190:15

**utilization**  78:14
143:21

**utilized**  127:14
141:25

---

**v**

**v1**  119:6 168:17
188:4,5

**v2**  4:17 118:4,11
118:16 119:9,11
119:13,15,22,23
120:4 177:8

**v2.0.**  178:17

**v4**  4:12 125:16,19
125:22

**valuable**  99:9
140:3 144:12
156:22

**value**  96:24 97:11
97:13,18 98:6
99:7,25 118:7,23
128:25 129:1,2,6,8
129:10,12,14,18
130:11,14 144:19
145:15 146:4

**varela**  15:8 67:14

**variety**  157:24
190:14 193:12

**various**  48:15
124:2 127:4
131:14,19 137:2
142:25 147:5,20
173:11 193:14

Veritext Legal Solutions
866 299-5127

**[vast - whitelist]**

**vast** 160:16
**vc** 1:8
**verbally** 8:3,7
**veritext** 5:12
  115:5 205:7,9,11
**version** 39:22 40:5
  40:7,8,14,16,18
  41:6,6,7,8,9,10,12
  41:17,17,21 42:1,1
  43:5,10,12 45:25
  46:2,9,10,15 73:10
  73:17 83:7 87:21
  118:12,14 121:1,4
  121:10 124:15,17
  124:22 125:1
  131:16 160:21
  163:12,13,15,15
  176:22 177:2,2,4,5
  177:13,14 180:6
  180:20 181:10,23
  182:2 186:9,10,17
  187:4,6,23,24
  192:4,22 193:5,7
  194:10,10,15,15
  194:22,22 195:10
  195:11,15 196:6,6
  196:7,7,8,12 197:2
  197:2,12 199:9,14
  200:11,11,21
  201:2,3,6,6,19,22
  201:22
**versioning** 43:5
**versions** 40:24
  46:17 65:15
**versus** 137:7 149:8
**video** 5:6 61:1,5
  73:5 114:17,20
  153:6,9 202:12
**videoconferenci...**
  204:11

**videographer** 3:20
  5:11
**videos** 111:16,22
  111:23
**videotaped** 1:16
  2:2
**viewed** 127:24
**viewer** 175:25
**viewing** 50:13
**violate** 119:21
**violates** 118:4,16
  119:9 138:15
**vis** 160:9,9,10,10
  161:6,6 189:10,10
**visibility** 141:12
**visible** 141:15
  176:12
**visited** 50:25
**voice** 202:5
**volume** 74:12 76:7
  77:11 134:10
  144:9

**w**

**w** 2:14 205:1
**wait** 8:16 151:13
**waiting** 176:20
**waived** 205:23,23
**waiving** 205:20
**walk** 107:19
  146:16
**wangdra** 3:9 5:23
**want** 20:20 29:20
  30:5 35:6 39:24
  40:6 43:14 44:13
  53:14 60:21 86:18
  95:3 96:1,2 97:5
  100:5 101:11
  106:9 108:15
  110:16 112:21
  122:10 126:22,25
  134:17 150:16

152:25 153:1
  156:18,19 158:23
  162:18 164:9
  178:14 184:22
  186:25 191:16
  196:22 199:3
  201:24 202:2
**wanted** 35:25 43:7
  43:21 136:2
  145:13 153:17
  172:8
**wants** 32:12 87:10
**washington** 2:12
  7:6,6
**watch** 73:6 108:19
**watched** 108:21
  183:13 184:2
**watches** 108:5
**watching** 108:9
**way** 20:6 23:2
  25:7 27:23 28:25
  30:15 32:4,7,9
  38:13 41:24 42:16
  49:11 50:24 51:7
  52:24 53:10 54:5
  54:18,20,22 56:11
  63:12 69:7 71:25
  73:13 80:15 82:25
  83:4,21 84:1,21
  85:17,20 87:14
  88:6 89:2 90:15
  91:20 93:11 95:24
  96:10 98:16,25
  99:4 100:5,7
  102:14 103:13
  106:3,13 111:24
  111:25 113:10
  124:21 138:15
  139:10 142:15
  144:21,25 158:12
  158:22 159:1,5

161:13 162:14,20
  163:4,10,17
  164:23 166:17
  167:21 170:16
  171:6,24 172:14
  173:19 176:5,9
  184:6 189:3,5
  204:19
**wayback** 65:11
**ways** 31:24 38:16
  38:18,20 69:25
  79:24 82:9 97:12
  97:17 98:7,9,11,14
  133:5 136:14
  143:7 145:22
  166:6,19 171:25
**we've** 17:7 40:4
  47:3 101:4 113:3
  113:6 126:15
  152:20 161:23
  176:21 181:13
  182:5 183:9
  186:15 192:23,23
  198:24 200:15
**weaver** 2:20 5:24
  5:25 6:17
**web** 50:13,14 51:3
  55:19 144:8
**website** 24:16,19
  36:3,8,13 50:5,11
  50:25 65:5,16
  175:24,25 176:12
**welcome** 61:11
**went** 6:13 106:11
  133:8 191:24
**whichever** 61:10
**whit** 164:25
**whitelist** 157:14
  157:22 158:25
  159:2 161:11,14
  162:23 163:4,18

[whitelist - à]

163:22 164:2,3,14
164:19,21 166:1,2
166:11,14,17
167:17,20 168:3
168:22,25 185:13
186:3 188:2
**whitelisted**  155:22
159:23 160:2,22
160:24 165:2,3
169:24 172:9
173:1,4 174:25
199:6,7,8,13
200:17,22 201:19
**whitelisting**  158:8
158:14,17,20
159:11,15 161:2,5
161:10,18,24
162:3,11,13
163:25 164:1
165:6,8 200:16,20
**whitelists**  160:14
161:19 163:19
165:12 167:21
169:8 170:17
172:14,18 191:9
193:13,14
**wide**  41:15 48:14
69:4 160:14
**widely**  73:15,19
130:17 170:24
172:1
**willing**  10:19
**window**  190:2
196:13 199:12
**witness**  2:3 5:13
6:7 7:10 17:9
18:20 66:8 95:3
100:18 115:7,10
138:18 142:24
145:2,20 146:7
148:19 168:10

175:3 184:16
185:3 195:17
197:17 202:4
204:3,9 205:13,16
206:2,5 207:24
**women**  95:22,23
**wondering**  99:19
189:20
**word**  72:21,24
76:12 77:16
101:15,19 110:24
179:8 180:24
181:3 183:20
**words**  72:23
157:20
**work**  10:6,7,10
12:18,19 59:13
70:10 126:1
127:17 128:6
156:5 166:8
**workable**  42:20
**worked**  14:1,4
50:24 59:15 65:7
65:25 70:1 83:4
85:13,14 87:14
98:19 102:15
109:6,6,21 123:22
124:22 138:21
150:11 179:9
184:7,11
**working**  13:17
14:6 49:10 130:3
171:12,12
**workplace**  14:2,2
**works**  52:25 109:2
128:8 140:18
198:17
**world**  10:25
**worth**  28:6 33:16
**wright**  2:15 5:19
6:17

**write**  117:9 118:2
174:14
**writes**  76:2
**writing**  174:10,11
**written**  36:18
59:18
**wrong**  16:6 39:25
158:2
**wrote**  119:24

## x

**x**  4:1 204:13 206:9
**xu**  15:7

## y

**yeah**  9:3 10:7 19:6
23:7 25:23 62:2,3
62:13 76:19 79:10
79:12,15 111:4
112:15 115:9
116:1 117:8 123:1
123:2 124:1 130:2
130:23 134:19
139:14 144:14
145:2,20 151:16
153:3 156:18
158:6 175:3 178:3
179:7 182:9 202:4
**year**  10:12 40:2
194:23
**years**  10:11 48:18
119:25 157:10,10
161:4
**yep**  9:19 76:1

## z

**zarakhovsky**  15:8
**zero**  40:14
**zhen**  4:16 174:5,15
**zuckerberg**  71:17
71:24

## à

**à**  160:9,10 161:6
189:10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3

    IN RE:  FACEBOOK, INC.,       MDL No. 2843
 4  CONSUMER USER PROFILE         Case No.
    LITIGATION                    18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8

    _____
 9
10
11                 **CONFIDENTIAL**
12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13      CORPORATE REPRESENTATIVE - SIMON CROSS
14  (Reported Remotely via Video & Web Videoconference)
15       London, England (Deponent's location)
16               Thursday, May 12, 2022
17                    Volume II
18
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5219195
25  PAGES 208 - 495
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3

    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8

    _____
 9
10
11
12
13
14
15          DEPOSITION OF SIMON CROSS, taken on
16  behalf of the Plaintiffs, with the deponent located
17  in London, England, commencing at
18  2:36 p.m., Thursday, May 12, 2022, remotely
19  reported via Video & Web videoconference before
20  REBECCA L. ROMANO, a Certified Shorthand Reporter,
21  Certified Court Reporter, Registered Professional
22  Reporter.
23
24
25
                                      Page 209
```

CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL

 2   (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5        KELLER ROHRBACK L.L.P.

 6        BY:  DEREK W. LOESER

 7        BY:  CARI CAMPEN LAUFENBERG

 8        BY:  ADELE A. DANIEL

 9        BY:  EMMA WRIGHT

10        Attorneys at Law

11        1201 Third Avenue

12        Suite 3200

13        Seattle, Washington 98101

14        (206) 623-1900

15        dloeser@kellerrohrback.com

16        claufenberg@kellerrohrback.com

17        adaniel@kellerrohrback.com

18        ewright@kellerrohrback.com

19

20

21

22

23

24

25   /////
```

Page 210

CONFIDENTIAL

```
 1                   APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4    For the Plaintiffs:

 5         BLEICHMAR FONTI & AULD LLP

 6         BY:  ANNE K. DAVIS

 7         BY:  LESLEY E. WEAVER

 8         Attorneys at Law

 9         555 12th Street

10         Suite 1600

11         Oakland, California 94607

12         (415) 445-4003

13         adavis@bfalaw.com

14         lweaver@bfalaw.com

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page  211

CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4     For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  ROBERT C. BLUME

 7          BY:  HANNAH REGAN-SMITH

 8          Attorneys at Law

 9          1801 California Street

10          Suite 4200

11          Denver, Colorado 80202-2642

12          (303) 298-5735

13          rblume@gibsondunn.com

14          hregan-smith@gibsondunn.com

15     and

16          COLIN B. DAVIS

17          Attorney at Law

18          3161 Michelson Drive

19          Irvine, California 92612-4412

20          (949) 451-3993

21          cdavis@gibsondunn.com

22

23

24

25     /////
```

Page 212

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5         GIBSON DUNN & CRUTCHER LLP

 6         BY:  MATT BUONGIORNO

 7         Attorney at Law

 8         2001 Ross Avenue

 9         Suite 2100

10         Dallas, Texas 75201

11         (214) 698-3204

12         mbuongiorno@gibsondunn.com

13    and

14         BY:  PHUNTSO WANGDRA

15         Attorney at Law

16         1881 Page Mill Road

17         Palo Alto, California 94304-1211

18         (650) 849-5206

19         pwangdra@gibsondunn.com

20

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

```
1              APPEARANCES OF COUNSEL(cont'd)
2     (All parties appearing via Web videoconference)
3
4          JAMS
5          BY:  DANIEL B. GARRIE
6          Special Master
7          555 W. 5th Street
8          32nd Floor
9          Los Angeles, California 90013
10         (213) 253-9706
11         dgarrie@jamsadr.com
12
13
14
15    ALSO PRESENT:
16         Ian Chen, Associate General Counsel, Facebook
17    Inc.
18         John Macdonell, Videographer
19
20
21
22
23
24
25    /////
```

                                        Page  214

CONFIDENTIAL

```
 1                     I N D E X

 2    DEPONENT                              EXAMINATION

 3    SIMON CROSS                                PAGE

      VOLUME II

 4

 5                    BY MR. LOESER               221

 6

 7

 8                   E X H I B I T S

 9    NUMBER                                     PAGE

10                    DESCRIPTION

11    Exhibit 338  Email String Subject:  PS12n    350

12                 Criteria Review,

13                 FB-CA-MDL-02951293 -

14                 FB-CA-MDL-02951294;

15

16    Exhibit 339  PowerPoint Presentation -       361

17                 facebook Criteria for

18                 granting Exemptions and

19                 Extensions Drat 12/5/13

20                 Monica Mosseri,

21                 FB-CA-MDL-02951295;

22

23

24

25    /////
```

Page 215

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                   DESCRIPTION

 4    Exhibit 340  PowerPoint - facebook          363

 5                 Criteria for granting

 6                 Exemptions and Extensions

 7                 Draft 12/5/13 Monica Mosseri,

 8                 META-CA-MDL-000041190 -

 9                 META-CA-MDL-0000412003;

10

11    Exhibit 341  Deprecated f8 2014             393

12                 Partnerships/Ops XFN,

13                 FB-CA-MDL-02978561 -

14                 FB-CA-MDL-02978571;

15

16    Exhibit 342  Email dated January 27, 2014   433

17                 Subject:  platform model

18                 changes, FB-CA-MDL-00202269;

19

20    Exhibit 343  Email String Subject:          472

21                 Changing App Settings//Friend

22                 Permissions,

23                 FB-CA-MDL-01462921 -

24                 FB-CA-MDL-01462921;

25    /////
```

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                    DESCRIPTION

 4    Exhibit 344  Email String Subject:  [a/c      483

 5                 priv Re:  WSJ story on API

 6                 migration, FB-CA-MDL-01169155

 7                 - FB-CA-MDL-01169173;

 8

 9

10                 PREVIOUSLY MARKED EXHIBITS

11    NUMBER                                    PAGE

12    Exhibit 5                                  243

13

14    Exhibit 6                                  244

15

16    Exhibit 7                                  256

17

18    Exhibit 11                                 293

19

20    Exhibit 12                                 294

21

22    Exhibit 13                                 331

23

24    Exhibit 14                                 410

25    /////
```

Page  217

```
 1              PREVIOUSLY MARKED EXHIBITS(cont'd)

 2    NUMBER                                          PAGE

 3    Exhibit 15                                       413

 4

 5    Exhibit 16                                       440

 6

 7    Exhibit 17                                       441

 8

 9    Exhibit 20                                       327

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page  218

```
 1              London, England; May 12, 2022

 2                     2:36 p.m.

 3                     ---o0o---

 4         THE VIDEOGRAPHER:  Okay.  We're on the

 5   record.  It's 2:36 p.m., the time in London, on       02:36:47

 6   May 12th, 2022.  This is the deposition of

 7   Simon Cross, Volume II.

 8         We're here in the matter of In Re:

 9   Facebook, Inc. Consumer Privacy User Profile

10   Litigation.                                           02:37:00

11         I'm John Macdonell, the videographer with

12   Veritext.  Before the reporter swears the witness,

13   would counsel please identify themselves, beginning

14   with the noticing attorney, please.

15         MR. LOESER:  Good morning.  This is           02:37:16

16   Derek Loeser from Keller Rohrback, and with me is

17   Adele Daniel and Cari Laufenberg, also from

18   Keller Rohrback.

19         MR. BLUME:  Rob Blume with Gibson Dunn on

20   behalf of Facebook.  And with me is Ian Chen,         02:37:28

21   client representative, as well, as Phuntso Wangdra,

22   Hannah Regan-Smith, Colin Davis.  And I believe

23   that's all at the moment.

24         SPECIAL MASTER GARRIE:  And you have

25   Special Master Garrie as a representative of the      02:37:45
```

Page 219

CONFIDENTIAL

```
 1    court.                                              02:37:47

 2           Good morning, Counsel Chen.  Good

 3    morning, Counsel Davis.

 4           It's been a while since I've seen you,

 5    Counsel Davis.                                      02:37:53

 6           I will turn it over to the parties

 7    without further adieu.

 8           THE COURT REPORTER:  At this time, I will

 9    ask counsel to agree on the record that there is no

10    objection to this deposition officer administering  02:38:01

11    a binding oath to the deponent via remote

12    videoconference, starting with the noticing

13    attorney, please.

14           MR. LOESER:  No objection.  Thank you.

15           MR. BLUME:  No objection from Facebook.      02:38:18

16           THE COURT REPORTER:  Mr. Cross, if you

17    could raise your right hand for me, please.

18           THE DEPONENT:  (Complies.)

19           THE COURT REPORTER:  You do solemnly

20    state, under penalty of perjury, that the testimony  02:38:19

21    you are about to give in this deposition shall be

22    the truth, the whole truth and nothing but the

23    truth?

24           THE DEPONENT:  I do.

25    /////                                               02:38:35
```

Page 220

CONFIDENTIAL

```
 1                    SIMON CROSS,,                    02:38:35

 2     having been re-administered an oath, was examined

 3     and testified as follows:

 4

 5                    EXAMINATION(resumed)             02:38:36

 6     BY MR. LOESER:

 7          Q.   Good afternoon, Mr. Cross.

 8               Derek Loeser, as you know, from

 9     Keller Rohrback and -- and good morning to me.

10               I -- just a couple of questions before we   02:38:48

11     dive back into where we were.  Your counsel has

12     provided us with the notes that -- that you

13     identified on Monday.

14               Do you have any additional notes that

15     you'll be using for your testimony today?          02:38:59

16          A.   No.

17          Q.   And did you bring any materials with you,

18     other than notes, for the purpose of this

19     deposition today?

20          A.   Nope.                                     02:39:10

21          Q.   And did you review any other documents,

22     other than those that you identified or indicated

23     you reviewed on Monday?

24          A.   Yes.  There were a number of documents

25     that I understand you sent over to us and I -- I    02:39:22
```

Page 221

```
 1   reviewed as many of them as I could.            02:39:26

 2        Q.   Okay.  And that's the same set that -- I

 3   didn't send any new ones so those are the same

 4   documents that -- that were provided in advance of

 5   your testimony on Monday.                        02:39:36

 6             So had you seen -- your review this time,

 7   was that the first time you had seen some of those

 8   documents?

 9        A.   I think so, yeah.  Maybe I'll ask my --

10   my counsel to -- to confirm.                     02:39:48

11             MR. BLUME:  Yeah.  And -- and this is --

12   this is Mr. Blume.

13             I actually think you did send an

14   additional set over, but we can check that.

15             MR. LOESER:  Okay.  Well, we can talk   02:40:00

16   about that later because if we did; it's news to

17   us.  But that's okay, we'll figure that out.

18        Q.   (By Mr. Loeser)  All right.  Mr. Cross,

19   you'll recall on Monday we spent a good deal of

20   time with my questions about the reason Facebook   02:40:17

21   decided to whitelist certain apps from partners so

22   that those partners would be able to access

23   publicly deprecated permissions after Graph API

24   version 2 became operative.

25             Do you -- do you recall those questions   02:40:30
```

Page 222

CONFIDENTIAL

1      and -- and your testimony?                          02:40:31

2           A.   I recall the discussion, generally.

3           Q.   And you recall that -- that I

4      specifically asked about friend permissions, right?

5           A.   We had a number of discussions about      02:40:42

6      friend permissions, yes.

7           Q.   And I asked you to tell me all the

8      reasons that Facebook decided to allow certain apps

9      and partners to have access to friend permissions

10     after the transition to Graph API version 2, right?   02:40:51

11          Do you recall that?

12          A.   I recall a question of that nature.

13          Q.   Okay.  And you recall that you answered

14     that question?

15          A.   I recall answering a question of that      02:41:02

16     nature.

17          Q.   And at the end of the day -- and this --

18     and this is why I'm bringing this up -- you said

19     something -- and I just wanted to read to you what

20     you said and make sure I understand your testimony.    02:41:11

21          You explained that -- and I'm going to

22     quote here for -- for a minute.

23          "As I say, there are a number of

24     developers also whitelisted for continued access to

25     version 1 because of their use of other -- because     02:41:24

CONFIDENTIAL

```
 1    of their -- because of them being affected by other        02:41:27

 2    changes in the API between version 1 and

 3    version 2."

 4           Do you recall that testimony?

 5       A.   That sounds reasonable, yes.                         02:41:36

 6       Q.   And -- and before moving on, I just want

 7    to make sure I -- I understand what you meant by

 8    that.  So I'll give it a try and you can tell me if

 9    I've got it right.

10           Some apps and partners were given                    02:41:48

11    whitelist access to friend permissions.  And we

12    talked about the reasons for that.  And others were

13    given whitelist access to other permissions that

14    were being deprecated, right?

15       A.   Not necessarily other permissions that              02:42:02

16    were being deprecated.

17       Q.   Okay.  Explain -- explain what -- what

18    you mean there.

19       A.   There were some other features of

20    Graph API version 2, where API version 2 differed           02:42:17

21    from version 1.

22           One of those changes, for example, was

23    the transition from canonical Facebook user IDs to

24    app-scoped user IDs.  A number of developers

25    had a -- had a challenge with that migration and            02:42:34
```

Page 224

```
 1    needed extra time.                                  02:42:37

 2         Q.   Okay.  And can you explain what -- what

 3    canonical IDs are and -- and hashed?

 4         A.   So when I say "canonical" Facebook user

 5    ID, that's the -- the Facebook user ID that          02:42:50

 6    uniquely represents a user in the Facebook

 7    database.  And it's the -- the same user ID that's

 8    used inside Facebook's internal systems and was the

 9    API -- the user ID that would have been admitted in

10    the original version of the Facebook developer      02:43:11

11    platform.

12              In version 2, there was a transition from

13    admitting canonical user IDs to committing -- to

14    admitting app-scoped user IDs.  The precise nature

15    in which that transition occurred is -- is -- is     02:43:28

16    relatively complicated.  I can go into in -- if you

17    need to.

18              But in simple terms, where in version 2

19    we might admit a user ID which was unique between

20    the specific user and the specific application,     02:43:47

21    that was making the API call.

22         Q.   Okay.  And what was the purpose of that

23    change?

24         A.   The purpose of that change was to make it

25    harder for developers to aggregate information       02:44:00
```

Page 225

1    across multiple Facebook application IDs and make          02:44:08

2    it easier where user IDs had been admitted to

3    identify which application they had been admitted

4    by.

5         Q.   Okay.  And why did Facebook want to make        02:44:21

6    that harder?

7              Why did Facebook want to make it harder

8    to aggregate ID information?

9         A.   My understanding is that there were a

10   number of concerns about applications being able         02:44:36

11   to, for example, use multiple app IDs to bypass API

12   rate limits, for example, and the migration to

13   app-scoped user IDs made that harder.  So that's

14   one example.

15        Q.   And were privacy concerns -- Facebook          02:45:05

16   user privacy concerns another reason for that

17   change?

18        A.   One of the advantages of app-scoped user

19   IDs were admitted is that you could understand

20   which application had admitted them, and that might     02:45:21

21   make it easier to track if information was being

22   misused.

23        Q.   And was misuse of information, based upon

24   the aggregation of user IDs, a problem that

25   Facebook had identified with Graph API version 1?       02:45:38

Page 226

```
 1        A.    One of the --                          02:45:45

 2              MR. BLUME:  Sorry.  I missed my mute

 3    button.

 4              I just object to scope.

 5              THE DEPONENT:  Yeah, I'm not aware of    02:45:56

 6    exactly what the -- the company's position on that

 7    is.

 8              From a personal capacity, I recall that

 9    the aggregation of user data or cross-applications

10    being a concern that was raised at the time.       02:46:12

11        Q.    (By Mr. Loeser)  One last thing to make

12    clear from your testimony on Monday.

13              I asked you -- and we had a obviously

14    lengthy discussion about whitelisting as a means of

15    providing access to publicly deprecated            02:46:26

16    permissions, right?

17        A.    We had a conversation about permissions

18    for sure.

19        Q.    And you'll also recall that I asked you

20    about private APIs with partners.                  02:46:35

21              Do you recall that?

22        A.    We had a number of discussions about

23    private APIs.

24        Q.    Okay.  And private APIs are APIs that are

25    made available to certain partners, but are not    02:46:46
```

Page 227

CONFIDENTIAL

```
 1    publicly available; is that right?                02:46:49

 2        A.   I think a reasonable description of a

 3    private API is an API that's not available to -- to

 4    all developers and only available to some.

 5        Q.   And -- and some of the partners -- some   02:47:01

 6    of Facebook's partners, prior to the transition to

 7    Graph API version 2, already had private APIs with

 8    Facebook; is that right?

 9        A.   There are a number of partners that had

10    built experiences that would only be possible if    02:47:18

11    they had been granted access to -- to private APIs.

12        Q.   So your answer is "yes"?

13        A.   I -- I think it's -- there -- there were

14    entities -- third parties that had built

15    applications that re- -- would -- would have         02:47:39

16    required access to private APIs.

17        Q.   And -- and I don't mean to belabor the

18    point, but I'm trying to get to a "yes."

19             So I think you just answered

20    affirmatively.  Am I interpreting your question --   02:47:48

21    your answer correctly?

22        A.   Ask your question again so I can make

23    sure I am like -- I want to make sure I -- I --

24    I -- when I give a yes, I want to make sure I fully

25    agree with what you're -- you're asking me about.    02:48:00
```

Page 228

CONFIDENTIAL

1          Q.   Sure.                                      02:48:02

2               I asked you, some of Facebook's partners,

3     prior to the transition to Graph API version 2,

4     already had private APIs with Facebook; is that

5     right?                                               02:48:12

6          A.   That's right.

7          Q.   However, some partners that entered into

8     or were provided access to private APIs, after the

9     transition to Graph API version 2, did not

10    previously have access to private APIs, right?       02:48:24

11              MR. BLUME:  Objection.  Scope.

12              THE DEPONENT:  Yeah.  I -- I'm not sure

13    I -- how -- how to answer that -- how to answer

14    that question.

15              It's unclear as to the exact form of       02:48:39

16    scope you mean.

17              Can you -- can you ask it again so I can

18    try and understand.

19         Q.   (By Mr. Loeser)  Sure.  Sure.

20              I'm just trying to understand how private  02:48:51

21    APIs were used.

22              So you had some partners that already had

23    them before the transition.  And you had some

24    partners that, for the first time with the

25    transition, were provided access to private APIs,    02:48:59

                                                   Page 229

1  right?                                              02:49:03

2      A.   One of the challenges in answering the --

3  the question is that part of the transition from

4  version 1 to version 2 is when something is

5  publicly deprecated it becomes -- you might          02:49:16

6  consider that to be a private API.

7           And in order to continue accessing --

8  accessing that feature for some time, they would be

9  added to a whitelist that would give them access to

10  what would then be considered a private API.        02:49:36

11     Q.   Okay.  And that's exactly what I'm trying

12  to make sure the record is clear on.

13           So there were some partners that had

14  access to friend permissions, for example, under a

15  Graph API version 1 through the -- the permissions  02:49:51

16  that were publicly available, right?

17     A.   That's correct.

18     Q.   And then in the transition, those

19  publicly available -- publicly available

20  permissions were deprecated.  And in order for them 02:50:02

21  to continue having access to friend permissions,

22  they were able to obtain that access through --

23  through private APIs after the transition; is that

24  right?

25     A.   To be -- to be clear, there's a            02:50:19

                                                        Page 230

```
 1    difference between private API and permissions        02:50:21

 2    different -- slightly different concepts.

 3          So in -- in the case that if an app

 4    wanted to continue to have access to a permission

 5    that had been publicly deprecated from -- or          02:50:39

 6    publicly removed from most other applications in

 7    order to continue accessing data under that

 8    permission or requesting that permission from

 9    users, after some time it would have had to be on

10    the whitelist.                                        02:50:58

11      Q.   Okay.  And so when you use the phrase

12    "whitelist," now, you're -- you're -- you're

13    referring to whitelist via a private API as well,

14    right?

15      A.   No.  I'm referring in this case in -- in      02:51:10

16    my definition of whitelisting -- my use of

17    whitelisting in this case refers to an application

18    being added to a whitelist in the form of a

19    capability or some other internal gating system.

20      Q.   Okay.  So if you were going to create a        02:51:28

21    list of all of the partners -- Facebook partners

22    that had private APIs, would you consider all of

23    the partners who obtained access to publicly

24    deprecated permissions as having been whitelisted?

25      A.   In order to access publicly deprecated         02:51:52
```

1   APIs or permissions, once they had been publicly        02:51:55

2   deprecated, a developer would need to be on a

3   whitelist.

4        Q.   And -- and I don't want you to repeat

5   your earlier testimony.  I just want you to confirm     02:52:10

6   that you have told me all the reasons that Facebook

7   decided to allow certain partners to obtain friend

8   data after the transition to Graph API version 2,

9   via private APIs.

10       A.   Sorry.  Can you just repeat the question      02:52:24

11  again.

12       Q.   Sure.

13            I just want to make sure the record's

14  clear.  I asked you a lot of questions about the

15  reasons why Facebook decided to continue allowing       02:52:30

16  access to deprecated permissions, including friend

17  sharing.

18            And -- and now we've established that one

19  of the ways that partners obtained access to

20  previously publicly available permissions was          02:52:45

21  through private APIs, right?

22       A.   No.  The way that the developers'

23  applications would have retained access to

24  previously publicly available permissions would

25  have been to be on a whitelist.                         02:53:03

Page 232

1    Q.   Okay.  And those -- and some of those        02:53:05

2    partners obtained those permissions via private

3    APIs, right?

4    A.   Developers obtained permissions from

5    users.  Users get the ability to grant permissions   02:53:16

6    to an app.

7    Q.   Right.

8         Well, frequently Facebook refers to

9    permissions as the -- the access to certain types

10   of information made available by Facebook to third   02:53:28

11   parties, right?

12   A.   The way permissions were --

13        (Simultaneously speaking.)

14   Q.   (By Mr. Loeser)  The friend permissions.

15        Yeah, I understand, but...                 02:53:37

16   A.   So friend permi- -- permissions are a

17   concept in the Facebook developer platform.  And

18   the way that permissions work is that users grant

19   those permissions to applications.  Face- --

20   Facebook does not grant those permissions to         02:53:48

21   applications on a user basis.  Users grant those

22   permissions.

23   Q.   Facebook makes available -- it's up to

24   Facebook what APIs are available to third parties,

25   right?                                          02:54:00

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              Before the third party can ask for the        02:54:00

 2    permission from the user, Facebook decides what

 3    APIs are potentially available to the developer,

 4    right?

 5        A.   Facebook builds the -- the discussion in      02:54:11

 6    this matter is that Facebook developer platform is

 7    built by Facebook and, therefore, Facebook would

 8    decide how that platform functioned.

 9        Q.   Okay.  And, again, I'm just trying to

10    make sure the record is complete on the reasons why   02:54:23

11    Facebook provided access to publicly deprecated

12    permissions to partners.

13              You understand that, right?

14        A.   I understand.

15        Q.   And we're having a struggle -- sorry.         02:54:34

16              Go ahead.

17        A.   No, go.

18        Q.   We're having a bit of a struggle over how

19    to properly use the phrase "private APIs" in a

20    sentence.  And -- and I just want to make sure that   02:54:44

21    with respect to private APIs, you have told me all

22    the reasons why a private API would be made

23    available to any Facebook partner in the

24    transition.

25        A.   I'm not -- the -- the question -- the --      02:55:05
```

Page 234

CONFIDENTIAL

```
1    my recollection of the question you asked me          02:55:08

2    previously was around the reasons for apps to

3    access the friend permissions after the friend

4    permissions had been deprecated publicly.

5            And my understanding, having read many         02:55:23

6    documents on this topic and spoken to the people

7    involved at the time, and my own recollection, is

8    that nobody has been able to explain to me any

9    other reason why an app would have been given an

10   extension to request a friend permissions.            02:55:46

11       Q.   Just for a minute I'm -- I'm going to

12   look at your notes.  And, again, your -- your

13   counsel provided us with the notes that you

14   prepared and they've been marked as an exhibit.

15           Did you personally draft these notes?          02:56:08

16       A.   Which exhibit are we referring to

17   specifically?

18       Q.   Exhibit 335.

19       A.   Yeah, I personally drafted these notes.

20       Q.   And one of the topics in your notes, on       02:56:30

21   the first page you have "Evolution of platform

22   timeline."

23           Do you see that?

24       A.   I see that.

25       Q.   And you refer to -- you have a bullet for      02:56:53
```

Page 235

1    "Granular permissions."                                    02:56:54

2         Do you see that?

3    A.   I do see that.

4    Q.   And so according to your notes, these

5    granular permissions started in 2010, correct?            02:57:01

6    A.   That's my understanding of when the

7    granular permissions were launched.

8    Q.   And so before granular permissions, did

9    app users -- or did apps get access to friend data

10   without needing to obtain authorization from the          02:57:17

11   user via the granular permissions?

12   A.   The way the original authentication model

13   worked was that a user still had to make a decision

14   to grant an app access to their information.  But

15   after doing so, the app had access to many of the         02:57:43

16   things that the Facebook user could have seen on

17   Facebook which may have included friends

18   information.

19   Q.   Okay.  And so what granular permissions

20   introduced was the requirement that the -- that the        02:57:58

21   app request express permission for the different

22   types of data that the app could access from the

23   user, including friend data, right?

24   A.   Granular permissions was -- was seen as a

25   significant step forward in privacy by requiring           02:58:15

Page 236

```
 1    developers to specify which subset of a user's        02:58:20

 2    Facebook information the user would grant to the

 3    application.

 4         Q.   Okay.  And, again, so the record is

 5    clear, prior to the introduction of granular          02:58:33

 6    permissions, apps did not have to ask users for

 7    express permission to access friend data, correct?

 8         A.   Apps had to access -- ask users for

 9    express permission to access any of the user or

10    their friends' information.                           02:58:51

11         So I want to be super clear.  That is

12    always and always was a user opt-in step.

13         Q.   However, prior to granular permissions,

14    there was not a requirement for the app to ask

15    expressly for permissions to access friend data, in  02:59:05

16    particular, right?

17         A.   There was not a permission model in place

18    at that time that required an app developer to

19    explicitly request access to friend data.

20         Q.   If you look at the next bullet in your      02:59:24

21    notes you state, "Facebook's internal testing

22    revealed that each additional permission requested

23    in a GDP permissions dialog box resulted in a

24    roughly 3% decrease in user conversion rate."

25         Can you -- did I read that correctly?            02:59:40
```

CONFIDENTIAL

```
 1          A.    I think you read that correctly, yeah.        02:59:42

 2          Q.    Okay.  Can you explain what that means?

 3          A.    So in the transition to granular

 4   permissions, developers were required to request

 5   specific permissions from users when authorizing        03:00:00

 6   their application.  And developers had a number of

 7   permissions to choose from or to select from.

 8                And this quote is taken from a

 9   document -- an internal document that -- I think --

10   potentially an external document.  I don't recall      03:00:19

11   the source of this quote -- that directionally

12   means that the more permissions that an app

13   requested, the fewer people, on average, would

14   authorize the application in the granular data

15   permissions dialogue.                                  03:00:37

16          Q.    And so -- so when users are asked

17   specifically by an app for permission to obtain

18   particular information, 3 percent of the time,

19   according to this source, the user said no?

20          A.    No, that's not what it -- it means.        03:00:59

21                Best illustrated with an example for

22   clarity, I think.

23                Let's imagine an application called

24   Simon's Food app.  And Simon's Food app would like

25   to access -- would like a user to use it.  And as      03:01:19
```

Page 238

1    part of that, it would like access to some of that          03:01:25

2    user's information.

3            In -- in this hypothetical example, if

4    the app requested, let's say, two permissions from

5    the user, then the conversion rate, i.e., the                03:01:42

6    percentage of people who were asked for permission

7    and granted it, might be 70 percent.

8            On average, if the app asked for three

9    permissions instead of two, the conversion rate,

10   again, on average, might be 67 percent.                      03:01:59

11       Q.   Okay.  Understood.

12           And so are there -- is there variation,

13   depending upon what specific permission is being

14   requested?

15       A.   I haven't prepared a company response to            03:02:18

16   that.

17           From a personal recollection level, I can

18   recall seeing analysis that analyzed conversion

19   rate by permission, based on different types of

20   permission.                                                  03:02:37

21       Q.   And have you seen an analysis of the

22   conversion rate when the permission being requested

23   is friend permission?

24       A.   Again, on -- on a personal capacity, I --

25   I don't recall the details of -- of what that               03:02:50

Page 239

CONFIDENTIAL

```
 1   analysis was.  I wouldn't want to speculate what it        03:02:56

 2   is from my memory.  Like that -- that would have

 3   been a document that I haven't seen for many years.

 4        Q.   And -- and does Facebook believe that,

 5   depending upon on how the permission is phrased,           03:03:07

 6   meaning what words are used, the conversion rate

 7   would be affected?

 8             MR. BLUME:  Objection.  Scope.

 9             THE DEPONENT:  I haven't prepared a -- a

10   company answer on that.  And I -- I haven't               03:03:23

11   reviewed documents that -- in preparation for this

12   that would allow me -- allow me to answer that

13   question on behalf of the company.

14             Again, on a -- on a personal level, I

15   can't -- I can't recall analysis about the --             03:03:39

16   the -- the wording or the framing of the -- the

17   permissions in the dialogue.

18             So I -- I don't -- I don't recall seeing

19   analysis like that.  It's possible it was done, but

20   I -- I wouldn't want to confirm something I don't          03:03:58

21   recall specifically.

22        Q.   (By Mr. Loeser)  Now, just the last

23   question on your notes here.

24             If you turn to the next page, there's a

25   heading "Wind-down timeline."                              03:04:13
```

                                                    Page 240

| | | |
|---|---|---|
| 1 | And can you read the second bullet that | 03:04:17 |
| 2 | you have under that heading? | |
| 3 | A.   "There was an effort from Oct 2019 to | |
| 4 | Jan 2020 to ensure all access was removed for | |
| 5 | integrated partners and other | 03:04:31 |
| 6 | previously-whitelisted apps." | |
| 7 | Q.   And -- and what was the -- what prompted | |
| 8 | this effort? | |
| 9 | A.   I actually think I might be -- I may have | |
| 10 | been confused when I -- when I wrote this. | 03:04:48 |
| 11 | I -- I don't -- I -- I don't think there | |
| 12 | was an effort from October 29 [sic] to January 2020 | |
| 13 | to ensure all access was removed for integration | |
| 14 | partners and other previously whitelisted apps. | |
| 15 | So I think I -- I was mistaken with this | 03:05:03 |
| 16 | bullet. | |
| 17 | Q.   And are you mistaken -- mistaken about | |
| 18 | the time frame or you believe there never was an | |
| 19 | effort to remove -- to remove access for | |
| 20 | integration partners and previously whitelisted | 03:05:18 |
| 21 | apps? | |
| 22 | A.   There was an effort to ensure all access | |
| 23 | was removed for integration partners and other | |
| 24 | previously whitelisted apps.  My understanding is | |
| 25 | that process happened in 2018. | 03:05:31 |

Page 241

```
 1        Q.    And when did that process complete?        03:05:35

 2        A.    The -- the -- I think -- my understanding

 3   is that the -- the majority of that process --

 4   the -- the bulk of that process completed in

 5   June 2018.                                             03:05:51

 6        Q.    And was there some part of that process

 7   that continued after that?

 8        A.    There's a developer blog post on July --

 9   in July 2019, which refers to another few

10   applications that were later discovered and then      03:06:15

11   removed.

12        Q.    So you educated yourself on this topic

13   through a publicly available developer's post; is

14   that what you're saying?

15        A.    That's one of the ways I educated          03:06:30

16   yourself.

17        Q.    Okay.  And there were other ways as well,

18   right?

19        A.    As we discussed, I have spoken to many of

20   the people involved at the time and -- and read       03:06:38

21   many internal documents on the matter.

22             MR. LOESER:  Okay.  And -- all right.

23   Well, we can move on.  Thank you for that.  And --

24   and start going through some more exhibits.

25   /////
```

Page 242

```
1              MR. LOESER:  We're going to put up what      03:06:55

2    has been previously marked as Exhibit 5.  It's tab

3    11 in our binder, Mr. Cross.

4         Q.   (By Mr. Loeser)  Let me know when you see

5    the document.                                          03:07:42

6         A.   Would you mind -- I can see the document,

7    but it's -- it's very small.

8              Would you -- would you -- would you mind

9    blowing it up.

10             (Discussion off the stenographic record.)    03:08:01

11             MR. LOESER:  Okay.

12             THE DEPONENT:  Thank you, Adele.

13        Q.   (By Mr. Loeser)  You should be looking at

14   what's previously been marked as Exhibit 5, which

15   is an email -- I'm not going to try and say this       03:08:14

16   name -- let's just -- can you say that name of the

17   author?

18        A.   Constantin Koukouzelis.

19        Q.   Okay.  We'll call him CK.  Not to be

20   confused with -- with KP, if that's okay with you.     03:08:26

21        A.   That's fine with me.

22        Q.   Is that okay?

23             Okay.  And this is an email from CK to

24   Vishu Gupta and Doug Purdy, George Lee,

25   Vladimir Fedorov, and the subject is "Re: platform     03:08:41
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    3.0 2nd rev."                                    03:08:47

 2           Do you see that?

 3      A.   I see that.

 4      Q.   And this is dated August 16th, 2013.

 5           Do you see that?                          03:08:59

 6      A.   I see that.

 7      Q.   And the attachment to this doc indicates

 8    "Platform 3.0.docx."

 9           Do you see that?

10      A.   I see that.                               03:09:11

11      Q.   So CK is circulating a document that is a

12    platform 3.0 -- it looks like Word file, right?

13      A.   Docx typically refers to a Word file,

14    yes.

15           MR. LOESER:  Okay.  We can put that       03:09:46

16    aside, and we're going to look at the attachment to

17    that document which has previously been marked

18    Exhibit 6.

19           MR. BLUME:  Derek, are these marked as

20    exhibits to Mr. Cross's deposition numbers?       03:10:12

21           I'm -- I'm just not seeing them in the

22    Veritext Exhibit Share.

23           MR. LOESER:  These are -- we're just

24    numbering in sequence through the case.  And so

25    this was the -- just Exhibit 6.  It was in the    03:10:26
```

```
 1    Chang deposition, but I don't think that has        03:10:32

 2    anything to do with how they're being marked.

 3            MR. BLUME:  Okay.  And so it will go in

 4    as the same exhibit number here.

 5            MR. LOESER:  Right.                          03:10:42

 6        Q.   (By Mr. Loeser)  So Mr. Cross, can you

 7    see Exhibit 6 yet?

 8        A.   Not yet.

 9        Q.   And while we're waiting for that to load,

10    you're not communicating with anyone via text or     03:11:04

11    email, or anything, during the course of this

12    deposition, are you?

13        A.   I am not.

14        Q.   Okay.  Thank you.

15            All right.  So now do you see Exhibit 6?    03:11:17

16        A.   I do.

17        Q.   And this -- does this appear to be a Word

18    document with the heading "Platform 3.0"?

19        A.   It does.

20        Q.   Okay.  And I'll just state for the         03:11:26

21    record, this is the document that was attached to

22    the prior exhibit email that we identified.

23            And what is platform 3.0?

24        A.   Platform 3.0 refers -- is one of the

25    internal working titles for the set of changes that  03:11:47
```

Page 245

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | were ultimately announced on April the 30th, 2014. | 03:11:50 |
| 2 | Q.   And can you read the third paragraph | |
| 3 | of -- of this -- this document for the record? | |
| 4 | A.   I can. | |
| 5 | "After a lot of consideration we've" -- | 03:12:07 |
| 6 | and before I do, I assume it will be marked in the | |
| 7 | record that I'm reading something rather than | |
| 8 | saying something. | |
| 9 | Can I just get a nod from the court | |
| 10 | reporter? | 03:12:21 |
| 11 | THE COURT REPORTER:   (Nod.) | |
| 12 | Q.   (By Mr. Loeser)  Yes.  It'll say "witness | |
| 13 | reading." | |
| 14 | A.   Thank you.  Okay.  Good.  Thank you. | |
| 15 | "After a lot of consideration we've | 03:12:28 |
| 16 | decided to make some changes to the Facebook | |
| 17 | platform to act on this feedback.  This is not a | |
| 18 | decision we've taken lightly and some of these | |
| 19 | changes will be painful for our developers in the | |
| 20 | short term.  However, in the process of providing | 03:12:40 |
| 21 | users with the control they want" or need -- | |
| 22 | "/ need we are working towards a shared goal of | |
| 23 | greater engagement and long term health of the | |
| 24 | ecosystem that will mutually benefit both users and | |
| 25 | our developers." | 03:12:53 |

Page 246

1      Q.    And -- and Mr. Cross, is that an accurate          03:12:56

2   statement of the reasons for the introduction of

3   platform 3.0?

4      A.    This is a document, as I understand it,

5   prepared nearly -- nearly nine months before the          03:13:09

6   changes were ultimately announced.  I don't think

7   I -- it's appropriate to confirm that this is an

8   accurate representation of the reasons.

9      Q.    Okay.  And was it Facebook's position

10  and -- well, let me read one part of this and you          03:13:36

11  tell me if this is, in fact, what Facebook's

12  motivation was.

13          It says "However, in the process of

14  providing users with the control they want / need

15  we are working towards a shared goal of greater          03:13:52

16  engagement and long term health of the ecosystem

17  that will mutually benefit both users and our

18  developers."

19          What is the reference to "providing users

20  with the control they want"?                              03:14:03

21          Do you know what that refers to and how

22  the changes provided that control?

23      A.    My understanding --

24          MR. BLUME:  Where -- I'm sorry.  Is

25  that -- I'm not seeing that on my screen, what          03:14:14

CONFIDENTIAL

1    you're reading, Derek.                                03:14:17

2            MR. LOESER:  It was in the paragraph that

3    Mr. Cross read.  Third paragraph.

4            MR. BLUME:  Okay.  Thank you.

5            THE DEPONENT:  My understanding is that      03:14:28

6    that refers to the changes that were made to the

7    Facebook platform login dialogue as -- as of

8    April 30th, 2015, for new apps that allowed users

9    to decline to grant certain permissions that the

10   app had requested from them.                          03:14:51

11       Q.   (By Mr. Loeser)  Okay.  Let's go to the

12   next page of this memo.  There's a heading

13   "Breaking Changes."

14            And before getting into the substance of

15   this, can you explain what breaking changes are?     03:15:11

16       A.   Typically, breaking changes means when

17   some behavior of the platform is changed that would

18   require developers to write code to prevent broken

19   experiences or integrations.

20       Q.   And then underneath the "Breaking          03:15:36

21   Changes" heading, you see a subheading, "Deprecate

22   friend permissions."

23            Do you see that?

24       A.   I do see that.

25       Q.   And could you read the paragraph under      03:15:45

                                                    Page 248

```
 1    that heading, for the record.                  03:15:46

 2           And I'll note so -- so the court reporter

 3    doesn't even have to, that you are going to now be

 4    reading a paragraph that is in this presentation

 5    prepared by Facebook.                           03:15:55

 6       A.   Thank you.

 7           "We are removing the ability for users to

 8    share data that belongs to their friends, who have

 9    not installed the app.  Our philosophy is that

10    users should be empowered to share their data with  03:16:04

11    an app when they have expressed intent.  Users

12    should not be able to act as a proxy to access

13    personal information about friends that have not

14    expressed any intent in using the app.  Apps can

15    still power great, meaningful social experiences    03:16:19

16    for their users and prompt a user to invite their

17    friends to participate in the experience.  Once a

18    friend has installed the app, they can determine

19    how much information they are willing to share at

20    their discretion."                              03:16:33

21       Q.   Thank you.

22           So based upon this explanation, fair to

23    say that the idea behind removing friend

24    permissions was to make sure that users are

25    "empowered to share their data with an app when    03:16:44
```

1    they have expressed intent," right?                    03:16:47

2         A.   That was one of the -- that was seen at

3    the time to be one of the -- the reasons for

4    deprecating the friend permissions, yes.

5         Q.   And Facebook decided that "users should       03:17:06

6    not be able to act as a proxy to access personal

7    information about friends that have not expressed

8    any intent in using the app," right?

9         A.   I think it's important to remind

10   ourselves of the context of this document.              03:17:22

11        This document is being written by a

12   product manager as a -- in my understanding, a

13   potential narrative to explain some of the changes,

14   which at that time were being proposed.

15        Q.   And, sir, as we saw in this document, was     03:17:50

16   it not the case that Facebook decided that users

17   should not be able to act as a proxy to access

18   personal information about friends that have not

19   expressed an intent in using the app?

20        A.   This is not Facebook's language.  This is     03:18:05

21   language written by a product manager on the team,

22   who was involved in preparing and planning these

23   changes.

24        Q.   So are you saying that this product

25   manager was intending to misrepresent the reason       03:18:21

1    for the changes?                                      03:18:23

2          THE COURT REPORTER:  Wait, Mr. Blume.  I

3    didn't hear you.

4          MR. BLUME:  Sorry.  Objection to form.

5          THE DEPONENT:  I'm not suggesting that           03:18:33

6    this product manager was -- was misrepresenting

7    Facebook's opinion, just that this represents a --

8    the view, as held by that product's manager at the

9    time, as they wrote this document.

10         Q.   (By Mr. Loeser)  And did Facebook have a     03:18:50

11   different view?

12         MR. BLUME:  Objection.  Scope.

13         THE DEPONENT:  It's hard for me to --

14   yeah -- answer that, like does Facebook -- yeah, at

15   the Facebook level.                                    03:19:05

16         My personal understanding is that this is

17   broadly aligned with the direction as evidenced by

18   the friend permissions being deprecated some nine

19   months later.

20         Q.   (By Mr. Loeser)  Okay.  And so the way to    03:19:20

21   stop users from -- from providing access to their

22   friend's personal information to apps the friends

23   did not want to share was to deprecate friend

24   permissions, right?

25         A.   It was seen that deprecating the friend      03:19:34

Page 251

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | permissions would give users -- would -- would give | 03:19:36 |
| 2 | people -- would make it less likely that users | |
| 3 | would share friends information -- friends content | |
| 4 | with a third-party application. | |
| 5 | Q.   Okay.  If we can move down to the heading | 03:20:00 |
| 6 | on the next page that says "Deprecate read_stream | |
| 7 | permissions." | |
| 8 | And to give you a break on your reading, | |
| 9 | I'll read this one myself and -- and note that I'm | |
| 10 | reading from this document. | 03:20:21 |
| 11 | Under the heading "Deprecate read_stream | |
| 12 | permission," this document states "We will be | |
| 13 | deprecating the ability for developers to request | |
| 14 | access to a users news feed.  This is an extremely | |
| 15 | powerful API that exposes a large amount of | 03:20:34 |
| 16 | personal data.  User's are often unclear how this | |
| 17 | information is used and unaware of exactly how much | |
| 18 | information they are releasing to apps.  There is | |
| 19 | no good way to make this functionality work with | |
| 20 | our enhanced focus on user trust and we will be | 03:20:48 |
| 21 | removing it in the upcoming months." | |
| 22 | Did I read that correctly? | |
| 23 | A.   Yeah, I think you read that correctly. | |
| 24 | Q.   And we talked a bit about read stream | |
| 25 | permission, but -- but -- so the record is clear, | 03:20:59 |

Page 252

1    what -- what is read stream permission?                03:21:02

2        A.   The read stream permission allowed --

3    when a user granted it to an application, allowed

4    an app to read that user's newsfeed.

5        Q.   And this states that this is an              03:21:24

6    "extremely powerful API that exposes a large amount

7    of personal information."

8            Does Facebook agree with that statement?

9            MR. BLUME:  Objection.  Scope.

10           THE DEPONENT:  I don't -- I don't feel        03:21:38

11   qualified to -- to give Facebook's position on it.

12           My personal view is that it was an API

13   that allowed apps -- apps to access a user's

14   friends information, the posts and comments -- the

15   posts on their newsfeed and -- and that was         03:21:59

16   considered similarly to the friend permissions we

17   discussed above.

18       Q.   (By Mr. Loeser)  And so in the transition

19   to platform 3.0, the decision was made by Facebook

20   to deprecate read permissions as well, right?        03:22:19

21       A.   My understanding is that the read stream

22   permission was not deprecated in version 2, and it

23   was instead gated by app review.

24       Q.   And that means that when an app wanted to

25   access the read stream permission, they asked       03:22:43

                                                    Page 253

```
 1    Facebook if they could have access to that          03:22:47

 2    permission?

 3         A.   The way app review worked was developers

 4    had to request permission from Facebook to request

 5    the permission from users.                           03:22:59

 6         Q.   And how does that provide the user with

 7    information on how the read stream permission data

 8    is used?

 9              MR. BLUME:  Objection.  Scope.

10              THE DEPONENT:  Sorry.  Yeah.  I'm not      03:23:15

11    sure how to -- how to answer that question.

12              How -- how does what provide the

13    information to the user?

14         Q.   (By Mr. Loeser)  Well, that -- the

15    gatekeeping.  Because this states that a concern     03:23:22

16    was users are often unclear how this information is

17    used, and I'm wondering how the solution Facebook

18    implemented satisfied that concern?

19              MR. BLUME:  Objection.  Beyond the scope.

20              THE DEPONENT:  I think -- again, like      03:23:40

21    what we're reading here is a product manager's view

22    at a time.  And Facebook's ultimate decision was

23    that the read stream would remain available behind

24    app review and the experience of granting read

25    stream in an application would remain unchanged.     03:24:03
```

CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  Okay.  So when this        03:24:06

 2    developer says "There is no good way to make this

 3    functionality work with our enhanced focus on user

 4    trust," Facebook decided to, nonetheless, continue

 5    to provide read stream permission, but with a --     03:24:16

 6    with a gatekeeper added?

 7             MR. BLUME:  Objection.  Form.  And scope.

 8             THE DEPONENT:  Yeah.  Not with a -- a

 9    gatekeeper, if we're referring to the specific

10    internal tool.                                       03:24:34

11             I got to go back to what my -- my

12    understanding of what was ultimately launched in

13    April 2014, is that permission remained technically

14    publicly available but was gated behind app review.

15             That's -- that's -- that's my              03:24:55

16    understanding from -- as what happened.

17             In a personal capacity, my understanding

18    is that -- actually, I -- I don't want to

19    speculate.  Because like I -- I'm not -- I -- yeah,

20    I don't want to speculate as to exactly how that     03:25:12

21    permission was subsequently granted to

22    applications.

23        Q.   (By Mr. Loeser)  Okay.  So even though

24    the developer that wrote this memo concluded "There

25    is no good way to make this functionality work with  03:25:26
```

Page 255

1   our enhanced focus on user trust," Facebook made        03:25:29

2   the decision to continue to allow use by the

3   developers of read stream permission, correct?

4        A.   No.   First of all, it's a product manager

5   writing this, not -- not a developer.   It's        03:25:44

6   important to clarify.

7             And my -- my point is that the -- the

8   permission remained publicly available as it was

9   documented on the developer website in version 2,

10  but only approved applications could request that        03:25:58

11  permission from users.

12       Q.   And the product manager that wrote this

13  memo, according to the cover email, is CK, right?

14       A.   Constantin Koukouzelis, yes.   CK.

15       Q.   And is Constantin -- sorry.        03:26:20

16            Is Constantin still employed by Facebook?

17       A.   I do not know if Constantin is still

18  employed by Facebook.

19            MR. LOESER:   Okay.   We can go to the next

20  exhibit, which has previously been marked        03:26:44

21  Exhibit 7.

22            THE DEPONENT:   Actually, I want -- while

23  we're there, I do want to add something.

24            My understanding is that the read stream

25  permission was then deprecated in a subsequent        03:27:05

Page 256

1    version of the Graph API after version 2.                    03:27:10

2         Q.   (By Mr. Loeser)  And -- and when did that

3    occur, Mr. Cross?

4         A.   I don't have the date at hand.  But it

5    would have been publicly documented on the Facebook          03:27:26

6    developer website.

7         Q.   And is that something that just came to

8    your mind, or did you -- did you just read

9    something?

10        How did you recall that?                                 03:27:35

11        A.   I recalled it as we were talking.  You

12   didn't ask me specifically about what happened next

13   with read stream.  So I didn't consider it in my

14   answers at the time.

15        But on balance, I think important to note             03:27:51

16   that that permission was removed very soon after

17   the launch of API version 2.

18        Q.   And -- and why did Facebook remove that

19   permission?

20        A.   My understanding is that very few apps,          03:28:09

21   if any, had met the criteria to be granted it.

22        Q.   And -- and why would that be?

23        MR. BLUME:  Objection.  Scope.

24        THE DEPONENT:  I can't specify exactly

25   why no applications met the criteria.                       03:28:33

Page 257

```
1        Q.   (By Mr. Loeser)  And Mr. Cross, didn't        03:28:45

2   user posts and user photos provide similar

3   information as read stream?

4        A.   No.

5        Q.   And why not?                                  03:29:00

6             MR. BLUME:  Objection.  Scope.

7             THE DEPONENT:  Why not or how not?

8             Sorry, Rob, go -- I didn't hear your

9   objection.

10            MR. BLUME:  Scope objection.                  03:29:11

11       Q.   (By Mr. Loeser)  Yeah.  How -- how not is

12  a better question.

13            Thank you for posing it.

14       A.   The user -- I think the -- the two ones

15  you gave were user photos and user likes; is that      03:29:22

16  right?

17       Q.   User posts.

18       A.   User posts.

19            User posts and user likes allowed an app,

20  with permission, to access the authenticating          03:29:30

21  user's likes and their posts.

22            Read stream allowed an application, if

23  granted, to access the authenticating user's

24  newsfeed, which is typically made up of posts,

25  videos, photos, et cetera, made by that user's         03:29:52
```

Page 258

CONFIDENTIAL

```
 1    friends or pages they have liked.                    03:29:58

 2        Q.   Okay.  So back to our exhibit,

 3    Exhibit 7 -- previously marked Exhibit 7.

 4            Do you see that in front of you?

 5        A.   I do.                                        03:30:12

 6        Q.   And for the record, this is an email from

 7    KP to Ime Archibong, Jackie Chang, with cc to

 8    Chris Daniels and to yourself.

 9            "Subject: Re: T0/Special Cases for P3

10    consideration," and attachment is noted, "All apps    03:30:30

11    with friend permissions.xlsx."

12            Do you see that?

13        A.   I do see that.

14        Q.   This is a string that goes on for a

15    couple of pages.                                       03:30:43

16            And why don't you take a minute just

17    to -- to review it.  I do have some questions that

18    walk through the string.  So it's worth having you

19    take a look for context.

20        A.   Yeah, of course.                              03:30:56

21            Would you mind popping it into the

22    Veritext system so I can scroll on my own?

23    Otherwise we can do it on the Zoom.  It just made

24    be more efficient.

25        Q.   It -- it should be there in the folder.       03:31:13
```

Page 259

1      A.   I'm looking at the marked exclamation --        03:31:14

2      bang bang -- marked exhibits folder, which is, I

3      think, where I'm supposed to be.  I don't see the

4      exhibit there.

5           Maybe I'm supposed to be somewhere else?        03:31:24

6      Q.   Yeah.  Is there a Day 2 folder that

7      you're looking at?

8      A.   I don't see a Day 2 folder.

9           MR. LOESER:  Why don't we go off the

10     record for a second.                                 03:31:33

11          THE VIDEOGRAPHER:  Okay.  We're off the

12     record.  It's 3:31 p.m.

13          (Recess taken.)

14          THE VIDEOGRAPHER:  We're back on the

15     record.  It's 3:46 p.m.                              03:46:21

16     Q.   (By Mr. Loeser)  Mr. Cross, did you have

17     a chance to look through the email string that is

18     identified as Exhibit 7?

19     A.   I didn't look through it, no.

20          Let me -- let me do it now.                     03:46:39

21          I have it in the document now.

22     Q.   Okay.  And just to maybe orient you, the

23     string starts with an email from Jackie Chang on

24     August 21st, 2013, at the end of the string.

25     A.   Okay.  I've scanned through the document.       03:47:31

Page 260

```
 1          Q.    Okay.  And so if you go back to the first        03:47:33

 2    page of the document, there's a number of people

 3    identified here.  One is KP, and we've talked a bit

 4    about him.

 5          But -- but what his -- what was his               03:47:46

 6    position, if you know, at this time at Facebook?

 7          A.    I wouldn't want to give like a perfectly

 8    authoritative answer.

 9          My understanding is he was a strategic

10    partner manager.                                         03:47:59

11          Q.    Okay.  And what -- and what about

12    Ime Archibong?

13          A.    Again, I don't want to be -- don't have

14    an authoritative answer to his job title at the

15    time.  But my understanding is he was the manager       03:48:09

16    of the strategic partnerships team.

17          Q.    Okay.  And Jackie Chang?

18          A.    Similarly, I'm sure I have the

19    authoritative answer, but my understanding is she

20    was a strategic partner manager on the strategic --     03:48:26

21    on the platform partnerships team.

22          Q.    And Chris Daniels?

23          A.    Chris Daniels, again, don't want to give

24    an authoritative answer.

25          My recollection, though, is that he was           03:48:40
```

CONFIDENTIAL

```
 1    the head of business development.                  03:48:41

 2         Q.   Okay.  So now if we go to the -- the

 3    beginning of the string, if you look at the email

 4    that Jackie Chang wrote to Ime and Chris.

 5              Do you see that towards the bottom of the  03:48:58

 6    string?

 7         A.   I do.

 8         Q.   And the -- the subject line isn't evident

 9    on that.  But if you go up to the email above that

10    from Ime, the subject is "Re: T0/Special Cases for  03:49:12

11    P3 consideration."

12              What is -- do you know what T0 refers to

13    here?

14         A.   T0 refers to some partner classification

15    that -- that seems to have been in use at the time.  03:49:29

16         Q.   Okay.  And having looked through this

17    email, this is a discussion of the changes to the

18    Facebook platform that would deprecate certain

19    APIs, including friend permissions; is that right?

20              MR. DAVIS:  Objection.  Form.           03:49:53

21              THE DEPONENT:  My understanding is this

22    is an email thread discussing potential impact of

23    the -- several changes to the API that were being

24    considered at the -- at the time of this email

25    being written.                                     03:50:12
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   (By Mr. Loeser)  Okay.  And looking at | 03:50:13 |
| 2 | the Jackie Chang's message, at the beginning of | |
| 3 | this thread, she states "Working with KP to further | |
| 4 | synthesize P3 impact by breaking out T0 partners | |
| 5 | with non-standard agreements and specific | 03:50:26 |
| 6 | categories of impact that we should address.  KP is | |
| 7 | working on the pulling the same analysis of the | |
| 8 | friend data, but we're also working in parallel to | |
| 9 | parse out key partnerships/scenarios that we should | |
| 10 | be solving for." | 03:50:38 |
| 11 | Do you see that? | |
| 12 | A.   I see that. | |
| 13 | Q.   So what Jackie Chang is sorting out here | |
| 14 | is, among other things, which partners would lose | |
| 15 | access to friend permissions and which ones would | 03:50:50 |
| 16 | not, right? | |
| 17 | A.   Jackie Chang is not making any decisions | |
| 18 | in this email.  What you see here is a conversation | |
| 19 | between a number of people on the partnerships team | |
| 20 | attempting to react to a set of potential changes | 03:51:09 |
| 21 | and how they might impact the partner ecosystem. | |
| 22 | Q.   Okay.  And Jackie Chang is -- is helping | |
| 23 | to develop a format for how to decide which | |
| 24 | partners would have access to friend data, for | |
| 25 | example, and which ones would not, right? | 03:51:28 |

Page 263

CONFIDENTIAL

```
 1          MR. DAVIS:  Objection.  Form.            03:51:36

 2          THE DEPONENT:  This is a group of people

 3    attempting to put together their -- their best

 4    guess at a framework.  But there's nothing that

 5    indicates that this was what was ultimately        03:51:49

 6    implemented.

 7          Q.  (By Mr. Loeser)  Okay.  And -- by the

 8    way, if you -- in this document, did you see that

 9    link there, https, and then there's a long URL?

10          A.   I do.                                  03:52:06

11          Q.   Okay.  How -- how would that work?  If

12    someone sent you this email at Facebook, is -- is

13    that -- if there's a link in a document, it would

14    be something you could click on and you'd then see

15    the document?                                     03:52:18

16          A.   My understanding is that this is a --

17    some form of online document system, yes.

18          Q.   So in -- in Ms. Chang's email to Ime and

19    Chris, she provides a -- some recommendations for

20    how to bucket different partners in this analysis; 03:52:41

21    is that right?

22          A.   It's hard to confirm what she -- what

23    she's doing here without seeing the original

24    document.

25          She's referring to -- to tabs, for sure.    03:53:00
```

Page 264

1    But hard to know what -- what was on those tabs and        03:53:03

2    how that relates to what's in the email.

3        Q.   So to fully understand this document, you

4    would need the document that is hyperlinked in this

5    email; is that what you're saying?                          03:53:14

6            MR. DAVIS:  Object to the form.

7            THE DEPONENT:  There's references in the

8    email to information in -- in -- in a document,

9    which I don't have the ability to see as of now.

10       Q.   (By Mr. Loeser)  And would it help you             03:53:31

11   understand the context of this email, if you had

12   the ability to see that document?

13           MR. DAVIS:  Object to the form.

14           THE DEPONENT:  Potentially --

15   potentially.  It would depend on the contents of --         03:53:42

16   of the -- the document.  But it also depends on

17   the -- the question you're asking.

18       Q.   (By Mr. Loeser)  And do you recall

19   Ms. Chang being involved in this process of coming

20   up with a format to bucket different groups of              03:53:59

21   partners?

22       A.   Jackie Chang was on the partnerships

23   team, as was I.  And I, yes, recall that a number

24   of people were involved in attempting to assess the

25   proposed changes.                                           03:54:18

Page 265

```
 1         Q.   And if you go to the first heading in --      03:54:21

 2    in her email, under the hyperlink, it says "T0

 3    Tab."

 4              And you're saying you don't recall what

 5    category of partners would fall under the T0 tab?     03:54:34

 6         A.   I don't recall what category of partners

 7    would fall under -- under T0.

 8         Q.   Okay.  Now, it looks like that under this

 9    category, T0, there are three different

10    considerations that she -- that Jackie Chang          03:54:56

11    identifies.  The first is "Partners with

12    non-standard agreement and their backward

13    compatibility clause."

14              Can you explain what that means?

15         A.   I would be speculating as to -- as to       03:55:09

16    exactly what that meant.  So hard -- hard to --

17    hard to know.

18              By "backwards compatibility," I

19    understand that to mean contractually agreed notice

20    periods for breaking changes.                         03:55:27

21         Q.   And then the next bullet is "Existing

22    integrations impacted."

23              How did the proposed changes to the

24    platform impact existing integrations?

25         A.   Integrations would have been impacted by     03:55:48
```

Page 266

1    the proposed changes in a number of different ways,        03:55:49

2    depending on the precise purpose and design of the

3    integration.

4         Q.   Okay.  So it appears that when coming up

5    with this format, Facebook recognized that there          03:56:00

6    were existing integrations and they could be

7    impacted by the changes to the platform; is that a

8    fair read of that bullet?

9              MR. DAVIS:  Object to the form.

10             THE DEPONENT:  The -- there was               03:56:13

11   expectation at the time that the proposed changes

12   would impact some existing integrations.

13        Q.   (By Mr. Loeser)  And then the next bullet

14   is "Future integrations in planning."

15             That would refer to integrations that had      03:56:30

16   not yet happened, but that Facebook was perhaps

17   considering doing in the future?

18        A.   I don't want to speculate as to exactly

19   what Jackie meant.  Maybe -- maybe -- maybe ask

20   her.  But -- so, yeah, I think maybe ask her.            03:56:46

21        Q.   Okay.  She'd probably be the best person

22   to ask about what she wrote in an email?

23        A.   I think she'd be the best person to ask

24   about what she wrote in an email.

25        Q.   If you look at the next -- next heading,        03:57:02

                                                    Page 267

CONFIDENTIAL

```
 1    it's "Risk Assessment Tab."  And the first item on       03:57:04

 2    that list is "PR risk: Potential partners/cases

 3    that may cause negative press."

 4           And can you tell me, from Facebook's

 5    perspective, what this refers to in the context of       03:57:17

 6    a discussion of the introduction of platform 3?

 7           MR. DAVIS:  Object to the form.

 8           THE DEPONENT:  It's hard to answer that

 9    from Facebook's perspective.  I can answer it from

10    a personal perspective.                                  03:57:37

11           My understanding of that is that there

12    may have been a number of companies, developers

13    that, when impacted by these changes would --

14    which --

15           (Brief interruption.)                             03:57:55

16           THE DEPONENT:  -- potentially be publicly

17    vocal about the impact on their integration.

18       Q.  (By Mr. Loeser)  Okay.  And then let's

19    look at the next bullet.

20           It says "Strategic Value: Key                     03:58:09

21    integrations that use read stream or friend data

22    and drive value to fb.  Should decide if we allow

23    certain use cases that are of strategic value to

24    fb."

25           Did I read that correctly?                        03:58:24
```

Page 268

CONFIDENTIAL

1          A.   I think you read that correctly, yeah.          03:58:25

2          Q.   And so based on this, it appears that one

3      of the considerations for deciding how to -- or

4      whether to continue to allow access to read stream

5      or friend data is the strategic value of the          03:58:43

6      partner to Facebook, correct?

7               MR. DAVIS:   Objection.  Form.  And scope.

8               THE DEPONENT:   I wouldn't say that's

9      correct.  This is a document containing the

10     opinions and ideas of a specific partner manager          03:59:01

11     around nine months before the -- the changes

12     were -- were introduced.  This doesn't, I think,

13     reflect on ultimately how decisions were made.

14         Q.   (By Mr. Loeser)  What -- what is -- what

15     is strategic value?          03:59:19

16               What is meant by that?

17         A.   I don't think I can answer what -- what

18     Jackie meant by strategic value in -- in her email.

19     I think that would be a question for her.

20         Q.   And -- and what does Facebook mean by          03:59:32

21     strategic value?

22         A.   I think strategic value could be

23     construed to mean many different things.  I don't

24     think this is specific -- Facebook does not have a

25     specific definition of what strategic value means.          03:59:46

Page 269

```
 1            Q.   So Ms. Chang writes "Should decide if we      03:59:48

 2     allow certain use cases that are of strategic value

 3     to fb."

 4            And so can you tell me, from Facebook's

 5     perspective, what does it mean for a use case to be      03:59:59

 6     of strategic value to Facebook?

 7            MR. DAVIS:  Objection.  Form.  And scope.

 8            THE DEPONENT:  I can't give a -- a

 9     company answer to -- to -- to that question.

10            As -- as I testified earlier, I think           04:00:10

11     there's a wide range of things that may be or could

12     be considered strategic value.

13            Q.   (By Mr. Loeser)  Okay.  So what are some

14     of the things that may make sense in -- in the

15     context of this email string?                           04:00:21

16            MR. DAVIS:  Objection.  Form.  And scope.

17            THE DEPONENT:  I -- I can't answer on

18     behalf of the company relative -- relative to what

19     a partner manager was writing in an email nine

20     years ago.  So I think it's hard to answer that        04:00:38

21     question.

22            Q.   (By Mr. Loeser)  So Facebook does not

23     have an understanding of what it means for a

24     partner to have strategic value to Facebook?

25            MR. DAVIS:  Objection.  Form.  And scope.       04:00:50
```

CONFIDENTIAL

```
 1              THE DEPONENT:  There's not a standard      04:00:53

 2     company definition for what construes strategic

 3     value.

 4         Q.   (By Mr. Loeser)  And -- and you're not

 5     prepared to testify as Facebook's -- as Facebook's    04:01:00

 6     representative or designee to testify about what

 7     strategic value means to Facebook in the context of

 8     its partners?

 9              MR. DAVIS:  Objection.  Form.

10              THE DEPONENT:  I could give some           04:01:19

11     examples, per se, that might be considered

12     valuable.  But I can't give you, as you're asking,

13     some kind of universal definition of what strategic

14     value is to -- to Facebook.

15         Q.   (By Mr. Loeser)  What are the examples     04:01:37

16     that you're thinking about?

17         A.   So one example might be a mobile device

18     integration to enable a Facebook-branded

19     application to exist on a mobile operating system.

20         Q.   Are there other examples?                 04:01:59

21         A.   There are probably other examples.  I

22     don't have any in my head immediately to mind.

23         Q.   So you're not prepared to testify, on

24     behalf of Facebook, as to other examples of what

25     strategic value means to Facebook in this context?  04:02:21
```

1          MR. DAVIS:  Objection.  Form.  And scope.      04:02:24

2          THE DEPONENT:  Well, I mean, be prepared

3    to testify, I -- you know, I think I could give

4    some more examples -- another example if I had a

5    bit more time to think of one.                       04:02:39

6          Q.   (By Mr. Loeser)  What -- what does it

7    mean to drive value to Facebook -- for a partner to

8    drive value to Facebook?

9          MR. DAVIS:  Objection.  Form.  And scope.

10          THE DEPONENT:  In the context of -- can       04:02:51

11    you help me understand the context in which you're

12    asking.

13          Q.   (By Mr. Loeser)  Sure.

14          In the context of Jackie Chang's proposed

15    format for how to decide which partners should       04:02:59

16    receive continued access to friend permissions.

17          MR. DAVIS:  Same objections.

18          THE DEPONENT:  Yeah.  I think drive value

19    to Facebook -- I mean, I think if you want to

20    understand what she meant by that phrase in an       04:03:12

21    email, you should ask Jackie.

22          Q.   (By Mr. Loeser)  But Facebook doesn't

23    have an answer to that question?

24          MR. DAVIS:  Objection.  Form.  Scope.

25          THE DEPONENT:  As I've said, there's a        04:03:28

                                                   Page 272

| | |
|---|---|
| 1 | number of different ways which might be considered | 04:03:29 |
| 2 | drive -- drive value in this -- in this context. | |
| 3 | Q.   (By Mr. Loeser)  If you look at the next | |
| 4 | bullet in Ms. Chang's email, she writes | |
| 5 | "Competitive/Not Useful to FB:  Key integrations | 04:03:52 |
| 6 | that are competitive or drive little value to fb. | |
| 7 | Good that we're removing, but may need some | |
| 8 | additional considerations on wind-down time." | |
| 9 | Do you understand what she's referring to | |
| 10 | here? | 04:04:08 |
| 11 | A.   I don't understand what she's -- well, I | |
| 12 | don't understand -- I can't be sure what she's | |
| 13 | referring to here. | |
| 14 | Q.   What would it mean for a key integration | |
| 15 | that is competitive or drives little value to | 04:04:23 |
| 16 | Facebook? | |
| 17 | MR. DAVIS:  Objection.  Form.  Scope. | |
| 18 | THE DEPONENT:  So hard to give a company | |
| 19 | answer to that question. | |
| 20 | On a personal level, one example that | 04:04:34 |
| 21 | might come to mind is where a user might be able to | |
| 22 | browse their newsfeed in another -- on another | |
| 23 | platform or -- or app in another application, | |
| 24 | which -- which meant the user would be browsing | |
| 25 | their newsfeed in a non-Facebook app. | 04:05:05 |

Page 273

```
 1        Q.   (By Mr. Loeser)  And that would be         04:05:10

 2   competitive because that would then cause people to

 3   use that other app instead of Facebook, or that

 4   other platform instead of Facebook?

 5        A.   It might allow a user to browse their       04:05:25

 6   newsfeed in -- in an app that wasn't provided by

 7   Facebook.

 8        Q.   Now, let's turn to the beginning of the

 9   email string and look at the email from KP.

10             And it looks like that -- that the first    04:05:42

11   thing he does is he adds you to this conversation;

12   is that right?

13        A.   It looks like he added me to the

14   conversation, yes.

15        Q.   That's what the "+ Simon" means at the      04:05:52

16   top of this email?

17        A.   That would be my interpretation, yes.

18        Q.   Okay.  So if we look at the second

19   paragraph of KP's email, he writes, "A little

20   update from my end, and how I think we should tie    04:06:03

21   this to what Jackie has put together.  Simon

22   managed to pull a list of 40k+ apps that request

23   and make use of the friend_permissions.  You can

24   see all those apps in the attached.  The most

25   interesting data points having reviewed the top 250  04:06:23
```

Page 274

```
 1    apps are the following (I took the liberty to make          04:06:25

 2    a recommendation as well by the way - the numbers

 3    in the brackets are the percentage of the apps

 4    reviewed under this category)."

 5         Do you see that?                                         04:06:38

 6       A.   I do see that.

 7       Q.   And so KP refers to a list that you put

 8    together that had a full list of all the "apps that

 9    request and make use of the friends_permissions";

10    is that right?                                                04:06:59

11       A.   I'm not sure it is a full list.  It's a

12    list of 40K-plus apps as -- well, as per -- as per

13    the copy here.  Again, I don't see the -- the

14    document attached.

15       Q.   Okay.  And so -- and 40K apps mean             04:07:14

16    40,000 -- more than 40,000 apps that allowed access

17    to friend permissions?

18       A.   Well, this mean 40,000 applications that

19    were in some way requesting friend permissions from

20    users.                                                        04:07:32

21       Q.   And attached to this document is a

22    spreadsheet that -- that, based on this email,

23    appears to be the list that you put together,

24    correct?

25       A.   That would make sense, yes.                    04:07:44
```

Page 275

CONFIDENTIAL

```
 1        Q.   And do you recall how you put together         04:07:46

 2   that list?

 3        A.   I -- answering in a -- again, on -- on a

 4   personal recollection here, I would have used one

 5   of Facebook's internal data analysis tools to pull    04:07:57

 6   this list together.

 7        Q.   Okay.  Which tool would you have used?

 8        A.   My recollection is, I would have used

 9   HiPal.

10        Q.   And is that a tool that could still be       04:08:16

11   used to identify any app that had access to friend

12   permissions?

13             MR. DAVIS:  Objection.  Form.

14             THE DEPONENT:  I don't know.  I don't

15   think HiPal as a -- as a -- as a tool exists          04:08:30

16   anymore.  And I don't know what information it

17   would grant access to today.

18        Q.   (By Mr. Loeser)  Let's -- I'm sorry.  I

19   didn't mean to interrupt you.

20             Let's work down KP's email a little bit      04:08:44

21   and go to the -- the -- the No. 3 on here.  And

22   this -- am I reading this correctly, that -- that

23   KP went through the list and reviewed the top 250

24   apps and -- do you know what he means by the "top

25   250 apps"?                                             04:09:08
```

CONFIDENTIAL

```
 1              MR. DAVIS:  Objection.  Form.                04:09:10

 2              THE DEPONENT:  I do not know what he

 3       means by the "top 250 apps."

 4          Q.  (By Mr. Loeser)  And nonetheless, he

 5       breaks the apps into -- it looks like nine          04:09:19

 6       different categories; is that right?

 7          A.  I see nine bullets on this email, yeah.

 8          Q.  And the third category is "Strategic."

 9              Do you see that?

10          A.  I see that.                                  04:09:37

11          Q.  And he writes "from MSFT" -- which I

12       assume is Microsoft; is that right?

13          A.  I would assume that would be Microsoft.

14          Q.  So from Microsoft, "to Yahoo!, to

15       Pinterest, Path, Klout and the likes.  Some of them 04:09:50

16       should obvious not have access such as Myspace,

17       Twitter, Youtube, etc.  In particular for Strategic

18       partners we should use the framework developed by

19       Jackie.  RECOMMENDATION:  User Jackie's framework."

20              Do you see that?                             04:10:11

21          A.  I do see that.

22          Q.  So does this suggest to you that KP

23       believed that the framework for sorting partners

24       into buckets or deciding whether they have

25       continued access to friend permissions, was the one 04:10:20
```

Page 277

1    that had been proposed by Jackie Chang?       04:10:22

2           MR. DAVIS:  Objection.  Form.

3           THE DEPONENT:  I think the context,

4    again, of this email is important.  This is a -- a

5    team of people, nine months before changes were      04:10:32

6    announced, attempting to find some way to structure

7    their thinking.

8           In this email, he's referring to,

9    you know, Jackie's framework.  But it's not clear

10    to me what Jackie's framework is.  And it's also     04:10:52

11    not clear whether or not any of this was ultimately

12    used.

13     Q.  (By Mr. Loeser)  Okay.  Well, let's go up

14    to the top of KP's email.

15           He says "Thanks a lot, Jackie.  This is      04:11:05

16    great - I have included the additional info for the

17    strategic partners in the attached spreadsheet as

18    well (for completeness)."

19           Do you see that?

20     A.  I do see that.                    04:11:19

21     Q.  So he received a format from Jackie,

22    right?

23           MR. DAVIS:  Objection.  Form.

24           THE DEPONENT:  I mean, all I have to go

25    on to answer your questions is what -- what's on    04:11:28

CONFIDENTIAL

```
1    the screen here.                                04:11:30

2         I think Jackie or KP need to answer the

3    specifics.

4         Q.   (By Mr. Loeser)  And you can confirm, on

5    behalf of Facebook, that in this email KP         04:11:41

6    recommended using Jackie's framework for the

7    category described in KP's email as strategic,

8    right?

9              MR. DAVIS:  Objection.  Form.

10             THE DEPONENT:  I can confirm this email   04:11:54

11   exists.  Sorry.  I can confirm that this document

12   exist.

13             But like I can't confirm anything about

14   the precise nature of a framework or if that was

15   used in any way.                                  04:12:10

16        Q.   (By Mr. Loeser)  Right.

17             And I asked you a slightly different

18   question.

19             It was, can you confirm that KP

20   recommended the use of Jackie's framework?        04:12:17

21             MR. DAVIS:  Objection.  Form.

22             THE DEPONENT:  Again, all I have to go on

23   is what's on the page here.  So I would be

24   confirming -- confirming what we all can read with

25   our own eyes.  I can't confirm, on behalf of      04:12:33
```

Veritext Legal Solutions
866 299-5127

1   Facebook, anything more than that.                     04:12:37

2        Q.   (By Mr. Loeser)  And so if Facebook

3   wanted to figure out if Jackie's framework was

4   used, what would Facebook do to identify the answer

5   to that?                                               04:12:45

6             MR. DAVIS:  Objection.  Form.

7             THE DEPONENT:  You want me to stand by

8   what you mean by Jackie's framework was used.

9        Q.   (By Mr. Loeser)  Well, is there something

10  confusing about that statement?                        04:12:55

11       A.   Yes.

12       Q.   Okay.  Well, let's break it down.

13            There's a framework discussed in this

14  email, right?

15       A.   There's the -- there's a framework         04:13:11

16  discussed.  But it's not clear to me exactly what

17  that framework is.

18       Q.   Okay.  But there is a framework that's

19  indicated in Jackie's email to Ime Archibong,

20  right?                                                 04:13:27

21            MS. DAVIS:  Objection.  Form.

22            THE DEPONENT:  She doesn't make a

23  reference to a framework.

24       Q.   (By Mr. Loeser)  If you go back to the

25  heading we were looking at, No. 3, KP refers to       04:13:52

                                                    Page 280

CONFIDENTIAL

```
1    "Jackie's framework," right?                    04:13:56

2        A.   I can see the term here use -- "User

3    Jackie's framework."  I can read that on the page.

4        Q.   Okay.  And at the beginning of this

5    string is a -- is a description of how to bucket   04:14:06

6    different partners, based upon the types of

7    agreement they had, the impact and the risk

8    assessment; is that right?

9            MR. DAVIS:  Objection.  Form.

10           THE DEPONENT:  As we've discussed,        04:14:28

11   there's a set of bullets on this page and a link to

12   a document.  I'm not sure I construe that as a

13   framework.

14       Q.   (By Mr. Loeser)  Okay.  It appears that

15   KP referred to it as a framework, right?          04:14:39

16       A.   When he's referring to Jackie's

17   framework, technically he could be referring to

18   something else.  He could be referring to this.

19           It's hard to know.  This is an email

20   thread from nine years ago.  And if you want to    04:14:51

21   know what these people meant, I would ask them.

22       Q.   Well, why don't we look at the end of

23   KP's email, and he writes, "As a general note, I

24   think we need to carry on with this exercise to

25   figure out if there are more apps falling under    04:15:19
```

Page 281

```
 1    different verticals that we have not identified          04:15:21

 2    yet, before we can make a decision for all the apps

 3    in this vertical.  For both the Newsfeed and the

 4    Friends permission audit, we can use Jackie's

 5    framework to assess KEEP/REMOVE for those partner        04:15:32

 6    falling under the Strategic tabs and then make up a

 7    decision based on the criteria outlined by Jackie

 8    below."

 9            Do you see that?

10       A.   I read -- I see it on the page.                  04:15:44

11       Q.   So it seems pretty clear that KP is

12    referring to the framework that Jackie presented

13    below, right?

14            MR. DAVIS:  Objection.  Form.

15            THE DEPONENT:  Again, Jackie doesn't             04:15:55

16    refer to anything about her work as a -- as a

17    framework.

18       Q.   (By Mr. Loeser)  KP refers to her work as

19    a framework; is that right?

20       A.   KP refers to a framework.  It's not             04:16:07

21    abundantly clear if he means Jackie's work as -- as

22    evidenced below.

23       Q.   Okay.  So let's look again.

24            "We can use Jackie's framework to assess

25    KEEP/REMOVE for those partner falling under the         04:16:23
```

CONFIDENTIAL

```
 1    Strategic tabs and then make up a decision based on       04:16:26

 2    the criteria outlined by Jackie below."

 3            Do you see that?

 4       A.   I see that.

 5       Q.   And are there criteria outlined by Jackie         04:16:35

 6    below?

 7            MR. DAVIS:  Objection.  Form.

 8            THE DEPONENT:  Again, like -- I can read

 9    an email.  If you want to understand precisely what

10    the people in it meant, I would speak to them.          04:16:50

11       Q.   (By Mr. Loeser)  Yeah.

12            I'm more interested in what Facebook

13    understands, based upon the work of the employees

14    tasked with trying to decide which partners would

15    continue to have access to friends permissions and      04:17:02

16    which would not.

17            So are you not prepared to testify about

18    Facebook's understanding of how those partners were

19    sorted?

20            MR. DAVIS:  Objection.  Form.  And scope.        04:17:11

21            THE DEPONENT:  I'm prepared to testify

22    that there's a group of people in a partnerships

23    team attempting to put together a way of

24    understanding how these proposed -- the -- the

25    changes proposed at the time might impact the           04:17:25
```

Page 283

CONFIDENTIAL

```
 1    partner ecosystem.                                    04:17:28

 2         Q.   (By Mr. Loeser)  And so did -- did --

 3         A.   There's no --

 4         Q.   Sorry.  Go ahead.

 5         A.   Sorry.  Go on.                              04:17:35

 6         Q.   Did Facebook use Jackie Chang's framework

 7    for deciding which strategic partners would have

 8    access to friend and newsfeed permissions?

 9         A.   No.

10              MR. DAVIS:  Objection.  Form.              04:17:49

11              THE DEPONENT:  Sorry.

12              I don't recall -- again, hard -- hard to

13    answer fully on behalf of the company here.

14              My understanding is that this was not

15    used in any way to make decisions.                   04:17:59

16              I think one of the things that's

17    important to know here is that, again, this email

18    is from August 2013, which is around, you know,

19    nine or more months before the changes were

20    announced.                                           04:18:19

21              At this time the -- the -- the changes

22    that were proposed were somewhat different in how

23    they were ultimately rolled out.  Much, much

24    changed between this time and April 30th, 2015.

25         Q.   (By Mr. Loeser)  Okay.  Well, let's make   04:18:48
```

```
 1    sure we understand what's going on here at this        04:18:49

 2    stage.

 3             Would you consider this a planning stage

 4    for platform 3?

 5             MR. DAVIS:  Objection.  Form.                  04:18:58

 6             THE DEPONENT:  Again, I don't know if the

 7    company has a view on that.

 8             On a personal level, I would -- I -- my

 9    understanding of the conversations at the time is

10    that this is part of the preparation for             04:19:15

11    understanding what the impact those changes might

12    have on the developer ecosystem.

13             So it's certainly before the changes were

14    ultimately announced and before many of the

15    important details of how they would be implemented   04:19:41

16    had been decided.

17        Q.   (By Mr. Loeser)  Okay.  And so Ms. Chang

18    developed what KP refers to as a framework for

19    sorting out which partners and apps would continue

20    to have access to friend permissions and -- is      04:19:52

21    that -- is that right?

22             MR. DAVIS:  Objection.  Form.

23             THE DEPONENT:  As I previously testified,

24    Jackie seems to have put together a document with

25    some categorization in it.  She doesn't refer to    04:20:09
```

Page 285

1    that as a framework.  KP refers to "a" framework.        04:20:12

2    It could be that he's talking about Jackie's work.

3            But to confirm that you'd need to speak

4    to KP or Jackie.

5        Q.  (By Mr. Loeser)  Okay.  And the -- and        04:20:25

6    the people that were involved in the development of

7    the criteria used to sort partners for deciding who

8    would have access to friend permissions were

9    Chris Daniels, Ime Archibong, KP, Jackie Chang and

10   yourself?                                              04:20:43

11           MR. DAVIS:  Objection.  Form.

12           THE DEPONENT:  This document represents

13   an email thread with some people on it having

14   that -- having a discussion about how to

15   potentially categorize apps that might be affected    04:20:55

16   by the deprecation.

17       Q.  (By Mr. Loeser)  And, sir, who made the

18   final decision on the framework for -- to be used

19   for determining which apps or partners would

20   continue to have access to deprecated permission,     04:21:09

21   such as friend sharing?

22           MR. DAVIS:  Objection.  Form.

23           THE DEPONENT:  I'm not sure how to answer

24   that question.  Yeah.  I'm not sure how to answer

25   that question on behalf of the company.               04:21:25

Page 286

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | In a -- in a personal capacity I -- | 04:21:30 |
| 2 | you know, this -- this -- I don't recall specific | |
| 3 | framework being used. | |
| 4 | Q.   (By Mr. Loeser)  And my question was a | |
| 5 | little different.  And it is in your capacity as | 04:21:43 |
| 6 | Facebook's designee. | |
| 7 | I would like to know who made the final | |
| 8 | decision on the framework to be used for | |
| 9 | determining which apps or partners would continue | |
| 10 | to have access to deprecated permissions? | 04:21:58 |
| 11 | MS. DAVIS:  Objection -- | |
| 12 | Q.   (By Mr. Loeser)  I assume they're -- | |
| 13 | well, let me ask it this way. | |
| 14 | Was there a framework used by Facebook | |
| 15 | for determining which app -- apps and partners | 04:22:03 |
| 16 | would continue having access to deprecated | |
| 17 | permission? | |
| 18 | MR. DAVIS:  Objection.  Form. | |
| 19 | THE DEPONENT:  I don't -- I don't recall | |
| 20 | a specific framework being used to make those | 04:22:14 |
| 21 | decisions. | |
| 22 | Q.   (By Mr. Loeser)  So is it Facebook's | |
| 23 | testimony that the determination was ad hoc? | |
| 24 | MR. DAVIS:  Objection.  Form. | |
| 25 | THE DEPONENT:  In the end, the -- there | 04:22:29 |

Page 287

CONFIDENTIAL

```
 1    were -- the -- the way the decisions were made were      04:22:33

 2    a bunch of conversations between the partnerships

 3    team and the platform leadership team to determine

 4    what made sense.

 5         Q.   (By Mr. Loeser)  Okay.  And based upon       04:22:47

 6    the string that we've gone through, the -- the

 7    recommendation from Jackie Chang and the

 8    recommendation from KP was to take into account the

 9    strategic value of the partner to Facebook when

10    deciding whether to grant continued access to         04:23:10

11    deprecated permissions; is that right?

12              MR. DAVIS:  Objection.  Form.

13              THE DEPONENT:  No.

14         Q.   (By Mr. Loeser)  You don't see that

15    discussion of strategic value in the email string     04:23:22

16    we just went through?

17         A.   I see the discussion in the email thread.

18    But as I testified earlier, my understanding is

19    that this is a group of people attempting to put

20    together a way to think about the impact of these     04:23:41

21    changes on the developer ecosystem.

22              The result of this work, nine months

23    before the changes went into effect, were based on

24    their first pass understanding of the proposed

25    changes, many of which were different in form when    04:24:05
```

Page 288

```
 1   ultimately implemented.                            04:24:07

 2       Q.   And so is it Facebook's testimony that

 3   strategic value was not a consideration taken into

 4   account when deciding whether to provide continued

 5   access to deprecated permissions?                  04:24:18

 6           MR. DAVIS:  Objection.  Form.

 7           THE DEPONENT:  As we discussed

 8   previously, the -- from my discussions with all of

 9   the people involved -- well, many of the people

10   involved at the time and reading other internal    04:24:33

11   documents, is that a very, very small number of

12   applications were ultimately granted an extension.

13           And there were, to my understanding, only

14   two reasons.  The -- I have heard as to the reasons

15   why those extensions were granted.  We've discussed 04:24:53

16   them previously.

17           MR. LOESER:  Okay.  And I'm going to have

18   the court reporter read back my question to you,

19   and if you could just answer the question directly,

20   please do.                                         04:25:06

21           MR. DAVIS:  And my objection, please.

22           (Record read as follows:

23           "QUESTION:  And so is it Facebook's

24           testimony that strategic value was

25           not a consideration taken into           04:24:12
```

```
 1              account when deciding whether to          04:24:15

 2              provide continued access to

 3              deprecated permissions?

 4              MR. DAVIS:  Objection.  Form.")

 5              THE DEPONENT:  It's hard to answer.       04:25:36

 6   I'm -- I'm not sure I -- I can't answer a question

 7   with -- with -- can you please -- given the

 8   objection, could you ask the question in a way that

 9   doesn't generate an objection?

10      Q.   (By Mr. Loeser)  Would that -- if I had a   04:25:51

11   magic wand, but I don't.

12              SPECIAL MASTER GARRIE:  Actually --

13              MR. LOESER:  No, there's nothing --

14              SPECIAL MASTER GARRIE:  No.  Actually,

15   just answer the question.                           04:25:58

16              THE DEPONENT:  Okay.  Sorry.

17              Could you ask the question again then.

18              THE COURT REPORTER:  Do you want me to

19   read it back?

20              MR. LOESER:  Sure.  Go ahead.            04:26:11

21              Thank you.

22              SPECIAL MASTER GARRIE:  And -- and in

23   your capacity as a 30(b)(6).

24              Go ahead.  Read the question.

25              (Record read as follows:                04:26:43
```

Page 290

```
 1              "QUESTION:  And so is it Facebook's        04:27:09
 2         testimony that strategic value was
 3         not a consideration taken into
 4         account when deciding whether to
 5         provide continued access to           04:24:17
 6         deprecated permissions?")
 7         MR. DAVIS:  Object to the form.
 8         SPECIAL MASTER GARRIE:  Overruled.  Ask
 9    the question again.
10         (Record read as follows:              04:24:21
11              "QUESTION:  And so is it Facebook's
12         testimony that strategic value was
13         not a consideration taken into
14         account when deciding whether to
15         provide continued access to           04:24:17
16         deprecated permissions?")
17         THE DEPONENT:  I don't -- how do I want
18    to say this.
19         I don't think I can answer -- can confirm
20    the strategic value is not in any way taken into   04:27:19
21    account.  Strategic value has not been defined or
22    determined specifically, as we discussed earlier.
23      Q.   (By Mr. Loeser)  And how does Facebook
24    define strategic value in the context of deciding
25    whether to grant continued access to deprecated   04:27:39
```

Veritext Legal Solutions
866 299-5127

```
 1   permissions to partners?                            04:27:42

 2         MR. DAVIS:  Object to the form.

 3         THE DEPONENT:  I don't know how to define

 4   strategic value in determining how to -- how these

 5   decisions were made.                                04:27:59

 6      Q.   (By Mr. Loeser)  And when you say "I

 7   don't know," you mean Facebook doesn't know?

 8      A.   To the best -- I -- I have spoken to a

 9   number of people involved in -- in this initiative

10   and -- and read -- read documents.                  04:28:22

11         And my understanding as to why extensions

12   to the deprecations were granted is because there

13   would be an impact on -- for the friend

14   permissions, an impact on the user experience if

15   there was no extension granted or where the partner  04:28:40

16   was making use of them for a -- a use case that

17   involved compliance or legal considerations.

18      Q.   And those reasons you just mentioned did

19   not include strategic value to Facebook, right?

20      A.   Again, I -- I don't -- there's no single    04:29:08

21   definition for what strategic value meant.  I mean,

22   you're asking me a question that -- that's very

23   hard to answer.

24         I mean, if you could ask a more specific

25   question, maybe I'll be able to give you a better   04:29:22
```

Page 292

1    answer.                                                   04:29:25

2         Q.   Well, you just gave two reasons.  Neither

3    one of those is of strategic value to Facebook,

4    right?

5         A.   I'm not sure I agree.  One of the              04:29:32

6    benefits of allowing user experiences not to be

7    broken by the migration is that users don't have

8    broken user experiences, and those developers have

9    the time to wind down their integrations

10   gracefully, maintaining strong relationships with       04:29:54

11   developers.  That might be considered strategic

12   value.

13        Q.   And was that considered strategic value

14   by Facebook in the context of deciding which apps

15   would have access to deprecated permissions?            04:30:09

16             MR. DAVIS:  Objection.

17             THE DEPONENT:  Again, I don't -- I don't

18   feel I have -- I don't feel that I can answer with

19   a definition of what strategic value is on behalf

20   of the company.  As we discussed earlier, that         04:30:20

21   frame -- that framing could mean many things in

22   many different contexts.

23             MR. LOESER:  Okay.  Well, let's move on

24   to the next exhibit, which is Exhibit 11.

25   /////

```
 1          Q.    (By Mr. Loeser)  And Mr. Cross, you        04:31:00

 2     should be looking at what's previously been marked

 3     as Exhibit 11, which is an email from you to

 4     Ime Archibong, Jackie Chang and KP, dated

 5     September 3rd, 2013, "Subject: Re: P3.0 Rollout      04:31:07

 6     Planning."

 7               Do you see that?

 8          A.    I see that.

 9          Q.    In your email you state "Here's my draft

10     deck for review tomorrow.  Yes, it's a little       04:31:20

11     longer than hoped, but I feel it needs to

12     standalone when passed around beyond Chris,

13     assuming he's OK with this strategy.  Feedback

14     welcome, will try and incorporate ASAP."

15               Do you see that?                           04:31:34

16          A.    I see that.

17          Q.    Okay.  So this is an email that you sent

18     with a draft deck regarding the rollout of

19     platform 3; is that right?

20          A.    That is correct, yes.                     04:31:47

21          Q.    Okay.  And why don't we turn to the deck

22     itself, which has previously been marked

23     Exhibit 12.

24     /////

25     /////
```

Page 294

```
 1              MR. DAVIS:  And Mr. Loeser and        04:32:03

 2    Ms. Daniel, could I get these in Exhibit Share,

 3    please.

 4              MS. DANIEL:  Yes, they're there.

 5              MR. LOESER:  Yeah, they're there.     04:32:16

 6              You need to look in Day 1 folder because

 7    for some reason --

 8              SPECIAL MASTER GARRIE:  Before we --

 9    yeah.  Before we move forward, Counsel Davis,

10    just -- can you confirm that you have access     04:32:29

11    because that's pretty critical for you to do your

12    job.

13              MR. BLUME:  Okay.  I -- I have them now

14    in the Day 1 folder.

15              Apologies.  Thank you.               04:32:40

16              SPECIAL MASTER GARRIE:  Don't apologize.

17    You got to work.

18         Q.   (By Mr. Loeser)  Okay.  So we're -- we're

19    going to bring up Exhibit 12, which is the -- the

20    deck that you prepared, Mr. Cross.              04:32:47

21              And if we look at the first page, it

22    states "Platform 3.0, Planning, Preparation &

23    Execution"; is that right?

24         A.   That's what I see.

25         Q.   And do you recall preparing this slide  04:33:04
```

Page 295

CONFIDENTIAL

```
 1   deck?                                          04:33:06

 2       A.   I don't recall preparing it.  But I've

 3   seen it recently.

 4       Q.   And you saw it for your -- preparing for

 5   your testimony today?                          04:33:15

 6       A.   That's correct.

 7       Q.   So on -- if you go to slide -- the second

 8   page, which I think is probably considered

 9   slide 1 of the deck, one of the headings is

10   "Capabilities Cleanup."                        04:33:34

11            Do you see that?

12       A.   I see that.

13       Q.   And it states "Audit existing private API

14   whitelists.  Who has what and why?  GOAL: Cleaner,

15   more equitable, more supportable Platform."     04:33:44

16            Do you see that?

17       A.   I see that.

18       Q.   And the first bullet below that says

19   "Full audit is huge task, value unclear," right?

20       A.   I see that.                           04:33:58

21       Q.   And why was it a huge task?

22       A.   I think I need to answer this in a

23   personal capacity, rather than Facebook.  I don't

24   think Facebook has a view on that.

25            In my personal capacity, my recollection  04:34:12
```

Page 296

```
 1    is that there were what was seen at the time to be        04:34:16

 2    a relatively large number of capability app pairs

 3    and going through each of them manually might take

 4    a significant amount of energy.

 5         Q.   And you state the value was unclear.            04:34:37

 6              Why -- why did Facebook believe the value

 7    was unclear?

 8         A.   Well, I'm not sure Facebook has a view on

 9    that.

10              Again, from a personal capacity, when I        04:34:50

11    was writing this, my -- my recollection is that the

12    value of doing such an -- an audit might -- wasn't

13    necessarily obvious or understood.

14         Q.   And did the audit occur?

15              MR. DAVIS:   Objection.  Form.                 04:35:17

16              THE DEPONENT:   Some work was done to

17    improve the capability tool and remove some

18    capabilities from apps that weren't using them.

19         Q.   (By Mr. Loeser)  Let's look at the next

20    slide which has the header "P3.0                         04:35:32

21    Launches/Deprecations."

22              Do you see that?

23         A.   Yes.

24         Q.   And there's a list here, in the middle of

25    the slide, "Public API Deprecations," and it states     04:35:42
```

Page 297

1    "i.e. Currently public APIs which will become          04:35:46

2    whitelist only or deprecated entirely," right?

3        A.   I see that.

4        Q.   So in the planning phase for the rollout

5    here, Facebook had identified that there would be        04:35:58

6    APIs that were deprecated entirely, right?

7        A.   At this time, the changes to the platform

8    were in a proposed state.  They -- well,

9    ultimately -- was announced and launched changed

10   significantly over time.  And certainly between the     04:36:24

11   time that this deck was created and the ultimate

12   announcements.

13       Q.   Okay.  And my question was simpler

14   really.  I'm just -- I want to make sure that -- in

15   the planning phase, Facebook identified that --         04:36:39

16   that some apps would become whitelist only or

17   some -- some -- some APIs would become whitelist

18   only and others would be deprecated entirely.  That

19   was the structure that Facebook came up with,

20   right?                                                   04:36:53

21            MR. DAVIS:  Objection.  Form.

22            THE DEPONENT:  Again, in -- I don't think

23   Facebook came up with that structure.

24            And, again, in personal capacity, my

25   understanding at the time is that it was proposed        04:37:05

Page 298

CONFIDENTIAL

```
 1    that some permissions would be privatized or          04:37:07

 2    deprecated and some APIs were proposed to be

 3    privatized or -- or deprecated.

 4         Q.   (By Mr. Loeser)  Okay.  So there was a

 5    decision being made as to which APIs would be         04:37:24

 6    publicly deprecated.  And while that decision

 7    was -- was being made, Facebook was also evaluating

 8    which ones would be still available but whitelisted

 9    or privatized?

10              MR. DAVIS:  Objection.  Form.               04:37:41

11              THE DEPONENT:  Can you be specific as

12    to -- to the time you're -- you're talking about.

13         Q.   (By Mr. Loeser)  Yes.

14              I'm talking about the planning phases for

15    the introduction of Graph API version 2.  And it's   04:37:52

16    a pretty -- I -- I -- I hope it's a simple question

17    because I'm hoping -- I'm trying to have it be a

18    simple question.

19              But my question is simply, in the

20    planning phase, Facebook was -- identified a number  04:38:02

21    of APIs that it intended to pub- -- to deprecate,

22    right?

23         A.   There was a team working on coming up

24    with the proposals for how to simplify the

25    platform.  And as part of that, there were           04:38:21
```

1   proposals about APIs and permissions that -- that          04:38:23

2   would be privatized or deprecated.  At the time

3   this deck was written, no decisions had been made.

4        Q.   Okay.  And when you say "privatized" or

5   "deprecated," is that an expression you're using          04:38:36

6   that's synonymous with whitelisted?

7             MR. DAVIS:  Objection.  Form.

8             THE DEPONENT:  In -- when -- in this

9   context, when I refer to "privatized," I'm

10  referring to something that would be available only       04:38:49

11  to apps that had been -- only to apps developers

12  that had been whitelisted in some way.

13       Q.   (By Mr. Loeser)  And then this -- this

14  table below the "Public API Deprecations" list --

15  under the heading "Public API deprecations," it           04:39:10

16  lists through a variety of permissions that, at

17  this stage anyway, Facebook was intending to -- to

18  deprecate; is that right?

19            MR. DAVIS:  Objection.  Form.

20            THE DEPONENT:  This is a list of               04:39:25

21  permissions and APIs that at the time were being

22  considered for deprecation or privatization.

23       Q.   (By Mr. Loeser)  Okay.  And so, for

24  example, for friends_star permissions, this also

25  indicates the number of apps requesting these            04:39:39

Page 300

| | | |
|---|---|---|
| 1 | permissions per day, and it says 18,067. | 04:39:41 |
| 2 | Do you see that? | |
| 3 | A.   I do see that. | |
| 4 | Q.   And how was Facebook able to identify the | |
| 5 | number of apps requesting those permissions per | 04:39:50 |
| 6 | day? | |
| 7 | A.   This analysis was -- was -- was pulled by | |
| 8 | me so I should answer that in a -- in a personal | |
| 9 | capacity. | |
| 10 | My recollection is there was a mechanism | 04:40:01 |
| 11 | to determine if a permission had been displayed to | |
| 12 | a user in the authentication in the GDP login | |
| 13 | dialogue.  And my recollection is that's the | |
| 14 | information I was using to determine whether or not | |
| 15 | an app was actively requesting that permission from | 04:40:19 |
| 16 | users. | |
| 17 | Q.   And when you say "GDP," is that -- what | |
| 18 | is that? | |
| 19 | A.   Sorry.  Yeah.  Good -- good | |
| 20 | clarification. | 04:40:30 |
| 21 | That's jargon.  That's the -- what's | |
| 22 | otherwise known as the Facebook login dialogue. | |
| 23 | It's the log -- it's the dialogue that a user sees | |
| 24 | before -- when they grant permissions to | |
| 25 | applications. | 04:40:43 |

Page 301

1    Q.    And then the next column has the heading          04:40:44

2    "User app-pair permission-set impressions/day."

3    And for "friend_*permissions," it's 6,475,108.

4         Explain what that column represents and

5    how you were able to identify the number.              04:40:59

6    A.    Give me a few seconds to -- to read this

7    and see if I can remember exactly how this was

8    pulled together.

9         Unlike the first column, I don't

10   immediately recall how this was computed.              04:41:15

11        So this refers to -- reading this has

12   jogged my memory.  Reading this refers to the

13   number of distinct users for an application, across

14   all of the applications that requested that -- that

15   group of permissions from users on -- when the        04:41:55

16   analysis was done.

17   Q.    Okay.  And what was the tool that you

18   used to determine that?

19   A.    I would have used the HiPal tool to query

20   this data.                                             04:42:19

21   Q.    And if you wanted to find that

22   information today at Facebook, what would you do?

23   A.    I would ask one of the engineers on the

24   platform team if they could do the analysis or find

25   someone who could do the analysis.                     04:42:34

Page 302

1      Q.   And who's the one that you think would be      04:42:36

2  the most knowledgeable?

3      A.   The engineer I would immediately go speak

4  to is Steven Elia.  But he would almost certainly

5  direct me to someone more knowledgeable than him.      04:42:46

6      Q.   Let's go to the next slide, which has the

7  heading "Preparing for the Deprecations."  And the

8  first line under the heading writes "30k+" -- so

9  30,000-plus -- "apps are currently using

10  to-be-deprecated features.  Propose we review these      04:43:06

11  apps and classify each as:"

12           Did I read that correctly?

13      A.   You read that correctly.

14      Q.   And so then you come up with a -- or you

15  present here a classification of -- of the apps      04:43:17

16  that are currently using to-be-deprecated features;

17  is that right?

18      A.   Yeah.  Again, in a personal capacity,

19  my -- my recollection is that I was proposing a

20  potential way to -- to categorize the apps using      04:43:38

21  to-be-deprecated features.

22      Q.   Okay.  And the first bullet is

23  "Pre-enforce."  And you write "use existing

24  policies to revoke apps access (note: no appetite

25  to do this at" the -- "at present)."      04:43:54

Page 303

CONFIDENTIAL

1          Explain what you mean there.                    04:43:57

2      A.   Again, in a personal capacity, my

3   recollection is that there was some discussion

4   about whether or not there would be a way to make

5   changes in advance of some form of public          04:44:18

6   announcement.  But I don't recall the specifics.

7          What I think is important to remember is

8   that, again, this deck, as I understand it, from

9   the time stamp -- the date stamp in the bottom left

10  is, you know, eight months in advance of ultimately   04:44:33

11  how the deprecations were announced.

12          And at the time, my recollection is that

13  the ways in which those changes would be rolled out

14  was very different to how it ultimately was rolled

15  out.  And at this point, therefore, some different   04:44:54

16  options were being considered.

17      Q.   Fair to say that the introduction of the

18  new platform was an extremely important event for

19  Facebook, right?

20          MR. DAVIS:  Objection.  Form.              04:45:11

21          THE DEPONENT:  The updates that were

22  announced on April the 30th, 2015, were -- were

23  certainly seen as a significant change to the

24  developer platform and a significant step forward

25  for -- for users.                                   04:45:28

                                            Page 304

CONFIDENTIAL

```
1        Q.   (By Mr. Loeser)  And Facebook did a          04:45:31

2    significant amount of planning and preparation in

3    advance of rolling out that platform, right?

4        A.   Given the nature of the changes, a good

5    number of people were involved in determining what   04:45:48

6    they were.  How to roll them out.  And -- and how

7    to manage the developer ecosystem's transition to

8    the new world.

9        Q.   And this deck that you prepared was part

10   of that planning and preparation for the rollout of  04:46:04

11   the new platform, right?

12       A.   This deck represents a very, very early

13   version of the thinking as to how these changes

14   might be rolled out.

15       Q.   So when you say "use existing policies to   04:46:20

16   revoke apps access," in order to revoke apps access

17   with existing policies, that would mean that the

18   app was violating the existing policies, right?

19            MR. DAVIS:  Objection.  Form.

20            THE DEPONENT:  Facebook doesn't have a       04:46:40

21   view on what is meant here.  And I don't recall

22   what I meant when I was -- I was writing this.

23            This is the only time I've seen a

24   reference to pre-enforcement anywhere.  So it's

25   possible that this was a -- an unusual suggestion     04:46:57
```

```
 1    on my part.  I do not recall what caused me to add          04:47:03
 2    this bullet into the deck.
 3         Q.   (By Mr. Loeser)  So it wouldn't make
 4    sense to -- to revoke app access with existing
 5    policies, if those policies weren't being violated,        04:47:11
 6    would it?
 7              MR. DAVIS:  Objection.  Form.
 8              THE DEPONENT:  I think typically
 9    revoking, changing what an app can do outside of a
10    policy would be certainly an usual thing to do.            04:47:27
11         Q.   (By Mr. Loeser)  So your next bullet is
12    "Standard," and then it says "(default)."
13              "Apps are notified on P-day and have
14    n-days to comply (vast majority of apps)."
15              And I'm going to interpret this for you          04:47:43
16    and you tell me if I'm right or wrong.
17              What you're suggesting here is that on
18    the day that the new platform is introduced,
19    telling apps that they have a number of days to
20    comply with the requirements of the new platform;         04:47:54
21    is that right?
22         A.   That's right.  And ultimately,
23    essentially, what occurred for most developers.
24         Q.   Okay.  And then your next bullet is
25    "Extension."                                               04:48:10
```

                                                        Page 306

CONFIDENTIAL

```
 1              And you write "Apps given n+x days to        04:48:10

 2     comply due to long upgrade cycles e.g. devices

 3     (Smart TV, in car, mobile OS's)."

 4              Now, is this the -- the category that

 5     you've provided testimony about already that        04:48:25

 6     explains why extensions were given to certain apps

 7     and developers?

 8              MR. DAVIS:  Objection.  Form.

 9              THE DEPONENT:  The -- this -- this deck

10     was written a long time before the changes were      04:48:38

11     announced, and then a long time before decisions

12     were ultimately made about whether or not someone

13     should be given an extension.

14              So I don't want to connect the two

15     specifically because at this point those -- the      04:48:55

16     exact determination had not been made.  So this is

17     proposing a model where some apps might be given

18     additional time.

19              The thing I will also point out here is

20     my recollection is at the time that this deck was    04:49:15

21     written, the proposal was to implement the changes

22     in 90 days.  And when changes of this nature are

23     introduced in -- in a 90-day time period, not all

24     developers can react at that speed.  It takes many

25     companies often longer than that to write code and   04:49:42
```

Page 307

```
 1    ship it to production or to their users.          04:49:46

 2         And so this -- this category is on this

 3    deck here, again, in my personal recollection,

 4    given the expectation at the time that the changes

 5    would be rolled out in a 90-day time period.      04:50:02

 6         Q.   (By Mr. Loeser)  And -- and so just --

 7    you know, I asked you on Monday, and a little bit

 8    this morning, to explain all the reasons why -- why

 9    apps or partners were given access to deprecated

10    permissions.                                      04:50:20

11         And -- and one of the categories you

12    described was an extension and -- and -- and this

13    bullet is consistent with your earlier testimony.

14         Perhaps the length of time changed, but

15    the notion of providing an extension for those     04:50:33

16    reasons is what you indicated previously; is that

17    right?

18         A.   The suggestion on the slide here is -- is

19    broadly consistent with -- ultimately, one of the

20    reasons why several extensions were granted.       04:50:46

21         Q.   Okay.  Let's -- let's look at the next

22    bullet here on this slide, which says "Exception,

23    Apps to be whitelisted indefinitely due to their

24    strategic value to Facebook e."

25         Do you see that?                              04:51:04
```

Page 308

CONFIDENTIAL

```
1        A.   I do see that.                          04:51:05

2        Q.   And we had a conversation a few minutes

3   ago about strategic value to Facebook and you were

4   unable to describe what that meant to Facebook and

5   expressed some lack of familiarity -- familiarity    04:51:15

6   with the term "strategic value."

7            Does this provide you with better context

8   to understand what Facebook has in mind with the

9   expression "strategic value" to Facebook?

10           MR. DAVIS:  Object to the form.            04:51:27

11           THE DEPONENT:  Again, back to my earlier

12  testimony of -- strategic value, as a phrase, is

13  not a defined term at the company and could mean

14  many different things in many different contexts.

15           In a personal capacity, my -- my          04:51:43

16  recollection, when writing this deck, is that it

17  was -- I thought there would be some apps that the

18  business -- the -- the leadership team might

19  consider for continued access.

20           But in this deck, I'm not specific as to   04:52:10

21  what that is.  And I don't recall having a clear

22  understanding or defined understanding of -- of --

23  of what that meant.

24       Q.   (By Mr. Loeser)  Who was the intended

25  audience of this slide deck?                        04:52:35
```

Page 309

CONFIDENTIAL

```
1        A.    Again, in my personal capacity, my        04:52:43

2   understanding is that the -- the audience of this

3   deck was Dan Rose, who was the director of platform

4   partnerships at the time.

5        Q.    And fair to say that when you wrote this   04:52:55

6   bullet, "Exception, Apps to be whitelisted

7   indefinitely due to their strategic value to

8   Facebook e," you had an idea of what that meant to

9   you?

10       A.    When I wrote this deck, I recall thinking  04:53:13

11  that there would be a group of apps which would

12  be -- that the company would consider potentially

13  for being granted access to this information over a

14  longer period of time.

15             But, again, at this -- at this time, I     04:53:35

16  didn't have a clear understanding of what those

17  reasons would be, merely that there might be the

18  need for a category into which they could be

19  sorted.

20       Q.    Let's move forward to what is the eighth   04:53:53

21  slide in the deck that has the heading "Open

22  Questions."

23             And you'll see the second question is,

24  "Who needs to be on the Review Board to classify

25  apps using to-be-deprecated features?  Chris?"      04:54:07
```

Page 310

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Doug?  Vernal?  What about mobile apps, companies | 04:54:10 |
| 2 | with sales-led relationships." | |
| 3 | Do you see that? | |
| 4 | A.  I see that. | |
| 5 | Q.  And how is that question answered? | 04:54:20 |
| 6 | A.  I do not recall that question being | |
| 7 | answered. | |
| 8 | Q.  So does Facebook -- can Facebook tell the | |
| 9 | Court who it put on the review board -- well, first | |
| 10 | of all, was there a review -- a review board to | 04:54:35 |
| 11 | classify apps using to-be-deprecated features? | |
| 12 | A.  No.  No review board was set up. | |
| 13 | Q.  And -- and I asked you before and I'll | |
| 14 | ask you again, do you know who made the final | |
| 15 | decisions on how to classify apps using | 04:54:55 |
| 16 | to-be-deprecated features? | |
| 17 | MR. DAVIS:  Objection.  Form. | |
| 18 | THE DEPONENT:  Can you ask me the | |
| 19 | question again.  I think it's important to -- | |
| 20 | MR. LOESER:  Sure.  Sure. | 04:55:10 |
| 21 | THE DEPONENT:  -- to understand. | |
| 22 | Q.  (By Mr. Loeser)  Yeah.  I see that the | |
| 23 | question is slightly different than I asked before. | |
| 24 | So that's a fair clarification. | |
| 25 | Who made the decision on how to classify | 04:55:17 |

Page 311

CONFIDENTIAL

```
 1    apps using to-be-deprecated features?              04:55:19

 2             MR. DAVIS:  Object to the form.

 3             THE DEPONENT:  I don't think any -- I

 4    don't think any, in parti- -- single person de- --

 5    decided that it was a classification of apps for   04:55:34

 6    using to-be-deprecated features.

 7        Q.   (By Mr. Loeser)  And then if you look at

 8    the last bullet, it says "If we grant an exception,

 9    does that app/partner require a contract with FB?"

10             Do you know how that question was          04:55:52

11    answered?

12        A.   I don't know how that question was

13    answered.

14        Q.   So let's go to the -- there's an appendix

15    to this -- to this deck, and we can go to the first  04:56:07

16    slide of the appendix.

17             And you see there's two columns,

18    "NewsFeed API."

19             Is -- is that a reference to read stream

20    permission?                                          04:56:33

21        A.   Yes, the first column refers to the --

22    the read stream permission.

23        Q.   And the second column is "Non-App-Friends

24    data."

25             And from this, it appears that's a          04:56:43
```

```
 1    reference to the permissions -- for the friends          04:56:48

 2    permissions?

 3         A.    That's correct.

 4         Q.    And if you look there, there's a list of

 5    different types of app below on each column; is          04:56:59

 6    that right?

 7         A.    There are some -- there are some apps,

 8    yes.

 9         Q.    And then with regard to each of the

10    categories of app, there's a recommendation as to        04:57:16

11    whether to keep access or remove access to the --

12    in the first column, the "NewsFeed API," and the

13    second column, the "Non-App-Friends data"; is that

14    right?

15         A.    Yeah.                                          04:57:33

16         Q.    And who -- who's making that

17    recommendations that's identified there?

18         A.    The recommendation is in a -- in a deck

19    that I was involved in producing.  But I don't

20    recall if there were other people involved in that       04:57:46

21    recommendation.

22         Q.    And if you look at the first header on

23    the newsfeed API, so the read stream, it says -- or

24    I'm sorry -- the first type of app identified,

25    "Strategic mobile & replica apps."                       04:58:06
```

Page 313

CONFIDENTIAL

```
 1              Do you see that?                    04:58:09

 2       A.   I do.

 3       Q.   And the "Recommendation" is "keep

 4   access"?

 5       A.   I see that.                           04:58:14

 6       Q.   Was that recommendation followed by

 7   Facebook?

 8       A.   The -- the -- the apps listed here, to

 9   me, look like mobile device integration partners,

10   which is a program that continued after the       04:58:33

11   announcement of API v2.

12       Q.   So it appears that the recommendation was

13   followed?

14       A.   Well, what I understand happening is

15   consistent -- ultimately is consistent with our    04:58:49

16   recommendation.

17       Q.   And if you look at the last category on

18   the list there for "NewsFeed API," it says "Other

19   Strategic e.g. Bing, Yahoo, Twitter, YouTube,

20   Flipboard," and the "recommendation" is "case by   04:59:02

21   case basis."

22              Was that recommendation followed?

23       A.   I don't know the specifics of -- of -- of

24   whether or not that recommendation was followed.

25   It would require me to know on an individual app   04:59:13
```

Page 314

CONFIDENTIAL

1    basis, which is -- is not something I have prepared          04:59:18

2    to testify on.

3         Q.   So do you know if -- well, are Bing,

4    Yahoo!, Twitter, YouTube, Flipboard partners that

5    Facebook identifies as having strategic value to            04:59:30

6    Facebook?

7              MR. DAVIS:  Objection.  Form.

8              THE DEPONENT:  Those apps are -- are

9    listed in that category, but I -- I'm not a

10   determiner of what was considered strategic or not.         04:59:44

11   They are listed here under -- under that framing.

12        Q.   (By Mr. Loeser)  And Facebook can't

13   testify today as to whether Bing, Yahoo!, Twitter,

14   YouTube or Flipboard were provided access on a

15   case-by-case basis to newsfeed APIs after the new           05:00:02

16   platform was introduced?

17             MR. DAVIS:  Objection.  Form.

18             THE DEPONENT:  On a specific app-by-app

19   basis, I have not revised exactly what happened

20   with each of the apps listed here.                          05:00:16

21        Q.   (By Mr. Loeser)  Let's look at the next

22   column "Non-App-Friends data."

23             At the top it says "Apps recently

24   requesting permissions," and it has the number

25   42,223.                                                     05:00:30

                                                      Page 315

CONFIDENTIAL

```
 1              Do you see that?                      05:00:32

 2      A.    Yeah.

 3      Q.    And then it says "Apps recently accessing

 4   the API," and then it says "Unknown due to

 5   instrumentation issues."                         05:00:40

 6              What -- what -- what does that refer to?

 7      A.    I don't recall exactly what those --

 8   what that -- what that means.  So hard for me to

 9   say today, nine years later.

10      Q.    And if you wanted to -- if Facebook      05:00:55

11   wanted to answer that question, where would it go

12   to get the answer?

13      A.    Sorry.

14              Today?  You're asking me today where

15   would I go to answer the --                      05:01:09

16      Q.    Yeah.

17      A.    Where would I go to answer the question

18   to -- as in using the API today, or where would I

19   go to answer the question who was using the API in

20   2013?                                            05:01:19

21      Q.    I -- I'm asking where you would go to

22   develop an understanding of what you meant when you

23   said "Unknown due to instrumentation issues."

24      A.    I -- as the author of the deck speaking

25   there, I -- the only person that would know likely  05:01:35
```

Page 316

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | is me.  And I do not recall what those | 05:01:40 |
| 2 | instrumentation issues were. | |
| 3 | Q.   So for the newsfeed API, you were able to | |
| 4 | identify the apps recently accessing the API. | |
| 5 | How did you do that? | 05:01:51 |
| 6 | A.   I would have used the HiPal tool. | |
| 7 | Q.   And would you have attempted to do the | |
| 8 | same thing for identifying apps that recently | |
| 9 | accessed the non-app-friends data APIs? | |
| 10 | A.   I would have attempted to do the same | 05:02:11 |
| 11 | thing.  But I am not a data scientist.  And so | |
| 12 | my -- my skills of data are not the -- of a | |
| 13 | professional -- of a highly professional standard. | |
| 14 | I'm competent, but not a professional data | |
| 15 | scientist. | 05:02:30 |
| 16 | Q.   Well -- okay.  So if you look at the | |
| 17 | first category of apps on the "Non-App-Friends | |
| 18 | data" column, the first one is also "Strategic | |
| 19 | mobile & replica apps," and the "Recommendation" is | |
| 20 | "keep access." | 05:02:45 |
| 21 | Is it your -- did Facebook follow that | |
| 22 | recommendation? | |
| 23 | MR. DAVIS:  Object to the form. | |
| 24 | THE DEPONENT:  I cannot say if Facebook | |
| 25 | followed the recommendation.  That would suggest | 05:02:54 |

Page 317

CONFIDENTIAL

1    that the recommendation was in itself listened to.    05:02:56

2          But as with my previous testimony on the

3    first column, my understanding from this is that

4    HTC Sense and Sony Xperia were classified as device

5    integration partners, which was a separate program    05:03:14

6    that continued after the announcement of API v2.

7    And so my understanding is that is consistent with

8    what ultimately happened.

9        Q.  (By Mr. Loeser)  And so for that

10    category, "Strategic, mobile and replica apps,"    05:03:33

11    those companies continued to have access to friend

12    permissions; is that right?

13        MR. DAVIS:  Object to the form.

14        THE DEPONENT:  As we've discussed

15    previously, the device integration partners had    05:03:49

16    access to a number of private APIs to allow them to

17    build Facebook replacement clients on third-party

18    devices.

19        Q.  (By Mr. Loeser)  And those private APIs

20    allowed access to -- to friends data, right?    05:04:05

21        A.  Those private APIs allowed the third

22    parties to build experiences that replicate the

23    Facebook experience on those devices, which would

24    have allowed them to include things like the

25    newsfeed, which would have included friends data.    05:04:24

1       Q.   And also they had access to the -- to the          05:04:26

2    friends permissions as well, right?

3       A.   The way these -- the way that the

4    Facebook replacement clients were implemented, they

5    had access to the information.  But the way that       05:04:40

6    that information was granted was not through the

7    standard Facebook login dialogue.

8       Q.   Right.  I understand that.  But I'm

9    just -- this is in a column for "Non-App-Friends

10   data," and I just wanted to be clear that the          05:04:50

11   "Strategic, mobile & replica apps" continued to

12   have access to "Non-App-Friends data," right?

13      A.   The apps listed here, yes, as I

14   understand it, continue to have access to friends

15   data after -- yes, continue to have access to          05:05:04

16   friends data until -- until later.

17      Q.   And -- and when you say "later," you mean

18   after the API Graph version 2 was implemented?

19      A.   After API version 2 is implemented, yes.

20      Q.   Now, one of the categories here is           05:05:23

21   "Lifestyle & Dating," and it says "e.g. Zoosk,

22   Badoo, Birthdays, Groupon," and the

23   "Recommendation" is "special consideration for

24   dating apps (see KP)."

25           Do you see that?                              05:05:37

CONFIDENTIAL

```
1         A.   I see that.                              05:05:37

2         Q.   And what were the special considerations

3    that Facebook applied for dating apps?

4         A.   Dating apps were seen as a good use case

5    of the Facebook developer platform.  And there was  05:05:52

6    discussion about how to enable them to continue to

7    provide a great user experience while minimizing

8    the amount of information they needed to perform

9    that function.

10        Q.   So after the transition to Graph API      05:06:11

11   version 2, or as it referred in this deck,

12   platform 3, dating apps continued to have access to

13   "Non-App-Friends data"?

14             MR. DAVIS:  Objection.  Form.

15             THE DEPONENT:  That's -- dating           05:06:24

16   apps were -- there was a new API built for dating

17   apps that allowed them to continue to build

18   recommendations without having any personally

19   identifiable information available to them.

20        Q.   (By Mr. Loeser)  And so did those dating  05:06:43

21   apps -- dating apps continue to have access to what

22   is referred to on this slide as "Non-Apps-Friends

23   data?

24             MR. DAVIS:  Objection.  Form.

25             THE DEPONENT:  They had access to an API  05:06:56
```

CONFIDENTIAL

```
 1    that gave them the ability to understand the number      05:06:58

 2    of mutual friends that people have in common

 3    without any personally identifiable information

 4    about those people being emitted.

 5         Q.   (By Mr. Loeser)  And did it provide them        05:07:10

 6    with access to "Non-App-Friends data"?

 7              MR. DAVIS:  Objection.  Form.

 8              THE DEPONENT:  Can you define for me in

 9    this context what you mean by "Non-App-Friends

10    data"?                                                    05:07:20

11         Q.   (By Mr. Loeser)  Well, what did you mean

12    when you wrote that on the top of this slide?

13         A.   Well, in this case, I'm referring

14    specifically to a set of permissions and

15    specifically to a set of example methods.                05:07:31

16              Dating apps did not have access -- my

17    understanding is dating apps did not have access --

18    in general, dating apps did not have access to

19    those permissions or those -- and, therefore, able

20    to use those methods to access friend data after        05:07:52

21    the transition.

22         Q.   But they did have access to some friends

23    data after the transition?

24              MR. DAVIS:  Objection.  Form.

25              THE DEPONENT:  As I've testified, my           05:08:04
```

Veritext Legal Solutions
866 299-5127

```
 1    understanding is they had access to a new API that        05:08:05

 2    granted them the ability to understand mutual

 3    friends in common of two app users without having

 4    any personally identifiable information emitted.

 5            That's very different in form to the rest        05:08:21

 6    of how the friends data and friends permissions

 7    worked.

 8        Q.   (By Mr. Loeser)  Let's go to the last

 9    bullet on here, "Other Strategic," and it says

10    "e.g. Bing, Yahoo, Twitter, YouTube," and the             05:08:36

11    "Recommendation" is "case by case basis."

12            Is that -- is that how Facebook proceeded

13    with regard to the apps identified on your slide

14    here as "Other Strategic"?

15        A.   Again, on -- on a -- on a specific               05:08:57

16    app-by-app basis, I don't -- I don't know here

17    today, in my head, what happened to each of the --

18    the apps listed here.

19        Q.   And then if you look at the next slide,

20    there's a whole slide devoted to the topic of            05:09:12

21    "Strategic Partners & Exceptions."

22            Does this help you understand what

23    Facebook means by strategic partners?

24        A.   There are certainly some examples here

25    that are -- that seem to be classified as the            05:09:26
```

Page 322

CONFIDENTIAL

```
 1    strategic partners.                               05:09:29

 2            But, again, to determine whether or

 3    not -- I was not at this time the person

 4    determining whether or not these were seen as

 5    strategic partners.                               05:09:37

 6        Q.   And -- and Facebook -- having looked at

 7    this slide on behalf -- you cannot testify on

 8    behalf of Facebook, as its designee, what Facebook

 9    means by strategic partners?

10        A.   This slide is written by a person in the  05:09:57

11    partnerships team and -- and representative of the

12    partnerships team's opinions, so I think it's

13    consistent with what the partnerships team would

14    have defined as a strategic partner.

15        Q.   Okay.  Why don't we look at the next      05:10:13

16    slide.

17            Here's another entire slide devoted to

18    identification of strategic partners and

19    exceptions.

20            Do you see that?                           05:10:20

21        A.   I do.

22        Q.   And does that help you, as Facebook's

23    designee, to describe for me what Facebook means by

24    strategic partners?

25        A.   Again, this is what I think the strategic  05:10:29
```

Page 323

1    partnerships team were to classify as strategic          05:10:31

2    partners.

3         Q.   Okay.  Let's look at the next slide.

4              This is another entire slide devoted to

5    the topic of strategic partners and exceptions.         05:10:40

6              Does this help you, as Facebook's

7    designee, to testify as to what Facebook means by

8    strategic partners?

9         A.   This helps me identify that these are

10   partners that the platform partnerships team would      05:10:54

11   have designated as strategic partners.

12        Q.   And is there some other organization at

13   Facebook that would -- that would also weigh in on

14   how Facebook classifies partners as strategic?

15             MR. DAVIS:  Objection.  Form.               05:11:13

16             THE DEPONENT:  There are several

17   partnerships teams at Facebook working on different

18   types of things.  Each of them would maybe have had

19   their own designation of what partners meant and

20   which would -- and -- and how to categorize them.       05:11:30

21   There wasn't just one partnerships team at

22   Facebook.

23        Q.   (By Mr. Loeser)  And so if you, as

24   Facebook's corporate designee, wanted to develop a

25   complete understanding of what Facebook means by        05:11:39

                                                   Page 324

CONFIDENTIAL

```
 1    strategic partners, where are all the places that        05:11:42

 2    you would go for that answer?

 3              MR. DAVIS:  Object to the form.

 4              THE DEPONENT:  I'm not sure.  It would be

 5    possible to develop a full understanding -- a full        05:11:53

 6    list of different teams of the company that may or

 7    may not classify -- that work -- classify partners

 8    and may or may not classify them as strategic.

 9              MR. LOESER:  Okay.  We can go to the next

10    exhibit.                                                  05:12:17

11              MR. DAVIS:  Mr. Loeser, we've been going

12    about an hour and a half.  Would this be an

13    opportune time for a short break?

14              MR. LOESER:  Sure.  That's fine.

15              Ten minutes.                                    05:12:23

16              SPECIAL MASTER GARRIE:  Wait.  Before

17    we -- we do that, Mr. -- Mr. Cross, how long would

18    you like?

19              MR. LOESER:  Rebecca --

20              THE DEPONENT:  Ten minutes is good for          05:12:35

21    me.

22              SPECIAL MASTER GARRIE:  And Rebecca, does

23    ten minutes work for you?

24              THE COURT REPORTER:  Yes.

25              SPECIAL MASTER GARRIE:  You're very             05:12:39
```

Page 325

CONFIDENTIAL

```
 1     important to this whole process.  Your happiness is      05:12:39

 2     critical to the entire transaction.

 3                  MS. DAVIS:  Off the record.

 4                  (Discussion off the stenographic record.)

 5                  THE VIDEOGRAPHER:  Okay.  We're off the      05:13:00

 6     record.  It's 5:13 p.m.

 7                  (Recess taken.)

 8                  THE VIDEOGRAPHER:  We're back on the

 9     record.  It's 5:36 p.m.

10        Q.   (By Mr. Loeser)  Mr. Cross, previously,          05:36:19

11     when I was asking you about who made the decision

12     about how to decide which partners would continue

13     to have access to friend data, you mentioned the --

14     the platform leadership team, in addition to the

15     platform partnership group; is that right?             05:36:36

16        A.   The platform leadership team -- the

17     platform product leadership team would have been

18     involved in those conversations.

19        Q.   And who at the platform -- I'm sorry.

20                  What is the full name of that group, the    05:36:53

21     platform -- platform leadership...

22        A.   So just the Facebook platform team, that

23     would have been the name of it.  And then the kind

24     of -- the leadership team would have been -- the --

25     the senior product and engineering people as part      05:37:08
```

                                               Page 326

CONFIDENTIAL

```
 1    of that group.                                      05:37:11

 2        Q.   And who were those people?

 3        A.   Some names that come to mind, I can't --

 4    well, I -- can't be specific as to time.  But some

 5    names that come to mind around the time of this      05:37:29

 6    period, 2013 to 2015, Mike Vernal, Doug Purdy,

 7    Ilya Sukhar and Vladimir Fedorov.

 8             MR. LOESER:  Okay.  Thank you.

 9             If we can put up what's previously been

10    marked as Exhibit 20.                                05:37:49

11        Q.   (By Mr. Loeser)  And Mr. Cross, you

12    should be looking at Exhibit 20, which is an email

13    from you to a number of people.

14             First in the list is Quinn Duffy and also

15    Namita Gupta and Amir Naor and KP, among others,     05:38:37

16    with a cc to Eddie O'Neil.

17             The subject is "Capabilities Tool,

18    improvement requests - feedback by EOD Sunday,

19    please" with the attachment "Capability Audit

20    24 Oct 2013.xlsx."                                   05:38:51

21             Do you see that?

22        A.   I do.

23        Q.   And the date of your email is

24    October 24th, 2013; is that correct?

25        A.   That's correct.                             05:39:02
```

CONFIDENTIAL

```
 1        Q.   And I'll read -- the first paragraph of        05:39:02

 2   your email states "Over the last few weeks, you'll

 3   have noticed Engineering have moved many app-based

 4   GKs over to the new Capabilities tool."

 5            What are app-based GKs?                          05:39:15

 6        A.   So as we previously talked about, GK

 7   refers to gatekeeper, which is a tool inside

 8   Facebook.  And app-based GK is a gatekeeper that

 9   takes an app ID as an input rather than a user ID,

10   for example.                                             05:39:34

11        Q.   And you write "Going" -- thank you.

12            "Going forward, this tool is going to be

13   a much" part much -- I'm sorry -- "to be a much

14   larger part of our lives - its where the vast

15   majority of whitelists will be managed."                05:39:45

16            Is that, in fact, what -- what happened,

17   is that -- and I think you testified about this on

18   Monday -- the capabilities tool became the place

19   where the vast majority of whitelists were managed,

20   right?                                                   05:40:00

21        A.   Our intention at the time was to make the

22   capability tool the -- the way the -- what platform

23   application whitelists were managed.  That was

24   the -- that -- that was the plan for the

25   capabilities tool over time.                            05:40:14
```

Page 328

CONFIDENTIAL

```
 1        Q.   Okay.  And then you next write "Platform      05:40:15

 2   Simplification is about to introduce even more

 3   whitelists - such as allowing apps to be exempt

 4   from the transition to hashed UIDs, or be able to

 5   continue using read_stream or friends_*perms."         05:40:28

 6             Did I read that correctly?

 7        A.   You did read that correctly.

 8        Q.   And is platform simplification there a

 9   team or an event?

10        A.   Neither.  Platform simplification refers      05:40:41

11   to the program of work, I guess you would call it,

12   that ultimately came to be the changes we launched

13   on April 30th, 2014, otherwise as known as

14   platform 3.0.

15        Q.   Okay.  And did platform simpli- --            05:41:02

16   simplification, in fact, introduce even more

17   whitelists?

18        A.   It introduced -- as a result, there were

19   a small number of additional whitelists added, but

20   not a large number.                                    05:41:18

21             My recollection at the time, in my

22   personal capacity here, is that the expectation was

23   that there would be -- the expectation I had is

24   that we might need a -- a number of new whitelists.

25             In actual fact, a very small number were     05:41:40
```

Page 329

1    ultimately needed due to the decisions taken as to          05:41:43

2    how the changes would be rolled out.

3         Q.   And how many whitelists were introduced

4    to continue -- to enable apps to continue using

5    read stream or friends permission?                          05:41:56

6         A.   I couldn't tell you today exactly how

7    many new capabilities were added to the capability

8    tool.

9         Q.   And where would Facebook go to get an

10   answer to that question?                                    05:42:09

11        A.   I would go and ask the platform

12   engineering team to see if they could determine

13   which capabilities were added and when.

14        Q.   And that's not something that you did to

15   prepare for your testimony today?                           05:42:26

16        A.   I talked to the platform engineering team

17   about a number of issues, but not the specific

18   question of exactly how many new capabilities were

19   added back in 2013, '14.

20             MR. LOESER:  And I'm going to ask really          05:42:44

21   you, but through your counsel, since we'll be back

22   on Monday, if that's a question that you could

23   obtain an answer for, since it's clearly under the

24   heading of the whitelisting topic that is indicated

25   in your notice.                                             05:42:59

Page 330

```
 1              MR. BLUME:  Noted.  And we can discuss it      05:43:02

 2     offline.

 3              MR. LOESER:  So let's go to the next

 4     exhibit, which is previously been marked

 5     Exhibit 13.                                            05:43:12

 6        Q.   (By Mr. Loeser)  And Mr. Cross, we are

 7     showing you what's previously been marked

 8     Exhibit 13, which is an email from you to

 9     Jackie Chang, Ime Archibong, KP, Bryan Hurren and

10     Monica Mosseri.                                        05:43:56

11              Do you see that?

12        A.   I do.

13        Q.   And the date of the email is

14     December 10th, 2013.  And the subject is "Re:

15     Simon's Updates - 6th Dec."                            05:44:02

16              Do you see that?

17        A.   I do.

18        Q.   Who is Bryan Hurren?

19        A.   Bryan Hurren was, if I recall correctly,

20     a strategic partner manager on the platform          05:44:16

21     partnerships team.

22        Q.   So there's a group at Facebook that is

23     referred to as the strategic partner group?

24        A.   The job title I recall having -- that

25     these folks had at the time -- including I had at     05:44:31
```

CONFIDENTIAL

```
 1    the time -- was strategic partner manager and --        05:44:35

 2    and the platform partnerships team was the team you

 3    were part of.

 4        Q.   And I'm sorry, did you say that you were

 5    part of the strategic -- strategic partner group as      05:44:44

 6    well?

 7        A.   At this time I was a partner manager on

 8    the platform partnerships team, yes.

 9        Q.   The strategic partnership team?

10        A.   The name of the team was the -- I -- I          05:44:58

11    recall the name of the team being the platform

12    partnerships team.

13        Q.   Okay.  And is that the same team that

14    Bryan Hurren was on?

15        A.   Yes.                                            05:45:11

16        Q.   Who is Monica Mosseri?

17        A.   She was another partner manager on the

18    team.

19        Q.   So now this -- the subject of this email

20    is indicated "Simon's Updates."                          05:45:28

21             Were -- were you creating regular updates

22    regarding platform simplification?

23        A.   I -- I was involved in updating my team

24    about the things I was working on, and platform

25    simplification was one of the things I was working       05:45:50
```

Page 332

CONFIDENTIAL

```
 1    on at the time.                                    05:45:55

 2         Q.   Okay.  So let's go to the -- the third

 3    page of this email string.  The Bates on this page

 4    is FB-CA-MDL-00200698.  And the heading I'm looking

 5    at is "Platform Simplification."                   05:46:09

 6              And if you look under that heading, can

 7    you read the third bullet in that -- under that

 8    heading?

 9         A.   "Key focus this week is to pull

10    additional data on apps and capabilities to allow  05:46:29

11    the 4 partnerships teams" to -- "(Games, Non-games,

12    Mobile, Marketers) to pre-approve apps for the new

13    whitelists, and review their apps with existing

14    whitelists."

15         Q.   Okay.  And so based upon this update, it  05:46:43

16    is -- it is true, is it not, that Facebook was

17    identifying particular apps so that it could

18    preapprove them to -- to continue having access to

19    friend data, right?

20         A.   Well, first of all, the -- it doesn't --  05:47:04

21    the new whitelist doesn't necessarily mean friend

22    data, right.  You need to be specific about that.

23    Whitelist and friends data are not synonyms.

24              The -- what's on the slide deck here is,

25    again, in a personal capacity, me talking about an  05:47:21
```

Page 333

CONFIDENTIAL

1    initiative that was proposed to be done in the        05:47:27

2    coming week.

3         Q.   Okay.  And -- and thank you for

4    clarification on -- on friends data.  The project

5    was broader than that.                                05:47:37

6              This was looking at the -- the -- the

7    permissions that would be deprecated more broadly

8    in the platform simplifications process, right?

9         A.   The platform simplification at this time,

10   which again is several months before it happened,     05:47:55

11   and a lot changed between then and the

12   announcement.

13             What I'm referring to here is -- is the

14   broader package of work, which included a large

15   number of other changes to the API as well.           05:48:08

16        Q.   Okay.  And so, nonetheless, Facebook was

17   endeavoring to preapprove certain apps for the new

18   whitelist that would be implemented in connection

19   with the introduction of platform 3, right?

20        A.   I don't think it's fair to say Facebook     05:48:26

21   was.  I, as a partner manager, was proposing that

22   we do a piece of work like this, although I do not

23   recall us doing so.

24        Q.   And if Facebook wanted to be able to

25   testify as to whether there was work done to          05:48:48

Page 334

CONFIDENTIAL

| | |
|---|---|
| 1 | preapprove apps for the new whitelist, how would | 05:48:50 |
| 2 | Facebook go about getting that information? |
| 3 | MR. BLUME:  Objection.  Form. |
| 4 | THE DEPONENT:  I would try and see if any |
| 5 | documents existed from the time that would pertain | 05:49:09 |
| 6 | to such an effort.  I -- again, like -- I don't |
| 7 | think the -- what -- what you're seeing in this |
| 8 | email and the previous slide deck is a bunch of |
| 9 | people trying to figure this out, very differently |
| 10 | from what ultimately happened and transpiring. | 05:49:33 |
| 11 | So to answer your question, where would I |
| 12 | go.  I would go and speak to the -- the other |
| 13 | people on this thread, if they still exist, and see |
| 14 | if they recall any documents that were produced |
| 15 | around this time that might pertain to this bullet. | 05:49:50 |
| 16 | I do not recall -- |
| 17 | Q.  (By Mr. Loeser)  And you haven't -- |
| 18 | A.  Sorry.  Go on. |
| 19 | Q.  No, go ahead.  I'm sorry. |
| 20 | A.  I -- I do not recall pre-approving or | 05:50:01 |
| 21 | being involved in pre-approving apps for -- for the |
| 22 | new whitelists at this time. |
| 23 | Q.  And you did not go talk to any of the |
| 24 | persons on this thread in order to identify whether |
| 25 | any apps were pre-approved for the new whitelists? | 05:50:23 |

Page 335

```
 1        A.   I don't recall.  Again, nine years ago,      05:50:28

 2   in a personal capacity, I don't recall what I did

 3   here.

 4             Specifically, as the next step, I'm not

 5   sure I've seen a bullet that -- that talks about      05:50:39

 6   what happened after this.  And I don't -- I don't

 7   recall what my next -- what my next actions were.

 8        Q.   And to prepare for your testimony today,

 9   you did not ask any of the people on this thread

10   what they knew about pre-approving apps for the new   05:50:54

11   whitelist?

12        A.   We didn't -- I didn't talk about

13   pre-approving because that's not -- doesn't

14   resonate with me as a concept at the time.

15             I did talk with the people that were -- I   05:51:09

16   was working with at the time as to their

17   recollection as to why we granted extensions to

18   certain app developers.

19        Q.   And can you read the last bullet on your

20   list here.                                            05:51:32

21        A.   "Jackie leading on putting together a new

22   whitelist process with Legal and Product."

23        Q.   And did Jackie lead on putting together a

24   new whitelist process with legal and product?

25        A.   I do not recall what Jackie did.  You       05:51:45
```

Page 336

```
 1    might want to ask her.                              05:51:49

 2         Q.   And that would be the natural way to find

 3    out what Jackie did, right?

 4         A.   That would be a reasonable thing to do.

 5         Q.   And -- and is that what Facebook would    05:52:01

 6    do, if Facebook wanted to answer the question

 7    whether Jackie led on putting together a new

 8    whitelist process with legal and product?

 9              MR. BLUME:  Objection.  Form.

10              THE DEPONENT:  To that very specific       05:52:14

11    question, it might -- if Jackie was -- if I -- if

12    Jackie was available, then speaking to her about

13    that might -- might be a way to get clarity.  But

14    it's not certain, given it would be relying on her

15    recommendation -- her recollection.                 05:52:32

16         Q.   (By Mr. Loeser)  Let's go to the next --

17    go up the string to the email from you dated

18    November 25th, 2013.  "Subject: Re: Simon's

19    Updates - 22nd Nov."

20              So this is another update you provided     05:52:53

21    about the work that you were doing at the time,

22    right?

23         A.   Yes.

24         Q.   Okay.  And if you go down to the portion

25    of that -- it's on the next page of your update --   05:53:08
```

Page 337

CONFIDENTIAL

```
 1    there's, again, a heading "Platform              05:53:12

 2    Simplification."

 3            Do you see that?

 4    A.   Uh-huh.

 5    Q.   And I'll read the second bullet.           05:53:23

 6            It says "New Whitelisting process -

 7    Jackie working closely with Marie and Legal to

 8    design a fast but safe process for whitelisting

 9    apps.  Spec for updates to tools in progress and

10    moving forward build-stage.  Audit of existing    05:53:36

11    Capabilities for legal risk is underway."

12            Do you see that?

13    A.   I do see that.

14    Q.   So your earlier email we went through was

15    on October 28th -- I'm sorry -- went through the   05:53:46

16    8th of November email, in which you indicate

17    "Jackie is leading on putting together a new

18    whitelist process for Legal and Product," right?

19    A.   Yeah.

20    Q.   All right.  And this email, a little bit      05:53:57

21    later in time, you provide an update on what Jackie

22    was doing, right?

23    A.   It looks that way.

24            Thank you for scrolling up.

25    Q.   And did Jackie work closely with Marie        05:54:11
```

CONFIDENTIAL

```
 1   and legal to design a fast but safe process for          05:54:14

 2   whitelisting apps?

 3        A.   I honestly don't recall what Jackie did.

 4   And I think, again, the best -- the best way to

 5   understand -- understand that would be to ask her.        05:54:27

 6             I do not recall what -- what she did or

 7   what the outcome was.  And I don't recall anything

 8   that -- outputting from this being ultimately used

 9   a year and a half later.

10        Q.   Okay.  So what was the safe -- the safe         05:54:48

11   process -- the -- the fast but safe process for

12   whitelisting apps that was developed at Facebook?

13             MR. BLUME:  Objection.  Scope.  Form.

14             THE DEPONENT:  Yeah.  I'm not sure I can

15   answer that in -- in Facebook's capacity.  I'm not        05:55:05

16   sure there was a -- a single process for

17   whitelisting apps.

18             I can talk in a personal capacity about

19   my involvement at the time, which was to improve

20   the capability tool as to how whitelists were            05:55:27

21   requested and granted.

22        Q.   (By Mr. Loeser)  And other than what

23   you've previously -- previously testified to, is

24   there a -- was there a process for whitelisting

25   apps that -- that was adopted by Facebook?              05:55:57
```

```
 1              MR. BLUME:  Objection.  Scope and form.      05:56:01

 2              THE DEPONENT:  There was a -- a technical

 3     process for whitelisting apps which allowed --

 4     which enabled a -- which was implemented through

 5     the capabilities tool.                                05:56:16

 6         Q.   (By Mr. Loeser)  And was there a formal

 7     document or protocol to be used when deciding what

 8     apps to whitelist?

 9         A.   I do not recall a -- a formal document or

10     protocol.  And it did -- deciding -- well, let        05:56:32

11     me -- let me wind back.

12              Deciding to whitelist for what?

13         Q.   For permissions that were going to be

14     deprecated with the transition to platform 3.

15         A.   So the -- the -- so specifically,            05:56:56

16     extensions to the Graph API -- API v1 deprecation?

17         Q.   Yes.

18         A.   The -- and so what was your original

19     question?

20              I'm sorry.  I want to make sure I answer     05:57:15

21     it.

22         Q.   Sure.

23              Was there a formal document or protocol

24     to be used when deciding what apps to whitelist?

25         A.   I don't recall there being a formal          05:57:28
```

Page 340

1     document or protocol.                          05:57:29

2        Q.   And if Facebook were to answer that

3     question, where would Facebook go to identify an

4     answer?

5             MR. BLUME:  Objection.  Form.           05:57:45

6             THE DEPONENT:  I would attempt to speak

7     to -- to Jackie potentially and -- and maybe Eddie

8     as if to -- their recollection as -- as to how this

9     process was -- was managed.

10       Q.   (By Mr. Loeser)  And -- and you did not   05:58:02

11    do that to testify -- to prepare yourself to

12    testify today, is that right, about this particular

13    topic?

14       A.   I talked to Eddie, Ime and a few other

15    people to ask on their recollection of -- of -- of   05:58:17

16    how -- specifically why we decided -- why

17    partners -- their recollection as to why certain

18    entities were granted extensions, and I reviewed

19    some internal documents on the topic.

20       Q.   But you didn't ask them if there was a    05:58:42

21    formal document or protocol to be used when making

22    whitelisting decisions?

23       A.   I did not ask them that specific

24    question.

25             MR. LOESER:  And similar to what I said   05:58:51

                                              Page 341

CONFIDENTIAL

```
 1    before, and via your counsel, if that's a question      05:58:53

 2    you could be prepared to answer when we come back

 3    on Monday, that would be useful for this process.

 4              MR. BLUME:  Noted.

 5         Q.   (By Mr. Loeser)  Okay.  So let's look at       05:59:09

 6    the -- let's look at the next bullet on your update

 7    here.

 8              It says "New whitelists for public

 9    deprecations - close to finalizing with Product

10    (Eddie and Harshdeep) a set of 54 new Capabilities       05:59:15

11    we need to add to allow us to whitelist partners

12    past the public deprecations.  Next step is to map

13    apps against these and start making

14    no/extension/exemption decisions."

15              Do you see that?                               05:59:32

16         A.   I do see that.

17         Q.   And so these 54 new capabilities were

18    necessary to allow Facebook to whitelist partners

19    past the public deprecations; is that right?

20         A.   I -- the -- the email references 54 new        05:59:47

21    capabilities.  I do not recall, again, personal

22    veracity, that those were created.

23         Q.   And so in order to allow Facebook to

24    whitelist partners past the public deprecations,

25    Facebook obviously had to do some advance work          06:00:14
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    before the new platform was introduced; is that        06:00:18

 2    right?

 3         A.   There was work done to ensure that as the

 4    platform announcements were made, that we had tools

 5    to control the rollout.                                 06:00:35

 6         Q.   And it took some time to develop the

 7    tools that would enable certain apps and partners

 8    to have access to the publicly deprecated

 9    permissions after the rollout of the new platform;

10    is that right?                                          06:00:51

11         A.   It would have taken an engineer some time

12    to write some code, yes.

13         Q.   And then you write, "Next step is to map

14    apps against these and start making

15    no/extension/exemption decisions."                      06:01:03

16              And those were decisions that needed to

17    be made in advance of the rollout of the platform

18    as well; is that right?

19         A.   No.

20         Q.   Okay.  Did Facebook make decisions about     06:01:15

21    no extension and -- no/extension/exemption

22    decisions in advance of the rollout of

23    platform 3.0?

24         A.   I do not recall extension, exemptions

25    decisions being made before the rollout of the         06:01:36
```

Page 343

CONFIDENTIAL

```
 1    platform.  It's possible that there was some          06:01:39

 2    opinions about what would be done.  But remember,

 3    the rollout took a year and the discussions about

 4    extensions were towards the end of that period.

 5         Q.   And what about exemptions, when did those   06:02:04

 6    discussions start?

 7         A.   The -- you're talking there really about

 8    the integration partners, which was considered

 9    separate from this process.

10         Q.   And so Facebook interprets exemption to     06:02:23

11    refer solely and specifically to integration

12    partners?

13              MR. BLUME:  Objection.

14              THE DEPONENT:  In this case -- sorry.  Go

15    on, Rob.                                              06:02:35

16              MR. BLUME:  Objection.  Form.

17              THE DEPONENT:  At this time, again

18    speaking in a personal capacity, it was -- I -- it

19    was considered by me that there was potentially

20    some apps that would be given nondevice integration  06:02:49

21    partners -- nonintegration partners that might be

22    considered with exemptions.

23              But ultimately, I do not recall that

24    happening.  The integration partners set is -- is a

25    separate process.  This is referring to the public   06:03:12
```

Page 344

CONFIDENTIAL

```
 1   platform.                                              06:03:16

 2        Q.   (By Mr. Loeser)  And so did Facebook give

 3   integration partners extensions or exceptions?

 4        A.    Inte- -- integration partners had access

 5   to private APIs and permissions on top of what the     06:03:27

 6   standard API offered regular developers.  And that

 7   was considered access to continue, separate to the

 8   API changes that were being made for the public

 9   developer platform.

10        Q.   And -- and other than integration           06:03:54

11   partners, were there partners that -- that fell

12   into that -- that category?

13        A.   My understanding is that the -- the

14   integration partners, the -- the apps that were

15   intended to have longer term access to this           06:04:13

16   information.

17        Q.   Okay.  And -- and Facebook's testimony is

18   that there were not other types of partners that

19   had longer term access to the publicly deprecated

20   permission?                                            06:04:28

21             MR. BLUME:  Object to form.

22             THE DEPONENT:  My understanding is that

23   outside of the integration partners only --

24   ultimately, only temporary extensions were -- were

25   granted.                                               06:04:43
```

Page 345

```
 1          Q.   (By Mr. Loeser)  And integration partners    06:04:44

 2    weren't the only type of partners with private

 3    APIs, were they?

 4               MR. BLUME:  Objection.  Scope and form.

 5               THE DEPONENT:  Yeah.  I'm -- I'm not         06:04:55

 6    sure -- I'm not -- not sure what you mean.

 7               Sorry.  Can you ask a more precise

 8    question.

 9          Q.   (By Mr. Loeser)  Well, you said -- you

10    testified integration partners had access to           06:05:01

11    private APIs and permissions.

12               And what did you mean by that?

13          A.   So many of the -- many of the -- there

14    were a number of developers that had integrations

15    with the Facebook developer platform that were         06:05:37

16    nonstandard, not things that public developers

17    could build.  To enable those integrations, they

18    would have had some additional capabilities.  And

19    that -- those developers and those integrations

20    were seen as separate to the deprecations of API v1    06:06:00

21    and v2, and rollout to v2.

22          Q.   Yeah.  I just want to make sure the

23    record is clear.

24               You said that integration partners had

25    that -- went through that process.  And I'm asking     06:06:15
```

                                                Page 346

CONFIDENTIAL

```
 1   you are there other types of partners that had          06:06:18

 2   access to -- to private APIs that enabled something

 3   similar for them?

 4       A.   My understanding that integration

 5   partners refers to any partner at the limit who had      06:06:30

 6   some kind of private API access.

 7       Q.   If we go to page 3 of this string, back

 8   to your November 8th update -- I'm sorry.  We're

 9   going to go to page 5 of the string.  And we're

10   moving back to an October 11th, 2013, update on          06:06:57

11   "Platform Simplification."

12            There's a bullet here, "Dev Chakravarti

13   joined the team as a data analyst - helped him ramp

14   up on how to analyze the effects of PS12n on the

15   whole ecosystem."                                        06:07:14

16            Explain who he is and what you asked him

17   to do.

18       A.   I do not recall Dev Chakravarti, and I do

19   not recall what I asked him to do.

20       Q.   I gather Facebook evaluated the effects        06:07:34

21   of PS12 and on the whole ecosystem.

22            And for the record, PS12n is another way

23   of describing the transition to Graph API

24   version 2, right?

25       A.   PS12n refers to platform simplification,       06:07:47
```

Page 347

```
 1    which refers to the package of work that ultimately      06:07:49

 2    resulted in what was announced on April 30th, 2014,

 3    yes.

 4         Q.   Okay.   So Facebook evaluated the effects

 5    of PS12n on the whole ecosystem?                          06:08:01

 6              MR. BLUME:  Objection.  Beyond the scope.

 7    And form.

 8              THE DEPONENT:  I can't confirm what did

 9    or did not happen.  There's an email that says that

10    I helped this person ramp up.  But it doesn't            06:08:16

11    confirm if any analysis or -- was done or what was

12    found.

13         Q.   (By Mr. Loeser)  So if Facebook wanted to

14    answer the question, "Did you analyze the effects

15    of PS12n on the whole ecosystem," what would            06:08:29

16    Facebook do to find an answer to that question?

17              MR. BLUME:  Objection.  Scope.  Form.

18              THE DEPONENT:  I would attempt to see if

19    Dev Chakravarti was still at the company.  And I

20    would look for documents around this time that were     06:08:46

21    analysis or -- or pertained to be analysis of the

22    potential impacts of PS12n.

23              But you asked me a specific question as

24    to whether or not he did an analysis, and I cannot

25    confirm if he did any analysis.                         06:09:06
```

Page 348

CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  Okay.  Going -- going          06:09:08

 2    back to your answer right before that statement, to

 3    prepare for your testimony today, did you ask

 4    anyone whether Facebook analyzed the effects of

 5    PS12 on the whole ecosystem?                             06:09:21

 6        A.   I asked people as to if they recall

 7    impact sizing being done.  I didn't -- this --

 8    your -- your specific question about the whole

 9    ecosystem is a very specific one.

10             I spoke to people about their               06:09:38

11    recollections as to what analysis was done in

12    advance of the changes.  And I reviewed several

13    documents that could be construed as impact

14    analysis.

15             MR. LOESER:  Okay.  Thank you.              06:09:53

16             And -- and I saw that in your notes and

17    we'll come -- we'll get to that in -- in a little

18    bit.

19             So thank you for that answer.

20             Let's go to the next exhibit which is a     06:10:01

21    new exhibit, which you'll see in a moment.

22             It's marked -- we're going to mark it

23    with a new number, 338.

24

25    /////                                                06:10:29
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              (Exhibit 338 was marked for          06:10:29

 2      identification by the court reporter and is

 3      attached hereto.)

 4         Q.   (By Mr. Loeser)  And momentarily,

 5      Mr. Cross, you'll see an email from KP to      06:10:40

 6      Monica Mosseri, dated 12/10/2013.  "Subject:

 7      Re: PS12n Criteria Review," with an attachment

 8      "Criteria for whitelist MWv1_kp edits.pptx."

 9              You let me know when you can see that.

10         A.   Yeah, I see it.                        06:11:10

11         Q.   And you'll see that KP starts his email,

12      "Hello Monica, This is awesome!  Great framework."

13              Do you see that?

14         A.   I do see that.

15         Q.   And then he -- based on this, it appears 06:11:24

16      that he reviewed slides that she prepared and

17      provided some edits and comments; is that right?

18         A.   That's a reasonable interpretation of

19      what KP said.

20         Q.   And if we move down this email string,   06:11:36

21      you'll see at the beginning there's an email from

22      Monica Mosseri to KP, dated December 10th, 2013,

23      with the "Subject: PS12n Criteria Review."

24              Do you see that?

25         A.   I do see that.                          06:11:53
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        Q.   She writes, "Hey KP, I am in the final      06:11:54

 2   stages of the Whitelist Criteria Review (1a in

 3   Simon's graphic) and need your help.  I can set up

 4   time over VC if that is easier let me know."

 5        Did I read that correctly?                       06:12:09

 6        A.   You read that correctly.

 7        Q.   So based on this, Monica Mosseri was

 8   involved in a whitelist criteria review as part of

 9   the introduction of PS12n or platform 3; is that

10   right?                                                06:12:25

11            MR. BLUME:  Objection.  Form.

12            THE DEPONENT:  It says what she was

13   involved in here.  I don't want to answer on behalf

14   of the company.  We should just read what she has.

15        Q.   (By Mr. Loeser)  Okay.  And so Facebook     06:12:37

16   did a whitelist criteria review as part of the

17   introduction of platform 3.0?

18        A.   I don't think it's appropriate to say

19   Facebook did.  Monica seems to have done a piece of

20   work of that nature.  But I don't recall what it      06:12:56

21   is.

22        Q.   And she worked for Facebook at the time,

23   right?

24        A.   She worked for Facebook at the time.

25        Q.   So you've said a lot that -- something      06:13:09
```

Veritext Legal Solutions
866 299-5127

```
 1    along the lines of "I'm not sure that Facebook did      06:13:12

 2    this.  But this is what this person did."

 3            Are you -- are you saying to me that when

 4    a Facebook employee engages in a project in

 5    connection with her work, that that's not something    06:13:21

 6    that Facebook did?

 7        A.   Perhaps I'm --

 8            MR. BLUME:  Objection to form.

 9            THE DEPONENT:  Perhaps I'm just

10    misrepresenting how that question should be            06:13:35

11    answered.  My apologies.

12        Q.   (By Mr. Loeser)  Okay.  And -- and I'm

13    not -- I'm not trying to make you uncomfortable.

14    I'm just -- I want to be clear that we're talking

15    about a Facebook employee doing work for Facebook.     06:13:48

16            And you're not saying something other

17    than that, right?

18        A.   No, this is a Facebook employee --

19    sorry, Rob.  You were going to say something?

20            MR. BLUME:  I was going to say,              06:13:57

21    objection, to the extent it calls for a legal

22    conclusion.

23            THE DEPONENT:  Okay.  Yeah, I -- I -- I

24    can say that Monica was a Facebook employee and

25    it -- it appears by this email that she's --           06:14:07
```

Page 352

1    she's -- she's doing some work, and it would be          06:14:10

2    reasonable to say it's in con- -- coherent with her

3    duties.

4         Q.   (By Mr. Loeser)  And if you look at No. 1

5    in her email, she writes, "Finalizing app               06:14:26

6    categories and conversional apps to flag: in

7    slide 7, I have gone ahead and highlighted the

8    categories of apps that are controversial.

9    Controversial meaning there would be significant

10   impact to us if they were" shut -- "if they were to     06:14:38

11   shut down their integration in response to PS12n.

12   Also controversial because they are trending and

13   there is a strategic relationship with Zuck/mteam."

14        Did I -- did I read that accurately?

15        A.   I think you read that accurately.            06:14:59

16        Q.   So based upon this, it appears that a

17   whitelist criteria review was done to determine

18   which apps should be whitelisted, right?

19        A.   No, that doesn't -- that's not a

20   conclusion you can directly draw from this.            06:15:16

21        She's saying she's in the final stages of

22   a whitelist criteria review.  I don't know what --

23   I don't recall what she meant by that.  And it

24   doesn't mean that necessarily apps were categorized

25   against that criteria.  I just don't know what this    06:15:35

CONFIDENTIAL

```
 1    work was, sitting here today.                        06:15:40

 2         Q.   So fair to say that a whitelist criteria

 3    review was a review of whitelist criteria?

 4              MR. BLUME:  Objection.  Form.

 5              THE DEPONENT:  She's -- it's hard to know   06:15:54

 6    what she means.  She's in the final state -- she

 7    says here she's in the final stages of something.

 8    But I -- again, I don't know what that means.

 9    There was some process underway, but I'm -- I'm not

10    aware, sitting here today, of what that was.          06:16:12

11         Q.   (By Mr. Loeser)  And -- and Mr. Cross,

12    what relationship does the whitelist criteria

13    review have to the work that KP referred as

14    Jackie Chang's format for partnership positions?

15              MR. BLUME:  Objection.  Form.  Scope.       06:16:33

16              THE DEPONENT:  Sorry.  Can you frame that

17    a bit again?  I'm not sure I make the connection

18    you're making.

19         Q.   (By Mr. Loeser)  Sure.

20              We went through some email that discussed   06:16:44

21    Jackie Chang's recommendations regarding a format

22    for how to treat different types of partners in the

23    transition to the new platform.  KP referred to

24    that as Jackie's format.

25              And I'm asking you what the relationship    06:17:02
```

Page 354

1    is between that and this whitelist criteria review          06:17:05

2    that is referenced here?

3         A.   I don't know the relationship between

4    those two things.

5         Q.   So in this -- in her final stages of the          06:17:15

6    whitelist criteria review, Ms. Mosseri indicates

7    that she's gone ahead and highlighted the

8    categories of apps that are controversial.  And

9    then she defines controversial here, "meaning there

10   would be significant impact to us if they were shut         06:17:34

11   down."

12        What is -- how -- how does Facebook

13   define significant impact resulting from if

14   partners or apps are shut down in response to the

15   transition to PS12n?                                        06:17:50

16        MR. BLUME:  Objection.  Scope.  And form.

17        THE DEPONENT:  There's no standard

18   definition at the company of what "significant

19   impact" would mean.

20        Significant is subjective.  And impact          06:18:01

21   could mean many different things in many different

22   contexts.

23        Oh, I can say in a -- in a personal

24   capacity here, having been involved to some degree,

25   is the types of things that would be considered          06:18:18

Page 355

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | here might be reputational concerns and platform -- | 06:18:22 |
| 2 | like user significant -- user -- user experience | |
| 3 | concerns by developers removing integrations that | |
| 4 | users found valuable. | |
| 5 |     Q.   (By Mr. Loeser)  And any other -- | 06:18:43 |
| 6 | anything else that Facebook would consider a | |
| 7 | significant impact to Facebook if particular apps | |
| 8 | were shut down as a result of the introduction of | |
| 9 | platform 3.0? | |
| 10 |        MR. BLUME:  Objection.  Scope.  And form. | 06:19:05 |
| 11 |        THE DEPONENT:  Again, I don't feel I can | |
| 12 | answer on Facebook's behalf.  There's no standard | |
| 13 | definition for significant.  And there's no | |
| 14 | significant -- there's no standard definition | |
| 15 | for -- for impact.  So I -- I -- I don't feel I can | 06:19:17 |
| 16 | define that on Facebook's behalf. | |
| 17 |     Q.   (By Mr. Loeser)  Okay.  But nonetheless, | |
| 18 | you gave one example, which was reputational | |
| 19 | concern. | |
| 20 |        That could be a significant impact for | 06:19:29 |
| 21 | Facebook? | |
| 22 |     A.   In my personal capacity, having worked on | |
| 23 | this stuff, that might be considered impact because | |
| 24 | of these changes. | |
| 25 |        I gave a second example as well, which is | 06:19:41 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | user experience changes as a result of the changes | 06:19:46 |
| 2 | and how the API worked and the experiences that | |
| 3 | developers would be able to build. | |
| 4 |     Q.   And then Ms. Mosseri also writes, "Also, | |
| 5 | controversial because they are trending and there | 06:20:01 |
| 6 | is a strategic relationship with Zuck/mteam." | |
| 7 |        What -- what apps had a strategic | |
| 8 | relationship with -- and I suppose that's | |
| 9 | Mark Zuckerberg; is that a fair way to read that? | |
| 10 |     A.   I think "Zuck" in this context would | 06:20:14 |
| 11 | refer to -- to Mark Zuckerberg. | |
| 12 |     Q.   And what does the M Team refer to? | |
| 13 |     A.   M Team refers to Mark's leadership team. | |
| 14 |     Q.   And do you know who's on that team -- who | |
| 15 | was on at this time? | 06:20:27 |
| 16 |     A.   I know some of the people that are on it | |
| 17 | at this time.  But the -- the people on that team | |
| 18 | has changed over -- over the years, as you may | |
| 19 | expect. | |
| 20 |     Q.   Okay.  Who were some of the people that | 06:20:37 |
| 21 | were on at this time? | |
| 22 |     A.   On it at this time? | |
| 23 |     Q.   Yeah. | |
| 24 |     A.   Sorry. | |
| 25 |        I know who's on it -- I know some of the | 06:20:44 |

Page 357

1    people on it today.  But I'm not sure who would          06:20:47

2    have been on it at this time.

3         Q.   Was -- was Sheryl Sandberg on the M Team

4    at this time?

5         A.   I cannot confirm.  I do not -- I do not        06:21:02

6    know whether or not Sheryl was on the M Team at

7    this time.

8              Again, in a personal capacity, I think

9    it's likely she was.  But I could not say

10   100 percent for certain that that's the case.            06:21:12

11        Q.   And what does it mean to Facebook for

12   apps that have a "strategic relationship with

13   Zuck/mteam"?

14             MR. BLUME:  Objection.  Form.  Scope.

15             THE DEPONENT:  I don't know what it means       06:21:28

16   specifically to have a strategic relationship

17   with -- with Zuck and M Team.

18             There's no company definition for -- for

19   what that would mean.  So I -- I cannot -- I don't

20   feel I can accurately answer that question on           06:21:43

21   behalf of the company.

22        Q.   (By Mr. Loeser)  And if you move down

23   Ms. Mosseri's email a little bit under No. 2, it

24   says "Loss/Decision Assessment: in slide 7 and 8,

25   we need to access the loss for the top partners and      06:21:58

                                                  Page 358

CONFIDENTIAL

```
 1    determine whether we will grant them an exemption        06:22:00

 2    or extension."

 3            So what does Facebook mean by top

 4    partners?

 5            MR. BLUME:  Objection.  Scope.  Form.          06:22:12

 6            THE DEPONENT:  I don't know what Face- --

 7    I don't know what Monica means by -- by top

 8    partners.  That could mean a whole bunch of

 9    different things, depending on the context.

10      Q.   (By Mr. Loeser)  And the reference to          06:22:25

11    exemptions or extensions, that -- that is with

12    regard to the -- to changes that would occur with

13    the introduction of platform 3.0?

14      A.   Given the timeline of the -- of the

15    email, I think it's reasonable to -- to -- to         06:22:39

16    conclude that's what she meant.

17            But, again, as I've said multiple times

18    here, I think the -- the frame of mind of the team

19    in 2013, when the nature of the changes was still

20    in flux and the expected exact -- exact -- exact      06:23:04

21    set of changes and the way in they were rolled out

22    drastically differed from what ultimately ended up

23    happening.

24            So you're seeing a bunch of people here

25    as -- as I mentioned before, attempting to -- to       06:23:22
```

Page 359

```
 1    prepare for -- for something where the actuality        06:23:25

 2    was quite different.

 3         Q.   Okay.  And so on that same No. 2,

 4    Ms. Mosseri writes -- and this is to KP -- "Can you

 5    help me assess the losses (rev and data)" -- "rev"     06:23:42

 6    refers to revenue there; is that right?

 7              MR. BLUME:  Objection.  Form.  Scope.

 8              THE DEPONENT:  I can't confirm what

 9    revenue means in this context.

10         Q.   (By Mr. Loeser)  Okay.  Well, let's just      06:23:57

11    read it into the record.

12              "Can you help me assess the losses (rev

13    and data) and whether we will make an

14    exemption/extension for the following apps?"

15              And then the following apps it appears        06:24:09

16    are LinkedIn and Path, is what's shown on here; is

17    that -- did I read that correctly?

18         A.   The formatting is a little messed up.  So

19    it's not 100 percent clear that that's -- that --

20    that's what naturally follows.  But it's not           06:24:24

21    unreasonable to -- to think that's the case.

22         Q.   Okay.  And so it looks like Ms. Mosseri

23    was asking KP if he can help her assess the losses

24    and -- whether Facebook will make an exemption or

25    extension for particular apps.                         06:24:40
```

Page 360

```
 1              And this, again, is in connection with        06:24:42

 2     the implementation of platform 3.0, right?

 3              MR. BLUME:  Objection.  Form.  Scope.

 4              THE DEPONENT:  I can't confirm exactly

 5     what these folks meant.  We should speak to them.      06:24:53

 6     But it looks like that's the discussion they're

 7     having given the subject of the email.

 8              MR. LOESER:  Let's go to the next

 9     exhibit, which is the slide deck that -- that

10     Ms. Mosseri sent to KP, attached to the email that     06:25:12

11     we just went through on December 10th, 2013.  And

12     this will be another new exhibit.

13              (Exhibit 339 was marked for

14     identification by the court reporter and is

15     attached hereto.)                                      06:25:27

16      Q.   (By Mr. Loeser)  And I represent to you,

17     Mr. Cross, that this is the attachment to

18     Ms. Mosseri's email.

19              And you'll remember in KP's response he

20     indicated that he made some notes and provided some    06:25:56

21     comments on her slide deck.

22              Do you recall that?

23      A.   Yes, I do.

24      Q.   Okay.  So if we go to the -- it looks

25     like the seventh slide, and then go to the next        06:26:14
```

Page 361

```
1    page.  The -- the notes are not visible -- visible        06:26:20

2    on the view that we're looking at.

3           I will note for the record that the

4    version that we're introducing as an exhibit has

5    notes in -- in the document that appear to be the        06:26:35

6    notes that -- that KP made on the slide deck.

7           We can put this exhibit aside.  We're

8    going to go to another version of this deck.

9           Let's -- actually, before we do that, go

10   to the first page of the deck.                           06:26:48

11          Do you see the title of this slide deck,

12   Mr. Cross?

13      A.   I do.

14      Q.   And could you read that title for the

15   record.                                                  06:27:05

16      A.   "Criteria for granting Exemptions and

17   Extensions."

18      Q.   And the date of this document is 12/5/13;

19   is that right?

20      A.   I assume that's the American format,            06:27:18

21   so...

22      Q.   Fair -- fair point.

23           I interpret that as December 5th, 2013;

24   is that how you interpret it as well?

25      A.   Annoyingly, yes, it is, how I interpret         06:27:30
```

Page 362

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | it. | 06:27:33 |
| 2 | Q.   And -- and the author is Monica Mosseri; | |
| 3 | is that right? | |
| 4 | A.   It is.  And the critical piece of | |
| 5 | information on this is the word "Draft." | 06:27:39 |
| 6 | MR. LOESER:  Right.  Right. | |
| 7 | Okay.  So let's go -- you can put that | |
| 8 | exhibit aside and we're going to go to another | |
| 9 | version of this presentation. | |
| 10 | This will be marked as Exhibit 340. | 06:27:50 |
| 11 | (Exhibit 340 was marked for | |
| 12 | identification by the court reporter and is | |
| 13 | attached hereto.) | |
| 14 | MR. LOESER:  And when you -- when it | |
| 15 | comes up, we'll look at the first page of this | 06:28:17 |
| 16 | slide deck as well. | |
| 17 | Q.  (By Mr. Loeser)  And fair to say that | |
| 18 | this is another -- this also is a slide deck, and | |
| 19 | if you could read the title into the record. | |
| 20 | A.   "Criteria for granting Exemptions and | 06:28:44 |
| 21 | Extensions, Draft, 12/5/13". | |
| 22 | Q.   Okay.  And if we could go back to the | |
| 23 | metadata. | |
| 24 | So I'll -- I'll state for the record that | |
| 25 | this was a version of this document that was also | 06:29:06 |

Page 363

```
 1    produced by Facebook.  And -- and this is the          06:29:09

 2    metadata associated -- metadata associated with

 3    that document.  We can move on to the document

 4    itself.

 5          So let's go to the -- the second --            06:29:28

 6    the -- it looks like the second slide in the -- in

 7    the deck which has the heading decision -- well --

 8    yeah, let's look at this agenda.  This is page 2 of

 9    the deck, I believe.

10          And you see there's "Agenda," and it says       06:29:47

11    "Decision Buckets," right?

12       A.   Yeah.

13       Q.   And then there's a list of different

14    categories of apps, right, "Non-Games, Games,

15    PMD's, Mobile/TV/Devices"?                            06:29:59

16       A.   I see.

17       Q.   And what -- what are PMDs?

18       A.   PMDs, I think, refers to page management

19    developers.  I'm not 100 percent sure of that -- of

20    the acronym.                                          06:30:20

21       Q.   So the first item on the agenda is

22    "Decision Buckets"; is that right?

23       A.   That's the first item on the agenda.

24       Q.   Okay.  And if we go to the next page of

25    the slide deck, you see there's a slide that says     06:30:32
```

Page 364

1    "Decisions Buckets."                                    06:30:37

2           Do you see that?

3       A.   I see that.

4       Q.   And, again, this is a presentation on the

5    criteria for granting exemptions and extensions,         06:30:42

6    right?

7       A.   No.  This is a proposed -- a set of

8    proposals for potentially how to think about this.

9       Q.   Okay.  So under the "Decision Buckets"

10   listed in this slide, in this presentation on the        06:31:05

11   criteria for granting exemptions and extensions,

12   the first bucket is "Exemption."

13          Do you see that?

14      A.   I do see that.

15      Q.   And why don't you read for the record          06:31:16

16   what -- how that bucket is described.

17      A.   On the document it says "Strategic value

18   for both companies long term."

19      Q.   Okay.  And then let's look at the second

20   bucket identified.                                       06:31:29

21          That's "Extension"; is that right?

22      A.   That's correct.

23      Q.   And why don't you read for the record

24   what that -- how that bucket is described.

25      A.   "Contract with backward capability clause       06:31:38

                                                              Page 365

| | |
|---|---|
| 1 | Company that cannot move quickly and what length" | 06:31:42 |
| 2 | of "extension and what capabilities." |
| 3 | Q. And the third bucket identified here is |
| 4 | "Standard"; is that right? |
| 5 | A. That's what's on the slide. | 06:31:53 |
| 6 | Q. Okay. And what's the descriptions of |
| 7 | that bucket? |
| 8 | A. "No access to private capabilities." |
| 9 | Q. So if we go back to the "Agenda" slide. |
| 10 | Again, after the "Decision Buckets," | 06:32:10 |
| 11 | there are these -- these four categories. |
| 12 | The first "Non-Games." The second, |
| 13 | "Games." The third "PMD's." And the fourth |
| 14 | "Mobile/TV/Devices"; is that right? |
| 15 | A. That's right. | 06:32:31 |
| 16 | Q. Okay. So now let's go to the fourth page |
| 17 | of the presentation and you see the cover slide, |
| 18 | "Non Games." |
| 19 | A. Yup. |
| 20 | Q. Waiting for it here. "Non Games." There | 06:32:50 |
| 21 | it is. |
| 22 | And then the slide that comes after that |
| 23 | is a description of apps that are within the |
| 24 | "Non Games" category, and there's more detail on |
| 25 | those different apps. | 06:33:11 |

Page 366

```
 1              If you look at that slide, it's captioned    06:33:13

 2      "Categories of apps and impact."

 3              Is that a fair read of this presentation,

 4      that there's a title slide that says "Non Games,"

 5      and the next page has more detailed information.    06:33:20

 6              Would you read that to -- for -- for

 7      the -- the next slide to be related to the title

 8      slide?

 9         A.   I think that's a fair read, yes.

10         Q.   And are all of these apps identified here    06:33:31

11      nongames?

12         A.   I would --

13              MR. BLUME:  Objection.  Form.

14              THE DEPONENT:  -- consider all of the

15      categories listed here as nongames.                 06:33:41

16         Q.   (By Mr. Loeser)  And then within this

17      category of nongames, you'll see that the slide has

18      a category, "Sub Categories that require further

19      assessment."

20              Do you see that?                             06:33:55

21         A.   I do.

22         Q.   And there are five different

23      subcategories that are identified; is that right?

24         A.   I do.

25         Q.   And they are -- "Social network            06:34:06
```

Page 367

```
 1    influencing," that's the first one, right?          06:34:09

 2         A.   Yeah.

 3         Q.   "Media Aggregators" is the second; is

 4    that right?

 5         A.   Correct.                                   06:34:17

 6         Q.   "Social Apps" is the third; is that

 7    right?

 8         A.   Correct.

 9         Q.   "TV" is the fourth, correct?

10         A.   Correct.                                   06:34:25

11         Q.   And what's the fifth one identified

12    there?

13         A.   The word on the slide is "Strategic."

14         Q.   So let's go to next page of this slide

15    deck.                                                06:34:41

16              And can you read for the record what the

17    title of this slide is.

18         A.   The title of the slide is "What do we

19    have to lose?"

20         Q.   Okay.  And this is a -- is a slide that    06:34:53

21    is in the presentation called "Criteria for

22    granting Exemptions and Extensions"; is that right?

23         A.   It's in a slide which is a draft of how

24    to think about that potentially.

25         Q.   So let's go through each of these items    06:35:11
```

Page 368

| | | |
|---|---|---|
| 1 | on here. | 06:35:13 |
| 2 | The first one is "Revenue"; is that | |
| 3 | right? | |
| 4 | A.   That's what's on the slide. | |
| 5 | Q.   And then what are the questions asked in | 06:35:18 |
| 6 | connection with "Revenue"? | |
| 7 | A.   "Big Neko spenders?  Will access to graph | |
| 8 | increase spend?" | |
| 9 | Q.   Okay.  And what are -- what is Neko? | |
| 10 | A.   Neko is the code name for mobile app | 06:35:31 |
| 11 | install ads. | |
| 12 | Q.   So one of the questions being asked on | |
| 13 | "What do we have to lose?" is whether -- whether | |
| 14 | revenue would be lost by -- by big Neko spenders; | |
| 15 | is that -- that right? | 06:35:45 |
| 16 | MR. BLUME:  Objection.  Form.  Scope. | |
| 17 | THE DEPONENT:  What's on the slide is -- | |
| 18 | is "Big Neko spenders" is under the heading "What | |
| 19 | do we have to lose?" | |
| 20 | Q.   (By Mr. Loeser)  For revenue, right? | 06:35:59 |
| 21 | A.   It's next to "Revenue" on the slide. | |
| 22 | Q.   Okay.  And the next item there is "Will | |
| 23 | access to Graph increase spend?"  And that's also a | |
| 24 | question related to what do we have to lose with | |
| 25 | regard to revenue; is that right? | 06:36:13 |

Page 369

CONFIDENTIAL

```
 1              MR. BLUME:  Objection.  Form.            06:36:15

 2              THE DEPONENT:  It's a question, as

 3      written on the slide.

 4         Q.   (By Mr. Loeser)  Question relating to

 5      "What do we have to lose?" related to revenue,     06:36:22

 6      right?

 7              MR. BLUME:  Same objection.

 8              THE DEPONENT:  I mean, if -- if I'm just

 9      reading a slide now.

10         Q.   (By Mr. Loeser)  Well, actually, you're   06:36:34

11      testifying on behalf of Facebook.

12              So did Facebook consider the -- the loss

13      that would relate to revenue because of big Neko

14      spenders?

15              MR. BLUME:  Objection.  Form.  And scope.  06:36:48

16              THE DEPONENT:  So the slide here

17      indicates that when thinking about the potential

18      impact of these changes, along with several other

19      accesses, it was a question being asked.

20         Q.   (By Mr. Loeser)  Okay.  And another       06:37:05

21      question being asked in that context was "Will

22      access to graph increase spend?"; is that right?

23              MR. BLUME:  Objection.  Form.  And scope.

24              THE DEPONENT:  The slide suggests that

25      the author was asking that question.            06:37:16
```

Page 370

1      Q.   (By Mr. Loeser)  The author is a person      06:37:19

2   who works for Facebook, who developed a PowerPoint

3   called "Criteria for granting Exemptions and

4   Extensions," right?

5          THE COURT REPORTER:  Wait.  Mr. Blume,      06:37:29

6   you were muffled.  What --

7          MR. BLUME:  Sorry.  I -- my objection was

8   asked and answered.

9      Q.   (By Mr. Loeser)  You can answer,

10  Mr. Cross.                                           06:37:43

11     A.   This is a slide deck with that title,

12  with this slide on it, produced by an employee of

13  Facebook.

14     Q.   (By Mr. Loeser)  And then if we move down

15  the -- the column on "What do we have to lose," the   06:37:56

16  second item is "Visibility/Influence."

17          Do you see that?

18     A.   I do see that.

19     Q.   And what were the questions that Facebook

20  posed with regard to visibility and influence?        06:38:10

21          MR. BLUME:  Objection.  Form.  Scope.

22          THE DEPONENT:  What's on the slide

23  written by Monica is "Risk of bad press?"  And "Is

24  there user value and will they be upset?"

25     Q.   (By Mr. Loeser)  And so the risk of bad        06:38:26

Page 371

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | press, in the context of this transition to the new | 06:38:29 |
| 2 | platform, why would there be a risk of bad press | |
| 3 | relating to that transition in which certain | |
| 4 | permissions were deprecated? | |
| 5 | MR. BLUME:  Objection.  Form.  And scope. | 06:38:43 |
| 6 | THE DEPONENT:  It's hard to answer that | |
| 7 | on behalf of the company. | |
| 8 | But what I can say in a personal | |
| 9 | capacity, having worked in this area, is that the | |
| 10 | changes that were being proposed at the time would | 06:38:55 |
| 11 | have had an impact on several -- many applications | |
| 12 | built on the Facebook developer platform, and there | |
| 13 | was a concern that they might be vocal about their | |
| 14 | displeasure. | |
| 15 | Q.   (By Mr. Loeser)  And now the next item is | 06:39:13 |
| 16 | "Users/Engagement," and the question is "Will they | |
| 17 | remove login resulting in a MAU drop?" | |
| 18 | Tell me what that means. | |
| 19 | MR. BLUME:  Objection.  Form.  Scope. | |
| 20 | THE DEPONENT:  Well, what they mean is -- | 06:39:29 |
| 21 | by remove login is that the -- an app might choose | |
| 22 | to remove a Facebook login integration, and that | |
| 23 | might result in a monthly activity user drop. | |
| 24 | Q.   (By Mr. Loeser)  And so you're -- what | |
| 25 | this is suggesting is that because of the changes | 06:39:48 |

Page 372

1   to the platform, an app may decide not to                06:39:50

2   participate on the platform anymore causing a drop

3   in monthly average users of the platform; is that

4   right?

5           MR. BLUME:  Objection.  Form and scope.           06:40:02

6           THE DEPONENT:  This is -- MAU is monthly

7   active, rather than average users.

8           One of the -- one of the concerns

9   discussed at the time is that these changes might

10  require developers to deprecate or that developers       06:40:20

11  would choose to deprecate their applications and,

12  therefore, no longer participate in the Facebook

13  developer platform resulting in worse outcomes for

14  users.

15      Q.   (By Mr. Loeser)  And why does Facebook          06:40:35

16  care about monthly active users?

17          MR. BLUME:  Objection.  Beyond the scope.

18          THE DEPONENT:  Yeah.  I -- this is beyond

19  the scope of like what I've been prepared to

20  testify on.                                              06:40:47

21          Sorry.  I don't feel I can answer that

22  question.

23      Q.   (By Mr. Loeser)  So in connection with

24  the -- the impact of the transition to the new

25  platform, Facebook is not prepared to testify about      06:40:59

Page 373

```
1    why it cares about an impact relating to a drop in        06:41:02

2    monthly active users?

3            MR. BLUME:  Objection to form.  And

4    scope.

5            THE DEPONENT:  It's unclear what MAU          06:41:12

6    means in this context.  It could be -- MAU is a

7    metrics used to define many different things at

8    Facebook.

9        Q.   (By Mr. Loeser)  All related to monthly

10   active users, right?                                06:41:25

11       A.   In different context, though.  There are

12   different products that calculate monthly active

13   users for their product.

14       Q.   Okay.  So looking at the next item on

15   here, it says "Data Exchange."                      06:41:38

16            Do you see -- see that?

17       A.   I do.

18       Q.   What does data exchange mean for

19   Facebook?

20            MR. BLUME:  Objection.  Form.  And scope.   06:41:48

21            THE DEPONENT:  I can't answer what does

22   data exchange mean for Facebook, in general.  That

23   would be beyond the scope.

24            Well, I can say there in this context --

25   again, given my personal experience -- is one of    06:42:01
```

Page 374

```
 1    the benefits of the Facebook developer platform was        06:42:05

 2    that users would share their activity in apps back

 3    to Facebook.  And that was seen as a good thing

 4    because it would be more content on their timeline

 5    and in newsfeed for their friends.                          06:42:22

 6        Q.   (By Mr. Loeser)  And the data was also

 7    beneficial for Facebook's business, right?

 8             MR. BLUME:  Objection.  Form.  And beyond

 9    the scope.

10             THE DEPONENT:  I'm not able to answer the          06:42:35

11    question on -- on the business, on the advertising

12    side.  That's not my area of expertise.

13             Again, what I can say is that one of the

14    values of the Facebook developer platform is that

15    information about users' activity and apps, users          06:42:52

16    would decide to share that back to Facebook, and

17    that would be content on their timeline, in their

18    newsfeed.

19             And that would be a reason for their

20    friends to come back and look at newsfeed.  So good        06:43:04

21    for -- good for users and ultimately good for

22    Facebook.

23        Q.   (By Mr. Loeser)  Okay.  And so the

24    question being asked with regard to "Data Exchange"

25    is "Will we lose access to OG data?"                       06:43:16
```

Page 375

```
 1                What is OG data?                        06:43:19

 2                MR. BLUME:  Objection.  Form.

 3                THE DEPONENT:  OG data, in this context,

 4      refers to Open Graph data, which in this context,

 5      again, specifically refers to users choosing to      06:43:30

 6      share their activity in apps back to their Facebook

 7      timeline.

 8           Q.   (By Mr. Loeser)  And OG data would also

 9      include data about users' friends, right?

10                MR. BLUME:  Objection.  Form.            06:43:44

11                THE DEPONENT:  No.

12           Q.   (By Mr. Loeser)  Why not?

13           A.   So in this context, it's about a user

14      sharing their activity back to Facebook.

15           Q.   Can their activity also involve          06:44:01

16      information about their friends?

17           A.   No.  A user in -- in this context, is

18      about a user sharing their activity in an app back

19      to Facebook.

20           Q.   So if their activity was "Went to the     06:44:16

21      restaurant with my friend," that's not information

22      about the user's friend?

23                MR. BLUME:  Objection.  Form.

24                THE DEPONENT:  I mean, in this context,

25      that's what it means.  It's -- there was a          06:44:27
```

Page 376

| | | |
|---|---|---|
| 1 | mechanism for a user to tag their friend in a | 06:44:32 |
| 2 | story.  But in this case, it's about a user | |
| 3 | choosing to share activity in their -- in an app | |
| 4 | with their friends on Facebook.  And that's -- | |
| 5 | that's specifically what this is referring to, in | 06:44:46 |
| 6 | my understanding. | |
| 7 |     Q.  (By Mr. Loeser)  Okay.  And then the next | |
| 8 | question is "Do certain products depend on this | |
| 9 | data?" | |
| 10 |     What -- what data is this referring to? | 06:44:52 |
| 11 |     A.  I'm not sure exactly what data is -- is | |
| 12 | this data.  I'm inferring that it means OG data. | |
| 13 |     But, you know, that -- that's -- that's | |
| 14 | my inference.  It's not entirely clear from this | |
| 15 | slide what -- what this data means. | 06:45:13 |
| 16 |     Q.  So Ms. Mosseri -- Mosseri -- or Mosseri | |
| 17 | here was evaluating -- when answering the question | |
| 18 | "What do we have to lose," one of the categories | |
| 19 | she identified was data exchange, right? | |
| 20 |     MR. BLUME:  Objection.  Form. | 06:45:26 |
| 21 |     THE DEPONENT:  Data exchange is on -- on | |
| 22 | the slide. | |
| 23 |     Q.  (By Mr. Loeser)  So let's go to the next | |
| 24 | page of the slide. | |
| 25 |     Do you see that the header or the title | 06:45:42 |

Page 377

CONFIDENTIAL

```
 1    of that slide is "Loss Assessment"?                    06:45:46

 2         A.   I do.

 3         Q.   So based on this slide, it appears that

 4    Facebook did a loss assessment using the different

 5    categories of apps that were earlier identified in     06:46:00

 6    this presentation; is that right?

 7              MR. BLUME:  Objection.  Form.  And scope.

 8              THE DEPONENT:  I mean, it's hard to --

 9    it's hard to read this slide.

10              The title "Loss Assessment" is there, but    06:46:12

11    everything else is -- is kind of squiffy.

12         Q.   (By Mr. Loeser)  Okay.  So if you go back

13    to the slide, "Categories of apps and impact" --

14    and -- and I can clarify this with -- with some

15    questions.  I can see why you were confused.           06:46:28

16              The subcategories that required further

17    assessment were "Social Network Influencing, Media

18    Aggregators, Social Apps, TV" and "Strategic"; is

19    that right?

20         A.   That's what I see on the slide, yeah.        06:46:41

21         Q.   Okay.  So now when you go forward to the

22    "Loss assessment" slide, the categories of apps for

23    which there was further assessment were "Media

24    Aggregator, Social Network Influencing, Social

25    Apps, TV" and "Other strategic."                       06:46:50
```

Page 378

| | | |
|---|---|---|
| 1 | Do you see that? | 06:46:54 |
| 2 | A.  That's what I see on the slide. | |
| 3 | Q.  Okay.  So this is a further loss | |
| 4 | assessment pertaining to those specific categories | |
| 5 | that were subcategories of the nongames category. | 06:47:03 |
| 6 | Do I have that right? | |
| 7 | MR. BLUME:  Objection.  Form.  And scope. | |
| 8 | THE DEPONENT:  I -- I think you -- I | |
| 9 | think you probably have these right.  These are -- | |
| 10 | these are five categories that are mentioned on the | 06:47:18 |
| 11 | previous slide. | |
| 12 | Q.  (By Mr. Loeser)  Okay.  And then if you | |
| 13 | look at the "Loss assessment," it's broken down | |
| 14 | into four different categories.  And they are | |
| 15 | "Revenue, Visibility Influence, Users/Engagement" | 06:47:28 |
| 16 | and "Data Exchange." | |
| 17 | Do you see that? | |
| 18 | A.  I do see that. | |
| 19 | Q.  And those were the four different | |
| 20 | categories that was identified on the slide "What | 06:47:39 |
| 21 | do we have to lose"; is that right? | |
| 22 | A.  That matches the previous slide. | |
| 23 | Q.  So let's look down the other strategic | |
| 24 | column of this loss assessment.  And if you look at | |
| 25 | the -- across from the "Revenue (Q4 '13)" line -- | 06:47:59 |

Page 379

CONFIDENTIAL

1   do you see that in the middle of the page, "Revenue      06:48:04

2   (Q4 '13)"?

3        A.   I see it in the middle of the page, yeah.

4        Q.   And so for the purpose of this analysis,

5   Facebook was able to identify the revenue for          06:48:14

6   specific apps that were taken into account when

7   evaluating loss assessment rating -- relating to

8   revenue for Q4 '13; is that right?

9             MR. BLUME:   Objection.  Form.  And scope.

10            THE DEPONENT:   I -- I am not -- I           06:48:37

11   can see -- I can see on the slide, but --

12   discussing exactly how revenue was calculated or --

13   is -- is not something I've been prepared to

14   testify about -- I'm prepared to testify about.

15        Q.   (By Mr. Loeser)  Okay.  So one of the       06:48:54

16   topics here was the revenue impact of -- of

17   whitelisting, for example, right?

18        A.   I think that -- I think that's right,

19   yes.

20        Q.   And so this is a slide that -- that shows   06:49:11

21   that Facebook evaluated loss assessment, and one of

22   the categories of loss assessment that was

23   evaluated was revenue, right?

24            MR. BLUME:   Objection.  Form.  And scope.

25            THE DEPONENT:   Again, in this slide deck    06:49:30

Page 380

CONFIDENTIAL

```
 1    that -- that Monica prepared, she has done some          06:49:35

 2    analysis or pulled some data, and one of those data

 3    is some revenue numbers.

 4         Q.   (By Mr. Loeser)  And so it appears from

 5    this slide deck that when considering the other          06:49:50

 6    strategic partners, and these other subcategories,

 7    and the impact of the transition to the new

 8    platform, Facebook was able to evaluate the revenue

 9    associated with other strategic partners; is that

10    right?                                                   06:50:08

11             MR. BLUME:  Objection.  Form.  And beyond

12    the scope.

13             THE DEPONENT:  Yeah.  As I say, I think

14    it's beyond the scope of what I've been prepared to

15    testify on.                                              06:50:19

16         Q.   (By Mr. Loeser)  Okay.  Can you answer

17    the question?

18         A.   From looking at the slide here, there is

19    some revenue numbers for some developers and

20    partners, but it's unclear to me exactly what           06:50:37

21    that -- what -- where that -- where that data came

22    from or exactly what it refers to.  But there's

23    some revenue numbers on the slide.

24         Q.   So the revenue numbers on the slide

25    include -- and you tell me if I'm reading the slide      06:50:51
```

Page 381

| | | |
|---|---|---|
| 1 | wrong -- but for Q4 '13, so fourth quarter of 2013, | 06:50:55 |
| 2 | eBay has $639,342 of revenue.  That was revenue for | |
| 3 | Facebook. | |
| 4 | Is that -- is that a fair way to read | |
| 5 | this slide? | 06:51:11 |
| 6 | MR. BLUME:  Objection.  Form.  And scope. | |
| 7 | THE DEPONENT:  I can't confirm exactly | |
| 8 | what was meant by the author.  But I'm reading that | |
| 9 | there is those numbers on the slide, yes. | |
| 10 | Q.   (By Mr. Loeser)  So based upon this | 06:51:26 |
| 11 | slide, it appears that Facebook evaluated the | |
| 12 | revenue paid by certain partners when looking at | |
| 13 | the impact of the introduction of the new platform | |
| 14 | would have on those partners if they were to stop | |
| 15 | using the platform? | 06:51:40 |
| 16 | MR. BLUME:  Objection to form. | |
| 17 | Q.   (By Mr. Loeser)  Do you think that's -- | |
| 18 | MR. BLUME:  Sorry. | |
| 19 | THE DEPONENT:  No. | |
| 20 | MR. BLUME:  Hold on.  Did you finish your | 06:51:49 |
| 21 | question, Derek? | |
| 22 | MR. LOESER:  Yes. | |
| 23 | MR. BLUME:  Oh, then objection.  Form. | |
| 24 | And scope. | |
| 25 | THE DEPONENT:  So my understanding of -- | 06:52:04 |

Page 382

```
 1    of reading this is that there is some data on         06:52:06

 2    revenue from some partners, but it's not clear to

 3    me that this is directly related to whether or not

 4    they would stop using the platform.

 5            It indicates that they -- again, seeing        06:52:27

 6    what I see on the slide -- that that was the

 7    revenue in the quarter.  It does not make a

 8    specific connection to whether or not they would be

 9    impacted by the changes and how.

10    Q.   (By Mr. Loeser)  But does Facebook track          06:52:44

11    the revenue of -- that it receives from its

12    strategic partners?

13            MR. BLUME:  Form.  Scope.

14            THE DEPONENT:  I'm not well up on the

15    advertising side of Facebook's business.  And I       06:53:03

16    haven't worked in the strategic partnership team

17    for a long time.  So I don't feel I can clearly

18    answer that question.

19    Q.   (By Mr. Loeser)  So where would Facebook

20    go if it wanted to answer the question of the         06:53:16

21    amount of revenue paid to Facebook in the Q -- in

22    Q4 '13 for Amazon, Apple, Spotify, Bing, Windows,

23    Skype, eBay and Ticketmaster?

24            MR. BLUME:  Objection.  Form.  And scope.

25            THE DEPONENT:  I would probably go and         06:53:33
```

CONFIDENTIAL

```
1    ask someone on the advertising side of the          06:53:35

2    business.

3         Q.   (By Mr. Loeser)  And if Facebook wanted

4    to evaluate the loss of revenue to Facebook, if all

5    of the partners I just listed stopped using the      06:53:46

6    platform, how would Facebook do that?

7              MR. BLUME:  Objection.  Form.  And scope.

8              THE DEPONENT:  I'm -- I'm not sure --

9    I -- I -- I don't know.  I'm not an expert in

10   analyzing spend and what the impact is.              06:54:01

11             Remember, the -- we're talking here about

12   a bunch of platform changes.  Revenue could come

13   from -- from a number of different reasons.  This

14   revenue is not necessarily directly connected to

15   their integration.                                   06:54:22

16             So I -- I actually -- again, I don't

17   know -- and I want to be clear -- I'd be

18   speculating.  I -- I do not know.  And I -- I'm not

19   an expert in how you would assess the potential

20   loss in revenue if the integrations were stopped.    06:54:37

21        Q.   (By Mr. Loeser)  So fair to say when

22   Ms. Mosseri was evaluating "What do we have to

23   lose," one of the topics that she evaluated was

24   revenue, right?

25             MR. BLUME:  Objection.  Asked and          06:54:52
```

Page 384

CONFIDENTIAL

```
 1    answered.                                          06:54:52

 2         THE DEPONENT:  I feel like I've answered

 3    that question.

 4         Q.  (By Mr. Loeser)  So that's a "yes"?

 5         A.  I feel like I've answered that question.  06:55:02

 6         MR. BLUME:  You can answer.

 7         Q.  (By Mr. Loeser)  You can answer.

 8         MR. BLUME:  You -- you can answer again,

 9    Simon, if you remember.

10         THE DEPONENT:  Okay.  Revenue -- there        06:55:09

11    are -- there are some revenue stats on here, but

12    it's not necessarily making a connection with --

13    with impact.  It's just -- my understanding is

14    this is -- this is statements of revenue in a

15    quarter by these companies and that's it.         06:55:27

16         Q.  (By Mr. Loeser)  Okay.  On a page with

17    the title "Loss assessment"; is that right?

18         A.  The numbers are on a page with the title

19    "Loss assessment."  But that doesn't mean that

20    this would be the loss if -- this would be an      06:55:41

21    assessed loss based on the proposed changes.

22         Q.  Fair to say, however, that Ms. Mosseri

23    was identifying the revenue received from certain

24    partners in connection with her evaluation of

25    potential losses that Facebook would experience as  06:55:59
```

                                                Page 385

1   a result of the transition?                              06:56:01

2           MR. BLUME:  Objection.  Form.  And scope.

3           THE DEPONENT:  Again, reading -- reading

4   from the slide here, there's a slide with "Loss

5   assessment" in the title, and there are some             06:56:14

6   revenue numbers, very small number of companies.

7       Q.  (By Mr. Loeser)  And fair to say if -- if

8   Facebook could identify those revenue numbers for

9   eBay and Spotify, it could also identify them for

10  all of its other strategic partners?                     06:56:30

11          MR. BLUME:  Objection.  Form.  Scope.

12          THE DEPONENT:  I do not know how -- I --

13  I do not know if that's possible.  It's -- as we've

14  discussed previously, definition of strategic

15  partner is not like clearly defined and/or              06:56:45

16  universal.

17          And I'm not an expert and would not know

18  and was not -- did not prepare to answer questions

19  on how revenue would be assessed for a given

20  company.  It's -- it's not something I know how to      06:57:10

21  do.

22      Q.  (By Mr. Loeser)  You can't answer the

23  question, but it's an answerable question by

24  Facebook, right?

25          MR. BLUME:  Objection.  Form.  Scope.          06:57:20

Page 386

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  It's -- it -- again, it's | 06:57:24 |
| 2 | potentially an answerable question by Facebook. | |
| 3 | But I'd be speculating.  As I say, I -- I am not | |
| 4 | aware of how this would be done. | |
| 5 | Q.  (By Mr. Loeser)  So let's move to the | 06:57:38 |
| 6 | next type of loss that -- that was identified here, | |
| 7 | and it's "Visibility" and "Influence." | |
| 8 | Do you see -- see that? | |
| 9 | A.  I see that. | |
| 10 | Q.  And you'll see for the "Other Strategic" | 06:57:49 |
| 11 | category of partners, it notes "High"? | |
| 12 | A.  It seems to note "High," yes. | |
| 13 | Q.  And so what does that indicate with | |
| 14 | regard to those partners? | |
| 15 | MR. BLUME:  Objection.  Scope. | 06:58:05 |
| 16 | THE DEPONENT:  Impossible for me to say | |
| 17 | here from the company's perspective.  This is a | |
| 18 | slide deck written by somebody.  There's no | |
| 19 | criteria defined for visibility and influence or | |
| 20 | what high, medium or low would be in that context. | 06:58:22 |
| 21 | I think if you want to know that -- | |
| 22 | Q.  (By Mr. Loeser)  Do you -- | |
| 23 | A.  -- it might be worth asking Monica. | |
| 24 | Q.  Sorry.  I don't mean to talk at the same | |
| 25 | time. | 06:58:31 |

Page 387

CONFIDENTIAL

```
 1        A.    Sorry.                                    06:58:32

 2        Q.    Does Amazon have a high visibility and

 3   influence with -- with Facebook?

 4              MR. BLUME:  Objection.  Form.  Scope.

 5              THE DEPONENT:  I don't -- I -- I -- I      06:58:48

 6   couldn't answer on the company's perspective about

 7   like whether or not Amazon has -- has influence.

 8   It's -- it's certainly a large organization.  But

 9   assessing its influence within Facebook is not

10   something I could testify to.                        06:59:06

11        Q.    (By Mr. Loeser)  Okay.  And then if we go

12   to the next category "Users/Engagement."

13              Do you see that?

14        A.    I do see that.

15        Q.    And you'll see that for each of these     06:59:15

16   subcategories there's a monthly active user number.

17              Do you see that?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  I do.

20        Q.    (By Mr. Loeser)  And the highest monthly  06:59:23

21   active user category in here is to "Other

22   Strategic"; is that right?

23        A.    Of the five listed here, that's the

24   largest number.

25        Q.    And "Other Strategic," it shows that      06:59:33
```

CONFIDENTIAL

```
 1    65,996,118 monthly active users.                    06:59:36

 2             So what does that mean with regard to the

 3    "Other Strategic" category?

 4             MR. BLUME:  Objection.  Form.  And beyond

 5    the scope.                                           06:59:49

 6             THE DEPONENT:  So in -- and this is one

 7    of the things I was referring to earlier.

 8             Different products measure their own MAU.

 9    My understanding is in this context it refers to

10    whether or not the Facebook platform apps           07:00:06

11    associated with these entities and how many people

12    were actively using those Facebook platform apps.

13        Q.   (By Mr. Loeser)  And -- so if Facebook

14    wanted to isolate and identify the monthly active

15    users for all partners apps that were whitelisted   07:00:29

16    for the time period they were whitelisted, is that

17    something Facebook could do?

18        A.   Can you help me understand, monthly

19    active users in what context?

20        Q.   In -- in the context that you just used    07:00:47

21    when answering my prior question.

22        A.   So whether or not the app IDs that were

23    associated with these entities, what their monthly

24    active user based off the application was?

25        Q.   Right.                                      07:01:02
```

Page 389

```
 1        A.   And help me understand -- remind for me      07:01:03

 2   the rest of your question so I can make sure I

 3   answer it as accurate as I can.

 4        Q.   Sure.  I -- it's really -- it's a

 5   question about Facebook's ability to track its --    07:01:10

 6   its users.

 7             And so can Facebook identify monthly

 8   active users for all partner apps that were

 9   whitelisted?

10             MR. BLUME:  Objection.  Form.             07:01:32

11        Q.   (By Mr. Loeser)  For the time period that

12   they were whitelisted?

13        A.   I don't know if Facebook can -- can

14   determine that.  The answer is relatively hard to

15   compute, as I understand it and would -- would --    07:01:45

16   would depend on data retention policies.

17             I do not know whether or not that's an

18   answerable question.

19        Q.   Okay.  And what about if Facebook wanted

20   to isolate revenue from all partners that were       07:02:00

21   whitelisted for the time period that they were

22   whitelisted; is that something Facebook can do?

23        A.   Again, I don't know if that's something

24   that Facebook could do.

25        Q.   And where would Facebook go to answer the  07:02:14
```

Page 390

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | question of whether it could do that? | 07:02:16 |
| 2 | MR. BLUME:  Objection.  Form. | |
| 3 | THE DEPONENT:  I would have to -- I -- I | |
| 4 | don't know.  I would have to speak to the folks on | |
| 5 | the platform team to see if they knew if they could | 07:02:33 |
| 6 | provide some of the information. | |
| 7 | And I think the -- the sales and | |
| 8 | marketing and advertising part of the business | |
| 9 | would -- somebody there would -- would be able to | |
| 10 | answer whether or not that was answerable. | 07:02:50 |
| 11 | Q.   (By Mr. Loeser)  So let's look at the | |
| 12 | last category of -- of -- of what Facebook has to | |
| 13 | lose in the transition to the new platform, and | |
| 14 | that's "Data Exchange." | |
| 15 | And, again, under the "Other Strategic" | 07:03:06 |
| 16 | column, it lists a number of -- of apps.  It says | |
| 17 | "Bing/Win" -- which I assume is Windows -- "Skype: | |
| 18 | Maps, Search, Video Message, Ticketmaster: Events | |
| 19 | data." | |
| 20 | What is that -- explain to what data | 07:03:24 |
| 21 | exchange occurs with regard to those particular | |
| 22 | apps. | |
| 23 | MR. BLUME:  Objection.  Form.  And scope. | |
| 24 | THE DEPONENT:  I'm not able to answer | |
| 25 | the apps with -- with that specificity.  That would | 07:03:35 |

Page 391

CONFIDENTIAL

```
 1    require me to know the details of those          07:03:40

 2    integrations a long time in the past.

 3             So I'm -- I'm not able to -- to

 4    explain -- to answer the question as -- as to

 5    exactly what data -- how those integrations     07:03:51

 6    functioned.

 7        Q.   (By Mr. Loeser)  And can you answer more

 8    broadly, or do you have anything other than what

 9    you've already said about data exchange to -- to

10    say with regard to why it was taken into account  07:04:02

11    when evaluating what Facebook has to lose in the

12    transition to the new platform?

13             MR. BLUME:  Objection.  Form.  And beyond

14    the scope.

15             THE DEPONENT:  Related to these, I --    07:04:13

16    I -- I -- I couldn't give a specific answer.

17             We talked about a previous category here

18    which is apps that people used that allowed them to

19    share their activity back to their friends on

20    Facebook, and that being a form of data exchange  07:04:30

21    that was the core -- one of the core value

22    propositions of the Facebook developer platform for

23    users and for developers.

24             MR. LOESER:  We can move on to a new

25    exhibit.                                          07:04:48
```

Page 392

CONFIDENTIAL

```
 1              MR. BLUME:  Is this a -- is this a good       07:04:50

 2     time for a break, Derek?

 3              THE DEPONENT:  Yeah, I would love a

 4     break, if that's all right.  A bio break.

 5              MR. LOESER:  Sure.  Absolutely.            07:04:58

 6              SPECIAL MASTER GARRIE:  How long -- how

 7     long of a break are we talking about, Counsel?

 8     Maybe 20 -- how long do you need Mr. Cross?  Do you

 9     want to grab dinner?

10              THE DEPONENT:  Well, what time are we         07:05:06

11     planning to go to?  I have on my calendar until I

12     think --

13              SPECIAL MASTER GARRIE:  These people --

14     oh, let's go off the -- off the record.

15              THE DEPONENT:  Okay.                        07:05:14

16              THE VIDEOGRAPHER:  Okay.  We're off the

17     record at 7:05 p.m.

18              (Recess taken.)

19              THE VIDEOGRAPHER:  We are back on the

20     record at 7:39 p.m.                                  07:39:07

21              MR. LOESER:  Okay.  Mr. Cross, we're

22     going to introduce a new exhibit which will be

23     marked Exhibit 341.

24              (Exhibit 341 was marked for

25     identification by the court reporter and is          07:39:16
```

Page 393

1    attached hereto.)                                  07:39:16

2         MR. LOESER:  And so you should be looking

3    at now a document that has the header "Deprecated

4    f8 2014 Partnerships/Ops XFN."

5         Do you see that?                              07:39:51

6         A.   Yeah, I see that.

7         Q.   And what does the title of that document

8    refer to?

9         A.   I can't be 100 percent sure.  But reading

10   the document, it seems to refer to a -- a Facebook   07:40:09

11   group or a Workplace group.  Some -- some kind of

12   internal message board.  It's -- it's hard to read

13   the exact structure.

14        Q.   And -- and what does "Partnership/Ops

15   XFN" mean?                                          07:40:28

16        A.   Partnerships would mean the --

17   partnerships team ops means the ops team.  And XFN,

18   in Facebook parlance, stands for cross-functional,

19   i.e., people from different teams working together.

20        Q.   And -- and what is the ops team?          07:40:47

21        That's developer operations; is that what

22   that means?

23        A.   In this case, it would mean developers

24   operations, yeah.

25        Q.   And just looking at this document,        07:40:57

Page 394

CONFIDENTIAL

```
 1     what -- is this a -- a Quip or -- you know, what is      07:40:59

 2     the -- what is the -- how is this document

 3     generated?

 4            Do you know?

 5        A.   I think this is a -- this is contents in         07:41:08

 6     a Workplace group, which is a kind of internal

 7     version of -- of Facebook.  But I can't be

 8     100 percent certain of that.  And the formatting

 9     makes it hard to -- to follow.  But I -- I think

10     it's a Facebook group or a Workplace group.             07:41:26

11        Q.   And so Facebook used its platform

12     internally for employees to communicate with each

13     other?

14        A.   That's correct.  Today that's a tool

15     called Workplace.  But in the past, it was groups       07:41:43

16     on -- on Facebook that were only available to

17     employees.

18        Q.   And is that a -- is that a product that

19     you can search?

20            So for example, if you wanted to search          07:41:59

21     on the word developer operations, could you -- is

22     that a searchable -- the tool allow for searches

23     like that?

24            MR. BLUME:  Objection.  Form.  And scope.

25            THE DEPONENT:  I can't -- I can't give a          07:42:16
```

CONFIDENTIAL

```
 1    canonical Facebook answer.  But as a -- but as a        07:42:19

 2    user of the tool, you -- you can search for things.

 3    But I'm unclear on the -- the -- how -- how far the

 4    index goes back or -- or how the -- the search

 5    function works.                                          07:42:33

 6         Q.   (By Mr. Loeser)  Okay.  And it's a little

 7    hard to read on this, but the last entry in this

 8    series of messages is by you and it's -- it looks

 9    like July 24th, 2014.

10         Do you see that at the very top of the              07:42:47

11    document?

12         A.   I do.

13         Q.   Okay.  And is what I stated accurate?

14         A.   Yeah.  This is a message from me and I --

15    on July 24th, 2014.                                      07:43:01

16         Q.   Okay.  So it is a long string and the --

17    and the -- the font is small.  And I'm going to ask

18    you to turn a few pages into this string to the

19    Bates number FB-CA-MDL-02978566.

20         A.   I have it.                                     07:43:33

21         Q.   Okay.  And so -- yeah, there's the Bates.

22         And so if we go up and -- and -- to read,

23    we'll try to make this bigger if necessary.

24         But in the middle of that page there is a

25    post -- is that the right way to describe it, a          07:43:41
```

Page 396

CONFIDENTIAL

```
 1    post?                                          07:43:44

 2         A.   I -- I think -- I think this is a post

 3    if -- if I'm right in identifying where this is

 4    from.  We -- we can call it a post for the purposes

 5    of this conversation.                          07:43:54

 6         Q.   Okay.  And there's a post from

 7    Monica Mosseri, and it's dated February 10th, 2014;

 8    is that right?

 9         A.   That's right.

10         Q.   And I'll just, for the record, read part  07:44:05

11    of this post and -- and I have some questions for

12    you.

13              Monica Mosseri writes "I just wanted to

14    follow up on Jackie's post regarding the asks of

15    the partnership team.  The POC's for each group" --  07:44:23

16    what are POCs?

17         A.   That would refer to points of contact.

18         Q.   The points of contact "for each group

19    (listed below) are responsible for completing these

20    three buckets for" the "entire team.  Please       07:44:37

21    complete this by end of day Wed Feb 12th.  If you

22    have any questions please reach out to me and cc

23    Simon Cross."

24              Do you see that?

25         A.   I do.                                 07:44:47
```

Page 397

CONFIDENTIAL

```
 1          Q.   And so Monica is informing the        07:44:51

 2    partnership teams that they have to fill out a

 3    spreadsheet that has three buckets; is that right?

 4              MR. BLUME:  Objection.  Form.

 5              Derek, does he have the -- does he have   07:45:02

 6    scrolling ability to see the context?

 7              THE DEPONENT:  I -- I do.

 8              So sorry, Derek.  Could you ask your

 9    question again.

10          Q.   (By Mr. Loeser)  Sure.               07:45:30

11              I just read a -- the beginning of the

12    post and -- and asked you that, based upon this,

13    Monica Mosseri notes, "I just wanted to follow up

14    on Jackie's post regarding the asks of the

15    partnership team.  The Points of Contact for each   07:45:42

16    group are responsible for completing these three

17    buckets for" the "entire team."

18              And if you -- if you read through this,

19    she's asking the partnership teams to classify the

20    partners into one of three buckets; is that right?   07:45:52

21              MR. BLUME:  Objection to form.  And

22    scope.

23              THE DEPONENT:  I think that's what she's

24    asking on the post, yes.

25          Q.   (By Mr. Loeser)  And if you move down   07:46:04
```

Page 398

| | | |
|---|---|---|
| 1 | the -- the -- her post a little bit, there's a | 07:46:05 |
| 2 | No. 2.  It says "Extension/Exemption." | |
| 3 | Do you see that? | |
| 4 | A.   I do see that. | |
| 5 | Q.   And she states "Identify your Partners | 07:46:16 |
| 6 | with Platform Agreements or non-standard Platform | |
| 7 | Agreements & identify 'Backward Compatibility.'" | |
| 8 | Do you see that? | |
| 9 | A.   I do. | |
| 10 | I do -- | 07:46:25 |
| 11 | Q.   And I'm going to read another part of | |
| 12 | this post. | |
| 13 | She writes "The capabilities that are in | |
| 14 | this spreadsheet columns U-BO are capabilities that | |
| 15 | are now public but soon won't be as they are tied | 07:46:52 |
| 16 | to a perm/API that we are deprecating in PS12n." | |
| 17 | Do you see that? | |
| 18 | A.   I see that. | |
| 19 | Q.   So she's asking the partner points of | |
| 20 | contact for each of these groups to put the | 07:47:07 |
| 21 | partners into three buckets, and this is in the | |
| 22 | context of the permissions and the APIs that are | |
| 23 | being deprecated in connection with PS12n, right? | |
| 24 | MR. BLUME:  Objection.  Form.  And scope. | |
| 25 | THE DEPONENT:  That's what's on the page. | 07:47:25 |

Page 399

CONFIDENTIAL

1          Q.   (By Mr. Loeser)  So there's another line          07:47:35

2     in this post in which she says "The existing

3     Private API" -- or I'll start that again.

4               "The existing Private API's partners have

5     access to are not listed in this doc and will go          07:47:52

6     through a different review process."

7               Do you see that?

8          A.   Yeah, I see that.

9          Q.   And so she's identified, in addition to

10    partners that will have private APIs going forward          07:48:07

11    that didn't have them before, existing private API

12    partners, and she's indicating that that will go

13    through a different review process.

14              Do you recall that -- that different

15    review process for partners that already had access          07:48:22

16    to private APIs before the transition to the new

17    platform?

18         A.   I do not recall a different -- that

19    different review process.

20         Q.   And so did Facebook have a different          07:48:34

21    review process for partners that already had access

22    to private APIs before the transition to the new

23    platform, when deciding whether they would continue

24    to have access to information that partners would

25    no longer have access to after the transition to          07:48:52

| | | |
|---|---|---|
| 1 | the new platform? | 07:48:55 |
| 2 | MR. BLUME:  Objection.  Form.  And scope. | |
| 3 | THE DEPONENT:  I -- I -- I can't -- I | |
| 4 | can't say for certain if there was another process | |
| 5 | or, if so, what that process was. | 07:49:08 |
| 6 | I don't -- I don't recall and it -- and | |
| 7 | it hasn't come up in my conversations with people | |
| 8 | or the documents I've reviewed. | |
| 9 | Q.   (By Mr. Loeser)  So has Facebook | |
| 10 | identified a group of partners that already had | 07:49:21 |
| 11 | private APIs at the time of the transition to the | |
| 12 | new platform through which those partners were able | |
| 13 | to obtain access to friend data? | |
| 14 | MR. BLUME:  Objection.  Form.  And scope. | |
| 15 | THE DEPONENT:  Sorry.  Can you ask the | 07:49:38 |
| 16 | question again, please. | |
| 17 | MR. LOESER:  Sure.  We can just read it | |
| 18 | back. | |
| 19 | THE DEPONENT:  Sure. | |
| 20 | MR. BLUME:  I'll read it back.  It's | 07:49:43 |
| 21 | fine. | |
| 22 | Q.   (By Mr. Loeser)  So has Facebook | |
| 23 | identified a group of partners that already had | |
| 24 | private APIs at the time of the transition to the | |
| 25 | new platform through which those partners were able | 07:49:51 |

Page 401

```
 1    to obtain access to friend data?                    07:49:53

 2         A.   Has -- has Facebook?  I mean, sorry.

 3              At what time period are you asking had

 4    Facebook done that?

 5         Q.   At any point to the present.              07:50:05

 6              MR. BLUME:  Object to form.

 7              THE DEPONENT:  The -- the capabilities

 8    tool and the other tools would have identified

 9    which apps had access to -- to private APIs both

10    before and after the advent of API v2.             07:50:29

11         Q.   (By Mr. Loeser)  Thank you.

12              All right.  If we can turn to -- and I'll

13    tell you the last four digits of the Bates -- Bates

14    number.  But it's -8568, which is two pages where

15    we were before.                                     07:50:49

16         A.   Yup.  I see it.

17         Q.   And there's a post by you in the middle

18    of the page dated -- it looks like January 20 --

19    I'm looking at the January 20 -- I can't see it on

20    my page, but right down -- January 22nd, 200- --    07:51:12

21    okay.  January 23rd, 2014.  So top of the page

22    you're looking at now.

23              Do you see that?

24         A.   "Game Face Time," is that the -- the one

25    you're referring to --                              07:51:31
```

Page 402

```
 1        Q.    Yeah.                                07:51:32

 2        A.    -- or the one below?

 3        Q.    No, that -- the -- the "Game Face Time."

 4        A.    Okay.

 5        Q.    And -- and you write at the beginning of    07:51:39

 6   this, "Game Face Time.  Notes from today's XFN:

 7   1/ We have 6 weeks to go."

 8              And what you're talking about here is

 9   until the new platform becomes live, right?

10        A.    At this time we were working to a launch    07:51:52

11   date that was -- ended up being significantly

12   sooner than -- than the launch date.  This is just

13   another example of how much changed in -- in terms

14   of preparation versus what actual happened.

15              So this point, "6 weeks to go," that's    07:52:10

16   for a launch date that was being prepared for but

17   didn't happen.

18        Q.    Okay.  And then you have No. 2, and it

19   states "We will have a Partnerships/Ops all hands

20   on the Login v4/PS12n launch in early Feb."    07:52:25

21              Do you see that?

22        A.    I see that.

23        Q.    And then you have an item 3 -- and if we

24   could highlight it, we would.

25              In the middle of that page you state "The    07:52:37
```

Page 403

```
 1   next main job is to audit the 26" thousand -- and        07:52:41

 2   it says k, but I'm reading thousand -- "The next

 3   main job is to audit the 26,000 affected apps and

 4   determine which apps must be whitelisted for which

 5   features."                                               07:52:54

 6            Do you see that?

 7       A.   I see that.

 8       Q.   Can you read the next sentence of your

 9   post for the record.

10       A.   What's on the page is "The bar is very          07:53:03

11   high:  Contract commitment, inability to move fast

12   (physical devices etc) or super-strategic use

13   cases."

14       Q.   So you put, at this time, six weeks

15   before the launch of the new platform, you              07:53:20

16   identified three different categories of -- of

17   apps; is that right?

18       A.   Where am I identifying the three

19   different categories of apps?

20       Q.   Well, one is -- you say -- I'll read it         07:53:38

21   again.

22            "The next main job is to audit the 26,000

23   affected apps and determine which apps must be

24   whitelisted for which features.  The bar is very

25   high," and then you -- you identify "contract            07:53:50
```

Page 404

```
 1    commitment."                                      07:53:54

 2           So that's one of the categories that

 3    you're indicating should be whitelisted, right?

 4       A.   That's not a category I'm indicating

 5    should be whitelisted.  I'm indicating -- well, I   07:54:03

 6    don't recall exactly what I meant.  This is a long

 7    time ago.

 8           But on the page, it's indicating the

 9    kinds of considerations that -- that may be

10    appropriate.  But these are not --                 07:54:19

11       Q.   Okay.

12       A.   These are not a categorization or

13    taxonomy.

14       Q.   All right.  Well, let's try and

15    understand what it is.                             07:54:29

16           There's 26,000 apps you're referring to;

17    is that right?

18       A.   It says 26,000 affected apps on the -- on

19    this -- on the page, yes.

20       Q.   And then you indicate that you're seeking  07:54:40

21    to determine -- Facebook is seeking to determining

22    which apps must be whitelisted for which features;

23    is that right?

24           MR. BLUME:  Objection.  Form.

25    And scope -- and scope.                            07:54:51
```

Page 405

CONFIDENTIAL

```
 1              THE DEPONENT:  Again, what -- that's --        07:54:56

 2    that's what's on the page.

 3        Q.   (By Mr. Loeser)  That's what you wrote on

 4    this post?

 5        A.   Those are the words on this post that it        07:55:03

 6    looks like I wrote.

 7        Q.   And then you say that "The bar is very

 8    high."

 9              You mean the bar for whitelisting is very

10    high?                                                   07:55:11

11        A.   I would assume that's what I meant.

12        Q.   And then you said that -- the first thing

13    you identify after saying the bar is very high is

14    contract commitment.

15              And does that refer to apps for which         07:55:24

16    there was a contract commitment to continue to

17    allow access to something that's being taken away

18    in the transition to the new partnership -- or the

19    new platform?

20              MR. BLUME:  Objection.  Form.  And scope.     07:55:38

21              THE DEPONENT:  I can't be 100 percent

22    certain what I mean in this.  Again, this is in a

23    personal capacity.

24              But my reading of that is that if we want

25    to whitelist them, if -- if they -- if there's a        07:55:51
```

                                                    Page 406

CONFIDENTIAL

```
 1   whitelisting requirement, that we would need a          07:55:54

 2   contract commitment to cover that -- to cover that.

 3        Q.   (By Mr. Loeser)  And then you have

 4   another description here of something different,

 5   which is "inability to move fast (physical devices     07:56:03

 6   etc)," and that's another group or type or

 7   category -- and use the term that you want -- of

 8   apps that -- that you thought -- or Facebook

 9   thought needed to be whitelisted, right?

10           MR. BLUME:  Objection.  Beyond the scope.       07:56:19

11   And form.

12           (Brief interruption.)

13           (Discussion off the stenographic record.)

14        Q.   (By Mr. Loeser)  Okay.  So we discussed

15   contract commitment, and the next thing you note --    07:56:39

16   you note after noting "The bar is very high" is

17   "inability to move fast (physical devices)."

18           And are you saying there that another

19   group to be whitelisted are those that have an

20   inability to move fast?                                 07:56:48

21        A.   I'm indicating that that might be one of

22   the criteria that maybe is for consideration.

23        Q.   Okay.  And what's the last criteria that

24   may be for consideration that you identify in this

25   post?                                                   07:57:10
```

```
 1          A.   Again, I wouldn't frame it as -- as        07:57:11

 2     criteria.  This is just a list of statements.  But

 3     the last one says "super-strategetic use cases."

 4          Q.   And what were the super-strategic use

 5     cases that you're referring to here in this post to   07:57:35

 6     the teams involved in bucketing apps for the

 7     purpose of determining which should have continued

 8     access to -- to deprecated permissions?

 9               MR. BLUME:  Objection.  Form.

10               THE DEPONENT:  I do not know what           07:57:56

11     super-strategetic use cases I'm -- I'm referring to

12     here mean.  I certainly can't remember what I'm

13     referring to.

14          Q.   (By Mr. Loeser)  So we're six weeks away

15     from launch and you used the phrase                  07:58:11

16     "super-strategic use cases."

17               And can Facebook tell me now, through

18     you, as its corporate designee, what was meant by

19     "super-strategic use cases"?

20               MR. BLUME:  Objection.  Form.  And scope.   07:58:27

21               THE DEPONENT:  I can't confirm what

22     super-strategic use cases mean, either as a

23     corporate representative and even in my personal

24     capacity, I don't recall what -- what that's

25     referring to.                                        07:58:43
```

Page 408

CONFIDENTIAL

```
 1              I think what's also important to note is       07:58:44

 2    your mentioning six weeks to launch here.  A, that

 3    wasn't the case in the end.  And B, no deprecations

 4    were going to take a place for a year after launch.

 5    And so there was no impending impact to existing      07:59:01

 6    apps and integrations for a considerable time to

 7    come.  Much changed between then and later.

 8         Q.   (By Mr. Loeser)  And this is a long

 9    string and -- and I don't want to ask you to go

10    through all of it now.  But perhaps on your next      07:59:20

11    break, you can take a spin.

12              I don't see any post from anyone saying

13    to you, leading right up until the launch date --

14    by July 24th, 2014, had the platform actually been

15    launched?                                             07:59:35

16         A.   Sorry.  Can you give that date again.

17         Q.   Yeah.

18              When -- when did -- when did platform 3.0

19    launch?

20         A.   The -- several changes were announced,      07:59:47

21    including API version 2 were launched on

22    April the 30th, 2014.  But they only came into

23    force for new apps that were created after that

24    date.  Any app that was created before that date

25    had no impact for another 12 months after that        08:00:07
```

Veritext Legal Solutions
866 299-5127

1    date.                                                      08:00:09

2        Q.   Okay.  And so -- and this -- this post,

3    the messages go up through July 24th, 2014, right?

4            That's what we are saw at the beginning

5    of the -- of the document?                                08:00:22

6        A.   It looks like that's the first post in

7    the thread.

8        Q.   And I -- I've gone through the thread and

9    I don't see any question from any person of any one

10   of these teams saying to you, "Mr. Cross, what do          08:00:33

11   you mean by super-strategic?"

12           And I don't -- you don't need to take the

13   time right now, but perhaps on a break or

14   otherwise, you should review this document.  And if

15   you find a question back to you stating some              08:00:45

16   confusion about what that means, if you'll please

17   let me know.  I'd appreciate it.

18           MR. BLUME:  We'll note your question,

19   but...

20           MR. LOESER:  Okay.  So we can move on to          08:01:01

21   the next exhibit, which has previously been marked

22   Exhibit 14.

23           THE DEPONENT:  I have it.

24       Q.   (By Mr. Loeser)  So this is an email

25   dated February 9th, 2014, from Ime Archibong to          08:01:52

                                                              Page 410

CONFIDENTIAL

```
 1    Eddie O'Neil and to you.  "Importance," it states      08:01:56

 2    "High."

 3          "Subject: FW: Our teams next steps for

 4    PS12n"; is that right?

 5        A.   I see that.                                    08:02:07

 6        Q.   And if you look down to Jackie Chang's

 7    email to you and to Ime Archibong, she writes

 8    "Actually - here's an updated version."

 9          And that's a reference, I assume, to the

10    attachment to this -- this document; is that your       08:02:26

11    understanding?

12          MR. BLUME:  Objection.  Form.

13          THE DEPONENT:  It's -- it's reasonable,

14    but I couldn't confirm it.

15        Q.   (By Mr. Loeser)  Okay.  And she writes,        08:02:33

16    "I'll explain on the call, but in essence we're not

17    going to grant any exceptions, only extensions

18    based on contract and partner sensitivity."

19          Do you see that?

20        A.   I do see that.                                 08:02:43

21        Q.   And she writes, "Where I've

22    labeled 'exemptions' are actually private apis

23    today that allow for friend data to be read."

24          Do you see that?

25        A.   I see that.                                    08:02:53
```

Page 411

```
 1        Q.   She writes "I believe we should keep        08:02:55

 2   maintaining these apis as private strategic ones -

 3   however, it's worthwhile acknowledging this as

 4   there's been some confusion by partnership teams on

 5   how we plan to maintain these moving forward."        08:03:03

 6             Do you see that?

 7        A.   I do see that.

 8        Q.   So tell me, what did Facebook mean in

 9   this context by "private strategic ones"?

10             MR. BLUME:  Objection.  Form.  And beyond    08:03:18

11   the scope.

12             THE DEPONENT:  I can't answer that on

13   what does Facebook mean.  Again, this is an email

14   thread between three people.  So I don't think

15   Facebook has a view on what that means.               08:03:29

16             I can answer based on my understanding

17   and participation in this thread.  But I don't

18   think it would be right to characterize that as --

19   as Facebook's opinion.

20             So with that, what this means is -- my       08:03:41

21   understanding is this means maintaining the

22   existing integrations that existed and had been

23   built to date -- we talked about these earlier --

24   that rely on private APIs to function.

25        Q.   (By Mr. Loeser)  Okay.  And those are        08:04:06
```

1    referred to here as private strategic ones?                08:04:06

2         A.   In the document, they're referred to as

3    private strategic ones.

4         Q.   And she also references in her email

5    "partner sensitivity."                                     08:04:18

6              What -- what is partner sensitivity?

7         A.   Again, I don't think there's a corporate

8    Facebook answer to that.  And I wouldn't want to

9    take [sic] a speculation.  I wouldn't want to

10   speculate as to what Jackie meant -- meant by that.        08:04:36

11        Q.   And what does it mean to grant an

12   extension based on partner sensitivity?

13        A.   Again, I don't know what -- there's no --

14   there's no corporate position on that.  What Jackie

15   means by that, I think you would have to ask her.          08:05:06

16             MR. LOESER:  So why don't we turn to the

17   presentation, which I will note for you is attached

18   to the email that we just went through from

19   Ime Archibong to you and Eddie O'Neil.

20             And this has been previously marked as          08:05:29

21   Exhibit 15.

22             And for the record, the email was sent on

23   February 9th, 2014, with this attachment.

24             THE DEPONENT:  I have it.

25        Q.   (By Mr. Loeser)  Do you see the title of        08:05:54

                                                        Page 413

1    this document -- or the first heading on -- on the          08:05:58

2    document is "[PS12n] Product Update - What -- "What

3    Are We Announcing"?

4              Do you see that?

5         A.   I see that.                                       08:06:12

6         Q.   And who -- who is the intended audience

7    of this -- of this presentation?

8              MR. BLUME:  Objection.  Form.  And scope.

9              THE DEPONENT:  I do not know who the

10   intended audience of this was.                              08:06:27

11        Q.   (By Mr. Loeser)  So let's look at the --

12   the first page of this.

13             On the third bullet it states "Removing

14   access to non-app friends. friend_* permissions

15   being deprecated - apps will only get data about            08:06:52

16   people who've explicitly logged-in with Facebook,

17   not that user's incognizant friends."

18             What does "incognizant friends" refer to?

19             MR. BLUME:  Objection.  Form.  And scope.

20             THE DEPONENT:  I don't want to make a             08:07:13

21   determination of a -- of -- of -- there's no

22   corporate answer to what -- what that means.  It

23   would be a -- a dictionary definition to look it

24   up.

25        Q.   (By Mr. Loeser)  Okay.  What -- and --            08:07:25

                                                    Page 414

CONFIDENTIAL

```
 1    and what -- how would Facebook use the term          08:07:26

 2    "incognizant friends" in this context?

 3              MR. BLUME:  Scope --

 4              THE COURT REPORTER:  Wait.  Mr. Blume,

 5    you were muffled.                                     08:07:32

 6              MR. BLUME:  Asked and answered.  And

 7    beyond the scope.

 8              THE DEPONENT:  Yeah.  I -- I don't think

 9    Facebook has a -- a definition of what that means.

10    Again, the author of this deck chose to use that      08:07:47

11    word.  It's not used --

12              (Simultaneously speaking.)

13         Q.   (By Mr. Loeser)  And next --

14         A.    -- in any other context.

15         Q.   And then the next bullet states            08:07:59

16    "read_stream (timeline API, Newsfeed API) being

17    publicly deprecated.  Partner/contract only."

18              Does that suggest to you that the

19    decision at this point was to deprecate read stream

20    and make it available to partners by contract only?   08:08:16

21              MR. BLUME:  Objection.  Form.  And scope.

22              THE DEPONENT:  I -- I think it's wrong to

23    characterize anything as a -- as a decision.  All

24    we can say is that this deck had been produced by

25    somebody and that was their belief or understanding   08:08:34
```

Page 415

CONFIDENTIAL

```
 1    at the time.  I don't think this is representative        08:08:39

 2    of a -- of a decision.

 3         Q.   (By Mr. Loeser)  Okay.  And when you say

 4    "somebody," we know from the prior email that this

 5    deck was prepared by Jackie Chang, right?                 08:08:48

 6              MR. BLUME:  Objection.

 7              Is there a Bates-stamped version, Derek?

 8    Oh, forget it.  That's a native.  Got it.

 9         Q.   (By Mr. Loeser)  Right.

10              Mr. Cross, if you go back to Exhibit 14,        08:09:08

11    you'll see that this is a presentation that was

12    sent by Jackie Chang to Ime Archibong and to you,

13    right?

14         A.   Yes.

15         Q.   Can you put up the prior -- sorry.  I           08:09:29

16    talked at the same time as you, which I -- I

17    apologize for.

18         A.   Apologies.

19              Yes, it looks like this deck was authored

20    by Jackie.                                                08:09:41

21         Q.   Okay.  So let's go back to the deck.

22              And if we look at the last slide of the

23    deck, it says "Partnerships Update."

24              And do you see "Partner Identification &

25    Impact Assessment"?                                       08:10:05
```

Page 416

```
 1          A.   I do.                                    08:10:06

 2          Q.   And the first bullet says "Product

 3     identified the 26,000 App IDs & 45+ affected APIs."

 4               Do you say that -- see that?

 5          A.   I see that.                              08:10:18

 6          Q.   And you recall you were involved in

 7     that -- in that bit of work, right?

 8          A.   I certainly was involved in pulling some

 9     data at various time.  It's not clear that I was

10     the source of those numbers.                       08:10:28

11          Q.   And then the next bullet says "XFN

12     coordination," and then it lists a series of

13     different types of -- of apps that should look

14     familiar at this point because we've seen the same

15     categorization in some of the documents that we've  08:10:41

16     gone through, right?

17          A.   Some of these are the same as categories

18     in other documents.

19          Q.   Okay.  And it notes that Facebook was

20     "deploying a top down and bottoms up T0 partner      08:10:55

21     identification," right?

22          A.   That's what it says on the slide.

23          Q.   Okay.  And you still don't recall what T0

24     refers to?

25          A.   As per my previous testimony, it's a      08:11:08
```

1    categorization that was in use at the                    08:11:11

2    partnerships -- in the partnerships team at this

3    time.  But I don't recall what was categorized

4    within T0, nor the criteria for that.

5         Q.   And the next bullet says "Extensions &        08:11:25

6    Private API Identification."

7              Do you see that?

8         A.   I see that.

9         Q.   And then it says "Granting no exemptions,

10   except in the cases where we have:"                      08:11:35

11             Do you see that?

12        A.   I see that.

13        Q.   And the first one to where there would be

14   an exemption granted is "Wind-down"; is that right?

15        A.   I don't think it's right to characterize       08:11:52

16   this as deterministic as to why an exemption or

17   extension would be granted.  It's just a slide deck

18   written by a person at a time.  So that's what's on

19   the slide.

20        Q.   Okay.  And this slide identifies               08:12:07

21   circumstances where an exemption would be granted

22   that would allow an app to continue to have access

23   to data that would no longer be available after

24   the transition to the new platform, right?

25        A.   No.                                            08:12:28

                                                     Page 418

```
 1              MR. BLUME:  Form.  And scope.            08:12:29

 2              THE DEPONENT:  No.

 3       Q.   (By Mr. Loeser)  You're saying "no"

 4   because my statement is untrue?

 5       A.   That's correct.  I don't think it          08:12:40

 6   specifies -- sorry.

 7              Read me your question again, and I'll be

 8   able to point out the bit I was not able to agree

 9   with.

10       Q.   Sure.  I'll just ask another question.     08:12:48

11              This says that Facebook's going to be

12   granting no exemptions, but then it lists some

13   situations where it would be granting exemptions,

14   right?

15              MR. BLUME:  Objection to form.  Scope.   08:12:58

16              THE DEPONENT:  This does not -- sorry,

17   Rob.  Say it again.

18              MR. BLUME:  Objection.  Form.  And scope.

19              THE DEPONENT:  This doesn't represent

20   Facebook's position on -- on -- on anything in      08:13:09

21   particular.  This is the -- what this person who

22   authored the deck understood at the time.

23       Q.   (By Mr. Loeser)  Okay.  So this person,

24   Jackie Chang, who authored this deck at the time,

25   February 14th, 2014 -- I'm sorry --               08:13:24
```

1    February 9th, 2014, believed that Facebook would be        08:13:30

2    granting no exemptions except in the cases where we

3    have "1. Wind-down" and "2. Private APIs"; is that

4    right?

5            MR. BLUME:  Objection.  Form.  And scope.        08:13:44

6            THE DEPONENT:  That's what's on the

7    slide.

8        Q.   (By Mr. Loeser)  And let's look at

9    wind-down.

10           Do you know what wind-down means?              08:13:52

11           MR. BLUME:  Objection.  Scope.

12           THE DEPONENT:  I wouldn't want to give

13   like a Facebook answer to that.  I think there's no

14   standard definition for that.

15           In my personal capacity and having been        08:14:03

16   involved in this, to me, that means that there

17   would be a period by which those integrations would

18   be deprecated or turned off over time.

19       Q.   (By Mr. Loeser)  And with regard to

20   "Non-standard Platform Agreements specifying unique    08:14:22

21   Backwards Compatibility"; is that what happened?

22           MR. BLUME:  Objection.  Form.

23           THE DEPONENT:  I can't give answers in

24   specific cases because I haven't investigated

25   everything and memorized everything.                   08:14:41

                                              Page 420

CONFIDENTIAL

```
 1              But what I can say is that one thing          08:14:43

 2     you'll notice from this slide deck further up is

 3     that the plan of record in how to launch this

 4     differed relatively -- relatively drastically from

 5     what actually happened.                              08:15:08

 6              One of the big changes was the length of

 7     the deprecation window, a year.  And one of the

 8     considerations would have been if there was a

 9     partner with a contract, we specified a notice

10     period.  And that notice period was less than the    08:15:28

11     notice given than there would be a contractual need

12     to comply.  That's what it means by backwards

13     compatibility.

14         Q.    (By Mr. Loeser)  Okay.  So that was one

15     of the situations where an exception would be        08:15:48

16     provided to the deprecations from occurring on the

17     time frame indicated in -- by Facebook, when it

18     implemented the platform, right?

19         A.    Not necessarily.  The -- my -- my

20     previous testimony is that if there was a            08:16:08

21     relationship with a partner that had a notice

22     period in the contract, then that might need to be

23     considered in the -- the migration, although most

24     of the entities that had private APIs had -- had

25     contracts with us, had some form of private API.     08:16:35
```

Page 421

CONFIDENTIAL

```
 1        Q.   Okay.  And private API is another              08:16:38

 2   category.

 3             But you describe a circumstance in which

 4   an exemption, as the -- as the format is presented

 5   here would -- would be granted.  And that would be      08:16:45

 6   the backward compatibility-type contracts.

 7             Facebook recognized there would need to

 8   be an exemption for that -- for that group?

 9        A.   It's -- it's -- it's possible -- the --

10   the author of this deck suggests that that might be     08:16:59

11   a possible reason to grant an extension or an

12   exemption.

13        Q.   Okay.  So the author of this deck,

14   Jackie Chang, thought that another possible reason

15   was "Sensitive/strategic partner integrations          08:17:13

16   requiring extension"; is that right?

17             MR. BLUME:  Objection.  Form.  And scope.

18             THE DEPONENT:  I can read what's on here,

19   but this doesn't represent Facebook's position.

20   This is what Jackie wrote in the slide.                08:17:26

21        Q.   (By Mr. Loeser)  Okay.  And I -- I didn't

22   see in the cover email -- it is -- does Jackie

23   report to Ime Archibong, or did she at this time?

24        A.   I don't know for -- for certain.  But my

25   understanding is that Jackie reported to Ime at        08:17:45
```

Page 422

CONFIDENTIAL

```
 1    this time.                                        08:17:49

 2        Q.   Okay.  And did you see in that cover

 3    email any indication by Ime that he thought Jackie

 4    got it wrong when she described the circumstances

 5    for exemptions?                                    08:17:58

 6            MR. BLUME:  Objection.  Form.

 7            THE DEPONENT:  I didn't see anything in

 8    the email thread, but that doesn't mean it -- there

 9    was -- there was disagreement or uncertainty at

10    all.                                              08:18:13

11            I think -- remember, you're reading

12    documents here about -- that -- that -- that are a

13    team making progress as things shift around them.

14    Nothing in here necessarily is -- is what happened

15    or should have happened.                          08:18:28

16        Q.   (By Mr. Loeser)  Okay.  And then if we

17    look at the next bullet in this presentation

18    providing an update on -- what Facebook was going

19    to be announcing about its platform change.

20            No. 2 is "Private APIs."                  08:18:42

21            Do you see that?

22        A.   I see it on the slide.

23        Q.   And the bullet says --

24            MR. BLUME:  Objection.  Hold --

25    objection.  Sorry.                                08:18:47
```

```
 1              Objection to the initial            08:18:50

 2    characterization.  And form to the question.

 3         Q.   (By Mr. Loeser)  And you'll see the

 4    bullet then says "Private use-cases for exemption

 5    (i.e. Mobile RCP)."                            08:18:58

 6              What does that refer to?  What is --

 7    what -- what are private use cases for exemption?

 8         A.   My understanding is that this refers to

 9    the existing integrations that had access to

10    private APIs, both before the change in the public  08:19:21

11    API service area and would be considered unaffected

12    by the changes to the public service area.

13         Q.   And are you aware of -- of any other

14    update or communication within the teams involved

15    in -- in the creation of this update of a different  08:19:57

16    format for determining when exemptions would be

17    granted?

18              MR. BLUME:  Objection.  Scope.  Form.

19              THE DEPONENT:  We've seen several

20    documents in this testimony that have very       08:20:11

21    different framings of what was launched, when --

22    what might be happening and why.  So we've already

23    looked at some alternatives I would suggest.

24         Q.   (By Mr. Loeser)  Okay.  And -- and we

25    went through a number of descriptions that referred  08:20:32
```

```
 1    to strategic partners; is that right?              08:20:34

 2              MR. BLUME:  Objection.  Form.

 3              THE DEPONENT:  We went through a number

 4    of documents which associated some entities with

 5    the word "strategic."                              08:20:44

 6         Q.   (By Mr. Loeser)  When discussing whether

 7    those partners would continue to have access to

 8    publicly deprecated permissions, right?

 9              MR. BLUME:  Objection.  Form.

10              THE DEPONENT:  Generally, when we were    08:20:57

11    discussing the broad set of changes to the public

12    platform surface area.

13         Q.   (By Mr. Loeser)  So I want to make sure

14    we're clear so far on the record and the transition

15    to the new platform.                               08:21:22

16              We've gone through a number of documents

17    in which the platform team and the developer

18    operations team discussed the changes that we

19    made -- that we made to the social Graph when Graph

20    API version 2 was implemented, right?              08:21:35

21              MR. BLUME:  Objection.  Form.

22              THE DEPONENT:  Sorry.  Yeah, I'm -- I'm

23    not -- I'm not what -- what specifically I'd be

24    agreeing to the affirmative there.

25         Q.   (By Mr. Loeser)  Well, I guess we can     08:21:50
```

Page 425

1    read the question back and see if there's anything          08:21:51

2    unclear about it.

3            So I want to make sure we are clear so

4    far on the record and the transition to the new

5    platform.  We've gone through a number of documents          08:22:02

6    in which the platform team and the developer

7    operations team discussed the changes that would be

8    made to the social Graph when Graph API version 2

9    was implemented, right?

10           MR. BLUME:  Objection.  Form.                        08:22:18

11           THE DEPONENT:  So we've looked at a

12   number of documents that refer to the changes that

13   were ultimately launched on April the 30th, 2014.

14       Q.   (By Mr. Loeser)  And these changes

15   included publicly deprecating certain APIs that             08:22:31

16   were considered sensitive, including friend and

17   read stream permissions, right?

18           MR. BLUME:  Objection.  Form.

19           THE DEPONENT:  API version 2 removed the

20   friend permissions.  That was one of the changes           08:22:46

21   launched at the time.

22       Q.   (By Mr. Loeser)  And we've seen a variety

23   of discussions of the fact that certain apps and

24   partners would continue having access to certain of

25   the publicly deprecated APIs, right?                        08:23:00

| | | |
|---|---|---|
| 1 | A.   There are a number of integrations that | 08:23:06 |
| 2 | had access to private APIs before the change and | |
| 3 | would go on to have access to private APIs after | |
| 4 | the change. | |
| 5 | Q.   And in -- in addition to integrations, | 08:23:21 |
| 6 | there were other apps that were considered for | |
| 7 | whitelist access to the publicly deprecated | |
| 8 | permissions, right? | |
| 9 | A.   There was a number of discussions about | |
| 10 | whether or not apps should be granted additional | 08:23:35 |
| 11 | time to migrate or discussions about exemptions. | |
| 12 | We've seen those discussions. | |
| 13 | Q.   Okay.  And Facebook management also | |
| 14 | discussed how to choose which apps and partners | |
| 15 | would continue having access to publicly deprecated | 08:23:52 |
| 16 | APIs, right? | |
| 17 | MR. BLUME:  Objection.  Form. | |
| 18 | THE DEPONENT:  Can you describe what you | |
| 19 | mean by "Facebook management"? | |
| 20 | Q.   (By Mr. Loeser)  Sure. | 08:24:04 |
| 21 | The -- the Facebook managers whose email | |
| 22 | we reviewed over the course of the last several | |
| 23 | hours. | |
| 24 | A.   Can you be specific?  "Facebook | |
| 25 | managers," I'm not -- not sure I understand that | 08:24:15 |

Page 427

CONFIDENTIAL

```
1    term.                                          08:24:16

2        Q.   Sure.

3            Let's -- Ime Archibong, for example.  KP.

4    Eddie O'Neil.

5            The people on these various emails we've   08:24:24

6    looked at are people who discussed and evaluated

7    how to choose which apps and partners would

8    continue having access to publicly -- publicly

9    deprecated APIs, right?

10            MR. BLUME:  Objection.  Form.            08:24:39

11            THE DEPONENT:  We've seen a number of

12    email threads and documents where a number of

13    Facebook employees are discussing whether or not to

14    offer extensions or exemptions to the changes and

15    how that might be framed.                       08:24:56

16        Q.   (By Mr. Loeser)  And sometimes how that

17    might be framed was referred to by KP, for example,

18    as a format, right?

19            MR. BLUME:  Objection.  Form.

20            THE DEPONENT:  I -- KP may refer to that.  08:25:15

21    You can bring that up in a document again, if you

22    want me to agree to it.  But what KP referred to it

23    is what KP referred to it.

24        Q.   (By Mr. Loeser)  Okay.  And sometimes it

25    was referred to as a framework; is that right?     08:25:27
```

Page 428

```
 1              MR. BLUME:  Objection.  Form.              08:25:30

 2              THE DEPONENT:  I don't know what you're

 3      referring to with the -- with the phrase "it."

 4         Q.   (By Mr. Loeser)  Oh.  The discussion as

 5      to which apps and partners would continue to have   08:25:38

 6      access to deprecated permissions.

 7              MR. BLUME:  Objection.  Form.

 8              THE DEPONENT:  So again, I think you're

 9      mixing a few concepts up there.  You're suggesting

10      there's a specific framework and then you're        08:25:51

11      talking about a number of -- there's a wide range

12      of discussions that happened on this topic

13      involving different people at different times.

14         Q.   (By Mr. Loeser)  Nonetheless, there was a

15      discussion of -- of a framework that could be or    08:26:04

16      would be developed to determine which apps and

17      partners would continue to have access to

18      deprecated permissions and which would not, right?

19              MR. BLUME:  Objection.  Form.  And scope.

20              THE DEPONENT:  What we've reviewed today    08:26:17

21      is there's a number of people attempting to put

22      together some suggestions or ways to think about

23      whether or not certain entities should or should

24      not be given additional access.  But we have not

25      reviewed anything that necessarily ever got         08:26:42
```

Page 429

1    implemented.                                          08:26:46

2        Q.   (By Mr. Loeser)  Okay.  And it's fair to

3    say that deciding what apps and partners would

4    retain access to publicly deprecated permissions

5    was an important decision for Facebook, right?        08:26:53

6            MR. BLUME:  Objection.  Form.

7            THE DEPONENT:  I think when we're making

8    changes to the platform, we wanted to be

9    considerate about how those changes would be

10   implemented and the impact they would have on users   08:27:12

11   and developers.

12       Q.   (By Mr. Loeser)  Losing access to

13   friend-sharing permissions, for example, could

14   damage relationships that Facebook have with app

15   develop- -- developers and strategic partners,        08:27:25

16   right?

17           MR. BLUME:  Objection.  Form.

18           THE DEPONENT:  Any change to the Facebook

19   development --

20           MR. BLUME:  Form and scope.                    08:27:33

21           THE DEPONENT:  Sorry.  Can you repeat the

22   question again.

23       Q.   (By Mr. Loeser)  Losing access to

24   friend-sharing permissions, for example, could

25   damage relationships that Facebook had with app       08:27:50

                                                           Page 430

CONFIDENTIAL

```
 1    developers and strategic partners, right?          08:27:53

 2           MR. BLUME:  Same objection.

 3           THE DEPONENT:  As a platform, when you

 4    make changes of -- of any type, they can have

 5    impact on the developers and users of your         08:28:06

 6    platform, and this set of changes was -- was no

 7    exception.

 8        Q.   (By Mr. Loeser)  And granting exemptions

 9    was also a big deal for Facebook because it

10    protected important relationships it had with      08:28:19

11    developers and partners, right?

12           MR. BLUME:  Objection.  Form.

13           THE DEPONENT:  There were integrations

14    that were valuable to users and to developers and

15    to Facebook.  And it was -- it was valuing         08:28:34

16    continuing those -- sorry.

17           Can you repeat the question again?  I

18    want to make sure I'm answering.

19        Q.   (By Mr. Loeser)  And granting exemptions

20    was also a big deal for Facebook because it        08:28:57

21    protected important relationships it had with

22    developers and partners, right?

23        A.   I don't feel I can represent like whether

24    or not this was important to Facebook.

25           I can -- I can say that when you're         08:29:13
```

CONFIDENTIAL

1    making changes to your developer platform and          08:29:15

2    there's integrations which are existing and

3    valuable to people and developers and Facebook,

4    that some of those might -- you may want to

5    continue and changing -- but because of their value    08:29:36

6    to people, developers and Facebook.

7         Q.   The Facebook management team was aware

8    that some developers and partners would retain

9    access to deprecated permissions, like friend

10   sharing, after the implementation of Graph API         08:29:51

11   version 2, right?

12        A.   Can you repeat the question, please.

13             MR. LOESER:  Rebecca, do you mind reading

14   the question back.

15             (Record read as follows:                     08:30:00

16             "QUESTION:  The Facebook management

17             team was aware that some developers

18             and partners would retain access to

19             deprecated permissions, like friend

20             sharing, after the implementation of          08:30:00

21             Graph API version 2, right?")

22             MR. BLUME:  Objection.  Form.

23             THE DEPONENT:  The changes to the public

24   API surface area, there were -- there were -- there

25   were no plans, I'm aware of, to, at the time,           08:30:27

                                                 Page 432

CONFIDENTIAL

```
 1    deprecate the device integrations or other          08:30:30

 2    integration partners.

 3         Q.   (By Mr. Loeser)  And Mr. Cross, Facebook

 4    management was aware of that, right?

 5              MR. BLUME:  Objection.  Form.              08:30:41

 6              THE DEPONENT:  I can't say if Facebook

 7    management was aware.  There's a number of threads

 8    on this topic.

 9         Q.   (By Mr. Loeser)  Was Mark Zuckerberg

10    aware of that?                                       08:30:54

11              MR. BLUME:  Objection.  Form.

12              THE DEPONENT:  I don't know if

13    Mark Zuckerberg was aware of that.

14              MR. LOESER:  Let's look at -- introduce a

15    new exhibit.                                         08:31:06

16              (Exhibit 342 was marked for

17    identification by the court reporter and is

18    attached hereto.)

19              MR. LOESER:  We'll mark Exhibit 342.

20         Q.   (By Mr. Loeser)  This is an email from     08:31:30

21    Eddie O'Neil to Mark Zuckerberg with a cc to Mike

22    Vernal, Douglas Purdy and Ilya Sukhar, dated

23    January 27th, 2014, "Subject: platform model

24    changes."

25              Do you see that?                           08:31:44
```

Page 433

CONFIDENTIAL

1       A.   I see that.                                          08:31:45

2       Q.   And who, of the recipients of this email,

3   was on the Facebook management team at this time?

4       A.   Can you help me understand what you mean

5   by the "Facebook management team"?                           08:31:58

6       Q.   Sure.

7            There was the document earlier that was

8   the M Team, and I'm referring to the M Team.

9            Is that the management team?

10      A.   Well, there's -- there's a thing called         08:32:09

11  the M Team, which is Mark's -- Mark's leadership

12  group.

13      Q.   So -- so who -- who, on this list, would

14  be considered Facebook leadership?

15           MR. BLUME:   Objection.   Form.   And scope.    08:32:23

16           THE DEPONENT:   I mean, I think it's

17  reasonable to assume Mark would be considered

18  Facebook leadership.   But I couldn't answer the

19  question as to which other people on the thread

20  were on the M Team at the time.                             08:32:37

21      Q.   (By Mr. Loeser)   What was Eddie O'Neil's

22  position at the time?

23      A.   Again, I don't want to give a canonical

24  answer, but my understanding is he was a product

25  manager on the Facebook platform team.                      08:32:54

                                                          Page 434

```
1          Q.   And if you look at the first line of        08:32:58

2     Mr. O'Neil's email to Mark Zuckerberg, he states

3     "Hi Mark - attached are the slides we reviewed and

4     a list of key apps affected by the API

5     deprecations/privatizations."                          08:33:10

6               Do you see that?

7          A.   I see that.

8          Q.   And do you see that he writes "To clarify

9     my perspective: I feel strongly that we should make

10    these changes - want to be sure we've considered       08:33:23

11    alternative viewpoints, but my opinion is solid.

12    We need to realign our relationship with developer

13    in order to put the ecosystem in a sustainable

14    place and to improve user trust."

15              Do you see that?                              08:33:34

16         A.   I do see that.

17         Q.   So does this indicate to you, as

18    Facebook's corporate designee, that Mr. Zuckerberg

19    was made aware of the platform model changes that

20    would occur when the platform 3.0 was implemented?     08:33:46

21              MR. BLUME:   Objection.  Form.  Scope.

22              THE DEPONENT:   I -- it -- it would

23    indicate to me that Mark had received this email.

24    I don't know whether or not he was aware of it.  It

25    doesn't mean he necessarily read the email.  So I      08:34:07
```

Page 435

CONFIDENTIAL

```
 1    couldn't answer on behalf of Mark.  But it would        08:34:10

 2    make sense that he was aware that these changes

 3    were being made.

 4         Q.   (By Mr. Loeser)  Okay.  So Mr. Cross,

 5    the -- the changes that -- that occurred when the        08:34:45

 6    platform -- the new platform was installed were

 7    something that Facebook informed the developer

 8    community of; is that right?

 9         A.   We announced the changes to the Facebook

10    developer platform at F8 on April the 30th, 2014.        08:35:08

11         Q.   And tell the jury, if you will, what the

12    F8 is?

13         A.   F8 is a developer conference run by

14    Facebook.

15         Q.   And is it an important event for             08:35:28

16    Facebook?

17              MR. BLUME:  Objection.  Form.

18              THE DEPONENT:  It's an event.

19         Q.   (By Mr. Loeser)  So it's like a birthday

20    party, or is it something that's significant for        08:35:44

21    Facebook?

22              MR. BLUME:  Objection.  Scope.  And form.

23              THE DEPONENT:  F8 is a little bit bigger

24    than a birthday party.

25         Q.   (By Mr. Loeser)  Is it fair to describe       08:35:53
```

Page 436

```
 1    it as a significant event for Facebook?          08:35:54

 2              MR. BLUME:  Objection.  Scope.

 3              THE DEPONENT:  I -- I wouldn't want to --

 4    it's -- it's an event.  There are many events.  I

 5    don't think it necessarily needs to be pegged as    08:36:06

 6    significant.

 7        Q.  (By Mr. Loeser)  Is it something that

 8    people who present at the event do some preparation

 9    in advance or do they just wing it?

10              MR. BLUME:  Objection.  Form.  Scope.      08:36:20

11              THE DEPONENT:  Typically, when you speak

12    at F8, you've done a little prep.

13        Q.  (By Mr. Loeser)  And the reason for the

14    prep is so that you can speak accurately?

15              MR. BLUME:  Objection.  Form.             08:36:37

16              THE DEPONENT:  So you can deliver -- in

17    general, preparation helps you deliver a good

18    presentation.

19        Q.  (By Mr. Loeser)  And is a good

20    presentation also a presentation that is accurate?   08:36:49

21        A.  Again, I'm not going to offer a Facebook

22    answer to that.

23              In my personal capacity, when presenting,

24    I would generally like to be accurate.

25              MR. BLUME:  Is this a good time for a      08:37:16
```

Page 437

```
 1    break, Derek?  We've been going about an hour.        08:37:17

 2              MR. LOESER:  Sure.  Sure.  Let's try and

 3    keep it a little shorter than some of the other

 4    ones.  But if we actually can get back on in ten

 5    minutes, that would be great.                         08:37:28

 6              We can go off the record.

 7              THE VIDEOGRAPHER:  Okay.  We're off the

 8    record.  It's 8:37 p.m.

 9              (Recess taken.)

10              THE VIDEOGRAPHER:  We're back on the         08:37:34

11    record.  It's 8:50 p.m.

12        Q.  (By Mr. Loeser)  Mr. Cross, you mentioned

13    the April 30th, 2018, F8 conference; is that right?

14        A.   April the 30th, 2014.

15        Q.   2014.  I'm sorry.                             08:50:31

16              And -- and that is the F8 where Facebook

17    announced the changes that were being made to the

18    platform with the introduction of Graph API

19    version 2, right?

20        A.   That's the event where Graph API              08:50:44

21    version 2 and the new login were -- were announced

22    publicly.

23        Q.   And were you at the April 30th, 2014, F8?

24        A.   I was at the event.

25        Q.   And was -- was Ime Archibong at that          08:51:04
```

Page 438

CONFIDENTIAL

```
 1    event?                                              08:51:06

 2         A.   I couldn't say for certain.  I -- I

 3    would -- he may -- he may well have been, but I

 4    couldn't say for certain.

 5         Q.   And do you know -- and I'll just list the  08:51:17

 6    names and you tell me if you know if they were

 7    there.

 8              Was Eddie O'Neil at that event?

 9         A.   Eddie O'Neil was there.

10         Q.   And was Jackie Chang at that event?        08:51:25

11         A.   I don't know if Jackie Chang was there.

12         Q.   Was KP at that event?

13         A.   I don't know for certain if KP was there.

14         Q.   Now, the keynote at the F8 was -- was

15    delivered by Mark Zuckerberg; is that right?         08:51:41

16         A.   That's correct.

17         Q.   And was that normally what happened at

18    the F8?

19         A.   Mark has historically given the keynote

20    at F8s.                                              08:51:59

21         Q.   And -- and that's so he can deliver

22    important news or information about Facebook for

23    that year?

24              MR. BLUME:  Objection.  Form.

25              THE DEPONENT:  Yes.  So that Mark can      08:52:09
```

```
 1   update our developer community on what he -- what        08:52:12

 2   we're going to launch and what he thinks is coming

 3   next.

 4        Q.   (By Mr. Loeser)  We have a video clip of

 5   that portion of Mr. Zuckerberg's keynote address        08:52:24

 6   and we're going to play it.  And then I'll have a

 7   few follow-up questions for you about what he said.

 8             Okay?

 9        A.   Okay.

10             (Video playing.)                              08:52:34

11        Q.   (By Mr. Loeser)  Were you able to hear

12   that, Mr. Cross?

13        A.   I could hear that, yeah.

14        Q.   Okay.  So during that keynote

15   presentation, Mr. Zuckerberg described the changes      08:53:50

16   that were going to be made with regard to the

17   sharing of friend information, in particular; is

18   that right?

19        A.   He talked about how the -- the API for

20   most developers was going to change.                    08:54:07

21        Q.   And he -- he didn't actually use the

22   phrase "most developers," did he?

23        A.   I don't recall exactly.

24             MR. LOESER:  Well, we have a copy of the

25   transcript and we can mark this as the next             08:54:24
```

Page 440

1    exhibit, which has previously been marked as          08:54:26

2    Exhibit 17.

3         Q.   (By Mr. Loeser)  And I'll represent to

4    you that this is a transcript of Mr. Zuckerberg's

5    April 30th, 2014, keynote address at the F8.          08:54:40

6              And if we go to the fifth page -- do you

7    see the paragraph in the middle, "And in the past,

8    when one of your friends logged into an app, in

9    this case Ilya, the app could ask him not only to

10   share his data but also data that his friends had    08:55:07

11   shared with him."

12             Do you see that?

13        A.   I see that.

14        Q.   And having just listened to the -- the

15   recording of the presentation, do those words look   08:55:14

16   familiar to you?

17        A.   They do.

18        Q.   And so what Mr. Zuckerberg said is, "So

19   now we're going to change this and we're going to

20   make it so that now everyone has to choose to share  08:55:28

21   their own data with an app themselves"; is that

22   right?

23        A.   That's what he said.

24        Q.   So -- and for that to occur, that would

25   mean that -- that no app would get access to data    08:55:41

Page 441

```
 1    about anyone other than the Facebook user using the      08:55:45

 2    app, correct?

 3         A.   I'm not sure that is -- has to be true

 4    for -- for this to make sense.

 5         Q.   Okay.  So tell me what -- when -- when he        08:55:58

 6    says so -- "So now we're going to change this and

 7    we're going to make it so that now everyone has to

 8    choose to share their own data with an" apps

 9    themselves -- "with an app themselves," in that

10    statement, is there some indication that -- that        08:56:11

11    not everyone has to choose to share their own data

12    with an app themselves?

13              MR. BLUME:  Objection.  Form.  Scope.

14              THE DEPONENT:  So -- sorry.  Ask the

15    question again, please.                                 08:56:29

16         Q.   (By Mr. Loeser)  Mr. Zuckerberg stated

17    "So now we're going to change this and we're going

18    to make it so that now everyone has to choose to

19    share their own data with an app themselves,"

20    right?                                                  08:56:38

21         A.   That's what he said.

22         Q.   Okay.  He didn't say "We're going to make

23    it so that now some people have to choose to share

24    their own data with an app themselves," did he?

25         A.   He didn't say that.  Assuming this is his     08:56:51
```

Page 442

| | | |
|---|---|---|
| 1 | transcript. | 08:56:57 |
| 2 | Q.   Okay.  And now, Mr. Cross, it's true, is | |
| 3 | it not, that after the transition to Graph API | |
| 4 | version 2 -- strike that. | |
| 5 | It is not true that after the transition | 08:57:17 |
| 6 | to Graph API version 2, "No app would get access to | |
| 7 | data about anyone other than the Facebook user | |
| 8 | using the app", correct? | |
| 9 | A.   Mark is speaking here to the broad | |
| 10 | develop community and referring to the generally | 08:57:34 |
| 11 | publicly available Facebook developer platform. | |
| 12 | And over time, we transitioned all applications | |
| 13 | to -- we transitioned most applications to | |
| 14 | version 2 and ultimately deprecated the friend | |
| 15 | permissions for everyone. | 08:58:00 |
| 16 | Q.   Okay.  Mr. Cross, show me where in this | |
| 17 | statement that Mr. Zuckerberg made at the -- | |
| 18 | April 30th, 2018, he suggests that -- that some | |
| 19 | people would have to choose to share their own data | |
| 20 | but others would not have that ability. | 08:58:13 |
| 21 | A.   Well, so an application that had been | |
| 22 | upgraded or migrated to version 2, it was part of | |
| 23 | the public API surface area.  The behavior is the | |
| 24 | same for all users. | |
| 25 | Q.   Yeah.  Mr. Cross, let's go back to the | 08:58:32 |

Page 443

CONFIDENTIAL

1   transcript because I really -- I'm trying to       08:58:33

2   understand what words were said and what were not.

3          And when Mr. Zuckerberg said "So now

4   we're going to change this and we're going to make

5   it so that now everyone has to choose to share       08:58:44

6   their own data with an app themselves," that was

7   not a true statement, was it?

8          MR. BLUME:  Objection.  Form.  And scope.

9          THE DEPONENT:  So I -- I can't like give

10   the, you know -- like I can't be sure exactly what    08:59:01

11   Mark had in his head when he said this.  Only he

12   can -- this is his transcript.

13          So what was the question again?  Sorry.

14          MR. LOESER:  If we could read the

15   question back, please, Rebecca.              08:59:28

16          (Court Reporter initiates discussion off

17   the record.)

18          MR. LOESER:  I can -- I can restate the

19   question.

20      Q.   (By Mr. Loeser)  When Mr. Zuckerberg      09:00:03

21   stated at the F8, "So now we're going to change

22   this and we're going to make it so that now

23   everyone has to choose to share their own data with

24   an app themselves," that was not a true statement

25   at time, was it?                     09:00:15

Page 444

```
 1              MR. BLUME:  Objection.  Form.  And scope.      09:00:17

 2              THE DEPONENT:  That is -- that is true

 3      for the public API surface area, once all apps had

 4      been transitioned to API version 2 and the friend

 5      permissions have been deprecated for everyone.         09:00:37

 6          Q.   (By Mr. Loeser)  It was never the case,

 7      Mr. Cross, that everyone was given the opportunity

 8      to choose to share their own data with an app

 9      themselves because of the exemptions that were made

10      to the deprecations of friend-sharing APIs; isn't      09:00:53

11      that right?

12          A.   The friend permissions were deprecated

13      and removed for everybody over time.  The migration

14      here is a process, and it took time.  But as of

15      now, there are no friend permissions and that is       09:01:14

16      the case for everyone.

17          Q.   And you're talking about as of now, as of

18      2022?

19          A.   I am talking about as of now, as of 2022.

20          Q.   So this was announced in 2014; is that        09:01:33

21      right?

22          A.   He's making this announcement in 2014.

23          Q.   Okay.  So in 2015, it was not true that

24      everyone has to choose to share their own data with

25      an app themselves, right?                              09:01:47
```

                                                    Page 445

1           MR. BLUME:  Objection.  Form.  And scope.        09:01:49

2           THE DEPONENT:  The migration to -- from

3    API v1 to v2 took a long period of time.  And

4    continued into 2016 -- into 2015, and continued on.

5        Q.   (By Mr. Loeser)  And so the answer to my        09:02:11

6    question is correct?

7           MR. BLUME:  Objection.  Form.

8           THE DEPONENT:  Sorry.  I'm not sure what

9    I'm agreeing to there.

10       Q.   (By Mr. Loeser)  My question is, in 2015,        09:02:25

11   it was not true that everyone had to choose to

12   share their own data with an app themselves, right?

13          MR. BLUME:  Same objection.

14          THE DEPONENT:  In 2015 -- in 2015, API

15   version 1 was still available to any application        09:02:41

16   that had been created before F8 2014.

17       Q.   (By Mr. Loeser)  Okay.  And after the new

18   platform became operative in 2015, it was still not

19   true that everyone has to choose to share their own

20   data with an app themselves, right?                     09:02:57

21          MR. BLUME:  Objection.  Form.

22          THE DEPONENT:  The deprecation of API v1

23   and the friend permissions was a process that took

24   some time.

25       Q.   (By Mr. Loeser)  Okay.  So can you answer        09:03:08

                                                    Page 446

CONFIDENTIAL

| | |
|---|---|
| 1 | my question? | 09:03:10 |
| 2 | A.   Sorry.  In -- repeat the question, |
| 3 | please. |
| 4 | Q.   After the new platform became operative |
| 5 | in 2015, it was still not true that everyone has to  09:03:23 |
| 6 | choose to share their own data with an app |
| 7 | themselves, right? |
| 8 | A.   Well, the -- the -- after the new |
| 9 | platform version became operative, there was still |
| 10 | a migration process underway that took some more  09:03:42 |
| 11 | time and that continued into -- into 2015. |
| 12 | Q.   Okay.  So can you answer my question, |
| 13 | please. |
| 14 | MR. BLUME:  Objection.  Form. |
| 15 | THE DEPONENT:  So in API version 2, there  09:03:58 |
| 16 | were -- in 2015, there were still apps in the |
| 17 | process of migrating from one to the other and that |
| 18 | process continued.  And while that process |
| 19 | continued, then some applications had access to |
| 20 | friends information.  09:04:24 |
| 21 | Q.   (By Mr. Loeser)  So the answer to my |
| 22 | question is correct? |
| 23 | MR. BLUME:  Objection.  Form. |
| 24 | THE DEPONENT:  I feel like I've answered |
| 25 | the question.  I'll restate my testimony again.  09:04:36 |

Page 447

| | | |
|---|---|---|
| 1 | The migration from version 1 to version 2 | 09:04:38 |
| 2 | took a period of time.  And while that took place | |
| 3 | there were some applications that retained the | |
| 4 | ability to access friends information. | |
| 5 | Q.   (By Mr. Loeser)  And because the | 09:04:57 |
| 6 | migration took, as you say, a long period of time, | |
| 7 | it was not true that everyone could choose to share | |
| 8 | data with an app themselves in 2015, after the new | |
| 9 | platform was introduced, correct? | |
| 10 | MR. BLUME:  Objection.  Form.  Scope. | 09:05:07 |
| 11 | THE DEPONENT:  As I've explained, the way | |
| 12 | the platform migration worked is it took a period | |
| 13 | of time and during that migration period some apps | |
| 14 | had the ability to access friends information until | |
| 15 | the friend permissions were finally removed for | 09:05:24 |
| 16 | everyone. | |
| 17 | Q.   (By Mr. Loeser)  And, sir, I'm going to | |
| 18 | ask you to answer my question again.  And we can | |
| 19 | read the question back.  And I understand your | |
| 20 | reference to the migration taking a long period of | 09:05:35 |
| 21 | time, but my question is very specific. | |
| 22 | Because the migration took a long period | |
| 23 | of time, as you say, it was not true that everyone | |
| 24 | could choose to share data with an app themselves | |
| 25 | in 2015, after the platform became operative, | 09:05:48 |

Page 448

```
 1    correct?                                              09:05:52

 2            MR. BLUME:  Objection.  Form.

 3            THE DEPONENT:  The platform -- the

 4    platform became operative for -- for new

 5    applications in 2014, so -- I mean, again, in 2015,   09:05:57

 6    while the process of migration was still underway,

 7    apps -- some apps retained the ability to access

 8    friends information until the friend permissions

 9    were ultimately deprecated.

10        Q.   (By Mr. Loeser)  And that was also true      09:06:23

11    in 2016, correct?

12        A.   In 2016, there were still some

13    applications that had access to friends

14    information.

15        Q.   And that was also true in 2017, correct?     09:06:33

16        A.   In 2017, there were some integrations

17    that still retained access to friends information.

18        Q.   And that is still true in 2017, correct?

19        A.   In 2017, there were some applications

20    that had access to friends information due to being   09:06:55

21    integration partners.

22        Q.   And that's -- that was true in 2018 also,

23    correct?

24        A.   The friend permissions were ultimately

25    deprecated for all apps for all users in 2018.        09:07:08
```

Page 449

CONFIDENTIAL

```
 1        Q.   And in 2019, there were still some apps        09:07:14

 2   that emitted friend data; isn't that right?

 3        A.   The friend permissions were deprecated

 4   for -- removed for everybody, for all apps, in

 5   March 2018.                                              09:07:25

 6        Q.   Right.  But as we talked about on Monday,

 7   there are other APIs that emit friend data even

 8   though they're not friend permissions; isn't that

 9   right?

10             MR. BLUME:  Objection.  Form.                  09:07:36

11             THE DEPONENT:  Can you remind me what you

12   define as friends data?

13        Q.   (By Mr. Loeser)  Well, we went through

14   this in some detail on Monday.  But the post APIs

15   and the groups APIs and the events APIs and the         09:07:51

16   tagable friends APIs, the inviteable friends API,

17   those were all APIs that you testified did emit

18   friend data, right?

19        A.   Those APIs -- some of them emitted very

20   limited amounts of information.  But those APIs, as      09:08:08

21   I understand it, were still operational in 2018.

22        Q.   And those were still operational in 2019,

23   too, right?

24        A.   I -- many updates to the platform

25   happened in 2018, including a new API version which      09:08:27
```

Page 450

1    dramatically limited the amount of information          09:08:31

2    available to applications even further.

3         Q.   Nonetheless, there were still apps

4    emitting friend data in 2019, right?

5         A.   In 20- -- in 2019, there were some apps      09:08:44

6    discovered that still had access to friends

7    information.

8         Q.   And that's true in 2020, as well, right?

9         A.   My understanding is that all of the apps

10   that were discovered that had access to friends        09:09:03

11   information were removed in 2018.

12        Q.   Except for the apps that you talked about

13   on Monday that weren't friends permissions but

14   emitted friend data, right?

15        A.   I'm not sure exactly the state of the        09:09:27

16   APIs in 2019.

17        Q.   And what about in 2020?

18             MR. BLUME:  Objection.  Form.

19             THE DEPONENT:  Again, the APIs, as they

20   exist in 2019 and -- and 2020, I count -- I do not      09:09:41

21   know exactly the details of how those APIs

22   function.

23        Q.   (By Mr. Loeser)  So you can't testify

24   today as to whether Facebook continues to allow

25   apps to emit friend data in 2020?                       09:09:58

                                              Page 451

```
 1              MR. BLUME:  Objection.  Form.              09:10:03

 2              THE DEPONENT:  The friend permissions

 3      were deprecated in 2018.  And the API was updated

 4      also in 2018 to significantly reduce the amount of

 5      information that was available to applications.      09:10:16

 6      And there was -- those were major steps forwards

 7      [sic] in reducing the amount of data available to

 8      apps.

 9          Q.   (By Mr. Loeser)  Understood.

10              But as you said, in 2019, there were         09:10:31

11      still APIs that emitted some friend data, right?

12          A.   I'm not confident in understanding how

13      the API worked in 2019.

14          Q.   So can you, as Facebook's corporate

15      designee today, testify as to whether there are      09:10:51

16      APIs in use in 2019, 2020, 2021 and 2022 that still

17      emit some friend data?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  I do not know how -- in

20      detail how the APIs work today or worked in 2018,    09:11:09

21      '19 and '20.

22          Q.   (By Mr. Loeser)  So the answer to my

23      question is no, as the corporate designee, you

24      cannot testify and provide an answer to that

25      question?                                           09:11:24
```

Page 452

```
 1              MR. BLUME:  Objection.  Form.              09:11:26

 2              THE DEPONENT:  I can't say for certain

 3     how the API functions today or in the last three

 4     years.

 5         Q.   (By Mr. Loeser)  But on Monday you were    09:11:34

 6     able to testify about the friend data that these

 7     other APIs that we talked about did emit some

 8     friend information; is this right?

 9         A.   Which other APIs are you referring to?

10              I think that probably matters.            09:11:46

11         Q.   The ones that we just went through; the

12     groups, events, posts, tagable friends, inviteable

13     friends, the whole list.

14         A.   Those APIs were deprecated in the past.

15     I think most of those APIs were deprecated in 2018.  09:12:03

16         Q.   You think.  But who -- who knows for

17     sure?

18         A.   The tagable friends and the inviteable

19     friends API were certainly deprecated in 2018, and

20     these APIs -- the -- the change log of which APIs   09:12:17

21     were deprecated and when is available on Facebook's

22     developer website.

23              I just haven't memorized all of that

24     information for you.

25         Q.   So perhaps on Monday you could testify as  09:12:29
```

CONFIDENTIAL

```
 1    to when those other APIs that emitted friend data         09:12:31

 2    were deprecated, if they were.

 3            Is that something you can investigate?

 4            MR. BLUME:  Objection.  Form.

 5            Noted.                                             09:12:48

 6       Q.  (By Mr. Loeser)  Now, Mr. Cross, it is

 7    not true that after the transition to Graph API

 8    version 2 no app would get access to data about

 9    anyone other than the Facebook user using the app,

10    right?                                                    09:13:01

11            MR. BLUME:  Objection.  Form.

12            THE DEPONENT:  Sorry.  Can you repeat --

13    can you repeat the question.

14            MR. LOESER:  Sure.  If we could read it

15    back, please.                                             09:13:06

16            THE COURT REPORTER:  Wait.  Could you

17    slow down a little bit, Mr. Loeser.

18            MR. LOESER:  Sure.  I'm sorry.  And I can

19    just read the question again.

20            THE COURT REPORTER:  Thank you.               09:13:06

21       Q.  (By Mr. Loeser)  Mr. Cross, it is not

22    true that after the transition to Graph API

23    version 2, no app would get access to data about

24    anyone other than the Facebook user using the app,

25    correct?                                                  09:13:28
```

                                                        Page 454

| 1 | MR. BLUME:  Objection.  Form. | 09:13:31 |

2     THE DEPONENT:  The way the APIs

3  functioned was that the -- even after the

4  deprecation of the -- the friend permissions, there

5  were still cases where an app would emit some          09:13:41

6  information about people who had interacted with

7  the content that the app user had posted.

8     Q.  (By Mr. Loeser)  So the answer to my

9  question is, correct, it is not true that no app

10  would get access to data about anyone other than      09:14:01

11  the Facebook user using the app after Graph AP one

12  [sic] version 2 was implemented?

13     A.   Graph API version 2 removed the friend

14  permissions from the public surface area of the

15  API.  But there were no guarantees made about other   09:14:16

16  information that the API would emit.

17     Q.   And Mr. Zuckerberg didn't say in his

18  keynote address that they were deprecating friend

19  permissions for most apps, but they were going to

20  continue to allow access to those apps after          09:14:34

21  Graph -- Graph API version 2 was implemented for

22  certain partners chosen by Facebook, right?

23          That's not in his keynote address, is it?

24          MR. BLUME:  Objection.  Form.  Scope.

25          THE DEPONENT:  You have the transcript of      09:14:51

Page 455

```
1    what he said in the keynote.                    09:14:52

2         Q.   (By Mr. Loeser)  And -- and when I played

3    the portion of the transcript, you didn't hear him

4    say those words; is that right?

5              MR. BLUME:  Objection.  Form.  Scope.    09:15:01

6              THE DEPONENT:  I didn't hear Mark say the

7    words that you just said.

8         Q.   (By Mr. Loeser)  And at the time that

9    Mr. Zuckerberg made these statements, Facebook knew

10   that certain app developers and partners with,      09:15:10

11   quote, nonstandard platform agreements, unquote,

12   would be given continued access to friend data

13   after Graph AP one -- API version 2 was

14   implemented, right?

15             MR. BLUME:  Objection.  Asked and         09:15:23

16   answered.

17             THE DEPONENT:  The -- at the time there

18   were -- the -- there were a number of integrations

19   that existed through -- device integrations and

20   integration partners.  And there was, as I          09:15:38

21   understand it, no plans to deprecate those.

22             Mark is speaking to a public developer

23   audience and referring to the public developer

24   platform.

25        Q.   (By Mr. Loeser)  And just to be clear,    09:15:55
```

Page 456

1   Mr. Zuckerberg knew that certain app developers and          09:15:55

2   partners with nonstandard platform agreements would

3   be given continued -- continued access to friend

4   data after Graph API version 2 was implemented,

5   right?                                                       09:16:09

6           MR. BLUME:  Objection.  Asked and

7   answered.  Form and scope.

8           THE DEPONENT:  Sorry, Rob.  Can you

9   say --

10       Q.   (By Mr. Loeser)  Sure.                             09:16:18

11          MR. BLUME:  Sure.  I objected that --

12  that it was asked and answered.  And I objected to

13  form and scope.

14       Q.   (By Mr. Loeser)  At the time

15  Mr. Zuckerberg gave his keynote address on                   09:16:25

16  April 30th, 2014, at the F8, Facebook knew that

17  certain app developers and partners with

18  nonstandard platform agreements would be given

19  continued access to friend data after Graph AP one

20  version 2 was implemented, right?                            09:16:42

21          MR. BLUME:  Objection.  Scope.  Form.

22          THE DEPONENT:  Sorry.  Say that again,

23  Rob.

24          MR. BLUME:  Yeah.  Objection to form.

25          THE DEPONENT:  There were apps still on             09:17:00

Page 457

1    whitelists and there were no plans that I was aware          09:17:04

2    of to -- to deprecate the integration partners that

3    were already in existence.

4         Q.   (By Mr. Loeser)  So the answer to my

5    question is "yes"?                                           09:17:22

6              MR. BLUME:  Objection.  Form.

7              THE DEPONENT:  Sorry.  I feel

8    like I've -- I feel like I've answered the

9    question.

10             I don't -- I don't know what              09:17:31

11   Mark Zuckerberg knew.  He was aware that the -- he

12   would have been aware.  And we've seen the email

13   sent to him, that made him aware of what the

14   changes were.  But I don't know what he would have

15   known about the plans to continue with integration          09:17:49

16   partners and so on.

17        Q.   (By Mr. Loeser)  And as Facebook's

18   corporate -- sorry.  Go ahead.

19        A.   Sorry.  Go ahead.

20        Q.   As Facebook's corporate designee today,           09:18:02

21   tell the jury -- isn't it true that Facebook knew

22   that certain app developers and partners with

23   nonstandard platform agreements would be given

24   continued access to user friends data after

25   Graph API version 2 was implemented?                        09:18:19

                                            Page 458

CONFIDENTIAL

```
 1              MR. BLUME:  Objection.  Form.                09:18:21

 2              THE DEPONENT:  The changes announced at

 3    F8 2014 reflected major changes to the Facebook

 4    developer platform for most apps and most

 5    developers a significant change to the way the        09:18:37

 6    platform worked.

 7              Facebook had relationships with entities

 8    that built integrations into devices, mobile phones

 9    and operating systems that provided great value to

10    users and those were planned to continue.            09:18:59

11        Q.   (By Mr. Loeser)  And Mr. Cross, I'd

12    appreciate it if you could answer the question.

13    I've asked you a yes-or-no question about what

14    Facebook knew.  And I can have the question read

15    back, if you want.  But I would like you to answer   09:19:14

16    the question I asked.

17              And that question is, as Facebook's

18    corporate designee today, tell the jury, isn't it

19    true that Facebook knew that certain app developers

20    and partner with nonstandard platform agreements     09:19:26

21    would be given continued access to user friend data

22    after Graph API version 2 was implemented?

23              MR. BLUME:  Objection.  Form.

24              THE DEPONENT:  There were -- it was -- it

25    was expected that, as with many cases and many       09:19:47
```

Page 459

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | companies, that there would be experiences that we | 09:19:54 |
| 2 | wanted certain developers to build that would not | |
| 3 | be possible via the standard public platform, and | |
| 4 | we wanted those integrations to -- to continue | |
| 5 | providing value to users, developers and Facebook. | 09:20:11 |
| 6 | Q.   (By Mr. Loeser)  And I appreciate that | |
| 7 | explanation, but that was not the question I asked | |
| 8 | you. | |
| 9 | I'm asking you about what Facebook knew. | |
| 10 | And I would like you to answer my question about | 09:20:21 |
| 11 | what Facebook knew at the time Mr. Zuckerberg made | |
| 12 | his statements at the F8. | |
| 13 | Would you like me to read the question | |
| 14 | again? | |
| 15 | A.   Yes.  Please read the question again. | 09:20:34 |
| 16 | Q.   As Facebook's corporate designee, tell | |
| 17 | the jury, isn't it true that Facebook knew that | |
| 18 | certain app developers and partners with | |
| 19 | nonstandard platform agreements would be given | |
| 20 | continued access to user friend data after | 09:21:04 |
| 21 | Graph API version 2 was implemented? | |
| 22 | A.   Facebook had agreements with certain | |
| 23 | developers that allowed them to build experiences | |
| 24 | that had continued access to friend information for | |
| 25 | a period of time and that was planned to continue. | 09:21:31 |

Veritext Legal Solutions
866 299-5127

```
 1          Q.   So the answer to my question is, yes, at        09:21:38

 2     the time Mr. Zuckerberg made his statements,

 3     Facebook knew that certain partners would continue

 4     having access to friend data after Graph API

 5     version 2 was implemented, correct?                       09:21:52

 6               MR. BLUME:  Objection.  Form.

 7               THE DEPONENT:  Certain appli- -- sorry.

 8     Say again, Rob.

 9               MR. BLUME:  I objected to the form of the

10     question.                                                 09:22:03

11               THE DEPONENT:  And I feel like I'm

12     answering your question -- I feel like I've

13     answered your question a few times now.

14               SPECIAL MASTER GARRIE:  No.  Answer the

15     question yes or no.  He's asking you a yes-or-no          09:22:10

16     question.

17               It's not that complicated.  He's saying,

18     here the question, as a corporate designee, is the

19     answer yes or no.  If you can't answer it as yes or

20     no, state such.                                           09:22:23

21               THE DEPONENT:  I think I'm confused by

22     like what -- what does he mean by "Facebook knew"?

23               SPECIAL MASTER GARRIE:  Counsel.

24               MR. LOESER:  Mr. Cross, you're testifying

25     on behalf of Facebook.  So I'm asking you what           09:22:38
```

Page 461

```
 1    Facebook knew.  So what Facebook employees informed        09:22:43

 2    management and what management knew.

 3            THE DEPONENT:  There were people inside

 4    the company that knew that --

 5            SPECIAL MASTER GARRIE:  He gave the              09:23:00

 6    explanation of "knew."  So the question is -- he

 7    asked you a question.  He's told you what "knew"

 8    means.

 9            Is the answer yes or no, or you don't

10    know.  But you can answer it.                            09:23:08

11            THE DEPONENT:  I mean, I -- I -- I don't

12    know what "did Facebook knew" means, right.  Did --

13    did -- how did the -- the -- the company know.

14            SPECIAL MASTER GARRIE:  Well, you're

15    representing the company today as a designee of the      09:23:22

16    company.

17            THE DEPONENT:  Right.

18            SPECIAL MASTER GARRIE:  Did the company

19    have knowledge -- Counsel Loeser is asking did

20    Facebook itself have knowledge or individuals            09:23:31

21    therein have knowledge.

22            I think its confusion is around what you

23    mean by "Facebook knew."  So maybe you can explain

24    to him, if that's not clear.

25        Q.   (By Mr. Loeser)  Facebook operates             09:23:44
```

                                                    Page 462

```
 1    through its employees, right?                    09:23:46

 2         A.   Facebook has employees, yes.

 3         Q.   And employees are assigned certain

 4    responsibilities as employees?

 5         A.   Employees tend to have job titles.      09:24:01

 6         Q.   Okay.  And some employees were

 7    responsible for determining which apps and partners

 8    would continue to have access to friend data after

 9    Graph AP one version 2 was implemented, right?

10         A.   There were people working on the platform  09:24:16

11    partnership team who were responsible for the

12    device integration partners and the integration

13    partners.

14         Q.   And the -- the knowledge that they

15    developed was communicated to people with         09:24:28

16    management level authority; isn't that right?

17              MR. BLUME:  Objection.  Form.

18              THE DEPONENT:  There are emails with

19    conversations on about what was going to happen and

20    what could happen.  And there were various levels   09:24:44

21    of management on these email threads.

22         Q.   (By Mr. Loeser)  And we talked about some

23    of those people.  Eddie O'Neil, for example.  KP,

24    for example.

25              Those were people who were aware of which  09:24:56
```

Page 463

1    apps and partners would continue to have access to         09:24:58

2    deprecated permissions after Graph API one -- API

3    version 2 was implemented, right?

4          A.   The integration -- so they were aware of

5    the integration partners.  And --                          09:25:13

6               SPECIAL MASTER GARRIE:  The answer is

7    yes.  We looked at the emails.  You can just answer

8    the question asked.  We all looked at the emails.

9               THE DEPONENT:  Yes, we looked at emails.

10              SPECIAL MASTER GARRIE:  So they knew --          09:25:23

11         Q.   (By Mr. Loeser)  And we looked at an

12   email --

13              SPECIAL MASTER GARRIE:  -- right?

14              Keep going, Counsel.

15         Q.   (By Mr. Loeser)  We looked at an email as       09:25:30

16   well in which Eddie O'Neil communicated with

17   Mark Zuckerberg directly on this topic; is that

18   right?

19         A.   We looked at an email that Eddie sent to

20   Mark which talked about the changes.  But that            09:25:39

21   email didn't contain anything about apps that would

22   continue to have access.

23         Q.   It refers to the privatization of APIs,

24   right?

25         A.   That email does use the term                    09:25:53

                                                    Page 464

CONFIDENTIAL

1    "privatization."                                          09:25:55

2         Q.    And that was a term used to describe

3    certain partners that would continue to have access

4    to information that was otherwise deprecated on the

5    new platform, right?                                      09:26:05

6         A.    Privatization could be used to suggest an

7    API that was no longer available to public

8    developers.

9         Q.    So Mr. Cross, in light of all of the

10   materials we went through that show discussion of         09:26:19

11   which partners would continue to have access to

12   friends data after the implementation of Graph API

13   version 2, it is true, is it not, that Facebook

14   knew that certain apps and partners would continue

15   to have access to friend data after the                   09:26:35

16   implementation of Graph API version 2, correct?

17              MR. BLUME:   Objection.   Form.

18              THE DEPONENT:   There were people at

19   Facebook who knew that there would be apps that

20   continued to have access -- to some apps that had         09:26:53

21   continued access to some information about friends

22   after the public surface area apps had been

23   migrated to API version 2.

24        Q.    (By Mr. Loeser)   And Facebook knew that

25   some sensitive and strategic partners would be            09:27:09

Page 465

1   given continued access to user friend information          09:27:12

2   after Graph API -- after Graph API version 2 was

3   implemented, correct?

4          MR. BLUME:  Objection.  Form and scope.

5          THE DEPONENT:  There were a number of                09:27:24

6   integration partners and device integrations, and

7   they were going to continue to have access to

8   friend information in order to build Facebook

9   replacement clients and other experiences after API

10  version 2 had been adopted by the public developer         09:27:44

11  platform.

12     Q.   (By Mr. Loeser)  And Facebook knew that

13  at the time that Mr. Zuckerberg made his comments

14  about the deprecation of friend permissions at the

15  April 30th, 2014, F8, right?                               09:27:59

16         THE DEPONENT:  Sorry, Rob.  Did you say

17  something?

18         MR. BLUME:  Objection to form.

19         THE DEPONENT:  In April 2014, there were

20  no plans to deprecate the device integration or           09:28:14

21  integration partners that were already in

22  existence.

23     Q.   (By Mr. Loeser)  And Facebook knew that

24  at the time Mr. Zuckerberg made his statements,

25  correct?                                                   09:28:26

Page 466

1          A.   The people in the platform partnerships          09:28:27

2     team did not have plans to deprecate the

3     integration partners or partner inte- -- or device

4     integrations that already existed.

5          Q.   And they knew that at the time          09:28:38

6     Mr. Zuckerberg made his public statements on

7     April 30th, 2014, correct?

8          A.   So in -- when the announcements were made

9     in 2014, the partnerships team had no plans to

10    deprecate, as I'm aware, the device integration or          09:28:55

11    integration partnerships that existed to date.

12         Q.   And Mr. Cross, you are avoiding answering

13    my question about knowledge.  And I am asking you

14    the same question about knowledge because you're

15    not answering it.          09:29:07

16              And I would like you answer the question

17    about what Facebook knew at the time Mr. Zuckerberg

18    made those statements.  And we went through a few

19    minutes of explaining what I meant by what Facebook

20    knew, so there's no confusion about that now.  So          09:29:17

21    if you could please answer my question.

22              Facebook knew that app developers and

23    partners, who were considered sensitive and

24    strategic partners, would be given continued access

25    to user friend data after Graph API version 2 was          09:29:31

Page 467

CONFIDENTIAL

```
 1    implemented, correct?                             09:29:36

 2              MR. BLUME:  Objection.  Form and scope.

 3              SPECIAL MASTER GARRIE:  Answer the

 4    question.

 5              Sorry.  Go ahead, Counsel Blume.         09:29:39

 6              MR. BLUME:  I'm sorry.  Objection to form

 7    and scope to that question.

 8              SPECIAL MASTER GARRIE:  Noted for the

 9    record.  Overruled.

10              Answer the question.                     09:29:47

11              THE DEPONENT:  There were partners --

12              SPECIAL MASTER GARRIE:  "No," or

13    "Correct," or "I don't know."  Those are your

14    choices.  Or "I cannot answer the question as

15    asked."  However you want to say it, those are your  09:30:00

16    choices.

17              THE DEPONENT:  I cannot answer the

18    question as asked because of the -- the definition

19    used in it around sensitive and strategic, which is

20    not established or defined.                         09:30:14

21              SPECIAL MASTER GARRIE:  Okay.  Fair

22    enough.

23              There you go, Counselor.

24         Q.   (By Mr. Loeser)  And Facebook knew, at

25    the time Mr. Zuckerberg made -- gave his keynote     09:30:27
```

Page 468

| | | |
|---|---|---|
| 1 | address at the April 30th, 2014, F8, that app | 09:30:32 |
| 2 | developers and partners with private APIs would be | |
| 3 | given continued access to user friend data after | |
| 4 | Graph API version 2 was implemented, correct? | |
| 5 | A.   Can you ask the top of that question | 09:30:49 |
| 6 | again.  It was quite a long one. | |
| 7 | Q.   Mr. Cross, Facebook knew that app | |
| 8 | developers and partners with private APIs would be | |
| 9 | given continued access to friend user data after | |
| 10 | Graph API version 2 was implemented, correct? | 09:31:05 |
| 11 | MR. BLUME:  Objection.  Form. | |
| 12 | THE DEPONENT:  Facebook knew that there | |
| 13 | were integration partners and device integrations | |
| 14 | that would continue to have access to friends | |
| 15 | information after the public API surface area had | 09:31:20 |
| 16 | been migrated to version 2. | |
| 17 | Q.   (By Mr. Loeser)  Mr. Zuckerberg said | |
| 18 | "we're going to make it so that now everyone has to | |
| 19 | choose to share their own data with an app | |
| 20 | themselves" right? | 09:31:34 |
| 21 | A.   You're reading from his transcript.  That | |
| 22 | seems to be what he said. | |
| 23 | Q.   And I'm -- I'm going to try and ask this | |
| 24 | question really clearly so you can answer very | |
| 25 | clearly.  And this is a question for you that I | 09:31:47 |

Page 469

```
 1    would like you to explain to the jury.  Okay.        09:31:50

 2           Considering all the apps and partners

 3    that would continue to have access to user friend

 4    data after Graph API version 2 was implemented,

 5    Facebook knew that Mr. Zuckerberg's statement that    09:32:03

 6    "we're going to make it so that now everyone has to

 7    choose to share their own data with an app

 8    themselves" was an untrue statement, correct?

 9           MR. BLUME:  Objection to scope.  Form.

10    Asked and answered.                                   09:32:18

11           THE DEPONENT:  I -- I -- Mark is talking

12    about the public surface area of the platform, and

13    over time this statement that he made about that

14    became true.  The friend permissions were

15    deprecated for all apps, for all people, in          09:32:37

16    March 2018.

17        Q.  (By Mr. Loeser)  And Mr. Zuckerberg did

18    not say in his statement that over the course of

19    several years we're going to make it so that

20    everyone has to choose to share their own data with  09:32:54

21    an app themselves, right?

22           MR. BLUME:  Objection.  Form.

23           THE DEPONENT:  We've looked at the

24    transcript of what Mark said.

25        Q.  (By Mr. Loeser)  And he didn't say that,      09:33:04
```

Page 470

CONFIDENTIAL

```
 1    did he?                                        09:33:06

 2            MR. BLUME:  Objection.  Form.

 3            THE DEPONENT:  He didn't say the words

 4    that you just said.

 5            MR. LOESER:  We're going to go to a new  09:33:11

 6    exhibit.

 7            MR. BLUME:  Is this a good time for a

 8    break, Derek?

 9            MR. LOESER:  You know, if we could

10    just -- if it's okay, I wouldn't mind powering   09:33:58

11    through, if it's okay with Mr. Cross, because I

12    don't have a lot of time on -- on my end.  And I'd

13    like to try and cover as much as we can this

14    evening.  But really, it's up to Mr. Cross, if he

15    needs a couple minutes.                          09:34:09

16            THE DEPONENT:  Can I take a three-minute

17    quick bio break?

18            MR. LOESER:  Sure.  No problem.  Make it

19    five.

20            THE DEPONENT:  Thank you.                 09:34:17

21            MR. LOESER:  Yeah.

22            THE VIDEOGRAPHER:  Okay.  We're off the

23    record.  It's 9:34 p.m.

24            (Recess taken.)

25            THE VIDEOGRAPHER:  We're back on the      09:34:22
```

Page 471

CONFIDENTIAL

```
 1    record.  It's 9:47 p.m.                        09:47:24

 2            MR. LOESER:  Before we took a break,

 3    Mr. Cross, I believe we introduced the next

 4    exhibit, which we'll put up on the screen.

 5            (Exhibit 343 was marked for            09:47:36

 6    identification by the court reporter and is

 7    attached hereto.)

 8            MR. LOESER:  And this is an email string,

 9    a fairly long one.  The top email is from

10    Steven Elia, dated 3/24/2016.  "Subject: Re:    09:47:48

11    Changing App Settings // Friend Permissions."

12        Q.  (By Mr. Loeser)  Do you see that?

13        A.  I do.

14            Can I -- can I make sure I've got my -- a

15    copy here so I can -- I have it.  Okay.  I have it.  09:48:09

16        Q.  And -- and there's a number of

17    recipients --

18        A.  Sorry.  I -- I don't -- 343.

19            My 343 is a -- is the keynote video from

20    Mark.                                            09:48:22

21        Q.  So let's see what number this is.  This

22    would be the next exhibit after --

23        A.  I just want to make sure --

24            343.  Okay.  Yeah, I have it.  I have it.

25        Q.  Okay.  And so we're looking at the -- the  09:48:37
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    "To" line and there's -- it's from Steven Elia.            09:48:39

2           Who is Steven Elia?

3      A.    Steven Elia is an engineering manager on

4    the Facebook platform team.

5      Q.    Okay.  And one of the recipients --            09:48:50

6    there's some names on here like Eddie O'Neil and KP

7    that were -- that we've already talked about.

8    There's another person on here, Johanna Peace.

9           Do you know who she is?

10     A.    Johanna Peace was somebody who worked in        09:49:02

11   the communications department.

12     Q.    And so if we go to the end of this

13   string, it is an email from Johanna Peace to

14   Eddie O'Neil, Monica Tsang, Amee Kamdar,

15   Jonathan Coleman, Steve Elia and Shirine Sajjadi,       09:49:16

16   dated March 24th, 2016.

17          Do you see that?

18     A.    That's right.

19     Q.    And Ms. Peace says, at the beginning of

20   her email, "Hi all, You may have seen this article     09:49:33

21   in US Today which takes a pretty negative stance

22   toward Login, partly based on a wrong assumption

23   from looking at App Settings that friends can share

24   all your info with apps."

25          Do you see that?                                09:49:47

                                                    Page 473

CONFIDENTIAL

```
 1        A.    I see that.                                09:49:48

 2        Q.    And at the time was it, in fact,

 3    incorrect that friends could share all your info

 4    with apps?

 5              MR. BLUME:   Objection.  Form.            09:49:59

 6              THE DEPONENT:   Sorry.  Was it incorrect

 7    that friends -- like -- I just want to get that

 8    double negative right.

 9        Q.    (By Mr. Loeser)  Well, let me -- let me

10    clean that up.                                      09:50:11

11              So as we've spent a lot of time talking

12    about, there were a number of apps and partners

13    that were whitelisted and continued to have access

14    to friend data as of March 24th, 2016; is that

15    right?                                              09:50:23

16        A.    There were apps that still had access

17    to -- to friend permissions and some friend

18    information in 2016, yes.

19        Q.    Okay.  So -- so at the time that this was

20    written, there were -- friends could share all of  09:50:39

21    their friends info with some apps, right?

22        A.    There were some apps that still had

23    access to the friend permissions and APIs that

24    allowed the apps to access some friend information.

25        Q.    Okay.  And then in the second paragraph   09:50:57
```

Page 474

 1    of her email, she writes "Matt (copied) has been          09:51:00

 2    working to push back against US Today's negative

 3    claims and we've been emphasizing that friends

 4    cannot actually share all your info with apps, but

 5    the editors are having a hard time believing us,          09:51:13

 6    since they noticed that App Settings appear to

 7    contradict this."

 8              Do you see that?

 9         A.   I see that.

10         Q.   And she then writes "Given that this has         09:51:28

11    been a persistent issue confusing press and people,

12    I wanted to raise a few questions."

13              Do you see that?

14         A.   I see that.

15         Q.   And in her second paragraph below that           09:51:38

16    she writes, "In the meantime, Matt and I are

17    looking for a way to explain to USAT why the App

18    Settings appear this way, so I wanted to see what"

19    the "group is comfortable saying."

20              And I want you to look at and could you          09:51:54

21    read the next sentence that she writes.

22         A.   She says "I know we have not been

23    publicly forthcoming that we have whitelisted

24    certain apps."

25         Q.   And so at the time was it true that             09:52:06

                                                           Page 475

CONFIDENTIAL

```
1    Facebook had not been publicly forthcoming with the      09:52:08

2    fact that it had whitelisted certain apps?

3              MR. BLUME:  Objection.  Form and scope.

4              THE DEPONENT:  It -- I can't answer -- I

5    can't answer what Facebook -- all of Facebook's        09:52:22

6    statements were about that.  It's hard for me to

7    answer that question.

8              But at the time there were still

9    applications that -- that had access to some friend

10   information.                                           09:52:36

11      Q.   (By Mr. Loeser)  And that hadn't been

12   communicated publicly; is that right?

13              MR. BLUME:  Objection.  Form.  Scope.

14              THE DEPONENT:  I don't -- I -- I don't

15   know if there had been -- if there had been          09:52:45

16   communications about that or -- or not.

17      Q.   (By Mr. Loeser)  And then she writes "But

18   could we say something like:  'Only a few apps have

19   access to this information, for example, to provide

20   a Facebook experience on platforms where there is     09:52:57

21   no Facebook app.'  I believe that's one of a few

22   reasons apps are whitelisted, but can this group

23   let me know thoughts / additional context?"

24              Do you see that?

25      A.   I do see that.                                09:53:11
```

Page 476

```
 1          Q.   And if we move up the string to an email        09:53:12

 2     from Reagan Williams to Eddie O'Neil and

 3     Johanna Peace, among others -- Johanna Peace -- she

 4     writes on March 24th, 2016, "I found there are

 5     approx 80 apps still accessing v1.0 of the API,         09:53:40

 6     with the largest bulk of them being from phone

 7     manufacturers & Apple, both of which we are under

 8     contract to continue supporting.  Outside of these

 9     apps, nobody appears to have accessed v1.0 friends

10     data edges in the last 30 days."                        09:53:52

11          Do you see that?

12          A.   I do see that.

13          Q.   And then she also writes "However, I did

14     uncover a few apps that were not part of our

15     original Capability whitelists, but still               09:54:01

16     maintained access to v1.0 (such as: Socialist), but

17     I've confirmed" that "these apps are only accessing

18     Page feeds and not friends data."

19          Do you see that?

20          A.   I see that.                                   09:54:16

21          Q.   And page feeds did communicate some

22     friends data; isn't that right?

23              MR. BLUME:  Objection.  Form.

24              THE DEPONENT:  Page feeds allowed apps to

25     access the information about posts on a page, which    09:54:28
```

Page 477

1    may have included the people who commented or liked        09:54:33

2    the posts on that page.

3        Q.   (By Mr. Loeser)  Okay.  And then if we

4    move up the string a bit, Johanna Peace says, on

5    March 24, 2016, in her email to Steven Elia,             09:54:42

6    Reagan Williams, Eddie O'Neil and others, "Thanks

7    both.  So given these findings, does the response I

8    shared below in #2 seem true/fair to share with a

9    reporter?  'Only a few apps have access to this

10   information, for example, to provide a Facebook         09:55:00

11   experience on platforms where there is no Facebook

12   app.'"

13            Do you see that?

14       A.   I see that.

15       Q.   And then if you move up the string above       09:55:11

16   that, KP says, on March 24th, 2016 -- why don't you

17   read what -- what KP said.

18       A.   So what's there is, "In the spirit of

19   fairness," I would not say anything around the

20   lines that 'only a few apps have access to this        09:55:34

21   information.'  Instead I would suggest that this

22   option under the App Settings is an artifact of

23   what used to be true and enforce our messaging that

24   apps can no longer access friend_*permissions."

25       Q.   Now, this statement -- this messaging          09:55:49

                                                    Page 478

```
1    that apps can no longer access friend_*permissions,      09:55:53

2    that wasn't actually true at the time that he wrote

3    that, right?

4           MR. BLUME:  Objection.  Form.  And scope.

5           THE DEPONENT:  In 2016, there were some          09:56:06

6    apps that still had access to -- to friends

7    information and friend permissions.

8        Q.   (By Mr. Loeser)  Okay.  So this

9    statement, no apps can no longer access friend

10   permissions, is not a true statement, is it -- or        09:56:20

11   let me put it a different way.

12          This statements, no acts -- no -- this

13   statement that apps can no longer access friend

14   permissions is not an accurate statement; is that

15   right?                                                   09:56:31

16          MR. BLUME:  Objection.  Form.  Scope.

17          THE DEPONENT:  In 2016, there were apps

18   that still had access to some friend permissions

19   and information.

20       Q.   (By Mr. Loeser)  Mr. Cross, I -- I'm            09:56:43

21   hoping to avoid a long time getting a yes or no to

22   a yes-or-no question here.

23          So if -- if we could read the question

24   back, and if you could answer the question yes or

25   no, I'd appreciate it.                                   09:56:54
```

Page 479

```
 1              SPECIAL MASTER GARRIE:  Instructing the     09:57:00

 2    witness to answer the question yes or no.

 3              THE DEPONENT:  Can you read the question

 4    back for me, please.

 5              (Record read as follows:                    09:57:12

 6              "QUESTION: this statements, no

 7              acts -- no -- this statement that

 8              apps can no longer access friend

 9              permissions is not an accurate

10              statement; is that right?")                 09:57:12

11              THE DEPONENT:  Where -- where is the

12    statement -- where is the statement that -- sorry.

13              MR. LOESER:  And I'm sorry, Rebecca, let

14    me -- I -- it's been a long day and I'm sure it's

15    no fun to try and recreate my speaking as quickly     09:57:38

16    as I am.

17              So let me ask the question again.  And

18    Mr. Cross, if you could please answer it yes or

19    not, I'd appreciate it.

20    Q.   (By Mr. Loeser)  The question is, the            09:57:47

21    statement in the email from KP on March 24th, 2016,

22    that apps can no longer access friend permissions

23    is not an accurate statement, is it?

24              MR. BLUME:  Objection.  Form.  Scope.

25              SPECIAL MASTER GARRIE:  Yes or no.          09:58:08
```

Page 480

```
 1          THE DEPONENT:  There were some apps that      09:58:17

 2  could access --

 3          SPECIAL MASTER GARRIE:  I'm instructing

 4  the witness to answer the question yes or no.

 5          MR. BLUME:  Mr. Garrie, if there's no yes     09:58:26

 6  or no, can he answer that way as well?

 7          SPECIAL MASTER GARRIE:  If he -- if he's

 8  not able to answer the question, he can say "I'm

 9  not able to answer the question" certainly.  But

10  either "Yes," "No," or "I can't answer the          09:58:34

11  question."

12          Any time you can't answer a question, say

13  "I can't answer."  But he's asking you yes or no,

14  so -- or you can't answer.

15          THE DEPONENT:  It -- it doesn't make --      09:59:00

16  it doesn't make a statement here about like all

17  apps or any apps or some apps.  It just says apps.

18  And at this point, you know, the vast majority of

19  apps could no longer access friend permissions.

20          So it doesn't -- it doesn't -- the          09:59:14

21  statement isn't qualified enough for me to give a

22  yes-or-no answer.

23          SPECIAL MASTER GARRIE:  Okay.

24      Q.  (By Mr. Loeser)  Mr. Cross -- sorry,

25  Special Master Garrie.                              09:59:25
```

Page 481

```
 1              SPECIAL MASTER GARRIE:  No.  Go ahead,        09:59:27

 2   Counsel.

 3        Q.   (By Mr. Loeser)  On March 14th, 2016, it

 4   was not true that apps can no longer access friend

 5   permissions, right?                                     09:59:38

 6              MR. BLUME:  Asked and answered.  Scope.

 7   And form.

 8              THE DEPONENT:  There were some apps in

 9   2016 that could still access friend permissions.

10        Q.   (By Mr. Loeser)  And that is not what KP      10:00:01

11   was indicating Ms. Peace should report to

12   USA Today; is that right?

13              MR. BLUME:  Objection.  Form.  Scope.

14              THE DEPONENT:  I can't -- I can't confirm

15   what KP's statement of intent was here.  This is        10:00:16

16   him writing not the -- this is him writing.

17        Q.   (By Mr. Loeser)  So Mr. Cross, he's

18   responding to an email in which Ms. Peace is asking

19   if she should say only a few apps have access to

20   this information, is he not?                            10:00:35

21              MR. BLUME:  Objection.  Form.  Scope.

22   Argumentative.

23              THE DEPONENT:  He's certainly replying to

24   an email from Johanna.

25        Q.   (By Mr. Loeser)  Okay.  And does he not       10:00:47
```

Page 482

```
 1   say "In the spirit of fairness I would not          10:00:48

 2   say anything around the lines that 'only a few apps

 3   have access to this information'"?

 4        A.   That's what's on the page.

 5        Q.   And does he not say that he would          10:00:59

 6   "suggest that this option under the App Settings is

 7   an artifact of what used to be true and enforce our

 8   messaging that apps can no longer access

 9   friend_*permissions"?

10        A.   Again, those words are written on the      10:01:14

11   page.

12             MR. LOESER:  We can go to the next

13   exhibit.  And I think this will be the last thing

14   that we do today to abide by your request that we

15   stop at the -- the late hour that it is now for      10:01:34

16   you.

17             THE DEPONENT:  I'd appreciate that.

18   Thank you.

19             (Exhibit 344 was marked for

20   identification by the court reporter and is          10:01:38

21   attached hereto.)

22             MR. LOESER:  So this as -- okay.  This

23   will be marked Exhibit 344.

24        Q.   (By Mr. Loeser)  And Mr. Cross, I'm

25   showing you what's been marked as Exhibit 344.  And  10:02:21
```

Page 483

CONFIDENTIAL

```
 1    it's quite a long email string and -- and not to        10:02:23

 2    worry because I don't have questions about the

 3    whole thing.

 4            I will note for the record that a number

 5    of the pages are -- nothing can be read because of      10:02:29

 6    the redactions that are on the pages.

 7            And -- but if we go to the top email in

 8    the thread, it's an email from Johanna Peace

 9    to Joshua Smith, yourself, and Eddie O'Neil.

10            Do you see that?                                 10:02:51

11        A.   I see that.

12        Q.   And the date on the email is

13    September 11, 2015, and the subject is "Re:

14    [a/c priv] Re: WSJ story on API migration."

15            Do you see that?                                 10:03:14

16        A.   I see that.

17        Q.   And is there a lawyer among the -- to

18    your knowledge, or any of the persons from or to

19    whom this email sent, a lawyer?

20            THE DEPONENT:  Sorry.  Say that -- say          10:03:35

21    that again, Rob.  You're --

22            MR. BLUME:  Sorry.  Objection.  Scope.

23        Q.   (By Mr. Loeser)  Yeah.  The recipients

24    are Joshua Smith.

25            Do you know who he is?                           10:03:42
```

Page 484

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   He is a lawyer at Facebook, as I | 10:03:45 |
| 2 | understand it. | |
| 3 | Q.   Okay.  And that -- that's helpful. | |
| 4 | If we go to page 7 of this lengthy | |
| 5 | string, to the page where -- the Bates | 10:03:57 |
| 6 | FB-CA-MDL-01169161. | |
| 7 | At the bottom of the page, there's an | |
| 8 | email from Johanna Peace to you and to Mr. O'Neil, | |
| 9 | "Re: WSJ story on API migration." | |
| 10 | Do you see that? | 10:04:23 |
| 11 | A.   I see that. | |
| 12 | Q.   And that's September 11th, 2015, when | |
| 13 | Ms. Peace sent that email? | |
| 14 | A.   It looks to be that way, yeah. | |
| 15 | Q.   And she writes "You rock, Simon! | 10:04:31 |
| 16 | Thanks." | |
| 17 | Do you see that? | |
| 18 | A.   I do. | |
| 19 | Q.   And she states "Revised the information | |
| 20 | below to reflect the corrections and clarifications | 10:04:42 |
| 21 | I'll make based on your feedback." | |
| 22 | And then "Eddie - can you please give | |
| 23 | this a once-over before I send?" | |
| 24 | Do you see that? | |
| 25 | A.   I see that. | 10:04:52 |

Page 485

```
 1          Q.    And so this appears to be information          10:04:54

 2    that -- that she was developing with regard to a

 3    Wall Street Journal story on API migration, right?

 4          A.    That's correct.

 5          Q.    And API migration is a reference to the        10:05:04

 6    changes to the APIs with the new platform?

 7          A.    That's correct.

 8          Q.    Okay.  And so in -- in her email, she

 9    presents the information that it appears that she

10    had prepared for the Wall Street Journal.              10:05:20

11          She states "Under API 2.0, app developers

12    can get the following info about a user who logs in

13    with their Facebook account.  Some caveats apply."

14          Do you see that?

15          A.    I do.                                          10:05:33

16          Q.    And she has a couple different

17    categories.  One is, "This is data that used to be

18    available by default and now can only be accessed

19    with Facebook's approval."

20          Do you see that?                                     10:05:45

21          A.    I see that.

22          Q.    And then she has a heading that says

23    "This data used to be available through Facebook's

24    API and is no longer available, period.  This

25    includes 30 different data points about your          10:05:56
```

Page 486

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | friends." | 10:05:58 |
| 2 | A.   I see that. | |
| 3 | Q.   Now, if you look at the bolded text that | |
| 4 | I just read, at the time that statement -- at the | |
| 5 | time this email was sent on September 11th, 2015, | 10:06:13 |
| 6 | was it true that this data used to be available | |
| 7 | through Facebook's APIs and is no longer available, | |
| 8 | period? | |
| 9 | A.   No, this information was still available | |
| 10 | to some -- some whitelisted applications at the | 10:06:27 |
| 11 | time. | |
| 12 | Q.   So if we go to page 10 in this string, | |
| 13 | which is further back in time, there's an earlier | |
| 14 | version of the information that Ms. Peace had put | |
| 15 | together.  And this is dated September 11th, 2015, | 10:06:50 |
| 16 | but earlier in that day.  This is at 12:39, and the | |
| 17 | other message we just went through was at 2:10. | |
| 18 | We see that same heading towards the | |
| 19 | bottom of the page -- | |
| 20 | A.   I'm sorry.  Could you give me the Bates | 10:07:04 |
| 21 | number of the page you're looking at? | |
| 22 | Q.   Yeah.  Yeah. | |
| 23 | FB-CA-MDL-01169164. | |
| 24 | A.   Got it.  Thank you. | |
| 25 | Q.   And you'll see the same bolded heading, | 10:07:16 |

Page 487

CONFIDENTIAL

1    "This data used to be available through Facebook's        10:07:18

2    API and is no longer available.  This includes 30

3    different data points about your friends." [as

4    read]

5         And -- and there's a -- appears to be a              10:07:25

6    comment and the initials for the comments are SC.

7         Is that you?

8    A.   I think that would have been me.

9    Q.   Okay.  And you write "we may need to be

10   careful about the finality here.  There are still         10:07:37

11   apps on v1 (extended deprecation window) and we may

12   have apps under contract which retain access to

13   this information.  Don't know if we need to explain

14   that in this context."

15        Do you see that?                                     10:07:55

16   A.   I see that.

17   Q.   So that's consistent with the answer you

18   just gave about that bolded heading not being

19   accurate at the time, right?

20        MR. BLUME:  Objection.  Form.                        10:08:06

21        THE DEPONENT:  It's consistent with my

22   previous statement that at this time there were

23   still apps that had access to some friends

24   information via the API.

25   Q.   (By Mr. Loeser)  And you write "Don't          10:08:24

```
 1     know if we need to explain that in this context."        10:08:24

 2            And it is true, is it not, that -- that

 3     that additional information that you indicate in

 4     that parenthetical was not communicated to the

 5     Wall Street Journal in connection with this story?       10:08:39

 6            MR. BLUME:  Objection.  Form.  And scope.

 7            THE DEPONENT:  I can't say for certain

 8     what information was shared with -- with the

 9     Wall Street Journal.

10        Q.   (By Mr. Loeser)  Now, in that same             10:09:05

11     comment from you, there is another comment from JP,

12     and that -- those are the initials of

13     Johanna Peace, right?

14        A.   That's correct.

15        Q.   And do you see that she says "Don't think       10:09:19

16     we need to go into that detail here; we can always

17     clarify if asked."

18            Do you see that?

19        A.   I see that.

20        Q.   And then you respond to that with another      10:09:27

21     comment, and it just says, "[SC: sgtm!]"

22            What does "sgtm" mean?

23        A.   It sounds good to me.

24            MR. LOESER:  I think we can conclude for

25     the day, Mr. Cross.                                     10:09:44
```

Page 489

CONFIDENTIAL

```
 1              And, again, I do want to -- I do              10:09:45

 2    appreciate the time you've spent.

 3              And we can go off the record.

 4              THE VIDEOGRAPHER:  Off the record.  It's

 5    10:09 p.m.                                              10:09:53

 6              (TIME NOTED:  10:09 p.m.)

 7

 8

 9

10                        ---o0o---

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 490

CONFIDENTIAL

1        I, SIMON CROSS, do hereby declare under

2    penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as

4    appear notes; that my testimony as contained

5    herein, as corrected, is true and correct.

6        Executed this ____ day of _____,

7    2022, at  _____,_____.

8

9

10

11                    _____

                      SIMON CROSS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 491

CONFIDENTIAL

1     I, Rebecca L. Romano, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4     That the foregoing proceedings were taken

5  before me remotely at the time and place herein set

6  forth; that any deponents in the foregoing

7  proceedings, prior to testifying, were administered

8  an oath; that a record of the proceedings was made

9  by me using machine shorthand which was thereafter

10  transcribed under my direction; that the foregoing

11  transcript is true record of the testimony given.

12     Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [ ] was [X] was not requested.

16     I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or any party to this action.

19     IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: May 17, 2022

23

24  _____

       Rebecca L. Romano, RPR, CCR

25     CSR. No 12546

                                        Page 492

```
 1    DEREK W. LOESER, ESQ.

 2    dloeser@kellerrohrback.com

 3                                    May 17, 2022

 4    IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

 5    MAY 12, 2022, SIMON CROSS, VOLUME II, JOB NO. 5219195

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 493

CONFIDENTIAL

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 494

CONFIDENTIAL

```
1   IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   SIMON CROSS, VOLUME II, JOB NO. 5219195

3                   E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____     _____

24  WITNESS                              Date

25
```

Page 495

**[& - 2019]**

| & | | | |
|---|---|---|---|

**&**   208:14 209:19 211:5 212:5 213:5 295:22 313:25 317:19 319:11,21 322:21 399:7 416:24 417:3 418:5 477:7 493:23 494:9

**0**

**000041190**   216:8
**0000412003**   216:9
**00200698**   333:4
**00202269**   216:18
**01169155**   217:6
**01169161**   485:6
**01169164**   487:23
**01169173**   217:7
**01462921**   216:23 216:24
**02843**   208:4 209:4
**02951293**   215:13
**02951294**   215:14
**02951295**   215:21
**02978561**   216:13
**02978566**   396:19
**02978571**   216:14

**1**

**1**   223:25 224:2,21 226:25 230:4,15 295:6,14 296:9 353:4 403:7 420:3 446:15 448:1 494:1
**10**   487:12
**100**   358:10 360:19 364:19 394:9 395:8 406:21
**10:09**   490:5,6

**10th**   331:14 350:22 361:11 397:7
**11**   217:18 243:3 293:24 294:3 484:13
**11th**   347:10 485:12 487:5,15
**12**   208:16 209:18 217:20 219:1 294:23 295:19 409:25 493:5
**12/10/2013**   350:6
**12/5/13**   215:19 216:7 362:18 363:21
**1201**   210:11
**12546**   208:21 492:25
**12:39**   487:16
**12th**   211:9 219:6 397:21
**13**   217:22 331:5,8 379:25 380:2,8 382:1 383:22
**14**   217:24 330:19 410:22 416:10
**14th**   419:25 482:3
**15**   218:3 413:21
**16**   218:5
**1600**   211:10
**16th**   244:4
**17**   218:7 441:2 492:22 493:3
**18**   208:4 209:4
**18,067**   301:1
**1801**   212:9
**1881**   213:16
**19**   452:21
**1a**   351:2

| 2 | | | |
|---|---|---|---|

**2**   222:24 223:10 224:3,20,20 225:12,18 228:7 229:3,9 230:4 232:8 253:22 256:9 257:1,17 260:6,8 299:15 319:18,19 320:11 347:24 358:23 360:3 364:8 399:2 403:18 409:21 420:3 423:20 425:20 426:8,19 432:11,21 438:19 438:21 443:4,6,14 443:22 445:4 447:15 448:1 454:8,23 455:12 455:13,21 456:13 457:4,20 458:25 459:22 460:21 461:5 463:9 464:3 465:13,16,23 466:2,10 467:25 469:4,10,16 470:4 478:8
**2.0**   486:11
**20**   218:9 327:10,12 393:8 402:18,19 451:5 452:21
**20-0466**   208:22
**200**   402:20
**2001**   213:8
**2010**   236:5
**2013**   244:4 260:24 284:18 294:5 316:20 327:6,24 330:19 331:14 337:18 347:10 350:22 359:19

361:11 362:23 382:1
**2013.xlsx.**   327:20
**2014**   216:11,16 246:1 255:13 329:13 348:2 394:4 396:9,15 397:7 402:21 409:14,22 410:3 410:25 413:23 419:25 420:1 426:13 433:23 436:10 438:14,15 438:23 441:5 445:20,22 446:16 449:5 457:16 459:3 466:15,19 467:7,9 469:1
**2015**   248:8 284:24 304:22 327:6 445:23 446:4,10 446:14,14,18 447:5,11,16 448:8 448:25 449:5 484:13 485:12 487:5,15
**2016**   446:4 449:11 449:12 473:16 474:14,18 477:4 478:5,16 479:5,17 480:21 482:3,9
**2017**   449:15,16,18 449:19
**2018**   241:25 242:5 438:13 443:18 449:22,25 450:5 450:21,25 451:11 452:3,4,20 453:15 453:19 470:16
**2019**   241:3 242:9 450:1,22 451:4,5

**[2019 - 7321]**

451:16,20 452:10
  452:13,16
**2020**  241:4,12
  451:8,17,20,25
  452:16
**2021**  452:16
**2022**  208:16
  209:18 219:1,6
  445:18,19 452:16
  491:7 492:22
  493:3,5
**2025.520**  493:9,12
**206**  210:14
**208**  208:25
**2100**  213:9
**213**  214:10
**214**  213:11
**21st**  260:24
**221**  215:5
**22nd**  337:19
  402:20
**23rd**  402:21
**24**  327:20 478:5
**243**  217:12
**244**  217:14
**24th**  327:24 396:9
  396:15 409:14
  410:3 473:16
  474:14 477:4
  478:16 480:21
**250**  274:25 276:23
  276:25 277:3
**253-9706**  214:10
**256**  217:16
**25th**  337:18
**26**  404:1
**26,000**  404:3,22
  405:16,18 417:3
**27**  216:16
**27th**  433:23

**2843**  208:3 209:3
**28th**  338:15
**29**  241:12
**293**  217:18
**294**  217:20
**298-5735**  212:12
**2:10**  487:17
**2:36**  209:18 219:2
  219:5
**2nd**  244:1

---

### 3

**3**  237:24 238:18
  268:6 276:21
  280:25 285:4
  294:19 320:12
  334:19 340:14
  347:7 351:9
  403:23
**3.0**  244:1,12
  245:18,23,24
  247:3 253:19
  295:22 343:23
  351:17 356:9
  359:13 361:2
  409:18 435:20
**3.0.**  329:14
**3.0.docx.**  244:8
**3/24/2016**  472:10
**30**  208:12 290:23
  477:10 486:25
  488:2 494:1
**30,000**  303:9
**303**  212:12
**30k**  303:8
**30th**  246:1 248:8
  284:24 304:22
  329:13 348:2
  409:22 426:13
  436:10 438:13,14
  438:23 441:5
  443:18 457:16

466:15 467:7
  469:1
**3161**  212:18
**3200**  210:12
**327**  218:9
**32nd**  214:8
**331**  217:22
**335**  235:18
**338**  215:11 349:23
  350:1
**339**  215:16 361:13
**340**  216:4 363:10
  363:11
**341**  216:11 393:23
  393:24
**342**  216:16 433:16
  433:19
**343**  216:20 472:5
  472:18,19,24
**344**  217:4 483:19
  483:23,25
**3491**  208:23
**350**  215:11
**361**  215:16
**363**  216:4
**393**  216:11
**3:31**  260:12
**3:46**  260:15
**3rd**  294:5

---

### 4

**4**  333:11
**40,000**  275:16,16
  275:18
**40k**  274:22 275:12
  275:15
**410**  217:24
**413**  218:3
**415**  211:12
**42,223**  315:25
**4200**  212:10

**433**  216:16
**440**  218:5
**441**  218:7
**445-4003**  211:12
**45**  417:3
**451-3993**  212:20
**472**  216:20
**483**  217:4
**495**  208:25

---

### 5

**5**  217:12 243:2,14
  347:9
**5219195**  208:24
  493:5 495:2
**54**  342:10,17,20
**555**  211:9 214:7
**5:13**  326:6
**5:36**  326:9
**5th**  214:7 362:23

---

### 6

**6**  208:12 217:14
  244:18,25 245:7
  245:15 290:23
  403:7,15
**6,475,108**  302:3
**623-1900**  210:14
**639,342**  382:2
**65,996,118**  389:1
**650**  213:18
**67**  239:10
**698-3204**  213:11
**6th**  331:15

---

### 7

**7**  217:16 256:21
  259:3,3 260:18
  353:7 358:24
  485:4
**70**  239:7
**7321**  492:24

**[75201 - actual]**

**75201**   213:10
**7:05**   393:17
**7:39**   393:20

**8**

**8**   358:24
**80**   477:5
**80202-2642**
   212:11
**827**   208:22
**849-5206**   213:18
**8568**   402:14
**8:37**   438:8
**8:50**   438:11
**8th**   338:16 347:8

**9**

**90**   307:22,23 308:5
**90013**   214:9
**92612-4412**
   212:19
**94304-1211**
   213:17
**94607**   211:11
**949**   212:20
**98101**   210:13
**9:34**   471:23
**9:47**   472:1
**9th**   410:25 413:23
   420:1

**a**

**abide**   483:14
**ability**   233:5 249:7
   252:13 265:9,12
   321:1 322:2 390:5
   398:6 443:20
   448:4,14 449:7
**able**   222:22
   226:10 230:22
   235:8 249:12
   250:6,17 273:21
   292:25 301:4

302:5 317:3
321:19 329:4
334:24 357:3
375:10 380:5
381:8 391:9,24
392:3 401:12,25
419:8,8 440:11
453:6 481:8,9
**absolutely**   393:5
**abundantly**
   282:21
**access**   222:22
   223:9,24 224:11
   224:13 227:15
   228:11,16 229:8
   229:10,25 230:9
   230:14,21,22
   231:4,23,25
   232:16,19,23
   233:9 234:11
   235:3 236:9,14,15
   236:22 237:7,8,9
   237:15,19 238:25
   239:1 241:4,13,19
   241:22 249:12
   250:6,17 251:21
   252:14 253:13,25
   254:1 258:20,23
   263:15,24 269:4
   272:16 275:16
   276:11,17 277:16
   277:25 283:15
   284:8 285:20
   286:8,20 287:10
   287:16 288:10
   289:5 290:2 291:5
   291:15,25 293:15
   295:10 303:24
   305:16,16 306:4
   308:9 309:19
   310:13 313:11,11

314:4 315:14
317:20 318:11,16
318:20 319:1,5,12
319:14,15 320:12
320:21,25 321:6
321:16,17,18,20
321:22 322:1
326:13 333:18
343:8 345:4,7,15
345:19 346:10
347:2,6 358:25
366:8 369:7,23
370:22 375:25
400:5,15,21,24,25
401:13 402:1,9
406:17 408:8
414:14 418:22
424:9 425:7
426:24 427:2,3,7
427:15 428:8
429:6,17,24 430:4
430:12,23 432:9
432:18 441:25
443:6 447:19
448:4,14 449:7,13
449:17,20 451:6
451:10 454:8,23
455:10,20 456:12
457:3,19 458:24
459:21 460:20,24
461:4 463:8 464:1
464:22 465:3,11
465:15,20,21
466:1,7 467:24
469:3,9,14 470:3
474:13,16,23,24
476:9,19 477:16
477:25 478:9,20
478:24 479:1,6,9
479:13,18 480:8
480:22 481:2,19

482:4,9,19 483:3,8
488:12,23
**accessed**   317:9
   477:9 486:18
**accesses**   370:19
**accessing**   230:7,8
   231:7 316:3 317:4
   477:5,17
**account**   288:8
   289:4 290:1 291:4
   291:14,21 380:6
   392:10 486:13
**accurate**   247:1,8
   390:3 396:13
   437:20,24 479:14
   480:9,23 488:19
**accurately**   353:14
   353:15 358:20
   437:14
**acknowledging**
   412:3
**acronym**   364:20
**act**   246:17 249:12
   250:6,17
**action**   492:17,18
**actions**   208:7
   209:7 336:7
**active**   373:7,16
   374:2,10,12
   388:16,21 389:1
   389:14,19,24
   390:8
**actively**   301:15
   389:12
**activity**   372:23
   375:2,15 376:6,14
   376:15,18,20
   377:3 392:19
**acts**   479:12 480:7
**actual**   329:25
   403:14

Veritext Legal Solutions
866 299-5127

[actuality - answer]

**actuality** 360:1
**ad** 287:23
**adaniel** 210:17
**adavis** 211:13
**add** 256:23 306:1
  342:11
**added** 230:9
  231:18 255:6
  274:13 329:19
  330:7,13,19
**addition** 326:14
  400:9 427:5
**additional** 221:14
  222:14 237:22
  273:8 278:16
  307:18 329:19
  333:10 346:18
  427:10 429:24
  476:23 489:3
**address** 263:6
  440:5 441:5
  455:18,23 457:15
  469:1
**adds** 274:11
**adele** 210:8 219:17
  243:12
**adieu** 220:7
**administered**
  221:2 492:7
**administering**
  220:10
**admit** 225:19
**admitted** 225:9
  226:2,3,19,20
**admitting** 225:13
  225:14
**adopted** 339:25
  466:10
**ads** 369:11
**advance** 222:4
  304:5,10 305:3

342:25 343:17,22
  349:12 437:9
**advantages** 226:18
**advent** 402:10
**advertising** 375:11
  383:15 384:1
  391:8
**affirmative** 425:24
**affirmatively**
  228:20
**afternoon** 221:7
**agenda** 364:8,10
  364:21,23 366:9
**aggregate** 225:25
  226:8
**aggregation**
  226:24 227:9
**aggregator** 378:24
**aggregators** 368:3
  378:18
**ago** 270:20 281:20
  309:3 336:1 405:7
**agree** 220:9
  228:25 253:8
  293:5 419:8
  428:22
**agreed** 266:19
**agreeing** 425:24
  446:9
**agreement** 266:12
  281:7
**agreements** 263:5
  399:6,7 420:20
  456:11 457:2,18
  458:23 459:20
  460:19,22
**ahead** 234:16
  284:4 290:20,24
  335:19 353:7
  355:7 458:18,19
  468:5 482:1

**aligned** 251:17
**allow** 223:8 232:7
  240:12,12 256:2
  268:22 269:4
  270:2 274:5
  318:16 333:10
  342:11,18,23
  395:22 406:17
  411:23 418:22
  451:24 455:20
**allowed** 248:8
  253:2,3,13 258:19
  258:22 275:16
  318:20,21,24
  320:17 340:3
  392:18 460:23
  474:24 477:24
**allowing** 232:15
  293:6 329:3
**alternative** 435:11
**alternatives**
  424:23
**alto** 213:17
**amazon** 383:22
  388:2,7
**amee** 473:14
**american** 362:20
**amir** 327:15
**amount** 252:15
  253:6 297:4 305:2
  320:8 383:21
  451:1 452:4,7
**amounts** 450:20
**analysis** 239:18,21
  240:1,15,19 263:7
  264:20 276:5
  301:7 302:16,24
  302:25 348:11,21
  348:21,24,25
  349:11,14 380:4
  381:2

**analyst** 347:13
**analyze** 347:14
  348:14
**analyzed** 239:18
  349:4
**analyzing** 384:10
**angeles** 214:9
**anne** 211:6
**announced** 246:1
  247:6 278:6
  284:20 285:14
  298:9 304:11,22
  307:11 348:2
  409:20 436:9
  438:17,21 445:20
  459:2
**announcement**
  304:6 314:11
  318:6 334:12
  445:22
**announcements**
  298:12 343:4
  467:8
**announcing** 414:3
  423:19
**annoyingly** 362:25
**answer** 228:12,21
  229:13,13 240:10
  240:12 251:14
  254:11 261:8,14
  261:19,24 268:8,9
  269:17 270:9,17
  270:20 272:23
  273:19 278:25
  279:2 280:4
  284:13 286:23,24
  289:19 290:5,6,15
  291:19 292:23
  293:1,18 296:22
  301:8 316:11,12
  316:15,17,19

**[answer - app]**

325:2 330:10,23
335:11 337:6
339:15 340:20
341:2,4 342:2
348:14,16 349:2
349:19 351:13
356:12 358:20
371:9 372:6
373:21 374:21
375:10 381:16
383:18,20 385:6,7
385:8 386:18,22
388:6 390:3,14,25
391:10,24 392:4,7
392:16 396:1
412:12,16 413:8
414:22 420:13
434:18,24 436:1
437:22 446:5,25
447:12,21 448:18
452:22,24 455:8
458:4 459:12,15
460:10 461:1,14
461:19,19 462:9
462:10 464:6,7
467:16,21 468:3
468:10,14,17
469:24 476:4,5,7
479:24 480:2,18
481:4,6,8,9,10,12
481:13,14,22
488:17
**answerable**
386:23 387:2
390:18 391:10
**answered**   223:13
228:19 311:5,7
312:11,13 352:11
371:8 385:1,2,5
415:6 447:24
456:16 457:7,12

458:8 461:13
470:10 482:6
**answering**   223:15
230:2 276:3
377:17 389:21
431:18 461:12
467:12,15
**answers**   257:14
420:23
**anymore**   276:16
373:2
**anyway**   300:17
**ap**   455:11 456:13
457:19 463:9
**api**   217:5 222:23
223:10 224:2,20
224:20 225:9,21
226:11,25 228:3,3
228:7 229:3,9
230:6,10,15 231:1
231:13 232:8
234:22 252:15
253:6,12 257:1,17
262:23 296:13
297:25 299:15
300:14,15 312:18
313:12,23 314:11
314:18 316:4,18
316:19 317:3,4
318:6 319:18,19
320:10,16,25
322:1 334:15
340:16,16 345:6,8
346:20 347:6,23
357:2 399:16
400:3,11 402:10
409:21 415:16,16
418:6 421:25
422:1 424:11
425:20 426:8,19
432:10,21,24

435:4 438:18,20
440:19 443:3,6,23
445:3,4 446:3,14
446:22 447:15
450:16,25 452:3
452:13 453:3,19
454:7,22 455:13
455:15,16,21
456:13 457:4
458:25 459:22
460:21 461:4
464:2,2 465:7,12
465:16,23 466:2,2
466:9 467:25
469:4,10,15 470:4
477:5 484:14
485:9 486:3,5,11
486:24 488:2,24
**api's**   400:4
**apis**   227:20,23,24
227:24 228:7,11
228:16 229:4,8,10
229:21,25 230:23
231:22 232:1,9,21
233:3,24 234:3,19
234:21 262:19
298:1,6,17 299:2,5
299:21 300:1,21
315:15 317:9
318:16,19,21
345:5 346:3,11
347:2 399:22
400:10,16,22
401:11,24 402:9
411:22 412:2,24
417:3 420:3
421:24 423:20
424:10 426:15,25
427:2,3,16 428:9
445:10 450:7,14
450:15,15,16,17

450:19,20 451:16
451:19,21 452:11
452:16,20 453:7,9
453:14,15,20,20
454:1 455:2
464:23 469:2,8
474:23 486:6
487:7
**apologies**   295:15
352:11 416:18
**apologize**   295:16
416:17
**app**   216:21 224:24
225:14 226:11,13
226:18 231:3
233:6 235:9 236:9
236:14,15,21,22
237:14,18 238:12
238:17,24,24
239:4,8 248:10
249:9,11,14,18,25
250:8,19 253:4,23
253:24 254:3,24
255:14 258:19
273:23,25 274:3,6
276:11 287:15
297:2 301:15
302:2 305:18
306:4,9 312:9,23
313:5,10,13,24
314:25 315:18,18
315:22 317:9,17
319:9,12 320:13
321:6,9 322:3,16
322:16 328:3,5,8,9
336:18 353:5
369:10 372:21
373:1 376:18
377:3 389:22
409:24 414:14
417:3 418:22

[app - april]

430:14,25 441:8,9
441:21,25 442:2,9
442:12,19,24
443:6,8 444:6,24
445:8,25 446:12
446:20 447:6
448:8,24 454:8,9
454:23,24 455:5,7
455:9,11 456:10
457:1,17 458:22
459:19 460:18
467:22 469:1,7,19
470:7,21 472:11
473:23 475:6,17
476:21 478:12,22
483:6 486:11
**appear** 245:17
362:5 475:6,18
491:4
**appearances**
210:1 211:1 212:1
213:1 214:1
**appearing** 210:2
211:2 212:2 213:2
214:2 493:18
494:7
**appears** 267:4
269:2 275:23
281:14 312:25
314:12 350:15
352:25 353:16
360:15 378:3
381:4 382:11
477:9 486:1,9
488:5
**appendix** 312:14
312:16
**appetite** 303:24
**apple** 383:22
477:7

**appli** 461:7
**application** 225:20
226:1,3,20 231:17
237:3 238:6,14,23
252:4 253:3
254:25 258:22
271:19 273:23
302:13 328:23
389:24 443:21
446:15
**applications**
226:10 227:9
228:15 231:6
232:23 233:19,21
242:10 255:22
256:10 257:25
275:18 289:12
301:25 302:14
372:11 373:11
443:12,13 447:19
448:3 449:5,13,19
451:2 452:5 476:9
487:10
**applied** 320:3
**apply** 486:13
**appreciate** 410:17
459:12 460:6
479:25 480:19
483:17 490:2
**appropriate** 247:7
351:18 405:10
**approval** 486:19
**approve** 333:12
**approved** 256:10
335:25
**approving** 335:20
335:21 336:10,13
**approx** 477:5
**apps** 222:21 223:8
224:10 235:2
236:9 237:6,8

241:6,14,21,24
248:8 249:14
251:22 252:18
253:13,13 257:20
259:10 274:22,24
275:1,3,8,12,15,16
276:24,25 277:3,5
281:25 282:2
285:19 286:15,19
287:9,15 293:14
297:18 298:16
300:11,11,25
301:5 303:9,11,15
303:20,24 305:16
305:16 306:13,14
306:19 307:1,6,17
308:9,23 309:17
310:6,11,25 311:1
311:11,15 312:1,5
313:7,25 314:8
315:8,20,23 316:3
317:4,8,17,19
318:10 319:11,13
319:24 320:3,4,12
320:16,17,21,21
320:22 321:16,17
321:18 322:13,18
329:3 330:4
333:10,12,13,17
334:17 335:1,21
335:25 336:10
338:9 339:2,12,17
339:25 340:3,8,24
342:13 343:7,14
344:20 345:14
353:6,8,18,24
355:8,14 356:7
357:7 358:12
360:14,15,25
364:14 366:23,25
367:2,10 368:6

375:2,15 376:6
378:5,13,18,22,25
380:6 389:10,12
389:15 390:8
391:16,22,25
392:18 402:9
404:3,4,17,19,23
404:23 405:16,18
405:22 406:15
407:8 408:6 409:6
409:23 414:15
417:13 426:23
427:6,10,14 428:7
429:5,16 430:3
435:4 442:8 445:3
447:16 448:13
449:7,7,25 450:1,4
451:3,5,9,12,25
452:8 455:19,20
457:25 459:4
463:7 464:1,21
465:14,19,20,22
470:2,15 473:24
474:4,12,16,21,22
474:24 475:4,24
476:2,18,22 477:5
477:9,14,17,24
478:9,20,24 479:1
479:6,9,13,17
480:8,22 481:1,17
481:17,17,17,19
482:4,8,19 483:2,8
488:11,12,23
**april** 246:1 248:8
255:13 284:24
304:22 329:13
348:2 409:22
426:13 436:10
438:13,14,23
441:5 443:18
457:16 466:15,19

Veritext Legal Solutions
866 299-5127

**[april - aware]**

467:7 469:1
**archibong**   259:7
261:12 280:19
286:9 294:4 331:9
410:25 411:7
413:19 416:12
422:23 428:3
438:25
**area**   372:9 375:12
424:11,12 425:12
432:24 443:23
445:3 455:14
465:22 469:15
470:12
**argumentative**
482:22
**article**   473:20
**artifact**   478:22
483:7
**asap**   294:14
**aside**   244:16 362:7
363:8
**asked**   223:4,7
227:13,19 229:2
232:14 235:1
238:16 239:6,8
253:25 279:17
308:7 311:13,23
347:16,19 348:23
349:6 369:5,12
370:19,21 371:8
375:24 384:25
398:12 415:6
456:15 457:6,12
459:13,16 460:7
462:7 464:8
468:15,18 470:10
482:6 489:17
**asking**   228:25
265:17 271:12
272:12 292:22

316:14,21 326:11
346:25 354:25
360:23 370:25
387:23 398:19,24
399:19 402:3
460:9 461:15,25
462:19 467:13
481:13 482:18
**asks**   397:14
398:14
**assess**   265:24
282:5,24 360:5,12
360:23 384:19
**assessed**   385:21
386:19
**assessing**   388:9
**assessment**   268:1
281:8 358:24
367:19 378:1,4,10
378:17,22,23
379:4,13,24 380:7
380:21,22 385:17
385:19 386:5
416:25
**assigned**   463:3
**associate**   214:16
**associated**   364:2,2
381:9 389:11,23
425:4
**assume**   246:6
277:12,13 287:12
362:20 391:17
406:11 411:9
434:17
**assuming**   294:13
442:25
**assumption**
473:22
**attached**   245:21
274:24 275:14,21
278:17 350:3

361:10,15 363:13
394:1 413:17
433:18 435:3
472:7 483:21
**attachment**   244:7
244:16 259:10
327:19 350:7
361:17 411:10
413:23
**attempt**   341:6
348:18
**attempted**   317:7
317:10
**attempting**   263:20
264:3 265:24
278:6 283:23
288:19 359:25
429:21
**attorney**   212:17
213:7,15 219:14
220:13 492:18
**attorneys**   210:10
211:8 212:8
**audience**   309:25
310:2 414:6,10
456:23
**audit**   282:4 296:13
296:19 297:12,14
327:19 338:10
404:1,3,22
**august**   244:4
260:24 284:18
**auld**   211:5
**authenticating**
258:20,23
**authentication**
236:12 301:12
**author**   243:17
316:24 363:2
370:25 371:1
382:8 415:10

422:10,13
**authored**   416:19
419:22,24
**authoritative**
261:8,14,19,24
**authority**   463:16
**authorization**
236:10
**authorize**   238:14
**authorizing**   238:5
**available**   227:25
228:1,3,4 230:16
230:19,19 232:20
232:24 233:10,23
233:24 234:3,23
242:13 254:23
255:14 256:8
299:8 300:10
320:19 337:12
395:16 415:20
418:23 443:11
446:15 451:2
452:5,7 453:21
465:7 486:18,23
486:24 487:6,7,9
488:1,2
**avenue**   210:11
213:8
**average**   238:13
239:8,10 373:3,7
**avoid**   479:21
**avoiding**   467:12
**aware**   227:5
354:10 387:4
424:13 432:7,17
432:25 433:4,7,10
433:13 435:19,24
436:2 458:1,11,12
458:13 463:25
464:4 467:10

[awesome - blume]

**awesome**  350:12

**b**

**b**  208:12 212:16
  214:5 215:8 216:1
  217:1 290:23
  409:3 494:1
**back**  221:11
  255:11 259:2
  260:14 261:1
  280:24 289:18
  290:19 309:11
  326:8 330:19,21
  340:11 342:2
  347:7,10 349:2
  363:22 366:9
  375:2,16,20 376:6
  376:14,18 378:12
  392:19 393:19
  396:4 401:18,20
  410:15 416:10,21
  426:1 432:14
  438:4,10 443:25
  444:15 448:19
  454:15 459:15
  471:25 475:2
  479:24 480:4
  487:13
**backward**  266:12
  365:25 399:7
  422:6
**backwards**  266:18
  420:21 421:12
**bad**  371:23,25
  372:2
**badoo**  319:22
**balance**  257:15
**bang**  260:2,2
**bar**  404:10,24
  406:7,9,13 407:16
**based**  226:23
  239:19 249:22

269:2 275:22
281:6 282:7 283:1
283:13 288:5,23
328:3,5,8 333:15
350:15 351:7
353:16 378:3
382:10 385:21
389:24 398:12
411:18 412:16
413:12 473:22
485:21
**basis**  233:21
  314:21 315:1,15
  315:19 322:11,16
**bates**  333:3 396:19
  396:21 402:13,13
  416:7 485:5
  487:20
**beginning**  219:13
  262:3 263:2 274:8
  281:4 350:21
  398:11 403:5
  410:4 473:19
**behalf**  209:16
  219:20 240:13
  270:18 271:24
  279:5,25 284:13
  286:25 293:19
  323:7,8 351:13
  356:12,16 358:21
  370:11 372:7
  436:1 461:25
**behavior**  248:17
  443:23
**belabor**  228:17
**belief**  415:25
**believe**  219:22
  240:4 241:18
  297:6 364:9 412:1
  472:3 476:21

**believed**  277:23
  420:1
**believing**  475:5
**belongs**  249:8
**beneficial**  375:7
**benefit**  246:24
  247:17
**benefits**  293:6
  375:1
**best**  238:21 264:3
  267:21,23 292:8
  339:4,4
**better**  258:12
  292:25 309:7
**beyond**  254:19
  294:12 348:6
  373:17,18 374:23
  375:8 381:11,14
  389:4 392:13
  407:10 412:10
  415:7
**bfalaw.com**
  211:13,14
**big**  369:7,14,18
  370:13 421:6
  431:9,20
**bigger**  396:23
  436:23
**binder**  243:3
**binding**  220:11
**bing**  314:19 315:3
  315:13 322:10
  383:22 391:17
**bio**  393:4 471:17
**birthday**  436:19
  436:24
**birthdays**  319:22
**bit**  234:18 252:24
  261:3 272:5
  276:20 308:7
  338:20 349:18

354:17 358:23
399:1 417:7 419:8
436:23 454:17
478:4
**bleichmar**  211:5
**blog**  242:8
**blowing**  243:9
**blume**  212:6
  219:19,19 220:15
  222:11,12 227:2
  229:11 240:8
  244:19 245:3
  247:24 248:4
  251:2,4,12 253:9
  254:9,19 255:7
  257:23 258:6,10
  295:13 331:1
  335:3 337:9
  339:13 340:1
  341:5 342:4
  344:13,16 345:21
  346:4 348:6,17
  351:11 352:8,20
  354:4,15 355:16
  356:10 358:14
  359:5 360:7 361:3
  367:13 369:16
  370:1,7,15,23
  371:5,7,21 372:5
  372:19 373:5,17
  374:3,20 375:8
  376:2,10,23
  377:20 378:7
  379:7 380:9,24
  381:11 382:6,16
  382:18,20,23
  383:13,24 384:7
  384:25 385:6,8
  386:2,11,25
  387:15 388:4,18
  389:4 390:10

[blume - capabilities]

391:2,23 392:13
393:1 395:24
398:4,21 399:24
401:2,14,20 402:6
405:24 406:20
407:10 408:9,20
410:18 411:12
412:10 414:8,19
415:3,4,6,21 416:6
419:1,15,18 420:5
420:11,22 422:17
423:6,24 424:18
425:2,9,21 426:10
426:18 427:17
428:10,19 429:1,7
429:19 430:6,17
430:20 431:2,12
432:22 433:5,11
434:15 435:21
436:17,22 437:2
437:10,15,25
439:24 442:13
444:8 445:1 446:1
446:7,13,21
447:14,23 448:10
449:2 450:10
451:18 452:1,18
453:1 454:4,11
455:1,24 456:5,15
457:6,11,21,24
458:6 459:1,23
461:6,9 463:17
465:17 466:4,18
468:2,5,6 469:11
470:9,22 471:2,7
474:5 476:3,13
477:23 479:4,16
480:24 481:5
482:6,13,21
484:22 488:20
489:6

**bo**  399:14
**board**  310:24
  311:9,10,12
  394:12
**bolded**  487:3,25
  488:18
**bottom**  262:5
  304:9 485:7
  487:19
**bottoms**  417:20
**box**  237:23
**brackets**  275:3
**branded**  271:18
**break**  252:8
  280:12 325:13
  393:2,4,4,7 409:11
  410:13 438:1
  471:8,17 472:2
**breaking**  248:13
  248:15,16,20
  263:4 266:20
**breaks**  277:5
**brief**  268:15
  407:12
**bring**  221:17
  295:19 428:21
**bringing**  223:18
**broad**  425:11
  443:9
**broader**  334:5,14
**broadly**  251:17
  308:19 334:7
  392:8
**broken**  248:18
  293:7,8 379:13
**browse**  273:22
  274:5
**browsing**  273:24
**bryan**  331:9,18,19
  332:14

**bucket**  264:20
  265:20 281:5
  365:12,16,20,24
  366:3,7
**bucketing**  408:6
**buckets**  277:24
  364:11,22 365:1,9
  366:10 397:20
  398:3,17,20
  399:21
**build**  318:17,22
  320:17 338:10
  346:17 357:3
  460:2,23 466:8
**builds**  234:5
**built**  228:10,14
  234:7 320:16
  372:12 412:23
  459:8
**bulk**  242:4 477:6
**bullet**  235:25
  237:20 241:1,16
  266:21 267:8,13
  268:19 273:4
  296:18 303:22
  306:2,11,24
  308:13,22 310:6
  312:8 322:9 333:7
  335:15 336:5,19
  338:5 342:6
  347:12 414:13
  415:15 417:2,11
  418:5 423:17,23
  424:4
**bullets**  277:7
  281:11
**bunch**  288:2 335:8
  359:8,24 384:12
**buongiorno**  213:6
**business**  262:1
  309:18 375:7,11

383:15 384:2
  391:8
**button**  227:3
**bypass**  226:11

| c |
|---|

**c**  212:6 217:4
  484:14
**ca**  215:13,14,21
  216:8,9,13,14,18
  216:23,24 217:6,7
  333:4 396:19
  485:6 487:23
  493:9,12,20
**calculate**  374:12
**calculated**  380:12
**calendar**  393:11
**california**  208:2
  208:21 209:2
  211:11 212:9,19
  213:17 214:9
  492:2
**call**  225:21 243:19
  329:11 397:4
  411:16
**called**  238:23
  368:21 371:3
  395:15 434:10
**calls**  352:21
**campen**  210:7
**canonical**  224:23
  225:3,4,13 396:1
  434:23
**capabilities**
  296:10 297:18
  327:17 328:4,18
  328:25 330:7,13
  330:18 333:10
  338:11 340:5
  342:10,17,21
  346:18 366:2,8
  399:13,14 402:7

Page 9

[capability - changes]

**capability** 231:19
297:2,17 327:19
328:22 330:7
339:20 365:25
477:15
**capacity** 227:8
239:24 255:17
287:1,5 290:23
296:23,25 297:10
298:24 301:9
303:18 304:2
309:15 310:1
329:22 333:25
336:2 339:15,18
344:18 355:24
356:22 358:8
372:9 406:23
408:24 420:15
437:23
**captioned** 367:1
**car** 307:3
**care** 373:16
**careful** 488:10
**cares** 374:1
**cari** 210:7 219:17
**carry** 281:24
**case** 208:4 209:4
231:3,15,17
244:24 250:16
270:5 292:16
314:20,21 315:15
315:15 320:4
321:13 322:11,11
344:14 358:10
360:21 377:2
394:23 409:3
441:9 445:6,16
492:14
**cases** 259:9 262:10
268:2,23 270:2
404:13 408:3,5,11

408:16,19,22
418:10 420:2,24
424:4,7 455:5
459:25
**categories** 263:6
277:6 308:11
313:10 319:20
353:6,8 355:8
364:14 366:11
367:2,15,18
377:18 378:5,13
378:22 379:4,10
379:14,20 380:22
404:16,19 405:2
417:17 486:17
**categorization**
285:25 405:12
417:15 418:1
**categorize** 286:15
303:20 324:20
**categorized**
353:24 418:3
**category** 266:5,6,9
275:4 277:8 279:7
307:4 308:2
310:18 314:17
315:9 317:17
318:10 345:12
366:24 367:17,18
379:5 387:11
388:12,21 389:3
391:12 392:17
405:4 407:7 422:2
**cause** 268:3 274:2
**caused** 306:1
**causing** 373:2
**caveats** 486:13
**cc** 259:7 327:16
397:22 433:21
**ccp** 493:9,12

**ccr** 208:21,22,23
492:24
**cdavis** 212:21
**certain** 222:21
223:8 227:25
232:7 233:9 248:9
262:18 268:23
270:2 307:6
334:17 336:18
337:14 341:17
343:7 358:10
372:3 377:8
382:12 385:23
395:8 401:4
406:22 422:24
426:15,23,24
429:23 439:2,4,13
453:2 455:22
456:10 457:1,17
458:22 459:19
460:2,18,22 461:3
461:7 463:3 465:3
465:14 475:24
476:2 489:7
**certainly** 285:13
298:10 303:4
304:23 306:10
322:24 388:8
408:12 417:8
453:19 481:9
482:23
**certified** 209:20
209:21 492:1
**certify** 492:3,16
**cetera** 258:25
**chakravarti**
347:12,18 348:19
**challenge** 224:25
**challenges** 230:2
**chance** 260:17

**chang** 245:1 259:7
260:23 261:17
262:4 263:13,17
263:22 265:19,22
266:10 270:1
278:1 285:17
286:9 288:7 294:4
331:9 416:5,12
419:24 422:14
439:10,11
**chang's** 263:2
264:18 272:14
273:4 284:6
354:14,21 411:6
**change** 225:23,24
226:17 304:23
423:19 424:10
427:2,4 430:18
440:20 441:19
442:6,17 444:4,21
453:20 459:5
495:4,7,10,13,16
495:19
**changed** 248:17
284:24 298:9
308:14 334:11
357:18 403:13
409:7
**changes** 216:18
224:2,22 245:25
246:16,19 247:6
247:22 248:6,13
248:15,16,21
250:13,23 251:1
262:17,23 263:20
265:25 266:20,23
267:1,7,11 268:13
269:11 278:5
283:25 284:19,21
285:11,13 288:21
288:23,25 298:7

**[changes - communications]**

304:5,13 305:4,13
307:10,21,22
308:4 329:12
330:2 334:15
345:8 349:12
356:24 357:1,1
359:12,19,21
370:18 372:10,25
373:9 383:9
384:12 385:21
409:20 421:6
424:12 425:11,18
426:7,12,14,20
428:14 430:8,9
431:4,6 432:1,23
433:24 435:10,19
436:2,5,9 438:17
440:15 458:14
459:2,3 464:20
486:6
**changing**  216:21
306:9 432:5
472:11
**characterization**
424:2
**characterize**
412:18 415:23
418:15
**check**  222:14
**chen**  214:16
219:20 220:2
**choices**  468:14,16
**choose**  238:7
372:21 373:11
427:14 428:7
441:20 442:8,11
442:18,23 443:19
444:5,23 445:8,24
446:11,19 447:6
448:7,24 469:19
470:7,20

**choosing**  376:5
377:3
**chose**  415:10
**chosen**  455:22
**chris**  259:8 261:22
261:23 262:4
264:19 286:9
294:12 310:25
**circulating**  244:11
**circumstance**
422:3
**circumstances**
418:21 423:4
**civil**  493:19,20
**ck**  243:19,23
244:11 256:13,14
**claims**  475:3
**clarification**
301:20 311:24
334:4
**clarifications**
485:20
**clarify**  256:6
378:14 435:8
489:17
**clarity**  238:22
337:13
**classification**
262:14 303:15
312:5
**classified**  318:4
322:25
**classifies**  324:14
**classify**  303:11
310:24 311:11,15
311:25 324:1
325:7,7,8 398:19
**claufenberg**
210:16
**clause**  266:13
365:25

**clean**  474:10
**cleaner**  296:14
**cleanup**  296:10
**clear**  227:12
230:12,25 232:14
237:5,11 252:25
278:9,11 280:16
282:11,21 309:21
310:16 319:10
346:23 352:14
360:19 377:14
383:2 384:17
417:9 425:14
426:3 456:25
462:24
**clearly**  330:23
383:17 386:15
469:24,25
**click**  264:14
**client**  219:21
**clients**  318:17
319:4 466:9
**clip**  440:4
**close**  342:9
**closely**  338:7,25
**code**  248:18
307:25 343:12
369:10 493:9,12
493:19,20
**coherent**  353:2
**coleman**  473:15
**colin**  212:16
219:22
**colorado**  212:11
**column**  302:1,4,9
312:21,23 313:5
313:12,13 315:22
317:18 318:3
319:9 371:15
379:24 391:16

**columns**  312:17
399:14
**come**  273:21
303:14 327:3,5
342:2 349:17
375:20 384:12
401:7 409:7
**comes**  363:15
366:22
**comfortable**
475:19
**coming**  265:19
267:4 299:23
334:2 440:2
**commencing**
209:17
**comment**  488:6
489:11,11,21
**commented**  478:1
**comments**  253:14
350:17 361:21
466:13 488:6
**commitment**
404:11 405:1
406:14,16 407:2
407:15
**committing**
225:13
**common**  321:2
322:3
**communicate**
395:12 477:21
**communicated**
463:15 464:16
476:12 489:4
**communicating**
245:10
**communication**
424:14
**communications**
473:11 476:16

Page 11

[community - context]

community  436:8
440:1 443:10
companies  268:12
307:25 311:1
318:11 365:18
385:15 386:6
460:1
company  239:15
240:10,13 270:9
270:18 271:2
273:18 284:13
285:7 286:25
293:20 309:13
310:12 325:6
348:19 351:14
355:18 358:18,21
366:1 372:7
386:20 462:4,13
462:15,16,18
company's  227:6
387:17 388:6
compatibility
266:13,18 399:7
420:21 421:13
422:6
competent  317:14
competitive  273:5
273:6,15 274:2
complete  234:10
242:1 324:25
397:21
completed  242:4
493:7,17 494:6
completeness
278:18
completing  397:19
398:16
completion  492:14
494:10
compliance
292:17

complicated
225:16 461:17
complies  220:18
comply  306:14,20
307:2 421:12
compute  390:15
computed  302:10
con  353:2
concept  233:17
336:14
concepts  231:2
429:9
concern  227:10
254:15,18 356:19
372:13
concerns  226:10
226:15,16 356:1,3
373:8
conclude  359:16
489:24
concluded  255:24
conclusion  352:22
353:20
conference  436:13
438:13
confident  452:12
confidential
208:11
confirm  222:10
232:5 240:20
247:7 264:22
279:4,10,11,13,19
279:25 286:3
291:19 295:10
348:8,11,25 358:5
360:8 361:4 382:7
408:21 411:14
482:14
confirmed  477:17
confirming  279:24
279:24

confused  241:10
243:20 378:15
461:21
confusing  280:10
475:11
confusion  410:16
412:4 462:22
467:20
connect  307:14
connected  384:14
connection  334:18
352:5 354:17
361:1 369:6
373:23 383:8
385:12,24 399:23
489:5
consider  230:6
231:22 257:13
285:3 309:19
310:12 356:6
367:14 370:12
considerable
409:6
considerate  430:9
consideration
246:5,15 259:10
262:11 289:3,25
291:3,13 319:23
407:22,24
considerations
266:10 269:3
273:8 292:17
320:2 405:9 421:8
considered  230:10
253:16 262:24
270:12 271:11
273:1 293:11,13
296:8 300:22
304:16 315:10
344:8,19,22 345:7
355:25 356:23

421:23 424:11
426:16 427:6
434:14,17 435:10
467:23
considering
267:17 381:5
470:2
consistent  308:13
308:19 314:15,15
318:7 323:13
488:17,21
constantin  243:18
256:14,15,16,17
construe  281:12
construed  269:23
349:13
construes  271:2
consumer  208:4
209:4 219:9 493:4
495:1
cont'd  212:1 213:1
214:1 216:1 217:1
218:1
contact  397:17,18
398:15 399:20
493:9
contain  464:21
contained  491:4
containing  269:9
content  252:3
375:4,17 455:7
contents  265:15
395:5
context  250:10
259:19 265:11
268:5 270:15
271:7,25 272:10
272:11,14 273:2
278:3 291:24
293:14 300:9
309:7 321:9

[context - creating]

357:10 359:9
360:9 370:21
372:1 374:6,11,24
376:3,4,13,17,24
387:20 389:9,19
389:20 398:6
399:22 412:9
415:2,14 476:23
488:14 489:1
**contexts** 293:22
309:14 355:22
**continue** 230:7,21
231:4,7 232:15
255:4 256:2 269:4
283:15 285:19
286:20 287:9,16
319:14,15 320:6
320:17,21 326:12
329:5 330:4,4
333:18 345:7
400:23 406:16
418:22 425:7
426:24 427:15
428:8 429:5,17
432:5 455:20
458:15 459:10
460:4,25 461:3
463:8 464:1,22
465:3,11,14 466:7
469:14 470:3
477:8
**continued** 223:24
242:7 272:16
277:25 288:10
289:4 290:2 291:5
291:15,25 309:19
314:10 318:6,11
319:11 320:12
408:7 446:4,4
447:11,18,19
456:12 457:3,3,19

458:24 459:21
460:20,24 465:20
465:21 466:1
467:24 469:3,9
474:13
**continues** 451:24
**continuing** 431:16
**contract** 312:9
365:25 404:11,25
406:14,16 407:2
407:15 411:18
415:17,20 421:9
421:22 477:8
488:12
**contracts** 421:25
422:6
**contractual**
421:11
**contractually**
266:19
**contradict** 475:7
**control** 246:21
247:14,20,22
343:5
**controversial**
353:8,9,12 355:8,9
357:5
**conversation**
227:17 263:18
274:11,14 309:2
397:5
**conversations**
285:9 288:2
326:18 401:7
463:19
**conversion** 237:24
239:5,9,18,22
240:6
**conversional**
353:6

**coordination**
417:12
**copied** 475:1
**copy** 275:13
440:24 472:15
**core** 392:21,21
**corporate** 208:13
324:24 408:18,23
413:7,14 414:22
435:18 452:14,23
458:18,20 459:18
460:16 461:18
**correct** 230:17
236:5 237:7 256:3
269:6,9 275:24
294:20 296:6
313:3 327:24,25
365:22 368:5,8,9
368:10 395:14
419:5 439:16
442:2 443:8 446:6
447:22 448:9
449:1,11,15,18,23
454:25 455:9
461:5 465:16
466:3,25 467:7
468:1,13 469:4,10
470:8 486:4,7
489:14 491:5
**corrected** 491:5
**corrections** 485:20
491:3 493:14,15
494:3,4
**correctly** 228:21
237:25 238:1
252:22,23 268:25
269:1 276:22
303:12,13 329:6,7
331:19 351:5,6
360:17

**counsel** 210:1
211:1 212:1 213:1
214:1,16 219:13
220:2,3,5,9 221:11
222:10 235:13
295:9 330:21
342:1 393:7
461:23 462:19
464:14 468:5
482:2 493:18,21
494:7
**counselor** 468:23
**count** 451:20
**couple** 221:10
259:15 471:15
486:16
**course** 245:11
259:20 427:22
470:18
**court** 208:1 209:1
209:21 220:1,8,16
220:19 246:9,11
249:2 251:2
289:18 290:18
311:9 325:24
350:2 361:14
363:12 371:5
393:25 415:4
433:17 444:16
454:16,20 472:6
483:20
**cover** 256:13
366:17 407:2,2
422:22 423:2
471:13
**create** 231:20
**created** 298:11
342:22 409:23,24
446:16
**creating** 332:21

Veritext Legal Solutions
866 299-5127

**[creation - day]**

**creation** 424:15
**criteria** 215:12,17
216:5 257:21,25
282:7 283:2,5
286:7 350:7,8,23
351:2,8,16 353:17
353:22,25 354:2,3
354:12 355:1,6
362:16 363:20
365:5,11 368:21
371:3 387:19
407:22,23 408:2
418:4
**critical** 295:11
326:2 363:4
**cross** 208:13
209:15 215:3
219:7 220:16
221:1,7 222:18
227:9 243:3 245:6
247:1 248:3 257:3
258:1 260:16
294:1 295:20
325:17 326:10
327:11 331:6
350:5 354:11
361:17 362:12
371:10 393:8,21
394:18 397:23
410:10 416:10
433:3 436:4
438:12 440:12
443:2,16,25 445:7
454:6,21 459:11
461:24 465:9
467:12 469:7
471:11,14 472:3
479:20 480:18
481:24 482:17
483:24 489:25
491:1,11 493:5

495:2
**cross's** 244:20
**crutcher** 212:5
213:5
**csr** 208:21,21,22
492:25
**currently** 298:1
303:9,16
**cycles** 307:2

**d**

**d** 215:1
**dallas** 213:10
**damage** 430:14,25
**dan** 310:3
**daniel** 210:8 214:5
219:17 295:2,4
**daniels** 259:8
261:22,23 286:9
**data** 227:9 231:7
232:8 236:9,22,23
237:7,15,19
238:14 249:8,10
249:25 252:16
254:7 263:8,24
268:21 269:5
274:25 276:5
302:20 312:24
313:13 315:22
317:9,11,12,14,18
318:20,25 319:10
319:12,15,16
320:13,23 321:6
321:10,20,23
322:6 326:13
333:10,19,22,23
334:4 347:13
360:5,13 374:15
374:18,22 375:6
375:24,25 376:1,3
376:4,8,9 377:9,10
377:11,12,12,15

377:19,21 379:16
381:2,2,21 383:1
390:16 391:14,19
391:20 392:5,9,20
401:13 402:1
411:23 414:15
417:9 418:23
441:10,10,21,25
442:8,11,19,24
443:7,19 444:6,23
445:8,24 446:12
446:20 447:6
448:8,24 450:2,7
450:12,18 451:4
451:14,25 452:7
452:11,17 453:6
454:1,8,23 455:10
456:12 457:4,19
458:24 459:21
460:20 461:4
463:8 465:12,15
467:25 469:3,9,19
470:4,7,20 474:14
477:10,18,22
486:17,23,25
487:6 488:1,3
**database** 225:7
**date** 257:4 304:9
327:23 331:13
362:18 403:11,12
403:16 409:13,16
409:24,24 410:1
412:23 467:11
484:12 492:19
493:16 494:5
495:24
**dated** 216:16
244:4 294:4
337:17 350:6,22
397:7 402:18
410:25 433:22

472:10 473:16
487:15 492:22
**dating** 319:21,24
320:3,4,12,15,16
320:20,21 321:16
321:17,18
**davis** 211:6 212:16
219:22 220:3,5
262:20 264:1
265:6,13 267:9
268:7 269:7 270:7
270:16,25 271:9
272:1,9,17,24
273:17 276:13
277:1 278:2,23
279:9,21 280:6,21
281:9 282:14
283:7,20 284:10
285:5,22 286:11
286:22 287:11,18
287:24 288:12
289:6,21 290:4
291:7 292:2
293:16 295:1,9
297:15 298:21
299:10 300:7,19
304:20 305:19
306:7 307:8
309:10 311:17
312:2 315:7,17
317:23 318:13
320:14,24 321:7
321:24 324:15
325:3,11 326:3
**day** 223:17 260:6
260:8 295:6,14
301:1,6 302:2
306:13,18 307:23
308:5 397:21
480:14 487:16
489:25 491:6

**[days - deponent]**

| | | | |
|---|---|---|---|
| **days**  306:14,19 | 307:11 311:15 | 292:21 293:19 | 292:3 293:17 |
| 307:1,22 477:10 | 330:1 341:22 | 355:18 356:13,14 | 297:16 298:22 |
| **de**  312:4 | 342:14 343:15,16 | 358:18 386:14 | 299:11 300:8,20 |
| **deal**  222:19 431:9 | 343:20,22,25 | 414:23 415:9 | 304:21 305:20 |
| 431:20 | 365:1 | 420:14 468:18 | 306:8 307:9 |
| **dec**  331:15 | **deck**  294:10,18,21 | **degree**  355:24 | 309:11 311:18,21 |
| **december**  331:14 | 295:20 296:1,9 | **deliver**  437:16,17 | 312:3 315:8,18 |
| 350:22 361:11 | 298:11 300:3 | 439:21 | 317:24 318:14 |
| 362:2 | 304:8 305:9,12 | **delivered**  439:15 | 320:15,25 321:8 |
| **decide**  234:8 | 306:2 307:9,20 | **denver**  212:11 | 321:25 324:16 |
| 263:23 268:22 | 308:3 309:16,20 | **department**  | 325:4,20 335:4 |
| 270:1 272:15 | 309:25 310:3,10 | 473:11 | 337:10 339:14 |
| 283:14 326:12 | 310:21 312:15 | **depend**  265:15 | 340:2 341:6 |
| 373:1 375:16 | 313:18 316:24 | 377:8 390:16 | 344:14,17 345:22 |
| **decided**  222:21 | 320:11 333:24 | **depending**  239:13 | 346:5 348:8,18 |
| 223:8 232:7,15 | 335:8 361:9,21 | 240:5 267:2 359:9 | 351:12 352:9,23 |
| 246:16 250:5,16 | 362:6,8,10,11 | **depends**  265:16 | 354:5,16 355:17 |
| 255:4 285:16 | 363:16,18 364:7,9 | **deploying**  417:20 | 356:11 358:15 |
| 312:5 341:16 | 364:25 368:15 | **deponent**  209:16 | 359:6 360:8 361:4 |
| **decides**  234:2 | 371:11 380:25 | 215:2 220:11,18 | 367:14 369:17 |
| **deciding**  269:3 | 381:5 387:18 | 220:24 227:5 | 370:2,8,16,24 |
| 277:24 284:7 | 415:10,24 416:5 | 229:12 240:9 | 371:22 372:6,20 |
| 286:7 288:10 | 416:19,21,23 | 243:12 248:5 | 373:6,18 374:5,21 |
| 289:4 290:1 291:4 | 418:17 419:22,24 | 251:5,13 253:10 | 375:10 376:3,11 |
| 291:14,24 293:14 | 421:2 422:10,13 | 254:10,20 255:8 | 376:24 377:21 |
| 340:7,10,12,24 | **declare**  491:1 | 256:22 257:24 | 378:8 379:8 |
| 400:23 430:3 | **decline**  248:9 | 258:7 262:21 | 380:10,25 381:13 |
| **decision**  236:13 | **decrease**  237:24 | 264:2 265:7,14 | 382:7,19,25 |
| 246:18 253:19 | **default**  306:12 | 267:10 268:8,16 | 383:14,25 384:8 |
| 254:22 256:2 | 486:18 | 269:8 270:8,17 | 385:2,10 386:3,12 |
| 282:2,7 283:1 | **define**  291:24 | 271:1,10 272:2,10 | 387:1,16 388:5,19 |
| 286:18 287:8 | 292:3 321:8 | 272:18,25 273:18 | 389:6 391:3,24 |
| 299:5,6 311:25 | 355:13 356:16 | 276:14 277:2 | 392:15 393:3,10 |
| 326:11 358:24 | 374:7 450:12 | 278:3,24 279:10 | 393:15 395:25 |
| 364:7,11,22 365:9 | **defined**  291:21 | 279:22 280:7,22 | 398:7,23 399:25 |
| 366:10 415:19,23 | 309:13,22 323:14 | 281:10 282:15 | 401:3,15,19 402:7 |
| 416:2 430:5 | 386:15 387:19 | 283:8,21 284:11 | 406:1,21 408:10 |
| **decisions**  263:17 | 468:20 | 285:6,23 286:12 | 408:21 410:23 |
| 269:13 284:15 | **defines**  355:9 | 286:23 287:19,25 | 411:13 412:12 |
| 287:21 288:1 | **definition**  231:16 | 288:13 289:7 | 413:24 414:9,20 |
| 292:5 300:3 | 269:25 271:2,13 | 290:5,16 291:17 | 415:8,22 419:2,16 |

Veritext Legal Solutions
866 299-5127

**[deponent - develop]**

419:19 420:6,12
420:23 422:18
423:7 424:19
425:3,10,22
426:11,19 427:18
428:11,20 429:2,8
429:20 430:7,18
430:21 431:3,13
432:23 433:6,12
434:16 435:22
436:18,23 437:3
437:11,16 439:25
442:14 444:9
445:2 446:2,8,14
446:22 447:15,24
448:11 449:3
450:11 451:19
452:2,19 453:2
454:12 455:2,25
456:6,17 457:8,22
457:25 458:7
459:2,24 461:7,11
461:21 462:3,11
462:17 463:18
464:9 465:18
466:5,16,19
468:11,17 469:12
470:11,23 471:3
471:16,20 474:6
476:4,14 477:24
479:5,17 480:3,11
481:1,15 482:8,14
482:23 483:17
484:20 488:21
489:7
**deponent's**  208:15
**deponents**  492:6
**deposition**  208:12
209:15 219:6
220:10,21 221:19
244:20 245:1,12

492:13 493:19,22
493:24 494:8,10
**deprecate**  248:21
251:23 252:6,11
253:20 262:18
299:21 300:18
373:10,11 415:19
433:1 456:21
458:2 466:20
467:2,10
**deprecated**  216:11
222:23 224:14,16
227:15 230:5,20
231:5,24,25 232:2
232:16 234:11
235:4 251:18
253:22 256:25
286:20 287:10,16
288:11 289:5
290:3 291:6,16,25
293:15 298:2,6,18
299:2,3,6 300:2,5
303:10,16,21
308:9 310:25
311:11,16 312:1,6
334:7 340:14
343:8 345:19
372:4 394:3
399:23 408:8
414:15 415:17
420:18 425:8
426:25 427:7,15
428:9 429:6,18
430:4 432:9,19
443:14 445:5,12
449:9,25 450:3
452:3 453:14,15
453:19,21 454:2
464:2 465:4
470:15

**deprecating**  250:4
251:25 252:13
399:16 426:15
455:18
**deprecation**
286:16 300:22
340:16 421:7
446:22 455:4
466:14 488:11
**deprecations**
292:12 297:21,25
300:14,15 303:7
304:11 342:9,12
342:19,24 346:20
409:3 421:16
435:5 445:10
**derek**  210:6
219:16 221:8
244:19 248:1
382:21 393:2
398:5,8 416:7
438:1 471:8 493:1
**describe**  309:4
323:23 396:25
422:3 427:18
436:25 465:2
**described**  279:7
308:12 365:16,24
423:4 440:15
**describing**  347:23
**description**  215:10
216:3 217:3 228:2
281:5 366:23
407:4
**descriptions**  366:6
424:25
**design**  267:2 338:8
339:1
**designated**  324:11
**designation**
324:19

**designee**  271:6
287:6 323:8,23
324:7,24 408:18
435:18 452:15,23
458:20 459:18
460:16 461:18
462:15
**detail**  366:24
450:14 452:20
489:16
**detailed**  367:5
**details**  239:25
285:15 392:1
451:21
**determination**
287:23 307:16
414:21
**determine**  249:18
288:3 301:11,14
302:18 323:2
330:12 353:17
359:1 390:14
404:4,23 405:21
429:16
**determined**
291:22 493:18,22
494:7
**determiner**  315:10
**determining**
286:19 287:9,15
292:4 305:5 323:4
405:21 408:7
424:16 463:7
**deterministic**
418:16
**dev**  347:12,18
348:19
**develop**  263:23
316:22 324:24
325:5 343:6
430:15 443:10

[developed - document]

**developed** 277:18
285:18 339:12
371:2 429:16
463:15
**developer** 225:10
232:2 233:17
234:3,6 237:18
242:8 255:2,24
256:5,9 257:6
285:12 288:21
304:24 305:7
320:5 345:9
346:15 372:12
373:13 375:1,14
392:22 394:21
395:21 425:17
426:6 432:1
435:12 436:7,10
436:13 440:1
443:11 453:22
456:22,23 459:4
466:10
**developer's**
242:13
**developers** 223:24
224:24 225:25
228:4 232:22
233:4 237:1 238:4
238:6 246:19,25
247:18 248:18
252:13 254:3
256:3 268:12
293:8,11 300:11
306:23 307:7,24
336:18 345:6
346:14,16,19
356:3 357:3
364:19 373:10,10
381:19 392:23
394:23 430:11,15
431:1,5,11,14,22

432:3,6,8,17
440:20,22 456:10
457:1,17 458:22
459:5,19 460:2,5
460:18,23 465:8
467:22 469:2,8
486:11
**developing** 486:2
**development**
262:1 286:6
430:19
**device** 271:17
314:9 318:4,15
433:1 456:19
463:12 466:6,20
467:3,10 469:13
**devices** 307:2
318:18,23 364:15
366:14 404:12
407:5,17 459:8
**devoted** 322:20
323:17 324:4
**dgarrie** 214:11
**dialog** 237:23
**dialogue** 238:15
240:17 248:7
301:13,22,23
319:7
**dictionary** 414:23
**differed** 224:20
359:22 421:4
**difference** 231:1
**different** 231:2,2
236:21 239:19
251:11 264:20
265:20 266:9
267:1 269:23
273:1 277:6
279:17 281:6
282:1 284:22
287:5 288:25

293:22 304:14,15
309:14,14 311:23
313:5 322:5
324:17 325:6
354:22 355:21,21
359:9 360:2
364:13 366:25
367:22 374:7,11
374:12 378:4
379:14,19 384:13
389:8 394:19
400:6,13,14,18,19
400:20 404:16,19
407:4 417:13
424:15,21 429:13
429:13 479:11
486:16,25 488:3
**differently** 335:9
**digits** 402:13
**dinner** 393:9
**direct** 303:5
**direction** 251:17
492:10
**directionally**
238:11
**directly** 289:19
353:20 383:3
384:14 464:17
**director** 310:3
**disagreement**
423:9
**discovered** 242:10
451:6,10
**discretion** 249:20
**discuss** 331:1
**discussed** 242:19
253:17 280:13,16
281:10 289:7,15
291:22 293:20
318:14 354:20
373:9 386:14

407:14 425:18
426:7 427:14
428:6
**discussing** 262:22
380:12 425:6,11
428:13
**discussion** 223:2
227:14 234:5
243:10 262:17
268:6 286:14
288:15,17 304:3
320:6 326:4 361:6
407:13 429:4,15
444:16 465:10
**discussions** 223:5
227:22 289:8
344:3,6 426:23
427:9,11,12
429:12
**displayed** 301:11
**displeasure**
372:14
**distinct** 302:13
**district** 208:1,2
209:1,2
**dive** 221:11
**dloeser** 210:15
493:2
**doc** 244:7 400:5
**document** 208:6
209:6 238:9,9,10
240:3 243:5,6
244:11,17 245:18
245:21 246:3
247:4 250:10,11
250:15 251:9
252:10,12 260:21
260:25 261:2
264:8,13,15,17,24
265:3,4,8,12,16
269:9 275:14,21

**[document - emitted]**

279:11 281:12
285:24 286:12
340:7,9,23 341:1
341:21 362:5,18
363:25 364:3,3
365:17 394:3,7,10
394:25 395:2
396:11 410:5,14
411:10 413:2
414:1,2 428:21
434:7
**documented** 256:9
257:5
**documents** 221:21
221:24 222:4,8
235:6 240:11
242:21 289:11
292:10 335:5,14
341:19 348:20
349:13 401:8
417:15,18 423:12
424:20 425:4,16
426:5,12 428:12
**docx** 244:13
**doing** 236:15
264:23 267:17
297:12 334:23
337:21 338:22
352:15 353:1
**double** 474:8
**doug** 243:24 311:1
327:6
**douglas** 433:22
**draft** 216:7 235:15
294:9,18 363:5,21
368:23
**drafted** 235:19
**dramatically**
451:1
**drastically** 359:22
421:4

**drat** 215:19
**draw** 353:20
**drive** 212:18
268:22 272:7,8,18
273:2,2,6
**drives** 273:15
**drop** 372:17,23
373:2 374:1
**due** 307:2 308:23
310:7 316:4,23
330:1 449:20
**duffy** 327:14
**dunn** 212:5 213:5
219:19
**duties** 353:3

**e**

**e** 211:7 215:1,8
216:1 217:1
308:24 310:8
493:9,12 494:1
495:3,3,3
**e.g.** 307:2 314:19
319:21 322:10
**earlier** 232:5
270:10 288:18
291:22 293:20
308:13 309:11
338:14 378:5
389:7 412:23
434:7 487:13,16
**early** 305:12
403:20
**easier** 226:2,21
351:4
**ebay** 382:2 383:23
386:9
**ecosystem** 246:24
247:16 263:21
284:1 285:12
288:21 347:15,21
348:5,15 349:5,9

435:13
**ecosystem's** 305:7
**eddie** 327:16
341:7,14 342:10
411:1 413:19
428:4 433:21
434:21 439:8,9
463:23 464:16,19
473:6,14 477:2
478:6 484:9
485:22
**edges** 477:10
**editors** 475:5
**edits** 350:17
**edits.pptx.** 350:8
**educated** 242:12
242:15
**effect** 288:23
**effects** 347:14,20
348:4,14 349:4
**efficient** 259:24
**effort** 241:3,8,12
241:19,22 335:6
**eight** 304:10
**eighth** 310:20
**either** 408:22
481:10
**elia** 303:4 472:10
473:1,2,3,15 478:5
**email** 215:11
216:16,20 217:4
243:15,23 245:11
245:22 256:13
259:6 260:17,23
262:3,9,17,22,24
263:18 264:12,18
265:2,5,8,11 266:2
267:22,24 269:18
270:15,19 272:21
273:4 274:9,9,16
274:19 275:22

276:20 277:7
278:4,8,14 279:5,7
279:10 280:14,19
281:19,23 283:9
284:17 286:13
288:15,17 294:3,9
294:17 327:12,23
328:2 331:8,13
332:19 333:3
335:8 337:17
338:14,16,20
342:20 348:9
350:5,11,20,21
352:25 353:5
354:20 358:23
359:15 361:7,10
361:18 410:24
411:7 412:13
413:4,18,22 416:4
422:22 423:3,8
427:21 428:12
433:20 434:2
435:2,23,25
458:12 463:21
464:12,15,19,21
464:25 472:8,9
473:13,20 475:1
477:1 478:5
480:21 482:18,24
484:1,7,8,12,19
485:8,13 486:8
487:5
**emails** 428:5
463:18 464:7,8,9
**emit** 450:7,17
451:25 452:17
453:7 455:5,16
**emitted** 321:4
322:4 450:2,19
451:14 452:11
454:1

**[emitting - exhibit]**

| | | | |
|---|---|---|---|
| **emitting** 451:4 | **england** 208:15 | 438:24 439:1,8,10 | 476:19 478:10 |
| **emma** 210:9 | 209:17 219:1 | 439:12 | **examples** 271:11 |
| **emphasizing** | **enhanced** 252:20 | **events** 391:18 | 271:15,20,21,24 |
| 475:3 | 255:3 256:1 | 437:4 450:15 | 272:4 322:24 |
| **employed** 256:16 | **ensure** 241:4,13 | 453:12 | **exception** 308:22 |
| 256:18 | 241:22 343:3 | **everybody** 445:13 | 310:6 312:8 |
| **employee** 352:4,15 | **entered** 229:7 | 450:4 | 421:15 431:7 |
| 352:18,24 371:12 | **entire** 323:17 | **evidenced** 251:17 | **exceptions** 322:21 |
| 492:17 | 324:4 326:2 | 282:22 | 323:19 324:5 |
| **employees** 283:13 | 397:20 398:17 | **evident** 262:8 | 345:3 411:17 |
| 395:12,17 428:13 | **entirely** 298:2,6 | **evolution** 235:21 | **exchange** 374:15 |
| 462:1 463:1,2,3,4 | 298:18 377:14 | **ewright** 210:18 | 374:18,22 375:24 |
| 463:5,6 | **entities** 228:14 | **exact** 229:15 | 377:19,21 379:16 |
| **empowered** | 341:18 389:11,23 | 307:16 359:20,20 | 391:14,21 392:9 |
| 249:10,25 | 421:24 425:4 | 359:20 394:13 | 392:20 |
| **enable** 271:18 | 429:23 459:7 | **exactly** 227:6 | **exclamation** 260:1 |
| 320:6 330:4 343:7 | **entry** 396:7 | 230:11 252:17 | **executed** 491:6 |
| 346:17 | **eod** 327:18 | 255:20 257:24 | **execution** 295:23 |
| **enabled** 340:4 | **equitable** 296:15 | 266:16 267:18 | **exempt** 329:3 |
| 347:2 | **errata** 493:14,16 | 280:16 302:7 | **exemption** 342:14 |
| **endeavoring** | 494:3,5 | 315:19 316:7 | 343:15,21 344:10 |
| 334:17 | **esq** 493:1 | 330:6,18 361:4 | 359:1 360:14,24 |
| **ended** 359:22 | **essence** 411:16 | 377:11 380:12 | 365:12 399:2 |
| 403:11 | **essentially** 306:23 | 381:20,22 382:7 | 418:14,16,21 |
| **energy** 297:4 | **established** 232:18 | 392:5 405:6 | 422:4,8,12 424:4,7 |
| **enforce** 303:23 | 468:20 | 440:23 444:10 | **exemptions** |
| 478:23 483:7 | **et** 258:25 | 451:15,21 | 215:18 216:6 |
| **enforcement** | **evaluate** 381:8 | **examination** 215:2 | 343:24 344:5,22 |
| 305:24 | 384:4 | 221:5 | 359:11 362:16 |
| **engagement** | **evaluated** 347:20 | **examined** 221:2 | 363:20 365:5,11 |
| 246:23 247:16 | 348:4 380:21,23 | **example** 224:22 | 368:22 371:3 |
| 372:16 379:15 | 382:11 384:23 | 226:11,12,14 | 411:22 418:9 |
| 388:12 | 428:6 | 230:14 238:21 | 419:12,13 420:2 |
| **engages** 352:4 | **evaluating** 299:7 | 239:3 263:25 | 423:5 424:16 |
| **engineer** 303:3 | 377:17 380:7 | 271:17 272:4 | 427:11 428:14 |
| 343:11 | 384:22 392:11 | 273:20 300:24 | 431:8,19 445:9 |
| **engineering** | **evaluation** 385:24 | 321:15 328:10 | **exercise** 281:24 |
| 326:25 328:3 | **evening** 471:14 | 356:18,25 380:17 | **exhibit** 215:11,16 |
| 330:12,16 473:3 | **event** 304:18 | 395:20 403:13 | 216:4,11,16,20 |
| **engineers** 302:23 | 329:9 436:15,18 | 428:3,17 430:13 | 217:4,12,14,16,18 |
| | 437:1,4,8 438:20 | 430:24 463:23,24 | 217:20,22,24 |

Veritext Legal Solutions
866 299-5127

**[exhibit - facebook]**

218:3,5,7,9 235:14
235:16,18 243:2
243:14 244:18,22
244:25 245:4,7,15
245:22 256:20,21
259:2,3,3 260:4,18
293:24,24 294:3
294:23 295:2,19
325:10 327:10,12
331:4,5,8 349:20
349:21 350:1
361:9,12,13 362:4
362:7 363:8,10,11
392:25 393:22,23
393:24 410:21,22
413:21 416:10
433:15,16,19
441:1,2 471:6
472:4,5,22 483:13
483:19,23,25
**exhibits** 217:10
218:1 242:24
244:20 260:2
**exist** 271:19
279:12 335:13
451:20
**existed** 335:5
412:22 456:19
467:4,11
**existence** 458:3
466:22
**existing** 266:21,24
267:6,12 296:13
303:23 305:15,17
305:18 306:4
333:13 338:10
400:2,4,11 409:5
412:22 424:9
432:2
**exists** 276:15
279:11

**expect** 357:19
**expectation**
267:11 308:4
329:22,23
**expected** 359:20
459:25
**experience** 249:17
254:24 292:14
318:23 320:7
356:2 357:1
374:25 385:25
476:20 478:11
**experiences**
228:10 248:19
249:15 293:6,8
318:22 357:2
460:1,23 466:9
**expert** 384:9,19
386:17
**expertise** 375:12
**explain** 224:17,17
225:2 235:8 238:2
248:15 250:13
266:14 302:4
304:1 308:8
347:16 391:20
392:4 411:16
462:23 470:1
475:17 488:13
489:1
**explained** 223:21
448:11
**explaining** 467:19
**explains** 307:6
**explanation**
249:22 460:7
462:6
**explicitly** 237:19
414:16
**exposes** 252:15
253:6

**express** 236:21
237:7,9
**expressed** 249:11
249:14 250:1,7,19
309:5
**expression** 300:5
309:9
**expressly** 237:15
**extended** 488:11
**extension** 235:10
289:12 292:15
306:25 307:13
308:12,15 342:14
343:15,21,21,24
359:2 360:14,25
365:21 366:2
399:2 413:12
418:17 422:11,16
**extensions** 215:19
216:6 289:15
292:11 307:6
308:20 336:17
340:16 341:18
344:4 345:3,24
359:11 362:17
363:21 365:5,11
368:22 371:4
411:17 418:5
428:14
**extent** 352:21
**external** 238:10
**extra** 225:1
**extremely** 252:14
253:6 304:18
**eyes** 279:25

**f**

**f8** 216:11 394:4
436:10,12,13,23
437:12 438:13,16
438:23 439:14,18
441:5 444:21

446:16 457:16
459:3 460:12
466:15 469:1
**f8s** 439:20
**face** 233:19 359:6
402:24 403:3,6
**facebook** 208:3
209:3 212:4 213:4
214:16 215:17
216:4 219:9,20
220:15 222:20
223:8 224:23
225:4,5,6,10 226:1
226:5,7,15,25
228:8 229:4
231:21 232:6,15
233:8,10,17,20,23
233:24 234:2,5,6,7
234:7,11,23
236:16,17 237:2
240:4 246:16
248:7 249:5 250:5
250:16 251:10,14
251:15 253:8,19
254:1,4,17 255:4
256:1,16,18 257:5
257:18 261:6
262:18 264:12
267:5,16 269:6,20
269:24 270:6,22
270:24 271:7,14
271:18,24,25
272:7,8,19,22
273:16,25 274:3,4
274:7 279:5 280:1
280:2,4 283:12
284:6 287:14
288:9 291:23
292:7,19 293:3,14
296:23,24 297:6,8
298:5,15,19,23

Veritext Legal Solutions
866 299-5127

[facebook - feel]

299:7,20 300:17
301:4,22 302:22
304:19 305:1,20
308:24 309:3,4,8,9
310:8 311:8,8
314:7 315:5,6,12
316:10 317:21,24
318:17,23 319:4,7
320:3,5 322:12,23
323:6,8,8,23 324:7
324:13,14,17,22
324:25 326:22
328:8 330:9
331:22 333:16
334:16,20,24
335:2 337:5,6
339:12,25 341:2,3
342:18,23,25
343:20 344:10
345:2 346:15
347:20 348:4,13
348:16 349:4
351:15,19,22,24
352:1,4,6,15,15,18
352:24 355:12
356:6,7,21 358:11
359:3 360:24
364:1 370:11,12
371:2,13,19
372:12,22 373:12
373:15,25 374:8
374:19,22 375:1,3
375:14,16,22
376:6,14,19 377:4
378:4 380:5,21
381:8 382:3,11
383:10,19,21
384:3,4,6 385:25
386:8,24 387:2
388:3,9 389:10,12
389:13,17 390:7

390:13,19,22,24
390:25 391:12
392:11,20,22
394:10,18 395:7
395:10,11,16
396:1 400:20
401:9,22 402:2,4
405:21 407:8
408:17 412:8,13
412:15 413:8
414:16 415:1,9
417:19 420:1,13
421:17 422:7
423:18 427:13,19
427:21,24 428:13
430:5,14,18,25
431:9,15,20,24
432:3,6,7,16 433:3
433:6 434:3,5,14
434:18,25 436:7,9
436:14,16,21
437:1,21 438:16
439:22 442:1
443:7,11 451:24
454:9,24 455:11
455:22 456:9
457:16 458:21
459:3,7,14,19
460:5,9,11,17,22
461:3,22,25 462:1
462:1,12,20,23,25
463:2 465:13,19
465:24 466:8,12
466:23 467:17,19
467:22 468:24
469:7,12 470:5
473:4 476:1,5,20
476:21 478:10,11
485:1 486:13
493:4 495:1

**facebook's** 208:12
225:8 228:6 229:2
237:21 247:9,11
250:20 251:7
253:11 254:22
268:4,9 270:4
271:5,5 276:5
283:18 287:6,22
289:2,23 291:1,11
323:22 324:6,24
339:15 345:17
356:12,16 375:7
383:15 390:5
412:19 419:11,20
422:19 435:18
452:14 453:21
458:17,20 459:17
460:16 476:5
486:19,23 487:7
488:1
**fact** 247:11 328:16
329:16,25 426:23
474:2 476:2
**fair** 249:22 267:8
304:17 310:5
311:24 334:20
354:2 357:9
362:22,22 363:17
367:3,9 382:4
384:21 385:22
386:7 430:2
436:25 468:21
478:8
**fairly** 472:9
**fairness** 478:19
483:1
**fall** 266:5,7
**falling** 281:25
282:6,25
**familiar** 417:14
441:16

**facebook's** 208:12

**familiarity** 309:5
309:5
**far** 396:3 425:14
426:4
**fast** 338:8 339:1
339:11 404:11
407:5,17,20
**fb** 215:13,14,21
216:13,14,18,23
216:24 217:6,7
268:22,24 270:3
273:5,6 312:9
333:4 396:19
485:6 487:23
**feature** 230:8
**features** 224:19
303:10,16,21
310:25 311:11,16
312:1,6 404:5,24
405:22
**feb** 397:21 403:20
**february** 397:7
410:25 413:23
419:25 420:1
**federal** 492:13
494:1,8,9
**fedorov** 243:25
327:7
**feed** 252:14
**feedback** 246:17
294:13 327:18
485:21
**feeds** 477:18,21,24
**feel** 253:10 293:18
293:18 294:11
356:11,15 358:20
373:21 383:17
385:2,5 431:23
435:9 447:24
458:7,8 461:11,12

**[fell - format]**

**fell**  345:11
**fewer**  238:13
**fifth**  368:11 441:6
**figure**  222:17
  280:3 281:25
  335:9
**file**  244:12,13
**fill**  398:2
**final**  286:18 287:7
  311:14 351:1
  353:21 354:6,7
  355:5
**finality**  488:10
**finalizing**  342:9
  353:5
**finally**  448:15
**financially**  492:16
**find**  278:6 302:21
  302:24 337:2
  348:16 410:15
**findings**  478:7
**fine**  243:21 325:14
  401:21
**finish**  382:20
**first**  222:7 229:24
  235:21 256:4
  261:1 266:1,11
  268:1 274:10
  288:24 295:21
  296:18 302:9
  303:8,22 311:9
  312:15,21 313:12
  313:22,24 317:17
  317:18 318:3
  327:14 328:1
  333:20 362:10
  363:15 364:21,23
  365:12 366:12
  368:1 369:2
  406:12 410:6
  414:1,12 417:2

  418:13 435:1
**five**  367:22 379:10
  388:23 471:19
**flag**  353:6
**flipboard**  314:20
  315:4,14
**floor**  214:8
**flux**  359:20
**focus**  252:20 255:3
  256:1 333:9
**folder**  259:25
  260:2,6,8 295:6,14
**folks**  331:25 361:5
  391:4
**follow**  317:21
  395:9 397:14
  398:13 440:7
**followed**  314:6,13
  314:22,24 317:25
**following**  275:1
  360:14,15 486:12
**follows**  221:3
  289:22 290:25
  291:10 360:20
  432:15 480:5
  493:8
**font**  396:17
**fonti**  211:5
**food**  238:24,24
**force**  409:23
**foregoing**  491:2
  492:4,6,10,12
**forget**  416:8
**form**  229:15
  231:18 251:4
  255:7 262:20
  264:1,17 265:6,13
  267:9 268:7 269:7
  270:7,16,25 271:9
  272:1,9,24 273:17
  276:13 277:1

  278:2,23 279:9,21
  280:6,21 281:9
  282:14 283:7,20
  284:10 285:5,22
  286:11,22 287:18
  287:24 288:12,25
  289:6 290:4 291:7
  292:2 297:15
  298:21 299:10
  300:7,19 304:5,20
  305:19 306:7
  307:8 309:10
  311:17 312:2
  315:7,17 317:23
  318:13 320:14,24
  321:7,24 322:5
  324:15 325:3
  335:3 337:9
  339:13 340:1
  341:5 344:16
  345:21 346:4
  348:7,17 351:11
  352:8 354:4,15
  355:16 356:10
  358:14 359:5
  360:7 361:3
  367:13 369:16
  370:1,15,23
  371:21 372:5,19
  373:5 374:3,20
  375:8 376:2,10,23
  377:20 378:7
  379:7 380:9,24
  381:11 382:6,16
  382:23 383:13,24
  384:7 386:2,11,25
  388:4,18 389:4
  390:10 391:2,23
  392:13,20 395:24
  398:4,21 399:24
  401:2,14 402:6

  405:24 406:20
  407:11 408:9,20
  411:12 412:10
  414:8,19 415:21
  419:1,15,18 420:5
  420:22 421:25
  422:17 423:6
  424:2,18 425:2,9
  425:21 426:10,18
  427:17 428:10,19
  429:1,7,19 430:6
  430:17,20 431:12
  432:22 433:5,11
  434:15 435:21
  436:17,22 437:10
  437:15 439:24
  442:13 444:8
  445:1 446:1,7,21
  447:14,23 448:10
  449:2 450:10
  451:18 452:1,18
  453:1 454:4,11
  455:1,24 456:5
  457:7,13,21,24
  458:6 459:1,23
  461:6,9 463:17
  465:17 466:4,18
  468:2,6 469:11
  470:9,22 471:2
  474:5 476:3,13
  477:23 479:4,16
  480:24 482:7,13
  482:21 488:20
  489:6
**formal**  340:6,9,23
  340:25 341:21
**format**  263:23
  265:20 267:5
  272:15 278:21
  354:14,21,24
  362:20 422:4

[format - gatekeeping]

424:16 428:18

**formatting** 360:18
395:8

**forth** 492:6

**forthcoming**
475:23 476:1

**forward** 236:25
295:9 304:24
310:20 328:12
338:10 378:21
400:10 412:5

**forwards** 452:6

**found** 348:12
356:4 477:4

**four** 366:11
379:14,19 402:13

**fourth** 366:13,16
368:9 382:1

**frame** 241:18
293:21 354:16
359:18 408:1
421:17

**framed** 428:15,17

**framework** 264:4
277:18,19,23
278:9,10 279:6,14
279:20 280:3,8,13
280:15,17,18,23
281:1,3,13,15,17
282:5,12,17,19,20
282:24 284:6
285:18 286:1,1,18
287:3,8,14,20
350:12 428:25
429:10,15

**framing** 240:16
293:21 315:11

**framings** 424:21

**frcp** 494:1

**frequently** 233:8

**friend** 216:21
223:4,6,9 224:11
230:14,21 232:7
232:16 233:14,16
235:3,3,10 236:9
236:23 237:7,15
237:19 239:23
248:22 249:18,23
250:4 251:18,23
251:25 253:16
259:11 262:19
263:8,15,24
268:21 269:5
272:16 274:23
275:17,19 276:11
277:25 284:8
285:20 286:8,21
292:13 302:3
318:11 321:20
326:13 333:19,21
376:21,22 377:1
401:13 402:1
411:23 414:14
426:16,20 430:13
430:24 432:9,19
440:17 443:14
445:4,10,12,15
446:23 448:15
449:8,24 450:2,3,7
450:8,18 451:4,14
451:25 452:2,11
452:17 453:6,8
454:1 455:4,13,18
456:12 457:3,19
459:21 460:20,24
461:4 463:8
465:15 466:1,8,14
467:25 469:3,9
470:3,14 472:11
474:14,17,17,23
474:24 476:9

478:24 479:1,7,9
479:13,18 480:8
480:22 481:19
482:4,9 483:9

**friend's** 251:22

**friends** 236:17
237:10 249:8,13
249:17 250:7,18
251:22 252:3,3
253:14 259:1
275:9 282:4
283:15 300:24
312:23 313:1,13
315:22 317:9,17
318:20,25 319:2,9
319:12,14,16
320:13,22 321:2,6
321:9,22 322:3,6,6
329:5 330:5
333:23 334:4
375:5,20 376:9,16
377:4 392:19
414:14,17,18
415:2 441:8,10
447:20 448:4,14
449:8,13,17,20
450:12,16,16
451:6,10,13
453:12,13,18,19
458:24 465:12,21
469:14 473:23
474:3,7,20,21
475:3 477:9,18,22
479:6 487:1 488:3
488:23

**front** 259:4

**full** 275:8,11
296:19 325:5,5
326:20

**fully** 228:24 265:3
284:13

**fun** 480:15

**function** 320:9
396:5 412:24
451:22

**functional** 394:18

**functionality**
252:19 255:3,25

**functioned** 234:8
392:6 455:3

**functions** 453:3

**further** 220:7
263:3 367:18
378:16,23 379:3
421:2 451:2
487:13 492:12,16

**future** 267:14,17

**fw** 411:3

**g**

**game** 402:24
403:3,6

**games** 333:11,11
364:14,14 366:12
366:13,18,20,24
367:4

**garrie** 214:5
219:24,25 290:12
290:14,22 291:8
295:8,16 325:16
325:22,25 393:6
393:13 461:14,23
462:5,14,18 464:6
464:10,13 468:3,8
468:12,21 480:1
480:25 481:3,5,7
481:23,25 482:1

**gated** 253:23
255:14

**gatekeeper** 255:6
255:9 328:7,8

**gatekeeping**
254:15

[gather - graph]

**gather** 347:20
**gating** 231:19
**gdp** 237:23 301:12
  301:17
**general** 214:16
  281:23 321:18
  374:22 437:17
**generally** 223:2
  425:10 437:24
  443:10
**generate** 290:9
**generated** 395:3
**george** 243:24
**getting** 248:14
  335:2 479:21
**gibson** 212:5
  213:5 219:19
**gibsondunn.com**
  212:13,14,21
  213:12,19
**give** 220:21 224:8
  228:24 230:9
  252:1,1,8 253:11
  261:7,23 270:8
  271:10,12 272:3
  273:18 292:25
  302:6 345:2
  392:16 395:25
  409:16 420:12,23
  434:23 444:9
  481:21 485:22
  487:20
**given** 224:10,13
  235:9 290:7 305:4
  307:1,6,13,17
  308:4,9 337:14
  344:20 359:14
  361:7 374:25
  386:19 421:11
  429:24 439:19
  445:7 456:12

457:3,18 458:23
459:21 460:19
466:1 467:24
469:3,9 475:10
478:7 492:11
**gk** 328:6,8
**gks** 328:4,5
**go** 225:16 234:16
  234:17 245:3
  248:11 255:11
  256:19 258:8
  260:9 261:1 262:2
  262:9 266:1
  276:21 278:13,24
  279:22 280:24
  284:4,5 290:20,24
  296:7 303:3,6
  312:14,15 316:11
  316:15,17,19,21
  322:8 325:2,9
  330:9,11 331:3
  333:2 335:2,12,12
  335:18,19,23
  337:16,17,24
  341:3 344:14
  347:7,9 349:20
  361:8,24,25 362:8
  362:9 363:7,8,22
  364:5,24 366:9,16
  368:14,25 377:23
  378:12,21 383:20
  383:25 388:11
  390:25 393:11,14
  396:22 400:5,12
  403:7,15 409:9
  410:3 416:10,21
  427:3 438:6 441:6
  443:25 458:18,19
  468:5,23 471:5
  473:12 482:1
  483:12 484:7

485:4 487:12
489:16 490:3
**goal** 246:22
  247:15 296:14
**goes** 259:14 396:4
**going** 223:21
  231:20 235:11
  242:24 243:1,15
  244:16 249:3
  285:1 289:17
  295:19 297:3
  306:15 325:11
  328:11,12,12
  330:20 340:13
  347:9 349:1,1,22
  352:19,20 362:8
  363:8 393:22
  396:17 399:11
  400:10 409:4
  411:17 419:11
  423:18 437:21
  438:1 440:2,6,16
  440:20 441:19,19
  442:6,7,17,17,22
  444:4,4,21,22
  448:17 455:19
  463:19 464:14
  466:7 469:18,23
  470:6,19 471:5
**good** 219:15 220:2
  220:2 221:7,9
  222:19 246:14
  252:19 255:2,25
  273:7 301:19,19
  305:4 320:4
  325:20 375:3,20
  375:21,21 393:1
  437:17,19,25
  471:7 489:23
**grab** 393:9

**gracefully** 293:10
**grant** 233:5,18,20
  233:21 236:14
  237:2 248:9
  276:17 288:10
  291:25 301:24
  312:8 359:1
  411:17 413:11
  422:11
**granted** 228:11
  239:7 253:3
  255:21 257:21
  258:23 289:12,15
  292:12,15 308:20
  310:13 319:6
  322:2 336:17
  339:21 341:18
  345:25 418:14,17
  418:21 422:5
  424:17 427:10
**granting** 215:18
  216:5 254:24
  362:16 363:20
  365:5,11 368:22
  371:3 418:9
  419:12,13 420:2
  431:8,19
**granular** 236:1,5,7
  236:8,11,19,24
  237:5,13 238:3,14
**graph** 222:23
  223:10 224:20
  226:25 228:7
  229:3,9 230:15
  232:8 257:1
  299:15 319:18
  320:10 340:16
  347:23 369:7,23
  370:22 376:4
  425:19,19 426:8,8
  432:10,21 438:18

Veritext Legal Solutions
866 299-5127

[graph - i.e.]

438:20 443:3,6
454:7,22 455:11
455:13,21,21
456:13 457:4,19
458:25 459:22
460:21 461:4
463:9 464:2
465:12,16 466:2,2
467:25 469:4,10
470:4
**graphic** 351:3
**great** 249:15
278:16 320:7
350:12 438:5
459:9
**greater** 246:23
247:15
**group** 264:2
283:22 288:19
302:15 310:11
326:15,20 327:1
331:22,23 332:5
394:11,11 395:6
395:10,10 397:15
397:18 398:16
401:10,23 407:6
407:19 422:8
434:12 475:19
476:22
**groupon** 319:22
**groups** 265:20
395:15 399:20
450:15 453:12
**guarantees** 455:15
**guess** 264:4
329:11 425:25
**gupta** 243:24
327:15

## h

**h** 215:8 216:1
217:1 495:3
**half** 325:12 339:9
**hand** 220:17 257:4
**handled** 493:8
**hands** 403:19
**hannah** 212:7
219:22
**happen** 348:9
403:17 463:19,20
**happened** 241:25
255:16 257:12
267:16 315:19
318:8 322:17
328:16 334:10
335:10 336:6
403:14 420:21
421:5 423:14,15
429:12 439:17
450:25
**happening** 314:14
344:24 359:23
424:22
**happiness** 326:1
**hard** 251:13
264:22 265:1
266:16,16,17
268:8 270:20
273:18 281:19
284:12,12 290:5
292:23 316:8
354:5 372:6 378:8
378:9 390:14
394:12 395:9
396:7 475:5 476:6
**harder** 225:25
226:6,7,13
**harshdeep** 342:10
**hashed** 225:3
329:4

**head** 262:1 271:22
322:17 444:11
**header** 297:20
313:22 377:25
394:3
**heading** 240:25
241:2 245:18
248:12,21 249:1
252:5,11 266:1
267:25 280:25
300:15 302:1
303:7,8 310:21
330:24 333:4,6,8
338:1 364:7
369:18 414:1
486:22 487:18,25
488:18
**headings** 296:9
**health** 246:23
247:16
**hear** 251:3 258:8
440:11,13 456:3,6
**heard** 289:14
**held** 251:8
**hello** 350:12
**help** 265:10
272:11 322:22
323:22 324:6
351:3 360:5,12,23
389:18 390:1
434:4
**helped** 347:13
348:10
**helpful** 485:3
**helping** 263:22
**helps** 324:9 437:17
**hereto** 350:3
361:15 363:13
394:1 433:18
472:7 483:21

**hey** 351:1
**hi** 435:3 473:20
**high** 387:11,12,20
388:2 404:11,25
406:8,10,13
407:16 411:2
**highest** 388:20
**highlight** 403:24
**highlighted** 353:7
355:7
**highly** 317:13
**hipal** 276:9,15
302:19 317:6
**historically**
439:19
**hoc** 287:23
**hold** 382:20
423:24
**honestly** 339:3
**hope** 299:16
**hoped** 294:11
**hoping** 299:17
479:21
**hour** 325:12 438:1
483:15
**hours** 427:23
**hregan** 212:14
**htc** 318:4
**https** 264:9
**huge** 296:19,21
**huh** 338:4
**hurren** 331:9,18
331:19 332:14
**hyperlink** 266:2
**hyperlinked** 265:4
**hypothetical**
239:3

## i

**i.e.** 239:5 298:1
394:19 424:5

[ian - inference]

**ian** 214:16 219:20
**idea** 249:23 310:8
**ideas** 269:10
**identifiable**
  320:19 321:3
  322:4
**identification**
  323:18 350:2
  361:14 363:12
  393:25 416:24
  417:21 418:6
  433:17 472:6
  483:20
**identified** 221:13
  221:22 226:25
  245:22 260:18
  261:3 282:1 298:5
  298:15 299:20
  313:17,24 322:13
  365:20 366:3
  367:10,23 368:11
  377:19 378:5
  379:20 387:6
  400:9 401:10,23
  402:8 404:16
  417:3
**identifies** 266:11
  315:5 418:20
**identify** 219:13
  226:3 276:11
  280:4 301:4 302:5
  317:4 324:9
  335:24 341:3
  380:5 386:8,9
  389:14 390:7
  399:5,7 404:25
  406:13 407:24
**identifying** 317:8
  333:17 385:23
  397:3 404:18

**ids** 224:23,24
  225:3,13,14 226:1
  226:2,11,13,19,24
  389:22 417:3
**ii** 208:17 215:3
  219:7 493:5 495:2
**illustrated** 238:21
**ilya** 327:7 433:22
  441:9
**imagine** 238:23
**ime** 259:7 261:12
  262:4,10 264:18
  280:19 286:9
  294:4 331:9
  341:14 410:25
  411:7 413:19
  416:12 422:23,25
  423:3 428:3
  438:25
**immediately**
  271:22 302:10
  303:3
**impact** 262:22
  263:4,6,21 266:24
  267:12 268:17
  281:7 283:25
  285:11 288:20
  292:13,14 349:7
  349:13 353:10
  355:10,13,19,20
  356:7,15,20,23
  367:2 370:18
  372:11 373:24
  374:1 378:13
  380:16 381:7
  382:13 384:10
  385:13 409:5,25
  416:25 430:10
  431:5
**impacted** 266:22
  266:25 267:7

268:13 383:9
**impacts** 348:22
**impending** 409:5
**implement** 307:21
**implementation**
  361:2 432:10,20
  465:12,16
**implemented**
  254:18 264:6
  285:15 289:1
  319:4,18,19
  334:18 340:4
  421:18 425:20
  426:9 430:1,10
  435:20 455:12,21
  456:14 457:4,20
  458:25 459:22
  460:21 461:5
  463:9 464:3 466:3
  468:1 469:4,10
  470:4
**importance** 411:1
**important** 250:9
  256:6 257:15
  278:4 284:17
  285:15 304:7,18
  311:19 326:1
  409:1 430:5
  431:10,21,24
  436:15 439:22
**impossible** 387:16
**impressions** 302:2
**improve** 297:17
  339:19 435:14
**improvement**
  327:18
**inability** 404:11
  407:5,17,20
**include** 292:19
  318:24 376:9
  381:25

**included** 236:17
  278:16 318:25
  334:14 426:15
  478:1 493:14
  494:3
**includes** 486:25
  488:2
**including** 232:16
  236:23 262:19
  331:25 409:21
  426:16 450:25
**incognizant**
  414:17,18 415:2
**incorporate**
  294:14
**incorrect** 474:3,6
**increase** 369:8,23
  370:22
**indefinitely**
  308:23 310:7
**index** 396:4
**indicate** 338:16
  387:13 405:20
  435:17,23 489:3
**indicated** 221:22
  280:19 308:16
  330:24 332:20
  361:20 421:17
**indicates** 244:7
  264:5 300:25
  355:6 370:17
  383:5
**indicating** 400:12
  405:3,4,5,8 407:21
  482:11
**indication** 423:3
  442:10
**individual** 314:25
**individuals** 462:20
**inference** 377:14

**[inferring - issues]**

**inferring** 377:12
**influence** 371:16
　371:20 379:15
　387:7,19 388:3,7,9
**influencing** 368:1
　378:17,24
**info** 278:16 473:24
　474:3,21 475:4
　486:12
**information**
　225:25 226:8,21
　226:23 233:10
　236:14,18 237:2
　237:10 238:18
　239:2 249:13,19
　250:7,18 251:22
　252:3,17,18 253:7
　253:14 254:7,13
　254:16 258:3
　265:8 276:16
　301:14 302:22
　310:13 319:5,6
　320:8,19 321:3
　322:4 335:2
　345:16 363:5
　367:5 375:15
　376:16,21 391:6
　400:24 439:22
　440:17 447:20
　448:4,14 449:8,14
　449:17,20 450:20
　451:1,7,11 452:5
　453:8,24 455:6,16
　460:24 465:4,21
　466:1,8 469:15
　474:18,24 476:10
　476:19 477:25
　478:10,21 479:7
　479:19 482:20
　483:3 485:19
　486:1,9 487:9,14

　488:13,24 489:3,8
**informed** 436:7
　462:1
**informing** 398:1
**initial** 424:1
**initials** 488:6
　489:12
**initiates** 444:16
**initiative** 292:9
　334:1
**input** 328:9
**inside** 225:8 328:7
　462:3
**install** 369:11
**installed** 249:9,18
　436:6
**instructing** 480:1
　481:3
**instrumentation**
　316:5,23 317:2
**inte** 345:4 467:3
**integrated** 241:5
**integration** 241:13
　241:20,23 267:3
　268:17 271:18
　273:14 314:9
　318:5,15 344:8,11
　344:20,24 345:3,4
　345:10,14,23
　346:1,10,24 347:4
　353:11 372:22
　384:15 433:2
　449:21 456:20
　458:2,15 463:12
　463:12 464:4,5
　466:6,20,21 467:3
　467:10,11 469:13
**integrations**
　248:19 266:22,24
　266:25 267:6,12
　267:14,15 268:21

　273:5 293:9
　346:14,17,19
　356:3 384:20
　392:2,5 409:6
　412:22 420:17
　422:15 424:9
　427:1,5 431:13
　432:2 433:1
　449:16 456:18,19
　459:8 460:4 466:6
　467:4 469:13
**intended** 299:21
　309:24 345:15
　414:6,10
**intending** 250:25
　300:17
**intent** 249:11,14
　250:1,8,19 482:15
**intention** 328:21
**interacted** 455:6
**interested** 283:12
　492:17
**interesting** 274:25
**internal** 225:8
　231:19 237:21
　238:9 242:21
　245:25 255:10
　276:5 289:10
　341:19 394:12
　395:6
**internally** 395:12
**interpret** 306:15
　362:23,24,25
**interpretation**
　274:17 350:18
**interpreting**
　228:20
**interprets** 344:10
**interrupt** 276:19
**interruption**
　268:15 407:12

**introduce** 329:2
　329:16 393:22
　433:14
**introduced** 236:20
　269:12 306:18
　307:23 315:16
　329:18 330:3
　343:1 448:9 472:3
**introducing** 362:4
**introduction**
　237:5 247:2 268:6
　299:15 304:17
　334:19 351:9,17
　356:8 359:13
　382:13 438:18
**investigate** 454:3
**investigated**
　420:24
**invite** 249:16
**inviteable** 450:16
　453:12,18
**involve** 376:15
**involved** 235:7
　242:20 250:22
　265:19,24 286:6
　289:9,10 292:9,17
　305:5 313:19,20
　326:18 332:23
　335:21 351:8,13
　355:24 408:6
　417:6,8 420:16
　424:14
**involvement**
　339:19
**involving** 429:13
**irvine** 212:19
**isolate** 389:14
　390:20
**issue** 475:11
**issues** 316:5,23
　317:2 330:17

Page 27

[it'll - kp]

**it'll** 246:12
**item** 268:1 364:21
 364:23 369:22
 371:16 372:15
 374:14 403:23
**items** 368:25

**j**

**jackie** 259:7
 260:23 261:17
 262:4 263:2,13,17
 263:22 265:22
 266:10 267:19
 269:18 272:14,21
 274:21 277:19
 278:1,15,21 279:2
 282:7,12,15 283:2
 283:5 284:6
 285:24 286:4,9
 288:7 294:4 331:9
 336:21,23,25
 337:3,7,11,12
 338:7,17,21,25
 339:3 341:7
 354:14,21 411:6
 413:10,14 416:5
 416:12,20 419:24
 422:14,20,22,25
 423:3 439:10,11
**jackie's** 277:19
 278:9,10 279:6,20
 280:3,8,19 281:1,3
 281:16 282:4,21
 282:24 286:2
 354:24 397:14
 398:14
**jams** 214:4
**jamsadr.com**
 214:11
**jan** 241:4
**january** 216:16
 241:12 402:18,19

 402:20,21 433:23
**jargon** 301:21
**job** 208:24 261:14
 295:12 331:24
 404:1,3,22 463:5
 493:5 495:2
**jogged** 302:12
**johanna** 473:8,10
 473:13 477:3,3
 478:4 482:24
 484:8 485:8
 489:13
**john** 214:18
 219:11
**joined** 347:13
**jonathan** 473:15
**joshua** 484:9,24
**journal** 486:3,10
 489:5,9
**jp** 489:11
**jsc** 208:4 209:4
**july** 242:8,9 396:9
 396:15 409:14
 410:3
**june** 242:5
**jury** 436:11
 458:21 459:18
 460:17 470:1

**k**

**k** 211:6 404:2
**kamdar** 473:14
**keep** 282:5,25
 313:11 314:3
 317:20 412:1
 438:3 464:14
**keller** 210:5
 219:16,18 221:9
**kellerrohrback.c...**
 210:15,16,17,18
 493:2

**key** 263:9 268:20
 273:5,14 333:9
 435:4
**keynote** 439:14,19
 440:5,14 441:5
 455:18,23 456:1
 457:15 468:25
 472:19
**kind** 271:13
 326:23 347:6
 378:11 394:11
 395:6
**kinds** 405:9
**klout** 277:15
**knew** 336:10
 391:5 456:9 457:1
 457:16 458:11,21
 459:14,19 460:9
 460:11,17 461:3
 461:22 462:1,2,4,6
 462:7,12,23
 464:10 465:14,19
 465:24 466:12,23
 467:5,17,20,22
 468:24 469:7,12
 470:5
**know** 221:8 243:4
 247:21 256:17
 261:6 262:12
 265:1 266:17
 272:3 276:14,16
 276:24 277:2
 278:9 281:19,21
 284:17,18 285:6
 287:2,7 292:3,7,7
 304:10 308:7
 311:14 312:10,12
 314:23,25 315:3
 316:25 322:16
 350:9 351:4
 353:22,25 354:5,8

 355:3 357:14,16
 357:25,25 358:6
 358:15 359:6,7
 377:13 384:9,17
 384:18 386:12,13
 386:17,20 387:21
 390:13,17,23
 391:4 392:1 395:1
 395:4 408:10
 410:17 413:13
 414:9 416:4
 420:10 422:24
 429:2 433:12
 435:24 439:5,6,11
 439:13 444:10
 451:21 452:19
 458:10,14 462:10
 462:12,13 468:13
 471:9 473:9
 475:22 476:15,23
 481:18 484:25
 488:13 489:1
**knowledge** 462:19
 462:20,21 463:14
 467:13,14 484:18
**knowledgeable**
 303:2,5
**known** 301:22
 329:13 458:15
**knows** 453:16
**koukouzelis**
 243:18 256:14
**kp** 243:20 259:7
 261:3 263:3,6
 274:9 275:7
 276:23 277:22
 279:2,5,19 280:25
 281:15 282:11,18
 282:20 285:18
 286:1,4,9 288:8
 294:4 319:24

Veritext Legal Solutions
866 299-5127

[kp - loeser]

327:15 331:9
350:5,8,11,19,22
351:1 354:13,23
360:4,23 361:10
362:6 428:3,17,20
428:22,23 439:12
439:13 463:23
473:6 478:16,17
480:21 482:10
**kp's** 274:19
276:20 278:14
279:7 281:23
361:19 482:15

**l**

**l** 208:21 209:20
492:1,24
**l.l.p.** 210:5
**labeled** 411:22
**lack** 309:5
**language** 250:20
250:21
**large** 252:15 253:6
297:2 329:20
334:14 388:8
**larger** 328:14
**largest** 388:24
477:6
**late** 483:15
**laufenberg** 210:7
219:17
**launch** 257:17
403:10,12,16,20
404:15 408:15
409:2,4,13,19
421:3 440:2
**launched** 236:7
255:12 298:9
329:12 409:15,21
424:21 426:13,21
**launches** 297:21

**law** 210:10 211:8
212:8,17 213:7,15
**lawyer** 484:17,19
485:1
**lead** 336:23
**leadership** 288:3
309:18 326:14,16
326:17,21,24
357:13 434:11,14
434:18
**leading** 336:21
338:17 409:13
**led** 311:2 337:7
**lee** 243:24
**left** 304:9
**legal** 292:17
336:22,24 337:8
338:7,11,18 339:1
352:21 493:7
**length** 308:14
366:1 421:6
**lengthy** 227:14
485:4
**lesley** 211:7
**level** 239:17
240:14 251:15
273:20 285:8
463:16
**levels** 463:20
**liberty** 275:1
**lifestyle** 319:21
**light** 465:9
**lightly** 246:18
**liked** 259:1 478:1
**likes** 258:15,19,21
277:15
**limit** 347:5
**limited** 450:20
451:1
**limits** 226:12

**line** 262:8 303:8
379:25 400:1
435:1 473:1
493:15 494:4
495:4,7,10,13,16
495:19
**lines** 352:1 478:20
483:2
**link** 264:9,13
281:11
**linkedin** 360:16
**list** 231:21 268:2
274:22 275:7,8,11
275:12,23 276:2,6
276:23 297:24
300:14,20 313:4
314:18 325:6
327:14 336:20
364:13 408:2
434:13 435:4
439:5 453:13
**listed** 314:8 315:9
315:11,20 319:13
322:18 365:10
367:15 384:5
388:23 397:19
400:5
**listened** 318:1
441:14
**lists** 300:16 391:16
417:12 419:12
**litigation** 208:4
209:4 219:10
493:4 495:1
**little** 273:6,15
274:19 276:20
287:5 294:10
308:7 338:20
349:17 358:23
360:18 396:6
399:1 436:23

437:12 438:3
454:17
**live** 403:9
**lives** 328:14
**llp** 211:5 212:5
213:5
**load** 245:9
**located** 209:16
**location** 208:15
**locked** 493:12
494:1
**loeser** 210:6 215:5
219:15,16 220:14
221:6,8 222:15,18
227:11 229:19
233:14 240:22
242:22 243:1,4,11
243:13 244:15,23
245:5,6 246:12
248:2,11 251:10
251:20 253:18
254:14 255:1,23
256:19 257:2
258:1,11 260:9,16
263:1 264:7
265:10,18 267:13
268:18 269:14
270:13,22 271:4
271:15 272:6,13
272:22 273:3
274:1 276:18
277:4 278:13
279:4,16 280:2,9
280:24 281:14
282:18 283:11
284:2,25 285:17
286:5,17 287:4,12
287:22 288:5,14
289:17 290:10,13
290:20 291:23
292:6 293:23

[loeser - looks]

294:1 295:1,5,18
297:19 299:4,13
300:13,23 305:1
306:3,11 308:6
309:24 311:20,22
312:7 315:12,21
318:9,19 320:20
321:5,11 322:8
324:23 325:9,11
325:14,19 326:10
327:8,11 330:20
331:3,6 335:17
337:16 339:22
340:6 341:10,25
342:5 345:2 346:1
346:9 348:13
349:1,15 350:4
351:15 352:12
353:4 354:11,19
356:5,17 358:22
359:10 360:10
361:8,16 363:6,14
363:17 367:16
369:20 370:4,10
370:20 371:1,9,14
371:25 372:15,24
373:15,23 374:9
375:6,23 376:8,12
377:7,23 378:12
379:12 380:15
381:4,16 382:10
382:17,22 383:10
383:19 384:3,21
385:4,7,16 386:7
386:22 387:5,22
388:11,20 389:13
390:11 391:11
392:7,24 393:5,21
394:2 396:6
398:10,25 400:1
401:9,17,22

402:11 406:3
407:3,14 408:14
409:8 410:20,24
411:15 412:25
413:16,25 414:11
414:25 415:13
416:3,9 419:3,23
420:8,19 421:14
422:21 423:16
424:3,24 425:6,13
425:25 426:14,22
427:20 428:16,24
429:4,14 430:2,12
430:23 431:8,19
432:13 433:3,9,14
433:19,20 434:21
436:4,19,25 437:7
437:13,19 438:2
438:12 440:4,11
440:24 441:3
442:16 444:14,18
444:20 445:6
446:5,10,17,25
447:21 448:5,17
449:10 450:13
451:23 452:9,22
453:5 454:6,14,17
454:18,21 455:8
456:2,8,25 457:10
457:14 458:4,17
459:11 460:6
461:24 462:19,25
463:22 464:11,15
465:24 466:12,23
468:24 469:17
470:17,25 471:5,9
471:18,21 472:2,8
472:12 474:9
476:11,17 478:3
479:8,20 480:13
480:20 481:24

482:3,10,17,25
483:12,22,24
484:23 488:25
489:10,24 493:1
**log** 301:23 453:20
**logged** 414:16
441:8
**login** 248:7 301:12
301:22 319:7
372:17,21,22
403:20 438:21
473:22
**logs** 486:12
**london** 208:15
209:17 219:1,5
**long** 246:23
247:16 264:9
307:2,10,11
325:17 365:18
383:17 392:2
393:6,7,8 396:16
405:6 409:8 446:3
448:6,20,22 469:6
472:9 479:21
480:14 484:1
**longer** 294:11
307:25 310:14
345:15,19 373:12
400:25 418:23
465:7 478:24
479:1,9,13 480:8
480:22 481:19
482:4 483:8
486:24 487:7
488:2
**look** 235:12
237:20 244:16
259:19 260:17,19
262:3 267:25
268:19 273:3
274:9,18 281:22

282:23 295:6,21
297:19 308:21
312:7 313:4,22
314:9,17 315:21
317:16 322:19
323:15 324:3
333:6 342:5,6
348:20 353:4
363:15 364:8
365:19 367:1
375:20 379:13,23
379:24 391:11
411:6 414:11,23
416:22 417:13
420:8 423:17
433:14 435:1
441:15 475:20
487:3
**looked** 262:16
323:6 424:23
426:11 428:6
464:7,8,9,11,15,19
470:23
**looking** 243:13
260:1,7 263:1
280:25 294:2
327:12 333:4
334:6 362:2
374:14 381:18
382:12 394:2,25
402:19,22 472:25
473:23 475:17
487:21
**looks** 244:12 266:8
274:10,13 277:5
338:23 360:22
361:6,24 364:6
396:8 402:18
406:6 410:6
416:19 485:14

Page 30

[los - mean]

| | | | |
|---|---|---|---|
| **los** 214:9 | **majority** 242:3 | **marie** 338:7,25 | **materials** 221:17 |
| **lose** 263:14 368:19 | 306:14 328:15,19 | **mark** 349:22 | 465:10 |
| 369:13,19,24 | 481:18 | 357:9,11 433:9,13 | **matt** 213:6 475:1 |
| 370:5 371:15 | **making** 225:21 | 433:19,21 434:17 | 475:16 |
| 375:25 377:18 | 263:17 292:16 | 435:2,3,23 436:1 | **matter** 219:8 |
| 379:21 384:23 | 313:16 341:21 | 439:15,19,25 | 234:6 242:21 |
| 391:13 392:11 | 342:13 343:14 | 440:25 443:9 | **matters** 453:10 |
| **losing** 430:12,23 | 354:18 385:12 | 444:11 456:6,22 | **mau** 372:17 373:6 |
| **loss** 358:24,25 | 423:13 430:7 | 458:11 464:17,20 | 374:5,6 389:8 |
| 370:12 378:1,4,10 | 432:1 445:22 | 470:11,24 472:20 | **mbuongiorno** |
| 378:22 379:3,13 | **manage** 305:7 | **mark's** 357:13 | 213:12 |
| 379:24 380:7,21 | **managed** 274:22 | 434:11,11 | **md** 208:4 209:4 |
| 380:22 384:4,20 | 328:15,19,23 | **marked** 217:10 | **mdl** 208:3 209:3 |
| 385:17,19,20,21 | 341:9 | 218:1 235:14 | 215:13,14,21 |
| 386:4 387:6 | **management** | 243:2,14 244:17 | 216:8,9,13,14,18 |
| **losses** 360:5,12,23 | 364:18 427:13,19 | 244:19 245:2 | 216:23,24 217:6,7 |
| 385:25 | 432:7,16 433:4,7 | 246:6 256:20 | 333:4 396:19 |
| **lost** 369:14 | 434:3,5,9 462:2,2 | 259:3 260:1,2 | 485:6 487:23 |
| **lot** 232:14 246:5 | 463:16,21 | 294:2,22 327:10 | **mean** 224:18 |
| 246:15 278:15 | **manager** 250:12 | 331:4,7 349:22 | 228:17 229:16 |
| 334:11 351:25 | 250:21,25 251:6,8 | 350:1 361:13 | 266:19 269:20,23 |
| 471:12 474:11 | 256:4,12 261:10 | 363:10,11 393:23 | 270:5 272:2,7,19 |
| **love** 393:3 | 261:15,20 269:10 | 393:24 410:21 | 273:14 275:15,18 |
| **low** 387:20 | 270:19 331:20 | 413:20 433:16 | 276:19 278:24 |
| **lweaver** 211:14 | 332:1,7,17 334:21 | 441:1 472:5 | 280:8 292:7,21,24 |
| | 434:25 473:3 | 483:19,23,25 | 293:21 304:1 |
| **m** | **manager's** 254:21 | **marketers** 333:12 | 305:17 309:13 |
| **m** 357:12,13 358:3 | **managers** 427:21 | **marketing** 391:8 | 319:17 321:9,11 |
| 358:6,17 434:8,8 | 427:25 | **master** 214:6 | 333:21 346:6,12 |
| 434:11,20 | **manually** 297:3 | 219:24,25 290:12 | 353:24 355:19,21 |
| **macdonell** 214:18 | **manufacturers** | 290:14,22 291:8 | 358:11,19 359:3,8 |
| 219:11 | 477:7 | 295:8,16 325:16 | 370:8 372:20 |
| **machine** 492:9 | **map** 342:12 | 325:22,25 393:6 | 374:18,22 376:24 |
| **magic** 290:11 | 343:13 | 393:13 461:14,23 | 378:8 385:19 |
| **main** 404:1,3,22 | **maps** 391:18 | 462:5,14,18 464:6 | 387:24 389:2 |
| **maintain** 412:5 | **march** 450:5 | 464:10,13 468:3,8 | 394:15,16,23 |
| **maintained** | 470:16 473:16 | 468:12,21 480:1 | 402:2 406:9,22 |
| 477:16 | 474:14 477:4 | 480:25 481:3,7,23 | 408:12,22 410:11 |
| **maintaining** | 478:5,16 480:21 | 481:25 482:1 | 412:8,13 413:11 |
| 293:10 412:2,21 | 482:3 | **matches** 379:22 | 423:8 427:19 |
| **major** 452:6 459:3 | | | 434:4,16 435:25 |

[mean - mosseri]

441:25 449:5
461:22 462:11,23
489:22
**meaning** 240:6
353:9 355:9
**meaningful**
249:15
**means** 227:14
238:2,12,20
248:16 253:24
266:14 269:25
270:23 271:7,25
274:15 276:24
277:3 282:21
316:8 322:23
323:9,23 324:7,25
354:6,8 358:15
359:7 360:9
372:18 374:6
376:25 377:12,15
394:17,22 410:16
412:15,20,21
413:15 414:22
415:9 420:10,16
421:12 462:8,12
**meant** 224:7
266:16 267:19
269:16,18 272:20
273:24 281:21
283:10 292:21
305:21,22 309:4
309:23 310:8
316:22 324:19
353:23 359:16
361:5 382:8 405:6
406:11 408:18
413:10,10 467:19
**measure** 389:8
**mechanism**
301:10 377:1

**media** 368:3
378:17,23
**medium** 387:20
**memo** 248:12
255:24 256:13
**memorized** 420:25
453:23
**memory** 240:2
302:12
**mentioned** 292:18
326:13 359:25
379:10 438:12
**mentioning** 409:2
**merely** 310:17
**message** 263:2
391:18 394:12
396:14 487:17
**messages** 396:8
410:3
**messaging** 478:23
478:25 483:8
**messed** 360:18
**met** 257:21,25
**meta** 216:8,9
**metadata** 363:23
364:2,2
**methods** 321:15
321:20
**metrics** 374:7
**michelson** 212:18
**microsoft** 277:12
277:13,14
**middle** 297:24
380:1,3 396:24
402:17 403:25
441:7
**migrate** 427:11
**migrated** 443:22
465:23 469:16
**migrating** 447:17

**migration** 217:6
224:25 226:12
293:7 421:23
445:13 446:2
447:10 448:1,6,12
448:13,20,22
449:6 484:14
485:9 486:3,5
**mike** 327:6 433:21
**mill** 213:16
**mind** 243:6,8
257:8 259:21
271:22 273:21
309:8 327:3,5
359:18 432:13
471:10
**minimizing** 320:7
**minute** 223:22
235:11 259:16
471:16
**minutes** 309:2
325:15,20,23
438:5 467:19
471:15
**misrepresent**
250:25
**misrepresenting**
251:6 352:10
**missed** 227:2
**mistaken** 241:15
241:17,17
**misuse** 226:23
**misused** 226:22
**mixing** 429:9
**mobile** 271:17,19
307:3 311:1
313:25 314:9
317:19 318:10
319:11 333:12
364:15 366:14
369:10 424:5

459:8
**model** 216:17
236:12 237:17
307:17 433:23
435:19
**moment** 219:23
349:21
**momentarily**
350:4
**monday** 221:13,23
222:5,19 227:12
308:7 328:18
330:22 342:3
450:6,14 451:13
453:5,25
**monica** 215:20
216:7 331:10
332:16 350:6,12
350:22 351:7,19
352:24 359:7
363:2 371:23
381:1 387:23
397:7,13 398:1,13
473:14
**monthly** 372:23
373:3,6,16 374:2,9
374:12 388:16,20
389:1,14,18,23
390:7
**months** 247:5
251:19 252:21
269:11 278:5
284:19 288:22
304:10 334:10
409:25
**morning** 219:15
220:2,3 221:9
308:8
**mosseri** 215:20
216:7 331:10
332:16 350:6,22

[mosseri - northern]

| | | | |
|---|---|---|---|
| 351:7 355:6 357:4 360:4,22 361:10 363:2 377:16,16 377:16 384:22 385:22 397:7,13 398:13 | **name** 243:16,16 326:20,23 332:10 332:11 369:10 492:20 | **needing** 236:10 **needs** 294:11 310:24 437:5 471:15 | 465:5 471:5 486:6 **news** 222:16 252:14 439:22 **newsfeed** 253:4,15 258:24 273:22,25 |
| **mosseri's** 358:23 361:18 | **names** 327:3,5 439:6 473:6 | **negative** 268:3 473:21 474:8 475:2 | 274:6 282:3 284:8 312:18 313:12,23 314:18 315:15 |
| **motivation** 247:12 **move** 242:23 252:5 293:23 295:9 310:20 350:20 358:22 364:3 366:1 371:14 387:5 392:24 398:25 404:11 407:5,17 407:20 410:20 477:1 478:4,15 | **namita** 327:15 **naor** 327:15 **narrative** 250:13 **native** 416:8 **natural** 337:2 **naturally** 360:20 **nature** 223:12,16 225:14 279:14 305:4 307:22 351:20 359:19 | **neither** 293:2 329:10 492:16 **neko** 369:7,9,10 369:14,18 370:13 **network** 367:25 378:17,24 **nevada** 208:22 **never** 241:18 445:6 | 317:3 318:25 375:5,18,20 415:16 **nine** 247:5 251:18 269:11 270:19 277:5,7 278:5 281:20 284:19 288:22 316:9 336:1 |
| **moved** 328:3 **moving** 224:6 338:10 347:10 412:5 **msft** 277:11 **mteam** 353:13 357:6 358:13 **muffled** 371:6 415:5 | **nearly** 247:5,5 **necessarily** 224:15 297:13 333:21 353:24 384:14 385:12 421:19 423:14 429:25 435:25 437:5 **necessary** 342:18 396:23 493:14 494:3 | **new** 222:3 248:8 304:18 305:8,11 306:18,20 315:15 320:16 322:1 328:4 329:24 330:7,18 333:12 333:21 334:17 335:1,22,25 336:10,21,24 337:7 338:6,17 | **nod** 246:9,11 **non** 263:5 266:12 273:25 312:23 313:13 315:22 317:9,17 319:9,12 320:13,22 321:6,9 333:11 364:14 366:12,18,20,24 367:4 399:6 414:14 420:20 |
| **multiple** 226:1,11 359:17 **mute** 227:2 **mutual** 321:2 322:2 **mutually** 246:24 247:17 **mwv1** 350:8 **myspace** 277:16 | **need** 225:17 232:2 246:21,22 247:14 265:4 273:7 279:2 281:24 286:3 295:6 296:22 310:18 329:24 333:22 342:11 351:3 358:25 393:8 407:1 410:12 421:11,22 422:7 435:12 488:9,13 489:1,16 | 342:8,10,17,20 343:1,9 349:21,23 354:23 361:12 372:1 373:24 381:7 382:13 391:13 392:12,24 393:22 400:16,22 401:1,12,25 403:9 404:15 406:18,19 409:23 418:24 425:15 426:4 433:15 436:6 | **nondevice** 344:20 **nongames** 367:11 367:15,17 379:5 **nonintegration** 344:21 **nonstandard** 346:16 456:11 457:2,18 458:23 459:20 460:19 **nope** 221:20 **normally** 439:17 **northern** 208:2 |
| **n** | **needed** 225:1 320:8 330:1 343:16 407:9 | 438:21 446:17 447:4,8 448:8 449:4 450:25 | 209:2 |
| **n** 215:1 306:14 307:1 | | | |

Veritext Legal Solutions
866 299-5127

**[notating - objection]**

| | | | |
|---|---|---|---|
| **notating** 493:15 494:4 | 289:11 292:9 | **object** 227:4 265:6 | 360:7 361:3 |
| **note** 249:2 252:9 | 297:2 299:20 | 265:13 267:9 | 367:13 369:16 |
| 257:15 281:23 | 300:25 301:5 | 268:7 291:7 292:2 | 370:1,7,15,23 |
| 303:24 362:3 | 302:5,13 305:5 | 309:10 312:2 | 371:7,21 372:5,19 |
| 387:12 407:15,16 | 306:19 315:24 | 317:23 318:13 | 373:5,17 374:3,20 |
| 409:1 410:18 | 318:16 321:1 | 325:3 345:21 | 375:8 376:2,10,23 |
| 413:17 484:4 | 327:13 329:19,20 | 402:6 | 377:20 378:7 |
| **noted** 259:10 | 329:24,25 330:17 | **objected** 457:11 | 379:7 380:9,24 |
| 331:1 342:4 454:5 | 334:15 346:14 | 457:12 461:9 | 381:11 382:6,16 |
| 468:8 490:6 | 349:23 384:13 | **objection** 220:10 | 382:23 383:24 |
| **notes** 221:12,14,18 | 386:6 388:16,24 | 220:14,15 229:11 | 384:7,25 386:2,11 |
| 235:12,13,15,19 | 391:16 396:19 | 240:8 251:4,12 | 386:25 387:15 |
| 235:20 236:4 | 402:14 424:25 | 253:9 254:9,19 | 388:4,18 389:4 |
| 237:21 240:23 | 425:3,16 426:5,12 | 255:7 257:23 | 390:10 391:2,23 |
| 349:16 361:20 | 427:1,9 428:11,12 | 258:6,9,10 262:20 | 392:13 395:24 |
| 362:1,5,6 387:11 | 429:11,21 433:7 | 264:1 269:7 270:7 | 398:4,21 399:24 |
| 398:13 403:6 | 456:18 466:5 | 270:16,25 271:9 | 401:2,14 405:24 |
| 417:19 491:4 | 472:16,21 474:12 | 272:1,9,24 273:17 | 406:20 407:10 |
| **notice** 266:19 | 484:4 487:21 | 276:13 277:1 | 408:9,20 411:12 |
| 330:25 421:2,9,10 | 493:15 494:4 | 278:2,23 279:9,21 | 412:10 414:8,19 |
| 421:11,21 | **numbering** 244:24 | 280:6,21 281:9 | 415:21 416:6 |
| **noticed** 328:3 | **numbers** 244:20 | 282:14 283:7,20 | 419:15,18 420:5 |
| 475:6 | 275:2 381:3,19,23 | 284:10 285:5,22 | 420:11,22 422:17 |
| **noticing** 219:14 | 381:24 382:9 | 286:11,22 287:11 | 423:6,24,25 424:1 |
| 220:12 | 385:18 386:6,8 | 287:18,24 288:12 | 424:18 425:2,9,21 |
| **notified** 306:13 | 417:10 | 289:6,21 290:4,8,9 | 426:10,18 427:17 |
| **noting** 407:16 | | 293:16 297:15 | 428:10,19 429:1,7 |
| **notion** 308:15 | **o** | 298:21 299:10 | 429:19 430:6,17 |
| **nov** 337:19 | | 300:7,19 304:20 | 431:2,12 432:22 |
| **november** 337:18 | **o'neil** 327:16 | 305:19 306:7 | 433:5,11 434:15 |
| 338:16 347:8 | 411:1 413:19 | 307:8 311:17 | 435:21 436:17,22 |
| **number** 215:9 | 428:4 433:21 | 315:7,17 320:14 | 437:2,10,15 |
| 216:2 217:2,11 | 439:8,9 463:23 | 320:24 321:7,24 | 439:24 442:13 |
| 218:2 221:24 | 464:16 473:6,14 | 324:15 335:3 | 444:8 445:1 446:1 |
| 223:5,23 224:24 | 477:2 478:6 484:9 | 337:9 339:13 | 446:7,13,21 |
| 226:10 227:22 | 485:8 | 340:1 341:5 | 447:14,23 448:10 |
| 228:9 238:6 245:4 | **o'neil's** 434:21 | 344:13,16 346:4 | 449:2 450:10 |
| 261:2 263:19 | 435:2 | 348:6,17 351:11 | 451:18 452:1,18 |
| 265:23 267:1 | **o0o** 219:3 490:10 | 352:8,21 354:4,15 | 453:1 454:4,11 |
| 268:12 273:1 | **oakland** 211:11 | 355:16 356:10 | 455:1,24 456:5,15 |
| | **oath** 220:11 221:2 | 358:14 359:5 | 457:6,21,24 458:6 |
| | 492:8 | | |

[objection - orient]

| | | | |
|---|---|---|---|
| 459:1,23 461:6 | 429:4 | 343:20 345:17 | **once** 232:1 249:17 |
| 463:17 465:17 | **ok** 294:13 | 348:4 349:1,15 | 445:3 485:23 |
| 466:4,18 468:2,6 | **okay** 219:4 222:2 | 351:15 352:12,23 | **ones** 222:3 258:14 |
| 469:11 470:9,22 | 222:15,17 223:13 | 356:17 357:20 | 263:15,25 299:8 |
| 471:2 474:5 476:3 | 224:17 225:2,22 | 360:3,10,22 | 412:2,9 413:1,3 |
| 476:13 477:23 | 226:5 227:24 | 361:24 363:7,22 | 438:4 453:11 |
| 479:4,16 480:24 | 230:11 231:11,20 | 364:24 365:9,19 | **online** 264:17 |
| 482:13,21 484:22 | 233:1 234:9 | 366:6,16 368:20 | **open** 310:21 376:4 |
| 488:20 489:6 | 236:19 237:4 | 369:9,22 370:20 | **operates** 462:25 |
| **objections** 272:17 | 238:2 239:11 | 374:14 375:23 | **operating** 271:19 |
| **obtain** 230:22 | 242:17,22 243:11 | 377:7 378:12,21 | 459:9 |
| 232:7 236:10 | 243:19,20,22,23 | 379:3,12 380:15 | **operational** |
| 238:17 330:23 | 244:15 245:3,14 | 381:16 385:10,16 | 450:21,22 |
| 401:13 402:1 | 245:20 246:14 | 388:11 390:19 | **operations** 394:21 |
| **obtained** 231:23 | 247:9 248:4,11 | 393:15,16,21 | 394:24 395:21 |
| 232:19 233:2,4 | 251:20 252:5 | 396:6,13,16,21 | 425:18 426:7 |
| **obvious** 277:16 | 255:1,23 256:19 | 397:6 402:21 | **operative** 222:24 |
| 297:13 | 259:2 260:11,22 | 403:4,18 405:11 | 446:18 447:4,9 |
| **obviously** 227:13 | 260:25 261:1,11 | 407:14,23 410:2 | 448:25 449:4 |
| 342:25 | 261:17 262:2,16 | 410:20 411:15 | **opinion** 251:7 |
| **occur** 257:3 | 263:1,22 264:7,11 | 412:25 414:25 | 412:19 435:11 |
| 297:14 359:12 | 266:8 267:4,21 | 416:3,21 417:19 | **opinions** 269:10 |
| 435:20 441:24 | 268:18 270:13 | 417:23 418:20 | 323:12 344:2 |
| **occurred** 225:15 | 274:18 275:15 | 419:23 421:14 | **opportune** 325:13 |
| 306:23 436:5 | 276:7 278:13 | 422:1,13,21 423:2 | **opportunity** 445:7 |
| **occurring** 421:16 | 280:12,18 281:4 | 423:16 424:24 | **ops** 216:12 394:4 |
| **occurs** 391:21 | 281:14 282:23 | 427:13 428:24 | 394:14,17,17,20 |
| **oct** 241:3 327:20 | 284:25 285:17 | 430:2 436:4 438:7 | 403:19 |
| **october** 241:12 | 286:5 288:5 | 440:8,9,14 442:5 | **opt** 237:12 |
| 327:24 338:15 | 289:17 290:16 | 442:22 443:2,16 | **option** 478:22 |
| 347:10 | 293:23 294:17,21 | 445:23 446:17,25 | 483:6 |
| **offer** 428:14 | 295:13,18 298:13 | 447:12 463:6 | **options** 304:16 |
| 437:21 | 299:4 300:4,23 | 468:21 470:1 | **order** 230:7,20 |
| **offered** 345:6 | 302:17 303:22 | 471:10,11,22 | 231:7,25 305:16 |
| **office** 493:11 | 306:24 308:21 | 472:15,24,25 | 335:24 342:23 |
| **officer** 220:10 | 317:16 323:15 | 473:5 474:19,25 | 435:13 466:8 |
| **offline** 331:2 | 324:3 325:9 326:5 | 478:3 479:8 | **oregon** 208:22 |
| **og** 375:25 376:1,3 | 327:8 329:1,15 | 481:23 482:25 | **organization** |
| 376:8 377:12 | 332:13 333:2,15 | 483:22 485:3 | 324:12 388:8 |
| **oh** 355:23 382:23 | 334:3,16 337:24 | 486:8 488:9 | **orient** 260:22 |
| 393:14 416:8 | 339:10 342:5 | | |

[original - partners]

**original** 225:10
236:12 264:23
340:18 477:15
492:13 493:10,21
**os's** 307:3
**outcome** 339:7
**outcomes** 373:13
**outlined** 282:7
283:2,5
**outputting** 339:8
**outside** 306:9
345:23 477:8
**overruled** 291:8
468:9

**p**

**p** 306:13
**p.m.** 209:18 219:2
219:5 260:12,15
326:6,9 393:17,20
438:8,11 471:23
472:1 490:5,6
**p3** 259:9 262:11
263:4
**p3.0** 294:5 297:20
**package** 334:14
348:1
**page** 213:16 215:3
215:9 216:2 217:2
217:11 218:2
235:21 240:24
248:12 252:6
261:2 279:23
281:3,11 282:10
295:21 296:8
333:3,3 337:25
347:7,9 362:1,10
363:15 364:8,18
364:24 366:16
367:5 368:14
377:24 380:1,3
385:16,18 396:24

399:25 402:18,20
402:21 403:25
404:10 405:8,19
406:2 414:12
441:6 477:18,21
477:24,25 478:2
483:4,11 485:4,5,7
487:12,19,21
493:15 494:4
495:4,7,10,13,16
495:19
**pages** 208:25
259:1,15 396:18
402:14 484:5,6
493:14,17,17
494:3,6,6
**paid** 382:12
383:21
**painful** 246:19
**pair** 302:2
**pairs** 297:2
**palo** 213:17
**paragraph** 246:2
248:2,3,25 249:4
274:19 328:1
441:7 474:25
475:15
**parallel** 263:8
**parenthetical**
489:4
**parlance** 394:18
**parse** 263:9
**part** 230:3 239:1
242:6 247:10
285:10 299:25
305:9 306:1
326:25 328:13,14
332:3,5 351:8,16
391:8 397:10
399:11 443:22
477:14

**parti** 312:4
**participate** 249:17
373:2,12
**participation**
412:17
**particular** 237:16
238:18 277:17
333:17 341:12
356:7 360:25
391:21 419:21
440:17
**parties** 210:2
211:2 212:2 213:2
214:2 220:6
228:14 233:11,24
318:22
**partly** 473:22
**partner** 234:23
261:10,20 262:14
263:21 269:6,10
270:19,24 272:7
282:5,25 284:1
288:9 292:15
312:9 323:14
331:20,23 332:1,5
332:7,17 334:21
347:5 386:15
390:8 399:19
411:18 413:5,6,12
415:17 416:24
417:20 421:9,21
422:15 459:20
467:3
**partners** 222:21
222:22 223:9
224:10 227:20,25
228:5,6,9 229:2,7
229:22,24 230:13
231:21,21,23
232:7,19 233:2
234:12 241:5,14

241:20,23 263:4
263:14,24 264:20
265:21 266:5,6,11
268:2 271:8
272:15 277:18,23
278:17 281:6
283:14,18 284:7
285:19 286:7,19
287:9,15 292:1
308:9 314:9 315:4
318:5,15 322:21
322:23 323:1,5,9
323:18,24 324:2,5
324:8,10,11,14,19
325:1,7 326:12
341:17 342:11,18
342:24 343:7
344:8,12,21,21,24
345:3,4,11,11,14
345:18,23 346:1,2
346:10,24 347:1,5
354:22 355:14
358:25 359:4,8
381:6,9,20 382:12
382:14 383:2,12
384:5 385:24
386:10 387:11,14
389:15 390:20
398:20 399:5,21
400:4,10,12,15,21
400:24 401:10,12
401:23,25 415:20
425:1,7 426:24
427:14 428:7
429:5,17 430:3,15
431:1,11,22 432:8
432:18 433:2
449:21 455:22
456:10,20 457:2
457:17 458:2,16
458:22 460:18

[partners - permissions]

461:3 463:7,12,13
464:1,5 465:3,11
465:14,25 466:6
466:21 467:3,23
467:24 468:11
469:2,8,13 470:2
474:12

**partnership**
326:15 332:9
354:14 383:16
394:14 397:15
398:2,15,19
406:18 412:4
463:11

**partnerships**
216:12 261:16,21
263:9,19 265:22
283:22 288:2
310:4 323:11,12
323:13 324:1,10
324:17,21 331:21
332:2,8,12 333:11
394:4,16,17
403:19 416:23
418:2,2 467:1,9,11

**party** 234:1 252:4
318:17 436:20,24
492:18

**pass** 288:24

**passed** 294:12

**path** 277:15
360:16

**pdf** 493:12 494:1

**peace** 473:8,10,13
473:19 477:3,3
478:4 482:11,18
484:8 485:8,13
487:14 489:13

**pegged** 437:5

**penalty** 220:20
491:2 493:16

494:5

**people** 235:6
238:13 239:6
242:20 252:2
261:2 263:19
264:2 265:24
274:2 278:5
281:21 283:10,22
286:6,13 288:19
289:9,9 292:9
305:5 313:20
321:2,4 326:25
327:2,13 335:9,13
336:9,15 341:15
349:6,10 357:16
357:17,20 358:1
359:24 389:11
392:18 393:13
394:19 401:7
412:14 414:16
428:5,6 429:13,21
432:3,6 434:19
437:8 442:23
443:19 455:6
462:3 463:10,15
463:23,25 465:18
467:1 470:15
475:11 478:1

**percent** 238:18
239:7,10 358:10
360:19 364:19
394:9 395:8
406:21

**percentage** 239:6
275:3

**perfectly** 261:7

**perform** 320:8

**period** 307:23
308:5 310:14
327:6 344:4
389:16 390:11,21

402:3 420:17
421:10,10,22
446:3 448:2,6,12
448:13,20,22
460:25 486:24
487:8 493:18
494:7

**periods** 266:20

**perjury** 220:20
491:2 493:17
494:6

**perm** 399:16

**permi** 233:16

**permission** 231:4
231:8,8 234:2
236:21 237:7,9,17
237:22 238:17
239:6,13,19,20,22
239:23 240:5
252:12,25 253:1,2
253:22,25 254:2,4
254:5,7 255:5,13
255:21 256:3,8,11
256:25 257:16,19
258:20 282:4
286:20 287:17
301:11,15 302:2
312:20,22 330:5
345:20

**permissions**
216:22 222:23
223:4,6,9 224:11
224:13,15 227:16
227:17 230:14,15
230:20,21 231:1
231:24 232:1,16
232:20,24 233:2,4
233:5,9,12,14,16
233:18,19,20,22
234:12 235:3,4,10
236:1,5,7,8,11,19

236:24 237:6,13
237:15,23 238:4,5
238:7,12,15 239:4
239:9 240:17
248:9,22 249:24
250:4 251:18,24
252:1,7 253:16,20
262:19 263:15
272:16 274:23
275:9,17,19
276:12 277:25
283:15 284:8
285:20 286:8
287:10 288:11
289:5 290:3 291:6
291:16 292:1,14
293:15 299:1
300:1,16,21,24
301:1,5,24 302:3
302:15 308:10
313:1,2 315:24
318:12 319:2
321:14,19 322:6
334:7 340:13
343:9 345:5
346:11 372:4
399:22 408:8
414:14 425:8
426:17,20 427:8
429:6,18 430:4,13
430:24 432:9,19
443:15 445:5,12
445:15 446:23
448:15 449:8,24
450:3,8 451:13
452:2 455:4,14,19
464:2 466:14
470:14 472:11
474:17,23 478:24
479:1,7,10,14,18
480:9,22 481:19

[permissions - pmds]

482:5,9 483:9
**permissions.xlsx.**
259:11
**perms** 329:5
**persistent** 475:11
**person** 267:21,23
312:4 316:25
323:3,10 348:10
352:2 371:1 410:9
418:18 419:21,23
473:8
**personal** 227:8
239:17,24 240:14
249:13 250:6,18
251:16,22 252:16
253:7,12 255:17
268:10 273:20
276:4 285:8 287:1
296:23,25 297:10
298:24 301:8
303:18 304:2
308:3 309:15
310:1 329:22
333:25 336:2
339:18 342:21
344:18 355:23
356:22 358:8
372:8 374:25
406:23 408:23
420:15 437:23
**personally** 235:15
235:19 320:18
321:3 322:4
**persons** 335:24
484:18
**perspective** 268:5
268:9,10 270:5
387:17 388:6
435:9
**pertain** 335:5,15

**pertained** 348:21
**pertaining** 379:4
**pertains** 492:12
**phase** 298:4,15
299:20
**phases** 299:14
**philosophy** 249:9
**phone** 477:6
**phones** 459:8
**photos** 258:2,15
258:25
**phrase** 231:11
234:19 272:20
309:12 408:15
429:3 440:22
**phrased** 240:5
**phuntso** 213:14
219:21
**physical** 404:12
407:5,17
**piece** 334:22
351:19 363:4
**pinterest** 277:15
**place** 237:17
328:18 409:4
435:14 448:2
492:5
**places** 325:1
**plaintiffs** 209:16
210:4 211:4
**plan** 328:24 412:5
421:3
**planned** 459:10
460:25
**planning** 250:22
267:14 285:3
294:6 295:22
298:4,15 299:14
299:20 305:2,10
393:11

**plans** 432:25
456:21 458:1,15
466:20 467:2,9
**platform** 216:17
225:11 233:17
234:6,8 235:21
243:25 244:8,12
245:18,23,24
246:17 247:3
248:7,17 253:19
261:21 262:18
266:24 267:7
268:6 273:23
274:4 285:4 288:3
294:19 295:22
296:15 298:7
299:25 302:24
304:18,24 305:3
305:11 306:18,20
310:3 315:16
320:5,12 324:10
326:14,15,16,17
326:19,21,21,22
328:22 329:1,8,10
329:14,15 330:11
330:16 331:20
332:2,8,11,22,24
333:5 334:8,9,19
338:1 340:14
343:1,4,9,17,23
344:1 345:1,9
346:15 347:11,25
351:9,17 354:23
356:1,9 359:13
361:2 372:2,12
373:1,2,3,13,25
375:1,14 381:8
382:13,15 383:4
384:6,12 389:10
389:12 391:5,13
392:12,22 395:11

399:6,6 400:17,23
401:1,12,25 403:9
404:15 406:19
409:14,18 418:24
420:20 421:18
423:19 425:12,15
425:17 426:5,6
430:8 431:3,6
432:1 433:23
434:25 435:19,20
436:6,6,10 438:18
443:11 446:18
447:4,9 448:9,12
448:25 449:3,4
450:24 456:11,24
457:2,18 458:23
459:4,6,20 460:3
460:19 463:10
465:5 466:11
467:1 470:12
473:4 486:6
**platforms** 476:20
478:11
**play** 440:6
**played** 456:2
**playing** 440:10
**please** 219:13,14
220:13,17 289:20
289:21 290:7
295:3 327:19
397:20,22 401:16
410:16 432:12
442:15 444:15
447:3,13 454:15
460:15 467:21
480:4,18 485:22
**plus** 275:12 303:9
**pmd's** 364:15
366:13
**pmds** 364:17,18

[poc's - private]

| | | | |
|---|---|---|---|
| **poc's** 397:15 | **posted** 455:7 | 349:3 360:1 | **previously** 217:10 |
| **pocs** 397:16 | **posts** 253:14,15 | 386:18 | 218:1 229:10 |
| **point** 228:18 256:7 | 258:2,17,18,19,21 | **prepared** 235:14 | 232:20,24 235:2 |
| 304:15 307:15,19 | 258:24 453:12 | 239:15 240:9 | 241:6,14,20,24 |
| 362:22 402:5 | 477:25 478:2 | 247:5 249:5 271:5 | 243:2,14 244:17 |
| 403:15 415:19 | **potential** 250:13 | 271:23 272:2 | 256:20 259:3 |
| 417:14 419:8 | 262:22 263:20 | 283:17,21 295:20 | 285:23 289:8,16 |
| 481:18 | 268:2 303:20 | 305:9 315:1 342:2 | 294:2,22 308:16 |
| **points** 274:25 | 348:22 370:17 | 350:16 373:19,25 | 318:15 326:10 |
| 397:17,18 398:15 | 384:19 385:25 | 380:13,14 381:1 | 327:9 328:6 331:4 |
| 399:19 486:25 | **potentially** 234:3 | 381:14 403:16 | 331:7 339:23,23 |
| 488:3 | 238:10 265:14,15 | 416:5 486:10 | 386:14 410:21 |
| **policies** 303:24 | 268:16 286:15 | **preparing** 250:22 | 413:20 441:1 |
| 305:15,17,18 | 310:12 341:7 | 295:25 296:2,4 | **prior** 228:6 229:3 |
| 306:5,5 390:16 | 344:19 365:8 | 303:7 | 237:5,13 245:22 |
| **policy** 306:10 | 368:24 387:2 | **present** 214:15 | 389:21 416:4,15 |
| **popping** 259:21 | **power** 249:15 | 303:15,25 402:5 | 492:7 |
| **portion** 337:24 | **powerful** 252:15 | 437:8 | **priv** 217:5 484:14 |
| 440:5 456:3 | 253:6 | **presentation** | **privacy** 219:9 |
| **posed** 371:20 | **powering** 471:10 | 215:16 249:4 | 226:15,16 236:25 |
| **posing** 258:13 | **powerpoint** | 363:9 365:4,10 | **private** 227:20,23 |
| **position** 227:6 | 215:16 216:4 | 366:17 367:3 | 227:24 228:3,7,11 |
| 247:9 253:11 | 371:2 | 368:21 378:6 | 228:16 229:4,8,10 |
| 261:6 413:14 | **pr** 268:2 | 413:17 414:7 | 229:20,25 230:6 |
| 419:20 422:19 | **pre** 303:23 305:24 | 416:11 423:17 | 230:10,23 231:1 |
| 434:22 | 333:12 335:20,21 | 437:18,20,20 | 231:13,22 232:9 |
| **positions** 354:14 | 335:25 336:10,13 | 440:15 441:15 | 232:21 233:2 |
| **possible** 228:10 | **preapprove** | **presented** 282:12 | 234:19,21,22 |
| 240:19 305:25 | 333:18 334:17 | 422:4 | 296:13 318:16,19 |
| 325:5 344:1 | 335:1 | **presenting** 437:23 | 318:21 345:5 |
| 386:13 422:9,11 | **precise** 225:14 | **presents** 486:9 | 346:2,11 347:2,6 |
| 422:14 460:3 | 267:2 279:14 | **press** 268:3 371:23 | 366:8 400:3,4,10 |
| **post** 242:8,13 | 346:7 | 372:1,2 475:11 | 400:11,16,22 |
| 396:25 397:1,2,4,6 | **precisely** 283:9 | **pretty** 282:11 | 401:11,24 402:9 |
| 397:11,14 398:12 | **prep** 437:12,14 | 295:11 299:16 | 411:22 412:2,9,24 |
| 398:14,24 399:1 | **preparation** | 473:21 | 413:1,3 418:6 |
| 399:12 400:2 | 240:11 285:10 | **prevent** 248:18 | 420:3 421:24,25 |
| 402:17 404:9 | 295:22 305:2,10 | **previous** 318:2 | 422:1 423:20 |
| 406:4,5 407:25 | 403:14 437:8,17 | 335:8 379:11,22 | 424:4,7,10 427:2,3 |
| 408:5 409:12 | **prepare** 330:15 | 392:17 417:25 | 469:2,8 |
| 410:2,6 450:14 | 336:8 341:11 | 421:20 488:22 | |

**[privatization - put]**

**privatization** 300:22 464:23 465:1,6
**privatizations** 435:5
**privatized** 299:1,3 299:9 300:2,4,9
**probably** 267:21 271:21 296:8 379:9 383:25 453:10
**problem** 226:24 471:18
**procedure** 493:19 493:20
**proceeded** 322:12
**proceedings** 492:4 492:7,8,14
**process** 241:25 242:1,3,4,6 246:20 247:13 265:19 326:1 334:8 336:22,24 337:8 338:6,8,18 339:1 339:11,11,16,24 340:3 341:9 342:3 344:9,25 346:25 354:9 400:6,13,15 400:19,21 401:4,5 445:14 446:23 447:10,17,18,18 449:6
**produced** 335:14 364:1 371:12 415:24
**producing** 313:19
**product** 250:12,21 250:24 251:6 254:21 256:4,12 326:17,25 336:22 336:24 337:8

338:18 342:9 374:13 395:18 414:2 417:2 434:24
**product's** 251:8
**production** 308:1
**products** 374:12 377:8 389:8
**professional** 209:21 317:13,13 317:14
**profile** 208:4 209:4 219:9 493:4 495:1
**program** 314:10 318:5 329:11
**progress** 338:9 423:13
**project** 334:4 352:4
**prompt** 249:16
**prompted** 241:7
**properly** 234:19
**proposal** 307:21
**proposals** 299:24 300:1 365:8
**propose** 303:10
**proposed** 250:14 265:25 266:23 267:1,11 272:14 278:1 283:24,25 284:22 288:24 298:8,25 299:2 334:1 365:7 372:10 385:21
**proposing** 303:19 307:17 334:21
**propositions** 392:22
**protected** 431:10 431:21

**protocol** 340:7,10 340:23 341:1,21
**provide** 254:6,12 255:5 258:2 289:4 290:2 291:5,15 309:7 320:7 321:5 338:21 391:6 452:24 476:19 478:10
**provided** 221:12 222:4 229:8,25 234:11 235:13 247:22 274:6 307:5 315:14 337:20 350:17 361:20 421:16 459:9 493:19 494:8
**provides** 264:19
**providing** 227:15 246:20 247:14,19 251:21 308:15 423:18 460:5
**proxy** 249:12 250:6,17
**ps12** 347:21 349:5
**ps12n** 215:11 347:14,22,25 348:5,15,22 350:7 350:23 351:9 353:11 355:15 399:16,23 403:20 411:4 414:2
**pub** 299:21
**public** 297:25 298:1 300:14,15 304:5 342:8,12,19 342:24 344:25 345:8 346:16 399:15 424:10,12 425:11 432:23

443:23 445:3 455:14 456:22,23 460:3 465:7,22 466:10 467:6 469:15 470:12
**publicly** 222:23 227:15 228:1 230:5,16,19,19 231:5,6,23,25 232:1,20,24 234:11 235:4 242:13 255:14 256:8 257:5 268:16 299:6 343:8 345:19 415:17 425:8 426:15,25 427:7 427:15 428:8,8 430:4 438:22 443:11 475:23 476:1,12
**pull** 274:22 276:5 333:9
**pulled** 301:7 302:8 381:2
**pulling** 263:7 417:8
**purdy** 243:24 327:6 433:22
**purpose** 221:18 225:22,24 267:2 380:4 408:7
**purposes** 397:4
**push** 475:2
**put** 243:1 244:15 264:3 274:21 275:7,23 276:1 283:23 285:24 288:19 311:9 327:9 362:7 363:7 399:20 404:14

Veritext Legal Solutions
866 299-5127

**[put - realign]**

416:15 429:21
435:13 472:4
479:11 487:14
**putting** 336:21,23
337:7 338:17
**pwangdra** 213:19

**q**

**q4** 379:25 380:2,8
382:1 383:22
**qualified** 253:11
481:21
**quarter** 382:1
383:7 385:15
**query** 302:19
**question** 223:12
223:14,15 228:20
228:22 229:14
230:3 232:10
234:25 235:1
240:13,23 254:11
258:12 265:17
269:19 270:9,21
272:23 273:19
279:18 286:24,25
287:4 289:18,19
289:23 290:6,8,15
290:17,24 291:1,9
291:11 292:22,25
298:13 299:16,18
299:19 310:23
311:5,6,19,23
312:10,12 316:11
316:17,19 330:10
330:18,22 335:11
337:6,11 340:19
341:3,24 342:1
346:8 348:14,16
348:23 349:8
352:10 358:20
369:24 370:2,4,19
370:21,25 372:16

373:22 375:11,24
377:8,17 381:17
382:21 383:18,20
385:3,5 386:23,23
387:2 389:21
390:2,5,18 391:1
392:4 398:9
401:16 410:9,15
410:18 419:7,10
424:2 426:1
430:22 431:17
432:12,14,16
434:19 442:15
444:13,15,19
446:6,10 447:1,2
447:12,22,25
448:18,19,21
452:23,25 454:13
454:19 455:9
458:5,9 459:12,13
459:14,16,17
460:7,10,13,15
461:1,10,12,13,15
461:16,18 462:6,7
464:8 467:13,14
467:16,21 468:4,7
468:10,14,18
469:5,24,25 476:7
479:22,23,24
480:2,3,6,17,20
481:4,8,9,11,12
**questions** 221:10
222:20,25 232:14
259:17 278:25
310:22 369:5,12
371:19 378:15
386:18 397:11,22
440:7 475:12
484:2
**quick** 471:17

**quickly** 366:1
480:15
**quinn** 327:14
**quip** 395:1
**quite** 360:2 469:6
484:1
**quote** 223:22
238:8,11 456:11

**r**

**r** 495:3,3
**r&s** 494:1,9
**raise** 220:17
475:12
**raised** 227:10
**ramp** 347:13
348:10
**range** 270:11
429:11
**rate** 226:12 237:24
239:5,9,19,22
240:6
**rating** 380:7
**rblume** 212:13
**rcp** 424:5
**reach** 397:22
**react** 263:20
307:24
**read** 223:19 235:5
237:25 238:1
241:1 242:20
246:2 247:10
248:3,25 252:6,9
252:11,22,23,24
253:1,2,4,20,21,25
254:7,23,24 255:5
256:3,24 257:8,13
258:3,22 267:8
268:21,25 269:1,4
279:24 281:3
282:10 283:8
289:18,22 290:19

290:24,25 291:10
292:10,10 302:6
303:12,13 312:19
312:22 313:23
328:1 329:5,6,7
330:5 333:7
336:19 338:5
351:5,6,14 353:14
353:15 357:9
360:11,17 362:14
363:19 365:15,23
367:3,6,9 368:16
378:9 382:4
394:12 396:7,22
397:10 398:11,18
399:11 401:17,20
404:8,20 411:23
415:16,19 419:7
422:18 426:1,17
432:15 435:25
444:14 448:19
454:14,19 459:14
460:13,15 475:21
478:17 479:23
480:3,5 484:5
487:4 488:4 491:2
**reading** 246:7,13
248:1 249:4 252:8
252:10 254:21
276:22 289:10
302:11,12 370:9
381:25 382:8
383:1 386:3,3
394:9 404:2
406:24 423:11
432:13 469:21
493:23 494:9
**reagan** 477:2
478:6
**realign** 435:12

[really - refers]

**really** 298:14
330:20 344:7
390:4 444:1
469:24 471:14
**reason** 222:20
226:16 235:9
250:25 295:7
375:19 422:11,14
437:13 495:6,9,12
495:15,18,21
**reasonable** 224:5
228:2 337:4
350:18 353:2
359:15 411:13
434:17
**reasons** 223:8
224:12 232:6,15
234:10,22 235:2
247:2,8 250:3
289:14,14 292:18
293:2 308:8,16,20
310:17 384:13
476:22
**rebecca** 208:21
209:20 325:19,22
432:13 444:15
480:13 492:1,24
**recall** 222:19,25
223:2,3,11,12,13
223:15 224:4
227:8,19,21
238:10 239:18,25
240:15,18,21
257:10 265:18,23
266:4,6 276:1
284:12 287:2,19
295:25 296:2
302:10 304:6
305:21 306:1
309:21 310:10
311:6 313:20

316:7 317:1
331:19,24 332:11
334:23 335:14,16
335:20 336:1,2,7
336:25 339:3,6,7
340:9,25 342:21
343:24 344:23
347:18,19 349:6
351:20 353:23
361:22 400:14,18
401:6 405:6
408:24 417:6,23
418:3 440:23
**recalled** 257:11
**receive** 272:16
**received** 278:21
385:23 435:23
**receives** 383:11
**recess** 260:13
326:7 393:18
438:9 471:24
**recipients** 434:2
472:17 473:5
484:23
**recognized** 267:5
422:7
**recollection** 235:1
235:7 239:17
261:25 276:4,8
296:25 297:11
301:10,13 303:19
304:3,12 307:20
308:3 309:16
329:21 336:17
337:15 341:8,15
341:17
**recollections**
349:11
**recommendation**
275:2 277:19
288:7,8 313:10,18

313:21 314:3,6,12
314:16,20,22,24
317:19,22,25
318:1 319:23
322:11 337:15
**recommendations**
264:19 313:17
320:18 354:21
**recommended**
279:6,20
**record** 219:5
220:9 230:12
234:10 237:4
243:10 245:21
246:3,7 249:1
252:25 259:6
260:10,12,15
289:22 290:25
291:10 326:3,4,6,9
346:23 347:22
360:11 362:3,15
363:19,24 365:15
365:23 368:16
393:14,17,20
397:10 404:9
407:13 413:22
421:3 425:14
426:4 432:15
438:6,8,11 444:17
468:9 471:23
472:1 480:5 484:4
490:3,4 492:8,11
**record's** 232:13
**recording** 441:15
**recreate** 480:15
**redactions** 484:6
**reduce** 452:4
**reducing** 452:7
**refer** 235:25
267:15 282:16
285:25 300:9

316:6 344:11
357:11,12 394:8
394:10 397:17
406:15 414:18
424:6 426:12
428:20
**reference** 247:19
280:23 305:24
312:19 313:1
359:10 411:9
448:20 486:5
**referenced** 355:2
493:6
**references** 265:7
342:20 413:4
**referred** 281:15
320:11,22 331:23
354:13,23 413:1,2
424:25 428:17,22
428:23,25
**referring** 231:13
231:15 235:16
255:9 264:25
273:9,13 278:8
281:16,17,18
282:12 300:10
321:13 334:13
344:25 377:5,10
389:7 402:25
405:16 408:5,11
408:13,25 429:3
434:8 443:10
453:9 456:23
**refers** 231:17
233:8 242:9
244:13 245:24
247:21 248:6
262:12,14 268:5
275:7 280:25
282:18,20 285:18
286:1 302:11,12

Veritext Legal Solutions
866 299-5127

**[refers - responsibilities]**

312:21 328:7
329:10 347:5,25
348:1 357:13
360:6 364:18
376:4,5 381:22
389:9 417:24
424:8 464:23
**reflect** 269:13
485:20
**reflected** 459:3
**regan** 212:7
219:22
**regard** 313:9
322:13 359:12
369:25 371:20
375:24 387:14
389:2 391:21
392:10 420:19
440:16 486:2
**regarding** 294:18
332:22 354:21
397:14 398:14
**registered** 209:21
**regular** 332:21
345:6
**relate** 370:13
**related** 367:7
369:24 370:5
374:9 383:3
392:15
**relates** 208:6
209:6 265:2
**relating** 370:4
372:3 374:1 380:7
**relationship**
353:13 354:12,25
355:3 357:6,8
358:12,16 421:21
435:12
**relationships**
293:10 311:2

430:14,25 431:10
431:21 459:7
**relative** 270:18,18
492:17
**relatively** 225:16
297:2 390:14
421:4,4
**released** 493:21
**releasing** 252:18
**rely** 412:24
**relying** 337:14
**remain** 254:23,25
256:8
**remained** 255:13
256:8
**remember** 302:7
304:7 344:2
361:19 384:11
385:9 408:12
423:11
**remind** 250:9
390:1 450:11
**remote** 220:11
**remotely** 208:14
209:18 492:5
**remove** 241:19,19
257:18 282:5,25
297:17 313:11
372:17,21,22
**removed** 231:6
241:4,13,23
242:11 257:16
426:19 445:13
448:15 450:4
451:11 455:13
**removing** 249:7
249:23 252:21
273:7 356:3
414:13
**repeat** 232:4,10
430:21 431:17
432:12 447:2

454:12,13
**replacement**
318:17 319:4
466:9
**replica** 313:25
317:19 318:10
319:11
**replicate** 318:22
**replying** 482:23
**report** 422:23
482:11
**reported** 208:14
208:20 209:19
422:25
**reporter** 209:20
209:21,22 219:12
220:8,16,19
246:10,11 249:2
251:2 289:18
290:18 325:24
350:2 361:14
363:12 371:5
393:25 415:4
433:17 444:16
454:16,20 472:6
478:9 483:20
492:2
**represent** 361:16
419:19 422:19
431:23 441:3
**representation**
247:8
**representative**
208:13 219:21,25
271:6 323:11
408:23 416:1
**representing**
462:15
**represents** 225:6
251:7 286:12
302:4 305:12

**reputational** 356:1
356:18
**request** 235:10
236:21 237:19
238:4 252:13
254:4,4 256:10
274:22 275:9
483:14
**requested** 237:22
238:13 239:4,14
239:22 248:10
302:14 339:21
492:15 494:1,9,10
**requesting** 231:8
275:19 300:25
301:5,15 315:24
**requests** 327:18
**require** 248:18
312:9 314:25
367:18 373:10
392:1
**required** 228:16
237:18 238:4
378:16
**requirement**
236:20 237:14
407:1
**requirements**
306:20
**requiring** 236:25
422:16
**resonate** 336:14
**respect** 234:21
**respond** 489:20
**responding** 482:18
**response** 239:15
353:11 355:14
361:19 478:7
**responsibilities**
463:4

[responsible - rob]

| | | | |
|---|---|---|---|
| **responsible** | 294:10 303:10 | 293:4 294:19 | 412:18 416:5,9,13 |
| 397:19 398:16 | 310:24 311:9,10 | 295:23 296:19 | 417:7,16,21 |
| 463:7,11 | 311:10,12 333:13 | 298:2,6,20 299:22 | 418:14,15,24 |
| **rest** 322:5 390:2 | 350:7,23 351:2,8 | 300:18 303:17 | 419:14 420:4 |
| **restate** 444:18 | 351:16 353:17,22 | 304:19 305:3,11 | 421:18 422:16 |
| 447:25 | 354:3,3,13 355:1,6 | 305:18 306:16,21 | 425:1,8,20 426:9 |
| **restaurant** 376:21 | 400:6,13,15,19,21 | 306:22 308:17 | 426:17,25 427:8 |
| **result** 288:22 | 410:14 492:14 | 313:6,14 318:12 | 427:16 428:9,18 |
| 329:18 356:8 | 493:8,10,13 494:2 | 318:20 319:2,8,12 | 428:25 429:18 |
| 357:1 372:23 | **reviewed** 221:23 | 326:15 328:20 | 430:5,16 431:1,11 |
| 386:1 | 222:1 240:11 | 333:19,22 334:8 | 431:22 432:11,21 |
| **resulted** 237:23 | 274:25 275:4 | 334:19 337:3,22 | 433:4 436:8 |
| 348:2 | 276:23 341:18 | 338:18,20,22 | 438:13,19 439:15 |
| **resulting** 355:13 | 349:12 350:16 | 341:12 342:19 | 440:18 441:22 |
| 372:17 373:13 | 401:8 427:22 | 343:2,10,18 | 442:20 445:11,21 |
| **resumed** 221:5 | 429:20,25 435:3 | 347:24 349:2 | 445:25 446:12,20 |
| **retain** 430:4 432:8 | **revised** 315:19 | 350:17 351:10,23 | 447:7 450:2,6,9,18 |
| 432:18 488:12 | 485:19 | 352:17 353:18 | 450:23 451:4,8,14 |
| **retained** 232:23 | **revoke** 303:24 | 360:6 361:2 | 452:11 453:8 |
| 448:3 449:7,17 | 305:16,16 306:4 | 362:19 363:3,6,6 | 454:10 455:22 |
| **retention** 390:16 | **revoking** 306:9 | 364:11,14,22 | 456:4,14 457:5,20 |
| **return** 493:17 | **right** 220:17 | 365:6,21 366:4,14 | 462:12,17 463:1,9 |
| 494:6 | 222:18 223:4,10 | 366:15 367:23 | 463:16 464:3,13 |
| **rev** 244:1 360:5,5 | 224:9,14 227:16 | 368:1,4,7,22 369:3 | 464:18,24 465:5 |
| 360:12 | 228:1,8 229:5,6,10 | 369:15,20,25 | 466:15 469:20 |
| **revealed** 237:22 | 230:1,16,24 | 370:6,22 371:4 | 470:21 473:18 |
| **revenue** 360:6,9 | 231:14 232:21 | 373:4 374:10 | 474:8,15,21 |
| 369:2,6,14,20,21 | 233:3,7,11,25 | 375:7 376:9 | 476:12 477:22 |
| 369:25 370:5,13 | 234:4,13 236:23 | 377:19 378:6,19 | 479:3,15 480:10 |
| 379:15,25 380:1,5 | 237:16 242:18,22 | 379:6,9,21 380:8 | 482:5,12 486:3 |
| 380:8,12,16,23 | 244:12 245:5,15 | 380:17,18,23 | 488:19 489:13 |
| 381:3,8,19,23,24 | 250:1,8 251:24 | 381:10 384:24 | **risk** 268:1,2 281:7 |
| 382:2,2,12 383:2,7 | 253:20 256:13 | 385:17 386:24 | 338:11 371:23,25 |
| 383:11,21 384:4 | 258:16 262:19 | 388:22 389:25 | 372:2 |
| 384:12,14,20,24 | 263:16,25 264:21 | 393:4 396:25 | **road** 213:16 |
| 385:10,11,14,23 | 274:12 275:10 | 397:3,8,9 398:3,20 | **rob** 219:19 258:8 |
| 386:6,8,19 390:20 | 277:6,12 278:22 | 399:23 402:12,20 | 344:15 352:19 |
| **review** 215:12 | 279:8,16 280:14 | 403:9 404:17 | 419:17 457:8,23 |
| 221:21 222:6 | 280:20 281:1,8,15 | 405:3,14,17,23 | 461:8 466:16 |
| 253:23 254:3,24 | 282:13,19 285:21 | 407:9 409:13 | 484:21 |
| 255:14 259:17 | 288:11 292:19 | 410:3,13 411:4 | |

Veritext Legal Solutions
866 299-5127

**[robert - see]**

robert  212:6
rock  485:15
rohrback  210:5
  219:16,18 221:9
roll  305:6
rolled  284:23
  304:13,14 305:14
  308:5 330:2
  359:21
rolling  305:3
rollout  294:5,18
  298:4 305:10
  343:5,9,17,22,25
  344:3 346:21
romano  208:21
  209:20 492:1,24
rose  310:3
ross  213:8
roughly  237:24
rpr  208:21 492:24
rules  494:8
run  436:13

**s**

s  215:8 216:1
  217:1 495:3
safe  338:8 339:1
  339:10,10,11
sajjadi  473:15
sales  311:2 391:7
sandberg  358:3
satisfied  254:18
saw  250:15 296:4
  349:16 410:4
saying  242:14
  246:8 250:24
  265:5 266:4 352:3
  352:16 353:21
  406:13 407:18
  409:12 410:10
  419:3 461:17
  475:19

says  247:13 252:6
  255:2 266:2
  268:20 278:15
  296:18 301:1
  306:12 308:22
  312:8 313:23
  314:18 315:23
  316:3,4 319:21
  322:9 338:6 342:8
  348:9 351:12
  354:7 358:24
  364:10,25 365:17
  367:4 374:15
  391:16 399:2
  400:2 404:2
  405:18 408:3
  416:23 417:2,11
  417:22 418:5,9
  419:11 423:23
  424:4 442:6
  473:19 475:22
  478:4,16 481:17
  486:22 489:15,21
sc  488:6 489:21
scanned  260:25
scenarios  263:9
schedule  493:10
scientist  317:11,15
scope  227:4
  229:11,16 240:8
  251:12 253:9
  254:9,19 255:7
  257:23 258:6,10
  269:7 270:7,16,25
  272:1,9,24 273:17
  283:20 339:13
  340:1 346:4 348:6
  348:17 354:15
  355:16 356:10
  358:14 359:5
  360:7 361:3

369:16 370:15,23
  371:21 372:5,19
  373:5,17,19 374:4
  374:20,23 375:9
  378:7 379:7 380:9
  380:24 381:12,14
  382:6,24 383:13
  383:24 384:7
  386:2,11,25
  387:15 388:4
  389:5 391:23
  392:14 395:24
  398:22 399:24
  401:2,14 405:25
  405:25 406:20
  407:10 408:20
  412:11 414:8,19
  415:3,7,21 419:1
  419:15,18 420:5
  420:11 422:17
  424:18 429:19
  430:20 434:15
  435:21 436:22
  437:2,10 442:13
  444:8 445:1 446:1
  448:10 455:24
  456:5 457:7,13,21
  466:4 468:2,7
  470:9 476:3,13
  479:4,16 480:24
  482:6,13,21
  484:22 489:6
scoped  224:24
  225:14 226:13,18
screen  247:25
  279:1 472:4
scroll  259:22
scrolling  338:24
  398:6
se  271:11

search  391:18
  395:19,20 396:2,4
searchable  395:22
searches  395:22
seattle  210:13
second  241:1
  260:10 274:18
  296:7 310:23
  312:23 313:13
  338:5 356:25
  364:5,6 365:19
  366:12 368:3
  371:16 474:25
  475:15
seconds  302:6
see  235:23,24
  236:2,3 243:4,6
  244:2,3,5,6,9,10
  245:7,15 248:21
  248:23,24 259:4
  259:12,13 260:3,8
  262:5 263:11,12
  263:18 264:8,14
  265:9,12 274:24
  275:5,6,13 277:7,9
  277:10,20,21
  278:19,20 281:2
  282:9,10 283:3,4
  288:14,17 294:7,8
  294:15,16 295:24
  296:11,12,16,17
  296:20 297:22
  298:3 301:2,3
  302:7 308:25
  309:1 310:23
  311:3,4,22 312:17
  314:1,5 316:1
  319:24,25 320:1
  323:20 327:21
  330:12 331:11,16
  335:4,13 338:3,12

[see - significant]

| | | | |
|---|---|---|---|
| 338:13 342:15,16 | 487:25 488:15,16 | **sentence**  234:20 | **shared**  246:22 |
| 348:18 349:21 | 489:15,18,19 | 404:8 475:21 | 247:15 441:11 |
| 350:5,9,10,11,13 | **seeing**  239:18 | **separate**  318:5 | 478:8 489:8 |
| 350:14,21,24,25 | 240:18 244:21 | 344:9,25 345:7 | **sharing**  232:17 |
| 362:11 364:10,16 | 247:25 264:23 | 346:20 | 286:21 376:14,18 |
| 364:25 365:2,3,13 | 335:7 359:24 | **september**  294:5 | 430:13,24 432:10 |
| 365:14 366:17 | 383:5 | 484:13 485:12 | 432:20 440:17 |
| 367:17,20 371:17 | **seeking**  405:20,21 | 487:5,15 | 445:10 |
| 371:18 374:16,16 | **seen**  220:4 222:6,7 | **sequence**  244:24 | **she'd**  267:21,23 |
| 377:25 378:15,20 | 236:16,24 239:21 | **series**  396:8 | **sheryl**  358:3,6 |
| 379:1,2,17,18 | 240:3 250:2 | 417:12 | **shift**  423:13 |
| 380:1,3,11,11 | 251:25 296:3 | **service**  424:11,12 | **ship**  308:1 |
| 383:6 387:8,8,9,10 | 297:1 304:23 | **set**  222:2,14 | **shirine**  473:15 |
| 388:13,14,15,17 | 305:23 320:4 | 245:25 263:20 | **short**  246:20 |
| 391:5 394:5,6 | 323:4 336:5 | 281:11 302:2 | 325:13 |
| 396:10 397:24 | 346:20 375:3 | 311:12 321:14,15 | **shorter**  438:3 |
| 398:6 399:3,4,8,17 | 417:14 424:19 | 342:10 344:24 | **shorthand**  209:20 |
| 399:18 400:7,8 | 426:22 427:12 | 351:3 359:21 | 492:1,9 |
| 402:16,19,23 | 428:11 458:12 | 365:7 425:11 | **show**  443:16 |
| 403:21,22 404:6,7 | 473:20 | 431:6 492:5 | 465:10 |
| 409:12 410:9 | **sees**  301:23 | **settings**  216:21 | **showing**  331:7 |
| 411:5,19,20,24,25 | **select**  238:7 | 472:11 473:23 | 483:25 |
| 412:6,7 413:25 | **send**  222:3,13 | 475:6,18 478:22 | **shown**  360:16 |
| 414:4,5 416:11,24 | 485:23 | 483:6 | **shows**  380:20 |
| 417:4,5 418:7,8,11 | **senior**  326:25 | **seventh**  361:25 | 388:25 |
| 418:12 422:22 | **sense**  270:14 | **sgtm**  489:21,22 | **shut**  353:10,11 |
| 423:2,7,21,22 | 275:25 288:4 | **share**  244:22 | 355:10,14 356:8 |
| 424:3 426:1 | 306:4 318:4 436:2 | 249:8,10,19,25 | **sic**  241:12 413:9 |
| 433:25 434:1 | 442:4 | 251:23 252:3 | 452:7 455:12 |
| 435:6,7,8,15,16 | **sensitive**  422:15 | 295:2 375:2,16 | **side**  375:12 383:15 |
| 441:7,12,13 | 426:16 465:25 | 376:6 377:3 | 384:1 |
| 472:12,21 473:17 | 467:23 468:19 | 392:19 441:10,20 | **sign**  493:16 494:5 |
| 473:25 474:1 | **sensitivity**  411:18 | 442:8,11,19,23 | **signature**  492:24 |
| 475:8,9,13,14,18 | 413:5,6,12 | 443:19 444:5,23 | 493:21,23,23 |
| 476:24,25 477:11 | **sent**  221:25 264:12 | 445:8,24 446:12 | 494:9 |
| 477:12,19,20 | 294:17 361:10 | 446:19 447:6 | **significant**  236:25 |
| 478:13,14 484:10 | 413:22 416:12 | 448:7,24 469:19 | 297:4 304:23,24 |
| 484:11,15,16 | 458:13 464:19 | 470:7,20 473:23 | 305:2 353:9 |
| 485:10,11,17,24 | 484:19 485:13 | 474:3,20 475:4 | 355:10,13,18,20 |
| 485:25 486:14,20 | 487:5 | 478:8 | 356:2,7,13,14,20 |
| 486:21 487:2,18 | | | 436:20 437:1,6 |

[significant - special]

459:5
**significantly**
298:10 403:11
452:4
**similar** 258:2
341:25 347:3
**similarly** 253:16
261:18
**simon** 208:13
209:15 215:3
219:7 221:1
274:15,21 385:9
397:23 485:15
491:1,11 493:5
495:2
**simon's** 238:24,24
331:15 332:20
337:18 351:3
**simple** 225:18
299:16,18
**simpler** 298:13
**simpli** 329:15
**simplification**
329:2,8,10,16
332:22,25 333:5
334:9 338:2
347:11,25
**simplifications**
334:8
**simplify** 299:24
**simply** 299:19
**simultaneously**
233:13 415:12
**single** 292:20
312:4 339:16
**sir** 250:15 286:17
448:17
**sitting** 354:1,10
**situations** 419:13
421:15

**six** 404:14 408:14
409:2
**sizing** 349:7
**skills** 317:12
**skype** 383:23
391:17
**slide** 295:25 296:7
296:9 297:20,25
303:6 308:18,22
309:25 310:21
312:16 320:22
321:12 322:13,19
322:20 323:7,10
323:16,17 324:3,4
333:24 335:8
353:7 358:24
361:9,21,25 362:6
362:11 363:16,18
364:6,25,25
365:10 366:5,9,17
366:22 367:1,4,7,8
367:17 368:13,14
368:17,18,20,23
369:4,17,21 370:3
370:9,16,24
371:11,12,22
377:15,22,24
378:1,3,9,13,20,22
379:2,11,20,22
380:11,20,25
381:5,18,23,24,25
382:5,9,11 383:6
386:4,4 387:18
416:22 417:22
418:17,19,20
420:7 421:2
422:20 423:22
**slides** 350:16
435:3
**slightly** 231:2
279:17 311:23

**slow** 454:17
**small** 243:7
289:11 329:19,25
386:6 396:17
**smart** 307:3
**smith** 212:7,14
219:22 484:9,24
**social** 249:15
367:25 368:6
378:17,18,24,24
425:19 426:8
**socialist** 477:16
**solely** 344:11
**solemnly** 220:19
**solid** 435:11
**solution** 254:17
**solutions** 493:7
**solving** 263:10
**somebody** 387:18
391:9 415:25
416:4 473:10
**somewhat** 284:22
**sony** 318:4
**soon** 257:16
399:15
**sooner** 403:12
**sorry** 227:2
232:10 234:15
247:24 251:4
254:10 256:15
258:8 276:18
279:11 284:4,5,11
290:16 301:19
313:24 316:13
326:19 328:13
332:4 335:18,19
338:15 340:20
344:14 346:7
347:8 352:19
354:16 357:24
371:7 373:21

382:18 387:24
388:1 398:8
401:15 402:2
409:16 416:15
419:6,16,25
423:25 425:22
430:21 431:16
438:15 442:14
444:13 446:8
447:2 454:12,18
457:8,22 458:7,18
458:19 461:7
466:16 468:5,6
472:18 474:6
480:12,13 481:24
484:20,22 487:20
**sort** 286:7
**sorted** 283:19
310:19
**sorting** 263:13
277:23 285:19
**sounds** 224:5
489:23
**source** 238:11,19
417:10
**speak** 283:10
286:3 303:3
335:12 341:6
361:5 391:4
437:11,14
**speaking** 233:13
316:24 337:12
344:18 415:12
443:9 456:22
480:15
**spec** 338:9
**special** 214:6
219:24,25 259:9
262:10 290:12,14
290:22 291:8
295:8,16 319:23

[special - strategic]

320:2 325:16,22
325:25 393:6,13
461:14,23 462:5
462:14,18 464:6
464:10,13 468:3,8
468:12,21 480:1
480:25 481:3,7,23
481:25 482:1
**specific**   225:20,20
238:5 239:13
255:9 263:5
269:10,24,25
287:2,20 292:24
299:11 309:20
315:18 322:15
327:4 330:17
333:22 337:10
341:23 348:23
349:8,9 379:4
380:6 383:8
392:16 420:24
427:24 429:10
448:21
**specifically**   223:4
235:17 238:17
240:21 257:12
291:22 307:15
321:14,15 336:4
340:15 341:16
344:11 358:16
376:5 377:5
425:23
**specificity**   391:25
**specifics**   279:3
304:6 314:23
**specified**   421:9
**specifies**   419:6
**specify**   237:1
257:24
**specifying**   420:20

**speculate**   240:1
255:19,20 267:18
413:10
**speculating**
266:15 384:18
387:3
**speculation**   413:9
**speed**   307:24
**spend**   369:8,23
370:22 384:10
**spenders**   369:7,14
369:18 370:14
**spent**   222:19
474:11 490:2
**spin**   409:11
**spirit**   478:18
483:1
**spoke**   349:10
**spoken**   235:6
242:19 292:8
**spotify**   383:22
386:9
**spreadsheet**
275:22 278:17
398:3 399:14
**squiffy**   378:11
**stage**   285:2,3
300:17 338:10
**stages**   351:2
353:21 354:7
355:5
**stamp**   304:9,9
**stamped**   416:7
**stance**   473:21
**stand**   280:7
**standalone**   294:12
**standard**   263:5
266:12 271:1
306:12 317:13
319:7 345:6
355:17 356:12,14

366:4 399:6
420:14,20 460:3
**stands**   394:18
**star**   300:24
**start**   242:24
342:13 343:14
344:6 400:3
**started**   236:5
**starting**   220:12
**starts**   260:23
350:11
**state**   220:20
237:21 245:20
294:9 297:5 298:8
354:6 363:24
403:25 451:15
461:20 492:2
493:9,12
**stated**   396:13
442:16 444:21
**statement**   247:2
253:8 280:10
349:2 419:4
442:10 443:17
444:7,24 470:5,8
470:13,18 478:25
479:9,10,13,14
480:7,10,12,12,21
480:23 481:16,21
482:15 487:4
488:22
**statements**   385:14
408:2 456:9
460:12 461:2
466:24 467:6,18
476:6 479:12
480:6
**states**   208:1 209:1
252:12 253:5
254:15 263:3
295:22 296:13

297:25 328:2
399:5 403:19
411:1 414:13
415:15 435:2
485:19 486:11
**stating**   410:15
**stats**   385:11
**stenographic**
243:10 326:4
407:13
**stenographically**
208:20
**step**   236:25 237:12
304:24 336:4
342:12 343:13
**steps**   411:3 452:6
**steve**   473:15
**steven**   303:4
472:10 473:1,2,3
478:5
**stipulation**   493:20
**stop**   251:21
382:14 383:4
483:15
**stopped**   384:5,20
**story**   217:5 377:2
484:14 485:9
486:3 489:5
**strategetic**   408:3
408:11
**strategic**   261:9,16
261:20,20 268:20
268:23 269:5,15
269:18,21,22,25
270:2,6,12,24
271:2,7,13,25
277:8,17 278:17
279:7 282:6 283:1
284:7 288:9,15
289:3,24 291:2,12
291:20,21,24

[strategic - t]

292:4,19,21 293:3
293:11,13,19
308:24 309:3,6,9
309:12 310:7
313:25 314:19
315:5,10 317:18
318:10 319:11
322:9,14,21,23
323:1,5,9,14,18,24
323:25 324:1,5,8
324:11,14 325:1,8
331:20,23 332:1,5
332:5,9 353:13
357:6,7 358:12,16
365:17 368:13
378:18,25 379:23
381:6,9 383:12,16
386:10,14 387:10
388:22,25 389:3
391:15 404:12
408:4,16,19,22
410:11 412:2,9
413:1,3 422:15
425:1,5 430:15
431:1 465:25
467:24 468:19
**strategy** 294:13
**stream** 252:6,11
252:24 253:1,2,21
253:25 254:7,23
254:25 255:5
256:3,24 257:13
258:3,22 268:21
269:4 312:19,22
313:23 329:5
330:5 415:16,19
426:17
**street** 211:9 212:9
214:7 486:3,10
489:5,9

**strike** 443:4
**string** 215:11
216:20 217:4
259:14,18 260:17
260:23,24 262:3,6
270:15 274:9
281:5 288:6,15
333:3 337:17
347:7,9 350:20
396:16,18 409:9
472:8 473:13
477:1 478:4,15
484:1 485:5
487:12
**strong** 293:10
**strongly** 435:9
**structure** 278:6
298:19,23 394:13
**struggle** 234:15,18
**stuff** 356:23
**sub** 367:18
**subcategories**
367:23 378:16
379:5 381:6
388:16
**subheading**
248:21
**subject** 215:11
216:17,20 217:4
243:25 259:9
262:8,10 294:5
327:17 331:14
332:19 337:18
350:6,23 361:7
411:3 433:23
472:10 484:13
**subjective** 355:20
**subscribed** 492:20
**subsequent** 256:25
**subsequently**
255:21

**subset** 237:1
**substance** 248:14
**suggest** 277:22
317:25 415:18
424:23 465:6
478:21 483:6
**suggesting** 251:5
306:17 372:25
429:9
**suggestion** 305:25
308:18
**suggestions**
429:22
**suggests** 370:24
422:10 443:18
**suite** 210:12
211:10 212:10
213:9
**sukhar** 327:7
433:22
**sunday** 327:18
**super** 237:11
404:12 408:3,4,11
408:16,19,22
410:11
**supportable**
296:15
**supporting** 477:8
**suppose** 357:8
**supposed** 260:3,5
**sure** 223:20 224:7
227:18 228:2,23,23
228:24 229:1,12
229:19,19 230:12
232:12,13 234:10
234:20 249:24
254:11 261:18
264:25 272:13
273:12 275:11
281:12 285:1
286:23,24 290:6

290:20 293:5
297:8 298:14
311:20,20 325:4
325:14 336:5
339:14,16 340:20
340:22 346:6,6,22
352:1 354:17,19
358:1 364:19
377:11 384:8
390:2,4 393:5
394:9 398:10
401:17,19 419:10
425:13 426:3
427:20,25 428:2
431:18 434:6
435:10 438:2,2
442:3 444:10
446:8 451:15
453:17 454:14,18
457:10,11 471:18
472:14,23 480:14
**surface** 425:12
432:24 443:23
445:3 455:14
465:22 469:15
470:12
**sustainable** 435:13
**swears** 219:12
**synonymous**
300:6
**synonyms** 333:23
**synthesize** 263:4
**system** 231:19
259:22 264:17
271:19
**systems** 225:8
459:9

| t |
| --- |

**t** 215:8 216:1
217:1 495:3,3

Veritext Legal Solutions
866 299-5127

**[t0 - things]**

t0   259:9 262:10,12
262:14 263:4
266:2,5,7,9 417:20
417:23 418:4
tab   243:2 266:3,5
268:1
table   300:14
tabs   264:25 265:1
282:6 283:1
tag   377:1
tagable   450:16
453:12,18
take   259:16,19
288:8 297:3 409:4
409:11 410:12
413:9 471:16
taken   209:15
238:8 246:18
260:13 289:3,25
291:3,13,20 326:7
330:1 343:11
380:6 392:10
393:18 406:17
438:9 471:24
492:4
takes   307:24 328:9
473:21
talk   222:15 335:23
336:12,15 339:18
387:24
talked   224:12
252:24 261:3
328:6 330:16
341:14 392:17
412:23 416:16
440:19 450:6
451:12 453:7
463:22 464:20
473:7
talking   257:11
286:2 299:12,14

333:25 344:7
352:14 384:11
393:7 403:8
429:11 445:17,19
470:11 474:11
talks   336:5
task   296:19,21
tasked   283:14
taxonomy   405:13
team   250:21
261:16,21 263:19
265:23 278:5
283:23 288:3,3
299:23 302:24
309:18 323:11,13
324:1,10,21
326:14,16,17,22
326:24 329:9
330:12,16 331:21
332:2,2,8,9,10,11
332:12,13,18,23
347:13 357:12,13
357:13,14,17
358:3,6,17 359:18
383:16 391:5
394:17,17,20
397:15,20 398:15
398:17 418:2
423:13 425:17,18
426:6,7 432:7,17
434:3,5,8,8,9,11
434:20,25 463:11
467:2,9 473:4
team's   323:12
teams   324:17
325:6 333:11
394:19 398:2,19
408:6 410:10
411:3 412:4
424:14

technical   340:2
technically   255:13
281:17
tell   223:7 224:8
247:11 268:4
270:4 306:16
311:8 330:6
372:18 381:25
402:13 408:17
412:8 436:11
439:6 442:5
458:21 459:18
460:16
telling   306:19
temporary   345:24
ten   325:15,20,23
438:4
tend   463:5
term   246:20,23
247:16 281:2
309:6,13 345:15
345:19 365:18
407:7 415:1 428:1
464:25 465:2
terms   225:18
403:13
testified   221:3
270:10 285:23
288:18 321:25
328:17 339:23
346:10 450:17
testify   271:5,6,23
272:3 283:17,21
315:2,13 323:7
324:7 334:25
341:11,12 373:20
373:25 380:14,14
381:15 388:10
451:23 452:15,24
453:6,25

testifying   370:11
461:24 492:7
testimony   220:20
221:15 222:5
223:1,20 224:4
227:12 232:5
287:23 289:2,24
291:2,12 296:5
307:5 308:13
309:12 318:2
330:15 336:8
345:17 349:3
417:25 421:20
424:20 447:25
491:4 492:11
testing   237:21
texas   213:10
text   245:10 487:3
thank   220:14
242:23 243:12
245:14 246:14,14
248:4 249:6,21
258:13 290:21
295:15 327:8
328:11 334:3
338:24 349:15,19
402:11 454:20
471:20 483:18
487:24
thanks   278:15
478:6 485:16
thing   227:11
274:11 306:10
307:19 317:8,11
337:4 375:3
406:12 407:15
421:1 434:10
483:13 484:3
things   236:16
263:14 269:23
270:11,14 284:16

**[things - today]**

293:21 309:14
318:24 324:18
332:24,25 346:16
355:4,21,25 359:9
374:7 389:7 396:2
423:13
**think**  222:9,13
228:2,13,19 238:1
238:9,22 241:9,11
241:15 242:2
245:1 247:6 250:9
252:23 254:20
257:15 258:14
260:3 267:20,23
269:1,12,17,19,22
269:24 270:10,20
272:3,5,18,19
274:20 276:15
278:3 279:2
281:24 284:16
288:20 291:19
296:8,22,24
298:22 303:1
304:7 306:8
311:19 312:3,4
323:12,25 328:17
334:20 335:7
339:4 351:18
353:15 357:10
358:8 359:15,18
360:21 364:18
365:8 367:9
368:24 379:8,9
380:18,18 381:13
382:17 387:21
391:7 393:12
395:5,9 397:2,2
398:23 409:1
412:14,18 413:7
413:15 415:8,22
416:1 418:15

419:5 420:13
423:11 429:8,22
430:7 434:16
437:5 453:10,15
453:16 461:21
462:22 483:13
488:8 489:15,24
**thinking**  271:16
278:7 305:13
310:10 370:17
**thinks**  440:2
**third**  210:11
228:14 233:10,24
234:1 246:2 248:3
252:4 277:8
318:17,21 333:2,7
366:3,13 368:6
414:13
**thought**  309:17
407:8,9 422:14
423:3
**thoughts**  476:23
**thousand**  404:1,2
**thread**  262:22
263:3 281:20
286:13 288:17
335:13,24 336:9
410:7,8 412:14,17
423:8 434:19
484:8
**threads**  428:12
433:7 463:21
**three**  239:8 266:9
397:20 398:3,16
398:20 399:21
404:16,18 412:14
453:3 471:16
**thursday**  208:16
209:18
**ticketmaster**
383:23 391:18

**tie**  274:20
**tied**  399:15
**time**  219:5 220:8
222:6,7,20 225:1
227:10 229:24
230:8 231:9 235:7
237:18 238:18
241:18 242:20
250:3,14 251:9
254:22 257:14
261:6,15 262:15
262:24 267:11
272:5 273:8
283:25 284:21,24
285:9 289:10
293:9 297:1 298:7
298:10,11,25
299:12 300:2,21
304:9,12 305:23
307:10,11,18,20
307:23 308:4,5,14
310:4,14,15 323:3
325:13 327:4,5
328:21,25 329:21
331:25 332:1,7
333:1 334:9 335:5
335:15,22 336:14
336:16 337:21
338:21 339:19
343:6,11 344:17
348:20 351:4,22
351:24 357:15,17
357:21,22 358:2,4
358:7 372:10
373:9 383:17
387:25 389:16
390:11,21 392:2
393:2,10 401:11
401:24 402:3,24
403:3,6,10 404:14
405:7 409:6

410:13 416:1,16
417:9 418:3,18
419:22,24 420:18
421:17 422:23
423:1 426:21
427:11 432:25
434:3,20,22
437:25 443:12
444:25 445:13,14
446:3,24 447:11
448:2,6,13,21,23
456:8,17 457:14
460:11,25 461:2
466:13,24 467:5
467:17 468:25
470:13 471:7,12
474:2,11,19 475:5
475:25 476:8
479:2,21 481:12
487:4,5,11,13
488:19,22 490:2,6
492:5 493:10,18
493:24 494:7
**timeline**  235:22
240:25 359:14
375:4,17 376:7
415:16
**times**  359:17
429:13 461:13
**title**  261:14 331:24
362:11,14 363:19
367:4,7 368:17,18
371:11 377:25
378:10 385:17,18
386:5 394:7
413:25
**titles**  245:25 463:5
**today**  221:15,19
276:17 296:5
302:22 315:13
316:9,14,14,18

Page 51

**[today - unclear]**

322:17 330:6,15
336:8 341:12
349:3 354:1,10
358:1 395:14
411:23 429:20
451:24 452:15,20
453:3 458:20
459:18 462:15
473:21 482:12
483:14
**today's**  403:6
475:2
**told**  232:6 234:21
462:7
**tomorrow**  294:10
**tool**  255:10 276:7
276:10,15 297:17
302:17,19 317:6
327:17 328:4,7,12
328:18,22,25
330:8 339:20
340:5 395:14,22
396:2 402:8
**tools**  276:5 338:9
343:4,7 402:8
**top**  274:16,25
276:23,24 277:3
278:14 315:23
321:12 345:5
358:25 359:3,7
396:10 402:21
417:20 469:5
472:9 484:7
**topic**  235:6 242:12
322:20 324:5
330:24 341:13,19
429:12 433:8
464:17
**topics**  235:20
380:16 384:23

**track**  226:21
383:10 390:5
**transaction**  326:2
**transcribed**
492:10
**transcript**  440:25
441:4 443:1 444:1
444:12 455:25
456:3 469:21
470:24 491:3
492:11,13,15
493:6,8,10,13,13
493:21 494:2,2
**transition**  223:10
224:23 225:12,15
228:6 229:3,9,23
229:25 230:3,18
230:23 232:8
234:24 238:3
253:18 305:7
320:10 321:21,23
329:4 340:14
347:23 354:23
355:15 372:1,3
373:24 381:7
386:1 391:13
392:12 400:16,22
400:25 401:11,24
406:18 418:24
425:14 426:4
443:3,5 454:7,22
**transitioned**
443:12,13 445:4
**transpiring**
335:10
**treat**  354:22
**trending**  353:12
357:5
**true**  333:16 442:3
443:2,5 444:7,24
445:2,23 446:11

446:19 447:5
448:7,23 449:10
449:15,18,22
451:8 454:7,22
455:9 458:21
459:19 460:17
465:13 470:14
475:25 478:8,23
479:2,10 482:4
483:7 487:6 489:2
491:5 492:11
**trust**  252:20 255:4
256:1 435:14
**truth**  220:22,22,23
**try**  224:8 229:18
243:15 294:14
335:4 396:23
405:14 438:2
469:23 471:13
480:15
**trying**  228:18
229:20 230:11
234:9 283:14
299:17 335:9
352:13 444:1
**tsang**  473:14
**turn**  220:6 240:24
274:8 294:21
396:18 402:12
413:16
**turned**  420:18
**tv**  307:3 364:15
366:14 368:9
378:18,25
**twitter**  277:17
314:19 315:4,13
322:10
**two**  239:4,9
258:14 289:14
293:2 307:14
312:17 322:3

355:4 402:14
**type**  313:24 346:2
387:6 407:6 422:6
431:4
**types**  233:9 236:22
239:19 281:6
313:5 324:18
345:18 347:1
354:22 355:25
417:13
**typically**  244:13
248:16 258:24
306:8 437:11

**u**

**u**  399:14
**uh**  338:4
**uids**  329:4
**ultimate**  254:22
298:11
**ultimately**  246:1
247:6 255:12
264:5 269:13
278:11 284:23
285:14 289:1,12
298:9 304:10,14
306:22 307:12
308:19 314:15
318:8 329:12
330:1 335:10
339:8 344:23
345:24 348:1
359:22 375:21
426:13 443:14
449:9,24
**unable**  309:4
**unaffected**  424:11
**unaware**  252:17
**uncertainty**  423:9
**unchanged**  254:25
**unclear**  229:15
252:16 254:16

**[unclear - users]**

296:19 297:5,7
374:5 381:20
396:3 426:2
**uncomfortable**
352:13
**uncover** 477:14
**underneath**
248:20
**understand**
221:25 223:20
224:7 226:19
229:18,20 233:15
234:13,14 247:4
265:3,11 266:19
272:11,20 273:9
273:11,12 283:9
285:1 304:8 309:8
311:21 314:14
319:8,14 321:1
322:2,22 339:5,5
389:18 390:1,15
405:15 427:25
434:4 444:2
448:19 450:21
456:21 485:2
**understanding**
226:9 235:5 236:6
241:24 242:2
247:23 248:5
250:12 251:16
253:21 255:12,16
255:17 256:24
257:20 261:9,15
261:19 262:21
264:16 268:11
270:23 283:18,24
284:14 285:9,11
288:18,24 289:13
292:11 298:25
309:22,22 310:2
310:16 316:22

318:3,7 321:17
322:1 324:25
325:5 345:13,22
347:4 377:6
382:25 385:13
389:9 411:11
412:16,21 415:25
422:25 424:8
434:24 451:9
452:12
**understands**
283:13
**understood**
239:11 297:13
419:22 452:9
**underway** 338:11
354:9 447:10
449:6
**unique** 225:19
420:20
**uniquely** 225:6
**united** 208:1 209:1
**universal** 271:13
386:16
**unknown** 316:4,23
**unquote** 456:11
**unreasonable**
360:21
**untrue** 419:4
470:8
**unusual** 305:25
**upcoming** 252:21
**update** 274:20
333:15 337:20,25
338:21 342:6
347:8,10 414:2
416:23 423:18
424:14,15 440:1
**updated** 411:8
452:3

**updates** 304:21
331:15 332:20,21
337:19 338:9
450:24
**updating** 332:23
**upgrade** 307:2
**upgraded** 443:22
**upset** 371:24
**url** 264:9
**usa** 482:12
**usat** 475:17
**use** 223:25 226:11
231:11,16 234:19
238:25 256:2
262:15 268:21,23
270:2,5 274:3,23
275:9 277:18
279:20 281:2
282:4,24 284:6
292:16,16 303:23
305:15 320:4
321:20 404:12
407:7 408:3,4,11
408:16,19,22
415:1,10 418:1
424:4,7 440:21
452:16 464:25
**useful** 273:5 342:3
**user** 208:4 209:4
219:9 224:23,24
225:4,5,6,7,9,13
225:14,19,20
226:2,13,16,18,24
227:9 233:21
234:2 236:11,13
236:16,23 237:2,9
237:12,24 238:19
238:25 239:5
249:16 252:20
253:3 254:6,13
255:3 256:1 258:2

258:2,14,15,15,17
258:18,19,19
273:21,24 274:5
277:19 281:2
292:14 293:6,8
301:12,23 302:2
320:7 328:9 356:2
356:2,2 357:1
371:24 372:23
376:13,17,18
377:1,2 388:16,21
389:24 396:2
435:14 442:1
443:7 454:9,24
455:7,11 458:24
459:21 460:20
466:1 467:25
469:3,9 470:3
486:12 493:4
495:1
**user's** 237:1 239:2
252:16 253:4,13
258:21,23,25
376:22 414:17
**users** 231:9 233:5
233:5,18,21 236:9
237:6,8 238:5,16
246:21,24 247:14
247:17,19 248:8
249:7,10,11,16,24
250:5,16 251:21
252:1,2,14 254:5
254:16 256:11
275:20 293:7
301:16 302:13,15
304:25 308:1
322:3 356:4
372:16 373:3,7,14
373:16 374:2,10
374:13 375:2,15
375:15,21 376:5,9

**[users - want]**

379:15 388:12
389:1,15,19 390:6
390:8 392:23
430:10 431:5,14
443:24 449:25
459:10 460:5
**usual**   306:10

**v**

**v1**   340:16 346:20
446:3,22 488:11
**v1.0**   477:5,9,16
**v2**   314:11 318:6
346:21,21 402:10
446:3
**v4**   403:20
**valuable**   271:12
356:4 431:14
432:3
**value**   268:20,22,23
269:5,15,18,21,22
269:25 270:2,6,12
270:24 271:3,7,14
271:25 272:7,8,18
273:2,6,15 288:9
288:15 289:3,24
291:2,12,20,21,24
292:4,19,21 293:3
293:12,13,19
296:19 297:5,6,12
308:24 309:3,6,9
309:12 310:7
315:5 365:17
371:24 392:21
432:5 459:9 460:5
**values**   375:14
**valuing**   431:15
**variation**   239:12
**variety**   300:16
426:22
**various**   417:9
428:5 463:20

**vast**   306:14 328:14
328:19 481:18
**vc**   208:4 209:4
351:4
**veracity**   342:22
**veritext**   219:12
244:22 259:22
493:7,9,11
**vernal**   311:1 327:6
433:22
**version**   222:24
223:10,25 224:2,3
224:20,20,21
225:10,12,18
226:25 228:7
229:3,9 230:4,4,15
232:8 253:22
256:9 257:1,1,17
299:15 305:13
319:18,19 320:11
347:24 362:4,8
363:9,25 395:7
409:21 411:8
416:7 425:20
426:8,19 432:11
432:21 438:19,21
443:4,6,14,22
445:4 446:15
447:9,15 448:1,1
450:25 454:8,23
455:12,13,21
456:13 457:4,20
458:25 459:22
460:21 461:5
463:9 464:3
465:13,16,23
466:2,10 467:25
469:4,10,16 470:4
487:14
**versus**   403:14

**vertical**   282:3
**verticals**   282:1
**video**   208:14
209:19 391:18
440:4,10 472:19
**videoconference**
208:14 209:19
210:2 211:2 212:2
213:2 214:2
220:12
**videographer**
214:18 219:4,11
260:11,14 326:5,8
393:16,19 438:7
438:10 471:22,25
490:4
**videos**   258:25
**view**   251:8,11
253:12 254:21
285:7 296:24
297:8 305:21
362:2 412:15
**viewspoints**
435:11
**violated**   306:5
**violating**   305:18
**vishu**   243:24
**visibility**   371:16
371:20 379:15
387:7,19 388:2
**visible**   362:1,1
**vladimir**   243:25
327:7
**vocal**   268:17
372:13
**volume**   208:17
215:3 219:7 493:5
495:2

**w**

**w**   210:6 214:7
493:1
**wait**   251:2 325:16
371:5 415:4
454:16
**waiting**   245:9
366:20
**waived**   493:23,23
**waiving**   493:20
**walk**   259:18
**wall**   486:3,10
489:5,9
**wand**   290:11
**wangdra**   213:14
219:21
**want**   224:6 226:5
226:7 228:23,24
232:4,5,13 234:20
237:11 240:1,20
246:21 247:14,20
251:23 255:18,20
256:22,23 261:7
261:13,23 267:18
272:19 280:7
281:20 283:9
290:18 291:17
298:14 307:14
337:1 340:20
346:22 351:13
352:14 384:17
387:21 393:9
406:24 407:7
409:9 413:8,9
414:20 420:12
425:13 426:3
428:22 431:18
432:4 434:23
435:10 437:3
459:15 468:15
472:23 474:7

Page 54

**[want - working]**

475:20 490:1
**wanted** 223:19
231:4 253:24
280:3 302:21
316:10,11 319:10
324:24 334:24
337:6 348:13
383:20 384:3
389:14 390:19
395:20 397:13
398:13 430:8
460:2,4 475:12,18
**washington**
208:23 210:13
**way** 232:22 233:12
233:18 236:12
251:20 252:19
254:3 255:2,25
264:8 275:2,19
278:6 279:15
283:23 284:15
287:13 288:1,20
290:8 291:20
300:12 303:20
304:4 319:3,3,5
328:22 337:2,13
338:23 339:4
347:22 357:9
359:21 382:4
396:25 448:11
455:2 459:5
475:17,18 479:11
481:6 485:14
**ways** 232:19
242:15,17 267:1
273:1 304:13
429:22
**we've** 232:18
246:5,15,18 261:3
281:10 288:6
289:15 318:14

325:11 386:13
417:14,15 424:19
424:22 425:16
426:5,11,22
427:12 428:5,11
429:20 435:10
438:1 458:12
470:23 473:7
474:11 475:3
**weaver** 211:7
**web** 208:14 209:19
210:2 211:2 212:2
213:2 214:2
**website** 256:9
257:6 453:22
**week** 333:9 334:2
**weeks** 328:2 403:7
403:15 404:14
408:14 409:2
**weigh** 324:13
**welcome** 294:14
**went** 276:23
288:16,23 338:14
338:15 346:25
354:20 361:11
376:20 413:18
424:25 425:3
450:13 453:11
465:10 467:18
487:17
**whereof** 492:19
**whitelist** 222:21
224:11,13 230:9
231:10,12,13,18
232:3,25 298:2,16
298:17 333:21,23
334:18 335:1
336:11,22,24
337:8 338:18
340:8,12,24
342:11,18,24

350:8 351:2,8,16
353:17,22 354:2,3
354:12 355:1,6
406:25 427:7
**whitelisted** 223:24
231:24 241:6,14
241:20,24 299:8
300:6,12 308:23
310:6 353:18
389:15,16 390:9
390:12,21,22
404:4,24 405:3,5
405:22 407:9,19
474:13 475:23
476:2,22 487:10
**whitelisting**
227:14 231:16,17
330:24 338:6,8
339:2,12,17,24
340:3 341:22
380:17 406:9
407:1
**whitelists** 296:14
328:15,19,23
329:3,17,19,24
330:3 333:13,14
335:22,25 339:20
342:8 458:1
477:15
**who've** 414:16
**wide** 270:11
429:11
**williams** 477:2
478:6
**willing** 249:19
**win** 391:17
**wind** 240:25 273:8
293:9 340:11
418:14 420:3,9,10
**window** 421:7
488:11

**windows** 383:22
391:17
**wing** 437:9
**witness** 219:12
246:12 480:2
481:4 492:19
493:13,16 494:2,5
495:24
**wondering** 254:17
**word** 244:12,13
245:17 363:5
368:13 395:21
415:11 425:5
**wording** 240:16
**words** 240:6 406:5
441:15 444:2
456:4,7 471:3
483:10
**work** 233:18
252:19 255:3,25
264:11 276:20
282:16,18,21
283:13 286:2
288:22 295:17
297:16 325:7,23
329:11 334:14,22
334:25 337:21
338:25 342:25
343:3 348:1
351:20 352:5,15
353:1 354:1,13
417:7 452:20
**worked** 236:13
254:3 322:7
351:22,24 356:22
357:2 372:9
383:16 448:12
452:13,20 459:6
473:10
**working** 245:25
246:22 247:15

Veritext Legal Solutions
866 299-5127

**[working - zuckerberg's]**

263:3,7,8 299:23
324:17 332:24,25
336:16 338:7
394:19 403:10
463:10 475:2
**workplace**   394:11
395:6,10,15
**works**   371:2 396:5
**world**   305:8
**worry**   484:2
**worse**   373:13
**worth**   259:18
387:23
**worthwhile**   412:3
**wright**   210:9
**write**   248:18
303:23 307:1,25
328:11 329:1
343:12,13 403:5
488:9,25
**writes**   270:1 273:4
274:19 277:11
281:23 303:8
351:1 353:5 357:4
360:4 397:13
399:13 411:7,15
411:21 412:1
435:8 475:1,10,16
475:21 476:17
477:4,13 485:15
**writing**   256:5
270:19 297:11
305:22 309:16
482:16,16
**written**   250:11,21
262:25 300:3
307:10,21 323:10
370:3 371:23
387:18 418:18
474:20 483:10

**wrong**   306:16
382:1 415:22
423:4 473:22
**wrote**   241:10
251:9 255:24
256:12 262:4
267:22,24 310:5
310:10 321:12
406:3,6 422:20
479:2
**wsj**   217:5 484:14
485:9

### x

**x**   215:1,8 216:1
217:1 307:1
492:15 494:9
**xfn**   216:12 394:4
394:15,17 403:6
417:11
**xperia**   318:4

### y

**yahoo**   277:14
314:19 315:4,13
322:10
**yeah**   222:9,11
227:5 229:12
233:15 235:19
238:1 251:14,14
252:23 254:10
255:8,19 258:11
259:20 260:6
267:20 269:1
272:18 277:7
283:11 286:24
295:5,9 301:19
303:18 311:22
313:15 316:2,16
338:19 339:14
346:5,22 350:10
352:23 357:23

364:8,12 368:2
373:18 378:20
380:3 381:13
393:3 394:6,24
396:14,21 400:8
403:1 409:17
415:8 425:22
440:13 443:25
457:24 471:21
472:24 484:23
485:14 487:22,22
**year**   339:9 344:3
409:4 421:7
439:23
**years**   240:3
270:20 281:20
316:9 336:1
357:18 453:4
470:19
**youtube**   277:17
314:19 315:4,14
322:10
**yup**   366:19 402:16

### z

**zoom**   208:12
259:23
**zoosk**   319:21
**zuck**   353:13 357:6
357:10 358:13,17
**zuckerberg**   357:9
357:11 433:9,13
433:21 435:2,18
439:15 440:15
441:18 442:16
443:17 444:3,20
455:17 456:9
457:1,15 458:11
460:11 461:2
464:17 466:13,24
467:6,17 468:25
469:17 470:17

**zuckerberg's**
440:5 441:4 470:5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11              **HIGHLY CONFIDENTIAL**
12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13       CORPORATE REPRESENTATIVE - SIMON CROSS
14  (Reported Remotely via Video & Web Videoconference)
15        London, England (Deponent's location)
16              Monday, June 6, 2022
17                  Volume III
18
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5265189
25  PAGES 496 - 724
```

Page 496

HIGHLY CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3

      IN RE:  FACEBOOK, INC.,      MDL No. 2843

 4    CONSUMER USER PROFILE         Case No.

      LITIGATION                    18-md-02843-VC-JSC

 5    _____

 6    This document relates to:

 7    ALL ACTIONS

 8

      _____

 9

10

11

12

13

14

15           DEPOSITION OF SIMON CROSS, taken on

16    behalf of the Plaintiffs, with the deponent located

17    in London, England, commencing at

18    3:36 p.m., Monday, June 6, 2022, remotely reported

19    via Video & Web videoconference before

20    REBECCA L. ROMANO, a Certified Shorthand Reporter,

21    Certified Court Reporter, Registered Professional

22    Reporter.

23

24

25

                                            Page 497
```

HIGHLY CONFIDENTIAL

```
 1                 APPEARANCES OF COUNSEL

 2     (All parties appearing via Web videoconference)

 3

 4    For the Plaintiffs:

 5          KELLER ROHRBACK L.L.P.

 6          BY:  DEREK W. LOESER

 7          BY:  ADELE A. DANIEL

 8          BY:  EMMA WRIGHT

 9          Attorneys at Law

10          1201 Third Avenue

11          Suite 3200

12          Seattle, Washington 98101

13          (206) 623-1900

14          dloeser@kellerrohrback.com

15          adaniel@kellerrohrback.com

16          ewright@kellerrohrback.com

17

18

19

20

21

22

23

24

25    /////
```

Page 498

HIGHLY CONFIDENTIAL

```
 1                   APPEARANCES OF COUNSEL

 2      (All parties appearing via Web videoconference)

 3

 4      For the Plaintiffs:

 5           BLEICHMAR FONTI & AULD LLP

 6           BY:  LESLEY E. WEAVER

 7           BY:  MATTHEW MELAMED

 8           BY:  ANNE K. DAVIS

 9           BY:  JOSHUA SAMRA

10           Attorneys at Law

11           555 12th Street

12           Suite 1600

13           Oakland, California 94607

14           (415) 445-4003

15           lweaver@bfalaw.com

16           mmelamed@bfalaw.com

17           adavis@bfalaw.com

18           jsamra@bfalaw.com

19

20

21

22

23

24

25      /////
```

Page 499

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4   For Facebook, Inc.:

 5        GIBSON, DUNN & CRUTCHER LLP

 6        BY:  AUSTIN SCHWING

 7        BY:  ROSEMARIE T. RING

 8        Attorneys at Law

 9        555 Mission Street

10        Suite 3000

11        San Francisco, California 94105-0921

12        (415) 393-8200

13        aschwing@gibsondunn.com

14        rring@gibsondunn.com

15   and

16        BY:  MATT BUONGIORNO

17        Attorney at Law

18        2001 Ross Avenue

19        Suite 2100

20        Dallas, Texas 75201

21        (214) 698-3204

22        mbuongiorno@gibsondunn.com

23

24

25   /////
```

Page 500

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5         GIBSON, DUNN & CRUTCHER LLP

 6         BY:  HANNAH REGAN-SMITH

 7         Attorneys at Law

 8         1801 California Street

 9         Suite 4200

10         Denver, Colorado 80202-2642

11         (303) 298-5735

12         hregan-smith@gibsondunn.com

13    and

14         BY:  PHUNTSO WANGDRA

15         Attorney at Law

16         1881 Page Mill Road

17         Palo Alto, California 94304-1211

18         (650) 849-5206

19         pwangdra@gibsondunn.com

20

21

22

23

24

25    /////
```

Page 501

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4         JAMS

 5         BY:  DANIEL B. GARRIE

 6         Special Master

 7         555 W. 5th Street

 8         32nd Floor

 9         Los Angeles, California 90013

10         (213) 253-9706

11         dgarrie@jamsadr.com

12

13

14

15    ALSO PRESENT:

16         Ian Chen, Associate General Counsel,

17    Meta Platforms

18         John Macdonell, Videographer

19

20

21

22

23

24

25    /////
```

Page 502

HIGHLY CONFIDENTIAL

```
 1                        INDEX

 2   DEPONENT                              EXAMINATION

 3   SIMON CROSS                                PAGE

     VOLUME III

 4

 5                   BY MR. LOESER            508

 6

 7

 8                E X H I B I T S

 9   NUMBER                                   PAGE

10                   DESCRIPTION

11   Exhibit 401  Email dated October 30, 2013    541

12                Subject:  PS12n Divide and

13                Conquor, FB-CA-MDL-00199890;

14

15   Exhibit 402  PS12n:  Partnerships &          543

16                Operations Managing the

17                Private Platform,

18                FB-CA-MDL-00199891 -

19                FB-CA-MDL-00199898;

20

21   Exhibit 403  Email dated 5/1/2014 Subject:   581

22                Message Summary,

23                META-CA-MDL-0000582988 -

24                META-CA-MDL-0000582989;

25   /////
```

```
1              E X H I B I T S(cont'd)

2    NUMBER                                    PAGE

3                     DESCRIPTION

4    Exhibit 404  Email dated 12/18/2018           602

5                 Subject:  Private API Review,

6                 FB-CA-MDL-02906764;

7

8    Exhibit 405  PowerPoint Presentation -         616

9                 Reducing Risk from Private

10                APIs Partnerships,

11                FB-CA-MDL-02906766 -

12                FB-CA-MDL-02906770;

13

14   Exhibit 406  Email dated march 27, 2019        634

15                Subject:  Escalation Deck

16                Rev, FB-CA-MDL-02088254;

17

18   Exhibit 407  WS3.j Escalation - Process        636

19                Proposal, FB-CA-MDL-02088257

20                - FB-CA-MDL-02088279;

21

22

23

24

25   /////
```

                                          Page 504

HIGHLY CONFIDENTIAL

```
1              E X H I B I T S(cont'd)

2    NUMBER                                    PAGE

3                    DESCRIPTION

4    Exhibit 408   facebook Newsroom - December   706

5                  18, 2018 - Let's Clear Up a

6                  Few Things About Facebook's

7                  Partners, FB-CA-MDL-01789112

8                  - FB-CA-MDL-01789115.

9

10

11              PREVIOUSLY MARKED EXHIBITS

12   NUMBER                                    PAGE

13   Exhibit 29                                 660

14

15   Exhibit 128                                668

16

17   Exhibit 400                                599

18

19

20

21

22

23

24

25   /////
```

Page 505

```
 1              London, England; Monday, June 6, 2022

 2                        3:36 p.m.

 3                        ---o0o---

 4

 5              THE VIDEOGRAPHER:  Okay.  We're on the        03:00:36

 6       record.  It's 3:36 p.m. London time on June 6th,

 7       2022.

 8              This is the deposition of Simon Cross,

 9       Volume 3.  We're here in the matter of In Re:

10       Facebook, Inc. Consumer Privacy User Profile         03:19:04

11       Litigation.  I'm John Macdonell, the videographer

12       with Veritext.

13              Before the reporter swears the witness,

14       would counsel please identify themselves, beginning

15       with the noticing party, please.                      03:19:16

16              MR. LOESER:  Good morning.  Derek Loeser

17       from Keller Rohrback.  With me is Adele Daniel,

18       also from Keller Rohrback.

19              MR. SCHWING:  This is Austin Schwing from

20       Gibson, Dunn & Crutcher for the defendant, and I      03:19:33

21       also have with me Matt Buongiorno, Ian Chen,

22       Phuntso Wangdra, and Hannah Regan-Smith.

23              MR. MELAMED:  Good morning.  This is Matt

24       Melamed from Bleichmar Fonti & Auld for plaintiffs.

25       With me are Anne Davis and Josh Samra.                03:19:52
```

                                                      Page 506

HIGHLY CONFIDENTIAL

```
 1              MR. LOESER:  And also with me from          03:19:56

 2   Keller Rohrback is Emma Wright.

 3              SPECIAL MASTER GARRIE:  Counsel Weaver is

 4   here as well?

 5              MS. WEAVER:  Yes.                            03:20:14

 6              SPECIAL MASTER GARRIE:  Okay.

 7              This is Special Master Daniel Garrie.

 8   I'm here on behalf of the Court.

 9              And, Mr. Cross, I will turn my video off

10   and mute myself.  If I turn my video on or unmute      03:20:21

11   myself, it is because I want to be seen and I have

12   something to say or to resolve an issue.

13              That said, I'm going to turn it over to

14   the court reporter to kick things off and move

15   things along.                                          03:20:34

16              THE COURT REPORTER:  If you could raise

17   your right hand for me, please.

18              THE DEPONENT:  (Complies.)

19              THE COURT REPORTER:  You do solemnly

20   state, under penalty of perjury, that the testimony    12:04:19

21   you are about to give in this deposition shall be

22   the truth, the whole truth and nothing but the

23   truth?

24              THE DEPONENT:  I do.

25   /////                                                  12:04:19
```

HIGHLY CONFIDENTIAL

```
 1                    SIMON CROSS,                    12:04:19

 2    having been administered an oath, was examined and

 3    testified as follows:

 4                    EXAMINATION(resumed)

 5    BY MR. LOESER:                                   03:20:55

 6        Q.   Good morning for me, Mr. Cross.  Good

 7    afternoon for you.  Thank you for being here.

 8             This is a continuation of the 30(b)(6)

 9    deposition that's -- that we started a few weeks

10    ago, and I will continue to ask you questions about  03:21:09

11    topics 6 and 7 in the notice, and then there are

12    some other discrete topics for which you've been

13    designated, and Mr. Melamed will be examining you

14    with regard to those topics.

15             And you -- you've been put under oath     03:21:25

16    again.  You understand you're under oath?

17        A.   I do.

18        Q.   And, Mr. Cross, we sent over some

19    additional documents a few days ago.  Did you have

20    an opportunity to review those documents to prepare  03:21:39

21    for your testimony today?

22        A.   I did have an opportunity to review them,

23    yes.

24        Q.   And did you do anything else to prepare

25    for your testimony today other than what you       03:21:48
```

```
 1    previously described?                              03:21:50

 2         A.   I had some more conversations with --

 3    with our legal team to review the documents, and I

 4    also had conversations with a few additional

 5    Facebook employees to help me prepare.             03:22:03

 6         Q.   Who were those additional employees?

 7         A.   I have a conversation with Ali Hendrix.

 8    I had a conversation with -- excuse me -- the

 9    name...

10         With Mark Molaro.                             03:22:34

11         And that's, I think, the extent of the

12    additional conversations, meetings I've had.

13         And then I had some additional

14    conversations over email with Steven Elia.

15         Q.   And what were your conversations with    03:23:01

16    Ms. Hendrix about?

17         A.   We were discussing her work on platform

18    policy enforcement.

19         Q.   And you believe that that related in some

20    way to friend sharing or whitelisting of friend    03:23:27

21    sharing on APIs?

22         A.   My understanding is it -- it related

23    to -- some of the topics I've been designated for,

24    yes.

25         Q.   Including those two topics?              03:23:42
```

Page 509

1          A.   I think so, yes.                              03:23:46

2          Q.   And what about Mark Molaro?  Who is Mark

3      Molaro?

4          A.   Mark Molaro is a data scientist, as I

5      understand it, at Meta.                                03:23:55

6          Q.   And what did you speak with him about?

7          A.   We discussed his team's work on

8      Facebook's efforts to track API usage.

9          Q.   And during what time frame were those

10     updates?                                               03:24:14

11         A.   His team's work is primarily from 20 --

12     2019 onwards.

13         Q.   And Steven Elia, what did you speak with

14     him about?

15         A.   We were discussing when the rest API was   03:24:30

16     deprecated, I think, and some other whitelisting

17     details.

18         Q.   And you said "the rest API"?  What --

19     what is that API?

20         A.   Sorry.  The rest API is the API which was  03:24:55

21     built before the Graph API and continued to exist

22     for some time.

23         Q.   And what were the other whitelisting

24     details you discussed with Mr. Elia?

25         A.   We discussed how the friend permissions   03:25:15

Page 510

1    were finally removed from the Facebook developer          03:25:22

2    platform.

3        Q.   And what did you learn from Mr. Elia

4    about that?

5        A.   From Steven, I learned that there was a         03:25:29

6    change in, I think, 2018 to make the friend

7    permissions known and usable by -- by any

8    application.

9        Q.   And did you talk to Mr. Elia about the

10   other APIs that emit friend data that we discussed        03:25:50

11   previously in your testimony?

12       A.   I don't recall specifically what -- what

13   I discussed with Steven, but we -- we discussed

14   like previous whitelists and capabilities that

15   existed around friend data.                               03:26:13

16       Q.   Okay.  So did you figure out by talking

17   to him whether these other APIs that emit friend

18   data continue to operate, or have they deprecated

19   as well?

20       A.   Can you let me ask what you mean by             03:26:27

21   "which APIs that continue to emit friend data"?

22       Q.   Sure.

23            We talked about a series of APIs that --

24   that we went through and you identified as also --

25   having the ability to emit some -- some friend          03:26:43

                                                    Page 511

HIGHLY CONFIDENTIAL

```
 1   data.                                           03:26:46

 2          Can you give a list of those APIs are, or

 3   that's -- what I just said is enough to refresh

 4   your recollection about that testimony.

 5          The events and pages and groups, all      03:27:02

 6   those APIs.

 7          MR. SCHWING:  Object to form.

 8          THE DEPONENT:  Yeah, that's -- that's a

 9   pretty long list of APIs, and we didn't discuss

10   the -- the full gamut of APIs and their deprecation   03:27:14

11   timelines.

12      Q.   (By Mr. Loeser)  So do you know

13   whether -- these other APIs -- and these are the

14   ones that didn't have the word "friends" in them.

15   But nonetheless, as you testified, they did emit     03:27:24

16   some friend data.

17          Do you know if those are continuing to

18   operate?

19          MR. SCHWING:  Object to form.

20          THE DEPONENT:  Can we -- can we be       03:27:34

21   specific about the APIs we're talking about here?

22   Because I want to make sure I'm giving you, you

23   know, an accurate answer.

24      Q.   (By Mr. Loeser)  Sure.  Well, three of

25   them are events APIs, pages APIs, groups API.  I    03:27:43
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    think there was taggable friends as well, invitable        03:27:48

2    friends.  We have -- and read stream.

3         A.   So -- so relatively large list of APIs.

4    The exact deprecation and removal dates for each of

5    them would be different.  And I don't have -- I             03:28:09

6    don't have that to hand.

7         Q.   And you don't know offhand whether

8    those -- all or any of those APIs have been

9    deprecated as of today?

10             MR. SCHWING:  Compound.                           03:28:20

11             THE DEPONENT:  Yeah, I mean -- there's,

12   again, lots of APIs there.  I -- I do know that in

13   April 2018, the -- the -- the comments and likes

14   edge, as I understand it, was removed from -- from

15   several of those APIs, and the groups and events           03:28:41

16   APIs have since been modified so that they only

17   emit data of people who have authorized the

18   application.

19        Q.   (By Mr. Loeser)  Okay.  And so this is

20   something that if you were to investigate or                03:28:56

21   Facebook were to investigate the details, Facebook

22   could provide an answer as to the extent to which

23   any of these APIs continued to emit friend data and

24   so on today, right?

25             MR. SCHWING:  Object to form.                     03:29:11

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  My understanding is that      03:29:14

 2    today, Facebook has the infrastructure to determine

 3    whether or not which APIs exist and which APIs are

 4    emitting user data and whether or not that user

 5    data is on behalf of the person calling the API.      03:29:31

 6         Q.   (By Mr. Loeser)  Okay.  Thank you.

 7              And, Mr. Cross, did you add to your notes

 8    for your deposition testimony today?

 9         A.   I have a -- I have a few pages of

10    handwritten notes that I took in to help me prepare   03:29:48

11    and answer the questions that may come up today.

12         Q.   Okay.  And --

13              MR. LOESER:  Counsel, could we have those

14    notes sent over to us as soon as possible?

15              MR. SCHWING:  Yeah.  We can -- we can        03:30:01

16    look into that in a break, if that would work for

17    you.

18              MR. LOESER:  Great.  And the sooner we

19    get them, the better.  I mean, ideally we can just

20    get this all wrapped up today and we don't have to    03:30:09

21    come back and do that.

22              MR. SCHWING:  I understand, yeah.  At a

23    break, we're happy to get those over.  I obviously

24    can't focus on it right this second, but we'll work

25    on that.                                              03:30:22
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              MR. LOESER:  Okay.  Thank you.          03:30:23

 2       Q.   (By Mr. Loeser)  Mr. Cross, you were on

 3    the strategic partnership team at some point in

 4    your career at Facebook; is that right?

 5       A.   I was on the platform partnerships team,   03:30:33

 6    which is, I think, the name of the team, but the

 7    name of the team may have changed over time.

 8       Q.   Okay.  According to your LinkedIn, from

 9    August 2013 to January 2014, it appears that you

10    were on the -- something called the "strategic     03:30:49

11    partner team."

12              Is that accurate or --

13       A.   I don't recall the -- the formal name of

14    the team, but I refer as the platform partnerships

15    team.  It may have been referred to the strategic   03:31:03

16    partnerships team as well.

17       Q.   Okay.  And were you at one point a

18    strategic partner manager?

19       A.   I was a partner manager.  I think -- I'm

20    not confident whether or not the word "strategic"   03:31:16

21    was in my official job tile, but I worked on that

22    team, yes.

23       Q.   Sorry.  I'm leaning off camera to look at

24    your résumé.

25              According to your résumé, the title that  03:31:31
```

Page 515

HIGHLY CONFIDENTIAL

1    you have is strategic product partnerships.          03:31:32

2            Is that -- does that sound accurate to

3    you?

4            MR. SCHWING:  Object to form.

5    Foundation.                                            03:31:42

6            THE DEPONENT:  If you're asking what my

7    official title job was -- as per my kind of

8    contract at Facebook, I can't remember that --

9    that.  This seems to be what's on my LinkedIn.

10           I couldn't tell if that was like my           03:31:56

11   official Facebook job title at the time.

12       Q.  (By Mr. Loeser)  Okay.  But I assume it's

13   your practice to accurately record your job titles

14   on your LinkedIn?

15       A.  Generally, yes.  The -- as I say, the         03:32:07

16   team was referred to sometimes as the strategic

17   partnerships team or the platform partnerships

18   team.

19       Q.  So at the time -- and I'll just use the

20   terminology in your LinkedIn, understanding your      03:32:20

21   testimony that you just gave.

22           But at the time that you were on the --

23   you were a strategic product manager, how many

24   strategic partners were there at Facebook?

25       A.  I don't think there's an official             03:32:40

Page 516

HIGHLY CONFIDENTIAL

```
 1    definition of "strategic partners" for the -- for       03:32:43

 2    the company.  And I don't know how many partners

 3    that the partnership team that I worked on would

 4    have considered managed at the time.

 5        Q.   And so when you were a strategic partner       03:32:57

 6    manager, what did you believe "strategic partner"

 7    referred to?

 8        A.   So, again, in my personal capacity when I

 9    worked on that team, my understanding is my job was

10    to work with companies and app developers that         03:33:12

11    Facebook had decided to -- to work with or -- or

12    partner with to build Facebook platform

13    integrations.

14        Q.   And so if you were to define "strategic

15    partner," that's how would you define it?              03:33:27

16             MR. SCHWING:  Objection.

17             THE DEPONENT:  Again, in my personal --

18             Sorry.  Say again, Austin.

19             MR. SCHWING:  Just take what -- you're

20    faster than I am, Mr. Cross.  It's later in the day    03:33:36

21    for you, so I need some coffee.  Just give me a

22    heartbeat to object.

23             Object to form.

24             THE DEPONENT:  So, again, you know, in a

25    personal capacity, my understanding is that I          03:33:48
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    would -- by partner, I would have been working with        03:33:50

 2    company's that the Facebook had decided to work

 3    with more closely to build Facebook platform

 4    integrations of some -- some -- some nature.

 5         Q.   (By Mr. Loeser)  So -- so all of the             03:34:04

 6    strategic partners were partners that had

 7    integrations with Facebook?

 8         A.   I -- I don't think I can answer that

 9    question.  Like I -- I don't know what the --

10    there's a formal definition of "strategic partner."       03:34:19

11    It's possible that some had -- most of the ones I

12    would have worked with would have had integrations

13    with Facebook in some -- with the Facebook

14    developer platform in some way.

15         Q.   And what are some examples of the               03:34:31

16    partners that you worked with?

17         A.   So Spotify would be -- would be one

18    example.  And then others that I worked with in my

19    team in this -- in this capacity would have been

20    things like Mixcloud, SoundCloud, and Giza and --        03:34:54

21    and Guardian.

22         Q.   And did you work with any strategic

23    partners that -- in which Facebook did not have

24    some form of integration?

25              MR. SCHWING:  Object to form.                   03:35:13
```

Veritext Legal Solutions
866 299-5127

1        THE DEPONENT:  So when I was a -- when I        03:35:15

2   was a partner manager, typically I would have been

3   working with entities that had an integration with

4   the Facebook developer platform in some way.

5        Q.   (By Mr. Loeser)  And was there a -- is    03:35:27

6   there a common understanding at Facebook how

7   Facebook defines "strategic partner"?

8        A.   I don't think there's a common

9   understanding at Facebook for what the -- what the

10  definition of the "strategic partner" is.  I think   03:35:41

11  different organizations might define their

12  partnerships with entities in -- in different ways.

13  I don't there's a -- a standard definition of -- of

14  what "strategic partner" means.

15       Q.   Is a common denominator of strategic       03:35:58

16  partners partners that provide value to Facebook?

17            MR. SCHWING:  Object to form.

18            THE DEPONENT:  Again, I don't think

19  there's a -- a standard definition of what a

20  strategic partner is.  It's a relatively loose        03:36:13

21  definition of -- of entities that -- that the

22  partnerships team would have worked with.

23       Q.   (By Mr. Loeser)  Are there any strategic

24  partners that don't provide value to Facebook?

25            MR. SCHWING:  Object to form.              03:36:29

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah, I don't think        03:36:31

 2   there's a definition of "strategic partner," so

 3   it's -- it's hard to answer that question.

 4       Q.   (By Mr. Loeser)  Well, however you define

 5   it, are there any strategic partners that don't    03:36:38

 6   provide value at Facebook?

 7              MR. SCHWING:  Same objection.

 8              THE DEPONENT:  Typically as a -- as a

 9   partner manager, you'd be working with -- with --

10   with these organizations to build or potentially    03:36:50

11   build integrations that would be valuable to,

12   ideally, the partner, to users, and to Facebook.

13       Q.   (By Mr. Loeser)  So -- what are -- what

14   are the ways in which a -- a strategic partner

15   could provide value to Facebook?                    03:37:10

16       A.   Again, I'm not sure that -- as I

17   mentioned before, I'm not sure there's a definition

18   of "strategic partner."  So, again, can you ask

19   that question in -- in a way that's like -- doesn't

20   require me to rely on a definition which I -- I      03:37:28

21   don't think is established.

22       Q.   You use the term "strategic partner"

23   sometimes in the course of your employment at

24   Facebook, right?

25       A.   I would have typically referred to         03:37:40
```

HIGHLY CONFIDENTIAL

1    "partners" and then sometimes "strategic partners."          03:37:41

2    So like -- I may have used those terms, yes.

3         Q.   Okay.  And so what was your understanding

4    of the term "strategic partner" if it's different

5    than what you already testified?                              03:37:59

6         A.   So my -- my understanding --

7              THE DEPONENT:  Sorry.  Say again, Austin.

8              MR. SCHWING:  Asked and answered.

9              Go ahead.

10             THE DEPONENT:  Yeah, so my understanding          03:38:06

11   of -- of -- of "strategic partner" would be an

12   entity, an organization that Facebook has partnered

13   with or was considering partnering with to build

14   some form of integration with the Facebook

15   developer platform.                                          03:38:21

16        Q.   (By Mr. Loeser)  And back to the

17   questions about value, so let's talk about

18   partnerships generally.

19             Partners -- Facebook partners with

20   developers that provide value to Facebook; is that          03:38:36

21   right?

22        A.   Typically the partnerships team would be

23   focused on working with entities that provided

24   value to -- to users by building integrations with

25   the Facebook developer platform.                             03:38:51

Page 521

1      Q.   So you're saying that Facebook doesn't          03:38:53

2   consider whether the partner provides value to

3   Facebook other than the value to the users?

4           MR. SCHWING:  Misstates testimony.

5           THE DEPONENT:  Yeah, that's not what I --       03:39:01

6   what I said.  Typically when I as working with

7   partners, we were focused on the value that those

8   integrations would provide to -- to user.

9      Q.   (By Mr. Loeser)  And did you not also

10   consider the value those integrations would provide    03:39:11

11   to Facebook?

12      A.   One of the things that -- that would be

13   looked at is how this would be used by users and

14   would those integrations be considered valuable to

15   users, and the value -- the -- how -- how well they    03:39:29

16   would be used by users and the implications for

17   that on the Facebook community.

18      Q.   And, again, were there types of value

19   that Facebook took into account that pertained to

20   Facebook as opposed to users?  Can you think of any    03:39:47

21   ways that a partnership would provide value

22   directly to Facebook other than the benefits

23   received by the users?

24           MR. SCHWING:  Vague.  Compound.

25           THE DEPONENT:  Yeah, so typically an           03:40:03

                                            Page 522

HIGHLY CONFIDENTIAL

```
 1    integration would allow people, for example, to        03:40:04

 2    post stories back to Facebook, and that would

 3    provide content for newsfeed that could be seen

 4    by -- by their friends.  That would be an example

 5    of the value that would be provided.                   03:40:19

 6            And -- and typically, if there's more

 7    content in newsfeed and there's more interesting

 8    stories for people to see, they might come back to

 9    Facebook more frequently and interact with those

10    stories, and that might increase visitation.           03:40:31

11        Q.  (By Mr. Loeser)  Is ad revenue a value

12    that Facebook received from some partners?

13            MR. SCHWING:  Scope.

14            THE DEPONENT:  Sorry.  Yeah, my -- my --

15    this is a -- there's a question about the              03:40:48

16    advertising ecosystem, which is not my area of

17    expertise.  So, you know, that's very -- I'm not

18    particularly well educated on -- to explain in

19    detail.

20            What I can say from my personal                03:41:03

21    experience, though, is that sometimes developers

22    would want to buy ads to promote their

23    applications, and that would be considered a form

24    of -- of value.

25        Q.  (By Mr. Loeser)  Value for Facebook,           03:41:20
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    right?                                                    03:41:22

2        A.   Well, if -- if a developer is buying ads

3    to promote their application, it's because they

4    believe that that's a -- that's a worthwhile thing

5    to do in terms of growing -- growing an application      03:41:33

6    and its user base, and in the process of doing

7    that, Facebook would receive some money for the

8    ads.

9        Q.   And what about user data?  Don't some

10   developers provide Facebook with -- with user data       03:41:44

11   that is a value to Facebook?

12            MR. SCHWING:  Object to form.

13            THE DEPONENT:  So they typically --

14   again, most integrations would allow developers --

15   would allow users of those applications to share          03:42:01

16   content back to Facebook, and that would create

17   stories and newsfeed that could be seen by their

18   friends or, in the case of Open Graph, which is on

19   their timeline, which would enrich their Facebook

20   profile.                                                  03:42:20

21       Q.   (By Mr. Loeser)  And did the partnership

22   group also look at potential opportunities for

23   future relationships with -- with partners as a

24   form of value for Facebook?

25            MR. SCHWING:  Object to form.                    03:42:33

                                                              Page 524

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah, I'm not sure -- I'm        03:42:34

 2    not sure what -- what you mean by that.  Like

 3    future value -- could you give me an example?

 4         Q.   (By Mr. Loeser)  Well, when you're --

 5    when the partnership group was interacting with a        03:42:42

 6    partner and was -- did the partnership group also

 7    consider whether there was some possibility for

 8    future relationships with that partner that could

 9    be a value to Facebook?

10         A.   I -- it's hard to know what -- what the        03:42:58

11    partnerships team was considering in its -- in its

12    various discussions with -- with developers and

13    partner -- potential partners and potential

14    partners in the past.  So I'm not sure I can give

15    an accurate answer to that question.                     03:43:10

16         Q.   Do you know what an OEM is?

17         A.   My understanding that would mean

18    "original equipment manufacturer."

19         Q.   Okay.  And did -- did Facebook consider a

20    value to Facebook an OEM preloading the Facebook         03:43:27

21    app?

22         A.   So I think the partnerships team are

23    the -- are the -- probably the determiners of what

24    that -- of what that means.  My understanding

25    from -- from having worked in this area is that         03:43:45
```

Page 525

```
 1    there was value to users by having the Facebook app      03:43:49

 2    on their device, and so it was easy and accessible

 3    without having to download it separately.

 4              MR. LOESER:  Let's go off the record.

 5              THE VIDEOGRAPHER:  Okay.  We're off the         03:44:19

 6    record.  It's 4:02 p.m.

 7              (Recess taken.)

 8              THE VIDEOGRAPHER:  We're back on the

 9    record.  It's 4:12 p.m.

10        Q.   (By Mr. Loeser)  Mr. Cross, does Facebook        03:54:13

11    enter into contracts with -- with some of its

12    partners?

13        A.   Yes.  There would be typically additional

14    contracts that would have been agreed between

15    Facebook and those parties to cover a number of          03:54:32

16    different things.

17        Q.   And what types of partners does Facebook

18    contract with?

19        A.   Well, you're asking who Facebook

20    contracts with.  Do you mean across the whole gamut      03:54:49

21    of the company?

22        Q.   No.  I mean with regard to the

23    conversation we're having about the partnership

24    group and the product managers, the conversation

25    we're having now?                                        03:55:04
```

Page 526

```
 1              MR. SCHWING:  Outside the scope.  Vague.        03:55:06

 2              THE DEPONENT:  Yeah, can you -- just,

 3      again, I'm trying to do my best here and, you know,

 4      give you an accurate answer.

 5              So can you be a bit more specific             03:55:19

 6      about -- about the scope of the -- the work that

 7      you're -- you're referencing here?

 8          Q.   (By Mr. Loeser)  Well, when you were in

 9      the partnership group, did you have partners that

10      you worked with with which Facebook contracted?      03:55:28

11          A.   So on a personal level, I don't -- I

12      don't recall working with that many entities that

13      had -- we had contract -- that the Facebook had

14      contracts with when I was manager on the

15      partnerships team.  But -- but, yes, there were --   03:55:49

16      there were contracts that I was aware of between

17      Facebook and some of these partners that covered

18      their use of the Facebook developer platform.

19          Q.   And -- and sometimes did Facebook contain

20      in those contracts the ability to access APIs on     03:56:09

21      the partners platform?

22          A.   Yeah, it's -- that's possible, but I -- I

23      don't recall any specific examples from my time on

24      the partnerships team.

25              But, yeah, across the -- the history of       03:56:34
```

1    the company, it's possible, but I'd be speculating          03:56:36

2    exactly as to what.

3         Q.   Okay.  And in the context of the

4    relationship with partners, what does "reciprocity"

5    mean?                                                        03:56:52

6              MR. SCHWING:  Object to form.  Scope.

7              THE DEPONENT:  So, again, can you be a

8    bit more specific about like the -- the -- the

9    scope we're talking about here?  Is it the Facebook

10   developer platform or -- or partners in general?            03:56:59

11        Q.   (By Mr. Loeser)  I'm talking about

12   partners with which Facebook contracts and where

13   the contract governs the partner's access to the

14   Facebook platform and Facebook's access to the

15   partners platform.                                           03:57:14

16             In that context, is there something that

17   Facebook refers to as "reciprocity"?

18             MR. SCHWING:  Object to form.

19             THE DEPONENT:  I've heard the -- the

20   phrase "reciprocity" used.  I'm not sure if it's             03:57:25

21   codified in any platform policies.

22             My personal understanding of -- of that

23   term, it generally refers to really about fairness

24   in sharing data with Facebook, users sharing

25   stories back to Facebook where apps are also                 03:57:48

Page 528

1    reading data from Facebook so as to contribute to          03:57:52

2    the overall community Graph.

3         Q.   (By Mr. Loeser)  So when you say

4    "fairness," you mean Facebook provides access to

5    information and Facebook believes it's fair for            03:58:00

6    them, the partner, to provide data back to

7    Facebook?

8              MR. SCHWING:  Vague.

9              THE DEPONENT:  I think that's a -- that's

10   a very broad statement.  Let me -- best to give an         03:58:11

11   example would be useful is if -- developers --

12   let's take the Open Graph set of APIs that existed

13   in around 2011, 2012.  If apps were reading from

14   the Open Graph, then it would be considered

15   reasonable that they would be expected to offer            03:58:45

16   users the ability to publish their actions in that

17   app also back to the Graph so that everybody could

18   benefit.

19        Q.   (By Mr. Loeser)  And so you keep talking

20   about the benefits to users, and I'm wondering if          03:58:57

21   Facebook also identified the benefit to Facebook

22   specifically that results from reciprocity.

23        A.   What -- Sorry.

24             MR. SCHWING:  Object to form.

25             Go ahead.  You can answer.                       03:59:15

                                                     Page 529

| | | |
|---|---|---|
| 1 | THE DEPONENT: So, again, in the example | 03:59:20 |
| 2 | of Open Graph stories in terms of reciprocity, then | |
| 3 | if users have the ability to share their activity | |
| 4 | in an app back with Facebook, then that enriches | |
| 5 | the Facebook newsfeed for their friends and creates | 03:59:39 |
| 6 | additional content for their timeline that might | |
| 7 | encourage users to spend more time on Facebook. | |
| 8 | Q. (By Mr. Loeser) And that's a benefit for | |
| 9 | Facebook? | |
| 10 | A. Typically Facebook wants its user -- we | 03:59:54 |
| 11 | want our users to find value in using our products, | |
| 12 | and spending more time on our products is one way | |
| 13 | that they may express that value. | |
| 14 | Q. Facebook considers the value that a | |
| 15 | partner contributes to Facebook when making | 04:00:11 |
| 16 | decisions about what user data to make available to | |
| 17 | that partner, right? | |
| 18 | MR. SCHWING: Object. Vague. | |
| 19 | Go ahead. | |
| 20 | THE DEPONENT: Yeah, it's a very broad | 04:00:26 |
| 21 | question that's hard to answer. Again, in general, | |
| 22 | when Facebook is considering partnering with -- | |
| 23 | with an entity or working more closely with an | |
| 24 | entity, there would be an assessment of the -- the | |
| 25 | value that is trying to be created for users, how | 04:00:48 |

Page 530

HIGHLY CONFIDENTIAL

1       that would create value for Facebook, and for the        04:00:53

2       third-party developer as well.

3               So typically working with these

4       partnerships requires investments of time and

5       energy from both sides and, you know, the -- the        04:01:07

6       amount of resources to -- to do that are not

7       unlimited, and so there would be some determination

8       by the partnerships team as to whether or not this

9       was a -- a partnership worth pursuing.

10      Q.    (By Mr. Loeser)  And Facebook considered        04:01:24

11      a partner's value to Facebook when deciding whether

12      to maintain access to certain data after the

13      transition to platform 3.0, right?

14      A.    Sorry.  "Platform 3.0"?  Can you be

15      specific about -- about what you mean?        04:01:42

16      Q.    Yeah, I'm sorry.  I'm using -- there's a

17      variety of terms used by Facebook, and "platform

18      3.0" -- you tell me if I'm wrong -- is one of the

19      references to the Graph API version 2.0 platform.

20      A.    Well, that -- that terminology refers        04:01:57

21      to -- is one of the code names used for this

22      general series of work leading up to what became

23      API version 2 and Login v4 that were launched in

24      April of 2014.

25              And so could you ask the question again        04:02:14

Page 531

HIGHLY CONFIDENTIAL

```
 1    to make sure I understand.                          04:02:20

 2         Q.    Sure.  And with that understanding of

 3    what platform 3.0 means, Facebook considered a

 4    partner's value to Facebook when deciding whether

 5    to maintain access to certain data after the        04:02:31

 6    transition to platform 3.0?

 7         A.    Well, again, can you -- can you help me

 8    understand what you mean by "certain data"?

 9    Like -- like the specifics matter here, and I want

10    to get -- make sure I give you an accurate answer.  04:02:47

11         Q.    Yeah.  There were series of APIs that

12    were deprecated in the new platform; is that right?

13         A.    In version 2 there were a number of APIs

14    that were deprecated and a number of permissions

15    that were publicly deprecated, yes.                 04:03:01

16         Q.    And when deciding whether to continue to

17    allow partners to have access to those deprecated

18    permissions, Facebook considered the value that

19    those partners provided to Facebook, right?

20              MR. SCHWING:  The question is vague.       04:03:15

21              THE DEPONENT:  Yeah, I mean, it -- can we

22    talk about which -- which specific partners you're

23    referring to here and what kind of additional time

24    periods and access we're talking about?

25         Q.    (By Mr. Loeser)  I would like you to      04:03:34
```

Veritext Legal Solutions
866 299-5127

```
 1    answer the question.  The question refers to the      04:03:35

 2    transition to the new platform, and it refers to

 3    deprecated permissions, and it refers to whether

 4    Facebook considered the value that partners

 5    provided to Facebook when deciding which of those      04:03:46

 6    partners to grant continued access to those

 7    deprecated functions.

 8              So if you could answer the question

 9    whether Facebook took into account the value

10    partners provided to Facebook when making that         04:03:58

11    decision, that's all I'm asking.

12              MR. SCHWING:  The question is vague.

13              THE DEPONENT:  Yeah, so Facebook --

14    sorry.  Master Garrie, I see you here.  I -- you

15    said earlier that means because you want to            04:04:13

16    intervene and help.

17              I want to give a good answer to -- to

18    this question, and --

19              SPECIAL MASTER GARRIE:  I was going to

20    just direct you to answer the question the best you    04:04:21

21    can.  So either a "yes," "no," or "I don't

22    understand the question."

23              MR. SCHWING:  Special Master Garrie,

24    since you're on and we're -- I don't want to

25    interrupt the questioning here too much, but I do      04:04:32
```

1   have a concern that Mr. Loeser is supposed to be          04:04:35

2   asking questions about topics 6 and 7, which relate

3   to friend sharing.

4           SPECIAL MASTER GARRIE:  Again, so

5   let's --                                                  04:04:44

6           MR. SCHWING:  And Mr. Melamed is going to

7   be asking questions about the other topics.

8           I want to ensure that there are not

9   multiple lawyers who are asking kind of overlapping

10  questions here today, because I don't believe            04:04:53

11  that's appropriate under our protocol.  So I just

12  want to make sure we're focused on actual 6 and 7

13  here before we transition over to Mr. Melamed.

14          SPECIAL MASTER GARRIE:  Okay.  So one

15  second.  We will address that in a second.               04:05:03

16          But, Mr. Cross, what I was going to

17  instruct you is so when you're asked a question,

18  you can answer, "yes," "no," give an explanation or

19  say "I don't understand the question," but

20  otherwise, good question/bad question is not a           04:05:18

21  judgment.  He's asked the question.  You're to do

22  your best and endeavor your best to answer the

23  question.  And you can say, yes, this is how I

24  define this; no, this is how I define that, or so

25  on and so forth and answer the question the best         04:05:32

HIGHLY CONFIDENTIAL

```
1    you can.                                              04:05:34

2         If you don't understand the question, you

3    can state "I don't understand the question as

4    asked" or something to that effect.  Whatever

5    reflects your current state of mind as you           04:05:40

6    understand it.  But you do just need to answer the

7    question the best you can.

8              THE DEPONENT:  Cool.  Thank you,

9    Special Master Garrie.

10             SPECIAL MASTER GARRIE:  With that           04:05:51

11   settled, I'll turn it back to Counsel Loeser.  Just

12   reask the question.

13        Once he finishes this line of

14   questioning, Counsel Schwing, we will go off the

15   record and address the other question.  I just      04:05:58

16   don't want to interrupt Counsel Loeser's flow.  I

17   just wanted to weigh in and just communicate to the

18   witness to answer the question the best you can as

19   a 30(b)(6) corporate representative.

20        And then we will -- once the line of            04:06:13

21   questioning is done, Counsel Schwing, we will

22   address your question or your point of concern.

23        Okay?

24             MR. SCHWING:  Thank you, Special Master.

25             SPECIAL MASTER GARRIE:  Of course.         04:06:23
```

Page 535

HIGHLY CONFIDENTIAL

```
1              MR. LOESER:  Thank you.                04:06:25

2        Q.  (By Mr. Loeser)  Mr. Cross, Facebook

3   considered a partner's value to Facebook in

4   deciding whether to maintain the partner's access

5   to deprecated permissions after the transition to    04:06:30

6   platform 3.0, right?

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  So in -- in the

9   transition, there were a number of integrations

10  that -- that preexisted that transition, and         04:06:45

11  Facebook would have determined that they would

12  continue to exist based on the value to users and

13  the value that they provided to -- to Facebook and

14  the partner too.

15             MR. LOESER:  Okay.                    04:07:06

16             I guess we're going off the record.

17             We can go off the record.

18             THE VIDEOGRAPHER:  Okay.  Thank you.

19             We're off the record.  It's 4:25 p.m.

20             (Recess taken.)                       04:09:47

21             THE VIDEOGRAPHER:  We're back on the

22  record.  It's 4:29 p.m.

23        Q.  (By Mr. Loeser)  Mr. Cross, when deciding

24  whether to provide access to the friend data after

25  2014 for partners, did Facebook consider the value   04:11:41
```

Page 536

1    that the partners could provide to Facebook?            04:11:46

2            MR. SCHWING:  The question is vague.

3            THE DEPONENT:  Yeah, I -- again, I -- I

4    hope -- I just want to make sure I answer this

5    correctly.  A whole bunch of things were considered    04:11:59

6    or would have been considered in determining

7    whether or not to -- to allow integration partners

8    to continue to have access to information after the

9    APIs and permissions were more publicly deprecated.

10   There's a whole -- a whole raft of things that          04:12:20

11   would have been -- would have been considered in

12   those determinations:  the value to users, how

13   often they were being used, the contractual

14   determinations, if -- if there were any such,

15   and -- and so on.                                       04:12:39

16           So a wide range of things would have been

17   considered.

18           When you say "value to Facebook," can you

19   help me define what -- what you mean?

20       Q.  (By Mr. Loeser)  Well, that's what I've         04:12:50

21   been trying to have you testify about, all the ways

22   Facebook understands value.

23           So if you have some understanding of how

24   Facebook defines value that helps you answer that

25   question, go ahead and say what those things are        04:13:02

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | and then answer the question. | 04:13:04 |
| 2 | A.   So, yeah.   One of the things that would | |
| 3 | have been considered is how often those apps are | |
| 4 | being used.   So, for example, a device integration | |
| 5 | would have a number of people -- would be -- a | 04:13:19 |
| 6 | number of people would be using it and -- and that | |
| 7 | would be considered in -- in the overall assessment | |
| 8 | of whether or not the information -- should | |
| 9 | continue -- the integration should continue. | |
| 10 | So there's a -- a wide range of things | 04:13:32 |
| 11 | that would have been considered, including user | |
| 12 | value and various types of value to Facebook. | |
| 13 | Q.   And revenue received by Facebook from | |
| 14 | the -- the partner was one of the other things, one | |
| 15 | of the other forms of value that Facebook | 04:13:46 |
| 16 | considered, right? | |
| 17 | MR. SCHWING:   The question is vague. | |
| 18 | THE DEPONENT:   In terms of -- like, I | |
| 19 | recall seeing documents which -- which suggest that | |
| 20 | the revenue from a company was pulled and, | 04:14:00 |
| 21 | you know -- assessed in some way.   But I -- I do | |
| 22 | not recall when, you know, revenue from a partner | |
| 23 | was part of the assessment for -- for why | |
| 24 | integration would continue. | |
| 25 | Q.   (By Mr. Loeser)   And so as Facebook's | 04:14:32 |

Page 538

HIGHLY CONFIDENTIAL

```
 1    corporate designee here, can you testify as to        04:14:36

 2    whether revenue from the partner was considered

 3    when deciding whether to continue allowing a

 4    partner to have access to APIs that emit friend

 5    data?                                                  04:14:48

 6         A.   Again, I can see --

 7              MR. SCHWING:  Sorry.

 8              The question is vague.

 9              Go ahead.

10              THE DEPONENT:  Yeah, I -- I recall seeing    04:14:53

11    documents that were -- where revenue from a partner

12    is considered as part of the overall assessment,

13    but I -- I cannot say whether or not revenue was a

14    determinant in whether or not a partner continued

15    to have access or not.                                 04:15:12

16         Q.   (By Mr. Loeser)  And is there somebody

17    else --

18              I'm sorry.  I thought were finished.

19         A.   Sorry -- continued to have access to

20    publicly deprecated APIs or private APIs.              04:15:25

21         Q.   And who at Facebook would definitively

22    know the answer to that question?

23              MR. SCHWING:  The question is vague.

24              THE DEPONENT:  I -- I think like the --

25    the -- I don't think anyone at Facebook would --       04:15:40
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | would be able to know whether or not for every | 04:15:43 |
| 2 | single app, what the decision-making criteria was. | |
| 3 | So I'm not sure that's -- that's like fully -- | |
| 4 | fully knowable. | |
| 5 | I -- I don't recall -- and again, on a | 04:15:58 |
| 6 | personal level, I do not recall being in any | |
| 7 | conversations where revenue was a determining | |
| 8 | factor in -- whether or not an app was continued -- | |
| 9 | had an app continued to have access to deprecated | |
| 10 | permissions. | 04:16:15 |
| 11 | Q.   (By Mr. Loeser)  Okay.  And I didn't ask | |
| 12 | you for a person who would know with regard to each | |
| 13 | and every partner.  I'm just asking you as a | |
| 14 | general matter who would be the most knowledgeable | |
| 15 | person on Facebook who can answer the question | 04:16:23 |
| 16 | about the extent to which revenue was taken into | |
| 17 | account when deciding to, for example, whitelist | |
| 18 | entities so that they could continue to obtain | |
| 19 | friend data? | |
| 20 | A.   I think the partnerships leadership team. | 04:16:37 |
| 21 | The partnership team is probably the people who | |
| 22 | have the -- the -- the closest understanding of -- | |
| 23 | of that.  I've spoken to -- to several of those in | |
| 24 | preparation for this, and none of them represented | |
| 25 | to me that -- that revenue was -- was a driver in | 04:16:56 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the decision-making. | 04:17:00 |
| 2 | Q.   And who did you speak to about that? | |
| 3 | A.   I spoke to Ime Archibong, I spoke to | |
| 4 | Eddie O'Neil, and I spoke to Francisco Varela. | |
| 5 | (Exhibit 401 was marked for | 04:17:15 |
| 6 | identification by the court reporter and is | |
| 7 | attached hereto.) | |
| 8 | MR. LOESER:  Okay.  We're going to | |
| 9 | introduce an exhibit, which is -- this is -- it'll | |
| 10 | come up in a second, Mr. Cross.  This is an email | 04:17:31 |
| 11 | from you to Jackie Chang and Brian Hurren dated | |
| 12 | October 30th, 2013, cc to Ime Archibong.  Subject | |
| 13 | line on the email is "PS12n divide and conquer." | |
| 14 | Do you see this email, Mr. Cross? | |
| 15 | THE DEPONENT:  I do. | 04:17:54 |
| 16 | Q.   (By Mr. Loeser)  This is an email that | |
| 17 | you offered; is that right? | |
| 18 | MR. SCHWING:  I'm sorry, Derek.  Just | |
| 19 | really quickly so we can be on the same page and I | |
| 20 | can quickly get to documents too. | 04:17:59 |
| 21 | Was that -- was there like a tab number | |
| 22 | associated with that with the documents that you | |
| 23 | sent over?  I'm wondering if -- I would just like | |
| 24 | to be able to -- rather than have you launch into | |
| 25 | it, have some access to look at the document, so -- | 04:18:12 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              MR. LOESER:  It will be Exhibit 401.        04:18:15

 2         Q.   (By Mr. Loeser)  Do you see the exhibit

 3    numbers in the Exhibit Share?

 4              MR. LOESER:  Or, Mr. Schwing, you can

 5    also just look at the Bates number and match it to   04:18:38

 6    what you receive.

 7              MR. SCHWING:  Okay.  Go ahead.  I got it.

 8    I just had a little technical difficulty there, but

 9    go ahead.  Thank you.

10         Q.   (By Mr. Loeser)  Mr. Cross, do you see     04:18:51

11    the email?

12         A.   I do see the email.

13         Q.   And the date is October 30th, 2013,

14    right?

15         A.   Yup.                                        04:19:00

16         Q.   And the email has an attachment.  It says

17    "PS12n private platform Ops & Partnership Work

18    Streams.key"; is that right?

19         A.   That's right.

20         Q.   And that's an attachment that you          04:19:11

21    prepared, correct?

22         A.   I -- that's likely.

23         Q.   And one of the recipients is Brian

24    Hurren.  Who is Brian Hurren?

25         A.   Brian Hurren was a partner manager on the  04:19:24
```

Page 542

HIGHLY CONFIDENTIAL

1    platform partnerships team.                          04:19:27

2            MR. LOESER:  And we can go to the next

3    exhibit, which is the attached slide deck.

4            (Exhibit 402 was marked for

5    identification by the court reporter and is          04:19:36

6    attached hereto.)

7        Q.   (By Mr. Loeser)  And while we're waiting

8    for that, Mr. Cross, what was your job at Facebook

9    in October 2013?

10       A.   I was a partner manager on the platform     04:19:59

11   partnerships team.

12       Q.   And how many partner managers were there

13   at the time?

14       A.   On the platform partnerships team or at

15   the company?                                         04:20:11

16       Q.   On the platform partnerships team.

17       A.   I'm not sure of the exact number, but it

18   was less than -- less than ten.

19       Q.   And we're looking now at Exhibit 402,

20   which is the slide deck that you prepared with the   04:20:26

21   title "PS12n:  Partnerships & Operations, Managing

22   the Private Platform."

23            Do you see that?

24       A.   I see.

25       Q.   So that the record is clear, what is        04:20:39

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    PS12n?                                        04:20:41

2        A.   PS12n refers to platform simplification,

3    which is another code name for the set of proposed

4    changes that ultimately resulted in the launch of

5    Graph API v2 in April 2014.                    04:20:54

6        Q.   And how is it that you came to prepare

7    this PowerPoint?

8        A.   I don't recall exactly what -- how I came

9    to prepare this -- this PowerPoint.  But at the

10   time, my understanding is that there were a set of   04:21:13

11   changes being proposed to the Facebook developer

12   platform, and the partnerships team were trying to

13   understand what the impact would mean for

14   Facebook's -- the -- the developers that the

15   partnership team worked with.                  04:21:37

16       Q.   And why is it that you were tasked with

17   preparing this PowerPoint?

18           Do you recall?

19       A.   I don't recall why I was -- why I was

20   tasked with it, but -- but at time I recall our --   04:21:46

21   our -- most of the team was engaged in some way

22   and -- in trying to understand the impact on the

23   developer ecosystem and the -- the partners that

24   were managed by the team.

25       Q.   And what is Facebook's private platform?   04:22:00

Veritext Legal Solutions
866 299-5127

```
 1        A.   So, again, I -- I think the -- well -- I     04:22:09

 2   think the best way to answer that is my experience

 3   in a personal capacity.  What I'm referring to here

 4   is the set of APIs, permissions, and so on that

 5   were not available to regular developers and were    04:22:23

 6   available to developers through whitelists.

 7        Q.   Okay.  You can go to slide 2.

 8             Are you looking at -- I'll just represent

 9   to you this is the second slide.  There's no page

10   numbers on them.  But the title of the slide is     04:22:47

11   "PS12n:  Partnerships/Operations Goals."

12             Do you see that?

13        A.   I do.

14        Q.   Could you read each of the bullet points,

15   and after each one, explain what it means.          04:22:56

16        A.   I'll -- I'll do my best.  This is a slide

17   deck written kind of nearly -- nearly eight years

18   ago now.  And so I'll do my best, given the time

19   that's elapsed since.

20             The first bullet is "Protect the Graph,"   04:23:18

21   which my understanding is around ensuring that

22   Facebook's information or the -- the user's

23   information is being appropriately used by

24   applications in -- by apps and developers.

25             The next bullet is "but retain           04:23:36
```

Page 545

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | valid/strategic use cases." | 04:23:41 |
| 2 | Q.   Actually, let me pause you for a second. |
| 3 | On "Protect the Graph," you mentioned it |
| 4 | was to make sure that users' data was used |
| 5 | appropriately. | 04:23:50 |
| 6 | Was it also to make sure that Facebook |
| 7 | wasn't providing access to user data without |
| 8 | getting anything in return from its partners? |
| 9 | A.   Sorry.  I may have to think about that to |
| 10 | make sure I give you a correct answer. | 04:24:10 |
| 11 | I don't think this was -- I don't think |
| 12 | this refers to -- to reciprocity.  It's that -- my |
| 13 | understanding, again, given that this slide deck |
| 14 | is, you know, is eight years old, and going off |
| 15 | what I can read on the page, my recollection is | 04:24:29 |
| 16 | that this is about making sure that the -- the |
| 17 | information that is emitted to third parties is |
| 18 | being used appropriately and creating value for |
| 19 | users. |
| 20 | Q.   And what is the basis for your | 04:24:44 |
| 21 | understanding of that point? |
| 22 | A.   The basis for my understanding is my |
| 23 | memory from eight years ago, so that's what I'm |
| 24 | going off here. |
| 25 | Q.   Okay.  So the next bullet, could you read | 04:24:59 |

Page 546

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that one again, please. | 04:25:01 |
| 2 | A.   The next bullet is "but retain | |
| 3 | valid/strategic use cases." | |
| 4 | Q.   So what did Facebook mean here when it | |
| 5 | wrote that one of the goals was to retain valid | 04:25:11 |
| 6 | strategic use cases? | |
| 7 | MR. SCHWING:  Object to form. | |
| 8 | THE DEPONENT:  Again, this -- this is a | |
| 9 | document written by a person, in this case, me.  So | |
| 10 | I don't think that is necessarily Facebook's as a | 04:25:24 |
| 11 | company's understanding.  This is one document | |
| 12 | written -- written a long time ago by -- by a | |
| 13 | person. | |
| 14 | I can talk about what -- what I recall | |
| 15 | meaning or what I think this means, given my -- my | 04:25:38 |
| 16 | personal involvement, which is that there were | |
| 17 | integrations, for example, that were valuable to -- | |
| 18 | to users that wouldn't be possible under the | |
| 19 | proposed changes, and -- and those -- those | |
| 20 | would -- there was a consideration that those -- | 04:25:59 |
| 21 | those should continue, a good example being the | |
| 22 | Facebook app on BlackBerry.  That would be, I | |
| 23 | think, an app that was considered valuable to | |
| 24 | users, valuable to BlackBerry, and valuable to | |
| 25 | Facebook. | 04:26:17 |

Veritext Legal Solutions
866 299-5127

```
 1        Q.   (By Mr. Loeser)  Okay.  And skipping down    04:26:18

 2   to the last bullet points "Dev NPS-neutral

 3   (short-term), Dev NPS-positive (medium term)."

 4            What -- what does that mean?

 5        A.   So Dev NPS-neutral.  So NPS means -- or       04:26:37

 6   Dev NPS means developer net promoter score, which

 7   at the time was a metric used to survey Facebook's

 8   platform developers and understand their level of

 9   satisfaction with the Facebook developer platform.

10   And so what this means is that the -- a great          04:27:00

11   outcome for those changes in the short term would

12   be no impact on developer NPS and that over time

13   these changes would be positive for developer NPS.

14        Q.   And the title of this slide shows that

15   these bullets relate to the partnership operation     04:27:18

16   goals; is that right?

17        A.   The slide says "partnerships/operations

18   goals."

19        Q.   And were these, in fact, Facebook's goals

20   at the time?                                           04:27:29

21        A.   Again, I don't think it's fair to

22   represent these as Facebook's goals.  This is a

23   skeletal draft slide deck written by one person

24   in -- in kind of mid-2013, so I don't think this

25   was -- this is officially Facebook's goals.           04:27:49
```

1          So no, I don't think it's right to make          04:27:52

2     that representation.

3          Q.   Well, were these the goals that were --

4     that were implemented and that Facebook sought to

5     achieve through the transition to the new platform?          04:28:01

6               MR. SCHWING:   Object to form.

7               THE DEPONENT:   Again, no, I don't

8     think -- I don't think it's right to say that these

9     are Facebook's goals.   These are the goals that I,

10    as the author of this document, was proposing or          04:28:12

11    asserting that would be attempted, but I don't

12    think that's right to say that these are Facebook's

13    goals for the overall program.

14         Q.   (By Mr. Loeser)  Well, you were there

15    through the whole process -- right? -- the          04:28:28

16    transition?

17         A.   I was there through -- I was working on

18    this from -- from mid-2013 to kind of mid-2015.

19         Q.   Okay.  So through the transition, right?

20         A.   Yeah, through -- through most of the          04:28:43

21    transition, yes.

22         Q.   Okay.  So were these the goals you had in

23    mind for that transition and that Facebook

24    implemented?

25               MR. SCHWING:   That's compound.          04:28:53

                                                        Page 549

HIGHLY CONFIDENTIAL

```
 1            THE DEPONENT:  So, again, I don't -- I      04:28:54

 2    don't think it's -- I mean, there are a number of

 3    goals that Facebook has -- was attempting to --

 4    attempting to achieve with this transition.  These

 5    four bullets suggest a proposed subset as -- as I,    04:29:07

 6    as a person on the partnerships team, understood

 7    them in -- in kind of mid to late 2013.

 8            So I don't -- I don't think it's right to

 9    say that these are -- these are the goals of the

10    overall program.                                      04:29:21

11        Q.   (By Mr. Loeser)  Were any of these goals

12    abandoned through the transition?

13        A.   I don't think developer NPS was a

14    particular focus of the -- of the -- of the effort.

15    I wouldn't say it was abandoned.  It was -- it was    04:29:38

16    considered, but I don't think that was necessarily

17    the primary goal of the set of transitions.

18        Q.   Okay.  We can go to the next slide.

19            You see that the title of this slide is

20    "PS12n Ops/Partnerships Workstreams"?                 04:29:56

21            Do you see that?

22        A.   I do.

23        Q.   And so you helped come up with the

24    workstreams that would be necessary to implement

25    the transition to the new version of social Graph?    04:30:12
```

Page 550

HIGHLY CONFIDENTIAL

```
 1        A.   So, again, this slide deck represents a          04:30:18

 2   set of potential proposed things that needed to be

 3   done, but the -- I don't think this is

 4   representative of what ultimately was -- was done

 5   or enacted.  So this is a -- my understanding as a        04:30:32

 6   partnerships person at a point in time in mid -- in

 7   mid-2013 in trying to understand the changes and

 8   how to articulate them.

 9        Q.   Okay.  You see on the far right, there's

10   a reference to the "public platform"?                     04:30:47

11        Do you see that?

12        A.   I do.

13        Q.   And below that there's a reference to the

14   "private platform"; is that right?

15        A.   I see that, yup.                                04:30:57

16        Q.   And so at this time in 2013, was there a

17   public platform and a private platform?

18        A.   In 2013 -- I don't think it's right to

19   categorize these like as completely separate

20   things.  There was no separate public platform and       04:31:13

21   completely separate private platform.  What I'm --

22   again, remembering my authoring of this deck eight

23   years ago, is trying to frame that there was the

24   public platform, certainly, which was what regular

25   developers had access to, and -- and then there          04:31:30
```

Page 551

| 1 | were a set of APIs, permissions, and modifications | 04:31:33 |

were a set of APIs, permissions, and modifications          04:31:33

to that public platform that were available or --

or -- or enacted through a set of whitelists, and

that's what I'm referring to by -- by the phrase

"private platform."          04:31:51

        There were not distinct like things.  One

was really a modifier of the other.

    Q.   So if you go to the far left, the first

box, it says "public," and then in the box Login,

Open Graph, Dialog, Payments, Canvas, non-app          04:32:07

friends -- I missed one, plug-ins -- friend data,

newsfeed, et cetera.

        Do you see that?

    A.   I do see that.

    Q.   And what are each of those things?          04:32:18

    A.   I -- I'll do my best to enumerate.

    Q.   I'm sorry.  Just generally, are those

permissions?  APIs?  Descriptions of APIs?  What --

what are they generally?

    A.    It refers to, actually, a pretty wide          04:32:35

gamut of different things.  Login is the Facebook

login dialogue.  Open Graph is the ability for

developers to read and write structured actions

to -- to Facebook.  Dialogs is a suite of -- a set

of dialogs, user -- user-facing dialogs for a range          04:32:53

Page 552

HIGHLY CONFIDENTIAL

1    of purposes like sharing.  Payments refers to the          04:32:59

2    ability of developers to -- to take payments from

3    users inside apps.  Canvas refers to the ability to

4    render an app inside Facebook on dub-dub-dub.

5    Plug-ins refers to the ability to embed various          04:33:11

6    social plug-ins, of which were there several, on

7    your website.  Non-app friends refers to things

8    like the full friend list.  Friend data is

9    referring -- again, my personal recollection --

10   referring to the friend permissions.  And then          04:33:25

11   newsfeed referring to the -- to the newsfeed API

12   and so on.

13          So it's actually quite a wide range of

14   things that -- that -- that I was reflecting there

15   as part of the, quote, public platform.          04:33:37

16      Q.   And so just help me if I understand this

17   slide correctly.  All the things you just listed

18   were available on the public platform at the time

19   that you created this slide; is that right?

20      A.   My understanding is that at the time I          04:33:51

21   created this slide in kind of mid-2013, that was a

22   list of things that would be reasonably considered

23   to be part of the public developer platform, the

24   standard Facebook public developer platform.

25      Q.   And your arrow that says 1a, 1b directs          04:34:04

                                                        Page 553

HIGHLY CONFIDENTIAL

```
1    all of those things down to the private platform in      04:34:09

2    the list that says No. 2 there.

3              Do you see that?

4         A.   I do see that.

5         Q.   And so was the idea that all of those          04:34:17

6    abilities and -- and I don't want to use the wrong

7    word, because there's a variety of different ways

8    to describe those things -- but some are

9    permissions, some are capabilities, some are tools.

10   All of those things will not be available publicly       04:34:30

11   anymore but will instead be available privately; is

12   that right?

13             MR. SCHWING:  Object to form.

14             THE DEPONENT:  Sorry again.  Trying to

15   explain this is --                                       04:34:42

16             Yes, my understanding in -- again, on a

17   personal level, writing this deck and remembering

18   what I knew in -- in mid-2013, a lot changed

19   between then and the launch of the ultimate set of

20   changes.                                                 04:34:56

21             Is the -- that yes, there were some

22   things that were going to be -- my understanding at

23   the time was that there was some subset of those

24   things which would no longer be publicly available;

25   i.e., available to -- to regular developers.             04:35:09
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1        Q.   (By Mr. Loeser)  Okay.  And two of those          04:35:13

2    things in particular here on this list are non-app

3    friends and friend data, right?  Those were being

4    transitioned from being publicly available to being

5    available on the private platform, right?              04:35:25

6        A.   Again, my understanding at the time is

7    that these things would be no longer publicly

8    available to regular developers eventually but that

9    there would be some use cases that would continue

10   to -- to need them and that those would be made       04:35:44

11   available via -- via certain whitelists.

12       Q.   So with regard to non-app friends and

13   friend data in particular, those -- let's talk

14   about friend data first.  Permissions relating to

15   friend data weren't going eliminated altogether,      04:36:07

16   right?  Instead they were going to be made

17   available on the private platform?

18            MR. SCHWING:  Object to form.

19            THE DEPONENT:  So, again, my

20   understanding writing this slide deck in -- in kind   04:36:18

21   of mid to late 2013 is that these things were

22   being -- were being deprecated from the -- the

23   public surface area, and the -- I -- I was, again,

24   as the author of this deck, trying to imagine a

25   world where there would be some apps that would       04:36:36

Page 555

```
1    continue to have access to this information after      04:36:40

2    it had been publicly deprecated.

3         Q.   (By Mr. Loeser)  And in -- this slide has

4    the title "Workstreams," right?

5         A.   This article contains the word              04:36:55

6    "Workstreams," yeah.

7         Q.   Okay.  And so you're diagramming the

8    workstreams here, and you have 1a, 1b, 2, 3, and 4?

9    Those are the workstreams?

10           MR. SCHWING:  Object to form.                  04:37:07

11           THE DEPONENT:  Well, I -- I'm not

12   entirely sure what they're referring to.  Like,

13   yes, those probably refer to a set of

14   proposed/potential workstreams.

15           But, again, this is -- this is a skeleton      04:37:20

16   deck that -- that -- that's is missing a lot of --

17   a lot of content and I don't think represents what

18   ultimately was done.

19        Q.   (By Mr. Loeser)  So I know there's a lot

20   of information on this deck, but is there anything    04:37:35

21   in particular that you see that was not done?

22        A.   Well, I don't think we had the

23   workstreams that -- that this deck suggests might

24   exist.  I don't think any of that was -- was set

25   up.                                                    04:37:53
```

Page 556

```
 1              And I think there's -- exactly how        04:37:54

 2    these -- exactly how the changes to the platform

 3    were enacted, I don't think this is necessarily

 4    representative of what ultimately happened.

 5        Q.   With regard to non-app friends and friend  04:38:08

 6    data, does this accurately reflect what happened?

 7              MR. SCHWING:   Object to form.

 8              THE DEPONENT:   So it -- it's -- it's hard

 9    to say this accurately represents what happened,

10    because, you know, there's so much nuance and        04:38:25

11    detail.

12              But at a high level, there were, you

13    know, apps that continued to have access to some

14    friends data after the -- the public deprecation

15    of -- of those permissions.                          04:38:47

16        Q.   (By Mr. Loeser)  Okay.  We can go to the

17    next slide.

18              Do you see the title of this slide is

19    "Workstream 1a-Simon"?  Does that refer to you?

20        A.   That would refer to me.  But as I           04:39:02

21    mentioned in -- in the previous -- when we

22    reviewing the previous slide, I don't think this

23    represents in any case what -- what happened.

24        Q.   Well, let's go through and figure out

25    what did and what didn't.                            04:39:18
```

Veritext Legal Solutions
866 299-5127

```
 1              Were you involved in preapproving apps         04:39:20

 2    for the new PS12n capabilities?

 3         A.   I was involved later as a product manager

 4    on -- on the platform team trying to determine

 5    what capabilities and -- and what lists needed to       04:39:32

 6    as exist to support the needs of the partnerships

 7    team.

 8         Q.   Do you see the goal that's written on

 9    this slide for your workstream?

10         A.   Well, again, I want to be -- I want to be      04:39:51

11    clear.  This is a proposed workstream.  I don't

12    want to say that this is workstream that I assumed

13    ownership of and enacted upon.  This is, again --

14    if you scroll through the rest of the deck, it's

15    broadly empty.                                          04:40:03

16              So I think it's just worth noting for the

17    record that this is a skeleton deck, not a final

18    deck in any form.

19         Q.   Can you read the goal that you have for

20    the workstream that you anticipated at this time.       04:40:13

21         A.   Again, what's on the slide here is "Goal:

22    Exempt strategic use cases from PS12n impact."

23         Q.   And what does that mean?

24         A.   Again, my understanding from the -- from

25    the time is -- as -- as -- as involved in this is       04:40:30
```

Page 558

HIGHLY CONFIDENTIAL

```
 1    that there were some integrations and partnerships      04:40:35

 2    that were considered valuable to -- to users and

 3    the developers and Facebook and that those

 4    integrations would be expected to continue or there

 5    was a -- there was the -- the thought that some of      04:40:51

 6    those integrations would continue after the changes

 7    to the public developer platform.  And this is

 8    referring to an analysis to understand -- well, not

 9    an analysis -- a proposed workstream to understand

10    how the API changes would affect those              04:41:11

11    integrations.

12         Q.   And the idea was that for certain

13    strategic -- what you define as strategic use

14    cases, they would be exempt from the deprecations

15    and instead continue to have access to APIs or         04:41:28

16    permissions that no longer were public?

17         A.   Again, at the time here, a lot changed in

18    terms of how the changes were implemented and

19    exactly what was implemented, but there was a

20    thought in the partnerships team -- it was thought      04:41:50

21    in the partnerships team that there would be ways

22    or cases where some of these integrations would

23    continue to -- to be able to operate even through

24    the public deprecations of those permissions and

25    APIs.                                                   04:42:10
```

HIGHLY CONFIDENTIAL

1    Q.   And this goal that's described here, that        04:42:10

2    is, in fact, what Facebook did, right?

3    A.   I don't think that's representative --

4    that's -- that's -- appropriate to characterize

5    that as -- as what Facebook did.  There were, as        04:42:24

6    we've discussed, certainly some integrations -- for

7    example, a device integrations that continued to --

8    to operate after the changes to -- to the public

9    surface area.

10        But like I don't think it's appropriate        04:42:38

11   to say that all strategic use cases, however that's

12   defined, were -- were exempt.

13   Q.   Well, did Facebook exempt some strategic

14   use cases from PS12n impact?

15   A.   Well, again, like there's no formal        04:42:58

16   definition of -- of "strategic" as -- as we've

17   discussed.  But there were apps and integrations

18   who -- who -- where their functionality continued

19   after the public deprecation of -- of certain

20   permissions and APIs.        04:43:16

21   Q.   Okay.  Let's look at the method you

22   describe here.

23        Do you see No. 1?  I take it that's a

24   yes?

25   A.   Sorry.  Do I see No. 1?  Sorry, Derek.        04:43:28

Veritext Legal Solutions
866 299-5127

| 1 | Say again. | 04:43:30 |

2      Q.   Do you see that there's a heading

3   "Method"?

4      A.   Yes, I see that, yeah.

5      Q.   Then under "Method," there's a series of          04:43:35

6   numbers, 1 through 8.

7           Do you see that?

8      A.   I do, yeah.

9      Q.   And the first one is "collate largest

10  apps using to-be-deprecated features."          04:43:43

11          Do you see that?

12     A.   I see that, yup.

13     Q.   Did that happen?

14     A.   There was some analysis -- I recall some

15  analysis being done to assess which apps were using          04:43:54

16  to-be-deprecated features, yes.

17     Q.   Okay.  Do you see No. 2, "segment into

18  our four functional Groups:  Games, Non-games,

19  Mobile, Marketers/PMD"?  Do you see that?

20     A.   I see that.          04:44:11

21     Q.   That happened, right?

22     A.   I don't recall if that happened as -- as

23  prescribed here.  There was a number of different

24  categorizations that were -- were used across

25  different times.  I -- I don't recall if those --          04:44:22

Page 561

HIGHLY CONFIDENTIAL

```
 1    that categorization or taxonomy was ultimately      04:44:25

 2    used.

 3         Q.   Do you recall the slide deck we went

 4    through previously that categorized different apps

 5    in those -- those categories?                        04:44:35

 6         A.   I remember reviewing a slide deck.  Did

 7    they match to -- it's possible they matched to

 8    those categories, but I can't be 100 percent sure.

 9         Q.   Did you see No. 3, "each functional group

10    to define their whitelisting criteria"?             04:44:48

11         Did that happen?

12         A.   Again, speaking from my personal

13    recollection, I don't recall whether or not that

14    happened.  I don't think that happened.

15         Q.   Did anyone define any whitelisting        04:45:04

16    criteria?

17         A.   I don't think there was a formal written

18    set of whitelisting criteria defined, no.

19         Q.   So it was just ad hoc?

20         MR. SCHWING:  Object to form.                   04:45:19

21         THE DEPONENT:  I wouldn't characterize it

22    as ad hoc.  The -- the decisions were made on -- on

23    a case-by-case basis through conversation with --

24    with the partnerships team primarily.

25         Q.   (By Mr. Loeser)  Okay.  Did anyone come    04:45:34
```

Page 562

HIGHLY CONFIDENTIAL

1   up with any type of principles that would be          04:45:35

2   applied to deciding whether to whitelist?

3       A.   I don't recall a formal set of principles

4   or framework that was -- that was used.  Ultimately

5   the -- the set of integrations -- the -- were         04:45:48

6   whitelisted was relatively small and was managed

7   through -- on a case-by-case basis through the

8   partnerships team.

9       Q.   Take a look at No. 4, "assess apps for

10  the new Capabilities against those criteria."         04:46:01

11          Did that happen?

12      A.   Again, on -- on a personal level, I -- I

13  think -- assess apps for the new capabilities.  I

14  mean, it's -- it's hard to answer whether or not

15  that happened, but certainly some new capabilities    04:46:21

16  were created and some apps were added to them in

17  order to allow them to continue accessing

18  information, accessing -- in order for their

19  activity to continue.

20          So it's possible that meets that -- meets      04:46:40

21  that criteria, but it's hard to say whether or not

22  that -- that bullet was met as written.

23      Q.   Okay.  So No. 5 is "review

24  recommendations with Doug, Chris Daniels, Group

25  Leads (e.g. Sean Ryan)."                              04:46:53

Page 563

HIGHLY CONFIDENTIAL

```
 1              Do you see that?                      04:46:55

 2      A.   I see that.

 3      Q.   Were whitelisting decisions reviewed by

 4  those leads?

 5      A.   I don't think individual -- every        04:47:02

 6  whitelist decision was reviewed with -- with those

 7  folks.  It would have been some conversations about

 8  generally how to proceed.

 9      Q.   Could partner managers just make a

10  decision on their own to whitelist and that was     04:47:19

11  that?

12      A.   Again, like my -- I was not on the

13  partnerships later on when the actual whitelisting

14  decisions were -- were being discussed within the

15  partnerships team, because the -- that didn't need  04:47:35

16  to happen until kind of late 2014, early -- early

17  2015.

18              So a partner manager certainly could

19  propose that their -- that a given partner needed

20  to be whitelisted, and then that would be a         04:47:58

21  discussion between them and the product team.

22      Q.   No. 6 is "physically add apps to

23  capabilities."

24              That happened, right?

25      A.   Well, were some new capabilities created, 04:48:15
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    and apps were added to them later on in 2014 and        04:48:17

 2    '15.

 3         Q.   No. 7 is "at launch, outreach to apps to

 4    let them know they've been whitelisted."

 5              That happened, right?                          04:48:29

 6         A.   I don't recall whether or not that

 7    happened or what the -- what the communications

 8    were between the partnerships team and the -- and

 9    the various partners and app developers.

10         Q.   And who at Facebook would know whether         04:48:41

11    there was outreach to apps to let them know they'd

12    been whitelisted?

13         A.   I think the partnerships team would

14    have -- the platform partnerships team would have

15    handled some, the games partnerships team might        04:48:53

16    have handled others, and the mobile partnerships

17    team would have -- would have handled others,

18    and -- and -- and the marketing or PMD would have

19    handled others.

20         Q.   And the last method on your list here is     04:49:07

21    "get necessary contracts in place" -- that's No. 8

22    -- (see Workstream 2)."

23              Did that happen?

24         A.   Again, it's -- it's hard to know whether

25    or not this -- you know, precisely what that means     04:49:22
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | or what happened.  This is, again, a slide deck | 04:49:24 |
| 2 | that was written as -- as a draft and skeleton | |
| 3 | slide deck proposed in mid-2013, and ultimately | |
| 4 | the -- the changes were not enacted for -- for -- | |
| 5 | for more than a year and a half later. | 04:49:35 |
| 6 | Some -- as part of this process, I do | |
| 7 | recall contracts that existed previously being | |
| 8 | checked to see whether or not there were, for | |
| 9 | example, any expiry, any change notification | |
| 10 | periods in those contracts, to determine whether or | 04:49:56 |
| 11 | not the excess was contractually required to | |
| 12 | continue. | |
| 13 | Q.   And you see the "Who?" heading at the | |
| 14 | bottom left on your slide? | |
| 15 | A.   I do. | 04:50:16 |
| 16 | Q.   And do you see it has four -- the same | |
| 17 | four segments referred to above:  "Games, Mobile, | |
| 18 | OEM carrier/OS, non-Games, marketers/PMDs"? | |
| 19 | Do you see that? | |
| 20 | A.   I see that. | 04:50:35 |
| 21 | Q.   Which of those are integration partners? | |
| 22 | A.   Integration partners cuts across Mobile | |
| 23 | and -- and Non-Games. | |
| 24 | Q.   Okay.  So the marketers, PMDs, and Games | |
| 25 | are not considered integration partners? | 04:50:50 |

Page 566

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   Well, they are -- they're entities with | 04:50:54 |
| 2 | which Facebook has relationships which could be | |
| 3 | characterized as partnerships, and they are -- they | |
| 4 | integrate or develop against the Facebook developer | |
| 5 | platform. | 04:51:09 |
| 6 | I think it's important these -- these | |
| 7 | words and phrases were used relatively | |
| 8 | interchangeably, so like there is a -- a specific | |
| 9 | definition for -- for "integration partners" that | |
| 10 | covers some of the integrations and apps that were | 04:51:20 |
| 11 | built or managed by the mobile partnerships team | |
| 12 | and the platform partnerships team, but the other | |
| 13 | categories, you know, could be at times | |
| 14 | characterized as integrations or partners. | |
| 15 | Q.   Well, let me try and understand. | 04:51:40 |
| 16 | The way that Facebook was using | |
| 17 | "integration partner" and the way you've used it -- | |
| 18 | I just want make sure your testimony is clear. | |
| 19 | There's four categories here.  And does | |
| 20 | the phrase "integration partner," as Facebook has | 04:51:54 |
| 21 | used that phrase in this case, cover all four of | |
| 22 | those categories? | |
| 23 | MR. SCHWING:  Objection.  Object to form. | |
| 24 | THE DEPONENT:  It -- it doesn't -- the | |
| 25 | phrase "integration partner" doesn't directly map | 04:52:07 |

Page 567

HIGHLY CONFIDENTIAL

1    to these four categories.    04:52:10

2        Q.   (By Mr. Loeser)  So, again, which of

3    these four categories would fall outside of the

4    concept of integration partners?

5        A.   Again, my understanding is that -- of the    04:52:24

6    integration partners that -- that I've -- that I've

7    seen defined and referred to, some of them were

8    mobile, integrations and OEMs, carriers and OS's.

9    Others would be -- might be considered non-Games.

10       Q.   Do you see the "Why?" heading in your    04:52:44

11    slide here?

12       A.   I see "Why" on the slide.

13       Q.   And that is a "why" that's -- describes

14    workstream 1a, "preapprove apps for new PS12n

15    capabilities"; is that right?    04:53:05

16       A.   Again, I think we're just making sure we

17    characterize this slide appropriately for -- for

18    the record.  This is a proposed workstream that,

19    you know, I don't think was ever enacted upon.

20    What's on the slide is a proposed workstream for --    04:53:18

21    with the title "Preapprove apps for PS12n

22    capabilities," and there's the "why" bullets there.

23        But I -- I want to be clear that I don't

24    think this represents a -- a formal workstream that

25    was enacted upon, in my recollection.    04:53:36

Veritext Legal Solutions
866 299-5127

```
 1        Q.   Okay.  So the goal "exempt strategic use      04:53:38
 2   cases from PS12n impact," right?
 3        A.   I see that on the slide, yes.
 4        Q.   Okay.  And then the "why" is down below.
 5             Could you -- could you read what is --        04:53:51
 6   what is wrote under the "why."
 7        A.   What's under the "why" on the slide is
 8   "retain strategic uses cases" and "keep the right
 9   partners happy."
10             MR. LOESER:  Mr. Cross, would this be a       04:54:08
11   good time for a break, or you want to continue?
12             THE WITNESS:  Yeah, now's a great time
13   for a break.
14             MR. LOESER:  Why don't we take a
15   ten-minute break.                                       04:54:14
16             THE VIDEOGRAPHER:  Okay.  We're off the
17   record.  It's 5:12 p.m.
18             (Recess taken.)
19             THE VIDEOGRAPHER:  We're back on the
20   record.  It's 5:25 p.m.                                 05:07:21
21             THE DEPONENT:  I'm just going to shut the
22   door to my office because my kids are about to
23   arrive home so it'll get noisy.  So my apologies.
24             MR. LOESER:  No problem.
25             THE DEPONENT:  Thank you.  Sorry.             05:07:44
```

Page 569

1      Q.   (By Mr. Loeser)  Okay.  We can go to the          05:07:45

2  next page of this slide deck.  I just have a few

3  more questions.

4           Do you see the title of this slide,

5  "Workstream 1b-Bryan"?                                     05:07:54

6      A.   Yup, I see that title on the slide.

7      Q.   Okay.  And can you read the -- what it

8  says under the -- the header.

9      A.   It says "set up a channel and process for

10 impacted apps to apply for whitelists."                    05:08:10

11     Q.   And the Bryan up here, is that

12 Bryan Hurren?

13     A.   That would refer to Bryan Hurren, yes.

14     Q.   Okay.  And your idea was this workstream

15 would be assigned to him?                                  05:08:24

16     A.   Again, this is a potential proposed

17 proper workstream in a draft slide deck without a

18 huge amount of detail around it, but yes, as the

19 author of this deck, I was imaging such a

20 workstream could exist, and if it did, then Bryan          05:08:40

21 might be the one to lead it.

22     Q.   And was -- did Facebook set up a channel

23 and a process for impacted apps to apply to

24 whitelists?

25     A.   I don't recall Facebook setting up a             05:08:54

                                                     Page 570

HIGHLY CONFIDENTIAL

```
 1    channel or process for impacted apps to apply for        05:08:57

 2    whitelists.

 3         Q.   Do you know if that happened or not?

 4         A.   I don't -- I don't know if -- I don't

 5    recall a channel or process being -- being stood        05:09:09

 6    up.  That suggests something public or formal

 7    that -- that I don't think happened.

 8              So -- so no, in my estimation, no, a

 9    channel and process for impacted apps to apply for

10    whitelists was not set up.                              05:09:26

11         Q.   Okay.  We can go to the next slide.

12              Do you see the header on this slide is

13    "Workstream 2-Jackie"?

14              Do you see that?

15         A.   Yeah, I see that.                             05:09:45

16         Q.   And is that Jackie Chang?

17         A.   That would refer to Jackie Chang, yes.

18         Q.   And could you read what it says below the

19    header.

20              It says "Design post-PS12n whitelisting      05:09:55

21    process and requirements."

22              And did that happen?

23         A.   No, I don't think that -- that happened

24    as expected.  Today Facebook has a process for

25    handling whitelisting, so if we're talking up to        05:10:18
```

Page 571

HIGHLY CONFIDENTIAL

```
 1    today, then yes, such a process could be said to        05:10:20

 2    exist.

 3              But in the 2013, '14, '15 time frame, I

 4    -- I don't think it's right to say a PS12n

 5    whitelisting process was set up.                        05:10:32

 6         Q.   And you goal you provided here, could you

 7    read the goal.

 8         A.   The goal in the slide is "exempt

 9    strategic use cases we didn't catch in 1a," but

10    I'll note that it's identical to what's on the --       05:10:43

11    the previous slide, which is indicative of this

12    building a skeleton slide deck rather than one

13    that's formally reviewed or published.

14         Q.   And 1a refers to -- refers to what?

15         A.   Again, going back to my recollection          05:11:05

16    of -- of this deck, 1a would refer to what's shown

17    here as a proposed workstream 1a.

18         Q.   Which was to preapprove apps for new

19    PS12n capabilities, right?

20         A.   That's what the slide says for that           05:11:26

21    proposed workstream, yes.

22         Q.   And were there strategic use cases that

23    were not caught in the preapproval process?

24         A.   Again, I'm -- I'm not sure it could be

25    said that a pre -- pre -- a preapproval process         05:11:41
```

Page 572

1    was -- was -- was set up.                              05:11:45

2           So like -- it's hard to say that -- that

3    that's -- that's what happened.  So yeah, hard to

4    say that happened.

5        Q.   Do you see the "Why?" on -- on this           05:12:02

6    slide?

7        A.   Yeah, the "Why" on this slide, yes.

8        Q.   Okay.  Could you read the "Why."

9        A.    It says "manage risk from granting access

10   to sensitive data and features."                       05:12:17

11          And the second line is "capture

12   decision/comments to enable proper auditing in the

13   future" -- "in the future."

14       Q.   And starting with the first line, "manage

15   risk from granting access to sensitive data and       05:12:31

16   features," what was the risk you were -- had in

17   mind here?

18       A.   So, again, answering this in a -- in a

19   personal capacity as the author of this deck and

20   trying to remember what was in my head eight years    05:12:44

21   ago, I'll do my best.

22          There's a number of private APIs and

23   whitelists which were made available to -- to apps,

24   and I -- I'm interpreting here the company would

25   want to make sure that that -- those -- those APIs    05:13:08

Page 573

HIGHLY CONFIDENTIAL

```
 1    and permissions were being used appropriately.          05:13:12

 2         Q.   And what did you mean by "used

 3    appropriately"?

 4         A.   So that can mean a range of things,

 5    depending on -- on the API, depending on the            05:13:26

 6    permission, depending on the whitelist.  For

 7    example, there were APIs -- like one example might

 8    be off.login, which was made available to external

 9    developers under a whitelist.  And the way that

10    that was implemented by the developer was important    05:13:52

11    to be done correctly, and you would want to ensure

12    that people who had that capability would be

13    implementing it correctly and that -- that

14    implementation would remain correct over time.

15         Q.   So one data was -- one of the types of        05:14:19

16    sensitive data that Facebook removed from the

17    public platform and made available to certain apps

18    and partners on the private platform, right?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  So there were a range of        05:14:39

21    permissions and APIs that were previously available

22    to any developer that became only available to

23    whitelisted developers after API v2 launch.

24         Q.   (By Mr. Loeser)  I appreciate that, but

25    that's not the question I asked, so I'll -- I'll        05:14:57
```

Page 574

```
 1    read you the question again, and if you could just       05:14:59

 2    try to answer the question.

 3         A.   My apologies.

 4              MR. SCHWING:  Argumentative.

 5         Q.   (By Mr. Loeser)  So I'll read it again.        05:15:07

 6              "Friend data was one of the types of

 7    sensitive data that Facebook removed from the

 8    public platform and made available to certain apps

 9    and partners on the private platform."

10              MR. SCHWING:  Object to form.                  05:15:18

11              THE DEPONENT:  So, again, the -- the --

12    one -- some of the information that was made

13    available via private APIs was access to the friend

14    permissions and the newsfeed APIs.  I -- so those

15    were made available via the private API surface       05:15:36

16    area.

17         Q.   (By Mr. Loeser)  And when Facebook did

18    that, which it did for strategic use cases, these

19    apps and partners were granted access to sensitive

20    data and features, right?                               05:15:48

21              MR. SCHWING:  Object to form.

22              THE DEPONENT:  I think the definition

23    of -- of "sensitive" is somewhat subjective.  And

24    there's a range -- what we're talking about here is

25    a set of private capabilities, APIs and platforms    05:16:02
```

Page 575

1    that go way beyond just friend data.  There's all          05:16:05

2    kinds of APIs and -- and things that were -- that

3    are being referred to here.

4             So like I think there's a wide range of

5    things that were considered as this part of the          05:16:22

6    slide.

7        Q.  (By Mr. Loeser)  Okay.  I'm asking

8    specifically about friend data.  So can you answer

9    the question specifically with regard to friend

10   data?                                                     05:16:32

11            MR. SCHWING:  Vague.

12            THE DEPONENT:  So, yeah, I'm -- I'm

13   trying to do my best and answer the -- answer the

14   question as best I can, right.

15       Q.  (By Mr. Loeser)  Let me ask you a               05:16:45

16   different question, then, and see if we can't get

17   to the bottom of this.

18            When you said "managing risks from

19   granting access to sensitive data and features,"

20   did you have in mind that granting access to friend      05:16:53

21   data was sensitive data and features?

22       A.  Again, answering in personal capacity,

23   not necessarily.  I'm referring here to a range of

24   private APIs that -- that existed and were made

25   available, not just friend data.  And so I don't         05:17:10

Page 576

HIGHLY CONFIDENTIAL

1    think that this pertains just to friend data or          05:17:14

2    friend permissions.

3          In -- in this slide, based on my

4    recollection, I'm talking about a proposal for --

5    for -- for whitelisting processes for a range of         05:17:26

6    APIs that -- that might be considered important to

7    govern.

8       Q.   And that range included friend data,

9    right?

10      A.   After the deprecation of -- of API              05:17:39

11   version 1 from the public surface area, the friend

12   permissions and data were made available only to

13   whitelisted applications.  Again, I think the

14   definition of whether or not that's considered

15   sensitive is -- is subjective, which is why I'm        05:17:53

16   being -- trying to be clear in answering your --

17   your question.

18          There was certainly, after the public

19   deprecation, a set of private capabilities that

20   were not -- were not available to regular              05:18:06

21   developers.

22      Q.   Does Facebook consider friend data

23   sensitive?

24          MR. SCHWING:  Object to form.

25          THE DEPONENT:  I think Facebook considers        05:18:16

HIGHLY CONFIDENTIAL

 1   any data important to govern properly.  And so like          05:18:20

 2   even -- I don't think it's right to just

 3   characterize friend data as -- as sensitive.  I

 4   think Facebook takes privacy of information very

 5   seriously and does a -- a number of things to             05:18:37

 6   ensure that data is being properly used.

 7        Q.   (By Mr. Loeser)  Mr. Cross, I appreciate

 8   that.  I asked you a very specific question.  So

 9   I'll ask it again.  If you could answer yes or no

10   or let me know if it's not possible to answer yes         05:18:52

11   or no, I'd appreciate it.

12             Does Facebook consider friend data

13   sensitive?

14        A.   I don't think I can answer that on behalf

15   of Facebook, because I don't know how to answer          05:19:05

16   "does Facebook think."  I can answer from -- you

17   know, from a personal capacity, but it's hard to --

18   to determine whether or not Facebook thinks --

19   would concern it as -- as quite sensitive.

20             Again, I think the definition of             05:19:21

21   "sensitive" is -- is somewhat subjective.

22        Q.   Is there any definition of "sensitive"

23   Facebook uses that does not include friend data?

24        A.   I don't think Facebook has a formal

25   definition of "sensitive," right?  This is why I'm        05:19:38

```
 1    trying to give you the best answer I can.          05:19:41

 2            So I -- I certainly think user data is

 3    considered sensitive.

 4        Q.   All user data is considered sensitive?

 5        A.   User data is important to manage           05:19:57

 6    appropriately and is therefore -- like could be

 7    considered -- could be considered sensitive.

 8            But, again, I don't have a formal

 9    definition of "sensitive."  I don't think there is

10    a formal definition of "sensitive" that the company  05:20:10

11    uses.

12            MR. LOESER:  Can we go to the next

13    exhibit.

14            Oh, actually, before we do that, can we

15    go back to the last page of the last exhibit.        05:20:42

16        Q.   (By Mr. Loeser)  The second "why" that

17    you read was "capture decisions commitments to

18    enable proper auditing for the future."

19            Did that happen in -- in the transition

20    from Graph API version 1 to version 2 and in the     05:21:05

21    months after when -- whitelisting was happening?

22        A.   You mean -- you mean specific to time as

23    part v1 to v2 transition?  Is that what you're --

24    you're interested in?

25        Q.   Yes.                                         05:21:26
```

HIGHLY CONFIDENTIAL

```
 1        A.   And the whitelist specific to the        05:21:27

 2   transition?

 3        Q.   Yes.

 4        A.   I think there's a -- let me make sure I'm

 5   answering this correctly for you.  Give me a second  05:21:39

 6   just to collect my thoughts.

 7             So I think as this workstream -- again,

 8   as we've talked about, this slide deck represents a

 9   set of proposed workstreams which do not

10   necessarily represent what ultimately happened.      05:22:07

11             I think the -- the intent here is -- is

12   suggesting some formal process or some -- some set

13   of mechanisms.  I don't think there is a -- there

14   was no way that I'm -- I'm aware of that captured

15   the decisions and commitments to -- around how       05:22:38

16   whitelisting was made in a centralized way.

17        Q.   Was there a system used by Facebook to

18   enable proper auditing for the future?

19        A.   I think it depends on what the definition

20   of "proper auditing" is, so that -- that's --        05:23:01

21   that's a subjective definition.

22             Today Facebook has a -- a rigorous

23   process for tracking decisions around how

24   whitelisting issues were made.

25        Q.   And Facebook did not have that system at   05:23:18
```

Page 580

HIGHLY CONFIDENTIAL

```
 1    the time of the transition to Graph --              05:23:21

 2         A.   The system that exists today did not

 3    exist in -- in 2013.

 4         Q.   And did Facebook have some other rigorous

 5    system previously?                                   05:23:31

 6              MR. SCHWING:  Objection.  Vague.

 7              THE DEPONENT:  Yeah -- we -- there's --

 8    there's a tool for managing -- for managing

 9    whitelists and who -- who has access to what.

10              There was no centralized process to track  05:23:43

11    how or why a given app was accessed -- was added to

12    a whitelist.

13         Q.   (By Mr. Loeser)  Okay.  We can go to the

14    next document.

15              You should see in a moment an email from   05:24:03

16    you to Gareth Morris and to yourself dated

17    May 1st, 2014.  Subject "message summary."

18              (Exhibit 403 was marked for

19    identification by the court reporter and is

20    attached hereto.)                                    05:24:15

21              THE DEPONENT:  I see, yeah.

22         Q.   (By Mr. Loeser)  And it appears that this

23    email captures a chat between you and Mr. Morris;

24    is that right?

25         A.   Yes, I think this represents a chat        05:24:30
```

Page 581

HIGHLY CONFIDENTIAL

1    thread.                                                05:24:33

2        Q.   Who is Gareth Morris?

3        A.   Gareth Morris is a partner engineer at

4    Meta.

5        Q.   And by sending this message to yourself,      05:24:45

6    was that a way of keeping a record of this chat?

7        A.   I'm not -- sorry.  I don't think I sent

8    this to myself.  The way this is represented is

9    likely an artifact of Facebook's retention systems.

10       Q.   Okay.  And May 1st, 2014, the date of         05:25:04

11   this -- this chat, that was after the public

12   announcement at the new platform at the 2014 F8; is

13   that right?

14       A.   Yes.  The -- the changes were announced

15   on April 30th, 2014, so this would have been after    05:25:27

16   that.

17       Q.   So at this point the public announcement

18   had been made and process of transitioning

19   deprecated permissions from the public to the

20   private platform was underway, right?                 05:25:38

21       A.   At this point, yes, the migration from

22   API v1 to v2 for public developers had begun, yes.

23       Q.   And looking through this chat, it appears

24   that it's in chronological order, so we can stop at

25   the top and you can read through it.                  05:25:58

                                                        Page 582

1          Mr. Morris says to you, "I expect we'll          05:26:00

2    hear questions like this from developers impacted

3    by friends_*deprecations:  'Is there any way for

4    trusted partners to continue to access full friend

5    list/friends_*data in v2.0?'"          05:26:17

6          Did I read that correctly?

7    A.   You read that correctly.

8    Q.   And then Mr. Morris goes on to say "On

9    full friend list, I know we will whitelist certain

10   apps that have meaningful experiences (Tinder,          05:26:30

11   etc) but do you know what the criteria are and if

12   we are communicating it externally at all?"

13          Did I read that correctly?

14   A.   You read that correctly.

15   Q.   So at this point in time, Facebook had          05:26:43

16   made the decision to whitelist certain apps that

17   have meaningful experiences; is that right?

18          MR. SCHWING:  Objection.  Vague.

19          THE DEPONENT:  I don't think it's right

20   to say that Facebook had decided to whitelist          05:27:01

21   certain applications.  So -- so no, I don't think

22   that's like -- it's right to say that Facebook had

23   made that decision.

24   Q.   (By Mr. Loeser)  Would -- but that

25   Facebook's plan generally though, right?          05:27:11

                                        Page 583

```
 1              MR. SCHWING:  Objection.  Vague.         05:27:14

 2              THE DEPONENT:  Again, I don't think -- I

 3    don't think it's right to say that's Facebook plan

 4    generally.  My -- speaking from my involvement at

 5    the time, there were discussions about what --      05:27:27

 6    which -- which apps should or should not be

 7    whitelisted for -- for different things, and there

 8    was an active discussion about what would be done,

 9    so I don't think any -- many decisions had been

10    made.                                               05:27:45

11        Q.   (By Mr. Loeser)  Okay.  And Mr. Morris

12    goes on to say to you "And I'm guessing no

13    exceptions to friends_* in v2.0."

14              Did I read that correctly?

15        A.   You read that correctly.                   05:27:56

16        Q.   Okay.  Read for me your next four chats.

17        A.   So the next four things say "We may not

18    even whitelist Tinder for non-app friends."

19              The next thing is "there's whitelists for

20    all these things."                                  05:28:19

21              "But we'd only grant in strategic use

22    cases."

23              "Like the upcoming Nokia maps

24    integration."

25        Q.   So it sounds like at the time you          05:28:33
```

Page 584

HIGHLY CONFIDENTIAL

1  believed there were -- there were whitelists that          05:28:34

2  were in place or going to be in place, right?

3       A.   At the time --

4            MR. SCHWING:  Objection.

5            THE DEPONENT:  -- again, using --            05:28:41

6            MR. SCHWING:  Sorry, Mr. Cross.  I

7  just -- give me one second to object.  I know it's

8  a -- it's a -- challenging to do.

9            Objection.  Vague.

10           Go ahead.                                   05:28:50

11           THE DEPONENT:  Again, going back to my

12  personal recollection at the time is that it was

13  thought that there would be whitelists for various

14  things or it was possible to make whitelists for

15  various things -- by "these things" referring to     05:29:05

16  the set of changes in API version 1 to version 2.

17           So my -- my recollection, again, eight

18  years ago is that -- there was -- there was either

19  some whitelist in place or discussion about whether

20  or not additional whitelists should be in place.     05:29:27

21       Q.   (By Mr. Loeser)  And -- and what you told

22  Mr. Morris in -- response to his question about

23  whitelists, "but we'd only grant in strategic use

24  cases"; is that right?

25       A.   What it says on -- in the thread is that   05:29:45

                                                         Page 585

| | | |
|---|---|---|
| 1 | we'd only grant in strategic use cases, yeah. | 05:29:46 |
| 2 | Q.   And that was your understanding of what | |
| 3 | Facebook was going to do, right? | |
| 4 | A.   Was that -- again, I don't think it's | |
| 5 | appropriate to say that's my understanding of what | 05:29:56 |
| 6 | Facebook was going to do.  My understanding at -- | |
| 7 | at -- that's my understanding at -- at the time is | |
| 8 | that -- there would be some -- some whitelists and | |
| 9 | some apps added to them.  But -- and my | |
| 10 | understanding at the time was that that would be in | 05:30:16 |
| 11 | some certain use cases. | |
| 12 | Q.   Well, this doesn't say "some certain use | |
| 13 | cases," does it?  It says "strategic use cases," | |
| 14 | right? | |
| 15 | A.   It says "strategic use cases," yes. | 05:30:27 |
| 16 | Q.   And it was your practice when | |
| 17 | communicating with your colleagues to provide them | |
| 18 | with truthful and accurate information? | |
| 19 | MR. SCHWING:  Objection.  Vague. | |
| 20 | THE DEPONENT:  I do my best normally | 05:30:41 |
| 21 | to -- to communicate my understanding of things | |
| 22 | accurately, yes. | |
| 23 | Q.   (By Mr. Loeser)  So Mr. Morris goes on | |
| 24 | and writes, "For someone like Rumble, it's just a | |
| 25 | 'sorry, this stuff is in gone in v2.0,'" right? | 05:30:56 |

Page 586

HIGHLY CONFIDENTIAL

1          Did I read that correctly?                    05:31:01

2      A.   You read that correctly.

3      Q.   And read for me your -- your next two

4   chats which are your response to his question.

5      A.   The next two lines are "Yep.  Unless we      05:31:11

6   see some strategic value in their existence."

7      Q.   So you confirmed for Mr. Morris that

8   perhaps like Rumble, he should tell them there are

9   no exceptions for friend deprecations and this

10  stuff is gone in v2.0, right?                        05:31:32

11     A.   I'm not confirming anything here in -- in

12  the sense that it's a formal or final answer.  I'm

13  representing my understanding of the -- the

14  position at the time.

15     Q.   Okay.  And that is the approach, as you      05:31:52

16  say, "unless we see some strategic value in their

17  existence," right?

18     A.   What it says here is "unless we see some

19  strategic value in their existence."

20     Q.   And does "we" --                             05:32:05

21     A.   I can provide --

22     Q.   I'm sorry.

23     A.   Sorry.  You -- please ask your question.

24     Q.   Yes.  The "we" here refers to Facebook,

25  right?                                               05:32:14

                                                Page 587

HIGHLY CONFIDENTIAL

1      A.   The "we" here would refer to the          05:32:17

2  partnerships team and what the partnerships team

3  considered -- the partnerships team and the

4  platform leadership team would consider strategic

5  value.                                             05:32:34

6      Q.   And the partnership team and the platform

7  leadership teams were acting on behalf of Facebook;

8  is that right?

9           MR. SCHWING:  Objection.  Vague.

10          THE DEPONENT:  These are people employed    05:32:46

11  by Facebook for sure.  But like -- it's hard to --

12  to -- to say that "we" means Facebook in a -- in a

13  holistic sense.

14     Q.   (By Mr. Loeser)  All right.  And if you

15  go down the chat, Mr. Morris then writes "Okay.     05:33:15

16  I'll meet with them next week as they're working

17  with some of our game developers, though I'm not

18  sure exactly what services they are providing."

19          Did I read that correctly?

20     A.   You read that correctly.                    05:33:25

21     Q.   And what did you say in your next chat?

22     A.   The next line is "we can do anything for

23  people we deem strategic."

24     Q.   Okay.  And your next chat, what is --

25  what did you say in your next chat?                 05:33:42

                                           Page 588

1          A.   The next line is "See Bing firehose        05:33:44

2     etc., etc."

3          Q.   Okay.  So what did Facebook do for Bing

4     and Firehose?

5          A.   So, again, I'm relying on my recollection    05:33:55

6     here of a -- of an integration from eight years

7     ago, so I'll do my best to describe it generally.

8               My understanding is there was an

9     integration with Bing to enable them to index

10    public Facebook content such that when you searched   05:34:15

11    for things on Bing, it would allow Bing to return

12    public content from Facebook in Bing search

13    results.

14         Q.   And did Facebook have a contract with

15    Bing?                                                 05:34:33

16         A.   My understanding is yes, Facebook had a

17    contract with Bing to govern that interrogation.

18         Q.   And did Facebook get some data back from

19    Bing?

20               MR. SCHWING:  Objection.  Vague.           05:34:45

21               THE DEPONENT:  I'm not sure what was in

22    the contract or -- or -- or what the -- how the

23    integration worked in detail.

24         Q.   (By Mr. Loeser)  What about Firehose?

25         A.   My understanding is that Firehose is        05:34:57

                                                  Page 589

1    technical mechanism by which that integration was          05:34:59

2    powered.

3        Q.   Do you know it was called Firehose?

4        A.   I don't know why it was called Firehose I

5    wasn't around for the -- for the naming of it.  But          05:35:10

6    Firehose is a -- a term that's used in the

7    industry.

8        Q.   And to mean what?

9        A.   To mean an API that -- that streams

10   information from one entity to another.                       05:35:29

11       Q.   And was it qualitative at all in terms of

12   the quantity of information?

13       A.   I don't think there's anything definition

14   of what "quantity" means.  But in this case, to

15   make that integration work, my understanding is              05:35:48

16   it's streaming public content from Facebook to

17   Bing, which you can imagine being not an

18   insignificant amount of information.

19       Q.   And what is your next text?

20       A.   The next line is "but these perms are              05:36:04

21   gone for a reason."

22       Q.   And what does "perms" mean?

23       A.   In this context, "perms" means the friend

24   permissions.

25       Q.   And read your next text, please.                   05:36:15

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   The next line is "I'd feel pissed if I | 05:36:19 |
| 2 | found out a friend of mine was using their product | |
| 3 | which was mining all my data." | |
| 4 | Q.   And why would you feel pissed if you | |
| 5 | found out a friend of yours was using their product | 05:36:31 |
| 6 | which was mining all of your data? | |
| 7 | A.   So at a personal capacity, remembering as | |
| 8 | the -- as the author of this, I think I'm | |
| 9 | reflecting the concerns that we've talked about | |
| 10 | previously and discussed where users might be | 05:36:47 |
| 11 | unaware that their information was being shared | |
| 12 | with third parties and used in ways they may not | |
| 13 | have expected. | |
| 14 | Q.   Is it fair to say that being pissed is a | |
| 15 | reasonable reaction to fining out a friend of yours | 05:37:05 |
| 16 | was using your product which was mining all of your | |
| 17 | data? | |
| 18 | MR. SCHWING:  Objection.  Vague.  Scope. | |
| 19 | THE DEPONENT:  I think you're asking me | |
| 20 | to kind of review a -- a relatively informal chat | 05:37:15 |
| 21 | thread from -- from eight years ago.  I think it's | |
| 22 | a -- a phrase that I might have used in -- in | |
| 23 | passing. | |
| 24 | Q.   (By Mr. Loeser)  And do you believe that | |
| 25 | your reaction was a reasonable one? | 05:37:31 |

Page 591

1            MR. SCHWING:  Objection.  Vague, and it's        05:37:36

2    outside of the scope of the deposition topics.

3            You can answer.

4            THE DEPONENT:  So yeah.  I mean, you're

5    asking me a really -- a personal question here.  I        05:37:45

6    think it's -- it's reasonable to be concerned, as

7    evidenced by the changes made to the platform,

8    that apps might be using information from mine --

9    to mine data.

10       Q.   (By Mr. Loeser)  We can put that exhibit        05:38:12

11   aside.

12           I'm going to read a statement to you.  If

13   you can tell me what Facebook means by this

14   statement.

15           And I'll to read it slowly so that            05:38:38

16   Rebecca doesn't get mad.

17           "If an application asks permission from

18   someone else to access your information, the

19   application will be allowed to use that information

20   only in connection with the person that gave the        05:38:52

21   permission and no one else."

22       A.   Sorry.  Can you repeat that again.  It

23   would helpful to -- do you have it written,

24   could -- could present?  I want to make sure I'm

25   fully understanding it.                                05:39:12

                                                 Page 592

HIGHLY CONFIDENTIAL

```
  1        Q.   I'll read it again.  I don't have it          05:39:13

  2   written.  And this relates to friend sharing, which

  3   is why -- which is why I'm an asking.

  4            "If an application asks permission from

  5   someone else to access your information, the         05:39:23

  6   application will be allowed to use that information

  7   only in connection with the person that gave the

  8   permission and no one else."

  9            MR. SCHWING:  Mr. Loeser, is there -- you

 10   read it.  I'm confused a little bit what you're --    05:39:39

 11   is there a question associated with it?  I don't

 12   understand.

 13            MR. LOESER:  Yes.  I would like to

 14   understand what Facebook means by that statement.

 15            MR. SCHWING:  Is there a document that --     05:39:54

 16   I'm sorry.  I just want to make sure.  Is there a

 17   document that this is in that you could help the

 18   witness with?  He's asked to see what it is.

 19            MR. LOESER:  Yeah, I can write it down on

 20   a piece of paper and we can put it up as an           05:40:03

 21   exhibit.  It'll take a couple minutes, but -- this

 22   is just my effort to understand how friend sharing

 23   worked at Facebook.

 24            So we can -- we can come back to that.

 25   And -- we'll write it down on a piece of paper and    05:40:16
```

                                            Page 593

```
 1    put it up as an exhibit.  That's probably an         05:40:20

 2    effective way to do it.

 3            MR. SCHWING:  Okay.  If you're -- and

 4    let's -- I don't want to take long on this, but if

 5    you're representing Facebook said something in a      05:40:27

 6    document, to be able to give the document, I think,

 7    is the appropriate way to approach the issue.

 8            But if you want to move on to the next

 9    topic, that's fine.

10            MR. LOESER:  Yeah.  We'll come back once       05:40:38

11    we create an exhibit.

12            MR. SCHWING:  Just to be clear, I will

13    ask that -- at that time that you actually give

14    the -- the document as opposed to excerpting it.

15        Q.   (By Mr. Loeser)  Okay.  We're going to       05:40:54

16    screen share this sentence, and if you could tell

17    me what this means as Facebook's corporate

18    designee, I'd appreciate it.

19        A.   It's hard --

20            MR. SCHWING:  I'm sorry.  Let me state an     05:41:09

21    objection.

22            I object to taking snippets of

23    unidentified documents and -- and putting them

24    before the witness and asking the witness to

25    explain what Facebook means by something that's      05:41:19
```

Page 594

HIGHLY CONFIDENTIAL

1    excerpted.  You should have the entirety of the          05:41:22

2    document.

3           THE DEPONENT:  Yeah.  It's hard for me to

4    answer this -- this question, again, accurately

5    without understanding where this came from and --       05:41:33

6    and the context behind it.  There's not enough here

7    for me to give a reasonable answer, I think.

8        Q.   (By Mr. Loeser)  Can you read the

9    sentence and give me your -- your understanding of

10   what it means.                                          05:41:53

11          MR. SCHWING:  Special Master Garrie, I

12   don't want to difficult during this deposition, but

13   I would appreciate -- I'd like to make a motion

14   under Rule 30 that if -- if they're asking about

15   a -- a document and a purported Facebook document      05:42:03

16   that they actually use the document so that the

17   witness can properly answer.

18          SPECIAL MASTER GARRIE:  Yeah, I was going

19   to rule, but the witness answered the question.

20          Counsel Loeser, do you have the entirety        05:42:13

21   of the document?

22          THE DEPONENT:  I don't, and there's no

23   requirement for me to show this witness any

24   documents.  I'm asking the question --

25          SPECIAL MASTER GARRIE:  No, no.                  05:42:25

                                                  Page 595

HIGHLY CONFIDENTIAL

```
 1              MR. LOESER:  I'm asking the witness about      05:42:26

 2    this document.

 3              SPECIAL MASTER GARRIE:  Just so I

 4    understand, you're asking them -- you're asking the

 5    witness what this sentence means as a                   05:42:33

 6    representative of Facebook, not in reference to a

 7    particular document Facebook has, but just

 8    generally?

 9              THE DEPONENT:  That's right.  I'm just

10    asking what this -- if this sentence means anything     05:42:42

11    to Facebook.

12              MR. SCHWING:  But, Special Master Garrie,

13    he's representing that this is a statement by

14    Facebook, and it's snippeted out from something.

15    We have no idea what it is.                             05:42:51

16              SPECIAL MASTER GARRIE:  Well, Counsel

17    Loeser --

18              MR. SCHWING:  If we could talk about it

19    off the record, that would be wonderful.

20              SPECIAL MASTER GARRIE:  Yeah, can we --       05:42:56

21    well, on the record, let me just get clarification.

22              Counsel Loeser, is this, you're

23    representing, a statement from Facebook?

24              MR. LOESER:  This is a statement that

25    Facebook has made, yes.                                 05:43:08
```

Page 596

HIGHLY CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  Do you have any      05:43:12

 2     further context as to who, what, when, or where?

 3              MR. LOESER:  I do --

 4              SPECIAL MASTER GARRIE:  Or do you not --

 5              MR. LOESER:  Yeah, we can introduce it.      05:43:22

 6     I'm surprised the witness isn't familiar with this

 7     statement, but we can introduce the statement.

 8     There's no requirement for us to --

 9              SPECIAL MASTER GARRIE:  I'm not saying

10     there is -- there is --                              05:43:35

11              MR. LOESER:  Fine.  That's fine.  We're

12     happy to introduce the statement, but I want to

13     understand about this statement is what it means to

14     Facebook.  So we'll introduce the statement --

15              SPECIAL MASTER GARRIE:  Right, so --         05:43:44

16              MR. LOESER:  -- the policy.

17              SPECIAL MASTER GARRIE:  So if you -- if

18     you want to know what the statement means in

19     general from what Facebook says, that's different

20     than saying this is a statement Facebook has made,   05:43:53

21     what does it mean to Facebook.

22              So I'm just trying to understand which of

23     the two courses you're going down.

24              MR. LOESER:  I started on the first

25     course and I'm happy to stay there.  This is a       05:44:05
```

Page 597

| | | |
|---|---|---|
| 1 | statement, what does it mean to you.  If it means | 05:44:06 |
| 2 | nothing to him, then he can say that. | |
| 3 | SPECIAL MASTER GARRIE:  Yeah, got it. | |
| 4 | That's all I needed to know. | |
| 5 | So, Counsel Schwing, I appreciate your | 05:44:12 |
| 6 | position, but I don't think it's an issue, so he's | |
| 7 | simply as Facebook's 30(b)(6) representative, what | |
| 8 | does this statement mean. | |
| 9 | MR. SCHWING:  Okay.  And just -- I | |
| 10 | appreciate that, Special Master.  For the record, I | 05:44:24 |
| 11 | think it's difficult, if not impossible, without | |
| 12 | any context with respect to what the document is or | |
| 13 | the time frame or anything like that to pluck out | |
| 14 | the statement and have him ask, answer on behalf of | |
| 15 | the company about what this means.  There's just | 05:44:41 |
| 16 | not enough context. | |
| 17 | I would appreciate it if the document | |
| 18 | would be -- would be put up, since counsel | |
| 19 | has indicated that they have the document. | |
| 20 | MR. LOESER:  Yeah.  You know, we can cut | 05:44:53 |
| 21 | this short.  We can just introduce -- it's already | |
| 22 | an exhibit, so we can just refer to the exhibit. | |
| 23 | We can focus on this. | |
| 24 | And, again, the purpose of my asking | |
| 25 | Mr. Cross this is -- | 05:45:00 |

Page 598

HIGHLY CONFIDENTIAL

```
 1          SPECIAL MASTER GARRIE:  I understand.        05:45:01

 2          MR. LOESER:  Yeah.

 3          SPECIAL MASTER GARRIE:  Yeah, I get it,

 4   Counsel Loeser.  So, I mean, if you want to do that

 5   for Facebook, you're under no obligation to do         05:45:07

 6   such, but if you want to produce it, that would be

 7   probably be effective in aiding in the testimony

 8   you're trying to obtain.  But you're under no

 9   obligation to do such.  So...

10          MR. LOESER:  We're going to go ahead and       05:45:22

11   introduce it, just because I think it satisfies

12   Mr. Schwing's concern.

13          MR. SCHWING:  I would appreciate that,

14   Mr. Loeser.  Thank you.

15          MR. LOESER:  This is Exhibit 400.              05:45:34

16          This is the data use policy.

17          Yeah, and the reason why we didn't send

18   this over to Mr. Cross is we didn't actually intend

19   to introduce the exhibit.  But to satisfy counsel's

20   concerns about the context of this statement, we're   05:45:54

21   introducing the data use policy.

22      Q.   (By Mr. Loeser)  And my question is

23   really very specific.  It's not about what anyone

24   else might think this means; it's specifically what

25   Facebook thinks this means.  I'm asking the           05:46:09
```

Page 599

HIGHLY CONFIDENTIAL

1    question so that I can understand how Facebook          05:46:12

2    believes friend sharing works.

3            So if we can -- we'll try and find the

4    statement.

5            MR. SCHWING:  While you're scrolling for         05:46:27

6    that, I object to using documents that were not

7    provided to us in advance as required under our

8    protocol.

9            And the policies are outside of the scope

10   of -- of Mr. Cross's deposition topics.                 05:46:35

11      Q.   (By Mr. Loeser)  Okay.  So, Mr. Cross,

12   the data use policy is in front of you.

13           And do you see the statement "If an

14   application asks permission from someone else to

15   access your information, the application will be         05:46:54

16   allowed to use that information only in connection

17   with the person that gave the permission and no one

18   else"?

19           Do you see that statement?

20      A.   I do see that statement.                         05:47:04

21      Q.   What does that statement mean?

22           MR. SCHWING:  Outside the scope of the

23   deposition.

24           THE DEPONENT:  So, yeah, I'm not an

25   expert in interpreting Facebook's platform policies     05:47:12

                                                             Page 600

HIGHLY CONFIDENTIAL

1    or data use policies.  I think there are other         05:47:15

2    people that your -- that are testifying who are

3    better placed to interpret that.

4          I can give you a personal interpretation

5    or my personal understanding of that, but I think       05:47:30

6    there are -- there are other people who -- who are

7    more knowledgeable about this subject than me that

8    would give you a more accurate answer.

9          Q.   (By Mr. Loeser)  Okay.  And I'm really

10   trying to understand it from the technology            05:47:42

11   standpoint, which is why I'm asking you.

12         So why don't you go ahead and give me

13   whatever explanation for this statement that you

14   can.

15         MR. SCHWING:  Object to the scope.              05:47:52

16         Go ahead if you can answer in your

17   personal capacity.

18         THE DEPONENT:  Yeah, I'll answer in my

19   personal capacity and my understanding having --

20   having worked on this area but not being an expert     05:48:02

21   in interpreting or enforcing Facebook's policies in

22   this matter.

23         My understanding is that what this means

24   is when an app ask permission -- "permissions" in

25   this case, I think, refer to -- to the Facebook        05:48:18

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    platform permissions -- to access your information,      05:48:20

 2    my interpretation of that is the friend

 3    permissions.  The -- or indeed the read stream

 4    permission, which includes friends information.

 5           The -- the -- the data that the app          05:48:38

 6    receives through a given user's access token from a

 7    technical capacity should be used to enhance the

 8    experience of that user in the application only.

 9         Q.   (By Mr. Loeser)  Thank you.

10           Okay.  We can move on.                        05:48:57

11           MR. LOESER:  Tab 53.

12           (Exhibit 404 was marked for

13    identification by the court reporter and is

14    attached hereto.)

15         Q.   (By Mr. Loeser)  You're going to see in a   05:49:33

16    moment an email from KP to several people,

17    including Marne Levine and Ime Archibong, and the

18    date of the email is December 18th, 2018, and the

19    subject is "private API review."

20           There's an attachment to this email,          05:49:52

21    "private_API_review_vF_pptx;

22    private_API_review_vF.pdf."

23           Do you see that?

24         A.   I see that, yeah.

25         Q.   And this is Exhibit 404.                    05:50:07
```

Page 602

HIGHLY CONFIDENTIAL

```
 1         A.   Can you -- I have it here.  Do you mind      05:50:14

 2    giving me just a few minutes to familiarize myself

 3    with it?

 4         Q.   Yeah.

 5              And while you're familiarizing yourself,     05:50:41

 6    Mr. Cross, you should also --

 7              MR. LOESER:  Is there a way to put up the

 8    PDF as well?

 9              We're going to post the attachment.  You

10    can just go ahead and look at both of those things.    05:50:49

11    That would be useful.

12              THE DEPONENT:  Great.  Thank you.

13              I don't have the PDF in Veritext just

14    yet.

15         Q.   (By Mr. Loeser)  It's on its way.            05:51:31

16         A.   Cool.  Thank you.

17              I have it now.  Thank you.  I'm just

18    reviewing it now.

19              Cool.  I've reviewed both of those

20    before.  Thank you.                                    05:52:40

21         Q.   Okay.  So --

22         A.   I appreciate you guys giving me the time

23    to read these things.

24         Q.   Yes, of course.

25              Looking back at the email itself, KP         05:52:48
```

                                                 Page 603

| | | |
|---|---|---|
| 1 | writes, "Hello, Marne and all.  Please find | 05:52:54 |
| 2 | attached a deck summarizing our thinking around the | |
| 3 | private API review that (1) outlines the problem, | |
| 4 | (2) explains what we're doing about it broadly | |
| 5 | including what partnerships will do specifically, | 05:53:08 |
| 6 | and (3) how we might accelerate the effort.  In | |
| 7 | short..." | |
| 8 |        Do you see that? | |
| 9 |   A.   I see that. | |
| 10 |   Q.   And then do you see the heading | 05:53:20 |
| 11 | "Problem"? | |
| 12 |   A.   I do. | |
| 13 |   Q.   Okay.  And No. 1 on the problem.  Why | |
| 14 | don't you go ahead and read No. 1. | |
| 15 |   A.   Sure. | 05:53:35 |
| 16 |        "Partners maintained access to private | |
| 17 | API even after featured relying on those APIs have | |
| 18 | been deprecated (i.e. instant personalization or | |
| 19 | search integrations have been deprecated in 2015 | |
| 20 | but Rotten Tomatoes, Yandex, Bing, etc.  maintained | 05:53:51 |
| 21 | their access until recently -- this is probably the | |
| 22 | main theme of the NYT story that is expected to | |
| 23 | land today)." | |
| 24 |   Q.   And can you explain what this is | |
| 25 | identifying any more than what you just read? | 05:54:10 |

Page 604

HIGHLY CONFIDENTIAL

1     A.   I'll do my best.  Again, this is an email        05:54:24

2   written by somebody else, so I give you my -- my

3   interpretation of that email from my understanding

4   and conversations with people in preparation, which

5   is that there were partners; i.e. apps, that were      05:54:35

6   on whitelists where the -- their usage of those

7   features, those private features, was no longer

8   active, but they were still on the whitelist, and

9   that potentially allowed them to continue using

10   those features even though they may not have been.     05:55:05

11          That's my understanding from this

12   reading.

13     Q.   And did those features include access to

14   friend data?

15     A.   I'm not sure what -- what KP's referring       05:55:16

16   to here specifically.  He -- he calls out instant

17   personalization and search integrations.  It's --

18   it's possible that he's casting a wider net, but --

19   I would be speculating.

20     Q.   Okay.  And what -- can you read Problem          05:55:33

21   No. 2 that's identified here.

22     A.   In the email, again, it says "It's not

23   clear what legal terms govern the access to those

24   APIs (if any)."

25     Q.   Okay.  And can you what the problem was          05:55:50

Page 605

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | here? | 05:55:52 |
| 2 | MR. SCHWING:  I will caution the witness | |
| 3 | not to reveal anything that may be attorney-client | |
| 4 | privilege. | |
| 5 | But if you can answer without revealing | 05:55:59 |
| 6 | that, please do. | |
| 7 | THE DEPONENT:  Yeah, my -- again, it -- | |
| 8 | I -- I don't know what KP means specifically. | |
| 9 | It's -- it's his email, and he's -- he's the source | |
| 10 | of truth as to what he was referring to. | 05:56:17 |
| 11 | I can answer given -- given my -- my | |
| 12 | understanding, which is that there were the | |
| 13 | standard platform developer policies and -- and | |
| 14 | typically Facebook would have contracts with some | |
| 15 | developers to cover some -- some APIs, and my | 05:56:39 |
| 16 | understanding -- my understanding was -- my | |
| 17 | understanding is that it was not known what -- what | |
| 18 | contracts existed for all of these APIs. | |
| 19 | But, again, I want to caveat what I've | |
| 20 | just given there with I'm -- I'm not super close to | 05:57:04 |
| 21 | the -- to the terms here.  So that's -- that's the | |
| 22 | best answer I can give. | |
| 23 | But -- it's the best answer I could give. | |
| 24 | Q.  (By Mr. Loeser)  Okay.  And Problem | |
| 25 | No. 3, "Partners have access to private APIs that | 05:57:21 |

Page 606

```
1    may not be valuable to Facebook that we need to          05:57:24

2    review and deprecate or secure support for future

3    investments."

4              Did I read that correctly?

5         A.   You read that correctly.                       05:57:36

6         Q.   What does it mean in this context for

7    private APIs that may not be valuable to Facebook?

8              MR. SCHWING:  Object to the extent it's

9    outside of the scope of topics 6 and 7.

10             THE DEPONENT:  Yes, it's hard for me            05:57:48

11   to -- to answer that question on behalf of the

12   Facebook.  I can give you, again, my -- my

13   understanding and my interpretation, having been

14   involved to this and spoken to people involved.

15             There are at this point a number of -- of      05:58:03

16   private APIs or permissions that existed, and the

17   purpose for which those were introduced may -- and

18   the reasons for which those were introduced may --

19   may -- the developer ecosystem uses expectations

20   and so on would have changed and so the -- the        05:58:29

21   purpose for which they were originally built might

22   not make sense anymore.

23        Q.   (By Mr. Loeser)  Okay.  And what does

24   "secure support for future investments" mean in

25   this context?                                            05:58:48
```

Page 607

```
 1              MR. SCHWING:  Calls for speculation.        05:58:54

 2              THE DEPONENT:  Yeah, I -- it's -- it's

 3    hard for me to what -- what -- what he means by

 4    this in this email, so I'd be speculating as to --

 5    to what he means.                                    05:59:01

 6        Q.   (By Mr. Loeser)  He writes "We need to

 7    review and deprecate or secure support for future

 8    investments."

 9              Does that help you answer the question to

10    look at it in that context?                          05:59:09

11        A.   So, again, like I'm -- I'm not sure what

12    he means by "secure support for further

13    investment."  So -- so I could speculate as to what

14    that might mean, but I don't think that's

15    appropriate to do here.                              05:59:25

16        Q.   Okay.  If you look at the next header, it

17    says "Actions to be Taken."  And -- and based on my

18    read of this, it appears that Facebook launched an

19    effort to review the entire universe of apps and

20    their access to private APIs.                        05:59:44

21              Did that, in fact, happen?

22        A.   Yes, it did.

23        Q.   Okay.  And if you look at No. 3, it's --

24    well No. 2 is "remove access for those APIs that

25    have been since been deprecated," right?             05:59:57
```

1          A.    Sorry.  Can you point out that again?  I       06:00:01

2     just want to make sure.  Bullet No. 2?

3          Q.    The second action to be taken says

4     "remove access for those APIs that have since been

5     deprecated," right?                                       06:00:09

6          A.    That's what I see on the email here,

7     yeah.

8          Q.    And then the third action:  "Together

9     with product, assess whether certain private APIs

10    need to be maintained, supported.  This will fold        06:00:20

11    into the so-called project Frozen."

12              Did I read that correctly?

13         A.    You did read that correctly.

14         Q.    Do you know what project Frozen is?

15         A.    I'm not entirely what -- what project          06:00:38

16    Frozen -- he's referring to with project Frozen

17    here.  Again, I -- I can -- there's a -- there was

18    an API moratorium which he could be referring to.

19    But he's -- again, he's using the caveat "so-called

20    project Frozen," so he may be referring to a -- to       06:00:55

21    a different code name here.

22              Again, I -- I'd be speculating, and KP is

23    the source of truth.

24         Q.    So No. 4, it looks like after assessing

25    certain private APIs, the idea was to "sign              06:01:09

Page 609

HIGHLY CONFIDENTIAL

```
 1    contracts with partners to ensure they retain        06:01:12

 2    access to those private APIs."

 3            Did I read that correctly?

 4        A.   You read that correctly, yeah.

 5        Q.   And did that happen?                          06:01:19

 6        A.   I -- I don't know whether or not that

 7    happened.  I'm -- I'm not familiar with the precise

 8    things that were -- were done as part of this

 9    project, so I can't comment as to whether or not

10    that -- that happened.                                06:01:37

11        Q.    And did the private APIs being accessed

12    include APIs that emitted friend data?

13        A.   Yes.  My understanding is that this

14    effort looked at all private APIs and capabilities

15    that existed at the time.                             06:01:57

16        Q.    And so in 2018, those private apps and

17    capabilities including those that emitted friend

18    data?

19        A.    Well, at this point, the -- the friend

20    permissions had been fully removed from the code     06:02:21

21    base, and there's a number of -- this covers every

22    API and private API or whitelists or permission

23    that was gated behind a capability.

24            I can't say for certain what that full

25    set of things would have included.                   06:02:38
```

Page 610

HIGHLY CONFIDENTIAL

1      Q.   But the idea certainly was to review          06:02:42

2    everything, including any APIs that continued to

3    emit friend data, right?

4      A.   My understanding is yes, the intent of

5    this was to -- was to do a -- perform a               06:02:52

6    comprehensive review of all -- of all private -- of

7    all capabilities and their associated APIs and

8    permissions.

9      Q.   Okay.  If we can go down to the

10   recommendation and timeline in KP's email.  And you  06:03:05

11   see the first bullet there.

12         And it states:  "Phase I (end of Jan):

13   Complete the review all the sensitive private API

14   (the ones that emit PII data) and come up with a

15   playbook for the P1 reviews."                         06:03:26

16         Did I read that correctly?

17     A.   You did, yeah.

18     Q.   And so fair to say that Facebook believes

19   that sensitive private APIs are the ones that emit

20   PII data?                                             06:03:41

21         MR. SCHWING:  Object to the form.

22   Outside the scope.

23         THE DEPONENT:  So, again, this is an

24   email from KP, and KP is asserting that he believes

25   that ones that emit PII data he would consider        06:03:55

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    sensitive.                                              06:03:59

2        Q.   (By Mr. Loeser)  And was KP considered a

3    knowledgeable person about these topics at

4    Facebook?

5            MR. SCHWING:  The question is vague.            06:04:08

6    Calls for speculation.

7            THE DEPONENT:  Yeah.  I mean, hard --

8    hard -- hard to answer that question.  Yeah, I

9    don't know how KP was perceived by -- by various

10   people at the company.  He was certainly            06:04:19

11   knowledgeable as a platform partnerships person.

12       Q.   (By Mr. Loeser)  And fair to say that

13   Facebook believed that he had an adequate

14   understanding of what a sensitive private API was?

15           MR. SCHWING:  Outside of the scope.            06:04:34

16   Object to the form.

17           THE DEPONENT:  Yeah, hard for me to

18   answer on behalf of Facebook and what -- what

19   Facebook as -- as an entity thinks.

20           I can give you my -- my view.  But -- but    06:04:45

21   I don't feel I can answer that on behalf of the

22   company as such.

23           I think he was knowledgeable about --

24   about the Facebook developer platform and which

25   APIs existed and what -- what they were being used    06:05:00

                                                    Page 612

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | by -- how they were being used by developers. | 06:05:07 |
| 2 | Q.   (By Mr. Loeser)  Who at Facebook can | |
| 3 | answer the question in the way that -- that would | |
| 4 | describe Facebook's corporate understanding of what | |
| 5 | is a sensitive private API? | 06:05:21 |
| 6 | MR. SCHWING:  Object to the scope.  Calls | |
| 7 | for speculation. | |
| 8 | THE DEPONENT:  I mean, it -- I think, | |
| 9 | again, "sensitive" is -- is a subjective | |
| 10 | definition.  "Private API," I think we've covered. | 06:05:36 |
| 11 | "Sensitive" is subjective. | |
| 12 | I would think that maybe the legal policy | |
| 13 | teams would be well placed to opine on that. | |
| 14 | But, again, "sensitive" is not -- is a | |
| 15 | subjective term. | 06:05:56 |
| 16 | Q.   (By Mr. Loeser)  So who in the policy | |
| 17 | team could opine on -- on what Facebook means by | |
| 18 | "sensitive private API"? | |
| 19 | MR. SCHWING:  Outside the scope.  Calls | |
| 20 | for speculation. | 06:06:09 |
| 21 | THE DEPONENT:  Yeah, I -- I don't know | |
| 22 | who at the company would like names of -- of people | |
| 23 | that -- that would be able to give you an | |
| 24 | authoritative answer.  Again, you're asking a very | |
| 25 | broad question. | 06:06:22 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1      Q.   (By Mr. Loeser)  And do APIs that emit      06:06:24

2    friend data emit PII data?

3              MR. SCHWING:  Object -- sorry.

4              Objection.  Vague.  Outside the scope.

5              THE DEPONENT:  Can you help me understand   06:06:40

6    what -- what you mean by PII data?

7      Q.   (By Mr. Loeser)  Well, what does it mean

8    here on this -- on this communication?

9              MR. SCHWING:  Calls for speculation.

10   Outside the scope.                                   06:06:51

11             THE DEPONENT:  Yeah, I -- yeah, I can't

12   give you an authoritative answer to that.  I have

13   my own understanding, but KP is the -- is the

14   author of the email, and he's -- he's the one

15   making these statements.                             06:07:07

16     Q.   (By Mr. Loeser)  Do you know what "PII"

17   stands for?

18     A.   My understanding in this context is "PII"

19   stands for personally identifiable information.

20     Q.   And does friend data provide personally      06:07:18

21   identifiable information?

22             MR. SCHWING:  Objection.  Vague.  Calls

23   for a legal conclusion.

24             THE DEPONENT:  Yeah, it's -- I'm not --

25   I'm not able to make a formal determination of what  06:07:30

                                              Page 614

HIGHLY CONFIDENTIAL

```
 1    PII includes or counts as PII.                    06:07:33

 2        Q.   (By Mr. Loeser)  So you're saying -- your

 3    testimony under oath today is you cannot testify as

 4    to whether friend data includes PII?

 5        A.   By giving you -- again, I'm trying to do   06:07:48

 6    my best here and give you an accurate -- an

 7    accurate and complete answer.

 8            The definition of "PII" is -- is not

 9    defined, and so it's hard to give -- me to give you

10    a complete -- complete answer.  Right?             06:08:00

11            So I -- I just -- I'm not sure I can

12    answer that question in a way that's like -- fully

13    accurate.  I could, you know, speculate and give

14    you my personal take, but you're asking me to

15    testify as to what Facebook considers PII, which is  06:08:14

16    a -- a thing I'm -- I don't believe I'm well placed

17    to give.

18        Q.   Well, Mr. Cross, what do you believe PII

19    is?

20        A.   I think there's a range of definitions     06:08:28

21    of -- of PII.  One definition would be somebody's

22    name and maybe their profile picture.  You could

23    argue that that is personally identifiable.  There

24    are cases where it's not personally identifiable.

25    So hence -- hence the challenge giving a complete    06:08:50
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | answer there. | 06:08:55 |
| 2 |     Q.   Okay. | |
| 3 |         MR. LOESER:  Why don't we go to the | |
| 4 | PowerPoint itself.  It's Exhibit 405. | |
| 5 |         (Exhibit 405 was marked for | 06:09:10 |
| 6 | identification by the court reporter and is | |
| 7 | attached hereto.) | |
| 8 |     Q.  (By Mr. Loeser)  Again, Mr. Cross, you've | |
| 9 | had a chance to review this PowerPoint previously, | |
| 10 | right? | 06:09:23 |
| 11 |     A.  I have, yes. | |
| 12 |     Q.  And did you also read it to prepare for | |
| 13 | your testimony today? | |
| 14 |     A.  It was -- yes, it was supplied as one of | |
| 15 | the documents I -- I think you were potentially | 06:09:32 |
| 16 | going to show me, so I -- I reviewed it in | |
| 17 | preparation for today, yes. | |
| 18 |     Q.  And the title slide states "Reducing Risk | |
| 19 | from Private APIs, Partnerships," right? | |
| 20 |     A.  I see that, yeah. | 06:09:45 |
| 21 |     Q.  And what were the risks from private | |
| 22 | APIs? | |
| 23 |         MR. SCHWING:  Objection.  Vague. | |
| 24 |         THE DEPONENT:  Yeah, I think there's a -- | |
| 25 | hard for me to -- to -- there's a number of the | 06:09:59 |

Page 616

HIGHLY CONFIDENTIAL

```
 1    potential risks from -- from private APIs.  I          06:10:03

 2    couldn't enumerate them all.

 3         Q.   (By Mr. Loeser)  Can you enumerate any of

 4    them?

 5         A.   Yes.  I can attempt to enumerate some        06:10:19

 6    examples.

 7              So there a number of -- as I said, a

 8    number of private APIs.  One of the risks for an

 9    API like off.login is that it allowed developers to

10    supply -- to collect user names and passwords in      06:10:39

11    order to allow a user to log in to an experience on

12    a device.

13              And an app that had that capability,

14    there were a number of risks around making sure

15    that the appropriate disclosures are presented to     06:10:55

16    users and that the information that users provide

17    is -- is captured and used correctly.

18              So that would be one -- one risk from one

19    type of -- of private API.

20         Q.   Are there risks of private APIs that emit    06:11:16

21    friend data?

22         A.   Again, there's many private APIs, and --

23    and APIs that emit information about users or their

24    friends.  Facebook would want to make sure that

25    those APIs and that information is being used          06:11:39
```

Page 617

```
 1    appropriately and in accordance with our -- our        06:11:44

 2    terms.

 3         Q.   And are there specific risks that relate

 4    to friend data that Facebook was concerned about?

 5              MR. SCHWING:  Objection.  Vague.             06:11:56

 6              THE DEPONENT:  So we talked about this in

 7    a -- in a previous testimony around some of the

 8    reasons for the changes to the public API surface

 9    area.  We'd had concerns from users that they were

10    not always aware how their information was being       06:12:17

11    used by -- by applications, and so in the case of

12    private APIs, we would want to make sure that

13    information was being used appropriately.

14         Q.   (By Mr. Loeser)  Can we go to --

15              MR. SCHWING:  Mr. Loeser, just -- just        06:12:36

16    quickly.  We've been going for about an hour.  I'm

17    not saying we need to take a break right now, but

18    at a convenient time in the next few minutes, if we

19    could take a break, that would be great.

20              MR. LOESER:  Sure.  I'd like to get          06:12:48

21    through this deck, and I'll try and do it quickly,

22    but if it's taking too long, we'll stop before we

23    get to the end.

24              THE DEPONENT:  Thank you.

25              MR. SCHWING:  Thank you.                     06:12:56
```

Page 618

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  If you go to the next        06:12:57

 2   slide.

 3            Do you see that "What is the problem?"

 4        A.   I see that, yeah.

 5        Q.   And am I reading this correctly:  That in     06:13:01

 6   this analysis Facebook identified 2,300 private API

 7   application pairs that included PII data?

 8        A.   Well, again, what's on the slide here,

 9   I'm -- the author was KP.  I -- I don't know how

10   these data were compiled or collected.               06:13:28

11            But from rating the slide, somebody at

12   Facebook, KP, seems to have identified 2,300 API --

13   API application pairs that met some definition

14   of -- of PII, which I'm not aware of the details

15   of.                                                   06:13:50

16        Q.   And what is "a private API application

17   pair"?

18        A.   So I actually would be speculating if I

19   knew precisely.  I think I know what -- what this

20   refers to.  I would have used a different term.       06:14:05

21            So private API is a -- is an ambiguous

22   term, and so I think he may have used a -- he may

23   be referring to a different technical term.  So I

24   would actually be speculating if I -- if I

25   confirmed that -- understanding -- if I confirmed.    06:14:27
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              My understanding, speaking -- you know,        06:14:30

 2     trying to do my best here and trying to give you

 3     the best answer I can -- is that -- I understand

 4     him to be referring to capability app pairs.  So

 5     that -- that -- that's my understanding of what     06:14:44

 6     he'd be referring to.

 7              But private APIs is a little bit

 8     ambiguous in this context.

 9        Q.    Okay.  And then the key issues that he

10     identified, those appear to be the same, more or     06:15:00

11     less, as the problems he identified in the cover

12     email; is that right?

13        A.    This maps pretty closely to what he

14     identified in the email, yes.

15        Q.    Okay.  So we go to thing next slide.        06:15:15

16              "What we're doing about it, Private API

17     Review."

18              Do you see the product heading?

19        A.    Yup, I see it.

20        Q.    He writes "Following our API moratorium,     06:15:26

21     Product is introducing new steps to grant new

22     access to new external-facing, private APIs gated

23     by capabilities.  While this addresses issues

24     moving forward, we still have an uncertain past

25     that needs to be cleaned."                           06:15:41
```

Page 620

HIGHLY CONFIDENTIAL

```
  1              Do you see that?                        06:15:43

  2       A.    I do see that, yeah.

  3       Q.    And what was the API moratorium?

  4       A.    So the API moratorium was an announcement

  5  in -- I actually have the -- the rough dates        06:15:54

  6  here -- on the November the 1st, 2018, that

  7  prevented anyone at Meta shipping any changes to

  8  any API.

  9       Q.    And why was the API moratorium put in

 10  place?                                              06:16:15

 11       A.    My understanding is that the API

 12  moratorium was put in place to give the company

 13  time to audit and understand the existing APIs and

 14  how they were being used as well as to develop new

 15  processes and practices for controlling changes to  06:16:38

 16  APIs going forward.

 17       Q.    And -- and what events prompted that

 18  audit?

 19              MR. SCHWING:  Object to the scope.

 20  Outside the scope.                                  06:16:52

 21              THE DEPONENT:  I'm -- I'm not sure,

 22  again, exactly what prompted that.  So probably a

 23  number of factors that went into the -- the

 24  decision-making that I, you know, have not fully --

 25  I'm not fully aware of.  So I can't answer fully as  06:17:09
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    to what that was -- what drove that               06:17:16

 2    decision-making.

 3            But, again, what I can share from my

 4    personal perspective is this is after the

 5    Cambridge Analytica story broke, and -- and I     06:17:28

 6    would -- my understanding is that was one of the

 7    drivers for improving development practices around

 8    APIs.

 9        Q.   (By Mr. Loeser)  And if you look at the

10    next heading, which says "Partnerships," this     06:17:44

11    states "Partnerships will comprehensively clean up

12    historical private API access, integrate into

13    existing company efforts to review future API

14    access, and establish maintenance for private API

15    risk that evolve in the future."                  06:18:00

16            Did I read that correctly?

17        A.   You did read that correctly.

18        Q.   Did that happen?

19        A.   My understanding is that broadly, yes,

20    that did happen.                                  06:18:10

21        Q.   We can go to the next slide.  This title

22    is "How Partnerships plans to read the cleanup."

23            And do you know specifically what is

24    being cleaned up?

25            MR. SCHWING:  It's outside the scope.     06:18:29
```

Page 622

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  Let me -- let me just | 06:18:34 |
| 2 | review the slide and see if I can give you an | |
| 3 | answer. | |
| 4 | So having -- having read this, what's on | |
| 5 | the slide is the best answer I could give as what's | 06:18:57 |
| 6 | being cleaned up here.  I can provide commentary | |
| 7 | and some explanation if it would be useful, but I | |
| 8 | think the slide is actually a pretty good | |
| 9 | explanation of what was happening. | |
| 10 | Q.   (By Mr. Loeser)  And generally speaking, | 06:19:13 |
| 11 | was the idea to clean up the private APIs and to | |
| 12 | identify those that should be deprecated and those | |
| 13 | that should be continued because of the value they | |
| 14 | provide to Facebook? | |
| 15 | MR. SCHWING:  Objection.  Vague.  Outside | 06:19:29 |
| 16 | the scope. | |
| 17 | THE DEPONENT:  My understanding is that | |
| 18 | this is primarily identifying -- reviewing private | |
| 19 | API pairs, which is a given capability and a given | |
| 20 | application that has that capability in an audit of | 06:19:46 |
| 21 | why that app has that capability and whether or not | |
| 22 | it should continue to have that capability. | |
| 23 | Q.   (By Mr. Loeser)  And why wasn't that done | |
| 24 | in 2015? | |
| 25 | MR. SCHWING:  Objection.  Outside the | 06:20:02 |

Page 623

HIGHLY CONFIDENTIAL

1    scope.  Vague.                                    06:20:03

2           THE DEPONENT:  Yeah, I -- hard for me to

3    comment on -- on -- on why this wasn't -- wasn't --

4    why this -- this process continued later.

5           My recollection from the time is there       06:20:20

6    was an effort in 2013 to reduce the number of

7    capability app pairs which existed, and so I think

8    this is -- it's not right to characterize this as

9    "not done" and "done."  There were -- have been a

10   number of efforts over a number of years to attempt   06:20:38

11   to manage the -- the set of private APIs.

12       Q.   (By Mr. Loeser)  Okay.  If you look at

13   the "Investigate and Decide" stop on this -- on the

14   plans on this slide.

15          The first bullet says "Investigate API       06:20:56

16   access on questionable private API app pairs and

17   contractual obligations."

18          Did I read that right?

19       A.   You did read that right.

20       Q.   And what are questionable private API app   06:21:07

21   pairs?

22          MR. SCHWING:  Outside the scope of topics

23   6 and 7.  It's vague.

24          THE DEPONENT:  Again, it's hard -- I

25   don't feel I can give a kind of answer on behalf of   06:21:18

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the company there.  KP is the author of the deck | 06:21:21 |
| 2 | and the source of truth as to what he means here. | |
| 3 | Again, in the service of being helpful, I | |
| 4 | can -- I can give you the best answer I can give, | |
| 5 | which is that, for example, an app may have a | 06:21:34 |
| 6 | capability that it is not using and therefore there | |
| 7 | is little value in it having the capability, and | |
| 8 | therefore the capability should be removed from the | |
| 9 | application. | |
| 10 | So that would be an example of something | 06:21:52 |
| 11 | that that I would personally would have determined | |
| 12 | to be a questionable private app pair.  Put it | |
| 13 | another way:  If it's not being used, why do they | |
| 14 | still have access to it. | |
| 15 | Q.   (By Mr. Loeser)  The next bullet is "Set | 06:22:07 |
| 16 | criteria on decision points (e.g. hi/low value of | |
| 17 | API usage." | |
| 18 | What does "hi/low value of API usage" | |
| 19 | mean? | |
| 20 | MR. SCHWING:  Outside the scope.  Vague. | 06:22:20 |
| 21 | THE DEPONENT:  So, again, I can't -- I | |
| 22 | don't feel I can give you a company answer to that | |
| 23 | question.  KP's the source of truth.  I can give | |
| 24 | you my -- my interpretation, my understanding, as | |
| 25 | best I can with -- given my experience here. | 06:22:33 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1            So hi/low value of API and usage, in my        06:22:38

 2    estimation, would be -- would -- would revert --

 3    would refer to the -- the value of the API in terms

 4    of the value it provides to -- to users and to the

 5    developer, and usage would refer to how often that     06:22:57

 6    API is being used or how -- how widespread that use

 7    is by applications and uses.

 8        Q.   (By Mr. Loeser)  And you gave one example

 9    of an app API pair that is questionable.  Can you

10    think of other examples?                               06:23:28

11        A.   Give me a second to make sure I can think

12    of some.

13            So yeah.  Another example might be where

14    an application has the ability to call a certain

15    API or access certain information where the -- the     06:24:03

16    way in which that information is being used to

17    enhance the user experience is unclear or not

18    known.

19        Q.   Would a misuse of user data by the app

20    also be considered the result of a questionable        06:24:26

21    private API app pair?

22            MR. SCHWING:  The question is vague.

23    Outside the scope.

24            THE DEPONENT:  Again, hard to give a

25    detail.  I can't give a representative company         06:24:40
```

Page 626

HIGHLY CONFIDENTIAL

```
 1    answer there.                                        06:24:42

 2          My -- my understanding is that, yes,

 3    questionable means would -- would mean, to me, this

 4    is worth investigating as to why this app has this

 5    capability to make sure we are confident that the    06:24:56

 6    app should indeed have access to this capability.

 7       Q.   (By Mr. Loeser)  Okay.  You can go to the

 8    slide, and then we're just about finished with this

 9    document.  Appreciate your patience.

10       A.   Thank you.                                   06:25:10

11       Q.   This is titled "What we need to move

12    faster."  And you'll see that this slide -- correct

13    me if I'm wrong -- describes different types of

14    review that could be done of the API app pairs; is

15    that right?                                          06:25:26

16       A.   Give me a second just to -- just to read

17    the slide again.

18          MR. SCHWING:  It's outside the scope for

19    this witness.

20          THE DEPONENT:  This is hard for me to          06:26:11

21    interpret.  I wasn't involved at the time in a

22    personal capacity, I don't think it's appropriate

23    for me to try and speculate on what -- what's meant

24    here.

25       Q.   (By Mr. Loeser)  Sure.  Well, let me ask     06:26:22
```

Page 627

HIGHLY CONFIDENTIAL

```
 1   you a more specific question.                    06:26:23

 2        A.   Thank you.

 3        Q.   You see on the far right there are in

 4   bold letters the first line for each of these, one,

 5   three months, six months, is a reference to "no    06:26:30

 6   contract review"?

 7             Do you see that?

 8        A.   I see that, yup.

 9        Q.   Okay.  And then there's a description of

10   what would be done to investigate and decide with  06:26:42

11   regard that that was the approach.

12             Do you see that?

13        A.   I think so.  Sorry.  Yes.  I mean, I

14   see -- I see the slide.

15             Can you point me to the cell row you're   06:26:59

16   referring to.

17        Q.   Yeah.  If you look on the far left down

18   below one month, and there's columns of information

19   and titles for those columns on the far left, and

20   the first title is "No Contract Review."  The       06:27:14

21   second title is "Strategic Partners Only."  And --

22        A.   Yes.

23        Q.   -- the third is "All Partners Review."

24             Do you see that?

25        A.   Yes, I see that, yes.                     06:27:21
```

Page 628

HIGHLY CONFIDENTIAL

```
 1        Q.   And so -- so for this -- those are the        06:27:23

 2   three options that are described for what Facebook

 3   could do to move faster; is that a fair read?

 4            MR. SCHWING:  Objection.  Calls for

 5   speculation.  It's outside the scope.                   06:27:40

 6            THE DEPONENT:  Yeah, I -- it's hard for

 7   me to answer -- give you authoritative answer here.

 8   Like, I -- I, you know, we saw this document in

 9   preparation before.  I was not involved at the

10   time.  So I'd be speculating as to exactly what --     06:27:56

11   what was meant here.

12        Q.   (By Mr. Loeser)  Well, this PowerPoint at

13   its outset identified 2,300 what KP refers to

14   private API application pairs, right?

15        A.   He refers to 2,300 --                         06:28:16

16        Q.   Okay.

17        A.   -- private API, yeah.

18        Q.   And it refers to a need to audit those

19   pairs to identify questionable API access, right?

20        A.   He does -- does refer to that.                06:28:31

21            MR. SCHWING:  Sorry.  Sorry.  It's vague,

22   outside the scope.

23            You can answer it, Mr. Cross.

24            Just give me one minute -- or one second

25   to state my objection.                                 06:28:40
```

Page 629

HIGHLY CONFIDENTIAL

```
 1              Thank you.                              06:28:41

 2              Mr. Loeser, I'm sorry.  It may have

 3      become a bit garbled there.  Can you just reask

 4      that?

 5              MR. LOESER:  Sure.  We can just ask.    06:28:49

 6         Q.   (By Mr. Loeser)  And it refers to the

 7      need to audit those pairs to identify questionable

 8      API access, right?

 9              MR. SCHWING:  Same objection.

10              Go ahead.                               06:29:01

11              THE DEPONENT:  It's what it says on the

12      slide, yes.

13         Q.   (By Mr. Loeser)  Okay.  And then the last

14      slide in the deck describes potential audits that

15      could occur, and one would involve no contract    06:29:12

16      review; is that right?

17              MR. SCHWING:  Calls for speculation.

18      Outside the scope.

19              THE DEPONENT:  Yeah, it's actually pretty

20      hard for me to understand what -- what this       06:29:27

21      slide -- what this slide means and what he's

22      referring to here.  This could be interpreted in a

23      few different ways.  It's not -- it's not -- it's

24      not clear.

25              MR. LOESER:  Okay.  Well, why don't you   06:29:43
```

Page 630

```
 1    read the notes that are on that slide.  Just take a       06:29:44

 2    second.  We can -- I just have two more questions,

 3    and I want to make sure that you understand the

 4    context of this slide.

 5             THE DEPONENT:  Okay.  I've read the --           06:30:30

 6    the notes there.

 7        Q.   (By Mr. Loeser)  I want to zero in on

 8    the -- the second type of review that's identified

 9    here, which is Strategic Partners Only, right?

10        A.   Okay.                                            06:30:54

11        Q.   And Strategic Partners Only is a subset

12    of all partners, right?

13        A.   I'm -- I'm not sure what KP is referring

14    to with strategic partners only, whether or not

15    this is a -- I'm not even sure what -- what he's       06:31:08

16    referring to here and what -- what he's using as --

17    as that definition far "strategic partners."

18        Q.   Okay.  Does it appear to be a smaller

19    group of partners than the all partners review,

20    just looking at the numbers reflected there?  Isn't    06:31:19

21    that a fair interpretation of that?

22             MR. SCHWING:  These questions call for

23    speculation and outside the scope.

24             THE DEPONENT:  Yeah, I'd be speculating.

25    Like it's -- it's possible that that's the case.       06:31:33
```

Page 631

| | | |
|---|---|---|
| 1 | It could also mean that different partners require | 06:31:36 |
| 2 | different levels of review and time.  I -- I don't | |
| 3 | know what he's referring to here specifically. | |
| 4 |     Q.  (By Mr. Loeser)  Who at Facebook could | |
| 5 | tell me whether there's a subset of partners called | 06:31:46 |
| 6 | "strategic partners" at Facebook? | |
| 7 |        MR. SCHWING:  Outside the scope.  Calls | |
| 8 | for speculation. | |
| 9 |        If you know, you can go ahead and answer. | |
| 10 |        THE DEPONENT:  So the platform | 06:32:05 |
| 11 | partnerships team would probably be able to provide | |
| 12 | some additional context there.  As I -- as I have | |
| 13 | said before, I don't think there's a standard | |
| 14 | definition for "strategic partner," and I think if | |
| 15 | there is, those definitions will change depending | 06:32:18 |
| 16 | on -- on the division of Facebook that you're | |
| 17 | talking to and -- and different definitions over | |
| 18 | time. | |
| 19 |        So I'm not aware of a standard definition | |
| 20 | of what "strategic partners" means. | 06:32:32 |
| 21 |     Q.  (By Mr. Loeser)  Last question.  And if | |
| 22 | you go back to the second page of the deck where we | |
| 23 | referred to the number of private API application | |
| 24 | pairs. | |
| 25 |        Are all of those pairs reflected on a | 06:32:42 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   whitelist?                                            06:32:49

2        A.   I'm sorry.  Can you help me understand

3   the question?  I think I know what you're asking,

4   but it's a little imprecise.

5             Are they reflected on a whitelist?         06:33:05

6        Q.   Yeah.  Are these all whitelisted

7   partners, basically?  Is that how they -- that's

8   how you're able to identify that these private API

9   application pairs are what you would refer to as

10  capability pairs, are those reflected on -- on      06:33:17

11  whitelists?  These are whitelisted partners?

12       A.   So my understanding -- so first of all,

13  I'm not entirely sure what KP is referring to.  As

14  I've -- as I've mentioned earlier, his definition

15  of "private API" is a little ambiguous to me.  So   06:33:35

16  I -- I don't think I can give you a fully

17  authoritative answer.

18            But, again, in personal capacity, my

19  understanding is yes, he's referring to -- I think

20  he's referring to capabilities as -- and           06:33:50

21  specifically capability app pairs, and my

22  understanding of that is the two have access to a

23  capability.  An app is whitelisted for it or is on

24  a whitelist.

25            MR. LOESER:  Thank you.                    06:34:07

Page 633

HIGHLY CONFIDENTIAL

```
 1              Let's go off the record.              06:34:08

 2              Mr. Schwing, I asked that last question

 3    because you've made a lot of scope objections.  I

 4    just want to make it clear to you that I'm asking

 5    these questions because this is a -- relates to    06:34:21

 6    whitelisting, and so I want to make sure the record

 7    was clear on that.  I hope that satisfies that,

 8    sir.

 9              THE VIDEOGRAPHER:  Okay.  It's 6:52 p.m.

10              (Recess taken.)                          06:34:33

11              THE VIDEOGRAPHER:  We're back on the

12    record.  It's 7:57 p.m.

13              (Exhibit 406 was marked for

14    identification by the court reporter and is

15    attached hereto.)                                  07:39:23

16              MR. LOESER:  Let me introduce another

17    exhibit.  Momentarily, Mr. Cross, you'll see an

18    email from Rob Boyle to Eddie O'Neil, Shirley Sun,

19    and Drew Lackman dated March 27th, 2019.  Subject:

20    "Escalation deck Rev" with an attachment of a slide   07:39:41

21    deck.

22         Q.   (By Mr. Loeser)  And, Mr. Cross, who is

23    Rob Boyle?

24              MR. SCHWING:  I'm sorry, Derek.  Just to

25    be helpful.  This is Exhibit 406 for the record,    07:40:12
```

Page 634

HIGHLY CONFIDENTIAL

```
 1    right?                                              07:40:12

 2              MR. LOESER:  Yes.  Yes, thank you for

 3    that.  Exhibit 406.

 4              I have not been reading the Bates numbers

 5    because -- frankly, it's just time, but the Bates    07:40:18

 6    numbers associated with the exhibit.

 7              THE DEPONENT:  I'm -- I'm not sure who

 8    Rob Boyle is, I'm afraid.

 9       Q.   (By Mr. Loeser)  Okay.  Do you know who

10    Shirley Sun is?                                      07:40:39

11       A.   No, I'm not sure who Shirley Sun is

12    either.

13       Q.   How about Drew Lackman?

14       A.   I'm not sure who Drew -- Drew Lackman is

15    either.                                              07:40:52

16       Q.   And what about WS3.h?  Do you know what

17    that is?

18       A.   I don't know what W3.h -- WS3.h is

19    either, I'm afraid, no.

20       Q.   Do you know what the escalation referred    07:41:07

21    to concerns?

22       A.   I -- I don't, I'm afraid.

23              (Exhibit 407 was marked for

24    identification by the court reporter and is

25    attached hereto.)                                   07:41:18
```

                                                          Page 635

```
 1        Q.   (By Mr. Loeser)  Why don't we go to the        07:41:18

 2   deck itself, which is attached.

 3            And while we're loading up the next

 4   exhibit, 407, Mr. Cross, I take it you reviewed

 5   that email and the attached deck in advance of your      07:41:33

 6   testimony today?

 7        A.   I did -- I did review these documents.

 8   You sent over a lot of documents.  I did my best,

 9   but there was quite a lot to get through.

10        Q.   Oh, I understand.                               07:41:48

11            Did you make any effort to contact

12   Mr. Boyle, Ms. Sun, or Mr. Lackman?

13        A.   I did not make efforts to contact them.

14        Q.   How about Eddie O'Neil?

15        A.   I did not make efforts to contact            07:42:03

16   Eddie O'Neil after receiving these documents.

17        Q.   And I'll try and -- I don't have a lot of

18   questions about this deck, but I have a few.

19            So if you look at the first slide, it

20   says "WS3.j escalation process proposal              07:42:15

21   March 2019."

22            Did I read that correctly?

23        A.   You read that correctly.  Do you mind if

24   you -- do you mind if I just take a --

25        Q.   Yeah, yeah.                                 07:42:26
```

Page 636

HIGHLY CONFIDENTIAL

```
 1        A.   -- couple minutes to scan through the        07:42:27

 2   deck?

 3             MR. LOESER:  Let me tell you -- please

 4   review the deck, but let me tell you that

 5   particular pages that I'm -- I'm not going to ask       07:42:39

 6   you a lot about it, but I'm going to ask you about

 7   slide 5, slide 6, slide 14, 17, and 18.

 8             THE DEPONENT:  Okay.  I've had a quick

 9   scan through.

10        Q.   (By Mr. Loeser)  Okay.  Thank you.           07:43:55

11             Let's look at slide 5, which I think will

12   help you understand the context of this deck.

13             And I'll read the header on the slide.

14   "All APIs and platform products are being audited

15   and assessed.  All will either be deprecated or        07:44:12

16   retained."

17             Do you see that?

18        A.   I do.

19        Q.   And do you know if that occurred?

20        A.   My understanding is yes, that did occur.     07:44:23

21        Q.   Okay.  And the bullet says "all retained

22   APIs and platform products will then will be

23   retroactively sent through the API cross-function

24   process to ensure they comply with our latest

25   policies and are properly documented."                 07:44:37
```

Page 637

HIGHLY CONFIDENTIAL

```
 1              Do you know if that occurred?               07:44:40

 2        A.   My understanding is yes, that -- that did

 3   occur.

 4        Q.   And what is the API cross-function

 5   process?                                               07:44:47

 6        A.   I'll -- I'll do my best to describe it.

 7              The API XFN is a companywide process by

 8   which any APIs that emit data to third parties need

 9   to be reviewed by a number of people from a number

10   of different teams before they are able to be         07:45:12

11   launched or made available to external parties.

12        Q.   And why was that process implemented?

13              MR. SCHWING:  Outside the scope.

14              THE DEPONENT:  I -- I'm not sure the full

15   details of -- of why that process was implemented.    07:45:31

16   I can talk from my -- my personal understanding,

17   but I'm not aware of the full set of reasons why --

18   why that was implemented.

19        Q.   (By Mr. Loeser)  What are the reasons

20   that Facebook had for implementing that process?      07:45:48

21   Any of the reasons?

22              MR. SCHWING:  Same objection.

23              Go ahead.

24              THE DEPONENT:  So, again, so some of the

25   reasons I understand that -- that this was            07:45:59
```

Page 638

HIGHLY CONFIDENTIAL

1    introduced was to ensure that appropriate gating        07:46:01

2    mechanisms were being used, that the implementation

3    of the APIs was using Facebook's modern coding

4    standards, and that there were policies and

5    procedures documented about the purpose of the API      07:46:24

6    and who it was made available to.

7         Q.    (By Mr. Loeser)  And was there a

8    particular event that prompted Facebook to

9    undertake these efforts?

10            MR. SCHWING:  Outside the scope.             07:46:42

11            THE DEPONENT:  Sorry, Austin.  Say again.

12            MR. SCHWING:  I said outside of the

13   scope.

14            But -- if you know in your personal

15   capacity, go ahead.                                     07:46:50

16            THE WITNESS:  Yeah, I'm not sure I can

17   give -- a companywide answer there.  My

18   understanding is that this happened after the

19   Cambridge Analytica situation broke and that was

20   one of the driving reasons.                             07:47:03

21        Q.    (By Mr. Loeser)  And if you go to slide

22   9.  And the header says "Each API is being assessed

23   based on risk and value."

24            Do you see that?

25        A.    I do see that.                               07:47:20

                                                 Page 639

1          Q.    And then can you read the first bullet.          07:47:22

2          A.    "The federated assessment evaluates all

3     APIs and platform products based on the risk they

4     carry versus the value they create."

5          Q.    And did that happen?          07:47:34

6          A.    My understanding is yes.  An exercise was

7     done to determine which APIs would be retained or

8     deprecated.

9          Q.    Okay.  Can you read the next bullet.

10         A.    The second bullet is "Everything found to          07:47:50

11    be high risk but high value is being flagged for

12    escalation."

13         Q.    And what does Facebook mean by "high risk

14    but high value"?

15         MR. SCHWING:  Object to the extent it's          07:48:02

16    outside the scope of topics 6 and 7.

17         THE DEPONENT:  I'm -- I'm not confident

18    in -- in -- I don't think I can answer on behalf of

19    the company there.  I wasn't involved in this -- in

20    this process, so -- and I haven't seen the -- the          07:48:13

21    documentation or the -- the -- what was used to --

22    to make that determination.  So I'm not sure I can

23    answer that, I'm afraid.

24         Q.    (By Mr. Loeser)  Were there APIs and

25    platform products that emitted friend data that          07:48:30

                                                          Page 640

HIGHLY CONFIDENTIAL

```
 1    were considered high risk and high value?              07:48:34

 2        A.   As I said, I'm not entirely -- I'm not

 3    confident in which APIs specifically were

 4    categorized in each -- in each of these buckets.

 5    So I couldn't give you an answer, I'm afraid.          07:48:48

 6        Q.   So who would at Facebook would know if

 7    there are APIs that emit friend data that are

 8    considered high risk and high value?

 9            MR. SCHWING:   Object to form.

10            THE DEPONENT:   Sorry.   The -- the           07:49:02

11    question there -- the question you asked you had a

12    tense in it that was present, whereas we're

13    reviewing a deck here from the past.   So sorry.

14            Is your question about today or about

15    the -- the process being described in this            07:49:16

16    document?

17        Q.   (By Mr. Loeser)  Well, let's start with

18    the process described in this document.

19        A.   I would need to understand who was

20    involved in creating this -- this process and then    07:49:33

21    speak to them as to like -- how this determination

22    was made.

23        Q.   And how would you find out who was

24    involved in creating this process?

25        A.   I would attempt to ping the -- the -- the    07:49:50
```

HIGHLY CONFIDENTIAL

1    people who -- for whom -- who created this deck and        07:49:58

2    then go from there.

3         Q.   We can go to slide 17.

4              Let's go back to the slide right before

5    that, slide 16.  407.                                      07:50:25

6              It says "Step 1:  Roll up APIs into

7    products."

8              Do you know what that means?

9         A.   I -- I can -- again, I can give you -- a

10   personal answer based on my understanding is that         07:50:40

11   there was an attempt to identify APIs and which

12   product organization at the company was responsible

13   for their existence and maintenance.

14        Q.   Now we can go to the next slide.

15             "Step 2:  Directors make a final decision        07:50:59

16   to retain or escalate and summarize the

17   justification."

18             That's the header on the slide.  Did I

19   read that correctly?

20        A.   You read that correctly, yeah.                   07:51:09

21        Q.   And did the directors make the final

22   decision to retain or escalate and summarize the

23   justification for Facebook's APIs?

24             MR. SCHWING:  Outside the scope.

25             THE DEPONENT:  I don't know -- I can't           07:51:29

Page 642

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | answer as to what happened as part of this process. | 07:51:31 |
| 2 | I don't have personal experience.  So -- so I'm not | |
| 3 | sure I'm able to answer that question, I'm afraid. | |
| 4 | Q.   (By Mr. Loeser)  You understand that -- | |
| 5 | that Facebook did, in fact, audit all of its APIs | 07:51:46 |
| 6 | on product platforms and escalated for further | |
| 7 | review those that were considered for high value | |
| 8 | for Facebook and high risk? | |
| 9 | A.   I'm aware that -- my understanding is | |
| 10 | that Facebook did an audit of all of its APIs, but | 07:52:00 |
| 11 | I'm -- I'm not sure exactly what process was | |
| 12 | followed to determine whether or not each should be | |
| 13 | retained or deprecated. | |
| 14 | Q.   And if we flip to slide 14.  I'll read | |
| 15 | the header:  "Estimates for volumes within each | 07:52:24 |
| 16 | bucket." | |
| 17 | Do you see that? | |
| 18 | A.   I see that, yeah. | |
| 19 | Q.   And the bullet states "With assessment | |
| 20 | 90 percent done, we have fairly confident estimates | 07:52:32 |
| 21 | for the volume of products that will land in each | |
| 22 | bucket." | |
| 23 | Do you see that? | |
| 24 | A.   I see that, yup. | |
| 25 | Q.   And do you see that according to this | 07:52:40 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | graphic here, Facebook made the determination to | 07:52:42 |
| 2 | escalate 540 -- 584 APIs and 21 platform products | |
| 3 | that it considered high value to Facebook and high | |
| 4 | risk; is that right? | |
| 5 | MR. SCHWING:  Object to form.  Outside | 07:52:59 |
| 6 | the scope. | |
| 7 | THE DEPONENT:  Sorry.  I think this -- | |
| 8 | this slide suggests an estimate of things which | |
| 9 | might be escalated, but I'm not sure that is | |
| 10 | reflective of ultimately what was done or the | 07:53:13 |
| 11 | proportions that were escalated, retained, or | |
| 12 | deprecated. | |
| 13 | Q.   (By Mr. Loeser)  And how would you find | |
| 14 | the answer to what was actually done? | |
| 15 | A.   I would try and determine who was | 07:53:26 |
| 16 | involved in this effort and -- and ask them some | |
| 17 | more detailed questions. | |
| 18 | Q.   And you would do that by pinging the | |
| 19 | author of this deck to start? | |
| 20 | MR. SCHWING:  Outside the scope. | 07:53:41 |
| 21 | THE DEPONENT:  So my starting -- my | |
| 22 | starting point in trying to determine that would be | |
| 23 | to -- to -- to find the author of this deck and | |
| 24 | attempt to ask them questions about what was done. | |
| 25 | Q.   (By Mr. Loeser)  Okay.  Let's go back to | 07:53:55 |

Page 644

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | slide 17.  07:53:57 |
| 2 | Sorry. |
| 3 | And this is the slide that has the header |
| 4 | "Directors make the final decision to retain or |
| 5 | escalate and summarize the justification," correct?  07:54:12 |
| 6 | A.  I see that, yeah. |
| 7 | Q.  And do you see the bullets on the right |
| 8 | side? |
| 9 | A.  I do. |
| 10 | Q.  The first bullet is "Each product will be  07:54:20 |
| 11 | rolled up its closest director," right? |
| 12 | A.  Yup, I see that. |
| 13 | Q.  And the next bullet says "We will ask |
| 14 | them to make a final decision on which products |
| 15 | they want to justify retaining and to complete a  07:54:33 |
| 16 | one-slide template for each explaining why its |
| 17 | value is worth the risk it creates." |
| 18 | Did I read that correctly? |
| 19 | A.  You read that correctly. |
| 20 | Q.  Okay.  And then the next bullet states  07:54:48 |
| 21 | "Each director will have their respective PG lead |
| 22 | sign off on their decisions and justification." |
| 23 | Did I read that correctly? |
| 24 | A.  You read that correctly. |
| 25 | Q.  And did that -- did that occur?  07:54:59 |

```
 1              MR. SCHWING:  Outside the scope.  Vague.      07:55:07

 2              THE DEPONENT:  I'm not aware of the -- of

 3      the details of what process was followed and what

 4      was ultimately done, so I'm afraid I -- I can't

 5      answer that question.                               07:55:16

 6          Q.   (By Mr. Loeser)  Okay.  Let's go to the

 7      next slide.

 8              And, Mr. Cross, the slide we just looked

 9      at referred to a one-slide template.  And this is

10      the next page.  At the top it says "Example product 07:55:25

11      template."

12              Do you see that?

13          A.   I do see that.

14          Q.   And this was -- this was the template

15      that was designed for -- for the directors to make 07:55:32

16      a final decision on which products they want to

17      justify retaining and for explaining why its value

18      is worth the risk it creates; is that right?

19              MR. SCHWING:  Outside the scope.

20      Object -- object to form.                           07:55:52

21              THE DEPONENT:  So, yeah, I -- I didn't

22      write this deck, and I haven't spoken to the

23      authors of this deck, so I can't confirm that

24      that's their intention.

25              But it -- it seems to me to be a            07:56:05
```

| | | |
|---|---|---|
| 1 | reasonable interpretation that this is the | 07:56:08 |
| 2 | one-slide template -- although the -- it's -- the | |
| 3 | slide -- the slide prior links to one-slide | |
| 4 | template.  It's not clear that that links to the | |
| 5 | next slide or links to something else. | 07:56:19 |
| 6 | Q.   (By Mr. Loeser)  Fair to say, though, if | |
| 7 | the prior slide refers to a one-slide template and | |
| 8 | this is, in fact, a one-slide template that this is | |
| 9 | likely what the prior slide was referring to? | |
| 10 | MR. SCHWING:  Calls for speculation. | 07:56:35 |
| 11 | Outside the scope. | |
| 12 | THE DEPONENT:  Yeah, I can't confirm | |
| 13 | that, but it's not an unreasonable interpretation. | |
| 14 | Q.   (By Mr. Loeser)  Did Facebook use this | |
| 15 | template? | 07:56:44 |
| 16 | A.   I -- I do not know if Facebook used this | |
| 17 | template, and -- and anything else would be -- | |
| 18 | would be speculating, which is inappropriate, I | |
| 19 | think. | |
| 20 | Q.   And looking at the template, it provides | 07:57:01 |
| 21 | a place for the director to fill in certain details | |
| 22 | about the APIs and products that that director was | |
| 23 | responsible for; is that right? | |
| 24 | MR. SCHWING:  Same objections. | |
| 25 | THE DEPONENT:  What I see on the slide is | 07:57:20 |

Page 647

HIGHLY CONFIDENTIAL

```
1    a range of -- of things.                           07:57:21

2         Q.   (By Mr. Loeser)  Okay.  And these things

3    are details that, according to the prior slide,

4    were intended to be used by the director to justify

5    the decision to retain the -- the API, correct?     07:57:33

6              MR. SCHWING:  Same objections.

7              THE DEPONENT:  So I -- I'm, as I

8    testified previously, not able to confirm that this

9    template was -- was indeed used or for what

10   purpose.                                            07:57:59

11             So it's -- it's hard for me to answer

12   that question.

13        Q.   (By Mr. Loeser)  Okay.  Well, let's just

14   look at the template and see what information,

15   according to this slide deck, the director was       07:58:06

16   going to provide in order to justify the decision

17   to retain the API the director was responsible for.

18             Okay?  Is that fair?  Can we look at this

19   slide and walk through it?

20        A.   I'm happy to review the slide.            07:58:24

21             MR. SCHWING:  Calls --

22             THE DEPONENT:  Sorry, Austin.

23             MR. SCHWING:  Calls for speculation.

24   It's outside the scope.

25        Q.   (By Mr. Loeser)  So the first, if you      07:58:32
```

Page 648

HIGHLY CONFIDENTIAL

1    look at the right -- the right column, the first    07:58:33

2    box there is "sizing"; is that right?

3        A.   That's what's on the slide, yeah.

4        Q.   And the information that falls into that

5    category, there's three things.    07:58:44

6            The first is number of users, right?

7        A.   Again, that's what I see on the slide.

8        Q.   And the second is number of businesses?

9        A.   That's what I see on the slide.

10        Q.   And the third is number of apps?    07:58:56

11        A.   That's what I see on the slide.

12        Q.   And so those are three details that the

13    director would provide to help justify the decision

14    whether to maintain this -- this API -- right? --

15    according to this structure?    07:59:10

16            MR. SCHWING:  Calls for speculation.

17    It's outside the scope.

18            THE DEPONENT:  I'm not sure who is

19    intended to -- to fill in this -- this slide or --

20    or how this information would have been used.    07:59:27

21        Q.   (By Mr. Loeser)  Okay.  Well, let's go

22    back to slide 17 for a second.

23            And you see the second bullet, it says --

24    and it's referring to directors:  "We will ask them

25    to make a final decision on which products they    07:59:40

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    want to justify retaining and to complete a          07:59:42

 2    one-slide template for each explaining why its

 3    value is worth the risk it creates."

 4           So based upon this deck, does it appear

 5    that the person who was intended by the author of     07:59:52

 6    this deck that would complete the template was the

 7    director, and the purpose of filling out the

 8    template was to justify the decision to explain why

 9    the value of the API is worth the risk it creates?

10           Isn't that -- isn't that right,               08:00:11

11    Mr. Cross?

12           MR. SCHWING:  Same objections.

13           THE DEPONENT:  I'm not sure it's -- I

14    don't think you can summarize the directors who

15    were -- expected to fill out this template.          08:00:22

16       Q.   (By Mr. Loeser)  Well, can you read into

17    the record the second bullet.

18       A.   The second bullet is "We will ask them to

19    make a final decision on which products they want

20    to justify retaining and to complete a one-slide     08:00:39

21    template for each explaining why its value is worth

22    the risk it creates."

23       Q.   What do you interpret that to mean?

24           MR. SCHWING:  Same objections.

25           THE DEPONENT:  Again, like I don't feel I     08:00:54
```

Page 650

HIGHLY CONFIDENTIAL

```
 1    can give a -- an accurate company answer onto that.        08:00:56

 2    From my experience being involved in these kinds of

 3    things in the past, typically an engineering

 4    manager or product manager or some other person

 5    would be responsible for collecting the              08:01:15

 6    information.  It's possible that directors would

 7    have done that work.  I -- I don't know how teams

 8    were -- were expected to do this.

 9         Q.   (By Mr. Loeser)  Let's look again at

10    the -- at the next page, and let's assume for the         08:01:33

11    moment this is the one-page template that is

12    referred to on the prior page.

13              We went through sizing.  The next

14    category of information says "metrics impact"; is

15    that right?                                          08:01:45

16         A.   That's what I see on the slide.

17         Q.   And the first item listed there is MAU;

18    is that right?

19         A.   That's what I see on the slide, right.

20         Q.   And what is MAU?                           08:01:56

21         A.   MAU, as I understand it, refers to

22    monthly active users.

23         Q.   Okay.  And the next is "MSI."

24              What is that?

25         A.   My understanding is that that refers to        08:02:05
```

Page 651

HIGHLY CONFIDENTIAL

```
1    meaningful social interactions.                    08:02:07

2        Q.   What is that?

3        A.   Meaning social interactions is a -- is a

4    metric used to understand the engagement with

5    content posted to Facebook.                         08:02:20

6        Q.   And how is it -- is it ranked or scored

7    somehow or...

8        A.   There's a way in which MSI is -- is

9    calculated.  I'm not an expert in it, in exactly

10   how it is calculated.                               08:02:39

11       Q.   Why is it tracked?

12            MR. SCHWING:  Outside the scope.

13            THE DEPONENT:  I think it's -- it's one

14   of many measures of -- of engagement.  It's -- it's

15   one that the company has used previously to -- to   08:02:51

16   understand engagement as -- as a concept.

17       Q.   (By Mr. Loeser)  The next thing is "MBI."

18            What is that?

19       A.   I don't know what MBI stands for.

20       Q.   And the next item here is "revenue."       08:03:05

21            What does that stand for?

22            MR. SCHWING:  Outside of the scope.

23            THE DEPONENT:  Well, I think, again,

24   I'll -- don't want to give a company answer to

25   that, because I don't think it's -- I didn't write  08:03:20
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    the slides.                                      08:03:23

 2              But in a personal capacity, I don't

 3    "revenue" stands for anything.  It just means

 4    revenue.

 5         Q.   (By Mr. Loeser)  Okay.  And it says    08:03:27

 6    "revenue attribution."

 7              So is the idea here, as for all of these

 8    categories, that this is the revenue that would be

 9    associated with the particular app that had access

10    to this API?                                     08:03:38

11              MR. SCHWING:  Calls for speculation.

12    Outside the scope.

13              THE DEPONENT:  I'm not sure what was

14    expected to be put in this slide.  It wouldn't be

15    related to -- to a specific app, no.             08:03:54

16         Q.   (By Mr. Loeser)  What would it be related

17    to?

18              MR. SCHWING:  Same objections.

19              THE DEPONENT:  Again, I don't know what

20    it would be related to.  There's no detail here of 08:04:03

21    exactly what is expected in terms of attribution.

22    I would expect that would differ greatly based on

23    the API being assessed.

24         Q.   (By Mr. Loeser)  So can you tell me how

25    Facebook defines "revenue" for purposes of        08:04:20
```

HIGHLY CONFIDENTIAL

```
 1    completing this template?                      08:04:25

 2         A.   I can't explain what "revenue" means

 3    in -- in this context.  I think that the -- the ask

 4    here is -- is not documented, and I would be

 5    speculating by -- by trying to -- trying to explain  08:04:44

 6    what -- what "revenue attribution" means.

 7         Q.   And the next line here says "risk."

 8              Do you see that?

 9         A.   I do see that.

10         Q.   And following down that row, it says "PII  08:04:58

11    emitted (yes/no)."

12              Do you see that?

13         A.   I do.

14         Q.   What do you take that to mean?  How does

15    that relate to risk?                           08:05:12

16              MR. SCHWING:  Compound.  Vague.  Outside

17    the scope.

18              THE DEPONENT:  So, again, in terms of

19    a -- I don't think I can give a company answer here

20    because I wasn't involved in writing this deck and  08:05:20

21    haven't spoken to its authors.

22              In -- my understanding is that it would

23    be a determination of whether or not the -- the API

24    or product being assessed here emitted PII, defined

25    in some way which I have -- I have not -- have not  08:05:37
```

Page 654

1    seen and is not defined specifically in this deck.        08:05:41

2        Q.   (By Mr. Loeser)  And does Facebook

3    consider APIs that emit PII as being more risky

4    than those that don't?

5            MR. SCHWING:  Vague.  Outside the scope.        08:05:54

6            THE DEPONENT:  I don't think -- I

7    can't -- again, can't give an answer on behalf of

8    the Facebook here.  I think they're -- again,

9    giving you my -- my take from a personal

10   perspective here, APIs that emit PII are certainly        08:06:10

11   worthy of -- of being rigorously understood.  But

12   there are also other APIs that -- that maybe don't

13   emit PII that would also be considered risky.  So I

14   don't think it's just PII.

15       Q.   (By Mr. Loeser)  You see the next item on        08:06:35

16   this template here, "Strategic Value"?

17       A.   I do see that.

18       Q.   And how does Facebook define "strategic

19   value" for purposes of deciding whether to continue

20   allowing access to private APIs?                          08:06:51

21           MR. SCHWING:  Outside the scope.  Object

22   to form.

23           THE DEPONENT:  So as I said, I didn't

24   write this slide deck and haven't spoken to its

25   authors, so I can't understand what they were             08:07:06

Page 655

HIGHLY CONFIDENTIAL

```
 1    referring to by this.  And I think as -- as we        08:07:08

 2    discussed previously, there's no universal

 3    understanding of what "strategic value" means, and

 4    it likely differs between product group across the

 5    company.                                               08:07:26

 6            So I don't think there's a standard

 7    definition I'm aware of that I could cite now.

 8       Q.  (By Mr. Loeser)  So you recall from this

 9    deck that the -- the template was intended to

10    justify the decision to retain a private API that     08:07:41

11    was considered high value/high risk; is that right?

12            MR. SCHWING:  Object to form.  Misstates

13    testimony.  Outside the scope.

14            THE DEPONENT:  So can you ask the

15    question again to make sure I understand what         08:08:00

16    you're asking.

17       Q.  (By Mr. Loeser)  Yes.

18            So you recall from this deck that the

19    template was intended to justify the decision to

20    retain a private API that was considered high         08:08:07

21    value/high risk; is that right?

22            MR. SCHWING:  Same objections.

23            THE DEPONENT:  Again, my understanding is

24    that from -- from reading this is that this was

25    designed to capture information to help inform a      08:08:21
```

Page 656

HIGHLY CONFIDENTIAL

1    decision.                                                  08:08:26

2        Q.   (By Mr. Loeser)  And so in connection

3    with the deciding whether to retain a high-risk API

4    or product in 2019, Facebook identified whether

5    there was a strategic value associated with the API    08:08:36

6    or product, right?

7            MR. SCHWING:  Same objections.

8            THE DEPONENT:  I -- I don't know how

9    these decisions were -- were made.  And we're

10   looking at a sample template here that -- that may    08:08:50

11   have been filled in in a bunch of different ways.

12   So I -- I couldn't -- I don't feel I could answer

13   on how this information was used.

14       Q.   (By Mr. Loeser)  Who at Facebook would be

15   able to answer that question?                           08:09:13

16           MR. SCHWING:  Calls for speculation.

17           If you know, go ahead and answer.

18           THE DEPONENT:  Yeah, I -- I don't know

19   who at Facebook would -- would be able to answer

20   that question.                                          08:09:25

21       Q.   (By Mr. Loeser)  This assessment that is

22   discussed in this deck assessed APIs that emitted

23   friend data, among other APIs; is that right?

24       A.   I'm not -- I'm not sure exactly which --

25   what this -- what this covered.  So, again, I -- I    08:09:58

1   can't confirm which APIs were covered by this.          08:10:03

2          Oh, yeah.  If this covers all APIs in

3   platform products, again, that's what it says in

4   this slide.  But, again, I don't know exactly what

5   was -- what was covered by this -- by the process       08:10:17

6   articulated in this deck.

7       Q.   And based upon this process articulated

8   in the deck, was the result a decision to whitelist

9   APIs or -- or products?

10      A.   Sorry.  Can you ask the question again.        08:10:56

11  I'm not sure I understood.

12      Q.   Sure.

13          This deck describes a process that

14  involves a one-page template that provides details

15  about a product or API that's provided by the           08:11:04

16  director associated with that product or API, and

17  the template was then used to decide whether to

18  retain or deprecate the product group; is that

19  right?

20          MR. SCHWING:  Lacks foundation.  Outside         08:11:22

21  the scope.

22          THE DEPONENT:  I'm not -- again, I'm not

23  confident in this -- I'm not expert in -- in -- in

24  this process or how it was followed or the

25  decisions that were taken as a result of this           08:11:36

Page 658

HIGHLY CONFIDENTIAL

```
 1   process.                                          08:11:38

 2        Q.   (By Mr. Loeser)  Okay.  Based upon your

 3   preparation for your testimony today, can you tell

 4   me whether for products or APIs that Facebook

 5   decided to retain through this process, would that  08:11:51

 6   result in a whitelist for that product or API?

 7             MR. SCHWING:  Object to form.

 8             THE DEPONENT:  It -- I -- I don't know

 9   whether or not -- what -- what the result of this

10   process would have been and what the -- the         08:12:12

11   specifics as to what happened next likely depended

12   on a number of factors that I -- that I'd be

13   speculating about.  So it's hard -- hard to give an

14   answer.

15             I don't know exactly what happened in     08:12:26

16   these decisions and what the resulting results

17   were.

18        Q.   (By Mr. Loeser)  Who at Facebook would

19   know whether the result of this process was a

20   whitelisting decision?                              08:12:38

21        A.   I don't know who at Facebook would --

22   would -- would know the answer to that question.

23        Q.   If you go to the next exhibit.

24             MR. LOESER:  We're going to pull up the

25   next exhibit.  Exhibit 29.                          08:13:12
```

Page 659

HIGHLY CONFIDENTIAL

1        Q.   (By Mr. Loeser)  Mr. Cross, I'm showing        08:13:45

2    you what's been previously marked as Exhibit 29,

3    which is an email from Jackie Rooney to the

4    management team dated March 22nd, 2018.

5             Do you see that?                                08:14:03

6        A.   I see that.

7        Q.   And the "to" says "M Team."

8             Is that the management team?

9        A.   Yes, that would be Facebook's executive

10   management team.                                         08:14:11

11       Q.   And you see the subject is "Q&A briefing

12   for March 23, 2018"?

13       A.   I see that, yeah.

14       Q.   And are Q&A briefings something that

15   happened regularly at Facebook?                          08:14:29

16       A.   Yes.  Typically the leadership team does

17   a -- does a Q&A on a -- on a -- sometimes on a

18   Friday, sometimes it's on a different day.  But

19   they're regular weekly occurrence or so on.

20       Q.   Mr. Cross, take a minute and -- and           08:14:44

21   review this -- this email, if you would.

22       A.   I will do.  Thank you.

23            MR. SCHWING:  Mr. Loeser, is this a

24   document that you provided us notice with in

25   advance of this depo?                                    08:15:35

                                          Page 660

HIGHLY CONFIDENTIAL

```
 1            MR. LOESER:  Yes.  We can double-check        08:15:36

 2     right now.

 3            THE DEPONENT:  Okay.  Yes, I have

 4     reviewed the document.

 5        Q.   (By Mr. Loeser)  Now, this Q&A briefing      08:16:07

 6     discusses the Cambridge Analytica events; is that

 7     right?

 8        A.   I see Cambridge Analytica mentioned a

 9     couple of times or -- or once in the document.

10        Q.   Do you recall other Q&A briefings in         08:16:22

11     which Cambridge Analytica was discussed?

12            MR. SCHWING:  I'm going to state for the

13     record that I don't believe that this was noticed

14     as a document that we were going to be providing

15     testimony on today.                                  08:16:33

16            So, Mr. Cross, it may have been provided

17     earlier.

18            I just want to make sure Mr. Cross has

19     the opportunity to -- to take a look at it.

20            MR. LOESER:  Well, yeah.  It was              08:16:47

21     provided.  I don't know if it was provided for

22     today.  There was a subset of documents --

23            MR. SCHWING:  Yeah.

24            MR. LOESER:  -- it wasn't.

25            MR. SCHWING:  I think Mr. Melamed             08:16:55
```

Veritext Legal Solutions
866 299-5127

```
 1    indicated -- and I don't want to take much time on          08:16:56

 2    this -- indicated that the only documents we needed

 3    to be ready on were the ones that he identified in

 4    his email.

 5           So, Mr. Cross, it's -- I'll allow the               08:17:03

 6    questioning on it.

 7           I just want to make sure Mr. Cross has an

 8    opportunity to review it, since it wasn't

 9    identified.

10           So, Mr. Cross, just let us know when                08:17:12

11    you're ready and we'll continue.

12           MR. LOESER:  And for the record,

13    Mr. Melamed identified the documents that were

14    subject to the notices for which he was

15    responsible.  We previously provided Mr. Cross with        08:17:20

16    a series of documents for his examination, and this

17    was included.

18           MR. SCHWING:  Okay.  Well, I don't want

19    to take up too much time here.

20           We also received notice with respect to 6           08:17:30

21    and 7.  There's no problem with asking questions

22    about it.  It's fine.  We'll just --

23           Go ahead and take your time, Mr. Cross,

24    to look at it, and then when you're ready, just let

25    us know.                                                   08:17:41
```

                                                        Page 662

| | | |
|---|---|---|
| 1 | THE DEPONENT:  Yeah.  Please -- please | 08:17:48 |
| 2 | ask your questions, Mr. Loeser. | |
| 3 | Q.   (By Mr. Loeser)  Sure.  If we go down | |
| 4 | this briefing to the heading "Suggested Guidance." | |
| 5 | Do you see that? | 08:17:57 |
| 6 | A.   I do see that. | |
| 7 | Q.   And it says "Q1:  What is the message we | |
| 8 | would like to send out from employees to their | |
| 9 | friends and family without constituting a leak of | |
| 10 | internal info?" | 08:18:12 |
| 11 | Do you see that? | |
| 12 | A.   I see that. | |
| 13 | Q.   And can you read the second bullet. | |
| 14 | A.   The second bullet is "This is serious -- | |
| 15 | we made mistakes and we are fully owning that -- we | 08:18:29 |
| 16 | know we've got work to do to regain people's | |
| 17 | trust." | |
| 18 | Q.   Okay.  And can you read the next bullet | |
| 19 | as well. | |
| 20 | A.   "We took action in 2014 to dramatically | 08:18:39 |
| 21 | limit the data apps could access, but we also made | |
| 22 | mistakes.  This was a violation of trust between | |
| 23 | Facebook and the people who use our service." | |
| 24 | Q.   And what are the mistakes being referred | |
| 25 | to here? | 08:18:54 |

Page 663

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Object to the form.          08:18:57

 2    Outside the scope.

 3            THE DEPONENT:  I couldn't comment on --

 4    I'm not sure I -- I can comment on what -- what

 5    this is referring to from a company's perspective.   08:19:07

 6    I haven't -- I haven't prepared -- it's not

 7    something I'm an expert on in terms of -- the comms

 8    work around this at the time.

 9        Q.   (By Mr. Loeser)  Well, Mr. Cross, I'm

10    asking you as Facebook's 30(b)(6) designee what     08:19:23

11    Facebook means by "mistakes" in this context.

12            Are you prepared to answer that question?

13        A.   No, I'm not sure --

14            MR. SCHWING:  Objection.

15            THE DEPONENT:  Sorry.                        08:19:34

16            MR. SCHWING:  Outside the scope of topics

17    6 and 7.

18        Q.   (By Mr. Loeser)  Mr. Cross, did the

19    mistakes relate to continuing to allow access to

20    friend data after 2014?                             08:19:44

21        A.   I'm -- I'm not sure, again, I can comment

22    on what -- what is meant here by the term

23    "mistakes."

24        Q.   And, Mr. Cross, did the mistakes refer to

25    whitelisting decisions Facebook had made that       08:20:00
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    continued to allow access to friend data after        08:20:03

 2    2014?

 3         A.   I don't think I can comment on what --

 4    what's being referred to by -- by the word

 5    "mistakes" here.                                        08:20:11

 6         Q.   So who at Facebook can provide the answer

 7    to the questions I just asked?

 8              MR. SCHWING:  Calls for speculation.

 9              THE DEPONENT:  Yeah, I -- I couldn't give

10    you the name -- like a name of somebody that --        08:20:25

11    that would be able to answer that question.

12         Q.   (By Mr. Loeser)  Does Facebook believe

13    that telling users that apps would no longer be

14    able to obtain friend data while continuing to

15    allow a number of apps to do just that was a           08:20:39

16    mistake?

17              MR. SCHWING:  Object to form.

18              THE DEPONENT:  Yeah, I don't feel I can

19    comment on the -- the terminology mistakes and what

20    Facebook meant by it.  It's not something I'm an       08:20:56

21    expert in, I'm afraid.

22         Q.   (By Mr. Loeser)  Are you prepared to

23    answer that question today, Mr. Cross?

24              MR. SCHWING:  Object to form.

25              THE DEPONENT:  I don't -- I don't feel       08:21:05
```

Veritext Legal Solutions
866 299-5127

1    I'm able to answer that question on behalf of the          08:21:07

2    company, no.

3         Q.   (By Mr. Loeser)  Does Facebook believe it

4    was a breach of user trust to tell users that apps

5    would no longer be able to obtain friend data while       08:21:14

6    continuing to allow a number of apps to do just

7    that?

8              MR. SCHWING:  Object to form.  Outside

9    the scope.

10             THE DEPONENT:  Again, I'm not an expert          08:21:25

11   in what is meant by the phrase "mistakes" here or

12   what the company is referring to and -- and

13   specifically what -- what is meant by that phrase.

14   So I'm afraid I don't feel I can answer that

15   question on behalf of the company.                        08:21:40

16        Q.   (By Mr. Loeser)  Mr. Cross, what is the

17   "breach of trust" referred to in this employee

18   communications sent by the management team?

19             MR. SCHWING:  Same objections.

20             THE DEPONENT:  I don't feel I can comment        08:22:02

21   on -- on what's meant by "breach of trust" here on

22   behalf of the company.  That's a -- that's a --

23   that's a term I like -- that could mean several

24   things that I -- I don't feel prepared to -- to

25   opine on.                                                 08:22:21

Page 666

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  And, Mr. Cross, what        08:22:24

 2   does -- what does Facebook believe "breach of

 3   trust" means in this context?

 4             MR. SCHWING:  Outside of the scope of the

 5   witness.  Object to form.                              08:22:34

 6             THE DEPONENT:  Again, this -- the framing

 7   here is not something I'm an expert in, and so I

 8   don't feel I can answer on behalf of the company.

 9        Q.   (By Mr. Loeser)  Mr. Cross, what is

10   Facebook's position on whether there was a breach     08:22:50

11   of trust relating to friend data?

12             MR. SCHWING:  Object to form.  Outside

13   the scope.

14             THE DEPONENT:  So, again, I don't think

15   I -- I -- this -- the communications here and         08:23:03

16   the -- the terminology here is not something I'm --

17   I'm an expert in.  And I -- I don't feel prepared

18   to -- I don't feel I'm able to give an answer on

19   behalf of the company there.

20        Q.   (By Mr. Loeser)  Mr. Cross, what is         08:23:20

21   Facebook's position on whether mistakes were made

22   by Facebook in connection with the deprecation of

23   friend data?

24             MR. SCHWING:  Object to the scope.

25   Outside the scope.  Object to form.                   08:23:34
```

                                           Page 667

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  So, again, I don't -- I | 08:23:41 |
| 2 | don't feel like -- like I don't feel this an area | |
| 3 | of expertise of mine, and therefore I -- I don't | |
| 4 | feel able to provide an answer on behalf of the | |
| 5 | company as to specifically what's meant by that -- | 08:23:51 |
| 6 | by that phrase. | |
| 7 | Q.   (By Mr. Loeser)  Mr. Cross, we're going | |
| 8 | to introduce as an exhibit interrogatory responses | |
| 9 | by Facebook. | |
| 10 | MR. LOESER:  And for the record, this is | 08:24:11 |
| 11 | Defendant Facebook, Inc.'s second amended responses | |
| 12 | and objections to plaintiff's fourth set of | |
| 13 | interrogatories. | |
| 14 | It's a long document, and I'm only going | |
| 15 | to ask you questions about specific pages, so | 08:24:26 |
| 16 | there's -- we don't spend a lot of time reviewing | |
| 17 | the 460 pages that are about to become an exhibit. | |
| 18 | MR. SCHWING:  Derek, what's the -- is | |
| 19 | there an exhibit number for this one? | |
| 20 | MR. LOESER:  Yes.  It's Exhibit 128, and | 08:25:09 |
| 21 | the date of the verification for the responses is | |
| 22 | February 11th, 2021.  These were verified by Steven | |
| 23 | Elia and also by the person we've been referring to | |
| 24 | as KP. | |
| 25 | Q.   (By Mr. Loeser)  Mr. Cross, your notes | 08:25:33 |

Page 668

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that you produced following the first day of your | 08:25:34 |
| 2 | testimony referred to Facebook's interrogatories | |
| 3 | responses. | |
| 4 | Do you recall that? | |
| 5 | A.   I don't recall that.  Let me -- let me | 08:25:52 |
| 6 | review.  Can you point to the thing that you're | |
| 7 | referencing there? | |
| 8 | Q.   In your notes? | |
| 9 | A.   Yeah. | |
| 10 | Q.   I can.  I will have to take a moment to | 08:26:17 |
| 11 | go find the notes, but -- but I can do that as | |
| 12 | well.  Bear with us. | |
| 13 | While we're looking for that, have you | |
| 14 | reviewed these signed interrogatories responses | |
| 15 | previously, Mr. Cross? | 08:26:46 |
| 16 | A.   I have -- I have -- I have seen this | |
| 17 | document before, but it's extremely long.  I've -- | |
| 18 | I've looked at some parts of it.  I couldn't say | |
| 19 | I've read every word. | |
| 20 | Q.   And did you have any role in -- in | 08:26:59 |
| 21 | providing these responses? | |
| 22 | A.   No, I do not recall having any -- any | |
| 23 | role in -- in providing these responses. | |
| 24 | MR. LOESER:  We put your Exhibit 335 up. | |
| 25 | THE DEPONENT:  Thank you. | 08:27:18 |

Page 669

```
 1            MR. LOESER:  In reference to your --      08:27:18

 2       Q.   (By Mr. Loeser)  Okay.  Under "Other

 3   Capabilities" at the end of the page, there is a

 4   quotation:  "The vast majority of capabilities that

 5   allowed access to private APIs did not enable        08:27:29

 6   third-party apps to access user data."

 7            That -- that is a statement made in

 8   interrogatories.  Is that where you obtained the

 9   statement?

10       A.   I -- I couldn't confirm where I pulled      08:27:43

11   that statement from.  It's their -- it's their

12   attribution.  If it's -- if it's in the

13   interrogatory responses, it's possible -- it's

14   likely that that's -- that's where I took it from,

15   but I couldn't be 100 percent certain.              08:27:57

16       Q.   Okay.  Thank you for that.

17            We can go to page 63 of the interrogatory

18   responses.

19            And this is -- the numbering Facebook

20   used is a little odd.  This says "Response No. 77."  08:28:16

21   However, if you go back to page 60, this is

22   Facebook's response to interrogatory No. 14.  I'm

23   just saying that for the record.

24            So we're back on Exhibit 128.  We're

25   looking at Facebook's response to interrogatory      08:28:34
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | No. 14, which starts on page 60.  And on page 63, | 08:28:36 |
| 2 | under the heading "Response No. 77," Facebook | |
| 3 | provides a definition for "integration partner." | |
| 4 | So if you could look at the paragraph | |
| 5 | under Response No. 77, and I'll read what matters, | 08:29:03 |
| 6 | and then we can look at some more specific | |
| 7 | responses here. | |
| 8 | Facebook writes "'Business partners' is | |
| 9 | not a term of art used within Facebook used to | |
| 10 | describe third parties to whom Facebook outsourced | 08:29:18 |
| 11 | the time, labor, and money required to build | |
| 12 | Facebook's platform from different devices and | |
| 13 | operating systems pursuant to integration | |
| 14 | partnerships. | |
| 15 | "To avoid confusion, Facebook will refer | 08:29:31 |
| 16 | to these entities as 'integration partners.' | |
| 17 | Facebook's integration partners are companies | |
| 18 | Facebook engaged to build integrations for a | |
| 19 | variety of devices, operating systems, and other | |
| 20 | products where Facebook and its partners wanted to | 08:29:45 |
| 21 | offer people a way to receive Facebook or Facebook | |
| 22 | experiences.  These integrations were built by | |
| 23 | Facebook partners for Facebook users that are | |
| 24 | approved by Facebook, and they included." | |
| 25 | Did I read that accurately? | 08:29:58 |

Page 671

```
 1        A.   I think you read that accurately.        08:30:00

 2        Q.   Okay.  And there are --

 3             MR. SCHWING:  I'm sorry, Mr. Loeser.

 4   Just this is another document that wasn't

 5   identified for this session.                       08:30:07

 6             So, Mr. Cross, I know it's a long

 7   document.  You certainly don't need to look at the

 8   whole thing.  But I think it's appropriate for you

 9   to take a look at it and make sure for -- you're

10   ready to testify on it.                            08:30:20

11             You know, let's not take too long, but do

12   please take a look and then can you answer

13   questions about it.

14             MR. LOESER:  Why don't we go off the

15   record for a second.                               08:30:34

16             MR. SCHWING:  Okay.

17             THE VIDEOGRAPHER:  Okay.  Off the record.

18   It's 8:48 p.m.

19             (Recess taken.)

20             THE VIDEOGRAPHER:  We're back on the      08:45:55

21   record.  It's 9:04 p.m.

22             (Discussion off the stenographic record.)

23        Q.   (By Mr. Loeser)  Okay.  So back on the

24   interrogatory responses and looking at page 63, and

25   Facebook has defined "integration partners" in this  08:47:11
```

Page 672

```
 1    response, and it gives four examples of integration    08:47:14

 2    partners that are reflected in the bullets on this

 3    page and the following pages.

 4          And those four examples are

 5    "Facebook-branded apps, social networking service     08:47:23

 6    hubs, syncing integrations, and USSD services."

 7          Are there other types of integration

 8    partners at Facebook?

 9          MR. SCHWING:  Outside the scope.

10          THE DEPONENT:  I'm not sure if -- I'm not     08:47:45

11    if there -- if there are other things that may have

12    been called "integration partners" at various

13    times.  So I'm -- I'm not -- I'm not sure, I'm

14    afraid.

15       Q.  (By Mr. Loeser)  Is -- does Facebook have    08:48:01

16    the -- what does Facebook mean by "integration

17    partner"?

18          MR. SCHWING:  Outside the scope.

19          THE DEPONENT:  So I'm -- "integration

20    partners" is defined here.  But I think -- I'm not    08:48:20

21    able to give a definition beyond what's in this --

22    in this document.

23       Q.  (By Mr. Loeser)  Okay.  Are there any

24    other types of partner that you consider or that --

25    strike that.                                          08:48:35
```

                                              Page 673

HIGHLY CONFIDENTIAL

```
 1              Are there any types of partners that        08:48:35

 2    Facebook considers an integration partner other

 3    than what's listed in this interrogatory response?

 4              MR. SCHWING:  Object to the form.

 5    Outside the scope.                                    08:48:46

 6              THE DEPONENT:  So I think it -- in terms

 7    of like Facebook's definition of it, I think it's

 8    hard -- hard for me to give anything.  I don't feel

 9    I'm able to give anything beyond -- beyond what's

10    in this document.                                     08:49:01

11              What I can say, though, more generally is

12    you -- at various times, any integration -- an app

13    that uses the Facebook developer platform could be

14    termed an integration, and there were entities that

15    would be referred to as -- as -- as partners that     08:49:19

16    had integrations that might not meet the -- the

17    definition "integration partners" as per this --

18    this document.

19              So it's just -- just in terminology used,

20    I think there is a way to interpret that more         08:49:37

21    broadly.

22        Q.   (By Mr. Loeser)  Okay.  So what types of

23    partners would you add to this list if you were to

24    include those that we just mentioned?

25              MR. SCHWING:  It's outside the scope.        08:49:54
```

Page 674

HIGHLY CONFIDENTIAL

```
 1    It's vague.                                    08:49:55

 2           THE DEPONENT:  Yeah, I wouldn't -- I

 3    don't think I can give a -- a Facebook

 4    determination of -- of a company like determination

 5    of -- of an answer to that question.            08:50:06

 6           But, again, kind of a personal

 7    perspective with my experience working on this

 8    stuff, I might -- I might have used the phrase

 9    "integration partner" or "partner integration" or

10    "partner" or "integration" to at times refer to    08:50:25

11    other applications that were integrated with

12    Facebook that weren't on this -- on this definition

13    list.

14        Q.   (By Mr. Loeser)  Is every integration

15    partner under contract with Facebook?             08:50:46

16        A.   When you say --

17           MR. SCHWING:  Yeah, sorry.

18           Objection.  It's vague.  Outside the

19    scope.

20           THE DEPONENT:  When you say "integration    08:50:57

21    partner," do you mean integration partners as -- as

22    defined in this document?

23        Q.   (By Mr. Loeser)  I mean integration

24    partners as that term is used by Facebook.

25           MR. SCHWING:  Objection.            08:51:13
```

Page 675

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah, no --            08:51:14

 2              MR. SCHWING:  Vague and outside the

 3     scope.

 4              Mr. Cross, I know this is challenging.

 5     It's also getting late in the day for you.  But   08:51:17

 6     just give me a second to -- to state an objection.

 7     Thank you.

 8              THE DEPONENT:  Of course.  My apologies.

 9              I -- I don't know whether or not every --

10     every entity determined here as integration        08:51:34

11     partners has a contract with Facebook, I'm afraid.

12         Q.   (By Mr. Loeser)  Let's go to the next --

13     if you go to page 65, you'll see that -- I'll start

14     at the bottom of page 64.

15              Facebook writes "Below is a list of        08:51:51

16     Facebook's integration partners during the relevant

17     time period asserted by plaintiffs.  For

18     information related to the period during which each

19     integration partner was active, Facebook directs

20     plaintiffs to Facebook's responses to Interrogatory  08:52:05

21     No. 15.  The lack of an access revocation date does

22     not signify that such access was never revoked or

23     otherwise terminated."

24              Do you see that language?

25         A.   I see that, yeah.                          08:52:19
```

Page 676

HIGHLY CONFIDENTIAL

1      Q.   And then do you see over pages 65 and 66          08:52:20

2   and 67 a list of entities that Facebook has

3   identified as integration partners?

4      A.   I see that list of entities that Facebook

5   has identified as integration partners in this          08:52:37

6   document, yes.

7      Q.   Okay.  And just is -- as Facebook's

8   corporate designee, can you tell me whether this

9   list is a complete list of all of Facebook's

10  integration partners?                                   08:52:50

11          MR. SCHWING:  Outside of the scope.

12          THE DEPONENT:  I can't comment on

13  what's -- what's beyond what's in this document.  I

14  think this defines "integration partners" a certain

15  way and than -- and than gives a list, and I don't      08:53:08

16  think I have anything I can add beyond that.

17     Q.   (By Mr. Loeser)  Did all of these

18  integration partners have access to friend data

19  through private APIs?

20     A.   I don't know if all of these entities had      08:53:28

21  access to -- to friends data through private APIs.

22     Q.   Facebook knows the answer to that

23  question, right?

24     A.   I -- I'm not sure if Facebook knows

25  whether or not each of these had access to friend       08:53:52

Page 677

HIGHLY CONFIDENTIAL

```
 1    data.  It's -- it's possible Facebook knows, but        08:53:55

 2    I -- I'm not sure of how -- of giving sort of an

 3    answer to that question.

 4         Q.   Okay.  Let's look at page 68, which has

 5    Interrogatory No. 15.                                    08:54:14

 6              And you'll see that on page 72 -- again

 7    you'll have to -- I'll represent to you that

 8    despite the numbering on page 72 which says

 9    Response No. 78, this is Facebook's response to

10    Interrogatory No. 15.  And I'll read the first          08:54:43

11    paragraph here and then I have a few questions to

12    ask you.

13              This states:  "With regard to the APIs

14    Facebook's integration partners had access to,

15    Facebook has provided a table identifying by            08:54:59

16    integration partner the APIs that may have allowed

17    each integration partner to query (but were not

18    necessarily -- but would not have necessarily

19    returned) endpoints associated with users friends'

20    data fields during the relevant time period, their     08:55:18

21    associated apps, the date ranges during which they

22    were active, and the data fields associated with

23    the APIs they had access to."

24              Did I read that correctly?

25         A.   You read that correctly.                      08:55:30
```

Page 678

HIGHLY CONFIDENTIAL

1       Q.   Now, where this says that the APIs that        08:55:34

2    may have allowed each integration partner to query,

3    but would not have necessarily returned

4    endpoints --

5            Do you see that?                                08:55:45

6       A.   I see that language.

7       Q.   Does Facebook have information on whether

8    particular data fields available to apps were

9    actually accessed or collected by apps?

10           MR. SCHWING:  Objection.  Vague.                08:55:58

11           THE DEPONENT:  Can you help me understand

12    the -- the time period you're referring to here?

13       Q.   (By Mr. Loeser)  Let's talk about the

14    time period 2015 to the present.

15       A.   So my understanding is that today,            08:56:16

16    Facebook has a way of determining which information

17    has been queried and emitted to apps, but that

18    system came into existence in around 2020.  Prior

19    to that, Facebook had an understanding of which

20    APIs were being called by -- by a given              08:56:48

21    application, so which API -- specific APIs were

22    being called, but -- but not necessarily whether or

23    not that emitted friend -- friend information.

24       Q.   And as to the -- what APIs were called,

25    is that information that was logged by Facebook?       08:57:11

                                                    Page 679

HIGHLY CONFIDENTIAL

```
 1    Prior to the changes in 2020, which sounds like        08:57:12

 2    provided more -- more information, but in the prior

 3    iteration when Facebook's -- sounds like storage

 4    was limited to identifying what APIs were called,

 5    is that information that was logged?                    08:57:32

 6         A.   Yes, there were mechanisms in place to --

 7    to log API calls being made by applications.  But

 8    exactly what was logged and the retention of

 9    those -- those logs is -- is -- is complicated to

10    explain and -- and not something I can fully           08:57:53

11    explain.

12         Q.   And is it your understanding that the

13    logging was somehow incomplete previously?

14              MR. SCHWING:  Objection.  Vague.

15              THE DEPONENT:  When you say "previously,"     08:58:10

16    do you mean before 2020?

17         Q.   (By Mr. Loeser)  Right.

18         A.   I -- the -- the -- my point is around

19    the -- the retention time window.  So my

20    understanding is API hits were logged, but the --      08:58:28

21    the amount of -- the -- the time for which they

22    were retained was -- is -- is variable.

23         Q.   And do you have a general understanding

24    of the time -- what was Facebook's retention policy

25    for that information?                                  08:58:48
```

Page 680

```
 1              MR. SCHWING:  Outside the scope.        08:58:52

 2              THE DEPONENT:  I don't know what

 3    Facebook's retention policy was for -- for that

 4    information.  There were various ways in which that

 5    information was -- was stored and aggregated and      08:59:04

 6    retain over time.

 7        Q.   (By Mr. Loeser)  And you said that the --

 8    what information was emitted was not necessarily

 9    tracked prior to 2020.  Was it ever tracked?

10              MR. SCHWING:  Object to form.             08:59:21

11              THE DEPONENT:  My understanding is there

12    were mechanisms in place that could be used to

13    track what information was emitted, but they

14    were -- they had to be set up specifically for --

15    for specific applications for a specific time due    08:59:41

16    to the volumes of information that -- that that

17    would entail.

18        Q.   (By Mr. Loeser)  And were there instances

19    in which that was set up for specific apps for

20    specific times?                                      08:59:55

21        A.   I don't know whether or not that

22    information was logged for -- for specific apps for

23    specific times.  I'm -- I'm not aware of the

24    specifics.

25        Q.   And who would you ask to answer that       09:00:10
```

HIGHLY CONFIDENTIAL

```
 1   question?                                    09:00:11

 2        A.   I would attempt to speak to someone on

 3   the platform engineering team to -- to determine if

 4   there is -- was such a facility and if there are

 5   records of when it was used.                 09:00:27

 6        Q.   You used the expression "source of truth"

 7   before.  Is there a person who would be the source

 8   of truth for that information.

 9             MR. SCHWING:  Calls for speculation.

10             THE DEPONENT:  Excuse me.           09:00:41

11             There's likely no one person that's the

12   source of truth.  There are people that have

13   knowledge of how these systems worked who might be

14   able to shed light on it.  So I think that's -- the

15   best we'd have.                              09:01:00

16        Q.   (By Mr. Loeser)  Okay.  Now, post 2020,

17   you testified that there's a system that does track

18   the information that is emitted to APIs for third

19   parties; is that right?

20        A.   That's my understanding --         09:01:14

21             MR. SCHWING:  Hold on --

22             THE DEPONENT:  I keep doing that.  Sorry,

23   Austin.  You go.

24             MR. SCHWING:  I think it misstates his

25   testimony -- well, it may mistake his testimony.    09:01:23
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              If you could ask that question again just     09:01:25

 2    to make sure it's clear, that would be very

 3    helpful, I think.

 4              MR. LOESER:  I'll just ask another

 5    question.                                              09:01:33

 6        Q.   (By Mr. Loeser)  So for those -- so post

 7    2020, there are apps that -- I'm sorry.  There are

 8    APIs that emit some friend data; is that right?

 9        A.   I don't -- I can't comment on which APIs

10    exist post 2020 and the information that's emitted.    09:01:54

11        Q.   Facebook knows whether there are APIs

12    post 2020 that emit friend data?

13        A.   My understanding is that --

14              Can you help me understand what you mean

15    by "friend data"?                                      09:02:10

16        Q.   Data about users' friends.

17        A.   When you say "data about users' friends,"

18    could you -- could you be more specific?

19        Q.   I feel like we've had this conversation.

20    But I'm asking about Facebook's understanding of       09:02:27

21    the term "friend data," which is used repeatedly

22    and extensively throughout Facebook's records.

23              And I'm simply asking you in the system

24    that became operative in 2020 if Facebook can

25    identify those APIs that emit friend data, using      09:02:44
```

Page 683

1    Facebook's definition of "friend data."                09:02:50

2            MR. SCHWING:  Object to form.

3            THE DEPONENT:  My understanding is there

4    is a system in place that allows Facebook to know

5    what information is being emitted to applications      09:03:04

6    and which users are included -- which users'

7    information is included in those -- those API

8    responses.

9            MR. LOESER:  Flip forward many pages in

10   these interrogatories to page 355.  And you'll see     09:03:25

11   that Interrogatory No. 27 is -- asks Facebook to

12   "identify by name and time period all third parties

13   to whom Facebook granted whitelisted access, the

14   time period of the grant of whitelisted access, and

15   the third parties for which such access was            09:03:54

16   granted."

17           Do you see that?

18       A.   Yeah.  Can you just give me a few minutes

19   to read around this -- this area.

20       Q.   Sure.                                          09:04:03

21       A.   Okay.  Sorry.

22           Do you -- do you have a question?

23           (Discussion off the stenographic record.)

24       Q.   (By Mr. Loeser)  So I'm referring you to

25   page -- the page we're looking at, 358.  I'm going     09:05:39

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to read the first paragraph.  The first -- second | 09:05:43 |
| 2 | paragraph below response No. 87. | |
| 3 | Facebook indicates "The first list below | |
| 4 | consists of apps that requested and were given | |
| 5 | permission by the app user to access friend | 09:05:55 |
| 6 | permissions at some point during the app's | |
| 7 | existence and were given a one-time extension | |
| 8 | allowing them to continue to access the field | |
| 9 | available through Graph API v1 (potentially | |
| 10 | including friend data) after the deprecation of | 09:06:10 |
| 11 | Graph API v1 in May 2015.  These extensions were | |
| 12 | for less than six months with the exception of one | |
| 13 | company, which received an extension until | |
| 14 | January 2016." | |
| 15 | Do you see that? | 09:06:23 |
| 16 | A.   I see that. | |
| 17 | Q.   So Graph API version 1 was deprecated in | |
| 18 | May of 2015; is that right? | |
| 19 | A.   Facebook began removing access to Graph | |
| 20 | AP v1 for applications beginning in April 2015, and | 09:06:41 |
| 21 | that process continued for -- for most applications | |
| 22 | into -- into May 2015, as I -- as I understand it, | |
| 23 | yes. | |
| 24 | Q.   And so if an extension went past | |
| 25 | December 2015, the extension must have been for | 09:07:00 |

Page 685

HIGHLY CONFIDENTIAL

1    more than six months after Graph API version 1 was      09:07:03

2    implemented, right?

3         A.   Sorry.  Can you say that again.

4         Q.   Sure.

5              You just indicated that the -- the          09:07:15

6    deprecation occurred in May of 2015.  That's when

7    that process was completed.

8              This answer indicates that extensions

9    were for less than six months with one exception,

10   and I'm just trying to understand the timeline.       09:07:29

11             So if you go to December of 2015, that's

12   more than six months after May of 2015; is that

13   right?

14        A.   December is -- December 2015 is more than

15   six months after May 2015, yes.                       09:07:43

16        Q.   Okay.  So any extension that lasted past

17   December of '15 must have been more than six

18   months, right?

19        A.   I think -- I think that -- that's true,

20   yes.                                                  09:08:01

21        Q.   Let's take a look at -- if you will note

22   that starting on page 360 is the list referred to

23   in the paragraph I just read, and it's many, many

24   pages.  But I'll just have you pick any page,

25   frankly.  Let's take this page.                       09:08:19

                                                          Page 686

HIGHLY CONFIDENTIAL

```
 1              And if you look at the headers across the      09:08:21

 2    top, there's -- there's a column for "Entity."

 3              Do you see that?

 4       A.   I see that.

 5       Q.   And then "app name."                             09:08:33

 6              Do you see that?

 7       A.   I see that.

 8       Q.   And "app creation date."

 9              Do you see that?

10       A.   I see that.                                      09:08:39

11       Q.   And then "access end date."

12              Do you see that?

13       A.   I see that.

14       Q.   And then "friend permissions."

15              Do you see that?                               09:08:48

16       A.   I see that.

17       Q.   So I won't make you count them myself, so

18    you'll have to take my word, but I've gone through

19    this entire list and I've counted 15 different apps

20    for which the extension lasted beyond 2015.             09:09:01

21              As Facebook's corporate designee, could

22    you please explain to why this rog states there's

23    only one app that had an extension longer than six

24    months when, based on the information provided, it

25    appears that there were at least 15 apps that had       09:09:17
```

Page 687

```
 1    extensions for more than six months?              09:09:20

 2            MR. SCHWING:  Object to the scope.

 3    Object to form.

 4            THE DEPONENT:  I don't -- I don't -- I'm

 5    not able to -- to -- to -- I don't feel I can     09:09:31

 6    answer that question.  I'm not sure how this

 7    information was -- was pulled or -- what it's

 8    referring to or any -- or the caveats that may

 9    be -- may be behind it.

10        Q.   (By Mr. Loeser)  Let's just pick one     09:09:47

11    example on page 360.  If you look at "Activision/

12    Bizarre Creations."

13            Do you see that?

14        A.   I see that.

15        Q.   It says "app creation date 2009-11-13."  09:10:06

16            Do you see that?

17        A.   I see that.

18        Q.   It says "access end date 2018-6-22."

19            Do you see that?

20        A.   I see that.                              09:10:23

21        Q.   So that's access to these friend

22    permissions that was more than six months after the

23    deprecation of those permissions; is that right?

24            MR. SCHWING:  Outside the scope.  Object

25    to form.                                          09:10:35
```

                                        Page 688

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  I -- as I say, like I'm        09:10:38

 2    not an expert in -- in how this information was

 3    pulled or -- or the caveats behind it or the -- or

 4    the precise formulation of -- of the end date and

 5    how that was determined, and so I don't feel I can      09:10:52

 6    give an answer to that question, I'm afraid.

 7         Q.   (By Mr. Loeser)  Why did Facebook allow

 8    access to friend permissions for a number of these

 9    apps into 2018?

10              MR. SCHWING:  Object to form.  Outside        09:11:11

11    the scope.

12              THE DEPONENT:  As I say, I'm -- I'm not

13    sure as -- as I don't know exactly how this list

14    was -- was pulled together and the caveats behind

15    the data, and so I'm -- I'm not sure I can give an      09:11:24

16    answer to that question, I'm afraid.

17         Q.   (By Mr. Loeser)  How did Facebook

18    determine whether and for how long to grant each of

19    the extensions identified on this list that lasted

20    more than six months?                                  09:11:38

21              MR. SCHWING:  Same objections.

22              THE DEPONENT:  Again, I'm not sure how

23    each of these extensions was -- was granted and why

24    the access end date is listed here is beyond --

25    beyond the six months or 12 months previously          09:12:01
```

HIGHLY CONFIDENTIAL

```
 1    referred.                                              09:12:03

 2         Q.   (By Mr. Loeser)  What did you do as

 3    Facebook's corporate designee to understand the

 4    reasons why for a number of the apps on this list

 5    the extensions lasted more than six months?          09:12:16

 6              MR. SCHWING:  Object to scope.  Object to

 7    form.

 8              THE DEPONENT:  I spoke to -- I reviewed

 9    these -- these documents and I spoke to some of the

10    engineers in -- involved in how the platform was --  09:12:38

11    how whitelists were applied.  And that's what I did

12    to prepare for this.

13         Q.   (By Mr. Loeser)  Those efforts didn't

14    provide you with the information needed to answer

15    the questions I have asked about why these           09:12:58

16    extensions lasted longer than six months, right?

17              MR. SCHWING:  Same objections.

18              THE DEPONENT:  As I say, I tried like --

19    I -- I don't have with me today an understanding

20    of -- of why the access end date is listed in 2018  09:13:19

21    for some of these applications.  So no, I don't

22    feel I can explain why that's listed in that column

23    here.

24         Q.   (By Mr. Loeser)  Let's go to page 372.

25    And this page identifies the second list that was    09:13:36
```

Page 690

HIGHLY CONFIDENTIAL

```
 1    referenced in Facebook's response to interrogatory      09:13:42

 2    No. 27, and I will read the description of the list

 3    at the top, and then I have a few questions for

 4    you.

 5              This states:  "The second list below          09:13:52

 6    consists of third-party applications that had

 7    access to capabilities which were associated with

 8    private APIs that may have allowed third-party

 9    application developers to query end points

10    associated with data fields associated with a          09:14:10

11    user's friends after the transition to Graph API

12    v2."

13              Did I read that correctly?

14         A.   I -- you did read that correctly.

15              Can I have a few minutes to -- to            09:14:23

16    understand the context here?

17         Q.   Yes, of course.

18              MR. SCHWING:  Derek, would you remind me

19    what page you were reading from?

20              MR. LOESER:  I was reading from page 372.     09:14:36

21              MR. SCHWING:  Thank you.

22              THE DEPONENT:  Okay.  I've had a chance

23    to read now.  Thank you.

24         Q.   (By Mr. Loeser)  Okay.  Sure.

25              And so the description I just read is          09:15:46
```

Page 691

```
 1    broken down into -- the list has several different      09:15:56

 2    types of partner on it, and I'm just looking at

 3    page 372.  This list includes integration partners.

 4            Do you see that?

 5       A.   I see that, yeah.                                 09:16:15

 6       Q.   And it includes business integrations.

 7            Do you see that?

 8       A.   I see that too, yeah.

 9       Q.   What's the difference between a

10    integration partner and a business integration?         09:16:25

11            MR. SCHWING:  Outside the scope.

12            THE DEPONENT:  I'm not sure I can provide

13    anything more than -- is more than is included

14    here.  Integration partners use private APIs to

15    provide Facebook's services to users.                    09:16:47

16       Q.   (By Mr. Loeser)  And by --

17       A.   As an example.

18       Q.   I'm sorry.

19       A.   The example provided there is the

20    Facebook app on BlackBerry devices.                      09:16:58

21       Q.   Okay.  Previously you mentioned

22    integration partners or partners that had access to

23    the developer platform, right?

24            MR. SCHWING:  Misstates testimony.

25    Object to form.                                          09:17:13
```

Page 692

```
 1              THE DEPONENT:  I would term any -- any      09:17:19

 2     app that was using the Facebook developer platform

 3     in -- in my explanation there, the Facebook

 4     developer platform refers to the APIs and services

 5     that were available to third-party developers, and    09:17:34

 6     so integration partners would be using the -- the

 7     Facebook developer platform.

 8         Q.   (By Mr. Loeser)  And do business

 9     integrations use the Facebook developer platform?

10         A.   Yes, I think it would be fair to say         09:17:50

11     business integration use the Facebook developer

12     platform.

13         Q.   Do media integrations use the Facebook

14     developer platform?

15         A.   I'm not sure what's meant by "media          09:18:04

16     integrations" here, but there may have been APIs

17     made available through the Facebook developer

18     platform for -- for media organizations.

19         Q.   And do search integrations use the

20     Facebook developer platform?                          09:18:20

21         A.   Again, I -- I would term that if they're

22     using APIs that that would be a part of the

23     Facebook developer platform.

24         Q.   And do beta test APIs use the Facebook

25     developer platform?                                   09:18:41
```

```
 1          A.   Yes, I -- I would term, again, here that    09:18:44

 2     if -- if it's an API that's -- that's made

 3     available by the Graph API, then I would have

 4     considered that to be the Facebook developer

 5     platform.                                             09:18:57

 6          Q.   If you go the next page.

 7               Do specialized consumer experiences use

 8     the Facebook developer platform?

 9          A.   Again, here I'm -- the Facebook developer

10     platform is a -- a term that I'm using here.  I'm     09:19:12

11     not sure it's been defined anywhere -- anywhere

12     else.  So it's a term that I'm using here.

13               So this -- these, to me, would include

14     things that -- that use the Facebook developer

15     platform, yes.                                        09:19:34

16          Q.   Okay.  And -- so what is the distinction

17     from Facebook's perspective between integration

18     partners and business integrations?

19               MR. SCHWING:  Outside the scope.  Object

20     to form.                                              09:19:51

21               THE DEPONENT:  I'm not confident in --

22     like I am not sure I can shed light on that beyond

23     what the definitions are -- are here.  Integration

24     partners are -- a defined -- defined in this

25     document and listed here, and business integrations   09:20:12
```

Page 694

HIGHLY CONFIDENTIAL

1    would be things other than those.                    09:20:18

2        Q.   (By Mr. Loeser)  Does Facebook, the

3    company, have a -- an understanding of the

4    difference between integration partners and

5    business integrations?                               09:20:30

6            MR. SCHWING:  Outside the scope.  Object

7    to form.

8            THE DEPONENT:  I'm not sure I can answer

9    that on behalf of the company beyond what's listed

10   here.  Integration partners have been -- a          09:20:45

11   well-defined -- or defined in this document, but

12   business integrations is -- is defined here with

13   some illustrative examples.

14       Q.   (By Mr. Loeser)  So the list that's

15   provided after this information about different      09:20:59

16   types of partners covers pages 377 to 460, and

17   these are "all of the -- all third-party

18   applications that had access to capabilities which

19   were associated with private APIs that may have

20   allowed third-party application developers to query  09:21:24

21   endpoints associated with data fields associated

22   with the users' friends after the transition of

23   Graph API version 2."

24           And you see if we go to page 377, at the

25   top there's a header line, and the first entry is    09:21:39

Page 695

```
1      "name of application whitelisted for capability."        09:21:43

2            Do you see that?

3      A.   I see that.

4      Q.   And there's a "capability name" column?

5      A.   I see that.                                           09:21:52

6      Q.   "Associated data."

7            Do you see that?

8      A.   I see that.

9      Q.   And then "date access granted."

10           Do you see that?                                     09:21:59

11     A.   I see that.

12     Q.   "Date accessed revoked"?

13     A.   I see that.

14     Q.   And then it says "used since

15     October 2014."                                             09:22:06

16           Do you see that?

17     A.   I see that.

18     Q.   And the last column is "10 or fewer

19     installs."

20           Did I read that accurately?                          09:22:13

21     A.   You read that accurately.

22     Q.   So where was the information obtained

23     from to populate this list?

24           MR. SCHWING:  Object to outside the

25     scope.                                                     09:22:29
```

                                                    Page 696

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  I do not -- I don't know | 09:22:32 |
| 2 | specifically where the information -- like how -- | |
| 3 | how this table was populated, but what -- what I | |
| 4 | can say more generally is that because this lists | |
| 5 | capabilities, then the capability tool would have | 09:22:47 |
| 6 | been involved in -- in pulling this data. | |
| 7 | Q.   (By Mr. Loeser)  And after 2020, was the | |
| 8 | capability tool updated to have any information | |
| 9 | about whether the API actually emitted data that | |
| 10 | the capabilities provided access to? | 09:23:07 |
| 11 | A.   Sorry.  Can you -- can you just ask that | |
| 12 | again, because there's a detail in there I think | |
| 13 | matters. | |
| 14 | Q.   You mentioned that in 2020, a tool was | |
| 15 | implemented that allowed Facebook to track data | 09:23:19 |
| 16 | that was emitted by APIs, not just whether the API | |
| 17 | was accessed, right? | |
| 18 | A.   My understanding is that in -- in 2020 a | |
| 19 | tool was built that tracks what information is | |
| 20 | emitted to -- to applications on the Facebook | 09:23:37 |
| 21 | platform. | |
| 22 | Q.   And what is that tool called? | |
| 23 | A.   I'm not sure what -- what the tool is | |
| 24 | called, but the -- my understanding is that the -- | |
| 25 | the tables are called the "Did tables." | 09:23:55 |

Page 697

HIGHLY CONFIDENTIAL

```
 1        Q.   Could you spell that?                    09:24:00

 2        A.   "Did," as in D-I-D.

 3        Q.   Okay.  And where are those tables

 4   maintained?

 5        A.   Sorry.  When you say "where," do you mean   09:24:10

 6   physically or in which system?  How do you mean

 7   "where"?

 8        Q.   Are they Hive tables, or are they some

 9   other type of table?

10        A.   My understanding is that they -- they      09:24:23

11   are -- they are stored in Hive, yes.

12        Q.   And could you query those tables to

13   identify any apps that emitted friend data?

14        A.   I couldn't query those tables, no.

15        Q.   Could somebody at Facebook query those     09:24:38

16   tables for that information?

17        A.   I presume so.  The tables exist, and some

18   people at the company would have -- have the

19   ability to query them.

20        Q.   If you had an apps user's ID or a          09:24:54

21   Facebook's user's ID, could you associate that

22   Facebook user with the friend data in that table?

23        A.   I'm not familiar with -- with a precise

24   schema of those tables and how they work, so I

25   don't want to speculate as to what is and isn't     09:25:12
```

Page 698

HIGHLY CONFIDENTIAL

```
1    possible in using them.                              09:25:16

2         Q.   Now, as we saw, this list that covers

3    pages 377 to 360 has a whole lot of apps

4    identified.  And when Facebook created these lists

5    in response to interrogatories 15 and interrogatory  09:25:35

6    27, did Facebook include entities that had access

7    to friend data through the Events API or the Pages

8    API or the Groups API or the Social Contexts API,

9    taggable friends, invitable friends, and user

10   posts?                                               09:25:56

11            MR. SCHWING:  Objection.  Outside the

12   scope.  Object to form.

13            THE DEPONENT:  I'm not sure what -- I'm

14   not able to comment on what was and was not

15   included to -- to produce these -- these outputs.    09:26:07

16        Q.   (By Mr. Loeser)  Okay.  So if those APIs

17   had been included, would you expect to see them

18   identified somewhere in this list?

19            MR. SCHWING:  Same objection.

20            THE DEPONENT:  This list lists             09:26:23

21   capabilities specifically, as I understand it.  And

22   so this is a list of capabilities that were deemed

23   by the authors of this document to potentially emit

24   friend data.

25        Q.   (By Mr. Loeser)  Okay.  This is a list,    09:26:47
```

Veritext Legal Solutions
866 299-5127

```
 1   according to the description, of "third-party        09:26:48

 2   applications that had access to capabilities which

 3   were associated with private APIs that may have

 4   allowed third-party application developers to query

 5   endpoints associated with data field associated       09:27:00

 6   with the user's friends," right?

 7            MR. SCHWING:  Outside the scope.

 8            THE DEPONENT:  I'm -- I'm sorry.  Not

 9   following where you reading that from.

10       Q.   (By Mr. Loeser)  I'm back on page 372,       09:27:20

11   the description of the list.

12       A.   Cool.  Yeah.  Thank you.

13       Q.   Okay.  And that description, "third-party

14   applications that had access to capabilities which

15   were associated with private APIs that may have       09:27:37

16   allowed third-party application developers to query

17   endpoints associated with data fields associated

18   with the user's friends after the transition to

19   Graph API v2."

20            Do you see that description?                 09:27:51

21       A.   I see that description, yes.

22       Q.   And that description would apply to, for

23   example, the Groups API, right?

24            MR. SCHWING:  Outside the scope.

25            Go ahead.                                    09:28:01
```

Page 700

```
 1            THE DEPONENT:  So this is referring to      09:28:04

 2   private APIs or capabilities that gate private

 3   APIs.  And I'm not sure when this list was -- was

 4   pulled, but the Groups API was -- was not a private

 5   API.                                                  09:28:20

 6       Q.   (By Mr. Loeser)  And --

 7            So it was a public API?

 8       A.   My understanding is that there was a

 9   Groups and is a Groups API that was generally

10   available to -- to developers on the Facebook        09:28:41

11   developer platform.

12       Q.   What about the social context API?  Is

13   that publicly available?

14       A.   The social context API was publicly

15   available.  It was -- it was later deprecated.  I    09:28:54

16   don't have the specific dates of that deprecation.

17       Q.   Okay.  So did it become a private API

18   after that?

19            MR. SCHWING:  Object to form.

20            THE DEPONENT:  I don't know how -- the       09:29:06

21   mechanism by which the social context API was

22   deprecated.

23       Q.   (By Mr. Loeser)  Has it been completed at

24   any point?

25       A.   Sorry.  I'm pausing to make sure -- give    09:29:20
```

Page 701

HIGHLY CONFIDENTIAL

```
1    Austin time if he wants to interject.              09:29:22

2           I -- my -- I -- I can't confirm.  My --

3    completely.  My understanding that it has been

4    completely deprecated and no longer exists in any

5    form, but I'm not 100 percent sure of that.        09:29:34

6       Q.   Okay.  And I read a list of different

7    APIs, and I'm going to read them again and you can

8    tell me if any of them fit the description for

9    what's supposed to be on this list.

10          You mentioned the Groups API and you say     09:29:49

11   it's not a private API, so it wouldn't be on this

12   list.

13          The Pages API?

14          MR. SCHWING:  I'm going to object that

15   it's outside of the scope of the deposition.        09:30:00

16          THE DEPONENT:  Yeah, I think this is --

17   this going to be complicated, because there's --

18   again, trying to helpful here.  A phrase like "the

19   Pages API" could mean many different things.  There

20   are -- there are capabilities which modify the      09:30:17

21   behavior of each of these APIs, and there are --

22   they're -- they're affected by permissions in

23   different ways.

24          So I'm just adding that caveat, given the

25   questions you --                                     09:30:33
```

Page 702

HIGHLY CONFIDENTIAL

```
 1          Q.   (By Mr. Loeser)   Let me try and make this      09:30:35

 2    really simple.

 3               Facebook has created lists that

 4    supposedly show all of the APIs and all of the apps

 5    that got access to friend data, and I'm trying to      09:30:44

 6    understand if, when Facebook created those lists,

 7    it also included the series of APIs that you've

 8    testified about that were not -- that didn't have

 9    the word "friends" in them but also made friend

10    data available.                                        09:31:02

11               And is there a list here or can -- well,

12    let's start with that.

13               Is there any list provided by Facebook to

14    date that identifies the apps that had access to

15    these other APIs that we've talked about that        09:31:16

16    emitted friend data?

17               MR. SCHWING:   Object to form.   Outside

18    the scope.

19               THE DEPONENT:   So my understanding is

20    that these responses here are focused on either      09:31:28

21    private APIs that may have emitted friend data or

22    the friend permissions and the apps that had access

23    too friend permissions.

24          Q.   (By Mr. Loeser)   And so the APIs that

25    emit friend data that don't fall into those two      09:31:44
```

Page 703

HIGHLY CONFIDENTIAL

1    categories are not covered by the disclosures made        09:31:46

2    by Facebook to date; is that right?

3              MR. SCHWING:  Outside the scope of this

4    deposition.  Object to the form of the question.

5              THE DEPONENT:  I don't know what's              09:32:03

6    been -- what information -- I don't know the

7    totality of the information that's been provided to

8    date, so it's hard -- hard for me to comment on --

9    on that.

10             The -- the information contained here is        09:32:12

11   focused on the -- the friend permissions and the

12   private APIs that may have enabled access to

13   additional friends information.

14        Q.   (By Mr. Loeser)  Okay.  So if the

15   plaintiffs in this case asked Facebook to provide a      09:32:27

16   list of all of the -- any other API that emitted

17   friend data that was not already covered by the

18   list we've just gone through, that is something

19   Facebook could do, right?

20             MR. SCHWING:  Outside the scope.  Object        09:32:42

21   to the form.

22             THE DEPONENT:  I'm not able to comment on

23   what -- on what Facebook can or can't do, given the

24   APIs and the -- the data retention information that

25   exists.  So it's hard for me to -- to know and         09:32:57

Page 704

HIGHLY CONFIDENTIAL

1    answer without whether or not that would be          09:33:00

2    possible.

3         Q.   (By Mr. Loeser)  Mr. Cross, are all of

4    the -- the apps identified on this list cover or

5    covering pages 377, 460 considered strategic use     09:33:18

6    cases?

7              MR. SCHWING:  Outside the scope.  Object

8    to form.

9              THE DEPONENT:  As we've talked about

10   here, there's -- there's no standard or formal       09:33:37

11   definition for -- for what's considered a strategic

12   use case or a strategic partner.  So I -- I -- so

13   your question was -- sorry.  Ask -- I think your

14   question was is everything on this list considered

15   a strategic partner; is that --                      09:33:56

16        Sorry.  Let me say:  Can you ask your

17   question again, please?  Thanks.

18        Q.   (By Mr. Loeser)  Are all the apps

19   identified on this list considered a strategic use

20   case?                                                09:34:09

21             MR. SCHWING:  Same objections.

22             THE DEPONENT:  So I -- there's no --

23   there's no standard or formal definition of what's

24   considered a strategic partner or a strategic use

25   case, so I couldn't comment on whether or not        09:34:25

Page 705

| | | |
|---|---|---|
| 1 | everything on this list is therefore considered | 09:34:26 |
| 2 | strategic -- a strategic -- sorry -- is therefore | |
| 3 | considered a strategic use case. | |
| 4 |     Q.   (By Mr. Loeser)  So does Facebook have a | |
| 5 | record for each one of these apps of the reasons | 09:34:35 |
| 6 | why the app was allowed to continue having access | |
| 7 | to friend data after 2015? | |
| 8 |         MR. SCHWING:  Object to form.  Outside | |
| 9 | the scope. | |
| 10 |         THE DEPONENT:  I don't know what Facebook | 09:34:54 |
| 11 | has about each of these applications and -- and why | |
| 12 | they continue to have access.  It's possible there | |
| 13 | are records for some, but I -- I don't know if | |
| 14 | there's a record for every single one. | |
| 15 |     Q.   (By Mr. Loeser)  Okay.  We can put that | 09:35:42 |
| 16 | document aside. | |
| 17 |         (Exhibit 408 was marked for | |
| 18 | identification by the court reporter and is | |
| 19 | attached hereto.) | |
| 20 |         MR. LOESER:  So I'm showing you an | 09:36:26 |
| 21 | exhibit which is Exhibit 408, which a | |
| 22 | December 18th, 2018 Facebook Newsroom post. | |
| 23 |         What is the Facebook Newsroom? | |
| 24 |         THE DEPONENT:  The Facebook Newsroom is | |
| 25 | Facebook's corporate blog. | 09:36:44 |

Page 706

HIGHLY CONFIDENTIAL

1      Q.   (By Mr. Loeser)  And is that a place          09:36:49

2   where Facebook employees provide information to

3   each other about Facebook products?

4      A.   No, I wouldn't characterize it as a -- a

5   way of Facebook employees providing information to     09:37:03

6   each other about Facebook's products.

7      Q.   Okay.  What is the purpose of the

8   Facebook Newsroom?

9      A.   My understanding is it's a public blog

10  that Facebook publishes blog posts publicly.           09:37:15

11     Q.   And this blog post by -- by KP is

12  captioned or titled "Let's clear up a few things

13  about Facebook partners," right?

14     A.   I see that.

15     Q.   And you see it's written by KP, director    09:37:38

16  of developer platforms and programs?

17          Do you see that?

18     A.   I see that, yeah.

19     Q.   So if we go down the blog a little bit.

20          KP writes:  "Today, we're facing           09:37:48

21  questions about whether Facebook gave large tech

22  companies access to people's information and, if

23  so, why we did this."

24          Do you see that?

25     A.   I see that.                                 09:38:00

Page 707

HIGHLY CONFIDENTIAL

```
1        Q.   And we've talked about some of the        09:38:02

2   reasons why Facebook did this.  And KP writes:  "To

3   put it simply, this work was about helping people

4   do two things.  First, people could access their

5   Facebook accounts or specific Facebook features on    09:38:16

6   devices and platforms built by other companies like

7   Apple, Amazon, BlackBerry, and Yahoo.  These are

8   known as integration partners.  Second, people

9   could have more social experiences -- like seeing

10  recommendations from their Facebook friends -- on     09:38:31

11  other popular apps and websites like Netflix, the

12  New York Times, Pandora, and Spotify."

13            Right?

14       A.   I see that, yeah.

15       Q.   Now, that's not a complete list of the      09:38:44

16  types of partners that were given access to

17  information by Facebook, is it?

18            MR. SCHWING:  Object to the scope.

19  Object to form.

20            THE DEPONENT:  There are a -- a small        09:39:01

21  number of companies listed here or integrations

22  listed here.  I wouldn't characterize that as a

23  full list.

24       Q.   (By Mr. Loeser)  What are the -- other

25  types that are missing from this list?             09:39:14
```

HIGHLY CONFIDENTIAL

```
 1          MR. SCHWING:  Same objections.              09:39:17

 2          THE DEPONENT:  When you say "other types

 3     missing," like I'm not sure what you mean.

 4     Q.   (By Mr. Loeser)  Well, let's go back to

 5     interrogatory -- the interrogatories, and if you   09:39:33

 6     look at page 372 and 373, there was a description

 7     of the different types of partners that were given

 8     access to friend data after the transition.

 9          And you'll recall under the business

10     integrations category, there was a series of       09:40:08

11     descriptions, including merchants, job, media

12     integrations, search integration, beta test APIs,

13     and so on.

14          And -- you see all those different types

15     of partners?                                       09:40:31

16     A.   I see a list of --

17          I'm sorry.

18          MR. SCHWING:  Sorry.  Outside the scope.

19          Go ahead.

20          THE DEPONENT:  So I see a list of            09:40:39

21     categorizations used in -- in the rog responses.

22     Q.   (By Mr. Loeser)  Okay.  And so can you

23     tell which of those are not included in KP's public

24     posts about partners with whom Facebook shared

25     information?                                       09:41:00
```

Page 709

1              MR. SCHWING:  Outside of the scope.        09:41:01

2    Object to form.

3              THE DEPONENT:  Like -- yeah, I -- I don't

4    think I can give a authoritative explanation of --

5    of the mapping between these two things.  I'm not      09:41:16

6    sure it's intended to be an authoritative mapping.

7         Q.   (By Mr. Loeser)  So KP was communicating

8    publicly about -- to explain to people whether

9    Facebook gave large tech companies access to

10   people's information, and if so, why, right?           09:41:37

11             MR. SCHWING:  Object to outside the

12   scope.  Object to form.

13             THE DEPONENT:  So that's the -- those are

14   the words written in the blog post.

15        Q.   (By Mr. Loeser)  Okay.  So he explained      09:41:48

16   why information was given to some partners but

17   not -- he didn't provide a complete description of

18   the partners to whom information was given by

19   Facebook, right?

20             MR. SCHWING:  Same objections.               09:41:59

21             THE DEPONENT:  There are -- he's

22   listed -- you know, given four and four example

23   here, and as we reviewed on the -- on the list,

24   there are -- there are other examples.

25        Q.   (By Mr. Loeser)  He didn't identify any      09:42:19

1    of the -- what are referred to as "business          09:42:20

2    integrations" in the interrogatory responses,

3    right?

4           MR. SCHWING:  Outside of the scope.

5    Object to form.                                       09:42:27

6           THE DEPONENT:  As I said, I'm not sure

7    what -- what "business integrations" is

8    specifically referring to.

9       Q.   (By Mr. Loeser)  Okay.  Well the

10   interrogatory is pretty specific.                     09:42:40

11          Did he include merchants in this public

12   post about partners with whom Facebook shared this

13   information?

14          MR. SCHWING:  Same objections.

15          THE DEPONENT:  The examples that he gives       09:42:52

16   here do not include merchants.

17      Q.   (By Mr. Loeser)  Do they include job

18   integrations?

19          MR. SCHWING:  Same objection.

20          THE DEPONENT:  The example --               09:43:02

21          Sorry, Austin.

22          MR. SCHWING:  Sorry.  I know it's getting

23   late.

24          Same objections.

25          THE DEPONENT:  I don't see him give those    09:43:10

Page 711

HIGHLY CONFIDENTIAL

1    examples in this blog post, no.                    09:43:12

2         Q.   (By Mr. Loeser)  Does he include media

3    integrations?

4              MR. SCHWING:  Same objections.

5              THE DEPONENT:  I would categorize "The    09:43:22

6    New York Times" as a media publication.

7         Q.   (By Mr. Loeser)  Okay.  And what about

8    speciality consumer experiences such as games?  Is

9    that on here?

10        A.   The examples in the blog post do not      09:43:42

11   include anything I would -- I would consider a

12   game.

13        Q.   Let's go to the next page.

14             KP writes:  "To be clear:  None of these

15   partnerships or features gave companies access to   09:43:55

16   information without people's permission, nor do

17   they violate our 2012 settlement with the FTC."

18             Do you see that?

19        A.   I want to make sure I find that passage

20   in the blog.  Hang on.  Give me a second.           09:44:12

21             I see it.

22        Q.   Okay.  So a Facebook user who used the

23   service or feature gave the partner or app

24   permission, right?

25             MR. SCHWING:  Outside of the scope.        09:44:27

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1   Object to form.                                    09:44:28

 2          THE DEPONENT:  My understanding is that

 3   these -- the examples given here for -- for an

 4   app -- for the apps to have access to information

 5   through the user, the user would have to give      09:44:47

 6   permission.

 7       Q.  (By Mr. Loeser)  Okay.  But these

 8   partners and apps had access to friend-sharing

 9   APIs; is that right?

10       A.  I can't be 100 percent confident as to     09:44:59

11   which APIs and so on that these -- these apps were

12   using.  But yes, some of would have access to -- to

13   friend information.

14       Q.  And, sir, these -- those apps that did

15   have access to friend information could obtain      09:45:17

16   friend data from people who did not themselves use

17   the apps, right?

18          (Court Reporter asks clarification.)

19       Q.  (By Mr. Loeser)  The apps and partners

20   that could obtain friend data -- sorry.             09:45:33

21          Apps and partners that obtained friend

22   data could obtain this friend data from people who

23   do not themselves use the app or partners, right?

24          MR. SCHWING:  Object to form.

25          THE DEPONENT:  Exactly how these apps        09:45:55
```

Page 713

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | behaved changed over time, and so I -- I would need | 09:45:56 |
| 2 | to give a -- understand the integrations more -- | |
| 3 | more concretely and understand which time we're -- | |
| 4 | we're talking about here. | |
| 5 | Q.  (By Mr. Loeser)  What was the time period | 09:46:15 |
| 6 | in which apps could obtain friend data from users? | |
| 7 | A.  My understanding is that the -- the | |
| 8 | friend permissions were removed in around | |
| 9 | April 2018. | |
| 10 | Q.  So up until that time, apps that had | 09:46:34 |
| 11 | access to friend permissions could obtain that | |
| 12 | information from users that did not themselves use | |
| 13 | the app, right? | |
| 14 | MR. SCHWING:  Object to form. | |
| 15 | THE DEPONENT:  My understanding is that | 09:46:52 |
| 16 | the -- the way some of these integrations worked | |
| 17 | allowed the integration or the app to access | |
| 18 | information about the logged-in user's friends. | |
| 19 | MR. SCHWING:  I just want to note that | |
| 20 | we're five minutes past our designated stopping | 09:47:09 |
| 21 | time of 10:00 p.m. London time.  I think there will | |
| 22 | be additional questioning, an additional session of | |
| 23 | the depo.  I think this would be a good moment to | |
| 24 | stop. | |
| 25 | MR. LOESER:  Well, I'm in the middle of | 09:47:26 |

Page 714

```
1    questioning about this document, and I think          09:47:27

2    it's -- probably make sense to finish that

3    questioning.  And then I'm quite close to the end.

4    We can either stop after this document or if

5    Mr. Cross wants to power through two more              09:47:36

6    documents, three more documents, that will be all

7    he'll hear from me.

8              But why don't we finish with this

9    document and then go off the record to decide

10   whether we have the ability to do a bit more or if    09:47:47

11   we should wrap it up today.

12             Is that okay, Mr. Cross?

13             THE DEPONENT:  I'm comfortable finishing

14   this document, but I think we should probably break

15   after that.                                           09:48:02

16      Q.   (By Mr. Loeser)  So when KP writes "none

17   of these partnerships or features gave companies

18   access to information without people's permission,"

19   that wasn't actually true, was it?

20             MR. SCHWING:  Object to form.  It's         09:48:13

21   outside the scope.

22             THE DEPONENT:  I -- I can't comment on

23   the -- on the -- the -- what was meant by -- in

24   this blog post or how this blog post was formulated

25   and what was meant by it.                             09:48:29
```

1   Q. (By Mr. Loeser)  What -- during the time  09:48:35

2 that apps and partnerships could obtain friend data

3 via friend permissions, they didn't need permission

4 from the friends of the user in order to obtain

5 that permission, right?         09:48:50

6     MR. SCHWING:  Object.  It's beyond the

7 scope.  Object to the form of the question.

8     THE DEPONENT:  So, again, my

9 understanding here is that integration partners had

10 to get authorization from -- from the people who  09:49:11

11 use the integration, and that's what's meant by

12 "permission."

13   Q. (By Mr. Loeser)  Okay.  They didn't have

14 to get authorization from the friends of the people

15 who use the -- the integration, right?    09:49:25

16     MR. SCHWING:  Same objections.

17     THE DEPONENT:  In the past, my

18 understanding is that a user could -- would log in

19 to the application and give the application

20 permission, and then the app would be able to  09:49:45

21 access information about that user in there and

22 some of their friends.

23   Q. (By Mr. Loeser)  And it could get the

24 information about some of their friends without the

25 authorization from the friends, right?    09:49:58

Page 716

```
 1              MR. SCHWING:  Object to form.              09:50:00

 2              THE DEPONENT:  So I want to be --

 3     you know, I'm going off my understanding of how

 4     these -- how some of those integrations worked in

 5     the past.                                           09:50:12

 6              The user had to log in to an application

 7     for the app to then access information about that

 8     user and their friends.

 9        Q.   (By Mr. Loeser)  Right.  And I've asked

10     you just a pretty simple question about the user's  09:50:21

11     friends.

12              When that happened, did app could get

13     information about the user who installed the app

14     and the user's friends without getting

15     authorization from the friends, right?             09:50:33

16              MR. SCHWING:  Object to the form.

17     Outside the scope.

18              THE DEPONENT:  So my understanding is

19     that the app had access to information about the

20     user's friends without those -- all of those       09:50:45

21     friends necessarily having used the application

22     themselves.

23        Q.   (By Mr. Loeser)  Without those friends

24     having given the app permission to access their

25     data, correct?                                      09:50:59
```

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to the form.        09:51:02

 2    Outside the scope.  Asked and answered.

 3              THE DEPONENT:  Yeah, so I feel like

 4    the -- we're reviewing here a blog post that was

 5    written that I didn't -- you know, I wasn't super    09:51:16

 6    closely involved in, and I haven't been prepared on

 7    the exact determinations that were -- that were

 8    used to create this blog post.

 9              So like -- again, from my understanding

10    as a -- as -- as somebody who's worked in this area  09:51:32

11    and in past and spoken to many people involved is

12    that, yes, the way these applications worked was

13    that -- or some of these applications worked is

14    that some of them allowed the app to access

15    information about the logged-in user's friends even  09:51:50

16    though the logged-in user -- even though all of

17    those friends haven't necessarily used or

18    authorized the application.

19              MR. LOESER:  Why don't we go off the

20    record.                                              09:52:05

21              THE VIDEOGRAPHER:  We're off the record.

22    It's 10:10 p.m.

23              (Recess taken.)

24              THE VIDEOGRAPHER:  We're back on record

25    it's 10:57 p.m.                                      10:38:17
```

Page 718

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  All right.  I note for the        10:38:20

 2    record that the parties have agreed that the

 3    deposition testimony will be treated as "Highly

 4    Confidential." The witness will review the

 5    testimony and provide any corrections, and we will      10:38:32

 6    also be reviewing the testimony given here today to

 7    make further distinctions about the confidential

 8    treatment of the materials.

 9            SPECIAL MASTER GARRIE:  So noted.

10            Counsel Loeser, any comment before we go        10:38:47

11    off the record?

12            MR. LOESER:  No.  Just obviously we

13    appreciate the designation.  I don't think we agree

14    with the designations, and understand you will be

15    reviewing it for distinctions that may come up with     10:38:57

16    different portions of the testimony.

17            MR. SCHWING:  Thank you.

18            SPECIAL MASTER GARRIE:  So noted for the

19    record.

20            We can go off the record.                       10:39:07

21            THE VIDEOGRAPHER:  Okay.  We are off the

22    record.  It's 10:57 p.m.

23            (TIME NOTED:  10:57 p.m.)

24

25                    ---o0o---                               10:39:12
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1      I, SIMON CROSS, do hereby declare under

2   penalty of perjury that I have read the foregoing

3   transcript; that I have made any corrections as

4   appear notes; that my testimony as contained

5   herein, as corrected, is true and correct.

6      Executed this ____ day of _____,

7   2022, at  _____,_____.

8

9

10

11                  _____

                    SIMON CROSS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  720

HIGHLY CONFIDENTIAL

```
 1        I, Rebecca L. Romano, a Registered
 2   Professional Reporter, Certified Shorthand
 3   Reporter, Certified Court Reporter, do hereby
 4   certify:
 5        That the foregoing proceedings were taken
 6   before me remotely at the time and place herein set
 7   forth; that any deponents in the foregoing
 8   proceedings, prior to testifying, were administered
 9   an oath; that a record of the proceedings was made
10   by me using machine shorthand which was thereafter
11   transcribed under my direction; that the foregoing
12   transcript is true record of the testimony given.
13        Further, that if the foregoing pertains to the
14   original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [X] was [ ] was not requested.
17        I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or any party to this action.
20        IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22
23   Dated: June 8, 2022
24                      _____
                        Rebecca L. Romano, RPR, CCR
25                      CSR. No 12546
```

Page 721

HIGHLY CONFIDENTIAL

1    SIMON CROSS

2    si@fb.com

3                                    June 8, 2022

4    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

5    JUNE 6, 2022, SIMON CROSS, VOLUME III, JOB NO. 5265189

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24      time of the deposition.

25

                                          Page  722

HIGHLY CONFIDENTIAL

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, noting the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2    SIMON CROSS, VOLUME III, JOB NO. 5265189

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                                 Date

25

                                        Page 724

**[& - 3000]**

| & |
|---|
| **&**  496:14 497:19 499:5 500:5 501:5 503:15 506:20,24 542:17 543:21 722:23 723:9 |

| 0 |
|---|
| **0000582988**  503:23 |
| **0000582989**  503:24 |
| **00199890**  503:13 |
| **00199891**  503:18 |
| **00199898**  503:19 |
| **01789112**  505:7 |
| **01789115**  505:8 |
| **02088254**  504:16 |
| **02088257**  504:19 |
| **02088279**  504:20 |
| **02843**  496:4 497:4 |
| **02906764**  504:6 |
| **02906766**  504:11 |
| **02906770**  504:12 |

| 1 |
|---|
| **1**  560:23,25 561:6 577:11 579:20 585:16 604:3,13 604:14 642:6 685:17 686:1 723:1 |
| **10**  696:18 |
| **100**  562:8 670:15 702:5 713:10 |
| **10:00**  714:21 |
| **10:10**  718:22 |
| **10:57**  718:25 719:22,23 |
| **11th**  668:22 |
| **12**  689:25 |

**12/18/2018**  504:4
**1201**  498:10
**12546**  496:21 721:25
**128**  505:15 668:20 670:24
**12th**  499:11
**14**  572:3 637:7 643:14 670:22 671:1
**15**  565:2 572:3 676:21 678:5,10 686:17 687:19,25 699:5
**16**  642:5
**1600**  499:12
**17**  637:7 642:3 645:1 649:22
**18**  496:4 497:4 505:5 637:7
**1801**  501:8
**1881**  501:16
**18th**  602:18 706:22
**1a**  553:25 556:8 557:19 568:14 572:9,14,16,17
**1b**  553:25 556:8 570:5
**1st**  581:17 582:10 621:6

| 2 |
|---|
| **2**  531:23 532:13 545:7 554:2 556:8 561:17 565:22 571:13 579:20 585:16 604:4 605:21 608:24 609:2 642:15 695:23 |

**2,300**  619:6,12 629:13,15
**2.0**  531:19
**20**  510:11
**20-0466**  496:22
**2001**  500:18
**2009-11-13**  688:15
**2011**  529:13
**2012**  529:13 712:17
**2013**  503:11 515:9 541:12 542:13 543:9 548:24 549:18 550:7 551:7,16,18 553:21 554:18 555:21 566:3 572:3 581:3 624:6
**2014**  515:9 531:24 536:25 544:5 564:16 565:1 581:17 582:10,12 582:15 663:20 664:20 665:2 696:15
**2015**  549:18 564:17 604:19 623:24 679:14 685:11,18,20,22 685:25 686:6,11 686:12,14,15 687:20 706:7
**2016**  685:14
**2018**  505:5 511:6 513:13 602:18 610:16 621:6 660:4,12 689:9 690:20 706:22 714:9
**2018-6-22**  688:18

**2019**  504:14 510:12 634:19 636:21 657:4
**2020**  679:18 680:1 680:16 681:9 682:16 683:7,10 683:12,24 697:7 697:14,18
**2021**  668:22
**2022**  496:16 497:18 506:1,7 720:7 721:23 722:3,5
**2025.520**  722:9,12
**206**  498:13
**21**  644:2
**2100**  500:19
**213**  502:10
**214**  500:21
**22nd**  660:4
**23**  660:12
**253-9706**  502:10
**27**  504:14 684:11 691:2 699:6
**27th**  634:19
**2843**  496:3 497:3
**29**  505:13 659:25 660:2
**298-5735**  501:11

| 3 |
|---|
| **3**  506:9 556:8 562:9 604:6 606:25 608:23 |
| **3.0**  531:13,14,18 532:3,6 536:6 |
| **30**  496:12 503:11 508:8 535:19 595:14 598:7 664:10 723:1 |
| **3000**  500:10 |

Page 1

**[303 - access]**

**303**  501:11
**30th**  541:12
  542:13 582:15
**3200**  498:11
**32nd**  502:8
**335**  669:24
**3491**  496:23
**355**  684:10
**358**  684:25
**360**  686:22 688:11
  699:3
**372**  690:24 691:20
  692:3 700:10
  709:6
**373**  709:6
**377**  695:16,24
  699:3 705:5
**393-8200**  500:12
**3:36**  497:18 506:2
  506:6

**4**

**4**  556:8 563:9
  609:24
**400**  505:17 599:15
**401**  503:11 541:5
  542:1
**402**  503:15 543:4
  543:19
**403**  503:21 581:18
**404**  504:4 602:12
  602:25
**405**  504:8 616:4,5
**406**  504:14 634:13
  634:25 635:3
**407**  504:18 635:23
  636:4 642:5
**408**  505:4 706:17
  706:21
**415**  499:14 500:12
**4200**  501:9

**445-4003**  499:14
**460**  668:17 695:16
  705:5
**496**  496:25
**4:02**  526:6
**4:12**  526:9
**4:25**  536:19
**4:29**  536:22

**5**

**5**  563:23 637:7,11
**5/1/2014**  503:21
**508**  503:5
**5265189**  496:24
  722:5 724:2
**53**  602:11
**540**  644:2
**541**  503:11
**543**  503:15
**555**  499:11 500:9
  502:7
**581**  503:21
**584**  644:2
**599**  505:17
**5:12**  569:17
**5:25**  569:20
**5th**  502:7

**6**

**6**  496:12,16 497:18
  506:1 508:8,11
  534:2,12 535:19
  564:22 598:7
  607:9 624:23
  637:7 640:16
  662:20 664:10,17
  722:5
**60**  670:21 671:1
**602**  504:4
**616**  504:8
**623-1900**  498:13

**63**  670:17 671:1
  672:24
**634**  504:14
**636**  504:18
**64**  676:14
**65**  676:13 677:1
**650**  501:18
**66**  677:1
**660**  505:13
**668**  505:15
**67**  677:2
**68**  678:4
**698-3204**  500:21
**6:52**  634:9
**6th**  506:6

**7**

**7**  508:11 534:2,12
  565:3 607:9
  624:23 640:16
  662:21 664:17
**706**  505:4
**72**  678:6,8
**724**  496:25
**7321**  721:24
**75201**  500:20
**77**  670:20 671:2,5
**78**  678:9
**7:57**  634:12

**8**

**8**  561:6 565:21
  721:23 722:3
**80202-2642**
  501:10
**827**  496:22
**849-5206**  501:18
**87**  685:2
**8:48**  672:18

**9**

**9**  639:22
**90**  643:20
**90013**  502:9
**94105-0921**
  500:11
**94304-1211**
  501:17
**94607**  499:13
**98101**  498:12
**9:04**  672:21

**a**

**abandoned**  550:12
  550:15
**abilities**  554:6
**ability**  511:25
  527:20 529:16
  530:3 552:22
  553:2,3,5 626:14
  698:19 715:10
**able**  540:1 541:24
  559:23 594:6
  613:23 614:25
  632:11 633:8
  638:10 643:3
  648:8 657:15,19
  665:11,14 666:1,5
  667:18 668:4
  673:21 674:9
  682:14 688:5
  699:14 704:22
  716:20
**accelerate**  604:6
**access**  527:20
  528:13,14 529:4
  531:12 532:5,17
  532:24 533:6
  536:4,24 537:8
  539:4,15,19 540:9
  541:25 546:7

**[access - announced]**

551:25 556:1
557:13 559:15
573:9,15 575:13
575:19 576:19,20
581:9 583:4
592:18 593:5
600:15 602:1,6
604:16,21 605:13
605:23 606:25
608:20,24 609:4
610:2 620:22
622:12,14 624:16
625:14 626:15
627:6 629:19
630:8 633:22
653:9 655:20
663:21 664:19
665:1 670:5,6
676:21,22 677:18
677:21,25 678:14
678:23 684:13,14
684:15 685:5,8,19
687:11 688:18,21
689:8,24 690:20
691:7 692:22
695:18 696:9
697:10 699:6
700:2,14 703:5,14
703:22 704:12
706:6,12 707:22
708:4,16 709:8
710:9 712:15
713:4,8,12,15
714:11,17 715:18
716:21 717:7,19
717:24 718:14
**accessed** 581:11
610:11 679:9
696:12 697:17
**accessible** 526:2

**accessing** 563:17
563:18
**account** 522:19
533:9 540:17
**accounts** 708:5
**accurate** 512:23
515:12 516:2
525:15 527:4
532:10 586:18
601:8 615:6,7,13
651:1
**accurately** 516:13
557:6,9 586:22
595:4 671:25
672:1 696:20,21
**achieve** 549:5
550:4
**acting** 588:7
**action** 609:3,8
663:20 721:18,19
**actions** 496:7
497:7 529:16
552:23 608:17
**active** 584:8 605:8
651:22 676:19
678:22
**activision** 688:11
**activity** 530:3
563:19
**actual** 534:12
564:13
**ad** 523:11 562:19
562:22
**adaniel** 498:15
**adavis** 499:17
**add** 514:7 564:22
674:23 677:16
**added** 563:16
565:1 581:11
586:9

**adding** 702:24
**additional** 508:19
509:4,6,12,13
526:13 530:6
532:23 585:20
632:12 704:13
714:22,22
**address** 534:15
535:15,22
**addresses** 620:23
**adele** 498:7 506:17
**adequate** 612:13
**administered**
508:2 721:8
**ads** 523:22 524:2,8
**advance** 600:7
636:5 660:25
**advertising** 523:16
**affect** 559:10
**afraid** 635:8,19,22
640:23 641:5
643:3 646:4
665:21 666:14
673:14 676:11
689:6,16
**afternoon** 508:7
**aggregated** 681:5
**ago** 508:10,19
545:18 546:23
547:12 551:23
573:21 585:18
589:7 591:21
**agree** 719:13
**agreed** 526:14
719:2
**ahead** 521:9
529:25 530:19
537:25 539:9
542:7,9 585:10
599:10 601:12,16
603:10 604:14

630:10 632:9
638:23 639:15
657:17 662:23
700:25 709:19
**aiding** 599:7
**ali** 509:7
**allow** 523:1
524:14,15 532:17
537:7 563:17
589:11 617:11
662:5 664:19
665:1,15 666:6
689:7
**allowed** 592:19
593:6 600:16
605:9 617:9 670:5
678:16 679:2
691:8 695:20
697:15 700:4,16
706:6 714:17
718:14
**allowing** 539:3
655:20 685:8
**allows** 684:4
**alto** 501:17
**altogether** 555:15
**amazon** 708:7
**ambiguous** 619:21
620:8 633:15
**amended** 668:11
**amount** 531:6
570:18 590:18
680:21
**analysis** 559:8,9
561:14,15 619:6
**analytica** 622:5
639:19 661:6,8,11
**angeles** 502:9
**anne** 499:8 506:25
**announced** 582:14

Page 3

[announcement - app]

| | | | |
|---|---|---|---|
| **announcement** | 678:3 681:25 | 653:10,23 654:23 | 641:3,7 642:6,11 |
| 582:12,17 621:4 | 686:8 688:6 689:6 | 656:10,20 657:3,5 | 642:23 643:5,10 |
| **answer**   512:23 | 689:16 690:14 | 658:15,16 659:6 | 644:2 647:22 |
| 513:22 514:11 | 695:8 705:1 | 679:21 680:7,20 | 655:3,10,12,20 |
| 518:8 520:3 | **answered**   521:8 | 684:7 685:9,11,17 | 657:22,23 658:1,2 |
| 525:15 527:4 | 595:19 718:2 | 686:1 691:11 | 658:9 659:4 670:5 |
| 529:25 530:21 | **answering**   573:18 | 694:2,3 695:23 | 677:19,21 678:13 |
| 532:10 533:1,8,17 | 576:22 577:16 | 697:9,16 699:7,8,8 | 678:16,23 679:1 |
| 533:20 534:18,22 | 580:5 | 699:8 700:19,23 | 679:20,21,24 |
| 534:25 535:6,18 | **anticipated**   558:20 | 701:4,5,7,9,12,14 | 680:4 682:18 |
| 537:4,24 538:1 | **anymore**   554:11 | 701:17,21 702:10 | 683:8,9,11,25 |
| 539:22 540:15 | 607:22 | 702:11,13,19 | 691:8 692:14 |
| 545:2 546:10 | **ap**   685:20 | 704:16 | 693:4,16,22,24 |
| 563:14 575:2 | **api**   504:5 510:8,15 | **apis**   504:10 509:21 | 695:19 697:16 |
| 576:8,13,13 578:9 | 510:18,19,20,20 | 511:10,17,21,23 | 699:16 700:3,15 |
| 578:10,14,15,16 | 510:21 512:25 | 512:2,6,9,10,13,21 | 701:2,3 702:7,21 |
| 579:1 587:12 | 514:5 531:19,23 | 512:25,25 513:3,8 | 703:4,7,15,21,24 |
| 592:3 595:4,7,17 | 544:5 553:11 | 513:12,15,16,23 | 704:12,24 709:12 |
| 598:14 601:8,16 | 559:10 574:5,23 | 514:3,3 527:20 | 713:9,11 |
| 601:18 606:5,11 | 575:15 577:10 | 529:12 532:11,13 | **apologies**   569:23 |
| 606:22,23 607:11 | 579:20 582:22 | 537:9 539:4,20,20 | 575:3 676:8 |
| 608:9 612:8,18,21 | 585:16 590:9 | 545:4 552:1,18,18 | **app**   517:10 525:21 |
| 613:3,24 614:12 | 602:19,21,22 | 559:15,25 560:20 | 526:1 529:17 |
| 615:7,10,12 616:1 | 604:3,17 609:18 | 573:22,25 574:7 | 530:4 540:2,8,9 |
| 620:3 621:25 | 610:22,22 611:13 | 574:21 575:13,14 | 547:22,23 552:10 |
| 623:3,5 624:25 | 612:14 613:5,10 | 575:25 576:2,24 | 553:4,7 555:2,12 |
| 625:4,22 627:1 | 613:18 617:9,19 | 577:6 604:17 | 557:5 565:9 |
| 629:7,7,23 632:9 | 618:8 619:6,12,13 | 605:24 606:15,18 | 581:11 584:18 |
| 633:17 639:17 | 619:16,21 620:16 | 606:25 607:7,16 | 601:24 602:5 |
| 640:18,23 641:5 | 620:20 621:3,4,8,9 | 608:20,24 609:4,9 | 617:13 620:4 |
| 642:10 643:1,3 | 621:11 622:12,13 | 609:25 610:2,11 | 623:21 624:7,16 |
| 644:14 646:5 | 622:14 623:19 | 610:12,14 611:2,7 | 624:20 625:5,12 |
| 648:11 651:1 | 624:15,16,20 | 611:19 612:25 | 626:9,19,21 627:4 |
| 652:24 654:19 | 625:17,18 626:1,3 | 614:1 616:19,22 | 627:6,14 633:21 |
| 655:7 657:12,15 | 626:6,9,15,21 | 617:1,8,20,22,23 | 633:23 653:9,15 |
| 657:17,19 659:14 | 627:14 629:14,17 | 617:25 618:12 | 674:12 685:5 |
| 659:22 664:12 | 629:19 630:8 | 620:7,22 621:13 | 687:5,8,23 688:15 |
| 665:6,11,23 666:1 | 632:23 633:8,15 | 621:16 622:8 | 692:20 693:2 |
| 666:14 667:8,18 | 637:23 638:4,7 | 623:11 624:11 | 706:6 712:23 |
| 668:4 672:12 | 639:5,22 648:5,17 | 637:14,22 638:8 | 713:4,23 714:13 |
| 675:5 677:22 | 649:14 650:9 | 639:3 640:3,7,24 | 714:17 716:20 |

Veritext Legal Solutions
866 299-5127

[app - associated]

717:7,12,13,19,24
718:14
**app's** 685:6
**appear** 620:10
631:18 650:4
720:4
**appearances**
498:1 499:1 500:1
501:1 502:1
**appearing** 498:2
499:2 500:2 501:2
502:2 722:18
723:7
**appears** 515:9
581:22 582:23
608:18 687:25
**apple** 708:7
**application** 511:8
513:18 524:3,5
592:17,19 593:4,6
600:14,15 602:8
619:7,13,16
623:20 625:9
626:14 629:14
632:23 633:9
679:21 691:9
695:20 696:1
700:4,16 716:19
716:19 717:6,21
718:18
**applications**
523:23 524:15
545:24 577:13
583:21 618:11
626:7 675:11
680:7 681:15
684:5 685:20,21
690:21 691:6
695:18 697:20
700:2,14 706:11
718:12,13

**applied** 563:2
690:11
**apply** 570:10,23
571:1,9 700:22
**appreciate** 574:24
578:7,11 594:18
595:13 598:5,10
598:17 599:13
603:22 627:9
719:13
**approach** 587:15
594:7 628:11
**appropriate**
534:11 560:4,10
586:5 594:7
608:15 617:15
627:22 639:1
672:8
**appropriately**
545:23 546:5,18
568:17 574:1,3
579:6 618:1,13
**approved** 671:24
**apps** 528:25
529:13 538:3
545:24 553:3
555:25 557:13
558:1 560:17
561:10,15 562:4
563:9,13,16
564:22 565:1,3,11
567:10 568:14,21
570:10,23 571:1,9
572:18 573:23
574:17 575:8,19
583:10,16 584:6
586:9 592:8 605:5
608:19 610:16
649:10 663:21
665:13,15 666:4,6
670:6 673:5

678:21 679:8,9,17
681:19,22 683:7
685:4 687:19,25
689:9 690:4
698:13,20 699:3
703:4,14,22 705:4
705:18 706:5
708:11 713:4,8,11
713:14,17,19,21
713:25 714:6,10
716:2
**april** 513:13
531:24 544:5
582:15 685:20
714:9
**archibong** 541:3
541:12 602:17
**area** 523:16
525:25 555:23
560:9 575:16
577:11 601:20
618:9 668:2
684:19 718:10
**argue** 615:23
**argumentative**
575:4
**arrive** 569:23
**arrow** 553:25
**art** 671:9
**article** 556:5
**articulate** 551:8
**articulated** 658:6
658:7
**artifact** 582:9
**aschwing** 500:13
**aside** 592:11
706:16
**asked** 521:8
534:17,21 535:4
574:25 578:8
593:18 634:2

641:11 665:7
690:15 704:15
717:9 718:2
**asking** 516:6
526:19 533:11
534:2,7,9 540:13
576:7 591:19
592:5 593:3
594:24 595:14,24
596:1,4,4,10
598:24 599:25
601:11 613:24
615:14 633:3
634:4 656:16
662:21 664:10
683:20,23
**asks** 592:17 593:4
600:14 684:11
713:18
**asserted** 676:17
**asserting** 549:11
611:24
**assess** 561:15
563:9,13 609:9
**assessed** 538:21
637:15 639:22
653:23 654:24
657:22
**assessing** 609:24
**assessment** 530:24
538:7,23 539:12
640:2 643:19
657:21
**assigned** 570:15
**associate** 502:16
698:21
**associated** 541:22
593:11 611:7
635:6 653:9 657:5
658:16 678:19,21
678:22 691:7,10

**[associated - best]**

691:10 695:19,21
695:21 696:6
700:3,5,5,15,17,17
**assume** 516:12
651:10
**assumed** 558:12
**attached** 541:7
543:3,6 581:20
602:14 604:2
616:7 634:15
635:25 636:2,5
706:19
**attachment**
542:16,20 602:20
603:9 634:20
**attempt** 617:5
624:10 641:25
642:11 644:24
682:2
**attempted** 549:11
**attempting** 550:3
550:4
**attorney** 500:17
501:15 606:3
721:19
**attorneys** 498:9
499:10 500:8
501:7
**attribution** 653:6
653:21 654:6
670:12
**audit** 621:13,18
623:20 629:18
630:7 643:5,10
**audited** 637:14
**auditing** 573:12
579:18 580:18,20
**audits** 630:14
**august** 515:9
**auld** 499:5 506:24

**austin** 500:6
506:19 517:18
521:7 639:11
648:22 682:23
702:1 711:21
**author** 549:10
555:24 570:19
573:19 591:8
614:14 619:9
625:1 644:19,23
650:5
**authoring** 551:22
**authoritative**
613:24 614:12
629:7 633:17
710:4,6
**authorization**
716:10,14,25
717:15
**authorized** 513:17
718:18
**authors** 646:23
654:21 655:25
699:23
**available** 530:16
545:5,6 552:2
553:18 554:10,11
554:24,25 555:4,5
555:8,11,17
573:23 574:8,17
574:21,22 575:8
575:13,15 576:25
577:12,20 638:11
639:6 679:8 685:9
693:5,17 694:3
701:10,13,15
703:10
**avenue** 498:10
500:18
**avoid** 671:15

**aware** 527:16
580:14 618:10
619:14 621:25
632:19 638:17
643:9 646:2 656:7
681:23

---

**b**

**b** 496:12 502:5
503:8 504:1 505:1
508:8 535:19
598:7 664:10
723:1
**back** 514:21
521:16 523:2,8
524:16 526:8
528:25 529:6,17
530:4 535:11
536:21 569:19
572:15 579:15
585:11 589:18
593:24 594:10
603:25 632:22
634:11 642:4
644:25 649:22
670:21,24 672:20
672:23 700:10
709:4 718:24
**bad** 534:20
**base** 524:6 610:21
**based** 536:12
577:3 608:17
639:23 640:3
642:10 650:4
653:22 658:7
659:2 687:24
**basically** 633:7
**basis** 546:20,22
562:23 563:7
**bates** 542:5 635:4
635:5

**bear** 669:12
**began** 685:19
**beginning** 506:14
685:20
**begun** 582:22
**behalf** 497:16
507:8 514:5
578:14 588:7
598:14 607:11
612:18,21 624:25
640:18 655:7
666:1,15,22 667:8
667:19 668:4
695:9
**behaved** 714:1
**behavior** 702:21
**believe** 509:19
517:6 524:4
534:10 591:24
615:16,18 661:13
665:12 666:3
667:2
**believed** 585:1
612:13
**believes** 529:5
600:2 611:18,24
**benefit** 529:18,21
530:8
**benefits** 522:22
529:20
**best** 527:3 529:10
533:20 534:22,22
534:25 535:7,18
545:2,16,18
552:16 573:21
576:13,14 579:1
586:20 589:7
605:1 606:22,23
615:6 620:2,3
623:5 625:4,25
636:8 638:6

[best - captures]

682:15
**beta** 693:24
709:12
**better** 514:19
601:3
**beyond** 576:1
673:21 674:9,9
677:13,16 687:20
689:24,25 694:22
695:9 716:6
**bfalaw.com**
499:15,16,17,18
**bing** 589:1,3,9,11
589:11,12,15,17
589:19 590:17
604:20
**bit** 527:5 528:8
593:10 620:7
630:3 707:19
715:10
**bizarre** 688:12
**blackberry** 547:22
547:24 692:20
708:7
**bleichmar** 499:5
506:24
**blog** 706:25 707:9
707:10,11,19
710:14 712:1,10
712:20 715:24,24
718:4,8
**bold** 628:4
**bottom** 566:14
576:17 676:14
**box** 552:9,9 649:2
**boyle** 634:18,23
635:8 636:12
**branded** 673:5
**breach** 666:4,17
666:21 667:2,10

**break** 514:16,23
569:11,13,15
618:17,19 715:14
**brian** 541:11
542:23,24,25
**briefing** 660:11
661:5 663:4
**briefings** 660:14
661:10
**broad** 529:10
530:20 613:25
**broadly** 558:15
604:4 622:19
674:21
**broke** 622:5
639:19
**broken** 692:1
**bryan** 570:5,11,12
570:13,20
**bucket** 643:16,22
**buckets** 641:4
**build** 517:12 518:3
520:10,11 521:13
671:11,18
**building** 521:24
572:12
**built** 510:21
567:11 607:21
671:22 697:19
708:6
**bullet** 545:14,20
545:25 546:25
547:2 548:2
563:22 609:2
611:11 624:15
625:15 637:21
640:1,9,10 643:19
645:10,13,20
649:23 650:17,18
663:13,14,18

**bullets** 548:15
550:5 568:22
645:7 673:2
**bunch** 537:5
657:11
**buongiorno**
500:16 506:21
**business** 671:8
692:6,10 693:8,11
694:18,25 695:5
695:12 709:9
711:1,7
**businesses** 649:8
**buy** 523:22
**buying** 524:2

**c**

**ca** 503:13,18,19,23
503:24 504:6,11
504:12,16,19,20
505:7,8 722:9,12
722:20
**calculated** 652:9
652:10
**california** 496:2
496:21 497:2
499:13 500:11
501:8,17 502:9
**call** 626:14 631:22
**called** 515:10
590:3,4 609:11,19
632:5 673:12
679:20,22,24
680:4 697:22,24
697:25
**calling** 514:5
**calls** 605:16 608:1
612:6 613:6,19
614:9,22 629:4
630:17 632:7
647:10 648:21,23
649:16 653:11

657:16 665:8
680:7 682:9
**cambridge** 622:5
639:19 661:6,8,11
**camera** 515:23
**canvas** 552:10
553:3
**capabilities**
511:14 554:9
558:2,5 563:10,13
563:15 564:23,25
568:15,22 572:19
575:25 577:19
610:14,17 611:7
620:23 633:20
670:3,4 691:7
695:18 697:5,10
699:21,22 700:2
700:14 701:2
702:20
**capability** 574:12
610:23 617:13
620:4 623:19,20
623:21,22 624:7
625:6,7,8 627:5,6
633:10,21,23
696:1,4 697:5,8
**capacity** 517:8,25
518:19 545:3
573:19 576:22
578:17 591:7
601:17,19 602:7
627:22 633:18
639:15 653:2
**captioned** 707:12
**capture** 573:11
579:17 656:25
**captured** 580:14
617:17
**captures** 581:23

**[career - comment]**

career  515:4
carrier  566:18
carriers  568:8
carry  640:4
case  496:4 497:4
   524:18 547:9
   557:23 562:23,23
   563:7,7 567:21
   590:14 601:25
   618:11 631:25
   704:15 705:12,20
   705:25 706:3
   721:15
cases  546:1 547:3
   547:6 555:9
   558:22 559:14,22
   560:11,14 569:2,8
   572:9,22 575:18
   584:22 585:24
   586:1,11,13,13,15
   615:24 705:6
casting  605:18
catch  572:9
categories  562:5,8
   567:13,19,22
   568:1,3 653:8
   704:1
categorization
   562:1
categorizations
   561:24 709:21
categorize  551:19
   712:5
categorized  562:4
   641:4
category  649:5
   651:14 709:10
caught  572:23
caution  606:2
caveat  606:19
   609:19 702:24

caveats  688:8
   689:3,14
cc  541:12
ccp  722:9,12
ccr  496:21,22,23
   721:24
cell  628:15
centralized  580:16
   581:10
certain  531:12
   532:5,8 555:11
   559:12 560:19
   574:17 575:8
   583:9,16,21
   586:11,12 609:9
   609:25 610:24
   626:14,15 647:21
   670:15 677:14
certainly  551:24
   560:6 563:15
   564:18 577:18
   579:2 611:1
   612:10 655:10
   672:7
certified  497:20
   497:21 721:2,3
certify  721:4,17
cetera  552:12
challenge  615:25
challenging  585:8
   676:4
chance  616:9
   691:22
chang  541:11
   571:16,17
change  511:6
   566:9 632:15
   724:4,7,10,13,16
   724:19
changed  515:7
   554:18 559:17

607:20 714:1
changes  544:4,11
   547:19 548:11,13
   551:7 554:20
   557:2 559:6,10,18
   560:8 566:4
   582:14 585:16
   592:7 618:8 621:7
   621:15 680:1
channel  570:9,22
   571:1,5,9
characterize  560:4
   562:21 568:17
   578:3 624:8 707:4
   708:22
characterized
   567:3,14
chat  581:23,25
   582:6,11,23
   588:15,21,24,25
   591:20
chats  584:16 587:4
check  661:1
checked  566:8
chen  502:16
   506:21
chris  563:24
chronological
   582:24
cite  656:7
civil  722:19,20
clarification
   596:21 713:18
clean  622:11
   623:11
cleaned  620:25
   622:24 623:6
cleanup  622:22
clear  505:5 543:25
   558:11 567:18
   568:23 577:16

594:12 605:23
   630:24 634:4,7
   647:4 683:2
   707:12 712:14
client  606:3
close  606:20 715:3
closely  518:3
   530:23 620:13
   718:6
closest  540:22
   645:11
code  531:21 544:3
   609:21 610:20
   722:9,12,19,20
codified  528:21
coding  639:3
coffee  517:21
collate  561:9
colleagues  586:17
collect  580:6
   617:10
collected  619:10
   679:9
collecting  651:5
colorado  501:10
column  649:1
   687:2 690:22
   696:4,18
columns  628:18
   628:19
come  514:11,21
   523:8 541:10
   550:23 562:25
   593:24 594:10
   611:14 719:15
comfortable
   715:13
commencing
   497:17
comment  610:9
   624:3 664:3,4,21

**[comment - context]**

665:3,19 666:20
677:12 683:9
699:14 704:8,22
705:25 715:22
719:10
**commentary**
623:6
**comments** 513:13
573:12
**commitments**
579:17 580:15
**common** 519:6,8
519:15
**comms** 664:7
**communicate**
535:17 586:21
**communicating**
583:12 586:17
710:7
**communication**
614:8
**communications**
565:7 666:18
667:15
**community**
522:17 529:2
**companies** 517:10
671:17 707:22
708:6,21 710:9
712:15 715:17
**company** 517:2
526:21 528:1
538:20 543:15
573:24 579:10
598:15 612:10,22
613:22 621:12
622:13 625:1,22
626:25 640:19
642:12 651:1
652:15,24 654:19
656:5 666:2,12,15

666:22 667:8,19
668:5 675:4
685:13 695:3,9
698:18
**company's** 518:2
547:11 664:5
**companywide**
638:7 639:17
**compiled** 619:10
**complete** 611:13
615:7,10,10,25
645:15 650:1,6,20
677:9 708:15
710:17
**completed** 686:7
701:23 722:7,17
723:6
**completely** 551:19
551:21 702:3,4
**completing** 654:1
**completion** 721:15
723:10
**complicated** 680:9
702:17
**complies** 507:18
**comply** 637:24
**compound** 513:10
522:24 549:25
654:16
**comprehensive**
611:6
**comprehensively**
622:11
**concept** 568:4
652:16
**concern** 534:1
535:22 578:19
599:12
**concerned** 592:6
618:4

**concerns** 591:9
599:20 618:9
635:21
**conclusion** 614:23
**concretely** 714:3
**confident** 515:20
627:5 640:17
641:3 643:20
658:23 694:21
713:10
**confidential**
496:11 719:4,7
**confirm** 646:23
647:12 648:8
658:1 670:10
702:2
**confirmed** 587:7
619:25,25
**confirming** 587:11
**confused** 593:10
**confusion** 671:15
**connection** 592:20
593:7 600:16
657:2 667:22
**conquer** 541:13
**conquor** 503:13
**consider** 522:2,10
525:7,19 536:25
577:22 578:12
588:4 611:25
655:3 673:24
712:11
**consideration**
547:20
**considered** 517:4
522:14 523:23
529:14 531:10
532:3,18 533:4
536:3 537:5,6,11
537:17 538:3,7,11
538:16 539:2,12

547:23 550:16
553:22 559:2
566:25 568:9
576:5 577:6,14
579:3,4,7,7 588:3
612:2 626:20
641:1,8 643:7
644:3 655:13
656:11,20 694:4
705:5,11,14,19,24
706:1,3
**considering**
521:13 525:11
530:22
**considers** 530:14
577:25 615:15
674:2
**consists** 685:4
691:6
**constituting** 663:9
**consumer** 496:4
497:4 506:10
694:7 712:8 722:4
724:1
**cont'd** 500:1 501:1
502:1 504:1 505:1
**contact** 636:11,13
636:15 722:9
**contain** 527:19
**contained** 704:10
720:4
**contains** 556:5
**content** 523:3,7
524:16 530:6
556:17 589:10,12
590:16 652:5
**context** 528:3,16
590:23 595:6
597:2 598:12,16
599:20 607:6,25
608:10 614:18

[context - cross]

620:8 631:4
632:12 637:12
654:3 664:11
667:3 691:16
701:12,14,21
**contexts** 699:8
**continuation**
508:8
**continue** 508:10
511:18,21 532:16
536:12 537:8
538:9,9,24 539:3
540:18 547:21
555:9 556:1 559:4
559:6,15,23
563:17,19 566:12
569:11 583:4
605:9 623:22
655:19 662:11
685:8 706:6,12
**continued** 510:21
513:23 533:6
539:14,19 540:8,9
557:13 560:7,18
611:2 623:13
624:4 665:1
685:21
**continuing** 512:17
664:19 665:14
666:6
**contract** 516:8
526:18 527:13
528:13 589:14,17
589:22 628:6,20
630:15 675:15
676:11
**contracted** 527:10
**contracts** 526:11
526:14,20 527:14
527:16,20 528:12
565:21 566:7,10

606:14,18 610:1
**contractual**
537:13 624:17
**contractually**
566:11
**contribute** 529:1
**contributes**
530:15
**controlling** 621:15
**convenient** 618:18
**conversation**
509:7,8 526:23,24
562:23 683:19
**conversations**
509:2,4,12,14,15
540:7 564:7 605:4
**cool** 535:8 603:16
603:19 700:12
**corporate** 496:13
535:19 539:1
594:17 613:4
677:8 687:21
690:3 706:25
**correct** 542:21
546:10 574:14
627:12 645:5
648:5 717:25
720:5
**corrected** 720:5
**corrections** 719:5
720:3 722:14,15
723:3,4
**correctly** 537:5
553:17 574:11,13
580:5 583:6,7,13
583:14 584:14,15
587:1,2 588:19,20
607:4,5 609:12,13
610:3,4 611:16
617:17 619:5
622:16,17 636:22

636:23 642:19,20
645:18,19,23,24
678:24,25 691:13
691:14
**counsel** 498:1
499:1 500:1 501:1
502:1,16 506:14
507:3 514:13
535:11,14,16,21
595:20 596:16,22
598:5,18 599:4
719:10 722:18,21
723:7
**counsel's** 599:19
**count** 687:17
**counted** 687:19
**counts** 615:1
**couple** 593:21
637:1 661:9
**course** 520:23
535:25 597:25
603:24 676:8
691:17
**courses** 597:23
**court** 496:1 497:1
497:21 507:8,14
507:16,19 541:6
543:5 581:19
602:13 616:6
634:14 635:24
706:18 713:18
721:3
**cover** 526:15
567:21 606:15
620:11 705:4
**covered** 527:17
613:10 657:25
658:1,5 704:1,17
**covering** 705:5
**covers** 567:10
610:21 658:2

695:16 699:2
**create** 524:16
531:1 594:11
640:4 718:8
**created** 530:25
553:19,21 563:16
564:25 642:1
699:4 703:3,6
**creates** 530:5
645:17 646:18
650:3,9,22
**creating** 546:18
641:20,24
**creation** 687:8
688:15
**creations** 688:12
**criteria** 540:2
562:10,16,18
563:10,21 583:11
625:16
**cross** 496:13
497:15 503:3
506:8 507:9 508:1
508:6,18 514:7
515:2 517:20
526:10 534:16
536:2,23 541:10
541:14 542:10
543:8 569:10
578:7 585:6
598:25 599:18
600:11 603:6
615:18 616:8
629:23 634:17,22
636:4 637:23
638:4 646:8
650:11 660:1,20
661:16,18 662:5,7
662:10,15,23
664:9,18,24
665:23 666:16

Veritext Legal Solutions
866 299-5127

[cross - definition]

667:1,9,20 668:7
668:25 669:15
672:6 676:4 705:3
715:5,12 720:1,11
722:1,5 724:2
**cross's** 600:10
**crutcher** 500:5
501:5 506:20
**csr** 496:21,21,22
721:25
**current** 535:5
**cut** 598:20
**cuts** 566:22

**d**

**d** 698:2,2
**dallas** 500:20
**daniel** 498:7 502:5
506:17 507:7
**daniels** 563:24
**data** 510:4 511:10
511:15,18,21
512:1,16 513:17
513:23 514:4,5
524:9,10 528:24
529:1,6 530:16
531:12 532:5,8
536:24 539:5
540:19 546:4,7
552:11 553:8
555:3,13,14,15
557:6,14 573:10
573:15 574:15,16
575:6,7,20 576:1,8
576:10,19,21,21
576:25 577:1,8,12
577:22 578:1,3,6
578:12,23 579:2,4
579:5 583:5
589:18 591:3,6,17
592:9 599:16,21
600:12 601:1

602:5 605:14
610:12,18 611:3
611:14,20,25
614:2,2,6,20 615:4
617:21 618:4
619:7,10 626:19
638:8 640:25
641:7 657:23
663:21 664:20
665:1,14 666:5
667:11,23 670:6
677:18,21 678:1
678:20,22 679:8
683:8,12,15,16,17
683:21,25 684:1
685:10 689:15
691:10 695:21
696:6 697:6,9,15
698:13,22 699:7
699:24 700:5,17
703:5,10,16,21,25
704:17,24 706:7
709:8 713:16,20
713:22,22 714:6
716:2 717:25
**date** 542:13
582:10 602:18
668:21 676:21
678:21 687:8,11
688:15,18 689:4
689:24 690:20
696:9,12 703:14
704:2,8 721:20
722:16 723:5
724:24
**dated** 503:11,21
504:4,14 541:11
581:16 634:19
660:4 721:23
**dates** 513:4 621:5
701:16

**davis** 499:8 506:25
**day** 517:20 660:18
669:1 676:5 720:6
**days** 508:19
**december** 505:4
602:18 685:25
686:11,14,14,17
706:22
**decide** 624:13
628:10 658:17
715:9
**decided** 517:11
518:2 583:20
659:5
**deciding** 531:11
532:4,16 533:5
536:4,23 539:3
540:17 563:2
655:19 657:3
**decision** 533:11
540:2 541:1 564:6
564:10 573:12
583:16,23 621:24
622:2 625:16
642:15,22 645:4
645:14 646:16
648:5,16 649:13
649:25 650:8,19
656:10,19 657:1
658:8 659:20
**decisions** 530:16
562:22 564:3,14
579:17 580:15,23
584:9 645:22
657:9 658:25
659:16 664:25
**deck** 504:15 543:3
543:20 545:17
546:13 548:23
551:1,22 554:17
555:20,24 556:16

556:20,23 558:14
558:17,18 562:3,6
566:1,3 570:2,17
570:19 572:12,16
573:19 580:8
604:2 618:21
625:1 630:14
632:22 634:20,21
636:2,5,18 637:2,4
637:12 641:13
642:1 644:19,23
646:22,23 648:15
650:4,6 654:20
655:1,24 656:9,18
657:22 658:6,8,13
**declare** 720:1
**deem** 588:23
**deemed** 699:22
**defendant** 506:20
668:11
**define** 517:14,15
519:11 520:4
534:24,24 537:19
559:13 562:10,15
655:18
**defined** 560:12
562:18 568:7
615:9 654:24
655:1 672:25
673:20 675:22
694:11,24,24
695:11,11,12
**defines** 519:7
537:24 653:25
677:14
**definition** 517:1
518:10 519:10,13
519:19,21 520:2
520:17,20 560:16
567:9 575:22
577:14 578:20,22

Veritext Legal Solutions
866 299-5127

**[definition - designations]**

578:25 579:9,10
580:19,21 590:13
613:10 615:8,21
619:13 631:17
632:14,19 633:14
656:7 671:3
673:21 674:7,17
675:12 684:1
705:11,23
**definitions**  615:20
632:15,17 694:23
**definitively**
539:21
**denominator**
519:15
**denver**  501:10
**depended**  659:11
**depending**  574:5,5
574:6 632:15
**depends**  580:19
**depo**  660:25
714:23
**deponent**  497:16
503:2 507:18,24
512:8,20 513:11
514:1 516:6
517:17,24 519:1
519:18 520:1,8
521:7,10 522:5,25
523:14 524:13
525:1 527:2 528:7
528:19 529:9
530:1,20 532:21
533:13 535:8
536:8 537:3
538:18 539:10,24
541:15 547:8
549:7 550:1
554:14 555:19
556:11 557:8
562:21 567:24

569:21,25 574:20
575:11,22 576:12
577:25 581:7,21
583:19 584:2
585:5,11 586:20
588:10 589:21
591:19 592:4
595:3,22 596:9
600:24 601:18
603:12 606:7
607:10 608:2
611:23 612:7,17
613:8,21 614:5,11
614:24 616:24
618:6,24 621:21
623:1,17 624:2,24
625:21 626:24
627:20 629:6
630:11,19 631:5
631:24 632:10
635:7 637:8
638:14,24 639:11
640:17 641:10
642:25 644:7,21
646:2,21 647:12
647:25 648:7,22
649:18 650:13,25
652:13,23 653:13
653:19 654:18
655:6,23 656:14
656:23 657:8,18
658:22 659:8
661:3 663:1 664:3
664:15 665:9,18
665:25 666:10,20
667:6,14 668:1
669:25 673:10,19
674:6 675:2,20
676:1,8 677:12
679:11 680:15
681:2,11 682:10

682:22 684:3
688:4 689:1,12,22
690:8,18 691:22
692:12 693:1
694:21 695:8
697:1 699:13,20
700:8 701:1,20
702:16 703:19
704:5,22 705:9,22
706:10,24 708:20
709:2,20 710:3,13
710:21 711:6,15
711:20,25 712:5
713:2,25 714:15
715:13,22 716:8
716:17 717:2,18
718:3
**deponent's**  496:15
**deponents**  721:7
**deposition**  496:12
497:15 506:8
507:21 508:9
514:8 592:2
595:12 600:10,23
702:15 704:4
719:3 721:14
722:19,22,24
723:8,10
**deprecate**  607:2
608:7 658:18
**deprecated**  510:16
511:18 513:9
532:12,14,15,17
533:3,7 536:5
537:9 539:20
540:9 555:22
556:2 561:10,16
582:19 604:18,19
608:25 609:5
623:12 637:15
640:8 643:13

644:12 685:17
701:15,22 702:4
**deprecation**
512:10 513:4
557:14 560:19
577:10,19 667:22
685:10 686:6
688:23 701:16
**deprecations**
559:14,24 583:3
587:9
**derek**  498:6
506:16 541:18
560:25 634:24
668:18 691:18
**describe**  554:8
560:22 589:7
613:4 638:6
671:10
**described**  509:1
560:1 629:2
641:15,18
**describes**  568:13
627:13 630:14
658:13
**description**  503:10
504:3 505:3 628:9
691:2,25 700:1,11
700:13,20,21,22
702:8 709:6
710:17
**descriptions**
552:18 709:11
**design**  571:20
**designated**  508:13
509:23 714:20
**designation**
719:13
**designations**
719:14

Veritext Legal Solutions
866 299-5127

[designed - document]

**designed** 646:15
656:25
**designee** 539:1
594:18 664:10
677:8 687:21
690:3
**despite** 678:8
**detail** 523:19
557:11 570:18
589:23 626:25
653:20 697:12
**detailed** 644:17
**details** 510:17,24
513:21 619:14
638:15 646:3
647:21 648:3
649:12 658:14
**determinant**
539:14
**determination**
531:7 614:25
640:22 641:21
644:1 654:23
675:4,4
**determinations**
537:12,14 718:7
**determine** 514:2
558:4 566:10
578:18 640:7
643:12 644:15,22
682:3 689:18
**determined**
536:11 625:11
676:10 689:5
722:18,22 723:7
**determiners**
525:23
**determining** 537:6
540:7 679:16
**dev** 548:2,3,5,6

**develop** 567:4
621:14
**developer** 511:1
518:14 519:4
521:15,25 524:2
527:18 528:10
531:2 544:11,23
548:6,9,12,13
550:13 553:23,24
559:7 567:4
574:10,22 606:13
607:19 612:24
626:5 674:13
692:23 693:2,4,7,9
693:11,14,17,20
693:23,25 694:4,8
694:9,14 701:11
707:16
**developers** 517:10
521:20 523:21
524:10,14 525:12
529:11 544:14
545:5,6,24 548:8
551:25 552:23
553:2 554:25
555:8 559:3 565:9
574:9,23 577:21
582:22 583:2
588:17 606:15
613:1 617:9 691:9
693:5 695:20
700:4,16 701:10
**development**
622:7
**device** 526:2 538:4
560:7 617:12
**devices** 671:12,19
692:20 708:6
**dgarrie** 502:11
**diagramming**
556:7

**dialog** 552:10
**dialogs** 552:24,25
552:25
**dialogue** 552:22
**differ** 653:22
**difference** 692:9
695:4
**different** 513:5
519:11,12 521:4
526:16 552:21
554:7 561:23,25
562:4 576:16
584:7 597:19
609:21 619:20,23
627:13 630:23
632:1,2,17 638:10
657:11 660:18
671:12 687:19
692:1 695:15
702:6,19,23 709:7
709:14 719:16
**differs** 656:4
**difficult** 595:12
598:11
**difficulty** 542:8
**direct** 533:20
**direction** 721:11
**directly** 522:22
567:25
**director** 645:11,21
647:21,22 648:4
648:15,17 649:13
650:7 658:16
707:15
**directors** 642:15
642:21 645:4
646:15 649:24
650:14 651:6
**directs** 553:25
676:19

**disclosures** 617:15
704:1
**discrete** 508:12
**discuss** 512:9
**discussed** 510:7,24
510:25 511:10,13
511:13 560:6,17
564:14 591:10
656:2 657:22
661:11
**discusses** 661:6
**discussing** 509:17
510:15
**discussion** 564:21
584:8 585:19
672:22 684:23
**discussions** 525:12
584:5
**distinct** 552:6
**distinction** 694:16
**distinctions** 719:7
719:15
**district** 496:1,2
497:1,2
**divide** 503:12
541:13
**division** 632:16
**dloeser** 498:14
**document** 496:6
497:6 541:25
547:9,11 549:10
581:14 593:15,17
594:6,6,14 595:2
595:15,15,16,21
596:2,7 598:12,17
598:19 627:9
629:8 641:16,18
660:24 661:4,9,14
668:14 669:17
672:4,7 673:22
674:10,18 675:22

Veritext Legal Solutions
866 299-5127

**[document - entire]**

677:6,13 694:25
695:11 699:23
706:16 715:1,4,9
715:14
**documentation**
640:21
**documented**
637:25 639:5
654:4
**documents** 508:19
508:20 509:3
538:19 539:11
541:20,22 594:23
595:24 600:6
616:15 636:7,8,16
661:22 662:2,13
662:16 690:9
715:6,6
**doing** 524:6 604:4
620:16 682:22
**door** 569:22
**double** 661:1
**doug** 563:24
**download** 526:3
**draft** 548:23 566:2
570:17
**dramatically**
663:20
**drew** 634:19
635:13,14,14
**driver** 540:25
**drivers** 622:7
**driving** 639:20
**drove** 622:1
**dub** 553:4,4,4
**due** 681:15
**dunn** 500:5 501:5
506:20

**e**

**e** 499:6 503:8
504:1 505:1 722:9
722:12 723:1
724:3,3,3
**e.g.** 563:25 625:16
**earlier** 533:15
633:14 661:17
**early** 564:16,16
**easy** 526:2
**ecosystem** 523:16
544:23 607:19
**eddie** 541:4
634:18 636:14,16
**edge** 513:14
**educated** 523:18
**effect** 535:4
**effective** 594:2
599:7
**effort** 550:14
593:22 604:6
608:19 610:14
624:6 636:11
644:16
**efforts** 510:8
622:13 624:10
636:13,15 639:9
690:13
**eight** 545:17
546:14,23 551:22
573:20 585:17
589:6 591:21
**either** 533:21
585:18 635:12,15
635:19 637:15
703:20 715:4
**elapsed** 545:19
**elia** 509:14 510:13
510:24 511:3,9
668:23

**eliminated** 555:15
**email** 503:11,21
504:4,14 509:14
541:10,13,14,16
542:11,12,16
581:15,23 602:16
602:18,20 603:25
605:1,3,22 606:9
608:4 609:6
611:10,24 614:14
620:12,14 634:18
636:5 660:3,21
662:4
**embed** 553:5
**emit** 511:10,17,21
511:25 512:15
513:17,23 539:4
611:3,14,19,25
614:1,2 617:20,23
638:8 641:7 655:3
655:10,13 683:8
683:12,25 699:23
703:25
**emitted** 546:17
610:12,17 640:25
654:11,24 657:22
679:17,23 681:8
681:13 682:18
683:10 684:5
697:9,16,20
698:13 703:16,21
704:16
**emitting** 514:4
**emma** 498:8 507:2
**employed** 588:10
**employee** 666:17
721:18
**employees** 509:5,6
663:8 707:2,5
**employment**
520:23

**empty** 558:15
**enable** 573:12
579:18 580:18
589:9 670:5
**enabled** 704:12
**enacted** 551:5
552:3 557:3
558:13 566:4
568:19,25
**encourage** 530:7
**endeavor** 534:22
**endpoints** 678:19
679:4 695:21
700:5,17
**energy** 531:5
**enforcement**
509:18
**enforcing** 601:21
**engaged** 544:21
671:18
**engagement** 652:4
652:14,16
**engineer** 582:3
**engineering** 651:3
682:3
**engineers** 690:10
**england** 496:15
497:17 506:1
**enhance** 602:7
626:17
**enrich** 524:19
**enriches** 530:4
**ensure** 534:8
574:11 578:6
610:1 637:24
639:1
**ensuring** 545:21
**entail** 681:17
**enter** 526:11
**entire** 608:19
687:19

**[entirely - explains]**

**entirely**  556:12
609:15 633:13
641:2
**entirety**  595:1,20
**entities**  519:3,12
519:21 521:23
527:12 540:18
567:1 671:16
674:14 677:2,4,20
699:6
**entity**  521:12
530:23,24 590:10
612:19 676:10
687:2
**entry**  695:25
**enumerate**  552:16
617:2,3,5
**equipment**  525:18
**errata**  722:14,16
723:3,5
**escalate**  642:16,22
644:2 645:5
**escalated**  643:6
644:9,11
**escalation**  504:15
504:18 634:20
635:20 636:20
640:12
**establish**  622:14
**established**  520:21
**estimate**  644:8
**estimates**  643:15
643:20
**estimation**  571:8
626:2
**et**  552:12
**evaluates**  640:2
**event**  639:8
**events**  512:5,25
513:15 621:17
661:6 699:7

**eventually**  555:8
**everybody**  529:17
**evidenced**  592:7
**evolve**  622:15
**ewright**  498:16
**exact**  513:4 543:17
718:7
**exactly**  528:2
544:8 557:1,2
559:19 588:18
621:22 629:10
643:11 652:9
653:21 657:24
658:4 659:15
680:8 689:13
713:25
**examination**  503:2
508:4 662:16
**examined**  508:2
**examining**  508:13
**example**  518:18
523:1,4 525:3
529:11 530:1
538:4 540:17
547:17,21 560:7
566:9 574:7,7
625:5,10 626:8,13
646:10 688:11
692:17,19 700:23
710:22 711:20
**examples**  518:15
527:23 617:6
626:10 673:1,4
695:13 710:24
711:15 712:1,10
713:3
**exception**  685:12
686:9
**exceptions**  584:13
587:9

**excerpted**  595:1
**excerpting**  594:14
**excess**  566:11
**excuse**  509:8
682:10
**executed**  720:6
**executive**  660:9
**exempt**  558:22
559:14 560:12,13
569:1 572:8
**exercise**  640:6
**exhibit**  503:11,15
503:21 504:4,8,14
504:18 505:4,13
505:15,17 541:5,9
542:1,2,3 543:3,4
543:19 579:13,15
581:18 592:10
593:21 594:1,11
598:22,22 599:15
599:19 602:12,25
616:4,5 634:13,17
634:25 635:3,6,23
636:4 659:23,25
659:25 660:2
668:8,17,19,20
669:24 670:24
706:17,21,21
**exhibits**  505:11
**exist**  510:21 514:3
536:12 556:24
558:6 570:20
572:2 581:3
683:10 698:17
**existed**  511:15
529:12 566:7
576:24 606:18
607:16 610:15
612:25 624:7
**existence**  587:6,17
587:19 642:13

**679:18 685:7
existing**  621:13
622:13
**exists**  581:2 702:4
704:25
**expect**  583:1
653:22 699:17
**expectations**
607:19
**expected**  529:15
559:4 571:24
591:13 604:22
650:15 651:8
653:14,21
**experience**  523:21
545:2 602:8
617:11 625:25
626:17 643:2
651:2 675:7
**experiences**
583:10,17 671:22
694:7 708:9 712:8
**expert**  600:25
601:20 652:9
658:23 664:7
665:21 666:10
667:7,17 689:2
**expertise**  523:17
668:3
**expiry**  566:9
**explain**  523:18
545:15 554:15
594:25 604:24
650:8 654:2,5
680:10,11 687:22
690:22 710:8
**explained**  710:15
**explaining**  645:16
646:17 650:2,21
**explains**  604:4

[explanation - fairly]

**explanation**
534:18 601:13
623:7,9 693:3
710:4
**express** 530:13
**expression** 682:6
**extension** 685:7,13
685:24,25 686:16
687:20,23
**extensions** 685:11
686:8 688:1
689:19,23 690:5
690:16
**extensively** 683:22
**extent** 509:11
513:22 540:16
607:8 640:15
**external** 574:8
620:22 638:11
**externally** 583:12
**extremely** 669:17

**f**

**f8** 582:12
**facebook** 496:3
497:3 500:4 501:4
505:4 506:10
509:5 511:1
513:21,21 514:2
515:4 516:8,11,24
517:11,12 518:2,3
518:7,13,13,23
519:4,6,7,9,16,24
520:6,12,15,24
521:12,14,19,20
521:25 522:1,3,11
522:17,19,20,22
523:2,9,12,25
524:7,10,11,16,19
524:24 525:9,19
525:20,20 526:1
526:10,15,17,19

527:10,13,17,18
527:19 528:9,12
528:14,17,24,25
529:1,4,5,7,21,21
530:4,5,7,9,10,14
530:15,22 531:1
531:10,11,17
532:3,4,18,19
533:4,5,9,10,13
536:2,3,11,13,25
537:1,18,22,24
538:12,13,15
539:21,25 540:15
543:8 544:11
546:6 547:4,22,25
548:9 549:4,23
550:3 552:21,24
553:4,24 559:3
560:2,5,13 565:10
567:2,4,16,20
570:22,25 571:24
574:16 575:7,17
577:22,25 578:4
578:12,15,16,18
578:23,24 580:17
580:22,25 581:4
583:15,20,22
584:3 586:3,6
587:24 588:7,11
588:12 589:3,10
589:12,14,16,18
590:16 592:13
593:14,23 594:5
594:25 595:15
596:6,7,11,14,23
596:25 597:14,19
597:20,21 599:5
599:25 600:1
601:25 606:14
607:1,7,12 608:18
611:18 612:4,13

612:18,19,24
613:2,17 615:15
617:24 618:4
619:6,12 623:14
629:2 632:4,6,16
638:20 639:8
640:13 641:6
643:5,8,10 644:1,3
647:14,16 652:5
653:25 655:2,8,18
657:4,14,19 659:4
659:18,21 660:15
663:23 664:11,25
665:6,12,20 666:3
667:2,22 668:9,11
670:19 671:2,8,9
671:10,15,18,20
671:21,21,23,23
671:24 672:25
673:5,8,15,16
674:2,13 675:3,12
675:15,24 676:11
676:15,19 677:2,4
677:22,24 678:1
678:15 679:7,16
679:19,25 683:11
683:24 684:4,11
684:13 685:3,19
689:7,17 692:20
693:2,3,7,9,11,13
693:17,20,23,24
694:4,8,9,14 695:2
697:15,20 698:15
698:22 699:4,6
701:10 703:3,6,13
704:2,15,19,23
706:4,10,22,23,24
707:2,3,5,8,10,13
707:21 708:2,5,5
708:10,17 709:24
710:9,19 711:12

712:22 722:4
724:1
**facebook's** 496:12
505:6 510:8
528:14 538:25
544:14,25 545:22
547:10 548:7,19
548:22,25 549:9
549:12 582:9
583:25 594:17
598:7 600:25
601:21 613:4
639:3 642:23
660:9 664:10
667:10,21 669:2
670:22,25 671:12
671:17 674:7
676:16,20 677:7,9
678:9,14 680:3,24
681:3 683:20,22
684:1 687:21
690:3 691:1
692:15 694:17
698:21 706:25
707:6
**facility** 682:4
**facing** 552:25
620:22 707:20
**fact** 548:19 560:2
608:21 643:5
647:8
**factor** 540:8
**factors** 621:23
659:12
**fair** 529:5 548:21
591:14 611:18
612:12 629:3
631:21 647:6
648:18 693:10
**fairly** 643:20

**[fairness - fourth]**

| | | | |
|---|---|---|---|
| **fairness** 528:23 529:4 | **fewer** 696:18 | 685:1,1,3 695:25 708:4 | 656:12 659:7 |
| **fall** 568:3 703:25 | **field** 685:8 700:5 | **fit** 702:8 | 664:1 665:17,24 |
| **falls** 649:4 | **fields** 678:20,22 679:8 691:10 | **five** 714:20 | 666:8 667:5,12,25 674:4 681:10 |
| **familiar** 597:6 610:7 698:23 | 695:21 700:17 | **flagged** 640:11 | 684:2 688:3,25 |
| **familiarize** 603:2 | **figure** 511:16 557:24 | **flip** 643:14 684:9 | 689:10 690:7 |
| **familiarizing** 603:5 | **fill** 647:21 649:19 650:15 | **floor** 502:8 | 692:25 694:20 |
| **family** 663:9 | **filled** 657:11 | **flow** 535:16 | 695:7 699:12 |
| **far** 551:9 552:8 | **filling** 650:7 | **focus** 514:24 | 701:19 702:5 |
| 628:3,17,19 631:17 | **final** 558:17 | 550:14 598:23 | 703:17 704:4,21 |
| **faster** 517:20 | 587:12 642:15,21 | **focused** 521:23 | 705:8 706:8 |
| 627:12 629:3 | 645:4,14 646:16 | 522:7 534:12 | 708:19 710:2,12 |
| **fb** 503:13,18,19 | 649:25 650:19 | 703:20 704:11 | 711:5 713:1,24 |
| 504:6,11,12,16,19 | **finally** 511:1 | **fold** 609:10 | 714:14 715:20 |
| 504:20 505:7,8 | **financially** 721:17 | **folks** 564:7 | 716:7 717:1,16 |
| **fb.com** 722:2 | **find** 530:11 600:3 | **followed** 643:12 | 718:1 |
| **feature** 712:23 | 604:1 641:23 | 646:3 658:24 | **formal** 515:13 |
| **featured** 604:17 | 644:13,23 669:11 | **following** 620:20 | 518:10 560:15 |
| **features** 561:10,16 | 712:19 | 654:10 669:1 | 562:17 563:3 |
| 573:10,16 575:20 | **fine** 594:9 597:11 | 673:3 700:9 | 568:24 571:6 |
| 576:19,21 605:7,7 | 597:11 662:22 | **follows** 508:3 | 578:24 579:8,10 |
| 605:10,13 708:5 | **fining** 591:15 | 722:8 | 580:12 587:12 |
| 712:15 715:17 | **finish** 715:2,8 | **fonti** 499:5 506:24 | 614:25 705:10,23 |
| **february** 668:22 | **finished** 539:18 | **foregoing** 720:2 | **formally** 572:13 |
| **federal** 721:14 | 627:8 | 721:5,7,11,13 | **forms** 538:15 |
| 723:1,8,9 | **finishes** 535:13 | **form** 512:7,19 | **formulated** 715:24 |
| **federated** 640:2 | **finishing** 715:13 | 513:25 516:4 | **formulation** 689:4 |
| **feel** 591:1,4 612:21 | **firehose** 589:1,4 | 517:23 518:24,25 | **forth** 534:25 721:7 |
| 624:25 625:22 | 589:24,25 590:3,4 | 519:17,25 521:14 | **forward** 620:24 |
| 650:25 657:12 | 590:6 | 523:23 524:12,24 | 621:16 684:9 |
| 665:18,25 666:14 | **first** 545:20 552:8 | 524:25 528:6,18 | **found** 591:2,5 |
| 666:20,24 667:8 | 555:14 561:9 | 529:24 536:7 | 640:10 |
| 667:17,18 668:2,2 | 573:14 597:24 | 547:7 549:6 | **foundation** 516:5 |
| 668:4 674:8 | 611:11 624:15 | 554:13 555:18 | 658:20 |
| 683:19 688:5 | 628:4,20 633:12 | 556:10 557:7 | **four** 550:5 561:18 |
| 689:5 690:22 | 636:19 640:1 | 558:18 562:20 | 566:16,17 567:19 |
| 718:3 | 645:10 648:25 | 567:23 574:19 | 567:21 568:1,3 |
| | 649:1,6 651:17 | 575:10,21 577:24 | 584:16,17 673:1,4 |
| | 669:1 678:10 | 611:21 612:16 | 710:22,22 |
| | | 641:9 644:5 | **fourth** 668:12 |
| | | 646:20 655:22 | |

Veritext Legal Solutions
866 299-5127

[frame - give]

**frame** 510:9
551:23 572:3
598:13
**framework** 563:4
**framing** 667:6
**francisco** 500:11
541:4
**frankly** 635:5
686:25
**frcp** 723:1
**frequently** 523:9
**friday** 660:18
**friend** 509:20,20
510:25 511:6,10
511:15,17,21,25
512:16 513:23
534:3 536:24
539:4 540:19
552:11 553:8,8,10
555:3,13,14,15
557:5 575:6,13
576:1,8,9,20,25
577:1,2,8,11,22
578:3,12,23 583:4
583:9 587:9
590:23 591:2,5,15
593:2,22 600:2
602:2 605:14
610:12,17,19
611:3 614:2,20
615:4 617:21
618:4 640:25
641:7 657:23
664:20 665:1,14
666:5 667:11,23
677:18,25 679:23
679:23 683:8,12
683:15,21,25
684:1 685:5,10
687:14 688:21
689:8 698:13,22

699:7,24 703:5,9
703:16,21,22,23
703:25 704:11,17
706:7 709:8 713:8
713:13,15,16,20
713:21,22 714:6,8
714:11 716:2,3
**friends** 512:14
513:1,2 523:4
524:18 530:5
552:11 553:7
555:3,12 557:5,14
583:3,5 584:13,18
602:4 617:24
663:9 677:21
678:19 683:16,17
691:11 695:22
699:9,9 700:6,18
703:9 704:13
708:10 714:18
716:4,14,22,24,25
717:8,11,14,15,20
717:21,23 718:15
718:17
**front** 600:12
**frozen** 609:11,14
609:16,16,20
**ftc** 712:17
**full** 512:10 553:8
583:4,9 610:24
638:14,17 708:23
**fully** 540:3,4
592:25 610:20
615:12 621:24,25
621:25 633:16
663:15 680:10
**function** 637:23
638:4
**functional** 561:18
562:9

**functionality**
560:18
**functions** 533:7
**further** 597:2
608:12 643:6
719:7 721:13,17
**future** 524:23
525:3,8 573:13,13
579:18 580:18
607:2,24 608:7
622:13,15

### g

**game** 588:17
712:12
**games** 561:18,18
565:15 566:17,18
566:23,24 568:9
712:8
**gamut** 512:10
526:20 552:21
**garbled** 630:3
**gareth** 581:16
582:2,3
**garrie** 502:5 507:3
507:6,7 533:14,19
533:23 534:4,14
535:9,10,25
595:11,18,25
596:3,12,16,20
597:1,4,9,15,17
598:3 599:1,3
719:9,18
**gate** 701:2
**gated** 610:23
620:22
**gating** 639:1
**general** 502:16
528:10 530:21
531:22 540:14
597:19 680:23

**generally** 516:15
521:18 528:23
552:17,19 564:8
583:25 584:4
589:7 596:8
623:10 674:11
697:4 701:9
**getting** 546:8
676:5 711:22
717:14
**gibson** 500:5
501:5 506:20
**gibsondunn.com**
500:13,14,22
501:12,19
**give** 507:21 512:2
517:21 525:3,14
527:4 529:10
532:10 533:17
534:18 546:10
579:1 580:5 585:7
594:6,13 595:7,9
601:4,8,12 605:2
606:22,23 607:12
612:20 613:23
614:12 615:6,9,9
615:13,17 620:2
621:12 623:2,5
624:25 625:4,4,22
625:23 626:11,24
626:25 627:16
629:7,24 633:16
639:17 641:5
642:9 651:1
652:24 654:19
655:7 659:13
665:9 667:18
673:21 674:8,9
675:3 676:6
684:18 689:6,15
701:25 710:4

**[give - happy]**

711:25 712:20
713:5 714:2
716:19
**given** 545:18
546:13 547:15
564:19 581:11
602:6 606:11,11
606:20 623:19,19
625:25 679:20
685:4,7 702:24
704:23 708:16
709:7 710:16,18
710:22 713:3
717:24 719:6
721:12
**gives** 673:1 677:15
711:15
**giving** 512:22
603:2,22 615:5,25
655:9 678:2
**giza** 518:20
**go** 521:9 526:4
529:25 530:19
535:14 536:17
537:25 539:9
542:7,9 543:2
545:7 550:18
552:8 557:16,24
570:1 571:11
576:1 579:12,15
581:13 585:10
588:15 599:10
601:12,16 603:10
604:14 611:9
616:3 618:14
619:1 620:15
622:21 627:7
630:10 632:9,22
634:1 636:1
638:23 639:15,21
642:2,3,4,14

644:25 646:6
649:21 657:17
659:23 662:23
663:3 669:11
670:17,21 672:14
676:12,13 682:23
686:11 690:24
694:6 695:24
700:25 707:19
709:4,19 712:13
715:9 718:19
719:10,20
**goal** 550:17 558:8
558:19,21 560:1
569:1 572:6,7,8
**goals** 545:11 547:5
548:16,18,19,22
548:25 549:3,9,9
549:13,22 550:3,9
550:11
**goes** 583:8 584:12
586:23
**going** 507:13
533:19 534:6,16
536:16 541:8
546:14,24 554:22
555:15,16 569:21
572:15 585:2,11
586:3,6 592:12
594:15 595:18
597:23 599:10
602:15 603:9
616:16 618:16
621:16 637:5,6
648:16 659:24
661:12,14 668:7
668:14 684:25
702:7,14,17 717:3
**good** 506:16,23
508:6,6 533:17
534:20 547:21

569:11 623:8
714:23
**govern** 577:7
578:1 589:17
605:23
**governs** 528:13
**grant** 533:6
584:21 585:23
586:1 620:21
684:14 689:18
**granted** 575:19
684:13,16 689:23
696:9
**granting** 573:9,15
576:19,20
**graph** 510:21
524:18 529:2,12
529:14,17 530:2
531:19 544:5
545:20 546:3
550:25 552:10,22
579:20 581:1
685:9,11,17,19
686:1 691:11
694:3 695:23
700:19
**graphic** 644:1
**great** 514:18
548:10 569:12
603:12 618:19
**greatly** 653:22
**group** 524:22
525:5,6 526:24
527:9 562:9
563:24 631:19
656:4 658:18
**groups** 512:5,25
513:15 561:18
699:8 700:23
701:4,9,9 702:10

**growing** 524:5,5
**guardian** 518:21
**guess** 536:16
**guessing** 584:12
**guidance** 663:4
**guys** 603:22

**h**

**h** 503:8 504:1
505:1 724:3
**half** 566:5
**hand** 507:17 513:6
**handled** 565:15,16
565:17,19 722:8
**handling** 571:25
**handwritten**
514:10
**hang** 712:20
**hannah** 501:6
506:22
**happen** 561:13
562:11 563:11
564:16 565:23
571:22 579:19
608:21 610:5
622:18,20 640:5
**happened** 557:4,6
557:9,23 561:21
561:22 562:14,14
563:15 564:24
565:5,7 566:1
571:3,7,23 573:3,4
580:10 610:7,10
639:18 643:1
659:11,15 660:15
717:12
**happening** 579:21
623:9
**happy** 514:23
569:9 597:12,25
648:20

[hard - including]

**hard** 520:3 525:10
530:21 557:8
563:14,21 565:24
573:2,3 578:17
588:11 594:19
595:3 607:10
608:3 612:7,8,8,17
615:9 616:25
624:2,24 626:24
627:20 629:6
630:20 648:11
659:13,13 674:8,8
704:8,8,25
**he'll** 715:7
**head** 573:20
**header** 570:8
571:12,19 608:16
637:13 639:22
642:18 643:15
645:3 695:25
**headers** 687:1
**heading** 561:2
566:13 568:10
604:10 620:18
622:10 663:4
671:2
**hear** 583:2 715:7
**heard** 528:19
**heartbeat** 517:22
**hello** 604:1
**help** 509:5 514:10
532:7 533:16
537:19 553:16
593:17 608:9
614:5 633:2
637:12 649:13
656:25 679:11
683:14
**helped** 550:23
**helpful** 592:23
625:3 634:25

683:3 702:18
**helping** 708:3
**helps** 537:24
**hendrix** 509:7,16
**hereto** 541:7 543:6
581:20 602:14
616:7 634:15
635:25 706:19
**hi** 625:16,18 626:1
**high** 557:12
640:11,11,13,14
641:1,1,8,8 643:7
643:8 644:3,3
656:11,11,20,21
657:3
**highly** 496:11
719:3
**historical** 622:12
**history** 527:25
**hits** 680:20
**hive** 698:8,11
**hoc** 562:19,22
**hold** 682:21
**holistic** 588:13
**home** 569:23
**hope** 537:4 634:7
**hour** 618:16
**hregan** 501:12
**hubs** 673:6
**huge** 570:18
**hurren** 541:11
542:24,24,25
570:12,13

**i**

**i.e.** 554:25 604:18
605:5
**ian** 502:16 506:21
**idea** 554:5 559:12
570:14 596:15
609:25 611:1
623:11 653:7

**ideally** 514:19
520:12
**identical** 572:10
**identifiable**
614:19,21 615:23
615:24
**identification**
541:6 543:5
581:19 602:13
616:6 634:14
635:24 706:18
**identified** 511:24
529:21 605:21
619:6,12 620:10
620:11,14 629:13
631:8 657:4 662:3
662:9,13 672:5
677:3,5 689:19
699:4,18 705:4,19
**identifies** 690:25
703:14
**identify** 506:14
623:12 629:19
630:7 633:8
642:11 683:25
684:12 698:13
710:25
**identifying** 604:25
623:18 678:15
680:4
**iii** 496:17 503:3
722:5 724:2
**illustrative** 695:13
**imagine** 555:24
590:17
**imaging** 570:19
**ime** 541:3,12
602:17
**impact** 544:13,22
548:12 558:22
560:14 569:2

651:14
**impacted** 570:10
570:23 571:1,9
583:2
**implement** 550:24
**implementation**
574:14 639:2
**implemented**
549:4,24 559:18
559:19 574:10
638:12,15,18
686:2 697:15
**implementing**
574:13 638:20
**implications**
522:16
**important** 567:6
574:10 577:6
578:1 579:5
**impossible** 598:11
**imprecise** 633:4
**improving** 622:7
**inappropriate**
647:18
**inc.'s** 668:11
**include** 578:23
605:13 610:12
674:24 694:13
699:6 711:11,16
711:17 712:2,11
**included** 577:8
610:25 619:7
662:17 671:24
684:6,7 692:13
699:15,17 703:7
709:23 722:14
723:3
**includes** 602:4
615:1,4 692:3,6
**including** 509:25
538:11 602:17

Veritext Legal Solutions
866 299-5127

[including - investigate]

604:5 610:17
611:2 685:10
709:11
**incomplete** 680:13
**increase** 523:10
**index** 503:1 589:9
**indicated** 598:19
662:1,2 686:5
**indicates** 685:3
686:8
**indicative** 572:11
**individual** 564:5
**industry** 590:7
**info** 663:10
**inform** 656:25
**informal** 591:20
**information** 529:5
537:8 538:8
545:22,23 546:17
556:1,20 563:18
575:12 578:4
586:18 590:10,12
590:18 591:11
592:8,18,19 593:5
593:6 600:15,16
602:1,4 614:19,21
617:16,23,25
618:10,13 626:15
626:16 628:18
648:14 649:4,20
651:6,14 656:25
657:13 676:18
679:7,16,23,25
680:2,5,25 681:4,5
681:8,13,16,22
682:8,18 683:10
684:5,7 687:24
688:7 689:2
690:14 695:15
696:22 697:2,8,19
698:16 704:6,7,10

704:13,24 707:2,5
707:22 708:17
709:25 710:10,16
710:18 711:13
712:16 713:4,13
713:15 714:12,18
715:18 716:21,24
717:7,13,19
718:15
**infrastructure**
514:2
**ins** 552:11 553:5,6
**inside** 553:3,4
**insignificant**
590:18
**installed** 717:13
**installs** 696:19
**instances** 681:18
**instant** 604:18
605:16
**instruct** 534:17
**integrate** 567:4
622:12
**integrated** 675:11
**integration** 518:24
519:3 521:14
523:1 537:7 538:4
538:9,24 566:21
566:22,25 567:9
567:17,20,25
568:4,6 584:24
589:6,9,23 590:1
590:15 671:3,13
671:16,17 672:25
673:1,7,12,16,19
674:2,12,14,17
675:9,9,10,14,20
675:21,23 676:10
676:16,19 677:3,5
677:10,14,18
678:14,16,17

679:2 692:3,10,10
692:14,22 693:6
693:11 694:17,23
695:4,10 708:8
709:12 714:17
716:9,11,15
**integrations**
517:13 518:4,7,12
520:11 521:24
522:8,10,14
524:14 536:9
547:17 559:1,4,6
559:11,22 560:6,7
560:17 563:5
567:10,14 568:8
604:19 605:17
671:18,22 673:6
674:16 692:6
693:9,13,16,19
694:18,25 695:5
695:12 708:21
709:10,12 711:2,7
711:18 712:3
714:2,16 717:4
**intend** 599:18
**intended** 648:4
649:19 650:5
656:9,19 710:6
**intent** 580:11
611:4
**intention** 646:24
**interact** 523:9
**interacting** 525:5
**interactions** 652:1
652:3
**interchangeably**
567:8
**interested** 579:24
721:18
**interesting** 523:7

**interject** 702:1
**internal** 663:10
**interpret** 601:3
627:21 650:23
674:20
**interpretation**
601:4 602:2 605:3
607:13 625:24
631:21 647:1,13
**interpreted**
630:22
**interpreting**
573:24 600:25
601:21
**interrogation**
589:17
**interrogatories**
668:13 669:2,14
670:8 684:10
699:5 709:5
**interrogatory**
668:8 670:13,17
670:22,25 672:24
674:3 676:20
678:5,10 684:11
691:1 699:5 709:5
711:2,10
**interrupt** 533:25
535:16
**intervene** 533:16
**introduce** 541:9
597:5,7,12,14
598:21 599:11,19
634:16 668:8
**introduced** 607:17
607:18 639:1
**introducing**
599:21 620:21
**investigate** 513:20
513:21 624:13,15
628:10

Page 21

**[investigating - lasted]**

investigating 627:4

investment 608:13

investments 531:4 607:3,24 608:8

invitable 513:1 699:9

involve 630:15

involved 558:1,3 558:25 607:14,14 627:21 629:9 640:19 641:20,24 644:16 651:2 654:20 690:10 697:6 718:6,11

involvement 547:16 584:4

involves 658:14

issue 507:12 594:7 598:6

issues 580:24 620:9,23

it'll 541:9 569:23 593:21

item 651:17 652:20 655:15

iteration 680:3

**j**

jackie 541:11 571:13,16,17 660:3

jams 502:4

jamsadr.com 502:11

jan 611:12

january 515:9 685:14

job 496:24 515:21 516:7,11,13 517:9 543:8 709:11 711:17 722:5

724:2

john 502:18 506:11

josh 506:25

joshua 499:9

jsamra 499:18

jsc 496:4 497:4

judgment 534:21

june 496:16 497:18 506:1,6 721:23 722:3,5

justification 642:17,23 645:5 645:22

justify 645:15 646:17 648:4,16 649:13 650:1,8,20 656:10,19

**k**

k 499:8

keep 529:19 569:8 682:22

keeping 582:6

keller 498:5 506:17,18 507:2

kellerrohrback.c... 498:14,15,16

key 620:9

kick 507:14

kids 569:22

kind 516:7 532:23 534:9 545:17 548:24 549:18 550:7 553:21 555:20 564:16 591:20 624:25 675:6

kinds 576:2 651:2

knew 554:18 619:19

know 512:12,17 512:23 513:7,12 517:2,24 518:9 523:17 525:10,16 527:3 531:5 538:21,22 539:22 540:1,12 546:14 556:19 557:10,13 565:4,10,11,24,25 567:13 568:19 571:3,4 578:10,15 578:17 583:9,11 585:7 590:3,4 597:18 598:4,20 606:8 609:14 610:6 612:9 613:21 614:16 615:13 619:9,19 620:1 621:24 622:23 629:8 632:3,9 633:3 635:9,16,18,20 637:19 638:1 639:14 641:6 642:8,25 647:16 651:7 652:19 653:19 657:8,17 657:18 658:4 659:8,15,19,21,22 661:21 662:10,25 663:16 672:6,11 676:4,9 677:20 681:2,21 684:4 689:13 697:1 701:20 704:5,6,25 706:10,13 710:22 711:22 717:3 718:5

knowable 540:4

knowledge 682:13

knowledgeable 540:14 601:7 612:3,11,23

known 511:7 606:17 626:18 708:8

knows 677:22,24 678:1 683:11

kp 602:16 603:25 606:8 609:22 611:24,24 612:2,9 614:13 619:9,12 625:1 629:13 631:13 633:13 668:24 707:11,15 707:20 708:2 710:7 712:14 715:16

kp's 605:15 611:10 625:23 709:23

**l**

l 496:21 497:20 721:1,24

l.l.p. 498:5

labor 671:11

lack 676:21

lackman 634:19 635:13,14 636:12

lacks 658:20

land 604:23 643:21

language 676:24 679:6

large 513:3 707:21 710:9

largest 561:9

lasted 686:16 687:20 689:19 690:5,16

**[late - loeser]**

| | | | |
|---|---|---|---|
| **late** 550:7 555:21 | 588:22 589:1 | 707:19 | 595:8,20 596:1,17 |
| 564:16 676:5 | 590:20 591:1 | **llp** 499:5 500:5 | 596:22,24 597:3,5 |
| 711:23 | 628:4 654:7 | 501:5 | 597:11,16,24 |
| **latest** 637:24 | 695:25 722:15 | **loading** 636:3 | 598:20 599:2,4,10 |
| **launch** 541:24 | 723:4 724:4,7,10 | **located** 497:16 | 599:14,15,22 |
| 544:4 554:19 | 724:13,16,19 | **location** 496:15 | 600:11 601:9 |
| 565:3 574:23 | **lines** 587:5 | 600:11 601:9 | 602:9,11,15 603:7 |
| **launched** 531:23 | **linkedin** 515:8 | **locked** 722:12 | 603:15 606:24 |
| 608:18 638:11 | 516:9,14,20 | 723:1 | 607:23 608:6 |
| **law** 498:9 499:10 | **links** 647:3,4,5 | **loeser** 498:6 503:5 | 612:2,12 613:2,16 |
| 500:8,17 501:7,15 | **list** 512:2,9 513:3 | 506:16,16 507:1 | 614:1,7,16 615:2 |
| **lawyers** 534:9 | 553:8,22 554:2 | 508:5 512:12,24 | 616:3,8 617:3 |
| **lead** 570:21 | 555:2 565:20 | 513:19 514:6,13 | 618:14,15,20 |
| 645:21 | 583:5,9 674:23 | 514:18 515:1,2 | 619:1 622:9 |
| **leadership** 540:20 | 675:13 676:15 | 516:12 518:5 | 623:10,23 624:12 |
| 588:4,7 660:16 | 677:2,4,9,15 | 519:5,23 520:4,13 | 625:15 626:8 |
| **leading** 531:22 | 685:3 686:22 | 521:16 522:9 | 627:7,25 629:12 |
| **leads** 563:25 564:4 | 687:19 689:13,19 | 523:11,25 524:21 | 630:2,5,6,13,25 |
| **leak** 663:9 | 690:4,25 691:2,5 | 525:4 526:4,10 | 631:7 632:4,21 |
| **leaning** 515:23 | 692:1,3 695:14 | 527:8 528:11 | 633:25 634:16,22 |
| **learn** 511:3 | 696:23 699:2,18 | 529:3,19 530:8 | 635:2,9 636:1 |
| **learned** 511:5 | 699:20,22,25 | 531:10 532:25 | 637:3,10 638:19 |
| **left** 552:8 566:14 | 700:11 701:3 | 534:1 535:11 | 639:7,21 640:24 |
| 628:17,19 | 702:6,9,12 703:11 | 536:1,2,15,23 | 641:17 643:4 |
| **legal** 509:3 605:23 | 703:13 704:16,18 | 537:20 538:25 | 644:13,25 646:6 |
| 613:12 614:23 | 705:4,14,19 706:1 | 539:16 540:11 | 647:6,14 648:2,13 |
| 722:7 | 708:15,23,25 | 541:8,16 542:1,2,4 | 648:25 649:21 |
| **lesley** 499:6 | 709:16,20 710:23 | 542:10 543:2,7 | 650:16 651:9 |
| **letters** 628:4 | **listed** 553:17 | 548:1 549:14 | 652:17 653:5,16 |
| **level** 527:11 540:6 | 651:17 674:3 | 550:11 555:1 | 653:24 655:2,15 |
| 548:8 554:17 | 689:24 690:20,22 | 556:3,19 557:16 | 656:8,17 657:2,14 |
| 557:12 563:12 | 694:25 695:9 | 562:25 568:2 | 657:21 659:2,18 |
| **levels** 632:2 | 708:21,22 710:22 | 569:10,14,24 | 659:24 660:1,23 |
| **levine** 602:17 | **lists** 558:5 697:4 | 570:1 574:24 | 661:1,5,20,24 |
| **light** 682:14 | 699:4,20 703:3,6 | 575:5,17 576:7,15 | 662:12 663:2,3 |
| 694:22 | **litigation** 496:4 | 578:7 579:12,16 | 664:9,18 665:12 |
| **likes** 513:13 | 497:4 506:11 | 581:13,22 583:24 | 665:22 666:3,16 |
| **limit** 663:21 | 722:4 724:1 | 584:11 585:21 | 667:1,9,20 668:7 |
| **limited** 680:4 | **little** 542:8 593:10 | 586:23 588:14 | 668:10,20,25 |
| **line** 535:13,20 | 620:7 625:7 633:4 | 589:24 591:24 | 669:24 670:1,2 |
| 541:13 573:11,14 | 633:15 670:20 | 592:10 593:9,13 | 672:3,14,23 |
| | | 593:19 594:10,15 | |

Veritext Legal Solutions
866 299-5127

**[loeser - matter]**

673:15,23 674:22
675:14,23 676:12
677:17 679:13
680:17 681:7,18
682:16 683:4,6
684:9,24 688:10
689:7,17 690:2,13
690:24 691:20,24
692:16 693:8
695:2,14 697:7
699:16,25 700:10
701:6,23 703:1,24
704:14 705:3,18
706:4,15,20 707:1
708:24 709:4,22
710:7,15,25 711:9
711:17 712:2,7
713:7,19 714:5,25
715:16 716:1,13
716:23 717:9,23
718:19 719:10,12
**loeser's** 535:16
**log** 617:11 680:7
716:18 717:6
**logged** 679:25
680:5,8,20 681:22
714:18 718:15,16
**logging** 680:13
**login** 531:23 552:9
552:21,22
**logs** 680:9
**london** 496:15
497:17 506:1,6
714:21
**long** 512:9 547:12
594:4 618:22
668:14 669:17
672:6,11 689:18
**longer** 554:24
555:7 559:16
605:7 665:13

666:5 687:23
690:16 702:4
**look** 514:16
515:23 524:22
541:25 542:5
560:21 563:9
603:10 608:10,16
608:23 622:9
624:12 628:17
636:19 637:11
648:14,18 649:1
651:9 661:19
662:24 671:4,6
672:7,9,12 678:4
686:21 687:1
688:11 709:6
**looked** 522:13
610:14 646:8
669:18
**looking** 543:19
545:8 582:23
603:25 631:20
647:20 657:10
669:13 670:25
672:24 684:25
692:2
**looks** 609:24
**loose** 519:20
**los** 502:9
**lot** 554:18 556:16
556:17,19 559:17
634:3 636:8,9,17
637:6 668:16
699:3
**lots** 513:12
**low** 625:16,18
626:1
**lweaver** 499:15

**m**

**m** 660:7
**macdonell** 502:18
506:11
**machine** 721:10
**mad** 592:16
**main** 604:22
**maintain** 531:12
532:5 536:4
649:14
**maintained**
604:16,20 609:10
698:4
**maintenance**
622:14 642:13
**majority** 670:4
**making** 530:15
533:10 540:2
541:1 546:16
568:16 614:15
617:14 621:24
622:2
**manage** 573:9,14
579:5 624:11
**managed** 517:4
544:24 563:6
567:11
**management**
660:4,8,10 666:18
**manager** 515:18
515:19 516:23
517:6 519:2 520:9
527:14 542:25
543:10 558:3
564:18 651:4,4
**managers** 526:24
543:12 564:9
**managing** 503:16
543:21 576:18
581:8,8

**manufacturer**
525:18
**map** 567:25
**mapping** 710:5,6
**maps** 584:23
620:13
**march** 504:14
634:19 636:21
660:4,12
**mark** 509:10
510:2,2,4
**marked** 505:11
541:5 543:4
581:18 602:12
616:5 634:13
635:23 660:2
706:17
**marketers** 561:19
566:18,24
**marketing** 565:18
**marne** 602:17
604:1
**master** 502:6
507:3,6,7 533:14
533:19,23 534:4
534:14 535:9,10
535:24,25 595:11
595:18,25 596:3
596:12,16,20
597:1,4,9,15,17
598:3,10 599:1,3
719:9,18
**match** 542:5 562:7
**matched** 562:7
**materials** 719:8
**matt** 500:16
506:21,23
**matter** 506:9
532:9 540:14
601:22

[matters - months]

**matters** 671:5
697:13
**matthew** 499:7
**mau** 651:17,20,21
**mbi** 652:17,19
**mbuongiorno**
500:22
**md** 496:4 497:4
**mdl** 496:3 497:3
503:13,18,19,23
503:24 504:6,11
504:12,16,19,20
505:7,8
**mean** 511:20
513:11 514:19
525:2,17 526:20
526:22 528:5
529:4 531:15
532:8,21 537:19
544:13 547:4
548:4 550:2
558:23 563:14
574:2,4 579:22,22
590:8,9,22 592:4
597:21 598:1,8
599:4 600:21
607:6,24 608:14
612:7 613:8 614:6
614:7 625:19
627:3 628:13
632:1 640:13
650:23 654:14
666:23 673:16
675:21,23 680:16
683:14 698:5,6
702:19 709:3
**meaning** 547:15
652:3
**meaningful**
583:10,17 652:1

**means** 519:14
525:24 532:3
533:15 545:15
547:15 548:5,6,10
565:25 588:12
590:14,23 592:13
593:14 594:17,25
595:10 596:5,10
597:13,18 598:1
598:15 599:24,25
601:23 606:8
608:3,5,12 613:17
625:2 627:3
630:21 632:20
642:8 653:3 654:2
654:6 656:3
664:11 667:3
**meant** 627:23
629:11 664:22
665:20 666:11,13
666:21 668:5
693:15 715:23,25
716:11
**measures** 652:14
**mechanism** 590:1
701:21
**mechanisms**
580:13 639:2
680:6 681:12
**media** 693:13,15
693:18 709:11
712:2,6
**medium** 548:3
**meet** 588:16
674:16
**meetings** 509:12
**meets** 563:20,20
**melamed** 499:7
506:23,24 508:13
534:6,13 661:25
662:13

**memory** 546:23
**mentioned** 520:17
546:3 557:21
633:14 661:8
674:24 692:21
697:14 702:10
**merchants** 709:11
711:11,16
**message** 503:22
581:17 582:5
663:7
**met** 563:22 619:13
**meta** 502:17
503:23,24 510:5
582:4 621:7
**method** 560:21
561:3,5 565:20
**metric** 548:7
652:4
**metrics** 651:14
**mid** 548:24 549:18
549:18 550:7
551:6,7 553:21
554:18 555:21
566:3
**middle** 714:25
**migration** 582:21
**mill** 501:16
**mind** 535:5 549:23
573:17 576:20
603:1 636:23,24
**mine** 591:2 592:8
592:9 668:3
**mining** 591:3,6,16
**minute** 569:15
629:24 660:20
**minutes** 593:21
603:2 618:18
637:1 684:18
691:15 714:20

**missed** 552:11
**missing** 556:16
708:25 709:3
**mission** 500:9
**misstates** 522:4
656:12 682:24
692:24
**mistake** 665:16
682:25
**mistakes** 663:15
663:22,24 664:11
664:19,23,24
665:5,19 666:11
667:21
**misuse** 626:19
**mixcloud** 518:20
**mmelamed** 499:16
**mobile** 561:19
565:16 566:17,22
567:11 568:8
**modern** 639:3
**modifications**
552:1
**modified** 513:16
**modifier** 552:7
**modify** 702:20
**molaro** 509:10
510:2,3,4
**moment** 581:15
602:16 651:11
669:10 714:23
**momentarily**
634:17
**monday** 496:16
497:18 506:1
**money** 524:7
671:11
**month** 628:18
**monthly** 651:22
**months** 579:21
628:5,5 685:12

**[months - object]**

686:1,9,12,15,18
687:24 688:1,22
689:20,25,25
690:5,16
**moratorium**
609:18 620:20
621:3,4,9,12
**morning** 506:16
506:3 508:6
**morris** 581:16,23
582:2,3 583:1,8
584:11 585:22
586:23 587:7
588:15
**motion** 595:13
**move** 507:14
594:8 602:10
627:11 629:3
**moving** 620:24
**msi** 651:23 652:8
**multiple** 534:9
**mute** 507:10

**n**

**name** 509:9 515:6
515:7,13 544:3
609:21 615:22
665:10,10 684:12
687:5 696:1,4
721:21
**names** 531:21
613:22 617:10
**naming** 590:5
**nature** 518:4
**nearly** 545:17,17
**necessarily** 547:10
550:16 557:3
576:23 580:10
678:18,18 679:3
679:22 681:8
717:21 718:17

**necessary** 550:24
565:21 722:14
723:3
**need** 517:21 535:6
555:10 564:15
607:1 608:6
609:10 618:17
627:11 629:18
630:7 638:8
641:19 672:7
714:1 716:3
**needed** 551:2
558:5 564:19
598:4 662:2
690:14
**needs** 558:6
620:25
**neither** 721:17
**net** 548:6 605:18
**netflix** 708:11
**networking** 673:5
**neutral** 548:2,5
**nevada** 496:22
**never** 676:22
**new** 532:12 533:2
549:5 550:25
558:2 563:10,13
563:15 564:25
568:14 572:18
582:12 620:21,21
620:22 621:14
708:12 712:6
**newsfeed** 523:3,7
524:17 530:5
552:12 553:11,11
575:14
**newsroom** 505:4
706:22,23,24
707:8
**noisy** 569:23

**nokia** 584:23
**non** 552:10 553:7
555:2,12 557:5
561:18 566:18,23
568:9 584:18
**normally** 586:20
**northern** 496:2
497:2
**notating** 722:15
723:4
**note** 572:10
686:21 714:19
719:1
**noted** 719:9,18,23
**notes** 514:7,10,14
631:1,6 668:25
669:8,11 720:4
**notice** 508:11
660:24 662:20
**noticed** 661:13
**notices** 662:14
**noticing** 506:15
**notification** 566:9
**noting** 558:16
**november** 621:6
**now's** 569:12
**nps** 548:2,3,5,5,6
548:12,13 550:13
**nuance** 557:10
**number** 503:9
504:2 505:2,12
526:15 532:13,14
536:9 538:5,6
541:21 542:5
543:17 550:2
561:23 573:22
578:5 607:15
610:21 616:25
617:7,8,14 621:23
624:6,10,10
632:23 638:9,9

649:6,8,10 659:12
665:15 666:6
668:19 689:8
690:4 708:21
722:15 723:4
**numbering** 670:19
678:8
**numbers** 542:3
545:10 561:6
631:20 635:4,6
**nyt** 604:22

**o**

**o'neil** 541:4
634:18 636:14,16
**o0o** 506:3 719:25
**oakland** 499:13
**oath** 508:2,15,16
615:3 721:9
**object** 512:7,19
513:25 516:4
517:22,23 518:25
519:17,25 524:12
524:25 528:6,18
529:24 530:18
536:7 547:7 549:6
554:13 555:18
556:10 557:7
562:20 567:23
574:19 575:10,21
577:24 585:7
594:22 600:6
601:15 607:8
611:21 612:16
613:6 614:3
621:19 640:15
641:9 644:5
646:20,20 655:21
656:12 659:7
664:1 665:17,24
666:8 667:5,12,24
667:25 674:4

Page 26

[object - organization]

681:10 684:2
688:2,3,24 689:10
690:6,6 692:25
694:19 695:6
696:24 699:12
701:19 702:14
703:17 704:4,20
705:7 706:8
708:18,19 710:2
710:11,12 711:5
713:1,24 714:14
715:20 716:6,7
717:1,16 718:1
**objection** 517:16
520:7 567:23
581:6 583:18
584:1 585:4,9
586:19 588:9
589:20 591:18
592:1 594:21
614:4,22 616:23
618:5 623:15,25
629:4,25 630:9
638:22 664:14
675:18,25 676:6
679:10 680:14
699:11,19 711:19
**objections** 634:3
647:24 648:6
650:12,24 653:18
656:22 657:7
666:19 668:12
689:21 690:17
705:21 709:1
710:20 711:14,24
712:4 716:16
**obligation** 599:5,9
**obligations** 624:17
**obtain** 540:18
599:8 665:14
666:5 713:15,20

713:22 714:6,11
716:2,4
**obtained** 670:8
696:22 713:21
**obviously** 514:23
719:12
**occur** 630:15
637:20 638:3
645:25
**occurred** 637:19
638:1 686:6
**occurrence** 660:19
**october** 503:11
541:12 542:13
543:9 696:15
**odd** 670:20
**oem** 525:16,20
566:18
**oems** 568:8
**off.login** 574:8
617:9
**offer** 529:15
671:21
**offered** 541:17
**offhand** 513:7
**office** 569:22
722:11
**official** 515:21
516:7,11,25
**officially** 548:25
**oh** 579:14 636:10
658:2
**okay** 506:5 507:6
511:16 513:19
514:6,12 515:1,8
515:17 516:12
521:3 525:19
526:5 528:3
534:14 535:23
536:15,18 540:11
541:8 542:7 545:7

546:25 548:1
549:19,22 550:18
551:9 555:1 556:7
557:16 560:21
561:17 562:25
563:23 566:24
569:1,4,16 570:1,7
570:14 571:11
573:8 576:7
581:13 582:10
584:11,16 587:15
588:15,24 589:3
594:3,15 598:9
600:11 601:9
602:10 603:21
604:13 605:20,25
606:24 607:23
608:16,23 611:9
616:2 620:9,15
624:12 627:7
628:9 629:16
630:13,25 631:5
631:10,18 634:9
635:9 637:8,10,21
640:9 644:25
645:20 646:6
648:2,13,18
649:21 651:23
653:5 659:2 661:3
662:18 663:18
670:2,16 672:2,16
672:17,23 673:23
674:22 677:7
678:4 682:16
684:21 686:16
691:22,24 692:21
694:16 698:3
699:16,25 700:13
701:17 702:6
704:14 706:15
707:7 709:22

710:15 711:9
712:7,22 713:7
715:12 716:13
719:21
**old** 546:14
**once** 535:13,20
594:10 661:9
**ones** 512:14
518:11 611:14,19
611:25 662:3
**onwards** 510:12
**open** 524:18
529:12,14 530:2
552:10,22
**operate** 511:18
512:18 559:23
560:8
**operating** 671:13
671:19
**operation** 548:15
**operations** 503:16
543:21 545:11
548:17
**operative** 683:24
**opine** 613:13,17
666:25
**opportunities**
524:22
**opportunity**
508:20,22 661:19
662:8
**opposed** 522:20
594:14
**ops** 542:17 550:20
**options** 629:2
**order** 563:17,18
582:24 617:11
648:16 716:4
**oregon** 496:22
**organization**
521:12 642:12

**[organizations - partners]**

**organizations**
519:11 520:10
693:18
**original** 525:18
721:14 722:10,21
**originally** 607:21
**os** 566:18
**os's** 568:8
**outcome** 548:11
**outlines** 604:3
**outputs** 699:15
**outreach** 565:3,11
**outset** 629:13
**outside** 527:1
568:3 592:2 600:9
600:22 607:9
611:22 612:15
613:19 614:4,10
621:20 622:25
623:15,25 624:22
625:20 626:23
627:18 629:5,22
630:18 631:23
632:7 638:13
639:10,12 640:16
642:24 644:5,20
646:1,19 647:11
648:24 649:17
652:12,22 653:12
654:16 655:5,21
656:13 658:20
664:2,16 666:8
667:4,12,25 673:9
673:18 674:5,25
675:18 676:2
677:11 681:1
688:24 689:10
692:11 694:19
695:6 696:24
699:11 700:7,24
702:15 703:17

704:3,20 705:7
706:8 709:18
710:1,11 711:4
712:25 715:21
717:17 718:2
**outsourced** 671:10
**overall** 529:2
538:7 539:12
549:13 550:10
**overlapping** 534:9
**ownership** 558:13
**owning** 663:15

**p**

**p.m.** 497:18 506:2
506:6 526:6,9
536:19,22 569:17
569:20 634:9,12
672:18,21 714:21
718:22,25 719:22
719:23
**p1** 611:15
**page** 501:16 503:3
503:9 504:2 505:2
505:12 541:19
545:9 546:15
570:2 579:15
632:22 646:10
651:10,11,12
658:14 670:3,17
670:21 671:1,1
672:24 673:3
676:13,14 678:4,6
678:8 684:10,25
684:25 686:22,24
686:25 688:11
690:24,25 691:19
691:20 692:3
694:6 695:24
700:10 709:6
712:13 722:15
723:4 724:4,7,10

724:13,16,19
**pages** 496:25
512:5,25 514:9
637:5 668:15,17
673:3 677:1 684:9
686:24 695:16
699:3,7 702:13,19
705:5 722:14,17
722:17 723:3,6,6
**pair** 619:17
625:12 626:9,21
**pairs** 619:7,13
620:4 623:19
624:7,16,21
627:14 629:14,19
630:7 632:24,25
633:9,10,21
**palo** 501:17
**pandora** 708:12
**paper** 593:20,25
**paragraph** 671:4
678:11 685:1,2
686:23
**part** 538:23
539:12 553:15,23
566:6 576:5
579:23 610:8
643:1 693:22
**particular** 550:14
555:2,13 556:21
596:7 637:5 639:8
653:9 679:8
**particularly**
523:18
**parties** 498:2
499:2 500:2 501:2
502:2 526:15
546:17 591:12
638:8,11 671:10
682:19 684:12,15
719:2

**partner** 515:11,18
515:19 517:5,6,12
517:15 518:1,10
519:2,7,10,14,20
520:2,9,12,14,18
520:22 521:4,11
522:2 525:6,8,13
529:6 530:15,17
536:14 538:14,22
539:2,4,11,14
540:13 542:25
543:10,12 564:9
564:18,19 567:17
567:20,25 582:3
632:14 671:3
673:17,24 674:2
675:9,9,10,15,21
676:19 678:16,17
679:2 692:2,10
705:12,15,24
712:23
**partner's** 528:13
531:11 532:4
536:3,4
**partnered** 521:12
**partnering** 521:13
530:22
**partners** 505:7
516:24 517:1,2
518:6,6,16,23
519:16,16,24
520:5 521:1,1,19
521:19 522:7
523:12 524:23
525:13,14 526:12
526:17 527:9,17
527:21 528:4,10
528:12,15 532:17
532:19,22 533:4,6
533:10 536:25
537:1,7 544:23

[partners - pertained]

546:8 565:9
566:21,22,25
567:9,14 568:4,6
569:9 574:18
575:9,19 583:4
604:16 605:5
606:25 610:1
628:21,23 631:9
631:11,12,14,17
631:19,19 632:1,5
632:6,20 633:7,11
671:8,16,17,20,23
672:25 673:2,8,12
673:20 674:1,15
674:17,23 675:21
675:24 676:11,16
677:3,5,10,14,18
678:14 692:3,14
692:22,22 693:6
694:18,24 695:4
695:10,16 707:13
708:8,16 709:7,15
709:24 710:16,18
711:12 713:8,19
713:21,23 716:9
**partnership** 515:3
517:3 522:21
524:21 525:5,6
526:23 527:9
531:9 540:21
542:17 544:15
548:15 588:6
**partnerships**
503:15 504:10
515:5,14,16 516:1
516:17,17 519:12
519:22 521:18,22
525:11,22 527:15
527:24 531:4,8
540:20 543:1,11
543:14,16,21

544:12 545:11
548:17 550:6,20
551:6 558:6 559:1
559:20,21 562:24
563:8 564:13,15
565:8,13,14,15,16
567:3,11,12 588:2
588:2,3 604:5
612:11 616:19
622:10,11,22
632:11 671:14
712:15 715:17
716:2
**parts** 669:18
**party** 506:15
531:2 670:6 691:6
691:8 693:5
695:17,20 700:1,4
700:13,16 721:19
**passage** 712:19
**passing** 591:23
**passwords** 617:10
**patience** 627:9
**pause** 546:2
**pausing** 701:25
**payments** 552:10
553:1,2
**pdf** 603:8,13
722:12 723:1
**penalty** 507:20
720:2 722:16
723:5
**people** 513:17
523:1,8 538:5,6
540:21 574:12
588:10,23 601:2,6
602:16 605:4
607:14 612:10
613:22 638:9
642:1 663:23
671:21 682:12

698:18 708:3,4,8
710:8 713:16,22
716:10,14 718:11
**people's** 663:16
707:22 710:10
712:16 715:18
**perceived** 612:9
**percent** 562:8
643:20 670:15
702:5 713:10
**perform** 611:5
**period** 676:17,18
678:20 679:12,14
684:12,14 714:5
722:18 723:7
**periods** 532:24
566:10
**perjury** 507:20
720:2 722:17
723:6
**permission** 574:6
592:17,21 593:4,8
600:14,17 601:24
602:4 610:22
685:5 712:16,24
713:6 715:18
716:3,5,12,20
717:24
**permissions**
510:25 511:7
532:14,18 533:3
536:5 537:9
540:10 545:4
552:1,18 553:10
554:9 555:14
557:15 559:16,24
560:20 574:1,21
575:14 577:2,12
582:19 590:24
601:24 602:1,3
607:16 610:20

611:8 685:6
687:14 688:22,23
689:8 702:22
703:22,23 704:11
714:8,11 716:3
**perms** 590:20,22
590:23
**person** 514:5
540:12,15 547:9
547:13 548:23
550:6 551:6
592:20 593:7
600:17 612:3,11
650:5 651:4
668:23 682:7,11
**personal** 517:8,17
517:25 523:20
527:11 528:22
540:6 545:3
547:16 553:9
554:17 562:12
563:12 573:19
576:22 578:17
585:12 591:7
592:5 601:4,5,17
601:19 615:14
622:4 627:22
633:18 638:16
639:14 642:10
643:2 653:2 655:9
675:6
**personalization**
604:18 605:17
**personally** 614:19
614:20 615:23,24
625:11
**perspective** 622:4
655:10 664:5
675:7 694:17
**pertained** 522:19

**[pertains - preapproving]**

**pertains** 577:1
721:13
**pg** 645:21
**phase** 611:12
**phrase** 528:20
552:4 567:20,21
567:25 591:22
666:11,13 668:6
675:8 702:18
**phrases** 567:7
**phuntso** 501:14
506:22
**physically** 564:22
698:6
**pick** 686:24
688:10
**picture** 615:22
**piece** 593:20,25
**pii** 611:14,20,25
614:2,6,16,18
615:1,1,4,8,15,18
615:21 619:7,14
654:10,24 655:3
655:10,13,14
**ping** 641:25
**pinging** 644:18
**pissed** 591:1,4,14
**place** 565:21 585:2
585:2,19,20
621:10,12 647:21
680:6 681:12
684:4 707:1 721:6
**placed** 601:3
613:13 615:16
**plaintiff's** 668:12
**plaintiffs** 497:16
498:4 499:4
506:24 676:17,20
704:15
**plan** 583:25 584:3

**plans** 622:22
624:14
**platform** 503:17
509:17 511:2
515:5,14 516:17
517:12 518:3,14
519:4 521:15,25
527:18,21 528:10
528:14,15,21
531:13,14,17,19
532:3,6,12 533:2
536:6 542:17
543:1,10,14,16,22
544:2,12,25 548:8
548:9 549:5
551:10,14,17,17
551:20,21,24
552:2,5 553:15,18
553:23,24 554:1
555:5,17 557:2
558:4 559:7
565:14 567:5,12
574:17,18 575:8,9
582:12,20 588:4,6
592:7 600:25
602:1 606:13
612:11,24 632:10
637:14,22 640:3
640:25 644:2
658:3 671:12
674:13 682:3
690:10 692:23
693:2,4,7,9,12,14
693:18,20,23,25
694:5,8,10,15
697:21 701:11
**platforms** 502:17
575:25 643:6
707:16 708:6
**playbook** 611:15

**please** 506:14,15
507:17 547:1
587:23 590:25
604:1 606:6 637:3
663:1,1 672:12
687:22 705:17
**pluck** 598:13
**plug** 552:11 553:5
553:6
**pmd** 561:19
565:18
**pmds** 566:18,24
**point** 515:3,17
535:22 546:21
551:6 582:17,21
583:15 607:15
609:1 610:19
628:15 644:22
669:6 680:18
685:6 701:24
**points** 545:14
548:2 625:16
691:9
**policies** 528:21
600:9,25 601:1,21
606:13 637:25
639:4
**policy** 509:18
597:16 599:16,21
600:12 613:12,16
680:24 681:3
**popular** 708:11
**populate** 696:23
**populated** 697:3
**portions** 719:16
**position** 587:14
598:6 667:10,21
**positive** 548:3,13
**possibility** 525:7
**possible** 514:14
518:11 527:22

**528:1 547:18
562:7 563:20
578:10 585:14
605:18 631:25
651:6 670:13
678:1 699:1 705:2
706:12
**post** 523:2 571:20
603:9 682:16
683:6,10,12
706:22 707:11
710:14 711:12
712:1,10 715:24
715:24 718:4,8
**posted** 652:5
**posts** 699:10
707:10 709:24
**potential** 524:22
525:13,13 551:2
556:14 570:16
617:1 630:14
**potentially** 520:10
605:9 616:15
685:9 699:23
**power** 715:5
**powered** 590:2
**powerpoint** 504:8
544:7,9,17 616:4,9
629:12
**pptx** 602:21
**practice** 516:13
586:16
**practices** 621:15
622:7
**pre** 572:25,25
**preapproval**
572:23,25
**preapprove**
568:14,21 572:18
**preapproving**
558:1

[precise - proper]

**precise** 610:7
689:4 698:23
**precisely** 565:25
619:19
**preexisted** 536:10
**preloading** 525:20
**preparation**
540:24 605:4
616:17 629:9
659:3
**prepare** 508:20,24
509:5 514:10
544:6,9 616:12
690:12
**prepared** 542:21
543:20 664:6,12
665:22 666:24
667:17 718:6
**preparing** 544:17
**prescribed** 561:23
**present** 502:15
592:24 641:12
679:14
**presentation**
504:8
**presented** 617:15
**presume** 698:17
**pretty** 512:9
552:20 620:13
623:8 630:19
711:10 717:10
**prevented** 621:7
**previous** 511:14
557:21,22 572:11
618:7
**previously** 505:11
509:1 511:11
562:4 566:7
574:21 581:5
591:10 616:9
648:8 652:15

656:2 660:2
662:15 669:15
680:13,15 689:25
692:21
**primarily** 510:11
562:24 623:18
**primary** 550:17
**principles** 563:1,3
**prior** 647:3,7,9
648:3 651:12
679:18 680:1,2
681:9 721:8
**privacy** 506:10
578:4
**private** 503:17
504:5,9 539:20
542:17 543:22
544:25 551:14,17
551:21 552:5
554:1 555:5,17
573:22 574:18
575:9,13,15,25
576:24 577:19
582:20 602:19,21
602:22 604:3,16
605:7 606:25
607:7,16 608:20
609:9,25 610:2,11
610:14,16,22
611:6,13,19
612:14 613:5,10
613:18 616:19,21
617:1,8,19,20,22
618:12 619:6,16
619:21 620:7,16
620:22 622:12,14
623:11,18 624:11
624:16,20 625:12
626:21 629:14,17
632:23 633:8,15
655:20 656:10,20

670:5 677:19,21
691:8 692:14
695:19 700:3,15
701:2,2,4,17
702:11 703:21
704:12
**privately** 554:11
**privilege** 606:4
**probably** 525:23
540:21 556:13
594:1 599:7
604:21 621:22
632:11 715:2,14
**problem** 569:24
604:3,11,13
605:20,25 606:24
619:3 662:21
**problems** 620:11
**procedure** 722:19
722:20
**procedures** 639:5
**proceed** 564:8
**proceedings** 721:5
721:8,9,15
**process** 504:18
524:6 549:15
566:6 570:9,23
571:1,5,9,21,24
572:1,5,23,25
580:12,23 581:10
582:18 624:4
636:20 637:24
638:5,7,12,15,20
640:20 641:15,18
641:20,24 643:1
643:11 646:3
658:5,7,13,24
659:1,5,10,19
685:21 686:7
**processes** 577:5
621:15

**produce** 599:6
699:15
**produced** 669:1
**product** 516:1,23
526:24 558:3
564:21 591:2,5,16
609:9 620:18,21
642:12 643:6
645:10 646:10
651:4 654:24
656:4 657:4,6
658:15,16,18
659:6
**products** 530:11
530:12 637:14,22
640:3,25 642:7
643:21 644:2
645:14 646:16
647:22 649:25
650:19 658:3,9
659:4 671:20
707:3,6
**professional**
497:21 721:2
**profile** 496:4
497:4 506:10
524:20 615:22
722:4 724:1
**program** 549:13
550:10
**programs** 707:16
**project** 609:11,14
609:15,16,20
610:9
**promote** 523:22
524:3
**promoter** 548:6
**prompted** 621:17
621:22 639:8
**proper** 570:17
573:12 579:18

[proper - questions]

580:18,20
**properly** 578:1,6
  595:17 637:25
**proportions**
  644:11
**proposal** 504:19
  577:4 636:20
**propose** 564:19
**proposed** 544:3,11
  547:19 550:5
  551:2 556:14
  558:11 559:9
  566:3 568:18,20
  570:16 572:17,21
  580:9
**proposing** 549:10
**protect** 545:20
  546:3
**protocol** 534:11
  600:8
**provide** 513:22
  519:16,24 520:6
  520:15 521:20
  522:8,10,21 523:3
  524:10 529:6
  536:24 537:1
  586:17 587:21
  614:20 617:16
  623:6,14 632:11
  648:16 649:13
  665:6 668:4
  690:14 692:12,15
  704:15 707:2
  710:17 719:5
**provided** 521:23
  523:5 532:19
  533:5,10 536:13
  572:6 600:7
  658:15 660:24
  661:16,21,21
  662:15 678:15

680:2 687:24
  692:19 695:15
  697:10 703:13
  704:7 722:19
  723:8
**provides** 522:2
  529:4 626:4
  647:20 658:14
  671:3
**providing** 546:7
  588:18 661:14
  669:21,23 707:5
**ps12n** 503:12,15
  541:13 542:17
  543:21 544:1,2
  545:11 550:20
  558:2,22 560:14
  568:14,21 569:2
  571:20 572:4,19
**public** 551:10,17
  551:20,24 552:2,9
  553:15,18,23,24
  555:23 557:14
  559:7,16,24 560:8
  560:19 571:6
  574:17 575:8
  577:11,18 582:11
  582:17,19,22
  589:10,12 590:16
  618:8 701:7 707:9
  709:23 711:11
**publication** 712:6
**publicly** 532:15
  537:9 539:20
  554:10,24 555:4,7
  556:2 701:13,14
  707:10 710:8
**publish** 529:16
**published** 572:13
**publishes** 707:10

**pull** 659:24
**pulled** 538:20
  670:10 688:7
  689:3,14 701:4
**pulling** 697:6
**purported** 595:15
**purpose** 598:24
  607:17,21 639:5
  648:10 650:7
  707:7
**purposes** 553:1
  653:25 655:19
**pursuant** 671:13
**pursuing** 531:9
**put** 508:15 592:10
  593:20 594:1
  598:18 603:7
  621:9,12 625:12
  653:14 669:24
  706:15 708:3
**putting** 594:23
**pwangdra** 501:19

**q**

**q&a** 660:11,14,17
  661:5,10
**q1** 663:7
**qualitative** 590:11
**quantity** 590:12
  590:14
**queried** 679:17
**query** 678:17
  679:2 691:9
  695:20 698:12,14
  698:15,19 700:4
  700:16
**question** 518:9
  520:3,19 523:15
  525:15 530:21
  531:25 532:20
  533:1,1,8,12,18,20
  533:22 534:17,19

534:20,20,21,23
  534:25 535:2,3,7
  535:12,15,18,22
  537:2,25 538:1,17
  539:8,22,23
  540:15 574:25
  575:1,2 576:9,14
  576:16 577:17
  578:8 585:22
  587:4,23 592:5
  593:11 595:4,19
  595:24 599:22
  600:1 607:11
  608:9 612:5,8
  613:3,25 615:12
  625:23 626:22
  628:1 632:21
  633:3 634:2
  641:11,11,14
  643:3 646:5
  648:12 656:15
  657:15,20 658:10
  659:22 664:12
  665:11,23 666:1
  666:15 675:5
  677:23 678:3
  682:1 683:1,5
  684:22 688:6
  689:6,16 704:4
  705:13,14,17
  716:7 717:10
**questionable**
  624:16,20 625:12
  626:9,20 627:3
  629:19 630:7
**questioning**
  533:25 535:14,21
  662:6 714:22
  715:1,3
**questions** 508:10
  514:11 521:17

Veritext Legal Solutions
866 299-5127

[questions - referencing]

534:2,7,10 570:3
583:2 631:2,22
634:5 636:18
644:17,24 662:21
663:2 665:7
668:15 672:13
678:11 690:15
691:3 702:25
707:21
**quick** 637:8
**quickly** 541:19,20
618:16,21
**quite** 553:13
578:19 636:9
715:3
**quotation** 670:4
**quote** 553:15

**r**

**r** 724:3,3
**r&s** 723:1,9
**raft** 537:10
**raise** 507:16
**range** 537:16
538:10 552:25
553:13 574:4,20
575:24 576:4,23
577:5,8 615:20
648:1
**ranges** 678:21
**ranked** 652:6
**rating** 619:11
**reaction** 591:15,25
**read** 513:2 545:14
546:15,25 552:23
558:19 569:5
570:7 571:18
572:7 573:8 575:1
575:5 579:17
582:25 583:6,7,13
583:14 584:14,15
584:16 587:1,2,3

588:19,20 590:25
592:12,15 593:1
593:10 595:8
602:3 603:23
604:14,25 605:20
607:4,5 608:18
609:12,13 610:3,4
611:16 616:12
622:16,17,22
623:4 624:18,19
627:16 629:3
631:1,5 636:22,23
637:13 640:1,9
642:19,20 643:14
645:18,19,23,24
650:16 663:13,18
669:19 671:5,25
672:1 678:10,24
678:25 684:19
685:1 686:23
691:2,13,14,23,25
696:20,21 702:6,7
720:2
**reading** 529:1,13
605:12 619:5
635:4 656:24
691:19,20 700:9
722:23 723:9
**ready** 662:3,11,24
672:10
**really** 528:23
541:19 552:7
592:5 599:23
601:9 703:2
**reask** 535:12
630:3
**reason** 590:21
599:17 724:6,9,12
724:15,18,21
**reasonable** 529:15
591:15,25 592:6

595:7 647:1
**reasonably** 553:22
**reasons** 607:18
618:8 638:17,19
638:21,25 639:20
690:4 706:5 708:2
**rebecca** 496:21
497:20 592:16
721:1,24
**recall** 511:12
515:13 527:12,23
538:19,22 539:10
540:5,6 544:8,18
544:19,20 547:14
561:14,22,25
562:3,13 563:3
565:6 566:7
570:25 571:5
656:8,18 661:10
669:4,5,22 709:9
**receive** 524:7
542:6 671:21
**received** 522:23
523:12 538:13
662:20 685:13
**receives** 602:6
**receiving** 636:16
**recess** 526:7
536:20 569:18
634:10 672:19
718:23
**recipients** 542:23
**reciprocity** 528:4
528:17,20 529:22
530:2 546:12
**recollection** 512:4
546:15 553:9
562:13 568:25
572:15 577:4
585:12,17 589:5
624:5

**recommendation**
611:10
**recommendations**
563:24 708:10
**record** 506:6
516:13 526:4,6,9
535:15 536:16,17
536:19,22 543:25
558:17 568:18
569:17,20 582:6
596:19,21 598:10
634:1,6,12,25
650:17 661:13
662:12 668:10
670:23 672:15,17
672:21,22 684:23
706:5,14 715:9
718:20,21,24
719:2,11,19,20,22
721:9,12
**records** 682:5
683:22 706:13
**reduce** 624:6
**reducing** 504:9
616:18
**refer** 515:14
556:13 557:19,20
570:13 571:17
572:16 588:1
598:22 601:25
626:3,5 629:20
633:9 664:24
671:15 675:10
**reference** 551:10
551:13 596:6
628:5 670:1
**referenced** 691:1
722:6
**references** 531:19
**referencing** 527:7
669:7

[referred - responsible]

**referred**  515:15
516:16 517:7
520:25 566:17
568:7 576:3
632:23 635:20
646:9 651:12
663:24 665:4
666:17 669:2
674:15 686:22
690:1 711:1
**referring**  532:23
545:3 552:4 553:9
553:10,11 556:12
559:8 576:23
585:15 605:15
606:10 609:16,18
609:20 619:23
620:4,6 628:16
630:22 631:13,16
632:3 633:13,19
633:20 647:9
649:24 656:1
664:5 666:12
668:23 677:12
684:24 688:8
701:1 711:8
**refers**  528:17,23
531:20 533:1,2,3
544:2 546:12
552:20 553:1,3,5,7
572:14,14 587:24
619:20 629:13,15
629:18 630:6
647:7 651:21,25
693:4
**reflect**  557:6
**reflected**  631:20
632:25 633:5,10
673:2
**reflecting**  553:14
591:9

**reflective**  644:10
**reflects**  535:5
**refresh**  512:3
**regain**  663:16
**regan**  501:6
506:22
**regard**  508:14
526:22 540:12
555:12 557:5
576:9 628:11
678:13
**registered**  497:21
721:1
**regular**  545:5
551:24 554:25
555:8 577:20
660:19
**regularly**  660:15
**relate**  534:2
548:15 618:3
654:15 664:19
**related**  509:19,22
653:15,16,20
676:18
**relates**  496:6
497:6 593:2 634:5
**relating**  555:14
667:11
**relationship**  528:4
**relationships**
524:23 525:8
567:2
**relative**  721:18
**relatively**  513:3
519:20 563:6
567:7 591:20
**released**  722:21
**relevant**  676:16
678:20
**rely**  520:20

**relying**  589:5
604:17
**remain**  574:14
**remember**  516:8
562:6 573:20
**remembering**
551:22 554:17
591:7
**remind**  691:18
**remotely**  496:14
497:18 721:6
**removal**  513:4
**remove**  608:24
609:4
**removed**  511:1
513:14 574:16
575:7 610:20
625:8 714:8
**removing**  685:19
**render**  553:4
**repeat**  592:22
**repeatedly**  683:21
**reported**  496:14
496:20 497:18
**reporter**  497:20
497:21,22 506:13
507:14,16,19
541:6 543:5
581:19 602:13
616:6 634:14
635:24 706:18
713:18 721:2,3,3
**represent**  545:8
548:22 580:10
678:7
**representation**
549:2
**representative**
496:13 535:19
551:4 557:4 560:3
596:6 598:7

626:25
**represented**
540:24 582:8
**representing**
587:13 594:5
596:13,23
**represents**  551:1
556:17 557:9,23
568:24 580:8
581:25
**requested**  685:4
721:16 723:1,9,10
**require**  520:20
632:1
**required**  566:11
600:7 671:11
**requirement**
595:23 597:8
**requirements**
571:21
**requires**  531:4
**resolve**  507:12
**resources**  531:6
**respect**  598:12
662:20
**respective**  645:21
**response**  585:22
587:4 670:20,22
670:25 671:2,5
673:1 674:3 678:9
678:9 685:2 691:1
699:5
**responses**  668:8
668:11,21 669:3
669:14,21,23
670:13,18 671:7
672:24 676:20
684:8 703:20
709:21 711:2
**responsible**
642:12 647:23

Veritext Legal Solutions
866 299-5127

[responsible - rough]

648:17 651:5
662:15
**rest**  510:15,18,20
558:14
**result**  626:20
658:8,25 659:6,9
659:19
**resulted**  544:4
**resulting**  659:16
**results**  529:22
589:13 659:16
**resumed**  508:4
**retain**  545:25
547:2,5 569:8
610:1 642:16,22
645:4 648:5,17
656:10,20 657:3
658:18 659:5
681:6
**retained**  637:16
637:21 640:7
643:13 644:11
680:22
**retaining**  645:15
646:17 650:1,20
**retention**  582:9
680:8,19,24 681:3
704:24
**retroactively**
637:23
**return**  546:8
589:11 722:17
723:6
**returned**  678:19
679:3
**rev**  504:16 634:20
**reveal**  606:3
**revealing**  606:5
**revenue**  523:11
538:13,20,22
539:2,11,13 540:7

540:16,25 652:20
653:3,4,6,8,25
654:2,6
**revert**  626:2
**review**  504:5
508:20,22 509:3
563:23 591:20
602:19,21,22
604:3 607:2 608:7
608:19 611:1,6,13
616:9 620:17
622:13 623:2
627:14 628:6,20
628:23 630:16
631:8,19 632:2
636:7 637:4 643:7
648:20 660:21
662:8 669:6 719:4
721:15 722:8,10
722:13 723:2
**reviewed**  564:3,6
572:13 603:19
616:16 636:4
638:9 661:4
669:14 690:8
710:23
**reviewing**  557:22
562:6 603:18
623:18 641:13
668:16 718:4
719:6,15
**reviews**  611:15
**revocation**  676:21
**revoked**  676:22
696:12
**right**  507:17
513:24 514:24
515:4 520:24
521:21 524:1
530:17 531:13
532:12,19 536:6

538:16 541:17
542:14,18,19
548:16 549:1,8,12
549:15,19 550:8
551:9,14,18
553:19 554:12
555:3,5,16 556:4
560:2 561:21
564:24 565:5
568:15 569:2,8
572:4,19 574:18
575:20 576:14
577:9 578:2,25
581:24 582:13,20
583:17,19,22,25
584:3 585:2,24
586:3,14,25
587:10,17,25
588:8,14 596:9
597:15 608:25
609:5 611:3
615:10 616:10,19
618:17 620:12
624:8,18,19
627:15 628:3
629:14,19 630:8
630:16 631:9,12
635:1 642:4 644:4
645:7,11 646:18
647:23 649:1,1,2,6
649:14 650:10
651:15,18,19
656:11,21 657:6
657:23 658:19
661:2,7 677:23
680:17 682:19
683:8 685:18
686:2,13,18
688:23 690:16
692:23 697:17
700:6,23 704:2,19

707:13 708:13
710:10,19 711:3
712:24 713:9,17
713:23 714:13
716:5,15,25 717:9
717:15 719:1
**rigorous**  580:22
581:4
**rigorously**  655:11
**ring**  500:7
**risk**  504:9 573:9
573:15,16 616:18
617:18 622:15
639:23 640:3,11
640:13 641:1,8
643:8 644:4
645:17 646:18
650:3,9,22 654:7
654:15 656:11,21
657:3
**risks**  576:18
616:21 617:1,8,14
617:20 618:3
**risky**  655:3,13
**road**  501:16
**rob**  634:18,23
635:8
**rog**  687:22 709:21
**rohrback**  498:5
506:17,18 507:2
**role**  669:20,23
**roll**  642:6
**rolled**  645:11
**romano**  496:21
497:20 721:1,24
**rooney**  660:3
**rosemarie**  500:7
**ross**  500:18
**rotten**  604:20
**rough**  621:5

**[row - scope]**

| | | | |
|---|---|---|---|
| **row**  628:15 654:10 | 670:20 678:8 | 618:5,15,25 | 710:20 711:4,14 |
| **rpr**  496:21 721:24 | 679:1 688:15,18 | 621:19 622:25 | 711:19,22 712:4 |
| **rring**  500:14 | 696:14 | 623:15,25 624:22 | 712:25 713:24 |
| **rule**  595:14,19 | **scan**  637:1,9 | 625:20 626:22 | 714:14,19 715:20 |
| **rules**  723:8 | **schedule**  722:10 | 627:18 629:4,21 | 716:6,16 717:1,16 |
| **rumble**  586:24 | **schema**  698:24 | 630:9,17 631:22 | 718:1 719:1,17 |
| 587:8 | **schwing**  500:6 | 632:7 634:2,24 | **schwing's**  599:12 |
| **ryan**  563:25 | 506:19,19 512:7 | 638:13,22 639:10 | **scientist**  510:4 |
| **résumé**  515:24,25 | 512:19 513:10,25 | 639:12 640:15 | **scope**  523:13 |

**s**

| | | | |
|---|---|---|---|
| **s**  503:8 504:1 | 514:15,22 516:4 | 641:9 642:24 | 527:1,6 528:6,9 |
| 505:1 724:3 | 517:16,19 518:25 | 644:5,20 646:1,19 | 591:18 592:2 |
| **sample**  657:10 | 519:17,25 520:7 | 647:10,24 648:6 | 600:9,22 601:15 |
| **samra**  499:9 | 521:8 522:4,24 | 648:21,23 649:16 | 607:9 611:22 |
| 506:25 | 523:13 524:12,25 | 650:12,24 652:12 | 612:15 613:6,19 |
| **san**  500:11 | 527:1 528:6,18 | 652:22 653:11,18 | 614:4,10 621:19 |
| **satisfaction**  548:9 | 529:8,24 530:18 | 654:16 655:5,21 | 621:20 622:25 |
| **satisfies**  599:11 | 532:20 533:12,23 | 656:12,22 657:7 | 623:16 624:1,22 |
| 634:7 | 534:6 535:14,21 | 657:16 658:20 | 625:20 626:23 |
| **satisfy**  599:19 | 535:24 536:7 | 659:7 660:23 | 627:18 629:5,22 |
| **saw**  629:8 699:2 | 537:2 538:17 | 661:12,23,25 | 630:18 631:23 |
| **saying**  522:1 597:9 | 539:7,23 541:18 | 662:18 664:1,14 | 632:7 634:3 |
| 597:20 615:2 | 542:4,7 547:7 | 664:16 665:8,17 | 638:13 639:10,13 |
| 618:17 670:23 | 549:6,25 554:13 | 665:24 666:8,19 | 640:16 642:24 |
| **says**  542:16 | 555:18 556:10 | 667:4,12,24 | 644:6,20 646:1,19 |
| 548:17 552:9 | 557:7 562:20 | 668:18 672:3,16 | 647:11 648:24 |
| 553:25 554:2 | 567:23 574:19 | 673:9,18 674:4,25 | 649:17 652:12,22 |
| 570:8,9 571:18,20 | 575:4,10,21 | 675:17,25 676:2 | 653:12 654:17 |
| 572:20 573:9 | 576:11 577:24 | 677:11 679:10 | 655:5,21 656:13 |
| 583:1 585:25 | 581:6 583:18 | 680:14 681:1,10 | 658:21 664:2,16 |
| 586:13,15 587:18 | 584:1 585:4,6 | 682:9,21,24 684:2 | 666:9 667:4,13,24 |
| 597:19 605:22 | 586:19 588:9 | 688:2,24 689:10 | 667:25 673:9,18 |
| 608:17 609:3 | 589:20 591:18 | 689:21 690:6,17 | 674:5,25 675:19 |
| 622:10 624:15 | 592:1 593:9,15 | 691:18,21 692:11 | 676:3 677:11 |
| 630:11 636:20 | 594:3,12,20 | 692:24 694:19 | 681:1 688:2,24 |
| 637:21 639:22 | 595:11 596:12,18 | 695:6 696:24 | 689:11 690:6 |
| 642:6 645:13 | 598:5,9 599:13 | 699:11,19 700:7 | 692:11 694:19 |
| 646:10 649:23 | 600:5,22 601:15 | 700:24 701:19 | 695:6 696:25 |
| 651:14 653:5 | 606:2 607:8 608:1 | 702:14 703:17 | 699:12 700:7,24 |
| 654:7,10 658:3 | 611:21 612:5,15 | 704:3,20 705:7,21 | 702:15 703:18 |
| 660:7 663:7 | 613:6,19 614:3,9 | 706:8 708:18 | 704:3,20 705:7 |
| | 614:22 616:23 | 709:1,18 710:1,11 | 706:9 708:18 |

Veritext Legal Solutions
866 299-5127

[scope - short]

| | | | |
|---|---|---|---|
| 709:18 710:1,12 | 561:2,4,7,11,12,17 | 707:25 708:14 | **seriously**  578:5 |
| 711:4 712:25 | 561:19,20 562:9 | 709:14,16,20 | **service**  625:3 |
| 715:21 716:7 | 564:1,2 565:22 | 711:25 712:18,21 | 663:23 673:5 |
| 717:17 718:2 | 566:8,13,16,19,20 | **seeing**  538:19 | 712:23 |
| **score**  548:6 | 568:10,12 569:3 | 539:10 708:9 | **services**  588:18 |
| **scored**  652:6 | 570:4,6 571:12,14 | **seen**  507:11 523:3 | 673:6 692:15 |
| **screen**  594:16 | 571:15 573:5 | 524:17 568:7 | 693:4 |
| **scroll**  558:14 | 576:16 581:15,21 | 640:20 655:1 | **session**  672:5 |
| **scrolling**  600:5 | 587:6,16,18 589:1 | 669:16 | 714:22 |
| **sean**  563:25 | 593:18 600:13,19 | **segment**  561:17 | **set**  529:12 544:3 |
| **search**  589:12 | 600:2 602:15,23 | **segments**  566:17 | 544:10 545:4 |
| 604:19 605:17 | 602:24 604:8,9,10 | **send**  599:17 663:8 | 550:17 551:2 |
| 693:19 709:12 | 609:6 611:11 | **sending**  582:5 | 552:1,3,24 554:19 |
| **searched**  589:10 | 616:20 619:3,4 | **sense**  587:12 | 556:13,24 562:18 |
| **seattle**  498:12 | 620:18,19 621:1,2 | 588:13 607:22 | 563:3,5 570:9,22 |
| **second**  514:24 | 623:2 627:12 | 715:2 | 571:10 572:5 |
| 534:15,15 541:10 | 628:3,7,8,12,14,14 | **sensitive**  573:10 | 573:1 575:25 |
| 545:9 546:2 | 628:24,25 634:17 | 573:15 574:16 | 577:19 580:9,12 |
| 573:11 579:16 | 637:17 639:24,25 | 575:7,19,23 | 585:16 610:25 |
| 580:5 585:7 609:3 | 643:17,18,23,24 | 576:19,21 577:15 | 624:11 625:15 |
| 626:11 627:16 | 643:25 645:6,7,12 | 577:23 578:3,13 | 638:17 668:12 |
| 628:21 629:24 | 646:12,13 647:25 | 578:19,21,22,25 | 681:14,19 721:6 |
| 631:2,8 632:22 | 648:14 649:7,9,11 | 579:3,4,7,9,10 | **setting**  570:25 |
| 640:10 649:8,22 | 649:23 651:16,19 | 611:13,19 612:1 | **settled**  535:11 |
| 649:23 650:17,18 | 654:8,9,12 655:15 | 612:14 613:5,9,11 | **settlement**  712:17 |
| 663:13,14 668:11 | 655:17 660:5,6,11 | 613:14,18 | **share**  524:15 |
| 672:15 676:6 | 660:13 661:8 | **sent**  508:18 514:14 | 530:3 542:3 |
| 685:1 690:25 | 663:5,6,11,12 | 541:23 582:7 | 594:16 622:3 |
| 691:5 708:8 | 676:13,24,25 | 636:8 637:23 | **shared**  591:11 |
| 712:20 | 677:1,4 678:6 | 666:18 | 709:24 711:12 |
| **secure**  607:2,24 | 679:5,6 684:10,17 | **sentence**  594:16 | **sharing**  509:20,21 |
| 608:7,12 | 685:15,16 687:3,4 | 595:9 596:5,10 | 528:24,24 534:3 |
| **see**  523:8 533:14 | 687:6,7,9,10,12,13 | **separate**  551:19 | 553:1 593:2,22 |
| 539:6 541:14 | 687:15,16 688:13 | 551:20,21 | 600:2 713:8 |
| 542:2,10,12 | 688:14,16,17,19 | **separately**  526:3 | **shed**  682:14 |
| 543:23,24 545:12 | 688:20 692:4,5,7,8 | **series**  511:23 | 694:22 |
| 550:19,21 551:9 | 695:24 696:2,3,5,7 | 531:22 532:11 | **shipping**  621:7 |
| 551:11,15 552:13 | 696:8,10,11,13,16 | 561:5 662:16 | **shirley**  634:18 |
| 552:14 554:3,4 | 696:17 699:17 | 703:7 709:10 | 635:10,11 |
| 556:21 557:18 | 700:20,21 707:14 | **serious**  663:14 | **short**  548:3,11 |
| 558:8 560:23,25 | 707:15,17,18,24 | | 598:21 604:7 |

Veritext Legal Solutions
866 299-5127

[shorthand - specific]

shorthand  497:20
721:2,10
show  595:23
616:16 703:4
showing  660:1
706:20
shown  572:16
shows  548:14
shut  569:21
si  722:2
side  645:8
sides  531:5
sign  609:25 645:22
722:16 723:5
signature  721:24
722:21,23,23
723:9
signed  669:14
signify  676:22
simon  496:13
497:15 503:3
506:8 508:1
557:19 720:1,11
722:1,5 724:2
simple  703:2
717:10
simplification
544:2
simply  598:7
683:23 708:3
single  540:2
706:14
sir  634:8 713:14
situation  639:19
six  628:5 685:12
686:1,9,12,15,17
687:23 688:1,22
689:20,25 690:5
690:16
sizing  649:2
651:13

skeletal  548:23
skeleton  556:15
558:17 566:2
572:12
skipping  548:1
slide  543:3,20
545:7,9,10,16
546:13 548:14,17
548:23 550:18,19
551:1 553:17,19
553:21 555:20
556:3 557:17,18
557:22 558:9,21
562:3,6 566:1,3,14
568:11,12,17,20
569:3,7 570:2,4,6
570:17 571:11,12
572:8,11,12,20
573:6,7 576:6
577:3 580:8
616:18 619:2,8,11
620:15 622:21
623:2,5,8 624:14
627:8,12,17
628:14 630:12,14
630:21,21 631:1,4
634:20 636:19
637:7,7,7,11,13
639:21 642:3,4,5
642:14,18 643:14
644:8 645:1,3,16
646:7,8,9 647:2,3
647:3,3,5,7,8,9
647:25 648:3,15
648:19,20 649:3,7
649:9,11,19,22
650:2,20 651:16
651:19 653:14
655:24 658:4
slides  653:1

slowly  592:15
small  563:6
708:20
smaller  631:18
smith  501:6,12
506:22
snippeted  596:14
snippets  594:22
social  550:25
553:6 652:1,3
673:5 699:8
701:12,14,21
708:9
solemnly  507:19
solutions  722:7
somebody  539:16
605:2 619:11
665:10 698:15
718:10
somebody's
615:21
somewhat  575:23
578:21
soon  514:14
sooner  514:18
sorry  510:20
515:23 517:18
521:7 523:14
529:23 531:14,16
533:14 539:7,18
539:19 541:18
546:9 552:17
554:14 560:25,25
569:25 582:7
585:6 586:25
587:22,23 592:22
593:16 594:20
609:1 614:3
628:13 629:21,21
630:2 633:2
634:24 639:11

641:10,13 644:7
645:2 648:22
658:10 664:15
672:3 675:17
682:22 683:7
684:21 686:3
692:18 697:11
698:5 700:8
701:25 705:13,16
706:2 709:17,18
711:21,22 713:20
sort  678:2
sought  549:4
sound  516:2
soundcloud
518:20
sounds  584:25
680:1,3
source  606:9
609:23 625:2,23
682:6,7,12
speak  510:6,13
541:2 641:21
682:2
speaking  562:12
584:4 620:1
623:10
special  502:6
507:3,6,7 533:19
533:23 534:4,14
535:9,10,24,25
595:11,18,25
596:3,12,16,20
597:1,4,9,15,17
598:3,10 599:1,3
719:9,18
speciality  712:8
specialized  694:7
specific  512:21
527:5,23 528:8
531:15 532:22

Veritext Legal Solutions
866 299-5127

**[specific - suggests]**

567:8 578:8
579:22 580:1
599:23 618:3
628:1 653:15
668:15 671:6
679:21 681:15,15
681:19,20,22,23
683:18 701:16
708:5 711:10
**specifically** 511:12
529:22 576:8,9
599:24 604:5
605:16 606:8
622:23 632:3
633:21 641:3
655:1 666:13
668:5 681:14
697:2 699:21
711:8
**specifics** 532:9
659:11 681:24
**speculate** 608:13
615:13 627:23
698:25
**speculating** 528:1
605:19 608:4
609:22 619:18,24
629:10 631:24
647:18 654:5
659:13
**speculation** 608:1
612:6 613:7,20
614:9 629:5
630:17 631:23
632:8 647:10
648:23 649:16
653:11 657:16
665:8 682:9
**spell** 698:1
**spend** 530:7
668:16

**spending** 530:12
**spoke** 541:3,3,4
690:8,9
**spoken** 540:23
607:14 646:22
654:21 655:24
718:11
**spotify** 518:17
708:12
**stand** 652:21
**standard** 519:13
519:19 553:24
606:13 632:13,19
656:6 705:10,23
**standards** 639:4
**standpoint** 601:11
**stands** 614:17,19
652:19 653:3
**start** 641:17
644:19 676:13
703:12
**started** 508:9
597:24
**starting** 573:14
644:21,22 686:22
**starts** 671:1
**state** 507:20 535:3
535:5 594:20
629:25 661:12
676:6 722:9,12
**statement** 529:10
592:12,14 593:14
596:13,23,24
597:7,7,12,13,14
597:18,20 598:1,8
598:14 599:20
600:4,13,19,20,21
601:13 670:7,9,11
**statements** 614:15
**states** 496:1 497:1
611:12 616:18

622:11 643:19
645:20 678:13
687:22 691:5
**stay** 597:25
**stenographic**
672:22 684:23
**stenographically**
496:20
**step** 642:6,15
**steps** 620:21
**steven** 509:14
510:13 511:5,13
668:22
**stipulation** 722:20
**stood** 571:5
**stop** 582:24
618:22 624:13
714:24 715:4
**stopping** 714:20
**storage** 680:3
**stored** 681:5
698:11
**stories** 523:2,8,10
524:17 528:25
530:2
**story** 604:22 622:5
**strategic** 515:3,10
515:15,18,20
516:1,16,23,24
517:1,5,6,14 518:6
518:10,22 519:7
519:10,14,15,20
519:23 520:2,5,14
520:18,22 521:1,4
521:11 546:1
547:3,6 558:22
559:13,13 560:11
560:13,16 569:1,8
572:9,22 575:18
584:21 585:23
586:1,13,15 587:6

587:16,19 588:4
588:23 628:21
631:9,11,14,17
632:6,14,20
655:16,18 656:3
657:5 705:5,11,12
705:15,19,24,24
706:2,2,3
**stream** 513:2
602:3
**streaming** 590:16
**streams** 590:9
**streams.key**
542:18
**street** 499:11
500:9 501:8 502:7
**strike** 673:25
**structure** 649:15
**structured** 552:23
**stuff** 586:25
587:10 675:8
**subject** 503:12,21
504:5,15 541:12
581:17 601:7
602:19 634:19
660:11 662:14
**subjective** 575:23
577:15 578:21
580:21 613:9,11
613:15
**subscribed** 721:21
**subset** 550:5
554:23 631:11
632:5 661:22
**suggest** 538:19
550:5
**suggested** 663:4
**suggesting** 580:12
**suggests** 556:23
571:6 644:8

Page 39

**[suite - template]**

| | | | |
|---|---|---|---|
| **suite** 498:11 | 633:13 634:6 | **tables** 697:25,25 | **taxonomy** 562:1 |
| 499:12 500:10,19 | 635:7,11,14 | 698:3,8,12,14,16 | **team** 509:3 515:3 |
| 501:9 552:24 | 638:14 639:16 | 698:17,24 | 515:5,6,7,11,14,15 |
| **summarize** 642:16 | 640:22 643:3,11 | **taggable** 513:1 | 515:16,22 516:16 |
| 642:22 645:5 | 644:9 649:18 | 699:9 | 516:17,18 517:3,9 |
| 650:14 | 650:13 653:13 | **take** 517:19 | 518:19 519:22 |
| **summarizing** | 656:15 657:24 | 529:12 553:2 | 521:22 525:11,22 |
| 604:2 | 658:11,12 661:18 | 560:23 563:9 | 527:15,24 531:8 |
| **summary** 503:22 | 662:7 663:3 664:4 | 569:14 593:21 | 540:20,21 543:1 |
| 581:17 | 664:13,21 672:9 | 594:4 615:14 | 543:11,14,16 |
| **sun** 634:18 635:10 | 673:10,13 677:24 | 618:17,19 631:1 | 544:12,15,21,24 |
| 635:11 636:12 | 678:2 683:2 | 636:4,24 654:14 | 550:6 558:4,7 |
| **super** 606:20 | 684:20 686:4 | 655:9 660:20 | 559:20,21 562:24 |
| 718:5 | 688:6 689:13,15 | 661:19 662:1,19 | 563:8 564:15,21 |
| **supplied** 616:14 | 689:22 691:24 | 662:23 669:10 | 565:8,13,14,15,17 |
| **supply** 617:10 | 692:12 693:15 | 672:9,11,12 | 567:11,12 588:2,2 |
| **support** 558:6 | 694:11,22 695:8 | 686:21,25 687:18 | 588:3,4,6 613:17 |
| 607:2,24 608:7,12 | 697:23 699:13 | **taken** 497:15 | 632:11 660:4,7,8 |
| **supported** 609:10 | 701:3,25 702:5 | 526:7 536:20 | 660:10,16 666:18 |
| **supposed** 534:1 | 709:3 710:6 711:6 | 540:16 569:18 | 682:3 |
| 702:9 | 712:19 | 608:17 609:3 | **team's** 510:7,11 |
| **supposedly** 703:4 | **surface** 555:23 | 634:10 658:25 | **teams** 588:7 |
| **sure** 511:22 | 560:9 575:15 | 672:19 718:23 | 613:13 638:10 |
| 512:22,24 520:16 | 577:11 618:8 | 721:5 | 651:7 |
| 520:17 525:1,2,14 | **surprised** 597:6 | **takes** 578:4 | **tech** 707:21 710:9 |
| 528:20 532:1,2,10 | **survey** 548:7 | **talk** 511:9 521:17 | **technical** 542:8 |
| 534:12 537:4 | **swears** 506:13 | 532:22 547:14 | 590:1 602:7 |
| 540:3 543:17 | **syncing** 673:6 | 555:13 596:18 | 619:23 |
| 546:4,6,10,16 | **system** 580:17,25 | 638:16 679:13 | **technology** 601:10 |
| 556:12 562:8 | 581:2,5 679:18 | **talked** 511:23 | **tell** 516:10 531:18 |
| 567:18 568:16 | 682:17 683:23 | 580:8 591:9 618:6 | 587:8 592:13 |
| 572:24 573:25 | 684:4 698:6 | 703:15 705:9 | 594:16 632:5 |
| 580:4 588:11,18 | **systems** 582:9 | 708:1 | 637:3,4 653:24 |
| 589:21 592:24 | 671:13,19 682:13 | **talking** 511:16 | 659:3 666:4 677:8 |
| 593:16 604:15 | **t** | 512:21 528:9,11 | 702:8 709:23 |
| 605:15 608:11 | | 529:19 532:24 | **telling** 665:13 |
| 609:2 615:11 | **t** 500:7 503:8 | 571:25 575:24 | **template** 645:16 |
| 617:14,24 618:12 | 504:1 505:1 724:3 | 577:4 632:17 | 646:9,11,14 647:2 |
| 618:20 621:21 | 724:3 | 714:4 | 647:4,7,8,15,17,20 |
| 626:11 627:5,25 | **tab** 541:21 602:11 | **tasked** 544:16,20 | 648:9,14 650:2,6,8 |
| 630:5 631:3,13,15 | **table** 678:15 697:3 | | 650:15,21 651:11 |
| | 698:9,22 | | |

Veritext Legal Solutions
866 299-5127

[template - thought]

| | | | |
|---|---|---|---|
| 654:1 655:16 | 567:18 599:7 | 585:14,15,15 | 598:11 599:11,24 |
| 656:9,19 657:10 | 615:3 616:13 | 586:21 589:11 | 601:1,5,25 608:14 |
| 658:14,17 | 618:7 636:6 | 603:10,23 610:8 | 612:23 613:8,10 |
| **ten** 543:18 569:15 | 656:13 659:3 | 610:25 644:8 | 613:12 615:20 |
| **tense** 641:12 | 661:15 669:2 | 648:1,2 649:5 | 616:15,24 619:19 |
| **term** 520:22 521:4 | 682:25,25 692:24 | 651:3 666:24 | 619:22 623:8 |
| 528:23 548:3,3,11 | 719:3,5,6,16 720:4 | 673:11 694:14 | 624:7 626:10,11 |
| 590:6 613:15 | 721:12 | 695:1 702:19 | 627:22 628:13 |
| 619:20,22,23 | **texas** 500:20 | 707:12 708:4 | 632:13,14 633:3 |
| 664:22 666:23 | **text** 590:19,25 | 710:5 | 633:16,19 637:11 |
| 671:9 675:24 | **thank** 508:7 514:6 | **think** 509:11 | 640:18 644:7 |
| 683:21 693:1,21 | 515:1 535:8,24 | 510:1,16 511:6 | 647:19 650:14 |
| 694:1,10,12 | 536:1,18 542:9 | 513:1 515:6,19 | 652:13,23,25 |
| **termed** 674:14 | 569:25 599:14 | 516:25 518:8 | 654:3,19 655:6,8 |
| **terminated** 676:23 | 602:9 603:12,16 | 519:8,10,18 520:1 | 655:14 656:1,6 |
| **terminology** | 603:17,20 618:24 | 520:21 522:20 | 661:25 665:3 |
| 516:20 531:20 | 618:25 627:10 | 525:22 529:9 | 667:14 672:1,8 |
| 665:19 667:16 | 628:2 630:1 | 539:24,25 540:20 | 673:20 674:6,7,20 |
| 674:19 | 633:25 635:2 | 545:1,2 546:9,11 | 675:3 677:14,16 |
| **terms** 521:2 524:5 | 637:10 660:22 | 546:11 547:10,15 | 682:14,24 683:3 |
| 530:2 531:17 | 669:25 670:16 | 547:23 548:21,24 | 686:19,19 693:10 |
| 538:18 559:18 | 676:7 691:21,23 | 549:1,8,8,12 550:2 | 697:12 702:16 |
| 590:11 605:23 | 700:12 719:17 | 550:8,13,16 551:3 | 705:13 710:4 |
| 606:21 618:2 | **thanks** 705:17 | 551:18 556:17,22 | 714:21,23 715:1 |
| 626:3 653:21 | **theme** 604:22 | 556:24 557:1,3,22 | 715:14 719:13 |
| 654:18 664:7 | **thing** 524:4 584:19 | 558:16 560:3,10 | **thinking** 604:2 |
| 674:6 | 615:16 620:15 | 562:14,17 563:13 | **thinks** 578:18 |
| **test** 693:24 709:12 | 652:17 669:6 | 564:5 565:13 | 599:25 612:19 |
| **testified** 508:3 | 672:8 | 567:6 568:16,19 | **third** 498:10 531:2 |
| 512:15 521:5 | **things** 505:6 | 568:24 571:7,23 | 546:17 591:12 |
| 648:8 682:17 | 507:14,15 518:20 | 572:4 575:22 | 609:8 628:23 |
| 703:8 | 522:12 526:16 | 576:4 577:1,13,25 | 638:8 649:10 |
| **testify** 537:21 | 537:5,10,16,25 | 578:2,4,14,16,20 | 670:6 671:10 |
| 539:1 615:3,15 | 538:2,10,14 551:2 | 578:24 579:2,9 | 682:18 684:12,15 |
| 672:10 | 551:20 552:6,15 | 580:4,7,11,13,19 | 691:6,8 693:5 |
| **testifying** 601:2 | 552:21 553:7,14 | 581:25 582:7 | 695:17,20 700:1,4 |
| 721:8 | 553:17,22 554:1,8 | 583:19,21 584:2,3 | 700:13,16 |
| **testimony** 507:20 | 554:10,22,24 | 584:9 586:4 | **thought** 539:18 |
| 508:21,25 511:11 | 555:2,7,21 574:4 | 590:13 591:8,19 | 559:5,20,20 |
| 512:4 514:8 | 576:2,5 578:5 | 591:21 592:6 | 585:13 |
| 516:21 522:4 | 584:7,17,20 | 594:6 595:7 598:6 | |

Veritext Legal Solutions
866 299-5127

[thoughts - types]

**thoughts**  580:6
**thread**  582:1
　585:25 591:21
**three**  512:24 628:5
　629:2 649:5,12
　715:6
**tile**  515:21
**time**  506:6 510:9
　510:22 515:7
　516:11,19,22
　517:4 527:23
　530:7,12 531:4
　532:23 543:13
　544:10,20 545:18
　547:12 548:7,12
　548:20 551:6,16
　553:18,20 554:23
　555:6 558:20,25
　559:17 569:11,12
　572:3 574:14
　579:22 581:1
　583:15 584:5,25
　585:3,12 586:7,10
　587:14 594:13
　598:13 603:22
　610:15 618:18
　621:13 624:5
　627:21 629:10
　632:2,18 635:5
　662:1,19,23 664:8
　668:16 671:11
　676:17 678:20
　679:12,14 680:19
　680:21,24 681:6
　681:15 684:12,14
　685:7 702:1 714:1
　714:3,5,10,21,21
　716:1 719:23
　721:6 722:10,18
　722:24 723:7

**timeline**  524:19
　530:6 611:10
　686:10
**timelines**  512:11
**times**  561:25
　567:13 661:9
　673:13 674:12
　675:10 681:20,23
　708:12 712:6
**tinder**  583:10
　584:18
**title**  515:25 516:7
　516:11 543:21
　545:10 548:14
　550:19 556:4
　557:18 568:21
　570:4,6 616:18
　622:21 628:20,21
**titled**  627:11
　707:12
**titles**  516:13
　628:19
**today**  508:21,25
　513:9,24 514:2,8
　514:11,20 534:10
　571:24 572:1
　580:22 581:2
　604:23 615:3
　616:13,17 636:6
　641:14 659:3
　661:15,22 665:23
　679:15 690:19
　707:20 715:11
　719:6
**token**  602:6
**told**  585:21
**tomatoes**  604:20
**tool**  581:8 697:5,8
　697:14,19,22,23
**tools**  554:9

**top**  582:25 646:10
　687:2 691:3
　695:25
**topic**  594:9
**topics**  508:11,12
　508:14 509:23,25
　534:2,7 592:2
　600:10 607:9
　612:3 624:22
　640:16 664:16
**totality**  704:7
**track**  510:8
　581:10 681:13
　682:17 697:15
**tracked**  652:11
　681:9,9
**tracking**  580:23
**tracks**  697:19
**transcribed**
　721:11
**transcript**  720:3
　721:12,14,16
　722:6,8,10,13,13
　722:21 723:2,2
**transition**  531:13
　532:6 533:2
　534:13 536:5,9,10
　549:5,16,19,21,23
　550:4,12,25
　579:19,23 580:2
　581:1 691:11
　695:22 700:18
　709:8
**transitioned**  555:4
**transitioning**
　582:18
**transitions**  550:17
**treated**  719:3
**treatment**  719:8
**tried**  690:18

**true**  686:19
　715:19 720:5
　721:12
**trust**  663:17,22
　666:4,17,21 667:3
　667:11
**trusted**  583:4
**truth**  507:22,22,23
　606:10 609:23
　625:2,23 682:6,8
　682:12
**truthful**  586:18
**try**  567:15 575:2
　600:3 618:21
　627:23 636:17
　644:15 703:1
**trying**  527:3
　530:25 537:21
　544:12,22 551:7
　551:23 554:14
　555:24 558:4
　573:20 576:13
　577:16 579:1
　597:22 599:8
　601:10 615:5
　620:2,2 644:22
　654:5,5 686:10
　702:18 703:5
**turn**  507:9,10,13
　535:11
**two**  509:25 555:1
　587:3,5 597:23
　631:2 633:22
　703:25 708:4
　710:5 715:5
**type**  563:1 617:19
　631:8 698:9
**types**  522:18
　526:17 538:12
　574:15 575:6
　627:13 673:7,24

[types - users]

| | | | |
|---|---|---|---|
| 674:1,22 692:2 | 690:3 691:16 | 707:9 713:2 714:7 | 713:16,23 714:12 |
| 695:16 708:16,25 | 699:21 703:6 | 714:15 716:9,18 | 716:11,15 |
| 709:2,7,14 | 714:2,3 719:14 | 717:3,18 718:9 | **useful**  529:11 |
| **typically**  519:2 | **understanding** | **understands** | 603:11 623:7 |
| 520:8,25 521:22 | 509:22 514:1 | 537:22 | **user**  496:4 497:4 |
| 522:6,25 523:6 | 516:20 517:9,25 | **understood**  550:6 | 506:10 514:4,4 |
| 524:13 526:13 | 519:6,9 521:3,6,10 | 655:11 658:11 | 522:8 524:6,9,10 |
| 530:10 531:3 | 525:17,24 528:22 | **undertake**  639:9 | 530:10,16 538:11 |
| 606:14 651:3 | 532:2 537:23 | **underway**  582:20 | 546:7 552:25,25 |
| 660:16 | 540:22 544:10 | **unidentified** | 579:2,4,5 602:8 |
| | 545:21 546:13,21 | 594:23 | 617:10,11 626:17 |
| **u** | 546:22 547:11 | **united**  496:1 497:1 | 626:19 666:4 |
| **ultimate**  554:19 | 551:5 553:20 | **universal**  656:2 | 670:6 685:5 |
| **ultimately**  544:4 | 554:16,22 555:6 | **universe**  608:19 | 698:22 699:9 |
| 551:4 556:18 | 555:20 558:24 | **unlimited**  531:7 | 712:22 713:5,5 |
| 557:4 562:1 563:4 | 568:5 586:2,5,6,7 | **unmute**  507:10 | 716:4,18,21 717:6 |
| 566:3 580:10 | 586:10,21 587:13 | **unreasonable** | 717:8,13 718:16 |
| 644:10 646:4 | 589:8,16,25 | 647:13 | 722:4 724:1 |
| **unaware**  591:11 | 590:15 592:25 | **upcoming**  584:23 | **user's**  545:22 |
| **uncertain**  620:24 | 595:5,9 601:5,19 | **updated**  697:8 | 602:6 691:11 |
| **unclear**  626:17 | 601:23 605:3,11 | **updates**  510:10 | 698:20,21 700:6 |
| **understand** | 606:12,16,16,17 | **usable**  511:7 | 700:18 714:18 |
| 508:16 510:5 | 607:13 610:13 | **usage**  510:8 605:6 | 717:10,14,20 |
| 513:14 514:22 | 611:4 612:14 | 625:17,18 626:1,5 | 718:15 |
| 532:1,8 533:22 | 613:4 614:13,18 | **use**  516:19 520:22 | **users**  520:12 |
| 534:19 535:2,3,6 | 619:25 620:1,5 | 527:18 546:1 | 521:24 522:3,13 |
| 544:13,22 548:8 | 621:11 622:6,19 | 547:3,6 554:6 | 522:15,16,20,23 |
| 551:7 553:16 | 623:17 625:24 | 555:9 558:22 | 524:15 526:1 |
| 559:8,9 567:15 | 627:2 633:12,19 | 559:13 560:11,14 | 528:24 529:16,20 |
| 593:12,14,22 | 633:22 637:20 | 569:1 572:9,22 | 530:3,7,11,25 |
| 596:4 597:13,22 | 638:2,16 639:18 | 575:18 584:21 | 536:12 537:12 |
| 599:1 600:1 | 640:6 642:10 | 585:23 586:1,11 | 546:4,19 547:18 |
| 601:10 614:5 | 643:9 651:25 | 586:12,13,15 | 547:24 553:3 |
| 620:3 621:13 | 654:22 656:3,23 | 592:19 593:6 | 559:2 591:10 |
| 630:20 631:3 | 679:15,19 680:12 | 595:16 599:16,21 | 617:16,16,23 |
| 633:2 636:10 | 680:20,23 681:11 | 600:12,16 601:1 | 618:9 626:4 649:6 |
| 637:12 638:25 | 682:20 683:13,20 | 626:6 647:14 | 651:22 665:13 |
| 641:19 643:4 | 684:3 690:19 | 663:23 692:14 | 666:4 671:23 |
| 651:21 652:4,16 | 695:3 697:18,24 | 693:9,11,13,19,24 | 678:19 683:16,17 |
| 655:25 656:15 | 698:10 701:8 | 694:7,14 705:5,12 | 684:6,6 692:15 |
| 679:11 683:14 | 702:3 703:19 | 705:19,24 706:3 | 695:22 714:6,12 |
| 685:22 686:10 | | | |

Veritext Legal Solutions
866 299-5127

**[uses - ways]**

**uses** 569:8 578:23
  579:11 607:19
  626:7 674:13
**ussd** 673:6

### v

**v1** 579:23 582:22
  685:9,11,20
**v2** 544:5 574:23
  579:23 582:22
  691:12 700:19
**v2.0** 583:5 586:25
  587:10
**v2.0.** 584:13
**v4** 531:23
**vague** 522:24
  527:1 529:8
  530:18 532:20
  533:12 537:2
  538:17 539:8,23
  576:11 581:6
  583:18 584:1
  585:9 586:19
  588:9 589:20
  591:18 592:1
  612:5 614:4,22
  616:23 618:5
  623:15 624:1,23
  625:20 626:22
  629:21 646:1
  654:16 655:5
  675:1,18 676:2
  679:10 680:14
**valid** 546:1 547:3
  547:5
**valuable** 520:11
  522:14 547:17,23
  547:24,24 559:2
  607:1,7
**value** 519:16,24
  520:6,15 521:17
  521:20,24 522:2,3

522:7,10,15,18,21
523:5,11,24,25
524:11,24 525:3,9
525:20 526:1
530:11,13,14,25
531:1,11 532:4,18
533:4,9 536:3,12
536:13,25 537:12
537:18,22,24
538:12,12,15
546:18 587:6,16
587:19 588:5
623:13 625:7,16
625:18 626:1,3,4
639:23 640:4,11
640:14 641:1,8
643:7 644:3
645:17 646:17
650:3,9,21 655:16
655:19 656:3,11
656:21 657:5
**varela** 541:4
**variable** 680:22
**variety** 531:17
  554:7 671:19
**various** 525:12
  538:12 553:5
  565:9 585:13,15
  612:9 673:12
  674:12 681:4
**vast** 670:4
**vc** 496:4 497:4
**verification**
  668:21
**verified** 668:22
**veritext** 506:12
  603:13 722:7,9,11
**version** 531:19,23
  532:13 550:25
  577:11 579:20,20
  585:16,16 685:17

686:1 695:23
**versus** 640:4
**vf** 602:21
**vf.pdf.** 602:22
**video** 496:14
  497:19 507:9,10
**videoconference**
  496:14 497:19
  498:2 499:2 500:2
  501:2 502:2
**videographer**
  502:18 506:5,11
  526:5,8 536:18,21
  569:16,19 634:9
  634:11 672:17,20
  718:21,24 719:21
**view** 612:20
**violate** 712:17
**violation** 663:22
**visitation** 523:10
**volume** 496:17
  503:3 506:9
  643:21 722:5
  724:2
**volumes** 643:15
  681:16

### w

**w** 498:6 502:7
**w3.h** 635:18
**waiting** 543:7
**waived** 722:23,23
**waiving** 722:20
**walk** 648:19
**wangdra** 501:14
  506:22
**want** 507:11
  512:22 523:22
  530:11 532:9
  533:15,17,24
  534:8,12 535:16
  537:4 554:6

558:10,10,12
567:18 568:23
569:11 573:25
574:11 592:24
593:16 594:4,8
595:12 597:12,18
599:4,6 606:19
609:2 617:24
618:12 631:3,7
634:4,6 645:15
646:16 650:1,19
652:24 661:18
662:1,7,18 698:25
712:19 714:19
717:2
**wanted** 535:17
  671:20
**wants** 530:10
  702:1 715:5
**washington**
  496:23 498:12
**way** 509:20 518:14
  519:4 520:19
  530:12 538:21
  544:21 545:2
  567:16,17 574:9
  576:1 580:14,16
  582:6,8 583:3
  594:2,7 603:7,15
  613:3 615:12
  625:13 626:16
  652:8 654:25
  671:21 674:20
  677:15 679:16
  707:5 714:16
  718:12
**ways** 519:12
  520:14 522:21
  537:21 554:7
  559:21 591:12
  630:23 657:11

**[ways - yeah]**

681:4 702:23
**we've**  560:6,16
580:8 591:9
613:10 618:16
663:16 668:23
683:19 703:15
704:18 705:9
708:1
**weaver**  499:6
507:3,5
**web**  496:14 497:19
498:2 499:2 500:2
501:2 502:2
**website**  553:7
**websites**  708:11
**week**  588:16
**weekly**  660:19
**weeks**  508:9
**weigh**  535:17
**went**  511:24 562:3
621:23 651:13
685:24
**whereof**  721:20
**whitelist**  540:17
563:2 564:6,10
574:6,9 580:1
581:12 583:9,16
583:20 584:18
585:19 605:8
633:1,5,24 658:8
659:6
**whitelisted**  563:6
564:20 565:4,12
574:23 577:13
584:7 633:6,11,23
684:13,14 696:1
**whitelisting**
509:20 510:16,23
562:10,15,18
564:3,13 571:20
571:25 572:5

577:5 579:21
580:16,24 634:6
659:20 664:25
**whitelists**  511:14
545:6 552:3
555:11 570:10,24
571:2,10 573:23
581:9 584:19
585:1,13,14,20,23
586:8 605:6
610:22 633:11
690:11
**wide**  537:16
538:10 552:20
553:13 576:4
**wider**  605:18
**widespread**  626:6
**window**  680:19
**witness**  506:13
535:18 569:12
593:18 594:24,24
595:17,19,23
596:1,5 597:6
606:2 627:19
639:16 667:5
719:4 721:20
722:13,16 723:2,5
724:24
**wonderful**  596:19
**wondering**  529:20
541:23
**word**  512:14
515:20 554:7
556:5 665:4
669:19 687:18
703:9
**words**  567:7
710:14
**work**  509:17 510:7
510:11 514:16,24
517:10,11 518:2

518:22 527:6
531:22 542:17
590:15 651:7
663:16 664:8
698:24 708:3
**worked**  515:21
517:3,9 518:12,16
518:18 519:22
525:25 527:10
544:15 589:23
593:23 601:20
682:13 714:16
717:4 718:10,12
718:13
**working**  518:1
519:3 520:9
521:23 522:6
527:12 530:23
531:3 549:17
588:16 675:7
**works**  600:2
**workstream**
557:19 558:9,11
558:12,20 559:9
565:22 568:14,18
568:20,24 570:5
570:14,17,20
571:13 572:17,21
580:7
**workstreams**
550:20,24 556:4,6
556:8,9,14,23
580:9
**world**  555:25
**worth**  531:9
558:16 627:4
645:17 646:18
650:3,9,21
**worthwhile**  524:4
**worthy**  655:11

**wrap**  715:11
**wrapped**  514:20
**wright**  498:8
507:2
**write**  552:23
593:19,25 646:22
652:25 655:24
**writes**  586:24
588:15 604:1
608:6 620:20
671:8 676:15
707:20 708:2
712:14 715:16
**writing**  554:17
555:20 654:20
**written**  545:17
547:9,12,12
548:23 558:8
562:17 563:22
566:2 592:23
593:2 605:2
707:15 710:14
718:5
**wrong**  531:18
554:6 627:13
**wrote**  547:5 569:6
**ws3.h**  635:16,18
**ws3.j**  504:18
636:20

| x |
| --- |

**x**  503:8 504:1
505:1 721:16
723:1
**xfn**  638:7

| y |
| --- |

**yahoo**  708:7
**yandex**  604:20
**yeah**  512:8 513:11
514:15,22 520:1
521:10 522:5,25

Page 45

**[yeah - zoom]**

523:14 525:1
527:2,22,25
530:20 531:16
532:11,21 533:13
537:3 538:2
539:10 549:20
556:6 561:4,8
569:12 571:15
573:3,7 576:12
581:7,21 586:1
592:4 593:19
594:10 595:3,18
596:20 597:5
598:3,20 599:2,3
599:17 600:24
601:18 602:24
603:4 606:7 608:2
609:7 610:4
611:17 612:7,8,17
613:21 614:11,11
614:24 616:20,24
619:4 621:2 624:2
626:13 628:17
629:6,17 630:19
631:24 633:6
636:25,25 639:16
642:20 643:18
645:6 646:21
647:12 649:3
657:18 658:2
660:13 661:20,23
663:1 665:9,18
669:9 675:2,17
676:1,25 684:18
692:5,8 700:12
702:16 707:18
708:14 710:3
718:3
**year**  566:5
**years**  545:17
546:14,23 551:23

573:20 585:18
589:6 591:21
624:10
**yep**  587:5
**york**  708:12 712:6
**yup**  542:15 551:15
561:12 570:6
620:19 628:8
643:24 645:12

**z**

**zero**  631:7
**zoom**  496:12

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843
 5   CONSUMER USER PROFILE        Case No.
 6   LITIGATION                   18-md-02843-VC-JSC
 7   _____
 8   This document relates to:
 9   ALL ACTIONS
     _____
10                **HIGHLY CONFIDENTIAL**
11
12        ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13        CORPORATE REPRESENTATIVE - SIMON CROSS
14   (Reported Remotely via Video & Web Videoconference)
15        London, England (Deponent's location)
16               Monday, June 20, 2022
17                    Volume 4
18
19   STENOGRAPHICALLY REPORTED BY:
20   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
21   Nevada CCR No. 827
22   Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5281223
25   PAGES 725 - 985
```

                                        Page  725

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

 5   CONSUMER USER PROFILE        Case No.

 6   LITIGATION                   18-md-02843-VC-JSC

 7   _____

 8   This document relates to:

 9   ALL ACTIONS

10   _____

11

12

13

14

15   CONTINUED VIDEOTAPED DEPOSITION OF SIMON CROSS, taken

16   on behalf of the Plaintiffs, with the deponent located

17   in London, England, commencing at

18   1:35 p.m., Monday, June 20, 2022, remotely reported

19   via Video & Web videoconference before

20   REBECCA L. ROMANO, a Certified Shorthand Reporter,

21   Certified Court Reporter, Registered Professional

22   Reporter.

23

24

25
```

Page 726

HIGHLY CONFIDENTIAL

```
 1                 APPEARANCES OF COUNSEL

 2     (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5         KELLER ROHRBACK L.L.P.

 6         BY:  DEREK W. LOESER

 7         BY:  CARI CAMPEN LAUFENBERG

 8         BY:  ADELE A. DANIEL

 9         BY:  EMMA WRIGHT

10         Attorneys at Law

11         1201 Third Avenue

12         Suite 3200

13         Seattle, Washington 98101

14         (206) 623-1900

15         dloeser@kellerrohrback.com

16         claufenberg@kellerrohrback.com

17         adaniel@kellerrohrback.com

18         ewright@kellerrohrback.com

19

20

21

22

23

24

25   /////
```

Page  727

HIGHLY CONFIDENTIAL

```
 1                    APPEARANCES OF COUNSEL

 2      (All parties appearing via Web videoconference)

 3

 4      For the Plaintiffs:

 5            BLEICHMAR FONTI & AULD LLP

 6            BY:  MATTHEW MELAMED

 7            BY:  LESLEY E. WEAVER

 8            Attorneys at Law

 9            555 12th Street

10            Suite 1600

11            Oakland, California 94607

12            (415) 445-4003

13            mmelamed@bfalaw.com

14            lweaver@bfalaw.com

15

16

17

18

19

20

21

22

23

24

25      /////
```

Page  728

HIGHLY CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL(cont'd)
2      (All parties appearing via Web videoconference)
3
4      For Facebook, Inc.:
5              GIBSON, DUNN & CRUTCHER LLP
6              BY:  AUSTIN SCHWING
7              Attorney at Law
8              555 Mission Street
9              Suite 3000
10             San Francisco, California 94105-0921
11             (415) 393-8200
12             aschwing@gibsondunn.com
13     and
14             BY:  MATT BUONGIORNO
15             Attorney at Law
16             2001 Ross Avenue
17             Suite 2100
18             Dallas, Texas 75201
19             (214) 698-3204
20             mbuongiorno@gibsondunn.com
21
22
23
24
25     /////
```

Page 729

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5         GIBSON, DUNN & CRUTCHER LLP
 6         BY:  HANNAH REGAN-SMITH
 7         Attorneys at Law
 8         1801 California Street
 9         Suite 4200
10         Denver, Colorado 80202-2642
11         (303) 298-5735
12         hregan-smith@gibsondunn.com
13    and
14         BY:  PHUNTSO WANGDRA
15         Attorney at Law
16         1881 Page Mill Road
17         Palo Alto, California 94304-1211
18         (650) 849-5206
19         pwangdra@gibsondunn.com
20
21
22
23
24
25    /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL(cont'd)

2     (All parties appearing via Web videoconference)

3

4          JAMS

5          BY:  DANIEL B. GARRIE

6          Special Master

7          555 W. 5th Street

8          32nd Floor

9          Los Angeles, California 90013

10         (213) 253-9706

11         dgarrie@jamsadr.com

12

13

14

15    ALSO PRESENT:

16         Ian Chen, Associate General Counsel,

17    Meta Platforms

18         John Macdonell, Videographer

19

20

21

22

23

24

25    /////
```

Page 731

```
 1                    I N D E X

 2   DEPONENT                           EXAMINATION

 3   SIMON CROSS                              PAGE

     VOLUME 4

 4

 5                    BY MR. MELAMED            735

 6

 7


 8              E X H I B I T S

 9   NUMBER                                    PAGE

10                    DESCRIPTION

11   Exhibit 425  Native Excel Spreadsheet,     867

12                HC_AEO_2022-06016_In re

13                FB-TablesColumn Names;

14

15   Exhibit 426  Native Excel Spreadsheet      920

16                C2_022-FB-MTHD-00080;

17

18   Exhibit 427  Native Excel Spreadsheet,     945

19                FB-CA-MDL-029362498;

20

21   Exhibit 428  Native Excel Spreadsheet,     964

22                C2_018-FB-CA-MDL-02936296.

23

24

25   /////
```

Page 732

HIGHLY CONFIDENTIAL

```
 1              London, England; Monday, June 20, 2022        09:04:04

 2                        1:35 p.m.

 3                        ---o0o---

 4

 5              THE VIDEOGRAPHER:  We are on the record        01:35:43

 6     at 1:35 p.m. on June 20th, 2022.

 7              This is the deposition of Simon Cross,

 8     Volume 4.  We're here in the matter of the In Re:

 9     Facebook, Inc. Consumer Privacy User Profile

10     Litigation.                                            01:35:59

11              I'm John Macdonell, the videographer with

12     Veritext.

13              Before the reporter swears the witness,

14     would counsel please identify themselves, beginning

15     with the noticing party, please.                       01:36:09

16              MR. MELAMED:  Good morning.  My name is

17     Matt Melamed.  I'm with the law firm of

18     Bleichmar Fonti & Auld.  I represent plaintiffs.

19              With me here presently are Adele Daniel

20     and Emma Wright.  They're from Keller Rohrback, and    01:36:20

21     they also represent plaintiffs.

22              MR. SCHWING:  This is Austin Schwing of

23     Gibson Dunn for defendant Meta, and with me are

24     Ian Chen, Hannah Regan-Smith, and Phuntso Wangdra

25     and Matt Buongiorno.                                   01:36:46
```

Page 733

HIGHLY CONFIDENTIAL

```
 1              Okay.  I think I got everybody.           01:36:47

 2              SPECIAL MASTER GARRIE:  This is

 3     Special Master Garrie on behalf of the courts.

 4              Good morning, Counsel Buongiorno.  It's

 5     been a while.  I hope you're healthy.            01:36:57

 6              MR. BUONGIORNO:  Thank you, Special

 7     Master Garrie.

 8              THE COURT REPORTER:  At this time, I will

 9     ask counsel to agree on the record that there is no

10     objection to this deposition officer administering  01:37:05

11     a binding oath to the deponent via remote

12     videoconference, starting with the noticing

13     attorney, please.

14              MR. MELAMED:  No objection.  Thank you.

15              MR. SCHWING:  No objection for the        01:37:27

16     defendant.

17              THE COURT REPORTER:  Mr. Cross, could you

18     raise your right hand for me, please.

19              THE DEPONENT:  (Complies.)

20              THE COURT REPORTER:  You do solemnly      01:37:45

21     state, under penalty of perjury, that the testimony

22     you are about to give in this deposition shall be

23     the truth, the whole truth and nothing but the

24     truth?

25              THE DEPONENT:  I do.                      01:37:45
```

Page 734

HIGHLY CONFIDENTIAL

```
 1                      SIMON CROSS,                 01:37:46

 2   having been administered an oath, was examined and

 3   testified as follows:

 4                      EXAMINATION

 5   BY MR. MELAMED:                                 01:37:46

 6        Q.   Welcome back, Mr. Cross.

 7        A.   Thank you.

 8        Q.   So as I mentioned, my name is

 9   Matt Melamed from the law firm

10   Bleichmar Fonti & Auld.  I'm going to be asking you    01:38:02

11   questions about the 30(b)(6) notice topics 2 and

12   8 today, and then, as I mentioned off the record,

13   Mr. Loeser is going to ask you a few questions

14   about topics 6 and 7.

15             So you understand for these topics, and    01:38:20

16   specifically for topics 2 and 8, you've been

17   designated by Facebook to answer questions on its

18   behalf, correct?

19        A.   That's correct.

20        Q.   Okay.  And you are prepared to do so    01:38:29

21   today, correct?

22        A.   I've done my best to prepare, yes.

23             MR. SCHWING:  And, Matt, I just want to

24   just state for the record that we have certain

25   aspects of 2 and 8 that have been carved out for    01:38:39
```

Page 735

HIGHLY CONFIDENTIAL

```
1    this witness.                                    01:38:42

2            MR. MELAMED:  And to be clear, you're

3    talking about questions related to targeted

4    advertising and data brokers; is that right,

5    Mr. Schwing?                                     01:38:49

6            MR. SCHWING:  That is correct.

7            MR. MELAMED:  Okay.

8        Q.   (By Mr. Melamed)  So, Mr. Cross, just so

9    everybody's clear, you are not prepared to answer

10   questions today related to targeted advertising or   01:38:58

11   data brokers; is that right?

12       A.   I have not prepared to answer questions

13   relating to targeted advertising and data brokers.

14   My understanding is that another witness has been

15   designated to -- to cover those types of things.     01:39:12

16       Q.   Okay.  So for ease of reference

17   throughout this deposition, I will likely ask about

18   third parties generally.  And is it okay for you,

19   Mr. Cross and counsel, if when I ask those, you

20   understand that those do not include advertisers,     01:39:32

21   data brokers, and other parties related to targeted

22   advertising?

23           Is that -- Mr. Cross, does that make

24   sense to you?  If I say "third parties," you will

25   understand it to not include those entities for      01:39:46
```

Page 736

HIGHLY CONFIDENTIAL

```
 1   which you are not prepared to testify?              01:39:49

 2       A.   Yes, I think that makes sense to me.

 3       Q.   And if you are unclear, please ask.  And

 4   I'm not -- this isn't to play tricks; it's just so

 5   that I don't have to repeat a carve-out in every     01:40:01

 6   question or series of questions.

 7            Understood?

 8       A.   I understand, yes.

 9            MR. MELAMED:  Okay.  And, Mr. Schwing,

10   same to you.  If ever you believe a question         01:40:11

11   unclear because of that carve-out or you're not

12   sure what I'm getting at, I invite you to ask me to

13   clarify.  I just want to make sure that the

14   testimony is -- is clear, but I'd like to avoid

15   having to add pause -- unnecessary pauses to every   01:40:24

16   question.

17            Does that make sense to you?

18            MR. SCHWING:  It does.  If we have things

19   that need to be clarified along the way, we'll try

20   to work that through.                                01:40:37

21            MR. MELAMED:  Great.  Thank you.

22       Q.   (By Mr. Melamed)  So as you're aware,

23   Mr. Cross, there's a lot of material from past

24   experience that we are going to cover.  I'm going

25   to hope to get through it as efficiently as          01:40:47
```

Page 737

```
 1    possible.  I hope you are going to do so as well.          01:40:49

 2            Let's start with the description of the

 3    topics.

 4            So for topic 2, there is a subcategory A.

 5    And for that, plaintiffs are focused on the type of        01:41:00

 6    data Facebook sold, made accessible to, or made

 7    available to third parties.

 8            Do you understand that?

 9            MR. SCHWING:  Matt, I think you -- I

10    think it was unintentional.  I think you misspoke          01:41:14

11    and said "sold" instead of "shared."

12            MR. MELAMED:  Thank you.  Let me repeat

13    that.

14        Q.  (By Mr. Melamed)  What type of data --

15    make sure I'm reading this correctly.                      01:41:25

16            The type of data --

17            MR. MELAMED:  Thank you for the

18    correction, Mr. Schwing.

19        Q.  (By Mr. Melamed)  The type of data

20    Facebook shared, made accessible, or permitted             01:41:36

21    third parties to target.  That is the stated topic.

22            Do you understand that?

23        A.  I do understand it.  I'd love to

24    understand where the boundary comes between making

25    available to target, because that touches on               01:41:51
```

Page 738

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | targeted advertising, and I'd like to understand | 01:41:55 |
| 2 | the -- the boundary there. | |
| 3 |     Q.   Okay.  So for purposes of questioning | |
| 4 | today, are you prepared to answer questions on the | |
| 5 | type of user data or information Facebook shared or | 01:42:07 |
| 6 | made accessible to third parties, with the | |
| 7 | exception, as we spoke before, of targeted | |
| 8 | advertising and data brokers? | |
| 9 |     A.   I'm prepared to -- to talk about data | |
| 10 | made available to -- to third parties via the -- | 01:42:24 |
| 11 | the Graph API and the Facebook developer platform | |
| 12 | in particular. | |
| 13 |     Q.   Are there any other ways that Facebook | |
| 14 | made data available to third parties?  And, again, | |
| 15 | here -- and I'll repeat this a few times until we | 01:42:41 |
| 16 | get in the habit -- this does not include to | |
| 17 | advertisers or data brokers. | |
| 18 |     A.   When you say -- sorry.  Again, to be | |
| 19 | clear, when you say "data" in this context, what | |
| 20 | kind of data are we -- are we talking about? | 01:42:55 |
| 21 |     Q.   User data. | |
| 22 |     A.   So data on any particular user?  "User | |
| 23 | data" meaning specifically what again?  Again, I | |
| 24 | just want to be super clear. | |
| 25 |     Q.   I'm just asking -- and if you're not | 01:43:10 |

HIGHLY CONFIDENTIAL

1    clear and if you're unable to answer, tell me.          01:43:12

2    I'll try to do my best to clarify.

3           But the question is:  Are you prepared to

4    answer questions about the types of user data for

5    user information that Facebook shared or made          01:43:21

6    accessible to third parties?

7        A.   I've done my best to prepare on that --

8    on that topic, yes.

9        Q.   And then you are also going to testify

10   about subtopic 2C -- correct? -- which is "the          01:43:40

11   format or formats through which Facebook made user

12   data or information accessible or available to

13   third parties," correct?

14       A.   I'm prepared to testify on -- on that,

15   again, with this -- this focus on the Facebook         01:44:00

16   developer platform, which is what I believe is --

17   is pertinent to this case.

18       Q.   Are there other ways that Facebook made

19   user data available to third parties, not including

20   targeted advertisers or data brokers?  And by          01:44:15

21   "other ways," I'm speaking of other than via the

22   Facebook platform.

23       A.   It's possible that like user data was

24   made available to third parties over -- over other

25   means.  For example, attachments to emails,            01:44:33

Veritext Legal Solutions
866 299-5127

1    which -- which would -- I'm not able to identify          01:44:35

2    every possible way in which Facebook over the class

3    period has -- has made available information to --

4    to third parties.  Like the primary way in which

5    that was done was through the Graph API, and that's        01:44:51

6    where my -- my focus in being able to answer these

7    questions have been put.

8         Q.   Okay.  Just -- just to be clear, there

9    may be other ways in which Facebook made user data

10   available to third parties other than via platform,       01:45:04

11   and you are not prepared to testify about those

12   other ways today; is that accurate?

13             MR. SCHWING:  Misstates his testimony.

14             THE DEPONENT:  I can talk at a high level

15   about Facebook generally communicates with -- with        01:45:24

16   third parties using standard -- standard business

17   means and practices.  But it would be very hard

18   for -- for me or anyone to answer questions about

19   the totality in which Facebook has ever exchanged

20   information with -- with third parties.                    01:45:40

21        Q.   (By Mr. Melamed)  I'm not -- I'm not

22   asking you to try and capture you.  I'm just trying

23   to understand the confines of what you're prepared

24   to testify about today.

25             So are there other ways aside -- you            01:45:58

1    mentioned Facebook platform as a way that Facebook        01:46:01

2    makes user data available to third parties,

3    correct?

4        A.    Correct.

5        Q.    You also mentioned a possibility that            01:46:09

6    user attach data could be attached to emails, and

7    you're not prepared to testify about that manner of

8    providing user data to third parties, correct?

9            MR. SCHWING:  No.  Misstates his

10    testimony.                                                01:46:18

11            THE DEPONENT:  As I said, I could talk at

12    a high level about how Facebook conducts, you know,

13    conversations with -- with third parties at a high

14    level, but it would impossible to -- for me or

15    anyone to -- to know the totality of ways in which        01:46:39

16    Facebook, over a 15-year period, has made -- made

17    data available to -- to third parties.

18        Q.    (By Mr. Melamed)  Why would that be

19    impossible?

20        A.    So in this context, you know, that's -- a       01:46:58

21    broad range in which a way of essentially thousands

22    of people over many years have interacted with --

23    with third parties.  I think having a -- a complete

24    understanding of every example would be -- would be

25    hard to come by.                                          01:47:18

                                                     Page 742

```
 1              As I say, the -- the primary way in which      01:47:20

 2      Facebook shares data with third parties is via the

 3      Facebook developer platform, and I focused my -- my

 4      attention there.

 5              I can talk at a high level about               01:47:30

 6      typically how Facebook conducts business with third

 7      parties through with user data may have been

 8      exchanged.  But, you know, I don't have a record of

 9      every email that was sent that may have contained

10      a -- an Excel spreadsheet, for example, containing    01:47:45

11      user information.

12         Q.   Are there ways other than via platform or

13      via email that you are aware of that Facebook

14      provided user data to third parties?

15         A.   I'm not aware of any other major ways in       01:48:07

16      which Facebook would have shared data with -- with

17      third parties, no.

18         Q.   Okay.  I just want to be clear.  You used

19      the -- the phrase "major ways" in your answer to

20      that question.  Are there any other ways other than   01:48:18

21      those that you are aware of?

22         A.   Not that I'm -- not that I'm intimately

23      aware of, no.

24         Q.   Are there any ways you're aware of in any

25      way?                                                   01:48:33
```

Veritext Legal Solutions
866 299-5127

1      A.   No.  Not that I know that Facebook has          01:48:36

2   shared data with third parties from -- from my

3   conversations with -- with people or -- or my own

4   personal experiences.

5      Q.   And let's -- let's return to topic 2CU,         01:49:03

6   which concerns the format or formats by which

7   Facebook shared data with third parties -- shared

8   user data with third parties.

9           Do you understand that to be the topic?

10     A.   Yes, I understand that to be the topic.         01:49:23

11     Q.   And you mentioned the Graph API is the

12  primary way that Facebook shares user data with

13  third parties?

14     A.   The Facebook developer platform of which

15  Graph API is a component, yes.                          01:49:36

16     Q.   Okay.  We're going to turn to the

17  Facebook developer platform in a little bit.

18          Counsel has also informed us that you are

19  prepared to testify in a limited way about topic

20  2d, which it concerns how Facebook insured third       01:50:09

21  parties' use of such data or information with

22  limited to the use case; is that correct?

23     A.   That's correct.  I'm prepared to -- to

24  testify on -- on how platform integrity teams

25  attempted to do that.                                   01:50:26

HIGHLY CONFIDENTIAL

1      Q.   And then you are prepared as well to          01:50:31

2   testify about topic 8, correct?

3      A.   Would you just mind reading out just

4   topic 8 for me so I can confirm accurately.

5      Q.   No problem.                                    01:50:43

6           So topic 8 concerns "the methods, tools,

7   technologies, databases, project management tools,

8   task lists, and other internal sources Facebook

9   used to track third parties and data brokers."

10          I understand that you are not prepared to     01:50:57

11   talk about data brokers, but are you prepared to

12   talk about the rest of that topic?

13      A.   Again --

14          MR. SCHWING:  Just -- sorry.  Just

15   quickly.  And also advertisers, to the extent        01:51:07

16   that's not encompassed by data brokers as well,

17   Matt, just to have the record clear.

18      Q.   (By Mr. Melamed)  Are you prepared to

19   talk about topic 8 with the exception of data

20   brokers and advertisers?                             01:51:20

21      A.   Yes, I have done my best to prepare for

22   topic 8.

23      Q.   And that includes the four subsections of

24   topic 8, correct?

25      A.   Again, be useful if you'd just read them     01:51:32

Page 745

HIGHLY CONFIDENTIAL

```
 1   out for -- for extra clarity.                        01:51:34

 2        Q.   Sure.

 3             So the first subtopic is "the type and

 4   purpose of data and information Facebook received

 5   from third parties."                                 01:51:43

 6             And to clarify, that does not include

 7   from advertisers or data brokers.

 8             Are you prepared to answer that subtopic?

 9        A.   I've done my best to prepare for

10   subtopic, yes.                                       01:51:55

11        Q.   And topic b, "the type and purpose of

12   data and information Facebook provided to third

13   parties"?

14        A.   Yes, I've done my best to prepare for

15   that subtopic too.                                   01:52:05

16        Q.   And "payments consideration, including

17   actual payments and consideration or promised

18   payments and consideration that Facebook provided

19   or received for engaging in exchanges of user data

20   with third parties" -- again, for clarity, not      01:52:20

21   including advertisers and data brokers.

22             Are you prepared to answer on that topic?

23        A.   I've done my best to prepare for that

24   topic too -- that subtopic too, yes.

25        Q.   And then the final subtopic is "any       01:52:33
```

Page 746

| | | |
|---|---|---|
| 1 | evaluation of benefits through Facebook of the | 01:52:34 |
| 2 | information provided or received or engaging in | |
| 3 | exchanges of user data." | |
| 4 | Are you prepared to testify about that | |
| 5 | topic today? | 01:52:44 |
| 6 | A.   I have done my best to prepare for that | |
| 7 | subtopic, too. | |
| 8 | Q.   Do you have any notes to help with your | |
| 9 | testimony today? | |
| 10 | A.   I prepared a couple of pages of | 01:53:00 |
| 11 | handwritten notes, yes. | |
| 12 | Q.   Okay.  And you intend to use those to | |
| 13 | help you testify? | |
| 14 | A.   Potentially.  It depends on the -- on the | |
| 15 | questions I'm asked to answer. | 01:53:07 |
| 16 | Q.   You said you personally prepared those | |
| 17 | notes? | |
| 18 | A.   That's correct. | |
| 19 | Q.   And how -- how did you go about preparing | |
| 20 | those notes? | 01:53:24 |
| 21 | A.   Those notes are written from my -- my | |
| 22 | notes from the conversations I've with people to | |
| 23 | prepare for today and some of documents I've read. | |
| 24 | Q.   Conversations with whom? | |
| 25 | A.   I had a number of conversations with -- | 01:53:45 |

Page 747

| | | |
|---|---|---|
| 1 | with Facebook employees to prepare for this -- for | 01:53:46 |
| 2 | the deposition today.  I can give you their names | |
| 3 | if -- if required. | |
| 4 | Q.   Would you please give me their names. | |
| 5 | A.   Sure.  I spoke to Steven Elia.  I spoke | 01:53:58 |
| 6 | to Chad Heaton.  I spoke to Tina Cardaci.  And I | |
| 7 | spoke to -- some of these names I forgot now, but | |
| 8 | I -- I could get for you if needed. | |
| 9 | Q.   What would you do to get their names | |
| 10 | for -- for us today? | 01:54:30 |
| 11 | A.   Look at my calendar.  Look at my Outlook | |
| 12 | calendar. | |
| 13 | Q.   And what did you speak to Mr. Elia about? | |
| 14 | A.   I spoke to Mr. Elia about his experience | |
| 15 | in managing API whitelisting and the way in which | 01:54:46 |
| 16 | whitelists were tracked over time. | |
| 17 | Q.   Anything else? | |
| 18 | A.   Those are the primary topics we -- I | |
| 19 | discussed with Steven. | |
| 20 | Q.   You said they're the primary topics.  Did | 01:55:06 |
| 21 | you discuss anything else with Mr. Elia? | |
| 22 | A.   I don't recall discussing anything else | |
| 23 | with Steven beyond the -- the topics I was required | |
| 24 | to -- to prepare for today. | |
| 25 | Q.   Did your conversation go beyond -- with | 01:55:20 |

Page 748

1    Mr. Elia, did your conversation go beyond          01:55:22

2    discussions of API whitelisting and tracking?

3         A.   It would have included identification of

4    how the API or the Facebook APIs behaved as -- as

5    far as discernable at any particular time or at     01:55:39

6    particular times, again, to help me prepare for the

7    topics I've been designated to -- to speak to

8    today.

9         Q.   Anything else with Mr. Elia?

10        A.   That's about the limit of what I recall   01:55:54

11   discussing with Steven.

12        Q.   I just want to note that you -- as you're

13   answering these questions, there are a lot of

14   qualifiers, which is fine, and I'm just asking for

15   clarification when you provide those qualifiers.    01:56:08

16        So you said "it's about the limit" of

17   what you discussed with Steven.  Do you recall

18   discussing anything else with Mr. Elia?

19        A.   As I sit here today, that's what I recall

20   discussing with Steven.                             01:56:22

21        Q.   Okay.

22        What did you discuss with Mr. Heaton?

23        A.   We discussed a particular document which

24   I believe has been marked for the use of it today.

25        Q.   Do you recall which document that was?    01:56:36

Page 749

```
 1       A.   I don't recall the Bates number          01:56:43

 2   particularly, no.  It was a document to do with the

 3   platform and interpreting its value to third-party

 4   developers.

 5       Q.   Why did you discuss that document with    01:56:55

 6   Mr. Heaton?

 7            MR. SCHWING:  And I would just caution

 8   the witness not to reveal any attorney-client

 9   privilege information.

10            If you answer without doing that, you may  01:57:06

11   do so.

12            THE DEPONENT:  My understanding is that

13   it was a document marked for -- for exhibition

14   today by -- by the plaintiffs, and I wanted to

15   speak to Mr. Heaton to attempt to understand his    01:57:20

16   understanding of the -- of the document and how it

17   was created.

18       Q.   (By Mr. Melamed)  Was it a document that

19   you understand Mr. Heaton to have created?

20       A.   I understand Mr. Heaton to have been       01:57:35

21   involved in its creation, but I can't say for

22   certain whether or not he was the creator.

23       Q.   And Mr. Heaton is somebody who is still

24   employed at Facebook?

25       A.   My understanding is that Mr. Heaton is --  01:57:49
```

Page 750

1    is still employed by Facebook.                          01:57:52

2         Q.   And what is his role at Facebook?

3         A.   I'm not certain of what his role is

4    today, I'm afraid.

5         Q.   Do you understand what his role was          01:58:02

6    around the time that he was involved in creating

7    the document that he reviewed?

8         A.   My understanding is he had some role

9    in -- in finance or business planning, but I

10   wouldn't want to give any more specifics than that.    01:58:16

11        Q.   Why wouldn't you want to give me more

12   specifics than that regarding his role?

13        A.   That's the understanding I have as I --

14   as I sit here today.  I have not reviewed his

15   internal profile or work history, for example.         01:58:41

16        Q.   How long did you speak to Mr. Heaton?

17        A.   I spoke to Mr. Heaton for about 25

18   minutes.

19        Q.   How long did you speak to Mr. Elia?

20        A.   I speak to Mr. Elia for around 55            01:58:58

21   minutes.

22        Q.   You mentioned you spoke to somebody whose

23   name I don't think I caught, and I don't want to

24   get it wrong, so please correct me.  I think it was

25   Ms. Cardaci?                                            01:59:14

                                                    Page 751

```
 1        A.   I spoke to Tina -- Tina Cardaci.              01:59:16

 2        Q.   Can you spell her last name just so we

 3   have it clearly for the record, please.

 4        A.   I'll do my best.  I -- I may get it

 5   wrong.  Cardaci, C-A-R-D-A-C-I, I believe.             01:59:28

 6        Q.   And what did you speak to Ms. Cardaci

 7   about?

 8        A.   I spoke to Ms. Cardaci about another

 9   document which I believe plaintiffs have identified

10   to be exhibited today.                                 01:59:50

11        Q.   And do you recall which document that

12   was?

13        A.   Again, I -- I don't know the Bates number

14   or anything like that, but my understanding is it

15   was a document relating to the assessment of the      02:00:02

16   impact of the changes announced in April 2014 upon

17   Facebook's games ecosystem.

18        Q.   What kind of impact are you -- do you

19   mean when you say "it was a document concerning the

20   assessment of impact"?                                 02:00:28

21        A.   My recollection is this is a -- a

22   document to do with the potential revenue impact of

23   the changes on the Facebook games ecosystem.

24        Q.   And why did you speak to Ms. Cardaci

25   about that document?                                   02:00:45
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
  1          A.   My understanding is this is a document        02:00:49

  2     that was potentially marked for being exhibited

  3     today, and I -- I wanted to understand the context

  4     behind its creation and content.

  5          Q.   Why did you speak to her about this            02:01:01

  6     document's creation and content?

  7          A.   My understanding is she was either the

  8     author or involved in the authorship of this

  9     document.

 10          Q.   Do you know what her role was around the       02:01:15

 11     time of the creation of this document?

 12          A.   My understanding she was in some -- some

 13     kind of business planning operations function.

 14          Q.   Did Ms. Cardaci understand -- help you

 15     understand the meaning of the document that you         02:01:36

 16     reviewed with her?

 17          A.   I believe my understanding of the

 18     document improved after speaking with her.

 19          Q.   And do you have notes reflecting your

 20     conversation with her about that document?             02:01:52

 21          A.   I don't have any notes relating to that

 22     conversation.

 23          Q.   And your conversation with Mr. Heaton,

 24     did that help improve your understanding of the

 25     document you reviewed with him?                         02:02:06
```

Page 753

```
 1        A.   I believe that helped me understand the       02:02:10

 2   document better, yes.

 3        Q.   And how long did you speak to

 4   Ms. Cardaci?

 5        A.   I think about 25 minutes again.                02:02:19

 6        Q.   Do you have notes regarding your

 7   understanding of either of the two documents we've

 8   just discussed?  And by "the two documents," I mean

 9   the one you spoke about with Mr. Heaton and the one

10   you spoke about with Ms. Cardaci.                        02:02:43

11        A.   No, I do not have notes relating to my --

12   my conversation with them.

13        Q.   Do you have any notes about the documents

14   at all, whether -- whether or not those notes

15   relate to your conversations with them?                  02:02:54

16        A.   I do not have notes relating to those

17   documents, no.

18        Q.   Who else did you talk to in preparation

19   for today's testimony?

20        A.   I spoke to Mark Molaro -- I think that's       02:03:10

21   right.  Molaro, I think, is probably accurate.  I

22   spoke to him too.

23        Q.   Why did you speak to Mr. Molaro?

24        A.   Mr. Molaro, as I understand it, was

25   involved in the production of documents relating to      02:03:28
```

Page 754

HIGHLY CONFIDENTIAL

```
 1    the capabilities tool and platform login, which I        02:03:34

 2    wanted to make sure I fully understood.

 3         Q.   Is Mr. Molaro a Facebook employee?

 4         A.   My understanding is that Mr. Molaro is

 5    employed by Facebook.                                     02:03:50

 6         Q.   And do you know what Mr. Molaro's role is

 7    presently at Facebook?

 8         A.   My understanding is he's a data science

 9    manager.

10         Q.   Do you have any understanding whether his      02:04:10

11    role involves anything having to do with the

12    capabilities tool presently at Facebook?

13         A.   I'm -- I'm not entirely -- I'm not sure

14    what his role involves at the moment and whether or

15    not he's involved in -- with the capabilities.           02:04:28

16         Q.   Do you know if his role at any time

17    during the time he's worked at Facebook included

18    anything having to do with the capabilities tool?

19         A.   My understanding is that he -- he has

20    been involved with the capabilities tool in the          02:04:47

21    past, at least.

22         Q.   What is your understanding of

23    Mr. Molaro's involvement with the capabilities tool

24    in the past?

25         A.   My understanding is that he will have          02:05:00
```

Page 755

HIGHLY CONFIDENTIAL

1    been involved in the -- the information which is          02:05:02

2    stored in the tool and how that information is used

3    internally and the documents that were produced as

4    part of this case.

5         Q.   Do you have any understanding of the time       02:05:27

6    period when Mr. Molaro was involved in the

7    capabilities tool at Facebook?

8         A.   I don't have that level of detail of

9    understanding.  My understanding is he's a -- he's

10   a data scientist on the platform team and so may         02:05:40

11   have been involved from the beginning of his -- his

12   role on that team to today.  But I'm not sure of

13   exactly what his -- what time that is.

14        Q.   Do you know when he started on the data

15   science team on platform?                                02:05:54

16        A.   As I sit here today, I don't have the

17   exact date of -- of his work history, no.

18        Q.   Do you have a general understanding of

19   when he started in that role?

20        A.   My understanding is he started at least        02:06:08

21   before 2019, but I -- I'm not sure -- again, sure

22   of the exact dates.

23        Q.   About how long did you talk to Mr. Molaro

24   for?

25        A.   I talked to Molaro, Mr. Molaro, over a         02:06:24

Page 756

HIGHLY CONFIDENTIAL

```
 1    few sessions.  Hard to give an exact amount of        02:06:27

 2    time.  I'd estimate spending probably 30 to 60

 3    minutes with Mark.

 4        Q.   Do you have any written notes reflecting

 5    your conversations with Mr. Molaro?                    02:06:50

 6        A.   I have taken some notes about my

 7    conversation with -- my conversations with

 8    Mr. Molaro.

 9        Q.   And those notes pertain to the

10    capabilities tool?                                     02:07:03

11        A.   Those notes pertain to -- to parts of the

12    capabilities tool and other -- other work he was

13    involved in.

14        Q.   What else do the notes concern?

15        A.   I took some notes regarding some of the      02:07:23

16    more modern logging apparatus that Facebook has

17    today.

18        Q.   Is that a singular modern logging

19    apparatus or are there multiple modern logging

20    apparatuses that you're referencing?                  02:07:46

21        A.   Facebook has many different systems

22    for -- for logging things, and there -- in logging

23    the platform system, there will be multiple --

24    multiple systems involved.  We talked through a

25    particular set of data logging structure which was    02:08:08
```

Page 757

HIGHLY CONFIDENTIAL

1    built more recently.                                  02:08:14

2         Q.   What was that particular set of data

3    logging structure built more recently that you

4    spoke to Mr. Molaro about?

5         A.   I spoke to Mr. Molaro about some logging    02:08:28

6    infrastructure that's known as the "Can and Did

7    tables."

8         Q.   Is that C-A-N and D-I-D tables?

9         A.   That's correct, C-A-N and D-I-D.

10        Q.   Do those stand for anything or are they     02:08:44

11   just stand-alone terms?

12        A.   My understanding is they're stand-alone

13   terms.

14        Q.   Can you describe what the Can table is?

15        A.   I'll do my -- my best.  My understanding    02:08:57

16   is that the Can table attempts enumerate the

17   information that a Facebook platform application

18   could access or can have access to.

19        Q.   Does that include the user -- Facebook

20   user information that a platform application could   02:09:25

21   have access to?

22        A.   My understanding is it -- it -- it

23   enumerates the -- the nodes and fields that a

24   Facebook platform application could have access to,

25   some of which may include user information.          02:09:43

Veritext Legal Solutions
866 299-5127

1     Q.   Do you know when the Can table was    02:09:51

2  created as a tool to provide such logging?

3     A.   My understanding it was built in around

4  2019 and became operational sometime in 2020.

5     Q.   Do you know if it contains information    02:10:10

6  dating from before it became operational?

7     A.   I do not know if it contains information

8  relating to before it became available.

9     Q.   Who would know the answer to that

10  question?    02:10:25

11     A.   I would ask Mr. Molaro.

12     Q.   Do you know whether the Can table could

13  have technologically been created before 2019 or

14  2020?

15     A.   Can you help me understand what you mean    02:10:56

16  by --

17        THE DEPONENT:  Sorry, Austin.  You were

18  going to say something?

19        MR. SCHWING:  Just object to form.

20        Go ahead -- go ahead, Simon, if you    02:11:02

21  wanted to clarify something.

22        THE DEPONENT:  Yeah.  Can you clarify

23  what you mean by "could technologically have been

24  created"?

25     Q.   (By Mr. Melamed)  Was the Can table    02:11:12

```
 1    created -- let me withdraw that and restate it.        02:11:14

 2           Was there new technology that became

 3    available that enabled Facebook to create the Can

 4    table in or around the time that it became

 5    created -- that it was created?                         02:11:28

 6           MR. SCHWING:  Object to form.

 7           THE DEPONENT:  The development of these

 8    logging systems themselves would be -- I would

 9    classify as new technology because they involved

10    code being written.                                    02:11:46

11       Q.   (By Mr. Melamed)  Was there anything that

12    prevented the code that was written for the Can

13    table from being written at an earlier point in

14    time?

15           MR. SCHWING:  Object to form.                   02:12:01

16           THE DEPONENT:  These -- these tables deal

17    with large amounts of information or potentially

18    deal with large amounts of information, and compute

19    and storage power in the past was -- was less than

20    it is today.  And so it's -- it wouldn't have been     02:12:18

21    possible to -- to build these tables in the form

22    they're in today in -- you know, it is in the past.

23       Q.   (By Mr. Melamed)  When did the computing

24    and storage power become sufficient to support

25    the -- the tables that comprise the Can table?         02:12:46
```

Page 760

```
 1              MR. SCHWING:  Object to form.  Outside      02:12:54
 2    the scope.
 3              THE DEPONENT:  The -- that's a hard
 4    question, I think, for -- for anyone to answer,
 5    because the -- the information that's contained in   02:13:04
 6    them or -- or the processing required to create
 7    them, there's -- there's no like one point in time
 8    where they would have suddenly become possible.
 9    Data infrastructure and technology has been
10    continually improving over time.                     02:13:24
11        Q.   (By Mr. Melamed)  Would it have been
12    possible to have created the Can tables at any time
13    prior to when they were created, which I believe
14    you said was 2019?
15              MR. SCHWING:  Object to form.              02:13:47
16              THE DEPONENT:  Again, like -- it's a
17    hard -- hard question to answer.  They -- they
18    could have been created in a -- in a different form
19    earlier.  Like -- yeah, I'm just not sure I can --
20    I can answer that question in -- in any way.  It     02:14:05
21    would be me speculating as to the compute processes
22    required and -- and Facebook's data infrastructure
23    capabilities at -- at the time.  That's just --
24    that's a level of detail, I think, is -- is hard
25    for me to answer, I'm afraid.                        02:14:20
```

Page 761

HIGHLY CONFIDENTIAL

1     Q.    (By Mr. Melamed)  If you wanted to          02:14:22

2  understand better the answers to that question, who

3  would you ask?

4     A.    Again, my first point of call would be

5  Mr. Molaro, who seems to be knowledgeable on these    02:14:35

6  matters.

7     Q.    Going back to the content of Can table,

8  you mentioned that it's -- it identifies which

9  platform apps can have access to -- to certain

10  types of data; is that correct?                       02:14:59

11     A.    My understanding is that the -- the Can

12  tables attempt to enumerate the information that a

13  platform app has access to.

14     Q.    How does the Can table index the

15  information that a platform app has access to?        02:15:23

16     A.    My understanding is that are there is a

17  script that runs every day that enumerates through

18  platform API nodes and methods and attempts to

19  determine whether or not an app would be able to

20  access the information provided by those methods.     02:15:51

21     Q.    So would it be possible for somebody at

22  Facebook to look at whether a particular app had

23  access to a particular method at a point in time

24  since the Can table has been implemented?

25     A.    My understanding is that's the intent      02:16:17

                                                        Page 762

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | of -- of the technology, although there are likely | 02:16:19 |
| 2 | caveats and details as to what's possible that -- | |
| 3 | that I'm -- that I'm not aware of.  In -- in | |
| 4 | preparation for testimony today, I did my best to | |
| 5 | understand these systems at a high level.  So | 02:16:34 |
| 6 | that's a question I -- I don't think I'm able to -- | |
| 7 | to answer for you, I'm afraid. | |
| 8 | Q.   All right.  If you wanted to provide a | |
| 9 | more full answer to that question, would you ask | |
| 10 | Mr. Molaro? | 02:16:51 |
| 11 | A.   Mr. Molaro would be one of the people I | |
| 12 | would ask to speak to for -- for more specific | |
| 13 | information. | |
| 14 | Q.   Who else would you ask to speak to for | |
| 15 | more specific information? | 02:17:02 |
| 16 | A.   I would start with Mark. | |
| 17 | Q.   Is there anybody else that -- that you | |
| 18 | come to mind who you would speak to other than | |
| 19 | Mr. Molaro? | |
| 20 | A.   At this point, no.  I would start with | 02:17:18 |
| 21 | Mr. Molaro and go from there. | |
| 22 | Q.   Do you have any understanding of why the | |
| 23 | Can table was developed? | |
| 24 | A.   My understanding is that the Can table | |
| 25 | was developed to -- in response to some obligations | 02:17:38 |

Page 763

1    in -- in regards to the FTC consent decree.                02:17:45

2        Q.   Is that the consent decree as modified in

3    2019?

4        A.   I'm -- I'm not sure specifically exactly

5    which one it was referring -- was -- was the               02:17:57

6    results of the -- sorry.  Let me answer that

7    question.

8            I'm not exactly which version of the FTC

9    consent decree triggered the -- the work to create

10   these tables.                                              02:18:11

11       Q.   Who would you ask to find out which

12   version of the FTC consent decree triggered the

13   creation of the Can and Did tables?

14       A.   I would, again, start with Mr. Molaro.

15       Q.   What is your understanding of the Did          02:18:35

16   table?  What is the function of the Did table?

17       A.   My understanding of -- of the Did table

18   or the Did tables is that they attempt to identify

19   the information which a Facebook platform

20   application has accessed.                                  02:18:57

21       Q.   Do you know when the Did tables were

22   created?

23       A.   My understanding is they were -- they

24   were built in 2019 and began to come online in --

25   in 2020.                                                   02:19:15

                                              Page 764

1      Q.    Were the Can and Did tables created as        02:19:21

2   part of the same -- let me withdraw that.

3          What was impetus for the creation of the

4   Did tables?

5      A.    My understanding is -- is similarly that      02:19:40

6   the -- the Did tables were a response to some

7   enhanced logging requirements and were an update to

8   previous platform logging infrastructure.

9      Q.    Do you know if the Did tables could have

10  been created before they were created?               02:20:07

11         MR. SCHWING:   Object to form.

12         THE DEPONENT:   Again, similar to my

13  answer with the -- with the -- with the Can tables,

14  I'm not intimately involved in -- in understanding

15  of their complexity or the resources required to    02:20:28

16  create them, and so I -- I -- I don't feel like

17  that's an answer -- a question I can -- I can

18  answer.

19     Q.    (By Mr. Melamed)  Who would you ask if

20  you wanted to know the answer to that question?      02:20:40

21     A.    Similar to my previous answers, I would

22  start with Mr. Molaro and -- and see if those

23  questions were answerable by him or even answerable

24  at all.

25     Q.    Is -- sorry.  Let me withdraw that.          02:21:00

                                        Page 765

HIGHLY CONFIDENTIAL

```
 1               Do you have any understanding of how the       02:21:08

 2    Did tables work?

 3        A.   I have --

 4             MR. MELAMED:  Let me restate that.

 5    That's a terrible question.                                02:21:16

 6        Q.   (By Mr. Melamed)  Do you have any

 7    understanding of how Facebook users inside at

 8    Facebook could -- could use the Did tables to find

 9    information?

10             MR. SCHWING:  Object to form.                     02:21:29

11             THE DEPONENT:  I -- I understand that

12    certain Facebook employees would be able to query

13    those tables using internal data querying

14    infrastructure.  The way in which they queried

15    those tables would be or could be in numerous ways.        02:21:50

16        Q.   (By Mr. Melamed)  Do you know whether

17    they could query the Did tables by app to

18    understand all of the user information that an app

19    did access during the period of times -- time for

20    which the table exist?                                     02:22:11

21        A.   I -- I -- my understanding is that these

22    tables do contain an app ID and -- and therefore

23    that's theoretically possible, but I have not

24    queried the table myself, and so I'd be speculating

25    as to exactly what -- what's possible with these           02:22:32
```

Page 766

1    tables.                                                02:22:34

2         Q.   Do you understand whether the Did table

3    could be queried by the type of information

4    accessed so that somebody could determine all of

5    the apps that determined -- that accessed a          02:22:49

6    particular type of information?

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  Yeah, I'm -- I'm not

9    familiar with the precise structure of those

10   tables, so I'd be speculating as to -- as to         02:23:02

11   exactly what -- what is possible with them.

12        Q.   (By Mr. Melamed)  And who would you ask

13   to figure out what was possible in terms of

14   querying the Did table -- tables?

15             THE DEPONENT:  Similar.  I would start      02:23:19

16   with Mr. Molaro and see where he goes from there.

17        Q.   (By Mr. Melamed)  Prior to the creation

18   of the Did tables, did Facebook use any method to

19   track the user information that apps did access?

20             MR. SCHWING:  Object to form.             02:23:43

21             THE DEPONENT:  Facebook has a number of

22   systems for logging API usage, and those logs would

23   identify which API calls an app made and would

24   include the method that was called, and -- and that

25   could in some cases be linked to type of            02:24:15

                                         Page 767

HIGHLY CONFIDENTIAL

```
 1   information.                                        02:24:19

 2          So those -- those form of logging did

 3   exist previously.

 4        Q.   (By Mr. Melamed)  So in that answer you

 5   talked about API calls and method calls, correct?   02:24:29

 6        A.   I likely mentioned API calls and methods,

 7   yes.

 8        Q.   Are you aware of any tracking that

 9   existed before the Did tables that tracked the

10   information that was returned when an API call was   02:24:52

11   made?

12        A.   I'm not aware, as I sit here today, of --

13   of any system which tracked the response -- the

14   detail response to an API request.

15        Q.   In preparing for today, did you           02:25:17

16   investigate whether there existed any system that

17   tracked the response to API requests?

18        A.   Yes.  I spoke to Mr. Molaro and Mr. Elia

19   about whether or not we logged API responses.

20        Q.   And the answer was that Facebook did not   02:25:48

21   log API responses?

22        A.   My understanding is that there was --

23   there's not -- there's no API -- API responses were

24   not regularly logged as part of the standard

25   platform logging infrastructure.                    02:26:04
```

Page 768

```
 1        Q.   Were they ever logged as part of the      02:26:12

 2   logging infrastructure?

 3        A.   It's hard -- were they -- were they ever

 4   logged over which time period?  Like ever?

 5        Q.   During -- during the time period at issue  02:26:30

 6   in this case.  And as a general matter going

 7   forward for -- for the questions today, if you

 8   don't understand, please clarify.

 9        A.   Sure.

10        Q.   But as a general matter, my questions      02:26:38

11   will be from 2007 to present.

12             And so here we're talking about 2007 up

13   until the creation of the Did tables.

14             Were API responses ever logged between

15   2007 and the creation of the Did tables?            02:26:58

16             MR. SCHWING:  Object to form.

17             THE DEPONENT:  It's -- it's possible that

18   an engineer or data scientist may have implemented

19   logging for a debugging, for example, or -- or --

20   or some other form of investigation.               02:27:18

21             But from talking to the people who -- who

22   know this infrastructure well, API responses were

23   not routinely logged or stored.

24        Q.   (By Mr. Melamed)  Were API calls

25   routinely logged prior to creation of the Can       02:27:40
```

                                                    Page 769

HIGHLY CONFIDENTIAL

```
 1    tables?                                          02:27:44

 2         A.   The infrastructure to log API calls will

 3    have evolved and changed over time, so hard to give

 4    a comprehensive answer of all parts of the -- of

 5    the time period.  But broadly, from my involvement    02:28:02

 6    in platform, yes, API calls were -- were logged in

 7    in various forms.

 8         Q.   When did you become -- first -- let me

 9    withdraw that.

10         When -- on what date are you first aware      02:28:22

11    that API calls were routinely logged?

12         A.   I'm not sure of the precise date as to

13    which Facebook began logging API calls.  Again,

14    the -- the information -- the -- the logging

15    infrastructure will have and did change           02:28:46

16    significantly over the kind of 15-year -- year

17    period that you're asking about.

18         Q.   Are you aware of how API calls were

19    logged in 2007?

20         A.   I'm not aware precisely how API calls    02:29:01

21    were logged in 2007.

22         Q.   Were API calls regularly logged in 2007?

23         A.   I don't know whether or not API calls

24    were logged routinely in 2007.

25         Q.   Who would know that information?         02:29:22
```

                                                Page 770

HIGHLY CONFIDENTIAL

1    A.   I'm not sure who would know that          02:29:28

2    information.   The -- data infrastructure that

3    Facebook has has changed significantly over time,

4    and many of the people involved in -- in building

5    it back then would no longer be at the company.   In   02:29:38

6    fact, I'm not aware of many people who are still at

7    the company from back in that time.

8    Q.   Were API calls regularly logged in 2008?

9    A.   I don't know for certain whether API

10   calls were regularly logged in 2008.          02:29:56

11   Q.   Who would know whether API calls were

12   regularly logged in 2008?

13   A.   Similar to my previous answer, I'm not

14   sure who would know.   I would ask the -- I would

15   start by asking the data science team to see if   02:30:13

16   they knew that or the answer to that question,

17   which is a relatively specific question.

18   Q.   Who on the data science team would you

19   ask?

20   A.   At this point, I would start with Mark   02:30:28

21   Molaro, similarly, and see if he knew or knew the

22   right person.

23   Q.   Were API calls regularly logged in 2009?

24   A.   Similarly, I'm -- I'm unaware of whether

25   or not API calls were regularly logged in 2009.   02:30:49

Page 771

HIGHLY CONFIDENTIAL

```
 1        Q.    Were API calls regularly logged in 2010?        02:30:55

 2        A.    I am unaware as -- I'm not -- I'm not

 3   fully confident in whether or not API calls were

 4   logged in -- in 2010.  This is when the beginning

 5   of my involvement with platform begins, and I           02:31:15

 6   recall -- again, in a personal capacity how I

 7   recall like seeing information about API calls

 8   being made by apps, but the precise nature of what

 9   was logged and -- and when that began is -- is not

10   something I am able to testify about today.            02:31:36

11        Q.    What were the tools you recall

12   encountering in 2010 that reflected API calls?

13        A.    I recall a tool called Page Stats, but I

14   want to be -- I want to be clear here that this is

15   a long time ago, and it's hard to be -- for me to      02:32:03

16   be confident that I was involved in viewing

17   platform logging in -- in late 2010.  I joined the

18   company in September.  So I -- I'm not sure I can

19   give a confident answer to that.

20        Q.    What kind of information did Page Stats      02:32:27

21   reflect?

22        A.    I don't recall exactly what -- what

23   information Page Stats would have -- would have --

24   would have requested -- would have stored.

25        Q.    Did Page Stats reflect information on an     02:32:46
```

Veritext Legal Solutions
866 299-5127

```
 1    app-by-app basis?                                    02:32:52

 2         A.   Again, I -- I'm not entirely confident in

 3    how Page Stats worked or the information that was

 4    contained in it, and so I'd be speculating, I'm

 5    afraid.                                              02:33:06

 6         Q.   Does the information that was retained in

 7    Page Stats from 2010 -- sorry.  Let me withdraw

 8    that and restate it.

 9              Was the information that was reflected in

10    Page Stats in 2010 retained by Facebook?             02:33:21

11         A.   I'm not aware exactly what information

12    from legacy logging systems has been retained and

13    what hasn't.  Again, that answer -- I did plenty of

14    work to prepare for today's testimony.  That's a --

15    that's a very detailed question that I'm afraid I     02:33:44

16    can't give an accurate answer to today.

17         Q.   Were API calls regularly logged in 2011?

18         A.   Again, I -- I can't confidently say what

19    was being logged in -- in 2011, but my recollection

20    from the time is that, yes, API calls were being     02:34:07

21    logged in in some way.

22         Q.   What is your recollection of the way in

23    which API calls were being logged in 2011?

24         A.   My understanding is that API calls were

25    being logged in to a data warehouse, now known as    02:34:30
```

Page 773

```
 1    Hive, and there was another system that came into       02:34:41

 2    existence, but I'm unclear exactly when.

 3         Q.   What is the other system that you're --

 4    that you're referring to?

 5         A.   The other system I recall using to query       02:34:55

 6    API calls was -- is a system called Scuba.  But

 7    exactly when Scuba became -- came online and its

 8    relation to these other tools is not something I

 9    have a detailed lineage of, I'm afraid.

10         Q.   Do you know whether the information            02:35:17

11    reflecting API calls that were recorded in Hive

12    exist for the entirety of the time that that -- let

13    me withdraw that and restate it.

14              Has Facebook retained all the information

15    in Hive regarding API calls?                             02:35:40

16              MR. SCHWING:  Object to form.  Outside

17    the scope.

18              THE DEPONENT:  Again, I'm not -- I'm not

19    sure exactly what Facebook has retained from which

20    systems across a 15-year -- across a 15-year time        02:35:55

21    period.

22              This data retention and storage is -- is

23    a very special subject.  I prepared to testify at a

24    high level on these -- on these topics, but that

25    level of detail is something I -- I don't have on        02:36:10
```

Page 774

```
 1    hand today, I'm afraid.                              02:36:14

 2         Q.   (By Mr. Melamed)  Okay.  If you wanted to

 3    see the API calls that a particular app made in

 4    2011, do you know if you could do that?

 5         A.   I do not -- I do not know if that could     02:36:23

 6    be done.

 7         Q.   And who would you ask whether that can be

 8    done?

 9         A.   I would -- I would ask Mr. Molaro, again,

10    as to whether or not I was -- that was possible       02:36:35

11    or -- or -- or achievable.

12         Q.   And you said you're not sure of -- well,

13    let me -- let me ask this as a question.

14              What was the difference between the API

15    call information that was stored in Hive and the      02:36:51

16    API information that was stored in Scuba?

17         A.   There's likely numerous differences which

18    I -- I would not be able to enumerate all of the

19    differences.  One common difference is that the

20    information stored in Hive became available several   02:37:08

21    days, one or two, after the actual APIs were being

22    called, whereas Scuba allowed a more real-time view

23    into -- into what apps were doing.

24         Q.   Let me return quickly to a question about

25    the Can and Did tables.                               02:37:35
```

Page 775

HIGHLY CONFIDENTIAL

1           Where in Facebook's data infrastructure          02:37:39

2    are the Can and Did tables stored?

3        A.   My understanding is they're stored in

4    Facebook's Hive data warehouse.

5        Q.   Do you know if they have a different name      02:38:08

6    within the Hive data warehouse, a particular table

7    name other than the "Can" and "Did"?

8        A.   Those -- those tables probably -- the

9    names of those tables will contain other -- other

10   words and terms which I'm not fully familiar with.     02:38:24

11   So, yeah, the names of the tables are likely

12   more -- more descriptive.

13       Q.   But you're not aware of them, of what

14   those names are, as you sit here today?

15       A.   I don't recall the specific and full         02:38:39

16   names of those tables, no.

17       Q.   I think we left off at 2011 where I'd

18   asked whether API calls from a particular year

19   were -- were tracked.

20           Is that -- is that your recollection too?     02:39:08

21       A.   My -- my understanding is that in --

22   in -- it's likely that API hits were being tracked

23   in some form in 2011, but in precisely what form,

24   I -- I don't recall, as I might be speculating.

25       Q.   Is there a difference between the term        02:39:28

1    "API hit" on one hand and the term "API call" on          02:39:30

2    another?

3        A.   Generally, the term "API hits" and "API

4    calls" are synonymous and would typically be used

5    interchangeably.                                           02:39:48

6        Q.   And what -- what do those terms

7    reference?

8        A.   Those terms reference where -- where an

9    application, which could be a first-party or a

10   third-party application, for example, make a              02:40:06

11   request to Facebook's API.

12       Q.   Would an application have to receive

13   approval or -- let me withdraw that.

14            Would an application have to receive

15   permission from Facebook before making an API call?       02:40:23

16       A.   Not necessarily.  The API exists as -- as

17   a server on the Internet, and it's possible to call

18   those APIs without some form of authentication.

19   But the information returned most likely in that

20   circumstance would -- would be an error.  It               02:40:56

21   depends on exactly the form of API call that's

22   being made and exactly what -- what information is

23   supplied at request time is a -- a degree of ways

24   that that works.

25       Q.   You mentioned that an API that was called        02:41:17

Page 777

HIGHLY CONFIDENTIAL

```
 1    without some form of authentication would likely        02:41:26

 2    return an error; is that right?

 3         A.   Well, the -- there are -- there are many

 4    ways -- there's lots of different APIs.  I think

 5    their exact behavior differs from API to API, and       02:41:42

 6    the response provided will differ from API to API,

 7    and the information required to be provided by the

 8    third-party developer in order to get a successful

 9    response will also change from API method to API

10    method.                                                 02:42:06

11         Q.   If an error was returned as a result of

12    an API call, what form would that error take?  Is

13    there a common form that that error would take?

14         A.   There are two common ways in which APIs

15    generally signal error states.  The first is an         02:42:30

16    HTTP error code, and the second is returning an

17    error object as part of the API response.

18         Q.   Can you be more specific about each of

19    those?  Like what the HTTP error code say?

20         A.   There's a list of standard HTTP error         02:42:55

21    codes provided by the W3c, and an API provider

22    would generally emit an API code -- sorry -- an

23    HTTP error code that indicates the type of error

24    that the API had encountered.

25         Q.   You said a -- an API provider would           02:43:23
```

Page 778

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | typically use one of these standard HTTP -- HTTP | 02:43:31 |
| 2 | error codes.  Did Facebook generally -- I'm sorry. | |
| 3 |       Did Facebook respond with these typical | |
| 4 | HTTP error codes when a standard error code was -- | |
| 5 |       That question got very messed up.  Let me | 02:43:56 |
| 6 | restate it. | |
| 7 |       Did HTTP -- did Facebook use the standard | |
| 8 | HTTP error codes in response to calls that were not | |
| 9 | permitted? | |
| 10 |       MR. SCHWING:  Object to form. | 02:44:20 |
| 11 |       THE DEPONENT:  Again, the Facebook APIs | |
| 12 | have -- have changed in -- in form over -- over the | |
| 13 | time period we're talking about here, and the error | |
| 14 | returned would differ.  The way errors would be | |
| 15 | expressed would differ depending on the -- the type | 02:44:41 |
| 16 | of API being used or the API being used and -- and | |
| 17 | the method and how it had been implemented. | |
| 18 |       My recollection is that -- that the -- | |
| 19 | that the Facebook -- that the Facebook APIs over | |
| 20 | time would have emitted HTTP error codes in some | 02:44:56 |
| 21 | cases as one way of signaling errors. | |
| 22 |       I recognize the answer is -- is -- is | |
| 23 | heavily -- is a little complex, but the -- the -- | |
| 24 | my understanding is at times HTTP error codes will | |
| 25 | have been one of the ways in which some Facebook | 02:45:23 |

Page 779

HIGHLY CONFIDENTIAL

```
 1    APIs signaled error states.                    02:45:26

 2         Q.   (By Mr. Melamed)  At those times, were

 3    the HTTP error codes the typical HTTP error codes?

 4         A.   Again --

 5              MR. SCHWING:  I'm sorry.  Object --     02:45:38

 6    object to form.

 7              Go ahead, Simon.

 8              THE DEPONENT:  Similarly, it -- it's hard

 9    to give a full and complete answer there because of

10    the number of APIs that existed and how they        02:45:50

11    changed over time.

12              It would typically be a good practice for

13    an engineer implementing an API, if they were

14    returning an HTTP error code, to return the one

15    that most closely matched the situation that the    02:46:07

16    API had encountered.

17         Q.   (By Mr. Melamed)  Did Facebook maintain a

18    list of the error codes it returned from

19    unsuccessful API calls?

20         A.   The HTTP error code mechanism, there's    02:46:27

21    only a standard set of HTTP error codes that the

22    W3c did -- like -- codifies, and so that would

23    generally be the list of error codes that an

24    engineer would be able to choose from.

25         Q.   You also mentioned error objects that     02:46:48
```

Veritext Legal Solutions
866 299-5127

```
 1    could get returned, correct?                          02:46:51

 2        A.   That's correct, yes.

 3        Q.   Did Facebook maintain a list of the error

 4    objects that could be returned?

 5        A.   Facebook maintained some lists of errors      02:47:07

 6    that could be returned, but I'm unclear -- you

 7    know, how to say when that list came into existence

 8    and whether or not it was possible for an engineer

 9    to emit an error that was more custom than one of

10    the predefined ones.                                   02:47:32

11        Q.   Does Facebook presently maintain a list

12    of error objects that can be returned?

13        A.   I am unaware of whether or not Facebook

14    maintains a list of API error objects that --

15    that -- that could be returned.                        02:47:52

16        Q.   Are you aware of whether Facebook ever

17    retained a list of error objects that could be

18    returned?

19        A.   I recall in the past a system which was

20    used to enumerate potential error states and           02:48:08

21    control the API response in those circumstances,

22    but I couldn't say when that system started or --

23    or stopped and -- and whether or not it was fully

24    comprehensive of -- of the API responses that could

25    be returned.                                           02:48:35
```

Page 781

HIGHLY CONFIDENTIAL

```
 1          Q.    What was the name of that system?          02:48:37

 2          A.    I don't recall the precise name of that

 3     system.  I'm -- I'm going from memory here on a --

 4     on a system that I -- that I recall, but

 5     couldn't -- couldn't give a very confident answer      02:48:55

 6     as to the name of.

 7          Q.    Do you have any recollection of what the

 8     name could have been or could have included?

 9          A.    The system I'm referencing here in my

10     head I think may have been called "Coded             02:49:12

11     Exception," but -- but, again, I -- I'm not

12     entirely confident of -- of the precise name of

13     that system.

14          Q.    If you wanted to know more about the

15     system, whatever it was named, who would you go to?   02:49:24

16          A.    My first act would be to search for the

17     name of that in Facebook's internal tools and

18     systems and then speak to someone on the platform

19     team as to whether or not it was relevant.

20                Again, I want to be clear:  I'm trying to   02:49:49

21     give here the best answers I can based on my -- my

22     understanding and my memory.  And I'm trying also

23     be clear when I'm doing that from my personal

24     memory and experiences versus a more general

25     answer.                                               02:50:07
```

Veritext Legal Solutions
866 299-5127

```
1        Q.   Is there any individual you would ask        02:50:09

2   about this system that was used to reference the

3   error states that could be returned?

4        A.   I would -- I would ask Steven Elia and

5   see if he knew or knew who knew.                        02:50:28

6             MR. SCHWING:  Matt, we've been going for

7   longer than an hour.  Would this be a good time for

8   a break?

9             MR. MELAMED:  Yeah.  Let me just ask a

10  few more questions and then we'll take a break, if      02:50:39

11  that works for you.

12            MR. SCHWING:  Okay.

13       Q.   (By Mr. Melamed)  Is that okay,

14  Mr. Cross?

15       A.   Yeah, that's fine.                            02:50:47

16       Q.   Do you have any recollection about the

17  time period?  I know you don't have a specific

18  recollection about this system that was used to

19  track error states, but do you recall any point in

20  time when it was in use?                                02:50:57

21       A.   I -- I don't want to give an answer

22  that -- that -- that's based on very, very poor

23  memory of this.  This is a -- you know, a system

24  that I didn't have deep understanding or

25  integration with from -- from, you know, eight or      02:51:17
```

Page 783

HIGHLY CONFIDENTIAL

```
 1    nine years ago.  So I -- I'm just not sure I can        02:51:21

 2    give an accurate answer as to -- as to when it was

 3    sourced or in use.

 4         Q.   And you said you don't believe that -- am

 5    I correct that you do not believe the system is         02:51:38

 6    still in use today?

 7         A.   I do not know whether or not the system

 8    is in -- is in use today.

 9         Q.   But to find that out, you would ask

10    Mr. Elia?                                               02:51:52

11         A.   I would ask Steven, Mr. Elia, if he had

12    an answer to that question of that specificity,

13    yes.

14         Q.   All right.

15              MR. MELAMED:  Before we go off the            02:52:11

16    record, Mr. Schwing and Mr. Cross, I'd like to ask

17    for the notes that you are -- that you have taken

18    in order to prepare for today.  If you can produce

19    those to us, I'd appreciate it, and doing so

20    immediately so that we can review them and use them     02:52:25

21    during today's questioning.

22              Mr. Schwing, if that's okay with you or

23    if that's something you want to discuss off the

24    record?

25              MR. SCHWING:  Yeah.  Why don't we take a      02:52:38
```

Page 784

 1   look at the notes just to make sure there's nothing        02:52:39

 2   that's -- you know, for example, in terms of being

 3   privileged.  And we can address that further, Matt.

 4   I think we can probably work it out.

 5            MR. MELAMED:  The only note I would make           02:52:52

 6   to that point is if there -- if there is something

 7   that is attorney-client privileged that Mr. Cross

 8   is using to testify from, it's no longer

 9   attorney-client privilege, and that will be waived.

10            But happy to deal with that off the               02:53:06

11   record and, of course, take a look at those.  But

12   we would just ask that you do so as quickly as

13   possible so we can use them during today's

14   testimony.

15            MR. SCHWING:  Yeah, I -- I understand the          02:53:17

16   request.  We'll take a look at the notes and we can

17   follow up with you.

18            MR. MELAMED:  Okay.

19            Happy to go off the record.

20            THE VIDEOGRAPHER:  Okay.  We're off the            02:53:24

21   record.  It's 2:53 p.m.

22            (Recess taken.)

23            THE VIDEOGRAPHER:  We're back on the

24   record.  It's 3:18 p.m.

25       Q.   (By Mr. Melamed)  Before the break we             03:18:46

                                                  Page 785

1   were talking about the Can and Did tables.                      03:18:48

2          Do you remember that?

3      A.   Yeah, I remember talking about those.

4      Q.   Does the Can table graph calls that were

5   made by an app toward individual users' data?                   03:19:03

6      A.   No.  My understanding is that the Can

7   tables track the types of information that -- that

8   the API nodes and fields that an app could access.

9      Q.   Does not -- let me withdraw that.

10         What about the Did tables?  Do the Did          03:19:35

11  tables track to an individual's user data that was

12  accessed?

13     A.   My understanding is that the -- the Did

14  tables include information about -- that has been

15  shared with -- has been accessed by an app.  I       03:19:52

16  can't say for certain if it includes the -- the

17  user IDs whose information was -- was accessed.

18     Q.   Is the answer the same regarding whether

19  the Did tables include a replacement user ID or

20  other identifying information that would link        03:20:18

21  the -- the data that was accessed to an individual

22  user?

23     A.   I -- I -- I'd be -- as I sit here today,

24  you know, not entirely sure of the precise

25  information that's logged in that -- in that table.  03:20:40

Page 786

1          Q.   Who would you ask to determine whether          03:20:48

2    the Did table included information about individual

3    users whose data had upon accessed by apps?

4          A.   To answer a question of that specificity,

5    I -- I'd speak to Mr. Molaro and see if he knew the          03:21:08

6    answer.

7          Q.   What types of user data did Facebook

8    share or make accessible to third parties?

9               MR. SCHWING:   Objection.  Vague.

10              THE DEPONENT:   The -- the amount of --          03:21:46

11   the types of user data that Facebook has made

12   available to -- to third parties via the Facebook

13   developer platform has -- has changed over time.

14   Typically the Facebook developer platform would

15   emit information about the -- the user who was          03:22:02

16   using the application who was integrated with the

17   API and typically access to information on their

18   Facebook profile which was made available via the

19   API.

20         Q.   (By Mr. Melamed)  Does Facebook have an          03:22:28

21   internal taxonomy of the types of user information

22   that it made available via the API?

23              MR. SCHWING:   Object to form.

24              THE DEPONENT:   The way API works is

25   organized around a concept of nodes and edges, and          03:22:49

HIGHLY CONFIDENTIAL

1    the Graph API is organized around this concept of          03:22:55

2    nodes and edges and fields on those nodes.  And so

3    that -- that concept is -- is relatively well --

4    well understood.

5         Q.   (By Mr. Melamed)  And you mentioned that       03:23:15

6    the type of user information that Facebook shared

7    or made accessible to third parties has changed

8    over time, correct?

9         A.   Sorry.  The -- which information has been

10   made available to third parties has -- has changed      03:23:31

11   over time?  Sorry.  So that's probably what I was

12   referring to.

13        Q.   Okay.  How has the information that was

14   made available to third parties changed over time?

15             MR. SCHWING:  Object to form.                  03:23:52

16             THE DEPONENT:  So one of the ways that

17   the information made -- made available to third

18   parties has changed over time involves the -- the

19   type of IDs which are emitted via the -- the

20   Facebook developer platform.                            03:24:06

21             In its inception, the API emitted

22   canonical user IDs but over time has moved to app

23   scoped user IDs and page scoped user IDs as -- as

24   the identifying mechanisms for users.  That's --

25   that's one example of the ways in which the             03:24:29

Page 788

```
 1    information that's emitted has changed over time.        03:24:31

 2        Q.   (By Mr. Melamed)  Are there other

 3    examples of the ways in which the user information

 4    that Facebook emits to third parties has changed

 5    over time?                                               03:24:43

 6        A.   So another example in which the Facebook

 7    emits user information has changed over time

 8    involves the advent of platform permissions, which

 9    were a concept introduced in, I think, 2010, which

10    allowed users to grant applications access to           03:25:04

11    specific subsets of their profile information, for

12    example.

13        Q.   Are there other changes in the way the

14    user information has -- is emitted via APIs?

15        A.   Other ways in which the -- help me            03:25:36

16    understand what you mean by "the way."  Do you mean

17    from a more technical perspective or some other

18    form?

19        Q.   Fair enough.  You just gave two examples

20    of changes.  I'm looking for other changes.  And as     03:25:47

21    you sit here today, you may not know each

22    individual change that was made over the -- the

23    decade-plus time period we're talking about, but

24    you've hit on a couple of -- of large changes,

25    right?  The way in which IDs were emitted and the       03:26:01
```

Page 789

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | way that permissions came into being. | 03:26:05 |
| 2 | I'm asking for other changes in the way | |
| 3 | that user data was emitted over time that are | |
| 4 | similar -- similar to -- in scale to those. | |
| 5 | Does that make sense to you? | 03:26:22 |
| 6 | MR. SCHWING:  Object to form. | |
| 7 | THE DEPONENT:  So let -- let me see if I | |
| 8 | can think of some other examples.  Just give me a | |
| 9 | second.  I want to make sure I give you an example | |
| 10 | that's valuable. | 03:26:59 |
| 11 | So another example that I think is worth | |
| 12 | calling out is the advent of API versioning as -- | |
| 13 | as a way in which the information that is made | |
| 14 | available to third parties has changed over time. | |
| 15 | Prior to the advent of API versioning, | 03:27:24 |
| 16 | APIs would configure the way in which they wanted | |
| 17 | information made available to them.  With the | |
| 18 | advent of API versioning, developers could request | |
| 19 | the API version they wanted at the time they made | |
| 20 | the API call. | 03:27:46 |
| 21 | So I think that's another example in | |
| 22 | which the way the information was emitted over time | |
| 23 | changed. | |
| 24 | Q.   (By Mr. Melamed)  Are there any other | |
| 25 | examples that you can think of of the ways in which | 03:27:56 |

Page 790

1    information was emitted over time changed?                03:28:00

2        A.   Another example I can think of is that in

3    the earliest -- early iterations of the platform,

4    there was a technology called FBML, which allowed

5    developers to request user information in a          03:28:21

6    XML-like format that was deprecated sometime in

7    2011 or 2012, I believe.

8        Q.   Any other examples you can think of of

9    the ways in which information was emitted over time

10   changed?                                             03:28:53

11       A.   Another example I can think of is the way

12   that user authentication was performed within

13   Canvas applications on the Facebook developer

14   platform.

15            I recall in the original version, the        03:29:12

16   access token and user IDs were emitted to a

17   developer in a query string redirect in response to

18   their authorization request, and I recall at some

19   point that that was changed to passing those

20   informations in the fragment of the URL rather than   03:29:34

21   the query string.

22       Q.   Do you recall when that change occurred?

23       A.   I think that change occurred in -- in

24   around 2010, 2011, but I'm -- I'm not 100 percent

25   confident on the date, but around that time.         03:29:54

HIGHLY CONFIDENTIAL

```
 1        Q.   Do you recall any other changes in the          03:29:56

 2   way that information was emitted over time?

 3        A.   Another example I can think of is the

 4   change from the rest API to the Graph API.  The

 5   rest API was Facebook's API design launched in 2007    03:30:16

 6   or 2008 along with the original Facebook developer

 7   platform.  The Graph API was launched in 2010, as I

 8   understand it.

 9             And those were two different mechanisms

10   of -- of -- of ways in which developers could          03:30:40

11   access user information via Facebook platform.

12        Q.   Are there other examples you can think of

13   of the way in which the data that was emitted

14   changed over time?

15        A.   Sorry.  Examples in which the -- the way     03:31:06

16   that data that was emitted?

17        Q.   I'm sorry.  The term we've been using has

18   been "information," so I didn't mean to change the

19   term.

20             Are there other examples you can think       03:31:14

21   of -- of the way that information was emitted over

22   time changed?

23        A.   At a high level, the Facebook API has

24   developed over -- you know, the Graph API in

25   particular has developed over -- over several          03:31:37
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | years, and there have been new fields added, edges | 03:31:40 |
| 2 | and objects taken away, and permissions changed as | |
| 3 | well. | |
| 4 | So a whole range of -- of ways in which | |
| 5 | information was -- was made available or the way -- | 03:31:56 |
| 6 | you know, what apps had access to what has changed | |
| 7 | over time. | |
| 8 | Q.   I want to go back to the list you just | |
| 9 | gave and ask a few questions about each example. | |
| 10 | So you started with the types of IDs that | 03:32:15 |
| 11 | were available, and you said at the inception it | |
| 12 | was canonical IDs. | |
| 13 | Can you explain what you mean when you | |
| 14 | meant when you used the "canonical"? | |
| 15 | A.   Yes, when I use the phrase "canonical," | 03:32:30 |
| 16 | I'm referring to a Facebook user's ID in the | |
| 17 | Facebook database that was created for them when | |
| 18 | they signed up to Facebook. | |
| 19 | Q.   And what is the difference between that | |
| 20 | and an app scoped ID? | 03:32:52 |
| 21 | A.   An app scoped ID is an ID for a user | |
| 22 | which is stable within the context of a particular | |
| 23 | app, but that ID for that user may differ between | |
| 24 | applications. | |
| 25 | Q.   And what is the difference a canonical | 03:33:15 |

```
 1    Facebook ID and a page scoped ID?                  03:33:18

 2         A.   It's similar to an app scoped user ID

 3    except the user ID is different for the same user

 4    within the context of different pages.

 5         Q.   When did Facebook stop emitting canonical   03:33:39

 6    IDs?

 7         A.   There are circumstances in which

 8    canonical IDs are likely still being emitted today.

 9         Q.   When did Facebook commence app scoped

10    IDs?                                                03:34:02

11         A.   Facebook began emitting app scoped user

12    IDs in April 2014.

13         Q.   And when did Facebook commence using page

14    scoped IDs?

15         A.   The existence of page scoped IDs began    03:34:22

16    later and was used in the Messenger app, a

17    Messenger API context, I think, first; and then was

18    later brought to the Graph API when interacting

19    with pages.

20              I think the time was -- was -- was around   03:34:43

21    2015, 2016 that -- that those changes began to be

22    made.

23         Q.   Why was the page scoped ID -- let me

24    withdraw it and restate it.

25              Is there a reason that the page scoped ID  03:35:02
```

Page 794

HIGHLY CONFIDENTIAL

1   was not started at the same time of the app scoped          03:35:05

2   IDs with Facebook?

3       A.   The changing of the ID scheme is -- is a

4   significant change for developers.  The move to

5   page scoped IDs in the Graph API, my understanding          03:35:27

6   was done to unify the ID space between the Graph

7   API and the messaging -- the business messaging and

8   the Facebook Messenger for Business APIs.

9       Q.   Was the development of the app scoped IDs

10  a significant undertaking?                                  03:35:52

11          MR. SCHWING:  Object to form.

12          MR. MELAMED:  I'm sorry.  Let me rephrase

13  that.

14      Q.   (By Mr. Melamed)  You said the changing

15  of an ID scheme is a significant change for                 03:36:03

16  developers in your prior answer.

17          So my question is:  Was -- was the change

18  to an app scoped ID a significant change for

19  developers at Facebook?

20      A.   Sorry.  Can you help me understand.  Are           03:36:18

21  you asking whether or not it's a significant change

22  for developers or it was a significant

23  development -- it took significant time development

24  for Facebook?

25      Q.   Did it take significant time to develop            03:36:28

Page 795

HIGHLY CONFIDENTIAL

1  app scoped IDs at Facebook?                              03:36:30

2      A.   The developer -- the development of app

3  scoped IDs involved several engineers over -- over

4  several months, so it -- it wasn't an insignificant

5  amount of work, but it's hard for me to know what       03:36:46

6  "significant" means, you know, at Facebook's

7  context.  There's all kinds of things that...

8      Q.   Understood.  I was trying to use the

9  language you had used, but I understand what you're

10  saying.                                                 03:37:00

11      A.   So -- so to be clear, when I used the

12  language, my -- my assertion was that it's a -- it

13  was a significant change for developers to -- to --

14      Q.   Sorry.

15      A.   -- to --                                       03:37:12

16          Sorry.  Go ahead.

17      Q.   I'm sorry for interrupting you.

18          When you say "a significant for

19  developers," do you mean significant change for

20  third-party developers?                                 03:37:20

21      A.   Yes.  It -- it would mean a significant

22  change for third-party developers.

23      Q.   Do you know whose impetus it was to

24  change to app scoped IDs?

25      A.   I don't think it was any particular            03:37:38

Page 796

| | |
|---|---|
| 1 | person's impetus.  It -- the -- the concept, I | 03:37:40 |
| 2 | recall being discussed internally by several |
| 3 | people, and so I'm not -- I'm not sure there was |
| 4 | any one person who -- whose impetus it was to |
| 5 | change to app scoped IDs. | 03:37:57 |
| 6 |      Q.   Do you recall when these first |
| 7 | discussions occurred concerning changing to app |
| 8 | scoped IDs? |
| 9 |      A.   There were likely discussions that -- |
| 10 | that I was not a part of.  The first time I've -- I | 03:38:12 |
| 11 | recall becoming aware of them as a -- this is a |
| 12 | concept, and I think reviewing documents in which |
| 13 | they were discussed, is around, you know, late |
| 14 | 2013. |
| 15 |      Q.   Why was the change made to app scoped | 03:38:35 |
| 16 | IDs? |
| 17 |      A.   There were a number of reasons why app |
| 18 | scoped IDs were seen as a valuable change.  The |
| 19 | first is that it would allow -- would make it hard |
| 20 | for developers to collect data from multiple | 03:39:00 |
| 21 | applications and merge it together into a single |
| 22 | dataset. |
| 23 |      Q.   So before app scoped IDs were used and |
| 24 | during the time when canonical -- let me break it |
| 25 | down into two questions.  Sorry. | 03:39:21 |

Page 797

```
 1                 Before app scoped IDs were used, is it        03:39:23

 2     accurate to say that canonical IDs were used?

 3         A.    Before app scoped IDs came into use,

 4     Facebook developer platform would have emitted

 5     canonical IDs user IDs to refer to -- to users.          03:39:40

 6         Q.    And during that time that canonical IDs

 7     were used to refer to users, it was easier for

 8     developers to collect data from multiple

 9     applications and merge it together in a single

10     dataset than it would be later when app scoped IDs       03:39:57

11     were used, correct?

12                 MR. SCHWING:  Object to form.

13                 THE DEPONENT:  With canonical IDs, if a

14     developer owned or -- or used multiple apps, then

15     it would have been technically possible for them to      03:40:18

16     take data from those two apps and link it together

17     under the same canonical user ID.

18         Q.    (By Mr. Melamed)  In your response, you

19     just said it would have been technically possible

20     for developers to link data from two apps using a        03:40:35

21     canonical ID, correct?

22         A.    It would have been technically possible

23     for them to do so.

24         Q.    Is there anything other than technology

25     that prevented them from doing so?                       03:40:54
```

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.              03:41:01

 2              THE DEPONENT:  It's -- it's possible that

 3    Facebook's platform policies prevented or were --

 4    or asked developers not to share information

 5    between apps, but exactly how those policies were    03:41:13

 6    written and how they were -- how they were -- yeah,

 7    how they were written and changed over time is --

 8    is, you know -- is something kind of -- I think

 9    other people are better placed to answer than me.

10              So I'm -- I'm not a complete expert on     03:41:31

11    Facebook's platform policies.

12              So hopefully that -- hopefully that gives

13    you an answer.

14       Q.  (By Mr. Melamed)  Understood.  I just

15    want to clarify so I understand your testimony       03:41:43

16    about that.

17              Was there something in the policies that

18    would have made it impossible for developers to

19    link information from different apps that used the

20    same canonical ID?                                   03:41:57

21              MR. SCHWING:  Outside the scope of the

22    deposition.  Object to form.

23              THE DEPONENT:  So policies are a --

24    you know, a way of Facebook telling developers what

25    Facebook thinks is -- i's appropriate or not with    03:42:17
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | the information.  So -- and, again, as I said, like | 03:42:22 |
| 2 | I'm not an expert in what Facebook's policies did | |
| 3 | and did not permit at any given time. | |
| 4 | So a policy -- a platform policy is a | |
| 5 | written document.  That doesn't, you know, prevent | 03:42:32 |
| 6 | a user doing something or -- sorry.  Let me back | |
| 7 | up. | |
| 8 | Doesn't prevent a developer from -- from | |
| 9 | doing something, but it -- it's a clear statement | |
| 10 | that that is not something Facebook would -- would | 03:42:47 |
| 11 | have approved of, if indeed there was a policy | |
| 12 | written to that effect. | |
| 13 | Q.   (By Mr. Melamed)  Thank you.  That helps. | |
| 14 | I think this is a good transition to | |
| 15 | topic 2d, where it's my understanding that Facebook | 03:43:05 |
| 16 | has identified somebody else to testify about 2d, | |
| 17 | except that you are going to testify about it today | |
| 18 | concerning a technical aspect relating to the | |
| 19 | platform integrity team, and the topic is "how | |
| 20 | Facebook ensured third parties' use of data and | 03:43:26 |
| 21 | information is limited to the use case." | |
| 22 | So can you tell me what is the technical | |
| 23 | aspect related to platform integrity team | |
| 24 | concerning how Facebook ensured third parties' use | |
| 25 | of user data they acquired from Facebook was | 03:43:41 |

Page 800

HIGHLY CONFIDENTIAL

1    limited to the use case?                            03:43:45

2        A.   So there's a number of techniques that

3    the platform integrity teams would have used to

4    attempt to identify developers who were accessing

5    or using data in -- in -- in different ways, in      03:44:04

6    ways that was against policy.

7             One of those examples is that Facebook

8    had a mechanism for reading the privacy policy and

9    term of service URLs to make sure the -- the

10   developer had provided for their application to      03:44:31

11   ensure that a -- a valid document existed at the

12   URLs that had been provided.  So that's one of the

13   mechanisms.

14       Q.   Was that a technology that was developed

15   to ensure that a privacy policy existed at the URL   03:44:52

16   provided?

17       A.   Yes, that's technology that was developed

18   to ensure that where a developer runs an

19   application that there was a privacy policy and

20   terms of use document in existence.                  03:45:09

21       Q.   Did that tool evaluate the content of

22   the -- the privacy policy in any way?

23       A.   My understanding is that that tool did

24   not evaluate the content, but there are other

25   mechanisms in -- in place by -- by Facebook that     03:45:30

                                                     Page 801

```
 1    would evaluate the -- the content of the -- of the      03:45:33

 2    privacy policy.

 3         Q.   Okay.  So just focusing on that tool for

 4    the purpose of this question.

 5              If the privacy policy at the URL provided      03:45:46

 6    by an app said our privacy policy is there is no

 7    privacy in your data, that tool that you are

 8    referencing would have confirmed that a privacy

 9    policy existed; is that -- is that accurate?

10              MR. SCHWING:  Object to form.  Incomplete     03:46:10

11    hypothetical.

12              THE DEPONENT:  My understanding is that

13    that tool certainly would have said that a privacy

14    policy existed, but then the evaluation of that

15    privacy policy would have been performed by a         03:46:25

16    different team.

17         Q.   (By Mr. Melamed)  Okay.  Were each of the

18    privacy policies or apps that access user data on

19    the platform evaluated by the -- by anyone at

20    Facebook?                                             03:46:47

21              MR. SCHWING:  Outside the scope of the

22    deposition.  Object to form.

23              THE DEPONENT:  My understanding is that

24    privacy policies of third-party applications have

25    been audited by operations and policy teams at       03:47:04
```

Page 802

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Facebook, but exactly which apps they evaluated the | 03:47:11 |
| 2 | policies for and how they evaluated them is -- is | |
| 3 | not -- not something I'm an expert in.  I think | |
| 4 | Ally Hendrix is probably best placed to talk about | |
| 5 | how Facebook operationalized the review of privacy | 03:47:29 |
| 6 | policies and terms of use statements by developers. | |
| 7 | Q.   (By Mr. Melamed)  Okay.  And just to be | |
| 8 | clear, that is not -- the qualitative review of | |
| 9 | privacy policies is not the technical aspect | |
| 10 | related to platform integrity team that you were | 03:47:42 |
| 11 | prepared to testify about today; is that right? | |
| 12 | A.   The example I've given here is about a | |
| 13 | technical mechanism for ensuring a privacy policy | |
| 14 | and terms of use statement existed for -- for an | |
| 15 | app developer, not how those documents were -- | 03:48:02 |
| 16 | evaluated by -- by the operations teams and policy | |
| 17 | teams at Facebook. | |
| 18 | Q.   What happened when Facebook determined | |
| 19 | that no privacy policy existed at the URL provided | |
| 20 | by an app? | 03:48:22 |
| 21 | A.   Different things would have happened | |
| 22 | depending on what the app -- which app it was.  If | |
| 23 | it was an app where -- there was a partnerships | |
| 24 | team at Facebook that was responsible for the | |
| 25 | relationship with that developer, and typically the | 03:48:42 |

Veritext Legal Solutions
866 299-5127

```
 1    operations team would ask the partnerships team to        03:48:45

 2    reach out to the developer to find out why the

 3    privacy policy or terms of use statement didn't

 4    exist and ask them to -- to provide one or update

 5    the -- the URL that was available.                        03:48:59

 6              For other apps that may not have had a

 7    managed partner, the developer operations team

 8    would have or could have placed a moratorium on the

 9    application, but exactly which moratorium they

10    would have -- have chosen to use, I'm -- it likely        03:49:19

11    depended on a number of factors.

12         Q.   And are you prepared to testify today

13    about those factors?

14         A.   I can give you some examples of the types

15    of moratoriums that would be applied, but exactly         03:49:36

16    which one would be applied would depend -- would

17    have differed over time and a number of different

18    factors.

19         Q.   What are some examples of the moratoriums

20    that would have applied -- could have applied?           03:49:49

21         A.   So one example is that Facebook

22    application could be placed into sandbox mode or

23    developer mode, which prevents users who are not

24    listed as developers of the application itself from

25    interacting with it.                                      03:50:12
```

Page 804

1        Q.   And what are other examples of -- of      03:50:16

2  different types of moratoriums that could have been

3  imposed if no privacy policy was found?

4        A.   So other examples, again, of moratoriums

5  that Facebook has employed as -- as our -- as part     03:50:28

6  of our -- as here, includes deleting the app

7  itself, so the app is no longer available on the

8  platform.

9        And then another example of a moratorium

10  would be preventing the app from being able to     03:50:46

11  publish to Facebook.

12        As I said, exactly which moratoriums were

13  applied in the case of -- of a privacy policy or

14  terms of use document not being available is

15  something the developer operations team and policy   03:51:02

16  team are best placed to -- to talk about.  I can

17  give you examples of the -- the example -- the

18  moratoriums I'm aware of, having talked to the

19  people involved, but exactly which ones are applied

20  is -- is something that -- that -- that operations   03:51:17

21  and policy teams are best placed to -- to answer.

22        Q.   Are there records at Facebook regarding

23  apps for which no privacy policy was found by the

24  technology you described?

25        A.   This technology will have -- would have    03:51:39

Page 805

```
 1    ruled in logs as to apps -- the word "detected" as      03:51:45

 2    not having one of these documents in their -- a

 3    valid document in their -- existing for their

 4    application.

 5              But the retention, you know, exactly          03:52:00

 6    what's in those -- those logs and the -- the

 7    duration for which they've been retained is -- is,

 8    you know, something I can't -- I can't answer as --

 9    as we sit here today.  But there would have been

10    logs as part of the existence of the system, yes.     03:52:14

11        Q.   Do you know what those logs were called?

12        A.   They would have been tables relating to

13    the name of the system in -- in Hive, most likely.

14    But I -- I -- you know, I don't know the exact name

15    of -- of the tables that were -- that were -- that    03:52:34

16    were created to log this information.

17        Q.   Does this technology that you described

18    whereby Facebook would evaluate whether there

19    existed a value -- a valid document at the URL

20    provided by the developer for its privacy policy,     03:53:03

21    does this technology still exist today?

22              MR. SCHWING:  Object to form.

23        Q.   (By Mr. Melamed)  Can I just restate the

24    end of that.

25              Does the technology describe -- is the       03:53:19
```

Page 806

HIGHLY CONFIDENTIAL

```
 1    technology you described still used by Facebook        03:53:21

 2    today?

 3            MR. SCHWING:  Same objection.

 4            THE DEPONENT:  My understanding is that

 5    that technology is still in place as part of our        03:53:31

 6    efforts to ensure developers are representing their

 7    apps and their behaviors to use as appropriately.

 8        Q.   (By Mr. Melamed)  And am I correct in

 9    understanding that you do not know the name of the

10    table that records -- that logs the information        03:53:51

11    about apps that do not have a valid document at the

12    URL provided for their privacy policy?

13        A.   So in preparation for -- for today, I

14    spoke to, you know, people involved in -- in these

15    efforts about, in general, the techniques and tools    03:54:07

16    which are applied.  This was one of the examples

17    that was -- you know, we talked about.  You know,

18    so I have a high-level understanding of -- of that

19    system and its existence, but the precise name of

20    the table in -- in Hive, that's -- that's something    03:54:29

21    I'm afraid I don't have in my head today.

22        Q.   And you mentioned -- you used the phrase

23    "valid document," but the tool automatically --

24    there's -- let me see if I'm describing this

25    correctly.                                              03:54:50
```

Page 807

HIGHLY CONFIDENTIAL

```
 1            So Facebook wrote code -- engineers at        03:54:50

 2    Facebook wrote code to determine whether a valid

 3    document existed at the URL provided by the

 4    developers for their privacy policy; is that an

 5    accurate statement of the -- of the way the tool     03:55:04

 6    worked?

 7            MR. SCHWING:  Object to form.

 8            THE DEPONENT:  That matches my high-level

 9    understanding of -- of how this tool worked, yes.

10    Q.   (By Mr. Melamed)  Do you know what             03:55:17

11    qualified as a valid document in that context?

12    A.   The system would likely have checked for

13    a number of things.  For example, the -- whether or

14    not when we -- when the system accessed that URL,

15    whether or not an error code was returned by the --  03:55:39

16    the server.

17            So that would be certainly one of the

18    things that that the system was checking for.

19    Q.   Are you prepared to testify regarding

20    what constituted a valid document in this review     03:55:56

21    process?

22    A.   So, again, I can give you my high-level

23    understanding of how the system works from -- from,

24    you know, talking to the -- to the people involved.

25    And in preparation for today, we talked about a      03:56:08
```

Page 808

HIGHLY CONFIDENTIAL

```
 1    large number of -- of different systems at -- at        03:56:13

 2    the company.  So I can give my high-level

 3    understanding of how that -- of how that system

 4    worked.

 5            My understanding is it would have              03:56:25

 6    accessed the URL that was provided by the

 7    developer, looked for a number of things that would

 8    have determined, in Facebook's estimation, as to

 9    whether or not that -- that document was considered

10    valid or not.                                          03:56:41

11        Q.   Are you familiar with the use of the text

12    lorem ipsum as placeholder text for when designing

13    or writing a document?

14        A.   Yes, I'm aware of the -- the practice of

15    using lorem ipsum.                                     03:56:58

16        Q.   Are you -- do you know whether the tool

17    you're describing which looked at the URL that a

18    developer had provided for a privacy policy would

19    have determined that a valid document existed if

20    the privacy policy URL linked to text that had        03:57:23

21    lorem ipsum placeholder text?

22        A.   So the precise nature of how this system

23    behaved is -- and whether or not it would have

24    returned a valid document or not, determination

25    in -- in that respect, is -- a level of detail I --    03:57:48
```

Page 809

HIGHLY CONFIDENTIAL

```
 1    I -- I don't have in my head right now.  So hard --     03:57:52

 2    hard for me to answer that question in that level

 3    of specificity, I'm afraid.

 4         Q.   I'm -- I'm not trying to get you to

 5    testify beyond your knowledge.  I'm just -- the          03:58:05

 6    indication we were provided is that you were

 7    prepared to talk about a technical aspect relating

 8    to platform integrity team, and you identified this

 9    as the technical act -- a technical aspect you were

10    prepared to identify.  So I'm just trying to            03:58:23

11    understand the extent of your testimony.

12              MR. SCHWING:  And, Matt -- and I want you

13    to continue your questioning, so I'll be brief

14    here.

15              Just for the record, we -- we did            03:58:31

16    indicate in the letter that -- that he would

17    generally speak to this issue to give you

18    information on it with the idea that could then,

19    you know, learn about it, if you need to ask other

20    witnesses about it, et cetera.                          03:58:44

21              But I want to make the record clear that

22    we did use the word "generally," I believe.

23         Q.   (By Mr. Melamed)  Are there other

24    technical aspects relating to the platform

25    integrity team that you -- that you are prepared to     03:58:57
```

1    testify about today concerning how Facebook ensured          03:59:00

2    third parties' use of user data they acquired from

3    Facebook was limited to the use case?

4        A.   So another example of -- of a technique

5    that the platform integrity team used was a system          03:59:18

6    or set of systems that evolved over time that

7    looked for unusual patterns of API calling

8    behavior.

9            So that's another -- another type of

10   example.                                                     03:59:39

11       Q.   How were unusual patterns of API calling

12   behavior defined?

13           Let me restate that.

14           What constitutes an unusual pattern of

15   API calling behavior?                                        03:59:56

16       A.   The answer to that is somewhat -- in the

17   definition of the integrity teams, one of the

18   challenges of working in -- in a -- in a space like

19   this is the adversarial nature of it, and so some

20   developers -- you know, what -- what is unusual or          04:00:21

21   is considered unusual by the integrity team is a

22   set of things that changes over time and will be

23   different from context to context.

24           Typically and generally, though, what the

25   team would be looking for is, for example, cases           04:00:37

                                                          Page 811

```
 1   where apps were regularly hitting rate limits or     04:00:42

 2   apps were making a high number of API calls for a

 3   set of methods that -- that they were -- that they

 4   were calling the API.

 5         So those are two examples of what might        04:00:58

 6   be considered anomalous.

 7         Q.   What are the rate limits?

 8         A.   So in the context of the Graph API?  Is

 9   that what you mean by -- how would you like me to

10   answer generally in -- in -- can you help me          04:01:16

11   understand the kind of answer -- what kind of

12   answer you're expecting, generally or specifically

13   as it applies to the Graph API?

14         Q.   In the context of the answer you just

15   provided, where you said that one way a platform     04:01:27

16   integrity team looked at unusual API calling

17   behavior was by looking at unusual or unusual rate

18   limits; is that right?

19         A.   More that if an app was making a lot of

20   API calls to -- to a specific method or against the  04:01:51

21   API and hitting -- hitting rate limit.

22         Q.   Okay.  Thank you for the clarification.

23         What did you mean by "rate limits" in

24   that context?

25         A.   So in that context, a rate limit refers   04:02:05
```

Page 812

HIGHLY CONFIDENTIAL

1    to a -- a number of times that an API -- an app,          04:02:08

2    third-party application, can call an API within a

3    given time window.  The exact definition of that

4    is -- is -- will have changed over time, but at a

5    high level, that's -- that's what we mean by rate        04:02:30

6    limit.

7         Q.   And who sets or establishes the rate

8    limits?

9         A.   The platform integrity team would likely

10   have been responsible for -- for -- for setting the     04:02:46

11   rate limits or being -- certainly being consulted

12   for how they were -- how they were set.

13        Q.   And who at the platform integrity team

14   would you speak to to understand how rate limits

15   were set over time at Facebook during the time         04:03:07

16   period of this case?

17        A.   Given the -- the -- the time period of

18   the case is so wide, I would start by trying to

19   speak to somebody in the -- in the platform

20   integrity team today to see if they had more           04:03:29

21   information.  I -- I have information and have a --

22   implemented at various times, but, you know, the --

23   the mechanism of rate limiting across -- across 15

24   years would have -- would have changed.

25        Q.   And who would you reach out to today if       04:03:48

Page 813

HIGHLY CONFIDENTIAL

1    you wanted to talk -- on the platform integrity          04:03:50

2    team today if you wanted to talk about rate

3    limiting over time?

4        A.   I would start by reaching out to -- to

5    Dan Xu and see if he was able to answer the -- the        04:04:03

6    kind of specific questions that I'm -- you know,

7    beyond what I'm able to answer myself.

8        Q.   Can you spell his last name, please.

9        A.   That's X-U.

10       Q.   You also noted that another unusual            04:04:27

11   pattern of API calling behavior where API calls for

12   particular sets of methods, right?

13       A.   Yes.  And from speaking to the platform

14   integrity team, one thing that may have built --

15   has evolved over time is a system to look for high        04:04:54

16   levels of -- of API calls relative to the number of

17   users using the application, for example.

18       Q.   You mentioned that evolved over time,

19   correct?

20       A.   My understanding, from talking to the          04:05:12

21   people involved, is that -- and as it would be

22   common in any adversarial space, as technology

23   evolves, the first versions might be relatively

24   simple and rules based, and -- and more

25   sophisticated ones might be -- you know, might          04:05:30

| | | |
|---|---|---|
| 1 | be -- would have been developed over time -- for | 04:05:34 |
| 2 | example, machine-based models and so on. | |
| 3 | Q.   Do you know when the first versions of -- | |
| 4 | the first version of this tool was built by | |
| 5 | Facebook?  I'm not speaking outside the context of | 04:05:52 |
| 6 | this case. | |
| 7 | A.   Sure.  This is one of the things that | |
| 8 | people have -- have -- when I've talked to the | |
| 9 | people involved in this, this is certainly | |
| 10 | something they -- they reference from around the -- | 04:06:09 |
| 11 | in existence around the 2011, 2012 time frame.  So | |
| 12 | my understanding is that such a system was in | |
| 13 | place, you know, even a basic one then.  So that's | |
| 14 | the -- that's the kind of earliest example I've -- | |
| 15 | I've -- I've heard about when talking to the people | 04:06:31 |
| 16 | involved in preparation for today. | |
| 17 | Q.   How were the reports or notifications | |
| 18 | that there were API calls -- high levels of API | |
| 19 | calls for the number of users on a particular app, | |
| 20 | what kind of reports were generated reflecting the | 04:06:48 |
| 21 | apps that were on that list? | |
| 22 | A.   My understanding from -- again, from | |
| 23 | talking to the people involved is that one of the | |
| 24 | forms that that would have taken is -- is a | |
| 25 | dashboard that -- that was made available to -- to | 04:07:08 |

Page 815

HIGHLY CONFIDENTIAL

```
 1    developer operations, or DevOps, that they could        04:07:11

 2    look at and see a list of apps by, you know --

 3    you know, that were making a large number of API

 4    calls relative to the number of authenticated

 5    users.                                                  04:07:32

 6         Q.   So putting this together, is it right to

 7    say that around 2011 or 2012 -- and you're not

 8    specific as to time period, but generally those --

 9    those years -- there was a dashboard that would --

10    that was available to DevOps that identified apps      04:07:49

11    making a high level of API calls for the number of

12    users those apps had; is that right?

13         A.   Right.  The -- the -- from my

14    understanding the -- yes, around -- around that

15    time, possible -- possibly later, the exact form       04:08:12

16    that that information would have taken would -- the

17    way in which it would have been made available to

18    DevOps may -- may have changed.

19              But, yes, the -- the -- there were --

20    there was a mechanism in place to allow DevOps to      04:08:26

21    see apps that were making an unusual number of API

22    calls relative to the number of users using the

23    app.

24         Q.   Were there -- sorry.  Let me withdraw

25    that.                                                  04:08:42
```

Page 816

HIGHLY CONFIDENTIAL

```
  1                 Are there records that still exist of the          04:08:43
  2    apps that were making a high number of API calls
  3    for the number of users starting in the 2011 or '12
  4    time period?
  5                 MR. SCHWING:  Object to form.                       04:09:00
  6                 THE DEPONENT:  So my understanding is
  7    this -- this -- certainly logging from 2012
  8    onwards, as I understand it, of the API calls, the
  9    apps were making to particular methods.
 10                 So I know that that information has                 04:09:21
 11    been -- has been stored and, in fact, made
 12    available in this case, as I understand it.
 13                 It's -- it's possible that there is a way
 14    to reconstruct whether or not those calls were
 15    unusual relative to number of apps, but again,               04:09:42
 16    exactly what Facebook's data retention policy is in
 17    this -- is -- is hard to that level of detail to
 18    know.
 19                 So it may be possible to recreate those
 20    dashboards, but -- but I can't for certain -- I             04:09:56
 21    can't with certainty say that that would be
 22    possible today.
 23         Q.   (By Mr. Melamed)  You -- you mentioned
 24    from 2012 forward it's your understanding that
 25    information has been provided in this case                   04:10:06
```

Page 817

HIGHLY CONFIDENTIAL

```
 1    reflecting the logging of API calls to particular        04:10:07

 2    methods by particular apps, correct?

 3         A.   That's correct, yeah.

 4         Q.   What -- do you know what the name -- is

 5    there a name for that information or that table or        04:10:19

 6    whatever it is?

 7         A.   I think I'm thinking of here is the API

 8    hits method R table, which I -- correctly styled is

 9    API_method -- API_hits_method_R.

10              And I apologize, Rebecca, for making you        04:10:40

11    have to write that down.

12         Q.   Okay.  And have you heard that referred

13    to as "the method table," just as a stand-alone

14    two-word name without the underscores?

15         A.   I've heard that referred to as "the           04:10:58

16    method table."

17         Q.   Is that your understanding of what is

18    being referred to when people talk about the method

19    table?

20         A.   That's my understanding of what's being        04:11:04

21    referred to when people talk about the method

22    table.

23         Q.   Going back to the -- the technology that

24    exists to check whether privacy policies or valid

25    documents exist at the URL for each app.                 04:11:21
```

Veritext Legal Solutions
866 299-5127

```
1              Do you recall talking about that?          04:11:24

2        A.   Yeah, I recall talking about that.

3        Q.   And there were some questions you weren't

4   able to answer about whether valid -- what the

5   meaning of a valid document was, for example,        04:11:31

6   correct?

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  The precise nature of how

9   that system determines whether a document is valid

10  or not is a -- a level of detail I don't have right   04:11:42

11  now and will have changed over time.

12       Q.   (By Mr. Melamed)  Who would you talk to

13  to figure out how that had changed over time, how

14  what a valid document was had changed over time?

15       A.   I would attempt to speak to somebody on     04:12:01

16  the platform integrity team to see if they could

17  answer a question with that level of specificity.

18       Q.   And who would you go to now if you wanted

19  to start that inquiry?

20       A.   I would start with Dan Xu.                  04:12:15

21       Q.   Are there other technical aspects

22  relating to the platform integrity team concerning

23  how Facebook ensured third parties' use of user

24  data that they acquired from Facebook was limited

25  to the use case that you are prepared to testify      04:12:34
```

Page 819

HIGHLY CONFIDENTIAL

```
 1    about?                                              04:12:36

 2        A.   Another example that -- that I've learned

 3    about by preparing for this case is a system which

 4    looks for apps which are similar to those which

 5    have been enforced upon by our platform policy and   04:12:54

 6    operations teams.

 7        Q.   Do you know when that technology was

 8    implemented?

 9        A.   So this activity has likely been done in

10    some form for -- for quite some time.  Early in      04:13:24

11    its -- early in -- earlier in the gestation, this

12    would have been a more manual process, and my

13    understanding that since a -- an automated way of

14    doing it is now -- is now in place.

15             And that's been developed more recently     04:13:44

16    using machine learning to train to detect apps

17    which are behaving similar -- similarly to apps

18    which have previously been enforced upon by our

19    operations team.

20        Q.   When did that more automated process        04:14:02

21    commence?

22        A.   The precise date, I -- I don't have

23    access to the precise date that -- that -- that

24    that activity -- that that automated system came

25    into being.  From talking to the people involved,    04:14:19
```

Page 820

HIGHLY CONFIDENTIAL

```
 1    you know, a very simple automated -- some very          04:14:22

 2    simple automated processes were likely in use in

 3    around 2012, 2013.  But, again, the specifics,

 4    I'm -- you know, I just -- I don't have that level

 5    of detail available to me right now.                    04:14:36

 6         Q.   And in saying you don't have that level

 7    of detail available to you now, you can't -- are

 8    you able to speak about that, what you referred to

 9    as a "simple automated process" that you thought

10    was in -- in place in 2012 or 2013 time period?        04:14:55

11    Can you talk about how that simple process worked?

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  So I -- I can talk more

14    concretely about the -- I talk more about the

15    systems that are in place today as I understand        04:15:15

16    them, because in preparation for -- for today's

17    case, most of the people I spoke to had, you know,

18    knowledge of the most recent systems in place.

19         Q.   (By Mr. Melamed)  And when you're talking

20    about the systems in place today, how long have        04:15:33

21    those systems been in place?

22         A.   Again, exactly -- exactly which systems

23    are in -- in -- in place today and -- and when they

24    were started, they were like -- I -- again, I don't

25    have the -- the exact dates as to when, you know,      04:15:55
```

Page 821

HIGHLY CONFIDENTIAL

1    those systems were first implemented or how it          04:15:59

2    operated over time.  I've, you know, done the best

3    job I can to prepare.  I talked to a number of

4    people who -- who were involved in these systems,

5    but the precise dates in which they existed is --      04:16:12

6    is not something I have -- recall.

7         Q.   Without precision, are you able to say

8    about when the systems that you were prepared to

9    testify about today started being used at Facebook?

10        A.   The exact lineage of -- and when these        04:16:37

11   systems came into being, like I -- I don't have the

12   precise -- the precise timelines, I'm afraid.  And

13   as I say, I think these -- these systems overlap

14   and, you know, were developed over a long period of

15   time, and so hard to give very specifics about         04:16:56

16   exactly what the behavior was and what the major

17   milestones of evolution are.

18        Q.   Do you know if the systems that are in

19   place today were implemented after March 2018?

20        A.   It's likely, given that there's a -- a         04:17:22

21   team who works on this, that they've been

22   constantly developing -- developing these kinds of

23   systems.  And so, yes, there -- there will be

24   systems in place today that were not in operation

25   around 2018.                                            04:17:39

Page 822

HIGHLY CONFIDENTIAL

```
 1        Q.   You mentioned that there are multiple      04:17:46

 2   systems in this context of systems to identify apps

 3   that behave similarly to those that have been

 4   kicked off the platform, correct?

 5        A.   The -- the -- it's likely there are        04:18:05

 6   different -- different parts to the system that --

 7   that looks for anomaly detection and similarity

 8   detection.  So hard -- again, like, I can talk

 9   about these in -- high-level concept of what they

10   intend to do and -- and how they -- what their      04:18:23

11   functionality -- you know, how they are used.

12             The detail of the technical

13   implementation is something best left to an

14   engineer.

15             At a high level, the job of the           04:18:36

16   assistants is to look for an application or

17   applications which the -- the policy and operations

18   team have -- have enforced upon and then look for

19   things like patterns of API calling behavior which

20   are similar and things like IP addresses and where  04:18:55

21   those calls are coming from.  Do we see other apps

22   which are -- are coming from a similar data center

23   or similar IP range.

24             And then one of the other examples would

25   be whether or not these apps have developers in     04:19:12
```

Page 823

HIGHLY CONFIDENTIAL

```
 1    common, user -- users developers, and are there        04:19:17

 2    similarities between those user developers.

 3            So pretty typical in an integrity context

 4    is the -- you know, the people using -- the people

 5    trying to develop bad apps are also trying to be        04:19:30

 6    not detected, and therefore the systems in place to

 7    detect them need to evolve over time in order to

 8    stay ahead of -- of those patterns in behavior.

 9            So precisely how -- you know, how these

10    systems are architected and whether or not -- which    04:19:49

11    different pieces there are is, you know, a level of

12    engineering detail.  From -- from a product

13    perspective, those are the -- the goals of the

14    system and the types of things that those systems

15    are looking for in order to identify other apps       04:20:07

16    that might be behaving inappropriately.

17        Q.   To be clear, I'm not asking for

18    engineering-level detail of how exactly how this

19    happened.  If I were to look for that information,

20    who would I ask?  Or if you were to look for that      04:20:24

21    level of information, who would you reach out to?

22        A.   Again, I would speak to one of the -- one

23    of the engineers on the platform integrity team to

24    understand, you know, that -- that level of

25    specificity as to exactly how the systems are         04:20:45
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | implemented. | 04:20:47 |
| 2 | Q.  Is there a particular person you would | |
| 3 | reach out to as being somebody you would start | |
| 4 | with? | |
| 5 | A.  I would start with Dan Xu again. | 04:20:59 |
| 6 | Q.  Now, you mentioned, I think, three | |
| 7 | factors -- and I just want to make sure I have | |
| 8 | them -- that this tool would have looked at. | |
| 9 | So one is pattern of API calls, and | |
| 10 | another is IP addresses, and another is developers | 04:21:14 |
| 11 | in common. | |
| 12 | Do I have that right? | |
| 13 | A.  Those are three examples I -- I | |
| 14 | mentioned.  My understanding is that the -- the -- | |
| 15 | there are likely more factors involved, and a | 04:21:29 |
| 16 | machine learning system would be looking for a | |
| 17 | range of factors. | |
| 18 | Q.  Are you aware of any other factors as you | |
| 19 | sit here right now? | |
| 20 | A.  As I sit here right now, no.  So I -- I | 04:21:44 |
| 21 | can imagine some of what they might be, but I think | |
| 22 | that -- that would be speculating. | |
| 23 | Q.  Do you know when Facebook started looking | |
| 24 | at the commonalities in API calling behavior | |
| 25 | between apps that had been kicked off platform and | 04:22:02 |

Page 825

HIGHLY CONFIDENTIAL

```
 1    apps that were presently on platform?              04:22:06

 2         A.   Yeah.   Again, I talked to people involved

 3    in -- in integrity who -- who were involved in a

 4    number of ways of identifying apps that were

 5    potentially doing unusual behavior.  The -- looking  04:22:23

 6    for apps that were similar to apps that misbehaved

 7    is something that was likely going on manually in

 8    around 2013, 2014, possibly earlier.

 9         But that's when the people I -- I spoke

10    to talked about beginning to -- to perform that     04:22:45

11    kind of activity.

12         Q.   Do you know who was involved in that

13    manual review that was happening around 2013, 2014

14    time period?

15         A.   I don't know exactly who was involved.  I  04:23:06

16    mean, platform integrity team changed over time,

17    too.

18         The -- there were people I spoke to

19    who -- who were involved in the platform integrity

20    team around that time.                              04:23:23

21         Q.   Who are those people?

22         A.   So one name is Eugene Zarashaw.

23    Zarakhovsky was his previous name.  So I think he

24    was -- he was involved.

25         Another person that was involved is            04:23:42
```

HIGHLY CONFIDENTIAL

```
 1   someone called Jonathan Gross.                      04:23:45

 2         And then the -- exactly how that

 3   information is -- was -- was used to enforce upon

 4   applications is, again, I think a set of questions

 5   for the developer ops and policy teams.  I think   04:23:57

 6   Ally Hendrix is -- is placed to answer those kinds

 7   of questions.

 8         Q.   Do you know who led the development of

 9   the automation of this review of -- and by "this

10   review," I'm talking about the process by which    04:24:16

11   Facebook was looking for similar apps to those that

12   had been kicked off platform.

13         A.   The specific name of the -- of the people

14   involved, no, I don't have -- you know, I don't

15   have their names.                                   04:24:29

16         As I've said, like this is a -- this is a

17   concept that -- that will -- that evolved over --

18   over time and, you know, in its earliest phases

19   would have been a rules-based system or very simple

20   rules-based system and today is -- is -- my         04:24:46

21   understanding is today is a much more -- more

22   complex system employing machine learning.

23         I -- I -- I know the name of the -- of

24   the engineering manager involved more recently, so

25   I -- I, you know, I -- I recall meeting him         04:25:05
```

Veritext Legal Solutions
866 299-5127

 1    recently to talk about this stuff.  I can't think        04:25:11

 2    of his name right now.  I think Jay is his first

 3    name, I think.

 4         Q.   If you remember that at any point during

 5    the deposition, just please stop and say, "I             04:25:24

 6    remember the name of the person."

 7         A.   I will.  As -- as I've said, in order

 8    to -- to prepare for the broad topics to cover

 9    today, you know, I had to do a lot of prep across a

10    number of areas.                                         04:25:41

11         Q.   Are there other technical aspects

12    relating to the platform integrity team concerning

13    how Facebook ensured third parties' use of user

14    data they acquired from Facebook was limited to the

15    use case?                                                04:25:53

16         A.   So another technique that I -- I'm aware

17    has been employed is our security teams looking for

18    app scoped user IDs in data dumps that may be

19    available to various developers.  So that's a --

20    another -- another common technique that -- that       04:26:29

21    was employed, as I understand it, at various times.

22         Q.   And just so we don't have to keep going

23    back to the same question, I'd like to get out as

24    many of these examples -- you know, this is

25    something that you're here to testify about, so I       04:26:43

                                                     Page 828

HIGHLY CONFIDENTIAL

1   just want to get the list of the examples of          04:26:48

2   technical aspects relating to the platform

3   integrity team concerning how Facebook ensured

4   third parties' use of user data they acquired from

5   Facebook was limited to the use case.              04:26:57

6          So you just mentioned security teams, and

7   let's just try and list all of the other ways that

8   you're aware of, if you can do that.

9      A.   So another mechanism that is in place

10  today is app review.  And so app review is a        04:27:18

11  mechanism by which Facebook asks developers to

12  explain why they want access to a particular piece

13  of information, and then Facebook uses technical

14  means to determine whether or not they can, indeed,

15  request that information from -- from users.  So     04:27:43

16  that's another example.

17     Q.   Any other examples?

18     A.   Another example of how Facebook attempted

19  to ensure that information was not being

20  inappropriately shared with fourth parties, in this  04:28:05

21  case, people that the third-party developer had a

22  relationship with, is technical mechanisms to look

23  for user IDs or access tokens in referrers to

24  social plug-ins embedded on third-party developer

25  websites.                                            04:28:32

Page 829

HIGHLY CONFIDENTIAL

1          That's a lot of information, but these          04:28:37

2     things are sometimes complex to explain.

3          Q.   Are there any other technical aspects

4     related to the platform integrity team concerning

5     how Facebook ensured third parties' use of the data          04:28:49

6     they acquired from Facebook was limited to use

7     case.

8          A.   Those are the main ones that -- that

9     we've -- that were -- were talked through with me

10    when I prepared for this.  We talked about app          04:29:08

11    scoped IDs and page scoped IDs.  We talked about

12    permissions -- actually, no, we haven't talked

13    about permissions.  We should talk about

14    permissions real quick.

15          So permissions is a mechanism, again, by          04:29:24

16    which Facebook attempts to ensure that information

17    is only available to third parties within the

18    context of a particular use case.

19          Q.   Let's go through these ones that you just

20    listed.  I just want to understand.  Again, I'm not          04:29:43

21    asking for the technical mechanisms by which they

22    worked; I'm just asking for time period, general

23    implementation.

24          So you mentioned first the security teams

25    that search for app scoped user IDs in data dumps,          04:29:58

Page 830

1    correct?                                                    04:30:04

2        A.   My understanding is that's a -- that's an

3    activity that's been performed periodically.

4        Q.   Starting about when?

5        A.   I don't have the exact dates as to -- as         04:30:15

6    to when that activity was -- was done.  Again, app

7    scoped user IDs began to be emitted in -- in

8    April 2014, and so after that is when it would have

9    been, you know, technically possible to --

10   you know, for -- for those IDs to start to show up        04:30:36

11   in third-party data dumps.

12       Q.   When you're talking about these

13   third-party data dumps, are you talking about --

14            Have you heard the phrase "dark web"?

15       A.   I have heard the phrase "dark web."             04:30:51

16       Q.   Are you -- are you talking about data

17   made available by actors on the dark web?

18       A.   My understanding from, you know, having

19   spoken to people involved in this is -- the

20   information may have been available over the dark        04:31:10

21   web, but there are other ways in which that

22   information may have been available as -- as well.

23   So it's not -- not just limited -- my understanding

24   is it's not just limited to -- to those sources.

25       Q.   Your understanding is this -- this         04:31:26

HIGHLY CONFIDENTIAL

```
 1    necessarily only started after app scoped IDs were       04:31:28

 2    implemented.

 3            But do you know about when this process

 4    actually started?

 5        A.   I don't have the precise dates as to --        04:31:39

 6    as to -- as to when this -- this activity was --

 7    was done, no.

 8        Q.   And so far in your description you've

 9    mentioned that this is searching for app scoped

10    user IDs in data dumps.                                  04:31:53

11            Do you know if there's been any effort to

12    look for canonical IDs in data dumps?

13        A.   My understanding is that the same efforts

14    would have looked for canonical user IDs, although

15    the challenge there is that which apps they were         04:32:16

16    emitted from is hard to determine.

17        Q.   Do you know whether this effort by the

18    security teams as it relates to the canonical IDs

19    was implemented before app scoped IDs started to be

20    used?                                                    04:32:41

21        A.   I'm -- I'm -- I think -- yeah, I'm not

22    aware of -- specifically if this activity was

23    happening -- happening beforehand.  It's -- it's --

24    it's likely it was happening in some form, but I --

25    I'd be speculating as to exactly what -- what was        04:33:13
```

Veritext Legal Solutions
866 299-5127

```
 1   happening in the security teams.                    04:33:17

 2       Q.   Let's move on to app review.  You

 3   described the process whereby -- or can you

 4   describe briefly what app review is, and then you

 5   could also say when it started.                     04:33:30

 6       A.   App review is a process by which Facebook

 7   requires app developers to request permission to

 8   use certain features which are known as "reviewable

 9   features" or request certain permissions which are

10   known as "reviewable permissions" in their          04:33:56

11   application.

12           Developers ask -- explain to Facebook why

13   they want these features and why they want to

14   request these permissions from users, and then

15   Facebook determines whether or not, indeed, they    04:34:17

16   can use those features and can request those

17   permissions from users.

18           So that's the process of app review.  And

19   app review was instituted for new apps on

20   April 30th, 2014.                                   04:34:32

21       Q.   Did apps that existed prior to

22   April 30th, 2014 ever go through app review?

23       A.   Yes.  The way app review was instituted

24   is that the apps created for 2014 -- I'm sorry --

25   April 30th, 2014 had to go through app review in    04:35:02
```

```
 1    order to continue requesting the permissions they        04:35:09

 2    were requesting from users once they were upgraded

 3    to API v2.

 4         Q.   And who led -- who participated from

 5    Facebook in the app review process?                       04:35:26

 6         A.   Can you help me understand what you mean

 7    by "participated in"?  You mean developers --

 8         Q.   I'm sorry.  That was an unclear question.

 9              Who are the Facebook employees involved

10    in approving or denying the requested permissions         04:35:43

11    from an app?

12         A.   Those would be members of the developer

13    operations team.

14         Q.   And was this an automated process or a

15    manual process?                                           04:35:57

16         A.   My understanding, app review is primarily

17    a manual process.

18         Q.   And how many -- I'm sorry.  You said it

19    started on April 30th, 2014; is that right?

20         A.   App review was announced on April           04:36:20

21    the 30th, 2014.

22         Q.   When did app review start happening at

23    Facebook?  Was that on the same date or a different

24    date?

25         A.   My understanding is where Facebook began     04:36:33
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to receive or was ready to receive app review | 04:36:35 |
| 2 | submissions on -- on the same date. | |
| 3 | Q.   Do you know how many people were on the | |
| 4 | team responsible for conducting app review on -- in | |
| 5 | April of 2014? | 04:36:53 |
| 6 | A.   The precise number of people on the | |
| 7 | developer operations team, I -- I don't have that | |
| 8 | information.  You know, I don't have that | |
| 9 | information at hand. | |
| 10 | Q.   Do you know roughly how many people were | 04:37:07 |
| 11 | on that team in 2014? | |
| 12 | A.   I think the questions around DevOps | |
| 13 | and -- and app review are best asked to Ally | |
| 14 | Hendrix.  She was -- she was much more closely | |
| 15 | involved in the actual operation of this -- of this | 04:37:23 |
| 16 | program. | |
| 17 | I can speak to, again, the technical | |
| 18 | aspects by which it was implemented and how it | |
| 19 | worked.  I think in terms of operation and the way | |
| 20 | decisions were made and who was responsible for | 04:37:34 |
| 21 | making those decisions, I think Ally is the best | |
| 22 | person to give you that information. | |
| 23 | Q.   And this is implied by your answer, but I | |
| 24 | just want to be clear.  Are you able to provide | |
| 25 | that answer? | 04:37:47 |

Page 835

```
1          MR. SCHWING:  Object to form.                    04:37:48

2          THE DEPONENT:  You mean an answer to the

3    number of people who were on the -- the developer

4    operations team in 2014?

5          Q.   (By Mr. Melamed)  Correct.  Can you         04:38:00

6    provide an approximate number of people on the

7    developer operations team in 2014?

8          A.   I -- I think it's likely the order of

9    hundreds of -- of reps, but I'm -- I'm not -- like

10   I'm not confident in -- in that answer.               04:38:21

11          My role at the time was to build out the

12   technical infrastructure and even developer-facing

13   infrastructure for -- for how this was enacted and

14   implemented.  As I say, I think Ally is the -- is

15   likely the best person to give you information        04:38:38

16   on -- on how it was instituted and operated from a

17   operations perspective.

18          Q.   Another technical aspect relating to

19   platform integrity team concerning how Facebook

20   ensure third parties' use of user data they           04:38:53

21   acquired from Facebook was limited to use case that

22   you mentioned is looking for user IDs or access

23   tokens in refers to social plug-ins on third-party

24   developer websites?

25          Is that -- did I get that right?               04:39:12

                                               Page 836
```

HIGHLY CONFIDENTIAL

1       A.    Yes, that's pretty -- pretty close, yes.          04:39:16

2       Q.    Was that an automated or a manual

3    process?

4       A.    My understanding is the detection was an

5    automated process, and when the detection flagged,          04:39:31

6    there was user IDs or access tokens potentially

7    being admitted, then that was flagged to developer

8    operations to do an investigation.

9       Q.    Do you know when that process started,

10    when Facebook started using the process?                   04:39:54

11       A.    My understanding is that that was

12    something built around 2011 or 2012.

13       Q.    Do you know who was responsible for

14    building it around 2011 or 2012?

15       A.    The platform integrity team were           04:40:22

16    responsible for -- for building that as -- as --

17    as, you know, it pertains to exactly their -- their

18    scope, making sure the information is -- is

19    appropriately shared with third parties and so on.

20            So I -- I know that they were the team       04:40:39

21    responsible for -- for building it.

22       Q.    Do you know if records exist of the

23    developers that were detected through this

24    automated process as having provided user IDs or

25    access tokens in refers to social plug-ins on        04:41:03

Page 837

HIGHLY CONFIDENTIAL

1    third-party developer websites?    04:41:07

2       A.   This system would have logged that app

3    time in order to en -- allow operations team to

4    perform an investigation, whether or not that

5    information has been retained, you know, eight or    04:41:25

6    so years later, Facebook standard data retention

7    policies, you know, are shorter than that.

8           So it's possible that information has

9    been retained.  I wouldn't know, I'm afraid.

10       Q.   Does that effort continue today, the    04:41:45

11    automated effort to look for such information?

12       A.   My understanding is technical changes

13    were made to -- to how access tokens and user IDs

14    were emitted to third -- third parties that means

15    that -- that detection is no longer needed.    04:42:04

16       Q.   Do you know when those technical changes

17    were made such that Facebook determined the

18    detection was no longer needed?

19       A.   I want to say those -- those changes were

20    roughly made in 2013, '14.  But, again, that's --    04:42:22

21    that's my understanding of the rough timelines.

22       Q.   When these -- this automated tool

23    detected the existence of user IDs or app tokens

24    as -- as described, did the tool identify the

25    individuals -- the individual Facebook users or IDs    04:42:48

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    that had been detected?                          04:42:52

 2         A.   I -- I am afraid the precise nature in

 3    which that tool operated ten years ago, I have a

 4    high-level understanding, which is that it detected

 5    whether or not access tokens and user IDs were --   04:43:10

 6    being emitted by an app.

 7              Whether or not that tool logged a

 8    specific user IDs is a -- is a -- a level of

 9    detail, I -- I can't answer, I'm afraid.

10              MR. SCHWING:  Matt, we've been going for   04:43:30

11    a while now.  I understand you're kind of working

12    on a -- you know, a bit of the topic here, but I

13    wanted to check in with Mr. Cross to make sure

14    he's -- how he's doing, if he needs a break, and

15    kind of, you know, think about when we're going to   04:43:43

16    stop for our next break.

17              THE WITNESS:  Yeah, I'd appreciate a bio

18    break, if that's -- if that's possible.

19              MR. MELAMED:  That is.  I just wanted to

20    follow up with a question about permissions, which   04:43:53

21    you had mentioned as, I think, the last of these

22    techniques.  If we can finish those questions now

23    before the break, that would be great.  If not, if

24    you need the break, I can return to it after.  It's

25    up to you.                                         04:44:05
```

Page 839

HIGHLY CONFIDENTIAL

```
 1             THE DEPONENT:  I'll take a break now, if      04:44:06

 2   that's okay.

 3             MR. MELAMED:  Okay.

 4             THE DEPONENT:  And then come back to that

 5   question.                                               04:44:12

 6             MR. MELAMED:  Okay.  We can go off the

 7   record.

 8             THE VIDEOGRAPHER:  Okay.  We're off the

 9   record at 4:44 p.m.

10             (Recess taken.)                               04:44:17

11             THE VIDEOGRAPHER:  We're back on the

12   record.  It's 4:57 p.m.

13        Q.   (By Mr. Melamed)  Mr. Cross, the last of

14   the techniques we were talking about related to the

15   technical aspects of how the -- how platform           04:57:29

16   integrity team ensured third parties' use of user

17   data they acquired from Facebook was limited to the

18   use case or permissions.

19             Do you remember that?

20        A.   Accessing permissions, yeah.                 04:57:46

21        Q.   When were permissions implemented?

22        A.   Permissions as we -- as they're known

23   today were first introduced in May 2010.

24        Q.   And what do you mean by "known today"?

25        A.   So these are permissions in the -- in the    04:58:13
```

Page 840

1    sense that these are things that developers can          04:58:14

2    request from users and then once the user is

3    granted those permissions, then the app has access

4    to information that are covered by the permissions

5    that the users have granted to the application.         04:58:31

6         Q.   And how did those permissions relate to

7    the use case of the app?

8              MR. SCHWING:   Object to form.

9              THE DEPONENT:   So a permission would gain

10   a particular piece of information or set of             04:58:51

11   information that an app could have access to, and

12   typically those permissions would be requested by

13   the developer based on the -- on the functionality

14   their app was trying to perform.

15        Q.   (By Mr. Melamed)   The permissions were      04:59:18

16   requested by the developer, correct?

17        A.   The permissions were requested -- well --

18   when permissions were first introduced, developers

19   requested them from users.   After the institution

20   of app review, an app was required to go through an    04:59:35

21   app review, then the developer would be required to

22   request those permissions from user -- from

23   Facebook, and if Facebook granted the permission,

24   then the app could request those permissions from

25   users.                                                  04:59:53

                                                   Page 841

HIGHLY CONFIDENTIAL

```
 1        Q.   I know you testified about this before.        04:59:54

 2   I just want to make sure I have it in the right

 3   place.

 4             App review, the process of app review,

 5   started on April 30th, 2014, correct?                    05:00:02

 6        A.   That's correct.

 7        Q.   So prior to April 30th, 2014, permissions

 8   were requested by an app -- I'm sorry -- by a

 9   developer, and the request was made to -- directly

10   to a user; is that correct?                              05:00:18

11        A.   That's correct.

12        Q.   Was -- did Facebook do anything prior to

13   April 30th, 2014, to check whether developers were

14   requesting permissions from users for data that

15   went beyond the developer's use case?                    05:00:36

16             MR. SCHWING:  Object to form.  Outside

17   the scope.

18             THE DEPONENT:  So one example here is

19   their publishing permissions.  One of the

20   permissions that exists -- existed -- apologies --       05:00:53

21   in the API is the ability for apps to publish

22   content back to Facebook on behalf of the user.

23             And the platform integrity team would

24   have looked at or did look at the information being

25   published by apps on behalf of the users and            05:01:15
```

Page 842

```
 1    whether or not -- attempt to determine whether or        05:01:22

 2    not the information being shared back to Facebook

 3    was being done in a way that was compliant with

 4    Facebook's policies around sharing stories back to

 5    Facebook.                                                 05:01:40

 6         Q.   (By Mr. Melamed)  Let me ask a more -- a

 7    narrower version of the question I just asked.  And

 8    I'm attempting to eliminate with this question

 9    sharing back from the developer or the app to

10    Facebook.                                                 05:01:54

11              In terms of the permissions sought by a

12    developer for an app from a user before

13    April 30th, 2014, did Facebook review any of the

14    permissions to determine whether the information

15    the developer was asking for was within the app's        05:02:20

16    use case?

17              MR. SCHWING:  Outside the scope.  Object

18    to form.

19              THE DEPONENT:  Again, I think the -- in

20    terms of there were operational processes in place,      05:02:36

21    as I understand it, to look at apps and the

22    permissions they were requesting from users.

23              The assessment of that would have been,

24    at that time, done by primarily the developer

25    operations and policy teams.                             05:03:00
```

Page 843

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Melamed)  What were the          05:03:03

 2   operational processes in place at that time?  And

 3   by "that time," I mean prior to April 30th, 2014.

 4             MR. SCHWING:  Outside the scope of the

 5   deposition.  Object to form.                      05:03:13

 6             THE DEPONENT:  I think the operation --

 7   like Ally Hendrix is the best person to answer

 8   questions around the operational processes in place

 9   and the policies there.

10             The platform engineering teams would have  05:03:28

11   been involved in providing them with the

12   information to -- to inform those audits.

13        Q.   (By Mr. Melamed)  Just to be clear about

14   it, so I am clear about the testimony you are

15   giving.                                           05:03:43

16             You were identified as somebody who could

17   talk about the technical aspect related to platform

18   integrity team concerning how Facebook ensured

19   third parties' use of user data they acquired from

20   Facebook was limited to the use case; is that       05:03:56

21   right?

22             Do you understand that as well?

23        A.   I understand.  That's right.

24             MR. SCHWING:  Subject to the -- Matt,

25   subject to the clarifications that we've indicated  05:04:08
```

Page 844

HIGHLY CONFIDENTIAL

```
 1    in our correspondence.                           05:04:11

 2           But go ahead.  Please go ahead and ask

 3    your question.

 4       Q.   (By Mr. Melamed)  Okay.  So the follow-up

 5    to that is is it accurate that there were no       05:04:16

 6    technical aspects relating to the platform

 7    integrity team concerning how Facebook ensured

 8    third parties' use of user data they acquired from

 9    Facebook was limited to the use case in the context

10    of permissions before April 30th, 2014?           05:04:35

11           MR. SCHWING:  Object to form.

12           THE DEPONENT:  My -- my goal here is to

13    give you examples of what was done, and in attempt

14    to do that, I spoke -- I've spoken to people

15    involved in this over -- over periods of time, and  05:05:00

16    I think I've given several examples of how the

17    platform integrity team operated and the things

18    they did.  It's possible they did other things that

19    I am not aware of, that I was unable to uncover in

20    my preparation for today.                          05:05:21

21           So I don't think I can rule out other

22    things were done.  It's possible other things were

23    done that I'm -- I'm not aware of.  My job -- my

24    job here is to do the best job I can giving you

25    examples of things that were -- that were done that  05:05:38
```

Page 845

HIGHLY CONFIDENTIAL

```
1    were relayed to me as part of my preparation for        05:05:40

2    today.

3         Q.   (By Mr. Melamed)  Let me restate the

4    question, then, based on that answer.

5              Are you aware of any technical aspects         05:05:50

6    relating to the platform integrity team concerning

7    how Facebook ensured third parties' use of user

8    data they acquired from Facebook was limited to the

9    use case in the context of permissions prior to

10   April 30th, 2014?                                        05:06:06

11        A.   In the context of permissions

12   specifically and the technical aspects, I'm -- I'm

13   not aware of anything more than the examples I've

14   already given, which -- which were in place at --

15   to prevent and detect misuse of information.            05:06:30

16        Q.   What were the examples you've already

17   given concerning permissions that were in place to

18   prevent and detect misuse of information prior to

19   April 30th, 2014?

20             MR. SCHWING:  Object to form.                  05:06:55

21             THE DEPONENT:  We talked about the

22   existence of the permissions and then the

23   institution of -- of app review as examples.  So

24   that's what I'm referring to.

25        Q.   (By Mr. Melamed)  And the existence of         05:07:13
```

Veritext Legal Solutions
866 299-5127

1    app review commenced on April 30th, 2014, right?          05:07:17

2         A.   App review commenced on April 30th, 2014,

3    yes.

4         Q.   And so in the context of this line of

5    inquiry of topic 2d, the technical aspect related         05:07:41

6    to platform integrity team concerning how Facebook

7    ensured third parties use of user data they

8    acquired from Facebook was limited to use case, we

9    just talked about a series of technical -- of

10   technical aspects that Facebook used, correct?           05:07:59

11            I'm not trying -- this isn't a "gotcha."

12   I'm just trying to go back over what we talked

13   about a little bit.

14        A.   Yes, we talked through a number of

15   techniques that -- that Facebook used over time to        05:08:10

16   assess how developers were using information.

17        Q.   And for some of them, you were unable to

18   state the specific -- the specific time period when

19   those technical aspects were in place, right?

20        A.   I've given -- I've given some dates as          05:08:32

21   much as I can, so I feel I've given the best job --

22   given some reasonable clarity on that.

23        Q.   And then for some of them you were unable

24   to talk about the specific way the technology

25   worked to ensure that third parties' use of user         05:08:51

Veritext Legal Solutions
866 299-5127

```
 1    data acquired from Facebook was limited to use        05:08:58

 2    case; is that right?

 3              MR. SCHWING:  Object to form.

 4              THE DEPONENT:  To be able to give a

 5    general overview of -- of several systems that --     05:09:10

 6    that have been in place.  So, yes.

 7         Q.   (By Mr. Melamed)  I just want to read for

 8    the record the representation that was made by

 9    counsel before talking to you about this subject.

10              MR. MELAMED:  And I'm not doing this to      05:09:29

11    start a fight, Austin.  You know, obviously you can

12    respond.

13              But the paragraph that was in the letter

14    written on June 3rd specifically regarding your

15    preparation to testify was with respect to topic      05:09:41

16    2d, which relates to "how Facebook ensured third

17    parties' use of such data or information was

18    limited to the use case."  For avoidance of doubt,

19    Facebook again writes that "while Ally Hendrix is

20    prepared to testify on most aspects of topic 2d,      05:09:59

21    there is a technical aspect relating to the

22    platform integrity team that Mr. Cross is prepared

23    to testify about.  We are uncertain why you are

24    pushing back on this issue.  As mentioned above,

25    Facebook is simply using its best efforts to          05:10:11
```

1    identify the best possible witnesses to testify on          05:10:14

2    plaintiffs' topics."

3              So I just want to state for the record

4    that that's why we were pushing on these topics.

5    That's why I've asked the follow-ups that I asked.          05:10:23

6    And we will seek additional testimony regarding

7    these topics so that we get the answers to those

8    questions.

9              MR. SCHWING:  And, Matt, I will not argue

10   with you, and I'm happy to address that, you know,          05:10:39

11   at -- at an appropriate time.  We've indicated in

12   correspondence that Mr. Cross will be prepared to

13   discuss -- and I'm quoting -- "generally the steps

14   the platform integrity team undertook to detect

15   misuse."  You're, of course, free to follow up with         05:10:58

16   further discovery.

17             I appreciate you raising your concerns.

18   I'm happy to speak with you about it and -- and --

19   and work through the issues.

20             MR. MELAMED:  Thank you.  I just -- I             05:11:12

21   appreciate that.  I just want to note that the word

22   "generally" is not in the -- uttered in the

23   reference.

24             SPECIAL MASTER GARRIE:  This is Special

25   Master Garrie.  Both parties have been heard.               05:11:21

Page 849

HIGHLY CONFIDENTIAL

```
1    Let's move forward.                              05:11:23

2           MR. SCHWING:   Thank you, Special Master.

3    I appreciate it.

4           MR. MELAMED:   Thank you.

5       Q.   (By Mr. Melamed)  So I'm going to return   05:11:29

6    to the ways that Facebook made user data available

7    to third parties.  We talked a little bit about

8    Graph API and you -- you talked a little about rest

9    API.  I just want go all the ways and make sure I

10   understand the time periods and the differences in   05:11:44

11   the way information was made available.

12          So I want to know as a general matter,

13   starting what are the ways that third parties --

14   again, excepting advertisers and data brokers --

15   could access user data from Facebook from 2007 to    05:12:05

16   the present?

17      A.   Sure.  Happy -- happy to go into that.

18          So 2007, my understanding is there was an

19   API called the "rest API," which allowed developers

20   to query Facebook's database for user information.    05:12:30

21   And that was the primary way in which developers

22   queried the Facebook -- queried Facebook for user

23   data up until launch of the Graph API in

24   April 2010.

25      Q.   And for the rest -- I'm sorry.  I didn't     05:12:53
```

Veritext Legal Solutions
866 299-5127

```
 1    mean to interrupt you.  I want to ask some          05:12:55

 2    follow-ups about rest API while we're here.

 3              Were those queries submitted in FQL?

 4        A.   No.  I was going to go on to FQL.

 5              FQL is another mechanism by which          05:13:13

 6    developers can query or could query Facebook for

 7    user data.  At a technical level, you would make an

 8    X -- a rest API call to the FQL method and specify

 9    your FQL statement in your API request.

10              Similarly, when the Graph API was          05:13:38

11    launched, you would be able to access the FQL

12    method on the Graph API and specify your FQL query,

13    and then in both cases, a response to your FQL

14    query would be returned.

15        Q.   Did Facebook -- I'm sorry -- third         05:14:03

16    parties, using FQL queries, could batch multiple

17    queries into a single call, correct?

18        A.   I -- I think yes.  Facebook -- the -- the

19    FQL allowed you to request -- well, more

20    specifically, I -- I'm certain that Facebook -- FQL  05:14:25

21    allowed you to ask for multiple pieces of

22    information in your API requests.  I can't say for

23    certain whether or not you could submit multiple

24    FQL requests, so I'm not sure about that detail.

25    But you could certainly ask for multiple pieces of   05:14:46
```

HIGHLY CONFIDENTIAL

1    information as part of the FQL query.                    05:14:49

2         Q.   Was the same true for rest API?

3         A.   When you say "the same," do you mean --

4    refer -- sorry.  Can you just clarify what you mean

5    by "the same true."                                      05:15:06

6         Q.   Sure.

7              Would third parties ask for multiple

8    pieces of information in the same call to the rest

9    API?

10        A.   No.  My understanding is that the rest      05:15:26

11   API, you would call one -- you would make one API

12   call at a time.

13        Q.   And you said rest API was used between

14   2007 and 2010, correct?

15        A.   My understanding is it was instituted       05:15:42

16   in -- in 2007.  The Graph API came to -- was

17   announced in April of 2010 and was designed to

18   replace it over time.

19        Q.   Do you know when third parties were no

20   longer able to make calls via a rest API?             05:15:59

21        A.   The deprecation of the rest API was

22   announced, I think, in v2.1 or v2.3.  The precise

23   date on which it was later published and

24   deprecated, I -- I don't have in my head or my

25   notes today.  I -- I can access that for you.         05:16:25

Veritext Legal Solutions
866 299-5127

```
 1        Q.   When you're talking about -- when you      05:16:30

 2   mentioned the deprecation of rest API being

 3   announced, what you believe it was either 2.1 or

 4   2.3, are you referring to Graph v2.1 or Graph v2.3?

 5        A.   Sorry.  Yes, that's true.  The             05:16:47

 6   announcement of the deprecation of the rest API and

 7   FQL was announced at the same time as one of those

 8   API versions.  Again, I think that's -- that's

 9   right, but we can follow up with the specific

10   dates.                                               05:17:06

11        Q.   And then once the deprecating of rest API

12   and FQL was announced, is it accurate that certain

13   third parties were still able to make calls on user

14   data via those methodologies for a period of time?

15             MR. SCHWING:  Object to form.              05:17:26

16             THE DEPONENT:  Yes, the -- the FQL and

17   the rest API were then later removed from the

18   public APIs of this area.  Some apps retained

19   access to those mechanisms for -- for a longer

20   period of time because those apps were -- were hard  05:17:48

21   or hadn't been yet updated to call a Graph API.

22        Q.   (By Mr. Melamed)  Do you know when the

23   last apps were no longer accessing FQL mechanism

24   for calling user data?

25        A.   I -- I discussed that -- I discussed that  05:18:18
```

Page 853

```
 1    date with -- with folks.  I don't have the precise        05:18:19

 2    date to hand, but that's something we could -- we

 3    could follow up on if needed.

 4         Q.   I just want to understand your answer,

 5    though.  You asked that question of people you           05:18:32

 6    spoke in preparation for today and were not able to

 7    determine in those conversations the exact date?

 8         A.   No.  My understanding is that the exact

 9    date is determinable.  I don't have it in my head

10    or in my notes right now.                                05:18:49

11         Q.   And is the -- is your answer the same for

12    rest API?

13         A.   Yes, my understanding is those -- those

14    two were treated broadly together as legacy

15    mechanisms for accessing information.                    05:19:10

16         Q.   Do you know how many apps called user

17    information via the FQL methodology, just as a

18    rough number?

19         A.   Can you help me understand -- over what

20    period of time.  In the past?  I guess -- I'm            05:19:32

21    sorry.  I don't understand.

22         Q.   I'll restate the question.

23              During the period of time apps could

24    query user data using FQL, do you know how many

25    apps did so?                                             05:19:49
```

Page 854

```
 1        A.   FQL was one of the more advanced ways to      05:19:56

 2    access user data, and so it was my -- my

 3    understanding is it was always the minority of

 4    active apps on the platform were using FQL.

 5        Q.   And is it accurate to say that those apps     05:20:16

 6    were the more advanced apps that were using

 7    platform at that time?

 8             MR. SCHWING:  Object to form.

 9             THE DEPONENT:  It's not accurate to say

10    that they were necessarily the most advanced apps.    05:20:28

11    FQL was -- was just a way developers could choose

12    at the time to -- to query Facebook for

13    information, and some chose to make FQL queries and

14    others would have chosen to use the predefined

15    methods that the API provided.  And typically FQL     05:20:50

16    existed to allow developers to -- to query

17    different --

18             Let me put it the other way.  Sorry.

19             Standard API methods existed to cover the

20    most common use cases.  So it was more about the      05:21:06

21    technical abilities of the developer rather than

22    the app being, you know, more advanced in terms of

23    such an answer.

24        Q.   (By Mr. Melamed)  Does Facebook have a

25    record of which developers queried for user data      05:21:23
```

Page 855

HIGHLY CONFIDENTIAL

```
 1    using FQL?                                    05:21:28

 2        A.   My understanding is that the method table

 3    contained information about apps querying FQL on

 4    the Graph API.

 5        Q.   Was Facebook able to determine which   05:21:57

 6    types of information were requested by each FQL

 7    call?

 8            MR. SCHWING:  Object to form.

 9            THE DEPONENT:  In order to process the

10    query, Facebook would have had a mechanism for   05:22:14

11    evaluating the query supplied by the developer.

12        Q.   (By Mr. Melamed)  Did Facebook record

13    each type of information requested in FQL calls?

14    Is there a log of each type -- was there a log of

15    each type of information requested by FQL calls?   05:22:38

16            MR. SCHWING:  Compound.  Vague.

17            THE DEPONENT:  The -- the fact that --

18    I'm aware that the fact that an API -- that an app

19    made an FQL call would have been logged and

20    there -- what I'm saying is that in the past there   05:23:08

21    was a way to unpack which the -- the FQL calls

22    being made.  But I'm -- I'm uncertain as to whether

23    or not those were -- were logged.

24        Q.   (By Mr. Melamed)  I just want to restate

25    that to make sure I understand it.  And please   05:23:32
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    correct me if I'm getting this wrong.          05:23:35

2           So we're starting from the premise that a

3    single FQL call could pass for multiple types of

4    information, right?

5         A.   An FQL call allowed a developer to     05:23:50

6    request different fields on an object and join

7    those together.

8         Q.   And that's in a single call, correct?

9         A.   Yes.  An FQL call would allow a developer

10   to -- to request multiple types of information in a   05:24:06

11   single call.

12        Q.   And Facebook obviously understood enough

13   about the individual types of information in

14   requested -- in a single call to be able to return

15   those individual types of information, correct?    05:24:20

16        A.   Yes.  Facebook had a system for accepting

17   FQL inquiries, evaluating them, and then providing

18   the appropriate API response.

19        Q.   And I think you answered this, but I'm

20   going to ask it as a question again just to make   05:24:38

21   sure I understand correctly.

22           Did Facebook log the individual types of

23   information it provided in response to FQL queries?

24           MR. SCHWING:  Object to form.

25           THE DEPONENT:  My understanding is that   05:24:59
```

Page 857

1    Facebook did not log -- similar to the Graph API,        05:25:00

2    did not log responses sent back to developers in

3    response to -- to their API queries.

4        Q.   (By Mr. Melamed)  Did Facebook log the

5    individual types of information requested in a           05:25:14

6    single FQL query?

7        A.   My understanding is that it's likely that

8    the FQL query was logged as a -- as -- as a string.

9    The retention of that information is -- is -- is,

10   you know, not known to me, and -- but from that, it      05:25:41

11   would have been possible to understand the

12   information that the developer was requesting.

13       Q.   You do not know whether Facebook, in

14   fact, logged each type of information requested in

15   FQL call?                                                05:26:18

16           MR. SCHWING:  Object to form.

17           THE DEPONENT:  The -- my answer is -- my

18   understanding is Facebook had logs of some FQL

19   queries that were being made, and from those

20   queries, if you had the information, you could           05:26:39

21   understand what the developer was asking for.

22       Q.   (By Mr. Melamed)  Do you know whether

23   Facebook had logs that broke out each type of

24   information requested in FQL queries?

25           MR. SCHWING:  Objection.  Vague.              05:26:59

                                                    Page 858

```
1            THE DEPONENT:  I've spoken to people,        05:27:07

2      again, involved in API logging over time, and the

3      type of information exposed by FQL, as I -- as I

4      say, is -- is determinable from the query that is

5      being asked by the developer.  In order to specify   05:27:25

6      an FQL query, the developer has to be very specific

7      about the information they want in that -- in that

8      API call.  So a log of the FQL query would

9      determine the information that the developer was

10     asking for.                                          05:27:46

11        Q.   (By Mr. Melamed)  Does Facebook have a

12     log of the FQL queries that were made for users'

13     data?

14            MR. SCHWING:  Asked and answered.

15            THE DEPONENT:  As I say, I -- I             05:28:03

16     understand that FQL queries were logged in the

17     past.  Whether or not Facebook has access -- has

18     those logs today and has access to that

19     information, I -- I can't say as I sit here today,

20     I'm afraid.                                          05:28:19

21        Q.   (By Mr. Melamed)  Does Facebook have a

22     log of the user information that was requested via

23     the rest API?

24        A.   Are you asking whether or not Facebook

25     has -- has that today?                               05:28:41
```

Page 859

HIGHLY CONFIDENTIAL

```
 1        Q.   Yes.                                   05:28:43

 2        A.   Once again, that information would have

 3   been logged in the past, but you're asking a

 4   question about Facebook's data retention policies

 5   from -- from a set of data that -- from several     05:28:58

 6   years ago.  I -- I can't say for certain whether or

 7   not Facebook has that data today.

 8        Q.   And just to be clear, I'm not asking

 9   about the retention policies, but I understand

10   there's an overlap in these questions.  I'm asking   05:29:13

11   about the -- one of the topics on which you've been

12   designated is how Facebook tracked information,

13   right.  Information was provided to third parties.

14   And so I think this falls within that topic.

15             I understand your -- I understand your     05:29:30

16   answer.  I'm just trying to be clear about where

17   these questions are coming from.

18             Do you know whether Facebook had at any

19   time the information about which users' data was

20   accessed via FQL queries?                            05:29:55

21             MR. SCHWING:  Vague.

22             THE DEPONENT:  My understanding is that

23   Facebook did not log API responses and -- which is

24   what would have been required to answer that

25   question.                                            05:30:21
```

Page 860

HIGHLY CONFIDENTIAL

```
1        Q.   (By Mr. Melamed)  Do you know whether        05:30:21

2   Facebook at any time had information on which

3   users' data was requested via FQL queries?

4             MR. SCHWING:  Asked and answered.

5             I'm sorry, Matt.  I don't want to           05:30:38

6   interrupt you.  You already asked about FQL.  Do

7   you mean FQL or do you mean rest?

8             MR. MELAMED:  I mean FQL.

9             MR. SCHWING:  Sorry.  Go ahead.

10            THE DEPONENT:  I -- he -- I'm going to       05:31:06

11  try to give you the best answer I can for how FQL

12  worked.  It's been a long time since I've used it

13  myself.

14            No.  Generally my understanding of

15  Facebook's logging systems at the time is that they  05:31:25

16  log the API calls and app made and not necessarily

17  which user the API call was made on behalf of.

18  It's -- it's possible the -- that most logging

19  systems captured some of that information, but that

20  would require me to understand the detail of a --    05:31:57

21  of a logging table from several years ago.

22            So I -- I'm not sure I can completely

23  answer that question, I'm afraid.

24       Q.   (By Mr. Melamed)  Is there a point at

25  which Facebook did log the identity of individual    05:32:15
```

Veritext Legal Solutions
866 299-5127

```
 1    users whose information was requested by a third        05:32:25

 2    party?

 3              MR. SCHWING:  Objection.  Vague.

 4              THE DEPONENT:  I can't for certain,

 5    but -- but my understanding is that the API Hits        05:32:50

 6    table -- API Hits tables may have included the user

 7    ID of the person who the app was making a request

 8    on behalf of.

 9        Q.   (By Mr. Melamed)  That's the method

10    table, speaking -- "colloquially" is the wrong          05:33:12

11    word.  But are you describing the method table?

12        A.   No.  I'm describing the -- the tables

13    that -- that were used to create the method table

14    in which we have logged API hits, individual API

15    hits by -- by an app.                                   05:33:35

16        Q.   Do you know what the names of those

17    tables are, the specific names?

18        A.   There are two tables I can -- I can

19    recall, API hits www and API hits mobile.

20        Q.   Are you aware of information -- sorry.         05:34:01

21    Let me withdraw that and restate it.

22              Are you aware of any other tables or

23    records within Facebook's possession that identify

24    individual users whose data has been requested by a

25    third party?                                            05:34:20
```

Page 862

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Objection.  Vague.           05:34:25

 2            THE DEPONENT:  My understanding is a

 3     previous version of those tables called API hits.

 4     They later were split into -- into two tables.  But

 5     that's the system I'm aware of that logged API       05:34:45

 6     hits.

 7        Q.  (By Mr. Melamed)  Are you aware of any

 8     other system that identified -- that identified API

 9     calls where those calls can be tracked to an

10     individual user?                                     05:35:06

11        A.  When you say "tracked" -- can I just

12     clarify what you mean by "tracked to an individual

13     user."

14        Q.  Sure.

15            Let me describe what I'm asking for in       05:35:17

16     term of a table, right.  Would there be any table

17     that said X app, meaning this API call on this user

18     ID's information or this replacement user ID's

19     information or some other identifier describing

20     identifying an individual whose -- whose            05:35:45

21     information that a call was being made against.

22            Does that help clarify?

23            MR. SCHWING:  Object to form.

24            THE DEPONENT:  The -- my -- my

25     understanding of the way that Facebook's logging     05:36:00
```

                                                    Page 863

HIGHLY CONFIDENTIAL

```
 1    worked is that it would have logged the access        05:36:04

 2    token of the user ID making the API request, so in

 3    this case, it's the authenticated user, and them

 4    making an API request, rather than the -- the

 5    subject necessarily of the API call.                  05:36:29

 6             So the example here would be the

 7    system would -- again, as I understand it from

 8    talking to the people involved -- when you had

 9    logged in to an app and the app was using your

10    access token to make API calls and the logs would    05:36:44

11    identify your access token was being used, and

12    therefore your user ID.  Not necessarily the -- the

13    user ID of the subject of the API request.

14       Q.   (By Mr. Melamed)  So if I had logged in

15    to an app and the app was permitted to call my       05:37:17

16    friend's religious and political preferences, and

17    the app made a call on that data for my friends, am

18    I understanding correctly that the records that

19    they Facebook kept would identify me as having

20    requested that information via my access token, but  05:37:49

21    not the individuals whose data was returned as a

22    result of that request?  Or I'm sorry -- who has

23    request access -- who --

24             Let me restate this whole thing.  I'm

25    going to reread most of it.  I'm sorry.  I           05:38:05
```

Veritext Legal Solutions
866 299-5127

```
 1    understand that Facebook didn't have the records of       05:38:07

 2    whose data was returned.

 3              So starting again.  If I had logged in to

 4    an app and the app was permitted to call my

 5    friend's religious and political preferences and          05:38:17

 6    the app made a call on that data for my friends, do

 7    I understand correctly that the records Facebook

 8    kept would identify me as having requested that

 9    information, but not the friends whose information

10    was requested?                                            05:38:37

11              MR. SCHWING:  Object to form.

12              THE DEPONENT:  My understanding of the

13    API Hits table and its successor tables is that it

14    would record the user ID of the user who was making

15    the request and -- and not necessarily the user ID        05:38:56

16    of the subject of the request.

17         Q.   (By Mr. Melamed)  Are you aware of any

18    tables within Facebook during the entirety of the

19    relevant time period that recorded the subject of

20    API requests?                                             05:39:18

21              MR. SCHWING:  Object to form.

22         Q.   (By Mr. Melamed)  By "subject," I mean

23    the user -- the user's data who was the subject of

24    the API request?

25              MR. SCHWING:  Object to form.                   05:39:32
```

Page 865

| | | |
|---|---|---|
| 1 | THE DEPONENT:  The entirety of the -- the | 05:39:38 |
| 2 | time period, the -- the system I'm -- I'm aware of | |
| 3 | that I -- as I understand it, logs that information | |
| 4 | is -- is the -- the -- Did access system, which | |
| 5 | exists today. | 05:40:00 |
| 6 | Again, I -- I've understood that system | |
| 7 | as best I can, and that's -- that's the best -- | |
| 8 | that's my -- from talking to the people involved in | |
| 9 | it, that's my understanding of how that works to | |
| 10 | the best of my ability. | 05:40:15 |
| 11 | Q.   (By Mr. Melamed)  Prior to the | |
| 12 | implementation of the Did access system, did | |
| 13 | Facebook maintain any logs of the individuals whose | |
| 14 | data was the subject of a request? | |
| 15 | A.   I am not aware of -- of any system | 05:40:40 |
| 16 | that -- that -- that recorded that information. | |
| 17 | Again, I -- I've spoken to -- to several people | |
| 18 | about this, and it's possible there are systems, | |
| 19 | again, that -- that I have been unable to ascertain | |
| 20 | their existence of that did that.  But my | 05:41:00 |
| 21 | understanding is that the API hits logging system | |
| 22 | recorded the IDs of the users making the API | |
| 23 | requests. | |
| 24 | | |
| 25 | ///// | 05:41:14 |

Page 866

```
 1              (Exhibit 425 was marked for              05:41:14

 2      identification by the court reporter and is

 3      attached hereto.)

 4              MR. MELAMED:  Just introduced what's been

 5      marked as Exhibit 325 -- I'm sorry.  425.  My      05:41:41

 6      mistake.

 7          Q.  (By Mr. Melamed)  And just for the

 8      record, Exhibit 425 was provided to us, to

 9      plaintiffs, by counsel for Facebook.  I don't

10      anticipate that you've seen this before, Mr. Cross.  05:41:55

11      It's possible you have, but I just want to ask you

12      a couple questions about it.

13              And it's probably going to be easiest if

14      I share my screen.  It's a very large -- a very

15      lengthy Excel spreadsheet.  You can go ahead and     05:42:13

16      look at it.  I don't mean to cut you off from

17      familiarizing yourself from it.

18              THE DEPONENT:  Sorry.  Where would I

19      access this?  Are you just going to share your

20      screen or --                                        05:42:33

21              MR. MELAMED:  Okay.  I will share my

22      screen.  But it should be in marked exhibits on --

23      in Exhibit Share for deposition of Simon Cross,

24      Volume 4.

25              Austin, are you able to see it?             05:42:46
```

Page 867

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  I can.                      05:42:51

 2              Simon, do you have the Egnyte page up?

 3              THE DEPONENT:  Yes, I do.  Exhibit 3 --

 4              MR. SCHWING:  The top -- you should see

 5      things that say Simon Cross.  It would be the top   05:43:02

 6      one, I believe.

 7              THE DEPONENT:  Yeah, that's it.

 8              MR. MELAMED:  Yes.  As I mentioned, this

 9      is really, really long.  I'm going to direct you

10      very specifically to a few lines.  I just want to   05:43:13

11      understand if you're able to provide answers.  If

12      you're not, that's fine.

13              So I'm going to scroll down to line

14      36,608.

15              (Discussion off the stenographic record.)   05:43:28

16              MR. SCHWING:  Matt, if you're trying to

17      demonstrate your -- your diligence by saying you've

18      reviewed 36,000 rows of this, I am impressed.

19              MR. MELAMED:  I appreciate that you think

20      that I reviewed 36,000 rows of this table that was   05:43:56

21      provided, I think, last night.

22              MS. WEAVER:  I'll take credit for it.

23              SPECIAL MASTER GARRIE:  Hey, Counsel.

24      Can I ask a question?

25              What are the column values for A?           05:44:23
```

Page 868

HIGHLY CONFIDENTIAL

```
 1              MR. MELAMED:  I will tell you -- I will      05:44:31

 2   open it locally and tell you, if that's okay, and

 3   I'll state for the record once I get down.

 4              Is that okay?

 5              SPECIAL MASTER GARRIE:  Yeah.  If you       05:44:37

 6   want to get to the bottom, just hit control page

 7   down or control N.

 8              MR. MELAMED:  Thank you very much.  That

 9   was -- and the highlight -- and then I will tell --

10   tell you now for the record, Special Master Garrie,   05:45:01

11   column A is table_name.  Column B is column_name.

12   And my understanding is that these reflect the

13   column names for a list of Hive tables for which

14   Facebook is proposing to search and produce data

15   from a statistically significant sample.             05:45:34

16              I just want to --

17       Q.   (By Mr. Melamed)  Do you see these five

18   columns that are highlighted on my screen,

19   Mr. Cross?

20       A.   I do.                                        05:45:44

21       Q.   Five entries.  I'm sorry.

22              And you see that the first one 36,608 is

23   assistant_owner_id_record_four_did_access_inc_

24   archive.

25              MR. MELAMED:  Apologies, Rebecca.          05:46:07
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  I see that, yes. | 05:46:10 |
| 2 | Q.   (By Mr. Melamed)  Okay.  And that that is | |
| 3 | actually each of these five cells, column A, rows | |
| 4 | 36,008 through -612 reflects the same descriptor | |
| 5 | for the table name. | 05:46:25 |
| 6 | Do you see that? | |
| 7 | A.   I do see that. | |
| 8 | Q.   Do you know if these reflect the Did | |
| 9 | table that you testified about before? | |
| 10 | MR. SCHWING:  I'm just going to state for | 05:46:40 |
| 11 | the record that we didn't receive these in advance | |
| 12 | of the deposition.  I understand you represented | |
| 13 | that this was provided last night, Matt, but just | |
| 14 | to be clear, the witness has not had a chance to | |
| 15 | look through this. | 05:46:51 |
| 16 | MR. MELAMED:  Let me -- you're right, | |
| 17 | Austin.  Let me correct the record.  This was not | |
| 18 | received last night.  It was received Thursday. | |
| 19 | That was my mistaken. | |
| 20 | I am only asking about this because of | 05:46:58 |
| 21 | Mr. Cross's testimony before about the Did table. | |
| 22 | It's just -- you know, and I understand that | |
| 23 | Mr. Cross likely has not reviewed this, but I can | |
| 24 | confirm that. | |
| 25 | So I'll ask that, but I understand -- I | 05:47:12 |

Page 870

```
1    understand the point you're making, Mr. Schwing.        05:47:16

2         Q.   (By Mr. Melamed)  Mr. Cross, have you

3    reviewed this table before?

4         A.   I have not reviewed this table before.

5         Q.   Are you -- do you know whether the rows       05:47:26

6    36,608 through -612 are related to the Did table

7    you described in your testimony today?

8              MR. SCHWING:  It's outside the scope of

9    the deposition.  Object to form.

10             THE DEPONENT:  I cannot ascertain if          05:47:48

11   these relate to the -- the Can and Did tables I've

12   previously talked about.  I cannot ascertain that

13   from this.

14        Q.   (By Mr. Melamed)  Do you know what the

15   information in column B for these five tables          05:48:07

16   reflects?

17             Do you have any understanding of what

18   "DS" means?

19             MR. SCHWING:  Same objections.

20             THE DEPONENT:  Sorry.  I -- "DS"              05:48:18

21   typically means the day on which -- on which this

22   logging was done.  A Hive data warehouse partitions

23   by date, so "DS" refers to a day.

24        Q.   (By Mr. Schwing)  And do you have any

25   understanding of what event_time means in the          05:48:35
```

Page 871

HIGHLY CONFIDENTIAL

```
 1    context of Hive tables?                            05:48:39

 2           MR. SCHWING:  Same objections.

 3           THE DEPONENT:  DS is a standard

 4    partition.  Event_time seems to be a -- my

 5    understanding is something that is specific to the  05:48:54

 6    table itself and therefore could mean different

 7    things in different contexts.

 8       Q.   (By Mr. Melamed)  What about owner_SID?

 9           MR. SCHWING:  Same objections.

10           THE DEPONENT:  Again, owner SID to me is    05:49:14

11    a table-specific property, so it could mean

12    something different in different tables.

13       Q.   (By Mr. Melamed)  What about

14    proxy_user_SID?

15           MR. SCHWING:  Same objections.  I'll have   05:49:29

16    a same objection with respect to TS if you get to

17    that too.

18           THE DEPONENT:  Similarly, that's a

19    table-specific property.  I'd be speculating what

20    it means.  I'd need to review much more information 05:49:43

21    to give you an answer to that.

22       Q.   (By Mr. Melamed)  And what about TS?

23       A.   My understanding is TS is a way of

24    partitioning tables within a day, so within a

25    particular time window.  Again, my understanding is 05:50:02
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    that's in favorable by table.                    05:50:07

 2            MR. MELAMED:  Thank you.  You can put

 3    that exhibit away if you have it open.

 4        Q.   (By Mr. Melamed)  We were talking before

 5    we returned to the Did table for a minute about the   05:50:34

 6    manner by which third parties could access user

 7    data, and we talked about the rest API and the FQL

 8    API, and we've talked periodically about

 9    Open Graph, correct?

10        A.   Well, we talked about the Graph API.  We   05:50:49

11    haven't talked about Open Graph.

12        Q.   Thank you for the correction.  We talked

13    about the Graph API.

14            During what period of time did third

15    parties access user data via Facebook login?       05:50:59

16            MR. SCHWING:  Object to form.

17            THE DEPONENT:  So Facebook login is a --

18    is a name that refers to the dialogue by which

19    users grant apps access to information.  It renders

20    platform permissions and emits access tokens.  But   05:51:31

21    typically the apps then take the access token and

22    make calls against the Graph API or previously the

23    rest API in order to actually access information.

24        Q.   (By Mr. Melamed)  So is it right to

25    understand Facebook login as providing third       05:51:50
```

Veritext Legal Solutions
866 299-5127

1    parties a user's access token?  It is one way that        05:51:52

2    a third party can get a user's access token?

3         A.   Facebook login is -- is -- is a -- is the

4    primary way by which apps get an access token for a

5    user.                                                     05:52:10

6         Q.   Is there a time period during which

7    Facebook login has been the primary way that apps

8    get access tokens for users?

9         A.   The equivalent of the login dialogue has

10   been in existence throughout platform, as I              05:52:32

11   understand it, from 2007.  It's now branded and

12   called Facebook login in -- in -- in materials for

13   developers, but a -- a product that does that job

14   has been part of the Facebook open platform since

15   the beginning.                                            05:52:54

16        Q.   Did it go by any other names before it

17   became branded as "Facebook login"?

18        A.   The previous name for the login dialogue

19   was -- "Facebook Connect" is commonly a term used

20   to refer to the Facebook login dialogue, although        05:53:13

21   Facebook Connect refers to a -- a broader program

22   of work.

23        Q.   But Facebook Connect includes Facebook

24   login but is not limited to Facebook login?

25        A.   Facebook Connect was -- was a term             05:53:38

                                                Page 874

| | | |
|---|---|---|
| 1 | associated with allowing apps to integrate Facebook | 05:53:45 |
| 2 | into third-party -- sorry -- third parties to | |
| 3 | integrate Facebook into their mobile apps and | |
| 4 | websites, and the login dialogue was the mechanism | |
| 5 | by which users granted permission for that | 05:54:06 |
| 6 | information to be shared. | |
| 7 |     Q.   And so Facebook login existed from the | |
| 8 | inception of platform through the present; is that | |
| 9 | right? | |
| 10 |     A.   My understanding of what today is known | 05:54:22 |
| 11 | as "Facebook login," an equivalent product has | |
| 12 | existed since the beginning of -- of platform in | |
| 13 | the earlier days.  It was called "the login | |
| 14 | dialogue" or the -- the "authentication screen." | |
| 15 | It was known by -- by different names at different | 05:54:44 |
| 16 | times.  But generally an equivalent to Facebook | |
| 17 | login has existed since the beginning. | |
| 18 |     Q.   What other ways do third parties access | |
| 19 | user tokens? | |
| 20 |     A.   Login dialogue is by far the primary way. | 05:55:06 |
| 21 | One other mechanism is something called | |
| 22 | "auth.login," which is a way for users to enter | |
| 23 | their information -- their login information into a | |
| 24 | third-party product, and as a result the product | |
| 25 | then gets access to some of their Facebook | 05:55:33 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | information. | 05:55:38 |

2      Q.    And is auth, A-U-T-H, as in short for

3   "authorization" or "authorize"?

4      A.    Auth.login.

5      Q.    Are there particular circumstances in      05:55:49

6   which auth.login is used?

7      A.    Auth.login was typically used in the case

8   of devices or circumstances where a developer was

9   unable to render Facebook login dialogue.

10     Q.    Will you help me understand when a      05:56:16

11  developer -- the circumstance where a developer

12  couldn't render Facebook login dialogue?

13     A.    So an example would be where a developer

14  is building a Facebook experience on a smart TV or

15  set-top box that didn't have the ability to render      05:56:36

16  HTML.  As a result, they might use auth.login in

17  order to provide people a way to access Facebook

18  information or a Facebook experience on that

19  device.

20     Q.    So when -- when a third party requests a      05:57:14

21  type of user information from Facebook, can you

22  explain the data flow.  How does -- it goes from a

23  request to Facebook into determining whether there

24  is permission or not, et cetera, to determining

25  whether to return data.  And I'm not phrasing this      05:57:37

Page 876

```
1    elegantly, but I'm just trying to understand the        05:57:40

2    process of the data flow and then whether that has

3    changed over time.

4            If you want me to restate the question,

5    I'm happy to do so and break it down.  But I'm         05:57:49

6    looking for that kind of information.

7            MR. SCHWING:  I apologize, Matt.  The

8    question is vague.  But if the witness understands

9    the question, please go ahead and give the --

10           (Discussion off the stenographic record.)     05:58:09

11           THE DEPONENT:  I -- I can give a

12   high-level overview if that would be helpful and

13   then maybe this -- you know, that would -- that

14   would help.

15           So typically a -- the first thing that        05:58:26

16   happens is an app asks the user for permission to

17   access information, and to do that, they'll display

18   the login dialogue.

19           At that time, the developer requests or

20   specifies the permissions they would like the user    05:58:50

21   to agree to, and the login dialogue -- the code

22   behind the login dialogue will determine whether or

23   not those permissions are, indeed, requestable from

24   this particular user.  There's a number of factors

25   that go into that determination.                       05:59:10
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Then the user grants some or all of those | 05:59:12 |
| 2 | permissions, and the -- they have various options | |
| 3 | there.  At that point, those permissions are stored | |
| 4 | between the user and the app, and if the app does | |
| 5 | not already have one, they are given an access | 05:59:36 |
| 6 | token to access the API of behalf of that security | |
| 7 | used. | |
| 8 | Then the app uses that access token to | |
| 9 | make API requests to particular API methods.  The | |
| 10 | API, the Graph API or the API they're calling, will | 05:59:59 |
| 11 | then evaluate that request and determine what | |
| 12 | information, if any, can be emitted. | |
| 13 | A number of things, many things, go into | |
| 14 | that termination.  One of them is does the user -- | |
| 15 | has the user granted the appropriate permission or | 06:00:24 |
| 16 | permissions required to access this data.  A number | |
| 17 | of other checks are made as well.  And then | |
| 18 | Facebook's internal privacy rules are evaluated, | |
| 19 | and ultimately the API returns a request or returns | |
| 20 | a response that satisfies those requests. | 06:00:49 |
| 21 | That's a -- a high-level typical overview | |
| 22 | of how these systems work. | |
| 23 | Q.   (By Mr. Melamed)  I'd like to ask you | |
| 24 | some follow-ups.  If you -- you know, to the extent | |
| 25 | you don't know, you don't know. | 06:01:03 |

Page 878

```
 1              But -- we talked about this before.  I         06:01:06

 2      just want to make sure I understand it correctly.

 3              The first step of this is the app asking

 4      for user permission, correct?  Or an early step, if

 5      not the first.  So the app asks the user, can I        06:01:18

 6      access this type of information, right?

 7              MR. SCHWING:  Objection.  Vague.

 8              THE DEPONENT:  And I'm describing here

 9      a -- a typical way that this would work.  And the

10      first step, again, typically, is that the user        06:01:37

11      takes an action in the app which results in the app

12      request showing the login dialogue to the user or

13      redirecting the user to the login dialogue.

14              But typically the first thing that

15      happens is the user takes an action.                  06:01:59

16        Q.   (By Mr. Melamed)  Was there any point in

17      time going back to 2007 where the app did not have

18      to ask users for permission for different types of

19      information the app could request?

20              MR. SCHWING:  Object to form.                  06:02:18

21              THE DEPONENT:  My understanding is that

22      in certain very narrow scenarios, for example,

23      where a third party had built a Facebook

24      replacement or a Facebook app for their device or

25      platform, then the user experience would be --        06:02:46
```

Page 879

HIGHLY CONFIDENTIAL

```
1    would be different.                                    06:02:51

2         Q.   (By Mr. Melamed)  So I understand that

3    answer to say that where a third party built a

4    Facebook app on its device, that app did not have

5    to ask a user's permission to get the information,    06:03:06

6    specific types of information, from Facebook?

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  Yeah.  I'm not sure

9    that's -- that's quite right.

10             In the case where Facebook partnered        06:03:28

11   with, for example, a device manufacturer to build a

12   Facebook experience on that device, then the app

13   wouldn't necessarily have to render the Facebook

14   login dialogue as -- as a -- as a standard platform

15   app would do.                                          06:03:50

16             However, the user experience, you know,

17   would -- would have requested -- you know, would

18   have explained -- would have explained to the user

19   what was about to happen.

20        Q.   (By Mr. Melamed)  How would the user         06:04:07

21   experience have explained to the user what was

22   about to happen?

23             MR. SCHWING:  Object to form.  Outside

24   the scope.

25             THE DEPONENT:  So the precise way in         06:04:26
```

Page 880

```
 1    which each of these Facebook device integrations      06:04:27

 2    was designed would have -- would have -- would have

 3    differed.  And I -- I -- I don't have the details

 4    on all of them.

 5          But the -- the goal was, as close as            06:04:42

 6    possible, that this is a Facebook app.  You have a

 7    device, there's a Facebook app on it, and it should

 8    look and feel just like logging in to -- to

 9    Facebook.

10          And there's appropriate disclosures or          06:05:00

11    appropriate disclosures around that, as I

12    understand it, that would say that was appropriate

13    for the use case.

14       Q.   (By Mr. Melamed)  Do you know how many of

15    these devices integrations took place?               06:05:14

16       A.   On the order of -- it's hard to give a --

17    on the order of tens or less than 200, I think,

18    broadly.  This was a very, you know -- very limited

19    program where the goal was to enable people to have

20    access to Facebook on other platforms and devices,   06:05:50

21    and that was the purpose of the program.  The

22    number of the devices and platforms were supposedly

23    limited.

24       Q.   Okay.  Does that program still exist?

25          MR. SCHWING:  Object to form.                   06:06:09
```

Page 881

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  That program does not      06:06:12

 2    still exist, to my knowledge.

 3         Q.   (By Mr. Melamed)  Do you know when that

 4    program ceased to exist?

 5         A.   The announcement of those partnerships    06:06:23

 6    would be begun to wound down was made on April --

 7    in April 2018, and the wind-down of that program

 8    took place in -- in 2018 and early '19.

 9         Q.   Do you know why the decision was made to

10    wind down that program?                             06:06:46

11              MR. SCHWING:  Outside the scope.  Object

12    to form.

13              THE DEPONENT:  Yeah, I -- I don't have

14    like the -- I'm not sure I can speak on behalf of

15    the company here completely.  I -- I haven't        06:07:03

16    reviewed the full details.

17              My understanding, though, from a personal

18    perspective is that, first of all, these

19    integrations were not widely used anymore.  They

20    were designed and built in a time where there were  06:07:25

21    many more devices and mobile operating systems and

22    platforms than there are today with regards to

23    iOS and Android.

24              And in -- in light of the Cambridge

25    Analytica situation, it was -- it was seen that     06:07:46
```

1     the -- the -- the value that these integrations        06:07:52

2     were providing was -- was relatively limited, and

3     the decision was taken to wind down the program.

4          Q.   (By Mr. Melamed)  Are you familiar with

5     any of the individual partners with whom Facebook      06:08:04

6     engaged in the program?

7          A.   I'm familiar with -- with -- a few of

8     them, yes.

9          Q.   So the idea was that Facebook provided

10    the user data, all of the user data, for a             06:08:25

11    particular -- well, let me withdraw that.

12              Can you explain how -- what user

13    information did the -- was the partner provided?

14              MR. SCHWING:  Object to form.

15              THE DEPONENT:  So the goal of this            06:08:49

16    program was to allow users to have -- one of the

17    goals of this program was -- sorry.

18              (Discussion off the stenographic record.)

19              MR. MELAMED:  Lesley, you're on --

20              (Discussion off the stenographic record.)    06:09:06

21              MR. MELAMED:  Lesley, Lesley, Lesley...

22              (Discussion off the stenographic record.)

23              MR. SCHWING:  Why don't we go into a

24    breakout room, because I don't want to hear...

25              SPECIAL MASTER GARRIE:  Me neither.           06:09:17

                                                    Page 883

```
 1              MR. MELAMED:  Can we go off the record.        06:09:19

 2              MR. SCHWING:  Let's go into a breakout

 3   room.

 4              SPECIAL MASTER GARRIE:  Off the record,

 5   mute her.                                                 06:09:20

 6              MR. MELAMED:  Thank you, John.  Can you

 7   mute -- can you mute Lesley.

 8              MR. SCHWING:  I'm going into the breakout

 9   room.

10              MR. MELAMED:  Thank you, Austin.              06:09:20

11              THE VIDEOGRAPHER:  Did you want to go off

12   the record?  I'm sorry.

13              THE COURT REPORTER:  Yes.

14              THE VIDEOGRAPHER:  Thank you.

15              Off the record.  It's 6:09.                   06:09:39

16              (Recess taken.)

17              THE VIDEOGRAPHER:  We are back on the

18   record.  It's 6:53 p.m.

19       Q.   (By Mr. Melamed)  Before the break, we

20   were talking about partner integrations.                 06:53:04

21              Do you remember that, Mr. Cross?

22       A.   I do remember that.

23       Q.   And I think you had testified that

24   partner integrations were phased out, and I can't

25   recall if you gave a time period when those -- that    06:53:21
```

Page 884

HIGHLY CONFIDENTIAL

1    project or that program was phased out.                06:53:24

2           Can you tell me when those were phased

3    out?

4        A.   My understanding is that partner

5    integrations, the announcement of the wind-down of     06:53:32

6    that program was in made in April of 2018 and then

7    the wind-down of the program proceeded through 2018

8    and into the early parts of 2019.

9        Q.   Did Facebook track the information it

10   made available to partners in the program as part      06:53:53

11   of the integration process?

12       A.   Can you help -- help me understand what

13   you mean by "as part of the integration process."

14       Q.   Sure.  We can take that out of that.  We

15   can take that phrase out of the question.  So I'll      06:54:20

16   restate it.

17          Did Facebook track the information it

18   made available to its partners when it pursued --

19   you know, when it engaged -- when those partners

20   engaged the process of creating a Facebook-like app     06:54:31

21   for their device?

22          MR. SCHWING:  Object to form.

23          THE DEPONENT:  Facebook tracked the API

24   calls that those integrations were making.

25       Q.   (By Mr. Melamed)  So if you were using        06:54:56

                                              Page 885

HIGHLY CONFIDENTIAL

```
 1    one of the devices that were part of this           06:54:57

 2    integration process, Facebook would have tracked

 3    API calls that the device you were using made to

 4    complete the integration process?

 5        A.   Facebook would have tracked the API calls   06:55:17

 6    made by the integration, yes.

 7        Q.   And did it do so on an individual basis?

 8             MR. SCHWING:  Object to form.

 9             THE DEPONENT:  Can you help me understand

10    what you mean by "on an individual basis."           06:55:35

11        Q.   (By Mr. Melamed)  Sure.

12             So let's make it more concrete.  Are you

13    aware whether Huawei was one of the partners, the

14    integration partners?

15        A.   There was a number of integration           06:55:55

16    partners.  I -- I don't recall all of them in

17    particular.  That information is available in the

18    interrogatory responses if you -- if you want to

19    refer to those.

20        Q.   Okay.  So I'm going to represent to you     06:56:07

21    that Huawei was identified as one of those

22    partners.

23             So if you engaged with a Huawei device

24    and said, yes, I'd like to use Facebook on this

25    device, did Facebook track the API calls that were   06:56:25
```

Page 886

```
 1    made for your information by Huawei as part of that      06:56:30

 2    integration?

 3              MR. SCHWING:  Object to form.

 4              THE DEPONENT:  Facebook would have

 5    tracked the API calls made by that integration           06:56:45

 6    using your -- an access token that had been

 7    created, emitted for you.

 8         Q.  (By Mr. Melamed)  And where would that

 9    information be logged in Facebook?

10         A.  My understanding is that would have been        06:57:13

11    logged in the API Hits tables.

12         Q.  That's the -- the API Hits table that

13    later became split as the API www and API mobile

14    tables?

15              MR. SCHWING:  Object to form.                  06:57:36

16         Q.  (By Mr. Melamed)  All I'm trying to do is

17    make sure I understand which table you're talking

18    about.

19         A.  My understanding is that information

20    would have been logged in the API Hits table when       06:57:47

21    it was a single table, and then it would have been

22    logged in one of the API Hits subsequent tables,

23    depending on the app ID.

24         Q.  And so the information would have been

25    logged by app ID, so using this example, by Huawei      06:58:06
```

HIGHLY CONFIDENTIAL

```
 1    integration app; is that correct?                    06:58:12

 2        A.   So my understanding is the way the

 3    logging works is when an app makes a request to the

 4    API, the fact that they made a request is logged

 5    and then information about the request is logged,    06:58:26

 6    so there would be a -- a row of the requests that

 7    each individual application has made.

 8        Q.   And do you know whether Facebook still

 9    has the logs of those requests from integration

10    partners?                                            06:58:55

11            MR. SCHWING:  It's outside the scope of

12    the deposition.

13            THE DEPONENT:  I'm not aware as to

14    whether Facebook retains those logs dating back

15    that far.                                            06:59:14

16        Q.   (By Mr. Melamed)  Do you know whether

17    Facebook has any logs reflecting the partner

18    integrations, the data that was requested as part

19    of the partner integrations?

20            MR. SCHWING:  Object to the form.            06:59:31

21            THE DEPONENT:  My understanding is that

22    the method table, as we've previously referred to

23    it, would include information about the API

24    requests made by device integrations.

25        Q.   (By Mr. Melamed)  Did Facebook ever         06:59:59
```

Page 888

1    receive information about users from third parties?          07:00:00

2            MR. SCHWING:  Objection to form.

3            THE DEPONENT:  Can you break the question

4    down -- down for me a little.  Did Facebook -- can

5    you ask the question again?                                  07:00:16

6        Q.   (By Mr. Melamed)  Sure.

7            So I'm moving on to topic 8, and the

8    first subtopic in topic 8 is the type -- is whether

9    and how Facebook tracked the type and purpose of

10   data and information Facebook received from third          07:00:28

11   parties.  So I'm just starting with a predicate

12   question.

13           Did Facebook receive information from

14   third parties about users?

15           MR. SCHWING:  Objection.  Vague.            07:00:43

16           THE DEPONENT:  Can you help me understand

17   what you mean by "about users."

18       Q.   (By Mr. Melamed)  Did Facebook receive

19   information about any of its users from a third

20   party and not directly from the user or the user's     07:01:00

21   friends or anybody else -- sorry.  So I'll stop

22   there.  User or user friends?

23           MR. SCHWING:  Same objection.

24           THE DEPONENT:  Again, I'm finding it hard

25   to give an answer to the question in the way          07:01:22

                                                          Page 889

```
 1    it's -- in the way it's phrased.  There's a number        07:01:24

 2    of potential different interpretations which I --

 3    which I'd like to try and understand before I give

 4    an accurate answer.

 5         Q.   (By Mr. Melamed)  What are the potential         07:01:36

 6    interpretations that are making my question

 7    unclear?

 8              MR. SCHWING:  Object to form.

 9              THE DEPONENT:  So an example that I'd

10    like to understand if you mean to include is where        07:01:49

11    a user uses a third-party app to post stories and

12    content back to Facebook.

13         Q.   (By Mr. Melamed)  Is that one way that

14    Facebook received information about users from

15    third parties?                                            07:02:11

16         A.   It depends on your interpretation of

17    whether it comes from a third party.  So that's --

18    that's the thing I'm having -- just I want to get

19    clarity on to make sure I'm going to give you an

20    accurate answer.                                          07:02:31

21         Q.   Do you interpret that as coming from a

22    third party?

23              MR. SCHWING:  Object to form.

24              THE DEPONENT:  The API request is being

25    made by -- typically made by code written by a            07:02:46
```

Page 890

1    third party, but it's in response generally to a          07:02:50

2    user's activity in that app.

3         Q.   (By Mr. Melamed)  Did Facebook ever

4    receive data about individual users through the use

5    of the Facebook Pixel?                                    07:03:06

6              MR. SCHWING:  Outside of the scope of the

7    deposition to the extent of at least advertising.

8              You can go ahead and answer if you know,

9    sir.

10             THE DEPONENT:  Yeah.  So the Facebook           07:03:19

11   Pixel is a -- an advertising -- advertising

12   product.  My understanding if that a user was using

13   an app or website integrated with the Facebook

14   Pixel, then some information about activities in

15   that API or website would be shared back with           07:03:39

16   Facebook.  But -- the specifics of how the Facebook

17   Pixel works is not -- is not something I'm

18   particularly well qualified to -- to speak to.

19        Q.   (By Mr. Melamed)  Did Facebook use its

20   Pixel product for anything other than                    07:03:55

21   advertising-related purposes?

22        A.   The Facebook Pixel is an -- is an

23   advertising product, and my understanding is its

24   purpose is to do with -- with advertising.

25        Q.   What about the Facebook Like button?  Did      07:04:23

Page 891

HIGHLY CONFIDENTIAL

```
 1   Facebook ever receive information from the use of      07:04:27

 2   the Facebook Like button on third-party websites?

 3       A.   So in order to -- to render a Like

 4   button, if a user visits a Web page that has the

 5   Like button embedded, then the Like button would      07:04:46

 6   get -- a call would be made to Facebook servers

 7   to -- to render the Like button, and in the act of

 8   doing that, Facebook would know that a Like button

 9   had been rendered on a particular page.  If the

10   user who had logged in -- sorry.                      07:05:04

11           If the user was logged in to Facebook at

12   the time that they noted the Web page with the Like

13   button in it, Facebook would know that that Like

14   button had been rendered on behalf of the user.

15       Q.   Did -- was it required -- well, let me       07:05:27

16   step back and ask a different question.

17           You said that if the user was logged in

18   to Facebook at the time they clicked the Like

19   button on another site, then the information would

20   be rendered back to Facebook that that individual    07:05:44

21   had clicked it; is that correct?

22       A.   Sorry.  No.  I want to clarify.

23           What I mean is if a user visits a website

24   that has embedded the Like button on it, then a

25   call will be made to Facebook servers to render the  07:06:03
```

Page 892

HIGHLY CONFIDENTIAL

```
 1    Like button.                                    07:06:06

 2          If the user who visited that Web page was

 3    logged in to Facebook, then Facebook would know

 4    that the user was logged in, and that was

 5    information used to make the Like button function.  07:06:26

 6          Q.   Would the Like button -- let me withdraw

 7    that.

 8          Was it a prerequisite for the Like button

 9    appearing on a -- on a third party's website that

10    the user be logged in to Facebook before visiting  07:06:46

11    that website?

12          A.   Sorry.  I'm not sure I understand the --

13    the question.  Can you ask -- can you ask it again.

14          Q.   Sure.

15          So let's say you go to a website and you      07:06:59

16    see a Like button.  Does -- does that indicate to

17    Facebook -- let me withdraw that.

18          Does that mean that you have -- you are

19    logged in to Facebook in order to see that Like

20    button?                                            07:07:15

21          A.   No.  The Like button would be rendered --

22    the people -- if -- if they were logged in to

23    Facebook or if they were not logged in to Facebook.

24          Q.   And now let's say you are on the website

25    with the Like button and you click -- you select   07:07:32
```

Veritext Legal Solutions
866 299-5127

```
 1    the Like button.  You click it.                    07:07:34

 2            In what circumstances would that

 3    information be communicated -- that you had clicked

 4    the Like button be communicated back to Facebook?

 5            MR. SCHWING:  Object to form.               07:07:48

 6            THE DEPONENT:  Typically the purpose of

 7    the Like button is that when you click it, you're

 8    telling Facebook that you like the page on which

 9    it's embedded or the entity for which it is set up.

10    So the act of clicking on the Like button would     07:08:05

11    tell Facebook that you had liked it.

12        Q.   (By Mr. Melamed)  Would you need to have

13    first opened a browser page or the Facebook app and

14    logged in before Facebook could track that you had

15    clicked the Like button?                            07:08:26

16        A.   Yes.  For Facebook to register a Like, it

17    needs to be associated with your Facebook user

18    account, and so if you clicked the Like button, the

19    Like would not be registered unless you were logged

20    in to Facebook.                                     07:08:47

21        Q.   Is it -- is it necessary that you have

22    logged in to Facebook during that browsing session

23    in order for the Like button to -- communication

24    about your clicking the Like button to be

25    communicated back to Facebook?                      07:09:08
```

```
 1        A.   The Like button is or was -- is rendered      07:09:14

 2   through your Facebook session.  So if you're logged

 3   in to Facebook in your browser, then the Like

 4   button will render as if you're logged in.

 5        Q.   And if you had logged in to Facebook and      07:09:35

 6   then quit your browser and then reopened it without

 7   going back to Facebook and went to a website and

 8   clicked on a Like button, would your session still

 9   be open such that the -- the information that you

10   clicked that Like button would be communicated back   07:09:54

11   to Facebook?

12        A.   The way Facebook sessions work is --

13   Facebook browser sessions work sometimes change,

14   depending on the user and the user settings.  But

15   in general, if you log in to Facebook in your         07:10:15

16   browser and then close the browser and reopen the

17   browser and go back to Facebook, you'll still be

18   logged in to Facebook, and that session will carry

19   over to the Like button too.

20        Q.   And is -- what about if I logged -- if       07:10:31

21   you had logged in to Facebook, closed your

22   computer -- closed your browser and restarted your

23   computer.  Is it generally true that your session

24   with Facebook would still be open?

25        A.   So it would depend on your browser           07:10:54
```

Page 895

```
1    settings as well, for example.  But typically, the      07:10:57

2    default browser behavior is the -- unless you log

3    out of Facebook, you remain logged in to Facebook

4    unless some other session invalidation event has

5    occurred.                                                07:11:16

6         Q.   What other types of sessions invalidation

7    events are there other than logging out?

8         A.   So, for example, if you change your

9    password, if you -- if you have changed your

10   password on your phone, for example, then Facebook      07:11:31

11   may log you out of other places in order to protect

12   your security.  That's one example of when a

13   session -- a Facebook session may be terminated.

14        Q.   When that -- when you have selected that

15   Like button, does Facebook track the information        07:11:53

16   internally that you have selected a Like button on

17   the site you were visiting?

18            MR. SCHWING:  Object to form.

19            THE DEPONENT:  Can you just be clear

20   about what mean we by "select."  Earlier you talked     07:12:06

21   about "click on the Like button."  Is -- is that

22   what you mean?

23        Q.   (By Mr. Melamed)  I'm sorry.  I don't

24   mean to be -- I'm not meaning to be overly

25   technical or trick you.                                 07:12:17
```

                                                    Page 896

HIGHLY CONFIDENTIAL

```
 1              Let's say you click -- you go to visit a        07:12:18
 2     website.  You click on a Like button.  That
 3     information, we've established, if you have an open
 4     session, is communicated back to Facebook, correct?
 5         A.   Correct.  If you click on a Like button         07:12:28
 6     and you're logged in to Facebook, then Facebook
 7     will register the fact that you've liked the URL
 8     entity for which the Like button has been set up.
 9         Q.   Where does Facebook register that
10     information in its internal systems?                     07:12:44
11         A.   So clicking on the Like button --
12     sorry -- sorry.
13              MR. SCHWING:  It's okay.
14              THE DEPONENT:  When you like something
15     using the Like button, that is considered a part of     07:13:01
16     your Facebook profile, and it will be logged in, in
17     general, what we call the "social graph," so the --
18     the database that stores profile information and --
19     and activities about you.
20         Q.   (By Mr. Melamed)  And that is in TAO; is        07:13:23
21     that correct?
22         A.   TAO is a -- is a cache on -- on top of
23     the -- the Facebook database.  So typically, yes,
24     when you perform a user action like that, it will
25     first be stored in TAO.                                  07:13:43
```

Page 897

HIGHLY CONFIDENTIAL

```
1        Q.   And then it would also be stored in Hive;    07:13:46

2    is that right?

3             MR. SCHWING:  Object to form.

4             THE DEPONENT:  So generally, Hive would

5    also include the fact that you clicked on the Like    07:14:03

6    button, yes.

7        Q.   (By Mr. Melamed)  Did Facebook ever

8    collect information about a user when the user

9    logged in to Facebook from a mobile device?

10            Sorry.  Let me restate that.               07:14:23

11            Did Facebook collect user's -- ever

12   collect a user's phone number when the user logged

13   in from a mobile device?

14       A.   Sorry.  Let's -- I'm not sure I

15   understand -- again, understand the question.       07:14:44

16            If a user logged in to -- to -- to what?

17       Q.   To Facebook.  If a user logged in to

18   Facebook from their mobile device, did Facebook

19   ever collect that user's phone number via that

20   interaction without -- without explicitly asking    07:15:02

21   the user to collect that information?

22       A.   So, again, are you talking about where a

23   user logs in to Facebook using a phone number?

24       Q.   No.  Just logs in without using a phone

25   number, using the user name and password that's not 07:15:22
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | a phone number, from a mobile device.  Did Facebook | 07:15:26 |
| 2 | ever collect, as part of that, the phone number | |
| 3 | that the user had logged in -- the phone number of | |
| 4 | the device that the user had logged in? | |
| 5 | MR. SCHWING:  Object to form. | 07:15:40 |
| 6 | THE DEPONENT:  Yeah, I'm -- I'm not | |
| 7 | certain that -- that -- I don't know if that's | |
| 8 | happened or not.  It's possible that mobile -- the | |
| 9 | mobile operating system or the carrier transmits | |
| 10 | some of that information.  I'm -- I'm not an expert | 07:16:02 |
| 11 | in -- in how Facebook's login processes work and | |
| 12 | what -- what information is exchanged with Facebook | |
| 13 | from the device or the carrier that they're logging | |
| 14 | in on. | |
| 15 | Q.   (By Mr. Melamed)  I'm asking because I'm | 07:16:16 |
| 16 | trying to establish whether Facebook collected | |
| 17 | these things and then, if so, where they tracked | |
| 18 | them.  And that's the connection to the topic, just | |
| 19 | to be clear. | |
| 20 | Did Facebook collect users' mobile device | 07:16:30 |
| 21 | IDs? | |
| 22 | A.   Can you be more specific, "mobile device | |
| 23 | IDs." | |
| 24 | What do you mean by that?  Sorry. | |
| 25 | Q.   Did Facebook ever collect a user's IDFA | 07:16:59 |

Page 899

```
 1    when the user logged in to Facebook using their        07:17:08

 2    mobile device?

 3         A.   By "IDFA," you're referring -- what are

 4    you referring to with "IDFA"?  You're referring to

 5    Apple's -- Apple's identifier, which is specific to     07:17:25

 6    iOS?

 7         Q.   Let's -- let's start there.  Did Facebook

 8    ever collect a user's Apple identifier that was

 9    specific to iOS when the user logged in to

10    Facebook?                                               07:17:38

11         A.   Logged in to Facebook when?  On a mobile

12    or on -- again, I -- again, I'm not trying to be

13    difficult here.  I want to make sure I'm giving you

14    the best possible answers I can.

15              These -- these terms and topics are very      07:17:54

16    complicated, and I want to make sure I'm giving you

17    the right answer.

18         Q.   If a user logged in to Facebook using an

19    Apple mobile device, did Facebook -- at any point

20    in Facebook's history relevant to this case, 2007       07:18:05

21    to present, did Facebook collect a device

22    identifier?

23         A.   Again, maybe I'm back to -- we got to --

24    a specific type of device identifier there, but

25    we're going back to general device identifiers,         07:18:27
```

Page 900

1    which is a term I'm not sure I fully understand.        07:18:31

2            I see Special Master Garrie --

3       Q.   Are you --

4       A.   -- is on the -- on the call.

5            THE DEPONENT:  Is there guidance you'd         07:18:37

6    like to give, Mr. Garrie?

7            SPECIAL MASTER GARRIE:  Not yet.

8       Q.   (By Mr. Melamed)  Did -- when Facebook --

9    when a user logged in to Facebook using an Apple

10   mobile device, did Facebook ever collect the IDFA,      07:18:48

11   which is the Apple device identifier?

12      A.   My understanding is that while I'm not an

13   expert, again, at Facebook's login systems and how

14   that works, my understanding is that yes, if you

15   logged in to Facebook -- a Facebook app on iOS,         07:19:11

16   then the Facebook app -- then Apple would provide

17   the IDFA to Facebook.

18      Q.   And if the user logged in to the Facebook

19   via Android, would Facebook collect the user's GA

20   ID?                                                     07:19:37

21      A.   I'm less familiar with -- with -- with

22   how Android works.  Assuming they're relatively

23   similar, my understanding is that yes, Google would

24   provide Facebook with an ID for that device.

25      Q.   How -- how did Facebook associate those        07:19:59

Page 901

HIGHLY CONFIDENTIAL

```
 1    IDs with users in their -- in Facebook's internal      07:20:05

 2    systems?

 3           MR. SCHWING:  Outside of the topic, the

 4    scope of the deposition.  It's vague.

 5           THE DEPONENT:  Yeah, I -- I'm not an            07:20:23

 6    expert in -- in how these -- how these systems

 7    work.  From -- from my experience, though, what I

 8    do know is that if you are logged in to Facebook on

 9    a device and that device has provided Facebook with

10    such a device identifier, then that connection       07:20:44

11    would be associated with the user in Facebook's

12    databases, although the precise nature and how that

13    was stored is not something I'm -- I'm an expert

14    on.  I cannot give canonical testimony on.

15        Q.  (By Mr. Melamed)  And so your -- you do       07:21:05

16    not want to provide testimony on -- well, let me

17    state this in a positive way.

18           Can you identify how Facebook tracked

19    mobile device IDs that were associated with users?

20           MR. SCHWING:  Outside the scope of the         07:21:28

21    deposition.

22           You can answer, if you can answer.

23           THE DEPONENT:  My understanding is that

24    when a user logged in to a mobile device and that

25    mobile device provided the Facebook app on that      07:21:41
```

Page 902

HIGHLY CONFIDENTIAL

```
1    device with an identifier, then that would be          07:21:44

2    logged in Facebook's data infrastructure as being

3    associated with the user ID who logged in on that

4    device.

5         Q.   (By Mr. Melamed)  Do you know where that     07:22:02

6    information would be tracked?  Is there a name of a

7    document or a data system that tracks that

8    association?

9              MR. SCHWING:  Same objections.

10             THE DEPONENT:  Again, precisely the           07:22:13

11   systems that -- that are used to -- to store that

12   information.  I think Hive -- the association would

13   be -- would have been and would be stored in Hive.

14   It would likely also have been stored in TAO and

15   the Facebook -- you know, in TAO, in those            07:22:38

16   databases.

17        Q.   (By Mr. Melamed)  Are you familiar with

18   the term "reciprocity" as it relates to the

19   relationship between Facebook and developers -- let

20   me break this down.                                    07:23:02

21             Are you familiar with the term

22   "reciprocity" as it is used inside Facebook?

23             MR. SCHWING:  Objection as vague.

24             THE DEPONENT:  I -- I've heard the term

25   used inside Facebook and seen it used in -- in some    07:23:14
```

Page 903

```
1    documents.                                          07:23:18

2         Q.   (By Mr. Melamed)  What is your

3    understanding of what the term means?

4              MR. SCHWING:  Objection.

5         Q.   (By Mr. Melamed)  Inside Facebook?        07:23:23

6              MR. SCHWING:  Objection.  Vague.  Outside

7    the scope.

8              Go ahead.

9              THE DEPONENT:  Yeah, I can't speak to how

10   that term is used inside Facebook in its entirety.  07:23:35

11   There's likely a number of ways in which that term

12   has or has not been used by different teams at

13   different times.  The thing I -- the context I'm

14   aware of it being used in is -- to do with the

15   Facebook developer platform.                        07:23:56

16        Q.   (By Mr. Melamed)  And can you explain the

17   context -- the definition of that term and the

18   context in which you are familiar with it being

19   used?

20             MR. SCHWING:  Object to form.             07:24:09

21             THE DEPONENT:  I'm aware of the term

22   being used to refer to information being made

23   available to developers and users having the option

24   to share similar data back to Facebook as part of a

25   Facebook integration.                               07:24:40
```

Page 904

```
 1          Q.   (By Mr. Melamed)  How do use users share        07:24:46

 2     information back to Facebook through third-party

 3     developers?

 4               MR. SCHWING:  Object to form.

 5               THE DEPONENT:  Users using Facebook             07:24:59

 6     platform apps have -- used to have the ability to

 7     share stories from the app base back to Facebook

 8     that would appear on their Facebook timeline and

 9     friends' newsfeeds.

10          Q.   (By Mr. Melamed)  Is there any other           07:25:18

11     information that third-party apps provided to

12     Facebook about individual users?

13               MR. SCHWING:  Object to form.

14               THE DEPONENT:  Again, can you be specific

15     about the -- about the time period.  Is that the        07:25:45

16     entire thing?

17          Q.   (By Mr. Melamed)  Let's start in 2007.

18     What kind of information could -- could apps share

19     back to Facebook about individual users?

20               MR. SCHWING:  Object to form.                  07:26:01

21               THE DEPONENT:  So when an app is making

22     API calls using a user's access token, the nature

23     of making the API call is potentially indicative of

24     a user's activity in that app, although it isn't

25     necessarily.                                             07:26:24
```

Page 905

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Melamed)  What about information      07:26:39

 2   that users provided a third-party app directly?

 3   Did third-party apps ever provide that information

 4   back to Facebook?

 5             MR. SCHWING:  Objection.  Vague.            07:26:54

 6             THE DEPONENT:  Sorry.  Can you ask the

 7   question again.

 8        Q.   (By Mr. Melamed)  I'm not trying to be

 9   difficult here.  I'm trying to establish

10   foundationally whether Facebook was receiving        07:27:22

11   information -- so Facebook provided information to

12   app users through Facebook could provide

13   information to apps, correct?

14        A.   Through the Facebook platform, users

15   could provide information to apps, yes.              07:27:37

16        Q.   And as -- within the definition of

17   "reciprocity," as you explained it, there was this

18   idea that there could be an exchange, which meant

19   that users should also be able to enable apps to

20   provide information back to Facebook, their          07:27:52

21   information back to Facebook, correct?

22             MR. SCHWING:  Misstates testimony.

23   Object to form.

24             THE DEPONENT:  So going back to that

25   definition of "reciprocity" as -- as I understand    07:28:05
```

Page 906

```
 1   it, it's a very-high level idea that if an app is          07:28:08

 2   accessing information on behalf of a user, that

 3   that app would also offer the user the opportunity

 4   to share similar information back to Facebook.

 5        Q.   (By Mr. Melamed)  Did that process ever          07:28:33

 6   occur?  Did apps ever provide -- did users --

 7   did -- were users ever able to enable an app to

 8   provide information back to Facebook?

 9        A.   Yes.  One of the common features of the

10   Facebook platform was that it allowed users to              07:28:55

11   choose to share activity in the app back to

12   Facebook.

13        Q.   How did Facebook track the information

14   that it received from users through third-party

15   apps?                                                       07:29:14

16        A.   If the user chose to share their activity

17   in an app back to Facebook, then, for example, to

18   post a story or to share a story with their

19   friends, then -- then yes, that -- that information

20   would be stored against the user's Facebook profile        07:29:36

21   and made available on their timeline to their

22   friends.

23        Q.   Where would that -- in which internal

24   Facebook systems would that information be stored?

25        A.   If the user chose to share a story back          07:29:56
```

Page 907

```
 1    to Facebook from a third-party app, then that would    07:29:58

 2    be stored in TAO and made available on the user's

 3    timeline and then potentially rendered in their

 4    friends' newsfeeds.

 5         Q.   The information that users could share to     07:30:18

 6    Facebook through third-party apps was not limited

 7    to stories, correct?

 8         A.   The -- the information that users could

 9    share or choose to share back to Facebook included

10    stories, posts for their timeline, and also at a       07:30:38

11    time included what was known as Open Graph actions.

12         Q.   Can you provide a description of what

13    Open Graph actions are?

14         A.   Open Graph refers to a -- a -- a product

15    that Facebook had between 2011 and sometime later      07:31:02

16    where developers could share structured activity

17    about a user's activity in their app back to

18    Facebook so it could be shared with their -- their

19    friend -- shared with their friends on their

20    Facebook timeline.                                     07:31:30

21         Q.   Was all of the information that was

22    shared back to Facebook through Open Graph actions

23    shared with the user's friends via the user's

24    timeline?

25              MR. SCHWING:  Object to form.                07:31:45
```

Page 908

```
 1              THE DEPONENT:  The information shared          07:31:51

 2   back to Facebook, the user could choose who had --

 3   which of their friends had the permissions to -- to

 4   see that information.

 5       Q.   (By Mr. Melamed)  Was there any               07:32:20

 6   information from a third-party app shared back to

 7   Facebook that was associated with the user that

 8   Facebook did not make available to share via the

 9   user's timeline?

10              MR. SCHWING:  Object to form.               07:32:42

11              THE DEPONENT:  Sorry.  Can -- can you ask

12   that again.

13       Q.   (By Mr. Melamed)  Was there any

14   information from a third-party app that was shared

15   back to Facebook associated with an individual user    07:32:53

16   that Facebook did not make available via the user's

17   timeline -- did not make available to be shared via

18   the user's timeline?

19              MR. SCHWING:  Same objections.

20              THE DEPONENT:  So referring back to my --    07:33:16

21   my previous testimony about when an app makes an

22   API call using an access token of a user, that is

23   potentially indicative of the user's activity in an

24   app, and that wouldn't necessarily be shared on a

25   user's timeline.                                       07:33:39
```

```
 1        Q.    (By Mr. Melamed)  Was there any other        07:33:42

 2   type of information other than the fact of an API

 3   call being potentially indicative of the user's

 4   activity that would be shared back to Facebook but

 5   not be made available for the user to share via        07:33:56

 6   their timeline?

 7        A.    So there was -- a product called App

 8   Events at a time which allowed developers to share

 9   activity in their application back to Facebook for

10   the purposes of app analytics.                         07:34:26

11        Q.    What time period did App Events exist?

12        A.    My understanding is App Events were built

13   or made available around 2013 to 2014, and I think

14   that product was deprecated around 2017, 2018,

15   although I'm not sure on the specific dates.           07:35:01

16        Q.    Who would you ask if you wanted to know

17   the specific dates during which App Events was

18   available to be used by third parties?

19        A.    The first thing I'd do is look -- look on

20   the Facebook developer website and see if I could     07:35:18

21   ascertain that information myself.

22        Q.    Okay.  When Facebook received information

23   about App Events in this context, how did it

24   associate that information in its internal systems

25   with individual users?  And I'm not asking for        07:35:40
```

Page 910

HIGHLY CONFIDENTIAL

```
 1    technical explanation; I'm asking for how --        07:35:42

 2          Let me restate it to make it more

 3    general.

 4          How did Facebook track the information

 5    that it received from App Events about an           07:35:50

 6    individual user?

 7          MR. SCHWING:  Object to form.

 8          THE DEPONENT:  So Facebook would have

 9    tracked App Events in its various databases,

10    including Hive.                                      07:36:10

11      Q.   (By Mr. Melamed)  Do you know in which

12    tables it could track App Events?

13      A.   My understanding is that the API Hits

14    table would include App Events where the -- where

15    there was a logged-in user.                         07:36:35

16      Q.   Again, I don't mean to make you repeat

17    this testimony.  I really just do want to make sure

18    I'm understanding it.

19          The API Hits table you're describing, is

20    that the -- what subsequently became the API -- the 07:36:48

21    API_hits_mobile and API_hits_www tables?

22      A.   That's my understanding.  These -- these

23    App Events were implemented as Graph API calls, and

24    as such, the information would be tracked in -- in

25    those tables.                                        07:37:17
```

Page 911

```
 1         Q.   Other than from advertisers and data        07:37:26

 2    brokers, did Facebook ever receive payment from any

 3    third party for user information?

 4         A.   No.  Facebook does not sell user data.

 5         Q.   Let me -- let me just make sure I           07:37:43

 6    understand your answer.  I just asked whether it

 7    received payment.  So is the answer the same?

 8         A.   Facebook does not sell user data, and

 9    therefore I'm not aware of a time Facebook has

10    received payment for user data.                        07:38:05

11         Q.   Has Facebook ever received any payment

12    for aggregated user data other than the context

13    that you're now testifying today as the targeted

14    advertising and data brokers?

15         A.   I'm -- I'm not aware of any time Facebook    07:38:35

16    has received payment for aggregated user data.

17         Q.   Did Facebook ever evaluate the value to

18    Facebook of aggregated user data?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  Sorry.  The value to         07:39:08

21    Facebook of aggregated user data?  I'm sorry.  I'm

22    not sure I understand the question.

23         Q.   (By Mr. Melamed)  Let me restate it more

24    simply.

25              Did Facebook ever evaluate the value to      07:39:16
```

HIGHLY CONFIDENTIAL

```
1    Facebook of user data?                              07:39:19

2            MR. SCHWING:  Object to form.  Outside

3    the scope of the deposition.

4            THE DEPONENT:  I'm not sure how to answer

5    that.  I'm just sure not how to answer that        07:39:39

6    question.

7            Like -- yeah.  It's a -- it's a very --

8    I'm not sure how to answer that question.

9        Q.   (By Mr. Melamed)  Did Facebook ever

10   attempt to evaluate the value to Facebook of any   07:40:00

11   particular type of user data?

12           MR. SCHWING:  Object to form.

13           THE DEPONENT:  Again, could you give me

14   an example of what you mean by "type of user data"?

15       Q.   (By Mr. Melamed)  Did Facebook ever        07:40:21

16   attempt to evaluate the value to Facebook of data

17   about where a user was educated, the user,

18   you know -- an individual data point, an individual

19   piece of information?

20           MR. SCHWING:  Object to form.              07:40:50

21           THE DEPONENT:  Again, I'm not sure how to

22   answer that -- that question.  It's -- it's

23   possible that an analysis was done across the

24   15-year time period.  I -- like -- it's hard to --

25   hard to -- hard to understand what's meant by -- by  07:41:12
```

Page 913

HIGHLY CONFIDENTIAL

```
 1    "value" in this context or even evaluate.          07:41:16

 2            So I'm just not sure I can answer that

 3    question.

 4        Q.   (By Mr. Melamed)  When Facebook engaged

 5    in the process of determining whether to deprecate  07:41:29

 6    certain types of API calls, did it conduct any

 7    evaluation of the potential financial impact to

 8    Facebook of deprecating those calls?

 9            MR. SCHWING:  The question is vague.

10            THE DEPONENT:  I've seen analysis that       07:41:50

11    was done to estimate the potential financial impact

12    of -- of -- of a range of API changes that -- that

13    were made in 2014, and the analysis, as I

14    understand it, looked at the totality of the

15    changes rather than user data specifically.         07:42:15

16        Q.   (By Mr. Melamed)  Is that a specific

17    document you're referencing?

18        A.   I'm thinking back to a document that was

19    prepared to try to understand the impact of the

20    changes in 2014 on the games ecosystem.             07:42:36

21        Q.   As a matter of course, did Facebook track

22    the valuation of -- its valuation of different

23    types of user data over time?

24            MR. SCHWING:  Object to form.

25            THE DEPONENT:  Again, hard -- hard to        07:43:00
```

Page 914

| | | |
|---|---|---|
| 1 | answer that question by -- do you mean -- yeah. | 07:43:01 |
| 2 | It's like very -- very broad question.  Hard to | |
| 3 | give a specific answer. | |
| 4 |      Could you -- could you be more specific | |
| 5 | about a context, and maybe that would help give an | 07:43:12 |
| 6 | accurate answer. | |
| 7 |    Q.   (By Mr. Melamed)  Did Facebook ever look | |
| 8 | at the value of the information it was receiving | |
| 9 | about its users and evaluate what that value was | |
| 10 | over time?  Did it track how much different user | 07:43:27 |
| 11 | information was worth over time? | |
| 12 |      MR. SCHWING:  Object to form. | |
| 13 |      THE DEPONENT:  So I can give some | |
| 14 | examples that might -- might help here.  For | |
| 15 | example, if an app -- if a user is using an | 07:43:48 |
| 16 | application and is sharing stories from the | |
| 17 | application back to Facebook, then it was using | |
| 18 | that, then Facebook would track the monthly active | |
| 19 | users involved in -- in using the application and | |
| 20 | would -- would track the -- the stories shared from | 07:44:09 |
| 21 | that application and would -- likely also track | |
| 22 | clicks from Facebook back to that application that | |
| 23 | the user or a user's friends had -- had taken from | |
| 24 | Facebook. | |
| 25 |      So there's -- there's are three types of | 07:44:32 |

Page 915

1    things that I'm aware of that were tracked in          07:44:34

2    relation to the Facebook developer platform in

3    third-party developers, which is what I believe

4    that this case is broadly about.

5         Q.   (By Mr. Melamed)  What -- let me withdraw    07:44:50

6    that.

7              For those examples, were there particular

8    document types that provided this tracking

9    information, names of reports, internal systems,

10   et cetera?                                             07:45:05

11             MR. SCHWING:  The question is vague.

12             THE DEPONENT:  Again -- typically --

13   typically, this kind of -- this information would

14   be tracked in -- in Hive, Facebook's data

15   warehouse, and may have been propagated into other    07:45:19

16   systems as well.  But typically, if I wanted -- if

17   somebody wanted to understand how many users were

18   using an application or the stories being shared

19   from it, typically you would -- you would query

20   that information in Hive.                              07:45:36

21        Q.   (By Mr. Melamed)  We've talked about the

22   method table -- correct? -- during -- during your

23   testimony today?

24        A.   Yes, we've talked about the method table.

25        Q.   Can you tell me what types of information   07:46:11

Page 916

```
 1    are reflected in the method table?                    07:46:14

 2         A.   So going -- going from memory here.

 3    These are some of the things I recall in that

 4    table.

 5              The first is the app ID, which refers to    07:46:30

 6    the specific Facebook application that would have

 7    made the API call.

 8              Another thing that was tracked was the

 9    API method, which refers to when an API call is

10    made to a particular URL, that maps to -- to a        07:46:52

11    method, which is the atomic unit of -- of an API

12    response on the Facebook side.

13              The next thing that were tracked is the

14    number of unique users whose access token was being

15    used to request that information on that given day    07:47:15

16    and then a count of the number of requests that the

17    given app made to the given method on the given

18    day.

19              And then my understanding is that another

20    column is the count of errors, which will be          07:47:38

21    proportion of the calls that were made.

22              So from my understanding, that's --

23    that's some of the information at least tracked in

24    that table.

25         Q.   You just -- you just described the method   07:47:53
```

Page 917

1    as "the atomic unit" of an API response on the          07:47:55

2    Facebook side.  Can you elaborate on the

3    relationship between an API call and a method?

4        A.   A method is -- refers to a code -- a

5    piece of code or a set of code on -- in Facebook's       07:48:17

6    infrastructure that is written to respond to a

7    given API request.

8             When an app makes a call to the API,

9    it -- it supplies information it would like in that

10   request, and those requests are mapped to a method.      07:48:45

11       Q.   Is there a one-to-one mapping between the

12   API and the method that is used to call the

13   information requested by that API?

14       A.   So that -- that depends on your -- on the

15   specific definition of API which is being used           07:49:09

16   in -- in context.

17            So I wouldn't say it's a necessarily a

18   one-to-one mapping, so -- yeah, I wouldn't say it's

19   necessarily a one-to-one mapping.

20       Q.   Can you explain why there isn't               07:49:23

21   necessarily a one-to-one mapping?

22       A.   So, for example, we talk about the Graph

23   API as a -- as a -- as a thing.  But the Graph API

24   is a -- is a collection of methods, and so

25   sometimes people are referring to it an API and          07:49:41

Page 918

| | | |
|---|---|---|
| 1 | they mean the Graph API or another company's API | 07:49:44 |
| 2 | or -- or, you know, something like that, or they | |
| 3 | may be referring to an endpoint -- an API endpoint, | |
| 4 | or they may be referring to an API synonymous with | |
| 5 | a method. | 07:50:02 |
| 6 | So the terminology used there is -- is | |
| 7 | ambiguous, and the -- changes depending on the | |
| 8 | context. | |
| 9 | Q.   I'm sorry. | |
| 10 | Does Facebook maintain an index that maps | 07:50:11 |
| 11 | methods to specific API requests? | |
| 12 | A.   There is code -- there is code that maps | |
| 13 | an incoming API request to the method which exists | |
| 14 | to serve that request. | |
| 15 | Q.   Is that information publicly available? | 07:50:35 |
| 16 | A.   That's -- that refers to Facebook's | |
| 17 | internal systems of how -- how the API is | |
| 18 | documented publicly and then how Facebook's | |
| 19 | internal systems map an incoming API request to a | |
| 20 | method, which is a concept inside Facebook's code | 07:51:05 |
| 21 | base. | |
| 22 | Q.   I'm asking because if the method table | |
| 23 | provides the method, I'm curious how we can use | |
| 24 | that method that's identified to map to an | |
| 25 | individual API request. | 07:51:23 |

Page 919

1      Does that make -- does my -- so I'm                    07:51:26

2   asking whether Facebook maintains something that

3   would enable us to do that.

4      A.   Facebook maintains ways to resolve a

5   method from a specific API call.  I'm not aware of     07:51:40

6   a programmatic method that would map a method to,

7   say, part of the Facebook developer documentation,

8   although those mappings can be -- can be drawn

9   manually.

10          (Exhibit 426 was marked for                      07:51:59

11   identification by the court reporter and is

12   attached hereto.)

13          MR. MELAMED:  I've introduced what's been

14   marked as Exhibit 426.  Exhibit 426 is an excerpt

15   from a CSV file produced in this case, Bates number   07:52:26

16   FB-MDL-MTHD-00080.csv.

17          Mr. Cross and Counsel, for the record,

18   these files are each individually so large that we

19   could not share them, so this is an excerpt of ten

20   rows of one of the -- what have been identified by    07:52:52

21   counsel as the method table files.  I just want to

22   use this as an example to talk through.  I'm not

23   asking questions about these individual entries

24   other than to understand what they -- the

25   information that they represent.                       07:53:08

Page 920

```
 1        Q.   (By Mr. Melamed)  Mr. Cross, are you        07:53:08

 2   familiar with the type of information that's

 3   reflected in this document, Exhibit 426?

 4        A.   Yes, I am.

 5        Q.   And you reviewed it in preparation for      07:53:24

 6   today?

 7        A.   I -- I -- I think I reviewed this sample

 8   in preparation for today, and I -- I've worked with

 9   API methods previously.

10        Q.   And so can you see my screen, that I'm      07:53:36

11   sharing Exhibit 426?

12        A.   I can, but I also have the information

13   available, so I don't think you need to, unless

14   it's useful for you, Mr. Melamed.

15             MR. MELAMED:  Thank you.  I'll share for    07:53:50

16   now.  I've enlarged -- the only change I've made to

17   what I think you downloaded and is enlarged in

18   column size just so we can see a little bit more of

19   what's in the column.

20        Q.   (By Mr. Melamed)  When you used the         07:53:59

21   method table internally, is this the format that is

22   returned to you?

23        A.   Yes, this matches how information is

24   represented in the method table.

25        Q.   So if you look at column A in that, the     07:54:19
```

```
 1    header of column D is DS.                        07:54:22

 2         Do you see that?

 3    A.   I do.

 4    Q.   And what does DS stand for in this

 5    context?                                          07:54:28

 6    A.   DS is the standard way in which Hive

 7    tables are partitioned.  It would refer to a

 8    particular date.

 9    Q.   So all of the entries on this excerpt

10    reflect entries from December 19th, 2019; is that  07:54:46

11    accurate?

12    A.   My understanding is that these were --

13    would reflect API calls made by a given application

14    in a given 24-hour time window indicated by the

15    date, yes.                                        07:55:04

16    Q.   And column B is app ID.

17         Do you see that?

18    A.   I do.

19    Q.   And that is a -- is the app ID a wholly

20    numeric identifier?                               07:55:17

21    A.   Yes.  App IDs follow Facebook's standard

22    ID infrastructure and are numeric in nature.

23    Q.   And what is Facebook's standard ID

24    infrastructure?

25    A.   So what I mean by that is when an object     07:55:43
```

HIGHLY CONFIDENTIAL

```
 1    is created in Facebook's TAO -- TAO-fronted            07:55:46

 2    databases, that entity will be given an ID, and

 3    those IDs are used for -- today are used for any

 4    entity in the Facebook social graph database.

 5         Q.   Is there --                                  07:56:13

 6         A.   Let -- let me back up.  I want to make

 7    sure the record is clear on this.

 8              There are -- today, if an entry is

 9    created in -- in Facebook's databases, it will be

10    given an ID, but there are entities in Facebook's    07:56:27

11    databases which were created before this ID scheme

12    was -- was created, and in those cases, those

13    entities may have a different form of ID.

14         Q.   When was this ID scheme created?

15         A.   I don't -- I'm not sure on the precise      07:56:48

16    date.  This is a question about Facebook's general

17    data infrastructure, but my understanding is it's

18    worked this way or a variant of this way during

19    my -- my entire tenure at Facebook.

20         Q.   And are you familiar with what the          07:57:06

21    structure of an API ID was before the time period

22    when the --

23              This is a super simple question.  Let me

24    restate this.

25              Do you know what they looked like before?   07:57:26
```

Page 923

1      A.   My understanding is that app IDs and all      07:57:27

2   Facebook user IDs -- all Facebook object IDs have

3   always been numeric.

4      Q.   They just have a different -- was it a

5   different number of numerals in the ID?      07:57:40

6      A.   Yes.  Facebook's user ID space has -- has

7   increased over time, and earlier on it was a

8   smaller number of digits, and now it's more.

9      Q.   Do any of the digits in an app ID

10  indicate anything about the app?  For instance, do      07:57:59

11  certain -- are certain types of app IDs reflective

12  of the fact that they are internal Facebook apps?

13     A.   No.  The -- the format of a Facebook user

14  ID does not determine whether or not it's internal

15  or external third party.  However, you could      07:58:22

16  theoretically determine broadly if an app idea is

17  old or new based on the number of digits in the ID,

18  for example.

19     Q.   Does Facebook maintain an index of app

20  IDs to app names?      07:58:44

21     A.   Yes.  An app ID in Facebook's TAO

22  database will have a number of fields associated

23  with it, including the app name.

24     Q.   Does it also have the app developer

25  associated with it?      07:59:06

Page 924

HIGHLY CONFIDENTIAL

```
 1        A.   Can you help me understand what -- what      07:59:11

 2   you mean by "the app developer."

 3        Q.   Sure.

 4             If -- an app ID is associated with an

 5   individual Facebook app; is that correct?            07:59:17

 6        A.   An app ID uniquely refers to a specific

 7   Facebook app, yes.

 8        Q.   What other information is associated with

 9   that app ID in -- in Facebook's internal records?

10        A.   So the kinds of information that would      07:59:38

11   typically be associated with an app ID would

12   include the user IDs of the people who have a role

13   on the application and other metadata, such as when

14   the app ID was created, information about the app's

15   privacy policy in terms of service URLs, and then a  08:00:05

16   number of other metadata fields.  I could -- I

17   could go on for more, but there's a number of

18   things that would be associated with -- with an app

19   ID.

20        Q.   Would it also identify whether an app was   08:00:21

21   still alive on the platform?

22        A.   The answer to that question depends on

23   the definition of -- "still alive."  So I -- can

24   you help me understand what you mean by "still

25   alive," and then maybe I'll be able to give you a    08:00:38
```

Page 925

HIGHLY CONFIDENTIAL

```
 1    more accurate answer.                              08:00:41

 2         Q.   Would the information associated with an

 3    app ID in Facebook's internal records indicate when

 4    an app became available to users on the platform?

 5         A.   So, again, the answer to that question    08:00:57

 6    somewhat depends on what you mean by "became

 7    available to users on the platform."

 8              Again, I'm trying -- in terms of being

 9    helpful, try and give you my understanding of that.

10              One of the properties of an app ID is its  08:01:11

11    mode, which at times are called development mode or

12    sandbox mode and then public mode.  And one of the

13    things that is associated with an app ID is which

14    mode it is in.  If an app is in development mode,

15    then only people -- users who have been given a      08:01:32

16    specific role on the application can interact with

17    the app.

18              So one way of determining whether or not

19    an app is made available to users is whether or not

20    it's in that sandbox mode.  There's other ways,      08:01:48

21    too, but hopefully that provides some general

22    information.

23         Q.   Is there information associated with an

24    app ID that indicates whether an app has been

25    suspended from being used on the platform?           08:02:02
```

Veritext Legal Solutions
866 299-5127

```
 1         A.   If an app ID has been suspended or --      08:02:12

 2    actually, let me back up.

 3              Can you help me understand what you mean

 4    by "suspended."

 5         Q.   Sure.  I mean it colloquially, but you      08:02:21

 6    can -- is there information associated with an app

 7    ID that indicates that an app has been kicked off

 8    platform or whether an app has been told it has to

 9    do -- make certain adjustments before it can be out

10    of sandbox mode again or any other disciplinary or   08:02:34

11    enforcement actions?

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  My understanding is that

14    there will be some information about whether or not

15    an app has had -- been enforced upon in some way.     08:02:53

16    Exactly which systems that -- that information is

17    stored in depends on the -- the type of enforcement

18    and when it was applied.

19         Q.   (By Mr. Melamed)  I guess I'm asking

20    whether there's a single table that exists -- like    08:03:10

21    what is the general information in the single

22    table, if there is one, that is associated with an

23    app ID?

24              And I think you started to list some of

25    those types of information.  I'm just trying to       08:03:23
```

Page 927

HIGHLY CONFIDENTIAL

```
 1    understand if there are additional types of          08:03:24

 2    information.

 3         A.   Yes.  There is a -- there is table in

 4    Hive that -- and the -- that contains information

 5    about a given app ID.  That table has -- I want to    08:03:36

 6    say it has quite a few columns.

 7              I can continue to try to give you some of

 8    the -- the information I think is the more -- the

 9    more I understand -- that I understand to be in

10    that table.  Those would typically be properties of   08:03:53

11    the ID itself as opposed to a time series, along

12    retrieval of information, which would be contained

13    in other tables.

14         Q.   Would -- how do you refer to the -- I

15    just want to use the right nomenclature.              08:04:18

16              How do you refer to this primary table of

17    apps that are associated with a particular -- the

18    app ID table that we're talking about?  Is there a

19    name for that table?

20         A.   So the table I'm -- I'm referring to I      08:04:33

21    know as "DIM_all_apps."

22         Q.   "DIM"?

23         A.   DIM_all, A-L-L, _apps, A-P-P-S.

24         Q.   That is a Hive table, correct?

25         A.   I understand that to be a Hive table.       08:04:53
```

Page 928

1    Q.   Does -- and do -- when you call it --        08:04:59

2   when you talk about this table -- well, do you ever

3   talk about this table in emails or in conversations

4   with colleagues?

5    A.   It -- it's possible that people have        08:05:14

6   referred to this table in -- in emails, but...

7    Q.   I don't mean -- I'm -- I'm not asking for

8   a question where asking for memory.  I'm just

9   asking if there's a -- just as the -- we talked

10   about something called the method table, which is   08:05:28

11   actually a slighter longer name, is there a way

12   that you or your colleagues refer to the

13   DIM_all_apps table that is not that full name?

14    A.   Not that I can think of now.  Not that I

15   think of now.  When you're referring to a specific  08:05:48

16   table, typically you use the name of the table.

17    Q.   Does the DIM_all_apps table identify the

18   number of users who have -- Facebook users that

19   logged in to the app?

20    A.   There are -- there are tables that I'm      08:06:08

21   aware of or that I recall exist that include

22   information about the app and information about the

23   usage of the app.  So those -- those tables exist.

24        I -- I can't be 100 percent confident

25   whether or not that information is in the -- the    08:06:30

Page 929

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | DIM_all_apps table. | 08:06:33 |

2          Q.   Are you confident that it is in another

3     table?

4          A.   I'm confident that there are tables that

5     list app IDs and the usage of those applications in     08:06:45

6     various ways over time.

7          Q.   Do you know -- are any of those not in

8     the DIM_all_apps table?

9          A.   The DIM_all_apps table, in my

10    understanding, refers to a specific table with a        08:07:09

11    specific set of fields, and I -- I don't recall

12    today precisely the full set of fields that that --

13    that table contains.  So -- but I am aware of other

14    tables existing which include information about an

15    app and its usage.                                      08:07:32

16         Q.   And do you recall the names of any of

17    those other tables that contain information about

18    an app and its usage?

19         A.   I don't recall the name of those -- those

20    tables precisely, no, but -- but there are -- I         08:07:43

21    recall having interacted with such tables in the

22    past.

23         Q.   Do you know if there exists something

24    like a pivot table that collects information

25    associated with a single app from different Hive        08:08:07

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    tables?                                              08:08:10

 2           MR. SCHWING:  Object to form.

 3           THE DEPONENT:  So Facebook's Hive

 4    infrastructure, data infrastructure, allows data

 5    scientists to run queries which join tables         08:08:25

 6    together and -- and produce other tables, either on

 7    an ad hoc basis or in order to create downstream

 8    tables in Hive itself.

 9       Q.   (By Mr. Melamed)  Do you know whether

10    data scientists have you ever queried Hive tables   08:08:45

11    so that the information about apps inclusive of app

12    ID and name and the elements that are in the

13    DIM_all_apps table are combined with information

14    about the app -- apps usage?

15           MR. SCHWING:  Object to form.               08:09:09

16           THE DEPONENT:  Yes, I'm aware of tables

17    that exist that combine information from

18    DIM_all_apps and other sources of information,

19    including app usage.

20       Q.   (By Mr. Melamed)  And what tables are you   08:09:27

21    aware of that combine that information?

22       A.   Again, I -- Facebook's Hive data

23    warehouse has, you know, a large number of tables

24    in it.  I -- I don't recall the specific names of

25    those tables here and now.  So, you know, I'm       08:09:47
```

Page 931

| | | |
|---|---|---|
| 1 | afraid -- I'm aware of those tables existing and | 08:09:53 |
| 2 | have -- and having had existed in the past, but | |
| 3 | I -- I can't recall the specific names of those | |
| 4 | tables as we sit here today. | |
| 5 | Q.   If we were to ask you to go back and | 08:10:10 |
| 6 | identify those tables, would you be able to do so? | |
| 7 | A.   I'm -- I'm not a data scientist, and I'm | |
| 8 | today not working on the platform team directly.  I | |
| 9 | likely wouldn't have access to -- to the Facebook | |
| 10 | Hive tables themselves.  I would speak to a data | 08:10:29 |
| 11 | scientist on the platform team to understand what | |
| 12 | was -- what was available. | |
| 13 | Q.   Which data scientist would you speak to? | |
| 14 | A.   I would start with Mark Molaro. | |
| 15 | Q.   How many apps are on Facebook's platform | 08:10:57 |
| 16 | currently, about? | |
| 17 | A.   Can you -- I mean, I -- the answer to | |
| 18 | that question depends on a number of factors as to | |
| 19 | what it means to be an app on -- on Facebook's | |
| 20 | platform and whether or not it's active.  Today I | 08:11:19 |
| 21 | don't have the precise number of apps that are | |
| 22 | available on Facebook's platform. | |
| 23 | Q.   Is one of the pieces of information that | |
| 24 | is associated with an app in any Hive table whether | |
| 25 | the app is a first-party Facebook app or not? | 08:11:39 |

Page 932

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Object to form.              08:11:50

2              THE DEPONENT:  My understanding is that

3     there is today a determination of whether or not an

4     app ID is considered a first-party application.  I

5     assume that information is stored somewhere in        08:12:05

6     Hive, but I couldn't be sure.

7         Q.   (By Mr. Melamed)  Do you know the time

8     period for which the method -- the information in

9     the method tables is available?

10        A.   The method table goes back to 2012, in my   08:12:28

11    understanding.

12        Q.   Going back to Exhibit 426, which is the

13    excerpted ten rows.  I'm sorry; it's only nine rows

14    of the method table.

15              Column C is the method.                     08:12:44

16              Do you see that?

17        A.   I do see that.

18        Q.   And that, as you described it before, is

19    the atomic element of the piece of code that is

20    used to call a particular type of information; is     08:12:54

21    that right?

22        A.   A method refers to a -- a piece of code

23    in Facebook's infrastructure that's used to create

24    a response to an API request.

25        Q.   Okay.  So I asked you before whether         08:13:10
```

Veritext Legal Solutions
866 299-5127

1    there was a mapping of API requests to a -- method          08:13:13

2    calls.  Am I using the lingo correctly?  I don't

3    mean to be confusing.

4           MR. SCHWING:  Object to form.

5           THE DEPONENT:  So going back to what I --          08:13:27

6    I think I referred to earlier is when an API call

7    is made, there is a system which takes that API

8    request and determines which method is run to

9    create the API response.  So that's -- that's

10   how -- that's how the system works.                        08:13:48

11        Q.   (By Mr. Melamed)  Is that system

12   something that could be produced in this case?  Is

13   that a -- is it a tool that Facebook maintains, or

14   is it a list, a table?

15          MR. SCHWING:  Outside the scope of the             08:14:00

16   deposition.  Object to form.

17          THE DEPONENT:  So the way in which an API

18   request is received and processed is -- is code,

19   and it's my understanding it's code that runs to

20   determine which method to execute in response to an       08:14:21

21   incoming API request.

22        Q.   (By Mr. Melamed)  So there's no public

23   way to identify the API requests that are

24   associated with the methods that are in rows 2

25   through 10 in column C of Exhibit 426; is that            08:14:40

Page 934

HIGHLY CONFIDENTIAL

1    accurate?                                              08:14:44

2              MR. SCHWING:  Object to form.

3              THE DEPONENT:  There is -- you can read

4    some of these entries here and -- and understand

5    what the API request would have been in order to --    08:14:55

6    to -- to hit the method.

7        Q.   (By Mr. Melamed)  Okay.  That's helpful,

8    but it's not an answer to my question, which is --

9    if -- if plaintiffs in this case wanted an index

10   that provided API requests and cross-referenced        08:15:16

11   those API requests to the method so that we could

12   make use of the method table, is that something

13   that is -- that could -- is that even within the

14   realm of possibility as something that could be

15   produced?                                              08:15:35

16             MR. SCHWING:  It's outside the scope of

17   the deposition.  Object to form.

18             THE DEPONENT:  I -- I'm not sure I'm an

19   expert in what -- what can be produced or in what

20   form that would be appropriate.  If it would help      08:15:50

21   if, we could go through these and I could talk

22   through my understanding of how they map to an API

23   method, and if that would be useful, then that

24   might be help you interpret this information.

25       Q.   (By Mr. Melamed)  Thank you for the           08:16:07

                                                    Page 935

```
 1    offer.  Unfortunately, these are nine rows out of        08:16:07

 2    many, many, many millions and were not selected as

 3    the rows that were the methods -- based on the

 4    methods.  They were just a selection of the first

 5    nine rows of a particular document.                       08:16:21

 6              So we'll have to -- that's something I

 7    think we will have to discuss with counsel.

 8              Row -- I'm sorry.  Column D has the

 9    header "CNT."

10              Can you tell me what "CNT" stands for?          08:16:39

11         A.   "CNT" stands for count.

12         Q.   And what does "count" mean in this

13    context?

14         A.   "Count" in this context means the number

15    of API requests made by that application to that          08:16:54

16    Graph API method within the given 24-hour time

17    window described by the DS column.

18         Q.   So to take row 2 as an example, the first

19    four columns indicate that on -- in the 24 hour

20    time period of December 19th, 2019, an app -- an          08:17:18

21    application with the ID number in column B would --

22    made API requests corresponding to the method

23    GR:Post:page/messenger_profile 12 times; is that

24    accurate?

25         A.   A caveat here is that my understanding of       08:17:46
```

Page 936

HIGHLY CONFIDENTIAL

```
 1    the count column is that this what's known in          08:17:47

 2    Presto as "approx count" or in Hive as "approx

 3    count," and so it's -- it's a count that is

 4    accurate to within a high degree of accuracy but --

 5    but may not be 100 percent accurate.  But it can be    08:18:06

 6    assumed to be as accurate as needed.

 7         Q.   Assumed to be accurate as needed by whom?

 8         A.   In general, when -- my understanding is

 9    it's -- it's accurate to within 95 percent of the

10    true value, at least, if not more.                     08:18:27

11         Q.   Do you know -- do you know what -- the

12    reason that it is not accurate for 100 percent of

13    the value?

14         A.   My understanding that that's due to

15    computational intensity.  The approx count function    08:18:50

16    in -- Presto, which is the query engine, is --

17    produces a result with -- that's highly accurate

18    with significantly less computing power.

19         Q.   And then column E is users.  Do you know

20    what the information reflected in that column          08:19:13

21    means?

22         A.   My understanding is this refers to the

23    number of distinct user access tokens or entity

24    access tokens that were used to make the API

25    requests.                                              08:19:32
```

Page 937

```
 1        Q.   So for row 2, those 12 requests had a        08:19:33

 2   95 percent accuracy level by that one app for the

 3   particular method in the 24 hours of December 19th,

 4   2019, were made by a single -- on behalf of a

 5   single user; is that accurate?                         08:19:51

 6        A.   That's my understanding of what -- what

 7   column B means, yes.

 8        Q.   Okay.  If you look at Column E, row 9.

 9   There are other rows that have this information,

10   too, but just for -- for purposes of this              08:20:05

11   discussion, row 9 has users as zero.  And that app

12   in row 9 during the 24 hour time period on

13   December 19th, 2019, requested a particular method

14   GR:get:\search:place 480 times but did so on behalf

15   of zero users.                                         08:20:35

16             Do you see that?

17        A.   I do see that.

18        Q.   Do you know how that -- how it was zero

19   users -- how that many --

20             Let me rephrase the question.                08:20:42

21             Do you know how an API request could be

22   made, let alone made 480 times, without the user

23   having requested it?

24        A.   There are --

25             Sorry.  Say that again, Austin.              08:21:05
```

Page 938

```
 1              MR. SCHWING:  Object to form.              08:21:07

 2         You can go ahead and answer, Mr. Cross.

 3         THE DEPONENT:  Apps have what's called an

 4    "app access token," which does not refer to a

 5    particular user's authenticated session, and my    08:21:16

 6    understanding is that it's likely that those calls

 7    were made with an app access token, not a user

 8    access token.  I can't 100 percent of that, because

 9    I'd need to fully understand the lineage of the

10    data systems, but that's -- that's my understanding 08:21:36

11    of -- of how you would have API requests in here

12    without them being ascribed to a number of users.

13         Q.   (By Mr. Melamed)  And then column F --

14    and we can refer to return to row 2 for this -- is

15    the -- the header of column F is "CNT_successful."   08:21:56

16         Do you know what that stands for?

17         A.   That -- that refers to count successful.

18         Q.   And what does count successful mean in

19    this context?

20         A.   My understanding is that refers to        08:22:12

21    whether or not the API -- the Graph API

22    infrastructure considered the request by the

23    third-party app to be a successful request.

24         Q.   What makes a successful request?

25         Let me rephrase that.                          08:22:27
```

                                              Page 939

| | | |
|---|---|---|
| 1 | What does it mean in context of this | 08:22:32 |
| 2 | spreadsheet to call a request successful? | |
| 3 | A.   My understanding is it means that the app | |
| 4 | made a well-formed request and that the API | |
| 5 | returned a response or was able to return a | 08:22:49 |
| 6 | response -- a response to that request. | |
| 7 | Q.   Is it possible to return a response that | |
| 8 | does not provide information in response to a | |
| 9 | request? | |
| 10 | Actually, let me -- do you understand | 08:23:03 |
| 11 | what I'm asking with that question?  I'm sorry. | |
| 12 | This is -- | |
| 13 | MR. SCHWING:  The question is vague. | |
| 14 | MR. MELAMED:  Yeah.  So -- | |
| 15 | MR. SCHWING:  If you do know what he | 08:23:13 |
| 16 | means, go ahead.  But I don't -- it seems to me | |
| 17 | there was uncertainty. | |
| 18 | MR. MELAMED:  I know what I intend to | |
| 19 | mean.  I'm not sure I communicated it to you, | |
| 20 | Simon -- or Mr. Cross.  I'm sorry. | 08:23:22 |
| 21 | Q.   (By Mr. Melamed)  So if you're able to | |
| 22 | answer, just state what you think -- the question | |
| 23 | you think you're answering and I'll help to | |
| 24 | clarify. | |
| 25 | If you're not able to answer, I'm happy | 08:23:31 |

Page 940

HIGHLY CONFIDENTIAL

```
1   to clarify.                                              08:23:33

2           MR. SCHWING:  Yeah, I'm going to restate

3   the objection that it's vague.

4           THE DEPONENT:  What I think you mean is

5   is it possible for the API to -- to return              08:23:52

6   successful -- to -- for the API request to be

7   considered successful but return no information?

8   Is that -- is what you're asking?  If so --

9       Q.   (By Mr. Melamed)  Yes.  Let's -- let's

10  say -- let's put a different example on here.           08:24:07

11          Let's say there was an API call made for

12  your friend's religious and political preferences,

13  and that API call was well formed, and so it

14  reflects in this method table in the counts and the

15  users.  And would that -- but you had not provided      08:24:27

16  access to that information to the app.

17          Would that return has -- be indicated in

18  the CNT successful as a successful query for that

19  information?

20          MR. SCHWING:  Vague.  Incomplete               08:24:46

21  hypothetical.

22          THE DEPONENT:  Yeah, again, the -- a full

23  answer here like -- might require some -- some --

24  some digging in exactly how these data pipelines

25  work.                                                   08:25:07
```

Page 941

```
 1            So -- but -- but my understanding is that      08:25:07

 2   the API would return a successful response even if

 3   there was no information returned based on the

 4   permissions and your privacy settings.  As far as

 5   the API concerned, it was a lawful request and it       08:25:28

 6   was able to provide a response, but that response

 7   being empty because of permission checks not

 8   passing would be considered a successful request

 9   even in -- in the case of empty response.

10        Q.   (By Mr. Melamed)  Thank you.  That's          08:25:48

11   helpful.

12            Is there any other information other than

13   these columns reflected in the method table?

14        A.   My understanding is -- is this is

15   representative of what is stored in -- in the           08:26:03

16   method table.

17            MR. SCHWING:  We've been going about an

18   hour.

19            MR. MELAMED:  We can go off the record

20   and take a break.                                       08:26:17

21            THE VIDEOGRAPHER:  Okay.  We're off the

22   record.  It's 8:26 p.m.

23            (Recess taken.)

24            THE VIDEOGRAPHER:  We're back on the

25   record.  It's 8:50 p.m.                                 08:50:30
```

1    Q.   (By Mr. Melamed)  Mr. Cross, are you          08:50:32

2  familiar with the capabilities tool?

3    A.   I am familiar with the capabilities tool.

4    Q.   What is the capabilities tool?

5    A.   The capabilities tool is an internal tool    08:50:44

6  available to Facebook employees which is used to

7  manage capabilities and which apps have access to

8  them.

9    Q.   What does it mean to have access to a

10  capability?                                         08:51:05

11    A.   Excuse me.  It means that when an app ID,

12  a specific -- which represents a specific Facebook

13  application has been granted a capability, then

14  that app will experience some form of modified API

15  behavior, which depends on the capability that's    08:51:29

16  being granted.

17    Q.   Is it accurate to say that the capability

18  is something that is not generally available to all

19  platform apps?

20    A.   Typically capabilities refer to behavior     08:51:46

21  which would not be default available to -- to a

22  Facebook application.

23    Q.   Now, are there circumstances where -- let

24  me withdraw and try of think of another way of

25  saying it.                                          08:52:10

Page 943

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | And are you familiar with the | 08:52:16 |
| 2 | capabilities tool as it used at Facebook? | |
| 3 | A.   I am familiar with the capabilities tool | |
| 4 | and how it's used at Facebook. | |
| 5 | Q.   When was the capabilities tool instituted | 08:52:28 |
| 6 | as -- as such? | |
| 7 | Sorry for the poorly phrased question. | |
| 8 | Let me restate that. | |
| 9 | When did Facebook start using the | |
| 10 | capabilities tool? | 08:52:41 |
| 11 | A.   My understanding is the capabilities tool | |
| 12 | began to be used in around late 2012 and early 2013 | |
| 13 | or certainly in 2013. | |
| 14 | Q.   Did Facebook have any way of tracking | |
| 15 | capabilities prior to the time period when the | 08:52:57 |
| 16 | capability tool was used? | |
| 17 | A.   Before the capability tool existed, there | |
| 18 | was another tool which managed some API whitelists, | |
| 19 | and that was used to determine which apps had | |
| 20 | access to which capabilities. | 08:53:30 |
| 21 | Q.   And what the name of that tool? | |
| 22 | A.   My understanding is that tool was called | |
| 23 | Pearly Gates. | |
| 24 | Q.   P-E-A-R-L-Y Gates? | |
| 25 | A.   P-E-A-R-L-Y, Gates, G-A-T-E-S. | 08:53:46 |

Page 944

HIGHLY CONFIDENTIAL

```
1          Q.   Do you know if Facebook still has the        08:53:51

2     records that were reflected in Pearly Gates or has

3     the tool?

4          A.   My understanding is that that tool was

5     replaced by the capability tool.  I'm -- I'm not      08:54:04

6     aware as -- whether or not Facebook retains records

7     from -- from that previous tool.

8               (Exhibit 427 was marked for

9     identification by the court reporter and is

10    attached hereto.)                                     08:54:14

11              MR. MELAMED:  So I've marked what's

12    been -- or I've introduced what's been marked as

13    Exhibit 427.  You're going to see that the

14    Exhibit Share is unable to preview the file, and

15    I'm happy to share my screen to show it.             08:54:30

16         Q.   (By Mr. Melamed)  It is Facebook -- I'm

17    sorry.  The Bates number is FB-CA-MDL-02936298.tsv.

18    I'll note that the version you're looking at on my

19    screen says "(2)" because I had downloaded it

20    earlier, and I'll state for the record that I        08:55:00

21    haven't made any changes to this other than to wrap

22    text and expand the columns so that we can see

23    them.

24              I'll also state for the record that this,

25    like the method tool spreadsheet we were looking at  08:55:17
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1   before, is an excerpt of a much larger document, so        08:55:19

 2   this is only ten rows, so the column header and

 3   then nine entries.  And I just want to do something

 4   similar to what we just did with the method tool.

 5             MR. SCHWING:  And, Matt, just so I'm             08:55:33

 6   clear -- I appreciate that description.  So this

 7   is -- there was a larger spreadsheet, and this is

 8   just the first ten rows of that spreadsheet?  You

 9   didn't change the ordering?

10             THE DEPONENT:  Correct.  I -- that is my         08:55:46

11   understanding.  I'm sorry if we did, but I did not

12   intend to change any ordering.  It's intended to

13   just reflect --

14             MR. SCHWING:  Okay.

15             MR. MELAMED:  -- these -- the column             08:55:57

16   header and then nine -- I think the first nine

17   rows.

18        Q.   (By Mr. Melamed)  Mr. Cross, have you

19   seen -- are you familiar with the content reflected

20   in this excerpt?                                           08:56:09

21        A.   I -- it looks similar to something I've

22   reviewed previously.  I'm familiar -- I'm familiar

23   with -- with the content, I think, yes.

24        Q.   So counsel has previously identified this

25   to us as the log table from the capabilities tool.        08:56:40
```

Page 946

1    Does -- have you heard the phrase "log table" as --        08:56:44

2    in this context, in the context of the capabilities

3    tool?

4         A.   Yes, I've heard the phrase "log table" in

5    the context of the capabilities tool.                      08:56:52

6         Q.   And what is the log table?

7         A.   My understanding is that the log table

8    stores a list of changes that have been made to the

9    capability tool or to the information within the

10   capabilities tool over time.                               08:57:13

11        Q.   Are those changes to the capabilities

12   themselves?

13        A.   So it would -- depends on what you mean

14   by "to the capabilities."  Can you be more

15   specific?                                                  08:57:33

16        Q.   Let me rephrase the question.

17             What are the changes that are reflected

18   in this tool?

19        A.   So my understanding is there's a --

20   there's a range of changes that are reflected in           08:57:48

21   this table, including changes to which app has

22   access to a capability, whether or not that

23   capability -- a given capability is linked to a

24   capability group, whether or not an app is linked

25   to a capability group, and changes to metadata            08:58:14

Page 947

```
 1    about capabilities as stored in the capability        08:58:19

 2    tool.

 3         Q.   If you look at column A, you see it is --

 4    has the header "ID"?

 5         A.   Yeah.                                         08:58:31

 6         Q.   Do you know what that ID number pertains

 7    to?  What is it identifying?

 8         A.   My understanding is that -- sorry.  My

 9    understanding is that refers to the ID of a log

10    entry in the capability log table.                     08:58:45

11         Q.   And what -- do you know what that ID is

12    associated with?

13         A.   My understanding --

14         Q.   It -- go ahead.  I'm sorry.

15         A.   My understanding is it's just the ID of      08:59:00

16    the log entry.  Every time a new log entry is

17    added, a new ID is created.

18         Q.   And when you say "a new log entry," are

19    you referring to a log entry in this table?

20              MR. MELAMED:  Mr. Garrie, your audio is      08:59:21

21    on.

22              If that happens again, we can go off the

23    record really quickly.

24         Q.   (By Mr. Melamed)  Is the ID something

25    that is ascribed to -- is there a new idea ascribed    08:59:45
```

Page 948

```
 1    to each change in this log?                    08:59:49

 2         A.   My understanding is every entry added to

 3    the log is given to a new idea that uniquely

 4    represents that change event.

 5         Q.   And the ID -- your understanding is the    09:00:05

 6    ID is not associated with a capability; is that

 7    correct?

 8         A.   That's correct.  My understanding is ID

 9    refers to a -- to an entry in the log.

10         Q.   So just to make sure I understand, if we   09:00:21

11    had the entirety of the log here and it was however

12    many rows, there should be that many ID numbers,

13    i.e., one for each row?

14         A.   That's my understanding of -- of what ID

15    mean in this context, yes.                     09:00:38

16         Q.   Okay.  And what does app -- if you look

17    at column B, it says "app ID."

18              Do you know what that means in the

19    context?

20         A.   My understanding is that that means where  09:00:50

21    the change that is logged is -- is specific to an

22    app in some way, then the app ID will be reflected

23    in that column.

24         Q.   And what do you mean by "specific to an

25    app in some way"?                              09:01:02
```

Page 949

1        A.    So, for example, there are entries in                09:01:02

2    here which relate to a change to some capability

3    metadata.  That would be a row representing the

4    change to the capability metadata.  That would not

5    be a change that's specific to an app ID;                      09:01:22

6    therefore, the app ID information would not be

7    provided.

8              An alternative example is when a

9    capability is added to an app or removed from an

10   app.  That would be a change event, as I understand            09:01:42

11   it, that would be specific to an app ID, and

12   therefore the app ID would be in that column for

13   that entry.

14       Q.    So if the capability was granted for the

15   first time to an app, it should be reflected in                09:01:55

16   column B; is that accurate?

17       A.    That -- that -- the -- it's hard to

18   answer that question specifically.  There were ways

19   that, in the past, capabilities could be added to

20   capability groups, which would contain a number of            09:02:26

21   applications, and in those cases it's likely that

22   what would be logged is the fact that the

23   capability was added to the capability group and

24   not necessarily to -- to the applications within

25   the group.                                                     09:02:45

                                                     Page 950

1     Q.    Would -- do you know if app ID would ever          09:02:49

2   be indicated as applying to more than one app ID?

3   For instance, could there be an entry in the app ID

4   column had ten IDs in it if a log change affected

5   those ten app IDs?                                          09:03:05

6     A.    My understanding is that the log would

7   only -- that column would only ever include one app

8   ID.

9     Q.    Column C says "notes."

10        Do you see that?                                      09:03:22

11    A.    I do see that.

12    Q.    Do you know what those notes describe?

13    A.    Those notes describe different things,

14  depending on the action that the row represents.

15  So the -- the notes are indicative of the action --        09:03:37

16  a human-readable version of -- of the action that

17  was taken and logged inside the table.

18    Q.    And who, as a general matter, by the

19  group of people, not the individuals, but who was

20  responsible for filling in the notes?                       09:04:02

21    A.    My understanding is that the notes are

22  auto-generated by the capability tool when a change

23  is made.  Therefore, the engineer or engineers

24  responsible for the capability tool are responsible

25  for the content of the note.                                09:04:21

Page 951

HIGHLY CONFIDENTIAL

```
1        Q.   The human-readable content is              09:04:25

2   automatically generated?

3        A.   Yes, that's my understanding.  The -- the

4   notes field explains what's happening based on the

5   information and changes that are happening to the     09:04:40

6   capability tool at the time.

7        Q.   And column D says "cap_name."

8             Do you know what that is?

9        A.   Cap_name refers to the name of the

10  capability.                                           09:04:57

11       Q.   And column E is "group_name."

12            Do you know what the "group_name" means?

13       A.   Yes.  The capability tool at one time had

14  the facility for groups of capabilities and apps to

15  be stored, so this would allow a group of             09:05:28

16  capabilities to be granted to -- a set -- sorry --

17  a set of capabilities to be granted to a set of

18  applications via the group.

19       Q.   You said, "at one time."  Are groups --

20  groups of capabilities no longer -- let me            09:05:54

21  rephrase.

22            Does Facebook continue to group

23  capabilities together like this?

24       A.   My understanding is that the tool has

25  moved to exclusively map capabilities directly to     09:06:08
```

Page 952

HIGHLY CONFIDENTIAL

```
 1   applications and applications directly to          09:06:12

 2   capability.

 3        Q.   Do you know when that change was made?

 4        A.   I don't know specifically when that

 5   change was made.  It's likely that that was a -- a  09:06:26

 6   changeover period of time as the migration took

 7   place.  I think it was in the last like two or

 8   three years or so.

 9        Q.   So I'm sorry.  Just to be clear, that

10   migration from groups of capabilities or from where 09:06:47

11   groups of capabilities were possible to an

12   individualized mapping of a single capability to a

13   single app happened over the last few years; is

14   that right?

15        A.   I'm not sure how long it took to         09:07:07

16   transition from having capabilities app to apps via

17   groups to the direct mapping.  I'm not sure how

18   long the transition period took.  My understanding

19   is that that transition took place sometime in the

20   last two or three years.                            09:07:22

21        Q.   So do you know the reason that Facebook

22   initiated that transition?

23        A.   My understanding is it was much simpler

24   to understand which apps had access to which

25   capabilities as a result of the direct mapping.     09:07:41
```

Page 953

```
 1         Q.   So it was more difficult to understand      09:07:50

 2    which apps had access to which capabilities when

 3    capabilities could be grouped together; is that

 4    correct?

 5         A.   The --                                       09:08:03

 6              MR. MELAMED:  Sorry.

 7              MR. SCHWING:  Object to form.

 8              But go ahead, if you can answer.

 9              THE DEPONENT:  My understanding is that

10    by having and intermediary group, additional          09:08:14

11    processing is required to -- to understand which

12    apps had access to a capability at a given time.

13         Q.   (By Mr. Melamed)  When capabilities were

14    grouped during that time period, was it possible to

15    identify each app that had access to each             09:08:34

16    individual capability?

17         A.   Yes, at -- at -- exactly how that's

18    represented in the logs, yes.  In order for

19    capabilities to function, it was possible for --

20    the system to know whether or not a given app had     09:09:00

21    access to a given capability.

22         Q.   Was it possible for employees at Facebook

23    to determine which apps had access to which

24    specific capabilities during the time when

25    capabilities were -- could be grouped?                09:09:19
```

Page 954

1          A.   Yes.  The capability tool would have          09:09:25

2     allowed employees to see which capabilities an app

3     had and whether or not they were directly mapped or

4     mapped via a group.

5          Q.   And that is not -- that information is          09:09:37

6     not reflected in this table; is that correct?

7               MR. SCHWING:  Object to form.

8               THE DEPONENT:  This table represents

9     changes that were made to the capability tool at --

10    at a given time.  And so it would indicate when          09:09:54

11    changes were made to either a group to capability

12    mapping or an app to capability mapping.

13         Q.   (By Mr. Melamed)  If you wanted to

14    understand which capabilities an app had access to

15    during the -- for the whole duration of time that          09:10:26

16    the capabilities tool was in use, would you use

17    this spreadsheet?

18         A.   My understanding is that this spreadsheet

19    would allow you to reconstruct which apps had

20    access to which capabilities at any -- at any given          09:10:48

21    time.

22         Q.   And column F has the header

23    "employee_ID."

24               Mr. Cross, do you see that column F has

25    the header "employee_ID"?          09:11:14

                                            Page 955

HIGHLY CONFIDENTIAL

1     A.   Yes, I do.                                    09:11:17

2     Q.   And then there are what looks like

3  numeric entries in the cells under column F,

4  correct?

5     A.   That's correct.                               09:11:30

6     Q.   What do those numbers represents?

7     A.   My understanding is that those refer to

8  the Facebook ID of the employee who initiated the

9  change in the log.

10    Q.   Does Facebook maintain a separate table     09:11:53

11 that identifies the employee IDs associated with

12 the employee name?

13    A.   Facebook would have a way of knowing for

14 a given employee ID who that referred to.

15    Q.   Do you see column G is time-stamped?  I'm   09:12:25

16 going to scroll over just a few so you can see the

17 remainder for context.

18         Do you see column G has time stamp -- as

19 having time stamped?

20    A.   I do see that.                               09:12:35

21    Q.   What is the information reflected in

22 column G in the time stamp column?

23    A.   My understanding is that this refers to

24 the time in PST, so Pacific time, that the action

25 reflected in the log took place.                     09:12:55

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1      Q.   Do you see anything in this log -- and        09:13:02

2  I'm happy to scroll back; just ask me to do so --

3  that reflects the date on which any of these

4  actions took place?

5      A.   Column G includes the date and time.        09:13:13

6      Q.   Okay.  Can you explain how -- let's look

7  at row 2.  I just don't understand.

8           What date and time is reflected by

9  23:51.0?

10     A.   So that's -- my understanding is that's     09:13:32

11 an Excel date and time for my team bug.  If you

12 look at the raw value of the cell, further up,

13 you'll see the "un-Excelified" version.

14     Q.   You're looking in the -- where I've just

15 highlighted in the -- in the field next to the     09:13:50

16 function?

17     A.   That's correct.

18     Q.   So the first one was January 7th, 2015,

19 at 12:23:51 p.m.  That's -- all I've done is

20 highlighted this cell.                             09:14:13

21     A.   Sorry.  Yes.  My understanding is that

22 that refers to 7th of January 2015 at 12:23:51 p.m.

23 Pacific time.

24     Q.   Column H has the header "action type."

25          Do you see that?                           09:14:33

                                          Page 957

HIGHLY CONFIDENTIAL

```
1          A.   I do.                              09:14:34

2          Q.   What does action type reflect?

3          A.   My understanding is that there's a list

4    of loggable events, each of which is identified by

5    an action type number, and that refers to the      09:14:50

6    specific action that was performed and logged at

7    this time.

8          Q.   Do you know how many action types there

9    are?

10         A.   I think there's at least 36.  In other   09:15:11

11   words -- I assume there was at least 36.  I don't

12   know the full -- the full number, I'm afraid, of

13   exactly of -- exactly which action types consist.

14         Q.   Do you know if the numbering of action

15   types is sequential?                               09:15:32

16         A.   My understanding of it that it is

17   enumerated, but there may be missing -- missing

18   action types where the engineer created one but

19   didn't go on to subsequently use it, for example.

20              MR. MELAMED:  I'll state for the record  09:16:03

21   that counsel has given us at least a partial list

22   of action types, so I'll just -- we'll go back if

23   we need to.

24         Q.   (By Mr. Melamed)  Column I -- I'm

25   sorry -- is the task ID.  "Task_ID."               09:16:16
```

Page 958

HIGHLY CONFIDENTIAL

```
 1              Can you tell me what "task_ID" stands        09:16:22

 2    for?

 3         A.   "Task_ID" refers to the ID number for a

 4    task in Facebook's internal task management system.

 5         Q.   If you wanted to look up a task based on     09:16:39

 6    a task number in the internal system, could you do

 7    so?

 8         A.   I could attempt to do so, but whether or

 9    not I would be able to see the contents of the task

10    would depend on internal privacy and accessible       09:16:53

11    rules.

12         Q.   Are all of the tasks in the internal task

13    system retained?

14         A.   I don't know for certain whether or not

15    they are retained forever, no.                         09:17:10

16         Q.   Do you know whether all of the tasks that

17    are reflected in this worksheet, which is the log

18    table and the capabilities tool, have been

19    retained?

20         A.   Again, I'm not aware of the specific data    09:17:33

21    retention mechanisms for task IDs in -- and tasks

22    in the task tool.

23         Q.   Are you familiar with how to search in

24    the tax -- I'm sorry -- tasks tool?

25         A.   I am familiar of how to look up tasks by     09:17:53
```

Page 959

HIGHLY CONFIDENTIAL

1    task ID.                                           09:17:57

2       Q.   Can you look up more than one task at a

3    time?  For instance, can you enter a series of task

4    IDs and query to see whether each of those exist at

5    the same time?                         09:18:11

6          MR. SCHWING:  Object to form.

7          THE DEPONENT:  The task tool has a -- has

8    a way of searching by several dimensions.  I think

9    it's possible to search for multiple task IDs at

10   the same time, but the -- the precise number of    09:18:28

11   task IDs that that search system would accept is --

12   is not something I'm aware of.

13       Q.   (By Mr. Melamed)  Column J is the

14   API_XFN_submission_ID.

15         Can you tell me what that header      09:18:51

16   references?

17       A.   So today Facebook has a process called

18   "API_XFN," which exists to manage which APIs exist

19   and which capabilities exist and who -- which apps

20   have access to those capabilities.          09:19:15

21         My understanding is that that column

22   reaches an ID in the API XFN tool.

23       Q.   What information is reflect in the API

24   XFN process or tool that is not reflected in the

25   capabilities tool, if anything?           09:19:41

1      A.   So the capabilities tool exists today to      09:19:46

2   manage and display which apps have access to which

3   capability.  The API XFN process exists to govern

4   the process by which capabilities are granted to

5   applications, and the tool would therefore reflect      09:20:07

6   the -- the information as to why a capability

7   existed or a capability was granted to a specific

8   application.

9      Q.   What form does the API XFN tool exist in?

10      A.   My understanding is that the API XFN          09:20:34

11   process uses an internal tool called

12   Launch Manager.

13      Q.   Do you know when Launch Manager first

14   started being used?

15      A.   Sorry.  Launch Manager started being used      09:21:01

16   in -- in which context?

17      Q.   Let -- let me back up and ask a predicate

18   question.

19           Is Launch -- is Launch Manager used for

20   anything other than the process by which              09:21:17

21   capabilities are granted to application and

22   information as to why a capability existed or was

23   granted for a particular application?

24      A.   The Launch Manager tool is used

25   internally at Facebook to operationalize the          09:21:40

                                                           Page 961

```
 1    companywide privacy XFN process.                    09:21:42

 2        Q.   The Launch Manager tool is used for more

 3    than -- is the -- is reflected in this log; is that

 4    right?

 5        A.   The Launch Manager tool is -- is used in    09:22:05

 6    internally to manage Facebook's -- the companywide

 7    privacy XFN process and then it's also used to

 8    manage the API XFN process.

 9        Q.   In what form does that tool exist?  Is it

10    a database that is accessed by internal employees    09:22:27

11    or spreadsheets?  Something else?

12        A.   It's -- it's a website that's available

13    to Facebook employees.

14        Q.   And is it backed up by a database?  Is it

15    a website interface to a database?                   09:22:43

16        A.   I'm not an expert in how the -- the tool

17    is structured, but from -- from my experience in

18    these matters, the -- yes, the -- the -- the

19    website would be a front-end onto some form of

20    database.                                            09:23:02

21        Q.   Do you know whether reports can be

22    generated from the website?

23        A.   I don't know exactly what is -- what is

24    possible to be generated by the -- the

25    Launch Manager tool.  It's likely the view that I    09:23:24
```

Page 962

```
 1    have as -- as a product manager differs from the        09:23:27

 2    views that other employees have.

 3         Q.   How long has the Launch Manager been used

 4    at Facebook?

 5         A.   I'm not -- the Launch Manager tool is --       09:23:47

 6    is something that's existed for several years.  I'm

 7    not confident in the -- in the -- in the date from

 8    which it first started being used internally, but

 9    it's been a tool that's been in use for several

10    years.                                                   09:24:03

11         Q.   Is it a tool that is still in use?

12         A.   Yes, the Launch Manager tool is -- is

13    still in use.

14         Q.   You see column K identifies the

15    developer_user_user ID?                                  09:24:25

16         A.   I see that.

17         Q.   Do you know what information was

18    reflected when that column was filled in?

19         A.   I'm not actually sure what that column

20    exists to -- to track, I'm afraid.                       09:24:44

21         Q.   The -- so the information counsel

22    provided to us, that field is described as saying

23    "it's the ID of the application developer (internal

24    to or outside of Facebook) that performed the

25    action."                                                 09:25:08
```

Page 963

```
 1            Do you have any reason to doubt that        09:25:09
 2    description of what's contained in this -- of what
 3    would be contained in this column if it were
 4    recorded?
 5        A.   I have no reason to doubt to -- to doubt   09:25:19
 6    that description.
 7        Q.   The description says it's the application
 8    developer that performed the action.  And I'm
 9    excerpting there.
10            But do you know what is meant by            09:25:34
11    "performed the action" in that context?
12        A.   I'm not entirely sure exactly what --
13    what it means by "performed the action" in this
14    context.
15            (Exhibit 428 was marked for                 09:25:48
16    identification by the court reporter and is
17    attached hereto.)
18            MR. MELAMED:  I have introduced what's
19    been marked as Exhibit 428.  This one you should be
20    able to open in your Exhibit Share, but I will      09:26:45
21    share my screen in a second.
22            While you're pulling it up, Exhibit 428
23    is, again, an excerpt of this spreadsheet provided
24    by Facebook at FB-CA-MDL-02936296.
25        Q.   (By Mr. Melamed)  And we went through the  09:27:17
```

```
 1    same process here.  It's not a -- you know, it's a      09:27:18

 2    fairly random selection of the first several rows

 3    just so we can discuss the information that's

 4    provided on this spreadsheet.

 5            And for ease of legibility, I'm going to        09:27:29

 6    stretch the columns out a little bit and share my

 7    screen.

 8            While I'm doing this, have -- are you

 9    familiar with this document, Mr. Cross?

10        A.   I am familiar with this document.             09:27:47

11        Q.   And you reviewed this in preparation for

12    testifying today?

13        A.   I did.

14        Q.   What does this document reflect?  What is

15    your understanding of the information that this         09:27:59

16    document reflects?

17        A.   My understanding is that this document

18    reflects when -- an application ID and the

19    capability and when the app was initially granted

20    access to that capability and when the app lost         09:28:21

21    access to that capability.

22        Q.   And do you know if this is a historical

23    record?

24            MR. SCHWING:  Object to form.

25        Q.   (By Mr. Melamed)  I can clarify if you         09:28:44
```

Page 965

HIGHLY CONFIDENTIAL

```
 1    need me to.                                    09:28:45

 2         What I'm asking is do you know if this

 3    reflect the -- the -- when apps were granted

 4    capabilities and when they lost capabilities from

 5    the onset of the time the capabilities tool was   09:29:00

 6    used?

 7         A.   Sorry.  Excuse me.

 8              My -- my understanding is that this

 9    reflects when an app got access to a specific

10    capability via the capabilities tool and when the  09:29:23

11    app lost access -- access to that capability by the

12    capability tool.

13         Q.   And it's your understanding that it

14    includes that information from -- for the entirety

15    of the time the capabilities tool was in use?      09:29:39

16         A.   This -- this excerpt I'm seeing doesn't,

17    but the -- the original document -- I don't want

18    to -- determine what it was -- exactly how it was

19    produced and what the limits of that -- of that --

20    of that file are.  That would depend on when it was  09:30:08

21    produced, you see, and what data was available at

22    the time it was produced.

23         Q.   I can tell you I understand why you're

24    saying that.  I don't mean to be tricking you here.

25              I can tell you it was produced several    09:30:26
```

Page 966

1   months ago.  I can't -- I'm not sure of the exact        09:30:30

2   date, but I believe it was in April of this year,

3   and that the -- the term -- that the file itself

4   was voluminous, so large that it made it either

5   impossible or wholly impracticable to open on          09:30:44

6   the -- on an individual's computer.

7          I don't know if that helps clarify your

8   answer, but I -- I -- if it does, please let me

9   know.  If not, you know, I'm happy to ask that

10  question after you had to time to review the           09:31:01

11  document as it was produced.

12      A.   My assumption is if it's a large document

13  that it -- that it would be -- it would go back

14  in -- in time a long way, but exactly whether or

15  not that captures the -- the -- the full extent of      09:31:25

16  the capability tool being in use, it likely depends

17  on when the -- the logging for the capability tool

18  was -- was added.

19      Q.   So let's go through the same exercise

20  with this spreadsheet.                                 09:31:45

21          There are -- it looks like columns A

22  through K in this spreadsheet.  And, again, this is

23  an excerpt of the column header and the first nine

24  rows below that column header.

25          Column A is tabled "ID."                       09:32:01

HIGHLY CONFIDENTIAL

```
 1            Do you know what "ID" means in this          09:32:03

 2     context?

 3        A.   My understanding is that that refers to

 4     a -- an ID in the capability tool login table.

 5        Q.   And the next -- each of these -- I'm        09:32:27

 6     sorry.  For instance, row 2, 145330, would reflect

 7     an ID in the capability tool login table?  I could

 8     go to that login table and look up this ID and --

 9     and be taken to a row; is that correct?

10        A.   That's -- that's my understanding.          09:32:48

11        Q.   Before we go on, is this the way that --

12     is this the -- what Facebook employees see when

13     they use the capability -- capabilities tool

14     internally?

15        A.   No.  When Facebook employees use the        09:33:09

16     capability tool, they're using a website

17     internally, which displays information.

18        Q.   So they're not seeing -- seeing Excel

19     spreadsheets of the information; is that -- they

20     see something different?                            09:33:29

21        A.   When employees are using the capability

22     tool, they're -- they're -- they're generally using

23     a website which includes a bunch of information,

24     sometimes in tabular form, sometimes in other form.

25     Typically the employees would -- wouldn't use an    09:33:47
```

Page 968

```
 1    Excel spreadsheet.                                  09:33:50

 2         Q.   For column B, it's "FBID," and then it's

 3    a numeric entry.

 4              Do you know what that numeric entry

 5    reflects?                                           09:34:08

 6         A.   That numeric entry refers to an ID in

 7    Facebook's Graph database.

 8         Q.   What does the ID in Facebook's Graph

 9    database refer to -- what kind of information is

10    that ID'ing?                                        09:34:30

11         A.   I don't have access to -- to -- to

12    exactly what that information is due to Facebook's

13    internal privacy rules.

14         Q.   Do you know the type of information it

15    would be identifying?                               09:34:43

16         A.   I'm not sure of the type of information

17    that's been identified.  Potentially maybe an

18    explanation of that has already been provided as --

19    as part of the Facebook's responses.

20         Q.   Column has "app_ID."                      09:35:15

21              Do you know what the information is in

22    app_ID?

23         A.   Yes.  That refers to the FBID, or

24    Facebook ID, of a Facebook application.  We

25    previously talked about this earlier in the         09:35:33
```

Page 969

HIGHLY CONFIDENTIAL

```
 1    deposition.                                      09:35:35

 2         Q.   And column D reflects "a capability_ID."

 3              Do you know what that information is?

 4         A.   That refers to an ID which represents a

 5    specific capability within the capability tool.   09:35:52

 6         Q.   And column E is "capability_FBID."  It's

 7    a longer numeric entry.

 8              Do you know what the capability_FBID is?

 9         A.   That will be the FBID of a specific

10    capability as referenced in Facebook's Graph      09:36:16

11    database.

12              I'm sorry.  Let -- let me clarify that.

13    I'll use different terms.

14              "FBID" is -- we talked about this earlier

15    in terms of Facebook's ID schemes.                09:36:33

16              When you see "FBID," that refers to an ID

17    in Facebook's databases as fronted by TAO.

18         Q.   Is there any relationship between the

19    information in the capability_ID and the

20    capability_FBID?                                  09:36:54

21         A.   My understanding is that one is the ID

22    of -- of the capability app stored in TAO and the

23    other is the ID of the capability as stored in the

24    capability tool.  For a given capability, those two

25    values should be the same.                        09:37:13
```

Page 970

HIGHLY CONFIDENTIAL

```
 1              Sorry.  Not the same value.  For a given      09:37:16

 2     capability, they will always have the same

 3     capability ID and always have the same capability

 4     FBID.

 5         Q.    There should be a one-to-one correlation      09:37:29

 6     where each capability ID has one capability FBID

 7     and each is associated only with that other

 8     specific corollary; is that correct?

 9         A.    That's my understanding of how those two

10     fields work, yes.                                      09:37:45

11         Q.    Column F is "start_request_ID," and then

12     it's a numeric entry.

13              Do you know what "start_request_ID" is?

14         A.    My understanding is that that refers to

15     an ID in the capability tool log.  That -- that     09:38:04

16     refers to when the capability was granted to the

17     application.

18         Q.    That number indicates a time.  It is

19     associated with an entry in another log that

20     indicates a time?                                      09:38:33

21         A.    That number, as I understand it,

22     indicates a -- a row in a log table, and that row

23     may contain time information.

24         Q.    I'm just trying to understand your

25     testimony about what this column -- the information    09:38:54
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    in this column.                                      09:38:57

2           You said it refers to when the capability

3    was granted to the application, and -- and by

4    "when," do you mean the -- the date and time the

5    capability was granted to the application?          09:39:10

6        A.   Sorry.  Let me -- let me reframe.

7           My understanding is that number refers to

8    a ID of a log entry in the capability tool log,

9    logging table, that -- that will contain

10   information about the -- that will refer to a log   09:39:34

11   entry that's indicative of when the capability was

12   granted to that application.

13       Q.   It's a cross-reference to another source

14   that identifies the time when that capability was

15   granted?                                            09:39:55

16       A.   That's my understanding.  It's a

17   cross-reference to a -- a logging entry.

18       Q.   Column G is "start time," and it appears

19   to include a date and time.

20           Do you know what start time with a date     09:40:08

21   and time and start time reflect?

22       A.   My understanding is that it means the

23   date and time when the capability was granted to

24   the application.

25       Q.   Is that information any different than     09:40:26

Page 972

```
 1    the information that is cross-referenced by the        09:40:29

 2    number in column F?

 3        A.   I can't say for certain without knowing

 4    the query which produced this table.  My

 5    understanding, though, is that that represents the     09:40:46

 6    date time in which the capability was first granted

 7    to the application.

 8        Q.   You referenced the query that created

 9    this table.  Do you know if this table was created

10    for purposes of production in this case?               09:40:59

11        A.   I'm not -- I don't know how this table

12    was -- was created and under what -- what

13    circumstances.

14        Q.   And I know you don't have the full table

15    in front of you, but is it your understanding that     09:41:28

16    the full -- so file at 02936296 contains all of the

17    information that is in the capabilities grants

18    table?

19             MR. SCHWING:  Object to form.

20             THE DEPONENT:  Sorry.  What do you mean        09:41:56

21    by "the capabilities grant table"?

22        Q.   (By Mr. Melamed)  Thank you.  That's a --

23    that's a good clarifying question.

24             Counsel has reflected in communications

25    to plaintiffs that this file is the capabilities       09:42:07
```

Page 973

HIGHLY CONFIDENTIAL

1   grants table.                                          09:42:09

2           Is that -- do you understand this to

3   reflect a different -- to reflect a different type

4   of information?

5           MR. SCHWING:  Object to form.                  09:42:25

6           THE DEPONENT:  So my understanding is

7   that this -- this table reflects the capability app

8   pairs and when they were granted to -- to

9   third-party applications.

10      Q.   (By Mr. Melamed)  Is it your               09:42:49

11  understanding that -- or let me withdraw that.

12          Do you have any understanding whether the

13  full Excel spreadsheet that was produced to

14  plaintiffs reflects all capability app pairs and

15  when they were granted to third-party applications   09:43:04

16  that exist within the capabilities tool?

17      A.   My understanding is that -- is that that

18  table contains the -- the full list of -- of

19  capability app pairs as stored in the capabilities

20  tool.                                                  09:43:26

21      Q.   Heading to columns -- columns H is N --

22  the header on the column is "N_request_ID," and it

23  has a numeric entry.

24          Do you know what that numeric entry

25  reflects?                                              09:43:47

```
 1        A.   My understanding is it's similar to the      09:43:52

 2   start request ID, and it refers to a log entry

 3   where that log entry is indicative of the

 4   capability being removed from the application.

 5        Q.   And column I is "end_time," and the          09:44:13

 6   entries appear to be a -- a date and time.

 7             Do you understand what that date and time

 8   reflects?

 9        A.   I understand that that date and time

10   reflects the -- the -- the date and time as when       09:44:29

11   the capability was removed from the given

12   application.

13        Q.   And so if there is no end request ID and

14   end request time such as in row 4, does that

15   indicate that the capability is still available to     09:44:52

16   that application?

17        A.   My understanding is that that means that

18   there is no data available as to that app having

19   access to that capability -- sorry -- that there is

20   no data available as to if the capability has been     09:45:17

21   removed from the given application and therefore

22   likely indicative that the app still has access to

23   the capability at the time the data was pulled.

24        Q.   Column J has the header "expiration_time"

25   and -- well, where there is an entry, it reflects      09:45:37
```

Veritext Legal Solutions
866 299-5127

1   what appears to be a date and time.                 09:45:44

2          Do you know what expiration time means in

3   this context, what information is reflected in the

4   expiration time in the column?

5      A.   My understanding is that today when         09:46:00

6   capabilities are granted to applications, they by

7   default automatically expire after a given time

8   period, and this would indicate when the capability

9   will be automatically removed from the application

10  unless some action is taken.                         09:46:25

11     Q.   If there is a blank entry -- so, for

12  instance, in row 4 -- does that indicate that there

13  is no expiration date and time for that app

14  capability pairing?

15     A.   I can't be 100 percent certain as -- as     09:46:47

16  to exactly what the absence of expiration time

17  means.  It's possible, for example, that the tool

18  will -- will automatically remove the capability

19  sometime after it was granted even if there was no

20  information in the expiration time column.           09:47:07

21     Q.   Do you know that the tool will remove

22  access to the capability for an app if there is no

23  entry in the expiration_time column?

24     A.   I'm -- I'm not aware of the specific and

25  complete behavior of how that works.  My             09:47:32

1    understanding is that today if an application is          09:47:36

2    granted the capability, that will -- the capability

3    will automatically be removed sometime later unless

4    someone at Facebook takes an action to a unit.

5         Q.   You said "today," the circumstances that        09:47:57

6    exists today is that if an application is granted a

7    capability, the capability will automatically be

8    removed sometime later.

9              Was there was a time in the past when a

10   capability was not necessarily automatically             09:48:11

11   removed in this context to an app?

12        A.   Earlier in the history of the capability

13   tool, capabilities were granted -- when a

14   capability was added to an application, that

15   capability remained granted to the application          09:48:33

16   unless someone took action to remove it.

17        Q.   When did Facebook start -- start the

18   process whereby if a capability -- when a

19   capability was granted to an application, it

20   automatically set a date for that capability to         09:48:57

21   expire for that application?

22        A.   That process started happening sometime

23   in 2018, 2019.

24        Q.   Do you know why Facebook started that

25   process in 2018 or 2019?                                 09:49:17

Page 977

1      A.   My understanding is as part of the API      09:49:30

2   XFN process and redesigning how apps got access to

3   capabilities, that -- that was one of the features

4   added to automatically help manage the set of

5   capabilities that apps have access to.              09:49:52

6      Q.   Do you know why Facebook redesigned the

7   way that apps have access to capabilities around

8   that time?

9      A.   It was part of a -- a -- a set of

10   measures introduced in 2018 and 2019 to -- to       09:50:12

11   improve their methods by which APIs were developed

12   inside Facebook.

13      Q.   Do you know why those measures were

14   initiated in 2018 or 2019 to improve the methods by

15   which APIs were developed inside Facebook?          09:50:35

16      A.   My understanding is that these processes

17   were developed in response to concerns raised as

18   part of the Cambridge Analytica situation and --

19   and the FTC consent decree.

20      Q.   Do you know which FTC consent decree        09:51:01

21   you're referencing?

22           Or let me withdraw that.

23           Do you know the date of the FTC consent

24   decree you're referencing?

25      A.   I don't, I'm afraid.                        09:51:13

1          Q.   Do you know who would know?                    09:51:17

2          A.   I -- I -- I don't know specifically

3     who -- who was involved in the starting of the API

4     or the designing of the API XFN process, but...

5               Yeah.  So I don't know the name of -- of    09:51:39

6     the person or people that were specifically

7     responsible for designing these two processes.

8          Q.   Turning to the spreadsheet in Exhibit

9     428, in column K, the header is "should_not_reap."

10              Do you know what "should not reap"          09:52:00

11    indicates?

12         A.   My understanding that refers to a setting

13    that determines whether or not a capability should

14    be automatically removed from an app if -- if the

15    app is not actively using the capability.             09:52:20

16         Q.   But do you know what values could be

17    entered in the field in column K?

18         A.   My understanding is that would be a

19    Boolean or a nullable.

20         Q.   Can you explain what a Boolean is and       09:52:49

21    then explain what a nullable is.

22         A.   So Boolean means one or zero and nullable

23    means that that field may also be null or empty.

24         Q.   And what would a one indicate in "should

25    not reap"?                                             09:53:07

Page 979

```
 1          A.   My understanding is that a one or true        09:53:09

 2    would mean that the system which automatically

 3    removes capabilities from apps which are not using

 4    them should not remove the capability from an app

 5    if it is not actively using it.                          09:53:24

 6          Q.   And do you know what a zero would mean?

 7          A.   I don't know what a zero would -- would

 8    mean.  My understanding is that it's equivalent to

 9    a null.

10          Q.   And what would a null mean?                   09:53:40

11          A.   It would mean that the system which

12    removes capabilities from apps if they're not

13    actively being used within a time period should

14    indeed go ahead and do so.

15          Q.   And by "null," you mean a blank entry in      09:54:01

16    the field?

17          A.   That's correct.

18          Q.   So each of the nine rows here that I've

19    just highlighted are null; is that correct?

20          A.   That's my understanding, yes.                 09:54:18

21               MR. MELAMED:  Let's go off the record.

22               THE VIDEOGRAPHER:  Okay.  We're off the

23    record.  It's 9:54 p.m.

24               (TIME NOTED:  9:54 p.m.)

25                      ---o0o---
```

Page 980

1        I, Rebecca L. Romano, a Registered

2   Professional Reporter, Certified Shorthand

3   Reporter, Certified Court Reporter, do hereby

4   certify:

5        That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any deponents in the foregoing

8   proceedings, prior to testifying, were administered

9   an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13       Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17       I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20       IN WITNESS WHEREOF, I have this date

21  subscribed my name this 23rd day June, 2022.

22

23

24       Rebecca L. Romano, RPR, CCR

25       CSR No. 12546

Page 981

1    SIMON CROSS

2                                             June 23, 2022

3    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

4    JUNE 20, 2022, SIMON CROSS, JOB NO. 5281223

5

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived – Reading & Signature was waived at the

24       time of the deposition.

25

                                             Page 982

HIGHLY CONFIDENTIAL

1    xx Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript – You should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       You should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested – Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 983

HIGHLY CONFIDENTIAL

1          I, SIMON CROSS, do hereby declare under

2     penalty of perjury that I have read the foregoing

3     transcript; that I have made any corrections as

4     appear notes; that my testimony as contained

5     herein, as corrected, is true and correct.

6          Executed this _____ day of _____,

7     2022, at  _____,_____.

8

9

10

11

12          _____

13                    SIMON CROSS

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 984

1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   SIMON CROSS (JOB NO. 5281223)

3                   E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____     _____

24  SIMON CROSS                             Date

25

                                        Page 985

**[& - 3:18]**

### &

**&** 725:14 726:19
728:5 729:5 730:5
733:18 735:10
982:23 983:9

### 0

**00080** 732:16
**00080.csv.** 920:16
**018** 732:22
**022** 732:16
**02843** 725:6 726:6
**029362498** 732:19
**02936296** 732:22
964:24 973:16
**02936298.tsv.**
945:17

### 1

**1** 983:1
**10** 934:25
**100** 791:24 929:24
937:5,12 939:8
976:15
**12** 817:3 936:23
938:1
**1201** 727:11
**12546** 725:20
981:25
**12:23:51** 957:19
957:22
**12th** 728:9
**14** 838:20
**145330** 968:6
**15** 742:16 770:16
774:20,20 813:23
913:24
**1600** 728:10
**18** 725:6 726:6
**1801** 730:8
**1881** 730:16

**19** 882:8
**19th** 922:10
936:20 938:3,13
**1:35** 726:18 733:2
733:6

### 2

**2** 735:11,16,25
738:4 934:24
936:18 938:1
939:14 945:19
957:7 968:6
**2.1** 853:3
**2.3** 853:4
**20** 725:16 726:18
733:1 982:4
**20-0466** 725:22
**200** 881:17
**2001** 729:16
**2007** 769:11,12,15
770:19,21,22,24
792:5 850:15,18
852:14,16 874:11
879:17 900:20
905:17
**2008** 771:8,10,12
792:6
**2009** 771:23,25
**2010** 772:1,4,12,17
773:7,10 789:9
791:24 792:7
840:23 850:24
852:14,17
**2011** 773:17,19,23
775:4 776:17,23
791:7,24 815:11
816:7 817:3
837:12,14 908:15
**2012** 791:7 815:11
816:7 817:7,24
821:3,10 837:12
837:14 933:10

944:12
**2013** 797:14 821:3
821:10 826:8,13
838:20 910:13
944:12,13
**2014** 752:16
794:12 826:8,13
831:8 833:20,22
833:24,25 834:19
834:21 835:5,11
836:4,7 842:5,7,13
843:13 844:3
845:10 846:10,19
847:1,2 910:13
914:13,20
**2015** 794:21
957:18,22
**2016** 794:21
**2017** 910:14
**2018** 822:19,25
882:7,8 885:6,7
910:14 977:23,25
978:10,14
**2019** 756:21 759:4
759:13 761:14
764:3,24 885:8
922:10 936:20
938:4,13 977:23
977:25 978:10,14
**2020** 759:4,14
764:25
**2022** 725:16
726:18 733:1,6
981:21 982:2,4
984:7
**2022-06016**
732:12
**2025.520** 982:9,12
**206** 727:14
**20th** 733:6

**2100** 729:17
**213** 731:10
**214** 729:19
**23** 982:2
**23:51.0** 957:9
**23rd** 981:21
**24** 922:14 936:16
936:19 938:3,12
**25** 751:17 754:5
**253-9706** 731:10
**2843** 725:4 726:2
**298-5735** 730:11
**2:53** 785:21
**2c** 740:10
**2cu** 744:5
**2d** 744:20 800:15
800:16 847:5
848:16,20

### 3

**3** 868:3
**30** 725:12 735:11
757:2 983:1
**3000** 729:9
**303** 730:11
**30th** 833:20,22,25
834:19,21 842:5,7
842:13 843:13
844:3 845:10
846:10,19 847:1,2
**3200** 727:12
**325** 867:5
**32nd** 731:8
**3491** 725:23
**36** 958:10,11
**36,000** 868:18,20
**36,008** 870:4
**36,608** 868:14
869:22 871:6
**393-8200** 729:11
**3:18** 785:24

Page 1

[3rd - acquired]

| | |
|---|---|
| **3rd** 848:14 | |

**4**

**4** 725:17 732:3
733:8 867:24
975:14 976:12
**415** 728:12 729:11
**4200** 730:9
**425** 732:11 867:1,5
867:8
**426** 732:15 920:10
920:14,14 921:3
921:11 933:12
934:25
**427** 732:18 945:8
945:13
**428** 732:21 964:15
964:19,22 979:9
**445-4003** 728:12
**480** 938:14,22
**4:44** 840:9
**4:57** 840:12

**5**

**5281223** 725:24
982:4 985:2
**55** 751:20
**555** 728:9 729:8
731:7
**5th** 731:7

**6**

**6** 725:12 735:11,14
**60** 757:2
**612** 870:4 871:6
**623-1900** 727:14
**650** 730:18
**698-3204** 729:19
**6:09** 884:15
**6:53** 884:18

**7**

**7** 735:14
**725** 725:25
**7321** 981:23
**735** 732:5
**75201** 729:18
**7th** 957:18,22

**8**

**8** 735:12,16,25
745:2,4,6,19,22,24
889:7,8
**80202-2642**
730:10
**827** 725:21
**849-5206** 730:18
**867** 732:11
**8:26** 942:22
**8:50** 942:25

**9**

**9** 938:8,11,12
**90013** 731:9
**920** 732:15
**94105-0921**
729:10
**94304-1211**
730:17
**945** 732:18
**94607** 728:11
**95** 937:9 938:2
**964** 732:21
**98101** 727:13
**985** 725:25
**9:54** 980:23,24

**a**

**abilities** 855:21
**ability** 842:21
866:10 876:15
905:6
**able** 741:1,6
762:19 763:6

766:12 772:10
775:18 780:24
805:10 814:5,7
819:4 821:8 822:7
835:24 848:4
851:11 852:20
853:13 854:6
856:5 857:14
867:25 868:11
906:19 907:7
925:25 932:6
940:5,21,25 942:6
959:9 964:20
**absence** 976:16
**accept** 960:11
**accepting** 857:16
**access** 758:18,18
758:21,24 762:9
762:13,15,20,23
766:19 767:19
786:8 787:17
789:10 791:16
792:11 793:6
802:18 820:23
829:12,23 836:22
837:6,25 838:13
839:5 841:3,11
850:15 851:11
852:25 853:19
855:2 859:17,18
864:1,10,11,20,23
866:4,12 867:19
869:23 873:6,15
873:19,20,21,23
874:1,2,4,8 875:18
875:25 876:17
877:17 878:5,6,8
878:16 879:6
881:20 887:6
905:22 909:22
917:14 932:9

937:23,24 939:4,7
939:8 941:16
943:7,9 944:20
947:22 953:24
954:2,12,15,21,23
955:14,20 960:20
961:2 965:20,21
966:9,11,11
969:11 975:19,22
976:22 978:2,5,7
**accessed** 764:20
767:4,5 786:12,15
786:17,21 787:3
808:14 809:6
860:20 962:10
**accessible** 738:6
738:20 739:6
740:6,12 787:8
788:7 959:10
**accessing** 801:4
840:20 853:23
854:15 907:2
**account** 894:18
**accuracy** 937:4
938:2
**accurate** 741:12
754:21 773:16
784:2 798:2 802:9
808:5 845:5
853:12 855:5,9
890:4,20 915:6
922:11 926:1
935:1 936:24
937:4,5,6,7,9,12
937:17 938:5
943:17 950:16
**accurately** 745:4
**achievable** 775:11
**acquired** 800:25
811:2 819:24
828:14 829:4

[acquired - answer]

830:6 836:21
840:17 844:19
845:8 846:8 847:8
848:1
**act** 782:16 810:9
892:7 894:10
**action** 879:11,15
897:24 951:14,15
951:16 956:24
957:24 958:2,5,6,8
958:13,14,18,22
963:25 964:8,11
964:13 976:10
977:4,16 981:18
981:19
**actions** 725:9
726:9 908:11,13
908:22 927:11
957:4
**active** 855:4
915:18 932:20
**actively** 979:15
980:5,13
**activities** 891:14
897:19
**activity** 820:9,24
826:11 831:3,6
832:6,22 891:2
905:24 907:11,16
908:16,17 909:23
910:4,9
**actors** 831:17
**actual** 746:17
775:21 835:15
**ad** 931:7
**adaniel** 727:17
**add** 737:15
**added** 793:1
948:17 949:2
950:9,19,23
967:18 977:14

978:4
**additional** 849:6
928:1 954:10
**address** 785:3
849:10
**addresses** 823:20
825:10
**adele** 727:8 733:19
**adjustments** 927:9
**administered**
735:2 981:8
**administering**
734:10
**admitted** 837:7
**advance** 870:11
**advanced** 855:1,6
855:10,22
**advent** 789:8
790:12,15,18
**adversarial**
811:19 814:22
**advertisers** 736:20
739:17 740:20
745:15,20 746:7
746:21 850:14
912:1
**advertising** 736:4
736:10,13,22
739:1,8 891:7,11
891:11,21,23,24
912:14
**aeo** 732:12
**afraid** 751:4
761:25 763:7
773:5,15 774:9
775:1 807:21
810:3 822:12
838:9 839:2,9
859:20 861:23
932:1 958:12
963:20 978:25

**aggregated** 912:12
912:16,18,21
**ago** 772:15 784:1
839:3 860:6
861:21 967:1
**agree** 734:9
877:21
**ahead** 759:20,20
780:7 796:16
824:8 845:2,2
861:9 867:15
877:9 891:8 904:8
939:2 940:16
948:14 954:8
980:14
**alive** 925:21,23,25
**allow** 797:19
816:20 838:3
855:16 857:9
883:16 952:15
955:19
**allowed** 775:22
789:10 791:4
850:19 851:19,21
857:5 907:10
910:8 955:2
**allowing** 875:1
**allows** 931:4
**ally** 803:4 827:6
835:13,21 836:14
844:7 848:19
**alternative** 950:8
**alto** 730:17
**ambiguous** 919:7
**amount** 757:1
787:10 796:5
**amounts** 760:17
760:18
**analysis** 913:23
914:10,13

**analytica** 882:25
978:18
**analytics** 910:10
**android** 882:23
901:19,22
**angeles** 731:9
**announced** 752:16
834:20 852:17,22
853:3,7,12
**announcement**
853:6 882:5 885:5
**anomalous** 812:6
**anomaly** 823:7
**answer** 735:17
736:9,12 739:4
740:1,4 741:6,18
743:19 746:8,22
747:15 750:10
759:9 761:4,17,20
761:25 763:7,9
764:6 765:13,17
765:18,20 768:4
768:20 770:4
771:13,16 772:19
773:13,16 779:22
780:9 782:5,25
783:21 784:2,12
786:18 787:4,6
795:16 799:9,13
805:21 806:8
810:2 811:16
812:10,11,12,14
814:5,7 819:4,17
827:6 835:23,25
836:2,10 839:9
844:7 846:4 854:4
854:11 855:23
858:17 860:16,24
861:11,23 872:21
880:3 889:25
890:4,20 891:8

**[answer - app]**

| | | | |
|---|---|---|---|
| 900:17 902:22,22 | 778:22,24,25 | 909:22 910:2 | 795:1,9,18 796:1,2 |
| 912:6,7 913:4,5,8 | 779:16,16 780:13 | 911:13,19,20,21 | 796:24 797:5,7,15 |
| 913:22 914:2 | 780:16,19 781:14 | 911:21,23 914:6 | 797:17,23 798:1,3 |
| 915:1,3,6 925:22 | 781:21,24 786:8 | 914:12 917:7,9,9 | 798:10 802:6 |
| 926:1,5 932:17 | 787:17,19,22,24 | 917:11 918:1,3,7,8 | 803:15,20,22,22 |
| 935:8 939:2 | 788:1,21 790:12 | 918:12,13,15,23 | 803:23 805:6,7,10 |
| 940:22,25 941:23 | 790:15,18,19,20 | 918:23,25 919:1,1 | 812:19 813:1 |
| 950:18 954:8 | 792:4,4,5,5,7,23 | 919:3,4,11,13,17 | 815:19 816:23 |
| 967:8 | 792:24 794:17,18 | 919:19,25 920:5 | 818:25 828:18 |
| **answerable** | 795:5,7 811:7,11 | 921:9 922:13 | 829:10,10 830:10 |
| 765:23,23 | 811:15 812:2,4,8 | 923:21 933:24 | 830:25 831:6 |
| **answered**   857:19 | 812:13,16,20,21 | 934:1,6,7,9,17,21 | 832:1,9,19 833:2,4 |
| 859:14 861:4 | 813:1,2 814:11,11 | 934:23 935:5,10 | 833:6,7,18,19,22 |
| **answering**   749:13 | 814:16 815:18,18 | 935:11,22 936:15 | 833:23,25 834:5 |
| 940:23 | 816:3,11,21 817:2 | 936:16,22 937:24 | 834:11,16,20,22 |
| **answers**   762:2 | 817:8 818:1,7,9,9 | 938:21 939:11,21 | 835:1,4,13 838:2 |
| 765:21 782:21 | 823:19 825:9,24 | 939:21 940:4 | 838:23 839:6 |
| 849:7 868:11 | 834:3 842:21 | 941:5,6,11,13 | 841:3,7,11,14,20 |
| 900:14 | 850:8,9,19,19,23 | 942:2,5 943:14 | 841:20,21,24 |
| **anticipate**   867:10 | 851:2,8,9,10,12,22 | 944:18 960:14,18 | 842:4,4,8 843:9,12 |
| **anybody**   763:17 | 852:2,9,11,11,13 | 960:22,23 961:3,9 | 846:23 847:1,2 |
| 889:21 | 852:16,20,21 | 961:10 962:8 | 855:22 856:18 |
| **anymore**   882:19 | 853:2,6,8,11,17,21 | 978:1 979:3,4 | 861:16 862:7,15 |
| **api**   739:11 741:5 | 854:12 855:15,19 | **apis**   749:4 775:21 | 863:17 864:9,9,15 |
| 744:11,15 748:15 | 856:4,18 857:18 | 777:18 778:4,14 | 864:15,17 865:4,4 |
| 749:2,4 762:18 | 858:1,3 859:2,8,23 | 779:11,19 780:1 | 865:6 877:16 |
| 767:22,23 768:5,6 | 860:23 861:16,17 | 780:10 789:14 | 878:4,4,8 879:3,5 |
| 768:10,14,17,19 | 862:5,6,14,14,19 | 790:16 795:8 | 879:11,11,17,19 |
| 768:21,23,23 | 862:19 863:3,5,8 | 853:18 960:18 | 879:24 880:4,4,12 |
| 769:14,22,24 | 863:17 864:2,4,5 | 978:11,15 | 880:15 881:6,7 |
| 770:2,6,11,13,18 | 864:10,13 865:13 | **apologies**   842:20 | 885:20 887:23,25 |
| 770:20,22,23 | 865:20,24 866:21 | 869:25 | 888:1,3 890:11 |
| 771:8,9,11,23,25 | 866:22 873:7,8,10 | **apologize**   818:10 | 891:2,13 894:13 |
| 772:1,3,7,12 | 873:13,22,23 | 877:7 | 901:15,16 902:25 |
| 773:17,20,23,24 | 878:6,9,9,10,10,10 | **app**   762:13,15,19 | 905:7,21,24 906:2 |
| 774:6,11,15 775:3 | 878:19 885:23 | 762:22 766:17,18 | 906:12 907:1,3,7 |
| 775:14,16 776:18 | 886:3,5,25 887:5 | 766:22 767:23 | 907:11,17 908:1 |
| 776:22 777:1,1,3,3 | 887:11,12,13,13 | 773:1,1 775:3 | 908:17 909:6,14 |
| 777:11,15,16,21 | 887:20,22 888:4 | 786:5,8,15 788:22 | 909:21,24 910:7 |
| 777:25 778:5,5,6,6 | 888:23 890:24 | 793:20,21,23 | 910:10,11,12,17 |
| 778:9,9,12,17,21 | 891:15 905:22,23 | 794:2,9,11,16 | 910:23 911:5,9,12 |

**[app - ascribed]**

911:14,23 915:15
917:5,17 918:8
922:16,19,21
924:1,9,10,11,16
924:19,20,21,23
924:24 925:2,4,5,6
925:7,9,11,14,18
925:20 926:3,4,10
926:13,14,17,19
926:24,24 927:1,6
927:7,8,15,23
928:5,18 929:19
929:22,23 930:5
930:15,18,25
931:11,14,19
932:19,24,25,25
933:4 936:20
938:2,11 939:4,7
939:23 940:3
941:16 943:11,14
947:21,24 949:16
949:17,22,22,25
950:5,6,9,10,11,12
950:15 951:1,2,3,5
951:7 953:13,16
954:15,20 955:2
955:12,14 965:19
965:20 966:9,11
969:20,22 970:22
974:7,14,19
975:18,22 976:13
976:22 977:11
979:14,15 980:4

**app's** 843:15
925:14

**apparatus** 757:16
757:19

**apparatuses**
757:20

**appear** 905:8
975:6 984:4

**appearances**
727:1 728:1 729:1
730:1 731:1

**appearing** 727:2
728:2 729:2 730:2
731:2 893:9
982:18 983:7

**appears** 972:18
976:1

**apple** 900:8,19
901:9,11,16

**apple's** 900:5,5

**application** 758:17
758:20,24 764:20
777:9,10,12,14
787:16 801:10,19
804:9,22,24 806:4
813:2 814:17
823:16 833:11
841:5 888:7 910:9
915:16,17,19,21
915:22 916:18
917:6 922:13
925:13 926:16
933:4 936:15,21
943:13,22 961:8
961:21,23 963:23
964:7 965:18
969:24 971:17
972:3,5,12,24
973:7 975:4,12,16
975:21 976:9
977:1,6,14,15,19
977:21

**applications**
789:10 791:13
793:24 797:21
798:9 802:24
823:17 827:4
930:5 950:21,24
952:18 953:1,1

961:5 974:9,15
976:6

**applied** 804:15,16
804:20,20 805:13
805:19 807:16
927:18

**applies** 812:13

**applying** 951:2

**appreciate** 784:19
839:17 849:17,21
850:3 868:19
946:6

**appropriate**
799:25 849:11
857:18 878:15
881:10,11,12
935:20

**appropriately**
807:7 837:19

**approval** 777:13

**approved** 800:11

**approving** 834:10

**approx** 937:2,2,15

**approximate**
836:6

**apps** 762:9 767:5
767:19 772:8
775:23 787:3
793:6 798:14,16
798:20 799:5,19
802:18 803:1
804:6 805:23
806:1 807:7,11
812:1,2 815:21
816:2,10,12,21
817:2,9,15 818:2
820:4,16,17 823:2
823:21,25 824:5
824:15 825:25
826:1,4,6,6 827:11
832:15 833:19,21

833:24 842:21,25
843:21 853:18,20
853:23 854:16,23
854:25 855:4,5,6
855:10 856:3
873:19,21 874:4,7
875:1,3 905:6,11
905:18 906:3,13
906:15,19 907:6
907:15 908:6
924:12 928:17,21
928:23 929:13,17
930:1,8,9 931:11
931:13,14,18
932:15,21 939:3
943:7,19 944:19
952:14 953:16,24
954:2,12,23
955:19 960:19
961:2 966:3 978:2
978:5,7 980:3,12

**april** 752:16
794:12 831:8
833:20,22,25
834:19,20 835:5
842:5,7,13 843:13
844:3 845:10
846:10,19 847:1,2
850:24 852:17
882:6,7 885:6
967:2

**architected** 824:10

**archive** 869:24

**area** 853:18

**areas** 828:10

**argue** 849:9

**ascertain** 866:19
871:10,12 910:21

**aschwing** 729:12

**ascribed** 939:12
948:25,25

**[aside - aware]**

| | | | |
|---|---|---|---|
| **aside** 741:25 | **assistants** 823:16 | **attention** 743:4 | 979:14 980:2 |
| **asked** 747:15 | **associate** 731:16 | **attorney** 729:7,15 | **automation** 827:9 |
| 776:18 799:4 | 901:25 910:24 | 730:15 734:13 | **available** 738:7,25 |
| 835:13 843:7 | **associated** 875:1 | 750:8 785:7,9 | 739:10,14 740:12 |
| 849:5,5 854:5 | 894:17 902:11,19 | 981:19 | 740:19,24 741:3 |
| 859:5,14 861:4,6 | 903:3 909:7,15 | **attorneys** 727:10 | 741:10 742:2,17 |
| 912:6 933:25 | 924:22,25 925:4,8 | 728:8 730:7 | 759:8 760:3 |
| **asking** 735:10 | 925:11,18 926:2 | **audio** 948:20 | 775:20 787:12,18 |
| 739:25 741:22 | 926:13,23 927:6 | **audited** 802:25 | 787:22 788:10,14 |
| 749:14 770:17 | 927:22 928:17 | **audits** 844:12 | 788:17 790:14,17 |
| 771:15 790:2 | 930:25 932:24 | **auld** 728:5 733:18 | 793:5,11 804:5 |
| 795:21 824:17 | 934:24 948:12 | 735:10 | 805:7,14 815:25 |
| 830:21,22 843:15 | 949:6 956:11 | **austin** 729:6 | 816:10,17 817:12 |
| 858:21 859:10,24 | 971:7,19 | 733:22 759:17 | 821:5,7 828:19 |
| 860:3,8,10 863:15 | **association** 903:8 | 848:11 867:25 | 830:17 831:17,20 |
| 870:20 879:3 | 903:12 | 870:17 884:10 | 831:22 850:6,11 |
| 898:20 899:15 | **assume** 933:5 | 938:25 | 885:10,18 886:17 |
| 910:25 911:1 | 958:11 | **auth** 876:2 | 904:23 907:21 |
| 919:22 920:2,23 | **assumed** 937:6,7 | **auth.login** 875:22 | 908:2 909:8,16,17 |
| 927:19 929:7,8,9 | **assuming** 901:22 | 876:6,7,16 | 910:5,13,18 |
| 940:11 941:8 | **assumption** | **auth.login.** 876:4 | 919:15 921:13 |
| 966:2 | 967:12 | **authenticated** | 926:4,7,19 932:12 |
| **asks** 829:11 | **atomic** 917:11 | 816:4 864:3 939:5 | 932:22 933:9 |
| 877:16 879:5 | 918:1 933:19 | **authentication** | 943:6,18,21 |
| **aspect** 800:18,23 | **attach** 742:6 | 777:18 778:1 | 962:12 966:21 |
| 803:9 810:7,9 | **attached** 742:6 | 791:12 875:14 | 975:15,18,20 |
| 836:18 844:17 | 867:3 920:12 | **author** 753:8 | **avenue** 727:11 |
| 847:5 848:21 | 945:10 964:17 | **authorization** | 729:16 |
| **aspects** 735:25 | **attachments** | 791:18 876:3 | **avoid** 737:14 |
| 810:24 819:21 | 740:25 | **authorize** 876:3 | **avoidance** 848:18 |
| 828:11 829:2 | **attempt** 750:15 | **authorship** 753:8 | **aware** 737:22 |
| 830:3 835:18 | 762:12 764:18 | **auto** 951:22 | 743:13,15,21,23 |
| 840:15 845:6 | 801:4 819:15 | **automated** 820:13 | 743:24 763:3 |
| 846:5,12 847:10 | 843:1 845:13 | 820:20,24 821:1,2 | 768:8,12 770:10 |
| 847:19 848:20 | 913:10,16 959:8 | 821:9 834:14 | 770:18,20 771:6 |
| **assertion** 796:12 | **attempted** 744:25 | 837:2,5,24 838:11 | 773:11 776:13 |
| **assess** 847:16 | 829:18 | 838:22 | 781:16 797:11 |
| **assessment** 752:15 | **attempting** 843:8 | **automatically** | 805:18 809:14 |
| 752:20 843:23 | **attempts** 758:16 | 807:23 952:2 | 825:18 828:16 |
| **assistant** 869:23 | 762:18 830:16 | 976:7,9,18 977:3,7 | 829:8 832:22 |
| | | 977:10,20 978:4 | 845:19,23 846:5 |

Veritext Legal Solutions
866 299-5127

[aware - browser]

846:13 856:18
862:20,22 863:5,7
865:17 866:2,15
886:13 888:13
904:14,21 912:9
912:15 916:1
920:5 929:21
930:13 931:16,21
932:1 945:6
959:20 960:12
976:24

**b**

**b** 725:12 731:5
732:8 735:11
746:11 869:11
871:15 922:16
936:21 938:7
949:17 950:16
969:2 983:1
**back** 735:6 762:7
771:5,7 785:23
793:8 800:6
818:23 828:23
840:4,11 842:22
843:2,4,9 847:12
848:24 858:2
879:17 884:17
888:14 890:12
891:15 892:16,20
894:4,25 895:7,10
895:17 897:4
900:23,25 904:24
905:2,7,19 906:4
906:20,21,24
907:4,8,11,17,25
908:9,17,22 909:2
909:6,15,20 910:4
910:9 914:18
915:17,22 923:6
927:2 932:5
933:10,12 934:5

942:24 957:2
958:22 961:17
967:13
**backed** 962:14
**bad** 824:5
**base** 905:7 919:21
**based** 782:21
783:22 814:24
815:2 827:19,20
841:13 846:4
924:17 936:3
942:3 952:4 959:5
**basic** 815:13
**basis** 773:1 886:7
886:10 931:7
**batch** 851:16
**bates** 750:1 752:13
920:15 945:17
**becoming** 797:11
**began** 764:24
770:13 772:9
794:11,15,21
831:7 834:25
944:12
**beginning** 733:14
756:11 772:4
826:10 874:15
875:12,17
**begins** 772:5
**begun** 882:6
**behalf** 726:16
734:3 735:18
842:22,25 861:17
862:8 878:6
882:14 892:14
907:2 938:4,14
**behave** 823:3
**behaved** 749:4
809:23
**behaving** 820:17
824:16

**behavior** 778:5
811:8,12,15
812:17 814:11
822:16 823:19
824:8 825:24
826:5 896:2
943:15,20 976:25
**behaviors** 807:7
**believe** 737:10
740:16 749:24
752:5,9 753:17
754:1 761:13
784:4,5 791:7
810:22 853:3
868:6 916:3 967:2
**benefits** 747:1
**best** 735:22 740:2
740:7 745:21
746:9,14,23 747:6
752:4 758:15
763:4 782:21
803:4 805:16,21
822:2 823:13
835:13,21 836:15
844:7 845:24
847:21 848:25
849:1 861:11
866:7,7,10 900:14
**better** 754:2 762:2
799:9
**beyond** 748:23,25
749:1 810:5 814:7
842:15
**bfalaw.com**
728:13,14
**binding** 734:11
**bio** 839:17
**bit** 744:17 839:12
847:13 850:7
921:18 965:6

**blank** 976:11
980:15
**bleichmar** 728:5
733:18 735:10
**boolean** 979:19,20
979:22
**bottom** 869:6
**boundary** 738:24
739:2
**box** 876:15
**branded** 874:11
874:17
**break** 783:8,10
785:25 797:24
839:14,16,18,23
839:24 840:1
877:5 884:19
889:3 903:20
942:20
**breakout** 883:24
884:2,8
**brief** 810:13
**briefly** 833:4
**broad** 742:21
828:8 915:2
**broader** 874:21
**broadly** 770:5
854:14 881:18
916:4 924:16
**broke** 858:23
**brokers** 736:4,11
736:13,21 739:8
739:17 740:20
745:9,11,16,20
746:7,21 850:14
912:2,14
**brought** 794:18
**browser** 894:13
895:3,6,13,16,16
895:17,22,25
896:2

[browsing - capability]

**browsing**  894:22
**bug**  957:11
**build**  760:21
  836:11 880:11
**building**  771:4
  837:14,16,21
  876:14
**built**  758:1,3 759:3
  764:24 814:14
  815:4 837:12
  879:23 880:3
  882:20 910:12
**bunch**  968:23
**buongiorno**
  729:14 733:25
  734:4,6
**business**  741:16
  743:6 751:9
  753:13 795:7,8
**button**  891:25
  892:2,4,5,5,7,8,13
  892:14,19,24
  893:1,5,6,8,16,20
  893:21,25 894:1,4
  894:7,10,15,18,23
  894:24 895:1,4,8
  895:10,19 896:15
  896:16,21 897:2,5
  897:8,11,15 898:6

**c**

**c**  752:5,5 758:8,9
  933:15 934:25
  951:9
**c2**  732:16,22
**ca**  732:19,22
  945:17 964:24
  982:9,12,20
**cache**  897:22
**calendar**  748:11
  748:12

**california**  725:2
  725:20 726:2
  728:11 729:10
  730:8,17 731:9
**call**  762:4 768:10
  775:15 777:1,15
  777:17,21 778:12
  790:20 813:2
  851:8,17 852:8,11
  852:12 853:21
  856:7,19 857:3,5,8
  857:9,11,14
  858:15 859:8
  861:17 863:17,21
  864:5,15,17 865:4
  865:6 892:6,25
  897:17 901:4
  905:23 909:22
  910:3 917:7,9
  918:3,8,12 920:5
  929:1 933:20
  934:6 940:2
  941:11,13
**called**  767:24
  772:13 774:6
  775:22 777:25
  782:10 791:4
  806:11 827:1
  850:19 854:16
  863:3 874:12
  875:13,21 910:7
  926:11 929:10
  939:3 944:22
  960:17 961:11
**calling**  790:12
  811:7,11,15 812:4
  812:16 814:11
  823:19 825:24
  853:24 878:10
**calls**  767:23 768:5
  768:5,6 769:24

770:2,6,11,13,18
770:20,22,23
771:8,10,11,23,25
772:1,3,7,12
773:17,20,23,24
774:6,11,15 775:3
776:18 777:4
779:8 780:19
786:4 812:2,20
814:11,16 815:18
815:19 816:4,11
816:22 817:2,8,14
818:1 823:21
825:9 852:20
853:13 856:13,15
856:21 861:16
863:9,9 864:10
873:22 885:24
886:3,5,25 887:5
905:22 911:23
914:6,8 917:21
922:13 934:2
939:6
**cambridge**  882:24
  978:18
**campen**  727:7
**canonical**  788:22
  793:12,14,15,25
  794:5,8 797:24
  798:2,5,6,13,17,21
  799:20 832:12,14
  832:18 902:14
**canvas**  791:13
**cap**  952:7,9
**capabilities**  755:1
  755:12,15,18,20
  755:23 756:7
  757:10,12 761:23
  943:2,3,4,5,7,20
  944:20 946:25

947:2,5,10,11,14
948:1 950:19
952:14,16,17,20
952:23,25 953:10
953:11,16,25
954:2,3,13,19,24
954:25 955:2,14
955:16,20 959:18
960:19,20,25
961:1,4,21 966:4,4
966:5,10,15
968:13 973:17,21
973:25 974:16,19
976:6 977:13
978:3,5,7 980:3,12
**capability**  943:10
  943:13,15,17
  944:16,17 945:5
  947:9,22,23,23,24
  947:25 948:1,10
  949:6 950:2,4,9,14
  950:20,23,23
  951:22,24 952:6
  952:10,13 953:2
  953:12 954:12,16
  954:21 955:1,9,11
  955:12 961:3,6,7
  961:22 965:19,20
  965:21 966:10,11
  966:12 967:16,17
  968:4,7,13,16,21
  970:2,5,5,6,8,10
  970:19,20,22,23
  970:24,24 971:2,3
  971:3,6,6,15,16
  972:2,5,8,11,14,23
  973:6 974:7,14,19
  975:4,11,15,19,20
  975:23 976:8,14
  976:18,22 977:2,2
  977:7,7,10,12,14

[capability - clear]

977:15,18,19,20
979:13,15 980:4
**capacity** 772:6
**capture** 741:22
**captured** 861:19
**captures** 967:15
**cardaci** 748:6
751:25 752:1,5,6,8
752:24 753:14
754:4,10
**cari** 727:7
**carrier** 899:9,13
**carry** 895:18
**carve** 737:5,11
**carved** 735:25
**case** 725:5 726:5
740:17 744:22
756:4 769:6
800:21 801:1
805:13 811:3
813:16,18 815:6
817:12,25 819:25
820:3 821:17
828:15 829:5,21
830:7,18 836:21
840:18 841:7
842:15 843:16
844:20 845:9
846:9 847:8 848:2
848:18 864:3
876:7 880:10
881:13 900:20
916:4 920:15
934:12 935:9
942:9 973:10
981:15
**cases** 767:25
779:21 811:25
851:13 855:20
923:12 950:21

**caught** 751:23
**caution** 750:7
**caveat** 936:25
**caveats** 763:2
**ccp** 982:9,12
**ccr** 725:20,21,23
981:24
**ceased** 882:4
**cell** 957:12,20
**cells** 870:3 956:3
**center** 823:22
**certain** 735:24
750:22 751:3
762:9 766:12
771:9 786:16
817:20 833:8,9
851:20,23 853:12
860:6 862:4
879:22 899:7
914:6 924:11,11
927:9 959:14
973:3 976:15
**certainly** 802:13
808:17 813:11
815:9 817:7
851:25 944:13
**certainty** 817:21
**certified** 726:20
726:21 981:2,3
**certify** 981:4,17
**cetera** 810:20
876:24 916:10
**chad** 748:6
**challenge** 832:15
**challenges** 811:18
**chance** 870:14
**change** 770:15
778:9 789:22
791:22,23 792:4
792:18 795:4,15
795:17,18,21

796:13,19,22,24
797:5,15,18
895:13 896:8
921:16 946:9,12
949:1,4,21 950:2,4
950:5,10 951:4,22
953:3,5 956:9
985:4,7,10,13,16
985:19
**changed** 770:3
771:3 779:12
780:11 787:13
788:7,10,14,18
789:1,4,7 790:14
790:23 791:1,10
791:19 792:14,22
793:2,6 799:7
813:4,24 816:18
819:11,13,14
826:16 877:3
896:9
**changeover** 953:6
**changes** 752:16,23
789:13,20,20,24
790:2 792:1
794:21 811:22
838:12,16,19
914:12,15,20
919:7 945:21
947:8,11,17,20,21
947:25 952:5
955:9,11
**changing** 795:3,14
797:7
**check** 818:24
839:13 842:13
**checked** 808:12
**checking** 808:18
**checks** 878:17
942:7

**chen** 731:16
733:24
**choose** 780:24
855:11 907:11
908:9 909:2
**chose** 855:13
907:16,25
**chosen** 804:10
855:14
**circumstance**
777:20 876:11
**circumstances**
781:21 794:7
876:5,8 894:2
943:23 973:13
977:5
**civil** 982:19,20
**clarification**
749:15 812:22
**clarifications**
844:25
**clarified** 737:19
**clarify** 737:13
740:2 746:6
759:21,22 769:8
799:15 852:4
863:12,22 892:22
940:24 941:1
965:25 967:7
970:12
**clarifying** 973:23
**clarity** 746:1,20
847:22 890:19
**class** 741:2
**classify** 760:9
**claufenberg**
727:16
**clear** 736:2,9
737:14 739:19,24
740:1 741:8
743:18 745:17

**[clear - concerning]**

772:14 782:20,23
796:11 800:9
803:8 810:21
824:17 835:24
844:13,14 860:8
860:16 870:14
896:19 899:19
923:7 946:6 953:9
**clearly** 752:3
**click** 893:25 894:1
894:7 896:21
897:1,2,5
**clicked** 892:18,21
894:3,15,18 895:8
895:10 898:5
**clicking** 894:10,24
897:11
**clicks** 915:22
**client** 750:8 785:7
785:9
**close** 837:1 881:5
895:16
**closed** 895:21,22
**closely** 780:15
835:14
**cnt** 936:9,10,11
939:15 941:18
**code** 760:10,12
778:16,19,22,23
779:4 780:14,20
808:1,2,15 877:21
890:25 918:4,5,5
919:12,12,20
933:19,22 934:18
934:19 982:9,12
982:19,20
**coded** 782:10
**codes** 778:21
779:2,4,8,20,24
780:3,3,18,21,23

**codifies** 780:22
**colleagues** 929:4
929:12
**collect** 797:20
798:8 898:8,11,12
898:19,21 899:2
899:20,25 900:8
900:21 901:10,19
**collected** 899:16
**collection** 918:24
**collects** 930:24
**colloquially**
862:10 927:5
**colorado** 730:10
**column** 868:25
869:11,11,11,13
870:3 871:15
917:20 921:18,19
921:25 922:1,16
933:15 934:25
936:8,17,21 937:1
937:19,20 938:7,8
939:13,15 946:2
946:15 948:3
949:17,23 950:12
950:16 951:4,7,9
952:7,11 955:22
955:24 956:3,15
956:18,22,22
957:5,24 958:24
960:13,21 963:14
963:18,19 964:3
967:23,24,25
969:2,20 970:2,6
971:11,25 972:1
972:18 973:2
974:22 975:5,24
976:4,20,23 979:9
979:17
**columns** 869:18
928:6 936:19

942:13 945:22
965:6 967:21
974:21,21
**combine** 931:17
931:21
**combined** 931:13
**come** 742:25
763:18 764:24
840:4
**comes** 738:24
890:17
**coming** 823:21,22
860:17 890:21
**commence** 794:9
794:13 820:21
**commenced** 847:1
847:2
**commencing**
726:17
**common** 775:19
778:13,14 814:22
824:1 825:11
828:20 855:20
907:9
**commonalities**
825:24
**commonly** 874:19
**communicated**
894:3,4,25 895:10
897:4 940:19
**communicates**
741:15
**communication**
894:23
**communications**
973:24
**company** 771:5,7
772:18 809:2
882:15
**company's** 919:1

**companywide**
962:1,6
**complete** 742:23
780:9 799:10
886:4 976:25
**completed** 982:7
982:17 983:6
**completely** 861:22
882:15
**completion** 981:15
983:10
**complex** 779:23
827:22 830:2
**complexity** 765:15
**compliant** 843:3
**complicated**
900:16
**complies** 734:19
**component** 744:15
**compound** 856:16
**comprehensive**
770:4 781:24
**comprise** 760:25
**computational**
937:15
**compute** 760:18
761:21
**computer** 895:22
895:23 967:6
**computing** 760:23
937:18
**concept** 787:25
788:1,3 789:9
797:1,12 823:9
827:17 919:20
**concern** 757:14
**concerned** 942:5
**concerning** 752:19
797:7 800:18,24
811:1 819:22
828:12 829:3

**[concerning - count]**

830:4 836:19
844:18 845:7
846:6,17 847:6
**concerns** 744:6,20
745:6 849:17
978:17
**concrete** 886:12
**concretely** 821:14
**conduct** 914:6
**conducting** 835:4
**conducts** 742:12
743:6
**confident** 772:3,16
772:19 773:2
782:5,12 791:25
836:10 929:24
930:2,4 963:7
**confidential**
725:10
**confidently**
773:18
**configure** 790:16
**confines** 741:23
**confirm** 745:4
870:24
**confirmed** 802:8
**confusing** 934:3
**connect** 874:19,21
874:23,25
**connection** 899:18
902:10
**consent** 764:1,2,9
764:12 978:19,20
978:23
**consideration**
746:16,17,18
**considered** 809:9
811:21 812:6
897:15 933:4
939:22 941:7
942:8

**consist** 958:13
**constantly** 822:22
**constituted** 808:20
**constitutes** 811:14
**consulted** 813:11
**consumer** 725:5
726:5 733:9 982:3
985:1
**cont'd** 729:1 730:1
731:1
**contact** 982:9
**contain** 766:22
776:9 930:17
950:20 971:23
972:9
**contained** 743:9
761:5 773:4 856:3
928:12 964:2,3
984:4
**containing** 743:10
**contains** 759:5,7
928:4 930:13
973:16 974:18
**content** 753:4,6
762:7 801:21,24
802:1 842:22
890:12 946:19,23
951:25 952:1
**contents** 959:9
**context** 739:19
742:20 753:3
793:22 794:4,17
796:7 808:11
811:23,23 812:8
812:14,24,25
815:5 823:2 824:3
830:18 845:9
846:9,11 847:4
872:1 904:13,17
904:18 910:23
912:12 914:1

915:5 918:16
919:8 922:5
936:13,14 939:19
940:1 947:2,2,5
949:15,19 956:17
961:16 964:11,14
968:2 976:3
977:11
**contexts** 872:7
**continually**
761:10
**continue** 810:13
834:1 838:10
928:7 952:22
**continued** 726:15
**control** 781:21
869:6,7
**conversation**
748:25 749:1
753:20,22,23
754:12 757:7
**conversations**
742:13 744:3
747:22,24,25
754:15 757:5,7
854:7 929:3
**corollary** 971:8
**corporate** 725:13
**correct** 735:18,19
735:21 736:6
740:10,13 742:3,4
742:8 744:22,23
745:2,24 747:18
751:24 758:9
762:10 768:5
781:1,2 784:5
788:8 798:11,21
807:8 814:19
818:2,3 819:6
823:4 831:1 836:5
841:16 842:5,6,10

842:11 847:10
851:17 852:14
857:1,8,15 870:17
873:9 879:4 888:1
892:21 897:4,5,21
906:13,21 908:7
916:22 925:5
928:24 946:10
949:7,8 954:4
955:6 956:4,5
957:17 968:9
971:8 980:17,19
984:5
**corrected** 984:5
**correction** 738:18
873:12
**corrections** 982:14
982:15 983:3,4
984:3
**correctly** 738:15
807:25 818:8
857:21 864:18
865:7 879:2 934:2
**correlation** 971:5
**correspondence**
845:1 849:12
**corresponding**
936:22
**counsel** 727:1
728:1 729:1 730:1
731:1,16 733:14
734:4,9 736:19
744:18 848:9
867:9 868:23
920:17,21 936:7
946:24 958:21
963:21 973:24
982:18,21 983:7
**count** 917:16,20
936:11,12,14
937:1,2,3,3,15

**[count - date]**

939:17,18
**counts** 941:14
**couple** 747:10
789:24 867:12
**course** 785:11
849:15 914:21
**court** 725:1 726:1
726:21 734:8,17
734:20 867:2
884:13 920:11
945:9 964:16
981:3
**courts** 734:3
**cover** 736:15
737:24 828:8
855:19
**covered** 841:4
**create** 760:3 761:6
764:9 765:16
862:13 931:7
933:23 934:9
**created** 750:17,19
759:2,13,24 760:1
760:5,5 761:12,13
761:18 764:22
765:1,10,10
793:17 806:16
833:24 887:7
923:1,9,11,12,14
925:14 948:17
958:18 973:8,9,12
**creating** 751:6
885:20
**creation** 750:21
753:4,6,11 764:13
765:3 767:17
769:13,15,25
**creator** 750:22
**credit** 868:22
**cross** 725:13
726:15 732:3

733:7 734:17
735:1,6 736:8,19
736:23 737:23
783:14 784:16
785:7 839:13
840:13 848:22
849:12 867:10,23
868:5 869:19
870:23 871:2
884:21 920:17
921:1 935:10
939:2 940:20
943:1 946:18
955:24 965:9
972:13,17 973:1
982:1,4 984:1,13
985:2,24
**cross's** 870:21
**crutcher** 729:5
730:5
**csr** 725:20,20,22
981:25
**csv** 920:15
**curious** 919:23
**currently** 932:16
**custom** 781:9
**cut** 867:16

**d**

**d** 732:1 752:5
758:8,8,9,9 922:1
936:8 952:7 970:2
**dallas** 729:18
**dan** 814:5 819:20
825:5
**daniel** 727:8 731:5
733:19
**dark** 831:14,15,17
831:20
**dashboard** 815:25
816:9

**dashboards**
817:20
**data** 736:4,11,13
736:21 738:6,14
738:16,19 739:5,8
739:9,14,17,19,20
739:21,22,23
740:4,12,19,20,23
741:9 742:2,6,8,17
743:2,7,14,16
744:2,7,8,12,21
745:9,11,16,19
746:4,7,12,19,21
747:3 755:8
756:10,14 757:25
758:2 761:9,22
762:10 766:13
769:18 771:2,15
771:18 773:25
774:22 776:1,4,6
786:5,11,21 787:3
787:7,11 790:3
792:13,16 797:20
798:8,16,20
800:20,25 801:5
802:7,18 811:2
817:16 819:24
823:22 828:14,18
829:4 830:5,25
831:11,13,16
832:10,12 836:20
838:6 840:17
842:14 844:19
845:8 846:8 847:7
848:1,17 850:6,14
850:15,23 851:7
853:14,24 854:24
855:2,25 859:13
860:4,5,7,19 861:3
862:24 864:17,21
865:2,6,23 866:14

869:14 871:22
873:7,15 876:22
876:25 877:2
878:16 883:10,10
888:18 889:10
891:4 903:2,7
904:24 912:1,4,8
912:10,12,14,16
912:18,21 913:1
913:11,14,16,18
914:15,23 916:14
923:17 931:4,4,10
931:22 932:7,10
932:13 939:10
941:24 959:20
966:21 975:18,20
975:23
**database** 793:17
850:20 897:18,23
923:4 924:22
962:10,14,15,20
969:7,9 970:11
**databases** 745:7
902:12 903:16
911:9 923:2,9,11
970:17
**dataset** 797:22
798:10
**date** 756:17
770:10,12 791:25
820:22,23 834:23
834:24 835:2
852:23 854:1,2,7,9
871:23 922:8,15
923:16 957:3,5,8
957:11 963:7
967:2 972:4,19,20
972:23 973:6
975:6,7,9,10 976:1
976:13 977:20
978:23 981:20

[date - detail]

982:16 983:5 985:24

dates 756:22 821:25 822:5 831:5 832:5 847:20 853:10 910:15,17

dating 759:6 888:14

day 762:17 871:21 871:23 872:24 917:15,18 981:21 984:6

days 775:21 875:13

deal 760:16,18 785:10

debugging 769:19

decade 789:23

december 922:10 936:20 938:3,13

decision 882:9 883:3

decisions 835:20 835:21

declare 984:1

decree 764:1,2,9 764:12 978:19,20 978:24

deep 783:24

default 896:2 943:21 976:7

defendant 733:23 734:16

defined 811:12

definition 811:17 813:3 904:17 906:16,25 918:15 925:23

degree 777:23 937:4

deleting 805:6

demonstrate 868:17

denver 730:10

denying 834:10

depend 804:16 895:25 959:10 966:20

depended 804:11

depending 779:15 803:22 887:23 895:14 919:7 951:14

depends 747:14 777:21 890:16 918:14 925:22 926:6 927:17 932:18 943:15 947:13 967:16

deponent 726:16 732:2 734:11,19 734:25 741:14 742:11 750:12 759:17,22 760:7 760:16 761:3,16 765:12 766:11 767:8,15,21 769:17 774:18 779:11 780:8 787:10,24 788:16 790:7 798:13 799:2,23 802:12 802:23 807:4 808:8 817:6 819:8 821:13 836:2 840:1,4 841:9 842:18 843:19 844:6 845:12 846:21 848:4 853:16 855:9 856:9,17 857:25

858:17 859:1,15 860:22 861:10 862:4 863:2,24 865:12 866:1 867:18 868:3,7 870:1 871:10,20 872:3,10,18 873:17 877:11 879:8,21 880:8,25 882:1,13 883:15 885:23 886:9 887:4 888:13,21 889:3,16,24 890:9 890:24 891:10 894:6 896:19 897:14 898:4 899:6 901:5 902:5 902:23 903:10,24 904:9,21 905:5,14 905:21 906:6,24 909:1,11,20 911:8 912:20 913:4,13 913:21 914:10,25 915:13 916:12 927:13 931:3,16 933:2 934:5,17 935:3,18 939:3 941:4,22 946:10 954:9 955:8 960:7 973:20 974:6

deponent's 725:15

deponents 981:7

deposition 725:12 726:15 733:7 734:10,22 736:17 748:2 799:22 802:22 828:5 844:5 867:23 870:12 871:9 888:12 891:7 902:4,21 913:3

934:16 935:17 970:1 981:14 982:19,22,24 983:8,10

deprecate 914:5

deprecated 791:6 852:24 910:14

deprecating 853:11 914:8

deprecation 852:21 853:2,6

derek 727:6

describe 758:14 806:25 833:4 863:15 951:12,13

described 805:24 806:17 807:1 833:3 838:24 871:7 917:25 933:18 936:17 963:22

describing 807:24 809:17 862:11,12 863:19 879:8 911:19

description 732:10 738:2 832:8 908:12 946:6 964:2,6,7

descriptive 776:12

descriptor 870:4

design 792:5

designated 735:17 736:15 749:7 860:12

designed 852:17 881:2 882:20

designing 809:12 979:4,7

detail 756:8 761:24 768:14

[detail - dim]

774:25 809:25
817:17 819:10
821:5,7 823:12
824:12,18 839:9
851:24 861:20
**detailed**  773:15
774:9
**details**  763:2
881:3 882:16
**detect**  820:16
824:7 846:15,18
849:14
**detected**  806:1
824:6 837:23
838:23 839:1,4
**detection**  823:7,8
837:4,5 838:15,18
**determinable**
854:9 859:4
**determination**
809:24 877:25
933:3
**determine**  762:19
767:4 787:1 808:2
829:14 832:16
843:1,14 854:7
856:5 859:9
877:22 878:11
924:14,16 934:20
944:19 954:23
966:18
**determined**  767:5
803:18 809:8,19
838:17 982:18,22
983:7
**determines**  819:9
833:15 934:8
979:13
**determining**
876:23,24 914:5
926:18

**develop**  795:25
824:5
**developed**  763:23
763:25 792:24,25
801:14,17 815:1
820:15 822:14
978:11,15,17
**developer**  739:11
740:16 743:3
744:14,17 778:8
787:13,14 788:20
791:13,17 792:6
796:2 798:4,14
800:8 801:10,18
803:15,25 804:2,7
804:23 805:15
806:20 809:7,18
816:1 827:5
829:21,24 834:12
835:7 836:3,7,12
836:24 837:7
838:1 841:13,16
841:21 842:9
843:9,12,15,24
855:21 856:11
857:5,9 858:12,21
859:5,6,9 876:8,11
876:11,13 877:19
904:15 910:20
916:2 920:7
924:24 925:2
963:15,23 964:8
**developer's**
842:15
**developers**  750:4
790:18 791:5
792:10 795:4,16
795:19,22 796:13
796:19,20,22
797:20 798:8,20
799:4,18,24 801:4

803:6 804:24
807:6 808:4
811:20 823:25
824:1,2 825:10
828:19 829:11
833:7,12 834:7
837:23 841:1,18
842:13 847:16
850:19,21 851:6
855:11,16,25
858:2 874:13
903:19 904:23
905:3 908:16
910:8 916:3
**developing**  822:22
822:22
**development**
760:7 795:9,23,23
796:2 827:8
926:11,14
**device**  876:19
879:24 880:4,11
880:12 881:1,7
885:21 886:3,23
886:25 888:24
898:9,13,18 899:1
899:4,13,20,22
900:2,19,21,24,25
901:10,11,24
902:9,9,10,19,24
902:25 903:1,4
**devices**  876:8
881:15,20,22
882:21 886:1
**devops**  816:1,10
816:18,20 835:12
**dgarrie**  731:11
**dialogue**  873:18
874:9,18,20 875:4
875:14,20 876:9
876:12 877:18,21

877:22 879:12,13
880:14
**differ**  778:6
779:14,15 793:23
**differed**  804:17
881:3
**difference**  775:14
775:19 776:25
793:19,25
**differences**  775:17
775:19 850:10
**different**  757:21
761:18 776:5
778:4 792:9 794:3
794:4 799:19
801:5 802:16
803:21 804:17
805:2 809:1
811:23 823:6,6
824:11 834:23
855:17 857:6
872:6,7,12,12
875:15,15 879:18
880:1 890:2
892:16 904:12,13
914:22 915:10
923:13 924:4,5
930:25 941:10
951:13 968:20
970:13 972:25
974:3,3
**differs**  778:5
963:1
**difficult**  900:13
906:9 954:1
**digging**  941:24
**digits**  924:8,9,17
**diligence**  868:17
**dim**  928:21,22,23
929:13,17 930:1,8
930:9 931:13,18

Veritext Legal Solutions
866 299-5127

**[dimensions - employee]**

**dimensions** 960:8
**direct** 868:9
  953:17,25
**direction** 981:11
**directly** 842:9
  889:20 906:2
  932:8 952:25
  953:1 955:3
**discernable** 749:5
**disciplinary**
  927:10
**disclosures** 881:10
  881:11
**discovery** 849:16
**discuss** 748:21
  749:22 750:5
  784:23 849:11
  936:7 965:3
**discussed** 748:19
  749:17,23 754:8
  797:2,13 853:25
  853:25
**discussing** 748:22
  749:11,18,20
**discussion** 868:15
  877:10 883:18,20
  883:22 938:11
**discussions** 749:2
  797:7,9
**display** 877:17
  961:2
**displays** 968:17
**distinct** 937:23
**district** 725:1,2
  726:1,2
**dloeser** 727:15
**document** 725:8
  726:8 749:23,25
  750:2,5,13,16,18
  751:7 752:9,11,15
  752:19,22,25

753:1,9,11,15,18
753:20,25 754:2
800:5 801:11,20
805:14 806:3,19
807:11,23 808:3
808:11,20 809:9
809:13,19,24
819:5,9,14 903:7
914:17,18 916:8
921:3 936:5 946:1
965:9,10,14,16,17
966:17 967:11,12
**document's** 753:6
**documentation**
  920:7
**documented**
  919:18
**documents** 747:23
  754:7,8,13,17,25
  756:3 797:12
  803:15 806:2
  818:25 904:1
**doing** 750:10
  775:23 782:23
  784:19 798:25
  800:6,9 820:14
  826:5 839:14
  848:10 892:8
  965:8
**doubt** 848:18
  964:1,5,5
**downloaded**
  921:17 945:19
**downstream**
  931:7
**drawn** 920:8
**ds** 871:18,20,23
  872:3 922:1,4,6
  936:17
**due** 937:14 969:12

**dumps** 828:18
  830:25 831:11,13
  832:10,12
**dunn** 729:5 730:5
  733:23
**duration** 806:7
  955:15

**e**

**e** 728:7 732:1,8
  937:19 938:8
  944:24,25,25
  952:11 970:6
  982:9,12 983:1
  985:3,3,3
**earlier** 760:13
  761:19 820:11
  826:8 875:13
  896:20 924:7
  934:6 945:20
  969:25 970:14
  977:12
**earliest** 791:3
  815:14 827:18
**early** 791:3 820:10
  820:11 879:4
  882:8 885:8
  944:12
**ease** 736:16 965:5
**easier** 798:7
**easiest** 867:13
**ecosystem** 752:17
  752:23 914:20
**edges** 787:25
  788:2 793:1
**educated** 913:17
**effect** 800:12
**efficiently** 737:25
**effort** 832:11,17
  838:10,11
**efforts** 807:6,15
  832:13 848:25

**egnyte** 868:2
**eight** 783:25 838:5
**either** 753:7 754:7
  853:3 931:6
  955:11 967:4
**elaborate** 918:2
**elegantly** 877:1
**element** 933:19
**elements** 931:12
**elia** 748:5,13,14,21
  749:1,9,18 751:19
  751:20 768:18
  783:4 784:10,11
**eliminate** 843:8
**email** 743:9,13
**emails** 740:25
  742:6 929:3,6
**embedded** 829:24
  892:5,24 894:9
**emit** 778:22 781:9
  787:15
**emits** 789:4,7
  873:20
**emitted** 779:20
  788:19,21 789:1
  789:14,25 790:3
  790:22 791:1,9,16
  792:2,13,16,21
  794:8 798:4 831:7
  832:16 838:14
  839:6 878:12
  887:7
**emitting** 794:5,11
**emma** 727:9
  733:20
**employed** 750:24
  751:1 755:5 805:5
  828:17,21
**employee** 755:3
  955:23,25 956:8
  956:11,12,14

[employee - exactly]

981:18
**employees**  748:1
  766:12 834:9
  943:6 954:22
  955:2 962:10,13
  963:2 968:12,15
  968:21,25
**employing**  827:22
**empty**  942:7,9
  979:23
**en**  838:3
**enable**  881:19
  906:19 907:7
  920:3
**enabled**  760:3
**enacted**  836:13
**encompassed**
  745:16
**encountered**
  778:24 780:16
**encountering**
  772:12
**endpoint**  919:3,3
**enforce**  827:3
**enforced**  820:5,18
  823:18 927:15
**enforcement**
  927:11,17
**engaged**  883:6
  885:19,20 886:23
  914:4
**engaging**  746:19
  747:2
**engine**  937:16
**engineer**  769:18
  780:13,24 781:8
  823:14 951:23
  958:18
**engineering**
  824:12,18 827:24
  844:10

**engineers**  796:3
  808:1 824:23
  951:23
**england**  725:15
  726:17 733:1
**enhanced**  765:7
**enlarged**  921:16
  921:17
**ensure**  801:11,15
  801:18 807:6
  829:19 830:16
  836:20 847:25
**ensured**  800:20,24
  811:1 819:23
  828:13 829:3
  830:5 840:16
  844:18 845:7
  846:7 847:7
  848:16
**ensuring**  803:13
**enter**  875:22 960:3
**entered**  979:17
**entire**  905:16
  923:19
**entirely**  755:13
  773:2 782:12
  786:24 964:12
**entirety**  774:12
  865:18 866:1
  904:10 949:11
  966:14
**entities**  736:25
  923:10,13
**entity**  894:9 897:8
  923:2,4 937:23
**entries**  869:21
  920:23 922:9,10
  935:4 946:3 950:1
  956:3 975:6
**entry**  923:8
  948:10,16,16,18

948:19 949:2,9
  950:13 951:3
  969:3,4,6 970:7
  971:12,19 972:8
  972:11,17 974:23
  974:24 975:2,3,25
  976:11,23 980:15
**enumerate**  758:16
  762:12 775:18
  781:20
**enumerated**
  958:17
**enumerates**
  758:23 762:17
**equivalent**  874:9
  875:11,16 980:8
**errata**  982:14,16
  983:3,5
**error**  777:20
  778:2,11,12,13,15
  778:16,17,19,20
  778:23,23 779:2,4
  779:4,8,13,20,24
  780:1,3,3,14,18,20
  780:21,23,25
  781:3,9,12,14,17
  781:20 783:3,19
  808:15
**errors**  779:14,21
  781:5 917:20
**essentially**  742:21
**establish**  899:16
  906:9
**established**  897:3
**establishes**  813:7
**estimate**  757:2
  914:11
**estimation**  809:8
**et**  810:20 876:24
  916:10

**eugene**  826:22
**evaluate**  801:21
  801:24 802:1
  806:18 878:11
  912:17,25 913:10
  913:16 914:1
  915:9
**evaluated**  802:19
  803:1,2,16 878:18
**evaluating**  856:11
  857:17
**evaluation**  747:1
  802:14 914:7
**event**  871:25
  872:4 896:4 949:4
  950:10
**events**  896:7 910:8
  910:11,12,17,23
  911:5,9,12,14,23
  958:4
**everybody**  734:1
**everybody's**  736:9
**evolution**  822:17
**evolve**  824:7
**evolved**  770:3
  811:6 814:15,18
  827:17
**evolves**  814:23
**ewright**  727:18
**exact**  756:17,22
  757:1 778:5
  806:14 813:3
  816:15 821:25
  822:10 831:5
  854:7,8 967:1
**exactly**  756:13
  764:4,8 766:25
  767:11 772:22
  773:11 774:2,7,19
  777:21,22 799:5
  803:1 804:9,15

**[exactly - facebook]**

805:12,19 806:5
817:16 821:22,22
822:16 824:18,25
826:15 827:2
832:25 837:17
927:16 941:24
954:17 958:13,13
962:23 964:12
966:18 967:14
969:12 976:16
**examination** 732:2
735:4
**examined** 735:2
**example** 740:25
742:24 743:10
751:15 769:19
777:10 785:2
788:25 789:6,12
790:9,11,21 791:2
791:11 792:3
793:9 803:12
804:21 805:9,17
808:13 811:4,10
811:25 814:17
815:2,14 819:5
820:2 829:16,18
842:18 864:6
876:13 879:22
880:11 887:25
890:9 896:1,8,10
896:12 907:17
913:14 915:15
918:22 920:22
924:18 936:18
941:10 950:1,8
958:19 976:17
**examples** 789:3,19
790:8,25 791:8
792:12,15,20
801:7 804:14,19
805:1,4,17 807:16

812:5 823:24
825:13 828:24
829:1,17 845:13
845:16,25 846:13
846:16,23 915:14
916:7
**excel** 732:11,15,18
732:21 743:10
867:15 957:11
968:18 969:1
974:13
**excelified** 957:13
**excepting** 850:14
**exception** 739:7
745:19 782:11
**excerpt** 920:14,19
922:9 946:1,20
964:23 966:16
967:23
**excerpted** 933:13
**excerpting** 964:9
**exchange** 906:18
**exchanged** 741:19
743:8 899:12
**exchanges** 746:19
747:3
**exclusively** 952:25
**excuse** 943:11
966:7
**execute** 934:20
**executed** 984:6
**exercise** 967:19
**exhibit** 732:11,15
732:18,21 867:1,5
867:8,23 868:3
873:3 920:10,14
920:14 921:3,11
933:12 934:25
945:8,13,14
964:15,19,20,22
979:8

**exhibited** 752:10
753:2
**exhibition** 750:13
**exhibits** 867:22
**exist** 766:20 768:3
774:12 804:4
806:21 817:1
818:25 837:22
881:24 882:2,4
910:11 929:21,23
931:17 960:4,18
960:19 961:9
962:9 974:16
**existed** 768:9,16
780:10 801:11,15
802:9,14 803:14
803:19 806:19
808:3 809:19
822:5 833:21
842:20 855:16,19
875:7,12,17 932:2
944:17 961:7,22
963:6
**existence** 774:2
781:7 794:15
801:20 806:10
807:19 815:11
838:23 846:22,25
866:20 874:10
**existing** 806:3
930:14 932:1
**exists** 777:16
818:24 842:20
866:5 919:13
927:20 930:23
960:18 961:1,3
963:20 977:6
**expand** 945:22
**expecting** 812:12
**experience** 737:24
748:14 876:14,18

879:25 880:12,16
880:21 902:7
943:14 962:17
**experiences** 744:4
782:24
**expert** 799:10
800:2 803:3
899:10 901:13
902:6,13 935:19
962:16
**expiration** 975:24
976:2,4,13,16,20
976:23
**expire** 976:7
977:21
**explain** 793:13
829:12 830:2
833:12 876:22
883:12 904:16
918:20 957:6
979:20,21
**explained** 880:18
880:18,21 906:17
**explains** 952:4
**explanation** 911:1
969:18
**explicitly** 898:20
**exposed** 859:3
**expressed** 779:15
**extent** 745:15
810:11 878:24
891:7 967:15
**external** 924:15
**extra** 746:1

| f |
|---|

**f** 939:13,15 955:22
955:24 956:3
971:11 973:2
**facebook** 725:4
726:4 729:4 730:4
733:9 735:17

**[facebook - facility]**

| | | | |
|---|---|---|---|
| 738:6,20 739:5,11 | 822:9 825:23 | 890:12,14 891:3,5 | 920:2,4,7 923:4,19 |
| 739:13 740:5,11 | 827:11 828:13,14 | 891:10,13,16,16 | 924:2,2,12,13,19 |
| 740:15,18,22 | 829:3,5,11,13,18 | 891:19,22,25 | 925:5,7 929:18 |
| 741:2,9,15,19 | 830:5,6,16 833:6 | 892:1,2,6,8,11,13 | 932:9,25 934:13 |
| 742:1,1,12,16 | 833:12,15 834:5,9 | 892:18,20,25 | 943:6,12,22 944:2 |
| 743:2,3,6,13,16 | 834:23,25 836:19 | 893:3,3,10,17,19 | 944:4,9,14 945:1,6 |
| 744:1,7,12,14,17 | 836:21 837:10 | 893:23,23 894:4,8 | 945:16 952:22 |
| 744:20 745:8 | 838:6,17,25 | 894:11,13,14,16 | 953:21 954:22 |
| 746:4,12,18 747:1 | 840:17 841:23,23 | 894:17,20,22,25 | 956:8,10,13 |
| 748:1 749:4 | 842:12,22 843:2,5 | 895:2,3,5,7,11,12 | 960:17 961:25 |
| 750:24 751:1,2 | 843:10,13 844:18 | 895:13,15,17,18 | 962:13 963:4,24 |
| 752:23 755:3,5,7 | 844:20 845:7,9 | 895:21,24 896:3,3 | 964:24 968:12,15 |
| 755:12,17 756:7 | 846:7,8 847:6,8,10 | 896:10,13,15 | 969:24,24 977:4 |
| 757:16,21 758:17 | 847:15 848:1,16 | 897:4,6,6,9,16,23 | 977:17,24 978:6 |
| 758:19,24 760:3 | 848:19,25 850:6 | 898:7,9,11,17,18 | 978:12,15 982:3 |
| 762:22 764:19 | 850:15,22,22 | 898:18,23 899:1 | 985:1 |
| 766:7,8,12 767:18 | 851:6,15,18,20 | 899:12,16,20,25 | **facebook's**   725:12 |
| 767:21 768:20 | 855:12,24 856:5 | 900:1,7,10,11,18 | 752:17 761:22 |
| 770:13 771:3 | 856:10,12 857:12 | 900:19,21 901:8,9 | 776:1,4 777:11 |
| 773:10 774:14,19 | 857:16,22 858:1,4 | 901:10,15,15,16 | 782:17 792:5 |
| 777:15 779:2,3,7 | 858:13,18,23 | 901:17,18,19,24 | 796:6 799:3,11 |
| 779:11,19,19,25 | 859:11,17,21,24 | 901:25 902:8,9,18 | 800:2 809:8 |
| 780:17 781:3,5,11 | 860:7,12,18,23 | 902:25 903:15,19 | 817:16 843:4 |
| 781:13,16 787:7 | 861:2,25 864:19 | 903:22,25 904:5 | 850:20 860:4 |
| 787:11,12,14,18 | 865:1,7,18 866:13 | 904:10,15,24,25 | 861:15 862:23 |
| 787:20 788:6,20 | 867:9 869:14 | 905:2,5,7,8,12,19 | 863:25 878:18 |
| 789:4,6 791:13 | 873:15,17,25 | 906:4,10,11,12,14 | 899:11 900:20 |
| 792:6,11,23 | 874:3,7,12,14,17 | 906:20,21 907:4,8 | 901:13 902:1,11 |
| 793:16,17,18 | 874:19,20,21,23 | 907:10,12,13,17 | 903:2 916:14 |
| 794:1,5,9,11,13 | 874:23,24,25 | 907:20,24 908:1,6 | 918:5 919:16,18 |
| 795:2,8,19,24 | 875:1,3,7,11,16,25 | 908:9,15,18,20,22 | 919:20 922:21,23 |
| 796:1 798:4 | 876:9,12,14,17,18 | 909:2,7,8,15,16 | 923:1,9,10,16 |
| 799:24,25 800:10 | 876:21,23 879:23 | 910:4,9,20,22 | 924:6,21 925:9 |
| 800:15,20,24,25 | 879:24 880:4,6,10 | 911:4,8 912:2,4,8 | 926:3 931:3,22 |
| 801:7,25 802:20 | 880:12,13 881:1,6 | 912:9,11,15,17,18 | 932:15,19,22 |
| 803:1,5,17,18,24 | 881:7,9,20 883:5,9 | 912:21,25 913:1,9 | 933:23 959:4 |
| 804:21 805:5,11 | 885:9,17,20,23 | 913:10,15,16 | 962:6 969:7,8,12 |
| 805:22 806:18 | 886:2,5,24,25 | 914:4,8,21 915:7 | 969:19 970:10,15 |
| 807:1 808:1,2 | 887:4,9 888:8,14 | 915:17,18,22,24 | 970:17 |
| 811:1,3 813:15 | 888:17,25 889:4,9 | 916:2 917:6,12 | **facility**   952:14 |
| 815:5 819:23,24 | 889:10,13,18 | 918:2 919:10 | |

Veritext Legal Solutions
866 299-5127

[facing - format]

**facing** 836:12

**fact** 771:6 817:11
856:17,18 858:14
888:4 897:7 898:5
910:2 924:12
950:22

**factors** 804:11,13
804:18 825:7,15
825:17,18 877:24
932:18

**fair** 789:19

**fairly** 965:2

**falls** 860:14

**familiar** 767:9
776:10 809:11
883:4,7 901:21
903:17,21 904:18
921:2 923:20
943:2,3 944:1,3
946:19,22,22
959:23,25 965:9
965:10

**familiarizing**
867:17

**far** 749:5 832:8
875:20 888:15
942:4

**favorable** 873:1

**fb** 732:13,16,19,22
920:16 945:17
964:24

**fbid** 969:2,23
970:6,8,9,14,16,20
971:4,6

**fbml** 791:4

**features** 833:8,9
833:13,16 907:9
978:3

**federal** 981:14
983:1,8,9

**feel** 765:16 847:21
881:8

**field** 952:4 957:15
963:22 979:17,23
980:16

**fields** 758:23
786:8 788:2 793:1
857:6 924:22
925:16 930:11,12
971:10

**fight** 848:11

**figure** 767:13
819:13

**file** 920:15 945:14
966:20 967:3
973:16,25

**files** 920:18,21

**filled** 963:18

**filling** 951:20

**final** 746:25

**finance** 751:9

**financial** 914:7,11

**financially** 981:17

**find** 764:11 766:8
784:9 804:2

**finding** 889:24

**fine** 749:14 783:15
868:12

**finish** 839:22

**firm** 733:17 735:9

**first** 746:3 762:4
770:8,10 777:9
778:15 782:16
794:17 797:6,10
797:19 814:23
815:3,4 822:1
828:2 830:24
840:23 841:18
869:22 877:15
879:3,5,10,14
882:18 889:8

**feel** 894:13 897:25
910:19 917:5
932:25 933:4
936:4,18 946:8,16
950:15 957:18
961:13 963:8
965:2 967:23
973:6

**five** 869:17,21
870:3 871:15

**flagged** 837:5,7

**floor** 731:8

**flow** 876:22 877:2

**focus** 740:15 741:6

**focused** 738:5
743:3

**focusing** 802:3

**folks** 854:1

**follow** 785:17
839:20 845:4
849:5,15 851:2
853:9 854:3
878:24 922:21

**follows** 735:3
982:8

**fonti** 728:5 733:18
735:10

**foregoing** 981:5,7
981:11,13 984:2

**forever** 959:15

**forgot** 748:7

**form** 759:19 760:6
760:15,21 761:1
761:15,18 765:11
766:10 767:7,20
768:2 769:16,20
774:16 776:23,23
777:18,21 778:1
778:12,13 779:10
779:12 780:6
787:23 788:15

789:18 790:6
795:11 798:12
799:1,22 802:10
802:22 806:22
808:7 816:15
817:5 819:7
820:10 821:12
832:24 836:1
841:8 842:16
843:18 844:5
845:11 846:20
848:3 853:15
855:8 856:8
857:24 858:16
863:23 865:11,21
865:25 871:9
873:16 879:20
880:7,23 881:25
882:12 883:14
885:22 886:8
887:3,15 888:20
889:2 890:8,23
894:5 896:18
898:3 899:5
904:20 905:4,13
905:20 906:23
908:25 909:10
911:7 912:19
913:2,12,20
914:24 915:12
923:13 927:12
931:2,15 933:1
934:4,16 935:2,17
935:20 939:1
943:14 954:7
955:7 960:6 961:9
962:9,19 965:24
968:24,24 973:19
974:5

**format** 740:11
744:6 791:6

[format - go]

921:21 924:13
**formats** 740:11
  744:6
**formed** 940:4
  941:13
**forms** 770:7
  815:24
**forth** 981:7
**forward** 769:7
  817:24 850:1
**found** 805:3,23
**foundationally**
  906:10
**four** 745:23
  869:23 936:19
**fourth** 829:20
**fql** 851:3,4,5,8,9
  851:11,12,13,16
  851:19,20,24
  852:1 853:7,12,16
  853:23 854:17,24
  855:1,4,11,13,15
  856:1,3,6,13,15,19
  856:21 857:3,5,9
  857:17,23 858:6,8
  858:15,18,24
  859:3,6,8,12,16
  860:20 861:3,6,7,8
  861:11 873:7
**fragment** 791:20
**frame** 815:11
**francisco** 729:10
**frcp** 983:1
**free** 849:15
**friend** 908:19
**friend's** 864:16
  865:5 941:12
**friends** 864:17
  865:6,9 889:21,22
  905:9 907:19,22
  908:4,19,23 909:3

915:23
**front** 962:19
  973:15
**fronted** 923:1
  970:17
**ftc** 764:1,8,12
  978:19,20,23
**full** 763:9 776:15
  780:9 882:16
  929:13 930:12
  941:22 958:12,12
  967:15 973:14,16
  974:13,18
**fully** 755:2 772:3
  776:10 781:23
  901:1 939:9
**function** 753:13
  764:16 893:5
  937:15 954:19
  957:16
**functionality**
  823:11 841:13
**further** 785:3
  849:16 957:12
  981:13,17

**g**

**g** 944:25 956:15,18
  956:22 957:5
  972:18
**ga** 901:19
**gain** 841:9
**games** 752:17,23
  914:20
**garrie** 731:5 734:2
  734:3,7 849:24,25
  868:23 869:5,10
  883:25 884:4
  901:2,6,7 948:20
**gates** 944:23,24,25
  945:2

**general** 731:16
  756:18 769:6,10
  782:24 807:15
  830:22 848:5
  850:12 895:15
  897:17 900:25
  911:3 923:16
  926:21 927:21
  937:8 951:18
**generally** 736:18
  741:15 777:3
  778:15,22 779:2
  780:23 810:17,22
  811:24 812:10,12
  816:8 849:13,22
  861:14 875:16
  891:1 895:23
  898:4 943:18
  968:22
**generated** 815:20
  951:22 952:2
  962:22,24
**gestation** 820:11
**getting** 737:12
  857:1
**gibson** 729:5
  730:5 733:23
**gibsondunn.com**
  729:12,20 730:12
  730:19
**give** 734:22 748:2
  748:4 751:10,11
  757:1 770:3
  772:19 773:16
  780:9 782:5,21
  783:21 784:2
  790:8,9 804:14
  805:17 808:22
  809:2 810:17
  822:15 835:22
  836:15 845:13

848:4 861:11
  872:21 877:9,11
  881:16 889:25
  890:3,19 901:6
  902:14 913:13
  915:3,5,13 925:25
  926:9 928:7
**given** 800:3
  803:12 813:3,17
  822:20 845:16
  846:14,17 847:20
  847:20,21,22
  878:5 917:15,17
  917:17,17 918:7
  922:13,14 923:2
  923:10 926:15
  928:5 936:16
  947:23 949:3
  954:12,20,21
  955:10,20 956:14
  958:21 970:24
  971:1 975:11,21
  976:7 981:12
**gives** 799:12
**giving** 844:15
  845:24 900:13,16
**go** 747:19 748:25
  749:1 759:20,20
  763:21 780:7
  782:15 784:15
  785:19 793:8
  796:16 819:18
  830:19 833:22,25
  840:6 841:20
  845:2,2 847:12
  850:9,17 851:4
  861:9 867:15
  874:16 877:9,25
  878:13 883:23
  884:1,2,11 891:8
  893:15 895:17

**[go - help]**

897:1 904:8
925:17 932:5
935:21 939:2
940:16 942:19
948:14,22 954:8
958:19,22 967:13
967:19 968:8,11
980:14,21
**goal** 845:12 881:5
881:19 883:15
**goals** 824:13
883:17
**goes** 767:16
876:22 933:10
**going** 735:10,13
737:24,24 738:1
740:9 744:16
759:18 762:7
769:6 782:3 783:6
800:17 818:23
826:7 828:22
839:10,15 850:5
851:4 857:20
861:10 864:25
867:13,19 868:9
868:13 870:10
879:17 884:8
886:20 890:19
895:7 900:25
906:24 917:2,2
933:12 934:5
941:2 942:17
945:13 956:16
965:5
**good** 733:16 734:4
780:12 783:7
800:14 973:23
**google** 901:23
**gotcha** 847:11
**govern** 961:3

**gr** 936:23 938:14
**grant** 789:10
873:19 973:21
**granted** 841:3,5
841:23 875:5
878:15 943:13,16
950:14 952:16,17
961:4,7,21,23
965:19 966:3
971:16 972:3,5,12
972:15,23 973:6
974:8,15 976:6,19
977:2,6,13,15,19
**grants** 878:1
973:17 974:1
**graph** 739:11
741:5 744:11,15
786:4 788:1 792:4
792:7,24 794:18
795:5,6 812:8,13
850:8,23 851:10
851:12 852:16
853:4,4,21 856:4
858:1 873:9,10,11
873:13,22 878:10
897:17 908:11,13
908:14,22 911:23
918:22,23 919:1
923:4 936:16
939:21 969:7,8
970:10
**great** 737:21
839:23
**gross** 827:1
**group** 947:24,25
950:23,25 951:19
952:11,12,15,18
952:22 954:10
955:4,11
**grouped** 954:3,14
954:25

**groups** 950:20
952:14,19,20
953:10,11,17
**guess** 854:20
927:19
**guidance** 901:5

**h**

**h** 732:8 876:2
957:24 974:21
985:3
**habit** 739:16
**hand** 734:18 775:1
777:1 835:9 854:2
**handled** 982:8
**handwritten**
747:11
**hannah** 730:6
733:24
**happen** 880:19,22
**happened** 803:18
803:21 824:19
899:8 953:13
**happening** 826:13
832:23,23,24
833:1 834:22
952:4,5 977:22
**happens** 877:16
879:15 948:22
**happy** 785:10,19
849:10,18 850:17
850:17 877:5
940:25 945:15
957:2 967:9
**hard** 741:17
742:25 757:1
761:3,17,17,24
769:3 770:3
772:15 780:8
796:5 797:19
810:1,2 817:17
822:15 823:8

832:16 853:20
881:16 889:24
913:24,25,25
914:25,25 915:2
950:17
**hc** 732:12
**head** 782:10
807:21 810:1
852:24 854:9
**header** 922:1
936:9 939:15
946:2,16 948:4
955:22,25 957:24
960:15 967:23,24
974:22 975:24
979:9
**heading** 974:21
**healthy** 734:5
**hear** 883:24
**heard** 815:15
818:12,15 831:14
831:15 849:25
903:24 947:1,4
**heaton** 748:6
749:22 750:6,15
750:19,20,23,25
751:16,17 753:23
754:9
**heavily** 779:23
**help** 747:8,13
749:6 753:14,24
759:15 789:15
795:20 812:10
834:6 854:19
863:22 876:10
877:14 885:12,12
886:9 889:16
915:5,14 925:1,24
927:3 935:20,24
940:23 978:4

**[helped - implemented]**

**helped** 754:1
**helpful** 877:12
  926:9 935:7
  942:11
**helps** 800:13 967:7
**hendrix** 803:4
  827:6 835:14
  844:7 848:19
**hereto** 867:3
  920:12 945:10
  964:17
**hey** 868:23
**high** 741:14
  742:12,13 743:5
  763:5 774:24
  792:23 807:18
  808:8,22 809:2
  812:2 813:5
  814:15 815:18
  816:11 817:2
  823:9,15 839:4
  877:12 878:21
  907:1 937:4
**highlight** 869:9
**highlighted**
  869:18 957:15,20
  980:19
**highly** 725:10
  937:17
**historical** 965:22
**history** 751:15
  756:17 900:20
  977:12
**hit** 777:1 789:24
  869:6 935:6
**hits** 776:22 777:3
  818:8,9 862:5,6,14
  862:15,19,19
  863:3,6 865:13
  866:21 887:11,12
  887:20,22 911:13

911:19,21,21
**hitting** 812:1,21
  812:21
**hive** 774:1,11,15
  775:15,20 776:4,6
  806:13 807:20
  869:13 871:22
  872:1 898:1,4
  903:12,13 911:10
  916:14,20 922:6
  928:4,24,25
  930:25 931:3,8,10
  931:22 932:10,24
  933:6 937:2
**hoc** 931:7
**hope** 734:5 737:25
  738:1
**hopefully** 799:12
  799:12 926:21
**hour** 783:7 922:14
  936:16,19 938:12
  942:18
**hours** 938:3
**hregan** 730:12
**html** 876:16
**http** 778:16,19,20
  778:23 779:1,1,4,7
  779:8,20,24 780:3
  780:3,14,20,21
**huawei** 886:13,21
  886:23 887:1,25
**human** 951:16
  952:1
**hundreds** 836:9
**hypothetical**
  802:11 941:21

**i**

**i.e.** 949:13
**ian** 731:16 733:24
**id'ing** 969:10

**id's** 863:18,18
**idea** 810:18 883:9
  906:18 907:1
  924:16 948:25
  949:3
**identification**
  749:3 867:2
  920:11 945:9
  964:16
**identified** 752:9
  800:16 810:8
  816:10 844:16
  863:8,8 886:21
  919:24 920:20
  946:24 958:4
  969:17
**identifier** 863:19
  900:5,8,22,24
  901:11 902:10
  903:1 922:20
**identifiers** 900:25
**identifies** 762:8
  956:11 963:14
  972:14
**identify** 733:14
  741:1 764:18
  767:23 801:4
  810:10 823:2
  824:15 838:24
  849:1 862:23
  864:11,19 865:8
  902:18 925:20
  929:17 932:6
  934:23 954:15
**identifying** 786:20
  788:24 826:4
  863:20 948:7
  969:15
**identity** 861:25
**idfa** 899:25 900:3
  900:4 901:10,17

**ids** 786:17 788:19
  788:22,23,23
  789:25 791:16
  793:10,12 794:6,8
  794:10,12,14,15
  795:2,5,9 796:1,3
  796:24 797:5,8,16
  797:18,23 798:1,2
  798:3,5,5,6,10,13
  828:18 829:23
  830:11,11,25
  831:7,10 832:1,10
  832:12,14,18,19
  836:22 837:6,24
  838:13,23,25
  839:5,8 866:22
  899:21,23 902:1
  902:19 922:21
  923:3 924:1,2,2,11
  924:20 925:12
  930:5 951:4,5
  956:11 959:21
  960:4,9,11
**imagine** 825:21
**immediately**
  784:20
**impact** 752:16,18
  752:20,22 914:7
  914:11,19
**impetus** 765:3
  796:23 797:1,4
**implementation**
  823:13 830:23
  866:12
**implemented**
  762:24 769:18
  779:17 813:22
  820:8 822:1,19
  825:1 832:2,19
  835:18 836:14
  840:21 911:23

Page 22

**[implementing - information]**

**implementing**
780:13
**implied** 835:23
**imposed** 805:3
**impossible** 742:14
742:19 799:18
967:5
**impracticable**
967:5
**impressed** 868:18
**improve** 753:24
978:11,14
**improved** 753:18
**improving** 761:10
**inappropriately**
824:16 829:20
**inception** 788:21
793:11 875:8
**include** 736:20,25
739:16 746:6
758:19,25 767:24
786:14,19 888:23
890:10 898:5
911:14 925:12
929:21 930:14
951:7 972:19
**included** 749:3
755:17 782:8
787:2 862:6 908:9
908:11 982:14
983:3
**includes** 745:23
786:16 805:6
874:23 957:5
966:14 968:23
**including** 740:19
746:16,21 911:10
924:23 931:19
947:21
**inclusive** 931:11

**incoming** 919:13
919:19 934:21
**incomplete** 802:10
941:20
**increased** 924:7
**index** 762:14
919:10 924:19
935:9
**indicate** 810:16
893:16 924:10
926:3 936:19
955:10 975:15
976:8,12 979:24
**indicated** 844:25
849:11 922:14
941:17 951:2
**indicates** 778:23
926:24 927:7
971:18,20,22
979:11
**indication** 810:6
**indicative** 905:23
909:23 910:3
951:15 972:11
975:3,22
**individual** 783:1
786:5,21 787:2
789:22 838:25
857:13,15,22
858:5 861:25
862:14,24 863:10
863:12,20 883:5
886:7,10 888:7
891:4 892:20
905:12,19 909:15
910:25 911:6
913:18,18 919:25
920:23 925:5
954:16
**individual's**
786:11 967:6

**individualized**
953:12
**individually**
920:18
**individuals** 838:25
864:21 866:13
951:19
**inform** 844:12
**information** 739:5
740:5,12 741:3,20
743:11 744:21
746:4,12 747:2
750:9 756:1,2
758:17,20,25
759:5,7 760:17,18
761:5 762:12,15
762:20 763:13,15
764:19 766:9,18
767:3,6,19 768:1
768:10 770:14,25
771:2 772:7,20,23
772:25 773:3,6,9
773:11 774:10,14
775:15,16,20
777:19,22 778:7
786:7,14,17,20,25
787:2,15,17,21
788:6,9,13,17
789:1,3,7,11,14
790:13,17,22
791:1,5,9 792:2,11
792:18,21 793:5
799:4,19 800:1,21
806:16 807:10
810:18 813:21,21
816:16 817:10,25
818:5 824:19,21
827:3 829:13,15
829:19 830:1,16
831:20,22 835:8,9
835:22 836:15

837:18 838:5,8,11
841:4,10,11
842:24 843:2,14
844:12 846:15,18
847:16 848:17
850:11,20 851:22
852:1,8 854:15,17
855:13 856:3,6,13
856:15 857:4,10
857:13,15,23
858:5,9,12,14,20
858:24 859:3,7,9
859:19,22 860:2
860:12,13,19
861:2,19 862:1,20
863:18,19,21
864:20 865:9,9
866:3,16 871:15
872:20 873:19,23
875:6,23,23 876:1
876:18,21 877:6
877:17 878:12
879:6,19 880:5,6
883:13 885:9,17
886:17 887:1,9,19
887:24 888:5,23
889:1,10,13,19
890:14 891:14
892:1,19 893:5
894:3 895:9
896:15 897:3,10
897:18 898:8,21
899:10,12 903:6
903:12 904:22
905:2,11,18 906:1
906:3,11,11,13,15
906:20,21 907:2,4
907:8,13,19,24
908:5,8,21 909:1,4
909:6,14 910:2,21
910:22,24 911:4

[information - involved]

911:24 912:3
913:19 915:8,11
916:9,13,20,25
917:15,23 918:9
918:13 919:15
920:25 921:2,12
921:23 925:8,10
925:14 926:2,22
926:23 927:6,14
927:16,21,25
928:2,4,8,12
929:22,22,25
930:14,17,24
931:11,13,17,18
931:21 932:23
933:5,8,20 935:24
937:20 938:9
940:8 941:7,16,19
942:3,12 947:9
950:6 952:5 955:5
956:21 960:23
961:6,22 963:17
963:21 965:3,15
966:14 968:17,19
968:23 969:9,12
969:14,16,21
970:3,19 971:23
971:25 972:10,25
973:1,17 974:4
976:3,20
**informations**
791:20
**informed**  744:18
**infrastructure**
758:6 761:9,22
765:8 766:14
768:25 769:2,22
770:2,15 771:2
776:1 836:12,13
903:2 918:6
922:22,24 923:17

931:4,4 933:23
939:22
**initially**  965:19
**initiated**  953:22
956:8 978:14
**inquiries**  857:17
**inquiry**  819:19
847:5
**ins**  829:24 836:23
837:25
**inside**  766:7
903:22,25 904:5
904:10 919:20
951:17 978:12,15
**insignificant**  796:4
**instance**  924:10
951:3 960:3 968:6
976:12
**instituted**  833:19
833:23 836:16
852:15 944:5
**institution**  841:19
846:23
**insured**  744:20
**integrate**  875:1,3
**integrated**  787:16
891:13
**integration**  783:25
885:11,13 886:2,4
886:6,14,15 887:2
887:5 888:1,9
904:25
**integrations**  881:1
881:15 882:19
883:1 884:20,24
885:5,24 888:18
888:19,24
**integrity**  744:24
800:19,23 801:3
803:10 810:8,25
811:5,17,21

812:16 813:9,13
813:20 814:1,14
819:16,22 824:3
824:23 826:3,16
826:19 828:12
829:3 830:4
836:19 837:15
840:16 842:23
844:18 845:7,17
846:6 847:6
848:22 849:14
**intend**  747:12
823:10 940:18
946:12
**intended**  946:12
**intensity**  937:15
**intent**  762:25
**interact**  926:16
**interacted**  742:22
930:21
**interacting**  794:18
804:25
**interaction**  898:20
**interchangeably**
777:5
**interested**  981:18
**interface**  962:15
**intermediary**
954:10
**internal**  745:8
751:15 766:13
782:17 787:21
878:18 897:10
902:1 907:23
910:24 916:9
919:17,19 924:12
924:14 925:9
926:3 943:5 959:4
959:6,10,12
961:11 962:10
963:23 969:13

**internally**  756:3
797:2 896:16
921:21 961:25
962:6 963:8
968:14,17
**internet**  777:17
**interpret**  890:21
935:24
**interpretation**
890:16
**interpretations**
890:2,6
**interpreting**  750:3
**interrogatory**
886:18
**interrupt**  851:1
861:6
**interrupting**
796:17
**intimately**  743:22
765:14
**introduced**  789:9
840:23 841:18
867:4 920:13
945:12 964:18
978:10
**invalidation**  896:4
896:6
**investigate**  768:16
**investigation**
769:20 837:8
838:4
**invite**  737:12
**involved**  750:21
751:6 753:8
754:25 755:15,20
756:1,6,11 757:13
757:24 760:9
765:14 771:4
772:16 796:3
805:19 807:14

[involved - l]

808:24 814:21
815:9,16,23
820:25 822:4
825:15 826:2,3,12
826:15,19,24,25
827:14,24 831:19
834:9 835:15
844:11 845:15
859:2 864:8 866:8
915:19 979:3
**involvement**
755:23 770:5
772:5
**involves** 755:11,14
788:18 789:8
**ios** 882:23 900:6,9
901:15
**ip** 823:20,23
825:10
**ipsum** 809:12,15
809:21
**issue** 769:5 810:17
848:24
**issues** 849:19
**iterations** 791:3

**j**

**j** 960:13 975:24
**jams** 731:4
**jamsadr.com**
731:11
**january** 957:18,22
**jay** 828:2
**job** 725:24 822:3
823:15 845:23,24
845:24 847:21
874:13 982:4
985:2
**john** 731:18
733:11 884:6
**join** 857:6 931:5

**joined** 772:17
**jonathan** 827:1
**jsc** 725:6 726:6
**june** 725:16
726:18 733:1,6
848:14 981:21
982:2,4

**k**

**k** 963:14 967:22
979:9,17
**keep** 828:22
**keller** 727:5
733:20
**kellerrohrback.c...**
727:15,16,17,18
**kept** 864:19 865:8
**kicked** 823:4
825:25 827:12
927:7
**kind** 739:20
752:18 753:13
770:16 772:20
799:8 812:11,11
814:6 815:14,20
826:11 839:11,15
877:6 905:18
916:13 969:9
**kinds** 796:7
822:22 827:6
925:10
**knew** 771:16,21
771:21 783:5,5,5
787:5
**know** 742:12,15
742:20 743:8
744:1 752:13
753:10 755:6,16
756:14 759:1,5,7,9
759:12 760:22
764:21 765:9,20
766:16 769:22

770:23,25 771:1,9
771:11,14 774:10
775:4,5 776:5
781:7 782:14
783:17,23,25
784:7 785:2
786:24 789:21
792:24 793:6
796:5,6,23 797:13
799:8,24 800:5
806:5,8,11,14,14
807:9,14,17,17
808:10,24 809:16
810:19 811:20
813:22 814:6,25
815:3,13 816:2,3
817:10,18 818:4
820:7 821:1,4,17
821:25 822:2,14
822:18 823:11
824:4,9,11,24
825:23 826:12,15
827:8,14,18,23,25
828:9,24 831:9,10
831:18 832:3,11
832:17 835:3,8,10
837:9,13,17,20,22
838:5,7,9,16
839:12,15 842:1
848:11 849:10
850:12 852:19
853:22 854:16,24
855:22 858:10,13
858:22 860:18
861:1 862:16
870:8,22 871:5,14
877:13 878:24,25
878:25 880:16,17
881:14,18 882:3,9
885:19 888:8,16
891:8 892:8,13

893:3 899:7 902:8
903:5,15 910:16
911:11 913:18
919:2 923:25
928:21 930:7,23
931:9,23,25 933:7
937:11,11,19
938:18,21 939:16
940:15,18 945:1
948:6,11 949:18
951:1,12 952:8,12
953:3,4,21 954:20
958:8,12,14
959:14,16 961:13
962:21,23 963:17
964:10 965:1,22
966:2 967:7,9,9
968:1 969:4,14,21
970:3,8 971:13
972:20 973:9,11
973:14 974:24
976:2,21 977:24
978:6,13,20,23
979:1,1,2,5,10,16
980:6,7
**knowing** 956:13
973:3
**knowledge** 810:5
821:18 882:2
**knowledgeable**
762:5
**known** 758:6
773:25 833:8,10
840:22,24 858:10
875:10,15 908:11
937:1

**l**

**l** 725:20 726:20
928:23,23 944:24
944:25 981:1,24

[l.l.p. - logging]

**l.l.p.**   727:5
**language**   796:9,12
**large**   760:17,18
   789:24 809:1
   816:3 867:14
   920:18 931:23
   967:4,12
**larger**   946:1,7
**late**   772:17 797:13
   944:12
**laufenberg**   727:7
**launch**   850:23
   961:12,13,15,19
   961:19,24 962:2,5
   962:25 963:3,5,12
**launched**   792:5,7
   851:11
**law**   727:10 728:8
   729:7,15 730:7,15
   733:17 735:9
**lawful**   942:5
**learn**   810:19
**learned**   820:2
**learning**   820:16
   825:16 827:22
**led**   827:8 834:4
**left**   776:17 823:13
**legacy**   773:12
   854:14
**legal**   982:7
**legibility**   965:5
**lengthy**   867:15
**lesley**   728:7
   883:19,21,21,21
   884:7
**letter**   810:16
   848:13
**level**   741:14
   742:12,14 743:5
   756:8 761:24
   763:5 774:24,25

792:23 807:18
808:8,22 809:2,25
810:2 813:5
816:11 817:17
819:10,17 821:4,6
823:9,15 824:11
824:18,21,24
839:4,8 851:7
877:12 878:21
907:1 938:2
**levels**   814:16
   815:18
**light**   882:24
**liked**   894:11 897:7
**limit**   749:10,16
   812:21,25 813:6
**limited**   744:19,22
   800:21 801:1
   811:3 819:24
   828:14 829:5
   830:6 831:23,24
   836:21 840:17
   844:20 845:9
   846:8 847:8 848:1
   848:18 874:24
   881:18,23 883:2
   908:6
**limiting**   813:23
   814:3
**limits**   812:1,7,18
   812:23 813:8,11
   813:14 966:19
**line**   847:4 868:13
   982:15 983:4
   985:4,7,10,13,16
   985:19
**lineage**   774:9
   822:10 939:9
**lines**   868:10
**lingo**   934:2

**link**   786:20 798:16
   798:20 799:19
**linked**   767:25
   809:20 947:23,24
**list**   778:20 780:18
   780:23 781:3,7,11
   781:14,17 793:8
   815:21 816:2
   829:1,7 869:13
   927:24 930:5
   934:14 947:8
   958:3,21 974:18
**listed**   804:24
   830:20
**lists**   745:8 781:5
**litigation**   725:6
   726:6 733:10
   982:3 985:1
**little**   744:17
   779:23 847:13
   850:7,8 889:4
   921:18 965:6
**llp**   728:5 729:5
   730:5
**locally**   869:2
**located**   726:16
**location**   725:15
**locked**   982:12
   983:1
**loeser**   727:6
   735:13
**log**   768:21 770:2
   806:16 856:14,14
   857:22 858:1,2,4
   859:8,12,22
   860:23 861:16,25
   895:15 896:2,11
   946:25 947:1,4,6,7
   948:9,10,16,16,18
   948:19 949:1,3,9
   949:11 951:4,6

956:9,25 957:1
959:17 962:3
971:15,19,22
972:8,8,10 975:2,3
**loggable**   958:4
**logged**   768:19,24
   769:1,4,14,23,25
   770:6,11,19,21,22
   770:24 771:8,10
   771:12,23,25
   772:1,4,9 773:17
   773:19,21,23,25
   786:25 838:2
   839:7 856:19,23
   858:8,14 859:16
   860:3 862:14
   863:5 864:1,9,14
   865:3 887:9,11,20
   887:22,25 888:4,5
   892:10,11,17
   893:3,4,10,19,22
   893:23 894:14,19
   894:22 895:2,4,5
   895:18,20,21
   896:3 897:6,16
   898:9,12,16,17
   899:3,4 900:1,9,11
   900:18 901:9,15
   901:18 902:8,24
   903:2,3 911:15
   929:19 949:21
   950:22 951:17
   958:6
**logging**   757:16,18
   757:19,22,22,25
   758:3,5 759:2
   760:8 765:7,8
   767:22 768:2,25
   769:2,19 770:13
   770:14 772:17
   773:12 817:7

**[logging - matt]**

818:1 859:2
861:15,18,21
863:25 866:21
871:22 881:8
888:3 896:7
899:13 967:17
972:9,17
**login**  755:1 873:15
873:17,25 874:3,7
874:9,12,17,18,20
874:24,24 875:4,7
875:11,13,17,20
875:23 876:9,12
877:18,21,22
879:12,13 880:14
899:11 901:13
968:4,7,8
**logs**  767:22 806:1
806:6,10,11
807:10 858:18,23
859:18 864:10
866:3,13 888:9,14
888:17 898:23,24
954:18
**london**  725:15
726:17 733:1
**long**  751:16,19
754:3 756:23
772:15 821:20
822:14 861:12
868:9 953:15,18
963:3 967:14
**longer**  771:5 783:7
785:8 805:7
838:15,18 852:20
853:19,23 929:11
952:20 970:7
**look**  748:11,11
762:22 785:1,11
785:16 814:15
816:2 823:16,18

824:19,20 829:22
832:12 838:11
842:24 843:21
867:16 870:15
881:8 910:19,19
915:7 921:25
938:8 948:3
949:16 957:6,12
959:5,25 960:2
968:8
**looked**  809:7,17
811:7 812:16
825:8 832:14
842:24 914:14
923:25
**looking**  789:20
811:25 812:17
824:15 825:16,23
826:5 827:11
828:17 836:22
877:6 945:18,25
957:14
**looks**  820:4 823:7
946:21 956:2
967:21
**lorem**  809:12,15
809:21
**los**  731:9
**lost**  965:20 966:4
966:11
**lot**  737:23 749:13
812:19 828:9
830:1
**lots**  778:4
**love**  738:23
**lweaver**  728:14

**m**

**macdonell**  731:18
733:11
**machine**  815:2
820:16 825:16

827:22 981:10
**main**  830:8
**maintain**  780:17
781:3,11 866:13
919:10 924:19
956:10
**maintained**  781:5
**maintains**  781:14
920:2,4 934:13
**major**  743:15,19
822:16
**making**  738:24
777:15 812:2,19
816:3,11,21 817:2
817:9 818:10
835:21 837:18
862:7 864:2,4
865:14 866:22
871:1 885:24
890:6 905:21,23
**manage**  943:7
960:18 961:2
962:6,8 978:4
**managed**  804:7
944:18
**management**
745:7 959:4
**manager**  755:9
827:24 961:12,13
961:15,19,24
962:2,5,25 963:1,3
963:5,12
**managing**  748:15
**manner**  742:7
873:6
**manual**  820:12
826:13 834:15,17
837:2
**manually**  826:7
920:9

**manufacturer**
880:11
**map**  919:19,24
920:6 935:22
952:25
**mapped**  918:10
955:3,4
**mapping**  918:11
918:18,19,21
934:1 953:12,17
953:25 955:12,12
**mappings**  920:8
**maps**  917:10
919:10,12
**march**  822:19
**mark**  754:20
757:3 763:16
771:20 932:14
**marked**  749:24
750:13 753:2
867:1,5,22 920:10
920:14 945:8,11
945:12 964:15,19
**master**  731:6
734:2,3,7 849:24
849:25 850:2
868:23 869:5,10
883:25 884:4
901:2,7
**matched**  780:15
**matches**  808:8
921:23
**material**  737:23
**materials**  874:12
**matt**  729:14
733:17,25 735:9
735:23 738:9
745:17 783:6
785:3 810:12
839:10 844:24
849:9 861:5

**[matt - mentioned]**

868:16 870:13
877:7 946:5
**matter** 733:8
769:6,10 850:12
914:21 951:18
**matters** 762:6
962:18
**matthew** 728:6
**mbuongiorno**
729:20
**md** 725:6 726:6
**mdl** 725:4 726:4
732:19,22 920:16
945:17 964:24
**mean** 752:19
754:8 759:15,23
789:16,16 792:18
793:13 796:19,21
812:9,23 813:5
826:16 834:6,7
836:2 840:24
844:3 851:1 852:3
852:4 861:7,7,8
863:12 865:22
867:16 872:6,11
885:13 886:10
889:17 890:10
892:23 893:18
896:20,22,24
899:24 911:16
913:14 915:1
919:1 922:25
925:2,24 926:6
927:3,5 929:7
932:17 934:3
936:12 939:18
940:1,19 941:4
943:9 947:13
949:15,24 966:24
972:4 973:20
980:2,6,8,10,11,15

**meaning** 739:23
753:15 819:5
863:17 896:24
**means** 740:25
741:17 796:6
829:14 838:14
871:18,21,25
872:20 904:3
932:19 936:14
937:21 938:7
940:3,16 943:11
949:18,20 952:12
964:13 968:1
972:22 975:17
976:2,17 979:22
979:23
**meant** 793:14
906:18 913:25
964:10
**measures** 978:10
978:13
**mechanism**
780:20 801:8
803:13 813:23
816:20 829:9,11
830:15 851:5
853:23 856:10
875:4,21
**mechanisms**
788:24 792:9
801:13,25 829:22
830:21 853:19
854:15 959:21
**meeting** 827:25
**melamed** 728:6
732:5 733:16,17
734:14 735:5,9
736:2,7,8 737:9,21
737:22 738:12,14
738:17,19 741:21
742:18 745:18

750:18 759:25
760:11,23 761:11
762:1 765:19
766:4,6,16 767:12
767:17 768:4
769:24 775:2
780:2,17 783:9,13
784:15 785:5,18
785:25 787:20
788:5 789:2
790:24 795:12,14
798:18 799:14
800:13 802:17
803:7 806:23
807:8 808:10
810:23 817:23
819:12 821:19
836:5 839:19
840:3,6,13 841:15
843:6 844:1,13
845:4 846:3,25
848:7,10 849:20
850:4,5 853:22
855:24 856:12,24
858:4,22 859:11
859:21 861:1,8,24
862:9 863:7
864:14 865:17,22
866:11 867:4,7,21
868:8,19 869:1,8
869:17,25 870:2
870:16 871:2,14
872:8,13,22 873:2
873:4,24 878:23
879:16 880:2,20
881:14 882:3
883:4,19,21 884:1
884:6,10,19
885:25 886:11
887:8,16 888:16
888:25 889:6,18

890:5,13 891:3,19
894:12 896:23
897:20 898:7
899:15 901:8
902:15 903:5,17
904:2,5,16 905:1
905:10,17 906:1,8
907:5 909:5,13
910:1 911:11
912:23 913:9,15
914:4,16 915:7
916:5,21 920:13
921:1,14,15,20
927:19 931:9,20
933:7 934:11,22
935:7,25 939:13
940:14,18,21
941:9 942:10,19
943:1 945:11,16
946:15,18 948:20
948:24 954:6,13
955:13 958:20,24
960:13 964:18,25
965:25 973:22
974:10 980:21
**members** 834:12
**memory** 782:3,22
782:24 783:23
917:2 929:8
**mentioned** 735:8
735:12 742:1,5
744:11 751:22
762:8 768:6
777:25 780:25
788:5 807:22
814:18 817:23
823:1 825:6,14
829:6 830:24
832:9 836:22
839:21 848:24
853:2 868:8

**[merge - necessarily]**

| | | | |
|---|---|---|---|

**merge** 797:21 798:9
**messaging** 795:7,7
**messed** 779:5
**messenger** 794:16 794:17 795:8 936:23
**meta** 731:17 733:23
**metadata** 925:13 925:16 947:25 950:3,4
**method** 762:23 767:18,24 768:5 778:9,10 779:17 812:20 818:8,9,9 818:13,16,18,21 851:8,12 856:2 862:9,11,13 888:22 916:22,24 917:1,9,11,17,25 918:3,4,10,12 919:5,13,20,22,23 919:24 920:5,6,6 920:21 921:21,24 929:10 933:8,9,10 933:14,15,22 934:1,8,20 935:6 935:11,12,23 936:16,22 938:3 938:13 941:14 942:13,16 945:25 946:4
**methodologies** 853:14
**methodology** 854:17
**methods** 745:6 762:18,20 768:6 812:3 814:12 817:9 818:2

855:15,19 878:9 918:24 919:11 921:9 934:24 936:3,4 978:11,14
**migration** 953:6 953:10
**milestones** 822:17
**mill** 730:16
**millions** 936:2
**mind** 745:3 763:18
**minority** 855:3
**minute** 873:5
**minutes** 751:18,21 754:5 757:3
**misbehaved** 826:6
**missing** 958:17,17
**mission** 729:8
**misspoke** 738:10
**misstates** 741:13 742:9 906:22
**mistake** 867:6
**mistaken** 870:19
**misuse** 846:15,18 849:15
**mmelamed** 728:13
**mobile** 862:19 875:3 882:21 887:13 898:9,13 898:18 899:1,8,9 899:20,22 900:2 900:11,19 901:10 902:19,24,25 911:21
**mode** 804:22,23 926:11,11,12,12 926:14,14,20 927:10
**models** 815:2
**modern** 757:16,18 757:19

**modified** 764:2 943:14
**molaro** 754:20,21 754:23,24 755:3,4 756:6,23,25,25 757:5,8 758:4,5 759:11 762:5 763:10,11,19,21 764:14 765:22 767:16 768:18 771:21 775:9 787:5 932:14
**molaro's** 755:6,23
**moment** 755:14
**monday** 725:16 726:18 733:1
**monthly** 915:18
**months** 796:4 967:1
**moratorium** 804:8 804:9 805:9
**moratoriums** 804:15,19 805:2,4 805:12,18
**morning** 733:16 734:4
**move** 795:4 833:2 850:1
**moved** 788:22 952:25
**moving** 889:7
**mthd** 732:16 920:16
**multiple** 757:19 757:23,24 797:20 798:8,14 823:1 851:16,21,23,25 852:7 857:3,10 960:9
**mute** 884:5,7,7

**n**

**n** 732:1 758:8,9 869:7 974:21,22
**name** 733:16 735:8 751:23 752:2 776:5,7 782:1,2,6,8,12,17 806:13,14 807:9 807:19 814:8 818:4,5,14 826:22 826:23 827:13,23 828:2,3,6 869:11 869:11 870:5 873:18 874:18 898:25 903:6 924:23 928:19 929:11,13,16 930:19 931:12 944:21 952:7,9,9 952:11,12 956:12 979:5 981:21
**named** 782:15
**names** 732:13 748:2,4,7,9 776:9 776:11,14,16 827:15 862:16,17 869:13 874:16 875:15 916:9 924:20 930:16 931:24 932:3
**narrow** 879:22
**narrower** 843:7
**native** 732:11,15 732:18,21
**nature** 772:8 809:22 811:19 819:8 839:2 902:12 905:22 922:22
**necessarily** 777:16 832:1 855:10

[necessarily - objections]

861:16 864:5,12
865:15 880:13
905:25 909:24
918:17,19,21
950:24 977:10
**necessary**  894:21
982:14 983:3
**need**  737:19
810:19 824:7
839:24 872:20
894:12 921:13
939:9 958:23
966:1
**needed**  748:8
838:15,18 854:3
937:6,7
**needs**  839:14
894:17
**neither**  883:25
981:17
**nevada**  725:21
**new**  760:2,9 793:1
833:19 924:17
948:16,17,18,25
949:3
**newsfeeds**  905:9
908:4
**night**  868:21
870:13,18
**nine**  784:1 933:13
936:1,5 946:3,16
946:16 967:23
980:18
**nodes**  758:23
762:18 786:8
787:25 788:2,2
**nomenclature**
928:15
**northern**  725:2
726:2

**notating**  982:15
983:4
**note**  749:12 785:5
849:21 945:18
951:25
**noted**  814:10
892:12 980:24
**notes**  747:8,11,17
747:20,21,22
753:19,21 754:6
754:11,13,14,16
757:4,6,9,11,14,15
784:17 785:1,16
852:25 854:10
951:9,12,13,15,20
951:21 952:4
984:4
**notice**  735:11
**noticing**  733:15
734:12
**notifications**
815:17
**null**  979:23 980:9
980:10,15,19
**nullable**  979:19,21
979:22
**number**  732:9
747:25 750:1
752:13 767:21
780:10 797:17
801:2 804:11,17
808:13 809:1,7
812:2 813:1
814:16 815:19
816:3,4,11,21,22
817:2,3,15 822:3
826:4 828:10
835:6 836:3,6
847:14 854:18
877:24 878:13,16
881:22 886:15

890:1 898:12,19
898:23,25 899:1,2
899:3 904:11
917:14,16 920:15
924:5,8,17,22
925:16,17 929:18
931:23 932:18,21
936:14,21 937:23
939:12 945:17
948:6 950:20
958:5,12 959:3,6
960:10 971:18,21
972:7 973:2
982:15 983:4
**numbering**  958:14
**numbers**  949:12
956:6
**numerals**  924:5
**numeric**  922:20
922:22 924:3
956:3 969:3,4,6
970:7 971:12
974:23,24
**numerous**  766:15
775:17

**o**

**o0o**  733:3 980:25
**oakland**  728:11
**oath**  734:11 735:2
981:9
**object**  759:19
760:6,15 761:1,15
765:11 766:10
767:7,20 769:16
774:16 778:17
779:10 780:5,6
787:23 788:15
790:6 795:11
798:12 799:1,22
802:10,22 806:22
808:7 817:5 819:7

821:12 836:1
841:8 842:16
843:17 844:5
845:11 846:20
848:3 853:15
855:8 856:8 857:6
857:24 858:16
863:23 865:11,21
865:25 871:9
873:16 879:20
880:7,23 881:25
882:11 883:14
885:22 886:8
887:3,15 888:20
890:8,23 894:5
896:18 898:3
899:5 904:20
905:4,13,20
906:23 908:25
909:10 911:7
912:19 913:2,12
913:20 914:24
915:12 922:25
924:2 927:12
931:2,15 933:1
934:4,16 935:2,17
939:1 954:7 955:7
960:6 965:24
973:19 974:5
**objection**  734:10
734:14,15 787:9
807:3 858:25
862:3 863:1
872:16 879:7
889:2,15,23
903:23 904:4,6
906:5 941:3
**objections**  871:19
872:2,9,15 903:9
909:19

Veritext Legal Solutions
866 299-5127

[objects - particular]

**objects** 780:25
781:4,12,14,17
793:2
**obligations** 763:25
**obviously** 848:11
857:12
**occur** 907:6
**occurred** 791:22
791:23 797:7
896:5
**offer** 907:3 936:1
**office** 982:11
**officer** 734:10
**okay** 734:1 735:20
736:7,16,18 737:9
739:3 741:8
743:18 744:16
747:12 749:21
775:2 783:12,13
784:22 785:18,20
788:13 802:3,17
803:7 812:22
818:12 840:2,3,6,8
845:4 867:21
869:2,4 870:2
881:24 886:20
897:13 910:22
933:25 935:7
938:8 942:21
946:14 949:16
957:6 980:22
**old** 924:17
**once** 834:2 841:2
853:11 860:2
869:3
**ones** 781:10
805:19 814:25
830:8,19
**online** 764:24
774:7

**onset** 966:5
**onwards** 817:8
**open** 869:2 873:3
873:9,11 874:14
895:9,24 897:3
908:11,13,14,22
964:20 967:5
**opened** 894:13
**operated** 822:2
836:16 839:3
845:17
**operating** 882:21
899:9
**operation** 822:24
835:15,19 844:6
**operational** 759:4
759:6 843:20
844:2,8
**operationalize**
961:25
**operationalized**
803:5
**operations** 753:13
802:25 803:16
804:1,7 805:15,20
816:1 820:6,19
823:17 834:13
835:7 836:4,7,17
837:8 838:3
843:25
**opportunity** 907:3
**opposed** 928:11
**ops** 827:5
**option** 904:23
**options** 878:2
**order** 778:8
784:18 824:7,15
828:7 834:1 836:8
838:3 856:9 859:5
873:23 876:17
881:16,17 892:3

893:19 894:23
896:11 931:7
935:5 954:18
**ordering** 946:9,12
**oregon** 725:22
**organized** 787:25
788:1
**original** 791:15
792:6 966:17
981:14 982:10,21
**outlook** 748:11
**outside** 761:1
774:16 799:21
802:21 815:5
842:16 843:17
844:4 871:8
880:23 882:11
888:11 891:6
902:3,20 904:6
913:2 934:15
935:16 963:24
**overlap** 822:13
860:10
**overly** 896:24
**overview** 848:5
877:12 878:21
**owned** 798:14
**owner** 869:23
872:8,10

**p**

**p** 928:23,23
944:24,25
**p.m.** 726:18 733:2
733:6 785:21,24
840:9,12 884:18
942:22,25 957:19
957:22 980:23,24
**pacific** 956:24
957:23
**page** 730:16 732:3
732:9 772:13,20

772:23,25 773:3,7
773:10 788:23
794:1,13,15,23,25
795:5 830:11
868:2 869:6 892:4
892:9,12 893:2
894:8,13 936:23
982:15 983:4
985:4,7,10,13,16
985:19
**pages** 725:25
747:10 794:4,19
982:14,17,17
983:3,6,6
**pairing** 976:14
**pairs** 974:8,14,19
**palo** 730:17
**paragraph** 848:13
**part** 756:4 765:2
768:24 769:1
778:17 797:10
805:5 806:10
807:5 846:1 852:1
874:14 885:10,13
886:1 887:1
888:18 897:15
899:2 904:24
920:7 969:19
978:1,9,18
**partial** 958:21
**participated** 834:4
834:7
**particular** 739:12
739:22 749:5,6,23
757:25 758:2
762:22,23 767:6
775:3 776:6,18
792:25 793:22
796:25 814:12
815:19 817:9
818:1,2 825:2

[particular - permission]

829:12 830:18
841:10 872:25
876:5 877:24
878:9 883:11
886:17 892:9
913:11 916:7
917:10 922:8
928:17 933:20
936:5 938:3,13
939:5 961:23
**particularly**   750:2
891:18
**parties**   727:2
728:2 729:2 730:2
731:2 736:18,21
736:24 738:7,21
739:6,10,14 740:6
740:13,19,24
741:4,10,16,20
742:2,8,13,17,23
743:2,7,14,17
744:2,7,8,13,21
745:9 746:5,13,20
787:8,12 788:7,10
788:14,18 789:4
790:14 800:20,24
811:2 819:23
828:13 829:4,20
830:5,17 836:20
837:19 838:14
840:16 844:19
845:8 846:7 847:7
847:25 848:17
849:25 850:7,13
851:16 852:7,19
853:13 860:13
873:6,15 874:1
875:2,18 889:1,11
889:14 890:15
910:18

**partition**   872:4
**partitioned**   922:7
**partitioning**
872:24
**partitions**   871:22
**partner**   804:7
883:13 884:20,24
885:4 888:17,19
**partnered**   880:10
**partners**   883:5
885:10,18,19
886:13,14,16,22
888:10
**partnerships**
803:23 804:1
882:5
**parts**   757:11 770:4
823:6 885:8
**party**   733:15
750:3 777:9,10
778:8 796:20,22
802:24 813:2
829:21,24 831:11
831:13 836:23
838:1 862:2,25
874:2 875:2,24
876:20 879:23
880:3 889:20
890:11,17,22
891:1 892:2 905:2
905:11 906:2,3
907:14 908:1,6
909:6,14 912:3
916:3 924:15
932:25 933:4
939:23 974:9,15
981:19
**party's**   893:9
**pass**   857:3
**passing**   791:19
942:8

**password**   896:9
896:10 898:25
**pattern**   811:14
814:11 825:9
**patterns**   811:7,11
823:19 824:8
**pause**   737:15
**pauses**   737:15
**payment**   912:2,7
912:10,11,16
**payments**   746:16
746:17,18
**pdf**   982:12 983:1
**pearly**   944:23
945:2
**penalty**   734:21
982:16 983:5
984:2
**people**   742:22
744:3 747:22
763:11 769:21
771:4,6 797:3
799:9 805:19
807:14 808:24
814:21 815:8,9,15
815:23 818:18,21
820:25 821:17
822:4 824:4,4
826:2,9,18,21
827:13 829:21
831:19 835:3,6,10
836:3,6 845:14
854:5 859:1 864:8
866:8,17 876:17
881:19 893:22
918:25 925:12
926:15 929:5
951:19 979:6
**percent**   791:24
929:24 937:5,9,12
938:2 939:8

976:15
**perform**   826:10
838:4 841:14
897:24
**performed**   791:12
802:15 831:3
958:6 963:24
964:8,11,13
**period**   741:3
742:16 756:6
766:19 769:4,5
770:5,17 774:21
779:13 783:17
789:23 813:16,17
816:8 817:4
821:10 822:14
826:14 830:22
847:18 853:14,20
854:20,23 865:19
866:2 873:14
874:6 884:25
905:15 910:11
913:24 923:21
933:8 936:20
938:12 944:15
953:6,18 954:14
976:8 980:13
982:18 983:7
**periodically**   831:3
873:8
**periods**   845:15
850:10
**perjury**   734:21
982:17 983:6
984:2
**permission**   777:15
833:7 841:9,23
875:5 876:24
877:16 878:15
879:4,18 880:5
942:7

Page 32

[permissions - policy]

**permissions** 789:8
790:1 793:2
830:12,13,14,15
833:9,10,14,17
834:1,10 839:20
840:18,20,21,22
840:25 841:3,4,6
841:12,15,17,18
841:22,24 842:7
842:14,19,20
843:11,14,22
845:10 846:9,11
846:17,22 873:20
877:20,23 878:2,3
878:16 909:3
942:4
**permit** 800:3
**permitted** 738:20
779:9 864:15
865:4
**person** 771:22
797:4 825:2
826:25 828:6
835:22 836:15
844:7 862:7 979:6
**person's** 797:1
**personal** 744:4
772:6 782:23
882:17
**personally** 747:16
**perspective**
789:17 824:13
836:17 882:18
**pertain** 757:9,11
**pertains** 837:17
948:6 981:13
**pertinent** 740:17
**phased** 884:24
885:1,2
**phases** 827:18

**phone** 896:10
898:12,19,23,24
899:1,2,3
**phrase** 743:19
793:15 807:22
831:14,15 885:15
947:1,4
**phrased** 890:1
944:7
**phrasing** 876:25
**phuntso** 730:14
733:24
**piece** 829:12
841:10 913:19
918:5 933:19,22
**pieces** 824:11
851:21,25 852:8
932:23
**pipelines** 941:24
**pivot** 930:24
**pixel** 891:5,11,14
891:17,20,22
**place** 801:25 807:5
815:13 816:20
820:14 821:10,15
821:18,20,21,23
822:19,24 824:6
829:9 842:3
843:20 844:2,8
846:14,17 847:19
848:6 881:15
882:8 938:14
953:7,19 956:25
957:4 981:6
**placed** 799:9
803:4 804:8,22
805:16,21 827:6
**placeholder**
809:12,21
**places** 896:11

**plaintiffs** 726:16
727:4 728:4
733:18,21 738:5
750:14 752:9
849:2 867:9 935:9
973:25 974:14
**planning** 751:9
753:13
**platform** 739:11
740:16,22 741:10
742:1 743:3,12
744:14,17,24
750:3 755:1
756:10,15 757:23
758:17,20,24
762:9,13,15,18
764:19 765:8
768:25 770:6
772:5,17 782:18
787:13,14 788:20
789:8 791:3,14
792:7,11 798:4
799:3,11 800:4,19
800:23 801:3
802:19 803:10
805:8 810:8,24
811:5 812:15
813:9,13,19 814:1
814:13 819:16,22
820:5 823:4
824:23 825:25
826:1,16,19
827:12 828:12
829:2 830:4
836:19 837:15
840:15 842:23
844:10,17 845:6
845:17 846:6
847:6 848:22
849:14 855:4,7
873:20 874:10,14

875:8,12 879:25
880:14 904:15
905:6 906:14
907:10 916:2
925:21 926:4,7,25
927:8 932:8,11,15
932:20,22 943:19
**platforms** 731:17
881:20,22 882:22
**play** 737:4
**please** 733:14,15
734:13,18 737:3
748:4 751:24
752:3 769:8 814:8
828:5 845:2
856:25 877:9
967:8
**plenty** 773:13
**plug** 829:24
836:23 837:25
**plus** 789:23
**point** 760:13 761:7
762:4,23 763:20
771:20 783:19
785:6 791:19
828:4 861:24
871:1 878:3
879:16 900:19
913:18
**policies** 799:3,5,11
799:17,23 800:2
802:18,24 803:2,6
803:9 818:24
838:7 843:4 844:9
860:4,9
**policy** 800:4,4,11
801:6,8,15,19,22
802:2,5,6,9,14,15
802:25 803:13,16
803:19 804:3
805:3,13,15,21,23

Veritext Legal Solutions
866 299-5127

[policy - privilege]

806:20 807:12
808:4 809:18,20
817:16 820:5
823:17 827:5
843:25 925:15
**political**   864:16
865:5 941:12
**poor**   783:22
**poorly**   944:7
**positive**   902:17
**possession**   862:23
**possibility**   742:5
935:14
**possible**   738:1
740:23 741:2
760:21 761:8,12
762:21 763:2
766:23,25 767:11
767:13 769:17
775:10 777:17
781:8 785:13
798:15,19,22
799:2 816:15
817:13,19,22
831:9 838:8
839:18 845:18,22
849:1 858:11
861:18 866:18
867:11 881:6
899:8 900:14
913:23 929:5
940:7 941:5
953:11 954:14,19
954:22 960:9
962:24 976:17
**possibly**   816:15
826:8
**post**   890:11
907:18 936:23
**posts**   908:10

**potential**   752:22
781:20 890:2,5
914:7,11
**potentially**   747:14
753:2 760:17
826:5 837:6
905:23 908:3
909:23 910:3
969:17
**power**   760:19,24
937:18
**practice**   780:12
809:14
**practices**   741:17
**precise**   767:9
770:12 772:8
782:2,12 786:24
807:19 809:22
819:8 820:22,23
822:5,12,12 832:5
835:6 839:2
852:22 854:1
880:25 902:12
923:15 932:21
960:10
**precisely**   770:20
776:23 824:9
903:10 930:12,20
**precision**   822:7
**predefined**   781:10
855:14
**predicate**   889:11
961:17
**preferences**
864:16 865:5
941:12
**premise**   857:2
**prep**   828:9
**preparation**
754:18 763:4
807:13 808:25

815:16 821:16
845:20 846:1
848:15 854:6
921:5,8 965:11
**prepare**   735:22
740:7 745:21
746:9,14,23 747:6
747:23 748:1,24
749:6 773:14
784:18 822:3
828:8
**prepared**   735:20
736:9,12 737:1
739:4,9 740:3,14
741:11,23 742:7
744:19,23 745:1
745:10,11,18
746:8,22 747:4,10
747:16 774:23
803:11 804:12
808:19 810:7,10
810:25 819:25
822:8 830:10
848:20,22 849:12
914:19
**preparing**   747:19
768:15 820:3
**prerequisite**   893:8
**present**   731:15
769:11 850:16
875:8 900:21
**presently**   733:19
755:7,12 781:11
826:1
**presto**   937:2,16
**pretty**   824:3 837:1
837:1
**prevent**   800:5,8
846:15,18
**prevented**   760:12
798:25 799:3

**preventing**   805:10
**prevents**   804:23
**preview**   945:14
**previous**   765:8,21
771:13 826:23
863:3 874:18
909:21 945:7
**previously**   768:3
820:18 871:12
873:22 888:22
921:9 946:22,24
969:25
**primarily**   834:16
843:24
**primary**   741:4
743:1 744:12
748:18,20 850:21
874:4,7 875:20
928:16
**prior**   761:13
767:17 769:25
790:15 795:16
833:21 842:7,12
844:3 846:9,18
866:11 944:15
981:8
**privacy**   733:9
801:8,15,19,22
802:2,5,6,7,8,13
802:15,18,24
803:5,9,13,19
804:3 805:3,13,23
806:20 807:12
808:4 809:18,20
818:24 878:18
925:15 942:4
959:10 962:1,7
969:13
**privilege**   750:9
785:9

**[privileged - querying]**

**privileged** 785:3,7
**probably** 754:21
  757:2 776:8 785:4
  788:11 803:4
  867:13
**problem** 745:5
**procedure** 982:19
  982:20
**proceeded** 885:7
**proceedings** 981:5
  981:8,9,15
**process** 808:21
  820:12,20 821:9
  821:11 827:10
  832:3 833:3,6,18
  834:5,14,15,17
  837:3,5,9,10,24
  842:4 856:9 877:2
  885:11,13,20
  886:2,4 907:5
  914:5 960:17,24
  961:3,4,11,20
  962:1,7,8 965:1
  977:18,22,25
  978:2 979:4
**processed** 934:18
**processes** 761:21
  821:2 843:20
  844:2,8 899:11
  978:16 979:7
**processing** 761:6
  954:11
**produce** 784:18
  869:14 931:6
**produced** 756:3
  920:15 934:12
  935:15,19 966:19
  966:21,22,25
  967:11 973:4
  974:13

**produces** 937:17
**product** 824:12
  874:13 875:11,24
  875:24 891:12,20
  891:23 908:14
  910:7,14 963:1
**production** 754:25
  973:10
**professional**
  726:21 981:2
**profile** 725:5
  726:5 733:9
  751:15 787:18
  789:11 897:16,18
  907:20 936:23
  982:3 985:1
**program** 835:16
  874:21 881:19,21
  881:24 882:1,4,7
  882:10 883:3,6,16
  883:17 885:1,6,7
  885:10
**programmatic**
  920:6
**project** 745:7
  885:1
**promised** 746:17
**propagated**
  916:15
**properties** 926:10
  928:10
**property** 872:11
  872:19
**proportion** 917:21
**proposing** 869:14
**protect** 896:11
**provide** 749:15
  759:2 763:8 804:4
  835:24 836:6
  868:11 876:17
  901:16,24 902:16

906:3,12,15,20
907:6,8 908:12
940:8 942:6
**provided** 743:14
  746:12,18 747:2
  762:20 778:6,7,21
  801:10,12,16
  802:5 803:19
  806:20 807:12
  808:3 809:6,18
  810:6 812:15
  817:25 837:24
  855:15 857:23
  860:13 867:8
  868:21 870:13
  883:9,13 902:9,25
  905:11 906:2,11
  916:8 935:10
  941:15 950:7
  963:22 964:23
  965:4 969:18
  982:19 983:8
**provider** 778:21
  778:25
**provides** 919:23
  926:21
**providing** 742:8
  844:11 857:17
  873:25 883:2
**proxy** 872:14
**pst** 956:24
**public** 853:18
  926:12 934:22
**publicly** 919:15,18
**publish** 805:11
  842:21
**published** 842:25
  852:23
**publishing** 842:19
**pulled** 975:23

**pulling** 964:22
**purpose** 746:4,11
  802:4 881:21
  889:9 891:24
  894:6
**purposes** 739:3
  891:21 910:10
  938:10 973:10
**pursued** 885:18
**pushing** 848:24
  849:4
**put** 741:7 855:18
  873:2 941:10
**putting** 816:6
**pwangdra** 730:19

**q**

**qualified** 808:11
  891:18
**qualifiers** 749:14
  749:15
**qualitative** 803:8
**queried** 766:14,24
  767:3 850:22,22
  855:25 931:10
**queries** 851:3,16
  851:17 855:13
  857:23 858:3,19
  858:20,24 859:12
  859:16 860:20
  861:3 931:5
**query** 766:12,17
  774:5 791:17,21
  850:20 851:6,6,12
  851:14 852:1
  854:24 855:12,16
  856:10,11 858:6,8
  859:4,6,8 916:19
  937:16 941:18
  960:4 973:4,8
**querying** 766:13
  767:14 856:3

Page 35

**[question - records]**

**question** 737:6,10
737:16 740:3
743:20 759:10
761:4,17,20 762:2
763:6,9 764:7
765:17,20 766:5
771:16,17 773:15
775:13,24 779:5
784:12 787:4
795:17 802:4
810:2 819:17
828:23 834:8
839:20 840:5
843:7,8 845:3
846:4 854:5,22
857:20 860:4,25
861:23 868:24
877:4,8,9 885:15
889:3,5,12,25
890:6 892:16
893:13 898:15
906:7 912:22
913:6,8,22 914:3,9
915:1,2 916:11
923:16,23 925:22
926:5 929:8
932:18 935:8
938:20 940:11,13
940:22 944:7
947:16 950:18
961:18 967:10
973:23
**questioning** 739:3
784:21 810:13
**questions** 735:11
735:13,17 736:3
736:10,12 737:6
739:4 740:4 741:7
741:18 747:15
749:13 765:23
769:7,10 783:10

793:9 797:25
814:6 819:3 827:4
827:7 835:12
839:22 844:8
849:8 860:10,17
867:12 920:23
**quick** 830:14
**quickly** 745:15
775:24 785:12
948:23
**quit** 895:6
**quite** 820:10 880:9
928:6
**quoting** 849:13

**r**

**r** 752:5 818:8,9
944:24,25 985:3,3
**r&s** 983:1,9
**raise** 734:18
**raised** 978:17
**raising** 849:17
**random** 965:2
**range** 742:21
793:4 823:23
825:17 914:12
947:20
**rate** 812:1,7,17,21
812:23,25 813:5,7
813:11,14,23
814:2
**raw** 957:12
**reach** 804:2
813:25 824:21
825:3
**reaches** 960:22
**reaching** 814:4
**read** 745:25
747:23 848:7
935:3 984:2
**readable** 951:16
952:1

**reading** 738:15
745:3 801:8
982:23 983:9
**ready** 835:1
**real** 775:22 830:14
**really** 868:9,9
911:17 948:23
**realm** 935:14
**reap** 979:9,10,25
**reason** 794:25
937:12 953:21
964:1,5 985:6,9,12
985:15,18,21
**reasonable** 847:22
**reasons** 797:17
**rebecca** 725:20
726:20 818:10
869:25 981:1,24
**recall** 748:22
749:10,17,19,25
750:1 752:11
772:6,7,11,13,22
774:5 776:15,24
781:19 782:2,4
783:19 791:15,18
791:22 792:1
797:2,6,11 819:1,2
822:6 827:25
862:19 884:25
886:16 917:3
929:21 930:11,16
930:19,21 931:24
932:3
**receive** 777:12,14
835:1,1 870:11
889:1,13,18 891:4
892:1 912:2
**received** 746:4,19
747:2 870:18,18
889:10 890:14
907:14 910:22

911:5 912:7,10,11
912:16 934:18
**receiving** 906:10
915:8
**recess** 785:22
840:10 884:16
942:23
**reciprocity** 903:18
903:22 906:17,25
**recognize** 779:22
**recollection**
752:21 773:19,22
776:20 779:18
782:7 783:16,18
**reconstruct**
817:14 955:19
**record** 733:5
734:9 735:12,24
743:8 745:17
752:3 784:16,24
785:11,19,21,24
810:15,21 840:7,9
840:12 848:8
849:3 855:25
856:12 865:14
867:8 868:15
869:3,10,23
870:11,17 877:10
883:18,20,22
884:1,4,12,15,18
920:17 923:7
942:19,22,25
945:20,24 948:23
958:20 965:23
980:21,23 981:9
981:12
**recorded** 774:11
865:19 866:16,22
964:4
**records** 805:22
807:10 817:1

[records - rendered]

837:22 862:23
864:18 865:1,7
925:9 926:3 945:2
945:6
**recreate**  817:19
**redesigned**  978:6
**redesigning**  978:2
**redirect**  791:17
**redirecting**  879:13
**refer**  798:5,7
852:4 874:20
886:19 904:22
922:7 928:14,16
929:12 939:4,14
943:20 956:7
969:9 972:10
**reference**  736:16
777:7,8 783:2
815:10 849:23
972:13,17
**referenced**  935:10
970:10 973:1,8
982:6
**references**  960:16
**referencing**
757:20 782:9
802:8 914:17
978:21,24
**referred**  818:12
818:15,18,21
821:8 888:22
929:6 934:6
956:14
**referrers**  829:23
**referring**  764:5
774:4 788:12
793:16 846:24
853:4 900:3,4,4
909:20 918:25
919:3,4 928:20
929:15 948:19

**refers**  812:25
836:23 837:25
871:23 873:18
874:21 908:14
917:5,9 918:4
919:16 925:6
930:10 933:22
937:22 939:17,20
948:9 949:9 952:9
956:23 957:22
958:5 959:3 968:3
969:6,23 970:4,16
971:14,16 972:2,7
975:2 979:12
**reflect**  772:21,25
869:12 870:8
922:10,13 946:13
958:2 960:23
961:5 965:14
966:3 968:6
972:21 974:3,3
**reflected**  772:12
773:9 917:1 921:3
937:20 942:13
945:2 946:19
947:17,20 949:22
950:15 955:6
956:21,25 957:8
959:17 960:24
962:3 963:18
973:24 976:3
**reflecting**  753:19
757:4 774:11
815:20 818:1
888:17
**reflective**  924:11
**reflects**  870:4
871:16 941:14
957:3 965:16,18
966:9 969:5 970:2
974:7,14,25 975:8

975:10,25
**reframe**  972:6
**regan**  730:6
733:24
**regarding**  751:12
754:6 757:15
774:15 786:18
805:22 808:19
848:14 849:6
**regards**  764:1
882:22
**register**  894:16
897:7,9
**registered**  726:21
894:19 981:1
**regularly**  768:24
770:22 771:8,10
771:12,23,25
772:1 773:17
812:1
**relate**  754:15
841:6 871:11
950:2
**related**  736:3,10
736:21 800:23
803:10 830:4
840:14 844:17
847:5 871:6
891:21
**relates**  725:8
726:8 832:18
848:16 903:18
**relating**  736:13
752:15 753:21
754:11,16,25
759:8 800:18
806:12 810:7,24
819:22 828:12
829:2 836:18
845:6 846:6
848:21

**relation**  774:8
916:2
**relationship**
803:25 829:22
903:19 918:3
970:18
**relative**  814:16
816:4,22 817:15
981:18
**relatively**  771:17
788:3 814:23
883:2 901:22
**relayed**  846:1
**released**  982:21
**relevant**  782:19
865:19 900:20
**religious**  864:16
865:5 941:12
**remain**  896:3
**remainder**  956:17
**remained**  977:15
**remember**  786:2,3
828:4,6 840:19
884:21,22
**remote**  734:11
**remotely**  725:14
726:18 981:6
**remove**  976:18,21
977:16 980:4
**removed**  853:17
950:9 975:4,11,21
976:9 977:3,8,11
979:14
**removes**  980:3,12
**render**  876:9,12
876:15 880:13
892:3,7,25 895:4
**rendered**  892:9,14
892:20 893:21
895:1 908:3

**[renders - retention]**

**renders**  873:19
**reopen**  895:16
**reopened**  895:6
**repeat**  737:5
738:12 739:15
911:16
**rephrase**  795:12
938:20 939:25
947:16 952:21
**replace**  852:18
**replaced**  945:5
**replacement**
786:19 863:18
879:24
**reported**  725:14
725:19 726:18
**reporter**  726:20
726:21,22 733:13
734:8,17,20 867:2
884:13 920:11
945:9 964:16
981:2,3,3
**reports**  815:17,20
916:9 962:21
**represent**  733:18
733:21 886:20
920:25
**representation**
848:8
**representative**
725:13 942:15
**represented**
870:12 921:24
954:18
**representing**
807:6 950:3
**represents**  943:12
949:4 951:14
955:8 956:6 970:4
973:5

**reps**  836:9
**request**  768:14
777:11,23 785:16
790:18 791:5,18
829:15 833:7,9,14
833:16 841:2,22
841:24 842:9
851:9,19 857:6,10
862:7 864:2,4,13
864:22,23 865:15
865:16,24 866:14
876:23 878:11,19
879:12,19 888:3,4
888:5 890:24
917:15 918:7,10
919:13,14,19,25
933:24 934:8,18
934:21 935:5
938:21 939:22,23
939:24 940:2,4,6,9
941:6 942:5,8
971:11,13 974:22
975:2,13,14
**requestable**
877:23
**requested**  772:24
834:10 841:12,16
841:17,19 842:8
856:6,13,15
857:14 858:5,14
858:24 859:22
861:3 862:1,24
864:20 865:8,10
880:17 888:18
918:13 938:13,23
981:16 983:1,9,10
**requesting**  834:1,2
842:14 843:22
858:12
**requests**  768:17
851:22,24 865:20

866:23 876:20
877:19 878:9,20
888:6,9,24 917:16
918:10 919:11
934:1,23 935:10
935:11 936:15,22
937:25 938:1
939:11
**require**  861:20
941:23
**required**  748:3,23
761:6,22 765:15
778:7 841:20,21
860:24 878:16
892:15 954:11
**requirements**
765:7
**requires**  833:7
**reread**  864:25
**resolve**  920:4
**resources**  765:15
**respect**  809:25
848:15 872:16
**respond**  779:3
848:12 918:6
**response**  763:25
765:6 768:13,14
768:17 778:6,9,17
779:8 781:21
791:17 798:18
851:13 857:18,23
858:3 878:20
891:1 917:12
918:1 933:24
934:9,20 940:5,6,6
940:7,8 942:2,6,6
942:9 978:17
**responses**  768:19
768:21,23 769:14
769:22 781:24
858:2 860:23

886:18 969:19
**responsible**
803:24 813:10
835:4,20 837:13
837:16,21 951:20
951:24,24 979:7
**rest**  745:12 792:4
792:5 850:8,19,25
851:2,8 852:2,8,10
852:13,20,21
853:2,6,11,17
854:12 859:23
861:7 873:7,23
**restarted**  895:22
**restate**  760:1
766:4 773:8
774:13 779:6
794:24 806:23
811:13 846:3
854:22 856:24
862:21 864:24
877:4 885:16
898:10 911:2
912:23 923:24
941:2 944:8
**result**  778:11
864:22 875:24
876:16 937:17
953:25
**results**  764:6
879:11
**retained**  773:6,10
773:12 774:14,19
781:17 806:7
838:5,9 853:18
959:13,15,19
**retains**  888:14
945:6
**retention**  774:22
806:5 817:16
838:6 858:9 860:4

**[retention - schwing]**

860:9 959:21
**retrieval** 928:12
**return** 744:5
 775:24 778:2
 780:14 839:24
 850:5 857:14
 876:25 939:14
 940:5,7 941:5,7,17
 942:2 982:17
 983:6
**returned** 768:10
 777:19 778:11
 779:14 780:18
 781:1,4,6,12,15,18
 781:25 783:3
 808:15 809:24
 851:14 864:21
 865:2 873:5
 921:22 940:5
 942:3
**returning** 778:16
 780:14
**returns** 878:19,19
**reveal** 750:8
**revenue** 752:22
**review** 784:20
 803:5,8 808:20
 826:13 827:9,10
 829:10,10 833:2,4
 833:6,18,19,22,23
 833:25 834:5,16
 834:20,22 835:1,4
 835:13 841:20,21
 842:4,4 843:13
 846:23 847:1,2
 872:20 967:10
 981:15 982:8,10
 982:13 983:2
**reviewable** 833:8
 833:10

**reviewed** 751:7,14
 753:16,25 868:18
 868:20 870:23
 871:3,4 882:16
 921:5,7 946:22
 965:11
**reviewing** 797:12
**right** 734:18 736:4
 736:11 754:21
 763:8 771:22
 778:2 784:14
 789:25 803:11
 810:1 812:18
 814:12 816:6,12
 816:13 819:10
 821:5 825:12,19
 825:20 828:2
 834:19 836:25
 842:2 844:21,23
 847:1,19 848:2
 853:9 854:10
 857:4 860:13
 863:16 870:16
 873:24 875:9
 879:6 880:9 898:2
 900:17 928:15
 933:21 953:14
 962:4
**road** 730:16
**rohrback** 727:5
 733:20
**role** 751:2,3,5,8,12
 753:10 755:6,11
 755:14,16 756:12
 756:19 836:11
 925:12 926:16
**romano** 725:20
 726:20 981:1,24
**room** 883:24
 884:3,9

**ross** 729:16
**rough** 838:21
 854:18
**roughly** 835:10
 838:20
**routinely** 769:23
 769:25 770:11,24
**row** 888:6 936:8
 936:18 938:1,8,11
 938:12 939:14
 949:13 950:3
 951:14 957:7
 968:6,9 971:22,22
 975:14 976:12
**rows** 868:18,20
 870:3 871:5
 920:20 933:13,13
 934:24 936:1,3,5
 938:9 946:2,8,17
 949:12 965:2
 967:24 980:18
**rpr** 725:20 981:24
**rule** 845:21
**ruled** 806:1
**rules** 814:24
 827:19,20 878:18
 959:11 969:13
 983:8
**run** 931:5 934:8
**runs** 762:17
 801:18 934:19

**s**

**s** 732:8 928:23
 944:25 985:3
**sample** 869:15
 921:7
**san** 729:10
**sandbox** 804:22
 926:12,20 927:10
**satisfies** 878:20

**saying** 796:10
 821:6 856:20
 868:17 943:25
 963:22 966:24
**says** 945:19
 949:17 951:9
 952:7 964:7
**scale** 790:4
**scenarios** 879:22
**schedule** 982:10
**scheme** 795:3,15
 923:11,14
**schemes** 970:15
**schwing** 729:6
 733:22,22 734:15
 735:23 736:5,6
 737:9,18 738:9,18
 741:13 742:9
 745:14 750:7
 759:19 760:6,15
 761:1,15 765:11
 766:10 767:7,20
 769:16 774:16
 779:10 780:5
 783:6,12 784:16
 784:22,25 785:15
 787:9,23 788:15
 790:6 795:11
 798:12 799:1,21
 802:10,21 806:22
 807:3 808:7
 810:12 817:5
 819:7 821:12
 836:1 839:10
 841:8 842:16
 843:17 844:4,24
 845:11 846:20
 848:3 849:9 850:2
 853:15 855:8
 856:8,16 857:24
 858:16,25 859:14

[schwing - shared]

860:21 861:4,9
862:3 863:1,23
865:11,21,25
868:1,4,16 870:10
871:1,8,19,24
872:2,9,15 873:16
877:7 879:7,20
880:7,23 881:25
882:11 883:14,23
884:2,8 885:22
886:8 887:3,15
888:11,20 889:2
889:15,23 890:8
890:23 891:6
894:5 896:18
897:13 898:3
899:5 902:3,20
903:9,23 904:4,6
904:20 905:4,13
905:20 906:5,22
908:25 909:10,19
911:7 912:19
913:2,12,20 914:9
914:24 915:12
916:11 927:12
931:2,15 933:1
934:4,15 935:2,16
939:1 940:13,15
941:2,20 942:17
946:5,14 954:7
955:7 960:6
965:24 973:19
974:5
**science**   755:8
756:15 771:15,18
**scientist**   756:10
769:18 932:7,11
932:13
**scientists**   931:5,10
**scope**   761:2
774:17 799:21

802:21 837:18
842:17 843:17
844:4 871:8
880:24 882:11
888:11 891:6
902:4,20 904:7
913:3 934:15
935:16
**scoped**   788:23,23
793:20,21 794:1,2
794:9,11,14,15,23
794:25 795:1,5,9
795:18 796:1,3,24
797:5,8,15,18,23
798:1,3,10 828:18
830:11,11,25
831:7 832:1,9,19
**screen**   867:14,20
867:22 869:18
875:14 921:10
945:15,19 964:21
965:7
**script**   762:17
**scroll**   868:13
956:16 957:2
**scuba**   774:6,7
775:16,22
**search**   782:16
830:25 869:14
938:14 959:23
960:9,11
**searching**   832:9
960:8
**seattle**   727:13
**second**   778:16
790:9 964:21
**security**   828:17
829:6 830:24
832:18 833:1
878:6 896:12

**see**   765:22 767:16
771:15,21 775:3
783:5 787:5 790:7
807:24 813:20
814:5 816:2,21
819:16 823:21
867:25 868:4
869:17,22 870:1,6
870:7 893:16,19
901:2 909:4
910:20 921:10,18
922:2,17 933:16
933:17 938:16,17
945:13,22 948:3
951:10,11 955:2
955:24 956:15,16
956:18,20 957:1
957:13,25 959:9
960:4 963:14,16
966:21 968:12,20
970:16
**seeing**   772:7
966:16 968:18,18
**seek**   849:6
**seen**   797:18
867:10 882:25
903:25 914:10
946:19
**select**   893:25
896:20
**selected**   896:14,16
936:2
**selection**   936:4
965:2
**sell**   912:4,8
**sense**   736:24 737:2
737:17 790:5
841:1
**sent**   743:9 858:2
**separate**   956:10

**september**   772:18
**sequential**   958:15
**series**   737:6 847:9
928:11 960:3
**serve**   919:14
**server**   777:17
808:16
**servers**   892:6,25
**service**   801:9
925:15
**session**   894:22
895:2,8,18,23
896:4,13,13 897:4
939:5
**sessions**   757:1
895:12,13 896:6
**set**   757:25 758:2
780:21 811:6,22
812:3 813:12,15
827:4 841:10
860:5 876:15
894:9 897:8 918:5
930:11,12 952:16
952:17,17 977:20
978:4,9 981:6
**sets**   813:7 814:12
**setting**   813:10
979:12
**settings**   895:14
896:1 942:4
**share**   787:8 799:4
867:14,19,21,23
904:24 905:1,7,18
907:4,11,16,18,25
908:5,9,9,16 909:8
910:5,8 920:19
921:15 945:14,15
964:20,21 965:6
**shared**   738:11,20
739:5 740:5
743:16 744:2,7,7

**[shared - special]**

786:15 788:6
829:20 837:19
843:2 875:6
891:15 908:18,19
908:22,23 909:1,6
909:14,17,24
910:4 915:20
916:18
**shares**  743:2
744:12
**sharing**  843:4,9
915:16 921:11
**short**  876:2
**shorter**  838:7
**shorthand**  726:20
981:2,10
**show**  831:10
945:15
**showing**  879:12
**sid**  872:8,10,14
**side**  917:12 918:2
**sign**  982:16 983:5
**signal**  778:15
**signaled**  780:1
**signaling**  779:21
**signature**  981:23
982:21,23,23
983:9
**signed**  793:18
**significant**  795:4
795:10,15,18,21
795:22,23,25
796:6,13,18,19,21
869:15
**significantly**
770:16 771:3
937:18
**similar**  765:12,21
767:15 771:13
790:4,4 794:2
820:4,17 823:20

823:22,23 826:6
827:11 858:1
901:23 904:24
907:4 946:4,21
975:1
**similarities**  824:2
**similarity**  823:7
**similarly**  765:5
771:21,24 780:8
820:17 823:3
851:10 872:18
**simon**  725:13
726:15 732:3
733:7 735:1
759:20 780:7
867:23 868:2,5
940:20 982:1,4
984:1,13 985:2,24
**simple**  814:24
821:1,2,9,11
827:19 923:23
**simpler**  953:23
**simply**  848:25
912:24
**single**  797:21
798:9 851:17
857:3,8,11,14
858:6 887:21
927:20,21 930:25
938:4,5 953:12,13
**singular**  757:18
**sir**  891:9
**sit**  749:19 751:14
756:16 768:12
776:14 786:23
789:21 806:9
825:19,20 859:19
932:4
**site**  892:19 896:17
**situation**  780:15
882:25 978:18

**size**  921:18
**slighter**  929:11
**smaller**  924:8
**smart**  876:14
**smith**  730:6,12
733:24
**social**  829:24
836:23 837:25
897:17 923:4
**sold**  738:6,11
**solemnly**  734:20
**solutions**  982:7
**somebody**  750:23
751:22 762:21
767:4 800:16
813:19 819:15
825:3 844:16
916:17
**somewhat**  811:16
926:6
**sophisticated**
814:25
**sorry**  739:18
745:14 759:17
764:6 765:25
773:7 778:22
779:2 780:5 788:9
788:11 792:15,17
795:12,20 796:14
796:16,17 797:25
800:6 816:24
833:24 834:8,18
842:8 850:25
851:15 852:4
853:5 854:21
855:18 861:5,9
862:20 864:22,25
867:5,18 869:21
871:20 875:2
883:17 884:12
889:21 892:10,22

893:12 896:23
897:12,12 898:10
898:14 899:24
906:6 909:11
912:20,21 919:9
933:13 936:8
938:25 940:11,20
944:7 945:17
946:11 948:8,14
952:16 953:9
954:6 957:21
958:25 959:24
961:15 966:7
968:6 970:12
971:1 972:6
973:20 975:19
**sought**  843:11
**source**  972:13
**sourced**  784:3
**sources**  745:8
831:24 931:18
**space**  795:6
811:18 814:22
924:6
**speak**  748:13
749:7 750:15
751:16,19,20
752:6,24 753:5
754:3,23 763:12
763:14,18 782:18
787:5 810:17
813:14,19 819:15
821:8 824:22
835:17 849:18
882:14 891:18
904:9 932:10,13
**speaking**  740:21
753:18 814:13
815:5 862:10
**special**  731:6
734:2,3,6 774:23

Veritext Legal Solutions
866 299-5127

[special - stored]

849:24,24 850:2
868:23 869:5,10
883:25 884:4
901:2,7
**specific**  763:12,15
771:17 776:15
778:18 783:17
789:11 812:20
814:6 816:8
827:13 839:8
847:18,18,24
853:9 859:6
862:17 872:5,11
872:19 880:6
899:22 900:5,9,24
905:14 910:15,17
914:16 915:3,4
917:6 918:15
919:11 920:5
925:6 926:16
929:15 930:10,11
931:24 932:3
943:12,12 947:15
949:21,24 950:5
950:11 954:24
958:6 959:20
961:7 966:9 970:5
970:9 971:8
976:24
**specifically**  735:16
739:23 764:4
812:12 832:22
846:12 848:14
851:20 868:10
914:15 950:18
953:4 979:2,6
**specificity**  784:12
787:4 810:3
819:17 824:25
**specifics**  751:10
751:12 821:3

822:15 891:16
**specifies**  877:20
**specify**  851:8,12
859:5
**speculating**
761:21 766:24
767:10 773:4
776:24 825:22
832:25 872:19
**spell**  752:2 814:8
**spending**  757:2
**split**  863:4 887:13
**spoke**  739:7 748:5
748:5,6,7,14
751:17,22 752:1,8
754:9,10,20,22
758:4,5 768:18
807:14 821:17
826:9,18 845:14
854:6
**spoken**  831:19
845:14 859:1
866:17
**spreadsheet**
732:11,15,18,21
743:10 867:15
940:2 945:25
946:7,8 955:17,18
964:23 965:4
967:20,22 969:1
974:13 979:8
**spreadsheets**
962:11 968:19
**stable**  793:22
**stamp**  956:18,22
**stamped**  956:15
956:19
**stand**  758:10,11
758:12 818:13
922:4

**standard**  741:16
741:16 768:24
778:20 779:1,4,7
780:21 838:6
855:19 872:3
880:14 922:6,21
922:23
**stands**  936:10,11
939:16 959:1
**start**  738:2 763:16
763:20 764:14
765:22 767:15
771:15,20 813:18
814:4 819:19,20
825:3,5 831:10
834:22 848:11
900:7 905:17
932:14 944:9
971:11,13 972:18
972:20,21 975:2
977:17,17
**started**  756:14,19
756:20 781:22
793:10 795:1
821:24 822:9
825:23 832:1,4,19
833:5 834:19
837:9,10 842:5
927:24 961:14,15
963:8 977:22,24
**starting**  734:12
817:3 831:4
850:13 857:2
865:3 889:11
979:3
**state**  734:21
735:24 847:18
849:3 869:3
870:10 902:17
940:22 945:20,24
958:20 982:9,12

**stated**  738:21
**statement**  800:9
803:14 804:3
808:5 851:9
**statements**  803:6
**states**  725:1 726:1
778:15 780:1
781:20 783:3,19
**statistically**
869:15
**stats**  772:13,20,23
772:25 773:3,7,10
**stay**  824:8
**stenographic**
868:15 877:10
883:18,20,22
**stenographically**
725:19
**step**  879:3,4,10
892:16
**steps**  849:13
**steven**  748:5,19,23
749:11,17,20
783:4 784:11
**stipulation**  982:20
**stop**  794:5 828:5
839:16 889:21
**stopped**  781:23
**storage**  760:19,24
774:22
**store**  903:11
**stored**  756:2
769:23 772:24
775:15,16,20
776:2,3 817:11
878:3 897:25
898:1 902:13
903:13,14 907:20
907:24 908:2
927:17 933:5
942:15 948:1

Veritext Legal Solutions
866 299-5127

[stored - table]

952:15 970:22,23
974:19
**stores**  897:18
947:8
**stories**  843:4
890:11 905:7
908:7,10 915:16
915:20 916:18
**story**  907:18,18,25
**street**  728:9 729:8
730:8 731:7
**stretch**  965:6
**string**  791:17,21
858:8
**structure**  757:25
758:3 767:9
923:21
**structured**  908:16
962:17
**stuff**  828:1
**styled**  818:8
**subcategory**  738:4
**subject**  774:23
844:24,25 848:9
864:5,13 865:16
865:19,22,23
866:14
**submission**  960:14
**submissions**  835:2
**submit**  851:23
**submitted**  851:3
**subscribed**  981:21
**subsections**
745:23
**subsequent**  887:22
**subsequently**
911:20 958:19
**subsets**  789:11
**subtopic**  740:10
746:3,8,10,15,24
746:25 747:7

889:8
**successful**  778:8
939:15,17,18,23
939:24 940:2
941:6,7,18,18
942:2,8
**successor**  865:13
**suddenly**  761:8
**sufficient**  760:24
**suite**  727:12
728:10 729:9,17
730:9
**super**  739:24
923:23
**supplied**  777:23
856:11
**supplies**  918:9
**support**  760:24
**supposedly**  881:22
**sure**  737:12,13
738:15 746:2
748:5 755:2,13
756:12,21,21
761:19 764:4
769:9 770:12
771:1,14 772:18
774:19 775:12
784:1 785:1
786:24 790:9
797:3 801:9 815:7
825:7 837:18
839:13 842:2
850:9,17 851:24
852:6 856:25
857:21 861:22
863:14 879:2
880:8 882:14
885:14 886:11
887:17 889:6
890:19 893:12,14
898:14 900:13,16

901:1 910:15
911:17 912:5,22
913:4,5,8,21 914:2
923:7,15 925:3
927:5 933:6
935:18 940:19
949:10 953:15,17
963:19 964:12
967:1 969:16
**suspended**  926:25
927:1,4
**swears**  733:13
**synonymous**
777:4 919:4
**system**  757:23
768:13,16 774:1,3
774:5,6 781:19,22
782:1,3,4,9,13,15
783:2,18,23 784:5
784:7 806:10,13
807:19 808:12,14
808:18,23 809:3
809:22 811:5
814:15 815:12
819:9 820:3,24
823:6 824:14
825:16 827:19,20
827:22 838:2
857:16 863:5,8
864:7 866:2,4,6,12
866:15,21 899:9
903:7 934:7,10,11
954:20 959:4,6,13
960:11 980:2,11
**systems**  757:21,24
760:8 763:5
767:22 773:12
774:20 782:18
809:1 811:6
821:15,18,20,21
821:22 822:1,4,8

822:11,13,18,23
822:24 823:2,2
824:6,10,14,25
848:5 861:15,19
866:18 878:22
882:21 897:10
901:13 902:2,6
903:11 907:24
910:24 916:9,16
919:17,19 927:16
939:10

---

**t**

**t**  732:8 876:2
944:25 985:3,3
**table**  758:14,16
759:1,12,25 760:4
760:13,25 762:7
762:14,24 763:23
763:24 764:16,16
767:2,14 776:6
786:4,25 787:2
807:10,20 818:5,8
818:13,16,19,22
856:2 861:21
862:6,10,11,13
863:16,16 865:13
868:20 869:11
870:5,9,21 871:3,4
871:6 872:6,11,19
873:1,5 887:12,17
887:20,21 888:22
911:14,19 916:22
916:24 917:1,4,24
919:22 920:21
921:21,24 927:20
927:22 928:3,5,10
928:16,18,19,20
928:24,25 929:2,3
929:6,10,13,16,16
929:17 930:1,3,8,9

Page 43

[table - technique]

930:10,13,24
931:13 932:24
933:10,14 934:14
935:12 941:14
942:13,16 946:25
947:1,4,6,7,21
948:10,19 951:17
955:6,8 956:10
959:18 968:4,7,8
971:22 972:9
973:4,9,9,11,14,18
973:21 974:1,7,18
**tabled**   967:25
**tables**   758:7,8
760:16,21,25
761:12 762:12
764:10,13,18,21
765:1,4,6,9,13
766:2,8,13,15,17
766:22 767:1,10
767:14,18 768:9
769:13,15 770:1
775:25 776:2,8,9
776:11,16 786:1,7
786:10,11,14,19
806:12,15 862:6
862:12,17,18,22
863:3,4 865:13,18
869:13 871:11,15
872:1,12,24
887:11,14,22
911:12,21,25
922:7 928:13
929:20,23 930:4
930:14,17,20,21
931:1,5,6,8,10,16
931:20,23,25
932:1,4,6,10 933:9
**tablescolumn**
732:13

**tabular**   968:24
**take**   778:12,13
783:10 784:25
785:11,16 795:25
798:16 840:1
868:22 873:21
885:14,15 936:18
942:20
**taken**   726:15
757:6 784:17
785:22 793:2
815:24 816:16
840:10 883:3
884:16 915:23
942:23 951:17
968:9 976:10
981:5
**takes**   879:11,15
934:7 977:4
**talk**   739:9 741:14
742:11 743:5
745:11,12,19
754:18 756:23
803:4 805:16
810:7 814:1,2
818:18,21 819:12
821:11,13,14
823:8 828:1
830:13 844:17
847:24 918:22
920:22 929:2,3
935:21
**talked**   756:25
757:24 768:5
805:18 807:17
808:25 815:8
822:3 826:2,10
830:9,10,11,12
846:21 847:9,12
847:14 850:7,8
871:12 873:7,8,10

873:11,12 879:1
896:20 916:21,24
929:9 969:25
970:14
**talking**   736:3
739:20 769:12,21
779:13 786:1,3
789:23 808:24
814:20 815:15,23
819:1,2 820:25
821:19 827:10
831:12,13,16
840:14 848:9
853:1 864:8 866:8
873:4 884:20
887:17 898:22
928:18
**tao**   897:20,22,25
903:14,15 908:2
923:1,1 924:21
970:17,22
**target**   738:21,25
**targeted**   736:3,10
736:13,21 739:1,7
740:20 912:13
**task**   745:8 958:25
958:25 959:1,3,4,4
959:5,6,9,12,21,22
960:1,2,3,7,9,11
**tasks**   959:12,16,21
959:24,25
**tax**   959:24
**taxonomy**   787:21
**team**   756:10,12,15
771:15,18 782:19
800:19,23 802:16
803:10,24 804:1,1
804:7 805:15,16
810:8,25 811:5,21
811:25 812:16
813:9,13,20 814:2

814:14 819:16,22
820:19 822:21
823:18 824:23
826:16,20 828:12
829:3 830:4
834:13 835:4,7,11
836:4,7,19 837:15
837:20 838:3
840:16 842:23
844:18 845:7,17
846:6 847:6
848:22 849:14
932:8,11 957:11
**teams**   744:24
801:3 802:25
803:16,17 805:21
811:17 820:6
827:5 828:17
829:6 830:24
832:18 833:1
843:25 844:10
904:12
**technical**   789:17
800:18,22 803:9
803:13 810:7,9,9
810:24 819:21
823:12 828:11
829:2,13,22 830:3
830:21 835:17
836:12,18 838:12
838:16 840:15
844:17 845:6
846:5,12 847:5,9
847:10,19 848:21
851:7 855:21
896:25 911:1
**technically**   798:15
798:19,22 831:9
**technique**   811:4
828:16,20

[techniques - third]

techniques 801:2
807:15 839:22
840:14 847:15
technologically
759:13,23
technologies 745:7
technology 760:2
760:9 761:9 763:1
791:4 798:24
801:14,17 805:24
805:25 806:17,21
806:25 807:1,5
814:22 818:23
820:7 847:24
tell 740:1 800:22
869:1,2,9,10 885:2
894:11 916:25
936:10 959:1
960:15 966:23,25
telling 799:24
894:8
ten 839:3 920:19
933:13 946:2,8
951:4,5
tens 881:17
tenure 923:19
term 776:25 777:1
777:3 792:17,19
801:9 863:16
874:19,25 901:1
903:18,21,24
904:3,10,11,17,21
967:3
terminated 896:13
termination
878:14
terminology 919:6
terms 758:11,13
767:13 776:10
777:6,8 785:2
801:20 803:6,14

804:3 805:14
835:19 843:11,20
855:22 900:15
925:15 926:8
970:13,15
terrible 766:5
testified 735:3
842:1 870:9
884:23
testify 737:1 740:9
740:14 741:11,24
742:7 744:19,24
745:2 747:4,13
772:10 774:23
785:8 800:16,17
803:11 804:12
808:19 810:5
811:1 819:25
822:9 828:25
848:15,20,23
849:1
testifying 912:13
965:12 981:8
testimony 734:21
737:14 741:13
742:10 747:9
754:19 763:4
773:14 785:14
799:15 810:11
844:14 849:6
870:21 871:7
902:14,16 906:22
909:21 911:17
916:23 971:25
981:12 984:4
texas 729:18
text 809:11,12,20
809:21 945:22
thank 734:6,14
735:7 737:21
738:12,17 800:13

812:22 849:20
850:2,4 869:8
873:2,12 884:6,10
884:14 921:15
935:25 942:10
973:22
theoretically
766:23 924:16
thing 814:14
864:24 877:15
879:14 890:18
904:13 905:16
910:19 917:8,13
918:23
things 736:15
737:18 757:22
796:7 803:21
808:13,18 809:7
811:22 815:7
823:19,20 824:14
830:2 841:1
845:17,18,22,22
845:25 868:5
872:7 878:13,13
899:17 916:1
917:3 925:18
926:13 951:13
think 734:1 737:2
738:9,10,10
742:23 751:23,24
754:5,20,21 761:4
761:24 763:6
776:17 778:4
782:10 785:4
789:9 790:8,11,21
790:25 791:2,8,11
791:23 792:3,12
792:20 794:17,20
796:25 797:12
799:8 800:14
803:3 818:7

822:13 825:6,21
826:23 827:4,5
828:1,2,3 832:21
835:12,19,21
836:8,14 839:15
839:21 843:19
844:6 845:16,21
851:18 852:22
853:8 857:19
860:14 868:19,21
881:17 884:23
903:12 910:13
921:7,13,17
927:24 928:8
929:14,15 934:6
936:7 940:22,23
941:4 943:24
946:16,23 953:7
958:10 960:8
thinking 818:7
914:18
thinks 799:25
third 727:11
736:18,24 738:7
738:21 739:6,10
739:14 740:6,13
740:19,24 741:4
741:10,16,20
742:2,8,13,17,23
743:2,6,14,17
744:2,7,8,13,20
745:9 746:5,12,20
750:3 777:10
778:8 787:8,12
788:7,10,14,17
789:4 790:14
796:20,22 800:20
800:24 802:24
811:2 813:2
819:23 828:13
829:4,21,24 830:5

[third - tokens]

| | | | |
|---|---|---|---|
| 830:17 831:11,13 | 789:1,5,7,23 790:3 | 952:19 953:6 | 753:3 756:12,16 |
| 836:20,23 837:19 | 790:14,19,22 | 954:12,14,24 | 757:17 760:20,22 |
| 838:1,14,14 | 791:1,9,25 792:2 | 955:10,15,21 | 763:4 768:12,15 |
| 840:16 844:19 | 792:14,22 793:7 | 956:15,18,19,22 | 769:7 772:10 |
| 845:8 846:7 847:7 | 794:20 795:1,23 | 956:24,24 957:5,8 | 773:16 775:1 |
| 847:25 848:16 | 795:25 797:10,24 | 957:11,23 958:7 | 776:14 784:6,8,18 |
| 850:7,13 851:15 | 798:6 799:7 800:3 | 960:3,5,10 966:5 | 786:23 789:21 |
| 852:7,19 853:13 | 804:17 811:6,22 | 966:15,22 967:10 | 794:8 800:17 |
| 860:13 862:1,25 | 813:3,4,15,15,17 | 967:14 971:18,20 | 803:11 804:12 |
| 873:6,14,25 874:2 | 814:3,15,18 815:1 | 971:23 972:4,14 | 806:9,21 807:2,13 |
| 875:2,2,18,24 | 815:11 816:8,15 | 972:18,19,20,21 | 807:21 808:25 |
| 876:20 879:23 | 817:4 819:11,13 | 972:21,23 973:6 | 811:1 813:20,25 |
| 880:3 889:1,10,14 | 819:14 820:10 | 975:5,6,7,9,10,14 | 814:2 815:16 |
| 889:19 890:11,15 | 821:10 822:2,15 | 975:23,24 976:1,2 | 817:22 821:15,20 |
| 890:17,22 891:1 | 824:7 826:14,16 | 976:4,7,13,16,20 | 821:23 822:9,19 |
| 892:2 893:9 905:2 | 826:20 827:18 | 976:23 977:9 | 822:24 827:20,21 |
| 905:11 906:2,3 | 830:22 836:11 | 978:8 980:13,24 | 828:9 829:10 |
| 907:14 908:1,6 | 838:3 843:24 | 981:6 982:10,18 | 838:10 840:23,24 |
| 909:6,14 910:18 | 844:2,3 845:15 | 982:24 983:7 | 845:20 846:2 |
| 912:3 916:3 | 847:15,18 849:11 | **timeline** 905:8 | 852:25 854:6 |
| 924:15 939:23 | 850:10 852:12,18 | 907:21 908:3,10 | 859:18,19,25 |
| 974:9,15 | 853:7,14,20 | 908:20,24 909:9 | 860:7 866:5 871:7 |
| **thought** 821:9 | 854:20,23 855:7 | 909:17,18,25 | 875:10 882:22 |
| **thousands** 742:21 | 855:12 859:2 | 910:6 | 912:13 916:23 |
| **three** 825:6,13 | 860:19 861:2,12 | **timelines** 822:12 | 921:6,8 923:3,8 |
| 915:25 953:8,20 | 861:15 865:19 | 838:21 | 930:12 932:4,8,20 |
| **thursday** 870:18 | 866:2 871:25 | **times** 739:15 | 933:3 960:17 |
| **time** 734:8 748:16 | 872:4,25 873:14 | 749:6 766:19 | 961:1 965:12 |
| 749:5 751:6 | 874:6 877:3,19 | 779:24 780:2 | 976:5 977:1,5,6 |
| 753:11 755:16,17 | 879:17 882:20 | 813:1,22 828:21 | **today's** 754:19 |
| 756:5,13 757:2 | 884:25 892:12,18 | 875:16 904:13 | 773:14 784:21 |
| 760:4,14 761:7,10 | 905:15 908:11 | 926:11 936:23 | 785:13 821:16 |
| 761:12,23 762:23 | 910:8,11 912:9,15 | 938:14,22 | **token** 791:16 |
| 766:19 769:4,5 | 913:24 914:23 | **tina** 748:6 752:1,1 | 864:2,10,11,20 |
| 770:3,5 771:3,7 | 915:10,11 922:14 | **today** 735:12,21 | 873:21 874:1,2,4 |
| 772:15 773:20 | 923:21 924:7 | 736:10 739:4 | 878:6,8 887:6 |
| 774:12,20 775:22 | 928:11 930:6 | 741:12,24 747:5,9 | 905:22 909:22 |
| 777:23 779:13,20 | 933:7 936:16,20 | 747:23 748:2,10 | 917:14 939:4,7,8 |
| 780:11 783:7,17 | 938:12 944:15 | 748:24 749:8,19 | **tokens** 829:23 |
| 783:20 787:13 | 947:10 948:16 | 749:24 750:14 | 836:23 837:6,25 |
| 788:8,11,14,18,22 | 950:15 952:6,13 | 751:4,14 752:10 | 838:13,23 839:5 |

Veritext Legal Solutions
866 299-5127

**[tokens - typically]**

873:20 874:8
875:19 937:23,24
**told**  927:8
**tool**  755:1,12,18
  755:20,23 756:2,7
  757:10,12 759:2
  772:13 801:21,23
  802:3,7,13 807:23
  808:5,9 809:16
  815:4 825:8
  838:22,24 839:3,7
  934:13 943:2,3,4,5
  943:5 944:2,3,5,10
  944:11,16,17,18
  944:21,22 945:3,4
  945:5,7,25 946:4
  946:25 947:3,5,9
  947:10,18 948:2
  951:22,24 952:6
  952:13,24 955:1,9
  955:16 959:18,22
  959:24 960:7,22
  960:24,25 961:1,5
  961:9,11,24 962:2
  962:5,9,16,25
  963:5,9,11,12
  966:5,10,12,15
  967:16,17 968:4,7
  968:13,16,22
  970:5,24 971:15
  972:8 974:16,20
  976:17,21 977:13
**tools**  745:6,7
  772:11 774:8
  782:17 807:15
**top**  868:4,5 876:15
  897:22
**topic**  738:4,21
  740:8 744:5,9,10
  744:19 745:2,4,6
  745:12,19,22,24

746:11,22,24
747:5 800:15,19
839:12 847:5
848:15,20 860:14
889:7,8 899:18
902:3
**topics**  735:11,14
  735:15,16 738:3
  748:18,20,23
  749:7 774:24
  828:8 849:2,4,7
  860:11 900:15
**totality**  741:19
  742:15 914:14
**touches**  738:25
**track**  745:9
  767:19 783:19
  786:7,11 885:9,17
  886:25 894:14
  896:15 907:13
  911:4,12 914:21
  915:10,18,20,21
  963:20
**tracked**  748:16
  768:9,13,17
  776:19,22 860:12
  863:9,11,12
  885:23 886:2,5
  887:5 889:9
  899:17 902:18
  903:6 911:9,24
  916:1,14 917:8,13
  917:23
**tracking**  749:2
  768:8 916:8
  944:14
**tracks**  903:7
**train**  820:16
**transcribed**
  981:11

**transcript**  981:12
  981:14,16 982:6,8
  982:10,13,13,21
  983:2,2 984:3
**transition**  800:14
  953:16,18,19,22
**transmits**  899:9
**treated**  854:14
**trick**  896:25
**tricking**  966:24
**tricks**  737:4
**triggered**  764:9,12
**true**  852:2,5 853:5
  895:23 937:10
  980:1 981:12
  984:5
**truth**  734:23,23,24
**try**  737:19 740:2
  741:22 829:7
  861:11 890:3
  914:19 926:9
  928:7 943:24
**trying**  741:22
  782:20,22 796:8
  810:4,10 813:18
  824:5,5 841:14
  847:11,12 860:16
  868:16 877:1
  887:16 899:16
  900:12 906:8,9
  926:8 927:25
  971:24
**ts**  872:16,22,23
**turn**  744:16
**turning**  979:8
**tv**  876:14
**two**  754:7,8
  775:21 778:14
  789:19 792:9
  797:25 798:16,20
  812:5 818:14

854:14 862:18
863:4 953:7,20
970:24 971:9
979:7
**type**  738:5,14,16
  738:19 739:5
  746:3,11 767:3,6
  767:25 778:23
  779:15 788:6,19
  811:9 856:13,14
  856:15 858:14,23
  859:3 876:21
  879:6 889:8,9
  900:24 910:2
  913:11,14 921:2
  927:17 933:20
  957:24 958:2,5
  969:14,16 974:3
**types**  736:15 740:4
  762:10 786:7
  787:7,11,21
  793:10 804:14
  805:2 824:14
  856:6 857:3,10,13
  857:15,22 858:5
  879:18 880:6
  896:6 914:6,23
  915:25 916:8,25
  924:11 927:25
  928:1 958:8,13,15
  958:18,22
**typical**  779:3
  780:3 824:3
  878:21 879:9
**typically**  743:6
  777:4 779:1
  780:12 787:14,17
  803:25 811:24
  841:12 855:15
  871:21 873:21
  876:7 877:15

[typically - uniquely]

879:10,14 890:25
894:6 896:1
897:23 916:12,13
916:16,19 925:11
928:10 929:16
943:20 968:25

**u**

**u**  814:9 876:2
**ultimately**  878:19
**un**  957:13
**unable**  740:1
845:19 847:17,23
866:19 876:9
945:14
**unaware**  771:24
772:2 781:13
**uncertain**  848:23
856:22
**uncertainty**
940:17
**unclear**  737:3,11
774:2 781:6 834:8
890:7
**uncover**  845:19
**underscores**
818:14
**understand**
735:15 736:20,25
737:8 738:8,22,23
738:24 739:1
741:23 744:9,10
745:10 750:15,19
750:20 751:5
753:3,14,15 754:1
754:24 759:15
762:2 763:5
766:11,18 767:2
769:8 785:15
789:16 792:8
795:20 796:9
799:15 810:11

812:11 813:14
817:8,12 821:15
824:24 828:21
830:20 834:6
839:11 843:21
844:22,23 850:10
854:4,19,21
856:25 857:21
858:11,21 859:16
860:9,15,15
861:20 864:7
865:1,7 866:3
868:11 870:12,22
870:25 871:1
873:25 874:11
876:10 877:1
879:2 880:2
881:12 885:12
886:9 887:17
889:16 890:3,10
893:12 898:15,15
901:1 906:25
912:6,22 913:25
914:14,19 916:17
920:24 925:1,24
927:3 928:1,9,9,25
932:11 935:4
939:9 940:10
949:10 950:10
953:24 954:1,11
955:14 957:7
966:23 971:21,24
974:2 975:7,9
**understanding**
736:14 742:24
750:12,16,25
751:8,13 752:14
753:1,7,12,17,24
754:7 755:4,8,10
755:19,22,25
756:5,9,9,18,20

758:12,15,22
759:3 762:11,16
762:25 763:22,24
764:15,17,23
765:5,14 766:1,7
766:21 768:22
773:24 776:3,21
779:24 782:22
783:24 786:6,13
795:5 800:15
801:23 802:12,23
807:4,9,18 808:9
808:23 809:3,5
814:20 815:12,22
816:14 817:6,24
818:17,20 820:13
825:14 827:21
831:2,18,23,25
832:13 834:16,25
837:4,11 838:12
838:21 839:4
850:18 852:10,15
854:8,13 855:3
856:2 857:25
858:7,18 860:22
861:14 862:5
863:2,25 864:18
865:12 866:9,21
869:12 871:17,25
872:5,23,25
875:10 879:21
882:17 885:4
887:10,19 888:2
888:21 891:12,23
901:12,14,23
902:23 904:3
910:12 911:13,18
911:22 917:19,22
922:12 923:17
924:1 926:9
927:13 930:10

933:2,11 934:19
935:22 936:25
937:8,14,22 938:6
939:6,10,20 940:3
942:1,14 944:11
944:22 945:4
946:11 947:7,19
948:8,9,13,15
949:2,5,8,14,20
951:6,21 952:3,24
953:18,23 954:9
955:18 956:7,23
957:10,21 958:3
958:16 960:21
961:10 965:15,17
966:8,13 968:3,10
970:21 971:9,14
972:7,16,22 973:5
973:15 974:6,11
974:12,17 975:1
975:17 976:5
977:1 978:1,16
979:12,18 980:1,8
980:20
**understands**  877:8
**understood**  737:7
755:2 788:4 796:8
799:14 857:12
866:6
**undertaking**
795:10
**undertook**  849:14
**unfortunately**
936:1
**unify**  795:6
**unintentional**
738:10
**unique**  917:14
**uniquely**  925:6
949:3

Page 48

**[unit - users]**

| | | | |
|---|---|---|---|
| **unit** 917:11 918:1 | 807:7 809:11 | 802:18 811:2 | 911:6,15 912:3,4,8 |
| 977:4 | 810:22 811:2,3 | 819:23 824:1,2 | 912:10,12,16,18 |
| **united** 725:1 726:1 | 819:23,25 821:2 | 828:13,18 829:4 | 912:21 913:1,11 |
| **unnecessary** | 828:13,15 829:4,5 | 829:23 830:25 | 913:14,17,17 |
| 737:15 | 830:5,6,18 833:8 | 831:7 832:10,14 | 914:15,23 915:10 |
| **unpack** 856:21 | 833:16 836:20,21 | 836:20,22 837:6 | 915:15,23 924:2,6 |
| **unsuccessful** | 840:16,18 841:7 | 837:24 838:13,23 | 924:13 925:12 |
| 780:19 | 842:15 843:16 | 839:5,8 840:16 | 937:23 938:5,22 |
| **unusual** 811:7,11 | 844:19,20 845:8,9 | 841:2,22 842:10 | 939:7 963:15,15 |
| 811:14,20,21 | 846:7,9 847:7,8,25 | 842:22 843:12 | 982:3 985:1 |
| 812:16,17,17 | 848:1,17,18 | 844:19 845:8 | **user's** 793:16 |
| 814:10 816:21 | 855:14,20 876:16 | 846:7 847:7,25 | 865:23 874:1,2 |
| 817:15 826:5 | 881:13 886:24 | 850:6,15,20,22 | 880:5 889:20 |
| **update** 765:7 | 891:4,19 892:1 | 851:7 853:13,24 | 891:2 898:11,12 |
| 804:4 | 905:1 919:23 | 854:16,24 855:2 | 898:19 899:25 |
| **updated** 853:21 | 920:22 928:15 | 855:25 859:22 | 900:8 901:19 |
| **upgraded** 834:2 | 929:16 935:12 | 861:17 862:6 | 905:22,24 907:20 |
| **ups** 849:5 851:2 | 955:16,16 958:19 | 863:10,13,17,18 | 908:2,17,23,23 |
| 878:24 | 963:9,11,13 | 864:2,3,12,13 | 909:9,16,18,23,25 |
| **url** 791:20 801:15 | 966:15 967:16 | 865:14,14,15,23 | 910:3 915:23 |
| 802:5 803:19 | 968:13,15,25 | 872:14 873:6,15 | 939:5 |
| 804:5 806:19 | 970:13 | 874:5 875:19 | **users** 766:7 786:5 |
| 807:12 808:3,14 | **useful** 745:25 | 876:21 877:16,20 | 787:3 788:24 |
| 809:6,17,20 | 921:14 935:23 | 877:24 878:1,4,14 | 789:10 798:5,7 |
| 818:25 897:7 | **user** 725:5 726:5 | 878:15 879:4,5,10 | 804:23 814:17 |
| 917:10 | 733:9 739:5,21,22 | 879:12,13,15,25 | 815:19 816:5,12 |
| **urls** 801:9,12 | 739:22 740:4,5,11 | 880:16,18,20,21 | 816:22 817:3 |
| 925:15 | 740:19,23 741:9 | 883:10,10,12 | 824:1 829:15 |
| **usage** 767:22 | 742:2,6,8 743:7,11 | 889:20,22,22 | 833:14,17 834:2 |
| 929:23 930:5,15 | 743:14 744:8,12 | 890:11 891:12 | 838:25 841:2,5,19 |
| 930:18 931:14,19 | 746:19 747:3 | 892:4,10,11,14,17 | 841:25 842:14,25 |
| **use** 744:21,22 | 758:19,20,25 | 892:23 893:2,4,10 | 843:22 859:12 |
| 747:12 749:24 | 766:18 767:19 | 894:17 895:14,14 | 860:19 861:3 |
| 766:8 767:18 | 786:11,17,19,22 | 897:24 898:8,8,12 | 862:1,24 866:22 |
| 779:1,7 783:20 | 787:7,11,15,21 | 898:16,17,21,23 | 873:19 874:8 |
| 784:3,6,8,20 | 788:6,22,23,23 | 898:25 899:3,4 | 875:5,22 879:18 |
| 785:13 793:15 | 789:3,7,14 790:3 | 900:1,9,18 901:9 | 883:16 889:1,14 |
| 796:8 798:3 | 791:5,12,16 | 901:18 902:11,24 | 889:17,19 890:14 |
| 800:20,21,24 | 792:11 793:21,23 | 903:3 907:2,3,16 | 891:4 899:20 |
| 801:1,20 803:6,14 | 794:2,3,3,11 798:5 | 907:25 909:2,7,15 | 902:1,19 904:23 |
| 804:3,10 805:14 | 798:17 800:6,25 | 909:22 910:5 | 905:1,5,12,19 |

Veritext Legal Solutions
866 299-5127

**[users - way]**

906:2,12,14,19
907:6,7,10,14
908:5,8 910:25
915:9,19 916:17
917:14 926:4,7,15
926:19 929:18,18
937:19 938:11,15
938:19 939:12
941:15
**uses**   829:13 878:8
890:11 961:11
**uttered**   849:22

**v**

**v2**   834:3
**v2.1**   852:22 853:4
**v2.3**   853:4
**v2.3.**   852:22
**vague**   787:9
856:16 858:25
860:21 862:3
863:1 877:8 879:7
889:15 902:4
903:23 904:6
906:5 914:9
916:11 940:13
941:3,20
**valid**   801:11 806:3
806:19 807:11,23
808:2,11,20
809:10,19,24
818:24 819:4,5,9
819:14
**valuable**   790:10
797:18
**valuation**   914:22
914:22
**value**   750:3
806:19 883:1
912:17,20,25
913:10,16 914:1
915:8,9 937:10,13

957:12 971:1
**values**   868:25
970:25 979:16
**variant**   923:18
**various**   770:7
813:22 828:19,21
878:2 911:9 930:6
**vc**   725:6 726:6
**veritext**   733:12
982:7,9,11
**version**   764:8,12
790:19 791:15
815:4 843:7 863:3
945:18 951:16
957:13
**versioning**   790:12
790:15,18
**versions**   814:23
815:3 853:8
**versus**   782:24
**video**   725:14
726:19
**videoconference**
725:14 726:19
727:2 728:2 729:2
730:2 731:2
734:12
**videographer**
731:18 733:5,11
785:20,23 840:8
840:11 884:11,14
884:17 942:21,24
980:22
**videotaped**   726:15
**view**   775:22
962:25
**viewing**   772:16
**views**   963:2
**visit**   897:1
**visited**   893:2

**visiting**   893:10
896:17
**visits**   892:4,23
**volume**   725:17
732:3 733:8
867:24
**voluminous**   967:4

**w**

**w**   727:6 731:7
**w3c**   778:21 780:22
**waived**   785:9
982:23,23
**waiving**   982:20
**wangdra**   730:14
733:24
**want**   735:23
737:13 739:24
743:18 749:12
751:10,11,23
772:14,14 782:20
783:21 784:23
790:9 793:8
799:15 810:12,21
825:7 829:1,12
830:20 833:13,13
835:24 838:19
842:2 848:7 849:3
849:21 850:9,12
851:1 854:4
856:24 859:7
861:5 867:11
868:10 869:6,16
877:4 879:2
883:24 884:11
886:18 890:18
892:22 900:13,16
902:16 911:17
920:21 923:6
928:5,15 946:3
966:17

**wanted**   750:14
753:3 755:2
759:21 762:1
763:8 765:20
775:2 782:14
790:16,19 814:1,2
819:18 839:13,19
910:16 916:16,17
935:9 955:13
959:5
**warehouse**   773:25
776:4,6 871:22
916:15 931:23
**washington**
725:23 727:13
**way**   737:19 741:2
741:4 742:1,21
743:1,25 744:12
744:19 748:15
761:20 766:14
773:21,22 779:14
779:21 787:24
789:13,16,25
790:1,2,13,16,22
791:11 792:2,13
792:15,21 793:5
799:24 801:22
808:5 812:15
816:17 817:13
820:13 833:23
835:19 843:3
847:24 850:11,21
855:11,18 856:21
863:25 872:23
874:1,4,7 875:20
875:22 876:17
879:9 880:25
888:2 889:25
890:1,13 895:12
902:17 922:6
923:18,18 926:18

Veritext Legal Solutions
866 299-5127

**[way - year]**

| | | | |
|---|---|---|---|
| 927:15 929:11 | **websites** 829:25 | **work** 737:20 | **wrong** 751:24 |
| 934:17,23 943:24 | 836:24 838:1 | 751:15 756:17 | 752:5 857:1 |
| 944:14 949:22,25 | 875:4 892:2 | 757:12 764:9 | 862:10 |
| 956:13 960:8 | **welcome** 735:6 | 766:2 773:14 | **wrote** 808:1,2 |
| 967:14 968:11 | **went** 842:15 895:7 | 785:4 796:5 | **www** 862:19 |
| 978:7 | 964:25 | 849:19 874:22 | 887:13 911:21 |
| **ways** 739:13 | **whereof** 981:20 | 878:22 879:9 | |
| 740:18,21 741:9 | **whitelisting** | 895:12,13 899:11 | **x** |
| 741:12,25 742:15 | 748:15 749:2 | 902:7 941:25 | **x** 732:1,8 814:9 |
| 743:12,15,19,20 | **whitelists** 748:16 | 971:10 | 851:8 863:17 |
| 743:24 766:15 | 944:18 | **worked** 755:17 | 981:16 |
| 777:23 778:4,14 | **wholly** 922:19 | 773:3 808:6,9 | **xfn** 960:14,18,22 |
| 779:25 788:16,25 | 967:5 | 809:4 821:11 | 960:24 961:3,9,10 |
| 789:3,15 790:25 | **wide** 813:18 | 830:22 835:19 | 962:1,7,8 978:2 |
| 791:9 792:10 | **widely** 882:19 | 847:25 861:12 | 979:4 |
| 793:4 801:5,6 | **wind** 882:7,10 | 864:1 921:8 | **xml** 791:6 |
| 826:4 829:7 | 883:3 885:5,7 | 923:18 | **xu** 814:5 819:20 |
| 831:21 850:6,9,13 | **window** 813:3 | **working** 811:18 | 825:5 |
| 855:1 875:18 | 872:25 922:14 | 839:11 932:8 | **xx** 983:1 |
| 904:11 920:4 | 936:17 | **works** 777:24 | |
| 926:20 930:6 | **withdraw** 760:1 | 783:11 787:24 | **y** |
| 950:18 | 765:2,25 770:9 | 808:23 822:21 | **y** 944:24,25 |
| **we've** 754:7 783:6 | 773:7 774:13 | 866:9 888:3 | **yeah** 759:22 |
| 792:17 830:9 | 777:13 786:9 | 891:17 901:14,22 | 761:19 767:8 |
| 839:10 844:25 | 794:24 816:24 | 934:10 976:25 | 776:11 783:9,15 |
| 849:11 873:8 | 862:21 883:11 | **worksheet** 959:17 | 784:25 785:15 |
| 888:22 897:3 | 893:6,17 916:5 | **worth** 790:11 | 786:3 799:6 818:3 |
| 916:21,24 942:17 | 943:24 974:11 | 915:11 | 819:2 826:2 |
| **weaver** 728:7 | 978:22 | **wound** 882:6 | 832:21 839:17 |
| 868:22 | **witness** 733:13 | **wrap** 945:21 | 840:20 868:7 |
| **web** 725:14 726:19 | 736:1,14 750:8 | **wright** 727:9 | 869:5 880:8 |
| 727:2 728:2 729:2 | 839:17 870:14 | 733:20 | 882:13 891:10 |
| 730:2 731:2 | 877:8 981:20 | **write** 818:11 | 899:6 902:5 904:9 |
| 831:14,15,17,21 | 982:13,16 | **writes** 848:19 | 913:7 915:1 |
| 892:4,12 893:2 | **witnesses** 810:20 | **writing** 809:13 | 918:18 940:14 |
| **website** 891:13,15 | 849:1 | **written** 747:21 | 941:2,22 948:5 |
| 892:23 893:9,11 | **word** 806:1 810:22 | 757:4 760:10,12 | 979:5 |
| 893:15,24 895:7 | 818:14 849:21 | 760:13 799:6,7 | **year** 742:16 |
| 897:2 910:20 | 862:11 | 800:5,12 848:14 | 770:16,16 774:20 |
| 962:12,15,19,22 | **words** 776:10 | 890:25 918:6 | 774:20 776:18 |
| 968:16,23 | 958:11 | | 913:24 967:2 |

Veritext Legal Solutions
866 299-5127

[years - zoom]

| | |
|---|---|
| **years** | 742:22 |
| | 784:1 793:1 |
| | 813:24 816:9 |
| | 838:6 839:3 860:6 |
| | 861:21 953:8,13 |
| | 953:20 963:6,10 |

**z**

| | |
|---|---|
| **zarakhovsky** | |
| | 826:23 |
| **zarashaw** | 826:22 |
| **zero** | 938:11,15,18 |
| | 979:22 980:6,7 |
| **zoom** | 725:12 |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

HIGHLY CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
   IN RE:  FACEBOOK, INC.,       MDL No. 2843
4  CONSUMER USER PROFILE         Case No.
   LITIGATION                    18-md-02843-VC-JSC
5  _____
6  This document relates to:
7  ALL ACTIONS
8
   _____
9
10
11              **HIGHLY CONFIDENTIAL**
12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13       CORPORATE REPRESENTATIVE - SIMON CROSS
14  (Reported Remotely via Video & Web Videoconference)
15        London, England (Deponent's location)
16               Tuesday, June 21, 2022
17                    Volume 5
18
19
20
   STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
   California CSR No. 12546
22  Nevada CCR No. 827
   Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5291734
25  PAGES 986 - 1222
```

Page 986

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3

    IN RE:  FACEBOOK, INC.,      MDL No. 2843

4    CONSUMER USER PROFILE        Case No.

    LITIGATION                   18-md-02843-VC-JSC

5    _____

6    This document relates to:

7    ALL ACTIONS

8

    _____

9

10

11

12

13

14

15          DEPOSITION OF SIMON CROSS, taken on

16    behalf of the Plaintiffs, with the deponent located

17    in London, England, commencing at

18    1:37 p.m., Tuesday, June 21, 2022, remotely

19    reported via Video & Web videoconference before

20    REBECCA L. ROMANO, a Certified Shorthand Reporter,

21    Certified Court Reporter, Registered Professional

22    Reporter.

23

24

25

                                        Page 987

HIGHLY CONFIDENTIAL

```
 1                  APPEARANCES OF COUNSEL

 2      (All parties appearing via Web videoconference)

 3

 4     For the Plaintiffs:

 5          KELLER ROHRBACK L.L.P.

 6          BY:  DEREK W. LOESER

 7          BY:  CARI CAMPEN LAUFENBERG

 8          BY:  ADELE A. DANIEL

 9          BY:  EMMA WRIGHT

10          Attorneys at Law

11          1201 Third Avenue

12          Suite 3200

13          Seattle, Washington 98101

14          (206) 623-1900

15          dloeser@kellerrohrback.com

16          claufenberg@kellerrohrback.com

17          adaniel@kellerrohrback.com

18          ewright@kellerrohrback.com

19

20

21

22

23

24

25     /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1                  APPEARANCES OF COUNSEL

 2     (All parties appearing via Web videoconference)

 3

 4     For the Plaintiffs:

 5          BLEICHMAR FONTI & AULD LLP

 6          BY:  MATTHEW MELAMED

 7          BY:  ANNE K. DAVIS

 8          BY:  LESLEY E. WEAVER

 9          Attorneys at Law

10          555 12th Street

11          Suite 1600

12          Oakland, California 94607

13          (415) 445-4003

14          mmelamed@bfalaw.com

15          adavis@bfalaw.com

16          lweaver@bfalaw.com

17

18

19

20

21

22

23

24

25     /////
```

Page 989

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  AUSTIN SCHWING

 7          Attorney at Law

 8          555 Mission Street

 9          Suite 3000

10          San Francisco, California 94105-0921

11          (415) 393-8200

12          aschwing@gibsondunn.com

13    and

14          BY:  MATT BUONGIORNO

15          Attorney at Law

16          2001 Ross Avenue

17          Suite 2100

18          Dallas, Texas 75201

19          (214) 698-3204

20          mbuongiorno@gibsondunn.com

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  HANNAH REGAN-SMITH

 7          Attorneys at Law

 8          1801 California Street

 9          Suite 4200

10          Denver, Colorado 80202-2642

11          (303) 298-5735

12          hregan-smith@gibsondunn.com

13    and

14          BY:  PHUNTSO WANGDRA

15          Attorney at Law

16          1881 Page Mill Road

17          Palo Alto, California 94304-1211

18          (650) 849-5206

19          pwangdra@gibsondunn.com

20

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4         JAMS

 5         BY:  DANIEL B. GARRIE

 6         Special Master

 7         555 W. 5th Street

 8         32nd Floor

 9         Los Angeles, California 90013

10         (213) 253-9706

11         dgarrie@jamsadr.com

12

13

14

15    ALSO PRESENT:

16         Ian Chen, Associate General Counsel,

17    Meta Platforms

18         John Macdonell, Videographer

19

20

21

22

23

24

25    /////
```

Page 992

HIGHLY CONFIDENTIAL

```
1                    I N D E X

2    DEPONENT                              EXAMINATION

3    SIMON CROSS                                PAGE

     VOLUME 5

4

5                    BY MR. MELAMED              998

6                    BY MR. LOESER             1139

7                    BY MR. SCHWING            1206

8                    BY MR. LOESER            1207

9

10

11              E X H I B I T S

12   NUMBER                                     PAGE

13              DESCRIPTION

14   Exhibit 429  Native Excel Spreadsheet      1007

15              C2_019_FB-CA-MDL-02936297;

16

17   Exhibit 430  Message Summary,              1101

18              FB-CA-MDL-02898663 -

19              FB-CA-MDL002898668;

20

21   Exhibit 431  Native Excel Spreadsheet,     1107

22              C2_113a_FB-CA-MDL-02898670;

23

24   Exhibit 432  Native Excel Spreadsheet,     1111

25              FB-CA-MDL-02674226;
```

Page 993

```
1                   E X H I B I T S(cont'd)

2    NUMBER                                        PAGE

3                      DESCRIPTION

4    Exhibit 433  Email String Subject:  V1         1116

5                 extensions,

6                 FB-CA-MDL-01952426 -

7                 FB-CA-MDL-01952427;

8

9

10                 PREVIOUSLY MARKED EXHIBITS

11   NUMBER                                        PAGE

12   Exhibit 339                                    1171

13

14

15

16

17

18

19

20

21

22

23

24

25   /////
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | London, England; Tuesday, June 21, 2022 | 09:04:04 |
| 2 | 1:37 p.m. | |
| 3 | ---o0o--- | |
| 4 | | |
| 5 | THE VIDEOGRAPHER:  Okay.  We're on the | 01:36:58 |
| 6 | record.  It's 1:37 p.m. on June 21st, 2022.  This | |
| 7 | is Volume 5 in Simon Cross's deposition.  We're | |
| 8 | here in the matter of Facebook Consumer Privacy | |
| 9 | User Profile Litigation. | |
| 10 | I'm John Macdonell, the videographer with | 01:37:15 |
| 11 | Veritext. | |
| 12 | Mr. Cross has previously been sworn, but | |
| 13 | would counsel please identify themselves for the | |
| 14 | record. | |
| 15 | MR. MELAMED:  Good morning.  This is | 01:37:26 |
| 16 | Matt Melamed from Bleichmar Fonti & Auld on behalf | |
| 17 | of plaintiffs.  With me presently is Adele Daniel | |
| 18 | from Keller Rohrback, also on behalf of plaintiffs. | |
| 19 | And -- I'm sorry -- also Anne Davis from | |
| 20 | Bleichmar Fonti & Auld on behalf of plaintiffs. | 01:37:43 |
| 21 | MR. SCHWING:  Good morning.  This is | |
| 22 | Austin Schwing of Gibson, Dunn & Crutcher on behalf | |
| 23 | of Meta Platforms Inc.  I'm joined by Ian Chen, | |
| 24 | Hannah Regan-Smith, and also Phuntso Wangdra and | |
| 25 | Matt Buongiorno. | 01:38:00 |

Page 995

```
 1              SPECIAL MASTER GARRIE:  This is          01:38:07

 2    Special Master Garrie here on behalf of the Court.

 3              MR. MELAMED:  Good morning.  Before we

 4    start today's testimony, I just want to identify a

 5    few documents or sources of information that          01:38:29

 6    Mr. Cross discussed yesterday that we want to

 7    follow up with Facebook regarding their production.

 8              One is the Can tables, which Mr. Cross, I

 9    believe, identified yesterday, as tables initiated

10    in or around 2019 operational, in or around 2020,    01:38:53

11    that identified the calls that -- certain calls

12    that apps could make on either data.

13              Another is the Did tables, which were

14    initiated around the same time.  And those indicate

15    the calls -- the calls that return user              01:39:21

16    information, where the information was returned, so

17    those two seem to work in parallel.  I apologize if

18    I'm misstating.  I don't intend to.  What those

19    tables were, I think Mr. Cross's testimony on those

20    was clear yesterday.                                 01:39:37

21              The third is Pearly Gates.  Which

22    Mr. Cross identified as a precursor or the

23    precursor to the capabilities tool.

24              And the fourth is the Launch Manager,

25    which was identified as a tool to track privacy --   01:39:49
```

| | | |
|---|---|---|
| 1 | a number of privacy decisions that were made | 01:39:55 |
| 2 | internally at Facebook.  Same thing with those two. | |
| 3 | I don't mean to misstate what Mr. Cross testified | |
| 4 | about those.  His testimony is what it was.  I'm | |
| 5 | just identifying them for the record. | 01:40:09 |
| 6 | Three of those four, the Can tables, the | |
| 7 | Did tables and Pearly Gates, I do not believe have | |
| 8 | been identified previously.  The plaintiffs in the | |
| 9 | litigation, the fourth Launch Manager has been | |
| 10 | identified previously, and plaintiffs have | 01:40:23 |
| 11 | requested that previously. | |
| 12 | And would -- are going to request it | |
| 13 | again. | |
| 14 | But I just wanted to put that on the | |
| 15 | record that we will follow up as well. | 01:40:34 |
| 16 | MR. SCHWING:  Okay.  Well, I appreciate | |
| 17 | you raising the issues that you're concerned about, | |
| 18 | Matt -- Mr. Melamed, you and I are friendly, so I | |
| 19 | apologize for the "Matt." | |
| 20 | But I know Mr. Cross has previously | 01:40:53 |
| 21 | identified Pearly Gates in a previous deposition | |
| 22 | session, and the same is true of the Did table. | |
| 23 | And you already knew about the Launch Manager. | |
| 24 | Happy -- happy to talk to you, you know, about | |
| 25 | document discovery issues.  I don't think this is | 01:41:12 |

Page 997

HIGHLY CONFIDENTIAL

```
 1    the right time.  But, you know, we can certainly        01:41:16

 2    discuss that.

 3            And I also wanted to -- to note, as I did

 4    before we got on the record, that Mr. Cross had a

 5    few things that he wanted to clarify, some             01:41:26

 6    additional information related to some of the

 7    questioning yesterday.

 8            So at a convenient point in the

 9    deposition, whenever you think it's appropriate, he

10    would like to share that.                              01:41:38

11            MR. MELAMED:  Thank you.

12

13                    SIMON CROSS,

14    having been previously administered an oath, was

15    examined and testified as follows:                     01:41:41

16                EXAMINATION (resumed)

17    BY MR. MELAMED:

18        Q.  So, Mr. Cross, you understand you're

19    still under oath, correct?

20        A.  I do.                                          01:41:45

21        Q.  What --

22            SPECIAL MASTER GARRIE:  Are we on the

23    record?

24            MR. MELAMED:  Mr. --

25    Special Master Garrie, sorry.                          01:41:49
```

Page 998

```
 1              SPECIAL MASTER GARRIE:  Yeah, I am sorry      01:41:51

 2     for interrupting.  I was going to say, in the

 3     interest of efficiency, it would be most helpful if

 4     the parties could meet and confirm on the issues

 5     decided and discussed, and add the issue to          01:41:59

 6     mediation tracker so that way we have a record of

 7     these ongoing issues.

 8              If there are downstream issues about each

 9     of these different things, I just wanted to notate

10     that now because I have other issues that I've       01:42:13

11     written down that haven't been raised on the

12     mediation tracker, and I'm just assuming they're

13     being resolved.

14              So if the parties have a process that's

15     great.  I just encourage them to document it so we   01:42:24

16     don't have any downstream surprises with additional

17     folks coming -- being required in the interest of

18     completeness.  And if you could just document that

19     from the plaintiff's side, that would very helpful.

20              MR. MELAMED:  Will do.  Thank you.           01:42:41

21        Q.   (By Mr. Melamed)  So, Mr. Cross, your --

22     Mr. Schwing indicated that you have some additional

23     testimony or clar- -- testimony or clarifying

24     testimony regarding some things you talked about

25     yesterday.                                           01:42:55
```

Page 999

```
 1              So now would be a great time to provide      01:42:55

 2     that clarification.

 3          A.   Sure.  Yeah.  Yesterday we were talking

 4     about some of the tables in the capability tool.

 5     Regarding the capability tool, one of those tables    01:43:07

 6     was the -- the Grant table, and I think I mentioned

 7     that the ID, start request ID and end request ID

 8     might refer to entries in the Log table.

 9              My understanding is actually they --

10     they're not entries in the Log table; they're just    01:43:28

11     IDs which are local to this table.

12              So, yes, that's one thing I wanted to --

13     to clarify.

14          Q.   Do those IDs cross-reference any other

15     tables?  Are they identified in any other tables      01:43:41

16     relevant to the capabilities tool?

17          A.   My understanding is they -- they're not

18     cross-referenced in another table.

19          Q.   Thank you.

20              Do you have anything else you'd like to       01:43:54

21     clarify from yesterday's testimony?

22          A.   Yesterday you asked me some questions

23     about -- the rest API and FQL.  I can say that

24     the -- they were deprecated or the deprecation was

25     announced in 2014, I believe in August.  In API       01:44:11
```

Page 1000

```
 1   Version 2.1.                                          01:44:17

 2          They remained available to developers for

 3   the duration of the API existed, which was until

 4   October of 2016.  After that point, they would only

 5   have been available to -- to apps via a whitelist.    01:44:31

 6          And my understanding is that the last

 7   third-party apps were removed from the rest API

 8   whitelist in around October 2018.

 9          And -- and also my understanding is

10   the -- the last third-party app was removed from      01:44:51

11   the -- so the first one I mentioned was the FQL --

12   sorry -- FQL, in around October 2018.

13          And then my understanding is that the

14   last third-party app was removed from the whitelist

15   that gave access to the rest API in around            01:45:08

16   February 2020.

17      Q.   Thank you.

18          Is there a list somewhere of the apps

19   that were permitted to access the rest API after

20   2016?                                                 01:45:30

21      A.   That information is -- is -- as I

22   understand, it would be available in the -- in the

23   Grant table, which you have access to.

24      Q.   Okay.  And is the -- and you're talking

25   about the capabilities grant -- tool Grant table,     01:45:44
```

Page 1001

HIGHLY CONFIDENTIAL

1    correct?                                              01:45:47

2        A.   That's correct.  My understanding is that

3    access to those two legacy APIs was gated by the

4    capability tool and, therefore, the apps that would

5    have had access to query those APIs, would have       01:45:57

6    been listed in the capability tool.

7        Q.   And is the answer the same for FQL, that

8    the list of apps that were permitted to access user

9    information by FQL queries is after 20 --

10   October 2016 is indicated in the capabilities tool    01:46:17

11   parens table?

12       A.   That's my understanding too, yes.

13       Q.   Do you have any other clarifications or

14   follow up you want to offer regarding yesterday's

15   testimony?                                             01:46:36

16       A.   You asked me when Facebook began removing

17   capabilities from apps that were not being used by

18   those apps.  My understanding is that that process

19   began in October 2018.

20       Q.   So prior to -- is it correct, then, to       01:47:03

21   say, that prior to October 2018, Facebook was not

22   removing capabilities from apps where those apps

23   were not using the capabilities?

24            MR. SCHWING:  Object to form.

25            THE DEPONENT:  There was no automatic         01:47:24

                                                           Page 1002

```
 1    process in place until October 2018 from removing        01:47:26

 2    capabilities from apps that were not actively being

 3    used.  There would have been manual processes in

 4    place, manual actions in place.  But that was the

 5    moment, as I understand it, that automated process      01:47:43

 6    was introduced.

 7         Q.  (By Mr. Melamed)  And I apologize if this

 8    is asking you to testify about something you

 9    already talked about.

10         What was the automated process that             01:47:55

11    commenced in October 2018 regarding the removal of

12    capabilities from apps that were no longer using

13    those capabilities?

14         A.  My understanding is -- a script is run to

15    look for, when API calls are being made that check      01:48:18

16    a given capability, and if there was no indication

17    that the app is making API calls that check the

18    capability within a time period, then the system

19    will remove the capability from the app.

20         Q.  What was the time period that -- that         01:48:43

21    triggered the automatic removal you're talking

22    about?

23         A.  My understanding is that the time period

24    is 90 days.

25         Q.  Was there any ability to override that        01:48:57
```

Page 1003

1    automated removal of a capability that had not been        01:49:00

2    used by an app in the past 90 days after

3    October 2018?

4         A.   My understanding is that where there is

5    a -- I think the field name is "review date."             01:49:13

6    I'm -- I'm -- I can't remember the exact field name

7    here.  We -- we looked at it yesterday.  But I

8    think it's auto -- you have -- you have the thing

9    in front of you -- I don't -- I'm not allowed -- I

10   don't have notes in front of me on this.                  01:49:33

11        So maybe you could refresh my memory of

12   the column we're discussing here.

13        Q.   Yeah.  I'm -- I'm -- do you recall which

14   table it's in?  I'm happy to pull that exhibit up.

15        A.   The Grant table.                                01:49:47

16        Q.   Okay.  Thank you.

17        Okay.  Can you see my screen?

18        A.   Yes.

19        Q.   So this is -- and I'll zoom in a little

20   bit.  This is Exhibit 428, which is the               01:50:13

21   capabilities tool Grant table.  I can resize these

22   columns quickly.

23        Do you see -- as I'm doing this --

24   actually let me stop so you can see them.  Before I

25   resize them, do you see the column that indicates    01:50:28

Page 1004

1    the ability to override the automated removal after        01:50:29

2    90 days of a capability -- let me rephrase that.

3              The automated removal of a capability

4    that has not been used by an app in the past

5    90 days?                                                     01:50:43

6        A.   That's column J.

7        Q.   Column J.  Is "expiration time"?

8        A.   My understanding is the -- if an app

9    has -- if there was an expiration time listed for

10   an app, then the capability won't be removed from            01:50:57

11   the app until the expiration time even if it's not

12   being used by the app.

13       Q.   So for instance, in row 5 column J, where

14   the expiration time for this app capability pair is

15   March 16th, 2022, at 3:43 p.m.                               01:51:16

16             That indicates that the 90-day automated

17   removal of that capability from that app is

18   suspended until March 16th, at which time the

19   capability will be removed from the app?

20       A.   That's my understanding, yes.                       01:51:40

21       Q.   And, again, we talked about this

22   yesterday.  But do you -- and so I apologize if

23   I'm -- I don't mean to make miss- -- restate what

24   you've already testified about.  I'm just trying to

25   understand these columns and context of one another          01:51:55

                                                    Page 1005

```
 1    in light of the additional testimony you're        01:51:57

 2    offering.

 3            Is there any relationship between

 4    column K and the automated removal process of the

 5    capability from an app that started in            01:52:10

 6    October 2018?

 7        A.   My understanding that that column

 8    would -- if -- if that column contained a

 9    "Boolean *true" or "1" would -- would mean that --

10    that also the capability wouldn't be removed from  01:52:28

11    the app, if it was not being used in a 90-day

12    period.

13        Q.   And in that instance, if there was the

14    1 indicated in this column, would that mean there

15    is -- unlike column J where the exception provides 01:52:47

16    an ended date, a specific end date, if there is a

17    Boolean 1 in column K it would not provide a

18    specific end date, but would the capability app

19    pairing would continue perpetuity until that was

20    changed; is that accurate?                          01:53:08

21        A.   That's my understanding of the system.

22        Q.   Do you have any other testimony you'd

23    like to clarify from yesterday?

24        A.   Nope, that covers the -- the things I'd

25    like to catch up on.                                01:53:21
```

Page 1006

1      Q.   So yesterday we talked about two of three      01:53:32

2    spreadsheets that were produced by Facebook that

3    reflect the capabilities tool, and I wanted to jump

4    into the third today.

5           (Exhibit 429 was marked for                    01:53:47

6    identification by the court reporter and is

7    attached hereto.)

8           MR. MELAMED:  So I've marked what -- I

9    have introduced what's been marked as Exhibit 429.

10   Exhibit 429 is Bates number FB-CA-MDL-0236297.        01:53:54

11          It has been identified to us as the

12   "Capability table."

13          I'll share my screen.  I've adjusted --

14   I've only adjusted the columns.  And, again, as

15   with the other spreadsheets we looked at yesterday,   01:54:26

16   this is merely an excerpt of the Capability table.

17          Are you -- is this something you have

18   reviewed before today?

19          MR. SCHWING:  Mr. Melamed, it's not

20   showing up in the Exhibit Share.  I'm not sure if     01:54:43

21   that -- we need to do something to get into the

22   Exhibit Share.

23          MR. MELAMED:  I think there is a new day

24   of -- of -- for the Exhibit Share, and I think that

25   it says day 5.                                        01:54:57

                                          Page 1007

```
 1              MR. SCHWING:  Okay.  I will figure that        01:55:03

 2    out.

 3              MR. MELAMED:  Okay.

 4              MR. SCHWING:  Thank you.

 5         Q.   (By Mr. Melamed)  Mr. Cross, are you able      01:55:05

 6    to see it or at least able to see it on my screen

 7    well enough to be able to testify about it?

 8         A.   I can see it yeah, and I -- I also have

 9    it in Exhibit Share.

10         Q.   Okay.                                          01:55:15

11         A.   By the new date.

12              MR. MELAMED:  Mr. Schwing, would you like

13    me to wait until you're able to pull it up.

14              MR. SCHWING:  I was able to figure it

15    out.  Thank you.                                         01:55:24

16              MR. MELAMED:  Okay.

17         Q.   (By Mr. Melamed)  So I'd like to do the

18    same thing we've done with other -- the other

19    tables that comprise the capabilities tool and talk

20    through what each of these columns indicates.  And,     01:55:35

21    again, I'm not interested specific -- in the

22    specific row other than it is indicative of the

23    values and the type of values that can be entered

24    and reflected in the table.

25              So column A is titled "ID."  And so if we      01:55:49
```

Page 1008

```
 1    look at row 2 here, the ID is "353."              01:55:55

 2          Do you know what that number ID number

 3    references?

 4          A.   My understanding, that ID references

 5    the -- the ID for a given capability as stored in  01:56:06

 6    the capability tool.

 7          Q.   And is there a single ID associated with

 8    each individual capability?

 9          A.   My understanding is that the ID is unique

10    for each capability.                               01:56:26

11          Q.   So capability, to look at row 353 and

12    skip ahead, do you see that column C is labeled

13    "capability_name"?

14          A.   I do see that.

15          Q.   And the name reflected in column C is    01:56:43

16    "auto_granted_friends_videos"?

17          A.   I see that.

18          Q.   So first, what is

19    auto_granted_friends_videos?  And I -- to clarify,

20    I don't mean what specific access does that         01:57:01

21    provide.

22          But what type of information is that?

23          A.   That would allow an apps -- an app to

24    access the videos posted by a user's friends.

25          Q.   Okay.  And the information in the        01:57:17
```

Page 1009

1    capability name column is Facebook's internal --                01:57:19

2    internal naming of the capability; is that right?

3        A.    That's correct.    That is the name that

4    the capability would be referred to in code.

5        Q.    And is it universal that Facebook's               01:57:39

6    internal capability names have underscores where

7    two words are connected?

8        A.    Capabilities typically use underscores

9    instead of spaces.    But there may be some

10   capabilities where you will use a space in English      01:58:03

11   that the person that created the capability chose

12   not to do so.

13       Q.    So going back to the information in

14   column A, these are -- in connection with the

15   information in column C, am I -- do I understand        01:58:25

16   this correctly to say that the capability with

17   ID 353 is auto_granted_friends_videos?

18       A.    That's my understanding, yes.

19       Q.    Going back to column B.  It says "fbid."

20   And it is a longer numeric string in row 2.            01:58:47

21            What -- do you understand what the

22   information reflected in column B is?

23       A.    My understanding is that that refers to

24   an ID that represents this capability in Facebook's

25   TAO database.                                           01:59:14

                                                     Page 1010

HIGHLY CONFIDENTIAL

```
 1          Q.   Do you understand the reason why there is      01:59:15

 2   a separate ID as reflected in column A and

 3   Facebook -- FBID as reflected in column B?

 4          A.   The capabilities tool uses a different

 5   database than Facebook's primary data setting         01:59:35

 6   infrastructure as it's relatively common at

 7   Facebook that -- would be able to have a way of

 8   mapping the ID for -- for something from one

 9   database to another.

10          Q.   What database does the capabilities tool    01:59:57

11   use?

12          A.   My understanding is that the capability

13   tool uses the database, a "MySQL" database.

14          Q.   Is the FBID that is reflected in column B

15   uniquely and permanently associated with a single     02:00:22

16   capability.  In other words, let me -- let me

17   rephrase that.  That was poor phrasing.

18               Is the entry in row 2 column B associated

19   with the -- with capability "ID 353" and capability

20   name "auto_granted_friends_videos"?                    02:00:45

21          A.   My understanding is that FBID would

22   uniquely represent that capability in Facebook's

23   TAO database.

24          Q.   And every time that Facebook ID is used

25   in the Facebook's TAO database, it is referencing      02:01:08
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   that specific capability; is that correct?          02:01:12

2       A.   That's my understanding of what the FBID

3   represents in this context.

4       Q.   Going onto column D, which is, header is

5   "cms_id_for_external_description."                   02:01:27

6            Do you know the -- what type of

7   information is reflected in column D?

8            MR. SCHWING:   Object to form.

9            THE DEPONENT:   The information in

10  column D would represent an ID that represents a     02:01:49

11  document in Facebook's companywide CMS system.

12      Q.   (By Mr. Melamed)  "CMS" mean -- meaning

13  content management system?

14      A.   My understanding is CMS in this context

15  is a content management system.                      02:02:14

16      Q.   What type of information would be in

17  Facebook's content management system that pertains

18  to a capability as reflected in a row in this

19  table?

20      A.   My understanding is that for some          02:02:38

21  capabilities there is a need to have a description

22  of the capability which is available to third-party

23  developers.  And if that is the case, then that

24  description would be stored in the CMS system and

25  the ID of the document containing that description   02:03:02

```
 1    would be referenced here.                        02:03:07

 2         Q.   If there is an entry in column D for a

 3    particular capability that references Facebook's

 4    content management system -- and -- I'm sorry -- an

 5    entry in Facebook's content management system, is   02:03:24

 6    it accurate that -- let me withdraw that and

 7    restate it.

 8              Where there is a page within Facebook's

 9    content management system associated with a

10    capability, as reflected in this table, does that   02:03:45

11    mean necessarily that the page -- within Facebook's

12    content management system was communicated to a

13    third party?

14              MR. SCHWING:  Object to form.

15              THE DEPONENT:  I -- I don't think it --    02:04:02

16    that's necessarily the case, no.

17         Q.   (By Mr. Melamed)  So you -- your

18    testimony is that sometimes that was the purpose of

19    a page within the CMS system associated with the

20    capability; is that right?                          02:04:17

21              MR. SCHWING:  Object to form.

22              THE DEPONENT:  My understanding is that

23    for some capabilities there may be a document in

24    the CMS system, and that document may contain

25    information about that capability.  I can't say for  02:04:33
```

Page 1013

1    certain whether or not that means the information          02:04:37

2    was made available to third-party developers.

3        Q.  (By Mr. Melamed)  Can you think of other

4    purposes that Facebook would have a document in its

5    CMS system associated with an individual               02:04:50

6    capability?

7        A.  I'd be speculating as to -- as to why

8    Facebook might have a document in its CMS system.

9    I wasn't personally closely involved in the

10   addition of this information.                           02:05:11

11       Q.  If there was a document identified or

12   reflected in column D, would Facebook have the

13   ability to pull that document from its content

14   management system?

15       A.  I can't confirm whether or not that would       02:05:39

16   be possible or not, and for -- for a number of

17   reasons, technical reasons as to how systems work.

18   I -- I wouldn't want to confirm that.

19       Q.  Do you use Facebook's content management

20   system?                                                 02:05:59

21       A.  I don't on a daily basis use Facebook's

22   content management system.

23       Q.  So if plaintiffs were to identify entries

24   in column D to Facebook and want to know whether

25   the documents reflected in those CMS IDs could be       02:06:20

                                                    Page 1014

```
 1   produced, who would you ask at Facebook to          02:06:29

 2   determine whether they could be?

 3        A.   Who would I ask?  I'd -- I would ask our

 4   legal team first of all, if it -- if it's relying

 5   on -- if you're asking questions about whether or    02:06:49

 6   not something can be produced.  I assume they would

 7   be able to speak to the -- the engineers or data

 8   scientists who would be able to advise on that

 9   matter.

10        Q.   If you were using a capabilities tool      02:07:09

11   internally and wanted to review the document

12   reflected in column D, how would you go about

13   reviewing that document?  What steps would you

14   take?

15             MR. SCHWING:  Object to form.             02:07:25

16             THE DEPONENT:  If the CMS ID was visible

17   in the capability tool, my first attempt would be

18   to access the CMS and attempt to search for a

19   document by that ID.

20        Q.   (By Mr. Melamed)  We've gone back and     02:08:01

21   forth about this tool for a long time, and

22   sometimes I think both of us have referred to it in

23   the plural and sometimes in the singular, the

24   capabilities tool and the capability tool.

25             Is one of those correct?                  02:08:12
```

```
 1         A.   My understanding is those terms are --      02:08:21

 2   are used interchangeably.

 3         Q.   Moving onto column E the header is

 4   "eng_oncall_id."

 5              What does that mean?                        02:08:35

 6         A.   So inside Facebook code is generally

 7   marked as being owned by a team using a system

 8   called "Oncall."  And so Oncall represents a team

 9   of engineers, and my understanding is that this

10   would be the ID representing the Oncall of the team   02:09:02

11   responsible for this capability.

12         Q.   Do you know approximately how many teams

13   there are at Facebook that could be -- that were

14   responsible for all of the capabilities in the

15   capability used tool?                                 02:09:28

16              MR. SCHWING:  Object to form.

17              THE DEPONENT:  There's likely hundreds or

18   thousands, or probably thousands of -- of eng

19   oncalls at -- at Facebook.  I -- I don't know how

20   many of them are represented in the capability       02:09:43

21   tool.

22         Q.   (By Mr. Melamed)  So this cell that I

23   currently highlighted, which is row 2 column E, and

24   it's a long numeric string that identifies an

25   engineering team at Facebook.                         02:10:01
```

Page 1016

```
 1         A.   My understanding is that identifies an        02:10:05

 2    engineering Oncall rotation.

 3         Q.   What is an "engineering Oncall rotation"?

 4         A.   An engineering Oncall rotation represents

 5    a group of engineers who are responsible for that        02:10:25

 6    Oncall.  And -- and one of them would be Oncall at

 7    any given time.

 8         Q.   So that number represents a group of

 9    people, one of whom is always available to -- to do

10    what?                                                   02:10:49

11         A.   Engineering Oncall -- Oncall rotations

12    perform a number of activities and you said that

13    someone is always available.  I -- I can't confirm

14    whether or not for every Oncall there is always an

15    engineer available.                                     02:11:15

16         Q.   It's similar to an oncall doctor that

17    there's somebody available from this team to

18    address any issues that arise with this capability?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  My understanding of the        02:11:34

21    purpose of this is that this identifies a -- a

22    group of engineers who would be the first port of

23    call in understanding the -- if there was an issue

24    with the capability and how to resolve it.

25         Q.   (By Mr. Melamed)  Column F has the header     02:11:56
```

```
 1    "description," and in row 2 it's a longer narrative        02:12:01

 2    entry.

 3           Do you know what the description field

 4    indicates in the Capability table?

 5        A.   My understanding is that this represents          02:12:20

 6    a -- a description of the capability and what it is

 7    designed to do, and in some cases information about

 8    when it is expected to be used.

 9        Q.   Do you know who is responsible for

10    entering the description for a particular               02:12:38

11    capability?

12        A.   Typically the engineer who creates the

13    capability is first responsible for entering a

14    description for the capability.

15        Q.   Do you know if the identity of the             02:13:00

16    engineer who creates each capability in the

17    Capability table is reflected in the Capability

18    table?

19        A.   My understanding is that the owner ID

20    column represents the -- the -- the Facebook ID of      02:13:17

21    the employee who created the capability.

22        Q.   All right.

23           So skipping ahead here, a few columns

24    that the owner ID column is column J, correct?

25        A.   That's correct.                                02:13:33
```

Page 1018

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   So the person who created the capability | 02:13:33 |
| 2 | in row 2 is the person who -- with the Facebook | |
| 3 | ID number 661792110; is that right? | |
| 4 | A.   That's my understanding.  And that | |
| 5 | references the ID of the person that created the | 02:13:50 |
| 6 | capability in the tool.  It's possible that the | |
| 7 | person that implements the capability in code may | |
| 8 | be a different person. | |
| 9 | Q.   And is it your understanding, that the | |
| 10 | person who entered the capability into the tool is | 02:14:06 |
| 11 | the person who provided the description in | |
| 12 | column F? | |
| 13 | A.   It's likely that the person that created | |
| 14 | the capability in the tool provided the first | |
| 15 | version of the description.  But the description | 02:14:24 |
| 16 | likely changed over time as people edited it in the | |
| 17 | tool. | |
| 18 | Q.   Are those -- are the identity -- let me | |
| 19 | withdraw that. | |
| 20 | Is the identity of any individual who | 02:14:40 |
| 21 | edited the description, captured in the tool? | |
| 22 | A.   My understanding is that updating the | |
| 23 | description is one of the entries captured in the | |
| 24 | Log table. | |
| 25 | Q.   So to determine whether the description | 02:15:01 |

Page 1019

HIGHLY CONFIDENTIAL

1    hadn't been updated when you would cross reference          02:15:04

2    the information in Exhibit 429 with the Log table,

3    which is one of the exhibits we looked at

4    yesterday; is that right?

5        A.   My understanding is that the Log table          02:15:19

6    would indicate when a description, and if a

7    description had been updated for a specific

8    capability.

9        Q.   Column G the header is

10   "endpoints_affected."                                     02:15:33

11           What information is reflected in that

12   column?  What does endpoint -- let me withdraw that

13   and state it again.

14           What does endpoints_affected mean?

15       A.   At a high level, an endpoint is              02:15:49

16   synonymous with a -- an API call or an API method.

17   And by "affected," I understand that to mean that

18   the -- the capability here modifies that API

19   endpoint in some way.

20       Q.   And if you look at row 2 in column G        02:16:14

21   under "endpoints_affected," the entry is blank.

22           Do you know why -- what it means if an

23   entry is blank in row G -- I'm sorry, column G?

24       A.   Could mean a number of things.  I'm not

25   entirely sure how that column is -- is populated     02:16:41

                                                        Page 1020

```
1    and how it would be filled.                    02:16:45

2        Q.   Who would you ask if you wanted to know

3    more about how column G endpoints affected is

4    populated and filled?

5        A.   I would speak to Mr. Molaro in the first    02:17:08

6    instance.

7        Q.   Column H has a header

8    "approval_criteria."

9             Do you know what that means?

10       A.   My understanding is that that refers to   02:17:26

11   what would be a high-level description of the

12   criteria an app would have to meet to be -- have

13   the capability granted to it.  Although my

14   understanding is that information is not

15   universally captured in this tool.              02:17:47

16       Q.   When that information is captured in this

17   tool, do you know who is responsible for entering

18   it?

19       A.   I'm not sure who's responsible for -- for

20   entering it.                                    02:18:05

21       Q.   Do you know why this approval criteria

22   information is not always entered in the Capability

23   table?

24       A.   Sorry, can you ask the question again.

25       Q.   Sure.                                  02:18:30
```

Page 1021

```
 1              So you said -- my understanding is you        02:18:32
 2    said that information about the approval criteria
 3    is not always reflected in the capability tool; is
 4    that right?
 5         A.   The fact that this entry is null suggests     02:18:43
 6    that approval criteria for this capability is -- is
 7    not captured here.
 8         Q.   Do you know why approval criteria is not
 9    always captured in the capability tool?
10         A.   I don't know why the approval criteria       02:19:00
11    is -- is always not -- is not always captured in
12    this tool, there's -- there's likely a bunch of
13    reasons why.
14         Q.   Column I is "emits_user_data."
15              What does that mean?                          02:19:21
16         A.   My understanding is that that refers to
17    an assessment of whether or not the capability
18    emits user data as defined by covered information
19    as defined by the FTC order, that's my
20    understanding.                                          02:19:45
21         Q.   Do you know which FTC order you're --
22    you're referencing?
23         A.   I don't know which FTC order that refers
24    to.
25         Q.   Do you know who makes the determination       02:19:56
```

Page 1022

```
 1   whether or not the capability emits user data as        02:19:59

 2   defined by the FTC order?

 3        A.   My understanding is that's done by a

 4   group of people that's part of the API XFN process.

 5        Q.   Do you know when the API XFN process          02:20:18

 6   started?

 7        A.   My understanding is the API XFN process

 8   began in February 2019.

 9        Q.   Do you know the members of -- let me

10   withdraw that and restate.                              02:20:37

11           Do you know who is part of the API XFN

12   process at Facebook?

13        A.   I don't know the names of the people

14   directly involved in the API XFN process.

15        Q.   Do you know the names of any of the           02:20:48

16   people involved in the API XFN process?

17        A.   As I sit here today I'm -- I'm not sure

18   of the names of the people involved in the API XFN

19   process.

20        Q.   And I don't mean to keep making you go        02:21:01

21   back over the same question.  I'm just going to ask

22   it slightly -- slightly differently.

23           Do you know anyone who has ever been

24   involved in the API XFN process?

25        A.   I know that the API XFN process -- no,        02:21:21
```

Page 1023

```
 1    I'm -- I'm not aware as I sit here today of -- of        02:21:24

 2    specific names of people who I can confirm were

 3    involved in the API XFN process.  It's likely that

 4    people were involved in different ways.  But I -- I

 5    wouldn't want to give information I'm not confident      02:21:35

 6    about.

 7         Q.   Do you know if there's a particular team

 8    within the API XFN process who is responsible for

 9    determining whether the capability emits user data

10    as that term is used in column I?                        02:21:51

11         A.   My understanding is that the, there --

12    there is a process as part of the API XFN, that

13    determines whether or not a capability emits user

14    data.

15         Q.   Do you know anything about that process?       02:22:07

16              MR. SCHWING:  Object to form.

17              THE DEPONENT:  My understanding is that

18    that process will look at the API response that

19    would be admitted as a result of this capability

20    being applied and -- and assess whether or not that     02:22:29

21    information meets the criteria of emitting user

22    data.

23         Q.   (By Mr. Melamed)  Do you know if there's

24    any documentation of -- of the process evolves when

25    the API XFN team determines whether a given             02:22:47
```

Page 1024

```
 1    capability emits user data?                          02:22:57

 2         A.   I imagine that some documentation exists

 3    about the processes API XFN follows, but I do

 4    not -- would not know the specifics, I'm afraid.

 5         Q.   If you wanted to know more about the        02:23:19

 6    API XFN process as it pertains to column I in the

 7    capability tool, who would you ask?

 8         A.   I would ask Mr. Molaro in the first

 9    instance.

10         Q.   Column J has the header "owner_id," and     02:23:37

11    we talked about that.  That is the person who

12    entered the information into the capability tool,

13    correct?

14         A.   No, not necessarily.  My understanding is

15    the owner ID represents the person who created the   02:23:55

16    capability in the capability tool.

17         Q.   Thanks for clarification.

18              Can you just describe what you mean by

19    "the person who creates the capability in the

20    capability tool"?                                     02:24:14

21         A.   My understanding is that there's a way

22    for a Facebook employee to go to the capability

23    tool and -- and create a new capability in the

24    tool.

25         Q.   And when a Facebook employee goes to the    02:24:32
```

| | | |
|---|---|---|
| 1 | capability tool and creates a new capability tool | 02:24:34 |
| 2 | that individual's ID number is recorded in column J | |
| 3 | for -- for the capability that that person enters | |
| 4 | information about? | |
| 5 |     A.   My understanding is that column J | 02:24:47 |
| 6 | represents the -- the user ID of the person that | |
| 7 | first created the capability in the capabilities | |
| 8 | tool. | |
| 9 |     Q.   Okay.  And column K is -- has the header | |
| 10 | "is_deprecated." | 02:25:01 |
| 11 |         Can you explain what that means? | |
| 12 |     A.   My understanding is that "is deprecated" | |
| 13 | refers to whether or not the capability has been | |
| 14 | deprecated.  If the capability has been deprecated, | |
| 15 | then it's no longer checked in code and no app | 02:25:21 |
| 16 | would have access to it in any way. | |
| 17 |     Q.   Just a couple follow-up questions on | |
| 18 | that.  First, what -- if you look at row 2, | |
| 19 | column K, the entry is "false" in the "is | |
| 20 | deprecated" column. | 02:25:51 |
| 21 |         Do you know what "false" means in this | |
| 22 | context? | |
| 23 |     A.   "False" would mean that the capability | |
| 24 | has not been deprecated in the capability tool. | |
| 25 |     Q.   What does it mean for a capability to be | 02:26:05 |

Page 1026

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1   deprecated in the capability tool?                    02:26:09

 2        A.   My understanding is that if a capability

 3   is deprecated in the capability tool, then no

 4   checks -- that that capability will not have any

 5   effect for any app on Facebook developer platform.    02:26:29

 6        Q.   Is the use of the term -- let me withdraw

 7   that.

 8            Does it mean something different here in

 9   column K to note that a capability is deprecated

10   than it does, for instance, when Facebook            02:26:49

11   deprecated any set of APIs when it introduced

12   Graph 2.0?

13            MR. SCHWING:  Object to form.

14            THE DEPONENT:  This field refers

15   specifically to the -- the behavior of the           02:27:13

16   capability in the capability tool and how that

17   capability is applied to apps.

18        Q.   (By Mr. Melamed)  Let me try and restate

19   my question.  I'm not trying to ask something

20   tricky.                                               02:27:30

21            In other contexts, I think we've

22   discussed Facebook has deprecated APIs and does not

23   mean that apps are immediate -- that that API no

24   longer has any function for an app.

25            Do you understand what I'm saying?  And I    02:27:55
```

                                           Page 1027

1   don't know that I'm making -- I'm stating this very      02:27:57

2   clearly.  But do you have a general

3   understanding -- an understanding of what I'm

4   getting at?

5              MR. SCHWING:  Object to form.              02:28:05

6              THE DEPONENT:  In this context and in

7   this tool "is deprecated" refers to whether or not

8   any app, that this capability has any affect for

9   any app in the API at -- at the time this data was

10  generated.                                            02:28:28

11         So "is deprecated" in this context means

12  something very specific and concrete.

13         Q.   (By Mr. Melamed)  And is the meaning of

14  "is deprecated" in this tool different than the

15  meaning of deprecation when Facebook announces that  02:28:41

16  it is going to -- that an API has been deprecated?

17             MR. SCHWING:  Object to form.

18             THE DEPONENT:  First, deprecated is used

19  in -- in a number of different ways in a number of

20  different contexts.  In this context it -- it means  02:29:01

21  something very specific.  Which means that if a

22  capability is marked as deprecated in the

23  capability tool then this capability has no effect

24  for any app.

25         Q.   (By Mr. Melamed)  In -- and just to be    02:29:15

                                         Page 1028

HIGHLY CONFIDENTIAL

```
 1    more concrete.                                          02:29:17

 2           Are you aware that in 2014 Facebook

 3    announced it would deprecate friends permissions

 4    APIs?

 5        A.   I'm aware that Facebook said it was going     02:29:33

 6    to make friend permissions unavailable to most of

 7    third-party developers.

 8        Q.   Okay.  Did you hear the word -- did you

 9    understand that Facebook used the term

10    "deprecation" when it -- or deprecate when it made     02:29:48

11    that announcement?

12           MR. SCHWING:  Object to form.

13           THE DEPONENT:  I'm aware of the term

14    "deprecated" being used in -- in that context.

15        Q.   (By Mr. Melamed)  Okay.  And that the         02:29:59

16    announcement was that friends permissions would be

17    deprecated for apps then using Graph 1.0 by

18    April 30th, 2015.

19           Do you understand that?

20           MR. SCHWING:  Object to form.             02:30:22

21           THE DEPONENT:  There's a number of

22    different ways that the changes that were announced

23    were -- were explained to developers.  And, again,

24    deprecated -- the word "deprecated" can be used

25    in -- can mean different things in different          02:30:36
```

1   contexts.  Again, in this context it means                02:30:39

2   something very specific.

3       Q.  (By Mr. Melamed)  So in the context of

4   this tool, if "is deprecated" -- let me withdraw

5   that and ask a different question.                        02:30:51

6           Row 2 says -- it indicates false for "is

7   deprecated."

8           Do you know what would be entered if any

9   capability had, in fact, been deprecated in this

10  tool?                                                     02:31:05

11      A.  My understanding is that if the

12  capability is considered deprecated in the

13  capability tool, then the "is deprecated" column

14  would return true.

15      Q.  If the "is deprecated" column indicated          02:31:18

16  true, is it accurate to say that that capability

17  would no longer function for any app in any way?

18      A.  Yes, that's -- that's my understanding.

19  And as I -- I think I represented earlier, my

20  understanding is that in this context the                 02:31:40

21  capability tool if -- a capability is marked as

22  deprecated in the capability tool, then the

23  capability has no effect -- no effect to any app.

24      Q.  Do you know whether there are any entries

25  that are possible for column K other than false and       02:31:56

                                                              Page 1030

```
 1    true?                                              02:32:00

 2         A.   My understanding is that that column is

 3    a -- is a Boolean value.

 4         Q.   A "Boolean value" meaning either false or

 5    true?                                              02:32:11

 6         A.   My understanding is that it's false or

 7    true.  It's -- it's possible that there were no

 8    values there too.  But my understanding is it's

 9    probably false or true.

10         Q.   You do not know as you sit here today     02:32:26

11    whether there are any null values for column K in

12    the capability tool; is that right?

13         A.   I didn't -- in preparation for today's

14    testimony, I didn't review every row of that -- of

15    that table of that column.  And my understanding is  02:32:40

16    that it -- it would most -- most likely be true or

17    false.  But I can't confirm that there were no null

18    entries, it's possible.

19         Q.   Can you think of a scenario -- let me

20    withdraw that.                                       02:33:03

21              Can you think of a reason there may be a

22    null entry in this column, or is this just

23    something where you're trying to create the

24    possibility of -- just explain the possibility that

25    you don't know everything about this tool?           02:33:14
```

Page 1031

```
 1              MR. SCHWING:  Object to form.                  02:33:17

 2              THE DEPONENT:  I -- I -- I reviewed as

 3    much as I can in preparation for this, and my

 4    understanding is that -- is deprecated is a Boolean

 5    value.  As I say most rows would have a Boolean        02:33:32

 6    value.  Just -- referring to the fact that -- that

 7    I haven't reviewed every single row and therefore,

 8    again, it's possible.  My -- my understanding is

 9    it's -- it's likely that that column is a true or a

10    false.                                                 02:33:51

11        Q.   (By Mr. Melamed)  Thanks for the

12    clarification.

13              I'm going to scroll over a few columns so

14    we can see more of the context.  So column L is

15    "admin_group."                                         02:34:03

16              What does that mean?

17        A.   Admin group refers to a -- a list of

18    admins or a list of Facebook employees that had the

19    ability to modify the capability of which apps it

20    was granted to.                                        02:34:31

21        Q.   So --

22        A.   I'm sorry.  Go.

23        Q.   No.  Please, please, I didn't mean to cut

24    you off.

25        A.   Well, that's what admin group means.         02:34:49
```

```
 1        Q.   So column L indicates who could provide      02:34:59

 2   permission for an app to access the capability in

 3   that row?

 4        A.   So it's a little bit complicated here.

 5   The -- my understanding is the admin group refers      02:35:19

 6   to an admin group in the capabilities tool.  But

 7   with the advent of the API XFN process, my

 8   understanding is the third-party grants have to be

 9   approved by the API XFN process.  And if this is

10   valid, a tool it's only relevant to first-party       02:35:43

11   apps.  And, you know, one of the things we're going

12   to get to as we work through this table is that,

13   these columns -- some of these columns refer to how

14   the capability tool operated in -- in the past.

15             Which is different to how it operates        02:36:03

16   today after the advent of the API XFN process.

17        Q.   Is the information in column L -- let me

18   withdraw that.

19             If there is an entry in column L, does it

20   pertain only to first-party apps?                     02:36:16

21        A.   My understanding is today the admin group

22   functionality only applies to first-party apps.

23        Q.   Was there a time in the past when the

24   admin group functionality applied beyond

25   first-party apps?                                     02:36:40
```

1          A.   My understanding is that in the -- in the          02:36:47

2     past, sometime before the advent of the API XFN

3     process, that the -- the admin group was --

4     represented the group of people responsible for

5     approving API capability grants to applications.          02:37:03

6          Q.   Do you know when -- what -- let me

7     withdraw that.

8               At what point in time could the admin

9     group entries pertain to apps beyond first-party

10    apps?          02:37:37

11         A.   I know that -- that was the case in --

12    from the gestation of the capabilities tool, but

13    I -- I don't know when the approval system changed.

14         Q.   Do you know if the Capability table that

15    we're looking at presently indicates when a          02:38:06

16    capability first became available?

17         A.   Can you help me understand what you mean

18    by "first became available."

19         Q.   Yes.

20               When -- do you know whether the          02:38:21

21    Capability table indicates for each capa- -- for

22    each row, when that capability could first be used

23    by an app?

24         A.   No, I don't believe that information

25    is -- is contained in this -- in this table for          02:38:37

                                        Page 1034

1   capability to be first used by an app.  It would          02:38:40

2   need to be created, which I understand is captured

3   by this table, but there would be other things that

4   would determine whether or not an app could use the

5   capability, for example, whether or not the code          02:39:00

6   gating that capability was on the production

7   servers.

8        Q.   Do you know whether that information is

9   captured in the capabilities tool, if not in this

10  table somewhere else in the capabilities tool?          02:39:17

11       A.   My understanding is that -- I'm not aware

12  of that being -- of that level of detail being

13  captured in the -- in the capability tool.

14       Q.   Do you know if that level of detail is

15  captured elsewhere at Facebook?                          02:39:31

16       A.   I'm -- I'm not an expert in Facebook's

17  engineering -- engineering systems.  And so I'm --

18  I'm not able to give an -- an answer as to exactly

19  how that would be achieved.

20       Q.   If you wanted to find that level of          02:39:51

21  detail out, who would you ask?

22            MR. SCHWING:  Object to form.

23            THE DEPONENT:  I would speak to an

24  engineer on the -- on the platform team.

25       Q.   (By Mr. Melamed)  Is there anybody you          02:40:06

Page 1035

```
 1    would presently go to who is an engineer on the        02:40:09

 2    platform team if you wanted to find that

 3    information out?

 4          A.   I would go to Mr. -- Mr. Elia in the

 5    first instance.                                         02:40:23

 6          Q.   Column M has the header

 7    "approval_required."

 8               What does that mean?

 9          A.   My understanding is that -- that means

10    whether or not somebody, either one of the people       02:40:40

11    in the admin group or some other process is

12    required before the capability can be granted to an

13    application.

14          Q.   And what does the entry "true" as

15    reflected in row 2 column M indicate?                   02:41:04

16          A.   My understanding is that that would mean

17    that if somebody requested to add a capability to

18    an app, it would need to be approved by some --

19    some other entity.

20          Q.   And what other values -- are you aware of    02:41:26

21    the other values that could be entered in column M?

22          A.   My understanding is that that's either a

23    true or false.

24          Q.   And so if false was entered, it would

25    mean that that capability did not require anyone in     02:41:43
```

Page 1036

```
 1    admin group or another process before the          02:41:48

 2    capability can be granted to an application; is

 3    that right?

 4        A.   I'm not entirely sure of the specific

 5    behavior that the tool would have exhibited in the  02:42:08

 6    case that that field is false.

 7        Q.   So let me ask that a slightly different

 8    way.

 9             If false is indicated in column M, do you

10    know what that means?                               02:42:25

11        A.   I'm not entirely confident in -- in

12    exactly what would remain if there was a false in

13    column M.

14        Q.   Do you have any understanding of what it

15    would mean if there was a false in column M?        02:42:37

16        A.   Not -- not beyond interpretation and

17    speculation.  I -- yeah, I'm not entirely sure of

18    the precise behavior of the tool and -- and the

19    systems in the case that that is false.

20        Q.   Column N, notes                            02:42:56

21    "internal_approval_required."

22             And what does that mean?

23        A.   My understanding is that that refers to

24    whether or not first-party apps require approval to

25    be added to the capability.                         02:43:14
```

Page 1037

1       Q.   The column N contains solely to apps          02:43:18

2    created or administered by Facebook?

3       A.   My understanding is that that refers to

4    apps which are considered first-party apps as per

5    Facebook's definition.                                02:43:36

6       Q.   What is Facebook's definition of a

7    "first-party app"?

8       A.   At a high level it's an app that is

9    built, controlled and maintained by -- by Facebook.

10   That's my high-level understanding.  It's -- it's     02:43:51

11   likely that there is a more precise definition, but

12   I -- I can't relay that detail to you today.

13          At a high level it's apps which are built

14   and not created by Facebook, is my understanding.

15      Q.   Column O has the header                        02:44:14

16   "first_party_only."

17          What does that mean?

18      A.   My understanding is that this refers to

19   whether or not a capability is only grantable to

20   apps considered first party.                          02:44:34

21      Q.   And "true" in row 2 indicates that the

22   capability in row 2 is only grantable to

23   first-party apps; is that correct?

24      A.   My understanding is that's -- that's what

25   this -- this column means.  Although, it's possible   02:44:57

```
 1    that this -- that the way APIs are managed --          02:45:03

 2    capabilities are managed today, means that the

 3    decisions about which apps the API can -- the

 4    capability can be granted to are handled by

 5    API XFN.                                                02:45:20

 6        Q.   And if they are handled by API XFN, does

 7    that mean information may not be entered in

 8    column O?

 9        A.   I'm not entirely sure, I'm afraid,

10    whether or not what -- what that means.  I -- I        02:45:39

11    can't be confident in -- what's in column O.

12        Q.   Column P is "minimum_app_party."

13             Do you know what that means?

14        A.   My understanding is that -- this refers

15    to first-, second- or -- or third-party apps.  And     02:46:04

16    first would mean that this capability is only

17    available to first-party apps.

18        Q.   What would second indicate?

19        A.   My understanding is that would mean the

20    capability is responsible to second- and               02:46:27

21    first-party apps.

22        Q.   And what are second-party apps?

23        A.   Second-party apps are apps which -- or

24    well, I'm not entirely sure of their precise

25    definitions.  I wouldn't want to -- wouldn't want      02:46:46
```

Page 1039

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to speculate. | 02:46:48 |
| 2 |    Q.  What's your understanding of what | |
| 3 | second-party apps means? | |
| 4 |       MR. SCHWING:  Object to form. | |
| 5 |       THE DEPONENT:  Again, like I'm -- I'm | 02:47:02 |
| 6 | not -- not confident in this understanding that | |
| 7 | that's important.  But my high-level understanding | |
| 8 | is it refers to apps which are not third-party | |
| 9 | apps, and are not apps wholly owned and operated | |
| 10 | by -- by Facebook. | 02:47:20 |
| 11 |    Q.  (By Mr. Melamed)  Can you give an example | |
| 12 | of an app that is neither a third-party app nor | |
| 13 | wholly owned and operated by Facebook? | |
| 14 |    A.  Again, as I want to caveat my -- my | |
| 15 | testimony here, one example I think of as a | 02:47:37 |
| 16 | second -- is a second-party app is CrowdTangle. | |
| 17 |    Q.  Why is it that you understand CrowdTangle | |
| 18 | to be a second-party app? | |
| 19 |    A.  I -- I don't understand the details of | |
| 20 | how apps are considered second party and what goes | 02:48:02 |
| 21 | into that determination, so I don't think it would | |
| 22 | be appropriate for me to speculate beyond whatever | |
| 23 | we said. | |
| 24 |    Q.  Look in -- let me withdraw that and | |
| 25 | restate it. | 02:48:18 |

Page 1040

```
 1              Who should we ask to determine whether --        02:48:21

 2    what is meant by "second-party app"?

 3              MR. SCHWING:  Object to form.

 4       Q.   (By Mr. Melamed)  Let me restate that.

 5              Who would you ask if you wanted a               02:48:34

 6    definition of what constitutes a second-party app?

 7       A.   The -- I would speak to Mr. Molaro in the

 8    first instance.

 9       Q.   And your understanding of column P is

10    that there are three possible entries; is that          02:49:00

11    accurate?

12       A.   My understanding is that there were

13    three -- three possible entries.  It's -- so it's

14    my previous testimony it's possible that there are

15    null values here as a -- as a fourth type, but          02:49:17

16    broadly, first, second and third is -- is my

17    understanding of what this means.

18       Q.   You -- you talked about first and second

19    already.  For third is it your understanding that

20    that would mean that third-party apps and               02:49:28

21    second-party apps and first-party apps could access

22    this capability?

23       A.   My understanding is that if this column

24    contained value third then the capability could

25    theoretically be granted -- grantable to third-,        02:49:47
```

Page 1041

HIGHLY CONFIDENTIAL

1    second-, and the first-party apps.                      02:49:51

2            It's important to know that this tool is

3    not just used to managing third-party developers.

4    A lot of Facebook's internal apps and apps that

5    Facebook builds and makes available are also        02:50:06

6    managed by this tool.

7        Q.   Are all apps on Facebook either first- or

8    second- or third-party apps?

9        A.   My understanding is that the -- the

10   definition of -- of first, second and third party   02:50:37

11   would allow any app to be categorized as first,

12   second or third party.

13       Q.   For example, there is no fourth -- no

14   such thing as a fourth-party app on Facebook.

15       A.   I'm not aware of -- of the concept of a    02:50:51

16   fourth-party app.

17       Q.   Column Q, it says "api_xfn_approved."

18            What does that mean?

19       A.   My understanding that -- is that that

20   means whether or not the -- the capability has been  02:51:10

21   reviewed and approved by API XFN.  Although, it's

22   also my understanding that a false value there

23   doesn't mean it hasn't necessarily been reviewed by

24   them.

25       Q.   What is your understanding of what a       02:51:30

```
 1   false value in column Q indicates?                    02:51:34

 2        A.   I'm not sure precisely what -- what false

 3   means in this context.

 4        Q.   What other values could be entered in --

 5   in column Q?                                           02:51:48

 6        A.   So my understanding it's -- it's a

 7   Boolean field, so true or false.

 8        Q.   And true would mean that it had been

 9   approved by API XFN?

10        A.   My understanding is that this            02:52:06

11   capability -- that would mean that the capability

12   had gone through API XFN.

13        Q.   And when you said that your

14   "understanding of true means that the capability

15   had gone through API XFN," does that mean that       02:52:23

16   API XFN had approved the capability?

17        A.   My understanding is that that means that

18   API XFN had -- had reviewed the capability in some

19   way.

20        Q.   If API XFN had reviewed a capability and    02:52:50

21   determined that it should not be used, would true

22   appear in column Q?

23        A.   I'm not sure exactly how the decisions

24   that API XFN take are -- are captured in this

25   specific table.                                       02:53:17
```

Veritext Legal Solutions
866 299-5127

```
 1          Q.   Are the decisions that API XFN makes         02:53:27

 2     pertaining to capabilities logged elsewhere at

 3     Facebook?

 4               MR. SCHWING:  Object to form.  Outside

 5     the scope.                                             02:53:43

 6               THE DEPONENT:  My understanding is that

 7     the API XFN process uses the Launch Manager tool to

 8     track its decision-making.

 9          Q.   (By Mr. Melamed)  Have you ever heard of

10     the Launch Manager tool referred to as the lama       02:54:03

11     (phonetic)?

12          A.   My understanding is that tickets within

13     the cap- -- the Launch Manager tool are often

14     referred to as "lamas."

15          Q.   What do you mean by "tickets within the     02:54:29

16     Launch Manager tool"?

17          A.   So the Launch Manager tool manages

18     Facebook's companywide privacy processes, and is

19     also used by API XFN.  And a lama represents a

20     specific decision that is being evaluated by those    02:54:58

21     processes.

22          Q.   Column R it has the header "created_ts,"

23     and what does that mean?

24          A.   My understanding is that that's the --

25     the time that the capability was created in the       02:55:24
```

Page 1044

```
 1    capability tool.                                       02:55:28

 2        Q.   So for the capability in row 2, it was

 3    created in the capability tool on August 15th, 2013

 4    at 11:52 and 25 seconds a.m.; is that right?

 5        A.   That's my understanding of what the -- of    02:55:44

 6    what that column means.

 7        Q.   Column S is -- has the header

 8    "privacy_review state."

 9             What does that mean?

10        A.   This refers to a privacy review process      02:56:01

11    that existed before API XFN was introduced, and

12    this will refer to some kind of state within that

13    process.

14        Q.   Do you know what is meant by the entry 2

15    in row 2 for privacy review state?                    02:56:35

16        A.   I do not know what's meant by -- by the

17    entry No. 2.

18        Q.   Do you know what other types of entries

19    are reflected in column S for capabilities that

20    were created in the capability tool before API XFN?   02:56:55

21        A.   I'm not aware of the specific privacy

22    review states that -- that existed.

23        Q.   Do you know who was involved in the

24    review noted in -- in column S before API XFN?

25        A.   I do not know who was involved in the        02:57:32
```

Page 1045

```
 1    privacy review process that existed prior to -- to        02:57:36

 2    API XFN.

 3         Q.   Who would you ask to determine who was

 4    involved in that process prior to API XFN?

 5         A.   I would attempt to contact someone called       02:57:53

 6    Shirine, if she is indeed still at the company.

 7         Q.   Is Shirine's last name Sajjadi?

 8         A.   Yes, I'm referring to Shirine Sajjadi.

 9              THE DEPONENT:  Mr. Melamed, would now be

10    a good time to take a break?  We've been going for         02:58:21

11    an hour and a half.  I could -- I could do with a

12    break, a quick break.

13              MR. MELAMED:  Let's go off the record.

14              THE VIDEOGRAPHER:  Okay.  We're off the

15    record.  It's 2:58 p.m.                                    02:58:30

16              (Recess taken.)

17              THE VIDEOGRAPHER:  We're back on the

18    record.  It's 3:33 p.m.

19         Q.   (By Mr. Melamed)  When we took a -- right

20    before we took a break we were talking about              03:33:22

21    column S in Exhibit 429, the privacy_reviews_state

22    column, correct?

23         A.   I think that's what we were talking --

24    talking to before the break, yes.

25         Q.   And just to confirm, do you have any            03:33:36
```

Page 1046

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | understanding of any of the values that could be | 03:33:38 |
| 2 | entered in column S? | |
| 3 | A.   I know that the -- the entries are | |
| 4 | numeric values, and -- yeah, I know these are | |
| 5 | numeric values, but I'm not confident in precisely | 03:33:59 |
| 6 | what they -- what they mean. | |
| 7 | Q.   Do you have any understanding of what the | |
| 8 | numeric values mean? | |
| 9 | A.   I understand that there are -- they refer | |
| 10 | to some state in a privacy review process that | 03:34:16 |
| 11 | existed prior to API XFN. | |
| 12 | Q.   Do you have any understanding -- | |
| 13 | understanding beyond that of what the numeric | |
| 14 | values in column S indicate? | |
| 15 | A.   That's my -- my understanding of what | 03:34:34 |
| 16 | they -- what they refer to. | |
| 17 | Q.   Do you know how many numeric values are | |
| 18 | available in the privacy review state, column? | |
| 19 | A.   Not off the top of my head, I'm afraid. | |
| 20 | I can access that with a full document, but not off | 03:34:49 |
| 21 | the top of my head. | |
| 22 | Q.   Just to be clear, do you have any meaning | |
| 23 | of what the numeric value 2 indicates in row 2, | |
| 24 | column S? | |
| 25 | A.   I can't be sure what -- what a value of 2 | 03:35:13 |

Page 1047

HIGHLY CONFIDENTIAL

```
 1    in column S indicates.                              03:35:15

 2         Q.   And just to be clear, I'm not asking for

 3    sure; I'm just asking do you have any understanding

 4    of what 2 indicates in that -- in that field?

 5         A.   No, I'm not confident in what 2 indicates   03:35:27

 6    in that field.

 7         Q.   Go to column T.  And the header in

 8    column T is "privacy_reviewed_by."

 9              What does that mean?

10         A.   My understanding is that refers to the      03:35:48

11    Facebook user ID of -- of the person who reviewed

12    this capability as part of a privacy review program

13    that existed prior to API XFN.

14         Q.   And so the numeric value in column T is

15    the Facebook ID of that individual who conducted      03:36:09

16    the privacy review?

17         A.   That's my understanding, yes.

18         Q.   Column U has the header

19    "privacy_reviewed_on."

20              What does that mean?                         03:36:27

21         A.   My understanding is that refers to the --

22    to the UNIX time when the outcome of the prior to

23    API XFN privacy review process was conducted.

24         Q.   Did you say "UNIX time," U-N-I-X?

25         A.   Correct.  UNIX time.                         03:36:48
```

Page 1048

1        Q.    Can you describe what UNIX time is?          03:36:51

2        A.    UNIX time is the number of seconds since

3    the UNIX Epoch, which is considered to be the first

4    of January 1970.

5        Q.    So the value in row 2, column U reflects     03:37:07

6    the number of seconds since January -- indicates

7    the -- let me try and do this right.

8              The value entered in the cell in row 2,

9    column U is the number of seconds that had elapsed

10   since January 1, 1970.  And that -- so that -- and    03:37:33

11   that is the time at which the privacy review was

12   conducted; is that right?

13       A.    That's my understanding, yes.  It's a

14   date time in what's commonly known as -- as UNIX

15   time format.                                          03:37:56

16       Q.    Column V header is

17   "sent_for_privacy_review_on."

18             What does that mean?

19       A.    My understanding is that -- again, this

20   is a UNIX time.  UNIX time stamp, and refers to       03:38:16

21   when this capability was submitted into a privacy

22   review program that existed prior to API XFN.

23       Q.    And so the -- the temporal flow of those

24   two columns is the first, the capability would be

25   sent for privacy review as reflected in column V,     03:38:42

                                        Page 1049

HIGHLY CONFIDENTIAL

1  and then the review would be conducted as reflected      03:38:46

2  in column U; is that correct?

3      A.   That's my understanding of how the

4  process works at a high level.

5      Q.   Column W has "privacy_review_reason."      03:39:03

6          Do you understand what that means?

7      A.   My understanding is, at a high level,

8  that refers to the -- the reason why this

9  capability was sent for privacy review.

10     Q.   Do you know who was responsible for      03:39:34

11  entering the content in column W for a given

12  capability?

13     A.   There were likely a number of people

14  involved in -- in this privacy review program that

15  existed prior to -- to API XFN, the information      03:39:56

16  could have been entered by a number of people.

17     Q.   Do you know any of the people who could

18  have entered this in -- or who are within those --

19  that set of people you identified as could -- could

20  have possibly have been involved?      03:40:11

21     A.   So this -- this is a -- my understanding

22  is that this refers to a privacy review processed

23  that existed prior to API XFN.  I'm not -- you

24  know, I'm not confident in the names of the people

25  who would have been involved back in -- when this      03:40:43

```
 1    process was operating in 2017, '18.                03:40:47

 2         Q.   Do you see the value entered in column W,

 3    the privacy review reason for row 2 is an ellipsis?

 4         A.   I see it's on the screen.

 5         Q.   Do you know what that means?             03:41:09

 6         A.   An ellipsis could have a number of

 7    meanings in different context.

 8         Q.   In this context do you know what it

 9    means?

10         A.   Yeah, I can't be confident exactly what's 03:41:34

11    meant by an ellipsis in this -- in this context.  I

12    think it only exists in a small number of rows.

13         Q.   Do you know what other values could

14    possibly be under privacy review reason?

15         A.   My understanding this is -- this is some  03:42:01

16    kind of the text field.

17         Q.   So it's a free-form entry field?

18         A.   I wouldn't say it's completely free form,

19    but my understanding is that this -- this field

20    contains text in some cases.                       03:42:15

21         Q.   Column X says "require_contract."

22              What does that mean?

23         A.   My understanding is that that refers to a

24    determination by Facebook's legal team as to

25    whether or not any app developer who has access to 03:42:42
```

Page 1051

HIGHLY CONFIDENTIAL

```
1    this capability needs to sign some form of          03:42:46

2    additional agreement in order to be granted access.

3         Q.   And what does "false," as indicated in

4    row 2, under "require contract," indicate?

5         A.   My understanding is that that means that   03:43:12

6    either the legal team have not determined -- it

7    means that the legal team have not determined that

8    it requires a contract.

9         Q.   And what would -- let me withdraw that.

10        Would "true" mean that the legal team had       03:43:27

11   determined that access to the capability did

12   require a contract?

13        A.   My understanding that true in that column

14   represents that the legal team has determined at

15   the point that this data was pulled that the        03:43:47

16   capability required -- that for an app to have

17   access to a capability, that the developer had to

18   sign some form of additional agreement.

19        Q.   Did Facebook -- well, let me withdraw

20   that.                                                03:44:12

21        Did Facebook track which developers had

22   entered contracts for which capabilities?

23        MR. SCHWING:  Object to form.

24        THE DEPONENT:  Can you help me understand

25   what -- what time period you're referring to here?  03:44:44
```

Page 1052

```
 1        Q.   (By Mr. Melamed)   Sure.                  03:44:48

 2             From 2007 through present, did Facebook

 3   track which developers entered contracts for access

 4   to capabilities?

 5             MR. SCHWING:   Object to form.            03:45:13

 6             THE DEPONENT:   So Facebook does track

 7   where capability requires a contract, does track

 8   whether or not a developer has signed the

 9   appropriate or agreed to the appropriate contract.

10   I'm not sure it's a precise legal term.   Required  03:45:37

11   for them to gain access to a given capability

12   today.

13        Q.   (By Mr. Melamed)   So Facebook tracks

14   whether a capability requires a contract in the

15   document we're looking at, correct, Exhibit 429,    03:45:53

16   which is the Capability table?

17        A.   This -- the Capability table today

18   includes a determination of whether or not a

19   capability requires the developer to sign a

20   contract to have -- an additional agreement to have 03:46:12

21   access to it.   That's tracked in this tool today.

22        Q.   Was it tracked somewhere else before

23   it -- let me withdraw that.

24             When you say "the capability table tracks

25   whether a given capability required a separate --    03:46:35
```

Page 1053

HIGHLY CONFIDENTIAL

```
 1    the developer to enter a separate contract in order     03:46:38

 2    to use that capability," are all instances where

 3    contracts were historically required reflected in

 4    this table for each capability in this table?

 5           MR. SCHWING:  Object to form.                      03:47:01

 6           THE DEPONENT:  My understanding is that

 7    this -- this table represents Facebook's

 8    understanding today of whether or not capability

 9    requires a contract, and a process has been

10    conducted to ensure that contracts exist for the      03:47:22

11    capabilities that require it and the developers

12    that have access to it.

13        Q.   (By Mr. Melamed)  Prior to -- withdraw

14    that.

15           Was there a period of time for which the        03:47:48

16    Capability table did not track whether access to a

17    capability by an app required entering into a

18    contract?

19           MR. SCHWING:  Object to form.

20           THE DEPONENT:  The capability tool has --        03:48:10

21    has changed and improved over time, and the data

22    fields it -- it captures today were not there --

23    were not all there when the tool was first

24    developed in -- in around 2013.

25        Q.   (By Mr. Melamed)  When was this field          03:48:32
```

Page 1054

```
 1    added to the capabilities tool?                        03:48:33

 2         A.   This field was likely added -- I -- I

 3    can't be sure of the precise date on which the

 4    capability tool was added.  I'm sorry, this field

 5    was added to the capability tool.  Yeah, I can't be    03:48:53

 6    sure of the exact date when this field was added.

 7    There was -- as I -- as I say, the tool has evolved

 8    over time, and different fields have been added at

 9    different times.

10         Q.   When this field was added, was             03:49:08

11    information about whether capabilities that were

12    already in the tool before it was added, updated

13    for this field?  Let me restate this.

14              So we're talking -- we've been using

15    row 2 as an example.  And we saw earlier, I think     03:49:33

16    the capability in row 2 was created in this tool in

17    August of 2013.

18              Does that sound correct?

19         A.   Sorry, say that again.  The --

20         Q.   In row 2 --                                 03:49:48

21         A.   Uh-huh.

22         Q.   -- of Exhibit 429, the capability -- it

23    indicated the capability was added in 2013; is that

24    your recollection?

25         A.   Can we look at that data.                   03:50:12
```

Page 1055

```
 1        Q.   We'll go back.  There we go.  So it was        03:50:13

 2   created in the capability tool August 15th, 2015,

 3   correct?

 4        A.   That's my understanding, yes.

 5        Q.   Okay.  And do you know if that's before        03:50:28

 6   column X was added to the capability tool?

 7        A.   My understanding is that the -- that

 8   column X was added or the data -- the column -- the

 9   field represented by column X was added after 2013.

10        Q.   So in order to generate an entry, for          03:50:51

11   column X for the capability in row 2 -- let me --

12   let me withdraw that.

13             You see that column X has an entry for

14   the capability in row 2, correct?

15        A.   I see column X in row 2 has -- has an          03:51:15

16   entry.

17        Q.   Do you know whether -- for each

18   capability that existed in the capability tool

19   before column X was added, there is an entry in the

20   field for column X?                                      03:51:33

21             MR. SCHWING:  The document speaks for

22   itself.

23             THE DEPONENT:  Sorry, I'm not sure -- I'm

24   not sure I fully understand the question.  Can

25   you -- can you ask it again?                             03:51:52
```

```
 1       Q.   (By Mr. Melamed)  I'm just trying to        03:51:55

 2   understand, and I'll state this more plainly.

 3   The -- is information on cap- -- capabilities as

 4   reflected in the Capability table concerning

 5   whether they required a contract documented for      03:52:11

 6   each capability, reflected in the Capabilities

 7   table?

 8       A.   My understanding is that column X

 9   reflects Facebook's understanding of whether or not

10   the capability requires a contract to be granted to   03:52:34

11   a third party at the time that -- that the table

12   you're looking at here was -- was generated.

13       Q.   So column X is a snapshot in time of

14   when -- reflecting the information as of the date

15   and time that this table was pulled from the          03:52:54

16   capabilities tool?

17       A.   Yes, this -- it's in Excel spreadsheet,

18   so it's a static representation of the -- of the

19   data and the tool at the time it was generated.

20       Q.   Did Facebook track whether capabilities      03:53:14

21   required a contract in any other internal tool?

22            MR. SCHWING:  Object to form.

23            THE DEPONENT:  Again, in what time

24   period?  Like before this field was added?

25   Afterwards?                                            03:53:43
```

Page 1057

```
 1        Q.   (By Mr. Melamed)  Let's start with before      03:53:45

 2   this field was added.

 3        A.   I'm not aware of -- of a -- of a Boolean

 4   field being tracked in -- in another tool relating

 5   to whether or not a specific capability required        03:54:03

 6   the contract.

 7        Q.   Are you aware of any other field being

 8   tracked in another tool regarding -- let me

 9   withdraw that.

10             Are you aware of any information             03:54:17

11   regarding whether a contract was required for an

12   app to access the capability that existed before

13   this field was added to the capabilities tool?

14             MR. SCHWING:  Object to form.

15             THE DEPONENT:  My recollection is that on    03:54:41

16   some occasions the description of the capability

17   would identify whether or not additional agreements

18   were needed.

19        Q.   (By Mr. Melamed)  The description of the

20   capability in what -- in -- let me restate that.       03:54:54

21             The description of the capability where?

22        A.   The description of the -- in my answer

23   there, I'm referring to the description of the

24   capability in the capability tool.

25        Q.   Is it your understanding that the           03:55:17
```

Page 1058

```
 1   description of the capability in the capability        03:55:18

 2   tool, always indicated whether a contract was

 3   required to access that capability prior to the

 4   addition of column X in the capabilities tool?

 5           MR. SCHWING:  Object to form.               03:55:34

 6           THE DEPONENT:  I can't say for certain

 7   that if the capability required a contract before

 8   that column was added that that would always be

 9   captured in the description of the capability in

10   the capability tool.                                  03:55:52

11       Q.  (By Mr. Melamed)  Did Facebook track all

12   of the capabilities that an app had entered a

13   contract in order to access by app?

14           MR. SCHWING:  Object to form.

15           THE DEPONENT:  Facebook's legal team were   03:56:18

16   the custodians of the contracts that were signed

17   with -- with third-party developers.

18       Q.  (By Mr. Melamed)  Was there a tool to

19   track the capabilities of each third-party

20   developer had entered contracts in order to access?  03:56:39

21       A.  I don't recall or know of a specific tool

22   that was used to track specifically contracts and

23   the capabilities that were granted under them.

24       Q.  So for instance, if I wanted to determine

25   what con- -- what capabilities Netflix had entered  03:57:12
```

Page 1059

HIGHLY CONFIDENTIAL

```
 1    contracts to access.                              03:57:19

 2            Was there an internal tool available at

 3    Facebook that would allow me to look up Netflix and

 4    that would identify each of the capabilities

 5    Netflix would access because of the longevity       03:57:38

 6    contract?

 7        A.    A tool that performs that function --

 8            MR. SCHWING:  Simon?

 9            THE DEPONENT:  Sorry.

10            MR. SCHWING:  Just -- sorry, let me state   03:57:46

11    my objection.

12            Object to form.

13            Go ahead.

14            THE DEPONENT:  My understanding is that a

15    tool that would perform that function exists today. 03:57:52

16        Q.    (By Mr. Melamed)  And what is that tool?

17        A.    My understanding is that tool is known as

18    a contract tool.

19        Q.    When was that tool created at Facebook?

20    Let me restate that.                               03:58:12

21            When did Facebook first start using that

22    tool?

23            MR. SCHWING:  Outside the scope.  Object

24    to form.

25            THE DEPONENT:  My understanding is a        03:58:25
```

Page 1060

| | | |
|---|---|---|
| 1 | contracts tool is a -- a standard tool used by | 03:58:26 |
| 2 | many -- there are several -- many legal teams at | |
| 3 | Facebook to manage contracts with a wide number of | |
| 4 | providers. | |
| 5 | Q.   (By Mr. Melamed)  And when did Facebook | 03:58:44 |
| 6 | start using that tool to track the capabilities | |
| 7 | that a -- a third-party developer had entered a | |
| 8 | contract in order to access? | |
| 9 | A.   My understanding is that the contracts | |
| 10 | tool was integrated with the API XFN process at I | 03:59:04 |
| 11 | think in around 2019. | |
| 12 | Q.   Before the contracts tool was integrated | |
| 13 | with the API XFN process, was there a tool used | |
| 14 | internally at Facebook to track whether apps had | |
| 15 | entered into contracts to access capabilities? | 03:59:43 |
| 16 | MR. SCHWING:  Object to form. | |
| 17 | THE DEPONENT:  My understanding is that | |
| 18 | the legal team managed the inventory of contracts | |
| 19 | that had been signed between Facebook and | |
| 20 | third-party developers, which governed their -- | 04:00:02 |
| 21 | their use of the platform. | |
| 22 | Q.   (By Mr. Melamed)  Did they use a tool | |
| 23 | that enabled them to look up which capabilities the | |
| 24 | individual developer had entered a contract in | |
| 25 | order to be permitted to access? | 04:00:22 |

Page 1061

```
 1              MR. SCHWING:  Object to form.              04:00:28

 2              THE DEPONENT:  Again, the tools that a

 3     legal team have used would have -- would have

 4     evolved significantly over time.  Certainly my

 5     understanding in -- in around 2013 and '14, was      04:00:42

 6     that the legal team used Dropbox as a tool to

 7     manage and store the contracts, that -- that

 8     Facebook had engaged -- had entered into with

 9     third-party developers relating to their use of the

10     platform.                                            04:01:06

11        Q.   (By Mr. Melamed)  And did the legal team

12     use any tools that would enable them to look up by

13     developer which capabilities that developer could

14     access because they had entered in contracts prior

15     to the implementation of the contracts tool?         04:01:27

16              MR. SCHWING:  Object to form.

17              THE DEPONENT:  My understanding is that

18     legal team would have had access to the -- to the

19     capability tool and that would have allowed them to

20     see, for a given set of app IDs the capabilities     04:01:45

21     that had been granted to those applications.

22        Q.   (By Mr. Melamed)  Where in the

23     capabilities tool does it indicate whether a

24     contract is required to access capability?

25        A.   Today in the capability tool on the page     04:02:27
```

                                              Page 1062

1    that represents a capability, that field is          04:02:31

2    displayed.

3          Q.   "Require_contract" in column X; is that

4    correct?

5          A.   My understanding is the -- what's been      04:02:44

6    exported here in this table represents the same

7    information that would be shown in the capability

8    tool today.

9          Q.   And you testified earlier that column X

10   did require_contract was added to the capabilities    04:02:58

11   tool in or around 2019, right?

12         A.   That's broadly my understanding, although

13   I can't be sure of the precise date on which

14   that -- when that field was added.

15         Q.   Before that field was added, where in the   04:03:16

16   capabilities tool did it indicate whether a

17   contract was required to access the capability?

18              MR. SCHWING:  Asked and answered.  Object

19   to form.

20              THE DEPONENT:  Before that field was         04:03:35

21   added, there was no specific field in the

22   capability tool that indicated whether or not a

23   contract was required.  As I mentioned earlier, my

24   recollection is that some capabilities, that

25   information was captured at a previous time in the     04:03:55

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    description field for the given capability.        04:04:01

 2         Q.   (By Mr. Melamed)  Going back to the

 3    contracts tool, which you testified was used

 4    starting in or around 2019.  Well, let me start

 5    there.                                             04:04:15

 6              That's -- am I correctly stating that you

 7    testified that the contracts tool started to be

 8    used in or around 2019?  That's my recollection of

 9    when the contracts tool was integrated into the

10    API XFN process.  Do you know whether -- when the  04:04:33

11    contracts tool was integrated into the API XFN

12    process, whether historical contracts; i.e.,

13    contracts that existed before that period of time,

14    were entered into that tool?

15         A.   My understanding is that part of the     04:05:13

16    API XFN review process, as that was implemented

17    there was a review of prior capability grants, and

18    an attempt to determine whether or not an

19    appropriate contract existed to cover their use.

20         Q.   So am I right to understand that though  04:06:12

21    the contract tool was implemented -- I'm sorry --

22    was integrated in or around 2019 with the -- with

23    the API XFN process, the information in the

24    contracts tool predates the integration?

25              MR. SCHWING:  Object to form.            04:06:45
```

Page 1064

1          Q.   (By Mr. Melamed)  Let me restate that.        04:06:47

2     That was a poorly phrased question.

3               Am I right to understand that when the

4     contract tool was integrated with the API XFN

5     process, there was an attempt made to bring          04:06:57

6     historical information regarding contracts

7     pertaining to capabilities into that tool?

8               MR. SCHWING:  Object to form.

9               THE DEPONENT:  My understanding is that

10    there was an -- an effort undertaken to identify       04:07:17

11    the contracts which existed with developers and the

12    grants of capabilities or the access to

13    capabilities that it was then determined required a

14    contract.

15              And then to remove those capabilities or     04:07:41

16    ensure such a contract existed to cover their use.

17    Although precisely which tool were used to -- to --

18    to execute that process, the contracts tool was

19    likely involved in some way.

20              MR. MELAMED:  I'll note for the record       04:08:10

21    that we're going to follow up with Facebook

22    regarding production of the contracts tool or

23    relevant information from the contracts tool.

24         Q.   (By Mr. Melamed)  Column Y has a header

25    "api_xfn_submission_id."                               04:08:28

```
 1              What does that mean?                        04:08:37

 2       A.   My understanding is first of all that

 3  this column doesn't contain any data.  And also my

 4  understanding is that this refers to a historical

 5  mechanism by which the ID of a submission to the      04:08:56

 6  API XFN process for this -- for this specific

 7  capability would have been stored, or could have

 8  been stored.

 9       Q.   Was there a point in time at which there

10  were values entered into the API XFN submission ID    04:09:19

11  field?

12       A.   It's possible that there were values

13  there.  It's also possible that this was a field

14  added by a developer or by an engineer in -- in

15  anticipation of a process which ended up being        04:09:42

16  operationalized a different way.

17       Q.   Okay.  I'm going to scroll over a few.

18            Just so we get contact.  Sorry, I didn't

19  mean to do that.

20            Okay.  So my screen just collapsed the      04:10:15

21  columns where I had to stretch them out, but we're

22  on column Z, which is "risk_level."

23            What is meant by risk_level?

24       A.   My understanding is that risk_level

25  refers to a categorization of capabilities that was   04:10:38
```

```
 1    performed in around 2018 or so.                    04:10:47

 2        Q.   So prior to that cate- -- categorization

 3    of capabilities that was performed in around 2018

 4    or so, is it accurate that risk level was not

 5    reflected in the Capability table?                 04:11:10

 6        A.   Risk level here refers to the -- the risk

 7    levels created and assessed around this -- when

 8    this -- when this effort was conducted in around

 9    2018, so the -- the concept of risk level did

10    not -- as it -- as it's represented here did not   04:11:38

11    exist before then, as I understand it.

12        Q.   How were the risk levels assessed in or

13    around 2018?

14            MR. SCHWING:  Object to form.  Outside

15    the scope.                                         04:11:51

16            THE DEPONENT:  My understanding, a group

17    of cross-functional people came up with a taxonomy

18    and then assessed each capability against that

19    taxonomy to produce the risk level.

20        Q.   (By Mr. Melamed)  What is indicated by    04:12:11

21    the values in column Z?

22            MR. SCHWING:  Object to form.

23            MR. MELAMED:  Let me -- let me restate

24    that, or ask a different question.

25        Q.   (By Mr. Melamed)  In row 2, column Z, the 04:12:25
```

Page 1067

HIGHLY CONFIDENTIAL

```
 1    risk level is identified as "1."                    04:12:28

 2           Do you see that?

 3        A.   I see "1" in the column, yeah.

 4        Q.   What does "1" mean in this context?

 5        A.   My understanding is, that in this          04:12:42

 6    context, "1" means a low risk level.

 7        Q.   So the numerical entry in the field

 8    reflects a risk level along -- is a numerical

 9    spectrum; is that correct?

10        A.   My understanding is that there are --       04:13:04

11    there are six potential values for -- for risk

12    level.  Although I can't be confident whether

13    they're necessarily sequential.

14        Q.   I'm sorry.

15           So your testimony is that there are risk      04:13:22

16    levels 1 through 6; is that true?

17        A.   My understanding is that there were --

18    this column relates to a -- a risk assessment

19    process which had 6 levels.

20        Q.   And were those 6 levels designated by the   04:13:43

21    numbers 1 through 6?

22        A.   My understanding is that the number here

23    would refer to one of the risk levels.

24        Q.   Right.

25           And do you know the other numbers that        04:13:58
```

```
 1    would reflect risk levels that could be entered in      04:14:03

 2    this field?

 3         A.   I can remember that 1 was low, and I can

 4    remember that 6 represented a "SEV," but I -- I

 5    don't recall hearing the precise names of the other    04:14:24

 6    risk levels.

 7         Q.   What is a "SEV" in this context?

 8         A.   SEV is a site event.

 9         Q.   And what does that mean in the context of

10    risk level assessment?                                 04:14:42

11              MR. SCHWING:  Object to form.

12              THE DEPONENT:  My understanding is that

13    that would refer to a site event -- a specific site

14    event having been created in Facebook's site event

15    tool.                                                  04:15:05

16         Q.   (By Mr. Melamed)  What did it mean to

17    create a site event.  What -- did -- let me

18    withdraw that.

19              When a site event was created in

20    Facebook's site events tool, you said one reflected    04:15:19

21    the low risk -- the lowest risk level in column Z,

22    correct?

23         A.   No, I said that 1 represents low, not

24    necessarily lowest.

25         Q.   Did 6 represent a high risk level?          04:15:44
```

Page 1069

| 1 | MR. SCHWING:  Object to form. | 04:15:55 |

1          MR. SCHWING:  Object to form.    04:15:55

2          THE DEPONENT:  As I said, I -- my

3  understanding is that 6 referred to SEV, if my

4  recollection serves correctly.  But I don't know if

5  that's necessarily equivalent to high or highest.    04:16:07

6     Q.   (By Mr. Melamed)  Who would you ask if

7  you wanted to understand what the numbers meant in

8  column Z in terms of the relative risk level

9  indicated?

10         MR. SCHWING:  Object to form.    04:16:34

11         THE DEPONENT:  Do I understand the -- the

12  details of the data represented in this column I

13  would speak to Mr. Molaro in the first instance.

14     Q.   (By Mr. Melamed)  Just to be clear, I'm

15  not asking about the details of what made this    04:16:52

16  particular capability a 1.  I'm just trying to

17  understand what the values that could be entered in

18  this column meant.

19         And my understanding your testimony,

20  please correct me if I'm wrong, is that there were    04:17:06

21  6 potential values that could be entered here.  1

22  reflected a low risk level.  6 reflected a SEV.

23  But other than -- is that correct so far?

24     A.   That's correct so far as per my -- my

25  recollection.  I -- I've reviewed many documents    04:17:28

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | and many things in preparation for today's | 04:17:30 |
| 2 | testimony, and -- and remembering every -- every | |
| 3 | reflection of everything that a -- would have been | |
| 4 | represented -- would have meant by the numbers in | |
| 5 | this table is -- I just don't have it in my head | 04:17:49 |
| 6 | right now. | |
| 7 |     Q.   Fair enough. | |
| 8 |         I'm not here to argue about whether you | |
| 9 | should have done more or less, but I am just asking | |
| 10 | for your testimony about this. | 04:17:57 |
| 11 |     A.   That's my understanding of what those -- | |
| 12 | what those fields mean.  I -- I recall there being | |
| 13 | 6 levels, and I -- I recall 1 being low and 6 being | |
| 14 | SEV.  Those are the details behind that. | |
| 15 |     Q.   And do you recall whether the remaining | 04:18:13 |
| 16 | levels were indicated by the numbers between 1 and | |
| 17 | 6? | |
| 18 |     A.   My understanding is that risk level is -- | |
| 19 | is a 1, 2, 3, 4, 5, 6 field. | |
| 20 |         But, again, I -- I -- I'm not sure it's | 04:18:31 |
| 21 | necessarily entirely linear in terms of risk level. | |
| 22 | My understanding is that different risk levels | |
| 23 | refer to different types of risks, not necessarily | |
| 24 | progressing risk. | |
| 25 |     Q.   That's very helpful.  Thank you. | 04:18:54 |

Page 1071

| | | |
|---|---|---|
| 1 | Do you know what types of risk each risk | 04:18:57 |
| 2 | level referred to? | |
| 3 | MR. SCHWING:  Object to form. | |
| 4 | THE DEPONENT:  The two that I can | |
| 5 | remember is 1, low; and 6, SEV.  I don't recall | 04:19:08 |
| 6 | what -- what the others -- what the other risk | |
| 7 | levels referred to. | |
| 8 | Q.  (By Mr. Melamed)  Is there a document | |
| 9 | somewhere within Facebook that reflects what the | |
| 10 | risk levels in column Z of Exhibit 429 Capability | 04:19:22 |
| 11 | table mean? | |
| 12 | MR. SCHWING:  Object to form. | |
| 13 | THE DEPONENT:  My understanding is -- my | |
| 14 | understanding is that more detail on that may have | |
| 15 | already been provided -- as -- as part of the | 04:19:44 |
| 16 | metadata for these tables, when they were produced | |
| 17 | in this case. | |
| 18 | Q.  (By Mr. Melamed)  Just to be clear, your | |
| 19 | understanding is that the indication of what is | |
| 20 | meant by each risk level in column Z is reflected | 04:20:03 |
| 21 | in the metadata of the Full table of which | |
| 22 | Exhibit 429 is an excerpt? | |
| 23 | MR. SCHWING:  Object to form. | |
| 24 | THE DEPONENT:  Let me -- let me restate | |
| 25 | that.  My understanding is -- is that -- these | 04:20:24 |

1     tables being produced to you, there was also          04:20:27

2     information describing the fields that were

3     produced to you.  And I think it's possible, though

4     I, again, can't say for certain that more

5     information about these risk levels may well be        04:20:43

6     contained in these documents.

7          Q.   (By Mr. Melamed)  I think I located what

8     you were talking about.  And this is a description

9     from counsel of what the 6 risk levels were in this

10    column.  And I'd like to go through these with you     04:21:32

11    and see if this is an accurate reflection of what

12    these meant.

13          So 6 is a SEV, correct?

14          A.   My recollection is that 6 represented

15    SEV.  But, again, I'm going off memory here.           04:21:49

16          Q.   Five reflects user content; is that

17    right?

18          A.   As I mentioned previously, I -- I don't

19    recall the -- the various other risk levels.  If

20    you have the document, maybe it would useful to put    04:22:05

21    it on the screen.

22          Q.   It's not a document that's been produced

23    in this case.  It's an attachment to the email

24    provided by counsel.  So it's not -- it hasn't been

25    produced by Facebook.  So that's why I'm asking you    04:22:16

HIGHLY CONFIDENTIAL

```
 1    these questions.                                04:22:19

 2           It indicated the -- the attachment to the

 3    email provided by Facebook indicates that 5 was a

 4    user content.

 5           Do you have any reason to -- to doubt     04:22:32

 6    that that is an accurate recollection of what 5

 7    indicated?

 8           MR. SCHWING:  Object to form.

 9           THE DEPONENT:  As I sit here today, I

10    have -- I have no reason to doubt it.            04:22:46

11       Q.   (By Mr. Melamed)  And just to be clear,

12    it's "user_content."  I don't know if that changes

13    your answer in that regard.

14       A.   Again, I -- I don't recall the specifics

15    of the -- of the risk level here.               04:23:00

16       Q.   Do you know what "user_content" means in

17    this context?

18       A.   User content in general would refer to --

19    typically refer to information, content created by

20    users.                                          04:23:18

21       Q.   Okay.  Four, according to the

22    communication we received from counsel, is

23    "user_generated_content."

24           MR. SCHWING:  Object to form.  I'll just

25    object once to this line of questioning asking    04:23:33
```

Page 1074

```
 1    about a document that isn't placed before the            04:23:36

 2    witness.

 3            MR. MELAMED:  Sure.

 4        Q.  (By Mr. Melamed)  Just to repeat, 4 is

 5    "user_generated_content"?                                04:23:44

 6            Do you know what user_generated_content

 7    means?

 8        A.  Typically that would refer to content

 9    generated by a user.

10        Q.  What is the difference between               04:24:06

11    "user_generated_content" and "user_content"?

12        A.  I can't be sure of the difference between

13    those two determinations, I'm afraid.

14        Q.  Who would you ask to determine the

15    difference between those two descriptions?           04:24:27

16        A.  I would speak to Mr. Molaro in the first

17    instance.

18        Q.  "3" indicates "high_uii."

19            Does that sound correct to you?

20            MR. SCHWING:  Object to form.               04:24:43

21            THE DEPONENT:  Again, I -- I don't recall

22    these -- these -- this level of detail

23    specifically.

24        Q.  (By Mr. Melamed)  Do you understand --

25        A.  I have no reason to doubt it.               04:24:55
```

Page 1075

HIGHLY CONFIDENTIAL

```
 1        Q.   I apologize for cutting you off.        04:24:56

 2             Do you understand what high_UII means in

 3   this context?

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  I -- I don't have a        04:25:09

 6   canonical definition of this in a personal

 7   capacity.  I -- to me that would make sense, this

 8   high user identifiable information, but I can't be

 9   sure what -- what's meant by "high" in this

10   context.                                           04:25:25

11        Q.   (By Mr. Melamed)  The communication

12   indicates that "2" equals high without a

13   modification, unlike "3," which is high_UII.

14             Do you understand what is meant by "high"

15   in the context of risk level in Exhibit 429?       04:25:40

16             MR. SCHWING:  Object to form.

17             THE DEPONENT:  Again, this is referring

18   to a -- some form of a risk taxonomy that was

19   created in around 2018.  That's my understanding of

20   what risk refers to.  And, also my understanding is  04:26:00

21   that this risk taxonomy is -- is no longer in use

22   at the company.

23        Q.   (By Mr. Melamed)  Who created the risk

24   taxonomy in 2018?

25        A.   My understanding is -- there was a        04:26:18
```

Veritext Legal Solutions
866 299-5127

```
 1    working group put together to -- a cross-functional      04:26:18

 2    working group put together to -- to review

 3    capabilities, and that my understanding is that

 4    it's likely that group came up with the -- the

 5    taxonomy.                                                 04:26:28

 6         Q.   Who is in that working group?

 7              MR. SCHWING:  Object to form.  Outside

 8    the scope.

 9              THE DEPONENT:  Yeah, I'm not sure of the

10    specific names of the people that were involved in       04:26:44

11    working group four years ago.

12              So, yeah, I wouldn't want to give --

13    speculate as to the names of people that were

14    involved.

15         Q.   (By Mr. Melamed)  As you sit here today,       04:26:53

16    you don't know the -- do you know the names of any

17    individuals who were involved in that working

18    group?

19         A.   I couldn't 100 percent confirm whether or

20    not a particular individual was involved in -- in        04:27:08

21    the working group that met to come up with this

22    classification.

23         Q.   Who would you ask if you wanted to find

24    out who was involved in working the group that come

25    up with this classification?                             04:27:24
```

Page 1077

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.              04:27:29

 2              THE DEPONENT:  Yeah, I would speak to

 3     Mr. Molaro in the first instance.

 4         Q.  (By Mr. Melamed)  Back to Exhibit 429,

 5     column AA, has the header                           04:27:45

 6     "contracts_required_details."

 7              What does that mean?

 8         A.  My understanding is that -- some of the

 9     capabilities there would be information entered

10     into the tool which explained which contract -- or  04:28:11

11     which type of contract may be required to be signed

12     in order to access this capability.

13         Q.  Were the values in this field free-form

14     entries?

15         A.  My understanding, having reviewed this      04:28:42

16     document in -- in preparation, is that -- this was

17     text -- was a text field.

18         Q.  Do you know who entered the

19     information -- let me preface this by saying I'm

20     not looking for any specific person who entered     04:28:59

21     specific information as to a specific capability.

22              So with that preface, do you know who

23     would have been responsible for entering

24     information in column AA regarding

25     "contracts_required_details" for capabilities as    04:29:16
```

Page 1078

1    reflected in the field?                          04:29:21

2           MR. SCHWING:  Object to form.

3           THE DEPONENT:  My understanding is that

4    the Facebook legal team are the determinants of --

5    of which specific contracts or which specific    04:29:34

6    additional agreements are required to be signed by

7    a developer to access a given capability.

8           Q.   (By Mr. Melamed)  Am I right to

9    understand that the -- the entries in the contracts

10   required details, when those entries exist, were  04:29:51

11   entered by members of the Facebook legal team?

12          A.   My understanding is the legal team are

13   the -- are the people responsible for determining

14   which agreements are -- are required.  It doesn't

15   necessarily mean that an individual on the legal  04:30:12

16   team has to tie that data into the tool.

17          Q.   They may have provided it to somebody

18   else who entered into it the tool.

19          A.   They may have provided it to somebody

20   else who entered it into the tool.               04:30:24

21          Q.   Did this column, contracts required

22   details exist at the inception of the capabilities

23   tool?

24          A.   This field did not exist in 2013, which

25   is when I understand that the -- the capabilities 04:30:49

                                            Page 1079

1    tool is today was -- was built.                      04:30:53

2        Q.   When was this field added to the

3    capabilities tool?

4        A.   I think -- I think this is one of the

5    fields added in -- in around 2018 or later when the   04:31:06

6    capability tool was -- was improved at the time.

7        Q.   When this field was added to the

8    capabilities tool, were entries regarding contracts

9    required details for capabilities that preexisted

10   the additional risk field added into the              04:31:32

11   capabilities tool?

12       A.   Sorry, can you ask that again.

13       Q.   When this field was created as part of

14   the capabilities tool, their exists -- their

15   existed a series of capabilities that had already     04:32:01

16   been entered into the tool by that date, correct?

17       A.   My understanding is that when this field

18   was -- this field was added later, then the

19   capability tool being created and being in use and

20   so yes, my understanding is that when this field      04:32:22

21   was added there were a number of capabilities

22   already in the tool.

23       Q.   Did any of those capabilities that were

24   already in the tool require contracts?

25       A.   There -- there -- there would have been      04:32:50

                                                    Page 1080

 1    capabilities in the tool that, then, required a          04:32:52

 2    witness who was expected that third-party

 3    developers would need to sign additional lead

 4    agreements in order to access.

 5         Q.   So when this field was created, when the       04:33:05

 6    details about the contracts those preexisting

 7    capabilities were required to enter into in order

 8    to access the capability entered into this field?

 9         A.   My understanding from -- from reading

10    this document, is there are not that many entries     04:33:28

11    into the contracts -- contracts required details

12    field.  So my understanding is that the data entry

13    would not have necessarily been comprehensive.

14         Q.   Did the data regarding the details of

15    contracts that were required to access capabilities   04:33:51

16    evolved in any other document at Facebook?

17              MR. SCHWING:  Object to form.

18              THE DEPONENT:  As I mentioned previously,

19    my recollection is that on some occasions the

20    description fields of the capability and the tool     04:34:17

21    may have included information about the types of

22    contracts or additional agreements that -- that may

23    have been needed.

24         Q.   (By Mr. Melamed)  Was that information

25    included anywhere else in Facebook, other than in     04:34:29

                                                    Page 1081

```
 1    the contract itself?                                    04:34:33

 2            MR. SCHWING:  Object to form.

 3            THE DEPONENT:  I can't say for -- for

 4    certain if it was stored at any time in -- in -- in

 5    anywhere else.  I don't -- I'm not aware of a tool      04:34:51

 6    that's structured this information in that way.

 7        Q.   (By Mr. Melamed)  Column AB has the

 8    header "permissible_scenarios."

 9            What does that mean?

10        A.   My understanding is that this is another       04:35:19

11    free text field which for some capabilities tends

12    to describe the permissible scenarios for which

13    this capability can be used.

14        Q.   In circumstances where there's an entry

15    in the permissible scenarios field, who is           04:35:38

16    responsible for defining those scenarios as

17    reflected in the tool?

18            MR. SCHWING:  Object to form.

19            THE DEPONENT:  My understanding is

20    that -- is that a cross-functional working group --    04:35:56

21    well, today, API XFN is responsible for -- my

22    understanding is that today, and since the process

23    was introduced in 2019 the API XFN process is

24    responsible for determining the permissible

25    scenarios.                                             04:36:20
```

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Melamed)  Prior to 2019 was the      04:36:21

 2   permissible scenarios column part the capabilities

 3   tool?

 4        A.   My understanding is that the permissible

 5   scenarios column or field was added again sometime      04:36:37

 6   in -- in 2018 or so.

 7        Q.   The header of column AC is

 8   "non_permissible_scenarios."

 9             What does that mean?

10        A.   My understanding of this column -- is --      04:37:10

11   is similar to the previous one, which is the -- the

12   sum capabilities.  This is a text description of

13   scenarios where it would not be permissible to

14   grant this capability to an app.

15        Q.   Was this field also introduced in 2019?       04:37:33

16        A.   My understanding this is -- again, as

17   I've mentioned previously I -- I can't be accurate

18   on the specific dates of when these fields were

19   producing, but my understanding is that this is one

20   of the fields, additional fields that was            04:37:52

21   introduced in around 2018.

22        Q.   And is the API XFN process responsible

23   for entries in this field where the entries exist?

24        A.   Today my understanding is that the

25   API XFN process is responsible for articulating at   04:38:13
```

Veritext Legal Solutions
866 299-5127

```
 1    the permissible and nonpermissible -- sorry --      04:38:16

 2    determining the permissible and nonpermissible

 3    scenarios for which a capability can be used.  But

 4    I can't be, you know -- that doesn't necessarily

 5    mean that's what -- what's reflected in this tool   04:38:30

 6    is -- is -- an articulation that that group

 7    created.

 8        Q.   Is the intent that what is reflected in

 9    fields "permissible scenarios" and "nonpermissible

10    scenarios" reflect the articulations that API XFN   04:38:51

11    process has engaged in regarding each capability?

12            MR. SCHWING:  Object to form.  Outside

13    the scope.

14            THE DEPONENT:  Again, my understanding is

15    the -- that these fields attempt -- are supposed to 04:39:16

16    represent the permissible and nonpermissible

17    scenarios that the capability should be granted

18    for.

19        Q.   (By Mr. Melamed)  And during the history

20    of these -- these fields nonpermissible scenarios   04:39:35

21    use in the capabilities tool, who was -- who or

22    what groups had been responsible for define --

23    defining the nonpermissible scenarios?

24        A.   My understanding is that prior to API --

25    the API XFN process, it would have been a           04:40:02
```

Page 1084

HIGHLY CONFIDENTIAL

```
 1    combination of product, partnerships and then the          04:40:05

 2    legal or privacy teams that would have come up with

 3    guidance on when and when the capability -- when

 4    the scenarios in which a capability should or

 5    should not be used.                                         04:40:27

 6         Q.   Were the scenarios that were -- that you

 7    just referred to reflected in the capabilities tool

 8    at any point in time?  And by the -- by the ones

 9    you just referred to, I mean the scenarios

10    developed by product, partnerships and the legal          04:40:51

11    privacy team?

12         A.   This table contains -- these columns

13    contain information.  It's not, you know, plausible

14    for me to determine from this when that information

15    was added to the tool or -- and, therefore, you           04:41:13

16    know, which group or entity would have been

17    responsible for creating it.  It's -- it's hard for

18    me to give that level of detail from this

19    information.

20         Q.   Am I right to understand your testimony         04:41:24

21    that this column, the nonpermissible scenarios

22    column was added in or around 2019?

23         A.   I can't be sure exactly when it was

24    added.  My understanding is it's one of the columns

25    that was added in -- in around 2018.  But, again,         04:41:45
```

Page 1085

1    I -- I'm not confident in exactly when this column        04:41:50

2    was added to the table -- sorry, to the tool.

3        Q.   Column AD has the header

4    "in_scope_for_e1."

5             What does that mean?                              04:42:07

6        A.   My understanding is that that refers to

7    the E1 designation within the FTC consent order.

8        Q.   What is the "E1 designation" within the

9    FTC consent order?

10            MR. SCHWING:  Object to form.                      04:42:36

11            THE DEPONENT:  Yeah.  Sorry, Austin.

12            So the -- the best place to go to get

13   that definition would -- would be the -- the FTC

14   consent decree.  I can give my -- my understanding

15   of it, which is that it defines --                         04:42:51

16            MR. SCHWING:  I'm sorry, Mr. Cross, just

17   don't reveal anything that you've learned from

18   attorneys with respect to the FTC consent order.

19   If you have independent factual knowledge with

20   respect to it, you may provide that.                       04:43:09

21            THE DEPONENT:  Thank you, Austin.

22            My understanding is that it -- it defines

23   a class of consumer -- consumer apps and certain

24   types of information, and then there is a

25   determination made as to whether or not an app or         04:43:27

Page 1086

| | | |
|---|---|---|
| 1 | such information is within the scope of that | 04:43:36 |
| 2 | definition.  And my understanding is that this | |
| 3 | column reflects whether or not that capability has | |
| 4 | been determined to be within the scope of -- of E1. | |
| 5 | Yeah, I'm -- I'm not like -- there's likely a | 04:43:56 |
| 6 | better definition than the one I was able to give | |
| 7 | you there, that's -- that's -- that's the best | |
| 8 | understanding I have of what it means. | |
| 9 | Q.   (By Mr. Melamed)  Do you know if E1 is a | |
| 10 | reference to a subsection of the FTC consent order? | 04:44:09 |
| 11 | A.   My understanding is the term comes from | |
| 12 | within the FT- -- FTC consent order, but I couldn't | |
| 13 | confirm if it was a -- a specific subsection.  But | |
| 14 | my understanding is that that refers to some | |
| 15 | sections or a section somehow within the FTC | 04:44:30 |
| 16 | consent order. | |
| 17 | Q.   And so if you look at row 2, the value | |
| 18 | for in scope for E1 is "no." | |
| 19 | What does that mean? | |
| 20 | A.   My understanding is that that means that | 04:44:46 |
| 21 | this capability is not within the scope of E1. | |
| 22 | Q.   And if the capability -- a different | |
| 23 | capability in the Capability table was in scope for | |
| 24 | E1, would the field say "yes"? | |
| 25 | A.   My understanding is that if that column | 04:45:10 |

Page 1087

1    contains a "yes," that means the capability has            04:45:12

2    been assessed as being within the scope of E1.

3        Q.   Do you know who conducted the assessments

4    to determine whether a capability was in -- in

5    scope for E1?                                               04:45:22

6        A.   My understanding is that that would have

7    been an assessment done by the Facebook's legal and

8    privacy teams.

9        Q.   Do you know if there exists a -- a

10   separate log of capabilities that indicated whether        04:45:42

11   the group of capabilities goes in the scope for E1?

12            MR. SCHWING:  Object to form.

13            THE DEPONENT:  I'm sorry.  I'm not sure

14   I -- I understand the question.  Can you help me

15   with what you mean by "group of capabilities."             04:46:18

16       Q.   (By Mr. Melamed)  Sure.

17            Do you know if there exists a list

18   separate from the Capability table of the

19   capabilities that were determined to be in scope

20   for E1?                                                     04:46:30

21            MR. SCHWING:  Object to form.  Outside

22   the scope.

23            THE DEPONENT:  My understanding is

24   that -- the capabilities tool -- the -- the

25   information contained in this table represents            04:46:45

HIGHLY CONFIDENTIAL

```
 1    Facebook's determination as to whether or not a        04:46:49

 2    capability is within scope of E1.

 3         Q.   (By Mr. Melamed)  Column AE has the

 4    header "Oncall_short_name_id."

 5              What does that mean?                          04:47:08

 6         A.   My understanding is that that refers to

 7    similar to the column we reviewed earlier about the

 8    Oncall, which would refer to the engineering team

 9    responsible for maintaining this capability.

10         Q.   So the number reflected in the cell row 2    04:47:37

11    in column AE identifies the engineering team

12    responsible for maintaining this capability.

13         A.   I think it refers to either an

14    engineering team as defined by the Oncall -- the

15    Oncall system.  It may refer to a specific           04:48:05

16    engineer.  I'm not entirely sure.

17              But my understanding is that it refers to

18    the Oncall system in some way which would refer to

19    either an engineer or set of engineers responsible

20    for managing the capability.                           04:48:24

21         Q.   Okay.

22              MR. MELAMED:  So that completes -- I just

23    have a few more questions about the capabilities

24    tool, generally.  That completes the specific

25    column by column review of these.  Are you okay to    04:48:32
```

Page 1089

HIGHLY CONFIDENTIAL

```
1    go a few more minutes while I ask these questions        04:48:37

2    and then we can take a break?

3             THE DEPONENT:  Yes, happy to proceed.

4             MR. MELAMED:  Okay.  Thanks.

5        Q.   (By Mr. Melamed)  So using -- we've            04:48:49

6    identified -- or we've discussed -- I'm sorry --

7    three documents comprising the capabilities tool,

8    two yesterday and one today.

9             Is that your recollection as well?

10       A.   We reviewed three sets of tabular data,        04:48:59

11   yes.

12       Q.   Okay.  And I -- I recognized that those

13   are excerpts, so I'm not asking you to do the

14   exercise or imagine right now using those excerpts.

15   I'm asking you to describe how you would go about      04:49:12

16   doing that -- this exercise.

17            If you wanted to identify all

18   capabilities that Tinder, the app "Tinder," could

19   access, how would you do so?

20            MR. SCHWING:  Object to form.                  04:49:29

21            THE DEPONENT:  I would attempt to

22   identify Tinder's app ID, and then I would go to

23   the capability tool and enter that app ID or search

24   for the app name Tinder.  And then the tool would

25   view for me the capabilities that Tinder had access  04:49:55
```

Page 1090

HIGHLY CONFIDENTIAL

```
 1    to.                                            04:49:59

 2        Q.   (By Mr. Melamed)  So the app ID is not

 3    one of the fields in Exhibit 429, the Capability

 4    table; is that right?

 5        A.   This table represents the list of      04:50:14

 6    capabilities that exist in the capability tool at

 7    the time that this table was generated.

 8        Q.   Okay.  So let's walk through -- through

 9    the tool that you would use.

10             So I put up on the screen Exhibit 428,  04:50:55

11    which we marked yesterday.

12             Which is the capability Grants table.

13             And the app ID is listed in column C

14    here.  So is -- is this -- once you had determined

15    the app ID for Tinder, is this where you would     04:51:13

16    start in -- in -- started your process of

17    determining all the capabilities for which Tinder

18    had been granted access?

19        A.   I'm sorry, as a Facebook employee, and I

20    may have access to the capability tool, and so the  04:51:31

21    process I would use as a Facebook employee would be

22    to use the capability tool.

23        Q.   So as a non-Facebook employee, plaintiffs

24    don't have access to the capability tool.

25             So how would you use the documents that   04:51:48
```

Page 1091

1    have been produced here, that we discussed to          04:51:49

2    identify the full set of capabilities that Tinder

3    had been granted access to?

4              MR. SCHWING:  Object to form.

5              THE DEPONENT:  If I had the three           04:52:09

6    documents that we've walked through at my disposal,

7    I would identify the app ID for Tinder, and then I

8    would filter this table based on that app ID.

9              And then my understanding, is that that

10   would indicate the capabilities that Tinder had        04:52:25

11   over the time period for which this table contains

12   data.

13             I would then use the capability ID field

14   and cross-reference that against the table that

15   we've just spent an hour and a half going through.    04:52:52

16        Q.   (By Mr. Melamed)  Okay.  So just -- I

17   want to restate this just to make sure I'm clear.

18   I think I understand, and please correct me if I'm

19   wrong.

20             So you would start in Exhibit 428 -- once    04:52:59

21   you had determined Tinder's app ID, you would start

22   in Exhibit 428 with the full, not yet so the full

23   document, you would filter by Tinder's app ID,

24   would -- that would identify -- and that's in

25   column C.  Once you had done that, column D would      04:53:18

                                        Page 1092

```
 1   indicate all the capabilities that Tinder had at        04:53:23

 2   one time -- had access to, as reflected by the

 3   capabilities tool, and then you would take those

 4   capability IDs and go to the Capability table which

 5   is Exhibit 429 that we were looking at this           04:53:40

 6   morning, and look each of those capabilities up in

 7   order to identify what those capabilities were; is

 8   that right?

 9       A.   That's a high-level description of the

10   process I would follow, yes.                          04:53:55

11       Q.   Am I missing anything?

12       A.   I don't think so.

13       Q.   Now what if you wanted to understand all

14   apps that had access to a specific individual

15   capability, for example, friends_religion_politics.   04:54:12

16          Using the documents we looked at

17   yesterday and today, how would you go about

18   determining the list of apps and the time period

19   during which those apps had access to

20   friends_religion_politics?                            04:54:32

21          MR. SCHWING:  Object to form.

22          THE DEPONENT:  So before I answer the --

23   the question, I think it's important to note that

24   just because an app had access to a capability, it

25   doesn't necessarily mean that it was using the        04:54:47
```

Page 1093

```
 1    capability or accessing the data that the          04:54:51

 2    capability involved.  That -- that's just what --

 3    was making sure that's -- that's clear and on the

 4    record.

 5          My process would be to start with the        04:55:07

 6    prior table we reviewed today, which is the list of

 7    capabilities.  Identify the ID of the capability

 8    that I was interested in, and then I would filter

 9    this table based on that capability ID.

10    Q.   (By Mr. Melamed)  Just to be clear, the        04:55:28

11    prior table you were referencing that we looked at

12    this morning was Exhibit 429.  And then when you're

13    saying "this table," is this the table presently on

14    my screen which is Exhibit 428, right?

15    A.   That's correct.                                04:55:45

16    Q.   Okay.  So just to talk that through

17    again, to make sure I understand it.

18          You would go to the full document that

19    Exhibit 429 reflects an excerpt of, search for

20    "friends_religion_politics," identify the          04:55:57

21    capability ID, the number associated with that

22    capability.  And then go to Exhibit 428, filtered

23    by that capability ID, in column D, and that would

24    pull up all the app IDs in -- in column C that had

25    access to that capability, correct?                04:56:26
```

```
 1            MR. SCHWING:  Object --                04:56:32

 2            THE DEPONENT:  Had access to that --

 3            Sorry, Austin.

 4            MR. SCHWING:  Object to form.

 5            Go ahead, please.                      04:56:36

 6            THE DEPONENT:  My understanding of this

 7   table is that that would indicate the app IDs that

 8   had access to that capability at some point in time

 9   for which data is available in this -- in this

10   document.                                       04:56:56

11       Q.  (By Mr. Melamed)  Okay.  And columns in

12   Exhibit 428, columns F, G, H and I, would indicate

13   the time period that you listed apps had access to

14   that capability; is that right?

15       A.  Columns G and I would indicate the      04:57:18

16   date -- the date and time.  Again, and this -- my

17   understanding is that that would reflect the -- the

18   time period when the app had access to the

19   capability.

20            But as I said previously, it's important  04:57:37

21   to note the -- that doesn't mean the app was in any

22   way necessarily using the capability, or indeed

23   that the capability returned the information that

24   you might think it would.

25       Q.  The document -- go ahead.  Sorry.       04:57:56
```

Page 1095

1      A.   Like, it's very -- I just want to make        04:57:59

2    this super clear.

3      Q.   Okay.

4      A.   This -- this reflects the -- the grant

5    state of a particular capability to an app.  There    04:58:08

6    are other factors which influence the actual

7    behavior that the app would have experienced as a

8    result.  So it's just important to note.

9      Q.   I'm sorry.  I interrupted you twice

10   there.  I apologize for that.                         04:58:28

11          What document would reflect whether an

12   app was using the capability; i.e., sending the API

13   call to Facebook for that capability?

14     A.   Well, that's all -- with -- with

15   correcting there that -- the -- the way the system    04:58:50

16   works is that -- the app doesn't send a capability.

17   It makes an API call, and in evaluation of that API

18   call, Facebook's API code base determines whether

19   or not a capability needs to be checked at -- and

20   if -- and then checks whether or not the app has      04:59:11

21   the capability, and then the behavior and

22   modification occurs.

23     Q.   So I want to split that inquiry, then,

24   into two questions.

25          Is the method table the source to           04:59:25

                                                        Page 1096

| | |
|---|---|
| 1 | determine whether an app made the API call for | 04:59:28 |
| 2 | which it was granted access by the Capabilities |
| 3 | table? |
| 4 | MR. SCHWING:  Object to form. |
| 5 | THE DEPONENT:  The Method table | 04:59:48 |
| 6 | identifies API calls made by a specific app.  By |
| 7 | "method," some of those methods are gated by a |
| 8 | capability, but other -- other methods the -- the |
| 9 | behavior of the response is altered by a |
| 10 | capability, for example. | 05:00:12 |
| 11 | So it's not -- it's not a reliable way to |
| 12 | determine whether or not an app was accessing data |
| 13 | that was modified by a capability. |
| 14 | Q.   (By Mr. Melamed) I understand that.  I'm |
| 15 | trying to just understand the request from an app. | 05:00:33 |
| 16 | Where would I go to determine whether, |
| 17 | and if so, how many times an app requested -- I'm |
| 18 | sorry -- an app made an API call that -- for which |
| 19 | it was granted the capability of a capabilities |
| 20 | tool? | 05:01:02 |
| 21 | MR. SCHWING:  Object to form. |
| 22 | THE DEPONENT:  My understanding is in the |
| 23 | past, certainly there was a way of understanding |
| 24 | whether or not a given app capability pair was |
| 25 | being used, by which I mean, the app was making API | 05:01:31 |

Page 1097

```
 1    calls that involved the check of a capability.        05:01:39

 2            That information, I recall being

 3    displayed in the -- in the capability tool at

 4    one -- at one time in the past.  Although precisely

 5    where that data was stored today, again the tool      05:01:57

 6    has evolved over time.

 7            But I recall that information being

 8    logged at one point in the past.

 9       Q.   (By Mr. Melamed)  Do you know when that

10    information was logged in the capability tool -- or    05:02:09

11    let me rephrase that.

12            Do you know when the capabilities tool

13    stopped logging that information?

14       A.   So it's important to say here that the

15    capability tool doesn't necessarily log that          05:02:31

16    information.  That information is part of the API

17    code base that runs.  I recall that that

18    information was displayed in the capability tool

19    starting in -- in -- in 2014 or so.

20            I -- I don't -- I -- I don't know if that      05:02:54

21    information is still displayed in the capability

22    tool, and I would imagine that it is still being

23    logged however.

24       Q.   Do you know where the information is

25    being logged?                                         05:03:09
```

Veritext Legal Solutions
866 299-5127

1      A.   It's likely that that information is          05:03:14

2   being stored in -- in Facebook's data warehouse.

3   Again, my understanding is that that -- that is the

4   kind of information that is used to determine

5   whether or not an app is actively using a           05:03:28

6   capability.

7      Q.   And by data warehouse, do you mean

8   "Hive," or something different?

9      A.   I'm referring to Hive when I -- when I

10   mean data warehouse.                                 05:03:40

11      Q.   Do you know what table within Hive stores

12   that tracking information?

13      A.   Do I know which -- which table -- sorry,

14   no, I don't have the specific name of the table

15   that may or may not contain that information.        05:04:06

16      Q.   I'm sorry -- if you wanted to know

17   whether such a table existed in Hive and, if so

18   which table it was, who would you ask?

19      A.   I would ask Mr. Molaro in the first

20   instance.                                            05:04:23

21      Q.   And you said that though the capabilities

22   tool did not log that information, it reflected

23   that information starting in 2014; is that right?

24      A.   I recall the capabilities tool reflecting

25   some reflection of capability app pair usage in      05:04:49

                                              Page 1099

1    around 2014.                                      05:04:55

2        Q.   Do you recall the point at which the

3    capabilities tool no longer reflected information

4    regarding capability app pairs?  I'm sorry, calls

5    on capability app pairs?                           05:05:14

6        A.   So my personal involvement with the

7    capability tool ended in around 2015.  And so

8    that's -- the period from 2013 or late 20- -- 2014

9    to '15 is -- is what I'm relying on here for my

10   testimony, so I'm using the phrase "my             05:05:36

11   recollection."

12            As I -- my understanding is that -- it's

13   likely that the usage of capability checks is -- is

14   still being logged.  But I -- I can't confirm which

15   table, or whether or not or how that information is  05:05:59

16   represented in the capability tool today.

17       Q.   When you left -- when you stopped using

18   the capabilities tool in your personal capacity as

19   a Facebook employee, was the information regarding

20   whether an app capability pair was still being      05:06:21

21   called, still reflected in the capabilities tool?

22       A.   My -- my recollection is that that

23   information was -- was still reflected in the

24   capabilities tool.  And I'm just being accurate on

25   the word here.  My understanding is that it was     05:06:39

| | | |
|---|---|---|
| 1 | logging if the capability was checked. | 05:06:41 |
| 2 | Q.   What does it mean to -- to say a | |
| 3 | "capability was checked"? | |
| 4 | A.   My understanding of -- of how capability | |
| 5 | is implemented in the code base is that there is | 05:06:56 |
| 6 | a -- what's called a capability check, which is | |
| 7 | a -- a function call given an app ID and a | |
| 8 | capability as to whether or not the app had access | |
| 9 | to the capability, and that's called a capability | |
| 10 | check. | 05:07:18 |
| 11 | MR. MELAMED:  We can go off the record. | |
| 12 | THE VIDEOGRAPHER:  Okay.  We're off the | |
| 13 | record it's 5:07 p.m. | |
| 14 | (Recess taken.) | |
| 15 | THE VIDEOGRAPHER:  We are back on the | 05:07:56 |
| 16 | record.  It's 5:21 p.m. | |
| 17 | (Exhibit 430 was marked for | |
| 18 | identification by the court reporter and is | |
| 19 | attached hereto.) | |
| 20 | Q.   (By Mr. Melamed)  Mr. Cross, I've just | 05:21:18 |
| 21 | marked Exhibit 430.  It is a message discussion | |
| 22 | between Steven Elia, Scott Mellon, Eddie O'Neil, | |
| 23 | Drew Lackman, Cathy Huang, Tatyana -- | |
| 24 | SPECIAL MASTER GARRIE:  Guys, I'm ready | |
| 25 | to roll whenever you guys are. | 05:21:34 |

Page 1101

| | | |
|---|---|---|
| 1 | MR. SCHWING:  We're -- we're underway, | 05:21:37 |
| 2 | Special Master Garrie.  I don't know if you can | |
| 3 | hear us.  Yeah, we've started. | |
| 4 | SPECIAL MASTER GARRIE:  Counsel Melamed. | |
| 5 | MR. MELAMED:  Yup, we're going.  Can you | 05:21:49 |
| 6 | hear? | |
| 7 | SPECIAL MASTER GARRIE:  Am I talking to | |
| 8 | myself. | |
| 9 | THE COURT REPORTER:  Should we go off the | |
| 10 | record? | 05:22:01 |
| 11 | MR. MELAMED:  Yeah, let's go off the | |
| 12 | record. | |
| 13 | THE VIDEOGRAPHER:  We're off the record. | |
| 14 | (Recess taken.) | |
| 15 | THE VIDEOGRAPHER:  We're back on the | 05:22:16 |
| 16 | record.  It's 5:22 p.m. | |
| 17 | MR. MELAMED:  So I've just marked | |
| 18 | Exhibit 430.  It's a message summary.  The date on | |
| 19 | the document is June 14th, 2018.  It includes | |
| 20 | Cathy Huang, Steve Elia, Scott Mellon, | 05:22:39 |
| 21 | Eddie O'Neil, Drew Lackman, Cathy Huang -- sorry, | |
| 22 | if I mentioned her twice.  Tatyana Poturnak and | |
| 23 | Konstantinos Papamiltiadis.  And it runs from | |
| 24 | Bates number FB-CA-MDL-02898663 through -8668. | |
| 25 | Q.   (By Mr. Melamed)  This message summary | 05:23:10 |

Page 1102

```
 1    runs chronologically, so from top to bottom.        05:23:12

 2            Have you had a chance to look at this

 3    document, Mr. Cross?

 4        A.   I saw this document in preparation for

 5    today, but I would appreciate a few minutes just    05:23:31

 6    to -- to refamiliarize myself with it, if that's

 7    okay.

 8        Q.   Okay.  That's no problem.  I'm going to

 9    direct you to a very specific part of it.

10            MR. SCHWING:  You want to tell him, Matt,    05:23:49

11    in advance so as he's reading he can kind of focus

12    on that.  It's up to you.

13            MR. MELAMED:  Thank you, Austin.

14        Q.   (By Mr. Melamed)  I am going to direct

15    your attention to the very bottom of the page       05:23:57

16    ending -8667, to the second to last page.

17        A.   Okay.  Cool.  I appreciate it, Counsel.

18    Thank you.

19        Q.   Thank you.

20            So it seems that in this message            05:24:55

21    Mr. Papamiltiadis is trying to pull together some

22    information, correct?

23        A.   Yeah, I think KP is working with his team

24    to pull some information, yes.

25        Q.   Okay.  And do you know what information     05:25:07
```

Page 1103

HIGHLY CONFIDENTIAL

```
 1    he's trying to pull together?                    05:25:08

 2         A.   I think we understand by -- by reading

 3    the -- reading the thread to -- to be able to

 4    answer that question.

 5              It doesn't -- it doesn't say here       05:25:58

 6    precisely what information they're -- they're --

 7    they're actually -- or what -- what -- what

 8    question they're attempting to answer.  That's --

 9    that's not in this document, I don't think.

10         Q.   Can you look at the attachments line on 05:26:09

11    the very first page.  You'll see that there's an

12    attachment here titled "All apps with access to

13    friends_*data 06.14.2018 v2."

14              Does that inform the information -- does

15    that inform you about the information that         05:26:30

16    Mr. Papamiltiadis and his team were attempting to

17    pull together.

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  It suggests that -- sorry,

20    Austin.                                           05:26:41

21              MR. SCHWING:  Object to form.

22              Go ahead and answer, if you can.

23              THE DEPONENT:  It suggests they may be

24    trying to identify apps with -- with access to

25    friend -- friend data as -- but that -- that could 05:26:49
```

Page 1104

```
1    be just part of what they're -- they're looking        05:26:54

2    for, for example.  But that -- that -- that's

3    indicative of maybe what they were looking for.

4         Q.   (By Mr. Melamed)  All right.  If you go

5    down to the bottom of the document -8667.  I'm         05:27:07

6    sorry, the bottom of the page -8667.

7         A.   Uh-huh.

8         Q.   And you see Mr. Papamiltiadis has a link

9    to a Quip?

10        A.   I see it.                                     05:27:25

11        Q.   And in that, he appears to describe the

12   Quip, correct?  He says three tabs.  "1. device and

13   3p apps with access to friends data.  2. first

14   party apps and apps with no admins or info.  3. 3p

15   apps with short terms extensions."                     05:27:43

16        A.   I see that in the document.

17        Q.   Okay.  Do you understand him to be

18   referencing that Quip that those -- the description

19   of the three tabs.  I'm sorry.  Make it clearer.

20             Do you understand Mr. Papamiltiadis'         05:27:56

21   description of the three tabs generally referring

22   it to the document "fb.quip url" above that?

23             MR. SCHWING:  Object to form.

24             THE DEPONENT:  It's likely he was

25   referring to that, but I can't be 100 percent.         05:28:14
```

Page 1105

```
 1        Q.   (By Mr. Melamed)  In re- -- prep- -- in      05:28:16

 2   preparing for today's testimony, did you review the

 3   document at this Quip?

 4        A.   Yes, I had a -- I think I attempted to

 5   access that document, yes.                             05:28:38

 6        Q.   Okay.  Were you able to access that

 7   document?

 8        A.   Yeah, I think I was able to access that

 9   document.

10        Q.   And what was that document?  What           05:28:47

11   information is contained in that document?

12            MR. SCHWING:  Object to form.

13            THE DEPONENT:  My recollection is that

14   that's a -- a list of -- of -- of apps and -- and

15   some information about them.                           05:29:04

16        Q.   (By Mr. Melamed)  What information about

17   them is reflected in that document?

18            MR. SCHWING:  Object to form.

19            THE DEPONENT:  I don't -- I don't recall

20   specifically.  But there's different information on    05:29:18

21   the different tabs.  Sorry, I don't recall

22   precisely the information in that document.

23        Q.   (By Mr. Melamed)  Did the information in

24   that document reflect Mr. Papamiltiadis'

25   description of the three tabs?                         05:29:34
```

```
 1              MR. SCHWING:  Object to form.              05:29:40

 2              THE DEPONENT:  I -- I think I recall

 3     seeing three tabs in -- in that document.  But,

 4     again, I can't be completely sure.

 5         Q.   (By Mr. Melamed)  Do you know -- sorry.    05:29:58

 6              You said you pulled -- you went to

 7     that -- to access that document via Quip; is that

 8     right?

 9         A.   Yes.  I -- I -- I accessed that document

10     via Quip.                                          05:30:18

11              (Exhibit 431 was marked for

12     identification by the court reporter and is

13     attached hereto.)

14              MR. MELAMED:  I just introduced what's

15     been marked as Exhibit 3 -- I'm sorry, 431.        05:31:00

16     Exhibit 431 is a -- is a spreadsheet FB-CA-MDL --

17              SPECIAL MASTER GARRIE:  Where do I

18     find -- where -- I can't find Exhibit 431.  I see

19     Exhibit 428.

20              MR. MELAMED:  I think you're in a          05:31:22

21     different exhibit folder.  There is deposition of

22     Simon Cross 30(b)(6).

23              SPECIAL MASTER GARRIE:  I found it.  I

24     found it.  I found it.  I was looking at it and I

25     clicked a different one.  There's six folder forms. 05:31:31
```

                                                    Page 1107

```
 1    My apologies for interrupting.                    05:31:33

 2            MR. MELAMED:  So Exhibit 431 is a

 3    document with the Bates FB-CA-MDL-02898670.  And it

 4    was attached to the Exhibit 430.

 5        Q.   (By Mr. Melamed)  Do you know if this is  05:31:56

 6    the document you referred -- you reviewed at the

 7    Quip URL that is identified in Exhibit 430 at the

 8    bottom of page -8667?

 9        A.   No, my understanding is that this is a --

10    a different document.                              05:32:18

11        Q.   So this was a -- a document attached to

12    his message string, but is not the document being

13    referred to in that string -- or I'm sorry, in that

14    Quip URL; is that right?

15        A.   My recollection is the document in the    05:32:32

16    Quip is -- is different to this.

17        Q.   For instance, this Excel spreadsheet does

18    not have three tabs, right?

19        A.   This Excel spreadsheet just has one tab.

20        Q.   Did the document you reviewed have three  05:32:47

21    tabs?

22        A.   Again, I think my recollection is that it

23    had three tabs.

24            MR. MELAMED:  So Counsel, I'm going to

25    ask that you produce the document at the Quip that  05:33:03
```

Page 1108

1    Mr. Cross accessed -- I don't -- or identify it, if      05:33:06

2    it has been produced.  I'll state that I don't

3    think that it has been.  It's possible I'm

4    incorrect but we -- we did search.

5            MR. SCHWING:  Okay.  I mean, I -- I      05:33:15

6    don't -- this is the first time this has been

7    raised, Mr. Melamed.  You identified these

8    documents, you know, a while ago.  We're happy to

9    communicate with you about that.  I mean, I would

10   have hoped that we could have done this before the      05:33:28

11   deposition, actually.  But happy to communicate

12   with you about that.

13           MR. MELAMED:  All right.  Thank you for

14   that offer.  There are thousands, and probably tens

15   of thousands of documents that have been produced      05:33:40

16   by Facebook with Quips or --

17           SPECIAL MASTER GARRIE:  All right.

18   Timeout.

19           MR. MELAMED:  -- and have not been

20   produced.  And we've addressed that before.      05:33:49

21           SPECIAL MASTER GARRIE:  We're going to

22   take a timeout here.  And we're going to answer my

23   question instead, which is, are there anymore

24   documents with attachments or exhibits that you're

25   not sure you have from Facebook that are Quip like      05:34:03

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | this? | 05:34:08 |
| 2 | MR. SCHWING:  For today's deposition you | |
| 3 | mean? | |
| 4 | SPECIAL MASTER GARRIE:  For today's | |
| 5 | deposition. | 05:34:12 |
| 6 | MR. MELAMED:  I -- that's a good | |
| 7 | question.  I don't think so. | |
| 8 | SPECIAL MASTER GARRIE:  Okay.  I just | |
| 9 | want to make sure we get today's deposition done. | |
| 10 | So in the interest of time, I was going to suggest | 05:34:20 |
| 11 | we take a five-minute break if there were and talk | |
| 12 | with Counsel Schwing and see if we can quickly | |
| 13 | rectify that. | |
| 14 | MR. MELAMED:  If Facebook can produce | |
| 15 | that document in the next little bit, that would be | 05:34:32 |
| 16 | great.  We can try and ask the questions that I had | |
| 17 | hoped to ask about. | |
| 18 | SPECIAL MASTER GARRIE:  Well, when we | |
| 19 | take our next break and Counsel Loeser goes, maybe | |
| 20 | if there's time at the end we give them a couple | 05:34:44 |
| 21 | hours, they can find it, great.  If not, I'll leave | |
| 22 | it to the parties to sort out. | |
| 23 | Back to you Counsel Melamed. | |
| 24 | MR. MELAMED:  Thank you. | |
| 25 | | 05:34:52 |

Page 1110

HIGHLY CONFIDENTIAL

1   /////                                                    05:34:52

2          (Exhibit 432 was marked for

3   identification by the court reporter and is

4   attached hereto.)

5          MR. MELAMED:  I just introduced what's      05:35:14

6   been marked as Exhibit 432.  Exhibit 432 is an

7   Excel spreadsheet.  FB-CA-MDL-02674226.

8          The metadata associated with the document

9   indicates that it was created on August 15th, 2018.

10  And the name of it is "20180815_nana" N-A-N-A         05:35:42

11  "ad hoc request_friends permission metadata.xlxs."

12     Q.   (By Mr. Melamed)  While you're reviewing

13  that, I'm downloading it so I can share my screen

14  and we can look at it more effectively.

15          Can you see my screen, Mr. Cross?            05:36:25

16     A.   I can see your screen.

17     Q.   Okay.  Did you review this document in

18  preparation for today's testimony?

19     A.   I have not seen this document before.

20     Q.   Do you know -- let's -- let's go through     05:36:41

21  column by column and see if you can identify the

22  information being reflected in this document.

23          Column A is titled "App ID" and it has a

24  number.

25          Do you understand what's in the             05:36:58

Page 1111

```
 1   information in column A?                        05:37:00

 2        A.   My understanding is that would refer to

 3   the Facebook app ID of the given application.

 4        Q.   Okay.  And column B is the "App Name"

 5   that is associated with that App ID; is that right?   05:37:13

 6        A.   That's right.

 7        Q.   Column C indicates "Number of Friends

 8   Permissions."

 9             Do you know what that means?

10        A.   No, I don't know what that means.  It --   05:37:27

11   it -- that could mean a number of different things.

12   So no, given I haven't reviewed this document or --

13   or how it was -- how it was created.  I -- I can't

14   for certain explain what column C represents.

15        Q.   In column D has the indicator "less than   05:37:57

16   100." [as read]

17             Do you know what that means?

18        A.   Again, without -- there's no additional

19   context here, and I haven't seen this document

20   before.  So it's hard for me to explain what I       05:38:12

21   think that -- that column means.

22        Q.   Is the same true for columns E through H?

23        A.   That would be correct.

24             MR. SCHWING:  Mr. Melamed, I don't see

25   this on the list of exhibits that you -- you         05:38:25
```

                                            Page 1112

```
 1   identified for us in advance of the deposition with      05:38:28

 2   respect to topics 2 and 8.

 3           MR. MELAMED:  I'm happy to look at that

 4   at a break.  I believe it was identified, but we

 5   can -- we can check that.                                05:38:42

 6           MR. SCHWING:  Yeah.  Okay.  I mean, look

 7   you -- you can go ahead and ask the questions.  I

 8   just wanted to state for the record I'm looking at

 9   a June 3rd email, I don't -- don't see that on here

10   in terms of the documents you indicated the witness      05:38:52

11   should take a look at for today's deposition.  But

12   happy to discuss that with you.

13       Q.   (By Mr. Melamed)  Does the title of the

14   document which I -- the metadata states is

15   friend -- is again, "20180815_nonadhoc                   05:39:10

16   request_friends permission metadata.xls -- xlsx,"

17   indicate anything to you about what this document

18   is about?

19       A.   Could you read that more slowly for me,

20   please.  It's a long -- it's a long string.             05:39:29

21       Q.   Of course.

22           So the first part of it is 20180815.  And

23   I will tell you that that appears to reflect the

24   date created metadata which is August 15th, 2018.

25   And there's an underscore that's Nana, N-A-N-A,          05:39:47
```

Page 1113

```
 1    ad hoc request_friends permission metadata.          05:39:53

 2         Does that help you understand the

 3    information that's being reflected in this

 4    document?

 5         A.   So thank you for reading it more slowly.    05:40:14

 6    I mean, it -- it suggests something to do with

 7    friend permissions and I -- I see the column here,

 8    the column C "Number of Friend Permissions," but it

 9    doesn't have much more context than that.

10         Q.   Are you familiar with the app "This is      05:40:36

11    Your Digital Life"?

12         A.   I have heard of the -- of the app -- This

13    is Your Digital Life.

14         Q.   And what is your understanding -- in what

15    context have you heard of the app, This is Your       05:40:49

16    Digital Life?

17         A.   I've heard of that in the context of

18    Cambridge Analytica.

19         Q.   If you go to line 28,122 in this

20    document, do you see that column B "App Name"         05:41:08

21    reflects "thisisyourdigitallife"?

22         A.   I see that on the screen.

23         Q.   And do you see that the "Number of

24    Friends Permissions" in this document associated

25    with This is Your Digital Life is five?               05:41:25
```

```
1          A.    Again, I see that in the -- in the        05:41:31

2     document.

3          Q.    Do you know how many times Facebook users

4     downloaded This is Your Digital Life?  Let me

5     restate that.                                        05:41:44

6               Do you know how many Facebook users

7     signed in to This is Your Digital Life?

8               MR. SCHWING:  Object to scope.  Object to

9     the form of the question.

10              And, again, I think this was not an        05:41:54

11    exhibit that was identified in June 3rd, email.

12              THE DEPONENT:  I'm not aware of the

13    number of people that have -- what was your phrase,

14    sorry.

15         Q.    (By Mr. Melamed)  Number of Facebook      05:42:13

16    users who logged in to This is Your Digital Life?

17         A.    I'm -- I'm not aware of the number of

18    Facebook users who logged in to This is Your

19    Digital Life.

20         Q.    I'll -- I'll represent to you that        05:42:23

21    Facebook publicly reported approximately 270,000

22    Facebook users logged in to This is Your Digital

23    Life.

24              Does that sound accurate to you?  Do you

25    have any reason to doubt that?                       05:42:39
```

```
 1              MR. SCHWING:  Object to the form.  It's        05:42:40

 2    outside the scope of the deposition.

 3              THE DEPONENT:  I have no reason to doubt

 4    what you're saying.  But, again, I -- I don't

 5    recall those numbers.                                    05:42:53

 6        Q.   (By Mr. Melamed)  Okay.  I'm just trying

 7    to establish background that would help you

 8    potentially testify regarding the tracking

 9    information in this.  So if that's not helpful,

10    that's okay.  And we can move on.                        05:43:14

11              (Exhibit 433 was marked for

12    identification by the court reporter and is

13    attached hereto.)

14              MR. MELAMED:  I just identified what's

15    been marked as Exhibit 433.  It is an email string       05:44:43

16    that's Bates No. FB-CA-MDL-01952426 to -52427.  The

17    last in time is from Dan Rose to Ime Archibong and

18    Francisco Varela dated June 22nd, 2018.  The

19    subject "Re: V1 extensions."

20        Q.   (By Mr. Melamed)  Did you review this           05:45:26

21    email string in preparation for today's testimony?

22        A.   Yes, I looked at this document in

23    preparation for today.

24              (Discussion off the stenographic record.)

25        Q.   (By Mr. Melamed)  Okay.  Is this -- I'm         05:46:21
```

Page 1116

```
 1    sharing my screen now, and I'm on the page ending       05:46:25

 2    -427.  The first in time email is from Dan Rose to

 3    Ime Archibong and Francisco Varela saying -- and

 4    the subject is "V1 extensions" saying "Molly just

 5    said we found five more companies that had            05:46:39

 6    extensions. How did we miss these earlier?"

 7           And Mr. Varela responds "Team counted on

 8    Eddie and data science team for 'source of truth'

 9    on what apps had v1 API or v2 API access with

10    special permissions to Friends data after           05:47:00

11    May 2015."

12           What does "source of truth" mean in this

13    context.

14           MR. SCHWING:  Object to form.

15           THE DEPONENT:  Sorry, this is a document      05:47:19

16    written by Mr. Varela several years ago and source

17    of truth, might mean different things in different

18    context.  So I can't give a canonical definition of

19    that.  We would have to ask Mr. Varela.

20           My understanding is that this is a group      05:47:39

21    of people pulling together to try and get a

22    complete understanding of which apps had access to

23    API.

24        Q.   (By Mr. Melamed)  Right.

25           So your testimony today in part concerns      05:48:02
```

```
 1    tracking information that Facebook provided to          05:48:08

 2    third parties, right, or you understand that to be

 3    part of the testimony you're offering, correct?

 4         A.   If I remember the -- the topics

 5    correctly, then yes, I think that's fine.             05:48:28

 6         Q.   So I'm looking at this document and

 7    asking questions about it to try and determine how

 8    Facebook tracked at this -- the point in time when

 9    this document was created which apps have v1 API or

10    v2 API access with special permissions to friends    05:48:46

11    data after 2015.

12              So Mr. Varela -- and how do you pronounce

13    his last name so I get it correct.

14         A.   I think it's "Varela."

15         Q.   Thank you.                                  05:49:10

16              Mr. Varela indicates that Eddie O'Neil

17    pulled data the week before this email is written

18    to try to pull together a source of truth on what

19    apps had v1 API or v2 API access with special

20    permissions to friends data after May 2015.          05:49:29

21              Do you see that?

22              MR. SCHWING:  Object to form.

23              THE DEPONENT:  I see that.

24         Q.   (By Mr. Melamed)  What tools on or around

25    June 2018 did Facebook use to track which apps had    05:49:55
```

Page 1118

```
 1    v1 API access to friends data after May 2015?        05:50:00

 2         A.   So -- so my understanding is that there

 3    were -- in terms of tracking which apps had access

 4    to what we've talked about the -- the API Hits

 5    tables and so on, and then my understanding in        05:50:36

 6    order to pull this together one of the sources

 7    would have been the capability tool.

 8              Another source would have been the

 9    gatekeeper tool.  And my understanding is that's --

10    those are two of the tools.                           05:50:55

11              I think the third one would have been

12    potentially included is a tool called site bar.

13         Q.   What is the gatekeeper tool?

14         A.   The gatekeeper tool is a tool inside

15    Facebook which is used to gate access to features    05:51:20

16    across Facebook's apps and services.

17         Q.   How does the gatekeeper tool differ from

18    the capabilities tool?

19         A.   Gatekeeper and capabilities are different

20    tools.                                                05:51:40

21         Q.   So what is -- what does -- can you

22    explain the differences between them, please.

23              MR. SCHWING:  Object to form.

24              THE DEPONENT:  The capability tool is --

25    is specific to app -- app -- app Facebook platform   05:51:54
```

Page 1119

1    apps and app IDs.                                    05:52:01

2         The capability tool is used -- sorry, the

3    gatekeeper tool is used at Meta to gain access to a

4    number of other different things, such as user

5    facing features.                                     05:52:18

6         Q.   (By Mr. Melamed)  Does the gatekeeper

7    tool include information about apps access to APIs?

8         A.   To -- does it today, the capability -- my

9    understanding is the gatekeeper tool does not

10   contain information about apps having access to      05:52:55

11   certain APIs.

12        Q.   Did the gatekeeper tool have information

13   regarding apps access to APIs as of June 2018?

14        A.   My understanding is that there were some

15   features in the Facebook developer platform that     05:53:21

16   were gated by the gatekeeper tool in 2018.

17        Q.   Did those features include access to

18   Graph version 1.0 API?

19        A.   Exactly what was gated by which tool

20   has -- has -- has changed over time.  And so I       05:53:49

21   can't be exactly certain of exactly what was being

22   gated by that -- by the gatekeeper tool in -- in,

23   at the time you're referencing.

24        So hard for -- hard for me to give a

25   precise answer on the fly.                           05:54:07

                                           Page 1120

1      Q.   So the context of what I'm asking is, I'm          05:54:09

2    trying to determine -- you had mentioned that

3    Mr. O'Neil had likely used the capabilities tool

4    and gatekeeper tool and something else we haven't

5    yet discussed called site bar, to identify the apps       05:54:19

6    as of June 2018 that had access to v1 API or access

7    to v2 API with special permissions to friends data

8    after May 2015.

9          Did I understand -- am I correctly

10   summarizing what you said?                                05:54:45

11     A.   My understanding is that those were the

12   tools that this team likely were -- were looking

13   into, yes.

14     Q.   All right.  Does Facebook still have the

15   information that was in the gatekeeper tool as of         05:55:06

16   June 2018?

17          MR. SCHWING:  Object to form.  Outside

18   the scope.

19          THE DEPONENT:  My understanding is that

20   there -- there was an effort undertaken to --             05:55:20

21   sorry.  I -- I'm not familiar with the -- the --

22   the details of the -- the logging which is kept

23   about the gatekeeper tool and exactly what is --

24   what is still stored today.

25     Q.   (By Mr. Melamed)  Does the gatekeeper             05:55:42

                                          Page 1121

```
1    tool still exist today at Facebook?                  05:55:43

2         A.   The gatekeepers tool still exists at

3    Facebook.

4         Q.   And it contains information about apps

5    that are on Facebook's platform?                     05:55:55

6         A.   My understanding is that the capabilities

7    tool is -- is the source of truth as to how private

8    APIs are -- are governed and the apps that have

9    access to them.

10        Q.   What is the difference between a private    05:56:23

11   API and a capability?

12        A.   A capability refers to a -- a specific

13   mechanism of -- of gating behavior or change --

14   sorry.  Let me start again.

15             A capability refers to a specific          05:56:40

16   mechanism for modifying platform API behavior for

17   specific apps.

18             The private app, as a general term would

19   refer to a -- a mechanism of accessing information

20   which is not available, not generally available.     05:57:00

21        Q.   Are all capabilities subsumed within the

22   definition of private APIs?

23             MR. SCHWING:  Object to form.

24             THE DEPONENT:  Sorry, help -- help me

25   understand.  Let me get this the right way around     05:57:18
```

Page 1122

| | | |
|---|---|---|
| 1 | that's -- yes, can you -- can you clarify your | 05:57:21 |
| 2 | question. | |
| 3 |     Q.   (By Mr. Melamed)  I'm just trying to | |
| 4 | understand what clearly the -- the extent to which | |
| 5 | something that is a capability is also a private | 05:57:30 |
| 6 | API and when they are not.  And I thought I | |
| 7 | understood you to say that the capabilities are a | |
| 8 | more specific type of dating mechanism than private | |
| 9 | APIs, but I may have misunderstood what you said. | |
| 10 |       So I'm just trying to understand where -- | 05:57:51 |
| 11 | if they are the same, if -- or if some capabilities | |
| 12 | are also private APIs and where they are different, | |
| 13 | what is the basis for the difference? | |
| 14 |     A.   So the capabilities are a way of | |
| 15 | modifying API behavior in some way for specific | 05:58:07 |
| 16 | apps.  The precise behaviors which a capability | |
| 17 | modifies are quite wide ranging.  Sorry -- quite -- | |
| 18 | quite wide ranging.  It's -- it -- it would be | |
| 19 | reasonable to frame that if a private API exists or | |
| 20 | -- or then it would be gated by a capability today. | 05:58:39 |
| 21 |     Q.   All private APIs presently are | |
| 22 | capabilities. | |
| 23 |       Is that an accurate statement? | |
| 24 |     A.   No, that's not -- | |
| 25 |     MR. SCHWING:  Objection. | 05:58:56 |

Page 1123

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  Sorry, Austin. | 05:58:57 |
| 2 | MR. SCHWING:  Object to form. | |
| 3 | Go ahead and answer, if you can, | |
| 4 | Mr. Cross. | |
| 5 | Q.  (By Mr. Melamed)  Yeah, I thought that's | 05:59:01 |
| 6 | what you just testified.  I'm really not trying to | |
| 7 | trick you.  I'm just trying to get an understanding | |
| 8 | of the relationship between these two -- between | |
| 9 | private APIs and capability? | |
| 10 | A.  So a capability modifies the API behavior | 05:59:14 |
| 11 | in some way.  One of the things that a capability | |
| 12 | could do is -- is grant an app access to additional | |
| 13 | information, but it could also do many other | |
| 14 | things. | |
| 15 | So there's -- there's not a direct | 05:59:38 |
| 16 | relationship between capabilities which is a | |
| 17 | specific mechanism of -- of controlling access or | |
| 18 | controlling API behavior changes and -- and the -- | |
| 19 | the phrase private API which -- which indeed might | |
| 20 | mean different things in different context. | 05:59:54 |
| 21 | Q.  Am I right to recall that -- that your | |
| 22 | testimony the gatekeeper tool contained information | |
| 23 | about private APIs? | |
| 24 | A.  I'm not sure that's -- I'm not sure | |
| 25 | that's completely accurate, no.  The gatekeeper | 06:00:21 |

Page 1124

1    tool is a -- a mechanism of -- of gating access          06:00:25

2    to -- to features.  In that sense it's similar to

3    the capability tool.

4           My understanding is that -- there were

5    some gatekeepers, as they're called, which -- the       06:00:43

6    way they worked would have allowed apps to access

7    additional information.

8        Q.   What type of additional information are

9    you talking about?

10       A.   It depends on the specific gatekeeper and      06:01:07

11   the exact functionality that that gatekeeper was

12   designed to modify.

13       Q.   Would gatekeepers have ever been designed

14   to modify access to user information?

15       A.   Sorry, that's -- that's a very broad           06:01:30

16   question, as in gatekeeper is widely used at

17   Facebook for a number of preferences.

18          Can you be more specific in the context

19   you mean?

20       Q.   I'm just trying to understand what             06:01:40

21   information is reflected in the gatekeeper tool.

22       A.   So the information reflected in the -- in

23   the gatekeeper tool would be a gatekeeper which is

24   a -- a specific -- which is a specific thing.

25   And -- and then the gatekeeper tool would identify      06:02:08

                                          Page 1125

```
 1   which entities that pass or fail that gatekeeper.      06:02:17

 2       Q.   Did gatekeeper ever identify entities

 3   that passed or failed -- let me withdraw and

 4   restate it.  I'm trying to use your language.  I'm

 5   not quite sure I understand it.                         06:02:53

 6            Did the gatekeeper tool ever identify

 7   apps that passed or failed gatekeeper --

 8   gatekeepers to access friends permissions?

 9            MR. SCHWING:  Object to form.

10            THE DEPONENT:  So my understanding is          06:03:33

11   that there were at times or was at -- at one time a

12   gatekeeper that allowed apps to bypass version

13   deprecations.  And -- and that was a -- one of the

14   things in -- in gatekeeper.

15       Q.   (By Mr. Melamed)  Is the information           06:04:00

16   about which apps were permitted to bypass the

17   version deprecation -- the version deprecations

18   still present in the gatekeeper tool?

19       A.   My understanding is -- the effort was

20   undertaken to migrate that information from the         06:04:22

21   gatekeeper tool into the capability tool.  And so

22   my understanding is the capability tool is -- is

23   reflective of that information.

24       Q.   Is -- when was the gatekeeper tool last

25   used to reflect information about which apps were       06:04:39
```

Page 1126

1    permitted to bypass particular version            06:04:46

2    deprecations?

3            MR. SCHWING:  Object to form.

4            THE DEPONENT:  And so the -- the

5    migrate -- a range of migrations happened from --  06:05:03

6    the gatekeeping tool into the -- into the

7    capability tool.  That -- that happened over a

8    period of time.  I think there were some migrations

9    that took place in 2014.  And some more migrations

10   that took place in 2018 and 2019.                  06:05:25

11      Q.  (By Mr. Melamed)  Is it your

12   understanding that the capabilities tool has

13   entries reflecting the apps that were permitted to

14   bypass deprecations of Graph API version 1.0?

15      A.  My understanding is that the capability    06:05:54

16   tool is reflective of Facebook's best understanding

17   of -- of API gating mechanisms.

18      Q.  When we discussed the capability tool, it

19   was on an individual API basis and not a, for

20   instance, Graph API basis, do you -- is that       06:06:16

21   accurate?

22            MR. SCHWING:  Object to form.

23            THE DEPONENT:  No, that's -- that's not

24   accurate.  What we discussed was capabilities in

25   the capability tool.                               06:06:29

                                          Page 1127

```
 1        Q.    (By Mr. Melamed)  Is there a capability        06:06:35

 2    in the capability tool reflective of an apps

 3    ability to bypass Graph API deprecations?

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  My understanding is that         06:06:54

 6    there are capabilities which enable features from

 7    different API versions for certain developers.

 8        Q.    (By Mr. Melamed)  Right.

 9             So let's -- let's use an example.  There

10    were a series of APIs deprecated from Graph 1.0,         06:07:14

11    when Graph version 2.0 was introduced, right?

12        A.    There are a number of changes between API

13    version 1 and API version 2.

14        Q.    And some of those changes involved

15    deprecations of certain APIs, right, such as            06:07:37

16    friends permissions and read stream?

17        A.    Let's -- let's be clear the friends

18    permissions are not APIs.  They're -- they're

19    permissions.  And so these -- these -- these

20    details are -- I think are important in the             06:07:54

21    context.

22        Q.    So the deprecations can return the

23    friends_*APIs, correct?

24        A.    No, the -- the friends_* refers to -- to

25    a set of permissions not -- not APIs.                   06:08:13
```

                                              Page 1128

1        Q.   Can you identify one API associated with          06:08:17

2    the friends_*permission?

3        A.   So an API to get the users likes, for

4    example, is -- is an API and what's returned by the

5    API is -- is controlled by permissions.                    06:08:42

6        Q.   Is the read stream an API?

7        A.   Do you mean -- no.  Read_stream is what

8    you're referring to is read_stream that -- that --

9    in that form it refers to specifically a

10   permission, I understand.                                  06:09:06

11       Q.   When Facebook deprecated Graph 1.0 API,

12   that deprecation included a series of APIs within

13   that, right?  So Graph 1.0 was kind of the big

14   picture and it involved a collection of APIs, some

15   of which were deprecated when it deprecated the 1.0        06:09:41

16   and went to 2.0; is that correct?

17            MR. SCHWING:  Object to the form.

18            THE DEPONENT:  There are a large number

19   of changes between, you know, several changes

20   between version 1 and version 2.  There were some         06:10:00

21   permissions which were no longer available in

22   version 1 -- sorry in version 2.  There were some

23   changes to the underlying API methods as well, if I

24   recall.  I don't remember the detail.

25       Q.   (By Mr. Melamed)  Okay.  So let's talk            06:10:20

                                         Page 1129

```
 1    about the read stream permission.                    06:10:22

 2          Do you recall that the read stream

 3    permission was deprecated when Graph version 2.0

 4    was introduced?

 5       A.   The read stream permission was a -- I        06:10:34

 6    think included in API version 2.  So it -- it

 7    wasn't deprecated in API version 2.0 as I said.

 8       Q.   What about "friends_religion_politics,"

 9    is that something you recall being deprecated in

10    version 2.0?                                          06:10:55

11       A.   My understanding is that the -- the

12    version 2.0 behavior for standard apps did not

13    include different permissions, which that one was.

14       Q.   Okay.  And so the capabilities role

15    breaks out by individual friend permission which     06:11:18

16    apps have capabilities to call -- continue to call

17    on those friends permissions; is that right?

18          MR. SCHWING:  Object to form.

19          THE DEPONENT:  I don't recall the

20    capabilities tool breaking out individual            06:11:39

21    permissions that friends permissions that apps

22    would necessarily be able to call.

23       Q.   (By Mr. Melamed)  We -- we talked about a

24    hypothetical where I asked what we would do using

25    the documents Facebook had produced reflecting the   06:12:01
```

                                                   Page 1130

1    capability tool to identify which apps have a --          06:12:02

2    were granted capabilities with respect to

3    friends_religion_politics.

4          Do you remember that?

5          A.   I don't think we were talking about          06:12:18

6    the -- friends_religion_politics in relation to the

7    -- the Capability tables earlier.

8          Q.   Does the capability tool reflect whether

9    an app had the capability to continue accessing

10   Graph version 1.0 after it was deprecated?          06:12:42

11          MR. SCHWING:   Object to form.

12          THE DEPONENT:   In determining whether or

13   not an -- an app had -- first of all, there's a

14   number of features in API version 1.  In these

15   versions -- these APIs are not distinct things.          06:13:12

16   They're the same Graph API with behaviors applied.

17          My understanding is that there is a

18   capability which allows apps to access deprecated

19   versions and precise behavior of that capability

20   changed over time.          06:13:48

21          Q.   (By Mr. Melamed)  Is your understanding

22   of "that capability" that it permitted access to

23   the entirety of Graph 1.0 API?  Do you remember --

24   was -- provided -- provided by capability?

25          A.   Which APIs or which API versions, my          06:14:12

                                          Page 1131

1   understanding is which API versions apps had access          06:14:16

2   to via that capability depended on a number of

3   factors, including the -- the time in which that

4   was the case.

5          Q.   I don't think I'm -- my question is clear        06:14:38

6   or I'm asking it correctly.

7               Is -- does the capability tool -- putting

8   aside the reason that an app would have been

9   prevented -- provided continued access to make

10  calls based on Graph version 1 API.                          06:14:58

11              Where did Facebook identify the

12  developers that could continue to access Graph 1.0

13  API after it was deprecated?

14              MR. SCHWING:  Object to form.

15              THE DEPONENT:  So the capability tool as          06:15:27

16  I understand it, is -- is -- contains one way of

17  identifying that.

18              And the gatekeeper tool at the time, was

19  another mechanism in which some apps were included.

20              And so my understanding is -- is now that        06:15:47

21  all of the information is contained in the -- in

22  the capability tool.

23          Q.   (By Mr. Melamed)  Is it your

24  understanding that all of the historical

25  information from the gatekeeper tool is now in the           06:15:58

                                               Page 1132

HIGHLY CONFIDENTIAL

1    capabilities tool?                                        06:16:01

2        A.   My understanding is that informa- --

3    sorry, Austin.

4            MR. SCHWING:  Object -- object to form.

5            Go ahead.                                          06:16:09

6            THE DEPONENT:  My understanding is that

7    the information in the capability tool has been

8    backfilled to the best of Facebook's ability.

9        Q.   (By Mr. Melamed)  Does -- what do you

10   mean "the best of Facebook's ability"?                     06:16:28

11       A.   My understanding is the -- when the

12   migration of -- of gatekeepers that involved app

13   IDs to the capability tool occurred, that

14   information about those gatekeepers was included in

15   the capability tool.                                       06:16:53

16       Q.   Does the gatekeeper tool still exist at

17   Facebook?

18       A.   Yes, the gatekeeper tool still exists at

19   Facebook.

20       Q.   What is it presently used for?                   06:17:12

21           MR. SCHWING:  Object to form.

22           THE DEPONENT:  The gatekeeper tool is a

23   common way that teams at Facebook control who has

24   access to -- to the features in the Facebook family

25   of apps.                                                   06:17:35

                                              Page 1133

```
1          Q.   (By Mr. Melamed)  Do you know how far       06:17:35

2    back the information in the gatekeeper tool goes?

3               MR. SCHWING:  Outside the scope.

4               Go ahead.

5               THE DEPONENT:  Yeah, I'm -- I'm not an       06:17:55

6    expert in the -- the data retention policies of

7    the -- of the gatekeeper tools, so I'm afraid I

8    don't have an answer for that question.

9          Q.   (By Mr. Melamed)  Okay.  I'm not --

10   I'm -- I understand you're not an expert on that.       06:18:07

11   And I'm just trying to determine if this is

12   something that we are going to want to ask for that

13   has not been produced in the case.  I'm trying to

14   understand the type of information it contains.

15   How that type -- how that information differs, if       06:18:17

16   at all, from the capabilities tool, and whether it

17   still exists in the gatekeeper tool.

18               Do you have any idea how far back the

19   data in gatekeeper tool goes?  And not as an -- not

20   as an expert -- not as the witness for Facebook.       06:18:34

21               You individually as you sit here, do you

22   have any rough idea how far back the information

23   goes?

24         A.   I'm not aware of the data retention

25   policies in the gatekeeper tool or what -- what is      06:18:49
```

Page 1134

HIGHLY CONFIDENTIAL

```
 1    stored.                                              06:18:52

 2         Q.   Is there an individual -- I'm sorry?  I

 3    didn't mean to cut you off.

 4         A.   Sorry, I was -- just going to say, no,

 5    I'm not aware of the -- the data retention policies   06:19:04

 6    of the -- of the information in the gatekeeper

 7    tool.

 8         Q.   If you were to want to understand more

 9    about the specific type of information in the

10    gatekeeper tool as it presently exists, who would    06:19:20

11    you ask at Facebook?

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  I would speak to

14    Mr. Molaro in the first instance.

15              SPECIAL MASTER GARRIE:  Counsel Melamed,    06:19:35

16    I'm going to encourage you to go to the next topic

17    since it's -- he's not an expert on it and has no

18    personal knowledge of it.  And so on and so forth.

19              MR. MELAMED:  Okay.  Understood.  I -- I

20    was trying to understand the way in which Facebook    06:19:49

21    tracks data.

22              SPECIAL MASTER GARRIE:  Counsel Schwing.

23              MR. MELAMED:  I'm sorry.

24              SPECIAL MASTER GARRIE:  Counsel Schwing,

25    can you identify for plaintiff somebody who is the    06:19:59
```

Page 1135

```
 1    system or project or product manager of gatekeeper        06:20:01

 2    internal to Facebook, and have that dialogue

 3    offline, please, with Counsel Melamed; and

 4    determine if it A, is reasonable; B, is responsive

 5    and C, is appropriate.                                    06:20:13

 6            But, at a minimum, provide further

 7    context so we can keep today as going forward.  If

 8    appropriate.  If you disagree so be it but...

 9            MR. SCHWING:  Yeah, I -- I -- I believe

10    Mr. Cross has testified that the capabilities tool        06:20:28

11    that the gatekeeper information in the capabilities

12    tool has been migrated -- I'm sorry, in the

13    gatekeeper tools are migrated in the capabilities

14    tool.  But I'm happy to discuss that offline, and I

15    agree with moving -- moving along in the                  06:20:42

16    deposition.

17            SPECIAL MASTER GARRIE:  Okay.  Thank you.

18            MR. MELAMED:  Thank you.  And can I just

19    extend that that request to include the site bar

20    tool as well.                                             06:20:50

21            MR. SCHWING:  We're happy to meet and

22    confer with you, Matt.

23            MR. MELAMED:  Okay.  Just -- just for the

24    record noted that Mr. Cross identified the site bar

25    tool as another source of information in June 2018        06:21:04
```

                                                    Page 1136

HIGHLY CONFIDENTIAL

```
 1    to pull together which apps had access to Graph          06:21:10

 2    version 1 API or Graph version 2 API access with

 3    special permission to friends data after 2015.

 4    That's the purpose I'm asking for it.  And I

 5    understand -- I'm happy to talk to you about that        06:21:23

 6    offline.

 7            SPECIAL MASTER GARRIE:  Just because --

 8    just let me weigh in here, so we heard that.  I

 9    just want to set -- level set here.  If the

10    information exists in one source, and it is              06:21:32

11    accessible and provided it's not necessary that all

12    sources need to be searched.

13            So I just want to keep that in mind,

14    Counsel Schwing.  So before you go down the rabbit

15    hole, maybe first find out how the systems work          06:21:45

16    together and what data is in which, so that way we

17    don't have a lot of conversation about something

18    that may be encapsulated in something you've

19    already engaged with.  So just meet and confer.

20    And work that out.                                       06:21:58

21            But more importantly, let's keep on point

22    with Mr. Cross, Mr. Melamed -- or Counsel Melamed

23    and Counsel Schwing, and move to next topic.  And

24    this is noted on the record and we'll keep it

25    going.                                                   06:22:09
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1                 MR. SCHWING:  Thank you.                    06:22:10

 2                 MR. MELAMED:  Thank you.

 3                 Why don't we take a five-minute break.

 4                 MR. SCHWING:  Okay.

 5                 THE VIDEOGRAPHER:  Okay.  We're off the      06:22:17

 6      record.  It's 6:22 p.m.

 7                 (Recess taken.)

 8                 THE VIDEOGRAPHER:  We're back on the

 9      record.  It's 6:38 p.m.

10                 MR. MELAMED:  So thank you for your          06:38:16

11      testimony, Mr. Cross, on topics 2 -- on behalf of

12      plaintiffs, we think we're going to need additional

13      testimony from a Facebook designee about some

14      questions you were unable to provide answers to.

15      But we'll deal with that off the record.  I just       06:38:32

16      want to establish that on the record.

17                 Otherwise thank you for your time.  And I

18      understand that Mr. Loeser is going to return for

19      some follow-up questioning regarding topics 6 and

20      7 after a short break, or after a break.               06:38:48

21                 MR. SCHWING:  I -- I -- this is not the

22      time or place to argue.  So we can talk about that

23      off -- offline.  Matt, we had four days of -- of,

24      you know, five days almost now testimony and we

25      will meet and confer with you about that, and,         06:39:08
```

Page 1138

```
 1    you know, and try to work through the issues.  And      06:39:11

 2    as necessary and appropriate work with the

 3    Special Master, and I'm happy to talk to you about

 4    that.

 5            MR. MELAMED:  Thank you.                          06:39:21

 6            We can go off the record.

 7            (Discussion off the stenographic record.)

 8            THE VIDEOGRAPHER:  We're off the record.

 9    It's 6:40 p.m.

10            (Recess taken.)                                   06:40:21

11            THE VIDEOGRAPHER:  We're back on the

12    record.  It's 7:29 p.m.

13                        EXAMINATION

14    BY MR. LOESER:

15        Q.   It is still good morning for me,                07:37:08

16    Mr. Cross, but it's good evening for you.

17            And I have some questions.  Hopefully it

18    won't take too long so we'll jump in and get

19    started.

20            Are you able to continue testifying now?         07:37:26

21        A.   Yeah, let's keep going.

22        Q.   Okay.  Mr. Cross, in 2018 after --

23            MR. SCHWING:  I'm sorry to interrupt you,

24    Mr. Loeser, it's just before we -- we can either do

25    this now or later.  Before the -- the testimony       07:37:41
```

                                                    Page 1139

| 1 | started back up, I indicated that Mr. Cross wanted | 07:37:44 |

1   started back up, I indicated that Mr. Cross wanted        07:37:44

2   to clarify something in his testimony.  I'll leave

3   it to you as to whether or not you want to do that

4   now or in a little bit.

5           MR. LOESER:  If it's okay with you, I'm          07:37:55

6   fine if you want to just ask him for his

7   clarification on -- on a redirect type basis.  That

8   I think probably works best for the record.  If

9   that works for you.

10          MR. SCHWING:  Sure.  That's fine.  Thank       07:38:08

11  you.

12      Q.   (By Mr. Loeser)  Mr. Cross, in 2018 after

13  the Cambridge Analytica scandal broke, Facebook

14  received negative press about its data sharing

15  practices with apps and partners, correct?           07:38:20

16          MR. SCHWING:  Outside the scope.  Object

17  to form.

18          THE DEPONENT:  I recall a number of

19  articles about Cambridge Analytica.

20      Q.   (By Mr. Loeser)  And were any of those        07:38:36

21  articles -- would you consider any of those

22  articles as having been negative press about

23  Facebook's data sharing practices?

24          MR. SCHWING:  Same objections.

25          THE DEPONENT:  I recall concerns being         07:38:52

                                        Page 1140

HIGHLY CONFIDENTIAL

```
 1    raised in -- in the media regarding -- regarding        07:38:54

 2    the Cambridge Analytica situation, yes.

 3         Q.   (By Mr. Loeser)  And Mr. Cross, after the

 4    Cambridge Analytica scandal broke, Facebook sought

 5    to sort out and identify which apps and partners        07:39:07

 6    continued to have access to friends data through

 7    whitelist; is that correct?

 8              MR. SCHWING:  Object to form.

 9              THE DEPONENT:  After Cambridge Analytica

10    the company -- the company undertook a number of        07:39:24

11    efforts to -- to understand and identify

12    applications that had access to information.

13         Q.   (By Mr. Loeser)  And sir, that

14    investigation looked specifically into applications

15    that had access to information through whitelists,      07:39:43

16    right?

17              MR. SCHWING:  Outside the scope.

18              THE DEPONENT:  My understanding is that

19    the -- the work that was done included looking at

20    the whitelists.  But it also included other             07:40:01

21    areas -- areas of inquiry too.

22         Q.   (By Mr. Loeser)  And, Mr. Cross, isn't it

23    the case that Facebook struggled to identify all of

24    the apps and partners that had access to friends

25    data through whitelist?                                 07:40:17
```

Page 1141

```
 1              MR. SCHWING:  Vague.                    07:40:20

 2              THE DEPONENT:  The team working on

 3    this -- this work faced -- faced a number of

 4    challenges in pulling together a complete

 5    understanding.  And they -- they worked hard to do  07:40:37

 6    so.

 7         Q.   (By Mr. Loeser)  And Mr. Cross, what were

 8    the challenges that the team investigating

 9    whitelists and specifically whitelists that

10    provided access to friends database?           07:40:51

11              MR. SCHWING:  Object to form.  Outside

12    the scope.

13              THE DEPONENT:  So I wasn't -- I wasn't

14    there at the time, I'm afraid.  But -- sorry.  It's

15    hard to comment precisely on all of the challenges  07:41:10

16    that -- that were faced at the time.

17         Q.   (By Mr. Loeser)  Mr. Cross, can you

18    testify as to any of the challenges that were faced

19    at the time?

20         A.   So there were a number of different    07:41:30

21    whitelists in place, and different mechanisms for

22    API access.  And the team had to pull together

23    to -- and did, in order to like fully understand

24    API access at the time.

25         Q.   And, Mr. Cross, was one of the challenges  07:41:58
```

Page 1142

| | | |
|---|---|---|
| 1 | faced by the team trying to identify all of the | 07:42:03 |
| 2 | apps and parties that were whitelisted, the result | |
| 3 | of how records were kept at Facebook of | |
| 4 | whitelisting? | |
| 5 | MR. SCHWING:  Object to form. | 07:42:17 |
| 6 | THE DEPONENT:  I can't say whether or not | |
| 7 | that's the -- the challenges that the -- that the | |
| 8 | team involved were -- were working through. | |
| 9 | Q.  (By Mr. Loeser)  Was there one place | |
| 10 | or -- or one source of information that the team | 07:42:37 |
| 11 | could look for to identify all of the whitelists | |
| 12 | that provided access to friend data? | |
| 13 | A.  My understanding is the team had to look | |
| 14 | at -- at a few sources of information, and they did | |
| 15 | so in order to pull together some understanding. | 07:42:59 |
| 16 | Q.  Was there more than one group or team | |
| 17 | that could make the decision to whitelist apps and | |
| 18 | partners? | |
| 19 | MR. SCHWING:  Object to form. | |
| 20 | THE DEPONENT:  Can you help me | 07:43:19 |
| 21 | understand, what do you understand by whitelist and | |
| 22 | partners in what context? | |
| 23 | Q.  (By Mr. Loeser)  In the context of the | |
| 24 | discussion we're having now about providing access | |
| 25 | to friend data. | 07:43:30 |

Page 1143

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.              07:43:35

 2              THE DEPONENT:  So there were different

 3      teams involved in managing access, the -- the

 4      migration of the APIs in 2014 and 2015.  And so

 5      it's possible the number of people involved.       07:43:58

 6          Q.   (By Mr. Loeser)  What -- what were the

 7      different teams?

 8              MR. SCHWING:  Object to form.  Outside

 9      the scope.

10              THE DEPONENT:  My understanding is there   07:44:13

11      were several teams involved, the platform

12      partnerships team, for example, and we have all

13      partnerships teams, so those were two examples of

14      teams that would have been involved.

15          Q.   (By Mr. Loeser)  And are those teams that  07:44:32

16      had the authority to whitelist an app or a partner

17      to have continued access to friend data?

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  Can you be specific about

20      the -- the time period you're talking about.        07:44:47

21          Q.   (By Mr. Loeser)  The period after 2014

22      when Graph API -- AP [sic] version 2 was uploaded?

23          A.   I'm sorry, what was the original question

24      again?

25          Q.   Did each of the teams you just mentioned   07:45:09
```

```
 1    have authority to whitelist apps or partners to         07:45:11

 2    have continued access to APIs that emit friend

 3    data?

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  The decision to whitelist       07:45:22

 6    apps for continued access to friend permissions,

 7    for example, was taken on a -- on a case-by-case

 8    basis among mul- -- multiple teams to come to a

 9    recommendation decision.

10         Q.   (By Mr. Loeser)  Okay.  List for me all       07:45:41

11    of the teams that had the ability to do that?

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  I wouldn't be able to,

14    you know, a list of every single team that may have

15    been involved.  Over time I can talk to some of the    07:45:58

16    ones I've already identified.  There's the platform

17    product team, the platform partnerships teams and

18    they're the folks that would have worked together

19    to -- to come to a recommendation.

20              MR. LOESER:  I'm going to introduce an        07:46:22

21    exhibit which is tab 34, which you should see

22    momentarily.  And this is Exhibit 434.

23         Q.   (By Mr. Loeser)  And while this is coming

24    up, I'll tell you this is an email from Dan Rose to

25    Ime Archibong dated 6/22/2018 subject "Re:            07:46:59
```

Page 1145

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | V1 extensions." | 07:47:03 |
| 2 | Do you see that, Mr. Cross? | |
| 3 | A.   I do see that. | |
| 4 | Q.   Why don't you take a minute to -- to look | |
| 5 | through the email string.  And I have a few | 07:47:13 |
| 6 | questions for you about the string. | |
| 7 | A.   Sure.  Thank you. | |
| 8 | MR. SCHWING:  Mr. Loeser, I think for the | |
| 9 | record this was previously marked not too long ago | |
| 10 | as 433, Exhibit 433. | 07:47:45 |
| 11 | MR. LOESER:  Thank you for that | |
| 12 | clarification.  We'll correct that. | |
| 13 | MR. SCHWING:  So you've -- you've now -- | |
| 14 | well, you can do what you want.  If you want to | |
| 15 | have it as an exhibit twice I just want to make | 07:48:02 |
| 16 | sure there's no confusion. | |
| 17 | MR. LOESER:  Why don't we go off the | |
| 18 | record real quickly. | |
| 19 | THE VIDEOGRAPHER:  Going off the record. | |
| 20 | It's 7:48 p.m. | 07:48:17 |
| 21 | (Recess taken.) | |
| 22 | THE VIDEOGRAPHER:  We're back on the | |
| 23 | record.  It's 7:50 p.m. | |
| 24 | MR. LOESER:  So for the record, we just | |
| 25 | marked an exhibit and didn't realize it had just | 07:50:58 |

Page 1146

| | | |
|---|---|---|
| 1 | been marked previously today, in fact.  So we will | 07:51:01 |
| 2 | pull down the second version of the same exhibit | |
| 3 | and just refer to the originally marked version, | |
| 4 | which is Exhibit 433. | |
| 5 |     Q.   (By Mr. Loeser)  And I have a couple more | 07:51:16 |
| 6 | questions about this exhibit. | |
| 7 |        Mr. Melamed asked you a few questions | |
| 8 | already.  So obviously I won't reask those.  But | |
| 9 | fair to say -- have you had a chance to take a look | |
| 10 | at this or do you recall from your earlier review | 07:51:31 |
| 11 | of it today what it's about? | |
| 12 |     A.   I have had a chance to review this just | |
| 13 | now, thank you. | |
| 14 |     Q.   Okay.  So fair to say this email string | |
| 15 | discusses the challenges Facebook faced in 2018 | 07:51:45 |
| 16 | when trying to identify all the apps and partners | |
| 17 | with continued access to friend data after 2014? | |
| 18 |        MR. SCHWING:  Object to the form. | |
| 19 |        THE DEPONENT:  This is conversation | |
| 20 | between three people, and in the partnerships | 07:52:00 |
| 21 | organization they're -- they're discussing an | |
| 22 | ongoing process to -- to determine a list of apps | |
| 23 | that had access to additional permissions after | |
| 24 | May 2015. | |
| 25 |     Q.   (By Mr. Loeser)  Let's look at the -- if | 07:52:25 |

Page 1147

```
1    you go to the second page of the string, the              07:52:26

2    message from Francisco Varela to Ime Archibong and

3    Dan Rose dated June 22nd, 2018.

4            And at the top of the page you're looking

5    at, and I'll read the paragraph and then I have           07:52:42

6    some questions for you about it.

7            Mr. Varela writes "Thanks, Ime.  KP has

8    been a linchpin in this process thanks to his

9    institutional knowledge and lack of documentation

10   on our end."                                              07:52:55

11           Mr. Cross, was there a lack of

12   documentation at Facebook about which partners and

13   apps were whitelisted?

14           MR. SCHWING:  Outside of the scope of

15   topics 6 and 7.                                           07:53:10

16           THE DEPONENT:  So that's -- that's the

17   phrase I -- I see in the email here.  There were --

18   there was documentation in various forms in various

19   places.  I think that's some of what's being

20   reflected here.  Exactly what these folks are --          07:53:38

21   are talking about is -- is the opinion that's being

22   presented by -- by them in this email.

23       Q.  (By Mr. Loeser)  And later in the same

24   paragraph Mr. Varela writes "For clarify, I think

25   we're in a good spot on the device partners, but          07:53:56
```

                                                    Page 1148

```
 1    getting surprised now on more traditional platform      07:53:59

 2    developers and the Atlas integration." [as read]

 3            Can you tell me at Facebook what is the

 4    difference between device partners and traditional

 5    platform developers?                                     07:54:10

 6        A.   So traditional platform developers would

 7    refer to apps and integrations that users would log

 8    in with Facebook with and so on to get a social

 9    experience.

10            Device partners refers to examples where        07:54:38

11    Facebook partnered with device manufacturers in

12    order to build Facebook experience in -- Facebook

13    experiences into those devices.

14        Q.   And what are "Atlas integrations"?

15        A.   I'm not sure what Atlas integrations           07:55:06

16    means in -- in this context.

17        Q.   Do you know what it means in any context?

18        A.   I know that Atlas is a company that

19    Facebook acquired in the past.  But precisely what

20    was meant by an "Atlas integration" is -- is          07:55:24

21    nothing I know.

22        Q.   And why would it be surprising that

23    traditional platform developers were whitelisted

24    for access to friend data?

25            MR. SCHWING:  Outside the scope of the         07:55:45
```

Page 1149

HIGHLY CONFIDENTIAL

```
 1    deposition.  Object to form.                    07:55:46

 2            THE DEPONENT:  So I think what you see in

 3    this email is not necessarily surprised that they

 4    were whitelisted more that the team is attempting

 5    to pull together a full story.                   07:56:10

 6        Q.   (By Mr. Loeser)  And is it your

 7    understanding that KP is -- was the most

 8    knowledgeable person at Facebook regarding app and

 9    partner whitelist?

10            MR. SCHWING:  Outside the scope of the    07:56:38

11    deposition.

12            THE DEPONENT:  What you see here, and my

13    understanding is the -- the group of people working

14    together to -- to attempt to understand the full

15    picture and KP was a -- a key person in that       07:56:53

16    process.  You see him referred to here as a

17    linchpin.  And my experience working with him is he

18    was certainly very knowledgeable about how these

19    processes worked.

20        Q.   (By Mr. Loeser)  Mr. Cross, to prepare    07:57:11

21    for your testimony today, did you reach out to KP

22    and ask him any questions about the whitelisting

23    process or results?

24        A.   I did not speak to KP as part of my

25    preparations for today.                            07:57:28
```

Page 1150

1          Q.   Mr. Cross, can Facebook identify all apps          07:57:31

2     that had access to APIs that emit friend data post

3     2014?

4               MR. SCHWING:  Object to form.

5               THE DEPONENT:  Again, I think it's          07:57:49

6     important to -- I'm unclear on what you mean by

7     "friend data" in this -- in this context.

8          Q.   (By Mr. Loeser)  Okay.  How -- how does

9     Facebook use the term "friend data"?

10         A.   The -- Facebook has used that term in a          07:58:10

11    number of different ways.  Primarily, it refers to

12    content and information posted by a user that would

13    be made available via platform.

14         Q.   So using that definition, can Facebook

15    identify all apps that had access to APIs that emit          07:58:36

16    friend data after 2014?

17         A.   So my understanding is Facebook has

18    altogether an understanding of the apps which had

19    access to -- to friend data after 2014.

20         Q.   Can Facebook identify all Facebook users          07:59:02

21    who installed apps with access to APIs that emit

22    friend data after 2014?

23              MR. SCHWING:  Object to form.  Outside

24    the scope.

25              THE DEPONENT:  I'm not entirely confident          07:59:22

                                        Page 1151

1    that exactly what -- what Facebook can do in          07:59:24

2    that -- in that respect.  Yeah, so -- so sorry.

3    I'm not sure I know what Facebook is able to do.

4         Q.   (By Mr. Loeser)  Does Facebook keep track

5    of all apps that users install?                       07:59:43

6         A.   Yes, my understanding is that Facebook

7    understands which apps have -- or which users have

8    authorized which applications.

9         Q.   And Facebook also keeps track of all APIs

10   that apps have access to, right?                       08:00:08

11        A.   I don't think it's as simple as APIs that

12   an app has access to.  Facebook tracks a number of

13   things related to apps and their interaction with

14   platform.

15        Q.   Does Facebook track all of the different     08:00:30

16   ways that an app can acquire Facebook user

17   information from the Facebook platform?

18             MR. SCHWING:  Object to form.

19             THE DEPONENT:  Facebook logs, for

20   example, API calls made by third-party applications   08:00:48

21   against the Facebook platform.

22        Q.   (By Mr. Loeser)  So is there ever a

23   situation in -- in which Facebook would not know

24   that an app had access to Facebook user

25   information?                                           08:01:04

                                        Page 1152

```
 1              MR. SCHWING:  Object to form.           08:01:08

 2        Q.   (By Mr. Loeser)  On the Facebook

 3   platform?

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  I'm sorry.  I'm not sure I   08:01:18

 6   fully understand the question.

 7              Can you ask it again, please.

 8        Q.   (By Mr. Loeser)  Sure.

 9              I'm just trying to make sure that the

10   record is clear on what Facebook knows about apps    08:01:27

11   that have access to friend data and users whose

12   information was made accessible to those apps.

13              So you could describe -- describe it in

14   any way that makes sense to you, but answer that

15   question.                                            08:01:41

16              MR. SCHWING:  Compound.  Vague.

17              THE DEPONENT:  Facebook knows API calls

18   made by applications, and Facebook is able to

19   determine permissions that those users granted to

20   those applications.  And together, those things      08:02:10

21   would help Facebook understand what information has

22   been made available to applications.

23        Q.   (By Mr. Loeser)  And that would include

24   what -- which users friend data was accessible to

25   those apps, right?  Let me ask that a different      08:02:29
```

Page 1153

1    way.                                                08:02:36

2           Again, I'm trying to figure out --

3    Facebook knows who all of its users are, right?

4         A.    Facebook understands -- has -- Facebook

5    knows who its users are, yes.                        08:02:50

6         Q.    And Facebook knows which apps those users

7    install, right?

8         A.    Facebook knows which apps users are --

9    have authorized.

10        Q.    And Facebook -- and Facebook knows which   08:03:05

11   APIs -- apps that use the Facebook platform have

12   access to?

13           MR. SCHWING:  Vague.

14           THE DEPONENT:  Facebook logs the API

15   calls that those applications make against the --    08:03:23

16   the Facebook developer platform.

17        Q.    (By Mr. Loeser)  And Facebook knows which

18   of those APIs emit friend data, right?

19           MR. SCHWING:  Object to form.

20           THE DEPONENT:  I mean, Facebook             08:03:39

21   understands which of those AP- -- APIs emit user

22   data.  But whether or not that data included

23   friends information is -- was not necessarily

24   logged in the past.

25        Q.    (By Mr. Loeser)  Whether the information  08:04:12

                                          Page 1154

```
1    was accessible was logged however, right?          08:04:13

2            MR. SCHWING:  Vague.

3            THE DEPONENT:  Again, in what time period

4    are you referring to here.

5        Q.   (By Mr. Loeser)  After 2014.              08:04:30

6        A.   So again, like -- can you ask the

7    question again.  I want to make sure I'm fully

8    understanding it.

9        Q.   Yes.

10           Again, I'm just trying to make sure the    08:04:54

11   record is clear on what information Facebook tracks

12   and has available to it.

13           And we've gone down the list of

14   questions, and now we're at the question of whether

15   Facebook knows which apps had access to friend      08:05:06

16   data.

17           After 2014?

18       A.   So -- my understanding is Facebook has an

19   understanding of the apps which had the ability to

20   access some friends information after 2015.         08:05:36

21       Q.   Mr. Cross, did Aleksander Kogan's sale of

22   Facebook data he obtained from the friends of users

23   who installed the, This Is Your Digital Life app,

24   exceed the use case for the app?

25           MR. SCHWING:  Outside the scope of the      08:06:10
```

Page 1155

| | | |
|---|---|---|
| 1 | deposition and object to form. | 08:06:12 |
| 2 | THE DEPONENT:  That seems to be a | |
| 3 | question about platform policy as -- as written, | |
| 4 | which is not something I'm -- I'm particularly well | |
| 5 | qualified to -- to provide an opinion on.  I think | 08:06:30 |
| 6 | the best person to ask that question to would be | |
| 7 | Ally Hendrix. | |
| 8 | SPECIAL MASTER GARRIE:  Mr. Cross, while | |
| 9 | I appreciate you telling who's the -- are you | |
| 10 | saying in your 30(b)(6) capacity that's who you | 08:07:01 |
| 11 | believe is the best person.  You're not -- you're | |
| 12 | not able to answer that question today as you sit | |
| 13 | here, is that -- I was just reading the transcript. | |
| 14 | So I'm a second behind, but I want to make sure I | |
| 15 | understood your answer. | 08:07:18 |
| 16 | Can you answer that question or not, as | |
| 17 | the 30(b)(6) capacity, right, let's be clear. | |
| 18 | MR. SCHWING:  Yeah, and -- and we've got | |
| 19 | a scope objection there. | |
| 20 | SPECIAL MASTER GARRIE:  Yeah, with the | 08:07:37 |
| 21 | scope objections noted on the record.  I just -- | |
| 22 | Mr. Cross? | |
| 23 | THE DEPONENT:  Yeah, that -- that -- | |
| 24 | SPECIAL MASTER GARRIE:  If you're not | |
| 25 | prepared -- like let me be clear.  There's three | 08:07:49 |

Page 1156

```
 1   possible answers.  I'm not prepared to answer the        08:07:52

 2   question.  I am prepared to question [sic].  I

 3   don't understand the question.

 4            THE DEPONENT:  Yeah, I'm not prepared to

 5   answer the question.  I think that's a question         08:07:59

 6   about platform policy and it's determination of the

 7   platform policy, which is not something that I'm

 8   prepared to testify on.

 9            SPECIAL MASTER GARRIE:  And that's what I

10   thought I understood your answer as.  I just wanted     08:08:09

11   to clarify it for the record.  Thank you.

12            Back to you, Counsel Loeser.

13       Q.   (By Mr. Loeser)  And regardless of

14   whether you -- you believe you're prepared as a

15   30(b)(6) witness to testify to that or not which is     08:08:18

16   a question I suppose for another day, can you

17   answer the question?

18       A.   You're asking me in a personal capacity

19   to answer the question?

20       Q.   I'm just asking you to answer the           08:08:35

21   question.  In what capacity you answer it I suppose

22   is something that can be determined.  But I would

23   like for you to answer the question.

24            MR. SCHWING:  Outside of the scope.

25   Object to form.                                       08:08:48
```

Page 1157

```
 1              THE DEPONENT:  Yeah, I can try answering      08:08:51

 2     the question again.  We've had a number of things

 3     go by, and if I'm going to try to answer it, I

 4     should hear it again.

 5         Q.   (By Mr. Loeser)  Did Aleksander Kogan's       08:08:57

 6     sale of Facebook data he obtained from the friends

 7     of users who installed the, This Is Your Digital

 8     Life app, exceed the use case for the app?

 9              MR. SCHWING:  Same objections.

10              THE DEPONENT:  Again, I don't feel I can      08:09:14

11     provide a Facebook answer in -- a company answer in

12     response to that question.  I don't feel I'm the

13     most qualified person to do so.  My understanding

14     is that developers shouldn't be sharing information

15     they received from the Facebook with a -- with an    08:09:29

16     unrelated other party.

17         Q.   (By Mr. Loeser)  And would that be

18     considered a use-case violation?

19              MR. SCHWING:  It's outside of the scope

20     of the deposition.  Object to form.                  08:09:43

21              THE DEPONENT:  Again, that's -- that's a

22     question about platform policy, which I don't --

23     which I don't feel well prepared to answer on, I'm

24     afraid.

25         Q.   (By Mr. Loeser)  Okay.  Can you answer       08:09:58
```

Page 1158

HIGHLY CONFIDENTIAL

```
 1    the question?                                        08:09:59

 2         A.    Again, I don't feel like I can answer the

 3    question.  As -- it would require me to have,

 4    you know -- interpret policy which is not something

 5    that I'm -- I'm an expert in being able to do.       08:10:10

 6         Q.    So you're not able to answer that

 7    question.

 8               MR. SCHWING:  Same objections.

 9               THE DEPONENT:  Yeah, I don't -- I don't

10    feel -- I don't feel comfortable giving an answer    08:10:25

11    to that question given -- I'm just not that well

12    versed in Facebook's platform policy.  And I want

13    to make sure that you get the right answers to your

14    questions.

15               MR. SCHWING:  Special Master Garrie, may   08:10:42

16    I make a Rule 30 motion without Mr. Cross present.

17               SPECIAL MASTER GARRIE:  Yeah, Mr. Cross

18    you can -- can you go to the break out room.

19               THE DEPONENT:  Sure.

20               MR. SCHWING:  Special Master Garrie,        08:11:03

21    Mr. Loeser is supposed to be asking questions about

22    topics 6 and 7.  Mr. Cross is not designated to

23    discuss the use-case issues that are being asked

24    about.  He's made that clear, but Mr. Loeser

25    continues to ask the questions.                       08:11:18
```

Page 1159

| | | |
|---|---|---|
| 1 | Mr. Cross is going to be providing | 08:11:20 |
| 2 | another deposition later in his personally | |
| 3 | capacity.  We've been going for now, you know, near | |
| 4 | five days and we need to try to finish.  So I would | |
| 5 | request some relief here that we try to speed this | 08:11:32 |
| 6 | along on the topics he's actually designated for. | |
| 7 | MR. LOESER:  May I be heard, | |
| 8 | Special Master Garrie. | |
| 9 | SPECIAL MASTER GARRIE:  Yeah. | |
| 10 | MR. LOESER:  So I'm asking questions that | 08:11:43 |
| 11 | are specifically and directly about friend sharing | |
| 12 | and whitelisting.  And friend sharing is what | |
| 13 | Cambridge Analytica is all about.  The notice, in | |
| 14 | fact, refers to use cases with regard to | |
| 15 | whitelisting which is what I'm about to ask further | 08:11:56 |
| 16 | questions on.  I don't have more questions about | |
| 17 | Cambridge Analytica.  So we can move on from that. | |
| 18 | But it is simply not true that questions | |
| 19 | about Cambridge Analytica which is friend sharing, | |
| 20 | the whole scandal friend sharing, does not relate | 08:12:08 |
| 21 | to the topic of friend sharing identified in the | |
| 22 | notice. | |
| 23 | So I don't think we need to have a long | |
| 24 | fight about it because I don't have further | |
| 25 | questions about the use-case issue regarding friend | 08:12:16 |

Page 1160

```
 1    sharing, but I do have some additional questions      08:12:21

 2    about use case relating to whitelisting because

 3    it's specifically identified in --

 4            SPECIAL MASTER GARRIE:  It does state it

 5    in the notice.                                         08:12:27

 6            Counsel Schwing, any comment?

 7            MR. SCHWING:  So topic 6 is related to

 8    the development of friend sharing, that's the

 9    topic, the development of friend sharing.  So this

10    is, you know, what we ought to be focused on.  I      08:12:45

11    don't see -- so where -- where is this bit about --

12    the use case that you're talking about.

13            MR. MELAMED:  7A says and whether the

14    access granted exceeded the use case.

15            MR. SCHWING:  Okay.  And 7 is, the topic       08:13:03

16    is the decision to whitelist particular apps or

17    partners.

18            MR. LOESER:  That's what I'm about to

19    talk about --

20            MR. SCHWING:  Sorry.  Please let me            08:13:14

21    finish, Mr. Loeser.

22            MR. LOESER:  Sorry.

23            MR. SCHWING:  The decision to whitelist

24    particular apps or partners and how Facebook

25    determined which entities to whitelist.               08:13:18
```

Page 1161

```
 1              So the topic is not sort of anything and      08:13:20

 2    everything ever to do with, you know, about

 3    whitelisting.  It's a specific narrow topic.  It

 4    sounds like Mr. Loeser is moving -- moving along

 5    and I -- I think we all share a mutual interest      08:13:32

 6    in -- in finishing.  I just want to make sure that

 7    we're not --

 8              SPECIAL MASTER GARRIE:  I agree.  I am

 9    ready to rule.

10              So Mr. Loeser, your questions he's          08:13:40

11    answered them.  They are gracefully in a gray zone

12    that will bear into an area where it will prove

13    more problematic for you.  So if you're moving to

14    the next set of questions as 7A dictates you're

15    more than welcome to cover that topic as indicated    08:13:58

16    and as defined.  I don't have any problems with

17    that.  And I think that is appropriate.

18              So I will move -- we will move forward

19    with the questions.  But friend sharing does relate

20    to a use case under 7A, under whitelisting           08:14:15

21    defend- -- depending -- the definition of

22    whitelisting is defined as what Mr. Loeser --

23    Counsel Loeser?

24              MR. LOESER:  Whitelisting is providing --

25    Mr. Cross has defined it as providing access to       08:14:33
```

```
 1    nonpublic APIs and private APIs, so...              08:14:35

 2            I mean, I -- that's what I'm asking

 3    about.  And --

 4            SPECIAL MASTER GARRIE:  I get it.  I

 5    agree.  So that's fine.  We'll move along.  I think 08:14:45

 6    that makes sense.

 7            Counsel Schwing, we'll move it along.  I

 8    agree.  But I do think that there is a pretty wide

 9    birth under 7A for as long as it stays focused on

10    the whitelisting topic.  And I think it's within    08:15:01

11    the scope of, while narrow is very specific in --

12    in its application.

13            Any last comments, Counsel Schwing or...

14            MR. SCHWING:  Yeah, I mean, I think all

15    of 7 kind of ties back to the beginning of it which 08:15:24

16    is the decision to whitelist particular apps or

17    partners and how Facebook determined which entities

18    to whitelist.  You know, the issues about exceeding

19    the use case.  I mean, there's a whole -- there was

20    a whole separate deposition about that.            08:15:41

21            SPECIAL MASTER GARRIE:  Yeah.

22            MR. SCHWING:  And so look, I think we can

23    move along.  I just -- to the extent that they're

24    repeated questions about, you know, that he's --

25            SPECIAL MASTER GARRIE:  Let me put it to    08:15:51
```

Page 1163

| | | |
|---|---|---|
| 1 | you differently.  I agree with Counsel Schwing in | 08:15:52 |
| 2 | the fact that when you ask a question | |
| 3 | Counsel Loeser, and he says "I'm not here to | |
| 4 | testify about it."  And then he says it again "I'm | |
| 5 | not here to testify about it." | 08:16:00 |
| 6 | That should be sufficient for you to move | |
| 7 | onto another question and keep it moving forward, | |
| 8 | generally speaking.  Or you can make a motion or | |
| 9 | Rule 30 motion and we go and excuse the witness and | |
| 10 | discuss it future.  But I don't think asking the | 08:16:15 |
| 11 | witness the same thing will prove to be effective. | |
| 12 | MR. LOESER:  Yeah, that -- that's fine. | |
| 13 | I mean, you know, typically a scope objection is | |
| 14 | made, 30(b)(6) witnesses testify all the time. | |
| 15 | There's always a fight about whether it's in scope | 08:16:29 |
| 16 | or out of scope and if they provide what becomes | |
| 17 | personal testimony there's nothing.  That's just | |
| 18 | how it -- how it works. | |
| 19 | I'd also just note just so it's clear, I | |
| 20 | think Mr. Schwing and I have a slightly different | 08:16:39 |
| 21 | understanding of how a notice operates under | |
| 22 | 30(b)(6).  The law is quite clear that it sets the | |
| 23 | minimum not the maximum of what you can ask about. | |
| 24 | SPECIAL MASTER GARRIE:  I'm -- I'm not -- | |
| 25 | I'm not talking about scope.  I'm talking about | 08:16:49 |

Page 1164

HIGHLY CONFIDENTIAL

```
1    form.                                              08:16:51

2            What I'm saying is, if you want to ask in

3    your personal capacity or in your non30(b)(6)

4    capacity to get -- he said, "I'm not here to

5    testify in my" -- as -- "as a representative of    08:17:00

6    Facebook to answer this question."

7            You said, "Will you answer this

8    question."

9            And then he said, "Do you mean in my

10   personal capacity?"                                08:17:09

11           And your response was "Just answer the

12   question."

13           So if you want him to answer the question

14   in his personal capacity, he will.  But he will not

15   answer -- and that resulted in a circular set of   08:17:19

16   questions where you asked him again the exact same

17   question and ended up at the exact same point.

18           So you would need to offer that

19   clarification because he has answered the question

20   as he understood it, which was you are asking him   08:17:30

21   in his professional 30(b)(6) capacity.  Which is

22   why he answered it accordingly.  Whether you agree

23   or not, that was the answer provided.  We went in a

24   circle and got back to the same point.

25           MR. LOESER:  Yeah, well, fortunately I      08:17:44
```

Veritext Legal Solutions
866 299-5127

1   don't have any more questions on that.  And I do          08:17:44

2   have questions on whitelisting and use cases --

3           SPECIAL MASTER GARRIE:  That's fine.

4   Let's get it on the road.  Show on the road.

5           MR. LOESER:  I think Austin and I have a          08:17:53

6   common and -- and clear desire to make this

7   deposition over with.  So --

8           MR. SCHWING:  This is --

9           SPECIAL MASTER GARRIE:  Let's be clear

10  I -- I'm not opining with the minimum or maximum.         08:18:01

11  I am opining, though, with the format -- the form

12  of how it goes.  So we'll get the witness back.

13  But just keep that in the back of your mind,

14  Counsel Loeser --

15          MR. LOESER:  Sure.                                08:18:13

16          SPECIAL MASTER GARRIE:  -- that if it

17  happens again I'll cut it off, and I'll just tell

18  you to ask the next question.  Or you can tell him

19  in your personally capacity.  Because you have to

20  explain to the witness the question you're asking        08:18:20

21  so he can then answer the question.  He couldn't

22  answer the question because he didn't understand

23  how you were asking him.

24          MR. LOESER:  Understood.

25          SPECIAL MASTER GARRIE:  Okay.                     08:18:30

Page 1166

| | | |
|---|---|---|
| 1 | MR. SCHWING:  I'll go get Mr. Cross here | 08:18:31 |
| 2 | and we'll get back.  Yeah.  I mean, look, I want to | |
| 3 | get done too.  This is, you know, nobody wants to | |
| 4 | prolong this.  So okay.  Let me -- I need to go | |
| 5 | tell my housekeeper to stop vacuuming, and then I | 08:18:40 |
| 6 | will be right back. | |
| 7 | SPECIAL MASTER GARRIE:  Okay. | |
| 8 | THE VIDEOGRAPHER:  Go off the record? | |
| 9 | SPECIAL MASTER GARRIE:  Go off the record | |
| 10 | for two minutes I guess. | 08:18:53 |
| 11 | THE VIDEOGRAPHER:  Okay.  We're off the | |
| 12 | record.  It's 8:18 p.m. | |
| 13 | (Recess taken.) | |
| 14 | THE VIDEOGRAPHER:  We're back on the | |
| 15 | record.  It's 8:23 p.m. | 08:23:24 |
| 16 | Q.   (By Mr. Loeser)  Mr. Cross, what | |
| 17 | examination has Facebook done to determine whether | |
| 18 | apps whitelisted for access to APIs that emit | |
| 19 | friend data exceeded the use case for the apps | |
| 20 | after 2014? | 08:23:38 |
| 21 | MR. SCHWING:  Object to form. | |
| 22 | THE DEPONENT:  My understanding is that | |
| 23 | the partnerships team reviewed the applications | |
| 24 | and -- and either removed access to private APIs | |
| 25 | and whitelists or determined that the -- the | 08:24:06 |

Page 1167

1    application had the appropriate level of access.        08:24:10

2        Q.   (By Mr. Loeser)  And when did that occur?

3        A.   It was a process in 2018 and early 2019

4    to assess apps that had been granted additional

5    access to information and -- and determine whether     08:24:36

6    or not that access should continue.

7        Q.   And did that same investigation also

8    examine whether partners with private APIs that had

9    access to friend data that exceeded the -- the

10   permissions for that data?                             08:24:54

11       A.   Sorry.

12       Q.   Let me ask that again.

13            You asked the question with regard to

14   apps with access to APIs emit friend data.  And

15   does the same investigation you describe did that     08:25:07

16   also investigate private APIs access to friend data

17   for specific partners?

18            MR. SCHWING:  Object to form.

19            THE DEPONENT:  My understanding is that

20   an exercise in 2018 looked at apps that had been      08:25:30

21   whitelisted for additional access to -- to

22   information and determined whether or not the

23   access should -- should continue.

24       Q.   (By Mr. Loeser)  Has Facebook undertaken

25   any backward looking assessment of how third         08:25:43

                                            Page 1168

HIGHLY CONFIDENTIAL

```
1    parties with access to friend data after 2014 used        08:25:47

2    that data?

3        A.   Friend data after 2014?  Sorry, do you

4    mean after -- like the deprecation of API -- public

5    deprecation of API version 1 or what --                   08:26:11

6        Q.   Yeah.

7        A.   -- in 2014.

8        Q.   Yes, that transmission is the new

9    platform and you -- I'm wondering if Facebook has

10   looked at -- well, let me give you an example.           08:26:19

11           Has Facebook evaluated whether Apple

12   shared friend data it received after 2015 with

13   additional third parties?

14           MR. SCHWING:  Object to form.

15           THE DEPONENT:  I -- I don't know whether          08:26:40

16   or not Facebook has investigated one particular --

17   that particular application that you're -- or that

18   particular partner that you're referencing there.

19       Q.   (By Mr. Loeser)  Mr. Cross, topic --

20   topic 7B asks for "the most efficient way to             08:27:17

21   establish payments, revenues, exchanged value

22   actual or promised, that Facebook received for" --

23   "for permitting whitelisting capabilities."

24           And in your preparations for your

25   testimony for this -- on this topic, did you             08:27:54
```

Page 1169

HIGHLY CONFIDENTIAL

```
 1    investigate that question?                      08:27:59

 2         A.   I spoke to a number of people involved in

 3    the API changes and in around 2014 and '15 to

 4    understand their understanding of how decisions

 5    were made.                                       08:28:26

 6         Q.   And specifically with regard to payments,

 7    revenues, exchanged value actual or promised, who

 8    did you talk to to drill down on whether any such

 9    payments, revenues, exchanged value actual or

10    promised were provided to Facebook for permitting    08:28:44

11    whitelisting?

12         A.   I spoke to Ime Archibong.  I spoke to

13    Francisco Varela, and those are the two names off

14    the top of my head.  I spoke to a number of people

15    involved in this -- in preparation for today.    08:29:08

16         Q.   Did you speak to anyone who worked on

17    the -- in an advertising department at Facebook?

18         A.   Did I speak to anyone in advertising

19    department.

20         Q.   Or more broadly, anyone that -- that was    08:29:30

21    involved in the business of advertising on the

22    Facebook platform?

23         A.   I spoke with Vatsal Mehta.  Who's

24    involved in -- in that side of the company as I

25    understand it.                                   08:29:49
```

Page 1170

```
 1        Q.    Okay.  And what -- what did -- is that      08:29:49

 2   a -- what was that person's name, I'm sorry?

 3        A.    Vatsal Mehta.

 4        Q.    Could you spell the first name.

 5        A.    V-A-T-S-A-L.  The surname is Mehta.         08:30:07

 6   M-H-E-T-A [sic] I think.

 7        Q.    And what did you learn from Mr. Mehta?

 8        A.    He was not able to identify for me

 9   examples of how Facebook received payments for

10   whitelisting.                                          08:30:34

11        Q.    Now, the next paragraph clause in the

12   notice says "and the revenues and net profits

13   Facebook recognized related to whitelisting through

14   the class period."

15             Did you investigate anything of value       08:30:54

16   received by Facebook that related to whitelisting?

17             MR. SCHWING:  Outside the topic.

18             THE DEPONENT:  Again, I spoke to a number

19   of people who were involved in whitelisting and

20   partnerships to understand if they had any            08:31:19

21   understanding of value received or payments made.

22             MR. LOESER:  All right.  If we can put up

23   Exhibit 339.

24        Q.    (By Mr. Loeser)  Mr. Cross, I'm showing

25   you what was previously marked as Exhibit 339.        08:32:03
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    Which was the PowerPoint prepared by Monica Mosseri          08:32:04

2    that goes through "Criteria for granting Exemptions

3    and Extensions."

4          Do you recall this exhibit?

5      A.   Yes, I recall this -- us reviewing this          08:32:16

6    before.

7      Q.   And do you recall that the PowerPoint

8    goes through what Facebook had to lose in the

9    transition to the new platform from the partners?

10         MR. SCHWING:  Object to form.          08:32:40

11         THE DEPONENT:  Before I answer can I take

12   a moment to -- to look through and refamiliarize

13   myself with the -- with the document.

14     Q.   (By Mr. Loeser)  You can, but I don't

15   have substantive questions about the document.  I'm          08:32:49

16   not going to go back over it.  I want to ask you

17   more what you have done to investigate the topics

18   identified in the document.

19         But please if you want, take your time.

20     A.   Okay.  I've had a quick -- quick slice          08:33:18

21   through.  Thank you.

22     Q.   So you recall in this PowerPoint there

23   was an evaluation of what Facebook had to lose if

24   partners stopped using the Facebook platform

25   because of the deprecation of permissions.          08:33:30

1          MR. SCHWING:  Object to form.                    08:33:33

2          THE DEPONENT:  Sorry, another reminder

3    this is a -- my understanding is that this is a

4    draft deck.  It says that on the first page.  It --

5    it's worth noting.                                    08:33:47

6          So what was the question you have,

7    Mr. Loeser.

8          Q.   (By Mr. Loeser)  I was just asking you if

9    you recalled what the subject matter is of the

10   PowerPoint was, having reviewed it yet?               08:33:58

11         A.   My understanding is that this is a -- a

12   draft deck by someone in the partnership --

13   partnerships team looking into potential ways to

14   think about whether or not certain apps should be

15   granted exemptions or extensions.                     08:34:22

16         Q.   And did you search for other versions of

17   this PowerPoint to prepare for your testimony

18   today?

19         MR. SCHWING:  Object to form.

20         THE DEPONENT:  I didn't search for other        08:34:37

21   versions of this -- of this PowerPoint, no.

22         Q.   (By Mr. Loeser)  Did you talk to -- try

23   and talk to Ms. Mosseri?

24         A.   I did not try and talk with Ms. Mosseri

25   because my understanding is she's no longer an        08:35:02

                                          Page 1173

1    employee of Facebook.                                      08:35:06

2         Q.   And that's why you didn't talk to her?

3         A.   My understanding is that yes, because she

4    is not employed at Facebook and it's not

5    appropriate to reach out to her.                           08:35:20

6         Q.   Did you talk to or seek to find out if

7    anyone else received this PowerPoint who still

8    works at Facebook?

9         A.   I didn't, like, try and understand who

10   else might have received this PowerPoint.  However,       08:35:44

11   I have spoken to Mr. Archibong who likely may have

12   received this -- this PowerPoint at some time.

13        Q.   And did you talk to him about this

14   PowerPoint?

15        A.   I talked to him about the -- his           08:36:04

16   understanding of how valuations were -- were made

17   about apps to whitelisting.

18        Q.   But did you talk to him specifically

19   about this PowerPoint?

20        A.   I don't recall showing this PowerPoint to   08:36:21

21   Mr. Archibong, but we talked in general about the

22   topics contained within.

23        Q.   Did you talk to him about what Facebook

24   had to lose if certain partners stopped using the

25   Facebook platform?                                        08:36:36

                                                    Page 1174

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Object to form.          08:36:40

 2            THE DEPONENT:  We discussed whether or

 3     not, what the potential implications of the changes

 4     might be and how Facebook -- how he and his

 5     partnerships team thought about those potential      08:36:56

 6     changes.

 7        Q.   (By Mr. Loeser)  That's not quite what I

 8     asked you.  So I will -- if you can answer the

 9     question I had asked I would appreciate it.  Which

10     if I could get this computer to work I read back to   08:37:13

11     you.

12            MR. SCHWING:  The court reporter could --

13            MR. LOESER:  Yeah, I have it now.  I'm

14     sorry, Austin.  I didn't mean to interrupt you.

15            MR. SCHWING:  Yeah, if -- if you could       08:37:25

16     read it again that would be wonderful, thank you.

17        Q.   (By Mr. Loeser)  Did you talk to

18     Mr. Archibong about what Facebook had to lose if

19     certain partners stopped using the Facebook

20     platform?                                            08:37:38

21            MR. SCHWING:  Object to form.

22            THE DEPONENT:  We talked about -- me and

23     Mr. Archibong talked about the potential

24     implications for the developing ecosystem from

25     these changes that were proposed at the time.        08:37:54
```

Page 1175

HIGHLY CONFIDENTIAL

1          Q.   (By Mr. Loeser)  And Mr. Cross, did that        08:37:57

2     include what Facebook had to lose if certain

3     partners stopped using the platform?

4               MR. SCHWING:  Object to form.

5               THE DEPONENT:  We talked about the              08:38:11

6     potential impact to developers and -- and the

7     developer ecosystem which would be an impact on --

8     on Facebook.

9          Q.   (By Mr. Loeser)  Mr. Cross, I'm just

10    trying to get a straightforward yes-or-no answer to     08:38:26

11    a straightforward question.

12              So I'll ask again.  And if you could just

13    answer, we can move on to the next question.

14              Do you need me to read back the question

15    again?                                                  08:38:41

16         A.   So we talked about the -- you're using a

17    phrase that -- "what do we have to lose."  Do I

18    recall using that specific phrase with

19    Mr. Archibong, I don't recall using that specific

20    phrase in that conversation with him.                   08:38:53

21              But I do recall we talked about his

22    understanding of the discussions at the time as to

23    the impact on Facebook and third-party developers

24    of the changes, which would encompass things that

25    the company might have to deal with and the value      08:39:16

Page 1176

HIGHLY CONFIDENTIAL

```
 1    that the company might lose.                    08:39:22

 2        Q.   And, again, so the record is clear, you

 3    did not talk to him specifically about this

 4    PowerPoint, correct?

 5        A.   I did not talk to Mr. Archibong        08:39:30

 6    specifically about this PowerPoint.  But we -- we

 7    talked about the general topics contained within

 8    which was important for me to help prepare myself

 9    for -- for today's testimony.

10        Q.   Now for a PowerPoint -- for a PowerPoint  08:39:43

11    like this, would that have been a formal task or

12    Quip generated in connection with the project?

13             MR. SCHWING:  Object to form.  Outside

14    the scope.

15             THE DEPONENT:  Yeah, I can't say exactly  08:39:58

16    what the -- the partnerships team would have

17    operated at this time and whether or not they'd

18    have other documentation.  Typically somebody

19    would -- would be asked to work on something and

20    work on it.  I'm not able to say whether or not in  08:40:18

21    this case there were other tasks and documents.

22        Q.   (By Mr. Loeser)  Did you search for a

23    formal task generated in connection with this

24    project?

25        A.   I did not search for a task in          08:40:39
```

Page 1177

HIGHLY CONFIDENTIAL

```
 1   relationship to this specific deck.                    08:40:41

 2       Q.   How about a Quip?

 3       A.   I did not search for a Quip relating to

 4   this specific deck either.

 5       Q.   And were you able to determine what, if       08:40:57

 6   anything, was done with this evaluation that's

 7   contained in this PowerPoint by Facebook?

 8            MR. SCHWING:  Object to form.

 9            THE DEPONENT:  In talking to the -- to

10   the people involved, my understanding is that         08:41:16

11   this -- this PowerPoint does not -- was -- did not

12   go on to be used to determine which apps should or

13   should not be whitelisted.

14       Q.   (By Mr. Loeser)  And yet you didn't talk

15   about the PowerPoint specifically with anyone that    08:41:33

16   you talked to to prepare for your testimony, right?

17            MR. SCHWING:  Object to form.

18            THE DEPONENT:  I spoke to Mr. Archibong

19   about his recollection around the time and how

20   decisions were made, and he does not recall a         08:41:52

21   formal framework being used ultimately to make --

22   make decisions.

23       Q.   (By Mr. Loeser)  You didn't say

24   Mr. Archibong, have you seen this PowerPoint

25   before, right?                                        08:42:08
```

Page 1178

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Asked and answered.         08:42:15

2              THE DEPONENT:  As I said, I did not show

3      this PowerPoint to -- to Mr. Archibong.

4         Q.  (By Mr. Loeser)  You didn't say

5      Mr. Archibong, what do you think about the analysis   08:42:22

6      that's contained in the PowerPoint, right?

7         A.   Me and Mr. Archibong talked about how,

8      his recollection of how decisions were made and

9      ultimately what considers -- and what factors and

10     considerations were -- were included.  I -- I did   08:42:45

11     not specifically show him this PowerPoint.

12        Q.   Mr. Cross, isn't it a fact that Facebook

13     treated certain developers specially based on their

14     value to Facebook and ad spend?

15             MR. SCHWING:  Object to form.              08:43:07

16             THE DEPONENT:  It's true that Facebook

17     whitelisted certain apps for having access to

18     additional information.  But I'm -- I'm not aware

19     of -- in terms of the friends' information whether

20     or not that was in any way related to -- to         08:43:34

21     ad spend.

22        Q.   (By Mr. Loeser)  And so you don't know

23     one way or the other?

24             MR. SCHWING:  Object to form.

25             THE DEPONENT:  Sorry, I'm not sure I        08:43:46
```

Page 1179

```
 1   understand.                                       08:43:48

 2        Q.   (By Mr. Loeser)  So you don't know if, in

 3   fact, certain developers were treated specially

 4   based on their value to Facebook and ad spend,

 5   right?                                            08:43:59

 6            MR. SCHWING:  Object to form.

 7            THE DEPONENT:  Are you talking to the

 8   people involved in terms of apps that were

 9   whitelisted for extensions or exemptions to API

10   version 1, there was -- from the people I've spoken  08:44:15

11   to, there is nothing about their impact on ad spend

12   that was involved in the decision to whitelist

13   them.

14        Q.   (By Mr. Loeser)  And is that a question

15   that you asked?                                   08:44:34

16        A.   Yes, I asked people whether or not they

17   recall revenue being involved in the ultimate

18   decision to whitelist apps for access to friend

19   data, and I was not able -- everybody suggested to

20   me that -- that I spoke to that that was not the  08:44:56

21   case.

22        Q.   And the people that you spoke to are

23   Ime Archibong and who else?

24        A.   I spoke to Ime Archibong.  I spoke to

25   Francisco Varela, and a number of other people    08:45:20
```

Page 1180

```
 1    whose -- whose names in relation to this, I can't        08:45:26

 2    recall right now.

 3         Q.   And did you ask them if ad spend was

 4    taken into the account in the decision to whitelist

 5    any partners?                                            08:45:35

 6         A.   Yes, my understanding is that from --

 7    from the people I spoke to, ad spend was -- was not

 8    taken into account in a decision to whitelist

 9    anyone for an extension to -- or exemption from

10    the -- the changes in API version 1 to 2 with           08:45:56

11    respect to friends data.

12         Q.   And who specifically told you ad spend

13    wasn't taken into account?

14         A.   Mr. Archibong talked to me about ad spend

15    not being a deciding factor.  I'm sorry, he was one     08:46:17

16    of people who said that.

17         Q.   And you said "deciding factor."

18              Does that mean the same thing to you as

19    taken into account?

20         A.   Yes, that would mean the same thing to me     08:46:34

21    as taken into account in terms of the ultimate

22    decision to grant access.

23         Q.   And have you examined the number of

24    whitelisting partners that had significant ad spend

25    on the Facebook platform?                               08:46:52
```

```
 1                MR. SCHWING:  Object to form.          08:46:55

 2                THE DEPONENT:  I'm not sure what you mean

 3       by partners who have significant ad spend on the

 4       Facebook platform.

 5           Q.   (By Mr. Loeser)  Okay.  How would you     08:47:08

 6       describe partners paying money to Facebook for

 7       advertising on the platform?

 8                MR. SCHWING:  Object to form.

 9                THE DEPONENT:  So companies often buy ads

10       with Facebook, and that's handled by the -- the    08:47:28

11       advertising arm of the business.  So I think that's

12       what we mean...

13           Q.   (By Mr. Loeser)  Okay.  And has Facebook

14       examined the number of whitelisted partners that

15       paid money to Facebook for advertising on the      08:47:45

16       Facebook platform?

17                MR. SCHWING:  Object to form.

18                THE DEPONENT:  I mean, many organizations

19       spend -- spend money with Facebook on -- in some

20       way.  So I'm kind of -- I'm not entirely sure how  08:48:04

21       to answer the question.

22           Q.   (By Mr. Loeser)  Well, let me ask it

23       again.  And I -- it's -- I'm trying to ask you a

24       very straightforward simple question, which is just

25       if Facebook has examined the number of whitelisted 08:48:13
```

Page 1182

```
 1    partners that paid money to Facebook to advertise        08:48:20

 2    on the Facebook platform, is that an examination

 3    that Facebook has conducted?

 4              MR. SCHWING:  Vague.

 5              THE DEPONENT:  I'm not aware of -- of a          08:48:35

 6    specific evaluation that was done with respect to

 7    whitelisting parties and ad spend.

 8         Q.   (By Mr. Loeser)  Is that an evaluation

 9    that Facebook is capability of doing?

10              MR. SCHWING:  Object to form.  Outside          08:48:56

11    the scope.

12              THE DEPONENT:  I don't know exactly how

13    our -- our advertising systems work.  I -- I'm not

14    sure -- I wouldn't be able to confirm if that's

15    something Facebook would be able to do.                   08:49:10

16         Q.   (By Mr. Loeser)  Who would you ask to

17    find out if that's an analysis that Facebook was

18    capable of doing?

19         A.   Again, I'm not entirely clear on the --

20    the analysis that -- that was suggesting could be         08:49:36

21    done.  So it's hard for me to suggest what I would

22    do next.  This is relatively vague in terms of,

23    like, the time and objectives that we were

24    suggesting.

25         Q.   Does Facebook keep track of the amount of       08:50:03
```

Page 1183

HIGHLY CONFIDENTIAL

```
 1    money that its partners pay to Facebook?          08:50:05

 2            MR. SCHWING:  Outside of the scope.

 3            THE DEPONENT:  Can you help me understand

 4    by what you mean by "partners and pay," in what

 5    context?                                          08:50:23

 6        Q.   (By Mr. Loeser)  In the context of the

 7    conversation we're having about whitelisted

 8    partners.  And, again, I'm just trying to sort out

 9    what Facebook is capable of identifying.

10            So tell me if I'm wrong.  Facebook keeps   08:50:34

11    track of money received from any partners,

12    including its whitelisted partners, right?

13        A.   Again, Facebook keeps -- Facebook will

14    track revenue spent on ads by -- by corporations

15    and companies and -- and entities.  So that's part 08:50:57

16    of the standards -- Facebook's standards --

17    standard business practices for running an ad

18    system.

19            By "partners," I assume you mean entities

20    that Facebook worked with as part of the Facebook   08:51:14

21    developer platform.  And so if -- if that's what

22    you mean -- well, first of all is that what you

23    mean?

24        Q.   Here's what I mean.  Facebook has

25    identified all of the apps and partners that it     08:51:30
```

Page 1184

```
 1   whitelisted for access to friend data, right.  We        08:51:34

 2   went through that the other day.

 3        A.   Yes, Facebook has -- has enacted an

 4   exhaustive effort to identify apps and partners

 5   that were whitelisted for access to friend data.         08:51:47

 6        Q.   So what would Facebook need to do to also

 7   identify for those very same entities the revenue

 8   spent on ads on the Facebook platform?

 9             MR. SCHWING:  Outside the scope.  Object

10   to form.                                                 08:52:04

11             THE DEPONENT:  Again, in that context,

12   it's hard for me to know exactly what -- what

13   Facebook would do.  Apart from the -- but the

14   conversation with the -- between the -- the teams

15   that run the Facebook advertising business and the       08:52:25

16   teams that maintain the Facebook developer

17   platform.

18        Q.   (By Mr. Loeser)  Before 2018, did

19   Facebook have a comprehensive list of all app

20   capability pairs that it had granted?                    08:52:40

21        A.   Yes, my understanding is that Facebook

22   had a -- a comprehensive list of all capability app

23   pairs that had been granted.

24        Q.   And how was that maintained before 2018?

25        A.   That was maintained through the               08:53:03
```

HIGHLY CONFIDENTIAL

```
 1    capabilities tool.                              08:53:05

 2        Q.   And before 2018, did Facebook

 3    systematically track which capabilities emitted

 4    user data and which third parties had access to

 5    that data?                                      08:53:17

 6             MR. SCHWING:  Compound.

 7             THE DEPONENT:  The capabilities tool did

 8    not have a determination at the time as to whether

 9    or not the capability exposed additional user data.

10        Q.   (By Mr. Loeser)  And when you say "at    08:53:39

11    that time," what was the time -- you're saying

12    prior to 2018 the capability tool didn't have that

13    information; is that right?

14             MR. SCHWING:  Vague.

15             THE DEPONENT:  I think -- sorry, Austin.  08:53:52

16             MR. SCHWING:  I said objection.  Vague.

17             Go ahead and answer, if you're able to.

18             THE DEPONENT:  Prior to I think 2018 when

19    that specific field was introduced into the

20    capability tool, there was not a systemic way to   08:54:10

21    identify which capabilities had emitted additional

22    use data.

23        Q.   (By Mr. Loeser)  Before 2018 did Facebook

24    have a formalized process for requirements for

25    determining which third parties would receive     08:54:29
```

Page 1186

| | | |
|---|---|---|
| 1 | certain capabilities? | 08:54:32 |
| 2 | A. There was a process by which a capability | |
| 3 | would be granted to an application which was | |
| 4 | standard at the time. | |
| 5 | Q. And what was that process? | 08:54:53 |
| 6 | A. A Facebook employee would request that | |
| 7 | the capability be added to the app, and then | |
| 8 | another Facebook employee typically would approve | |
| 9 | that request. | |
| 10 | Q. And this was -- was this a written | 08:55:09 |
| 11 | process, a formal process? | |
| 12 | A. That mechanism was -- was instituted by | |
| 13 | the way the capability tool worked. I wouldn't say | |
| 14 | it was a written process. | |
| 15 | Q. And when you say "an employee would | 08:55:28 |
| 16 | request, an employee would grant." | |
| 17 | What category of employee could request | |
| 18 | and what category of employee could grant? | |
| 19 | MR. SCHWING: Object to form. | |
| 20 | THE DEPONENT: My understanding at the | 08:55:45 |
| 21 | time, is technically any employee could request a | |
| 22 | capability be added to an app. And then a limited | |
| 23 | number of people had the ability to -- to approve | |
| 24 | that request. | |
| 25 | Q. (By Mr. Loeser) And who were the limited | 08:56:01 |

Page 1187

```
 1    people who could approve the request?                08:56:02

 2          A.    I'm not sure which people at which times

 3    had -- had that -- had those -- had that power.

 4          Q.    What were their positions?

 5          A.    Again, the -- the positions of the people   08:56:25

 6    in terms of their job titles would have varied

 7    depending on which specific people had that -- had

 8    that ability at the time.  So it's hard for me to

 9    say.

10          Q.    And when a -- when a certain capability     08:56:42

11    was made available, was there a written report or

12    record of the reason why the capability was made

13    available?

14          A.    The capability tool includes a

15    description of -- of most capabilities which          08:57:08

16    explained ahead of what that capability did.

17          Q.    And when did it -- when did the tool

18    start including that description?

19          A.    The description field as I understand it

20    was -- was there from the inception of the tool,      08:57:29

21    but not every capability would have -- would have

22    had a -- necessarily had a written description for.

23          Q.    Previously you indicated you were not

24    prepared to testify on when, if ever, Facebook

25    deprecated all APIs that emit friend data.            08:57:51
```

Veritext Legal Solutions
866 299-5127

```
 1              Do you remember that testimony?          08:57:55

 2         MR. SCHWING:  Object to form.

 3         THE DEPONENT:  I don't recall

 4    specifically saying that, I'm afraid.  But...

 5         Q.  (By Mr. Loeser)  Can you testify as to    08:58:12

 6    when, if ever, Facebook deprecated all APIs that

 7    emit friend data?

 8         A.   I can talk through the processes that

 9    Facebook has gone through since 2018 to

10    dramatically limit the amount of information made   08:58:32

11    available to third-party apps.

12         Q.   And you've done that.  And my question is

13    a little different than that.

14              And, again, I -- I'm asking you again

15    because of some correspondence with your counsel   08:58:48

16    which seems to suggest that this is a question that

17    you can answer, or that it would be difficult to

18    answer, or that you might be able to answer, I just

19    want to drill down and figure out if you can -- if

20    you can answer it or not.                          08:58:59

21              Can you identify when, if ever, Facebook

22    deprecated all APIs that emit friend data?

23         MR. SCHWING:  Object to form.

24         Go ahead, Mr. Cross.

25         THE DEPONENT:  Yes, I have -- speaking to      08:59:14
```

Page 1189

| | | |
|---|---|---|
| 1 | people involved I've identified the -- the APIs | 08:59:16 |
| 2 | that emit friend data, and I understand when they | |
| 3 | were deprecated and when third-party apps were | |
| 4 | removed from the whitelists relating to those APIs. | |
| 5 | Q.   (By Mr. Loeser)  Okay.  And has -- we | 08:59:37 |
| 6 | talked about a number of APIs that you had | |
| 7 | previously indicated continue to emit friend data | |
| 8 | after 2018.  And can you -- can you tell me as to | |
| 9 | those APIs, has Facebook, in fact, deprecated them | |
| 10 | at this point so that they no longer emit friend | 08:59:52 |
| 11 | data? | |
| 12 | A.   Yes, I can.  So the -- the first master | |
| 13 | in here is in April 2018, when the friend | |
| 14 | permissions were deprecated and removed, such that | |
| 15 | they had no effect for any app regardless of any | 09:00:12 |
| 16 | whitelist they were on.  And so that happened the | |
| 17 | last day that -- those permissions had any effect | |
| 18 | was the -- was the 28th of March 2018. | |
| 19 | Q.   Okay.  And what about the other APIs that | |
| 20 | we talked about that -- that also emit friend data. | 09:00:34 |
| 21 | Do you remember what those were? | |
| 22 | A.   I can give some examples of -- of APIs I | |
| 23 | think are pertinent here.  So the two others that | |
| 24 | we talked about previously were the invitable and | |
| 25 | tagable friends APIs.  Those were changed on the -- | 09:00:51 |

Veritext Legal Solutions
866 299-5127

```
1    the 4th of April 2018 at -- such that regardless        09:00:57

2    of -- of any whitelist as I understand it, those

3    APIs would return no information.

4            MR. SCHWING:  Sorry, Mr. Loeser you're on

5    mute.                                                     09:01:32

6            MR. LOESER:  Sorry.

7        Q.   (By Mr. Loeser)  You identified invitable

8    friends and tagable friends, and we -- we talked

9    about a number of other APIs that you also

10   testified emit friend data, including events and          09:01:39

11   groups and user posts, user photos and so on.

12           As to all those other APIs that you

13   previously identified, has Facebook deprecated all

14   of them as well at this point?

15       A.   Yes, my understanding is that the -- the        09:01:59

16   ability for an app to read likes and comments by

17   friends on a users own photos is also no longer

18   available.

19       Q.   And when was that deprecated?

20       A.   At the -- the -- the deprecation took           09:02:25

21   place on the -- the 4th of April as I understand it

22   2018.

23       Q.   Okay.  And the other APIs that you talked

24   about?

25       A.   So the groups API was updated in -- later       09:02:42
```

Page 1191

HIGHLY CONFIDENTIAL

```
1    in 2018.  Particularly on the 1st of May, such that        09:02:47

2    a new permission was required for apps to access

3    the profile information of somebody who had posted

4    in a group and, that change rolled out soon after

5    that.                                                        09:03:13

6         Q.   And when you say the "1st of May" of what

7    year?

8         A.   Oh, sorry, my understanding is that

9    permission was announced and those changes made on

10   the 1st of May 2018.                                         09:03:23

11        Q.   And how about private API capabilities

12   that emit friend data, have those all now been

13   deprecated?

14        A.   So the first thing to say is the -- the

15   change to the friend permissions on the 28th of            09:03:44

16   March 2018 would have effected all apps regardless

17   of white- -- whitelisting specifically with regard

18   to the friend permissions.  So the friend

19   permissions private or public had no effect for any

20   app after the 28th of March 2018.                          09:04:05

21        Q.   Okay.  And is there any other way other

22   than friend permissions that private API

23   capabilities would emit friend data?

24        A.   So one other way is access to the

25   newsfeed API, which we talked about previously,            09:04:23
```

Page 1192

```
 1   read stream.  My understanding is that the -- the        09:04:26

 2   final app was removed, the final third-party app

 3   was removed from that whitelist in January 2020.

 4       Q.   And when you say "the final app in

 5   January 2020," what was the final app, do you know?      09:04:50

 6       A.   My understanding is the last app to be

 7   removed was Tobii, T-O-B-I-I, which was an

 8   accessibility app for people with ALS.

 9       Q.   And how about between March of 2018 and

10   January 2020, how many apps or partners continued        09:05:06

11   to have access to those capabilities during that

12   timeframe, do you know that?

13       A.   The process to wind down partner

14   integrations began in April 2018 and continued over

15   2018 and early 2019.  Exactly I can't remember the       09:05:29

16   exact numbers of -- of which apps were -- were

17   included.  But my understanding is that that

18   program or the whitelisting program was wound down

19   probably by the end of 2018.

20       Q.   And, Mr. Cross, are there any other ways         09:05:53

21   that friend data is emitted by Facebook other than

22   those that you've described that are ongoing?

23       A.   The answer to that question is -- is a

24   little complicated depending on the precise --

25   precise definition of -- of friend data.                 09:06:14
```

Page 1193

| | | |
|---|---|---|
| 1 | And so -- so that makes it hard to answer | 09:06:17 |
| 2 | your question in -- in the affirmative. | |
| 3 | Q.   Okay.  Well, what are the ways in which | |
| 4 | friend data is still emitted?  And if to answer | |
| 5 | that question you have to explain what friend data | 09:06:38 |
| 6 | means in that context, please do so. | |
| 7 | A.   So using the definition of -- of friend | |
| 8 | data which is information -- somebody else's | |
| 9 | information which a user emits or could emit to a | |
| 10 | third-party application by nature of them being a | 09:07:01 |
| 11 | friend, my understanding is that Facebook has | |
| 12 | removed all the ways in which a users friends data | |
| 13 | would be emitted to a third-party app to the nature | |
| 14 | of them being a friend. | |
| 15 | Q.   Okay.  And you said that your answer | 09:07:25 |
| 16 | "depended on how you define friend data." | |
| 17 | So is there another definition of friend | |
| 18 | data that you have in mind which if applied would | |
| 19 | lead you to testify that friend data continues to | |
| 20 | be emitted now? | 09:07:40 |
| 21 | A.   Again, it's -- it depends what you mean | |
| 22 | by what's meant by friend data.  What I'm referring | |
| 23 | to here is information that's posted or entered by | |
| 24 | a users friend, which would be emitted by the | |
| 25 | nature of them being a friend to a third party. | 09:08:08 |

Page 1194

HIGHLY CONFIDENTIAL

```
 1        Q.   And, again, I'm just trying to understand      09:08:20

 2   your earlier testimony.

 3             So is there some other type of friend

 4   data that continues to be emitted today?

 5        A.   For example, if I managed a page and I        09:08:37

 6   had an app managing my page, and one of my friends

 7   posted publicly on that page, it's possible that an

 8   app would have access to that public content.

 9             So that's the example of -- of

10   information that's about a friend which might be        09:09:03

11   emitted.

12        Q.   Can you think of any other examples?

13        A.   That's really the -- the example I can

14   think of.

15        Q.   Mr. Cross, I asked you previously about       09:09:22

16   the factors that led Facebook to deprecate APIs

17   that emit friend data after the Cambridge Analytica

18   scandal, and you were not prepared at the time to

19   testify; however, I understand that you are now

20   able to testify to that.  If I -- if I understand       09:09:36

21   that correctly, could answer that question?

22             MR. SCHWING:  Object to the form of the

23   question.

24             Derek, I hesitate here, but let me just

25   try to be helpful.  And in the interest -- I            09:09:58
```

Page 1195

```
1     just -- if -- if you can just ask him the question        09:10:02

2     as opposed to --

3              MR. LOESER:  Sure.  Sure.

4              MR. SCHWING:  -- having representations

5     of counsel that's my problem with it, okay.                09:10:05

6              MR. LOESER:  Yeah, and I appreciate that.

7     And I'm not trying to pick a fight with you.  I was

8     just trying to make sure that --

9              MR. SCHWING:  Yeah.  No, I --

10             MR. LOESER:  I'm not trying to ask him            09:10:14

11    questions that he's not able to answer.  I'm trying

12    to --

13             MR. SCHWING:  Yeah.

14             MR. LOESER:  -- ask questions now which

15    he is able to answer based on our communications.          09:10:17

16       Q.  (By Mr. Loeser)  So let me just ask

17    again.

18             Mr. Cross, what are the factors that led

19    Facebook to deprecate APIs that emit friend data

20    after the Cambridge Analytica scandal?                     09:10:28

21       A.   In 2018 following the situation around

22    Cambridge Analytica, the company reevaluated its

23    API developer -- its API surface area.

24             A number of the reasons why some of those

25    partnerships had built -- had been built, for             09:10:55
```

| | | |
|---|---|---|
| 1 | example, the device integrations.  They were built | 09:10:57 |
| 2 | in a -- in a world where there were many more | |
| 3 | mobile operating systems out there.  By 2018 most | |
| 4 | people were using iOS and Android. | |
| 5 | And there were concerns raised around the | 09:11:20 |
| 6 | Cambridge Analytica situation that indicated that | |
| 7 | there were concerns with how information was shared | |
| 8 | with third parties.  And Facebook under -- | |
| 9 | undertook a solid evaluation or reevaluation as to | |
| 10 | whether or not those should continue. | 09:11:45 |
| 11 | Q.   Mr. Cross, was it wrong for Facebook to | |
| 12 | publicly state it was getting rid of apps ability | |
| 13 | to get Facebook user data from users friends when, | |
| 14 | in fact, it continued to allow a number of apps to | |
| 15 | do just that? | 09:12:05 |
| 16 | MR. SCHWING:  Lacks foundation.  Vague. | |
| 17 | Outside of the scope of the deposition. | |
| 18 | THE DEPONENT:  I'm not aware of | |
| 19 | statements that were made -- statements that | |
| 20 | Facebook has made to -- to that effect. | 09:12:22 |
| 21 | Q.   (By Mr. Loeser)  Respectfully, Mr. Cross, | |
| 22 | that's not the question I asked you. | |
| 23 | So I'll ask the question again, and if | |
| 24 | you can answer the question, I would appreciate it. | |
| 25 | Was it wrong for Facebook to publicly | 09:12:37 |

Page 1197

HIGHLY CONFIDENTIAL

```
 1   state it was getting rid of apps ability to get          09:12:39

 2   Facebook user data from users friends when, in

 3   fact, Facebook continued to allow a number of apps

 4   to do just that?

 5           MR. SCHWING:  Outside of the topics of 6         09:12:53

 6   and 7.

 7           THE DEPONENT:  Again, I'm not aware of --

 8   of a statement that -- that Facebook's made to --

 9   that would indicate Facebook believes that that's

10   the case.                                                09:13:07

11       Q.   (By Mr. Loeser)  Mr. Cross, I'm not

12   asking you if you're aware of the statement

13   Facebook has made.  I'm asking you as Facebook's

14   corporate designee, whether it was wrong for

15   Facebook to publicly state it was getting rid of         09:13:17

16   apps ability to get Facebook user data from the

17   users friends when, in fact, Facebook continued to

18   allow a number of apps to do just that?

19           MR. SCHWING:  Vague.  Lacks foundation.

20   Outside the scope of the definition.                     09:13:32

21           THE DEPONENT:  I -- I -- I'm afraid, I

22   don't work in -- in corporate communications, and

23   so I'm not an expert in what statements Facebook

24   made or should have made around -- around this

25   time.  As I said, I'm not aware of statements that       09:13:52
```

| | | |
|---|---|---|
| 1 | Facebook has made to indicate that. | 09:14:00 |
| 2 | Q.   (By Mr. Loeser)  And, Mr. Cross, are you | |
| 3 | unable to testify as Facebook's corporate designee | |
| 4 | as to whether it was wrong for Facebook to state it | |
| 5 | was getting rid of apps ability to get Facebook | 09:14:11 |
| 6 | user data from a users friends when, in fact, | |
| 7 | Facebook continued to allow a number of apps to do | |
| 8 | just that? | |
| 9 | MR. SCHWING:  Outside of the scope of | |
| 10 | topics 6 and 7.  And lacks foundation. | 09:14:24 |
| 11 | THE DEPONENT:  As I said like -- I'm | |
| 12 | not -- I don't feel comfortable giving an answer on | |
| 13 | behalf of the company there.  I've given -- I'm not | |
| 14 | an expert in, or I'm not really working in | |
| 15 | corporate communications or -- really have the | 09:14:46 |
| 16 | expertise required to -- to answer that question | |
| 17 | like that, I'm afraid. | |
| 18 | Q.   (By Mr. Loeser)  Mr. Cross, you testified | |
| 19 | that one reason Facebook gave third parties access | |
| 20 | to friend information after 2014 was to avoid | 09:15:07 |
| 21 | breaking the user experience, right? | |
| 22 | MR. SCHWING:  Object to form. | |
| 23 | THE DEPONENT:  I recall we -- we were | |
| 24 | discussing the -- the reasons for giving some apps | |
| 25 | additional time to migrate between API version 1 | 09:15:28 |

Page 1199

```
 1    and version 2.                                    09:15:33

 2        Q.   (By Mr. Loeser)  So that the user

 3    experience will not be broken?

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  My understanding is --    09:15:39

 6    sorry.  My understand is that's one of the reasons

 7    why Facebook allowed apps extra time to transition

 8    from version 1 to version 2.

 9        Q.   (By Mr. Loeser)  So for third parties who

10    received friend information after 2014, their user  09:15:56

11    experience was not broken, right?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  So I'm not -- I'm not sure

14    I understand the question since -- can you -- I'm

15    not sure I understand the question.               09:16:13

16        Q.   (By Mr. Loeser)  You understand what it

17    means to break the user experience, right?

18        A.   Different applications behave in

19    different ways when the API is -- is changed for

20    them.                                             09:16:28

21        Q.   And APIs that -- that apps that depend on

22    friend information if the friend information no

23    longer is available that breaks the user

24    experience, right?

25        A.   It could break the user experience.     09:16:41
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    Again, the precise way in which the application was      09:16:43

 2    effected would be different from application to

 3    application.

 4        Q.   Okay.  But for an app that depends upon

 5    friend data, if that app was continued to              09:16:53

 6    allowed -- continued to have access to friend data,

 7    than the user experience would not be broken,

 8    right?

 9            MR. SCHWING:  Object to form.

10            THE DEPONENT:  Typically where an app is       09:17:08

11    built to work with a particular version of an -- or

12    a particular way an API works and then that API

13    doesn't change, then the behavior of the app also

14    would not change.

15        Q.   (By Mr. Loeser)  Okay.  And there were        09:17:23

16    many third-party applications who before 2015

17    relied on nonapp friend information for their user

18    experience, right?

19        A.   There were applications built prior --

20    prior to 2014 which reviewed friends information in    09:17:41

21    various ways.

22        Q.   And not just various ways but for the

23    user experience, right?

24        A.   Some apps would have used that

25    information very much in the user experience.          09:18:01
```

Veritext Legal Solutions
866 299-5127

```
 1          Q.   Mr. Cross, not all those third parties        09:18:04

 2     received an extension or access to a private API,

 3     right?

 4          A.   Facebook gave developers a year to

 5     transition from API version 1 to version 2.           09:18:20

 6          Q.   Okay.  And not all apps received

 7     extensions beyond that time period, right?

 8          A.   Not all apps were -- were given

 9     additional time to migrate.

10          Q.   And so for those apps that relied on         09:18:36

11     friend information for the user experience that did

12     not receive an extension beyond a year, the -- the

13     user experience was broken for those apps, right?

14               MR. SCHWING:  Object to form.

15               THE DEPONENT:  I don't think that's an       09:18:59

16     appropriate characterization to make.  Many

17     developers updated their application, such that it

18     continued to -- to operate.

19          Q.   (By Mr. Loeser)  But for those that

20     depended on the same nonapp friend information that    09:19:15

21     they got before the transition to the new platform,

22     the user experience was broken for those apps,

23     right?

24               MR. SCHWING:  Object to form.

25               THE DEPONENT:  No, I don't think that's      09:19:31
```

Veritext Legal Solutions
866 299-5127

```
 1      an appropriate characterization to make.  Apps --        09:19:33

 2      developers were in many cases up -- able to update

 3      their application such that it did not rely on

 4      access to that information.

 5           Q.   (By Mr. Loeser)  So there were no apps          09:19:49

 6      for which the user experience was broken as a

 7      result of not providing the app with private API

 8      for that information?

 9                MR. SCHWING:  Object to form.

10                THE DEPONENT:  That's also not quite what       09:20:04

11      I said.  I said that many -- many developers were

12      able to update their application.  Others choose

13      to -- chose to stop offering their application.

14      And there would have been some developers who did

15      none of those things.  And their application would       09:20:19

16      behave in different ways depending on exactly how

17      their application was built.

18           Q.   (By Mr. Loeser)  So how did Facebook

19      decide which user experiences to break and which

20      user experiences not to break when it came to            09:20:31

21      providing friend sharing extensions?

22                MR. SCHWING:  Object to form.

23                THE DEPONENT:  Facebook evaluated -- the

24      partnerships team at Facebook along with the -- the

25      work team, evaluated whether or not it was               09:20:51
```

Veritext Legal Solutions
866 299-5127

```
 1    appropriate to grant an extension typically based        09:20:59

 2    on whether or not the developer had the -- the

 3    ability -- had been able to update their

 4    integration in time, and whether or not more time

 5    would prevent a broken user experience.               09:21:17

 6         Q.   (By Mr. Loeser)  Mr. Cross, have you been

 7    able to figure out what a "T0" partner is?

 8         A.   My understanding is that T0 represents a

 9    categorization by the partnerships team of certain

10    partners of app developers.                           09:22:02

11         Q.   And, Mr. Cross, how many T0 partners were

12    whitelisted for friend data access after 2014?

13         A.   I don't know exactly which apps were

14    categorized as T0 partners or -- or which of them

15    continued to have the access for -- for some period  09:22:23

16    of time.

17         Q.   That's information that Facebook

18    possesses, right?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  I don't know whether or     09:22:34

21    not apps categorized this -- this -- well,

22    developers categorized this -- this T0 as -- as

23    something that Facebook still has access to.

24         Q.   (By Mr. Loeser)  Any reason for you to

25    believe that Facebook cannot identify all of its T0  09:22:54
```

Page 1204

```
 1    partners from 2007 to present?                      09:22:57

 2            MR. SCHWING:  Object to form.

 3            THE DEPONENT:  I'm just not sure what

 4    the -- how -- how lists of what would be considered

 5    T0 partners were -- were kept at various times, in   09:23:11

 6    the concept of T0 is not something that's existed

 7    from 2007 onwards.

 8            Sorry, consistently existed from 2007

 9    onwards.

10       Q.  (By Mr. Loeser)  Mr. Cross, does             09:23:30

11    Jackie Chang still work for Facebook?

12       A.  I'm -- I think she may still work for

13    Facebook but is on maternity leave.

14       Q.  And to prepare for your testimony

15    regarding friend sharing and whitelisting, did you  09:23:46

16    speak with Jackie Chang?

17       A.  I did not speak with Jackie Chang.  As I

18    understand she's -- she's currently on leave.

19       Q.  Is that the reason why you didn't try to

20    speak with her?                                      09:24:02

21       A.  Typically if someone is on leave, I would

22    generally like to leave them on leave.

23       Q.  And do you know when she returns from

24    leave?

25       A.  I -- I'm not sure when she returns from     09:24:19
```

Page 1205

HIGHLY CONFIDENTIAL

```
 1   leave, I'm afraid.                                    09:24:22

 2              MR. LOESER:  Why don't we go off the

 3   record.

 4              THE VIDEOGRAPHER:  Okay.  We're off the

 5   record.  It's 9:24 p.m.                               09:24:38

 6              (Recess taken.)

 7              THE VIDEOGRAPHER:  We're back on the

 8   record.  It's 9:34 p.m.

 9                        EXAMINATION

10   BY MR. SCHWING:                                       09:34:07

11       Q.   Mr. Cross, I just have a couple of

12   follow-up questions.  Earlier you gave some

13   testimony regarding site bar in the gatekeeper

14   tool, and you indicated that there was some

15   migration information into the capabilities tool.    09:34:19

16              Do you remember that testimony?

17       A.   Yes, I recall being asked.

18       Q.   Can you explain further the migration

19   that took place then?

20       A.   So my understanding is that -- between       09:34:37

21   2018 and '19 an effort was undertook to migrate any

22   site bars or gatekeepers which refied to the API

23   behavior for a given app ID, or set of app IDs was

24   migrated into the capability tool and all relevant

25   information was -- was -- was also migrated.          09:35:06
```

Page 1206

```
 1              Such that today, my understanding is the      09:35:09

 2    capability tool is a complete picture of ways in

 3    which apps access to information by the API has

 4    not -- has been managed.

 5        Q.   Were third parties whitelisted for friend      09:35:43

 6    information because of the revenue that they

 7    deliver to Facebook?

 8        A.   No.

 9        Q.   Are third parties whitelisted for friend

10    information because of their advertising spend?         09:35:58

11        A.   No.

12             MR. SCHWING:  I don't have anything

13    further.

14             MR. LOESER:  Brief follow up.

15                  FURTHER EXAMINATION                        09:36:10

16    BY MR. LOESER:

17        Q.   You referred to an effort to migrate, was

18    it site bar -- what was migrated from what to what?

19        A.   So the gatekeeper tool contained a number

20    of gatekeepers, which we used to modify the             09:36:32

21    behavior of the API based on an app ID, and --

22    where Facebook uncovered or identified -- sorry,

23    where Facebook identified gatekeepers that were

24    based on an app ID then that gatekeeper was

25    migrated to be a capability.                            09:36:58
```

Page 1207

```
 1        Q.    And what prompted that migration?           09:37:00

 2        A.    A desire to have a single tool to manage

 3   all of the ways in which the API behavior could be

 4   modified.

 5        Q.    Now, Mr. Cross, in response to             09:37:37

 6   Mr. Schwing's question about revenue, you've

 7   testified that partners were not whitelisted for

 8   friend data because the revenue they deliver to

 9   Facebook.

10             Is that your testimony as Facebook's        09:37:56

11   corporate designee?

12        A.    My understanding from reviewing documents

13   and speaking to people, is the revenue or ad spend

14   was not a determining factor as to whether or not

15   an app was granted access to friends data.           09:38:15

16        Q.    And the basis of your knowledge there,

17   that's not based on your personal knowledge is it?

18        A.    I certainly have no personal knowledge

19   of -- sorry.  Let me put that another way.

20             In my experiences, I'm -- I was not aware   09:38:36

21   of anytime revenue was used to make a whitelisting

22   decision with regards to friends data, and the

23   people I spoke to in -- in preparation for this

24   testimony also concurred with that view.

25        Q.    And those people you spoke to are two      09:39:04
```

Page 1208

```
 1    individuals that you identified before Mr. Mehta      09:39:06

 2    and Mr. Archibong; is that right?

 3            MR. SCHWING:  Misstates testimony.

 4            THE DEPONENT:  Those are two of the

 5    people that I spoke to in preparation for today.      09:39:17

 6        Q.  (By Mr. Loeser)  And is there anybody

 7    else that told you that ad spend and revenue was

 8    not taken into account by Facebook when deciding

 9    which partners to whitelist?

10        A.   I can't recall the names of all the other    09:39:35

11    people I spoke to in -- in preparation for this,

12    but all the people I spoke to, and of all the

13    documents I reviewed, concurs with the -- the

14    understanding that revenue was not taken into

15    account with regards to whitelisting apps to friend  09:39:58

16    information.

17        Q.   Now, Mr. Cross, we went through many,

18    many documents that suggest to the contrary, didn't

19    we?

20            MR. SCHWING:  Argumentative.  Lacks           09:40:11

21    foundation.

22        Q.  (By Mr. Loeser)  Isn't that true,

23    Mr. Cross?

24        A.   We've been through documents which --

25    looked to assess the potential impact of the         09:40:25
```

Page 1209

1    changes.  And -- and some of those documents            09:40:27

2    mentioned revenue as -- as part of the early

3    assessments.

4            But when speaking to the people that were

5    involved in native whitelisting, the revenue from      09:40:44

6    these device integration partners were, or other

7    platform partners, was not considered as part of

8    the decision to -- to grant them access.

9        Q.   And so you're saying that because these

10   two individuals you talked to told you that?           09:41:07

11           MR. SCHWING:   Object --

12       Q.   (By Mr. Loeser)  The documents certainly

13   don't tell you that, do they?

14           MR. SCHWING:   Argumentative.  Lacks

15   foundation.                                             09:41:17

16           THE DEPONENT:   Speaking to people who

17   were involved in -- in the decisions as to why apps

18   ultimately were granted extensions or exemptions

19   they -- the impact on -- on revenue from not doing

20   so, was not an impact.  Was not a factor in the        09:41:40

21   decision-making.

22       Q.   (By Mr. Loeser)  Well, did you -- did you

23   identify any internal documents at Facebook that

24   said what you just said?

25           MR. SCHWING:   Object to form.                  09:41:56

                                        Page 1210

1      Q.    (By Mr. Loeser)  Any?  Did you identify a       09:42:01

2    single document that confirms what you just said?

3              MR. SCHWING:  Same objection.

4              THE DEPONENT:  I reviewed a number of

5    documents.  I -- I don't recall a document that --      09:42:15

6    that says exactly what I just said.  Again,

7    speaking to the -- the people involved and from my

8    own experiences, involved in -- in this time in

9    terms of giving apps -- giving partners continued

10   access to -- to friend data for a period of time as    09:42:41

11   an extension or exemption, the revenue from those

12   partners was -- was not a factor in the

13   decision-making as to whether or not to grant them

14   full access.

15     Q.    (By Mr. Loeser)  Mr. Cross, can you            09:42:55

16   identify even one document generated internally at

17   Facebook that says that ad revenue, ad spend and

18   revenue was not taken into account when deciding

19   which partners to whitelist?

20              MR. SCHWING:  Object to form.  Asked and     09:43:15

21   answered.

22              THE DEPONENT:  I can't identify as I sit

23   here a -- a document that --

24              SPECIAL MASTER GARRIE:  Answer the

25   question.  Yes or no.  It is a simple question,        09:43:26

Page 1211

HIGHLY CONFIDENTIAL

```
 1    answer it accordingly.                          09:43:33

 2          THE DEPONENT:  As I sit here today, I

 3    can't identify a document that -- that says that

 4    specifically.

 5          Q.   (By Mr. Loeser)  Now, Mr. Cross, you say  09:43:46

 6    you talked to two individuals who told you that

 7    revenue and ad spend was not taken into account in

 8    whitelisting decisions.

 9          Has it occurred to you that perhaps

10    they're not telling you the truth?              09:43:56

11          MR. SCHWING:  Object to form.

12          THE DEPONENT:  I suppose -- the people I

13    spoke in preparation for this deposition are people

14    that were involved over -- over a long period of

15    time in how Facebook manages its developer platform  09:44:21

16    and platform partnerships.

17          These people are knowledgeable about

18    their -- about their space and they were effusive

19    in helping me understand their view on how

20    whitelisting decisions were made.               09:44:43

21          And revenue was not considered in the

22    ultimate decision to whitelist.  The documents

23    you're, I think referring to, for example,

24    Ms. Mosseri is -- is a draft document.  It was

25    prepared when the company was attempting to     09:45:07
```

Veritext Legal Solutions
866 299-5127

```
 1    understand the potential impact.  And, you know, my        09:45:13

 2    understanding is that as a result, of my

 3    conversations, revenue was not a factor in deciding

 4    whether or not to grant apps continued access to

 5    friend data.                                               09:45:35

 6         Q.   (By Mr. Loeser)  Mr. Cross, I asked you a

 7    very simple and straightforward question.  Would

 8    you like me to read it back to you so that you can

 9    answer it?  I'll ask it again.

10         Mr. Cross, you say, you talked to two             09:45:47

11    individuals who told you that revenue and ad spend

12    was not taken into account in whitelisting

13    decisions.

14         Has it occurred to you that perhaps they

15    are not telling you the truth?                             09:45:58

16         MR. SCHWING:  The question is

17    argumentative.

18         THE DEPONENT:  I have no reason --

19         SPECIAL MASTER GARRIE:  Answer the

20    question.                                                  09:46:09

21         THE DEPONENT:  I have no reason to doubt

22    they were telling me the truth.

23         Q.   (By Mr. Loeser)  And, Mr. Cross, when you

24    spoke to those two individuals, did you bring to

25    their attention the series of documents that we       09:46:19
```

Page 1213

1    sent over to you before your deposition that talked          09:46:22

2    about the identification of strategic partners and

3    the revenue received from them in whitelisting

4    decisions?

5        A.   And so I think the last of what you said          09:46:40

6    there is -- is not -- I'm not sure I fully

7    understand.  We -- the -- I'm sorry.  I -- that was

8    about three things in that -- in that question

9    which -- which I would like to unpick.

10           Can you ask me the question again,          09:46:58

11    please.

12       Q.   Mr. Cross, were you provided with any

13    contemporaneous -- contemporaneous written record

14    from the people you spoke to about the basis for

15    whitelisting decisions that indicated that revenue          09:47:26

16    and ad spend was not taken into account in making

17    those decisions?

18       A.   Was I provided with any

19    contemporaneous -- like -- sorry.  I'm -- I'm

20    really -- I'm really just not sure I'm          09:47:45

21    understanding that question.

22       Q.   Okay.  By "contemporaneous," I mean at

23    the time the whitelisting decisions were made, were

24    you provided with any written record from the time

25    at which whitelisting decisions were made that          09:47:59

                                        Page 1214

1    indicated that ad revenue -- that ad spend and          09:48:01

2    revenue was not taken into account in the

3    whitelisting decisions?

4         MR. SCHWING:  Object to form.

5         THE DEPONENT:  I was not provided with --          09:48:16

6    with -- with documents that -- that state that

7    ad revenue was not included in the decision-making.

8         Although my -- again, my conversations

9    and the documents I've reviewed talk about what

10   factors were included, it would not necessarily be      09:48:37

11   normal for them to be explicit, that was not

12   included.

13        Q.   (By Mr. Loeser)  And, Mr. Cross, when

14   conducting your own investigation to determine if

15   you had been told the truth, did you go find out        09:48:53

16   how much money the whitelisted partners had paid to

17   Facebook after 2014?

18        MR. SCHWING:  Object to form.

19        THE DEPONENT:  I, in preparation for this

20   case, did not attempt to find out how much revenue      09:49:17

21   these partners -- certain partners had paid

22   Facebook over time.  And because from my own

23   observations in speaking to the people involved,

24   the decisions to whitelist were based on the desire

25   to keep valuable integrations running and to            09:49:42

Page 1215

| | |
|---|---|
| 1 | minimize broken experiences for widely used apps, | 09:49:51 |
| 2 | and to give developers, some developers additional |
| 3 | time to migrate. |
| 4 | In -- in none of that -- none of those in |
| 5 | the documents that I reviewed about the time in | 09:50:08 |
| 6 | terms of whitelisting decisions, was -- was revenue |
| 7 | mentioned in relation to friend data. |
| 8 | Q.   (By Mr. Loeser)  Mr. Cross, I'm going to |
| 9 | ask you one more time.  And I would like a |
| 10 | yes-or-no answer to a yes-or-no question. | 09:50:24 |
| 11 | And then we can be finished for the |
| 12 | night. |
| 13 | In conducting your own investigation to |
| 14 | determine if you had been told the truth, did you |
| 15 | go find out how much money the whitelisted partners | 09:50:34 |
| 16 | had paid to Facebook after 2014, yes or no? |
| 17 | MR. SCHWING:  Argumentative. |
| 18 | THE DEPONENT:  No, I did not conduct an |
| 19 | investigation into how much money those partners |
| 20 | had spent on ad revenue. | 09:51:00 |
| 21 | MR. LOESER:  Thank you.  Those are the |
| 22 | questions I have. |
| 23 | Just noting for the record, Mr. Schwing, |
| 24 | we do have concerns about the ability of the |
| 25 | witness to testify as to certain topics.  I won't | 09:51:14 |

Page 1216

```
 1    take anymore of his time right now on the record.        09:51:17

 2    We can talk about that later, but obviously reserve

 3    the right based on our ongoing conversations to --

 4    to have more questions of perhaps another witness.

 5           But I appreciate Mr. Cross's time.  I            09:51:29

 6    know this has been a -- a long deposition, and

 7    thank you very much for your willingness to

 8    participate.  And that's all I have for the night.

 9           MR. SCHWING:  And, Derek, obviously we --

10    we reserve all rights and with respect to the issue      09:51:44

11    you raised and we're happy to discuss that with you

12    off the record at a later time.

13           One housekeeping item is, I would suggest

14    that the witness be given 45 days to review his

15    testimony.  I think that's what we've been doing         09:52:00

16    for the most part in the case --

17           SPECIAL MASTER GARRIE:  30 days.

18           MR. SCHWING:  -- provide any corrections.

19           SPECIAL MASTER GARRIE:  I think Gibson

20    requested 30 days.                                       09:52:11

21           MR. SCHWING:  Well, Special Master

22    Garrie, I think we actually were using 45.  The

23    last time I got on with Mr. Cross I said 30 days

24    because I was the new guy, and didn't realize what

25    we had been doing.                                       09:52:21
```

                                                    Page 1217

```
 1              SPECIAL MASTER GARRIE:  Is that in the        09:52:22

 2   protocol?  There was an explicit request in the

 3   protocol.  I can't remember what it is.

 4              MR. SCHWING:  Yeah.

 5              SPECIAL MASTER GARRIE:  But I know you         09:52:28

 6   added specific language for that request, so

 7   whatever it is -- it is.

 8              MR. LOESER:  We can go off the record and

 9   we can --

10              MR. SCHWING:  Yeah, and the other --          09:52:36

11   well, before we go off the record -- we're still on

12   the record, right?

13              SPECIAL MASTER GARRIE:  Still on the

14   record.

15              MR. SCHWING:  The testimony and documents     09:52:46

16   should -- the testimony should be treated as

17   "Highly Confidential" and we'll be obviously

18   reviewing the testimony and making appropriate

19   designations.

20              MR. LOESER:  Understood.                      09:52:58

21              Okay.  Let's go off the record.

22              THE VIDEOGRAPHER:  Okay.  We're off the

23   record.  It's 9:53 p.m.

24              (TIME NOTED:  9:53 p.m.)

25                      ---o0o---                             09:53:06
```

Page 1218

HIGHLY CONFIDENTIAL

1        I, SIMON CROSS, do hereby declare under

2    penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as

4    appear notes; that my testimony as contained

5    herein, as corrected, is true and correct.

6        Executed this _____ day of _____,

7    2022, at  _____,_____.

8

9

10

11                    _____

12                         SIMON CROSS

13                         Volume 5

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 1219

1        I, Rebecca L. Romano, a Registered

2   Professional Reporter, Certified Shorthand

3   Reporter, Certified Court Reporter, do hereby

4   certify:

5        That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any deponents in the foregoing

8   proceedings, prior to testifying, were administered

9   an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13       Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17       I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20       IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22

23  Dated:  June 24, 2022

24                         _____

                           Rebecca L. Romano, RPR, CCR

25                         CSR. No 12546

                                              Page 1220

HIGHLY CONFIDENTIAL

```
1    SIMON CROSS

2    si@fb.com

3                              June 24, 2022

4    RE: In Re: Facebook, Inc. Consumer Privacy User Profile
          Litigation

5    June 21, 2022-SIMON CROSS 30(B)(6)-Volume 5-5291734

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 1221

HIGHLY CONFIDENTIAL

1    _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, noting the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 1222

```
 1    In Re: Facebook, Inc. Consumer Privacy User Profile
      Litigation
 2    SIMON CROSS 30(B)(6)-Volume 5-5291734
 3               E R R A T A   S H E E T
 4    PAGE_____ LINE_____ CHANGE_____
 5    _____
 6    REASON_____
 7    PAGE_____ LINE_____ CHANGE_____
 8    _____
 9    REASON_____
10    PAGE_____ LINE_____ CHANGE_____
11    _____
12    REASON_____
13    PAGE_____ LINE_____ CHANGE_____
14    _____
15    REASON_____
16    PAGE_____ LINE_____ CHANGE_____
17    _____
18    REASON_____
19    PAGE_____ LINE_____ CHANGE_____
20    _____
21    REASON_____
22
23    _____    _____
24    WITNESS                             Date
25
                                          Page 1223
```

**[& - 20180815]**

**&**

**&**   986:14 987:19
989:5 990:5 991:5
995:16,20,22
1221:23 1222:9

**0**

**019**   993:15
**01952426**   994:6
1116:16
**01952427**   994:7
**0236297**   1007:10
**02674226**   993:25
1111:7
**02843**   986:4 987:4
**02898663**   993:18
1102:24
**02898670**   993:22
1108:3
**02936297**   993:15
**06.14.2018**
1104:13

**1**

**1**   1006:9,14,17
1049:10 1068:1,3
1068:4,6,16,21
1069:3,23
1070:16,21
1071:13,16,19
1072:5 1105:12
1128:13 1129:20
1129:22 1131:14
1132:10 1137:2
1169:5 1180:10
1181:10 1199:25
1200:8 1202:5
1222:1
**1.0**   1029:17
1120:18 1127:14
1128:10 1129:11
1129:13,15

1131:10,23
1132:12
**100**   1077:19
1105:25 1112:16
**1007**   993:14
**1101**   993:17
**1107**   993:21
**1111**   993:24
**1116**   994:4
**1139**   993:6
**113a**   993:22
**1171**   994:12
**11:52**   1045:4
**1201**   988:11
**1206**   993:7
**1207**   993:8
**1222**   986:25
**12546**   986:21
1220:25
**12th**   989:10
**14**   1062:5
**14th**   1102:19
**15**   1100:9 1170:3
**15th**   1045:3
1056:2 1111:9
1113:24
**1600**   989:11
**16th**   1005:15,18
**18**   986:4 987:4
1051:1
**1801**   991:8
**1881**   991:16
**19**   1206:21
**1970**   1049:4,10
**1:37**   987:18 995:2
995:6
**1st**   1192:1,6,10

**2**

**2**   1009:1 1010:20
1011:18 1016:23
1018:1 1019:2

1020:20 1026:18
1030:6 1036:15
1038:21,22
1045:2,14,15,17
1047:23,23,25
1048:4,5 1049:5,8
1051:3 1052:4
1055:15,16,20
1056:11,14,15
1067:25 1071:19
1076:12 1087:17
1089:10 1105:13
1113:2 1128:13
1129:20,22
1130:6 1137:2
1138:11 1144:22
1181:10 1200:1,8
1202:5
**2.0**   1027:12
1128:11 1129:16
1130:3,7,10,12
**2.1.**   1001:1
**20**   1002:9 1100:8
**20-0466**   986:22
**2001**   990:16
**2007**   1053:2
1205:1,7,8
**2013**   1045:3
1054:24 1055:17
1055:23 1056:9
1062:5 1079:24
1100:8
**2014**   1000:25
1029:2 1098:19
1099:23 1100:1,8
1127:9 1144:4,21
1147:17 1151:3
1151:16,19,22
1155:5,17
1167:20 1169:1,3
1169:7 1170:3

1199:20 1200:10
1201:20 1204:12
1215:17 1216:16
**2015**   1029:18
1056:2 1100:7
1117:11 1118:11
1118:20 1119:1
1121:8 1137:3
1144:4 1147:24
1155:20 1169:12
1201:16
**2016**   1001:4,20
1002:10
**2017**   1051:1
**2018**   1001:8,12
1002:19,21
1003:1,11 1004:3
1006:6 1067:1,3,9
1067:13 1076:19
1076:24 1080:5
1083:6,21
1085:25 1102:19
1111:9 1113:24
1116:18 1118:25
1120:13,16
1121:6,16
1127:10 1136:25
1139:22 1140:12
1147:15 1148:3
1168:3,20
1185:18,24
1186:2,12,18,23
1189:9 1190:8,13
1190:18 1191:1
1191:22 1192:1
1192:10,16,20
1193:9,14,15,19
1196:21 1197:3
1206:21
**20180815**   1111:10
1113:15,22

**[2019 - 8:23]**

**2019**   996:10
  1023:8 1061:11
  1063:11 1064:4,8
  1064:22 1082:23
  1083:1,15
  1085:22 1127:10
  1168:3 1193:15
**2020**   996:10
  1001:16 1193:3,5
  1193:10
**2022**   986:16
  987:18 995:1,6
  1005:15 1219:7
  1220:23 1221:3,5
**2025.520**   1221:9
  1221:12
**206**   988:14
**21**   986:16 987:18
  995:1 1221:5
**2100**   990:17
**213**   992:10
**214**   990:19
**21st**   995:6
**22nd**   1116:18
  1148:3
**24**   1220:23 1221:3
**25**   1045:4
**253-9706**   992:10
**270,000**   1115:21
**28,122**   1114:19
**2843**   986:3 987:3
**28th**   1190:18
  1192:15,20
**298-5735**   991:11
**2:58**   1046:15

**3**

**3**   1071:19 1075:18
  1076:13 1105:14
  1107:15
**30**   986:12 1107:22
  1156:10,17

1157:15 1159:16
1164:9,14,22
1165:21 1217:17
1217:20,23
1221:5 1222:1
1223:2
**3000**   990:9
**303**   991:11
**30th**   1029:18
**3200**   988:12
**32nd**   992:8
**339**   994:12
  1171:23,25
**34**   1145:21
**3491**   986:23
**353**   1009:1,11
  1010:17 1011:19
**393-8200**   990:11
**3:33**   1046:18
**3:43**   1005:15
**3p**   1105:13,14
**3rd**   1113:9
  1115:11

**4**

**4**   1071:19 1075:4
**415**   989:13 990:11
**4200**   991:9
**427**   1117:2
**428**   1004:20
  1091:10 1092:20
  1092:22 1094:14
  1094:22 1095:12
  1107:19
**429**   993:14 1007:5
  1007:9,10 1020:2
  1046:21 1053:15
  1055:22 1072:10
  1072:22 1076:15
  1078:4 1091:3
  1093:5 1094:12
  1094:19

**430**   993:17
  1101:17,21
  1102:18 1108:4,7
**431**   993:21
  1107:11,15,16,18
  1108:2
**432**   993:24 1111:2
  1111:6,6
**433**   994:4 1116:11
  1116:15 1146:10
  1146:10 1147:4
**434**   1145:22
**445-4003**   989:13
**45**   1217:14,22
**4th**   1191:1,21

**5**

**5**   986:17 993:3
  995:7 1005:13
  1007:25 1071:19
  1074:3,6 1219:13
**5-5291734**   1221:5
  1223:2
**52427**   1116:16
**5291734**   986:24
**555**   989:10 990:8
  992:7
**5:07**   1101:13
**5:21**   1101:16
**5:22**   1102:16
**5th**   992:7

**6**

**6**   986:12 1068:16
  1068:19,20,21
  1069:4,25 1070:3
  1070:21,22
  1071:13,13,17,19
  1072:5 1073:9,13
  1073:14 1107:22
  1138:19 1148:15
  1156:10,17

1157:15 1159:22
1161:7 1164:14
1164:22 1165:3
1165:21 1198:5
1199:10 1221:5
1223:2
**6/22/2018**   1145:25
**623-1900**   988:14
**650**   991:18
**661792110**   1019:3
**698-3204**   990:19
**6:22**   1138:6
**6:38**   1138:9
**6:40**   1139:9

**7**

**7**   1138:20 1148:15
  1159:22 1161:15
  1163:15 1198:6
  1199:10
**7321**   1220:24
**75201**   990:18
**7:29**   1139:12
**7:48**   1146:20
**7:50**   1146:23
**7a**   1161:13
  1162:14,20
  1163:9
**7b**   1169:20

**8**

**8**   1113:2
**80202-2642**
  991:10
**827**   986:22
**849-5206**   991:18
**8667**   1103:16
  1105:5,6 1108:8
**8668**   1102:24
**8:18**   1167:12
**8:23**   1167:15

**[90 - added]**

**9**

**90**   1003:24 1004:2
1005:2,5,16
1006:11
**90013**   992:9
**94105-0921**
990:10
**94304-1211**
991:17
**94607**   989:12
**98101**   988:13
**986**   986:25
**998**   993:5
**9:24**   1206:5
**9:34**   1206:8
**9:53**   1218:23,24

**a**

**a.m.**   1045:4
**aa**   1078:5,24
**ab**   1082:7
**ability**   1003:25
1005:1 1014:13
1032:19 1128:3
1133:8,10
1145:11 1155:19
1187:23 1188:8
1191:16 1197:12
1198:1,16 1199:5
1204:3 1216:24
**able**   1008:5,6,7,13
1008:14 1011:7
1015:7,8 1035:18
1087:6 1104:3
1106:6,8 1130:22
1139:20 1145:13
1152:3 1153:18
1156:12 1159:5,6
1171:8 1177:20
1178:5 1180:19
1183:14,15

1186:17 1189:18
1195:20 1196:11
1196:15 1203:2
1203:12 1204:3,7
**ac**   1083:7
**access**   1001:15,19
1001:23 1002:3,5
1002:8 1009:20
1009:24 1015:18
1026:16 1033:2
1041:21 1047:20
1051:25 1052:2
1052:11,17
1053:3,11,21
1054:12,16
1058:12 1059:3
1059:13,20
1060:1,5 1061:8
1061:15,25
1062:14,18,24
1063:17 1065:12
1078:12 1079:7
1081:4,8,15
1090:19,25
1091:18,20,24
1092:3 1093:2,14
1093:19,24
1094:25 1095:2,8
1095:13,18
1097:2 1101:8
1104:12,24
1105:13 1106:5,6
1106:8 1107:7
1117:9,22
1118:10,19
1119:1,3,15
1120:3,7,10,13,17
1121:6,6 1122:9
1124:12,17
1125:1,6,14
1126:8 1131:18

1131:22 1132:1,9
1132:12 1133:24
1137:1,2 1141:6
1141:12,15,24
1142:10,22,24
1143:12,24
1144:3,17 1145:2
1145:6 1147:17
1147:23 1149:24
1151:2,15,19,21
1152:10,12,24
1153:11 1154:12
1155:15,20
1161:14 1162:25
1167:18,24
1168:1,5,6,9,14
1168:16,21,23
1169:1 1179:17
1180:18 1181:22
1185:1,5 1186:4
1192:2,24
1193:11 1195:8
1199:19 1201:6
1202:2 1203:4
1204:12,15,23
1207:3 1208:15
1210:8 1211:10
1211:14 1213:4
**accessed**   1107:9
1109:1
**accessibility**
1193:8
**accessible**   1137:11
1153:12,24
1155:1
**accessing**   1094:1
1097:12 1122:19
1131:9
**account**   1181:4,8
1181:13,19,21
1209:8,15

1211:18 1212:7
1213:12 1214:16
1215:2
**accurate**   1006:20
1013:6 1030:16
1041:11 1067:4
1073:11 1074:6
1083:17 1100:24
1115:24 1123:23
1124:25 1127:21
1127:24
**achieved**   1035:19
**acquire**   1152:16
**acquired**   1149:19
**action**   1220:18,19
**actions**   986:7
987:7 1003:4
**actively**   1003:2
1099:5
**activities**   1017:12
**actual**   1096:6
1169:22 1170:7,9
**ad**   1086:3 1111:11
1114:1 1179:14
1179:21 1180:4
1180:11 1181:3,7
1181:12,14,24
1182:3 1183:7
1184:17 1208:13
1209:7 1211:17
1211:17 1212:7
1213:11 1214:16
1215:1,1,7
1216:20
**adaniel**   988:17
**adavis**   989:15
**add**   999:5 1036:17
**added**   1037:25
1055:1,2,4,5,6,8
1055:10,12,23
1056:6,8,9,19

[added - anymore]

1057:24 1058:2
1058:13 1059:8
1063:10,14,15,21
1066:14 1080:2,5
1080:7,10,18,21
1083:5 1085:15
1085:22,24,25
1086:2 1187:7,22
1218:6
**addition**   1014:10
1059:4
**additional**   998:6
999:16,22 1006:1
1052:2,18
1053:20 1058:17
1079:6 1080:10
1081:3,22
1083:20 1112:18
1124:12 1125:7,8
1138:12 1147:23
1161:1 1168:4,21
1169:13 1179:18
1186:9,21
1199:25 1202:9
1216:2
**address**   1017:18
**addressed**
1109:20
**adele**   988:8
995:17
**adjusted**   1007:13
1007:14
**admin**   1032:15,17
1032:25 1033:5,6
1033:21,24
1034:3,8 1036:11
1037:1
**administered**
998:14 1038:2
1220:8

**admins**   1032:18
1105:14
**admitted**   1024:19
**ads**   1182:9
1184:14 1185:8
**advance**   1103:11
1113:1
**advent**   1033:7,16
1034:2
**advertise**   1183:1
**advertising**
1170:17,18,21
1182:7,11,15
1183:13 1185:15
1207:10
**advise**   1015:8
**ae**   1089:3,11
**affect**   1028:8
**affirmative**
1194:2
**afraid**   1025:4
1039:9 1047:19
1075:13 1134:7
1142:14 1158:24
1189:4 1198:21
1199:17 1206:1
**ago**   1077:11
1109:8 1117:16
1146:9
**agree**   1136:15
1162:8 1163:5,8
1164:1 1165:22
**agreed**   1053:9
**agreement**   1052:2
1052:18 1053:20
**agreements**
1058:17 1079:6
1079:14 1081:4
1081:22
**ahead**   1009:12
1018:23 1060:13

1095:5,25
1104:22 1113:7
1124:3 1133:5
1134:4 1186:17
1188:16 1189:24
**aleksander**
1155:21 1158:5
**allow**   1009:23
1042:11 1060:3
1197:14 1198:3
1198:18 1199:7
**allowed**   1004:9
1062:19 1125:6
1126:12 1200:7
1201:6
**allows**   1131:18
**ally**   1156:7
**als**   1193:8
**altered**   1097:9
**alto**   991:17
**altogether**
1151:18
**amount**   1183:25
1189:10
**analysis**   1179:5
1183:17,20
**analytica**   1114:18
1140:13,19
1141:2,4,9
1160:13,17,19
1195:17 1196:20
1196:22 1197:6
**android**   1197:4
**angeles**   992:9
**anne**   989:7 995:19
**announced**
1000:25 1029:3
1029:22 1192:9
**announcement**
1029:11,16

**announces**
1028:15
**answer**   1002:7
1035:18 1058:22
1074:13 1093:22
1104:4,8,22
1109:22 1120:25
1124:3 1134:8
1153:14 1156:12
1156:15,16
1157:1,5,10,17,19
1157:20,21,23
1158:3,11,11,23
1158:25 1159:2,6
1159:10 1165:6,7
1165:11,13,15,23
1166:21,22
1172:11 1175:8
1176:10,13
1182:21 1186:17
1189:17,18,18,20
1193:23 1194:1,4
1194:15 1195:21
1196:11,15
1197:24 1199:12
1199:16 1211:24
1212:1 1213:9,19
1216:10
**answered**   1063:18
1162:11 1165:19
1165:22 1179:1
1211:21
**answering**   1158:1
**answers**   1138:14
1157:1 1159:13
**anticipation**
1066:15
**anybody**   1035:25
1209:6
**anymore**   1109:23
1217:1

Veritext Legal Solutions
866 299-5127

[anytime - application]

**anytime** 1208:21
**ap** 1144:22
  1154:21
**apart** 1185:13
**api** 1000:23,25
  1001:3,7,15,19
  1003:15,17
  1020:16,16,18
  1023:4,5,7,11,14
  1023:16,18,24,25
  1024:3,8,12,18,25
  1025:3,6 1027:23
  1028:9,16 1033:7
  1033:9,16 1034:2
  1034:5 1039:3,5,6
  1042:17,21
  1043:9,12,15,16
  1043:18,20,24
  1044:1,7,19
  1045:11,20,24
  1046:2,4 1047:11
  1048:13,23
  1049:22 1050:15
  1050:23 1061:10
  1061:13 1064:10
  1064:11,16,23
  1065:4,25 1066:6
  1066:10 1082:21
  1082:23 1083:22
  1083:25 1084:10
  1084:24,25
  1096:12,17,17,18
  1097:1,6,18,25
  1098:16 1117:9,9
  1117:23 1118:9
  1118:10,19,19
  1119:1,4 1120:18
  1121:6,7 1122:11
  1122:16 1123:6
  1123:15,19
  1124:10,18,19

  1127:14,17,19,20
  1128:3,7,12,13
  1129:1,3,4,5,6,11
  1129:23 1130:6,7
  1131:14,16,23,25
  1132:1,10,13
  1137:2,2 1142:22
  1142:24 1144:22
  1152:20 1153:17
  1154:14 1169:4,5
  1170:3 1180:9
  1181:10 1191:25
  1192:11,22,25
  1196:23,23
  1199:25 1200:19
  1201:12,12
  1202:2,5 1203:7
  1206:22 1207:3
  1207:21 1208:3
**apis** 1002:3,5
  1027:11,22
  1029:4 1039:1
  1120:7,11,13
  1122:8,22 1123:9
  1123:12,21
  1124:9,23
  1128:10,15,18,23
  1128:25 1129:12
  1129:14 1131:15
  1131:25 1144:4
  1145:2 1151:2,15
  1151:21 1152:9
  1152:11 1154:11
  1154:18,21
  1163:1,1 1167:18
  1167:24 1168:8
  1168:14,16
  1188:25 1189:6
  1189:22 1190:1,4
  1190:6,9,19,22,25
  1191:3,9,12,23

  1195:16 1196:19
  1200:21
**apologies** 1108:1
**apologize** 996:17
  997:19 1003:7
  1005:22 1076:1
  1096:10
**app** 1001:10,14
  1003:17,19
  1004:2 1005:4,8
  1005:10,11,12,14
  1005:17,19
  1006:5,11,18
  1009:23 1021:12
  1026:15 1027:5
  1027:24 1028:8,9
  1028:24 1030:17
  1030:23 1033:2
  1034:23 1035:1,4
  1036:18 1038:7,8
  1039:12 1040:12
  1040:12,16,18
  1041:2,6 1042:11
  1042:14,16
  1051:25 1052:16
  1054:17 1058:12
  1059:12,13
  1062:20 1083:14
  1086:25 1090:18
  1090:22,23,24
  1091:2,13,15
  1092:7,8,21,23
  1093:24 1094:24
  1095:7,18,21
  1096:5,7,12,16,20
  1097:1,6,12,15,17
  1097:18,24,25
  1099:5,25 1100:4
  1100:5,20 1101:7
  1101:8 1111:23
  1112:3,4,5

  1114:10,12,15,20
  1119:25,25,25
  1120:1 1122:18
  1124:12 1131:9
  1131:13 1132:8
  1133:12 1144:16
  1150:8 1152:12
  1152:16,24
  1155:23,24
  1158:8,8 1185:19
  1185:22 1187:7
  1187:22 1190:15
  1191:16 1192:20
  1193:2,2,4,5,6,8
  1194:13 1195:6,8
  1201:4,5,10,13
  1203:7 1204:10
  1206:23,23
  1207:21,24
  1208:15
**appear** 1043:22
  1219:4
**appearances**
  988:1 989:1 990:1
  991:1 992:1
**appearing** 988:2
  989:2 990:2 991:2
  992:2 1221:18
  1222:7
**appears** 1105:11
  1113:23
**apple** 1169:11
**application**
  1036:13 1037:2
  1112:3 1163:12
  1168:1 1169:17
  1187:3 1194:10
  1201:1,2,3
  1202:17 1203:3
  1203:12,13,15,17

[applications - assess]

**applications**
1034:5 1062:21
1141:12,14
1152:8,20
1153:18,20,22
1154:15 1167:23
1200:18 1201:16
1201:19
**applied** 1024:20
1027:17 1033:24
1131:16 1194:18
**applies** 1033:22
**appreciate** 997:16
1103:5,17 1156:9
1175:9 1196:6
1197:24 1217:5
**appropriate** 998:9
1040:22 1053:9,9
1064:19 1136:5,8
1139:2 1162:17
1168:1 1174:5
1202:16 1203:1
1204:1 1218:18
**approval** 1021:8
1021:21 1022:2,6
1022:8,10
1034:13 1036:7
1037:21,24
**approve** 1187:8
1187:23 1188:1
**approved** 1033:9
1036:18 1042:17
1042:21 1043:9
1043:16
**approving** 1034:5
**approximately**
1016:12 1115:21
**apps** 996:12
1001:5,7,18
1002:4,8,17,18,22
1002:22 1003:2

1003:12 1009:23
1027:17,23
1029:17 1032:19
1033:11,20,22,25
1034:9,10
1037:24 1038:1,4
1038:4,13,20,23
1039:3,15,17,21
1039:22,23,23
1040:3,8,9,9,20
1041:20,21,21
1042:1,4,4,7,8
1061:14 1086:23
1093:14,18,19
1095:13 1104:12
1104:24 1105:13
1105:14,14,15
1106:14 1117:9
1117:22 1118:9
1118:19,25
1119:3,16 1120:1
1120:7,10,13
1121:5 1122:4,8
1122:17 1123:16
1125:6 1126:7,12
1126:16,25
1127:13 1128:2
1130:12,16,21
1131:1,18 1132:1
1132:19 1133:25
1137:1 1140:15
1141:5,24 1143:2
1143:17 1145:1,6
1147:16,22
1148:13 1149:7
1151:1,15,18,21
1152:5,7,10,13
1153:10,12,25
1154:6,8,11
1155:15,19
1161:16,24

1163:16 1167:18
1167:19 1168:4
1168:14,20
1173:14 1174:17
1178:12 1179:17
1180:8,18
1184:25 1185:4
1189:11 1190:3
1192:2,16
1193:10,16
1197:12,14
1198:1,3,16,18
1199:5,7,24
1200:7,21
1201:24 1202:6,8
1202:10,13,22
1203:1,5 1204:13
1204:21 1207:3
1209:15 1210:17
1211:9 1213:4
1216:1
**april** 1029:18
1190:13 1191:1
1191:21 1193:14
**archibong**
1116:17 1117:3
1145:25 1148:2
1170:12 1174:11
1174:21 1175:18
1175:23 1176:19
1177:5 1178:18
1178:24 1179:3,5
1179:7 1180:23
1180:24 1181:14
1209:2
**area** 1162:12
1196:23
**areas** 1141:21,21
**argue** 1071:8
1138:22

**argumentative**
1209:20 1210:14
1213:17 1216:17
**arm** 1182:11
**articles** 1140:19
1140:21,22
**articulating**
1083:25
**articulation**
1084:6
**articulations**
1084:10
**aschwing** 990:12
**aside** 1132:8
**asked** 1000:22
1002:16 1063:18
1130:24 1147:7
1159:23 1165:16
1168:13 1175:8,9
1177:19 1179:1
1180:15,16
1195:15 1197:22
1206:17 1211:20
1213:6
**asking** 1003:8
1015:5 1048:2,3
1070:15 1071:9
1073:25 1074:25
1090:13,15
1118:7 1121:1
1132:6 1137:4
1157:18,20
1159:21 1160:10
1163:2 1164:10
1165:20 1166:20
1166:23 1173:8
1189:14 1198:12
1198:13
**asks** 1169:20
**assess** 1024:20
1168:4 1209:25

Page 6

[assessed - behalf]

**assessed** 1067:7
1067:12,18
1088:2
**assessment**
1022:17 1068:18
1069:10 1088:7
1168:25
**assessments**
1088:3 1210:3
**associate** 992:16
**associated** 1009:7
1011:15,18
1013:9,19 1014:5
1094:21 1111:8
1112:5 1114:24
1129:1
**assume** 1015:6
1184:19
**assuming** 999:12
**atlas** 1149:2,14,15
1149:18,20
**attached** 1007:7
1101:19 1107:13
1108:4,11 1111:4
1116:13
**attachment**
1073:23 1074:2
1104:12
**attachments**
1104:10 1109:24
**attempt** 1015:17
1015:18 1046:5
1064:18 1065:5
1084:15 1090:21
1150:14 1215:20
**attempted** 1106:4
**attempting** 1104:8
1104:16 1150:4
1212:25
**attention** 1103:15
1213:25

**attorney** 990:7,15
991:15 1220:19
**attorneys** 988:10
989:9 991:7
1086:18
**august** 1000:25
1045:3 1055:17
1056:2 1111:9
1113:24
**auld** 989:9 995:16
995:20
**austin** 990:6
995:22 1086:11
1086:21 1095:3
1103:13 1104:20
1124:1 1133:3
1166:5 1175:14
1186:15
**authority** 1144:16
1145:1
**authorized** 1152:8
1154:9
**auto** 1004:8
1009:16,19
1010:17 1011:20
**automated** 1003:5
1003:10 1004:1
1005:1,3,16
1006:4
**automatic**
1002:25 1003:21
**available** 1001:2,5
1001:22 1012:22
1014:2 1017:9,13
1017:15,17
1034:16,18
1039:17 1042:5
1047:18 1060:2
1095:9 1122:20
1122:20 1129:21
1151:13 1153:22

1155:12 1188:11
1188:13 1189:11
1191:18 1200:23
**avenue** 988:11
990:16
**avoid** 1199:20
**aware** 1024:1
1029:2,5,13
1035:11 1036:20
1042:15 1045:21
1058:3,7,10
1082:5 1115:12
1115:17 1134:24
1135:5 1179:18
1183:5 1197:18
1198:7,12,25
1208:20

**b**

**b** 986:12 992:5
993:11 994:1
1010:19,22
1011:3,14,18
1107:22 1112:4
1114:20 1136:4
1156:10,17
1157:15 1164:14
1164:22 1165:3
1165:21 1193:7
1221:5 1222:1
1223:2
**back** 1010:13,19
1015:20 1023:21
1046:17 1050:25
1056:1 1064:2
1078:4 1101:15
1102:15 1110:23
1134:2,18,22
1138:8 1139:11
1140:1 1146:22
1157:12 1163:15
1165:24 1166:12

1166:13 1167:2,6
1167:14 1172:16
1175:10 1176:14
1206:7 1213:8
**backfilled** 1133:8
**background**
1116:7
**backward**
1168:25
**bar** 1119:12
1121:5 1136:19
1136:24 1206:13
1207:18
**bars** 1206:22
**base** 1096:18
1098:17 1101:5
**based** 1092:8
1094:9 1132:10
1179:13 1180:4
1196:15 1204:1
1207:21,24
1208:17 1215:24
1217:3
**basis** 1014:21
1123:13 1127:19
1127:20 1140:7
1145:8 1208:16
1214:14
**bates** 1007:10
1102:24 1108:3
1116:16
**bear** 1162:12
**began** 1002:16,19
1023:8 1193:14
**beginning**
1163:15
**behalf** 987:16
995:16,18,20,22
996:2 1138:11
1199:13

**[behave - capabilities]**

**behave** 1200:18
1203:16
**behavior** 1027:15
1037:5,18 1096:7
1096:21 1097:9
1122:13,16
1123:15 1124:10
1124:18 1130:12
1131:19 1201:13
1206:23 1207:21
1208:3
**behaviors** 1123:16
1131:16
**believe** 996:9
997:7 1000:25
1034:24 1113:4
1136:9 1156:11
1157:14 1204:25
**believes** 1198:9
**best** 1086:12
1087:7 1127:16
1133:8,10 1140:8
1156:6,11
**better** 1087:6
**beyond** 1033:24
1034:9 1037:16
1040:22 1047:13
1202:7,12
**bfalaw.com**
989:14,15,16
**big** 1129:13
**birth** 1163:9
**bit** 1004:20 1033:4
1110:15 1140:4
1161:11
**blank** 1020:21,23
**bleichmar** 989:5
995:16,20
**boolean** 1006:9,17
1031:3,4 1032:4,5
1043:7 1058:3

**bottom** 1103:1,15
1105:5,6 1108:8
**break** 1046:10,12
1046:12,20,24
1090:2 1110:11
1110:19 1113:4
1138:3,20,20
1159:18 1200:17
1200:25 1203:19
1203:20
**breaking** 1130:20
1199:21
**breaks** 1130:15
1200:23
**brief** 1207:14
**bring** 1065:5
1213:24
**broad** 1125:15
**broadly** 1041:16
1063:12 1170:20
**broke** 1140:13
1141:4
**broken** 1200:3,11
1201:7 1202:13
1202:22 1203:6
1204:5 1216:1
**build** 1149:12
**builds** 1042:5
**built** 1038:9,13
1080:1 1196:25
1196:25 1197:1
1201:11,19
1203:17
**bunch** 1022:12
**buongiorno**
990:14 995:25
**business** 1170:21
1182:11 1184:17
1185:15
**buy** 1182:9

**bypass** 1126:12,16
1127:1,14 1128:3

**c**

**c** 1009:12,15
1010:15 1091:13
1092:25 1094:24
1112:7,14 1114:8
1136:5
**c2** 993:15,22
**ca** 993:15,18,19,22
993:25 994:6,7
1007:10 1102:24
1107:16 1108:3
1111:7 1116:16
1221:9,12,20
**california** 986:2
986:21 987:2
989:12 990:10
991:8,17 992:9
**call** 1017:23
1020:16 1096:13
1096:17,18
1097:1,18 1101:7
1130:16,16,22
**called** 1016:8
1046:5 1100:21
1101:6,9 1119:12
1121:5 1125:5
**calls** 996:11,11,15
996:15 1003:15
1003:17 1097:6
1098:1 1100:4
1132:10 1152:20
1153:17 1154:15
**cambridge**
1114:18 1140:13
1140:19 1141:2,4
1141:9 1160:13
1160:17,19
1195:17 1196:20
1196:22 1197:6

**campen** 988:7
**canonical** 1076:6
1117:18
**cap** 1044:13
1057:3
**capa** 1034:21
**capabilities**
996:23 1000:16
1001:25 1002:10
1002:17,22,23
1003:2,12,13
1004:21 1007:3
1008:19 1010:8
1010:10 1011:4
1011:10 1012:21
1013:23 1015:10
1015:24 1016:14
1026:7 1033:6
1034:12 1035:9
1035:10 1039:2
1044:2 1045:19
1052:22 1053:4
1054:11 1055:1
1055:11 1057:3,6
1057:16,20
1058:13 1059:4
1059:12,19,23,25
1060:4 1061:6,15
1061:23 1062:13
1062:20,23
1063:10,16,24
1065:7,12,13,15
1066:25 1067:3
1077:3 1078:9,25
1079:22,25
1080:3,8,9,11,14
1080:15,21,23
1081:1,7,15
1082:11 1083:2
1083:12 1084:21
1085:7 1088:10

[capabilities - case]

| | | | |
|---|---|---|---|
| 1088:11,15,19,24 | 1017:18,24 | 1056:18 1057:4,6 | 1126:22 1127:7 |
| 1089:23 1090:7 | 1018:4,6,11,13,14 | 1057:10 1058:5 | 1127:15,18,25 |
| 1090:18,25 | 1018:16,17,17,21 | 1058:12,16,20,21 | 1128:1,2 1131:1,7 |
| 1091:6,17 1092:2 | 1019:1,6,7,10,14 | 1058:24,24 | 1131:8,9,18,19,22 |
| 1092:10 1093:1,3 | 1020:8,18 | 1059:1,1,3,7,9,10 | 1131:24 1132:2,7 |
| 1093:6,7 1094:7 | 1021:13,22 | 1062:19,24,25 | 1132:15,22 |
| 1097:2,19 | 1022:3,6,9,17 | 1063:1,7,17,22 | 1133:7,13,15 |
| 1098:12 1099:21 | 1023:1 1024:9,13 | 1064:1,17 1066:7 | 1183:9 1185:20 |
| 1099:24 1100:3 | 1024:19 1025:1,7 | 1067:5,18 | 1185:22 1186:9 |
| 1100:18,21,24 | 1025:12,16,16,19 | 1070:16 1072:10 | 1186:12,20 |
| 1119:18,19 | 1025:20,22,23 | 1078:12,21 | 1187:2,7,13,22 |
| 1121:3 1122:6,21 | 1026:1,1,3,7,13 | 1079:7 1080:6,19 | 1188:10,12,14,16 |
| 1123:7,11,14,22 | 1026:14,23,24,25 | 1081:8,20 | 1188:21 1206:24 |
| 1124:16 1127:12 | 1027:1,2,3,4,9,16 | 1082:13 1083:14 | 1207:2,25 |
| 1127:24 1128:6 | 1027:16,17 | 1084:3,11,17 | **capable** 1183:18 |
| 1130:14,16,20 | 1028:8,22,23,23 | 1085:3,4 1087:3 | 1184:9 |
| 1131:2 1133:1 | 1030:9,12,13,16 | 1087:21,22,23,23 | **capacity** 1076:7 |
| 1134:16 1136:10 | 1030:21,21,22,23 | 1088:1,4,18 | 1100:18 1156:10 |
| 1136:11,13 | 1031:12 1032:19 | 1089:2,9,12,20 | 1156:17 1157:18 |
| 1169:23 1186:1,3 | 1033:2,14 1034:5 | 1090:23 1091:3,6 | 1157:21 1160:3 |
| 1186:7,21 1187:1 | 1034:14,16,21,22 | 1091:12,20,22,24 | 1165:3,4,10,14,21 |
| 1188:15 1192:11 | 1035:1,5,6,13 | 1092:13 1093:4,4 | 1166:19 |
| 1192:23 1193:11 | 1036:12,17,25 | 1093:15,24 | **captured** 1019:21 |
| 1206:15 | 1037:2,25 | 1094:1,2,7,9,21 | 1019:23 1021:15 |
| **capability** 1000:4 | 1038:19,22 | 1094:22,23,25 | 1021:16 1022:7,9 |
| 1000:5 1002:4,6 | 1039:4,16,20 | 1095:8,14,19,22 | 1022:11 1035:2,9 |
| 1003:16,18,19 | 1041:22,24 | 1095:23 1096:5 | 1035:13,15 |
| 1004:1 1005:2,3 | 1042:20 1043:11 | 1096:12,13,16,19 | 1043:24 1059:9 |
| 1005:10,14,17,19 | 1043:11,14,16,18 | 1096:21 1097:8 | 1063:25 |
| 1006:5,10,18 | 1043:20 1044:25 | 1097:10,13,19,24 | **captures** 1054:22 |
| 1007:12,16 | 1045:1,2,3,20 | 1098:1,3,10,15,18 | **cari** 988:7 |
| 1009:5,6,8,10,11 | 1048:12 1049:21 | 1098:21 1099:6 | **case** 986:4 987:4 |
| 1009:13 1010:1,2 | 1049:24 1050:9 | 1099:25 1100:4,5 | 1012:23 1013:16 |
| 1010:4,6,11,16,24 | 1050:12 1052:1 | 1100:7,13,16,20 | 1034:11 1037:6 |
| 1011:12,16,19,19 | 1052:11,16,17 | 1101:1,3,4,6,8,9,9 | 1037:19 1072:17 |
| 1011:22 1012:1 | 1053:7,11,14,16 | 1119:7,24 1120:2 | 1073:23 1132:4 |
| 1012:18,22 | 1053:17,19,24,25 | 1120:8 1122:11 | 1134:13 1141:23 |
| 1013:3,10,20,25 | 1054:2,4,8,16,17 | 1122:12,15 | 1145:7,7 1155:24 |
| 1014:6 1015:17 | 1054:20 1055:4,5 | 1123:5,16,20 | 1158:8,18 |
| 1015:24 1016:11 | 1055:16,22,23 | 1124:9,10,11 | 1159:23 1160:25 |
| 1016:15,20 | 1056:2,6,11,14,18 | 1125:3 1126:21 | 1161:2,12,14 |

Veritext Legal Solutions
866 299-5127

[case - column]

1162:20 1163:19
1167:19 1177:21
1180:21 1198:10
1215:20 1217:16
1220:15
**cases** 1018:7
1051:20 1160:14
1166:2 1203:2
**catch** 1006:25
**cate** 1067:2
**categorization**
1066:25 1067:2
1204:9
**categorized**
1042:11 1204:14
1204:21,22
**category** 1187:17
1187:18
**cathy** 1101:23
1102:20,21
**caveat** 1040:14
**ccp** 1221:9,12
**ccr** 986:21,22,23
1220:24
**cell** 1016:22
1049:8 1089:10
**certain** 996:11
1014:1 1059:6
1073:4 1082:4
1086:23 1112:14
1120:11,21
1128:7,15
1173:14 1174:24
1175:19 1176:2
1179:13,17
1180:3 1187:1
1188:10 1204:9
1215:21 1216:25
**certainly** 998:1
1062:4 1097:23
1150:18 1208:18

1210:12
**certified** 987:20
987:21 1220:2,3
**certify** 1220:4,17
**challenges** 1142:4
1142:8,15,18,25
1143:7 1147:15
**chance** 1103:2
1147:9,12
**chang** 1205:11,16
1205:17
**change** 1122:13
1192:4,15
1201:13,14
1223:4,7,10,13,16
1223:19
**changed** 1006:20
1019:16 1034:13
1054:21 1120:20
1131:20 1190:25
1200:19
**changes** 1029:22
1074:12 1124:18
1128:12,14
1129:19,19,23
1170:3 1175:3,6
1175:25 1176:24
1181:10 1192:9
1210:1
**characterization**
1202:16 1203:1
**check** 1003:15,17
1098:1 1101:6,10
1113:5
**checked** 1026:15
1096:19 1101:1,3
**checks** 1027:4
1096:20 1100:13
**chen** 992:16
995:23

**choose** 1203:12
**chose** 1010:11
1203:13
**chronologically**
1103:1
**circle** 1165:24
**circular** 1165:15
**circumstances**
1082:14
**civil** 1221:19,20
**clar** 999:23
**clarification**
1000:2 1025:17
1032:12 1140:7
1146:12 1165:19
**clarifications**
1002:13
**clarify** 998:5
1000:13,21
1006:23 1009:19
1123:1 1140:2
1148:24 1157:11
**clarifying** 999:23
**class** 1086:23
1171:14
**classification**
1077:22,25
**claufenberg**
988:16
**clause** 1171:11
**clear** 996:20
1047:22 1048:2
1070:14 1072:18
1074:11 1092:17
1094:3,10 1096:2
1128:17 1132:5
1153:10 1155:11
1156:17,25
1159:24 1164:19
1164:22 1166:6,9
1177:2 1183:19

**clearer** 1105:19
**clearly** 1028:2
1123:4
**clicked** 1107:25
**closely** 1014:9
**cms** 1012:5,11,12
1012:14,24
1013:19,24
1014:5,8,25
1015:16,18
**code** 1010:4
1016:6 1019:7
1026:15 1035:5
1096:18 1098:17
1101:5 1221:9,12
1221:19,20
**collapsed** 1066:20
**collection** 1129:14
**colorado** 991:10
**column** 1004:12
1004:25 1005:6,7
1005:13 1006:4,7
1006:8,14,15,17
1008:25 1009:12
1009:15 1010:1
1010:14,15,19,22
1011:2,3,14,18
1012:4,7,10
1013:2 1014:12
1014:24 1015:12
1016:3,23
1017:25 1018:20
1018:24,24
1019:12 1020:9
1020:12,20,23,25
1021:3,7 1022:14
1024:10 1025:6
1025:10 1026:2,5
1026:9,19,20
1027:9 1030:13
1030:15,25

[column - consent]

| | | | |
|---|---|---|---|
| 1031:2,11,15,22 | 1114:20 | **companies** 1117:5 | **concerns** 1117:25 |
| 1032:9,14 1033:1 | **columns** 1004:22 | 1182:9 1184:15 | 1140:25 1197:5,7 |
| 1033:17,19 | 1005:25 1007:14 | **company** 1046:6 | 1216:24 |
| 1036:6,15,21 | 1008:20 1018:23 | 1076:22 1141:10 | **concrete** 1028:12 |
| 1037:9,13,15,20 | 1032:13 1033:13 | 1141:10 1149:18 | 1029:1 |
| 1038:1,15,25 | 1033:13 1049:24 | 1158:11 1170:24 | **concurred** |
| 1039:8,11,12 | 1066:21 1085:12 | 1176:25 1177:1 | 1208:24 |
| 1041:9,23 | 1085:24 1095:11 | 1196:22 1199:13 | **concurs** 1209:13 |
| 1042:17 1043:1,5 | 1095:12,15 | 1212:25 | **conduct** 1216:18 |
| 1043:22 1044:22 | 1112:22 | **companywide** | **conducted** |
| 1045:6,7,19,24 | **combination** | 1012:11 1044:18 | 1048:15,23 |
| 1046:21,22 | 1085:1 | **complete** 1117:22 | 1049:12 1050:1 |
| 1047:2,14,18,24 | **come** 1077:21,24 | 1142:4 1207:2 | 1054:10 1067:8 |
| 1048:1,7,8,14,18 | 1085:2 1145:8,19 | **completed** 1221:7 | 1088:3 1183:3 |
| 1049:5,9,16,25 | **comes** 1087:11 | 1221:17 1222:6 | **conducting** |
| 1050:2,5,11 | **comfortable** | **completely** | 1215:14 1216:13 |
| 1051:2,21 | 1159:10 1199:12 | 1051:18 1107:4 | **confer** 1136:22 |
| 1052:13 1056:6,8 | **coming** 999:17 | 1124:25 | 1137:19 1138:25 |
| 1056:8,9,11,13,15 | 1145:23 | **completeness** | **confident** 1024:5 |
| 1056:19,20 | **commenced** | 999:18 | 1037:11 1039:11 |
| 1057:8,13 1059:4 | 1003:11 | **completes** 1089:22 | 1040:6 1047:5 |
| 1059:8 1063:3,9 | **commencing** | 1089:24 | 1048:5 1050:24 |
| 1065:24 1066:3 | 987:17 | **completion** | 1051:10 1068:12 |
| 1066:22 1067:21 | **comment** 1142:15 | 1220:15 1222:10 | 1086:1 1151:25 |
| 1067:25 1068:3 | 1161:6 | **complicated** | **confidential** |
| 1068:18 1069:21 | **comments** | 1033:4 1193:24 | 986:11 1218:17 |
| 1070:8,12,18 | 1163:13 1191:16 | **compound** | **confirm** 999:4 |
| 1072:10,20 | **common** 1011:6 | 1153:16 1186:6 | 1014:15,18 |
| 1073:10 1078:5 | 1133:23 1166:6 | **comprehensive** | 1017:13 1024:2 |
| 1078:24 1079:21 | **commonly** | 1081:13 1185:19 | 1031:17 1046:25 |
| 1082:7 1083:2,5,7 | 1049:14 | 1185:22 | 1077:19 1087:13 |
| 1083:10 1085:21 | **communicate** | **comprise** 1008:19 | 1100:14 1183:14 |
| 1085:22 1086:1,3 | 1109:9,11 | **comprising** | **confirms** 1211:2 |
| 1087:3,25 1089:3 | **communicated** | 1090:7 | **confusion** 1146:16 |
| 1089:7,11,25,25 | 1013:12 | **computer** 1175:10 | **connected** 1010:7 |
| 1091:13 1092:25 | **communication** | **con** 1059:25 | **connection** |
| 1092:25 1094:23 | 1074:22 1076:11 | **concept** 1042:15 | 1010:14 1177:12 |
| 1094:24 1111:21 | **communications** | 1067:9 1205:6 | 1177:23 |
| 1111:21,23 | 1196:15 1198:22 | **concerned** 997:17 | **consent** 1086:7,9 |
| 1112:1,4,7,14,15 | 1199:15 | **concerning** 1057:4 | 1086:14,18 |
| 1112:21 1114:7,8 | | | 1087:10,12,16 |

[consider - corrections]

consider  1140:21
considerations
  1179:10
considered
  1030:12 1038:4
  1038:20 1040:20
  1049:3 1158:18
  1205:4 1210:7
  1212:21
considers  1179:9
consistently
  1205:8
constitutes  1041:6
consumer  986:4
  987:4 995:8
  1086:23,23
  1221:4 1223:1
cont'd  990:1 991:1
  992:1 994:1
contact  1046:5
  1066:18 1221:9
contain  1013:24
  1066:3 1085:13
  1099:15 1120:10
contained  1006:8
  1034:25 1041:24
  1073:6 1088:25
  1106:11 1124:22
  1132:21 1174:22
  1177:7 1178:7
  1179:6 1207:19
  1219:4
containing
  1012:25
contains  1038:1
  1051:20 1085:12
  1088:1 1092:11
  1122:4 1132:16
  1134:14
contemporaneous
  1214:13,13,19,22

content  1012:13
  1012:15,17
  1013:4,5,9,12
  1014:13,19,22
  1050:11 1073:16
  1074:4,12,16,18
  1074:19,23
  1075:5,6,8,11,11
  1151:12 1195:8
context  1005:25
  1012:3,14
  1026:22 1028:6
  1028:11,20
  1029:14 1030:1,3
  1030:20 1032:14
  1043:3 1051:7,8
  1051:11 1068:4,6
  1069:7,9 1074:17
  1076:3,10,15
  1112:19 1114:9
  1114:15,17
  1117:13,18
  1121:1 1124:20
  1125:18 1128:21
  1136:7 1143:22
  1143:23 1149:16
  1149:17 1151:7
  1184:5,6 1185:11
  1194:6
contexts  1027:21
  1028:20 1030:1
continue  1006:19
  1130:16 1131:9
  1132:12 1139:20
  1168:6,23 1190:7
  1197:10
continued  1132:9
  1141:6 1144:17
  1145:2,6 1147:17
  1193:10,14
  1197:14 1198:3

1198:17 1199:7
  1201:5,6 1202:18
  1204:15 1211:9
  1213:4
continues  1159:25
  1194:19 1195:4
contract  1051:21
  1052:4,8,12
  1053:7,9,14,20
  1054:1,9,18
  1057:5,10,21
  1058:6,11 1059:2
  1059:7,13 1060:6
  1060:18 1061:8
  1061:24 1062:24
  1063:3,10,17,23
  1064:19,21
  1065:4,14,16
  1078:10,11
  1082:1
contracts  1052:22
  1053:3 1054:3,10
  1059:16,20,22
  1060:1 1061:1,3,9
  1061:12,15,18
  1062:7,14,15
  1064:3,7,9,11,12
  1064:13,24
  1065:6,11,18,22
  1065:23 1078:6
  1078:25 1079:5,9
  1079:21 1080:8
  1080:24 1081:6
  1081:11,11,15,22
contrary  1209:18
control  1133:23
controlled  1038:9
  1129:5
controlling
  1124:17,18

convenient  998:8
conversation
  1137:17 1147:19
  1176:20 1184:7
  1185:14
conversations
  1213:3 1215:8
  1217:3
cool  1103:17
corporate  986:13
  1198:14,22
  1199:3,15
  1208:11
corporations
  1184:14
correct  998:19
  1002:1,2,20
  1010:3 1012:1
  1015:25 1018:24
  1018:25 1025:13
  1038:23 1046:22
  1048:25 1050:2
  1053:15 1055:18
  1056:3,14 1063:4
  1068:9 1069:22
  1070:20,23,24
  1073:13 1075:19
  1080:16 1092:18
  1094:15,25
  1103:22 1105:12
  1112:23 1118:3
  1118:13 1128:23
  1129:16 1140:15
  1141:7 1146:12
  1177:4 1219:5
corrected  1219:5
correcting
  1096:15
corrections
  1217:18 1219:3
  1221:14,15

[corrections - data]

1222:3,4
**correctly** 1010:16
1064:6 1070:4
1118:5 1121:9
1132:6 1195:21
**correspondence**
1189:15
**counsel** 988:1
989:1 990:1 991:1
992:1,16 995:13
1073:9,24
1074:22 1102:4
1103:17 1108:24
1110:12,19,23
1135:15,22,24
1136:3 1137:14
1137:22,23
1157:12 1161:6
1162:23 1163:7
1163:13 1164:1,3
1166:14 1189:15
1196:5 1221:18
1221:21 1222:7
**counted** 1117:7
**couple** 1026:17
1110:20 1147:5
1206:11
**course** 1113:21
**court** 986:1 987:1
987:21 996:2
1007:6 1101:18
1102:9 1107:12
1111:3 1116:12
1175:12 1220:3
**cover** 1064:19
1065:16 1162:15
**covered** 1022:18
**covers** 1006:24
**create** 1025:23
1031:23 1069:17

**created** 1010:11
1018:21 1019:1,5
1019:13 1025:15
1026:7 1035:2
1038:2,14
1044:22,25
1045:3,20
1055:16 1056:2
1060:19 1067:7
1069:14,19
1074:19 1076:19
1076:23 1080:13
1080:19 1081:5
1084:7 1111:9
1112:13 1113:24
1118:9
**creates** 1018:12
1018:16 1025:19
1026:1
**creating** 1085:17
**criteria** 1021:8,12
1021:21 1022:2,6
1022:8,10
1024:21 1172:2
**cross** 986:13
987:15 993:3
995:12 996:6,8,22
997:3,20 998:4,13
998:18 999:21
1000:14,18
1008:5 1020:1
1067:17 1077:1
1082:20 1086:16
1092:14 1101:20
1103:3 1107:22
1109:1 1111:15
1124:4 1136:10
1136:24 1137:22
1138:11 1139:16
1139:22 1140:1
1140:12 1141:3

1141:22 1142:7
1142:17,25
1146:2 1148:11
1150:20 1151:1
1155:21 1156:8
1156:22 1159:16
1159:17,22
1160:1 1162:25
1167:1,16
1169:19 1171:24
1176:1,9 1179:12
1189:24 1193:20
1195:15 1196:18
1197:11,21
1198:11 1199:2
1199:18 1202:1
1204:6,11
1205:10 1206:11
1208:5 1209:17
1209:23 1211:15
1212:5 1213:6,10
1213:23 1214:12
1215:13 1216:8
1217:23 1219:1
1219:12 1221:1,5
1223:2
**cross's** 995:7
996:19 1217:5
**crowdtangle**
1040:16,17
**crutcher** 990:5
991:5 995:22
**csr** 986:21,21,22
1220:25
**currently** 1016:23
1205:18
**custodians**
1059:16
**cut** 1032:23
1135:3 1166:17

**cutting** 1076:1

**d**

**d** 993:1 1012:4,7
1012:10 1013:2
1014:12,24
1015:12 1092:25
1094:23 1112:15
**daily** 1014:21
**dallas** 990:18
**dan** 1116:17
1117:2 1145:24
1148:3
**daniel** 988:8 992:5
995:17
**data** 996:12
1011:5 1015:7
1022:14,18
1023:1 1024:9,14
1024:22 1025:1
1028:9 1052:15
1054:21 1055:25
1056:8 1057:19
1066:3 1070:12
1079:16 1081:12
1081:14 1090:10
1092:12 1094:1
1095:9 1097:12
1098:5 1099:2,7
1099:10 1104:13
1104:25 1105:13
1117:8,10
1118:11,17,20
1119:1 1121:7
1134:6,19,24
1135:5,21 1137:3
1137:16 1140:14
1140:23 1141:6
1141:25 1143:12
1143:25 1144:17
1145:3 1147:17
1149:24 1151:2,7

Page 13

[data - deponent]

| | | | |
|---|---|---|---|
| 1151:9,16,19,22 | **dates** 1083:18 | **declare** 1219:1 | 1024:17 1027:14 |
| 1153:11,24 | **dating** 1123:8 | **decree** 1086:14 | 1028:6,18 |
| 1154:18,22,22 | **davis** 989:7 | **defend** 1162:21 | 1029:13,21 |
| 1155:16,22 | 995:19 | **define** 1084:22 | 1032:2 1035:23 |
| 1158:6 1167:19 | **day** 1005:16 | 1194:16 | 1040:5 1044:6 |
| 1168:9,10,14,16 | 1006:11 1007:23 | **defined** 1022:18 | 1046:9 1052:24 |
| 1169:1,2,3,12 | 1007:25 1157:16 | 1022:19 1023:2 | 1053:6 1054:6,20 |
| 1180:19 1181:11 | 1185:2 1190:17 | 1089:14 1162:16 | 1056:23 1057:23 |
| 1185:1,5 1186:4,5 | 1219:6 | 1162:22,25 | 1058:15 1059:6 |
| 1186:9,22 | **days** 1003:24 | **defines** 1086:15 | 1059:15 1060:9 |
| 1188:25 1189:7 | 1004:2 1005:2,5 | 1086:22 | 1060:14,25 |
| 1189:22 1190:2,7 | 1138:23,24 | **defining** 1082:16 | 1061:17 1062:2 |
| 1190:11,20 | 1160:4 1217:14 | 1084:23 | 1062:17 1063:20 |
| 1191:10 1192:12 | 1217:17,20,23 | **definition** 1038:5 | 1065:9 1067:16 |
| 1192:23 1193:21 | **deal** 1138:15 | 1038:6,11 1041:6 | 1069:12 1070:2 |
| 1193:25 1194:4,5 | 1176:25 | 1042:10 1076:6 | 1070:11 1072:4 |
| 1194:8,12,16,18 | **decide** 1203:19 | 1086:13 1087:2,6 | 1072:13,24 |
| 1194:19,22 | **decided** 999:5 | 1117:18 1122:22 | 1074:9 1075:21 |
| 1195:4,17 | **deciding** 1181:15 | 1151:14 1162:21 | 1076:5,17 1077:9 |
| 1196:19 1197:13 | 1181:17 1209:8 | 1193:25 1194:7 | 1078:2 1079:3 |
| 1198:2,16 1199:6 | 1211:18 1213:3 | 1194:17 1198:20 | 1081:18 1082:3 |
| 1201:5,6 1204:12 | **decision** 1044:8,20 | **definitions** | 1082:19 1084:14 |
| 1208:8,15,22 | 1143:17 1145:5,9 | 1039:25 | 1086:11,21 |
| 1211:10 1213:5 | 1161:16,23 | **deliver** 1207:7 | 1088:13,23 |
| 1216:7 | 1163:16 1180:12 | 1208:8 | 1090:3,21 1092:5 |
| **database** 1010:25 | 1180:18 1181:4,8 | **denver** 991:10 | 1093:22 1095:2,6 |
| 1011:5,9,10,13,13 | 1181:22 1208:22 | **department** | 1097:5,22 |
| 1011:23,25 | 1210:8,21 | 1170:17,19 | 1104:19,23 |
| 1142:10 | 1211:13 1212:22 | **depend** 1200:21 | 1105:24 1106:13 |
| **date** 1004:5 | 1215:7 | **depended** 1132:2 | 1106:19 1107:2 |
| 1006:16,16,18 | **decisions** 997:1 | 1194:16 1202:20 | 1115:12 1116:3 |
| 1008:11 1049:14 | 1039:3 1043:23 | **depending** | 1117:15 1118:23 |
| 1055:3,6 1057:14 | 1044:1 1170:4 | 1162:21 1188:7 | 1119:24 1121:19 |
| 1063:13 1080:16 | 1178:20,22 | 1193:24 1203:16 | 1122:24 1124:1 |
| 1095:16,16 | 1179:8 1210:17 | **depends** 1125:10 | 1126:10 1127:4 |
| 1102:18 1113:24 | 1212:8,20 | 1194:21 1201:4 | 1127:23 1128:5 |
| 1220:20 1221:16 | 1213:13 1214:4 | **deponent** 987:16 | 1129:18 1130:19 |
| 1222:5 1223:24 | 1214:15,17,23,25 | 993:2 1002:25 | 1131:12 1132:15 |
| **dated** 1116:18 | 1215:3,24 1216:6 | 1012:9 1013:15 | 1133:6,22 1134:5 |
| 1145:25 1148:3 | **deck** 1173:4,12 | 1013:22 1015:16 | 1135:13 1140:18 |
| 1220:23 | 1178:1,4 | 1016:17 1017:20 | 1140:25 1141:9 |

Veritext Legal Solutions
866 299-5127

**[deponent - determined]**

| | | | |
|---|---|---|---|
| 1141:18 1142:2 | **deponent's**   986:15 | 1029:10 1126:17 | **designee**   1138:13 |
| 1142:13 1143:6 | **deponents**   1220:7 | 1129:12 1169:4,5 | 1198:14 1199:3 |
| 1143:20 1144:2 | **deposition**   986:12 | 1172:25 1191:20 | 1208:11 |
| 1144:10,19 | 987:15 995:7 | **deprecations** | **desire**   1166:6 |
| 1145:5,13 | 997:21 998:9 | 1126:13,17 | 1208:2 1215:24 |
| 1147:19 1148:16 | 1107:21 1109:11 | 1127:2,14 1128:3 | **detail**   1035:12,14 |
| 1150:2,12 1151:5 | 1110:2,5,9 1113:1 | 1128:15,22 | 1035:21 1038:12 |
| 1151:25 1152:19 | 1113:11 1116:2 | **derek**   988:6 | 1072:14 1075:22 |
| 1153:5,17 | 1136:16 1150:1 | 1195:24 1217:9 | 1085:18 1129:24 |
| 1154:14,20 | 1150:11 1156:1 | **describe**   1025:18 | **details**   1040:19 |
| 1155:3 1156:2,23 | 1158:20 1160:2 | 1049:1 1082:12 | 1070:12,15 |
| 1157:4 1158:1,10 | 1163:20 1166:7 | 1090:15 1105:11 | 1071:14 1078:6 |
| 1158:21 1159:9 | 1197:17 1212:13 | 1153:13,13 | 1078:25 1079:10 |
| 1159:19 1167:22 | 1214:1 1217:6 | 1168:15 1182:6 | 1079:22 1080:9 |
| 1168:19 1169:15 | 1220:14 1221:19 | **described**   1193:22 | 1081:6,11,14 |
| 1171:18 1172:11 | 1221:22,24 | **describing**   1073:2 | 1121:22 1128:20 |
| 1173:2,20 1175:2 | 1222:8,10 | **description** | **determinants** |
| 1175:22 1176:5 | **deprecate**   1029:3 | 993:13 994:3 | 1079:4 |
| 1177:15 1178:9 | 1029:10 1195:16 | 1012:5,21,24,25 | **determination** |
| 1178:18 1179:2 | 1196:19 | 1018:1,3,6,10,14 | 1022:25 1040:21 |
| 1179:16,25 | **deprecated** | 1019:11,15,15,21 | 1051:24 1053:18 |
| 1180:7 1182:2,9 | 1000:24 1026:10 | 1019:23,25 | 1086:25 1089:1 |
| 1182:18 1183:5 | 1026:12,14,14,20 | 1020:6,7 1021:11 | 1157:6 1186:8 |
| 1183:12 1184:3 | 1026:24 1027:1,3 | 1058:16,19,21,22 | **determinations** |
| 1185:11 1186:7 | 1027:9,11,22 | 1058:23 1059:1,9 | 1075:13 |
| 1186:15,18 | 1028:7,11,14,16 | 1064:1 1073:8 | **determine**   1015:2 |
| 1187:20 1189:3 | 1028:18,22 | 1081:20 1083:12 | 1019:25 1035:4 |
| 1189:25 1197:18 | 1029:14,17,24,24 | 1093:9 1105:18 | 1041:1 1046:3 |
| 1198:7,21 | 1030:4,7,9,12,13 | 1105:21 1106:25 | 1059:24 1064:18 |
| 1199:11,23 | 1030:15,22 | 1188:15,18,19,22 | 1075:14 1085:14 |
| 1200:5,13 | 1032:4 1128:10 | **descriptions** | 1088:4 1097:1,12 |
| 1201:10 1202:15 | 1129:11,15,15 | 1075:15 | 1097:16 1099:4 |
| 1202:25 1203:10 | 1130:3,7,9 | **designated** | 1118:7 1121:2 |
| 1203:23 1204:20 | 1131:10,18 | 1068:20 1159:22 | 1134:11 1136:4 |
| 1205:3 1209:4 | 1132:13 1188:25 | 1160:6 | 1147:22 1153:19 |
| 1210:16 1211:4 | 1189:6,22 1190:3 | **designation** | 1167:17 1168:5 |
| 1211:22 1212:2 | 1190:9,14 | 1086:7,8 | 1178:5,12 |
| 1212:12 1213:18 | 1191:13,19 | **designations** | 1215:14 1216:14 |
| 1213:21 1215:5 | 1192:13 | 1218:19 | **determined** |
| 1215:19 1216:18 | **deprecation** | **designed**   1018:7 | 1043:21 1052:6,7 |
| | 1000:24 1028:15 | 1125:12,13 | 1052:11,14 |

**[determined - documentation]**

1065:13 1087:4
1088:19 1091:14
1092:21 1157:22
1161:25 1163:17
1167:25 1168:22
1221:18,22
1222:7
**determines**
1024:13,25
1096:18
**determining**
1024:9 1079:13
1082:24 1084:2
1091:17 1093:18
1131:12 1186:25
1208:14
**developed**
1054:24 1085:10
**developer** 1027:5
1051:25 1052:17
1053:8,19 1054:1
1059:20 1061:7
1061:24 1062:13
1062:13 1066:14
1079:7 1120:15
1154:16 1176:7
1184:21 1185:16
1196:23 1204:2
1212:15
**developers** 1001:2
1012:23 1014:2
1029:7,23 1042:3
1052:21 1053:3
1054:11 1059:17
1061:20 1062:9
1065:11 1081:3
1128:7 1132:12
1149:2,5,6,23
1158:14 1176:6
1176:23 1179:13
1180:3 1202:4,17

1203:2,11,14
1204:10,22
1216:2,2
**developing**
1175:24
**development**
1161:8,9
**device** 1105:12
1148:25 1149:4
1149:10,11
1197:1 1210:6
**devices** 1149:13
**dgarrie** 992:11
**dialogue** 1136:2
**dictates** 1162:14
**differ** 1119:17
**difference**
1075:10,12,15
1122:10 1123:13
1149:4
**differences**
1119:22
**different** 999:9
1011:4 1019:8
1024:4 1027:8
1028:14,19,20
1029:22,25,25
1030:5 1033:15
1037:7 1051:7
1055:8,9 1066:16
1067:24 1071:22
1071:23 1087:22
1099:8 1106:20
1106:21 1107:21
1107:25 1108:10
1108:16 1112:11
1117:17,17
1119:19 1120:4
1123:12 1124:20
1124:20 1128:7
1130:13 1142:20

1142:21 1144:2,7
1151:11 1152:15
1153:25 1164:20
1189:13 1200:18
1200:19 1201:2
1203:16
**differently**
1023:22 1164:1
**differs** 1134:15
**difficult** 1189:17
**digital** 1114:11,13
1114:16,25
1115:4,7,16,19,22
1155:23 1158:7
**direct** 1103:9,14
1124:15
**direction** 1220:11
**directly** 1023:14
1160:11
**disagree** 1136:8
**discovery** 997:25
**discuss** 998:2
1113:12 1136:14
1159:23 1164:10
1217:11
**discussed** 996:6
999:5 1027:22
1090:6 1092:1
1121:5 1127:18
1127:24 1175:2
**discusses** 1147:15
**discussing**
1004:12 1147:21
1199:24
**discussion**
1101:21 1116:24
1139:7 1143:24
**discussions**
1176:22
**displayed** 1063:2
1098:3,18,21

**disposal** 1092:6
**distinct** 1131:15
**district** 986:1,2
987:1,2
**dloeser** 988:15
**doctor** 1017:16
**document** 986:6
987:6 997:25
999:15,18
1012:11,25
1013:23,24
1014:4,8,11,13
1015:11,13,19
1047:20 1053:15
1056:21 1072:8
1073:20,22
1075:1 1078:16
1081:10,16
1092:23 1094:18
1095:10,25
1096:11 1102:19
1103:3,4 1104:9
1105:5,16,22
1106:3,5,7,9,10
1106:11,17,22,24
1107:3,7,9 1108:3
1108:6,10,11,12
1108:15,20,25
1110:15 1111:8
1111:17,19,22
1112:12,19
1113:14,17
1114:4,20,24
1115:2 1116:22
1117:15 1118:6,9
1172:13,15,18
1211:2,5,16,23
1212:3,24
**documentation**
1024:24 1025:2
1148:9,12,18

Veritext Legal Solutions
866 299-5127

**[documentation - engineering]**

1177:18
**documented**
1057:5
**documents** 996:5
1014:25 1070:25
1073:6 1090:7
1091:25 1092:6
1093:16 1109:8
1109:15,24
1113:10 1130:25
1177:21 1208:12
1209:13,18,24
1210:1,12,23
1211:5 1212:22
1213:25 1215:6,9
1216:5 1218:15
**doing** 1004:23
1090:16 1183:9
1183:18 1210:19
1217:15,25
**doubt** 1074:5,10
1075:25 1115:25
1116:3 1213:21
**downloaded**
1115:4
**downloading**
1111:13
**downstream**
999:8,16
**draft** 1173:4,12
1212:24
**dramatically**
1189:10
**drew** 1101:23
1102:21
**drill** 1170:8
1189:19
**dropbox** 1062:6
**dunn** 990:5 991:5
995:22

**duration** 1001:3

**e**

**e** 989:8 993:1,11
994:1 1016:3,23
1112:22 1171:6
1221:9,12 1222:1
1223:3,3,3
**e1** 1086:4,7,8
1087:4,9,18,21,24
1088:2,5,11,20
1089:2
**earlier** 1030:19
1055:15 1063:9
1063:23 1089:7
1117:6 1131:7
1147:10 1195:2
1206:12
**early** 1168:3
1193:15 1210:2
**ecosystem**
1175:24 1176:7
**eddie** 1101:22
1102:21 1117:8
1118:16
**edited** 1019:16,21
**effect** 1027:5
1028:23 1030:23
1030:23 1190:15
1190:17 1192:19
1197:20
**effected** 1192:16
1201:2
**effective** 1164:11
**effectively**
1111:14
**efficiency** 999:3
**efficient** 1169:20
**effort** 1065:10
1067:8 1121:20
1126:19 1185:4
1206:21 1207:17

**efforts** 1141:11
**effusive** 1212:18
**either** 996:12
1031:4 1036:10
1036:22 1042:7
1052:6 1089:13
1089:19 1139:24
1167:24 1178:4
**elapsed** 1049:9
**elia** 1036:4
1101:22 1102:20
**ellipsis** 1051:3,6
1051:11
**else's** 1194:8
**email** 994:4
1073:23 1074:3
1113:9 1115:11
1116:15,21
1117:2 1118:17
1145:24 1146:5
1147:14 1148:17
1148:22 1150:3
**emit** 1145:2
1151:2,15,21
1154:18,21
1167:18 1168:14
1188:25 1189:7
1189:22 1190:2,7
1190:10,20
1191:10 1192:12
1192:23 1194:9
1195:17 1196:19
**emits** 1022:14,18
1023:1 1024:9,13
1025:1 1194:9
**emitted** 1186:3,21
1193:21 1194:4
1194:13,20,24
1195:4,11
**emitting** 1024:21

**emma** 988:9
**employed** 1174:4
**employee** 1018:21
1025:22,25
1091:19,21,23
1100:19 1174:1
1187:6,8,15,16,17
1187:18,21
1220:18
**employees**
1032:18
**enable** 1062:12
1128:6
**enabled** 1061:23
**enacted** 1185:3
**encapsulated**
1137:18
**encompass**
1176:24
**encourage** 999:15
1135:16
**ended** 1006:16
1066:15 1100:7
1165:17
**endpoint** 1020:12
1020:15,19
**endpoints** 1020:10
1020:14,21
1021:3
**eng** 1016:4,18
**engaged** 1062:8
1084:11 1137:19
**engineer** 1017:15
1018:12,16
1035:24 1036:1
1066:14 1089:16
1089:19
**engineering**
1016:25 1017:2,3
1017:4,11
1035:17,17

[engineering - exhibit]

1089:8,11,14
**engineers** 1015:7
1016:9 1017:5,22
1089:19
**england** 986:15
987:17 995:1
**english** 1010:10
**ensure** 1054:10
1065:16
**enter** 1054:1
1081:7 1090:23
**entered** 1008:23
1019:10 1021:22
1025:12 1030:8
1036:21,24
1039:7 1043:4
1047:2 1049:8
1050:16,18
1051:2 1052:22
1053:3 1059:12
1059:20,25
1061:7,15,24
1062:8,14
1064:14 1066:10
1069:1 1070:17
1070:21 1078:9
1078:18,20
1079:11,18,20
1080:16 1081:8
1194:23
**entering** 1018:10
1018:13 1021:17
1021:20 1050:11
1054:17 1078:23
**enters** 1026:3
**entirely** 1020:25
1037:4,11,17
1039:9,24
1071:21 1089:16
1151:25 1182:20
1183:19

**entirety** 1131:23
**entities** 1126:1,2
1161:25 1163:17
1184:15,19
1185:7
**entity** 1036:19
1085:16
**entries** 1000:8,10
1014:23 1019:23
1030:24 1031:18
1034:9 1041:10
1041:13 1045:18
1047:3 1078:14
1079:9,10 1080:8
1081:10 1083:23
1083:23 1127:13
**entry** 1011:18
1013:2,5 1018:2
1020:21,23
1022:5 1026:19
1031:22 1033:19
1036:14 1045:14
1045:17 1051:17
1056:10,13,16,19
1068:7 1081:12
1082:14
**epoch** 1049:3
**equals** 1076:12
**equivalent** 1070:5
**errata** 1221:14,16
1222:3,5
**establish** 1116:7
1138:16 1169:21
**evaluated** 1044:20
1169:11 1203:23
1203:25
**evaluation**
1096:17 1172:23
1178:6 1183:6,8
1197:9

**evening** 1139:16
**event** 1069:8,13
1069:14,14,17,19
**events** 1069:20
1191:10
**everybody**
1180:19
**evolved** 1055:7
1062:4 1081:16
1098:6
**evolves** 1024:24
**ewright** 988:18
**exact** 1004:6
1055:6 1125:11
1165:16,17
1193:16
**exactly** 1035:18
1037:12 1043:23
1051:10 1085:23
1086:1 1120:19
1120:21,21
1121:23 1148:20
1152:1 1177:15
1183:12 1185:12
1193:15 1203:16
1204:13 1211:6
**examination**
993:2 998:16
1139:13 1167:17
1183:2 1206:9
1207:15
**examine** 1168:8
**examined** 998:15
1181:23 1182:14
1182:25
**example** 1035:5
1040:11,15
1042:13 1055:15
1093:15 1097:10
1105:2 1128:9
1129:4 1144:12

1145:7 1152:20
1169:10 1195:5,9
1195:13 1197:1
1212:23
**examples** 1144:13
1149:10 1171:9
1190:22 1195:12
**exceed** 1155:24
1158:8
**exceeded** 1161:14
1167:19 1168:9
**exceeding** 1163:18
**excel** 993:14,21,24
1057:17 1108:17
1108:19 1111:7
**exception** 1006:15
**excerpt** 1007:16
1072:22 1094:19
**excerpts** 1090:13
1090:14
**exchanged**
1169:21 1170:7,9
**excuse** 1164:9
**execute** 1065:18
**executed** 1219:6
**exemption** 1181:9
1211:11
**exemptions**
1172:2 1173:15
1180:9 1210:18
**exercise** 1090:14
1090:16 1168:20
**exhaustive** 1185:4
**exhibit** 993:14,17
993:21,24 994:4
994:12 1004:14
1004:20 1007:5,9
1007:10,20,22,24
1008:9 1020:2
1046:21 1053:15
1055:22 1072:10

Veritext Legal Solutions
866 299-5127

[exhibit - facebook]

1072:22 1076:15
1078:4 1091:3,10
1092:20,22
1093:5 1094:12
1094:14,19,22
1095:12 1101:17
1101:21 1102:18
1107:11,15,16,18
1107:19,21
1108:2,4,7 1111:2
1111:6,6 1115:11
1116:11,15
1145:21,22
1146:10,15,25
1147:2,4,6
1171:23,25
1172:4
**exhibited** 1037:5
**exhibits** 994:10
1020:3 1109:24
1112:25
**exist** 1054:10
1067:11 1079:10
1079:22,24
1083:23 1091:6
1122:1 1133:16
**existed** 1001:3
1045:11,22
1046:1 1047:11
1048:13 1049:22
1050:15,23
1056:18 1058:12
1064:13,19
1065:11,16
1080:15 1099:17
1205:6,8
**exists** 1025:2
1051:12 1060:15
1080:14 1088:9
1088:17 1122:2
1123:19 1133:18

1134:17 1135:10
1137:10
**expected** 1018:8
1081:2
**experience** 1149:9
1149:12 1150:17
1199:21 1200:3
1200:11,17,24,25
1201:7,18,23,25
1202:11,13,22
1203:6 1204:5
**experienced**
1096:7
**experiences**
1149:13 1203:19
1203:20 1208:20
1211:8 1216:1
**expert** 1035:16
1134:6,10,20
1135:17 1159:5
1198:23 1199:14
**expertise** 1199:16
**expiration** 1005:7
1005:9,11,14
**explain** 1026:11
1031:24 1112:14
1112:20 1119:22
1166:20 1194:5
1206:18
**explained** 1029:23
1078:10 1188:16
**explicit** 1215:11
1218:2
**exported** 1063:6
**exposed** 1186:9
**extend** 1136:19
**extension** 1181:9
1202:2,12 1204:1
1211:11
**extensions** 994:5
1105:15 1116:19

1117:4,6 1146:1
1172:3 1173:15
1180:9 1202:7
1203:21 1210:18
**extent** 1123:4
1163:23
**external** 1012:5
**extra** 1200:7

**f**

**f** 1017:25 1019:12
1095:12
**facebook** 986:3
987:3 990:4 991:4
995:8 996:7 997:2
1002:16,21
1007:2 1011:3,7
1011:24 1014:4,8
1014:12,24
1015:1 1016:6,13
1016:19,25
1018:20 1019:2
1023:12 1025:22
1025:25 1027:5
1027:10,22
1028:15 1029:2,5
1029:9 1032:18
1035:15 1038:2,9
1038:14 1040:10
1040:13 1042:5,7
1042:14 1044:3
1048:11,15
1052:19,21
1053:2,6,13
1057:20 1059:11
1060:3,19,21
1061:3,5,14,19
1062:8 1065:21
1072:9 1073:25
1074:3 1079:4,11
1081:16,25
1091:19,21,23

1096:13 1100:19
1109:16,25
1110:14 1112:3
1115:3,6,15,18,21
1115:22 1118:1,8
1118:25 1119:15
1119:25 1120:15
1121:14 1122:1,3
1125:17 1129:11
1130:25 1132:11
1133:17,19,23,24
1134:20 1135:11
1135:20 1136:2
1138:13 1140:13
1141:4,23 1143:3
1147:15 1148:12
1149:3,8,11,12,12
1149:19 1150:8
1151:1,9,10,14,17
1151:20,20
1152:1,3,4,6,9,12
1152:15,16,17,19
1152:21,23,24
1153:2,10,17,18
1153:21 1154:3,4
1154:4,6,8,10,10
1154:11,14,16,17
1154:20 1155:11
1155:15,18,22
1158:6,11,15
1161:24 1163:17
1165:6 1167:17
1168:24 1169:9
1169:11,16,22
1170:10,17,22
1171:9,13,16
1172:8,23,24
1174:1,4,8,23,25
1175:4,18,19
1176:2,8,23
1178:7 1179:12

Page 19

**[facebook - finished]**

| | | | |
|---|---|---|---|
| 1179:14,16 | 1069:14,20 | **familiar** 1114:10 | 1079:1,24 1080:2 |
| 1180:4 1181:25 | 1088:7 1089:1 | 1121:21 | 1080:7,10,13,17 |
| 1182:4,6,10,13,15 | 1096:18 1099:2 | **family** 1133:24 | 1080:18,20 |
| 1182:16,19,25 | 1119:16 1122:5 | **far** 1070:23,24 | 1081:5,8,12 |
| 1183:1,2,3,9,15 | 1127:16 1133:8 | 1134:1,18,22 | 1082:11,15 |
| 1183:17,25 | 1133:10 1140:23 | **fb** 993:15,18,19,22 | 1083:5,15,23 |
| 1184:1,9,10,13,13 | 1159:12 1184:16 | 993:25 994:6,7 | 1087:24 1092:13 |
| 1184:20,20,24 | 1198:8,13 1199:3 | 1007:10 1102:24 | 1186:19 1188:19 |
| 1185:3,6,8,13,15 | 1208:10 | 1107:16 1108:3 | **fields** 1054:22 |
| 1185:16,19,21 | **faced** 1142:3,3,16 | 1111:7 1116:16 | 1055:8 1071:12 |
| 1186:2,23 1187:6 | 1142:18 1143:1 | **fb.com** 1221:2 | 1073:2 1080:5 |
| 1187:8 1188:24 | 1147:15 | **fb.quip** 1105:22 | 1081:20 1083:18 |
| 1189:6,9,21 | **facing** 1120:5 | **fbid** 1010:19 | 1083:20,20 |
| 1190:9 1191:13 | **fact** 1022:5 1030:9 | 1011:3,14,21 | 1084:9,15,20 |
| 1193:21 1194:11 | 1032:6 1147:1 | 1012:2 | 1091:3 |
| 1195:16 1196:19 | 1160:14 1164:2 | **features** 1119:15 | **fight** 1160:24 |
| 1197:8,11,13,20 | 1179:12 1180:3 | 1120:5,15,17 | 1164:15 1196:7 |
| 1197:25 1198:2,3 | 1190:9 1197:14 | 1125:2 1128:6 | **figure** 1008:1,14 |
| 1198:9,13,15,16 | 1198:3,17 1199:6 | 1131:14 1133:24 | 1154:2 1189:19 |
| 1198:17,23 | **factor** 1181:15,17 | **february** 1001:16 | 1204:7 |
| 1199:1,4,5,7,19 | 1208:14 1210:20 | 1023:8 | **filled** 1021:1,4 |
| 1200:7 1202:4 | 1211:12 1213:3 | **federal** 1220:14 | **filter** 1092:8,23 |
| 1203:18,23,24 | **factors** 1096:6 | 1222:1,8,9 | 1094:8 |
| 1204:17,23,25 | 1132:3 1179:9 | **feel** 1158:10,12,23 | **filtered** 1094:22 |
| 1205:11,13 | 1195:16 1196:18 | 1159:2,10,10 | **final** 1193:2,2,4,5 |
| 1207:7,22,23 | 1215:10 | 1199:12 | **financially** |
| 1208:9 1209:8 | **factual** 1086:19 | **field** 1004:5,6 | 1220:17 |
| 1210:23 1211:17 | **fail** 1126:1 | 1018:3 1027:14 | **find** 1035:20 |
| 1212:15 1215:17 | **failed** 1126:3,7 | 1037:6 1043:7 | 1036:2 1077:23 |
| 1215:22 1216:16 | **fair** 1071:7 1147:9 | 1048:4,6 1051:16 | 1107:18,18 |
| 1221:4 1223:1 | 1147:14 | 1051:17,19 | 1110:21 1137:15 |
| **facebook's** 986:12 | **false** 1026:19,21 | 1054:25 1055:2,4 | 1174:6 1183:17 |
| 1010:1,5,24 | 1026:23 1030:6 | 1055:6,10,13 | 1215:15,20 |
| 1011:5,22,25 | 1030:25 1031:4,6 | 1056:9,20 | 1216:15 |
| 1012:11,17 | 1031:9,17 | 1057:24 1058:2,4 | **fine** 1118:5 1140:6 |
| 1013:3,5,8,11 | 1032:10 1036:23 | 1058:7,13 1063:1 | 1140:10 1163:5 |
| 1014:19,21 | 1036:24 1037:6,9 | 1063:14,15,20,21 | 1164:12 1166:3 |
| 1035:16 1038:5,6 | 1037:12,15,19 | 1064:1 1066:11 | **finish** 1160:4 |
| 1042:4 1044:18 | 1042:22 1043:1,2 | 1066:13 1068:7 | 1161:21 |
| 1051:24 1054:7 | 1043:7 1052:3 | 1069:2 1071:19 | **finished** 1216:11 |
| 1057:9 1059:15 | | 1078:13,17 | |

[finishing - francisco]

finishing   1162:6
first   1001:11
  1009:18 1015:4
  1015:17 1017:22
  1018:13 1019:14
  1021:5 1025:8
  1026:7,18
  1028:18 1033:10
  1033:20,22,25
  1034:9,16,18,22
  1035:1 1036:5
  1037:24 1038:4,7
  1038:16,20,23
  1039:15,16,17,21
  1041:8,16,18,21
  1042:1,7,10,11
  1049:3,24
  1054:23 1060:21
  1066:2 1070:13
  1075:16 1078:3
  1099:19 1104:11
  1105:13 1109:6
  1113:22 1117:2
  1131:13 1135:14
  1137:15 1171:4
  1173:4 1184:22
  1190:12 1192:14
five   1073:16
  1110:11 1114:25
  1117:5 1138:3,24
  1160:4
floor   992:8
flow   1049:23
fly   1120:25
focus   1103:11
focused   1161:10
  1163:9
folder   1107:21,25
folks   999:17
  1145:18 1148:20

follow   996:7
  997:15 1002:14
  1026:17 1065:21
  1093:10 1138:19
  1206:12 1207:14
following   1196:21
follows   998:15
  1025:3 1221:8
fonti   989:5 995:16
  995:20
foregoing   1219:2
  1220:5,7,11,13
form   1002:24
  1012:8 1013:14
  1013:21 1015:15
  1016:16 1017:19
  1024:16 1027:13
  1028:5,17
  1029:12,20
  1032:1 1035:22
  1040:4 1041:3
  1044:4 1051:17
  1051:18 1052:1
  1052:18,23
  1053:5 1054:5,19
  1057:22 1058:14
  1059:5,14
  1060:12,24
  1061:16 1062:1
  1062:16 1063:19
  1064:25 1065:8
  1067:14,22
  1069:11 1070:1
  1070:10 1072:3
  1072:12,23
  1074:8,24
  1075:20 1076:4
  1076:16,18
  1077:7 1078:1,13
  1079:2 1081:17
  1082:2,18

1084:12 1086:10
1088:12,21
1090:20 1092:4
1093:21 1095:4
1097:4,21
1104:18,21
1105:23 1106:12
1106:18 1107:1
1115:9 1116:1
1117:14 1118:22
1119:23 1121:17
1122:23 1124:2
1126:9 1127:3,22
1128:4 1129:9,17
1130:18 1131:11
1132:14 1133:4
1133:21 1135:12
1140:17 1141:8
1142:11 1143:5
1143:19 1144:1,8
1144:18 1145:4
1145:12 1147:18
1150:1 1151:4,23
1152:18 1153:1,4
1154:19 1156:1
1157:25 1158:20
1165:1 1166:11
1167:21 1168:18
1169:14 1172:10
1173:1,19 1175:1
1175:21 1176:4
1177:13 1178:8
1178:17 1179:15
1179:24 1180:6
1182:1,8,17
1183:10 1185:10
1187:19 1189:2
1189:23 1195:22
1199:22 1200:4
1200:12 1201:9
1202:14,24

1203:9,22
1204:19 1205:2
1210:25 1211:20
1212:11 1215:4
1215:18
formal   1177:11,23
  1178:21 1187:11
formalized
  1186:24
format   1049:15
  1166:11
forms   1107:25
  1148:18
forth   1015:21
  1135:18 1220:7
fortunately
  1165:25
forward   1136:7
  1162:18 1164:7
found   1107:23,24
  1107:24 1117:5
foundation
  1197:16 1198:19
  1199:10 1209:21
  1210:15
four   997:6
  1074:21 1077:11
  1138:23
fourth   996:24
  997:9 1041:15
  1042:13,14,16
fql   1000:23
  1001:11,12
  1002:7,9
frame   1123:19
framework
  1178:21
francisco   990:10
  1116:18 1117:3
  1148:2 1170:13
  1180:25

[frcp - generally]

**frcp** 1222:1
**free** 1051:17,18
1078:13 1082:11
**friend** 1029:6
1104:25,25
1113:15 1114:7,8
1130:15 1143:12
1143:25 1144:17
1145:2,6 1147:17
1149:24 1151:2,7
1151:9,16,19,22
1153:11,24
1154:18 1155:15
1160:11,12,19,20
1160:21,25
1161:8,9 1162:19
1167:19 1168:9
1168:14,16
1169:1,3,12
1180:18 1185:1,5
1188:25 1189:7
1189:22 1190:2,7
1190:10,13,20
1191:10 1192:12
1192:15,18,18,22
1192:23 1193:21
1193:25 1194:4,5
1194:7,11,14,16
1194:17,19,22,24
1194:25 1195:3
1195:10,17
1196:19 1199:20
1200:10,22,22
1201:5,6,17
1202:11,20
1203:21 1204:12
1205:15 1207:5,9
1208:8 1209:15
1211:10 1213:5
1216:7

**friendly** 997:18
**friends** 1009:16
1009:19,24
1010:17 1011:20
1029:3,16
1093:15,20
1094:20 1104:13
1105:13 1111:11
1112:7 1113:16
1114:1,24
1117:10 1118:10
1118:20 1119:1
1121:7 1126:8
1128:16,17,23,24
1129:2 1130:8,17
1130:21 1131:3,6
1137:3 1141:6,24
1142:10 1154:23
1155:20,22
1158:6 1179:19
1181:11 1190:25
1191:8,8,17
1194:12 1195:6
1197:13 1198:2
1198:17 1199:6
1201:20 1208:15
1208:22
**front** 1004:9,10
**ft** 1087:12
**ftc** 1022:19,21,23
1023:2 1086:7,9
1086:13,18
1087:10,12,15
**full** 1047:20
1072:21 1092:2
1092:22,22
1094:18 1150:5
1150:14 1211:14
**fully** 1056:24
1142:23 1153:6
1155:7 1214:6

**function** 1027:24
1030:17 1060:7
1060:15 1101:7
**functional**
1067:17 1077:1
1082:20
**functionality**
1033:22,24
1125:11
**further** 1136:6
1160:15,24
1206:18 1207:13
1207:15 1220:13
1220:17
**future** 1164:10

**g**

**g** 1020:9,20,23
1021:3 1095:12
1095:15
**gain** 1053:11
1120:3
**garrie** 992:5 996:1
996:2 998:22,25
999:1 1101:24
1102:2,4,7
1107:17,23
1109:17,21
1110:4,8,18
1135:15,22,24
1136:17 1137:7
1156:8,20,24
1157:9 1159:15
1159:17,20
1160:8,9 1161:4
1162:8 1163:4,21
1163:25 1164:24
1166:3,9,16,25
1167:7,9 1211:24
1213:19 1217:17
1217:19,22
1218:1,5,13

**gate** 1119:15
**gated** 1002:3
1097:7 1120:16
1120:19,22
1123:20
**gatekeeper** 1119:9
1119:13,14,17,19
1120:3,6,9,12,16
1120:22 1121:4
1121:15,23,25
1124:22,25
1125:10,11,16,21
1125:23,23,25
1126:1,2,6,7,12
1126:14,18,21,24
1132:18,25
1133:16,18,22
1134:2,7,17,19,25
1135:6,10 1136:1
1136:11,13
1206:13 1207:19
1207:24
**gatekeepers**
1122:2 1125:5,13
1126:8 1133:12
1133:14 1206:22
1207:20,23
**gatekeeping**
1127:6
**gates** 996:21 997:7
997:21
**gating** 1035:6
1122:13 1125:1
1127:17
**general** 992:16
1028:2 1074:18
1122:18 1174:21
1177:7
**generally** 1016:6
1089:24 1105:21
1122:20 1164:8

[generally - half]

1205:22
**generate** 1056:10
**generated** 1028:10
1057:12,19
1074:23 1075:5,6
1075:9,11 1091:7
1177:12,23
1211:16
**gestation** 1034:12
**getting** 1028:4
1149:1 1197:12
1198:1,15 1199:5
**gibson** 990:5
991:5 995:22
1217:19
**gibsondunn.com**
990:12,20 991:12
991:19
**give** 1024:5
1035:18 1040:11
1077:12 1085:18
1086:14 1087:6
1110:20 1117:18
1120:24 1169:10
1190:22 1216:2
**given** 1003:16
1009:5 1017:7
1024:25 1050:11
1053:11,25
1062:20 1064:1
1079:7 1097:24
1101:7 1112:3,12
1159:11 1199:13
1202:8 1206:23
1217:14 1220:12
**giving** 1159:10
1199:12,24
1211:9,9
**go** 1015:12
1023:20 1025:22
1032:22 1036:1,4

1046:13 1048:7
1056:1,1 1060:13
1073:10 1086:12
1090:1,15,22
1093:4,17
1094:18,22
1095:5,25
1097:16 1101:11
1102:9,11
1104:22 1105:4
1111:20 1113:7
1114:19 1124:3
1133:5 1134:4
1135:16 1137:14
1139:6 1146:17
1148:1 1158:3
1159:18 1164:9
1167:1,4,8,9
1172:16 1178:12
1186:17 1189:24
1206:2 1215:15
1216:15 1218:8
1218:11,21
**goes** 1025:25
1040:20 1088:11
1110:19 1134:2
1134:19,23
1166:12 1172:2,8
**going** 997:12
999:2 1010:13,19
1012:4 1023:21
1028:16 1029:5
1032:13 1033:11
1046:10 1064:2
1065:21 1066:17
1073:15 1092:15
1102:5 1103:8,14
1108:24 1109:21
1109:22 1110:10
1134:12 1135:4
1135:16 1136:7

1137:25 1138:12
1138:18 1139:21
1145:20 1146:19
1158:3 1160:1,3
1172:16 1216:8
**good** 995:15,21
996:3 1046:10
1110:6 1139:15
1139:16 1148:25
**governed** 1061:20
1122:8
**gracefully**
1162:11
**grant** 1000:6
1001:23,25,25
1004:15,21
1083:14 1096:4
1124:12 1181:22
1187:16,18
1204:1 1210:8
1211:13 1213:4
**grantable** 1038:19
1038:22 1041:25
**granted** 1009:16
1009:19 1010:17
1011:20 1021:13
1032:20 1036:12
1037:2 1039:4
1041:25 1052:2
1057:10 1059:23
1062:21 1084:17
1091:18 1092:3
1097:2,19 1131:2
1153:19 1161:14
1168:4 1173:15
1185:20,23
1187:3 1208:15
1210:18
**granting** 1172:2
**grants** 1033:8
1034:5 1064:17

1065:12 1091:12
**graph** 1027:12
1029:17 1120:18
1127:14,20
1128:3,10,11
1129:11,13
1130:3 1131:10
1131:16,23
1132:10,12
1137:1,2 1144:22
**gray** 1162:11
**great** 999:15
1000:1 1110:16
1110:21
**group** 1017:5,8,22
1023:4 1032:15
1032:17,25
1033:5,6,21,24
1034:3,4,9
1036:11 1037:1
1067:16 1077:1,2
1077:4,6,11,18,21
1077:24 1082:20
1084:6 1085:16
1088:11,15
1117:20 1143:16
1150:13 1192:4
**groups** 1084:22
1191:11,25
**guess** 1167:10
**guidance** 1085:3
**guy** 1217:24
**guys** 1101:24,25

**h**

**h** 993:11 994:1
1021:7 1095:12
1112:22 1171:6
1223:3
**half** 1046:11
1092:15

**[handled - immediate]**

**handled** 1039:4,6
1182:10 1221:8
**hannah** 991:6
995:24
**happened** 1127:5
1127:7 1190:16
**happens** 1166:17
**happy** 997:24,24
1004:14 1090:3
1109:8,11 1113:3
1113:12 1136:14
1136:21 1137:5
1139:3 1217:11
**hard** 1085:17
1112:20 1120:24
1120:24 1142:5
1142:15 1183:21
1185:12 1188:8
1194:1
**head** 1047:19,21
1071:5 1170:14
**header** 1012:4
1016:3 1017:25
1020:9 1021:7
1025:10 1026:9
1036:6 1038:15
1044:22 1045:7
1048:7,18
1049:16 1065:24
1078:5 1082:8
1083:7 1086:3
1089:4
**hear** 1029:8
1102:3,6 1158:4
**heard** 1044:9
1114:12,15,17
1137:8 1160:7
**hearing** 1069:5
**help** 1034:17
1052:24 1088:14
1114:2 1116:7

1122:24,24
1143:20 1153:21
1177:8 1184:3
**helpful** 999:3,19
1071:25 1116:9
1195:25
**helping** 1212:19
**hendrix** 1156:7
**hereto** 1007:7
1101:19 1107:13
1111:4 1116:13
**hesitate** 1195:24
**high** 1020:15
1021:11 1038:8
1038:10,13
1040:7 1050:4,7
1069:25 1070:5
1075:18 1076:2,8
1076:9,12,13,14
1093:9
**highest** 1070:5
**highlighted**
1016:23
**highly** 986:11
1218:17
**historical** 1064:12
1065:6 1066:4
1132:24
**historically**
1054:3
**history** 1084:19
**hits** 1119:4
**hive** 1099:8,9,11
1099:17
**hoc** 1111:11
1114:1
**hole** 1137:15
**hoped** 1109:10
1110:17
**hopefully** 1139:17

**hour** 1046:11
1092:15
**hours** 1110:21
**housekeeper**
1167:5
**housekeeping**
1217:13
**hregan** 991:12
**huang** 1101:23
1102:20,21
**huh** 1055:21
1105:7
**hundreds** 1016:17
**hypothetical**
1130:24

**i**

**i.e.** 1064:12
1096:12
**ian** 992:16 995:23
**idea** 1134:18,22
**identifiable**
1076:8
**identification**
1007:6 1101:18
1107:12 1111:3
1116:12 1214:2
**identified** 996:9
996:11,22,25
997:8,10,21
1000:15 1007:11
1014:11 1050:19
1068:1 1090:6
1108:7 1109:7
1113:1,4 1115:11
1116:14 1136:24
1145:16 1160:21
1161:3 1172:18
1184:25 1190:1
1191:7,13
1207:22,23
1209:1

**identifies** 1016:24
1017:1,21
1089:11 1097:6
**identify** 995:13
996:4 1014:23
1058:17 1060:4
1065:10 1090:17
1090:22 1092:2,7
1092:24 1093:7
1094:7,20
1104:24 1109:1
1111:21 1121:5
1125:25 1126:2,6
1129:1 1131:1
1132:11 1135:25
1141:5,11,23
1143:1,11
1147:16 1151:1
1151:15,20
1171:8 1185:4,7
1186:21 1189:21
1204:25 1210:23
1211:1,16,22
1212:3
**identifying** 997:5
1132:17 1184:9
**identity** 1018:15
1019:18,20
**ids** 1000:11,14
1014:25 1062:20
1093:4 1094:24
1095:7 1120:1
1133:13 1206:23
**imagine** 1025:2
1090:14 1098:22
**ime** 1116:17
1117:3 1145:25
1148:2,7 1170:12
1180:23,24
**immediate**
1027:23

[impact - information]

| | | | |
|---|---|---|---|
| **impact**  1176:6,7 | **incorrect**  1109:4 | 1077:20 1079:15 | 1085:14,19 |
| 1176:23 1180:11 | **independent** | 1093:14 1127:19 | 1086:24 1087:1 |
| 1209:25 1210:19 | 1086:19 | 1130:15,20 | 1088:25 1095:23 |
| 1210:20 1213:1 | **indicate**  996:14 | 1135:2 | 1098:2,7,10,13,16 |
| **implementation** | 1020:6 1036:15 | **individual's** | 1098:16,18,21,24 |
| 1062:15 | 1039:18 1047:14 | 1026:2 | 1099:1,4,12,15,22 |
| **implemented** | 1052:4 1062:23 | **individually** | 1099:23 1100:3 |
| 1064:16,21 | 1063:16 1092:10 | 1134:21 | 1100:15,19,23 |
| 1101:5 | 1093:1 1095:7,12 | **individuals** | 1103:22,24,25 |
| **implements** | 1095:15 1113:17 | 1077:17 1209:1 | 1104:6,14,15 |
| 1019:7 | 1198:9 1199:1 | 1210:10 1212:6 | 1106:11,15,16,20 |
| **implications** | **indicated**  999:22 | 1213:11,24 | 1106:22,23 |
| 1175:3,24 | 1002:10 1006:14 | **influence**  1096:6 | 1111:22 1112:1 |
| **important**  1040:7 | 1030:15 1037:9 | **info**  1105:14 | 1114:3 1116:9 |
| 1042:2 1093:23 | 1052:3 1055:23 | **inform**  1104:14,15 | 1118:1 1120:7,10 |
| 1095:20 1096:8 | 1059:2 1063:22 | **informa**  1133:2 | 1120:12 1121:15 |
| 1098:14 1128:20 | 1067:20 1070:9 | **information**  996:5 | 1122:4,19 |
| 1151:6 1177:8 | 1071:16 1074:2,7 | 996:16,16 998:6 | 1124:13,22 |
| **importantly** | 1088:10 1113:10 | 1001:21 1002:9 | 1125:7,8,14,21,22 |
| 1137:21 | 1140:1 1162:15 | 1009:22,25 | 1126:15,20,23,25 |
| **improved**  1054:21 | 1188:23 1190:7 | 1010:13,15,22 | 1132:21,25 |
| 1080:6 | 1197:6 1206:14 | 1012:7,9,16 | 1133:7,14 1134:2 |
| **inception**  1079:22 | 1214:15 1215:1 | 1013:25 1014:1 | 1134:14,15,22 |
| 1188:20 | **indicates**  1004:25 | 1014:10 1018:7 | 1135:6,9 1136:11 |
| **include**  1120:7,17 | 1005:16 1008:20 | 1020:2,11 | 1136:25 1137:10 |
| 1130:13 1136:19 | 1018:4 1030:6 | 1021:14,16,22 | 1141:12,15 |
| 1153:23 1176:2 | 1033:1 1034:15 | 1022:2,18 1024:5 | 1143:10,14 |
| **included**  1081:21 | 1034:21 1038:21 | 1024:21 1025:12 | 1151:12 1152:17 |
| 1081:25 1119:12 | 1043:1 1047:23 | 1026:4 1033:17 | 1152:25 1153:12 |
| 1129:12 1130:6 | 1048:1,4,5 1049:6 | 1034:24 1035:8 | 1153:21 1154:23 |
| 1132:19 1133:14 | 1074:3 1075:18 | 1036:3 1039:7 | 1154:25 1155:11 |
| 1141:19,20 | 1076:12 1111:9 | 1050:15 1055:11 | 1155:20 1158:14 |
| 1154:22 1179:10 | 1112:7 1118:16 | 1057:3,14 | 1168:5,22 |
| 1193:17 1215:7 | **indication** | 1058:10 1063:7 | 1179:18,19 |
| 1215:10,12 | 1003:16 1072:19 | 1063:25 1064:23 | 1186:13 1189:10 |
| 1221:14 1222:3 | **indicative**  1008:22 | 1065:6,23 1073:2 | 1191:3 1192:3 |
| **includes**  1053:18 | 1105:3 | 1073:5 1074:19 | 1194:8,9,23 |
| 1102:19 1188:14 | **indicator**  1112:15 | 1076:8 1078:9,19 | 1195:10 1197:7 |
| **including**  1132:3 | **individual**  1009:8 | 1078:21,24 | 1199:20 1200:10 |
| 1184:12 1188:18 | 1014:5 1019:20 | 1081:21,24 | 1200:22,22 |
| 1191:10 | 1048:15 1061:24 | 1082:6 1085:13 | 1201:17,20,25 |

Veritext Legal Solutions
866 299-5127

**[information - keeps]**

1202:11,20
1203:4,8 1204:17
1206:15,25
1207:3,6,10
1209:16
**infrastructure**
1011:6
**initiated**   996:9,14
**inquiry**   1096:23
1141:21
**inside**   1016:6
1119:14
**install**   1152:5
1154:7
**installed**   1151:21
1155:23 1158:7
**instance**   1005:13
1006:13 1021:6
1025:9 1027:10
1036:5 1041:8
1059:24 1070:13
1075:17 1078:3
1099:20 1108:17
1127:20 1135:14
**instances**   1054:2
**instituted**   1187:12
**institutional**
1148:9
**integrated**
1061:10,12
1064:9,11,22
1065:4
**integration**
1064:24 1149:2
1149:20 1204:4
1210:6
**integrations**
1149:7,14,15
1193:14 1197:1
1215:25

**intend**   996:18
**intent**   1084:8
**interaction**
1152:13
**interchangeably**
1016:2
**interest**   999:3,17
1110:10 1162:5
1195:25
**interested**   1008:21
1094:8 1220:18
**internal**   1010:1,2
1010:6 1037:21
1042:4 1057:21
1060:2 1136:2
1210:23
**internally**   997:2
1015:11 1061:14
1211:16
**interpret**   1159:4
**interpretation**
1037:16
**interrupt**   1139:23
1175:14
**interrupted**
1096:9
**interrupting**
999:2 1108:1
**introduce**   1145:20
**introduced**   1003:6
1007:9 1027:11
1045:11 1082:23
1083:15,21
1107:14 1111:5
1128:11 1130:4
1186:19
**inventory**   1061:18
**investigate**
1168:16 1170:1
1171:15 1172:17

**investigated**
1169:16
**investigating**
1142:8
**investigation**
1141:14 1168:7
1168:15 1215:14
1216:13,19
**invitable**   1190:24
1191:7
**involved**   1014:9
1023:14,16,18,24
1024:3,4 1045:23
1045:25 1046:4
1050:14,20,25
1065:19 1077:10
1077:14,17,20,24
1094:2 1098:1
1128:14 1129:14
1133:12 1143:8
1144:3,5,11,14
1145:15 1170:2
1170:15,21,24
1171:19 1178:10
1180:8,12,17
1190:1 1210:5,17
1211:7,8 1212:14
1215:23
**involvement**
1100:6
**ios**   1197:4
**issue**   999:5
1017:23 1160:25
1217:10
**issues**   997:17,25
999:4,7,8,10
1017:18 1139:1
1159:23 1163:18
**item**   1217:13

**j**

**j**   1005:6,7,13
1006:15 1018:24
1025:10 1026:2,5
**jackie**   1205:11,16
1205:17
**jams**   992:4
**jamsadr.com**
992:11
**january**   1049:4,6
1049:10 1193:3,5
1193:10
**job**   986:24 1188:6
**john**   992:18
995:10
**joined**   995:23
**jsc**   986:4 987:4
**jump**   1007:3
1139:18
**june**   986:16
987:18 995:1,6
1102:19 1113:9
1115:11 1116:18
1118:25 1120:13
1121:6,16
1136:25 1148:3
1220:23 1221:3,5

**k**

**k**   989:7 1006:4,17
1026:9,19 1027:9
1030:25 1031:11
**keep**   1023:20
1136:7 1137:13
1137:21,24
1139:21 1152:4
1164:7 1166:13
1183:25 1215:25
**keeps**   1152:9
1184:10,13

Page 26

[keller - likes]

**keller**  988:5
988:15,16,17,18
995:18
**kellerrohrback.c...**
988:15,16,17,18
**kept**  1121:22
1143:3 1205:5
**key**  1150:15
**kind**  1045:12
1051:16 1099:4
1103:11 1129:13
1163:15 1182:20
**knew**  997:23
**know**  997:20,24
998:1 1009:2
1012:6 1014:24
1016:12,19
1018:3,9,15
1020:22 1021:2,9
1021:17,21
1022:8,10,21,23
1022:25 1023:5,9
1023:11,13,15,23
1023:25 1024:7
1024:15,23
1025:4,5 1026:21
1028:1 1030:8,24
1031:10,25
1033:11 1034:6
1034:11,13,14,20
1035:8,14
1037:10 1039:13
1042:2 1045:14
1045:16,18,23,25
1047:3,4,17
1050:10,17,24
1051:5,8,13
1056:5,17
1059:21 1064:10
1068:25 1070:4
1072:1 1074:12
1074:16 1075:6

1077:16,16
1078:18,22
1084:4 1085:13
1085:16 1087:9
1088:3,9,17
1098:9,12,20,24
1099:11,13,16
1102:2 1103:25
1107:5 1108:5
1109:8 1111:20
1112:9,10,17
1115:3,6 1129:19
1134:1 1138:24
1139:1 1145:14
1149:17,18,21
1152:3,23 1159:4
1160:3 1161:10
1162:2 1163:18
1163:24 1164:13
1167:3 1169:15
1179:22 1180:2
1183:12 1185:12
1193:5,12
1204:13,20
1205:23 1213:1
1217:6 1218:5
**knowledge**
1086:19 1135:18
1148:9 1208:16
1208:17,18
**knowledgeable**
1150:8,18
1212:17
**known**  1049:14
1060:17
**knows**  1153:10,17
1154:3,5,6,8,10
1154:17 1155:15
**kogan's**  1155:21
1158:5

**konstantinos**
1102:23
**kp**  1103:23 1148:7
1150:7,15,21,24

---

**l**

**l**  986:21 987:20
1032:14 1033:1
1033:17,19
1171:5 1220:1,24
**l.l.p.**  988:5
**labeled**  1009:12
**lack**  1148:9,11
**lackman**  1101:23
1102:21
**lacks**  1197:16
1198:19 1199:10
1209:20 1210:14
**lama**  1044:10,19
**lamas**  1044:14
**language**  1126:4
1218:6
**large**  1129:18
**late**  1100:8
**laufenberg**  988:7
**launch**  996:24
997:9,23 1044:7
1044:10,13,16,17
**law**  988:10 989:9
990:7,15 991:7,15
1164:22
**lead**  1081:3
1194:19
**learn**  1171:7
**learned**  1086:17
**leave**  1110:21
1140:2 1205:13
1205:18,21,22,22
1205:24 1206:1
**led**  1195:16
1196:18

**left**  1100:17
**legacy**  1002:3
**legal**  1015:4
1051:24 1052:6,7
1052:10,14
1053:10 1059:15
1061:2,18 1062:3
1062:6,11,18
1079:4,11,12,15
1085:2,10 1088:7
1221:7
**lesley**  989:8
**level**  1020:15
1021:11 1035:12
1035:14,20
1038:8,10,13
1040:7 1050:4,7
1066:22,23,24
1067:4,6,9,19
1068:1,6,8,12
1069:10,21,25
1070:8,22
1071:18,21
1072:2,20
1074:15 1075:22
1076:15 1085:18
1093:9 1137:9
1168:1
**levels**  1067:7,12
1068:16,19,20,23
1069:1,6 1071:13
1071:16,22
1072:7,10 1073:5
1073:9,19
**life**  1114:11,13,16
1114:25 1115:4,7
1115:16,19,23
1155:23 1158:8
**light**  1006:1
**likes**  1129:3
1191:16

**[limit - low]**

limit  1189:10
limited  1187:22
   1187:25
linchpin  1148:8
   1150:17
line  1074:25
   1104:10 1114:19
   1221:15 1222:4
   1223:4,7,10,13,16
   1223:19
linear  1071:21
link  1105:8
list  1001:18
   1002:8 1032:17
   1032:18 1088:17
   1091:5 1093:18
   1094:6 1106:14
   1112:25 1145:10
   1145:14 1147:22
   1155:13 1185:19
   1185:22
listed  1002:6
   1005:9 1091:13
   1095:13
lists  1205:4
litigation  986:4
   987:4 995:9 997:9
   1221:4 1223:1
little  1004:19
   1033:4 1110:15
   1140:4 1189:13
   1193:24
llp  989:5 990:5
   991:5
local  1000:11
located  987:16
   1073:7
location  986:15
locked  1221:12
   1222:1

loeser  988:6 993:6
   993:8 1110:19
   1138:18 1139:14
   1139:24 1140:5
   1140:12,20
   1141:3,13,22
   1142:7,17 1143:9
   1143:23 1144:6
   1144:15,21
   1145:10,20,23
   1146:8,11,17,24
   1147:5,25
   1148:23 1150:6
   1150:20 1151:8
   1152:4,22 1153:2
   1153:8,23
   1154:17,25
   1155:5 1157:12
   1157:13 1158:5
   1158:17,25
   1159:21,24
   1160:7,10
   1161:18,21,22
   1162:4,10,22,23
   1162:24 1164:3
   1164:12 1165:25
   1166:5,14,15,24
   1167:16 1168:2
   1168:24 1169:19
   1171:22,24
   1172:14 1173:7,8
   1173:22 1175:7
   1175:13,17
   1176:1,9 1177:22
   1178:14,23
   1179:4,22 1180:2
   1180:14 1182:5
   1182:13,22
   1183:8,16 1184:6
   1185:18 1186:10
   1186:23 1187:25

1189:5 1190:5
1191:4,6,7 1196:3
1196:6,10,14,16
1197:21 1198:11
1199:2,18 1200:2
1200:9,16
1201:15 1202:19
1203:5,18 1204:6
1204:24 1205:10
1206:2 1207:14
1207:16 1209:6
1209:22 1210:12
1210:22 1211:1
1211:15 1212:5
1213:6,23
1215:13 1216:8
1216:21 1218:8
1218:20
log  1000:8,10
   1019:24 1020:2,5
   1088:10 1098:15
   1099:22 1149:7
logged  1044:2
   1098:8,10,23,25
   1100:14 1115:16
   1115:18,22
   1154:24 1155:1
logging  1098:13
   1101:1 1121:22
logs  1152:19
   1154:14
london  986:15
   987:17 995:1
long  1015:21
   1016:24 1113:20
   1113:20 1139:18
   1146:9 1160:23
   1163:9 1212:14
   1217:6
longer  1003:12
   1010:20 1018:1

1026:15 1027:24
1030:17 1076:21
1100:3 1129:21
1173:25 1190:10
1191:17 1200:23
longevity  1060:5
look  1003:15
   1009:1,11
   1020:20 1024:18
   1026:18 1040:24
   1055:25 1060:3
   1061:23 1062:12
   1087:17 1093:6
   1103:2 1104:10
   1111:14 1113:3,6
   1113:11 1143:11
   1143:13 1146:4
   1147:9,25
   1163:22 1167:2
   1172:12
looked  1004:7
   1007:15 1020:3
   1093:16 1094:11
   1116:22 1141:14
   1168:20 1169:10
   1209:25
looking  1034:15
   1053:15 1057:12
   1078:20 1093:5
   1105:1,3 1107:24
   1113:8 1118:6
   1121:12 1141:19
   1148:4 1168:25
   1173:13
los  992:9
lose  1172:8,23
   1174:24 1175:18
   1176:2,17 1177:1
lot  1042:4 1137:17
low  1068:6 1069:3
   1069:21,23

Veritext Legal Solutions
866 299-5127

**[low - means]**

| | | | |
|---|---|---|---|
| 1070:22 1071:13 1072:5 | **manual** 1003:3,4 | 1136:22 1138:23 | 1066:19 1068:4 |
| **lowest** 1069:21,24 | **manufacturers** 1149:11 | **matter** 995:8 | 1069:9,16 |
| **lweaver** 989:16 | **mapping** 1011:8 | 1015:9 1173:9 | 1071:12 1072:11 |
| **m** | **march** 1005:15,18 | **matthew** 989:6 | 1078:7 1079:15 |
| | 1190:18 1192:16 | **maximum** | 1082:9 1083:9 |
| **m** 1036:6,15,21 | 1192:20 1193:9 | 1164:23 1166:10 | 1084:5 1085:9 |
| 1037:9,13,15 | **marked** 994:10 | **mbuongiorno** | 1086:5 1087:19 |
| 1171:6 | 1007:5,8,9 1016:7 | 990:20 | 1088:15 1089:5 |
| **macdonell** 992:18 | 1028:22 1030:21 | **md** 986:4 987:4 | 1093:25 1095:21 |
| 995:10 | 1091:11 1101:17 | **mdl** 986:3 987:3 | 1097:25 1099:7 |
| **machine** 1220:10 | 1101:21 1102:17 | 993:15,18,22,25 | 1099:10 1101:2 |
| **maintain** 1185:16 | 1107:11,15 | 994:6,7 1007:10 | 1109:5,9 1110:3 |
| **maintained** | 1111:2,6 1116:11 | 1102:24 1107:16 | 1112:11 1113:6 |
| 1038:9 1185:24 | 1116:15 1146:9 | 1108:3 1111:7 | 1114:6 1117:12 |
| 1185:25 | 1146:25 1147:1,3 | 1116:16 | 1117:17 1124:20 |
| **maintaining** | 1171:25 | **mdl002898668** | 1125:19 1129:7 |
| 1089:9,12 | **master** 992:6 | 993:19 | 1133:10 1135:3 |
| **making** 1003:17 | 996:1,2 998:22,25 | **mean** 997:3 | 1151:6 1154:20 |
| 1023:20 1028:1 | 999:1 1101:24 | 1005:23 1006:9 | 1163:2,14,19 |
| 1044:8 1094:3 | 1102:2,4,7 | 1006:14 1009:20 | 1164:13 1165:9 |
| 1097:25 1210:21 | 1107:17,23 | 1012:12 1013:11 | 1167:2 1169:4 |
| 1211:13 1214:16 | 1109:17,21 | 1016:5 1020:14 | 1175:14 1181:18 |
| 1215:7 1218:18 | 1110:4,8,18 | 1020:17,24 | 1181:20 1182:2 |
| **manage** 1061:3 | 1135:15,22,24 | 1022:15 1023:20 | 1182:12,18 |
| 1062:7 1208:2 | 1136:17 1137:7 | 1025:18 1026:23 | 1184:4,19,22,23 |
| **managed** 1039:1,2 | 1139:3 1156:8,20 | 1026:25 1027:8 | 1184:24 1194:21 |
| 1042:6 1061:18 | 1156:24 1157:9 | 1027:23 1029:25 | 1214:22 |
| 1195:5 1207:4 | 1159:15,17,20 | 1032:16,23 | **meaning** 1012:12 |
| **management** | 1160:8,9 1161:4 | 1034:17 1036:8 | 1028:13,15 |
| 1012:13,15,17 | 1162:8 1163:4,21 | 1036:16,25 | 1031:4 1047:22 |
| 1013:4,5,9,12 | 1163:25 1164:24 | 1037:15,22 | **meanings** 1051:7 |
| 1014:14,19,22 | 1166:3,9,16,25 | 1038:17 1039:7 | **means** 1014:1 |
| **manager** 996:24 | 1167:7,9 1190:12 | 1039:16,19 | 1020:22 1021:9 |
| 997:9,23 1044:7 | 1211:24 1213:19 | 1041:20 1042:18 | 1026:11,21 |
| 1044:10,13,16,17 | 1217:17,19,21 | 1042:23 1043:8 | 1028:11,20,21 |
| 1136:1 | 1218:1,5,13 | 1043:11,15 | 1030:1 1032:25 |
| **manages** 1044:17 | **maternity** 1205:13 | 1044:15,23 | 1036:9 1037:10 |
| 1212:15 | **matt** 990:14 | 1045:9 1047:6,8 | 1038:25 1039:2 |
| **managing** 1042:3 | 995:16,25 997:18 | 1048:9,20 | 1039:10,13 |
| 1089:20 1144:3 | 997:19 1103:10 | 1049:18 1051:22 | 1040:3 1041:17 |
| 1195:6 | | 1052:10 1066:1 | 1042:20 1043:3 |

**[means - misunderstood]**

| | | | |
|---|---|---|---|
| 1043:14,17 | 1014:3 1015:20 | 1110:6,14,23,24 | 1114:1 |
| 1045:6 1050:6 | 1016:22 1017:25 | 1111:5,12 | **metadata.xls** |
| 1051:5,9 1052:5,7 | 1024:23 1027:18 | 1112:24 1113:3 | 1113:16 |
| 1068:6 1074:16 | 1028:13,25 | 1113:13 1115:15 | **metadata.xlxs.** |
| 1075:7 1076:2 | 1029:15 1030:3 | 1116:6,14,20,25 | 1111:11 |
| 1087:8,20 1088:1 | 1032:11 1035:25 | 1117:24 1118:24 | **method** 1020:16 |
| 1112:9,10,17,21 | 1040:11 1041:4 | 1120:6 1121:25 | 1096:25 1097:5,7 |
| 1149:16,17 | 1044:9 1046:9,13 | 1123:3 1124:5 | **methods** 1097:7,8 |
| 1194:6 1200:17 | 1046:19 1053:1 | 1126:15 1127:11 | 1129:23 |
| **meant** 1041:2 | 1053:13 1054:13 | 1128:1,8 1129:25 | **migrate** 1126:20 |
| 1045:14,16 | 1054:25 1057:1 | 1130:23 1131:21 | 1127:5 1199:25 |
| 1051:11 1066:23 | 1058:1,19 | 1132:23 1133:9 | 1202:9 1206:21 |
| 1070:7,18 1071:4 | 1059:11,18 | 1134:1,9 1135:15 | 1207:17 1216:3 |
| 1072:20 1073:12 | 1060:16 1061:5 | 1135:19,23 | **migrated** 1136:12 |
| 1076:9,14 | 1061:22 1062:11 | 1136:3,18,23 | 1136:13 1206:24 |
| 1149:20 1194:22 | 1062:22 1064:2 | 1137:22,22 | 1206:25 1207:18 |
| **mechanism** | 1065:1,20,24 | 1138:2,10 1139:5 | 1207:25 |
| 1066:5 1122:13 | 1067:20,23,25 | 1147:7 1161:13 | **migration** 1133:12 |
| 1122:16,19 | 1069:16 1070:6 | **mellon** 1101:22 | 1144:4 1206:15 |
| 1123:8 1124:17 | 1070:14 1072:8 | 1102:20 | 1206:18 1208:1 |
| 1125:1 1132:19 | 1072:18 1073:7 | **members** 1023:9 | **migrations** 1127:5 |
| 1187:12 | 1074:11 1075:3,4 | 1079:11 | 1127:8,9 |
| **mechanisms** | 1075:24 1076:11 | **memory** 1004:11 | **mill** 991:16 |
| 1127:17 1142:21 | 1076:23 1077:15 | 1073:15 | **mind** 1137:13 |
| **media** 1141:1 | 1078:4 1079:8 | **mentioned** 1000:6 | 1166:13 1194:18 |
| **mediation** 999:6 | 1081:24 1082:7 | 1001:11 1063:23 | **minimize** 1216:1 |
| 999:12 | 1083:1 1084:19 | 1073:18 1081:18 | **minimum** 1039:12 |
| **meet** 999:4 | 1087:9 1088:16 | 1083:17 1102:22 | 1136:6 1164:23 |
| 1021:12 1136:21 | 1089:3,22 1090:4 | 1121:2 1144:25 | 1166:10 |
| 1137:19 1138:25 | 1090:5 1091:2 | 1210:2 1216:7 | **minute** 1110:11 |
| **meets** 1024:21 | 1092:16 1094:10 | **merely** 1007:16 | 1138:3 1146:4 |
| **mehta** 1170:23 | 1095:11 1097:14 | **message** 993:17 | **minutes** 1090:1 |
| 1171:3,5,7 1209:1 | 1098:9 1101:11 | 1101:21 1102:18 | 1103:5 1167:10 |
| **melamed** 989:6 | 1101:20 1102:4,5 | 1102:25 1103:20 | **missing** 1093:11 |
| 993:5 995:15,16 | 1102:11,17,25 | 1108:12 1148:2 | **mission** 990:8 |
| 996:3 997:18 | 1103:13,14 | **met** 1077:21 | **misstate** 997:3 |
| 998:11,17,24 | 1105:4 1106:1,16 | **meta** 992:17 | **misstates** 1209:3 |
| 999:20,21 1003:7 | 1106:23 1107:5 | 995:23 1120:3 | **misstating** 996:18 |
| 1007:8,19,23 | 1107:14,20 | **metadata** 1072:16 | **misunderstood** |
| 1008:3,5,12,16,17 | 1108:2,5,24 | 1072:21 1111:8 | 1123:9 |
| 1012:12 1013:17 | 1109:7,13,19 | 1113:14,24 | |

**[mmelamed - number]**

mmelamed 989:14
mobile 1197:3
modification
1076:13 1096:22
modified 1097:13
1208:4
modifies 1020:18
1123:17 1124:10
modify 1032:19
1125:12,14
1207:20
modifying
1122:16 1123:15
molaro 1021:5
1025:8 1041:7
1070:13 1075:16
1078:3 1099:19
1135:14
molly 1117:4
moment 1003:5
1172:12
momentarily
1145:22
money 1182:6,15
1182:19 1183:1
1184:1,11
1215:16 1216:15
1216:19
monica 1172:1
morning 995:15
995:21 996:3
1093:6 1094:12
1139:15
mosseri 1172:1
1173:23,24
1212:24
motion 1159:16
1164:8,9
move 1116:10
1137:23 1160:17
1162:18,18

1163:5,7,23
1164:6 1176:13
moving 1016:3
1136:15,15
1162:4,4,13
1164:7
mul 1145:8
multiple 1145:8
mute 1191:5
mutual 1162:5
mysql 1011:13

**n**

n 993:1 1037:20
1038:1 1048:24
1111:10,10
1113:25,25
name 1004:5,6
1009:13,15
1010:1,3 1011:20
1046:7 1089:4
1090:24 1099:14
1111:10 1112:4
1114:20 1118:13
1171:2,4 1220:21
names 1010:6
1023:13,15,18
1024:2 1050:24
1069:5 1077:10
1077:13,16
1170:13 1181:1
1209:10
naming 1010:2
nana 1111:10
1113:25
narrative 1018:1
narrow 1162:3
1163:11
native 993:14,21
993:24 1210:5
nature 1194:10,13
1194:25

near 1160:3
necessarily
1013:11,16
1025:14 1042:23
1068:13 1069:24
1070:5 1071:21
1071:23 1079:15
1081:13 1084:4
1093:25 1095:22
1098:15 1130:22
1150:3 1154:23
1188:22 1215:10
necessary 1137:11
1139:2 1221:14
1222:3
need 1007:21
1012:21 1035:2
1036:18 1081:3
1137:12 1138:12
1160:4,23
1165:18 1167:4
1176:14 1185:6
needed 1058:18
1081:23
needs 1052:1
1096:19
negative 1140:14
1140:22
neither 1040:12
1220:17
net 1171:12
netflix 1059:25
1060:3,5
nevada 986:22
new 1007:23
1008:11 1025:23
1026:1 1169:8
1172:9 1192:2
1202:21 1217:24
newsfeed 1192:25

night 1216:12
1217:8
non 1083:8
1091:23
non30 1165:3
nonadhoc 1113:15
nonapp 1201:17
1202:20
nonpermissible
1084:1,2,9,16,20
1084:23 1085:21
nonpublic 1163:1
nope 1006:24
normal 1215:11
northern 986:2
987:2
notate 999:9
notating 1221:15
1222:4
note 998:3 1027:9
1065:20 1093:23
1095:21 1096:8
1164:19
noted 1045:24
1136:24 1137:24
1156:21 1218:24
notes 1004:10
1037:20 1219:4
notice 1160:13,22
1161:5 1164:21
1171:12
noting 1173:5
1216:23
null 1022:5
1031:11,17,22
1041:15
number 993:12
994:2,11 997:1
1007:10 1009:2,2
1014:16 1017:8
1017:12 1019:3

**[number - okay]**

| | | | |
|---|---|---|---|
| 1020:24 1026:2 | o'neil 1101:22 | 1107:1 1115:8,8 | objections |
| 1028:19,19 | 1102:21 1118:16 | 1116:1 1117:14 | 1140:24 1156:21 |
| 1029:21 1049:2,6 | 1121:3 | 1118:22 1119:23 | 1158:9 1159:8 |
| 1049:9 1050:13 | o0o 995:3 1218:25 | 1121:17 1122:23 | objectives 1183:23 |
| 1050:16 1051:6 | oakland 989:12 | 1124:2 1126:9 | observations |
| 1051:12 1061:3 | oath 998:14,19 | 1127:3,22 1128:4 | 1215:23 |
| 1068:22 1080:21 | 1220:9 | 1129:17 1130:18 | obtained 1155:22 |
| 1089:10 1094:21 | object 1002:24 | 1131:11 1132:14 | 1158:6 |
| 1102:24 1111:24 | 1012:8 1013:14 | 1133:4,4,21 | obviously 1147:8 |
| 1112:7,11 1114:8 | 1013:21 1015:15 | 1135:12 1140:16 | 1217:2,9 1218:17 |
| 1114:23 1115:13 | 1016:16 1017:19 | 1141:8 1142:11 | occasions 1058:16 |
| 1115:15,17 | 1024:16 1027:13 | 1143:5,19 1144:1 | 1081:19 |
| 1120:4 1125:17 | 1028:5,17 | 1144:8,18 1145:4 | occur 1168:2 |
| 1128:12 1129:18 | 1029:12,20 | 1145:12 1147:18 | occurred 1133:13 |
| 1131:14 1132:2 | 1032:1 1035:22 | 1150:1 1151:4,23 | 1212:9 1213:14 |
| 1140:18 1141:10 | 1040:4 1041:3 | 1152:18 1153:1,4 | occurs 1096:22 |
| 1142:3,20 1144:5 | 1044:4 1052:23 | 1154:19 1156:1 | october 1001:4,8 |
| 1151:11 1152:12 | 1053:5 1054:5,19 | 1157:25 1158:20 | 1001:12 1002:10 |
| 1158:2 1170:2,14 | 1057:22 1058:14 | 1167:21 1168:18 | 1002:19,21 |
| 1171:18 1180:25 | 1059:5,14 | 1169:14 1172:10 | 1003:1,11 1004:3 |
| 1181:23 1182:14 | 1060:12,23 | 1173:1,19 1175:1 | 1006:6 |
| 1182:25 1187:23 | 1061:16 1062:1 | 1175:21 1176:4 | offer 1002:14 |
| 1190:6 1191:9 | 1062:16 1063:18 | 1177:13 1178:8 | 1109:14 1165:18 |
| 1196:24 1197:14 | 1064:25 1065:8 | 1178:17 1179:15 | offering 1006:2 |
| 1198:3,18 1199:7 | 1067:14,22 | 1179:24 1180:6 | 1118:3 1203:13 |
| 1207:19 1211:4 | 1069:11 1070:1 | 1182:1,8,17 | office 1221:11 |
| 1221:15 1222:4 | 1070:10 1072:3 | 1183:10 1185:9 | offline 1136:3,14 |
| numbers 1068:21 | 1072:12,23 | 1187:19 1189:2 | 1137:6 1138:23 |
| 1068:25 1070:7 | 1074:8,24,25 | 1189:23 1195:22 | oh 1192:8 |
| 1071:4,16 1116:5 | 1075:20 1076:4 | 1199:22 1200:4 | okay 995:5 997:16 |
| 1193:16 | 1076:16 1077:7 | 1200:12 1201:9 | 1001:24 1004:16 |
| numeric 1010:20 | 1078:1 1079:2 | 1202:14,24 | 1004:17 1008:1,3 |
| 1016:24 1047:4,5 | 1081:17 1082:2 | 1203:9,22 | 1008:10,16 |
| 1047:8,13,17,23 | 1082:18 1084:12 | 1204:19 1205:2 | 1009:25 1026:9 |
| 1048:14 | 1086:10 1088:12 | 1210:11,25 | 1029:8,15 |
| numerical 1068:7 | 1088:21 1090:20 | 1211:20 1212:11 | 1046:14 1056:5 |
| 1068:8 | 1092:4 1093:21 | 1215:4,18 | 1066:17,20 |
| | 1095:1,4 1097:4 | objection 1060:11 | 1074:21 1089:21 |
| **o** | 1097:21 1104:18 | 1123:25 1156:19 | 1089:25 1090:4 |
| o 1038:15 1039:8 | 1104:21 1105:23 | 1164:13 1186:16 | 1090:12 1091:8 |
| 1039:11 1193:7 | 1106:12,18 | 1211:3 | 1092:16 1094:16 |

Veritext Legal Solutions
866 299-5127

**[okay - particular]**

1095:11 1096:3
1101:12 1103:7,8
1103:17,25
1105:17 1106:6
1109:5 1110:8
1111:17 1112:4
1113:6 1116:6,10
1116:25 1129:25
1130:14 1134:9
1135:19 1136:17
1136:23 1138:4,5
1139:22 1140:5
1145:10 1147:14
1151:8 1158:25
1161:15 1166:25
1167:4,7,11
1171:1 1172:20
1182:5,13 1190:5
1190:19 1191:23
1192:21 1194:3
1194:15 1196:5
1201:4,15 1202:6
1206:4 1214:22
1218:21,22
**oncall** 1016:4,8,8
1016:10 1017:2,3
1017:4,6,6,11,11
1017:14,16
1089:4,8,14,15,18
**oncalls** 1016:19
**once** 1074:25
1091:14 1092:20
1092:25
**ones** 1085:8
1145:16
**ongoing** 999:7
1147:22 1193:22
1217:3
**onwards** 1205:7,9
**operate** 1202:18

**operated** 1033:14
1040:9,13
1177:17
**operates** 1033:15
1164:21
**operating** 1051:1
1197:3
**operational**
996:10
**operationalized**
1066:16
**opining** 1166:10
1166:11
**opinion** 1148:21
1156:5
**opposed** 1196:2
**order** 1022:19,21
1022:23 1023:2
1052:2 1054:1
1056:10 1059:13
1059:20 1061:8
1061:25 1078:12
1081:4,7 1086:7,9
1086:18 1087:10
1087:12,16
1093:7 1119:6
1142:23 1143:15
1149:12
**oregon** 986:22
**organization**
1147:21
**organizations**
1182:18
**original** 1144:23
1220:14 1221:10
1221:21
**originally** 1147:3
**ought** 1161:10
**outcome** 1048:22
**outside** 1044:4
1060:23 1067:14

1077:7 1084:12
1088:21 1116:2
1121:17 1134:3
1140:16 1141:17
1142:11 1144:8
1148:14 1149:25
1150:10 1151:23
1155:25 1157:24
1158:19 1171:17
1177:13 1183:10
1184:2 1185:9
1197:17 1198:5
1198:20 1199:9
**override** 1003:25
1005:1
**owned** 1016:7
1040:9,13
**owner** 1018:19,24
1025:10,15

**p**

**p** 1039:12 1041:9
**p.m.** 987:18 995:2
995:6 1005:15
1046:15,18
1101:13,16
1102:16 1138:6,9
1139:9,12
1146:20,23
1167:12,15
1206:5,8 1218:23
1218:24
**page** 991:16 993:3
993:12 994:2,11
1013:8,11,19
1062:25 1103:15
1103:16 1104:11
1105:6 1108:8
1117:1 1148:1,4
1173:4 1195:5,6,7
1221:15 1222:4
1223:4,7,10,13,16

1223:19
**pages** 986:25
1221:14,17,17
1222:3,6,6
**paid** 1182:15
1183:1 1215:16
1215:21 1216:16
**pair** 1005:14
1097:24 1099:25
1100:20
**pairing** 1006:19
**pairs** 1100:4,5
1185:20,23
**palo** 991:17
**papamiltiadis**
1102:23 1103:21
1104:16 1105:8
1105:20 1106:24
**paragraph** 1148:5
1148:24 1171:11
**parallel** 996:17
**parens** 1002:11
**part** 1023:4,11
1024:12 1048:12
1064:15 1072:15
1080:13 1083:2
1098:16 1103:9
1105:1 1113:22
1117:25 1118:3
1150:24 1184:15
1184:20 1210:2,7
1217:16
**participate** 1217:8
**particular** 1013:3
1018:10 1024:7
1070:16 1077:20
1096:5 1127:1
1161:16,24
1163:16 1169:16
1169:17,18
1201:11,12

Veritext Legal Solutions
866 299-5127

[particularly - perpetuity]

**particularly**
1156:4 1192:1
**parties** 988:2
989:2 990:2 991:2
992:2 999:4,14
1110:22 1118:2
1143:2 1169:1,13
1183:7 1186:4,25
1197:8 1199:19
1200:9 1202:1
1207:5,9
**partner** 1144:16
1150:9 1169:18
1193:13 1204:7
**partnered**
1149:11
**partners** 1140:15
1141:5,24
1143:18,22
1145:1 1147:16
1148:12,25
1149:4,10
1161:17,24
1163:17 1168:8
1168:17 1172:9
1172:24 1174:24
1175:19 1176:3
1181:5,24 1182:3
1182:6,14 1183:1
1184:1,4,8,11,12
1184:19,25
1185:4 1193:10
1204:10,11,14
1205:1,5 1208:7
1209:9 1210:6,7
1211:9,12,19
1214:2 1215:16
1215:21,21
1216:15,19
**partnership**
1173:12

**partnerships**
1085:1,10
1144:12,13
1145:17 1147:20
1167:23 1171:20
1173:13 1175:5
1177:16 1196:25
1203:24 1204:9
1212:16
**party** 1001:7,10
1001:14 1012:22
1013:13 1014:2
1029:7 1033:8,10
1033:20,22,25
1034:9 1037:24
1038:4,7,16,20,23
1039:12,15,17,21
1039:22,23
1040:3,8,12,16,18
1040:20 1041:2,6
1041:20,21,21
1042:1,3,8,10,12
1042:14,16
1057:11 1059:17
1059:19 1061:7
1061:20 1062:9
1081:2 1105:14
1152:20 1158:16
1176:23 1189:11
1190:3 1193:2
1194:10,13,25
1201:16 1220:19
**pass** 1126:1
**passed** 1126:3,7
**pay** 1184:1,4
**paying** 1182:6
**payments** 1169:21
1170:6,9 1171:9
1171:21
**pdf** 1221:12
1222:1

**pearly** 996:21
997:7,21
**penalty** 1219:2
1221:16 1222:5
**people** 1017:9
1019:16 1023:4
1023:13,16,18
1024:2,4 1034:4
1036:10 1050:13
1050:16,17,19,24
1067:17 1077:10
1077:13 1079:13
1115:13 1117:21
1144:5 1147:20
1150:13 1170:2
1170:14 1171:19
1178:10 1180:8
1180:10,16,22,25
1181:7,16
1187:23 1188:1,2
1188:5,7 1190:1
1193:8 1197:4
1208:13,23,25
1209:5,11,12
1210:4,16 1211:7
1212:12,13,17
1214:14 1215:23
**percent** 1077:19
1105:25
**perform** 1017:12
1060:15
**performed** 1067:1
1067:3
**performs** 1060:7
**period** 1003:18,20
1003:23 1006:12
1052:25 1054:15
1057:24 1064:13
1092:11 1093:18
1095:13,18
1100:8 1127:8

1144:20,21
1155:3 1171:14
1202:7 1204:15
1211:10 1212:14
1221:18 1222:7
**perjury** 1219:2
1221:17 1222:6
**permanently**
1011:15
**permissible**
1082:8,12,15,24
1083:2,4,8,13
1084:1,2,9,16
**permission** 1033:2
1111:11 1113:16
1114:1 1129:2,10
1130:1,3,5,15
1137:3 1192:2,9
**permissions**
1029:3,6,16
1112:8 1114:7,8
1114:24 1117:10
1118:10,20
1121:7 1126:8
1128:16,18,19,25
1129:5,21
1130:13,17,21,21
1145:6 1147:23
1153:19 1168:10
1172:25 1190:14
1190:17 1192:15
1192:18,19,22
**permitted** 1001:19
1002:8 1061:25
1126:16 1127:1
1127:13 1131:22
**permitting**
1169:23 1170:10
**perpetuity**
1006:19

Page 34

**[person - precursor]**

**person** 1010:11
1019:1,2,5,7,8,10
1019:11,13
1025:11,15,19
1026:3,6 1048:11
1078:20 1150:8
1150:15 1156:6
1156:11 1158:13
**person's** 1171:2
**personal** 1076:6
1100:6,18
1135:18 1157:18
1164:17 1165:3
1165:10,14
1208:17,18
**personally** 1014:9
1160:2 1166:19
**pertain** 1033:20
1034:9
**pertaining** 1044:2
1065:7
**pertains** 1012:17
1025:6 1220:13
**pertinent** 1190:23
**phonetic** 1044:11
**photos** 1191:11,17
**phrase** 1100:10
1115:13 1124:19
1148:17 1176:17
1176:18,20
**phrased** 1065:2
**phrasing** 1011:17
**phuntso** 991:14
995:24
**pick** 1196:7
**picture** 1129:14
1150:15 1207:2
**place** 1003:1,4,4
1086:12 1127:9
1127:10 1138:22
1142:21 1143:9

1191:21 1206:19
1220:6
**placed** 1075:1
**places** 1148:19
**plainly** 1057:2
**plaintiff** 1135:25
**plaintiff's** 999:19
**plaintiffs** 987:16
988:4 989:4
995:17,18,20
997:8,10 1014:23
1091:23 1138:12
**platform** 1027:5
1035:24 1036:2
1061:21 1062:10
1119:25 1120:15
1122:5,16
1144:11 1145:16
1145:17 1149:1,5
1149:6,23
1151:13 1152:14
1152:17,21
1153:3 1154:11
1154:16 1156:3
1157:6,7 1158:22
1159:12 1169:9
1170:22 1172:9
1172:24 1174:25
1175:20 1176:3
1181:25 1182:4,7
1182:16 1183:2
1184:21 1185:8
1185:17 1202:21
1210:7 1212:15
1212:16
**platforms** 992:17
995:23
**plausible** 1085:13
**please** 995:13
1032:23,23
1070:20 1092:18

1095:5 1113:20
1119:22 1136:3
1153:7 1161:20
1172:19 1194:6
1214:11
**plural** 1015:23
**point** 998:8
1001:4 1034:8
1052:15 1066:9
1085:8 1095:8
1098:8 1100:2
1118:8 1137:21
1165:17,24
1190:10 1191:14
**policies** 1134:6,25
1135:5
**policy** 1156:3
1157:6,7 1158:22
1159:4,12
**politics** 1093:15
1093:20 1094:20
1130:8 1131:3,6
**poor** 1011:17
**poorly** 1065:2
**populated**
1020:25 1021:4
**port** 1017:22
**positions** 1188:4,5
**possesses** 1204:18
**possibility**
1031:24,24
**possible** 1014:16
1019:6 1030:25
1031:7,18 1032:8
1038:25 1041:10
1041:13,14
1066:12,13
1073:3 1109:3
1144:5 1157:1
1195:7

**possibly** 1050:20
1051:14
**post** 1151:2
**posted** 1009:24
1151:12 1192:3
1194:23 1195:7
**posts** 1191:11
**potential** 1068:11
1070:21 1173:13
1175:3,5,23
1176:6 1209:25
1213:1
**potentially** 1116:8
1119:12
**poturnak** 1102:22
**power** 1188:3
**powerpoint**
1172:1,7,22
1173:10,17,21
1174:7,10,12,14
1174:19,20
1177:4,6,10,10
1178:7,11,15,24
1179:3,6,11
**practices** 1140:15
1140:23 1184:17
**precise** 1037:18
1038:11 1039:24
1053:10 1055:3
1063:13 1069:5
1120:25 1123:16
1131:19 1193:24
1193:25 1201:1
**precisely** 1043:2
1047:5 1065:17
1098:4 1104:6
1106:22 1142:15
1149:19
**precursor** 996:22
996:23

**[predates - prolong]**

| | | | |
|---|---|---|---|
| **predates**  1064:24 | 1083:11 | 1124:9,19,23 | 1147:22 1148:8 |
| **preexisted**  1080:9 | **previously**  994:10 | 1163:1 1167:24 | 1150:16,23 |
| **preexisting**  1081:6 | 995:12 997:8,10 | 1168:8,16 | 1168:3 1186:24 |
| **preface**  1078:19 | 997:11,20 998:14 | 1192:11,19,22 | 1187:2,5,11,11,14 |
| 1078:22 | 1073:18 1081:18 | 1202:2 1203:7 | 1193:13 |
| **preferences** | 1083:17 1095:20 | **probably**  1016:18 | **processed**  1050:22 |
| 1125:17 | 1146:9 1147:1 | 1031:9 1109:14 | **processes**  1003:3 |
| **prep**  1106:1 | 1171:25 1188:23 | 1140:8 1193:19 | 1025:3 1044:18 |
| **preparation** | 1190:7,24 | **problem**  1103:8 | 1044:21 1150:19 |
| 1031:13 1032:3 | 1191:13 1192:25 | 1196:5 | 1189:8 |
| 1071:1 1078:16 | 1195:15 | **problematic** | **produce**  1067:19 |
| 1103:4 1111:18 | **primarily**  1151:11 | 1162:13 | 1108:25 1110:14 |
| 1116:21,23 | **primary**  1011:5 | **problems**  1162:16 | **produced**  1007:2 |
| 1170:15 1208:23 | **prior**  1002:20,21 | **procedure** | 1015:1,6 1072:16 |
| 1209:5,11 | 1046:1,4 1047:11 | 1221:19,20 | 1073:1,3,22,25 |
| 1212:13 1215:19 | 1048:13,22 | **proceed**  1090:3 | 1092:1 1109:2,15 |
| **preparations** | 1049:22 1050:15 | **proceedings** | 1109:20 1130:25 |
| 1150:25 1169:24 | 1050:23 1054:13 | 1220:5,8,9,15 | 1134:13 |
| **prepare**  1150:20 | 1059:3 1062:14 | **process**  999:14 | **producing** |
| 1173:17 1177:8 | 1064:17 1067:2 | 1002:18 1003:1,5 | 1083:19 |
| 1178:16 1205:14 | 1083:1 1084:24 | 1003:10 1006:4 | **product**  1085:1,10 |
| **prepared**  1156:25 | 1094:6,11 | 1023:4,5,7,12,14 | 1136:1 1145:17 |
| 1157:1,2,4,8,14 | 1186:12,18 | 1023:16,19,24,25 | **production**  996:7 |
| 1158:23 1172:1 | 1201:19,20 | 1024:3,8,12,15,18 | 1035:6 1065:22 |
| 1188:24 1195:18 | 1220:8 | 1024:24 1025:6 | **professional** |
| 1212:25 | **privacy**  995:8 | 1033:7,9,16 | 987:21 1165:21 |
| **preparing**  1106:2 | 996:25 997:1 | 1034:3 1036:11 | 1220:2 |
| **present**  992:15 | 1044:18 1045:8 | 1037:1 1044:7 | **profile**  986:4 |
| 1053:2 1126:18 | 1045:10,15,21 | 1045:10,13 | 987:4 995:9 |
| 1159:16 1205:1 | 1046:1,21 | 1046:1,4 1047:10 | 1192:3 1221:4 |
| **presented**  1148:22 | 1047:10,18 | 1048:23 1050:4 | 1223:1 |
| **presently**  995:17 | 1048:8,12,16,19 | 1051:1 1054:9 | **profits**  1171:12 |
| 1034:15 1036:1 | 1048:23 1049:11 | 1061:10,13 | **program**  1048:12 |
| 1094:13 1123:21 | 1049:17,21,25 | 1064:10,12,16,23 | 1049:22 1050:14 |
| 1133:20 1135:10 | 1050:5,9,14,22 | 1065:5,18 1066:6 | 1193:18,18 |
| **press**  1140:14,22 | 1051:3,14 1085:2 | 1066:15 1068:19 | **progressing** |
| **pretty**  1163:8 | 1085:11 1088:8 | 1082:22,23 | 1071:24 |
| **prevent**  1204:5 | 1221:4 1223:1 | 1083:22,25 | **project**  1136:1 |
| **prevented**  1132:9 | **private**  1122:7,10 | 1084:11,25 | 1177:12,24 |
| **previous**  997:21 | 1122:18,22 | 1091:16,21 | **prolong**  1167:4 |
| 1041:14 1063:25 | 1123:5,8,12,19,21 | 1093:10 1094:5 | |

**[promised - ready]**

promised  1169:22
    1170:7,10
prompted  1208:1
pronounce
    1118:12
proposed  1175:25
protocol  1218:2,3
prove  1162:12
    1164:11
provide  1000:1
    1006:17 1009:21
    1033:1 1086:20
    1136:6 1138:14
    1156:5 1158:11
    1164:16 1217:18
provided  1019:11
    1019:14 1072:15
    1073:24 1074:3
    1079:17,19
    1118:1 1131:24
    1131:24 1132:9
    1137:11 1142:10
    1143:12 1165:23
    1170:10 1214:12
    1214:18,24
    1215:5 1221:19
    1222:8
providers  1061:4
provides  1006:15
providing  1143:24
    1160:1 1162:24
    1162:25 1203:7
    1203:21
public  1169:4
    1192:19 1195:8
publicly  1115:21
    1195:7 1197:12
    1197:25 1198:15
pull  1004:14
    1008:13 1014:13
    1094:24 1103:21

1103:24 1104:1
1104:17 1118:18
1119:6 1137:1
1142:22 1143:15
1147:2 1150:5
pulled  1052:15
    1057:15 1107:6
    1118:17
pulling  1117:21
    1142:4
purpose  1013:18
    1017:21 1137:4
purposes  1014:4
put  997:14
    1073:20 1077:1,2
    1091:10 1163:25
    1171:22 1208:19
putting  1132:7
pwangdra  991:19

**q**

qualified  1156:5
    1158:13
queries  1002:9
query  1002:5
question  1021:24
    1023:21 1027:19
    1030:5 1056:24
    1065:2 1067:24
    1088:14 1093:23
    1104:4,8 1109:23
    1110:7 1115:9
    1123:2 1125:16
    1132:5 1134:8
    1144:23 1153:6
    1153:15 1155:7
    1155:14 1156:3,6
    1156:12,16
    1157:2,2,3,5,5,16
    1157:17,19,21,23
    1158:2,12,22
    1159:1,3,7,11

1164:2,7 1165:6,8
1165:12,13,17,19
1166:18,20,21,22
1168:13 1170:1
1173:6 1175:9
1176:11,13,14
1180:14 1182:21
1182:24 1189:12
1189:16 1193:23
1194:2,5 1195:21
1195:23 1196:1
1197:22,23,24
1199:16 1200:14
1200:15 1208:6
1211:25,25
1213:7,16,20
1214:8,10,21
1216:10
questioning  998:7
    1074:25 1138:19
questions  1000:22
    1015:5 1026:17
    1074:1 1089:23
    1090:1 1096:24
    1110:16 1113:7
    1118:7 1138:14
    1139:17 1146:6
    1147:6,7 1148:6
    1150:22 1155:14
    1159:14,21,25
    1160:10,16,16,18
    1160:25 1161:1
    1162:10,14,19
    1163:24 1165:16
    1166:1,2 1172:15
    1196:11,14
    1206:12 1216:22
    1217:4
quick  1046:12
    1172:20,20

quickly  1004:22
    1110:12 1146:18
quip  1105:9,12,18
    1106:3 1107:7,10
    1108:7,14,16,25
    1109:25 1177:12
    1178:2,3
quips  1109:16
quite  1123:17,17
    1123:18 1126:5
    1164:22 1175:7
    1203:10

**r**

r  1044:22 1223:3
    1223:3
r&s  1222:1,9
rabbit  1137:14
raised  999:11
    1109:7 1141:1
    1197:5 1217:11
raising  997:17
range  1127:5
ranging  1123:17
    1123:18
reach  1150:21
    1174:5
read  1112:16
    1113:19 1128:16
    1129:6,7,8 1130:1
    1130:2,5 1148:5
    1149:2 1175:10
    1175:16 1176:14
    1191:16 1193:1
    1213:8 1219:2
reading  1081:9
    1103:11 1104:2,3
    1114:5 1156:13
    1221:23 1222:9
ready  1101:24
    1162:9

[real - refers]

**real**  1146:18
**realize**  1146:25
  1217:24
**really**  1124:6
  1195:13 1199:14
  1199:15 1214:20
  1214:20
**reask**  1147:8
**reason**  1011:1
  1031:21 1050:5,8
  1051:3,14 1074:5
  1074:10 1075:25
  1115:25 1116:3
  1132:8 1188:12
  1199:19 1204:24
  1205:19 1213:18
  1213:21 1223:6,9
  1223:12,15,18,21
**reasonable**
  1123:19 1136:4
**reasons**  1014:17
  1014:17 1022:13
  1196:24 1199:24
  1200:6
**rebecca**  986:21
  987:20 1220:1,24
**recall**  1004:13
  1059:21 1069:5
  1071:12,13,15
  1072:5 1073:19
  1074:14 1075:21
  1098:2,7,17
  1099:24 1100:2
  1106:19,21
  1107:2 1116:5
  1124:21 1129:24
  1130:2,9,19
  1140:18,25
  1147:10 1172:4,5
  1172:7,22
  1174:20 1176:18

  1176:19,21
  1178:20 1180:17
  1181:2 1189:3
  1199:23 1206:17
  1209:10 1211:5
**recalled**  1173:9
**receive**  1186:25
  1202:12
**received**  1074:22
  1140:14 1158:15
  1169:12,22
  1171:9,16,21
  1174:7,10,12
  1184:11 1200:10
  1202:2,6 1214:3
**recess**  1046:16
  1101:14 1102:14
  1138:7 1139:10
  1146:21 1167:13
  1206:6
**recognized**
  1090:12 1171:13
**recollection**
  1055:24 1058:15
  1063:24 1064:8
  1070:4,25
  1073:14 1074:6
  1081:19 1090:9
  1100:11,22
  1106:13 1108:15
  1108:22 1178:19
  1179:8
**recommendation**
  1145:9,19
**record**  995:6,14
  997:5,15 998:4,23
  999:6 1046:13,15
  1046:18 1065:20
  1094:4 1101:11
  1101:13,16
  1102:10,12,13,16

  1113:8 1116:24
  1136:24 1137:24
  1138:6,9,15,16
  1139:6,7,8,12
  1140:8 1146:9,18
  1146:19,23,24
  1153:10 1155:11
  1156:21 1157:11
  1167:8,9,12,15
  1177:2 1188:12
  1206:3,5,8
  1214:13,24
  1216:23 1217:1
  1217:12 1218:8
  1218:11,12,14,21
  1218:23 1220:9
  1220:12
**recorded**  1026:2
**records**  1143:3
**rectify**  1110:13
**redirect**  1140:7
**reevaluated**
  1196:22
**reevaluation**
  1197:9
**refamiliarize**
  1103:6 1172:12
**refer**  1000:8
  1033:13 1045:12
  1047:9,16
  1068:23 1069:13
  1071:23 1074:18
  1074:19 1075:8
  1089:8,15,18
  1112:2 1122:19
  1147:3 1149:7
**reference**  1000:14
  1020:1 1087:10
  1092:14
**referenced**
  1000:18 1013:1

  1221:6
**references**  1009:3
  1009:4 1013:3
  1019:5
**referencing**
  1011:25 1022:22
  1094:11 1105:18
  1120:23 1169:18
**referred**  1010:4
  1015:22 1044:10
  1044:14 1070:3
  1072:2,7 1085:7,9
  1108:6,13
  1150:16 1207:17
**referring**  1032:6
  1046:8 1052:25
  1058:23 1076:17
  1099:9 1105:21
  1105:25 1129:8
  1155:4 1194:22
  1212:23
**refers**  1010:23
  1021:10 1022:16
  1022:23 1026:13
  1027:14 1028:7
  1032:17 1033:5
  1037:23 1038:3
  1038:18 1039:14
  1040:8 1045:10
  1048:10,21
  1049:20 1050:8
  1050:22 1051:23
  1066:4,25 1067:6
  1076:20 1086:6
  1087:14 1089:6
  1089:13,17
  1122:12,15
  1128:24 1129:9
  1149:10 1151:11
  1160:14

[refied - represents]

**refied**  1206:22
**reflect**  1007:3
   1069:1 1084:10
   1095:17 1096:11
   1106:24 1113:23
   1126:25 1131:8
**reflected**  1008:24
   1009:15 1010:22
   1011:2,3,14
   1012:7,18
   1013:10 1014:12
   1014:25 1015:12
   1018:17 1020:11
   1022:3 1036:15
   1045:19 1049:25
   1050:1 1054:3
   1057:4,6 1067:5
   1069:20 1070:22
   1070:22 1072:20
   1079:1 1082:17
   1084:5,8 1085:7
   1089:10 1093:2
   1099:22 1100:3
   1100:21,23
   1106:17 1111:22
   1114:3 1125:21
   1125:22 1148:20
**reflecting**  1057:14
   1099:24 1127:13
   1130:25
**reflection**  1071:3
   1073:11 1099:25
**reflective**  1126:23
   1127:16 1128:2
**reflects**  1049:5
   1057:9 1068:8
   1072:9 1073:16
   1087:3 1094:19
   1096:4 1114:21
**refresh**  1004:11

**regan**  991:6
   995:24
**regard**  1074:13
   1160:14 1168:13
   1170:6 1192:17
**regarding**  996:7
   999:24 1000:5
   1002:14 1003:11
   1058:8,11 1065:6
   1065:22 1078:24
   1080:8 1081:14
   1084:11 1100:4
   1100:19 1116:8
   1120:13 1138:19
   1141:1,1 1150:8
   1160:25 1205:15
   1206:13
**regardless**
   1157:13 1190:15
   1191:1 1192:16
**regards**  1208:22
   1209:15
**registered**  987:21
   1220:1
**relate**  1160:20
   1162:19
**related**  998:6
   1152:13 1161:7
   1171:13,16
   1179:20
**relates**  986:6
   987:6 1068:18
**relating**  1058:4
   1062:9 1161:2
   1178:3 1190:4
**relation**  1131:6
   1181:1 1216:7
**relationship**
   1006:3 1124:8,16
   1178:1

**relative**  1070:8
   1220:18
**relatively**  1011:6
   1183:22
**relay**  1038:12
**released**  1221:21
**relevant**  1000:16
   1033:10 1065:23
   1206:24
**reliable**  1097:11
**relied**  1201:17
   1202:10
**relief**  1160:5
**religion**  1093:15
   1093:20 1094:20
   1130:8 1131:3,6
**rely**  1203:3
**relying**  1015:4
   1100:9
**remain**  1037:12
**remained**  1001:2
**remaining**
   1071:15
**remember**  1004:6
   1069:3,4 1072:5
   1118:4 1129:24
   1131:4,23 1189:1
   1190:21 1193:15
   1206:16 1218:3
**remembering**
   1071:2
**reminder**  1173:2
**remotely**  986:14
   987:18 1220:6
**removal**  1003:11
   1003:21 1004:1
   1005:1,3,17
   1006:4
**remove**  1003:19
   1065:15

**removed**  1001:7
   1001:10,14
   1005:10,19
   1006:10 1167:24
   1190:4,14 1193:2
   1193:3,7 1194:12
**removing**  1002:16
   1002:22 1003:1
**repeat**  1075:4
**repeated**  1163:24
**rephrase**  1005:2
   1011:17 1098:11
**report**  1188:11
**reported**  986:14
   986:20 987:19
   1115:21
**reporter**  987:20
   987:21,22 1007:6
   1101:18 1102:9
   1107:12 1111:3
   1116:12 1175:12
   1220:2,3,3
**represent**  1011:22
   1012:10 1069:25
   1084:16 1115:20
**representation**
   1057:18
**representations**
   1196:4
**representative**
   986:13 1165:5
**represented**
   1016:20 1030:19
   1034:4 1056:9
   1067:10 1069:4
   1070:12 1071:4
   1073:14 1100:16
**representing**
   1016:10
**represents**
   1010:24 1012:3

**[represents - right]**

| | | | |
|---|---|---|---|
| 1012:10 1016:8 | **requires** 1052:8 | **result** 1024:19 | 1077:2 1089:25 |
| 1017:4,8 1018:5 | 1053:7,14,19 | 1096:8 1143:2 | 1106:2 1111:17 |
| 1018:20 1025:15 | 1054:9 1057:10 | 1203:7 1213:2 | 1116:20 1147:10 |
| 1026:6 1044:19 | **reserve** 1217:2,10 | **resulted** 1165:15 | 1147:12 1217:14 |
| 1052:14 1054:7 | **resize** 1004:21,25 | **results** 1150:23 | 1220:15 1221:8 |
| 1063:1,6 1069:23 | **resolve** 1017:24 | **resumed** 998:16 | 1221:10,13 |
| 1088:25 1091:5 | **resolved** 999:13 | **retention** 1134:6 | 1222:2 |
| 1112:14 1204:8 | **respect** 1086:18 | 1134:24 1135:5 | **reviewed** 1007:18 |
| **request** 997:12 | 1086:20 1113:2 | **return** 996:15 | 1032:2,7 1042:21 |
| 1000:7,7 1097:15 | 1131:2 1152:2 | 1030:14 1128:22 | 1042:23 1043:18 |
| 1111:11 1113:16 | 1181:11 1183:6 | 1138:18 1191:3 | 1043:20 1048:8 |
| 1114:1 1136:19 | 1217:10 | 1221:17 1222:6 | 1048:11,19 |
| 1160:5 1187:6,9 | **respectfully** | **returned** 996:16 | 1070:25 1078:15 |
| 1187:16,17,21,24 | 1197:21 | 1095:23 1129:4 | 1089:7 1090:10 |
| 1188:1 1218:2,6 | **responds** 1117:7 | **returns** 1205:23 | 1094:6 1108:6,20 |
| **requested** 997:11 | **response** 1024:18 | 1205:25 | 1112:12 1167:23 |
| 1036:17 1097:17 | 1097:9 1158:12 | **reveal** 1086:17 | 1173:10 1201:20 |
| 1217:20 1220:16 | 1165:11 1208:5 | **revenue** 1180:17 | 1209:13 1211:4 |
| 1222:1,9,10 | **responsible** | 1184:14 1185:7 | 1215:9 1216:5 |
| **require** 1036:25 | 1016:11,14 | 1207:6 1208:6,8 | **reviewing** 1015:13 |
| 1037:24 1051:21 | 1017:5 1018:9,13 | 1208:13,21 | 1111:12 1172:5 |
| 1052:4,12 | 1021:17,19 | 1209:7,14 1210:2 | 1208:12 1218:18 |
| 1054:11 1063:3 | 1024:8 1034:4 | 1210:5,19 | **reviews** 1046:21 |
| 1063:10 1080:24 | 1039:20 1050:10 | 1211:11,17,18 | **rid** 1197:12 |
| 1159:3 | 1078:23 1079:13 | 1212:7,21 1213:3 | 1198:1,15 1199:5 |
| **required** 999:17 | 1082:16,21,24 | 1213:11 1214:3 | **right** 998:1 1010:2 |
| 1036:7,12 | 1083:22,25 | 1214:15 1215:1,2 | 1013:20 1018:22 |
| 1037:21 1052:16 | 1084:22 1085:17 | 1215:7,20 1216:6 | 1019:3 1020:4 |
| 1053:10,25 | 1089:9,12,19 | 1216:20 | 1022:4 1031:12 |
| 1054:3,17 1057:5 | **responsive** 1136:4 | **revenues** 1169:21 | 1037:3 1045:4 |
| 1057:21 1058:5 | **rest** 1000:23 | 1170:7,9 1171:12 | 1046:19 1049:7 |
| 1058:11 1059:3,7 | 1001:7,15,19 | **review** 1004:5 | 1049:12 1063:11 |
| 1062:24 1063:17 | **restate** 1005:23 | 1015:11 1031:14 | 1064:20 1065:3 |
| 1063:23 1065:13 | 1013:7 1023:10 | 1045:8,10,15,22 | 1068:24 1071:6 |
| 1078:6,11,25 | 1027:18 1040:25 | 1045:24 1046:1 | 1073:17 1079:8 |
| 1079:6,10,14,21 | 1041:4 1055:13 | 1047:10,18 | 1085:20 1090:14 |
| 1080:9 1081:1,7 | 1058:20 1060:20 | 1048:12,16,23 | 1091:4 1093:8 |
| 1081:11,15 | 1065:1 1067:23 | 1049:11,17,22,25 | 1094:14 1095:14 |
| 1192:2 1199:16 | 1072:24 1092:17 | 1050:1,5,9,14,22 | 1099:23 1105:4 |
| **requirements** | 1115:5 1126:4 | 1051:3,14 | 1107:8 1108:14 |
| 1186:24 | | 1064:16,17 | 1108:18 1109:13 |

**[right - schwing]**

1109:17 1112:5,6
1117:24 1118:2
1121:14 1122:25
1124:21 1128:8
1128:11,15
1129:13 1130:17
1141:16 1152:10
1153:25 1154:3,7
1154:18 1155:1
1156:17 1159:13
1167:6 1171:22
1178:16,25
1179:6 1180:5
1181:2 1184:12
1185:1 1186:13
1199:21 1200:11
1200:17,24
1201:8,18,23
1202:3,7,13,23
1204:18 1209:2
1217:1,3 1218:12
**rights**  1217:10
**risk**  1066:22,23,24
1067:4,6,6,9,12
1067:19 1068:1,6
1068:8,11,15,18
1068:23 1069:1,6
1069:10,21,21,25
1070:8,22
1071:18,21,22,24
1072:1,1,6,10,20
1073:5,9,19
1074:15 1076:15
1076:18,20,21,23
1080:10
**risks**  1071:23
**road**  991:16
1166:4,4
**rohrback**  988:5
995:18

**role**  1130:14
**roll**  1101:25
**rolled**  1192:4
**romano**  986:21
987:20 1220:1,24
**room**  1159:18
**rose**  1116:17
1117:2 1145:24
1148:3
**ross**  990:16
**rotation**  1017:2,3
1017:4
**rotations**  1017:11
**rough**  1134:22
**row**  1005:13
1008:22 1009:1
1009:11 1010:20
1011:18 1012:18
1016:23 1018:1
1019:2 1020:20
1020:23 1026:18
1030:6 1031:14
1032:7 1033:3
1034:22 1036:15
1038:21,22
1045:2,15
1047:23 1049:5,8
1051:3 1052:4
1055:15,16,20
1056:11,14,15
1067:25 1087:17
1089:10
**rows**  1032:5
1051:12
**rpr**  986:21
1220:24
**rule**  1159:16
1162:9 1164:9
**rules**  1222:8
**run**  1003:14
1185:15

**running**  1184:17
1215:25
**runs**  1098:17
1102:23 1103:1

**s**

**s**  993:11 994:1
1045:7,19,24
1046:21 1047:2
1047:14,24
1048:1 1171:5
1223:3
**sajjadi**  1046:7,8
**sale**  1155:21
1158:6
**san**  990:10
**saw**  1055:15
1103:4
**saying**  1027:25
1078:19 1094:13
1116:4 1117:3,4
1156:10 1165:2
1186:11 1189:4
1210:9
**says**  1007:25
1010:19 1030:6
1042:17 1051:21
1105:12 1161:13
1164:3,4 1171:12
1173:4 1211:6,17
1212:3
**scandal**  1140:13
1141:4 1160:20
1195:18 1196:20
**scenario**  1031:19
**scenarios**  1082:8
1082:12,15,16,25
1083:2,5,8,13
1084:3,9,10,17,20
1084:23 1085:4,6
1085:9,21

**schedule**  1221:10
**schwing**  990:6
993:7 995:21,22
997:16 999:22
1002:24 1007:19
1008:1,4,12,14
1012:8 1013:14
1013:21 1015:15
1016:16 1017:19
1024:16 1027:13
1028:5,17
1029:12,20
1032:1 1035:22
1040:4 1041:3
1044:4 1052:23
1053:5 1054:5,19
1056:21 1057:22
1058:14 1059:5
1059:14 1060:8
1060:10,23
1061:16 1062:1
1062:16 1063:18
1064:25 1065:8
1067:14,22
1069:11 1070:1
1070:10 1072:3
1072:12,23
1074:8,24
1075:20 1076:4
1076:16 1077:7
1078:1 1079:2
1081:17 1082:2
1082:18 1084:12
1086:10,16
1088:12,21
1090:20 1092:4
1093:21 1095:1,4
1097:4,21 1102:1
1103:10 1104:18
1104:21 1105:23
1106:12,18

**[schwing - serves]**

| | | | |
|---|---|---|---|
| 1107:1 1109:5 | 1176:4 1177:13 | 1151:24 1155:25 | **see**  1004:17,23,24 |
| 1110:2,12 | 1178:8,17 1179:1 | 1156:19,21 | 1004:25 1008:6,6 |
| 1112:24 1113:6 | 1179:15,24 | 1157:24 1158:19 | 1008:8 1009:12 |
| 1115:8 1116:1 | 1180:6 1182:1,8 | 1163:11 1164:13 | 1009:14,17 |
| 1117:14 1118:22 | 1182:17 1183:4 | 1164:15,16,25 | 1032:14 1051:2,4 |
| 1119:23 1121:17 | 1183:10 1184:2 | 1177:14 1183:11 | 1056:13,15 |
| 1122:23 1123:25 | 1185:9 1186:6,14 | 1184:2 1185:9 | 1062:20 1068:2,3 |
| 1124:2 1126:9 | 1186:16 1187:19 | 1197:17 1198:20 | 1073:11 1104:11 |
| 1127:3,22 1128:4 | 1189:2,23 1191:4 | 1199:9 | 1105:8,10,16 |
| 1129:17 1130:18 | 1195:22 1196:4,9 | **scott**  1101:22 | 1107:18 1110:12 |
| 1131:11 1132:14 | 1196:13 1197:16 | 1102:20 | 1111:15,16,21 |
| 1133:4,21 1134:3 | 1198:5,19 1199:9 | **screen**  1004:17 | 1112:24 1113:9 |
| 1135:12,22,24 | 1199:22 1200:4 | 1007:13 1008:6 | 1114:7,20,22,23 |
| 1136:9,21 | 1200:12 1201:9 | 1051:4 1066:20 | 1115:1 1118:21 |
| 1137:14,23 | 1202:14,24 | 1073:21 1091:10 | 1118:23 1145:21 |
| 1138:1,4,21 | 1203:9,22 | 1094:14 1111:13 | 1146:2,3 1148:17 |
| 1139:23 1140:10 | 1204:19 1205:2 | 1111:15,16 | 1150:2,12,16 |
| 1140:16,24 | 1206:10 1207:12 | 1114:22 1117:1 | 1161:11 |
| 1141:8,17 1142:1 | 1209:3,20 | **script**  1003:14 | **seeing**  1107:3 |
| 1142:11 1143:5 | 1210:11,14,25 | **scroll**  1032:13 | **seek**  1174:6 |
| 1143:19 1144:1,8 | 1211:3,20 | 1066:17 | **seen**  1111:19 |
| 1144:18 1145:4 | 1212:11 1213:16 | **search**  1015:18 | 1112:19 1178:24 |
| 1145:12 1146:8 | 1215:4,18 | 1090:23 1094:19 | **send**  1096:16 |
| 1146:13 1147:18 | 1216:17,23 | 1109:4 1173:16 | **sending**  1096:12 |
| 1148:14 1149:25 | 1217:9,18,21 | 1173:20 1177:22 | **sense**  1076:7 |
| 1150:10 1151:4 | 1218:4,10,15 | 1177:25 1178:3 | 1125:2 1153:14 |
| 1151:23 1152:18 | **schwing's**  1208:6 | **searched**  1137:12 | 1163:6 |
| 1153:1,4,16 | **science**  1117:8 | **seattle**  988:13 | **sent**  1049:17,25 |
| 1154:13,19 | **scientists**  1015:8 | **second**  1039:15,18 | 1050:9 1214:1 |
| 1155:2,25 | **scope**  1044:5 | 1039:20,22,23 | **separate**  1011:2 |
| 1156:18 1157:24 | 1060:23 1067:15 | 1040:3,16,16,18 | 1053:25 1054:1 |
| 1158:9,19 1159:8 | 1077:8 1084:13 | 1040:20 1041:2,6 | 1088:10,18 |
| 1159:15,20 | 1086:4 1087:1,4 | 1041:16,18,21 | 1163:20 |
| 1161:6,7,15,20,23 | 1087:18,21,23 | 1042:1,8,10,12 | **sequential** |
| 1163:7,13,14,22 | 1088:2,5,11,19,22 | 1103:16 1147:2 | 1068:13 |
| 1164:1,20 1166:8 | 1089:2 1115:8 | 1148:1 1156:14 | **series**  1080:15 |
| 1167:1,21 | 1116:2 1121:18 | **seconds**  1045:4 | 1128:10 1129:12 |
| 1168:18 1169:14 | 1134:3 1140:16 | 1049:2,6,9 | 1213:25 |
| 1171:17 1172:10 | 1141:17 1142:12 | **section**  1087:15 | **servers**  1035:7 |
| 1173:1,19 1175:1 | 1144:9 1148:14 | **sections**  1087:15 | **serves**  1070:4 |
| 1175:12,15,21 | 1149:25 1150:10 | | |

[services - source]

| | | | |
|---|---|---|---|
| **services** 1119:16 | **sic** 1144:22 1157:2 | 1212:2 | 1060:9,10 |
| **session** 997:22 | 1171:6 | **site** 1069:8,13,13 | 1064:21 1066:18 |
| **set** 1027:11 | **side** 999:19 | 1069:14,17,19,20 | 1068:14 1080:12 |
| 1050:19 1062:20 | 1170:24 | 1119:12 1121:5 | 1084:1 1086:2,11 |
| 1089:19 1092:2 | **sign** 1052:1,18 | 1136:19,24 | 1086:16 1088:13 |
| 1128:25 1137:9,9 | 1053:19 1081:3 | 1206:13,22 | 1090:6 1091:19 |
| 1162:14 1165:15 | 1221:16 1222:5 | 1207:18 | 1095:3,25 1096:9 |
| 1206:23 1220:6 | **signature** 1220:24 | **situation** 1141:2 | 1097:18 1099:13 |
| **sets** 1090:10 | 1221:21,23,23 | 1152:23 1196:21 | 1099:16 1100:4 |
| 1164:22 | 1222:9 | 1197:6 | 1102:21 1104:19 |
| **setting** 1011:5 | **signed** 1053:8 | **six** 1068:11 | 1105:6,19 |
| **sev** 1069:4,7,8 | 1059:16 1061:19 | 1107:25 | 1106:21 1107:5 |
| 1070:3,22 | 1078:11 1079:6 | **skip** 1009:12 | 1107:15 1108:13 |
| 1071:14 1072:5 | 1115:7 | **skipping** 1018:23 | 1115:14 1117:15 |
| 1073:13,15 | **significant** | **slice** 1172:20 | 1120:2 1121:21 |
| **share** 998:10 | 1181:24 1182:3 | **slightly** 1023:22 | 1122:14,24 |
| 1007:13,20,22,24 | **significantly** | 1023:22 1037:7 | 1123:17 1124:1 |
| 1008:9 1111:13 | 1062:4 | 1164:20 | 1125:15 1129:22 |
| 1162:5 | **similar** 1017:16 | **slowly** 1113:19 | 1133:3 1135:2,4 |
| **shared** 1169:12 | 1083:11 1089:7 | 1114:5 | 1135:23 1136:12 |
| 1197:7 | 1125:2 | **small** 1051:12 | 1139:23 1142:14 |
| **sharing** 1117:1 | **simon** 986:13 | **smith** 991:6,12 | 1144:23 1152:2 |
| 1140:14,23 | 987:15 993:3 | 995:24 | 1153:5 1161:20 |
| 1158:14 1160:11 | 995:7 998:13 | **snapshot** 1057:13 | 1161:22 1168:11 |
| 1160:12,19,20,21 | 1060:8 1107:22 | **social** 1149:8 | 1169:3 1171:2 |
| 1161:1,8,9 | 1219:1,12 1221:1 | **solely** 1038:1 | 1173:2 1175:14 |
| 1162:19 1203:21 | 1221:5 1223:2 | **solid** 1197:9 | 1179:25 1181:15 |
| 1205:15 | **simple** 1152:11 | **solutions** 1221:7 | 1186:15 1191:4,6 |
| **shirine** 1046:6,8 | 1182:24 1211:25 | **somebody** | 1192:8 1200:6 |
| **shirine's** 1046:7 | 1213:7 | 1017:17 1036:10 | 1205:8 1207:22 |
| **short** 1089:4 | **simply** 1160:18 | 1036:17 1079:17 | 1208:19 1214:7 |
| 1105:15 1138:20 | **single** 1009:7 | 1079:19 1135:25 | 1214:19 |
| **shorthand** 987:20 | 1011:15 1032:7 | 1177:18 1192:3 | **sort** 1110:22 |
| 1220:2,10 | 1145:14 1208:2 | 1194:8 | 1141:5 1162:1 |
| **show** 1166:4 | 1211:2 | **soon** 1192:4 | 1184:8 |
| 1179:2,11 | **singular** 1015:23 | **sorry** 995:19 | **sought** 1141:4 |
| **showing** 1007:20 | **sir** 1141:13 | 998:25 999:1 | **sound** 1055:18 |
| 1171:24 1174:20 | **sit** 1023:17 1024:1 | 1001:12 1013:4 | 1075:19 1115:24 |
| **shown** 1063:7 | 1031:10 1074:9 | 1020:23 1021:24 | **sounds** 1162:4 |
| **si** 1221:2 | 1077:15 1134:21 | 1032:22 1055:4 | **source** 1096:25 |
| | 1156:12 1211:22 | 1055:19 1056:23 | 1117:8,12,16 |

Veritext Legal Solutions
866 299-5127

**[source - stays]**

1118:18 1119:8
1122:7 1136:25
1137:10 1143:10
**sources** 996:5
1119:6 1137:12
1143:14
**space** 1010:10
1212:18
**spaces** 1010:9
**speak** 1015:7
1021:5 1035:23
1041:7 1070:13
1075:16 1078:2
1135:13 1150:24
1170:16,18
1205:16,17,20
**speaking** 1164:8
1189:25 1208:13
1210:4,16 1211:7
1215:23
**speaks** 1056:21
**special** 992:6
996:1,2 998:22,25
999:1 1101:24
1102:2,4,7
1107:17,23
1109:17,21
1110:4,8,18
1117:10 1118:10
1118:19 1121:7
1135:15,22,24
1136:17 1137:3,7
1139:3 1156:8,20
1156:24 1157:9
1159:15,17,20
1160:8,9 1161:4
1162:8 1163:4,21
1163:25 1164:24
1166:3,9,16,25
1167:7,9 1211:24
1213:19 1217:17

1217:19,21
1218:1,5,13
**specially** 1179:13
1180:3
**specific** 1006:16
1006:18 1008:21
1008:22 1009:20
1012:1 1020:7
1024:2 1028:12
1028:21 1030:2
1037:4 1043:25
1044:20 1045:21
1058:5 1059:21
1063:21 1066:6
1069:13 1077:10
1078:20,21,21
1079:5,5 1083:18
1087:13 1089:15
1089:24 1093:14
1097:6 1099:14
1103:9 1119:25
1122:12,15,17
1123:8,15
1124:17 1125:10
1125:18,24,24
1135:9 1144:19
1162:3 1163:11
1168:17 1176:18
1176:19 1178:1,4
1183:6 1186:19
1188:7 1218:6
**specifically**
1027:15 1059:22
1075:23 1106:20
1129:9 1141:14
1142:9 1160:11
1161:3 1170:6
1174:18 1177:3,6
1178:15 1179:11
1181:12 1189:4
1192:17 1212:4

**specifics** 1025:4
1074:14
**spectrum** 1068:9
**speculate** 1040:1
1040:22 1077:13
**speculating**
1014:7
**speculation**
1037:17
**speed** 1160:5
**spell** 1171:4
**spend** 1179:14,21
1180:4,11 1181:3
1181:7,12,14,24
1182:3,19,19
1183:7 1207:10
1208:13 1209:7
1211:17 1212:7
1213:11 1214:16
1215:1
**spent** 1092:15
1184:14 1185:8
1216:20
**split** 1096:23
**spoke** 1170:2,12
1170:12,14,23
1171:18 1178:18
1180:20,22,24,24
1181:7 1208:23
1208:25 1209:5
1209:11,12
1212:13 1213:24
1214:14
**spoken** 1174:11
1180:10
**spot** 1148:25
**spreadsheet**
993:14,21,24
1057:17 1107:16
1108:17,19
1111:7

**spreadsheets**
1007:2,15
**stamp** 1049:20
**standard** 1061:1
1130:12 1184:17
1187:4
**standards** 1184:16
1184:16
**start** 996:4 1000:7
1058:1 1060:21
1061:6 1064:4
1091:16 1092:20
1092:21 1094:5
1122:14 1188:18
**started** 1006:5
1023:6 1064:7
1091:16 1102:3
1139:19 1140:1
**starting** 1064:4
1098:19 1099:23
**state** 1020:13
1045:8,12,15
1046:21 1047:10
1047:18 1057:2
1060:10 1096:5
1109:2 1113:8
1161:4 1197:12
1198:1,15 1199:4
1215:6 1221:9,12
**statement** 1123:23
1198:8,12
**statements**
1197:19,19
1198:23,25
**states** 986:1 987:1
1045:22 1113:14
**static** 1057:18
**stating** 1028:1
1064:6
**stays** 1163:9

Veritext Legal Solutions
866 299-5127

[stenographic - table]

**stenographic**
1116:24 1139:7
**stenographically**
986:20
**steps**  1015:13
**steve**  1102:20
**steven**  1101:22
**stipulation**
1221:20
**stop**  1004:24
1167:5 1203:13
**stopped**  1098:13
1100:17 1172:24
1174:24 1175:19
1176:3
**store**  1062:7
**stored**  1009:5
1012:24 1066:7,8
1082:4 1098:5
1099:2 1121:24
1135:1
**stores**  1099:11
**story**  1150:5
**straightforward**
1176:10,11
1182:24 1213:7
**strategic**  1214:2
**stream**  1128:16
1129:6,7,8 1130:1
1130:2,5 1193:1
**street**  989:10
990:8 991:8 992:7
**stretch**  1066:21
**string**  994:4
1010:20 1016:24
1108:12,13
1113:20 1116:15
1116:21 1146:5,6
1147:14 1148:1
**structured**  1082:6

**struggled**  1141:23
**subject**  994:4
1116:19 1117:4
1145:25 1173:9
**submission**
1065:25 1066:5
1066:10
**submitted**
1049:21
**subscribed**
1220:21
**subsection**
1087:10,13
**substantive**
1172:15
**subsumed**
1122:21
**sufficient**  1164:6
**suggest**  1110:10
1183:21 1189:16
1209:18 1217:13
**suggested**  1180:19
**suggesting**
1183:20,24
**suggests**  1022:5
1104:19,23
1114:6
**suite**  988:12
989:11 990:9,17
991:9
**sum**  1083:12
**summarizing**
1121:10
**summary**  993:17
1102:18,25
**super**  1096:2
**suppose**  1157:16
1157:21 1212:12
**supposed**  1084:15
1159:21

**sure**  1000:3
1007:20 1020:25
1021:19,25
1023:17 1037:4
1037:17 1039:9
1039:24 1043:2
1043:23 1047:25
1048:3 1053:1,10
1055:3,6 1056:23
1056:24 1063:13
1071:20 1075:3
1075:12 1076:9
1077:9 1085:23
1088:13,16
1089:16 1092:17
1094:3,17 1107:4
1109:25 1110:9
1124:24,24
1126:5 1140:10
1146:7,16
1149:15 1152:3
1153:5,8,9 1155:7
1155:10 1156:14
1159:13,19
1162:6 1166:15
1179:25 1182:2
1182:20 1183:14
1188:2 1196:3,3,8
1200:13,15
1205:3,25 1214:6
1214:20
**surface**  1196:23
**surname**  1171:5
**surprised**  1149:1
1150:3
**surprises**  999:16
**surprising**
1149:22
**suspended**
1005:18

**sworn**  995:12
**synonymous**
1020:16
**system**  1003:18
1006:21 1012:11
1012:13,15,17,24
1013:4,5,9,12,19
1013:24 1014:5,8
1014:14,20,22
1016:7 1034:13
1089:15,18
1096:15 1136:1
1184:18
**systematically**
1186:3
**systemic**  1186:20
**systems**  1014:17
1035:17 1037:19
1137:15 1183:13
1197:3

**t**

**t**  993:11 994:1
1048:7,8,14
1171:5,6 1193:7
1223:3,3
**t0**  1204:7,8,11,14
1204:22,25
1205:5,6
**tab**  1108:19
1145:21
**table**  997:22
1000:6,8,10,11,18
1001:23,25
1002:11 1004:14
1004:15,21
1007:12,16
1008:24 1012:19
1013:10 1018:4
1018:17,18
1019:24 1020:2,5
1021:23 1031:15

[table - testify]

| | | | |
|---|---|---|---|
| 1033:12 1034:14 | 1217:1 | 1102:7 1125:9 | 1144:15,25 |
| 1034:21,25 | **taken** 987:15 | 1131:5 1144:20 | 1145:8,11,17 |
| 1035:3,10 | 1046:16 1101:14 | 1148:21 1161:12 | 1185:14,16 |
| 1043:25 1053:16 | 1102:14 1138:7 | 1164:25,25 | **technical** 1014:17 |
| 1053:17,24 | 1139:10 1145:7 | 1178:9 1180:7 | **technically** |
| 1054:4,4,7,16 | 1146:21 1167:13 | **tao** 1010:25 | 1187:21 |
| 1057:4,7,11,15 | 1181:4,8,13,19,21 | 1011:23,25 | **tell** 1103:10 |
| 1063:6 1067:5 | 1206:6 1209:8,14 | **task** 1177:11,23 | 1113:23 1145:24 |
| 1071:5 1072:11 | 1211:18 1212:7 | 1177:25 | 1149:3 1166:17 |
| 1072:21 1085:12 | 1213:12 1214:16 | **tasks** 1177:21 | 1166:18 1167:5 |
| 1086:2 1087:23 | 1215:2 1220:5 | **tatyana** 1101:23 | 1184:10 1190:8 |
| 1088:18,25 | **talk** 997:24 | 1102:22 | 1210:13 |
| 1091:4,5,7,12 | 1008:19 1094:16 | **taxonomy** | **telling** 1156:9 |
| 1092:8,11,14 | 1110:11 1129:25 | 1067:17,19 | 1212:10 1213:15 |
| 1093:4 1094:6,9 | 1137:5 1138:22 | 1076:18,21,24 | 1213:22 |
| 1094:11,13,13 | 1139:3 1145:15 | 1077:5 | **temporal** 1049:23 |
| 1095:7 1096:25 | 1161:19 1170:8 | **team** 1015:4 | **tends** 1082:11 |
| 1097:3,5 1099:11 | 1173:22,23,24 | 1016:7,8,10,25 | **tens** 1109:14 |
| 1099:13,14,17,18 | 1174:2,6,13,18,23 | 1017:17 1024:7 | **term** 1024:10 |
| 1100:15 | 1175:17 1177:3,5 | 1024:25 1035:24 | 1027:6 1029:9,13 |
| **tables** 996:8,9,13 | 1178:14 1189:8 | 1036:2 1051:24 | 1053:10 1087:11 |
| 996:19 997:6,7 | 1215:9 1217:2 | 1052:6,7,10,14 | 1122:18 1151:9 |
| 1000:4,5,15,15 | **talked** 999:24 | 1059:15 1061:18 | 1151:10 |
| 1008:19 1072:16 | 1003:9 1005:21 | 1062:3,6,11,18 | **terms** 1016:1 |
| 1073:1 1119:5 | 1007:1 1025:11 | 1079:4,11,12,16 | 1070:8 1071:21 |
| 1131:7 | 1041:18 1119:4 | 1085:11 1089:8 | 1105:15 1113:10 |
| **tabs** 1105:12,19 | 1130:23 1174:15 | 1089:11,14 | 1119:3 1179:19 |
| 1105:21 1106:21 | 1174:21 1175:22 | 1103:23 1104:16 | 1180:8 1181:21 |
| 1106:25 1107:3 | 1175:23 1176:5 | 1117:7,8 1121:12 | 1183:22 1188:6 |
| 1108:18,21,23 | 1176:16,21 | 1142:2,8,22 | 1211:9 1216:6 |
| **tabular** 1090:10 | 1177:7 1178:16 | 1143:1,8,10,13,16 | **testified** 997:3 |
| **tagable** 1190:25 | 1179:7 1181:14 | 1144:12 1145:14 | 998:15 1005:24 |
| 1191:8 | 1190:6,20,24 | 1145:17 1150:4 | 1063:9 1064:3,7 |
| **take** 1015:14 | 1191:8,23 | 1167:23 1173:13 | 1124:6 1136:10 |
| 1043:24 1046:10 | 1192:25 1210:10 | 1175:5 1177:16 | 1191:10 1199:18 |
| 1090:2 1093:3 | 1212:6 1213:10 | 1203:24,25 | 1208:7 |
| 1109:22 1110:11 | 1214:1 | 1204:9 | **testify** 1003:8 |
| 1110:19 1113:11 | **talking** 1000:3 | **teams** 1016:12 | 1008:7 1116:8 |
| 1138:3 1139:18 | 1001:24 1003:21 | 1061:2 1085:2 | 1142:18 1157:8 |
| 1146:4 1147:9 | 1046:20,23,24 | 1088:8 1133:23 | 1157:15 1164:4,5 |
| 1172:11,19 | 1055:14 1073:8 | 1144:3,7,11,13,14 | 1164:14 1165:5 |

[testify - time]

| | | | |
|---|---|---|---|
| 1188:24 1189:5 | 1109:13 1110:24 | 1061:11 1073:3,7 | 1057:11 1059:17 |
| 1194:19 1195:19 | 1114:5 1118:15 | 1080:4,4 1089:13 | 1059:19 1061:7 |
| 1195:20 1199:3 | 1136:17,18 | 1092:18 1093:12 | 1061:20 1062:9 |
| 1216:25 | 1138:1,2,10,17 | 1093:23 1095:24 | 1081:2 1118:2 |
| **testifying** 1139:20 | 1139:5 1140:10 | 1103:23 1104:2,9 | 1119:11 1152:20 |
| 1220:8 | 1146:7,11 | 1106:4,8 1107:2 | 1168:25 1169:13 |
| **testimony** 996:4 | 1147:13 1157:11 | 1107:20 1108:22 | 1176:23 1186:4 |
| 996:19 997:4 | 1172:21 1175:16 | 1109:3 1110:7 | 1186:25 1189:11 |
| 999:23,23,24 | 1216:21 1217:7 | 1112:21 1115:10 | 1190:3 1193:2 |
| 1000:21 1002:15 | **thanks** 1025:17 | 1118:5,14 | 1194:10,13,25 |
| 1006:1,22 | 1032:11 1090:4 | 1119:11 1127:8 | 1197:8 1199:19 |
| 1013:18 1031:14 | 1148:7,8 | 1128:20 1130:6 | 1200:9 1201:16 |
| 1040:15 1041:14 | **theoretically** | 1131:5 1132:5 | 1202:1 1207:5,9 |
| 1068:15 1070:19 | 1041:25 | 1138:12 1140:8 | **thisisyourdigital...** |
| 1071:2,10 | **thing** 997:2 | 1146:8 1148:19 | 1114:21 |
| 1085:20 1100:10 | 1000:12 1004:8 | 1148:24 1150:2 | **thought** 1123:6 |
| 1106:2 1111:18 | 1008:18 1042:14 | 1151:5 1152:11 | 1124:5 1157:10 |
| 1116:21 1117:25 | 1125:24 1164:11 | 1156:5 1157:5 | 1175:5 |
| 1118:3 1124:22 | 1181:18,20 | 1160:23 1162:5 | **thousands** |
| 1138:11,13,24 | 1192:14 | 1162:17 1163:5,8 | 1016:18,18 |
| 1139:25 1140:2 | **things** 998:5 999:9 | 1163:10,14,22 | 1109:14,15 |
| 1150:21 1164:17 | 999:24 1006:24 | 1164:10,20 | **thread** 1104:3 |
| 1169:25 1173:17 | 1020:24 1029:25 | 1166:5 1171:6 | **three** 997:6 |
| 1177:9 1178:16 | 1033:11 1035:3 | 1173:14 1179:5 | 1007:1 1041:10 |
| 1189:1 1195:2 | 1071:1 1112:11 | 1182:11 1186:15 | 1041:13,13 |
| 1205:14 1206:13 | 1117:17 1120:4 | 1186:18 1190:23 | 1090:7,10 1092:5 |
| 1206:16 1208:10 | 1124:11,14,20 | 1195:12,14 | 1105:12,19,21 |
| 1208:24 1209:3 | 1126:14 1131:15 | 1202:15,25 | 1106:25 1107:3 |
| 1217:15 1218:15 | 1152:13 1153:20 | 1205:12 1212:23 | 1108:18,20,23 |
| 1218:16,18 | 1158:2 1176:24 | 1214:5 1217:15 | 1147:20 1156:25 |
| 1219:4 1220:12 | 1203:15 1214:8 | 1217:19,22 | 1214:8 |
| **texas** 990:18 | **think** 996:19 | **third** 988:11 | **tickets** 1044:12,15 |
| **text** 1051:16,20 | 997:25 998:9 | 996:21 1001:7,10 | **tie** 1079:16 |
| 1078:17,17 | 1000:6 1004:5,8 | 1001:14 1007:4 | **ties** 1163:15 |
| 1082:11 1083:12 | 1007:23,24 | 1012:22 1013:13 | **time** 996:14 998:1 |
| **thank** 998:11 | 1013:15 1014:3 | 1014:2 1029:7 | 1000:1 1003:18 |
| 999:20 1000:19 | 1015:22 1027:21 | 1033:8 1039:15 | 1003:20,23 |
| 1001:17 1004:16 | 1030:19 1031:19 | 1040:8,12 | 1005:7,9,11,14,18 |
| 1008:4,15 | 1031:21 1040:15 | 1041:16,19,20,24 | 1011:24 1015:21 |
| 1071:25 1086:21 | 1040:21 1046:23 | 1041:25 1042:3,8 | 1017:7 1019:16 |
| 1103:13,18,19 | 1051:12 1055:15 | 1042:10,12 | 1028:9 1033:23 |

Veritext Legal Solutions
866 299-5127

**[time - tool]**

| | | | |
|---|---|---|---|
| 1034:8 1044:25 | 1218:24 1220:6 | 1147:1,11 | 1044:13,16,17 |
| 1046:10 1048:22 | 1221:10,18,24 | 1150:21,25 | 1045:1,3,20 |
| 1048:24,25 | 1222:7 | 1156:12 1170:15 | 1053:21 1054:20 |
| 1049:1,2,11,14,15 | **timeframe** | 1173:18 1195:4 | 1054:23 1055:1,4 |
| 1049:20,20 | 1193:12 | 1207:1 1209:5 | 1055:5,7,12,16 |
| 1052:25 1054:15 | **timeout** 1109:18 | 1212:2 | 1056:2,6,18 |
| 1054:21 1055:8 | 1109:22 | **today's** 996:4 | 1057:16,19,21 |
| 1057:11,13,15,19 | **times** 1055:9 | 1031:13 1071:1 | 1058:4,8,13,24 |
| 1057:23 1062:4 | 1097:17 1115:3 | 1106:2 1110:2,4,9 | 1059:2,4,10,18,21 |
| 1063:25 1064:13 | 1126:11 1188:2 | 1111:18 1113:11 | 1060:2,7,15,16,17 |
| 1066:9 1080:6 | 1205:5 | 1116:21 1177:9 | 1060:18,19,22 |
| 1082:4 1085:8 | **tinder** 1090:18,18 | **told** 1181:12 | 1061:1,1,6,10,12 |
| 1091:7 1092:11 | 1090:24,25 | 1209:7 1210:10 | 1061:13,22 |
| 1093:2,18 1095:8 | 1091:15,17 | 1212:6 1213:11 | 1062:6,15,19,23 |
| 1095:13,16,18 | 1092:2,7,10 | 1215:15 1216:14 | 1062:25 1063:8 |
| 1098:4,6 1109:6 | 1093:1 | **tool** 996:23,25 | 1063:11,16,22 |
| 1110:10,20 | **tinder's** 1090:22 | 1000:4,5,16 | 1064:3,7,9,11,14 |
| 1116:17 1117:2 | 1092:21,23 | 1001:25 1002:4,6 | 1064:21,24 |
| 1118:8 1120:20 | **title** 1113:13 | 1002:10 1004:21 | 1065:4,7,17,18,22 |
| 1120:23 1126:11 | **titled** 1008:25 | 1007:3 1008:19 | 1065:23 1069:15 |
| 1127:8 1131:20 | 1104:12 1111:23 | 1009:6 1011:4,10 | 1069:20 1078:10 |
| 1132:3,18 | **titles** 1188:6 | 1011:13 1015:10 | 1079:16,18,20,23 |
| 1138:17,22 | **tobii** 1193:7 | 1015:17,21,24,24 | 1080:1,3,6,8,11 |
| 1142:14,16,19,24 | **today** 1007:4,18 | 1016:15,21 | 1080:14,16,19,22 |
| 1144:20 1145:15 | 1023:17 1024:1 | 1019:6,10,14,17 | 1080:24 1081:1 |
| 1155:3 1164:14 | 1031:10 1033:16 | 1019:21 1021:15 | 1081:20 1082:5 |
| 1172:19 1174:12 | 1033:21 1038:12 | 1021:17 1022:3,9 | 1082:17 1083:3 |
| 1175:25 1176:22 | 1039:2 1053:12 | 1022:12 1025:7 | 1084:5,21 1085:7 |
| 1177:17 1178:19 | 1053:17,21 | 1025:12,16,20,23 | 1085:15 1086:2 |
| 1183:23 1186:8 | 1054:8,22 | 1025:24 1026:1,1 | 1088:24 1089:24 |
| 1186:11,11 | 1060:15 1062:25 | 1026:8,24 1027:1 | 1090:7,23,24 |
| 1187:4,21 1188:8 | 1063:8 1074:9 | 1027:3,16 1028:7 | 1091:6,9,20,22,24 |
| 1195:18 1198:25 | 1077:15 1080:1 | 1028:14,23 | 1093:3 1097:20 |
| 1199:25 1200:7 | 1082:21,22 | 1030:4,10,13,21 | 1098:3,5,10,12,15 |
| 1202:7,9 1204:4,4 | 1083:24 1090:8 | 1030:22 1031:12 | 1098:18,22 |
| 1204:16 1211:8 | 1093:17 1094:6 | 1031:25 1033:6 | 1099:22,24 |
| 1211:10 1212:15 | 1098:5 1100:16 | 1033:10,14 | 1100:3,7,16,18,21 |
| 1214:23,24 | 1103:5 1116:23 | 1034:12 1035:9 | 1100:24 1119:7,9 |
| 1215:22 1216:3,5 | 1117:25 1120:8 | 1035:10,13 | 1119:12,13,14,14 |
| 1216:9 1217:1,5 | 1121:24 1122:1 | 1037:5,18 1042:2 | 1119:17,18,24 |
| 1217:12,23 | 1123:20 1136:7 | 1042:6 1044:7,10 | 1120:2,3,7,9,12 |

[tool - ultimate]

| | | | |
|---|---|---|---|
| 1120:16,19,22 | 1172:17 1174:22 | **triggered** 1003:21 | **ts** 1044:22 |
| 1121:3,4,15,23 | 1177:7 1198:5 | **true** 997:22 | **tuesday** 986:16 |
| 1122:1,2,7 | 1199:10 1216:25 | 1006:9 1030:14 | 987:18 995:1 |
| 1124:22 1125:1,3 | **track** 996:25 | 1030:16 1031:1,5 | **twice** 1096:9 |
| 1125:21,23,25 | 1044:8 1052:21 | 1031:7,9,16 | 1102:22 1146:15 |
| 1126:6,18,21,21 | 1053:3,6,7 | 1032:9 1036:14 | **two** 996:17 997:2 |
| 1126:22,24 | 1054:16 1057:20 | 1036:23 1038:21 | 1002:3 1007:1 |
| 1127:6,7,12,16,18 | 1059:11,19,22 | 1043:7,8,14,21 | 1010:7 1049:24 |
| 1127:25 1128:2 | 1061:6,14 | 1052:10,13 | 1072:4 1075:13 |
| 1130:20 1131:1,8 | 1118:25 1152:4,9 | 1068:16 1112:22 | 1075:15 1090:8 |
| 1132:7,15,18,22 | 1152:15 1183:25 | 1160:18 1179:16 | 1096:24 1119:10 |
| 1132:25 1133:1,7 | 1184:11,14 | 1209:22 1219:5 | 1124:8 1144:13 |
| 1133:13,15,16,18 | 1186:3 | 1220:12 | 1167:10 1170:13 |
| 1133:22 1134:2 | **tracked** 1053:21 | **truth** 1117:8,12,17 | 1190:23 1208:25 |
| 1134:16,17,19,25 | 1053:22 1058:4,8 | 1118:18 1122:7 | 1209:4 1210:10 |
| 1135:7,10 | 1118:8 | 1212:10 1213:15 | 1212:6 1213:10 |
| 1136:10,12,14,20 | **tracker** 999:6,12 | 1213:22 1215:15 | 1213:24 |
| 1136:25 1186:1,7 | **tracking** 1099:12 | 1216:14 | **type** 1008:23 |
| 1186:12,20 | 1116:8 1118:1 | **try** 1027:18 | 1009:22 1012:6 |
| 1187:13 1188:14 | 1119:3 | 1049:7 1110:16 | 1012:16 1041:15 |
| 1188:17,20 | **tracks** 1053:13,24 | 1117:21 1118:7 | 1078:11 1123:8 |
| 1206:14,15,24 | 1135:21 1152:12 | 1118:18 1139:1 | 1125:8 1134:14 |
| 1207:2,19 1208:2 | 1155:11 | 1158:1,3 1160:4,5 | 1134:15 1135:9 |
| **tools** 1062:2,12 | **traditional** 1149:1 | 1173:22,24 | 1140:7 1195:3 |
| 1118:24 1119:10 | 1149:4,6,23 | 1174:9 1195:25 | **types** 1045:18 |
| 1119:20 1121:12 | **transcribed** | 1205:19 | 1071:23 1072:1 |
| 1134:7 1136:13 | 1220:11 | **trying** 1005:24 | 1081:21 1086:24 |
| **top** 1047:19,21 | **transcript** | 1027:19 1031:23 | **typically** 1010:8 |
| 1103:1 1148:4 | 1156:13 1219:3 | 1057:1 1070:16 | 1018:12 1074:19 |
| 1170:14 | 1220:12,14,16 | 1097:15 1103:21 | 1075:8 1164:13 |
| **topic** 1135:16 | 1221:6,8,10,13,13 | 1104:1,24 1116:6 | 1177:18 1187:8 |
| 1137:23 1160:21 | 1221:21 1222:2,2 | 1121:2 1123:3,10 | 1201:10 1204:1 |
| 1161:7,9,15 | **transition** 1172:9 | 1124:6,7 1125:20 | 1205:21 |
| 1162:1,3,15 | 1200:7 1202:5,21 | 1126:4 1134:11 | |
| 1163:10 1169:19 | **transmission** | 1134:13 1135:20 | **u** |
| 1169:20,25 | 1169:8 | 1143:1 1147:16 | **u** 1048:18,24 |
| 1171:17 | **treated** 1179:13 | 1153:9 1154:2 | 1049:5,9 1050:2 |
| **topics** 1113:2 | 1180:3 1218:16 | 1155:10 1176:10 | **uh** 1055:21 1105:7 |
| 1118:4 1138:11 | **trick** 1124:7 | 1182:23 1184:8 | **uii** 1075:18 1076:2 |
| 1138:19 1148:15 | **tricky** 1027:20 | 1195:1 1196:7,8 | 1076:13 |
| 1159:22 1160:6 | | 1196:10,11 | **ultimate** 1180:17 |
| | | | 1181:21 1212:22 |

**[ultimately - understanding]**

| | | | |
|---|---|---|---|
| **ultimately** | 1125:20 1126:5 | 1032:4,8 1033:5,8 | 1084:24 1085:24 |
| 1178:21 1179:9 | 1129:10 1132:16 | 1033:21 1034:1 | 1086:6,14,22 |
| 1210:18 | 1134:10,14 | 1035:11 1036:9 | 1087:2,8,11,14,20 |
| **unable**   1138:14 | 1135:8,20 1137:5 | 1036:16,22 | 1087:25 1088:6 |
| 1199:3 | 1138:18 1141:11 | 1037:14,23 | 1088:23 1089:6 |
| **unavailable** | 1142:23 1143:21 | 1038:3,10,14,18 | 1089:17 1092:9 |
| 1029:6 | 1143:21 1150:14 | 1038:24 1039:14 | 1095:6,17 |
| **unclear**   1151:6 | 1153:6,21 1157:3 | 1039:19 1040:2,6 | 1097:22,23 |
| **uncovered** | 1166:22 1170:4 | 1040:7 1041:9,12 | 1099:3 1100:12 |
| 1207:22 | 1170:25 1171:20 | 1041:17,19,23 | 1100:25 1101:4 |
| **underlying** | 1174:9 1180:1 | 1042:9,19,22,25 | 1108:9 1112:2 |
| 1129:23 | 1184:3 1188:19 | 1043:6,10,14,17 | 1114:14 1117:20 |
| **underscore** | 1190:2 1191:2,21 | 1044:6,12,24 | 1117:22 1119:2,5 |
| 1113:25 | 1195:1,19,20 | 1045:5 1047:1,7 | 1119:9 1120:9,14 |
| **underscores** | 1200:6,14,15,16 | 1047:12,13,15 | 1121:11,19 |
| 1010:6,8 | 1205:18 1212:19 | 1048:3,10,17,21 | 1122:6 1124:7 |
| **understand** | 1213:1 1214:7 | 1049:13,19 | 1125:4 1126:10 |
| 998:18 1001:22 | **understanding** | 1050:3,7,21 | 1126:19,22 |
| 1003:5 1005:25 | 1000:9,17 1001:6 | 1051:15,19,23 | 1127:12,15,16 |
| 1010:15,21 | 1001:9,13 1002:2 | 1052:5,13 1054:6 | 1128:5 1130:11 |
| 1011:1 1020:17 | 1002:12,18 | 1054:8 1056:4,7 | 1131:17,21 |
| 1027:25 1029:9 | 1003:14,23 | 1057:8,9 1058:25 | 1132:1,20,24 |
| 1029:19 1034:17 | 1004:4 1005:8,20 | 1060:14,17,25 | 1133:2,6,11 |
| 1035:2 1040:17 | 1006:7,21 1009:4 | 1061:9,17 1062:5 | 1141:18 1142:5 |
| 1040:19 1047:9 | 1009:9 1010:18 | 1062:17 1063:5 | 1143:13,15 |
| 1050:6 1052:24 | 1010:23 1011:12 | 1063:12 1064:15 | 1144:10 1150:7 |
| 1056:24 1057:2 | 1011:21 1012:2 | 1065:9 1066:2,4 | 1150:13 1151:17 |
| 1064:20 1065:3 | 1012:14,20 | 1066:24 1067:16 | 1151:18 1152:6 |
| 1067:11 1070:7 | 1013:22 1016:1,9 | 1068:5,10,17,22 | 1155:8,18,19 |
| 1070:11,17 | 1017:1,20,23 | 1069:12 1070:3 | 1158:13 1164:21 |
| 1075:24 1076:2 | 1018:5,19 1019:4 | 1070:19 1071:11 | 1167:22 1168:19 |
| 1076:14 1079:9 | 1019:9,22 1020:5 | 1071:18,22 | 1170:4 1171:21 |
| 1079:25 1085:20 | 1021:10,14 | 1072:13,14,19,25 | 1173:3,11,25 |
| 1088:14 1092:18 | 1022:1,16,20 | 1076:19,20,25 | 1174:3,16 |
| 1093:13 1094:17 | 1023:3,7 1024:11 | 1077:3 1078:8,15 | 1176:22 1178:10 |
| 1097:14,15 | 1024:17 1025:14 | 1079:3,12 | 1181:6 1185:21 |
| 1104:2 1105:17 | 1025:21 1026:5 | 1080:17,20 | 1187:20 1191:15 |
| 1105:20 1111:25 | 1026:12 1027:2 | 1081:9,12 | 1192:8 1193:1,6 |
| 1114:2 1118:2 | 1028:3,3 1030:11 | 1082:10,19,22 | 1193:17 1194:11 |
| 1121:9 1122:25 | 1030:18,20 | 1083:4,10,16,19 | 1200:5 1204:8 |
| 1123:4,10 | 1031:2,6,8,15 | 1083:24 1084:14 | 1206:20 1207:1 |

Veritext Legal Solutions
866 299-5127

[understanding - version]

1208:12 1209:14
1213:2 1214:21
**understands**
1152:7 1154:4,21
**understood**
1123:7 1135:19
1156:15 1157:10
1165:20 1166:24
1218:20
**undertaken**
1065:10 1121:20
1126:20 1168:24
**undertook**
1141:10 1197:9
1206:21
**underway** 1102:1
**unique** 1009:9
**uniquely** 1011:15
1011:22
**united** 986:1
987:1
**universal** 1010:5
**universally**
1021:15
**unix** 1048:22,24
1048:25 1049:1,2
1049:3,14,20,20
**unpick** 1214:9
**unrelated** 1158:16
**update** 1203:2,12
1204:3
**updated** 1020:1,7
1055:12 1191:25
1202:17
**updating** 1019:22
**uploaded** 1144:22
**url** 1105:22
1108:7,14
**usage** 1099:25
1100:13

**use** 1010:8,10
1011:11 1014:19
1014:21 1027:6
1035:4 1054:2
1061:21,22
1062:9,12
1064:19 1065:16
1076:21 1080:19
1084:21 1091:9
1091:21,22,25
1092:13 1118:25
1126:4 1128:9
1151:9 1154:11
1155:24 1158:8
1158:18 1159:23
1160:14,25
1161:2,12,14
1162:20 1163:19
1166:2 1167:19
1186:22
**useful** 1073:20
**user** 986:4 987:4
995:9 996:15
1002:8 1022:14
1022:18 1023:1
1024:9,13,21
1025:1 1026:6
1048:11 1073:16
1074:4,12,16,18
1074:23 1075:5,6
1075:9,11,11
1076:8 1120:4
1125:14 1151:12
1152:16,24
1154:21 1186:4,9
1191:11,11
1194:9 1197:13
1198:2,16 1199:6
1199:21 1200:2
1200:10,17,23,25
1201:7,17,23,25

1202:11,13,22
1203:6,19,20
1204:5 1221:4
1223:1
**user's** 1009:24
**users** 1074:20
1115:3,6,16,18,22
1129:3 1149:7
1151:20 1152:5,7
1153:11,19,24
1154:3,5,6,8
1155:22 1158:7
1191:17 1194:12
1194:24 1197:13
1198:2,17 1199:6
**uses** 1011:4,13
1044:7

**v**

**v** 1049:16,25
1171:5
**v1** 994:4 1116:19
1117:4,9 1118:9
1118:19 1119:1
1121:6 1146:1
**v2** 1104:13 1117:9
1118:10,19
1121:7
**vacuuming**
1167:5
**vague** 1142:1
1153:16 1154:13
1155:2 1183:4,22
1186:14,16
1197:16 1198:19
**valid** 1033:10
**valuable** 1215:25
**valuations**
1174:16
**value** 1031:3,4
1032:5,6 1041:24
1042:22 1043:1

1047:23,25
1048:14 1049:5,8
1051:2 1087:17
1169:21 1170:7,9
1171:15,21
1176:25 1179:14
1180:4
**values** 1008:23,23
1031:8,11
1036:20,21
1041:15 1043:4
1047:1,4,5,8,14
1047:17 1051:13
1066:10,12
1067:21 1068:11
1070:17,21
1078:13
**varela** 1116:18
1117:3,7,16,19
1118:12,14,16
1148:2,7,24
1170:13 1180:25
**varied** 1188:6
**various** 1073:19
1148:18,18
1201:21,22
1205:5
**vatsal** 1170:23
1171:3
**vc** 986:4 987:4
**veritext** 995:11
1221:7,9,11
**versed** 1159:12
**version** 1001:1
1019:15 1120:18
1126:12,17,17
1127:1,14
1128:11,13,13
1129:20,20,22,22
1130:3,6,7,10,12
1131:10,14

**[version - whitelisting]**

1132:10 1137:2,2
1144:22 1147:2,3
1169:5 1180:10
1181:10 1199:25
1200:1,8,8
1201:11 1202:5,5
**versions**  1128:7
1131:15,19,25
1132:1 1173:16
1173:21
**video**  986:14
987:19
**videoconference**
986:14 987:19
988:2 989:2 990:2
991:2 992:2
**videographer**
992:18 995:5,10
1046:14,17
1101:12,15
1102:13,15
1138:5,8 1139:8
1139:11 1146:19
1146:22 1167:8
1167:11,14
1206:4,7 1218:22
**videos**  1009:16,19
1009:24 1010:17
1011:20
**view**  1090:25
1208:24 1212:19
**violation**  1158:18
**visible**  1015:16
**volume**  986:17
993:3 995:7
1219:13 1221:5
1223:2

**w**

**w**  988:6 992:7
1050:5,11 1051:2

**wait**  1008:13
**waived**  1221:23
1221:23
**waiving**  1221:20
**walk**  1091:8
**walked**  1092:6
**wangdra**  991:14
995:24
**want**  996:4,6
1002:14 1014:18
1014:24 1024:5
1039:25,25
1040:14 1077:12
1092:17 1096:1
1096:23 1103:10
1110:9 1134:12
1135:8 1137:9,13
1138:16 1140:3,6
1146:14,14,15
1155:7 1156:14
1159:12 1162:6
1165:2,13 1167:2
1172:16,19
1189:19
**wanted**  997:14
998:3,5 999:9
1000:12 1007:3
1015:11 1021:2
1025:5 1035:20
1036:2 1041:5
1059:24 1070:7
1077:23 1090:17
1093:13 1099:16
1113:8 1140:1
1157:10
**wants**  1167:3
**warehouse**  1099:2
1099:7,10
**washington**
986:23 988:13

**way**  999:6 1011:7
1020:19 1025:21
1026:16 1030:17
1037:8 1039:1
1043:19 1065:19
1066:16 1082:6
1089:18 1095:22
1096:15 1097:11
1097:23 1122:25
1123:14,15
1124:11 1125:6
1132:16 1133:23
1135:20 1137:16
1153:14 1154:1
1169:20 1179:20
1179:23 1182:20
1186:20 1187:13
1192:21,24
1201:1,12
1208:19
**ways**  1024:4
1028:19 1029:22
1151:11 1152:16
1173:13 1193:20
1194:3,12
1200:19 1201:21
1201:22 1203:16
1207:2 1208:3
**we've**  1008:18
1015:20 1027:21
1046:10 1055:14
1090:5,6 1092:6
1092:15 1102:3
1109:20 1119:4
1155:13 1156:18
1158:2 1160:3
1209:24 1217:15
**weaver**  989:8
**web**  986:14
987:19 988:2
989:2 990:2 991:2

992:2
**week**  1118:17
**weigh**  1137:8
**welcome**  1162:15
**went**  1107:6
1129:16 1165:23
1185:2 1209:17
**whereof**  1220:20
**white**  1192:17
**whitelist**  1001:5,8
1001:14 1141:7
1141:25 1143:17
1143:21 1144:16
1145:1,5 1150:9
1161:16,23,25
1163:16,18
1180:12,18
1181:4,8 1190:16
1191:2 1193:3
1209:9 1211:19
1212:22 1215:24
**whitelisted**  1143:2
1148:13 1149:23
1150:4 1167:18
1168:21 1178:13
1179:17 1180:9
1182:14,25
1184:7,12 1185:1
1185:5 1204:12
1207:5,9 1208:7
1215:16 1216:15
**whitelisting**
1143:4 1150:22
1160:12,15
1161:2 1162:3,20
1162:22,24
1163:10 1166:2
1169:23 1170:11
1171:10,13,16,19
1174:17 1181:24
1183:7 1192:17

**[whitelisting - zoom]**

1193:18 1205:15
1208:21 1209:15
1210:5 1212:8,20
1213:12 1214:3
1214:15,23,25
1215:3 1216:6
**whitelists**   1141:15
1141:20 1142:9,9
1142:21 1143:11
1167:25 1190:4
**wholly**   1040:9,13
**wide**   1061:3
1123:17,18
1163:8
**widely**   1125:16
1216:1
**willingness**   1217:7
**wind**   1193:13
**withdraw**   1013:6
1019:19 1020:12
1023:10 1027:6
1030:4 1031:20
1033:18 1034:7
1040:24 1052:9
1052:19 1053:23
1054:13 1056:12
1058:9 1069:18
1126:3
**witness**   1075:2
1081:2 1113:10
1134:20 1157:15
1164:9,11
1166:12,20
1216:25 1217:4
1217:14 1220:20
1221:13,16
1222:2,5 1223:24
**witnesses**   1164:14
**wonderful**
1175:16

**wondering**   1169:9
**word**   1029:8,24
1100:25
**words**   1010:7
1011:16
**work**   996:17
1014:17 1033:12
1137:15,20
1139:1,2 1141:19
1142:3 1175:10
1177:19,20
1183:13 1198:22
1201:11 1203:25
1205:11,12
**worked**   1125:6
1142:5 1145:18
1150:19 1170:16
1184:20 1187:13
**working**   1077:1,2
1077:6,11,17,21
1077:24 1082:20
1103:23 1142:2
1143:8 1150:13
1150:17 1199:14
**works**   1050:4
1096:16 1140:8,9
1164:18 1174:8
1201:12
**world**   1197:2
**worth**   1173:5
**wound**   1193:18
**wright**   988:9
**writes**   1148:7,24
**written**   999:11
1117:16 1118:17
1156:3 1187:10
1187:14 1188:11
1188:22 1214:13
1214:24
**wrong**   1070:20
1092:19 1184:10

1197:11,25
1198:14 1199:4

---
**x**
---

**x**   993:1,11 994:1
1048:24 1051:21
1056:6,8,9,11,13
1056:15,19,20
1057:8,13 1059:4
1063:3,9 1220:16
1222:1
**xfn**   1023:4,5,7,11
1023:14,16,18,24
1023:25 1024:3,8
1024:12,25
1025:3,6 1033:7,9
1033:16 1034:2
1039:5,6 1042:17
1042:21 1043:9
1043:12,15,16,18
1043:20,24
1044:1,7,19
1045:11,20,24
1046:2,4 1047:11
1048:13,23
1049:22 1050:15
1050:23 1061:10
1061:13 1064:10
1064:11,16,23
1065:4,25 1066:6
1066:10 1082:21
1082:23 1083:22
1083:25 1084:10
1084:25
**xlsx**   1113:16

---
**y**
---

**y**   1065:24
**yeah**   999:1 1000:3
1004:13 1008:8
1037:17 1047:4
1051:10 1055:5

1068:3 1077:9,12
1078:2 1086:11
1087:5 1102:3,11
1103:23 1106:8
1113:6 1124:5
1134:5 1136:9
1139:21 1152:2
1156:18,20,23
1157:4 1158:1
1159:9,17 1160:9
1163:14,21
1164:12 1165:25
1167:2 1169:6
1175:13,15
1177:15 1196:6,9
1196:13 1218:4
1218:10
**year**   1192:7
1202:4,12
**years**   1077:11
1117:16
**yesterday**   996:6,9
996:20 998:7
999:25 1000:3,22
1004:7 1005:22
1006:23 1007:1
1007:15 1020:4
1090:8 1091:11
1093:17
**yesterday's**
1000:21 1002:14
**yup**   1102:5

---
**z**
---

**z**   1066:22 1067:21
1067:25 1069:21
1070:8 1072:10
1072:20
**zone**   1162:11
**zoom**   986:12
1004:19

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.