# Defendant's Supplemental Exhibit 68

Harrison Fisk
August 16, 2022 CA MDL Deposition
What I did to Prepare

1. 13 years working with FB/Meta on production data systems and warehouse

2. Prepped for about 48 hours.
    a. About 40 hours with counsel
    b. 8 Hours studying on my own

3. Met with
    a. Dez Udezue, SRT (.5)
    b. Maxwell Dickey, Centra/Switchboard (.5)
    c. Adam Kramer, HQL (.5)
    d. Sara Galvin, Switchboard (.5)
    e. Mayur Patel, Hive and TAO (5 hours)
    f. Zachary Prinzbach, Centra (.5)
    g. Mike O'Toole, DYI (.5)
    h. Saoirse Maclachlan, DYI/Switchboard (.5)
    i. Chaya Nayak, Research (.5)
    j. Venkat Rjagopalan, TAO (.5)
    k. Kyle Minshall, APIs (.5)

4. Reviewed materials
    a. Various case submissions with exhibits re locating user data
    b. TAO .csvs
    c. Switchboard output
    d. List of Hive Tables/Columns
    e. White papers re TAO, LinkBench, Hive, Digraph
    f. Documents/links provided from plaintiffs

**Exhibit 0715**
8/16/2022
30(b)(6) Fisk

Confidential                                                                                   ADVANCE-META-00004123