GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
   rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
Heather Richardson
   hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S RENEWED ADMINISTRATIVE MOTION TO SEAL** |

# AMENDED [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Renewed Administrative Motion to Seal, which proposes to redact limited portions of the following documents:

| Document | Previous Dkt. Nos. | Description of Portions Sought to Be Kept Under Seal |
|---|---|---|
| Plaintiffs' Exhibit 33 | Dkts. 906-9, 906-10 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 33 at 68, 69, 72, 123–127, 142, 144, 166, 167, 172–175, 179–181, 193–206, 227–410, 513–526, 531–616, 619, 62, 665, 666, 697, 698, 701, 703, 704, 706, 707, 711, 714–716, 718, 722, 723, 752, 756, 757, 762, 763, 765, 766, 770, 773–777, 788–792, 794, 800–803. |
| Plaintiffs' Exhibit 34 | Dkts. 906-11, 906-12 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 34 at 9–10, 12–13. |
| Plaintiffs' Exhibit 51 | Dkts. 906-13, 906-14 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 51 at 29–30, 33, 84–88. |
| Plaintiffs' Exhibit 63 | Dkt. 906-21 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 63 at 3–5, 7. |
| Plaintiffs' Exhibit 65 | Dkt. 907-1 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 65 at 3, 9–10, 12–13, 17. |
| Plaintiffs' Exhibit 66 | Dkt. 907-2 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 66 at 1–2, 5–6, 8–11. |
| Plaintiffs' Exhibit 67 | Dkt. 907-3 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 67 at 11–12, 14, 16–17, 19–20, 22–23, 26–27, 29.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's employees. *Id.* at 169–170, 175, 178, 184, 188. |
| Plaintiffs' Exhibit 68 | Dkt. 907-4 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 68 at 1–2, 4, 9–11, 15–16. |

| | | |
|---|---|---|
| Defendants' Exhibit 7 | Dkts. 910-3, 910-4 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Defendants' Ex. 7 at 69:5–6, 108:1–12, 113:13–23, 114:24–115:1, 129:9–25, 130:2–3.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, and decisions. *Id.* at 61:10–21, 65:12–14, 65:17–66:5, 66:19–23, 66:25–67:11, 69:11–13, 69:16–20, 69:22–25, 70:1–12, 70:20–25, 79:17–78:2, 80:20–81:19, 82:17–19, 83:24–84:1, 85:7–10, 85:13, 85:16–19, 86:9–10, 86:13–22, 88:24–89:2, 89:4–6, 89:8–13, 90:2–3, 90:5–11, 90:20–21, 90:23, 91:1–4, 91:8–10, 91:14, 91:24, 92:2–4, 92:14–16, 92:22–23, 97:3–5, 106:20–107:11, 107:15–16, 107:19–21, 107:22–24, 116:17–25, 130:21–24, 131:21–23, 132:1–4, 132:6–8, 132:19–21, 132:24–25.<br>• Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices. *Id.* at 129:9–25, 130:2–3, 133:9–10, 133:12, 133:16–17, 133:20–22, 133:24, 134:3–5, 134:8–10, 134:12–13. |
| Defendant's Exhibit 9 | Dkts. 910-7, 910-8 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Defendants' Ex. 9 at 3, 5. |
| Defendant's Exhibit 20 | Dkts. 910-9, 910-10 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Defendants' Ex. 20 at 4, 8, 14–15, 17–18, 22, 25–29. |
| Defendant's Exhibit 25 | Dkts. 910-15, 910-16 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Defendants' Ex. 25 at 3, 7–8, 16–17, 19–22, 26–33, 37, 41–42. |
| Defendant's Exhibit 41 | Dkts. 910-29, 910-30 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Defendants' Ex. 41 at 31–37, 39.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's employees. *Id.* at 8–9. |
| Plaintiffs' Reply Exhibit 74 | Dkt. 927-4 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Reply Ex. 74 at 3, 8, 17–24, 29–44. |

| | | |
|---|---|---|
| | | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, and decisions. *Id.* at 7. |
| Special Master's Amended Order Regarding Production of Named Plaintiff Data and the Exhibits thereto | Dkts. 981-3, 981-4 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Special Master's Amended Order at 114–117, 128–120, 137–138, 150–152, 156–158, 160, 162, 167, 170, 172–173, 178, 183–185,191, 202, 211, 217, 220, 222, 227, 237, 284, 286, 327–328, 358–359, 398, 400–401, 413, 424, 428, 435, 446, 458, 460–461, 463, 465, 476–477, 488–489, 492, 549, 570, 572, 582–583, 588–589, 602–604, 606, 627–628, 633–634, 637, 655, 670, 672–673, 676, 679, 758–759, 772–774, 789, 792–797, 831.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's employees. *Id.* at 549–550.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, and decisions. *Id.* at 758, 772. |
| Plaintiffs' Supplemental Exhibit 90 | Dkt. 988-8 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Supplemental Ex. 90 at 16–17, 33–34, 36.<br>• Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices. *Id.* at 17, 33–34, 36. |
| Plaintiffs' Supplemental Exhibit 91 | Dkt. 988-9 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Supplemental Ex. 91 at 17–18.<br>• Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices. *Id.* at 1–2. |
| Plaintiffs' Supplemental Exhibit 92 | Dkt. 988-10 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Supplemental Ex. 92 at 1–2, 8–9.<br>• Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices. *Id.* at 1–2, 5–6, 8. |
| Plaintiffs' Supplemental Exhibit 93 | Dkt. 988-11 | • Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices. Plaintiffs' Supplemental Ex. 93 at 1, 3. |

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| Plaintiffs' Supplemental Exhibit 95 | Dkts. 991-5, 992-3 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Supplemental Ex. 95 at 42:5–6, 11–15. |
| Plaintiffs' Supplemental Exhibit 96 | Dkts. 991-6, 992-4 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Supplemental Ex. 96 at 2–3. |
| Plaintiffs' Supplemental Exhibit 106 | Dkts. 991-9, 992-7 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Supplemental Ex. 106 (Chang Tr.) at 163:9–10, 11, 13, 15; 182:5, 19–20; 223:8, 224:21–22; 225:5; pdf pages 29–30. |
| Plaintiffs' Supplemental Exhibit 112 | Dkts. 1012-9, 1013-7 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Supplemental Ex. 112 at 2.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's employees. *Id.* at 2–8. |
| Plaintiffs' Supplemental Exhibit 121 | Dkt. 988-38 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's employees. Plaintiffs' Supplemental Ex. 121 at 5. |
| Plaintiffs' Supplemental Exhibit 139 | Dkts. 1012-15, 1013-13 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's employees. Plaintiffs' Supplemental Ex. 139 at 1. |
| Plaintiffs' Exhibit 95 (Duffey Dep. Tr.) | Dkts. 1038-5, 1038-13 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 95 at 42:5–6, 11–15; 54:3–5; 57:16–17, 22–23; 58:12; 64:24–25; 65:16–18; 23–25; 66:1–4; 79:12; 83:14–16; 96:21–22, 25; 97:2; 158:5–6. |
| Plaintiffs' Exhibit 106 (Chang Dep. Tr.) | Dkts. 1038-9, 1038-17 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Plaintiffs' Ex. 106 at 74:19, 24; 75:19–20; 76:21; 77:4, 7–8; 24–25; 78:11–23; 79:7–9; 80:21–22; 81:4, 81:25–82:3; 82:9-14, 18, 20 - 22; 82:24–83:3; 83:9–11; 84:6–7, 10, 20; 85:3–5, 7, 11; 110:2–4, 6–7; 114:4, 12; 116:22–24; 127:22; 128:2, 6, 11–12, 19; 154:2, 24; 155:2; 156:17; 162:22, 25; 163:9–10, 11, 13, 15; 182:5, 19–20; 184:4–5, 9–10; 203:6, 8, 11–14, 20–25; 204:1–2, 19–22, 24–25; 205:4–5, 7–8, 10–11, 13–14, 20–25; 206: 1–4, 9–16; 222:2–3, 22–23; 223:8, 224:21–22; 225:5; 227:12–16; 24–25; 228:1, 14–20, 24; 229: 2–6, 10, 12; 231:5; 231:21–22; 232:1–4; 233:9–10, 14–23, 25; 234:1–4; |

Case 3:18-md-02843-VC   Document 1086-2   Filed 12/12/22   Page 6 of 7

| | | |
|---|---|---|
| | | 237:6, 9; 252:11–13; 283:12–14, 16, 18; 284:1; 285:3–5, 9–11, 22.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's employees. *Id.* at 207:16, 22; 208:5. |
| Richardson Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions | Dkts. 1016-4, 1017-2 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Richardson Decl. at 5. |
| Defendant's Supplemental Exhibit 56 | Dkts. 1016-6, 1017-4 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Defendant's Supplemental Ex. 56 at 185:4–7, 9–10, 12–14,16, 18. |
| Defendant's Supplemental Exhibit 64 | Dkts. 1016-9, 1017-7 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Defendant's Supplemental Ex. 64 at 5.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, and decisions. *Id.* at 4. |
| Defendant's Supplemental Exhibit 73 | Dkts. 1016-14, 1017-12 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Defendants' Supplemental Ex. 73 at 2–3, 5. |

Good cause having been shown, Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed is GRANTED. The Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
    A. Plaintiffs' Exhibits (including Reply and Supplemental Exhibits) 33, 34, 51, 63, 65–68, 74, 90–93, 95, 96, 106, 112, 121, and 139, attached with the same numbering and "-B" to the Stein Declaration.
    B. Defendants' Exhibits (including Supplemental Exhibits) 7, 9, 20, 25, 41, 56, 64, and 73, attached with the same numbering and "-B" to the Stein Declaration.
    C. The full deposition transcripts of Michael Duffey and Jackie Chang, attached as Exhibits 1-B and 2-B, respectively, to the Stein Declaration.
    D. Special Master's Amended Order Regarding Production of Named Plaintiff Data and the Exhibits thereto, attached as Exhibit 3-B to the Stein Declaration.

5<br>AMENDED [PROPOSED] ORDER<br>CASE NO. 3:18-MD-02843-VC<br>Gibson, Dunn & Crutcher LLP

  E. Richardson Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions, attached as Exhibit 4-B to the Stein Declaration.

2. The unredacted versions of the following documents shall be sealed permanently:
   A. Plaintiffs' Exhibits (including Reply and Supplemental Exhibits) 33, 34, 51, 63, 65–68, 74, 90–93, 95, 96, 106, 112, 121, and 139, attached with the same numbering and "-A" to the Stein Declaration.
   B. Defendants' Exhibits (including Supplemental Exhibits) 7, 9, 20, 25, 41, 56, 64, and 73, attached with the same numbering and "-A" to the Stein Declaration.
   C. The full deposition transcripts of Michael Duffey and Jackie Chang, attached as Exhibits 1-A and 2-A, respectively, to the Stein Declaration.
   D. Special Master's Amended Order Regarding Production of Named Plaintiff Data and the Exhibits thereto, attached as Exhibit 3-A to the Stein Declaration.
   E. Richardson Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions, attached as Exhibit 4-A to the Stein Declaration.

**IT IS SO ORDERED.**

DATE: _____      _____

                  VINCE CHHABRIA
                  United States District Judge