# Exhibit 95-B

# Redacted Version of Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 5    CONSUMER USER PROFILE        Case No.
 6    LITIGATION                   18-md-02843-VC-JSC
      _____
 7    This document relates to:
 8    ALL ACTIONS
      _____
 9
10                  **CONFIDENTIAL**
11
12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13       CORPORATE REPRESENTATIVE - MICHAEL DUFFEY
14    (Reported Remotely via Video & Web Videoconference)
15       Palo Alto, California (Deponent's location)
16               Wednesday, June 2, 2022
17                      Volume I
18
19    STENOGRAPHICALLY REPORTED BY:
20    REBECCA L. ROMANO, RPR, CSR, CCR
21    California CSR No. 12546
22    Nevada CCR No. 827
      Oregon CSR No. 20-0466
23    Washington CCR No. 3491
24    JOB NO. 5234611
25    PAGES 1 - 194
```

Page 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE: FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE       Case No.
    LITIGATION                  18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12
13
14
15            DEPOSITION OF MICHAEL DUFFEY, taken on
16  behalf of the Plaintiffs, with the deponent located
17  in Palo Alto, California, commencing at
18  9:14 a.m., Wednesday, June 3, 2022, remotely
19  reported via Video & Web videoconference before
20  REBECCA L. ROMANO, a Certified Shorthand Reporter,
21  Certified Court Reporter, Registered Professional
22  Reporter.
23
24
25
```

Page 2

CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL
 2   (All parties appearing via Web videoconference)
 3
 4   For the Plaintiffs:
 5       BLEICHMAR FONTI & AULD LLP
 6       BY:  LESLEY E. WEAVER
 7       BY:  ANNE K. DAVIS
 8       BY:  JOSHUA SAMRA
 9       Attorneys at Law
10       555 12th Street
11       Suite 1600
12       Oakland, California 94607
13       (415) 445-4003
14       lweaver@bfalaw.com
15       adavis@bfalaw.com
16       jsamra@bfalaw.com
17
18
19
20
21
22
23
24
25   /////
```

```
 1                 APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4          KELLER ROHRBACK L.L.P.
 5          BY:  CARI CAMPEN LAUFENBERG
 6          BY:  DEREK W. LOESER
 7          Attorneys at Law
 8          1201 Third Avenue
 9          Suite 3200
10          Seattle, Washington 98101
11          (206) 623-1900
12          claufenberg@kellerrohrback.com
13          dloeser@kellerrohrback.com
14
15    For Facebook, Inc.:
16          GIBSON, DUNN & CRUTCHER LLP
17          BY:  RUSSELL H. FALCONER
18          Attorney at Law
19          2001 Ross Avenue
20          Suite 2100
21          Dallas, Texas 75201
22          (214) 698-3170
23          rfalconer@gibsondunn.com
24
25    /////
```

```
 1             APPEARANCES OF COUNSEL(cont'd)
 2     (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5         GIBSON, DUNN & CRUTCHER LLP
 6         BY:  YEKATERINA REYZIS
 7         Attorney at Law
 8         333 South Grand Avenue
 9         Los Angeles, California 90071-3197
10         (213) 229-7907
11         yreyzis@gibsondunn.com
12    and
13         BY:  DAYNA ZOLLE HAUSER
14         BY:  HANNAH REGAN-SMITH
15         Attorneys at Law
16         1801 California Street
17         Suite 4200
18         Denver, Colorado 80202-2642
19         (303) 298-5700
20         dzhauser@gibsondunn.com
21         hregan-smith@gibsondunn.com
22
23
24
25    /////
```

Page 5

```
 1            APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5         GIBSON, DUNN & CRUTCHER LLP
 6         BY:   ROSEMARIE T. RING
 7         Attorney at Law
 8         555 Mission Street
 9         Suite 3000
10         San Francisco, California 94105-0921
11         (415) 393-8247
12         rring@gibsondunn.com
13
14         JAMS
15         BY:   DANIEL B. GARRIE
16         Special Master
17         555 W. 5th Street
18         32nd Floor
19         Los Angeles, California 90013
20         (213) 253-9706
21         dgarrie@jamsadr.com
22
23
24
25    /////
```

Page 6

CONFIDENTIAL

```
 1                APPEARANCES(cont'd)
 2   (All parties appearing via Web videoconference)
 3
 4   ALSO PRESENT:
 5        Ian Chen, Associate General Counsel,
 6   Meta Platforms
 7        John Macdonell, Videographer
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   /////
```

Page 7

| | | |
|---|---|---|
| 1 | MR. FALCONER: Objection. Form. | 10:02:37 |
| 2 | THE DEPONENT: Switchboard and DYI are | |
| 3 | very similar in the information that is captured in | |
| 4 | a snapshot. Switchboard has some additional | |
| 5 | information that DYI doesn't pertaining to Facebook | 10:03:03 |
| 6 | groups and advertising accounts. | |
| 7 | Q. (By Ms. Weaver) And specifically, does | |
| 8 | Switchboard contain relating to Facebook groups and | |
| 9 | advertising accounts that DYI does not? | |
| 10 | A. My understanding is that DYI doesn't have | 10:03:49 |
| 11 | information related to whether a user is an | |
| 12 | administrator of a particular Facebook group. I | |
| 13 | don't believe DYI has information related to a | |
| 14 | user's advertising accounts. | |
| 15 | Q. And when you say "a user's advertising | 10:04:13 |
| 16 | accounts," what do you mean? | |
| 17 | A. If a user is selling ads on Facebook. | |
| 18 | Q. So for the record, Switchboard has | |
| 19 | information regarding users' advertisers' accounts | |
| 20 | that are used to sell ads on Facebook; is that | 10:04:46 |
| 21 | correct? | |
| 22 | A. I'm not -- I'm not sure of the exact | |
| 23 | information relating to advertising accounts in | |
| 24 | Switchboard. That would be a question for the law | |
| 25 | enforcement response team. | 10:05:06 |

| | | |
|---|---|---|
| 1 | Q. What is the law enforcement response | 10:05:07 |
| 2 | team? | |
| 3 | A. That -- that team is -- is -- receives | |
| 4 | subpoenas and requests from law enforcement | |
| 5 | regarding individual users at Facebook. | 10:05:31 |
| 6 | Q. And why does the law enforcement response | |
| 7 | team use Switchboard as opposed to DYI tool? | |
| 8 | MR. FALCONER: Objection. Beyond the | |
| 9 | scope of the notice. | |
| 10 | And, Mr. Duffey, again, I'll just caution | 10:05:49 |
| 11 | you: Don't reveal any privileged communications | |
| 12 | you may have had in the course of your work at the | |
| 13 | company in answering that question. | |
| 14 | THE DEPONENT: I don't know -- I don't | |
| 15 | know the -- the -- all of the reasons why the law | 10:06:17 |
| 16 | enforcement response team uses Switchboard. I know | |
| 17 | that Switchboard was a tool used by that team | |
| 18 | before DYI. The ability to download your | |
| 19 | information was available to users. | |
| 20 | I -- I -- I think that it -- the law | 10:06:39 |
| 21 | enforcement response team can produce records to | |
| 22 | law enforcement in response to subpoena in a more | |
| 23 | usable way than DYI has available to it as a | |
| 24 | download. | |
| 25 | Q. (By Ms. Weaver) And when you say "in a | 10:07:07 |

Page 41

```
1    more usable way," what do you mean?                        10:07:08
2         A.   In a, you know -- like a PDF record.
3         Q.   And does the Switchboard tool also have
4    the ability to retrieve information not contained
5    in DYI that would include, for example, ███████  ███████   
6    ████████████████████████████████████ is not
7    captured by the DYI tool, setting aside the two
8    examples that you earlier identified?
9         A.   I don't believe so, no.  If a user
10   deletes -- Switchboard, similar to DYI, is a               10:08:01
11   ████████████████████████████████  ████
12   ████████████████████████████████████
13   take the Switchboard snapshot ████████████
14   ████████████████████████████████ Switchboard,
15   ███                                                        10:08:29
16        Q.   Does the law enforcement response team
17   use any tools other than Switchboard to collect and
18   provide information about users in response to
19   subpoenas?
20             MR. FALCONER:  Objection.  Beyond the            10:08:42
21   scope of the notice.
22             THE DEPONENT:  I don't know.
23        Q.   (By Ms. Weaver)  Who would know?
24             MR. FALCONER:  Same objection.
25             THE DEPONENT:  Somebody -- somebody on           10:09:03
```

| | | |
|---|---|---|
| 1 | Q.   Can you identify which data in Hive was | 11:09:42 |
| 2 | placed on legal hold for this case? | |
| 3 | A.   No, I can't. | |
| 4 | Q.   Can anyone? | |
| 5 | A.   Can you -- can we go back two questions | 11:10:09 |
| 6 | ago?  Just so I -- I understand the question. | |
| 7 | Q.   Yeah.  No problem. | |
| 8 | Let me try it this way.  Was any data in | |
| 9 | Hive placed on legal hold for this case? | |
| 10 | A.   Yes. | 11:10:33 |
| 11 | Q.   What data in Hive was placed on legal | |
| 12 | hold for this case? | |
| 13 | A.   I understand that there are 137 Hive | |
| 14 | tables placed on legal hold for the | |
| 15 | Cambridge Analytica matter.  We don't maintain a | 11:10:51 |
| 16 | description or -- a description of the fields or | |
| 17 | Hive tables that have been placed be on hold. | |
| 18 | If -- if I were to -- you know, needed to | |
| 19 | understand what data from those 137 tables, that | |
| 20 | would be a -- a question for the E-discovery data | 11:11:34 |
| 21 | science team. | |
| 22 | Q.   It is possible for Facebook to identify | |
| 23 | those 137 Hive tables, correct? | |
| 24 | A.   Yes.  Our data science team could | |
| 25 | identify those tables. | 11:11:53 |