# Exhibit 106-B

# Redacted Version of Document Sought to be Sealed

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  FACEBOOK, INC.         MDL No. 2843

CONSUMER PRIVACY USER          Case No. 18-md-02843-VC-JSC

PROFILE LITIGATION

-----------------------/

CONFIDENTIAL

REMOTE DEPOSITION OF JACKIE CHANG

Thursday, December 16, 2021

Job No. 4976949

Reported Remotely and Stenographically by:

JANIS JENNINGS, CSR No. 3942, CLR, CCRR

Pages 1 - 312

Page 2

1

2

3

4

5

6

7

8              REMOTE DEPOSITION OF JACKIE CHANG, located

9    in Hillsborough, California, taken on behalf of the

10   Plaintiffs, beginning at 9:43 a.m., on Thursday,

11   December 16, 2021, sworn remotely by Janis Jennings,

12   Certified Shorthand Reporter No. 3942, CLR, CCRR,

13   located in the City of Walnut Creek, County of

14   Contra Costa, State of California.

15

16

17

18

19

20

21

22

23

24

25

```
 1    REMOTE APPEARANCES:

 2

 3       For Plaintiffs:

 4            KELLER ROHRBACK L.L.P.

 5            BY:  DEREK W. LOESER, ESQ.

 6                 DAVID KO, ESQ.

 7                 ADELE A. DANIEL, ESQ.

 8            1201 Third Avenue, Suite 3200

 9            Seattle, Washington  98101

10            206.623.1900

11            dloeser@kellerrohrback.com

12            dko@kellerrohrback.com

13            adaniel@kellerrohrback.com

14

15       BLEICHMAR FONTI & AULD LLP

16            BY:  LESLEY E. WEAVER, ESQ.

17                 ANNE K. DAVIS, ESQ.

18                 MATTHEW S. MELAMED, ESQ.

19            555 12th Street, Suite 1600

20            Oakland, California  94607

21            415.445.4003

22            lweaver@bfalaw.com

23            adavis@bfalaw.com

24            mmelamed@bfalaw.com

25
```

Page 4

```
 1    APPEARANCES:

 2

 3        FOR DEFENDANT FACEBOOK, INC.:

 4            GIBSON, DUNN & CRUTCHER LLP

 5            BY:  RUSSELL H. FALCONER, ESQ.

 6                 LAURA C. MUMM, ESQ.

 7                 MATT BUONGIORNO, ESQ.

 8            2001 Ross Avenue, Suite 2100

 9            Dallas, Texas 75201

10            214.698.3100

11            rfalconer@gibsondunn.com

12            lmumm@gibsondunn.com

13            mbuongiorno@gibsondunn.com

14

15        Also Remotely Present:

16            DANIEL GARRIE, SPECIAL MASTER

17            JAMS

18            555 W. 5th Street, 32nd Floor

19            Los Angeles, California 90013

20

21            IAN CHEN, ESQ., Facebook, Inc.

22            SHAWNA HAYNES, Videographer

23

24

25
```

Page 69

1   again?                                                11:23

2       Q.   Do you know when Facebook first started      11:23

3   using APIs with its partners?                         11:23

4       A.   I'm not sure I understand that question.     11:23

5   Technically, I don't know.                            11:23

6       Q.   Do you know who came up with the various     11:23

7   APIs that Facebook has?                               11:23

8       A.   No.                                          11:23

9       Q.   Are you familiar with the concept of Friend  11:23

10  Sharing on the Facebook platform?                     11:23

11      A.   I think I've heard of it, but I don't know    11:23

12  what it is.                                           11:23

13      Q.   Are you aware that on the Facebook platform   11:23

14  for a period of time, when a friend downloaded an     11:24

15  app, that app could obtain access to that person's    11:24

16  friends via Friend Sharing APIs?                      11:24

17           MR. FALCONER:  Objection.  Form.             11:24

18           Go ahead.                                    11:24

19           THE WITNESS:  I don't remember.              11:24

20  BY MR. LOESER:                                        11:24

21      Q.   You don't remember anything about that?      11:24

22      A.   No.                                          11:24

23      Q.   That's not something you were involved at    11:24

24  all in?                                               11:24

25      A.   I don't remember.                            11:24

```
 1           control they want/need we are        11:56
 2           working towards a shared goal" --     11:56
 3           DEPOSITION REPORTER:  "However, in the  11:56
 4    process of providing users with the control..."  Go  11:56
 5    ahead, please.
 6    BY MR. LOESER.
 7       Q.   "...they want/need, we are working    11:56
 8           towards a shared goal of greater       11:56
 9           engagement and long-term health of     11:56
10           the ecosystem that will mutually       11:56
11           benefit both users and our             11:56
12           developers."                           11:56
13           Do you see that?                       11:56
14       A.   Yes.                                   11:56
15       Q.   Now, Miss Chang, do you recall being   11:56
16    involved in the -- making the changes that are  11:56
17    referred to here?                              11:56
18       A.   I don't.                               11:56
19       Q.   Why don't we go down this document to  11:56
20    page 2, under the heading "Breaking Changes."  11:56
21           Do you remember your involvement and the  11:56
22    conversation about breaking changes?          11:56
23       A.   I remember breaking changes as a concept,  11:56
24    but I don't remember specific conversations.   11:57
25       Q.   Okay.  What was "breaking changes" as a  11:57
```

Page 94

| | | | |
|---|---|---|---|
| 1 | Q. | "Apps can still power great, | 11:58 |
| 2 | | meaningful social experiences for | 11:58 |
| 3 | | their users and prompt a user to | 11:58 |
| 4 | | invite their friends to participate | 11:58 |
| 5 | | in the experience.  Once a friend | 11:58 |
| 6 | | has installed the app, they can | 11:58 |
| 7 | | determine how much information they | 11:58 |
| 8 | | are willing to share at their | 11:58 |
| 9 | | discretion." | 11:58 |
| 10 | | Do you see that? | 11:58 |
| 11 | A. | Yes. | 11:58 |
| 12 | Q. | Do you recall conversations around | 11:58 |
| 13 | deprecating friends permissions? | | 11:58 |
| 14 | A. | I don't. | 11:58 |
| 15 | Q. | You have no memory of that? | 11:58 |
| 16 | A. | Not specifically. | 11:58 |
| 17 | Q. | Do you know what "deprecate" means? | 11:58 |
| 18 | A. | Yes.  To -- to remove or wind down or end. | 11:58 |
| 19 | Q. | And so what Platform 3.0 was intended to | 11:58 |
| 20 | introduce was the concept of empowering users to | | 11:59 |
| 21 | share their data with an app when they have | | 11:59 |
| 22 | expressed intent; is that right? | | 11:59 |
| 23 | A. | Whatever was stated there. | 11:59 |
| 24 | Q. | And so if a user hadn't expressed that | 11:59 |
| 25 | intent, their information shouldn't be shared, and | | 11:59 |

Page 101

```
 1      A.   So I --                                      12:08

 2           MR. FALCONER:  Objection to form.            12:08

 3           THE WITNESS:  So I don't remember enough to  12:08

 4   make that connection.                                12:08

 5   BY MR. LOESER:                                       12:08

 6      Q.   So looking at your email, it looks like you  12:08

 7   came up with a format for dealing with T0 partners   12:08

 8   with non-standard agreements and specific            12:09

 9   categories; is that right?                           12:09

10           DEPOSITION REPORTER:  Excuse me.  There was  12:09

11   an interruption in the audio.  Can you repeat your   12:09

12   question, please, Counsel.                           12:09

13   BY MR. LOESER:                                       12:09

14      Q.   Yeah.  Looking at your email, it appears     12:09

15   that you're sorting out which partners would lose    12:09

16   access to friends and would reach with permissions   12:09

17   and which ones would not; right?                     12:09

18      A.   So, then, I don't remember enough to make    12:09

19   that assertion.                                       12:09

20      Q.   Okay.  Well, let's just look through your    12:09

21   tabs.  The first tab you have -- these are your      12:09

22   words; right?  You wrote this email?                 12:09

23      A.   It looks like it, yes.                       12:09

24      Q.   The T0 tab -- and, again, "T0" means         12:09

25   something --
```

Page 104

1  negative press."                                    12:12

2     Q.   And what you mean there is when you take    12:12

3  away these friends and read permissions, there could  12:12

4  be negative press?                                  12:12

5     A.   Again, I --                                 12:12

6          MR. FALCONER:  Objection.  Form.            12:12

7          THE WITNESS:  -- I don't recall at the time  12:12

8  to specify exactly what it is connected to.          12:12

9  BY MR. LOESER:                                       12:12

10    Q.   Just a blank slate for you?                 12:12

11         MR. FALCONER:  Objection.  Form.            12:12

12         THE WITNESS:  Sorry.  Is that a question    12:12

13 or...                                                12:12

14 BY MR. LOESER:                                       12:12

15    Q.   Yeah.  Yeah.  Even looking at the email that 12:12

16 you wrote about this, you just can't remember         12:12

17 anything about it?                                    12:12

18    A.   Yes.  So, again, I was transitioning to a    12:12

19 new role, so this was not the top of my mind, and I   12:12

20 don't remember this.                                  12:12

21    Q.   Is it fair to say that it was at the top of  12:12

22 your mind when you wrote this?                        12:12

23    A.   I don't remember at that time.              12:12

24    Q.   Well, let's look at the next bullet:        12:12

25         "Strategic value:  Key integrations         12:13

```
 1              that use read stream or friend data      12:13
 2              and drive value to Facebook.  Should     12:13
 3              decide if we allow certain use cases      12:13
 4              that are of strategic value to            12:13
 5              Facebook."                                12:13
 6              What does it mean if something is of      12:13
 7    "strategic value to Facebook"?                      12:13
 8       A.    So I can't infer what it meant at that time, 12:13
 9    but strategic value generally means something that  12:13
10    is of business value.                               12:13
11       Q.    Okay.  And so you're making a recommendation 12:13
12    here for how to deal with integrations that involve 12:13
13    strategic value; is that right?                     12:13
14       A.    I don't remember specifically, so I don't  12:13
15    know how to answer that.                            12:13
16       Q.    Okay.  It looks like in the email, you knew 12:13
17    enough about what read stream was or friend data to 12:13
18    use those words in this email and talk about what   12:13
19    should happen with that?                            12:14
20       A.    So, again, I don't remember enough at the  12:14
21    time to say that was the state of my mind.  I don't  12:14
22    know.                                               12:14
23       Q.    And what do you mean when you say, "Should  12:14
24    decide if we allow certain use cases that are of    12:14
25    strategic value to Facebook"?                       12:14
```

Page 118

1    that you came up with for dealing with, among          12:27

2    others, strategic partners and that was in the         12:27

3    context of Platform 3 implementation; right?           12:27

4             MR. FALCONER:  Objection.  Argumentative.      12:27

5             THE WITNESS:  So, again, I don't know.         12:27

6    BY MR. LOESER:                                          12:27

7        Q.   Now, Miss Chang, you were directly involved   12:28

8    in making the determination -- coming up with a        12:28

9    framework for the determination of what partners       12:28

10   would continue to have access to friends               12:28

11   permissions; right?                                    12:28

12       A.   So, again, I don't remember enough to say     12:28

13   that it was a determination.  I just prepared a        12:28

14   spreadsheet that was requested by Ime and Chris, as    12:28

15   it said in the email.                                  12:28

16       Q.   Tell me everything you can remember about     12:28

17   your involvement in figuring out which partners        12:28

18   should continue to have access to friends              12:28

19   permissions.                                           12:28

20       A.   So, again, I don't remember.  I moved on to   12:28

21   Internet.org.  I don't know what happened after that   12:28

22   spreadsheet.                                            12:28

23       Q.   I didn't ask you if you remember what         12:28

24   happened after that.  I am just asking you to          12:28

25   describe for me, what is the sum total of what you     12:28

```
 1   remember about your role in figuring out which      12:28
 2   partners would continue to have access to friends   12:28
 3   permissions.                                          12:29
 4        A.   I don't remember.                          12:29
 5        Q.   Did you receive annual performance reviews? 12:29
 6        A.   In what year?                               12:29
 7        Q.   In any year.                                12:29
 8        A.   I received a performance review.            12:29
 9        Q.   And in connection with your performance     12:29
10   review, were you required to describe what you did   12:29
11   during the year that was being reviewed?            12:29
12        A.   I believe so, yes.                          12:29
13        Q.   And in those performance reviews, were you 12:29
14   careful to make sure that you described all of the  12:29
15   important, or at least the most important things,   12:29
16   you worked on?                                       12:29
17        A.   At that time, yes.                          12:29
18        Q.   And so if this transition to Platform 3 and 12:29
19   your role in determining which partners would      12:29
20   continue to have access to friends permissions was  12:29
21   an important part of that year, that would be likely 12:29
22   discussed in the performance review?                12:30
23        A.   I don't know.  I can't speculate that.     12:30
24        Q.   Okay.  Would that be generally an accurate  12:30
25   statement, though, that the tasks that you performed 12:30
```

Page 161

```
 1        Q.   And under the heading, "Capabilities        14:25
 2   Cleanup," can -- the first bullet says, "Audit        14:25
 3   existing private API whitelists," then "who has what  14:25
 4   and why?" "GOAL:  Cleaner, more equitable, more       14:25
 5   supportable Platform."                                14:26
 6            Do you see that?                             14:26
 7        A.   Yes.                                         14:26
 8        Q.   And, Miss Chang, do you recall being        14:26
 9   involved in the audit of existing private API         14:26
10   whitelists?                                           14:26
11        A.   No, I don't recall.                         14:26
12        Q.   And do you recall the effort to figure out  14:26
13   what partners or apps were whitelisted and why?       14:26
14        A.   I don't remember.                           14:26
15        Q.   Do you remember anything at all about any   14:26
16   involvement you had in the subject matter of          14:26
17   whitelists?                                           14:26
18        A.   Sorry.  Can you state that question again?  14:26
19        Q.   Do you remember being involved in any way in 14:26
20   figuring out what partners were whitelisted and why?  14:26
21        A.   Not -- I don't remember.                    14:26
22        Q.   This slide over on the right side refers to 14:27
23   "Gracefully manage this huge transition. "            14:27
24            Was the rollout to Platform 3.0 a huge       14:27
25   transition?                                           14:27
```

Page 163

```
 1      A.   Yes, I see that there.                    14:28
 2      Q.   And do you see that those are -- those two 14:28
 3  deprecations are the deprecations of permissions    14:29
 4  that are most widely used by apps on this table.  Is 14:29
 5  that your understanding?                            14:29
 6      A.   So -- yeah, so I don't know the context of 14:29
 7  that, so I don't -- I don't know if it really is or 14:29
 8  isn't.                                              14:29
 9      Q.   Okay.  But you see that for ████████████   ████ 14:29
██  ████████████  it says, "Number of apps requesting   14:29
11  these permissions per day," and it says, ██████?    14:29
12      A.   Yes, I see that.                           14:29
13      Q.   And do you see under ████████████████"     14:29
14  it says, "Number of apps requesting these           14:29
15  permissions today," it says ██████?                 14:29
16      A.   Yes, I see that.                           14:29
17      Q.   Okay.  Go to the next slide.               14:29
18           Now, Miss Chang, you were involved in      14:29
19  preparing for the deprecations of these permissions, 14:29
20  were you not?                                       14:29
21      A.   Again, I -- I don't remember.              14:30
22      Q.   Okay.  If you look at the first bullet, it 14:30
23  says:                                               14:30
24           "Pre-enforce use existing policies to      14:30
25           revoke app access (note:  No appetite      14:30
```

Page 164

```
 1              to do this at present)."              14:30
 2         Do you recall there being no appetite to use 14:30
 3   existing policies to revoke app access?          14:30
 4    A.    Again, I don't remember this.              14:30
 5    Q.    Okay.  And you look at the next one:       14:30
 6          "Standard Apps are notified on P-day       14:30
 7          and have n-days to comply (vast           14:30
 8          majority of apps)."                        14:30
 9          Do you recall what that refers to?         14:30
10    A.    No.                                        14:30
11    Q.    This next bullet item is:                  14:30
12          "Extension Apps given n+x days to          14:30
13          comply due to long upgrade cycles -        14:30
14          e.g., devices (SmartTV, in-car,            14:30
15          mobile OS's)."                             14:30
16          Do you have an understanding of what       14:30
17   "extensions" are?                                 14:30
18    A.    I know what an extension is, but I don't -- 14:30
19   I don't recognize in this context.                14:30
20    Q.    Yeah.  You don't recall in any way your    14:30
21   involvement in sorting out whether any partners were 14:30
22   given extensions of the friends permission        14:31
23   deprecation?                                      14:31
24    A.    I don't remember.                          14:31
25    Q.    Okay.  And:                                14:31
```

Page 165

```
 1              "Exception Apps to be whitelisted       14:31
 2              indefinitely due to their strategic     14:31
 3              value to Facebook."                      14:31
 4         That must be something that you remember;     14:31
 5   right?                                              14:31
 6      A.   I don't remember it.                        14:31
 7      Q.   Okay.  You don't recall the role you played 14:31
 8   in determining which whitelisted apps -- which apps 14:31
 9   should be whitelisted indefinitely due to their     14:31
10   strategic value to Facebook?                        14:31
11      A.   Correct.  I don't remember.                 14:31
12      Q.   As you sit here today, can you recall the   14:31
13   difference between providing an app with an         14:31
14   extension versus an exception?                      14:31
15      A.   No, I can't.                                14:31
16      Q.   Do you think you ever knew what the         14:31
17   difference was?                                     14:31
18      A.   I don't know.                               14:31
19           MR. LOESER:  We can go to the next exhibit. 14:31
20           (Exhibit 13 marked for identification.)     14:32
21   BY MR. LOESER:                                      14:32
22      Q.   This will be Exhibit 13, which is an        14:32
23   email from Simon Cross to you and others, dated     14:32
24   December 10th, 2013, the subject "Re:  Simon's      14:32
25   updates - 6th of December."                         14:32
```

```
                                                        Page 168
 1              MR. FALCONER:  Objection.                14:35
 2              THE WITNESS:  I don't remember.          14:35
 3   BY MR. LOESER:                                      14:35
 4      Q.   Okay.  Well, let's look at what it says you 14:35
 5   were doing --                                       14:36
 6              SPECIAL MASTER GARRIE:  Sorry.  When we get 14:36
 7   to a breaking point -- any idea when that may be?   14:36
 8              MR. FALCONER:  I was thinking after the  14:36
 9   next -- after we are done with this document.       14:36
10              MR. LOESER:  That's fine.                14:36
11              SPECIAL MASTER GARRIE:  And then I would 14:36
12   like all the lawyers to be moved into another room. 14:36
13   Thank you.                                          14:36
14   BY MR. LOESER:                                      14:36
15      Q.   Miss Chang, if you look at the Platform     14:36
16   Simplification task, you will see the last bullet.  14:36
17   Can you read that last bullet, please?              14:36
18      A.   "Jackie leading on putting together         14:36
19           a new whitelist process with Legal          14:36
20           and Product."                               14:36
21      Q.   And is that accurate?                        14:36
22      A.   Again, I don't remember.                    14:36
23      Q.   So as you sit here today, you have zero     14:36
24   recollection of your being tasked with leading on   14:36
25   putting together a new whitelist process with Legal 14:36
```

```
                                                       Page 169
 1   and Product?                                      14:36
 2        A.   I don't remember this specifically.     14:36
 3        Q.   Do you remember anything at all about it?  14:36
 4        A.   No, I don't.                            14:36
 5        Q.   Okay.  Let's move up the string to page 2 of  14:37
 6   the string under the same heading, "Platform      14:37
 7   Simplification."                                  14:37
 8             You will see that this update, if you go  14:37
 9   farther up the string, is November 25th, 2013.  It  14:37
10   was sent by Simon Cross.  The first recipient in the  14:37
11   "to" list is you.                                 14:37
12             Do you see that?                        14:37
13        A.   Sorry.  What date?                      14:37
14        Q.   November 25th, 2013.                    14:37
15        A.   Okay.                                   14:37
16        Q.   First recipient, first person Simon put on  14:37
17   that "to" line was Jackie Chang; right?           14:37
18        A.   Well, I don't know if I'm -- I'm the first  14:37
19   person that shows up there.                       14:37
20        Q.   All right.  And let's go down to "Platform  14:37
21   Simplification."  So why don't you read the second  14:37
22   bullet.                                           14:37
23        A.   "New Whitelisting process -- Jackie     14:37
24             working closely with Marie and Legal    14:37
25             to design a fast but safe process       14:37
```

Page 170

```
 1              for whitelisting apps.  Spec for        14:38
 2              updates to tools in progress and        14:38
 3              moving towards build-stage.  Audit      14:38
 4              of existing Capabilities for legal      14:38
 5              risk is underway."                      14:38
 6       Q.   So do you remember working closely with   14:38
 7   Marie in legal?                                    14:38
 8       A.   I don't.                                  14:38
 9       Q.   And who is Marie?                          14:38
10       A.   I don't know which Marie it may be referring 14:38
11   to.                                                14:38
12       Q.   Okay.  And so, Miss Chang, you're telling  14:38
13   the jury that even though this bullet indicates that 14:38
14   you were "working closely with Marie in Legal to    14:38
15   design a fast but safe process for whitelisting     14:38
16   apps," you have utterly no recollection of anything  14:38
17   relating to that task?                              14:38
18       A.   Correct.                                  14:38
19            MR. LOESER:  This is a fine time to take a 14:38
20   break, as Special Master Garrie has requested.      14:38
21            THE VIDEOGRAPHER:  Okay.  This marks the end 14:39
22   of media No. 3 in the deposition of Jackie Chang.   14:39
23   Going off the record.  The time is 2:39.            14:39
24            (Off the record.)                          14:39
25            THE VIDEOGRAPHER:  This marks the beginning 15:04
```

Page 182

```
 1     A.   Yes.                                     15:20

 2     Q.   Okay.  If you could please read the third 15:20

 3  bullet.                                           15:20

 4     A.   "Removing access to non-app friends.     15:20

 5          ███████████████ being deprecated -       15:20

 6          apps will only get data about people     15:20

 7          who've explicitly logged-in with         15:20

 8          Facebook, not that user's incognizant    15:20

 9          friends.  We're building new APIs to     15:20

10          handle tagging non-app friends and       15:20

11          inviting your friends to use/play the    15:20

12          app with you."                           15:20

13     Q.   Okay.  And do you recall the -- that as part 15:20

14  of this PS12 update, there was going to be the    15:20

15  removal of access to non-app friends permissions? 15:20

16     A.   So I don't remember.                     15:21

17     Q.   Okay.  And if you look at -- can you read 15:21

18  the next bullet.                                  15:21

19     A.   ████████████████████████████        ████

    ███      ████  being publicly deprecated.        15:21

21          Partner/contract only."                  15:21

22     Q.   Okay.  Do you know what that means and do 15:21

23  you recall that happening?                        15:21

24     A.   I know what I think partner and contract 15:21

25  only means that you have to have a contract, but I 15:21
```

Page 216

```
 1      A.    Yes.  I remember the slide.                16:24

 2      Q.    Right.  And you helped develop those       16:24

 3   categories; right?                                  16:24

 4      A.    I don't remember specifically.             16:24

 5      Q.    But your email appears to indicate that you 16:24

 6   helped to develop those categories; right?          16:24

 7      A.    So, again, whatever the email says, but I  16:24

 8   don't remember that specific moment in time.        16:25

 9      Q.    And Miss Chang, do you know how many total 16:25

10   apps and partners were given continued access to    16:25

11   friends permissions?                                16:25

12      A.    No, I don't.                               16:25

13      Q.    How about read permissions?               16:25

14      A.    I don't.                                   16:25

15      Q.    Do you know if there were records kept of  16:25

16   all the apps and partners that were given continued 16:25

17   access to friends and read permissions?            16:25

18      A.    I don't know.                              16:25

19      Q.    Who would know that?                       16:25

20      A.    I don't -- I don't know.                   16:25

21      Q.    Okay.  You have no idea?                   16:25

22      A.    Not for an individual person, no.          16:25

23      Q.    And so in your work now with academic      16:25

24   partnerships, if you wanted to figure out if an     16:25

25   academic partner had continued access to friends    16:25
```

Page 219

 1    know if it could be classified as whitelist.          16:28

 2        Q.   The term "whitelist" is not one you have     16:28

 3    used so frequently that you remember to this day      16:28

 4    what it means?                                        16:28

 5        A.   No.                                          16:28

 6        Q.   Do you have any idea of the process that's   16:28

 7    used to determine if an app developer or partner is   16:28

 8    whitelisted so that they have continued access to     16:28

 9    friends permissions?                                  16:28

10        A.   Yeah.  I don't recall it.                    16:28

11        Q.   Do you know if Facebook keeps records of     16:28

12    whitelisted developers/partners?                      16:28

13        A.   I don't know.                                16:28

14        Q.   You have no recollection at all as to        16:28

15    whether that information is collected and maintained  16:29

16    in one place so that someone could easily find out    16:29

17    who are all of the whitelisted partners or            16:29

18    developers?                                           16:29

19        A.   So again --                                  16:29

20             MR. FALCONER:  Asked and answered.           16:29

21             THE WITNESS:  -- that's outside my scope, so 16:29

22    I don't know.                                         16:29

23    BY MR. LOESER:                                        16:29

24        Q.   Now, if we go back to slide -- I'm sorry,    16:29

25    deck -- Exhibit 12 for a minute.  And if you look at  16:29

Page 223

```
 1        THE WITNESS:  So, again, I don't -- I don't    16:34
 2   remember, so I can't assume.                        16:34
 3   BY MR. LOESER:                                       16:34
 4        Q.   Did you have any interaction with a partner 16:35
 5   in a discussion of the information -- the           16:35
 6   permissions the partner was interested in, where    16:35
 7   they said to you, Hey, we want to arrange so that we 16:35
 8   have permission to access ██████████                16:35
 9        A.   I don't remember specifically like        16:35
10   individual permissions.                             16:35
11        Q.   Okay.  Do you remember any conversations at 16:35
12   all about friends permissions with any partner?     16:35
13        A.   I don't remember specifically anything about 16:35
14   friends permission.                                 16:35
15        Q.   Do you remember anything generally about  16:35
16   friends permissions?  And particularly, I'm asking  16:35
17   if any partner that you have worked with raised that 16:35
18   as a permission that they were interested in gaining 16:35
19   access to.                                          16:35
20        A.   I don't -- I don't -- I don't recall.     16:35
21        MR. LOESER:  Okay.  We can go to Exhibit 21.   16:36
22        (Exhibit 20 marked for identification.)        16:36
23        MR. LOESER:  Oh, is it 20?  Yeah.              16:36
24        While that's being loaded, for the record,     16:36
25   this is an email from Simon Cross to, among others,  16:36
```

Page 224

```
 1   yourself, dated October 24th, 2013, "Subject:        16:37
 2   Capabilities tool improvement request - feedback by   16:37
 3   end of day Sunday, please."  With attachment,         16:37
 4   "Capability audit 24 October 2013," attaching an      16:37
 5   Excel spreadsheet.                                    16:37
 6   BY MR. LOESER:                                        16:37
 7       Q.   Do you see that document, Miss Chang?        16:37
 8       A.   I see the email, yes.                        16:37
 9       Q.   So this email starts with Mr. Cross saying:  16:37
10            "Hi guys, Over the last few weeks,           16:37
11            you'll have noticed Engineering have         16:37
12            moved many app-based GKs over to the new     16:37
13            Capabilities tool.  Going forward, this      16:37
14            tool is going to be a much larger part       16:37
15            of our lives -- it's where the vast          16:37
16            majority of whitelists will be managed.      16:37
17            Platform Simplification is about to          16:37
18            introduce even more whitelists -- such       16:38
19            as allowing apps to be exempt from the       16:38
20            transition to hashed UIDs, or to be          16:38
21            able to continue using ███████████      ████
     ██       ████████████████████."                       16:38
23            Did I read that accurately?                  16:38
24       A.   Yes, you -- yes.                             16:38
25       Q.   Do you recall receiving this email and the   16:38
```

Page 225

```
 1    attachment that it provides?                        16:38
 2        A.   I don't recall it specifically.            16:38
 3        Q.   Do you recall it at all?                    16:38
 4        A.   No, I don't.                               16:38
 5        Q.   And can you tell me what ████████          16:38
 6    are?                                                 16:38
 7        A.   I don't know.                               16:38
 8        Q.   You have no recollection whatsoever?       16:38
 9        A.   No.  Again, I'm not -- I'm not the technical 16:38
10    person, so I just don't -- I don't know technically  16:38
11    what it would mean.                                  16:38
12        Q.   Okay.  Do you know what the Capabilities   16:38
13    tool was?                                            16:38
14        A.   Not specifically.  I've heard of it, but I 16:38
15    don't know it in detail.                             16:39
16        Q.   Well, what have you heard about it?        16:39
17        A.   It looks like some sort of permissioning   16:39
18    tool.                                                16:39
19        Q.   And what does that mean?                    16:39
20        A.   It grants permissions.                     16:39
21        Q.   Who does it grant permissions to?          16:39
22        A.   So, again, I don't -- I don't know the     16:39
23    technical specifics, so I don't feel comfortable     16:39
24    talking about it in depth because I might            16:39
25    mischaracterize it.                                  16:39
```

Page 226

| | | |
|---|---|---|
| 1 | Q.   Okay.  You've said all that you feel | 16:39 |
| 2 | comfortable saying about it? | 16:39 |
| 3 | A.   Well, like all that I know about it. | 16:39 |
| 4 | Q.   And before I asked you if there was a place | 16:39 |
| 5 | where whitelists were managed, and this seems to | 16:39 |
| 6 | indicate that the Capabilities tool is where the | 16:39 |
| 7 | vast majority of whitelists will be managed. | 16:39 |
| 8 | Does that refresh your recollection about | 16:39 |
| 9 | where whitelists are managed? | 16:39 |
| 10 | A.   No. | 16:39 |
| 11 | Q.   Okay.  And this uses the term "platform | 16:40 |
| 12 | simplification," which previously we saw you were | 16:40 |
| 13 | tasked with various things having to do with | 16:40 |
| 14 | platform simplification. | 16:40 |
| 15 | Can you provide any more information on your | 16:40 |
| 16 | understanding of platform simplification? | 16:40 |
| 17 | MR. FALCONER:  Objection.  Form. | 16:40 |
| 18 | THE WITNESS:  No.  Again, this wasn't the | 16:40 |
| 19 | top of like my -- my focus, so I don't really have a | 16:40 |
| 20 | lot of recollection around this. | 16:40 |
| 21 | BY MR. LOESER: | 16:40 |
| 22 | Q.   Do you recall that based on the information | 16:40 |
| 23 | that was sent to you here and the description of | 16:40 |
| 24 | this email, there were thousands of different app | 16:40 |
| 25 | developers and partners that had been whitelisted by | 16:40 |

Page 240

1    yes, it seems like I'm posing the question.          17:01

2        Q.   So, certainly, as of the date of this email, 17:01

3    March 24, 2014, you knew that there would be some     17:02

4    partners that would require access to deprecated      17:02

5    APIs for more than 12 months after the new platform   17:02

6    was introduced; right?                                17:02

7        A.   So I don't know, at that moment in time.     17:02

8        Q.   So looking at what you wrote, you're telling 17:02

9    me you can't determine, based on what you wrote,      17:02

10   that there were some partners that would require      17:02

11   access to APIs beyond the 12 months outlined for      17:02

12   PS12N?                                                17:02

13       A.   I know what I wrote, but I don't remember it 17:02

14   in specificity where I would know the full context   17:02

15   of what you're implying.                              17:02

16       Q.   Okay.  Do you have any reason to believe     17:02

17   that the information that you wrote in this email is   17:02

18   inaccurate?                                           17:02

19       A.   I don't know.                                17:02

20       Q.   You don't have any reason to believe that,   17:02

21   do you?                                               17:02

22       A.   I mean, there's always a possibility of      17:02

23   inaccuracy, but I don't know.  It's not my intent to  17:02

24   be inaccurate.                                        17:03

25       Q.   Did you have any involvement at any point in 17:03

.

| | |
|---|---|
| **From:** | Konstantinos Papamiltiadis </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN= 942ACCD3D3C54FBEA8B7253E97A8A6D7> |
| **Sent:** | Wednesday, August 21, 2013 8:09 AM |
| **To:** | Ime Archibong; Jackie Chang |
| **Cc:** | Chris Daniels; Simon Cross |
| **Subject:** | Re: T0/Special Cases for P3 consideration |
| **Attachments:** | All apps with friends permissions.xlsx |

+ Simon

Thanks a lot, Jackie. This is great – I have included the additional info for the strategic partners in the attached spreadsheet as well (for completeness).

A little update from my end, and how I think we should tie this to what Jackie has put together. Simon managed to pull a list of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ You can see all of those apps in the attached. The most interesting data points having reviewed the top 250 apps are the following (I took the liberty to make a recommendation as well btw – the numbers in the brackets are the percentage of the apps reviewed under this category):

1/ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The main reason is ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Typical example is Candy Crush, invite your friends to get an extra 5 lives. Removing access to the full friends list for those app will seriously affect this vertical and how they see FB as a platform for growth via organic ▮▮▮▮▮▮▮▮▮▮▮ My recommendation is ▮▮▮▮▮

2/ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮ : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Recommendation ▮▮▮▮▮

3/ ▮▮▮▮ : From ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the likes. Some of them should obvious not have access such as ▮▮▮▮▮▮▮▮▮ etc. In particular for ▮▮▮▮▮▮ we should use the framework developed by Jackie. RECOMMENDATION: User Jackie's framework

4/ ▮▮▮▮▮ Unlike the other ▮▮▮ a lot more ▮▮▮▮▮▮▮▮▮▮ If we restrict access to user's friends that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ However, I think we need to ▮▮▮ ▮▮▮ ▮▮▮ on this one and ▮▮▮▮▮▮▮▮▮ given they are ▮▮▮▮▮▮▮▮ Recommendation is: ▮▮▮▮▮▮▮

5/ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮ listed here, mostly focused on ▮▮▮▮ and to a lesser extend on ▮▮▮▮ (this was the dominant category for newsfeed inside ▮▮▮ The use of Friends list is ▮▮▮▮ here, if I may say. I would love to know if ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮▮▮▮ – I suspect ▮▮▮▮ data. My recommendation is ▮▮▮▮ This may surprise you, but I am working on a deck to assess the ▮▮▮▮▮▮▮ and I think besides ▮▮▮▮ we can ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ while ▮▮▮▮▮ My plan was to finish this before the end of the week (when I am off on holidays), but most probably I will conclude it when I am back.

6/ ▮▮▮▮▮ : Also a ▮▮▮▮▮▮▮▮ under this category. Friends list is ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Us removing full access to the friends list would ▮▮▮▮▮ ▮▮▮▮▮▮▮ Recommendation is: ▮▮▮▮▮

1

7/ ████████ : ████████ of apps on this vertical. They need access to ████████ ████████ without this, however, I am not sure if it's a vertical ████████
Recommendation is: ████████

8/ ████████ : ████████ use case here. However I don't think we should ████ them ████████ and we should ████████ with ████
████ Recommendation is: ████████

9/ ████████ : Most of the unknown are in fact ████████ investigating. In any case, ████████ Recommendation is: ████████

As a general note, I think we need to carry on with this exercise to figure if there are more apps falling under different verticals that we have not identified yet, before we can make a decision for all the apps in this vertical. For both the Newsfeed and the Friends permission audit, we can use Jackie's framework to assess KEEP/REMOVE for those partner falling under the Strategic tabs and then make up a decision based on the criteria outlined by Jackie below.

Let me know what you think,
kp

---

**From:** Ime Archibong <ime@fb.com>
**Date:** Wednesday, August 21, 2013 6:31 AM
**To:** Jackie Chang <jackie@fb.com>
**Cc:** Chris Daniels <chrisd@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>
**Subject:** Re: T0/Special Cases for P3 consideration

Thanks, Jackie. Glad you two linked up on this work. Looks like you have the right buckets flagged. One nitpick suggestion would be to consolidate the last two categories in the risk assessment tab under some term that represents "significant partner thrash." We know that there is going to be some partner thrash coming out of these changes, but we're just looking to minimize it and navigate it thoughtfully.

Sent from my iPhone

On Aug 21, 2013, at 2:30 AM, "Jackie Chang" <jackie@fb.com> wrote:

> Ime & Chris,
>
> Working with KP to further synthesize P3 impact by breaking out T0 partners with non-standard agreements and specific categories of impact that we should address. KP is working on the pulling the same analysis of the friend data, but we're also working in parallel to parse out key partnerships/scenarios that we should be solving for:
>
> https://docs.fb.com/sheet/ropen.do?rid=osbge9fce0156e72340bc9b80ea4fa6bdc2f8
>
> T0 Tab:
>
> - Partners with non-standard agreement and their backward compatibility clause.
> - Existing integrations impacted
> - Future integrations in planning
>
> Risk Assessment Tab:
>
> - PR risk: Potential partners/cases that may cause negative press
> - Strategic Value: Key integrations that use read stream or friend data and drive value to fb. Should decide if we allow certain use cases that are of strategic value to fb.

2

- Competitive/Not Useful to FB: Key integrations that are competitive or drive little value to fb. Good that we're removing, but may need some additional considerations on wind-down time.
- Major Business Disruption/Kill: Noticeable integrations who's whole business is built on stream or friend data. Should be part of PR flag.
- In the Pipeline: Partner integration in the works where they've been working with someone at fb. This may be difficult to message as our sales team went to some of these partners a pitched and opportunity that they worked with them closely on.

This should be complete by EOW; however, Constantin will be using this on Thurs for a discussion with Vernal on how to tackle edge cases.  Let us know of any feedback.

Thanks!
Jackie

Confidential                                                                                                                                          FB-CA-MDL-01128017

| | |
|---|---|
| **From:** | Simon Cross </O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SIMON CROSS> |
| **Sent:** | Tuesday, December 10, 2013 12:28 PM |
| **To:** | Jackie Chang; Ime Archibong; Konstantinos Papamiltiadis; Bryan Hurren; Monica Mosseri |
| **Subject:** | Re: Simon's Updates - 6th Dec |

 on ████

- Soundcloud plan to launch around Dec 22nd or may delay until 2nd week in Jan
- Work on both sides to map out embed points, and fix any bugs before we look to lauch.
- Need to raise with the Feed team to get final OK to launch

Platform Simplification

- Capability Audit – partnerships teams coming close to categorizing each of their apps as production, to be sandboxed, or to be removed. Next step is work with DevOps to Sandbox these apps or remove them from the capability tool altogether
- New Whitelists & table of affected apps – new Capability list locked with Product and Eng. Prototype affected apps table built – now being checked by analytics team before being setup to run each day – will be used by dev ops, scaled outreach and platform marketing to identify key apps to handhold, and by partnerships to identify key use cases we need to whitelist

████



- Approval from █████ to continue along the chosen path with Nokia/Here ███ █████ we get ███ ██████ they get █████ ). Next steps are to sharpen up the work on FB's side to give them access to ████████ ██ ██████████ and which new APIs we need to build to support that.
- Beginning to plan strategy for H1 around ███ acquisition from aggregators or via affiliate deals

Apple Affiliate deal (Hunch)

- Deal dragging on longer than expected – still waiting for a response from Apple. Slim possibility we may close in 2013, but more likely now in early 2014
- Product is happy to hold (for now) until the deal is done.

--
**Simon Cross**
**Product Partnerships, Facebook**

**From:** Simon Cross <si@fb.com>
**Date:** Monday, November 25, 2013 at 8:41 AM
**To:** Jackie Chang <jackie@fb.com>, Ime Archibong <ime@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>, Bryan Hurren <bryanhurren@fb.com>, Monica Mosseri <mwalsh@fb.com>
**Subject:** Re: Simon's Updates - 22nd Nov

1

Instant Personalization Deprecation

- Met with Trip Advisor onsite in MPK. They were disappointed with our decision to kill IP but they understood our message about consistency and were glad we're working to improve conversion across the board. We told them Jan 31 was the cutoff date. We agreed to work with them to design and optimize their post-IP FB integration.

HTML5 WWW Embeds

- SoundCloud weeks away from launching their new album-art image heavy widget. Ime and I working to get approval to ramp their HTML5 widget to 100% of users (currently 1% of users and 100% of employees not in litestand). Some eng work needed on our side, and a security review likely, but no other major blockers other than bandwidth on our side.

Platform Simplification

- Capability Audit - Audit of 5200 currently-witelisted apps about to begin – should take around 3 weeks – goal is to put 80% into sandbox mode or remove them from the whitelists altogether, and have 80% of the remaninig non-sandboxed apps listed with tier owners in Salesforce
- New Whitelisting process – Jakie working closely with Marie and Legal to design a fast but safe process for whitelisting apps. Spec for updates to tools in progress and moving towards build-stage. Audit of existing Capabilities for legal risk is underway
- New Whitelists for public deprecations – close to finalizing with Product (Eddie and Harshdeep) a set of 54 new Capabilities we need to add to allow us to whitelist partners past the public deprecations. Next step is to map apps against these and start making no/extension/exemption decisions.

████████

- Met with ████████ scope out the ████████████████████████████████ as part of our ████████████████████████████████████████████████ Subsequently met with Vernal who signed off on the approach. Need another iteration on the exact API methods which need to be improved/built, and the specific feedback-targets we need them to implement.
- Starting to work more closely with the ████████████████████████ ██ ████████████ etc) and deeper ████ ████ ████ Out of this may fall strategic partnerships beyond Platform with folks like TA, 4sq as well as companies new to us like MenuPages. Early days for this work stream, and the team is still settling in from the re-org – so please forward request around Location to Me+Rob rather than going directly to the product team so as to reduce thrash for them.

S

--
**Simon Cross**
**Product Partnerships, Facebook**

---

**From:** Simon Cross <si@fb.com>
**Date:** Friday, November 8, 2013 at 6:59 PM
**To:** Jackie Chang <jackie@fb.com>, Ime Archibong <ime@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>, Bryan Hurren <bryanhurren@fb.com>, Monica Walsh <mwalsh@fb.com>
**Subject:** Re: Simon's Updates - 8th Nov

PLATFORM

Mobile Music Previews

- Spotify sent us their 50 test tracks so the team can get testing
- Spotify gave us some asks for logo attribution on the new mobile music stories. We tentatively agreed on attribution on Album art (theres precedent there) but pushed back on attribution on the track picker on the menu which appears with the stories are flipped over
- Rdio still blocked, but they told us one label (Sony) asked if Rdio could push us to do full-length tracks in the FB app but where the track would only play once. Sony pinged Ime about this separately. We're going to have a call to tease this out some more, and sync with Aryeh on if this is a thread worth following

Instant Personalization Deprecation

- KP had a call with Trip Advisor who have some feedback/concerns about this materially affecting their business. We need to work through these to drive deprecation by Jan 31

Login v4

- Rdio are back in for the Login v4 Beta. They confirmed that an FB account (all users >13 years old) is enough age data for them and so they're going to drop DOB as a required fields. Graham is working to on board them onto the Beta.
- The Login team are looking at using App Events to measure login preference and pre-login behavior in a few key apps. Spotify are looking to better instrument their login/reg funnel so we pitched them on this idea. Call next week with Spotify to discuss the details.

Platform Simplification

- Landed on a clear 5-stream plan for the work we need to do to prep for PS12n – Defined leads for each work stream who spent the week planning and divvying up
  tasks: https://our.intern.facebook.com/intern/projects/milestones/?id=1434646163424174
- Arranging a Partnerships + Ops + PMD/Solutions Eng all hands focussed on PS12n with Vijay and Eddie to spread the rational, the vision and the plan across the teams who'll be touched by these changes.
- Key focus this week is to pull additional data on apps and capabilities to allow the 4 partnerships teams (Games, Non-games, Mobile, Marketers) to pre-approve apps for the new whitelists, and review their apps with existing whitelists
- Jackie leading on putting together a new whitelist process with Legal and Product.

--
**Simon Cross**
**Product Partnerships**
www.facebook.com/sicross   @sicross
Facebook, 1601 Willow Road, Menlo Park, CA 94025, USA

**From:** Simon Cross <si@fb.com>
**Date:** Monday, October 28, 2013 at 10:40 AM
**To:** Jackie Chang <jackie@fb.com>, Ime Archibong <ime@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>, Bryan Hurren <bryanhurren@fb.com>, Monica Walsh <mwalsh@fb.com>
**Subject:** Re: Simon's Updates - 25th Oct

**PLATFORM**

Mobile Music Previews

- Spotify have coverage for 80% of their catalogue. Shipping 50 test URLs to us this week, awaiting updated mocks from us to share with their label relations team to unlock the previews for the catalogue coverage they have
- Rdio still blocked my labels but shipping 50 test URLs this week also

3

FB-CA-MDL-00200698

Event Playlists

- Rdio flow working end to end
- Eng/Product work on our side paused to allow us to ship Snacktime, but will revisit event playlists before year end

Instant Personalization deprecation

- 2 partners (Yelp and Rotten Tomatoes) committed to deprecate by year-end
- TripAdvisor – KP speaking them this week
- Bing – deprecation backed up behind delicate search/maps contract negotiations – hope to deprecate once new agreement is signed

Login v4

- Rdio may be back in the Beta if they their lawyers allow them to know only if a user is 13+ (which is all FB users), rather than requiring their full DOB. Update this week

**HUNCH**

Affiliate deals

- Discussions ongoing with Apple, deadline tight. Iterating on UX requirements, the in-FB surfaces the agreement covers and our planned use of the reconciliation/purchase data feed we get as part of their deal


--
**Simon Cross**
**Product Partnerships**
www.facebook.com/sicross   @sicross
Facebook, 1601 Willow Road, Menlo Park, CA 94025, USA

**From:** Simon Cross <si@fb.com>
**Date:** Friday, October 11, 2013 5:33 PM
**To:** Jackie Chang <jackie@fb.com>, Ime Archibong <ime@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>, Bryan Hurren <bryanhurren@fb.com>, Monica Walsh <mwalsh@fb.com>
**Subject:** Simon's Updates - 11th Oct

**PLATFORM**

**Auth'd Referrals Deprecation is done!**
- Spotify and iHeartRadio both no longer using auth'd referrals
- All other straggler partners and test apps rolled off also – no one using it anymore to our knowledge

**Login v4**
- Pitched being beta v4 partners to iHeartRadio and Rdio – both declined due to v4 allowing users to not pass an email – neither app has the bandwidth to update their apps to cope with this. Given this feedback to Product who are rethinking how to test
- Pandora will tell us on Weds if Login is going to be within their next 6 months roadmap. Fingers Crossed. We have done everything we can to convince them.

**Mobile Music Previews**
- Spotify to have tags on 50 tracks by the end of next week – hope to have more info from labels on full deal by end of Oct

4

- no updates from Rdio

**Mobile Radio Station Stories**
- iHeartRadio pitched their vision of what they'd like to see us build for radio stories – passed this to the product team
- Pandora also have ideas – they're going to work them up and send them over in a couple of weeks

**Event Playlists**
- Rdio added to the Gks and starting to do end to end testing of the export flow

**HTML5 Embeds**
- Med SoundCloud who pushed us again on enabling HTML5 embed for them. Purely a bandwidth/effort issue on our side to get this across the line – not high-pri, so made no firm commitments.

**Platform Simplification**
- major product update: we're moving to hashed user-Ids. This has impact every single app on platform – still analyzing impact of this on planning – will most heavily affect games and marketing-based apps.
- collated names of companies we thing we have contracts with – next step is to audit these contracts for extended deprecation commitments
- Dev Chakravarti joined the team as data analyst – helped him ramp up on how to analyze the effects of PS12n on the whole ecosystem
- Preparations continue for capability audit – need to write out Capability maps to Hive

**<u>HUNCH</u>**

Apple are sending us new terms which we may have to negotiate from scratch – this may put us back and increases the risk we won't have the affiliate deal done for Hunch launch. We're still awaiting their new contract so will have more info on eta impact hopefully next week.



Met with
improve                                     They're also interested in us helping them acquire          Early stages, but
preparing the ground for effort here in Q1 2014

**Bonus:**

I Worked on a send-to-mobile feature where we send a mobile push notif when you install an app on the web – this drives you to install the app on your device. Was picked to present to Zuck at mini-prototype forum next Tues (10/15). Feedback more broadly has been positive, so looking at changes/features and roadmap to help this ship.

S

--
**Simon Cross**
**Product Partnerships**
www.facebook.com/sicross   @sicross
Facebook, 1601 Willow Road, Menlo Park, CA 94025, USA

5

Confidential                                                        FB-CA-MDL-00200700