# Exhibit 139-B

# Redacted Version of Document Sought to be Sealed

**From:** Luke Bao[               fb.com]
**Sent:** 6/8/2018 7:16:05 AM
**To:** Jean Zhu[              fb.com]; Edmund Tse[            @fb.com]
**Subject:** Fwd: Device APIs XFN

I think it will be good for you the learn as well. Please join if you are available.

Thanks,
Luke

Sent from my iPhone

Begin forwarded message:

**From:** Rachel Whetstone [              @whatsapp.com>
**Date:** June 8, 2018 at 7:04:02 AM PDT
**To:** Molly Cutler [         @fb.com>, Tatyana Poturnak [            @fb.com>, Katy Dormer [            fb.com>, Steve Satterfield [           @fb.com>, Matt Steinfeld [           @fb.com>, Andy Stone <          @fb.com>, Joel Kaplan [       )fb.com>, Kevin Martin [            @fb.com>, Brian Rice [         @fb.com>, Chris Herndon [         @fb.com>, Greg Maurer [          fb.com>, Andrew Rausa <        fb.com>, Beau James [        fb.com>, Scott Mellon <         fb.com>, Francisco Varela [         @fb.com>, Luke Bao [          @fb.com>, Peter Kang [      @fb.com>, Allison Mull [       @fb.com>, Kate McLaughlin [            @fb.com>, Amit Sangani [        @fb.com>, Kian Park [     n@fb.com>, Eddie O'Neil [        @fb.com>, Natascha Parks [         @fb.com>,         sidley.com       )sidley.com>,      Tsidley.com      @sidley.com>, Drew Lackman [        @fb.com>, Matt Hayes [        @fb.com>, Cathy Huang [       @fb.com>, Jess Hertz [     fb.com>, Jean Zhu [       @fb.com>, Konstantinos Papamiltiadis [            @fb.com>
**Subject:** Re: Device APIs XFN

Hi can we jump on a call at 9am as -- and I know I am slow on this stuff -- I did not understand these categorizations and some of the language which makes me queazy going into a potentially major press story.

Rachael can you invite ime Molly Katy Kate Steve Sattsrfield KP and Scott Mellon at a minimum others welcome to join r

Get Outlook for Android

---

**From:** Konstantinos Papamiltiadis
**Sent:** Thursday, June 7, 2018 6:37:52 PM
**To:** Molly Cutler; Tatyana Poturnak; Katy Dormer; Steve Satterfield; Matt Steinfeld; Andy Stone; Rachel Whetstone; Joel Kaplan; Kevin Martin; Brian Rice; Chris Herndon; Greg Maurer; Andrew Rausa; Beau James; Scott Mellon; Francisco Varela; Luke Bao; Peter Kang; Allison Mull; Kate McLaughlin; Amit Sangani; Kian Park; Eddie O'Neil; Natascha Parks;         Tsidley.com;         Tsidley.com; Drew Lackman; Matt Hayes; Cathy Huang; Jess Hertz; Jean Zhu
**Subject:** Re: Device APIs XFN

Hello All,

Quick recap and background.

**Friends data Vs Friends list.**
*Friends Data(ie friends birthday, religion, education history, etc.) is available to apps with:*
- access to v1 of the API

Confidential

FB-CA-MDL-03657078

- access to v2 of the API if they have been added in relevant capabilities (no apps)

*Friends List (includes name, profile photo, id of the friends) is available to apps with*
- access to v1
- access to v2 if they have been added in the relevant capability (Yahoo)

## Device APIs

Integrations on Devices that still have access to V1 are the only ones that can still pull friends data (outside Yahoo for friends' email addresses). Thanks to Jingfeng, we have a good idea of the 3rd party integrations that have been whitelisted for V1 that have also been active in the last 90 days. The Quip is updated with a new table of the App IDs that called un-versioned or v1.0 of the API for the last 90days. Out of the total list of 88 app ID previously whitelisted, only 60 have been making calls in the last 90 days.

## Masterlist.

The Masterlist of Device API integrated partners here: https://fb.quip.com/CCfNAqeZFTQb#ObFACAQzujK includes:
- apps that are not whitelisted for V1 or have been whitelisted for permission to friends_*, read_stream, etc. on V2 and therefore can be ignored
- app IDs that may be wrong and don't belong to the developer in question.

I have added a new column (L) and included the App IDs that are still on V1 that we should consider for this exercise.

I hope this helps,
kp

Confidential
FB-CA-MDL-03657079