# Ex. 1-B
# (Duffey Dep. Tr.)

# Redacted Version of
# Document Sought to be Sealed

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

 5   CONSUMER USER PROFILE         Case No.

 6   LITIGATION                    18-md-02843-VC-JSC

     _____

 7   This document relates to:

 8   ALL ACTIONS

     _____

 9

10                  **CONFIDENTIAL**

11

12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13       CORPORATE REPRESENTATIVE - MICHAEL DUFFEY

14   (Reported Remotely via Video & Web Videoconference)

15      Palo Alto, California (Deponent's location)

16              Wednesday, June 2, 2022

17                    Volume I

18

19   STENOGRAPHICALLY REPORTED BY:

20   REBECCA L. ROMANO, RPR, CSR, CCR

21   California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 5234611

25   PAGES 1 - 194
```

                                        Page 1

CONFIDENTIAL

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3

   IN RE:  FACEBOOK, INC.,     MDL No. 2843

4  CONSUMER USER PROFILE        Case No.

   LITIGATION                   18-md-02843-VC-JSC

5  _____

6  This document relates to:

7  ALL ACTIONS

8

   _____

9

10

11

12

13

14

15          DEPOSITION OF MICHAEL DUFFEY, taken on

16  behalf of the Plaintiffs, with the deponent located

17  in Palo Alto, California, commencing at

18  9:14 a.m., Wednesday, June 3, 2022, remotely

19  reported via Video & Web videoconference before

20  REBECCA L. ROMANO, a Certified Shorthand Reporter,

21  Certified Court Reporter, Registered Professional

22  Reporter.

23

24

25

                                         Page 2

CONFIDENTIAL

```
 1                    APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4    For the Plaintiffs:
 5         BLEICHMAR FONTI & AULD LLP
 6         BY:  LESLEY E. WEAVER
 7         BY:  ANNE K. DAVIS
 8         BY:  JOSHUA SAMRA
 9         Attorneys at Law
10         555 12th Street
11         Suite 1600
12         Oakland, California 94607
13         (415) 445-4003
14         lweaver@bfalaw.com
15         adavis@bfalaw.com
16         jsamra@bfalaw.com
17
18
19
20
21
22
23
24
25    /////
```

Page  3

```
1                    APPEARANCES OF COUNSEL

2      (All parties appearing via Web videoconference)

3

4           KELLER ROHRBACK L.L.P.

5           BY:  CARI CAMPEN LAUFENBERG

6           BY:  DEREK W. LOESER

7           Attorneys at Law

8           1201 Third Avenue

9           Suite 3200

10          Seattle, Washington 98101

11          (206) 623-1900

12          claufenberg@kellerrohrback.com

13          dloeser@kellerrohrback.com

14

15     For Facebook, Inc.:

16          GIBSON, DUNN & CRUTCHER LLP

17          BY:  RUSSELL H. FALCONER

18          Attorney at Law

19          2001 Ross Avenue

20          Suite 2100

21          Dallas, Texas 75201

22          (214) 698-3170

23          rfalconer@gibsondunn.com

24

25     /////
```

Page 4

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5         GIBSON, DUNN & CRUTCHER LLP
 6         BY:  YEKATERINA REYZIS
 7         Attorney at Law
 8         333 South Grand Avenue
 9         Los Angeles, California 90071-3197
10         (213) 229-7907
11         yreyzis@gibsondunn.com
12    and
13         BY:  DAYNA ZOLLE HAUSER
14         BY:  HANNAH REGAN-SMITH
15         Attorneys at Law
16         1801 California Street
17         Suite 4200
18         Denver, Colorado 80202-2642
19         (303) 298-5700
20         dzhauser@gibsondunn.com
21         hregan-smith@gibsondunn.com
22
23
24
25    /////
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1            APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  ROSEMARIE T. RING

 7          Attorney at Law

 8          555 Mission Street

 9          Suite 3000

10          San Francisco, California 94105-0921

11          (415) 393-8247

12          rring@gibsondunn.com

13

14          JAMS

15          BY:  DANIEL B. GARRIE

16          Special Master

17          555 W. 5th Street

18          32nd Floor

19          Los Angeles, California 90013

20          (213) 253-9706

21          dgarrie@jamsadr.com

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1                   APPEARANCES(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    ALSO PRESENT:

 5         Ian Chen, Associate General Counsel,

 6    Meta Platforms

 7         John Macdonell, Videographer

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page 7

```
1                    I N D E X

2  DEPONENT                        EXAMINATION

3  MICHAEL DUFFEY                       PAGE

   VOLUME I

4

5               BY MS. WEAVER          14

6

7

8               E X H I B I T S

9  NUMBER                           PAGE

10              DESCRIPTION

11 Exhibit 384  Plaintiffs' Third Amended    17

12             Notice of Deposition of

13             Defendant Facebook, Inc.

14             Pursuant to Federal Rule of

15             Civil Procedure 30(b)(6)

16             regarding Preservation of

17             Relevant ESI;

18

19 Exhibit 385  Legal Hold Policy Effective:   32

20             June 20, 2020,

21             ADVANCE-META-0000489 -

22             ADVANCE-META-0000493;

23

24

25 /////
```

Page 8

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                   DESCRIPTION

 4    Exhibit 386  30(b)(6) Deposition Notes       52

 5                 6/2/2022, Legal Hold Policy

 6                 Effective:  June 20, 2020,

 7                 ADVANCE-META-0000489 -

 8                 ADVANCE-META-00003256 - Legal

 9                 Hold Policy Effective:  June

10                 20, 2020,

11                 ADVANCE-META-0000489 -

12                 ADVANCE-META-00003259;

13

14    Exhibit 387  Email & Workplace Chat          103

15                 Retention Policy Effective:

16                 October 28, 2022,

17                 ADVANCE-META-0000692 -

18                 ADVANCE-META-0000694;

19

20    Exhibit 388  Electronic Communications       104

21                 Policy Effective:  November

22                 16, 2021,

23                 ADVANCE-META-0000462 -

24                 ADVANCE-META-0000470;

25    /////
```

Page 9

CONFIDENTIAL

```
1              E X H I B I T S(cont'd)

2    NUMBER                                    PAGE

3                  DESCRIPTION

4    Exhibit 389  Gibson Dunn Letter dated       114

5                 September 6, 2018;

6

7    Exhibit 390  Gibson Dunn Letter dated       116

8                 December 9, 2019;

9

10   Exhibit 391  US Privacy Program Records     129

11                Management Policy Effective:

12                April 20, 2021,

13                ADVANCE-META-0000504 -

14                ADVANCE-META-0000509;

15

16   Exhibit 392  US Privacy Program Records     130

17                Retention Schedule Effective:

18                April 20, 2021,

19                ADVANCE-META-0000516 -

20                ADVANCE-META-0000531;

21

22

23

24

25   /////
```

Veritext Legal Solutions
866 299-5127

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                      PAGE

 3                    DESCRIPTION

 4    Exhibit 393  US Privacy Program Records      134

 5                 Retention Schedule Effective:

 6                 April 20, 2021,

 7                 ADVANCE-META-0000555 -

 8                 ADVANCE-META-0000568;

 9

10    Exhibit 394  Meta US Privacy Program         134

11                 Records File Plan;

12

13    Exhibit 395  FTC Order Records Management     142

14                 Policy Effective:  April 28,

15                 2020, ADVANCE-META-0000578 -

16                 ADVANCE-META-0000585.

17

18

19

20

21

22

23

24

25    /////
```

Page 11

CONFIDENTIAL

```
 1        Palo Alto, California; Thursday, June 2, 2022      09:04:04

 2                        9:14 a.m.

 3                        ---o0o---

 4

 5            THE VIDEOGRAPHER:  Okay.  We on the            09:14:31

 6    record.  It's 9:14 Pacific Time on June 2nd, 2022.

 7    This is the depositions of Mike Duffey.  We are in

 8    the matter In Re:  Facebook, Inc. Consumer Privacy

 9    User Profile Litigation.

10            I'm John Macdonell the videographer with      09:14:47

11    Veritext.

12            Before the reporter swears the witness,

13    would counsel please identify themselves, beginning

14    with the noticing attorney, please.

15            MS. WEAVER:  Good morning, everybody.         09:14:58

16    This is Lesley Weaver of Bleichmar Fonti & Auld on

17    behalf of the plaintiffs.

18            With me today is my partner, Anne Davis,

19    and Josh Samra of my firm is assisting with this

20    deposition.  My cocounsel, Derek Loeser and Cari     09:15:10

21    Laufenberg, are also present virtually.

22            MR. FALCONER:  Good morning.  This is

23    Russ Falconer with Gibson Dunn, here on behalf of

24    Facebook and the witness.  I'm here with my

25    colleagues from Gibson Dunn, Dayne Hauser, Hannah    09:15:27
```

Page 12

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Regan-Smith, and Katie Reyzis.  And also with | 09:15:31 |
| 2 | Ian Chen from Facebook. | |
| 3 | SPECIAL MASTER GARRIE:  And | |
| 4 | Special Master Garrie.  I'm here today on behalf of | |
| 5 | the court. | 09:15:42 |
| 6 | For the record and clarity of the record, | |
| 7 | there will be one attorney taking and one attorney | |
| 8 | defending on today's deposition pursuant to the | |
| 9 | protocol.  All lawyers have agreed to or have | |
| 10 | provided and submitted the signed protective order | 09:15:55 |
| 11 | and will provide copies to counsel and have agreed | |
| 12 | to as such. | |
| 13 | That said, I'm turning it over to counsel | |
| 14 | to start the deposition. | |
| 15 | THE COURT REPORTER:  Mr. Duffey, if you | 09:16:07 |
| 16 | could raise your right hand for me, please. | |
| 17 | THE DEPONENT:  (Complies.) | |
| 18 | THE COURT REPORTER:  You do solemnly | |
| 19 | state, under penalty of perjury, that the testimony | |
| 20 | you are about to give in this deposition shall be | 09:16:07 |
| 21 | the truth, the whole truth and nothing but the | |
| 22 | truth? | |
| 23 | THE DEPONENT:  I do. | |
| 24 | | |
| 25 | ///// | 09:16:24 |

Page 13

CONFIDENTIAL

```
 1                     MICHAEL DUFFEY,                    09:16:24

 2    having been administered an oath, was examined and

 3    testified as follows:

 4

 5                     EXAMINATION                        09:16:24

 6    BY MS. WEAVER:

 7        Q.   Good morning, Mr. Duffey.  Will you

 8    please state your full name and employment for the

 9    record.

10        A.   Sure.  My name is Michael Duffey,         09:16:35

11    D-U-F-F-E-Y.  I am a manager for E-discovery Case

12    Management within the legal department of Meta

13    Platforms, Inc.

14        Q.   And you understand, Mr. Duffey, that you

15    are testifying today as a corporate representative  09:16:55

16    on behalf of Facebook; is that correct?

17        A.   Yes, I understand that.

18        Q.   And how -- have you been a manager of

19    E-discovery since June 2021?

20        A.   That sounds right.                        09:17:12

21        Q.   And prior to that time, from roughly 2017

22    to 2021, you were an E-discovery and litigation

23    case manager; is that correct?

24        A.   That's correct.

25        Q.   Is there any difference between those     09:17:25
```

Page 14

CONFIDENTIAL

```
1    titles and roles?                              09:17:27

2         A.   Prior to June 2021, I -- I did not have

3    any direct reports.  I manage three case managers

4    on the E-discovery team now.

5         Q.   And what are case managers in terms of    09:17:51

6    their roles and responsibilities at Facebook?

7         A.   Case managers work with our in-house and

8    outside legal counsel on litigation and regulatory

9    matters involving Meta Platforms, Inc.  We focus on

10   the identification, preservation, collection and     09:18:20

11   production of ESI relevant to a matter.

12        Q.   And do you hold a legal degree?

13        A.   No, I don't.

14        Q.   And prior to Facebook, you worked at

15   Ropes & Gay -- Ropes & Gray, rather -- as a          09:18:48

16   litigation paralegal; is that right?

17        A.   Litigation paralegal specialist.  That's

18   correct.

19        Q.   And then you were at Howrey LLP prior to

20   that; is that right?                                 09:18:59

21        A.   Correct.

22        Q.   I myself was a paralegal at Howrey &

23   Simon, years ago.

24             Okay.  Great.

25             And did -- do you have personal knowledge  09:19:08
```

Page 15

CONFIDENTIAL

```
 1    of the steps that Facebook took to identify and        09:19:10

 2    collect ESI for production in this matter?

 3               MR. FALCONER:  Objection.  Beyond the

 4    scope of the notice.

 5               You can go ahead and answer.                 09:19:24

 6               THE WITNESS:  Yes.

 7         Q.   (By Ms. Weaver)  Who at Facebook was

 8    responsible for the identification and collection

 9    of ESI in response to the filing of this lawsuit?

10         A.   Our outside counsel and in-house counsel     09:19:49

11    are responsible for identify- -- identifying

12    custodians to be placed on legal hold and

13    ultimately the custodians who are -- are identified

14    for collection of ESI.

15         Q.   So who specifically by name was              09:20:15

16    responsible for the identification and collection

17    of ESI in response to the filing of this lawsuit?

18               MR. FALCONER:  Objection.  Beyond the

19    scope of the notice.

20               THE DEPONENT:  I'm trying to remember.  I    09:20:44

21    don't know that I can remember all of the names of

22    the in-house counsel that worked on the

23    Cambridge Analytica multi-district litigation over

24    the years.  Gibson Dunn has been our lead counsel

25    on the MDL since 2018.                                 09:20:59
```

Page 16

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Would you like me to try to attempt | 09:21:13 |
| 2 | some -- some to name some names or -- | |
| 3 | Q.   (By Ms. Weaver)  Yes, please. | |
| 4 | MR. FALCONER:  Objection.  Beyond the | |
| 5 | scope of the notice. | 09:21:22 |
| 6 | THE WITNESS:  Ian Chen is the lead | |
| 7 | in-house counsel on -- on the MDL currently. | |
| 8 | Sandeep Solanki was another in-house counsel who | |
| 9 | was involved in the Cambridge Analytica matter. | |
| 10 | Natalie Naugle was another in-house counsel working | 09:21:54 |
| 11 | on the Cambridge matter. | |
| 12 | Those -- those are the names that I -- | |
| 13 | that I recall. | |
| 14 | Q.   (By Ms. Weaver)  And with regard -- well, | |
| 15 | strike that. | 09:22:19 |
| 16 | I'll address the scope objection. | |
| 17 | MS. WEAVER:  Let's mark as Exhibit 384 | |
| 18 | the 30(b)(6) notice, third amended notice of | |
| 19 | deposition of Facebook to which you are being | |
| 20 | presented as a witness today. | 09:22:37 |
| 21 | (Exhibit 384 was marked for | |
| 22 | identification by the court reporter and is | |
| 23 | attached hereto.) | |
| 24 | Q.   (By Ms. Weaver)  And while that's | |
| 25 | loading, Mr. Duffey, you've been deposed before, | 09:22:41 |

Page 17

CONFIDENTIAL

```
 1   correct?                                          09:22:44

 2        A.   I have, yes.

 3        Q.   On how many occasions?

 4        A.   Eight or nine times, I think.

 5        Q.   How many times in the last year have you   09:22:58

 6   been deposed?

 7        A.   Once, I believe.

 8        Q.   And what matter was that?

 9        A.   It was an Instagram matter involving

10   facial recognition.                               09:23:24

11        Q.   And when was that?

12        A.   I don't recall.

13        Q.   Was it a remote deposition?

14        A.   It was, yes.

15        Q.   So just for the record, you seem very   09:23:35

16   proficient and capable of answering testimony today

17   in a manner that will be clear and cogent, but just

18   so we understand each other, these are the rules of

19   the road.

20             I will ask you questions and you will   09:23:50

21   answer, and we will attempt not to talk over each

22   so Ms. Romano can get a clear record.

23             Is that fair?

24        A.   Absolutely fair, yes.

25        Q.   And you must answer audibly so that we   09:24:02
```

Page 18

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | can get those answers in the record.  Shake of the | 09:24:04 |
| 2 | head won't do. | |
| 3 | Is that fair? | |
| 4 | A.   That's fair, yes. | |
| 5 | Q.   Okay. | 09:24:12 |
| 6 | We can take breaks, you know, as you need | |
| 7 | during this deposition.  You just let me know if | |
| 8 | you need a break.  But we ask that you not take a | |
| 9 | break while a question is pending. | |
| 10 | Is that fair? | 09:24:24 |
| 11 | A.   Yes, that's fair.  Thank you. | |
| 12 | Q.   Okay. | |
| 13 | How many times have you testified as a | |
| 14 | corporate representative on Facebook's behalf? | |
| 15 | A.   I believe this is only time or the first | 09:24:39 |
| 16 | time. | |
| 17 | Q.   And how many times have you testified on | |
| 18 | Facebook's behalf at all in any litigation? | |
| 19 | A.   As -- as a deponent or -- | |
| 20 | Q.   Yes, as a deponent. | 09:24:59 |
| 21 | A.   I believe eight or nine times. | |
| 22 | Q.   And how many times have you submitted | |
| 23 | declarations in various litigation matters on | |
| 24 | behalf of Facebook? | |
| 25 | A.   I don't know the exact number.  It would | 09:25:26 |

Page 19

CONFIDENTIAL

```
 1    be over 50 times.                                    09:25:28

 2         Q.   And you've submitted a declaration in

 3    this matter, in fact, haven't you?

 4         A.   I don't recall.

 5         Q.   Okay.                                       09:25:51

 6              Are you familiar with the Exhibit Share

 7    function so that you can review exhibits as this

 8    deposition proceeds?

 9         A.   Yes.  I have it open, and I believe I've

10    used it before.                                       09:26:05

11         Q.   Okay.

12              And looking at Exhibit 384, do you

13    recognize it?

14         A.   Yes.

15         Q.   What is it?                                 09:26:48

16         A.   What is the document that I'm looking at?

17         Q.   Yes.

18         A.   It's the plaintiff's third amended notice

19    of deposition of defendant Facebook Inc. regarding

20    preservation of relevant ESI.                         09:27:00

21         Q.   Okay.  And do you understand that you are

22    being produced as a witness today in response to

23    this notice?

24         A.   Yes, I understand that.

25         Q.   Okay.                                       09:27:12
```

Page 20

```
 1              And let's turn to page 7, and              09:27:13

 2    specifically paragraph 11.

 3              And I'll direct your attention and read

 4    into the record where it says "'You' or 'your' or

 5    'Facebook' or 'defendant' means defendant Facebook,   09:27:27

 6    Inc., together with your predecessors, successors,

 7    parents, subsidiaries, et cetera."

 8              And then if you read on, do you see where

 9    it says "attorneys or other persons occupying

10    similar positions or performing similar functions"?   09:27:42

11        A.   I see that, yes.

12        Q.   And when you were identifying who was

13    involved on behalf of Facebook collecting ESI in

14    this case, you were referring to attorneys, right?

15        A.   I was referring to attorneys, correct.       09:28:04

16        Q.   Okay.  And who at Gibson Dunn, the

17    outside counsel, by name can you identify as being

18    involved in the collection of ESI in this

19    litigation?

20              MR. FALCONER:  Objection.  Beyond the        09:28:19

21    scope of the notice.

22              THE DEPONENT:  There have been lots of

23    attorneys from Gibson Dunn working on the Cambridge

24    matter:  Russ Falconer, Laura Mumm or Munn.  I -- I

25    don't recall people's last names.                      09:28:54
```

Page 21

```
 1              I know Rose Ring works on the           09:28:58

 2   Cambridge Analytica matter.  The attorneys that are

 3   present today for Gibson Dunn.  I'm -- the last

 4   name is escaping me; her name is -- her first name

 5   is Martie, M-A-R-T-I-E.                           09:29:21

 6              Those are the names that come to mind.

 7       Q.   (By Ms. Weaver)  And for the record, is

 8   that Martie Kutscher Clark to whom you're

 9   referring?

10       A.   Correct.  Thank you.  That's right.      09:29:36

11       Q.   No -- no problem.

12              And you were also identifying other

13   individuals present today.  Is that Katie Reyzis

14   and Dayne Zolle Hauser and Hannah Regan-Smith?

15       A.   Correct.                                 09:29:49

16       Q.   Great.

17              And at the outset of the litigation, in

18   2018, who was responsible for the identification

19   and preservation of ESI?

20              MR. FALCONER:  Objection.  Beyond the   09:30:01

21   scope.

22              THE DEPONENT:  We had some ongoing

23   regulatory matters that overlapped with the

24   Cambridge Analytica MDL, so I just want to get

25   clarity on -- on sort of this question.           09:30:29
```

                                            Page 22

CONFIDENTIAL

```
 1          Is the question specific to -- to the          09:30:31

 2   MDL?

 3       Q.   (By Ms. Weaver)  The question is focused

 4   on what efforts were taken to preserve documents

 5   relating to this litigation.  If there was overlap    09:30:43

 6   with some of these efforts with another matter, we

 7   would like to understand that.

 8          MR. FALCONER:  Same objection as before

 9   for continuing the question.

10          THE DEPONENT:  Once again, Gibson Dunn is      09:31:09

11   lead counsel for the multi-district litigation.

12   For the regulatory matters, state AG matters, and

13   the FTC matter involving Cambridge Analytica,

14   counsel for WilmerHale was involved.  We also

15   worked with the Redgrave firm on some preservation    09:31:32

16   issues back in that time period.  I don't recall

17   the names of the people that worked on -- on -- on

18   those matters back in the onset of this litigation.

19       Q.   (By Ms. Weaver)  What were the

20   preservation issues which you worked with the         09:31:53

21   Redgrave firm?

22          MR. FALCONER:  Mr. Duffey, I'll just

23   caution you not to reveal any privileged

24   communications or privileged information, of

25   course, in answering that question.                   09:32:04
```

Page 23

CONFIDENTIAL

```
1              THE DEPONENT:  I don't recall.              09:32:15

2         Q.   (By Ms. Weaver)  Do you have a general

3    sense of any preservation issues that might have

4    effected the collection of ESI in this matter?

5         A.   No.                                         09:32:27

6         Q.   When was the Redgrave firm retained?

7         A.   I don't recall.

8         Q.   When you say "preservation issues," what

9    do you mean?

10             MR. FALCONER:  Objection.  Form.            09:32:48

11             Go ahead.

12             THE DEPONENT:  I didn't issues in -- in

13   any sort of negative way.  It was they -- they were

14   working on -- as I stated, I don't recall the

15   specific things.  But -- but Redgrave was -- was     09:33:13

16   involved in the steps taken to -- necessary to --

17   to identify and preserve relevant ESI.

18        Q.   (By Ms. Weaver)  And what specific steps

19   are you thinking of?

20        A.   The steps I'm thinking of are -- are the   09:33:55

21   identification of relevant custodians.

22        Q.   And how did the Redgrave firm identify

23   the relevant custodians?

24        A.   I don't know that Redgrave exclusively

25   identified relevant custodians.  It certainly was a  09:34:20
```

Page 24

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | collaborative effort between Gibson Dunn and our | 09:34:28 |
| 2 | in-house counsel working on the matter. | |
| 3 |     Q.  And when you say Gibson Dunn in this | |
| 4 | particular respect, who specifically by name do you | |
| 5 | mean? | 09:34:43 |
| 6 |          MR. FALCONER:  Objection.  Beyond the | |
| 7 | scope. | |
| 8 |          THE WITNESS:  I don't -- I don't recall. | |
| 9 |     Q.  (By Ms. Weaver)  Was it Ms. Mumm or | |
| 10 | Ms. Kutscher Clark? | 09:34:54 |
| 11 |          MR. FALCONER:  Same objection. | |
| 12 |          THE DEPONENT:  I don't recall either -- | |
| 13 | I -- I don't recall whether or not they were | |
| 14 | working on -- on -- on identification of custodians | |
| 15 | in that 2018 time period. | 09:35:30 |
| 16 |     Q.  (By Ms. Weaver)  Okay.  Who can you | |
| 17 | identify by name -- well, strike this. | |
| 18 |          I'll address the objection again. | |
| 19 |          Looking at Exhibit 3 -- what is again? -- | |
| 20 | 84. | 09:35:42 |
| 21 |          I'll direct your attention to topic 3. | |
| 22 |          And while you're looking at it, I'll read | |
| 23 | it into the record. | |
| 24 |          "All of your efforts to identify and | |
| 25 | preserve ESI, personal information, documents, | 09:35:52 |

Page 25

```
 1    data, and content and information, including but        09:35:55

 2    not limited to that which was or is associated in

 3    any with the named plaintiffs in this action."

 4            Do you see that?

 5            It's on page --                                 09:36:09

 6    A.    I do.

 7    Q.    It's on --

 8    A.    I see it.

 9    Q.    Apologies.

10            Is it your understanding you are               09:36:14

11    testifying on behalf of Facebook with regard to

12    topic 3?

13    A.    My understanding is that -- I would be

14    speaking to topics as they were laid out in a

15    letter from Gibson Dunn to plaintiff's counsel          09:36:39

16    on -- on I think it was May 18th, 2022.

17    Q.    Right.

18            But the question I'm asking you is that

19    do you understand that you are here to testify

20    regarding Facebook's efforts to identify and            09:36:57

21    preserve ESI personal information, documents, data,

22    and content and information relating to this

23    matter?

24    A.    Yes.

25    Q.    Going back to the identification of               09:37:16
```

                                                    Page 26

```
 1    custodians for the purpose of collecting ESI in         09:37:22

 2    this matter in 2018, who was involved in that

 3    process by name?

 4              MR. FALCONER:  Objection.  Beyond the

 5    scope.                                                  09:37:32

 6              THE DEPONENT:  Can you repeat the

 7    question, please.

 8         Q.   (By Ms. Weaver)  Yes.

 9              With regard to the identification of

10    custodians for the purpose of preserving and           09:37:50

11    collecting ESI in this matter in 2018, who was

12    involved in that process by name?

13              MR. FALCONER:  Objection.  Beyond the

14    scope.

15              THE DEPONENT:  I remember Sandeep Solanki     09:38:23

16    was one of our -- our in-house attorneys who was

17    responsible for providing the E-discovery team the

18    names of the custodians to be placed on legal hold.

19              I don't -- I recall it, again, being a --

20    a collaborative effort between our outside counsel     09:38:54

21    and our in-house counsel, but I cannot recall by

22    name all of those individuals.

23         Q.   (By Ms. Weaver)  Can you recall by name

24    any of them?

25              MR. FALCONER:  Same objection.               09:39:08
```

                                                    Page 27

```
 1                THE DEPONENT:  No.                    09:39:13

 2        Q.   (By Ms. Weaver)  Was Josh Lipshutz

 3   involved?

 4                MR. FALCONER:  Same objection.

 5                THE DEPONENT:  I don't know.          09:39:25

 6        Q.   (By Ms. Weaver)  Were you?

 7                MR. FALCONER:  Same objection.

 8                THE DEPONENT:  I was not involved in the

 9   identification of relevant custodians.

10        Q.   (By Ms. Weaver)  And the only person you  09:39:39

11   can think of who was involved in the identification

12   of relevant custodians by name is Mr. Solanki; is

13   that right?

14                MR. FALCONER:  Same objection.

15                THE DEPONENT:  Yes.                   09:39:58

16        Q.   (By Ms. Weaver)  What was the process by

17   which Facebook identified custodians?

18        A.   Our in-house and outside counsel are --

19   work together to -- to identify relevant custodians

20   in a matter.                                      09:40:24

21        Q.   How did they work together to identify

22   the custodians?

23        A.   I'm not part of those discussions.

24        Q.   So you don't know?

25        A.   I know that they collaborate and work    09:40:45
```

Page 28

1    together.  To what extent that they do that, I          09:40:47

2    can't answer that.

3        Q.   Okay.  I'm just trying to actually

4    understand the process and what you mean by

5    "collaborate and work together."                         09:40:54

6            Do they interview people?  Do they look

7    at documents?  Did you speak with anybody to find

8    out who was -- and by "you," I mean Facebook -- who

9    was involved in Cambridge Analytica?  What was the

10   process for identification custodians that Facebook     09:41:06

11   engaged in this matter in 2018?

12       A.   Yes, I do believe that they talked to

13   employees at the company to understand if there is

14   any involvement on any matter, including

15   Cambridge Analytica.  We also ask our custodians to    09:41:29

16   assist in identifying additional custodians that --

17   that worked on relevant topics related to the

18   matter, so that -- so that's our process.

19       Q.   Okay.

20           Let's return for a moment just back to         09:41:57

21   Exhibit 384.  And looking at the exhibit, do you

22   understand that you are here to testify on all of

23   the topics, 1 through 8, identified in Exhibit 384?

24       A.   No.  As I mentioned, I -- I had

25   understood that the topics were -- were listed in       09:42:24

Page 29

```
 1    the letter to plaintiff's counsel from Gibson Dunn        09:42:31

 2    in May -- in May of this year.

 3         Q.   I understand.  I've read the

 4    correspondence.

 5              But I'm asking you this question:  Is           09:42:45

 6    there any topic listed in Exhibit 384 upon which

 7    you are not prepared to testify generally?

 8              MR. FALCONER:  Objection.  Form.

 9              THE DEPONENT:  The -- topic 8 is -- is

10    one for which -- I, you know, don't have by name,         09:44:00

11    title, position all persons responsible with the

12    decision-making as it pertains to topics 3 and 7.

13         Q.   (By Ms. Weaver)  So for the record, topic

14    8 says "identify by name, title, position, employer

15    all persons responsible for and involved with            09:44:20

16    decision-making relating to topics 3 through 7 as

17    well as a general description of these decisions,

18    the timing of those decisions, and the effect of

19    those decisions."

20              That's the topic you were referring to,        09:44:32

21    correct?

22         A.   That's the topic I'm referring to, yes.

23         Q.   And you're saying you have no knowledge

24    or maybe you have general knowledge with regard to

25    topic 8?                                                  09:44:45
```

Page 30

```
 1          A.    I have general knowledge.  The -- but --      09:44:50

 2    but the topic is asking for all persons and -- and

 3    name, title, and position, which -- which,

 4    you know, depending on the question, I might -- I

 5    might struggle with.                                      09:45:10

 6          Q.    Fair enough.  That's okay.  We

 7    understand.

 8                Let's look for a moment here at topic 1.

 9                Is it fair to describe topic 1 as

10    Facebook's guidelines, policies, practices,               09:45:25

11    procedures, rules, et cetera, regarding the

12    collection, preservation, retention of ESI,

13    personal information, documents, data and content,

14    and information relating to this action?

15                MR. FALCONER:  Objection.  Form.             09:45:49

16                THE DEPONENT:  I did -- I didn't catch a

17    question there, Counsel.  I'm sorry.

18          Q.    (By Ms. Weaver)  That's okay.  I'm just

19    trying to get your general understanding of what

20    you think topic 1 entails, so I was asking a             09:46:01

21    leading question, which I will do again and

22    hopefully it will be helpful.

23                Is it fair to describe topic 1 as

24    Facebook's guidelines, policies, practices,

25    procedures, rules, et cetera, regarding the             09:46:15
```

Page 31

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | collection, preservation, and retention of ESI, | 09:46:18 |
| 2 | personal information, documents, data, content, and | |
| 3 | information relating to this action? | |
| 4 | MR. FALCONER:  Objection.  Form. | |
| 5 | THE DEPONENT:  Yes, that's fair. | 09:46:36 |
| 6 | Q.   (By Ms. Weaver)  What is your | |
| 7 | understanding of what ESI is? | |
| 8 | A.   ESI is an acronym for electronically | |
| 9 | stored information. | |
| 10 | Q.   And what is electronically stored | 09:46:56 |
| 11 | information? | |
| 12 | A.   That could be, you know, documents, | |
| 13 | communications, electronic communications data, | |
| 14 | within the company. | |
| 15 | (Exhibit 385 was marked for | 09:47:18 |
| 16 | identification by the court reporter and is | |
| 17 | attached hereto.) | |
| 18 | MS. WEAVER:  We are marking as | |
| 19 | Exhibit 385 tab 29, Mr. Samra. | |
| 20 | And for the record, Exhibit 385 -- | 09:47:29 |
| 21 | Q.   (By Ms. Weaver)  -- which will be up in a | |
| 22 | moment, Mr. Duffey.  I'm just going to read the | |
| 23 | Bates numbers into the record. | |
| 24 | And you know what those are; is that | |
| 25 | correct?  A Bates number? | 09:47:38 |

Page 32

CONFIDENTIAL

```
 1          A.   I know what a Bates number is, yes.          09:47:39

 2          Q.   Yes.

 3               MS. WEAVER:  Exhibit 385 bears Bates

 4     numbers Advance-Meta-0000489 through -493.

 5          Q.   (By Ms. Weaver)  And let me know when you     09:47:58

 6     have it up.

 7               MS. WEAVER:  I am informed that it is

 8     loaded, and I see the file.

 9               THE WITNESS:  I have it up now.

10               MS. WEAVER:  Okay.  Great.                    09:48:39

11               MR. FALCONER:  Can you give me just a

12     second?  Sorry.  I'm still --

13               MS. WEAVER:  No problem.

14               MR. FALCONER:  Sorry.

15               I got it.  Thank you.                         09:48:46

16          Q.   (By Ms. Weaver)  And you may take a

17     moment to review it, of course, Mr. Duffey.  But

18     when you've had a moment, please tell me whether or

19     not you recognize Exhibit 385.

20          A.   Yes, I do recognize it.                       09:49:04

21          Q.   And what is it?

22          A.   It's the company's legal hold policy.

23          Q.   And when you say "the company's," do you

24     mean Meta or Facebook?

25               MR. FALCONER:  Objection.  Form.              09:49:19
```

Page 33

CONFIDENTIAL

```
 1              THE DEPONENT:  When I say "company," I        09:49:26

 2    mean -- I mean Meta Platforms, Inc., but that's

 3    what I -- that's -- that's the company.

 4         Q.   (By Ms. Weaver)  Okay.

 5              Is -- but you're here testifying on          09:49:39

 6    behalf of Facebook.  Does this -- does

 7    Exhibit 385 -- represent Facebook's current legal

 8    hold policy?

 9              MR. FALCONER:  Objection.  Form.

10              THE DEPONENT:  I believe this -- this        09:50:02

11    policy was put into effect before the company

12    changed its name from Facebook Inc. to Meta

13    Platform, Inc.  So -- so I would say yes to your

14    question.

15         Q.   (By Ms. Weaver)  And in preparation for      09:50:19

16    your deposition today, did you review other legal

17    hold notices other than Exhibit 385 -- legal hold

18    policies, rather?

19         A.   Do you mind restating the question?

20         Q.   No problem.                                  09:50:34

21              In preparation for your deposition today,

22    did you review legal hold policies other than

23    Exhibit 385?

24         A.   I reviewed this document.  I did not

25    review any earlier versions of this policy.         09:50:59
```

Page 34

CONFIDENTIAL

```
 1        Q.    Do earlier versions exist?                    09:51:04

 2        A.    I believe so.  At the -- on the last

 3    page, it indicates that there is a -- that what we

 4    are looking at is the portal version 3.

 5              So I believe that there were possibly two     09:51:33

 6    earlier versions of this policy.

 7        Q.    Did Facebook have a legal hold policy in

 8    place in March of 2018?

 9        A.    I don't believe we had a formal legal

10    hold policy in place prior to June 10th, 2020.         09:52:08

11        Q.    Okay.

12              What did you do to prepare for your

13    deposition today?

14        A.    Counsel, I have a few pages of notes here

15    in front of me.  Is it okay if I -- I refer to         09:52:33

16    them?

17        Q.    You may.

18              MS. WEAVER:  And I'll request their

19    immediate production, Russ.  And I really -- just a

20    standing request that if things like that happen,      09:52:44

21    these are produced ahead of the deposition so we

22    can prepare.

23        Q.    (By Ms. Weaver)  Please go ahead and

24    answer the question.  And, yes, you may rely on

25    those documents, Mr. Duffey.                           09:53:00
```

Page 35

CONFIDENTIAL

```
 1        A.   Thank you.                                  09:53:03

 2             I met with counsel for Gibson Dunn

 3    approximately for 38 hours over the course of four

 4    weeks.  I believe that there were ten sessions.

 5             I reviewed the documents that were          09:53:22

 6    produced to plaintiffs, I believe a week or so ago.

 7             I reviewed correspondence from Gibson

 8    Dunn to plaintiffs regarding legal hold and -- and

 9    preservation of ESI.

10             I reviewed a handful of documents that      09:53:53

11    were provided from -- by plaintiffs to Gibson Dunn.

12             I reviewed the 30(b)(6) notice and the

13    correspondence that I mentioned from May 18th,

14    2020 -- 2022.

15             I spoke with various employees at the       09:54:25

16    company to help learn more about the various topics

17    at issue here.

18        Q.   And is all of this information detailed

19    in the notes that you're reviewing?

20        A.   The -- the timing of the events, the        09:54:56

21    number is on -- on the notes.  The people that I

22    spoke with are -- are also listed.

23        Q.   Do you have --

24        A.   There's listing --

25        Q.   I'm so sorry.  Please continue.             09:55:15
```

Page 36

CONFIDENTIAL

```
 1        A.   Oh, I was just -- no, no.                    09:55:18

 2             You know, I mentioned that I reviewed the

 3   documents.  Those are not listed in my notes, no.

 4        Q.   What documents did you review?

 5        A.   The policies that were produced to           09:55:38

 6   plaintiffs a week or so ago.  I don't know -- I

 7   don't know the exact date that that production was

 8   made.

 9             Cor- -- again, correspondence from Gibson

10   Dunn to plaintiffs regarding the legal hold and      09:56:02

11   preservation of ESI.

12             I reviewed some documents that plaintiffs

13   provided to Gibson Dunn.

14             I reviewed the 30(b)(6) notice.

15             I -- I saw -- I reviewed an email from      09:56:34

16   Special Master Garrie regarding questions he had

17   for this deposition.

18             Counsel showed me, I believe, the initial

19   disclosures that plaintiffs filed in this case and

20   a very short portion of the Tyler King deposition   09:57:17

21   transcript.

22        Q.   Anything else?

23        A.   No.

24        Q.   What was the subject matter of the

25   portion of the Tyler King deposition transcript     09:57:41
```

Page 37

```
 1    that you reviewed?                                    09:57:44

 2         A.   It was confirmation that her account was

 3    deleted in 2018.

 4         Q.   And were you involved in seeking to

 5    preserve any ESI relating to Ms. King's account?     09:58:08

 6              MR. FALCONER:  Objection.  Beyond the

 7    scope of the notice.

 8              THE DEPONENT:  I was not personally

 9    involved, but there were members of my team that --

10    that were involved.                                   09:58:26

11         Q.   (By Ms. Weaver)  And who was that?

12         A.   Another case manager on the E-discovery

13    team.  Her name is Jennifer Allen, A-L-L-E-N.

14         Q.   And what do you recall about efforts to

15    preserve ESI relating to Ms. King's account?         09:58:51

16         A.   There was an attempt made to take a DYI

17    snapshot of Ms. King's account as well as there was

18    a preservation effort to preserve information using

19    a tool and -- a tool that we call Switchboard.

20         Q.   And was, in fact, a DYI snapshot of        09:59:36

21    Ms. King's account taken?

22         A.   We attempted to take those snapshots in

23    March 9th -- on March 9th, 2020, because Ms. King's

24    account was deleted in 2018.  I don't believe that

25    there was any data available to be taken as a         10:00:09
```

Page 38

```
 1    snapshot.                                          10:00:13

 2         Q.   Were any attempts to take snapshots taken

 3    before March 9th, 2020?

 4         A.   I know -- I know that our -- our counsel

 5    at Gibson Dunn attempted to obtain information      10:00:39

 6    necessary to identify the named plaintiffs'

 7    accounts.  I don't believe we received that

 8    information until late 2019, early 2020.

 9         Q.   The question was were any attempts made

10    to take snapshots before March 9th, 2020?          10:01:16

11         A.   No.

12         Q.   You referenced a tool called Switchboard.

13              Do you recall that?

14         A.   Yes.

15         Q.   What is Switchboard?                      10:01:40

16         A.   Switchboard is a investigative tool that

17    has information related to Facebook users that our

18    law enforcement response team is responsible for.

19         Q.   And who --

20         A.   That tool is used -- I'm sorry.           10:02:10

21              That tool is used to take snapshots of

22    information about a Facebook user.

23         Q.   How is Switchboard different than any

24    other tool that might be used to take a snapshot of

25    an account?                                         10:02:36
```

```
 1              MR. FALCONER:  Objection.  Form.          10:02:37

 2              THE DEPONENT:  Switchboard and DYI are

 3      very similar in the information that is captured in

 4      a snapshot.  Switchboard has some additional

 5      information that DYI doesn't pertaining to Facebook   10:03:03

 6      groups and advertising accounts.

 7          Q.   (By Ms. Weaver)  And specifically, does

 8      Switchboard contain relating to Facebook groups and

 9      advertising accounts that DYI does not?

10          A.   My understanding is that DYI doesn't have    10:03:49

11      information related to whether a user is an

12      administrator of a particular Facebook group.  I

13      don't believe DYI has information related to a

14      user's advertising accounts.

15          Q.   And when you say "a user's advertising       10:04:13

16      accounts," what do you mean?

17          A.   If a user is selling ads on Facebook.

18          Q.   So for the record, Switchboard has

19      information regarding users' advertisers' accounts

20      that are used to sell ads on Facebook; is that        10:04:46

21      correct?

22          A.   I'm not -- I'm not sure of the exact

23      information relating to advertising accounts in

24      Switchboard.  That would be a question for the law

25      enforcement response team.                            10:05:06
```

Page 40

CONFIDENTIAL

```
1        Q.    What is the law enforcement response        10:05:07

2    team?

3        A.    That -- that team is -- is -- receives

4    subpoenas and requests from law enforcement

5    regarding individual users at Facebook.              10:05:31

6        Q.    And why does the law enforcement response

7    team use Switchboard as opposed to DYI tool?

8            MR. FALCONER:  Objection.  Beyond the

9    scope of the notice.

10           And, Mr. Duffey, again, I'll just caution    10:05:49

11   you:  Don't reveal any privileged communications

12   you may have had in the course of your work at the

13   company in answering that question.

14           THE DEPONENT:  I don't know -- I don't

15   know the -- the -- all of the reasons why the law   10:06:17

16   enforcement response team uses Switchboard.  I know

17   that Switchboard was a tool used by that team

18   before DYI.  The ability to download your

19   information was available to users.

20           I -- I -- I think that it -- the law        10:06:39

21   enforcement response team can produce records to

22   law enforcement in response to subpoena in a more

23   usable way than DYI has available to it as a

24   download.

25       Q.    (By Ms. Weaver)  And when you say "in a   10:07:07
```

Page 41

CONFIDENTIAL

```
 1    more usable way," what do you mean?                    10:07:08

 2         A.   In a, you know -- like a PDF record.

 3         Q.   And does the Switchboard tool also have

 4    the ability to retrieve information not contained

 5    in DYI that would include, for example, ███████      10:07:36

 6    █████████████████████████████ that is not

 7    captured by the DYI tool, setting aside the two

 8    examples that you earlier identified?

 9         A.   I don't believe so, no.  If a user

10    deletes -- Switchboard, similar to DYI, is a           10:08:01

11    ███████████████████████████████████  ██████

12    ███████████████████████████████████████

13    take the Switchboard snapshot ████████████████

14    ██████████████████████████████ Switchboard,

15    ██████                                                 10:08:29

16         Q.   Does the law enforcement response team

17    use any tools other than Switchboard to collect and

18    provide information about users in response to

19    subpoenas?

20              MR. FALCONER:  Objection.  Beyond the        10:08:42

21    scope of the notice.

22              THE DEPONENT:  I don't know.

23         Q.   (By Ms. Weaver)  Who would know?

24              MR. FALCONER:  Same objection.

25              THE DEPONENT:  Somebody -- somebody on        10:09:03
```

Veritext Legal Solutions
866 299-5127

```
 1    the law enforcement response team would know the          10:09:04

 2    answer to that question.

 3        Q.   (By Ms. Weaver)  Can you identify anybody

 4    by name who was on the law enforcement response

 5    team?                                                     10:09:12

 6        A.   Yes.  I'm going to have a very difficult

 7    time pronouncing or spelling her last name.  But it

 8    is, I believe, Lana Schednenko.

 9             Another -- another person on -- on that

10    team is a woman by the name of Beth Jarvis,               10:09:44

11    J-A-R-V-I-S.

12        Q.   Is there anyone else that you can think

13    of?

14        A.   Not by name, no.

15        Q.   And these are current employees; is that         10:10:13

16    correct?

17        A.   I believe they are current employees,

18    yes.

19        Q.   Is it your understanding that in response

20    to a subpoena, the law enforcement response team          10:10:22

21    provides information about users that goes beyond

22    the scope of what's in a DYI file?

23             MR. FALCONER:  Objection.  Beyond the

24    scope of the notice.

25             THE DEPONENT:  I don't know.                      10:10:44
```

                                                        Page 43

```
1         Q.   (By Ms. Weaver)  When Facebook tried to        10:10:48
2    use Switchboard to retrieve Ms. King's ESI, did
3    that yield any results?
4         A.   I don't believe so.
5         Q.   Did Facebook use Switchboard to retrieve        10:11:04
6    any ESI for any other named plaintiff in this
7    action?
8         A.   I don't understand what you mean by
9    "retrieve."
10        Q.   That's a fair question.                         10:11:23
11             What was Facebook using Switchboard to do
12   with regard to Ms. King's ESI?
13        A.   We attempted to take a snapshot in order
14   to preserve whatever information was available
15   regarding Ms. King's account at the time -- at the     10:11:45
16   time -- at -- yeah, March -- on March 9th, 2020.
17        Q.   And is it your testimony that there was
18   no ESI at all available with regard to Ms. King?
19        A.   I don't know if there was any ESI
20   available at all.  I don't believe there was,          10:12:16
21   but -- but I am not sure.
22        Q.   So was there an attempt to retrieve any
23   data with regard to Ms. King's ESI as opposed to
24   take a snapshot of what currently existed?
25             MR. FALCONER:  Objection.  Form.             10:12:36
```

Page 44

```
 1              THE DEPONENT:  Again, I -- I'm not -- I'm        10:12:42

 2    not quite -- I don't understand what you mean by

 3    the -- the word "re- -- retrieve."

 4         Q.   (By Ms. Weaver)  When you say you didn't

 5    believe there was any ESI available at all, what        10:12:58

 6    did you mean by "available"?

 7         A.   Available for preservation purposes.

 8         Q.   And what does "available" mean?

 9         A.   That -- that any information existed at

10    the time that we tried to take the snapshot.            10:13:25

11         Q.   When you say "existed," are you including

12    in that definition data which might exist but had

13    been anonymized or "pseudonymized" in a way such

14    that it was just not associated with Ms. King?

15         A.   I'm not, no.                                   10:13:47

16         Q.   Were any attempts made to reidentify or

17    reassociate data with Ms. King's account?

18              MR. FALCONER:  Objection.  Beyond the

19    scope of the notice.

20              THE DEPONENT:  I don't know.                   10:14:03

21         Q.   (By Ms. Weaver)  Who would know?

22         A.   When -- when you -- when you refer to

23    sort of like anonymization and reidentification, I

24    think -- I think, to me, that would be a question

25    for the E-discovery data science team.                  10:14:51
```

Page 45

```
1        Q.   And who specifically by name is on that      10:14:57

2   team who you think might have knowledge of this?

3        A.   The two data scientists that I know that

4   are working on the Cambridge matters are Maggie Ji,

5   M-A-G-G-I-E J-I.  And Gerardo, G-E-R-A-R-D-O,          10:15:13

6   Zaragoza, Z-A-R-A-G-O-Z-A.

7        Q.   And returning to the snapshot tool, do

8   you know if the snapshot -- or sorry.  Strike that.

9            With regard to the Switchboard tool, do

10  you know if it was used to take a snapshot of any      10:15:51

11  other named plaintiff's account in this action?

12       A.   Yes, it was.

13       Q.   For which named plaintiffs?

14       A.   These all took place on March 9th, 2020.

15           Steve Akins.                                  10:16:17

16           Would you like me to spell those names

17  or -- are we comfortable that everybody knows who

18  I'm talking about when I --

19       Q.   With the court reporter's permission, if

20  we can skip the spelling, the deposition will be       10:16:30

21  shorter.

22           MS. WEAVER:  Is that okay, Ms. Romano?

23           Okay.

24       Q.   (By Ms. Weaver)  Yes, you may skip the

25  spelling and we'll clean that up later.                10:16:37
```

                                                        Page 46

CONFIDENTIAL

```
 1        A.    Okay.                                    10:16:40

 2              Jason Ariciu, Anthony Bell, Bridgett

 3      Burke, Terry Fischer, Jordan O'Hara, and Cheryl

 4      Senko.

 5              My understanding is that Bridgett Burke,   10:17:03

 6      there was a -- was a second account identified, and

 7      so a -- a Switchboard snapshot was taken on the

 8      second account on September 27th, 20221.

 9        Q.    So did Facebook produce the Switchboard

10      snapshots in this action as well as the efforts to   10:17:32

11      retrieve from the DYI tool?

12              MR. FALCONER:  Objection.  Beyond the

13      scope of the notice.

14              THE DEPONENT:  The question was has

15      Facebook produced from the Switchboard tool?  I      10:17:50

16      don't believe so, no.

17        Q.    (By Ms. Weaver)  And do you know why that

18      is?

19              MR. FALCONER:  Objection.  Beyond the

20      scope of the notice.                                 10:18:01

21              And, again, Mr. Duffey, to the extent you

22      can answer that question without revealing any

23      privileged communications, you can do so.  But if

24      you can't, you should not answer the question.

25              THE DEPONENT:  I don't know.                 10:18:19
```

Page 47

CONFIDENTIAL

```
 1          Q.   (By Ms. Weaver)  Was there a technical          10:18:20

 2    impediment to producing the PDFs from the

 3    Switchboard tool in this case?

 4               MR. FALCONER:  Objection.  Beyond the

 5    scope of the notice.                                       10:18:27

 6               THE DEPONENT:  Not that I'm aware of.

 7               MS. WEAVER:  We would request immediate

 8    production of those PDFs.

 9               MR. FALCONER:  Understood.

10               Lesley, we've been going just a little          10:18:48

11    more than an hour --

12               MS. WEAVER:  That's fine.

13               MR. FALCONER:  When you get to a point,

14    if we can take a quick break?  I don't know if

15    you're done with Switchboard or not, but --               10:18:54

16               MS. WEAVER:  We can take a break.  That's

17    fine.

18               THE VIDEOGRAPHER:  Okay.  We're off the

19    record.  It's 10:19 a.m.

20               (Recess taken.)                                 10:19:01

21               THE VIDEOGRAPHER:  Okay.  We are back on

22    the record.  It's 10:35 a.m.

23          Q.   (By Ms. Weaver)  Mr. Duffey, you

24    understand you're still under oath, correct?

25          A.   Yes, I understand that.                         10:35:47
```

Page 48

1      Q.   And before the break, we were discussing        10:35:49

2   the Switchboard tool.

3           Do you recall that?

4      A.   Yes, I do.

5      Q.   And when was the DYI tool first              10:35:56

6   implemented?

7           MR. FALCONER:  Objection.  Beyond the

8   scope of the notice.

9           THE DEPONENT:  I don't know.

10     Q.   (By Ms. Weaver)  You testified earlier        10:36:10

11  that the Switchboard tool was used before the DYI

12  tool.

13          Do you recall that?

14     A.   Yes, I do recall that testimony, yes.

15     Q.   And what, roughly, do you recall about        10:36:21

16  the timeline of the Switchboard tool being used to

17  take snapshots of ESI as opposed to the DYI tool?

18          MR. FALCONER:  Objection.  Beyond the

19  scope.

20          THE DEPONENT:  I started at the company      10:36:41

21  in -- in 2017, and we have been using Switchboard

22  since then.  I -- I don't recall DYI having been

23  available for snapshot in that time period.  So

24  that's why my belief is that Switchboard was used

25  before -- before DYI.                                10:37:09

                                                         Page  49

CONFIDENTIAL

1      Q.   (By Ms. Weaver)  And when you say "in        10:37:11

2    that time period," do you mean 2017 or 2018?

3      A.   Yeah, both.  You know, it was -- it was

4    not -- I meant -- I meant 2017 when I started,

5    but -- but in 2018, I don't recall DYI being used    10:37:32

6    as -- as a preservation tool for snapshots.

7      Q.   Did the DYI tool become the tool to be

8    used as preservation -- well, strike that.  Let me

9    ask the question again.

10          At some point in time, did Facebook begin    10:38:01

11   to use the DYI tool to take snapshots for

12   preservation purposes?

13          MR. FALCONER:  Objection.  Form.

14          THE DEPONENT:  Both are used.  I don't

15   recall when the, you know, the first instance of    10:38:22

16   E-discovery team using DYI as a preservation

17   mechanism for user accounts.

18      Q.   (By Ms. Weaver)  Fair enough.

19          Do you know if the DYI tool is used as

20   commonly as the Switchboard tool for preservation    10:38:44

21   snapshots?

22          MR. FALCONER:  Objection.  Beyond the

23   scope of the notice.

24          THE DEPONENT:  I don't know that.

25      Q.   (By Ms. Weaver)  In your experience, have    10:38:57

Page 50

```
 1    you more often used the Switchboard tool than the        10:38:57

 2    DYI tool for preservation snapshots?

 3              MR. FALCONER:  Objection.  Beyond the

 4    scope of the notice.

 5              THE DEPONENT:  Yes.                            10:39:14

 6         Q.   (By Ms. Weaver)  And why is that?

 7              MR. FALCONER:  Same objections.

 8              THE DEPONENT:  I -- I don't know why that

 9    is.  My -- my instinct is part of it would be

10    because of the -- the way that snapshot could be        10:39:48

11    presented.

12         Q.   (By Ms. Weaver)  Any other reason you can

13    think of?

14              MR. FALCONER:  Same objection.

15              THE DEPONENT:  No.                             10:40:06

16         Q.   (By Ms. Weaver)  And when you say it

17    would be because of the way that snapshot could be

18    presented, what do you mean?

19         A.   I mentioned this earlier.  It's -- it's

20    the sort of -- my understanding is that DYI is --       10:40:29

21    is lots of individual files, so a Switchboard

22    snapshot, from my experience, can be provided as a

23    PDF.

24         Q.   And when were the Switchboard snapshots

25    created for the named plaintiffs in this case?          10:41:00
```

Page 51

```
 1        A.   March 9th, 2020.  And then the second      10:41:18

 2   Bridgett Burke account on September 27th, 2021.

 3        Q.   And you're consulting your notes; is that

 4   correct?

 5        A.   I am.                                       10:41:33

 6        Q.   And I believe if you look in your

 7   Exhibit Share that that -- your notes have been

 8   marked as Exhibit 386.

 9             (Exhibit 386 was marked for

10   identification by the court reporter and is           10:41:53

11   attached hereto.)

12        Q.   (By Ms. Weaver)  Do you see that?

13        A.   Yes.

14        Q.   So looking at Exhibit --

15             And just for the record, what is            10:42:16

16   Exhibit 386?

17        A.   These are notes that I took during the

18   course of my preparation for this deposition.

19        Q.   And when did you prepare these notes?

20        A.   I think I started on Monday and continued   10:42:49

21   to update the notes through yesterday.

22        Q.   And looking at the page ending with Bates

23   number -3258 in Exhibit 386.

24             Do you see a reference to Switchboard

25   there?                                                10:43:11
```

```
 1        A.   Yes.                                     10:43:15

 2        Q.   And do you see that it's written "has

 3   more information about other users compared to DYI.

 4   It also has information related to pages, groups,

 5   advertising accounts."                             10:43:24

 6             Do you see that?

 7        A.   Yes.

 8        Q.   How do you know that?

 9        A.   Based off of discussions with Jen Allen,

10   Jennifer Allen, who took the snapshots.            10:43:53

11        Q.   Thank you.

12             And you believe that to be true, correct?

13        A.   Yes, I do believe that to be true.

14        Q.   And when you wrote -- I'm sorry.

15             You wrote those sentences; is that right?  10:44:11

16   Is that fair?

17        A.   (Nodding.)

18             Yes.

19        Q.   Okay.

20             When you wrote "has more information        10:44:18

21   about other users" --

22        A.   Uh-huh.

23        Q.   -- what did you mean by "other users"?

24        A.   Because Switchboard is used by the law

25   enforcement response team, I believe that           10:44:40
```

                                                      Page 53

```
 1    Switchboard captures additional information about        10:44:44

 2    who the user is interacting with.

 3         Q.   Would that include ████████████████████

 4    █████████████████████████████████████████████

 5    ████████████████████████████████?                        10:45:12

 6         A.   I don't know.

 7         Q.   Do you know specifically what more

 8    information about other users Switchboard has other

 9    than DYI?

10         A.   I don't understand the question.             10:45:37

11         Q.   I'm just trying to understand when you

12    say "has more information about other users"

13    specifically what that is.

14              Can you be more specific?

15         A.   Compared to DYI?                               10:45:53

16         Q.   Yes.

17         A.   Is that the question?

18         Q.   Yes.

19         A.   I don't have that level of detail, no.

20         Q.   But Jennifer Allen would; is that right?      10:45:59

21         A.   I think that would be more of an

22    appropriate question to the law enforcement

23    response team.

24         Q.   And did you speak with them in

25    preparation for your deposition?                        10:46:16
```

Page 54

```
 1        A.   No.                                          10:46:18

 2        Q.   Do you see where you wrote "it" --

 3   meaning Switchboard -- "also has information

 4   related to pages, groups, advertising accounts"?

 5        A.   Yes.                                         10:46:35

 6        Q.   What information does Switchboard have

 7   about pages that the DYI tool does not?

 8        A.   The question was asking about pages

 9   specifically?

10        Q.   Yes.                                         10:47:02

11        A.   I don't know.

12        Q.   What information did the Switchboard tool

13   have about groups that the DYI does not?

14        A.   My understanding is that the DYI tool

15   does not maintain information about groups for    10:47:27

16   advertising accounts.

17        Q.   And when you say "groups," what do you

18   mean?

19        A.   Facebook groups.

20        Q.   And can you state for the record what    10:47:44

21   Facebook groups are?

22        A.   Sure.  I'm sorry.

23        Q.   No problem.

24        A.   A group is -- how would I -- if you have

25   an interest in a specific topic, for instance,    10:48:05
```

Page 55

CONFIDENTIAL

1   surfing, there could be a group established or --          10:48:10

2   or created or in existence that is related to

3   surfing that you could, you know, join and interact

4   with others that are not necessarily your -- or not

5   your friends, but people that have the same level       10:48:29

6   of interest.

7           So that is the -- a way to interact

8   outside of your network of -- of friends.

9       Q.  Do you know if the Switchboard tool has

10  the ability to collect information about privacy        10:48:43

11  settings?

12      A.  I believe it does, yes.

13      Q.  And what specific information about

14  privacy settings can the Switchboard tool collect?

15      A.  I don't know the answer to that.             10:49:04

16      Q.  Okay.  What's the basis for saying that

17  you think it does have the ability to collect

18  information about privacy settings?

19      A.  The basis would just be, you know, having

20  worked -- worked on a variety of -- of, you know,       10:49:25

21  legal matters.

22      Q.  And what specifically do you know, as you

23  sit here, about what information about privacy

24  settings the Switchboard tool can collect?

25      A.  I don't know anything specifically.  I         10:49:49

Page 56

CONFIDENTIAL

```
 1    just -- I just understand that the Switchboard tool        10:49:50

 2    can -- has -- has information about privacy

 3    settings in it, but -- but nothing specific, to my

 4    knowledge --

 5        Q.   Okay.                                              10:50:04

 6        A.   -- that I can share with me.

 7        Q.   Fair enough.

 8             And when you say "privacy settings," what

 9    do you mean, just so that we understand each other?

10        A.   I mean the -- the controls that a user            10:50:18

11    can set about, for instance, who can see your posts

12    or -- so -- so the settings for access of -- of

13    information related to your user account.

14        Q.   Do you know if the Switchboard tool

15    reflects information about privacy settings on           10:50:38

16    ██████████████████████ as opposed to ████████████

17    ███████?

18        A.   I don't know.

19        Q.   Okay.

20             Does the privacy -- sorry.                         10:50:56

21             Does the Switchboard have the ability to

22    collect information about ████████████████████████

23    ███████████?

24             MR. FALCONER:  Objection.  Form.

25             THE DEPONENT:  I don't know if -- if I             10:51:17
```

Page 57

| | | |
|---|---|---|
| 1 | understand the question.  What you do you mean by | 10:51:19 |
| 2 | "which apps"? | |
| 3 | Q.   (By Ms. Weaver)  That's fair. | |
| 4 | What is an app, for the record? | |
| 5 | A.   It's -- it's a product that you can | 10:51:32 |
| 6 | download onto your -- onto your phone. | |
| 7 | Q.   Okay. | |
| 8 | And you're aware that users can download | |
| 9 | apps through the Facebook platform; is that right? | |
| 10 | A.   Yes. | 10:51:51 |
| 11 | Q.   And does the Switchboard tool have the | |
| 12 | ability to identify ███████████████? | |
| 13 | MR. FALCONER:  Objection.  Beyond the | |
| 14 | scope. | |
| 15 | But go ahead, Mike. | 10:52:02 |
| 16 | THE DEPONENT:  I -- I don't know. | |
| 17 | Q.   (By Ms. Weaver)  Do you know who would | |
| 18 | know? | |
| 19 | A.   I would -- I would refer to the law | |
| 20 | enforcement response team to be able to answer that | 10:52:16 |
| 21 | question. | |
| 22 | Q.   Okay. | |
| 23 | Looking a little lower on this page, do | |
| 24 | you see where it says "Note:  In the aggregate, | |
| 25 | Facebook preserved 52 Switchboard snapshots across | 10:52:27 |

Page 58

1    groups, pages, ads accounts in fall 2021 for the          10:52:32

2    named plaintiffs one identifies as admins."

3          Do you see that?

4    A.   I do.

5    Q.   What's your understanding of what                    10:52:43

6    happened in fall of 2021 with regard to these

7    Switchboard snapshots?

8    A.   If any of the named plaintiffs were

9    admins for any groups or pages, then snapshots were

10   taken of those groups and pages, and if any of the        10:53:06

11   named plaintiffs had advertising accounts, those

12   were also captured in a Switchboard snapshot.

13   Q.   And for clarity, when you say "named

14   plaintiffs," you mean the individuals listed above

15   in that box; is that correct?                             10:53:29

16   A.   That's correct.

17   Q.   And were those 52 Switchboard snapshots

18   produced in this action?

19          MR. FALCONER:  Objection.  Beyond the

20   scope of the notice.                                      10:53:41

21          THE DEPONENT:  I don't believe any

22   Switchboard snapshots have been produced to date

23   in -- in this litigation.

24   Q.   (By Ms. Weaver)  And, again, you're not

25   aware of any technical impediment that would have         10:53:55

                                                    Page 59

CONFIDENTIAL

```
1    presented their production; is that right?           10:53:58

2            MR. FALCONER:  Same objection.

3            THE DEPONENT:  No, I'm not.

4        Q.   (By Ms. Weaver)  And 52 Switchboard

5    snapshots that you referred to there, those were     10:54:15

6    first taken in fall of 2021; is that correct?

7        A.   Yes, that's correct.

8        Q.   Were similar Switchboard snapshots taken

9    prior to fall of 2021?

10       A.   Yes.  On March 9th, 2020, we took           10:54:42

11   snapshots of the named plaintiffs' user accounts.

12       Q.   So how did the snapshots taken on

13   March 9th of 2020 differ from the 52 Switchboard

14   snapshots taken in fall of 2021?

15       A.   In March 9th, 2020, we took snapshots of    10:55:05

16   the user accounts.  In the fall of 2021, we took

17   snapshots of groups and pages for which the named

18   plaintiffs were admins and ads accounts associated

19   with the named plaintiffs.

20       Q.   And when you say "fall of 2021," what       10:55:30

21   month are you referring to?

22           MR. FALCONER:  Objection.  Form.

23           THE DEPONENT:  I don't know.

24       Q.   (By Ms. Weaver)  Who would know?

25       A.   Jennifer Allen would be able to provide     10:55:50
```

Page 60

CONFIDENTIAL

```
 1    that information.                                10:55:52

 2         Q.   Why were the 52 Switchboard snapshots

 3    taken in the fall of 2021?

 4              MR. FALCONER:  And, Mr. Duffey, I'll just

 5    caution you:  If you can answer that question      10:56:02

 6    without revealing anything privileged, do so, but

 7    if you can't, please don't answer the question.

 8              THE DEPONENT:  I can't answer that

 9    question.

10         Q.   (By Ms. Weaver)  To be clear, when you   10:56:13

11    testified that the March 9th, 2020 snapshots were

12    of user accounts, do you mean the DYI tool or do

13    you mean something different?

14         A.   I don't -- I don't understand the

15    question.                                          10:56:34

16         Q.   Me either.

17              What did you mean when you -- when you

18    wrote -- when you said that snapshots were taken of

19    user accounts in March 9 of 2020, what does "user

20    accounts" mean?                                    10:56:45

21         A.   The -- the Facebook account of the named

22    plaintiffs.

23         Q.   And is what contained in a user account

24    different than what's available in the DYI tool?

25              MR. FALCONER:  Objection.  Form.         10:57:04
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1            THE DEPONENT:  I understand that there      10:57:22

 2  may be some differences between what a snapshot of

 3  a Facebook user account is in Switchboard versus

 4  what is captured in a DYI for a Facebook user, but

 5  I don't know what those differences are.  My          10:57:47

 6  understanding is they are very -- very similar, but

 7  there is -- but there are some differences.

 8       Q.   (By Ms. Weaver)  Okay.  I'm a little

 9  confused by what you mean by "user accounts" and

10  the difference between user accounts and DYI.        10:58:08

11            Are you using those terms to be

12  synonymous or are they different?

13       A.   Well, DYI is the -- the tool that allows

14  Facebook users to download their information.

15  Switchboard is a tool -- internal tool used by       10:58:38

16  Facebook to preserve information related to

17  Facebook accounts, user accounts.

18            So I am -- when I say "user account,"

19  I'm -- I'm referring to the Facebook account of the

20  named plaintiffs.                                    10:59:01

21       Q.   So I apologize for being thick.  I'm just

22  trying to get this clear for the record.

23            When you say that there was a snapshot of

24  user accounts on March 9, 2020, was that with the

25  DYI tool?                                            10:59:14
```

Page 62

1      A.   No, it was not.  The -- the -- I have          10:59:18

2   a -- on my other -- another page of notes.  I have

3   a table that was -- that provides the detail of

4   when the DYI snapshots were taken.

5      Q.   And that's at page ending -3257 in          10:59:44

6   Exhibit 386; is that correct?

7      A.   That's correct.

8      Q.   So where it says "DYI currently eight

9   named plaintiffs" and then there's a table

10  underneath that, that table reflects when DYI          11:00:01

11  snapshots were taken; is that correct?

12     A.   That's correct.

13     Q.   So looking back at the page ending -3258

14  and there's a table, that table reflects the

15  snapshots taken with the Switchboard tool; is that     11:00:19

16  correct?

17     A.   That's correct.

18     Q.   Okay.

19          And looking back at page -3257, has

20  Facebook produced all of the snapshots identified      11:00:33

21  here taken with the DYI tool?

22          MR. FALCONER:  Objection.  Beyond the

23  scope of the notice.

24          THE DEPONENT:  I don't know.

25     Q.   (By Ms. Weaver)  Who would know?             11:00:54

Page 63

CONFIDENTIAL

```
 1          A.   I -- I could find out that information.        11:01:05

 2     I just don't know that sitting here.  Counsel for

 3     Gibson Dunn could -- could also get that

 4     information.  Our E-discovery team would know.  I

 5     just -- I just don't know the answer to that         11:01:17

 6     question as I sit here.

 7          Q.   Okay.

 8               And do you see that in your notes here,

 9     you refer to "TAO," the associations and objects

10     database?                                            11:01:41

11          A.   Yes.

12          Q.   Is it fair to call it a database?

13          A.   I don't know.  I don't know if it would

14     be called a database.

15          Q.   Let's call it a data source.  Fair         11:01:53

16     enough.

17               Do both DYI and Switchboard pull data

18     from TAO?

19          A.   I believe so, yes.

20          Q.   Do they pull different data from TAO than   11:02:10

21     each other?

22          A.   I think I mentioned this before.  My

23     understanding is that the Switchboard snapshots can

24     ████████████████████████████████████████████████

25     ██████████████████.  So -- so while I -- I don't know   11:02:53
```

Page 64

```
 1     specifically what the differences are.  I do          11:03:00

 2     believe that that Switchboard does collect -- or

 3     collect additional information potentially from TAO

 4     that is not collected in a DYI snapshot.

 5          Q.   And do you see on page -3258 you've got a    11:03:28

 6     heading "Facebook can remove objects and

 7     associations," and then there's a bullet point that

 8     says "Facebook deprecates products and features,

 9     and objects and associations would be deleted when

10     this happens"?                                         11:03:51

11          Do you see that?

12          A.   Yes.

13          Q.   What does "deprecate" mean, for the

14     record?

15          A.   No longer available for use.                11:04:05

16          Q.   And below that it says "██████████████

17     ████████████████████████████████████████████

18     ████████."

19          Do you see that?

20          A.   Yes, I do.                                   11:04:17

21          Q.   What does that mean?

22          A.   So if -- if -- if a snapshot, whether it

23     would be in DYI or Switchboard, was ███████████████

24     ██████████████████████████████, then that

25     ████████████████████████████████████ --               11:04:46
```

```
 1    the ███████████████.                              11:04:48

 2           After deprecation, if ██████████████

 3    ████████████████████████████████████████

 4    █████████████████████████████.

 5    Q.   And looking at the chart at -3257 under      11:05:06

 6    DYI, there it says "user accounts January 23,

 7    2020."

 8           Do you see that?

 9    A.    Yes.

10    Q.   And that reflects when the DYI snapshots      11:05:24

11    occurred, correct?

12    A.    That is the first day in which a DYI

13    snapshot occurred.

14    Q.   And do you know why Switchboard snapshots

15    did not also occur in January of 2020?            11:05:40

16           MR. FALCONER:  Same instruction as

17    before, Mr. Duffey, not to reveal any privileged

18    conversations or privileged information you may

19    have in the course of answering that question.

20           THE DEPONENT:  I can't answer that          11:06:01

21    question.

22    Q.   (By Ms. Weaver)  Do you know of any

23    technical reason why the Switchboard snapshots did

24    not occur in January of 2020?

25    A.    No.                                          11:06:16
```

Page 66

CONFIDENTIAL

```
1         Q.    And by that, you understand I mean like a        11:06:17

2    practical impediment to actually taking the

3    snapshot?  Is that fair?

4         A.    That's fair.

5         Q.    Okay.                                             11:06:24

6               So we were talking a moment ago about

7    objects and associations, and then I'll refer you

8    back to the bullet point below the one we just read

9    where it says "preserved if data captured in Hive

10   placed on legal hold."                                      11:06:45

11              Do you see that?

12        A.    Give me one second.

13        Q.    Sorry.  It's the third bullet point down.

14        A.    Yes, I see it.

15        Q.    What is Hive?                                     11:07:04

16        A.    I'm going to refer to my notes.

17              Hive is a -- a data warehouse that

18   captures and stores data about its products and

19   services, also user activity for analytics

20   purposes.                                                   11:07:33

21        Q.    And are you looking at page -3258 of

22   Exhibit 386?

23        A.    Yes, I am.

24        Q.    And how did you develop your

25   understanding of what Hive is?                              11:07:53
```

Page 67

1      A.   My understanding of Hive has evolved over      11:08:02

2   time, since I started working at the company in

3   2017.  I also had some discussions with our data

4   science team in preparation for this deposition.

5   Because I'm not a data scientist or a computer       11:08:24

6   science engineer, I thought it would be helpful to

7   prepare notes about -- about Hive and what it is.

8      Q.   And when you say the -- the data

9   scientists you're referring to are Maggie Ji and

10  Gerardo Zaragoza; is that right?                      11:08:47

11     A.   That's correct.

12     Q.   And did you develop your understanding of

13  Hive in preparation for this deposition by speaking

14  with anyone other than them?

15     A.   Can you repeat the question.                   11:09:03

16     Q.   Sure.

17          Are those the only two people that you

18  conferred with regarding Hive in preparation for

19  your deposition?

20     A.   That's correct.                                11:09:13

21     Q.   And going back to the bullet point that I

22  referred to -- it's three down on -3257.

23          Do you see the one that says "preserved

24  if data captured on Hive placed on legal hold"?

25     A.   Yes.                                           11:09:42

Page 68

| | | |
|---|---|---|
| 1 | Q.   Can you identify which data in Hive was | 11:09:42 |
| 2 | placed on legal hold for this case? | |
| 3 | A.   No, I can't. | |
| 4 | Q.   Can anyone? | |
| 5 | A.   Can you -- can we go back two questions | 11:10:09 |
| 6 | ago?  Just so I -- I understand the question. | |
| 7 | Q.   Yeah.  No problem. | |
| 8 | Let me try it this way.  Was any data in | |
| 9 | Hive placed on legal hold for this case? | |
| 10 | A.   Yes. | 11:10:33 |
| 11 | Q.   What data in Hive was placed on legal | |
| 12 | hold for this case? | |
| 13 | A.   I understand that there are 137 Hive | |
| 14 | tables placed on legal hold for the | |
| 15 | Cambridge Analytica matter.  We don't maintain a | 11:10:51 |
| 16 | description or -- a description of the fields or | |
| 17 | Hive tables that have been placed be on hold. | |
| 18 | If -- if I were to -- you know, needed to | |
| 19 | understand what data from those 137 tables, that | |
| 20 | would be a -- a question for the E-discovery data | 11:11:34 |
| 21 | science team. | |
| 22 | Q.   It is possible for Facebook to identify | |
| 23 | those 137 Hive tables, correct? | |
| 24 | A.   Yes.  Our data science team could | |
| 25 | identify those tables. | 11:11:53 |

Page 69

```
 1        Q.   And do you know how those Hive tables        11:11:55

 2   were selected?

 3             MR. FALCONER:  And, again, Mr. Duffey,

 4   same -- same instruction about not revealing

 5   anything privileged in the course of your answer.      11:12:08

 6             THE DEPONENT:  In general, similar to

 7   identifying custodians relevant to a matter.

 8   Our -- our in-house and outside counsel conducts

 9   custodian interviews to -- to help identify

10   relevant Hive tables to be placed on legal hold.       11:12:30

11        Q.   (By Ms. Weaver)  When were the Hive

12   tables that we have been the discussing, the one --

13   137, placed on legal hold?

14        A.   I -- I don't have the answer to that.

15        Q.   Who would know?                              11:13:00

16        A.   That would be a question for the -- the

17   E-discovery data science team.

18        Q.   Looking at your notes here the last page

19   ending at -3259, there's a square bullet point that

20   says "iData allows searching for Hive tables and       11:13:21

21   indicates if table is on hold."

22             Do you see that?

23        A.   Yes.

24        Q.   So is iData a tool?

25        A.   I don't know.  I don't know if -- if --      11:13:39
```

Page 70

1    it's a appropriate to describe it as -- as a tool.          11:13:42

2    But it -- it allows the ability to determine if

3    a -- if a specific Hive -- Hive table is on legal

4    hold.

5         Q.   Do you see above that there's a square          11:14:07

6    bullet point that says "stops partitions from being

7    deleted or modified, archived into a secured area

8    and hold storage"?

9              Do you see that?

10        A.   Yes.                                              11:14:19

11        Q.   What does it mean to stop a partition

12   from being deleted or modified?

13        A.   So one way would I describe a partition i

14   it's -- it's a set -- set amount of data within a

15   legal hold.                                                 11:14:41

16             So Hive data can be updated every single

17   day, and a partition can be described as that --

18   you know, a single day or a, you know, Hive table

19   of data going into a Hive table.

20             What the legal hold process does is it          11:15:08

21   prevents a partition from being deleted or modified

22   before -- or it prevents it and puts that data into

23   cold storage before the data gets deleted or

24   modified pursuant to, you know, the retention

25   period that the table owner, the Hive table owner,        11:15:34

Page 71

```
 1    sets.                                            11:15:37

 2         Q.   And then it says "archive into a secured

 3    area in cold storage."

 4              Do you see that?

 5         A.   Yes.                                   11:15:54

 6         Q.   So does the legal hold archive the data

 7    in Hive into cold storage?

 8              MR. FALCONER:  Objection.  Form.

 9              THE DEPONENT:  Can you repeat the

10    question.                                        11:16:17

11         Q.   (By Ms. Weaver)  Does the legal hold

12    cause the data to be archived into a secured area

13    in cold storage?

14         A.   Yes.

15         Q.   And what is cold storage?             11:16:35

16         A.   I don't know if I can provide the

17    definition of what cold storage is, but I -- but

18    that -- that is the storage space for which we put

19    legal hold Hive -- Hive data that is on legal hold

20    to prevent it from being deleted or modified.    11:17:07

21         Q.   And so for the 137 tables that Facebook

22    put into cold storage for this case, the tables

23    themselves that were not put into storage are being

24    constantly overwritten; is that right?  Like

25    there's a copy that was put in cold storage and   11:17:33
```

Page 72

```
 1    then there's sort of the active table; is that        11:17:35

 2    right?

 3              MR. FALCONER:  Objection.  Form.

 4              THE DEPONENT:  I'm not sure I understand

 5    the question.                                          11:17:47

 6        Q.   (By Ms. Weaver)  I'm going to ask a bunch

 7    of bad questions to try to get to a good clear one,

 8    because I don't really understand.

 9              So the act of putting a legal hold on a

10    table, does that a snapshot or make a replica that     11:17:56

11    is then put into cold storage?

12        A.   It would -- it would take data from the

13    Hive table that would be -- for instance, scheduled

14    to be deleted or anonymized and put the partition

15    into cold storage before that data were to be          11:18:24

16    deleted, scheduled to be deleted at -- on the

17    timetable that is set by the table owner.

18        Q.   And you don't know when these 137 Hive

19    tables were put on legal hold; is that right?

20        A.   I don't know the dates of when all --         11:18:50

21    when the tables were put on legal hold, no.

22        Q.   But that is something that Facebook could

23    tell us; is that right?

24        A.   I believe the E-discovery data science

25    team could provide that information, yes.              11:19:04
```

Veritext Legal Solutions

866 299-5127

CONFIDENTIAL

```
 1                 MS. WEAVER:  And, Mr. Falconer, we're        11:19:06

 2      going to ask for that information.

 3                 MR. FALCONER:  Yeah -- yeah.  Let's talk

 4      about that after the deposition, given the volume,

 5      so -- but yeah, understood.                            11:19:12

 6          Q.   (By Ms. Weaver)  For -- and this is the

 7      piece that I'm not asking good questions about and

 8      I want to understand.

 9                 So data is put in cold storage.  Do -- do

10      some version of those tables continue to exist that   11:19:26

11      is overwritten and used such that if you went to

12      the existing operative table, the one that is not

13      in cold storage, it will not contain data that the

14      tables in cold storage contain?

15          A.   Potentially, yes.  For example, if a         11:19:45

16      table has user identifiable information, like an

17      email address of the user, that information can

18      only be retained up to 90 days, and so -- and

19      that's where I was talking about a partition.  So

20      if -- if the -- if the data were scheduled to be      11:20:25

21      deleted on the 90th day, the legal hold would take

22      that partition and put it in cold storage before

23      that active Hive table data gets deleted.

24          Q.   I know you said you don't know, but I'm

25      just going to ask to see if I can jog your memory.    11:20:51
```

Page 74

```
 1              Do you know if these Hive tables were put        11:20:54

 2    on hold in 2018?

 3              MR. FALCONER:  Objection.  Form.

 4              THE DEPONENT:  I -- I couldn't give you

 5    an accurate answer without, you know, consulting         11:21:15

 6    with the data science team on that.

 7         Q.  (By Ms. Weaver)  Do you know what year

 8    roughly the Hive tables were put on hold?

 9              MR. FALCONER:  Objection.  Form.

10              THE DEPONENT:  We're talking about 137          11:21:39

11    Hive tables.  I would imagine that Hive tables were

12    put on legal hold starting in 2018 and have,

13    you know, as additional -- you know, again, as

14    additional Hive tables are identified relevant to a

15    matter, we work with our -- our in-house and            11:22:04

16    outside counsel and our data science team and

17    E-discovery to place those Hive tables on legal

18    hold.

19              When those occurred across the 137, I

20    can't tell you.                                         11:22:27

21         Q.  (By Ms. Weaver)  Do you know if any Hive

22    table was put on legal hold in 2018?

23         A.  Specific to Cambridge Analytica?

24         Q.  Yes.

25         A.  Yes, I believe so.                             11:22:48
```

Page 75

CONFIDENTIAL

```
 1        Q.   Do you know which ones?                11:22:50

 2        A.   I don't.

 3        Q.   And why do you say "yes, I believe so"?

 4        A.   So I -- I've been working on

 5   Cambridge Analytica matters since March 2018.  I'm   11:23:10

 6   just thinking back to that time and -- and,

 7   you know, recall outside counsel working with

 8   E-discovery data scientists at the time.  So

 9   that's -- that's the extent of like my memory about

10   that.                                            11:23:40

11        Q.   Who were the E-discovery data scientists

12   involved in this process in 2018?

13        A.   Gerardo Zaragoza.

14        Q.   Anyone else?

15        A.   We were a much smaller team at the time.   11:24:14

16   Gerardo is the one that comes to mind that -- that

17   was employed and working in the E-discovery team at

18   the time.

19        Q.   Thank you.

20             Do you see the bullet point where you    11:24:41

21   wrote "teams are informed about a Hive table on

22   hold"?

23        A.   Yes.

24        Q.   What do you mean by "teams"?

25        A.   The -- I -- I meant by "teams" is the    11:24:54
```

Page 76

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | table owner. | 11:24:58 |
| 2 | Q.   And how were they informed? | |
| 3 | A.   My understanding from discussions with | |
| 4 | Maggie Ji is that an email notification goes out to | |
| 5 | the table owners that a Hive table is placed on | 11:25:17 |
| 6 | hold. | |
| 7 | There are other ways where table owners | |
| 8 | or people with access to a Hive table can receive a | |
| 9 | notification.  For instance, in that iData space, | |
| 10 | you can see if a Hive table is on legal hold. | 11:25:45 |
| 11 | I also understand that if a Hive owner | |
| 12 | were to modify data within -- within a table that | |
| 13 | there would be a -- a notification that that table | |
| 14 | is on legal hold and that data cannot be modified | |
| 15 | or deleted. | 11:26:15 |
| 16 | Q.   Thank you.  That's very helpful. | |
| 17 | Is it fair to say, then, that these 137 | |
| 18 | Hive tables can be searched by UID? | |
| 19 | MR. FALCONER:  Objection.  Form. | |
| 20 | THE DEPONENT:  I don't know the answer to | 11:26:31 |
| 21 | that. | |
| 22 | Q.   (By Ms. Weaver)  Do you see where the | |
| 23 | bullet point on the last page, second from the top, | |
| 24 | says "UII 90 days maximum.  Longer than 90 days UII | |
| 25 | has to be deleted.  RID replaces UID." | 11:26:48 |

Page 77

CONFIDENTIAL

```
 1            Do you see that?                          11:26:53

 2       A.   Uh-huh.  I do.

 3       Q.   So is one reason that these tables were

 4   put on legal hold was to prevent the process by

 5   which RID replaces UID?                            11:27:02

 6            MR. FALCONER:  Mr. Duffey, same caution

 7   about not revealing any privileged information or

 8   privileged communications in answering that

 9   question.

10            THE DEPONENT:  I don't know the answer to  11:27:21

11   that question.

12       Q.   (By Ms. Weaver)  By putting this table on

13   legal hold, did that prevent UIDs from being

14   replaced by RIDs?

15       A.   If a UID is present within any of these   11:27:37

16   tables on legal hold, yes.

17       Q.   And you're familiar with the Hive Anon

18   process; is that right?

19       A.   A little bit, yes.

20       Q.   Okay.  And the Hive Anon process is the   11:27:57

21   process we were just discussing where RID replaces

22   UID; is that correct?

23       A.   Yes.

24       Q.   And so legal hold prevents the Hive Anon

25   process from operating; is that right?            11:28:12
```

Page 78

CONFIDENTIAL

```
 1        A.   If that -- if that -- it was one of the,      11:28:16
 2   you know -- one of the -- you know, it really
 3   depends on -- on the Hive table, the reason why
 4   we're placing on legal hold.  Potentially yes.  I
 5   just can't give you an answer specific to any of       11:28:33
 6   these 137 tables on legal hold.
 7        Q.   Do you know in general if the 137 tables
 8   on legal hold include the Hive tables that are most
 9   frequently in use?
10             MR. FALCONER:  Objection.  Form.            11:28:58
11             THE DEPONENT:  There's upwards of, I
12   think, ██████████ Hive tables.  I -- I don't know.
13   I don't know what you mean by "most frequently in
14   use."  But I also don't think I would be able to
15   answer that question, because I -- I don't know        11:29:23
16   the, you know, specifics of -- of the 137 tables on
17   legal hold for this matter.
18             MS. WEAVER:  Okay.
19             I think we can take a break now.  It's
20   been about an hour.                                    11:29:47
21             MR. FALCONER:  Sure.
22             THE VIDEOGRAPHER:  Okay.  And we're off
23   the record.  It's 11:29 a.m.
24             (Recess taken.)
25             THE VIDEOGRAPHER:  Okay.  We're back on      11:42:06
```

```
1    the record.  It's 11:42 a.m.                          11:42:07

2        Q.   (By Ms. Weaver)  Mr. Duffey, in your

3    testimony just a moment ago, we were talking about

4    the effect of legal hold on Hive tables.

5            Do you recall that?                            11:42:19

6        A.   Yes.

7        Q.   And what do you mean by a "legal hold"?

8        A.   A legal hold is a preservation step that

9    the E-discovery team undertakes to preserve

10   relevant Hive table data related to a matter.          11:42:44

11       Q.   Okay.  And looking back at Exhibit 385,

12   there is a definition of a "legal hold notice" on

13   the second page of that document ending at Bates

14   number -490.

15           Do you see that?                               11:43:08

16       A.   I do.

17       Q.   And it says "a legal instruction to

18   preserve and not delete, destroy, or otherwise

19   modify relevant information relating to a legal

20   matter."                                               11:43:26

21           Do you see that?

22       A.   Yes.

23       Q.   And when you were referring to legal hold

24   and when you're referring to legal hold in

25   Exhibit 386, do you mean a legal hold notice?          11:43:38
```

Page 80

1   A. No.  I -- I had understood your line of   11:43:45

2 questioning to be specific to Hive -- Hive tables.

3 A legal hold notice is -- is something -- is not

4 what I was referring to when I was answering your

5 questions about Hive.           11:44:02

6   Q. Okay.  So you testified that Exhibit 385

7 is the current legal hold policy, and there was no

8 formal legal hold policy at Facebook until March of

9 2020; is that correct?

10   A. I'm just looking at -- at Exhibit 385.  11:44:28

11 It indicates that this policy was first posted on

12 June 10th, 2020.  I'm not sure where we're getting

13 that March date.

14   Q. Okay.  Fine.  I stand corrected.

15    So the first legal hold policy at   11:44:47

16 Facebook at any point in time was June 10th, 2020;

17 is that right?

18   A. That is my understanding, yes.

19   Q. And then in Exhibit 386, when you're

20 referring to the legal hold on the Hive tables,  11:45:08

21 does that mean this legal hold policy such that the

22 legal hold could not have happened prior to

23 June 10th, 2020?

24   A. No.

25   Q. Okay.  That's why I'm asking.    11:45:25

Page 81

1     A.   Yeah.                                           11:45:27

2     Q.   So when you were -- yeah.  Let me ask the

3  question again and then you can --

4         So in Exhibit 386, when you were

5  referring to the legal hold place had on Hive     11:45:33

6  tables, what do you mean?

7     A.   That is the actual preservation step

8  taken by the E-discovery team at the direction of

9  legal counsel to preserve the -- the relevant data

10  contained within those Hive tables.          11:45:55

11         So that's what I mean by -- by legal

12  hold.

13     Q.   And looking again at 386, that page

14  ending at Bates number 3256, you wrote

15  "Cambridge Analytica legal hold 469 total     11:46:14

16  custodians on hold as of May 31, 2022."

17         Do you see that?

18     A.   Yes.  One second.

19         I do, yes.

20     Q.   And that's referring to the legal hold    11:46:31

21  notice; is that right?

22     A.   That's correct.

23     Q.   And is that the same legal hold notice or

24  one of them that may have triggered the legal hold

25  in the 137 Hive tables?                  11:46:45

Page 82

```
 1        A.   No.  It's -- it's a separate action.  The        11:46:54

 2   legal hold notice is -- is sent through a -- a tool

 3   that -- that the E-discovery case managers have

 4   access to called "Legal Hold Pro."  The legal holds

 5   that are done within Hive are -- are done,               11:47:16

 6   you know, separately.

 7        Q.   And those are done by the data science

 8   team; is that right?

 9        A.   The preservation of Hive data tables

10   using legal hold is done by our E-discovery data        11:47:37

11   science team.

12        Q.   Is there a similar procedure for legal

13   holds to be placed on TAO?

14        A.   My understanding is that ███████████

15   █████████████████████████████████████████████          11:48:05

16   ████████████, and that is why we take snapshots

17   in time using Switchboard and DYI.

18        Q.   With regard to the named plaintiffs'

19   data, has Facebook done anything other than take

20   the snapshots identified in Exhibit 386?               11:48:34

21        MR. FALCONER:  Objection.  Form.

22        THE DEPONENT:  We, as I mentioned, have

23   put 137 Hive -- Hive tables on legal hold.  We also

24   have a legal hold notification that goes to -- has

25   gone to 469 custodians.                                11:49:12
```

Page 83

1          So -- so I think more has been done other          11:49:20

2    than the snapshots through DYI and Switchboard.

3          Q.   (By Ms. Weaver)  So to be clear, the

4    actions taken by Facebook in addition to the

5    snapshots identified in 386 is to put the 137 Hive    11:49:45

6    tables on legal hold and a legal hold notice has

7    gone to 469 Facebook custodians, correct?

8          A.   As of -- as of May 31st, 2022, that's

9    correct.

10         Q.   And is there anything else Facebook has     11:50:05

11   done to preserve the named plaintiffs' data other

12   than the snapshots and putting the Hive tables in

13   cold storage?

14              MR. FALCONER:  Objection.  Form.

15              THE DEPONENT:  I'm -- I'm not aware of       11:50:40

16   all the places to -- for which named plaintiff data

17   is stored within, you know, Facebook's internal

18   systems.  Unless a user were to delete their

19   account, we would have potentially additional named

20   plaintiff data in our internal -- some of our         11:51:13

21   internal tools and systems.

22         Q.   (By Ms. Weaver)  Which internal tools and

23   systems are you referring to that might also

24   contain named plaintiff data?

25         A.   There is a -- a tool called "SRT."  It's    11:51:41

                                                    Page 84

 1    the single -- it stands for -- I think "single          11:51:46

 2    review tool," which contains information related to

 3    users and activities of users.

 4              There is an -- another sort of -- what we

 5    describe as an investigative tool called "Centra"       11:52:07

 6    which we -- Facebook personnel with access to

 7    Centra could obtain information related to Facebook

 8    users.

 9              Those -- those are the two main ones that

10    come to mind for me.  Again, I -- I -- I'm not sort     11:52:54

11    of familiar with all internal tools that contain

12    user data, but those are two main ones that I'm

13    familiar with.

14         Q.    Thank you.

15              With regard to SRT, or the single review      11:53:11

16    tool, is information available through SRT that is

17    not captured through the DYI tool or through the

18    Switchboard tool?

19         A.    That -- that is a tough question to

20    answer.  The -- the single review tool is used by       11:53:40

21    many different pillars within the company.  I don't

22    know the answer to that question.

23         Q.    And you said Centra is an investigative

24    tool.  What did you mean by that?

25         A.    It's -- it's a tool that, you know,          11:54:14

                                                   Page 85

1    specific teams -- for instance, I have access to          11:54:20

2    Centra and can -- if I have the appropriate UID

3    information can look up some basic information

4    pertaining to an individual Facebook user.

5         Q.   And when you say "basic information,"          11:54:50

6    what do you mean?

7         A.   For instance, registration date, email

8    address used to -- or phone number used to sign up

9    for an account.  There are links to posts and

10   messages.  There are -- could be information about          11:55:24

11   a user if they have, for instance, an -- an ads

12   account or an Instagram account, that basic

13   information tied to that Facebook user would also

14   be, you know, present in Centra.

15        Q.   Does Centra make accessible information          11:55:57

16   not available in -- through the DYI or Switchboard

17   tools?

18        A.   I'm not sure.

19        Q.   When did SRT first come into use?

20        A.   I want to say 2017, but -- but I'm not          11:56:39

21   certain on that.

22        Q.   And when did Centra first come into use?

23        A.   I don't know.

24        Q.   Was it within the last three years?

25        A.   I -- I have -- I don't know.          11:56:58

                                                Page 86

```
 1        Q.   When did you first get access to Centra?        11:57:00

 2        A.   I think it was pre-COVID, so 2021 -- or

 3   no.  Excuse me.  2019, early 2020.

 4        Q.   Time has flown, hasn't it?

 5             With regard to SRT --                           11:57:38

 6        A.   Or stopped.

 7        Q.   Something, right?  It's in cold storage.

 8             With regard to SRT, is that searchable by

 9   UID or user name?

10        A.   Centra is -- I don't know if SRT is -- is       11:58:15

11   searchable by that way.

12        Q.   How does SRT search in general?

13        A.   As I mentioned, there are different

14   pillars that use SRT, so like depending on the

15   pillar, that search capability could be different.        11:58:41

16   I haven't attempted to run any searches in SRT

17   for -- for a while, so I -- I don't -- I don't know

18   all of the fields or information required to search

19   within SRT.

20        Q.   Okay.  And when you say "different             11:59:03

21   pillars," what do you mean?

22        A.   So, for instance, the research team has a

23   pillar within SRT.  I know that privacy operations

24   has a pillar within SRT.  The one that I was

25   thinking about was the pillar for community              11:59:37
```

Page 87

1    operations, that instance within SRT.                    11:59:45

2        Q.   And so when I asked where named plaintiff

3    data might reside and you responded thinking about

4    SRT, was that because you thought named plaintiff

5    data might be in community operations?                    12:00:04

6        A.   In -- that's correct.

7        Q.   And how would you search for a named

8    plaintiff data in community operations?

9             MR. FALCONER:  Objection.  Beyond the

10   scope.                                                    12:00:17

11            But go ahead.

12            THE DEPONENT:  I don't know that I would

13   go into SRT to search for specific named plaintiff

14   data.  The Centra tool is -- is where I would run a

15   search for user -- you know, if I had user            12:00:39

16   identifiable information, and then there could be

17   links to SRT through Centra.  And so that -- that

18   is the way that I would think about navigating

19   between those two tools.

20        Q.   (By Ms. Weaver)  And how long does it          12:01:08

21   take to run a search in Centra for one person?

22            MR. FALCONER:  Objection.  Form.

23            THE DEPONENT:  If I had -- I'm sorry.

24            MR. FALCONER:  No.  Go ahead.

25            THE DEPONENT:  It depends.  If I have          12:01:24

                                                     Page 88

CONFIDENTIAL

```
 1    exact information about a particular user, the      12:01:28

 2    search is -- is -- is, you know, within seconds.

 3         Q.   (By Ms. Weaver)  And do you know if

 4    Centra searches have been run for the named

 5    plaintiffs in this case?                            12:01:49

 6              MR. FALCONER:  Objection.  Beyond the

 7    scope.

 8              THE DEPONENT:  I don't know.  I don't

 9    know.

10         Q.   (By Ms. Weaver)  And clarifying question. 12:02:10

11              Is Centra a tool or is it also a

12    repository of named plaintiff data?

13              MR. FALCONER:  Objection.

14              THE DEPONENT:  I would describe it as a

15    tool.                                               12:02:24

16              MR. FALCONER:  I want to get the

17    objection on the record.

18              This is beyond the scope of the notice.

19              But go ahead.

20              MS. WEAVER:  Sorry, Russ.                 12:02:30

21              MR. FALCONER:  It's okay.

22         Q.   (By Ms. Weaver)  And what data sources do

23    Centra and SRT search?

24              MR. FALCONER:  Same objection.

25              THE DEPONENT:  I don't know.              12:02:44
```

Page 89

CONFIDENTIAL

```
 1        Q.   (By Ms. Weaver)  And do you know if the        12:02:44

 2   data sources that Centra and SRT search were

 3   preserved?

 4             MR. FALCONER:  Same objection.

 5             THE DEPONENT:  Barring a user deleting        12:03:04

 6   their -- their account, that information would be

 7   preserved or retained within either Centra or SRT

 8   without having to, you know, proactively take steps

 9   to -- to preserve that information.

10        Q.   (By Ms. Weaver)  I think I'll come back        12:03:54

11   to that.

12             For the record, no snapshots were taken

13   for any named plaintiff between January 23rd,

14   2020 -- I'm sorry.  Let me ask the question again.

15             There were no snapshots taken for named        12:04:08

16   plaintiffs between March 9, 2020, and March 15,

17   2022; is that correct?

18        A.   I think there -- there are some

19   exceptions to that.  For instance, Bridgett Burke

20   had, you know, two accounts.  It looks like Terry        12:05:05

21   Fischer, a snapshot in DYI was taken on April 20th,

22   2020.

23             So -- so Terry Fischer and Bridgett Burke

24   are two exceptions.  All other named plaintiffs

25   that -- that -- you're correct.        12:05:38
```

Page 90

CONFIDENTIAL

```
1          Q.   Is Facebook intending to take snapshots      12:05:42

2    now on a monthly basis going forward?

3               MR. FALCONER:  Objection.  Beyond the

4    scope of the notice.

5               THE DEPONENT:  I don't know.                  12:05:54

6               MS. WEAVER:  I think, Russ, we'd like to

7    know what Facebook's intentions are with ongoing

8    preservation, and I think that's within the scope

9    of the notice.

10              But we can talk about it later.              12:06:09

11         Q.   (By Ms. Weaver)  Okay.  So returning back

12   again to Exhibit 385.

13              Do you see where it defines "relevant

14   information" in this document?

15         A.   Yes.                                         12:06:35

16         Q.   And it defines relevant information as

17   "ESI, hard copy documents, and/or other tangible

18   materials that are identified as being relevant to

19   a legal matter."

20              Do you see that?                             12:06:47

21         A.   I do.

22         Q.   And was that the type of relevant

23   information subject to the legal holds issued in

24   this case, beginning with the first one that was

25   issued on March 22nd, 2018?                             12:07:06
```

Page 91

1      A.   Can you repeat the question, please.          12:07:16

2      Q.   Is the definition of "relevant

3  information" set forth in Exhibit 385 consistent

4  with the relevant information for which Facebook

5  applied the -- the legal hold for this case that    12:07:33

6  was first sent on March 22nd, 2018?

7      A.   I haven't reviewed the legal hold notice

8  for this case in preparation for my deposition.

9  But I can say that all legal hold notices sent by

10 the E-discovery team for whatever matter instructs  12:08:03

11 the custodians to preserve and not delete any

12 information relevant to a matter.

13     Q.   Why haven't you reviewed the legal hold

14 notice sent in this matter?

15         MR. FALCONER:  So I'm going to just         12:08:26

16 caution Mr. Duffey not to reveal contents of any

17 conversations you had with counsel about that, and

18 so if all you know is what you learned from

19 counsel, you should refuse to answer the question.

20 If there's anything else you know that's not        12:08:41

21 privileged, you can share that.

22         THE DEPONENT:  I can't answer that

23 question.

24     Q.   (By Ms. Weaver)  Okay.  And looking at

25 Exhibit 386, you wrote that there were six          12:08:52

Page 92

```
 1    different versions of the legal hold notice sent        12:08:55

 2    relating to this action; is that correct?

 3         A.   Correct.

 4         Q.   And when you say "Cambridge Analytica

 5    legal hold," that means this case; is that right?        12:09:08

 6         A.   It means this case, the multi-district

 7    litigation, but also means the various state AG

 8    matters, the -- you know, proceeding FTC

 9    investigation.  It's a, you know, overarching legal

10    hold related to Cambridge Analytica, and so...           12:09:36

11         Q.   When you say "related to

12    Cambridge Analytica," what's the subject matter of

13    the legal hold notice?

14              MR. FALCONER:  So, Mr. Duffey, I will

15    again just caution you not to reveal anything about      12:09:59

16    the language or the contents of the legal hold

17    notice to the extent that you remember it from your

18    work outside the context of preparing for your

19    deposition.  But within that framework, you can

20    answer it the best you can.                              12:10:13

21              THE DEPONENT:  As -- as I stated, I

22    haven't reviewed the notice in preparation for the

23    deposition, but in general, our legal hold notices

24    provide a summary of the matter and then provide a,

25    you know, listing of relevant topics associated         12:10:38
```

Page 93

| | | |
|---|---|---|
| 1 | with that particular matter.  And so that's -- | 12:10:44 |
| 2 | that's sort of the general construct of our -- of | |
| 3 | our legal hold notices. | |
| 4 |     Q.   (By Ms. Weaver)  And do you know if the | |
| 5 | subject matter described in the legal hold notices | 12:11:07 |
| 6 | included, for example, a request to preserve ESI | |
| 7 | and relevant information relating to the app | |
| 8 | developer investigation? | |
| 9 |     MR. FALCONER:  So I'm going to instruct | |
| 10 | Mr. Duffey not to answer any question on privilege | 12:11:22 |
| 11 | grounds that relates to the -- the contents of the | |
| 12 | hold notice.  The notice itself is privileged and | |
| 13 | work product communication, so on that basis I'm | |
| 14 | going to instruct him not to answer that question. | |
| 15 |     MS. WEAVER:  Okay.  And this legal hold | 12:11:36 |
| 16 | notice was sent to 469 people who work at Facebook, | |
| 17 | and Facebook's position is that it's a privileged | |
| 18 | document; is that right? | |
| 19 |     MR. FALCONER:  Yes, and work product as | |
| 20 | well. | 12:11:49 |
| 21 |     MS. WEAVER:  And Facebook understands | |
| 22 | that if Facebook asserts privilege over this | |
| 23 | document and prevents me from conducting inquiries | |
| 24 | into it, it may not raise it as a shield, correct? | |
| 25 |     MR. FALCONER:  You're -- I'm happy to | 12:12:01 |

Page 94

1    have you ask questions about what --                    12:12:03

2              SPECIAL MASTER GARRIE:  Counsel --

3    Counsel.

4              MR. FALCONER:  Yeah.

5              SPECIAL MASTER GARRIE:  This is Special        12:12:08

6    Master Garrie.  We've noted the objection for the

7    record.  We're not going to discuss or -- or rule

8    or have any conversations on the objections.  It

9    was noted, he instructed the witness accordingly,

10   and we will move forward and discuss this once the     12:12:20

11   deposition is over, if necessary, and pursuant to

12   the prior conversations we've had.

13             Unless there's a particular issue you're

14   seeking clarification on, Counsel Weaver.

15             MS. WEAVER:  That's fine.  I'm just           12:12:44

16   defining the position.

17             SPECIAL MASTER GARRIE:  The issue is

18   asserted.

19             Counsel Falconer, would you like to

20   respond, since she did seek the clarification, and     12:12:48

21   then we will curb our enthusiasm and limit any

22   further comments.

23             MR. FALCONER:  Yeah, like I said, I'm

24   happy to have the witness about the actions the

25   employees were instructed to take and describe the     12:13:01

                                                      Page 95

| | | |
|---|---|---|
| 1 | hold notice at a general level, but in a way that | 12:13:02 |
| 2 | doesn't reveal the contents of the notice itself, | |
| 3 | which is the subject of the privilege and work | |
| 4 | product. | |
| 5 | SPECIAL MASTER GARRIE:  Okay.  Noted for | 12:13:12 |
| 6 | the record. | |
| 7 | Counsel Weaver, we note your point for | |
| 8 | the record. | |
| 9 | Now we will proceed forward accordingly. | |
| 10 | MS. WEAVER:  Excellent. | 12:13:22 |
| 11 | Q.   (By Ms. Weaver)  Mr. Duffey, looking at | |
| 12 | Exhibit 386 again, on the second page ending with | |
| 13 | Bates number -3257.  And I'm looking at your | |
| 14 | description of the various legal holds that were | |
| 15 | issued related to this action.  And -- | 12:13:35 |
| 16 | A.   Okay. | |
| 17 | Q.   Okay.  And you referred to a fifth hold | |
| 18 | issued on June 16th, 2020. | |
| 19 | Do you see that? | |
| 20 | A.   I do. | 12:13:50 |
| 21 | Q.   And it says "███████████████." | |
| 22 | Do you see that, ████████████? | |
| 23 | A.   Yes. | |
| 24 | Q.   So prior to June 16th, 2020, was there a | |
| 25 | ████████  on the relevant information that | 12:14:04 |

Page 96

```
 1    custodians were instructed to preserve?              12:14:11
 2         A.   I don't recall if there ███████████
 3    prior or not.
 4         Q.   How would I find out?
 5         A.   The E-discovery team could -- could get    12:14:38
 6    that information through the Legal Hold Pro
 7    software that we use.
 8         Q.   And then the bullet point below says
 9    "added example of a data source that falls within
10    the hold."                                           12:15:00
11              Do you see that?
12         A.   Yes.
13         Q.   Do you know what that example is?
14              MR. FALCONER:  So again --
15              THE DEPONENT:  I don't --               12:15:11
16              MR. FALCONER:  -- instruct Mr. Duffey not
17    to answer that question.  If that was -- I
18    didn't -- didn't hear what he said, but if he got
19    an answer out, I'd like to move to strike it.
20              Again, I don't -- just to reiterate, I    12:15:19
21    don't want any testimony about the actual contents
22    of the language of the hold notice itself.
23              MS. WEAVER:  So he can testify about his
24    notes that are a partial description, but I can't
25    ask any follow-up questions?                         12:15:34
```

Page 97

CONFIDENTIAL

```
 1              MR. FALCONER:  I mean...              12:15:39

 2              SPECIAL MASTER GARRIE:  Is that a

 3     rhetorical question, Counsel Weaver?

 4              MS. WEAVER:  Well, I'm just clarifying

 5     his position.                                 12:15:50

 6              SPECIAL MASTER GARRIE:  He objected and

 7     instructed the witness not to speak to anything

 8     that may -- that he constituted attorney-client

 9     privilege or the substance of the -- the actual

10     substance of the notice.                      12:16:01

11              Is that not correct, Counsel Falconer?

12              MR. FALCONER:  Yeah, that's correct.

13              SPECIAL MASTER GARRIE:  And he has

14     instructed the witness accordingly.  So...

15         Q.   (By Ms. Weaver)  Do you see where it   12:16:13

16     says, Mr. Duffey, "suspend auto deletion routine"?

17         A.   Yes.

18         Q.   Do you know if prior to June 16th, 2020,

19     auto deletion routines were suspended with regard

20     to litigation holds issued relating to this matter?   12:16:30

21         A.   There are -- there are only a couple data

22     sources that -- that I am aware of that have a

23     retention schedule.

24              So I'm not sure I -- I understand -- I

25     understand the question.                      12:17:12
```

Page 98

CONFIDENTIAL

1      Q.    I'm just asking if prior to June 16th,        12:17:17

2   2020, there were auto deletion routines that were

3   not suspended with regard to preserving ESI related

4   to this matter that were then suspended in -- on

5   June 16th, 2020.                                       12:17:34

6      A.    I'm not aware of any.

7      Q.    What auto deletion routine did you refer

8   to when you wrote that bullet point?

9          MR. FALCONER:  Objection.  Form.

10         THE DEPONENT:  I believe that that is in        12:18:19

11  reference to the use of ephemeral messaging.

12     Q.    (By Ms. Weaver)  And what is ephemeral

13  messaging?

14     A.    Ephemeral messaging is a -- a way for

15  which a -- a user of a communications app, like       12:18:47

16  WhatsApp, for instance, could set a auto deletion

17  schedule on their messages.

18     Q.    And do you know if any of the 392

19  custodians identified to preserve ESI in connection

20  with this litigation used ephemeral messaging?         12:19:20

21         MR. FALCONER:  Objection.  Beyond the

22  scope.

23         THE DEPONENT:  I -- I can think of one

24  custodian that -- that -- that may have been using

25  ephemeral messaging at the time this notice went       12:20:10

Page 99

CONFIDENTIAL

```
 1    out.                                            12:20:14

 2         Q.   (By Ms. Weaver)  Who was that?

 3              MR. FALCONER:  Same objection.

 4              THE DEPONENT:  I believe Mark Zuckerberg

 5    may have been using ephemeral messaging.        12:20:31

 6         Q.   (By Ms. Weaver)  And what's the basis for

 7    that belief?

 8              MR. FALCONER:  Same objection.

 9              And, again, Mr. Duffey, if -- caution you

10    again, as I have before, any privileged         12:20:49

11    communications or privileged information you have

12    on that shouldn't form part of your answer.

13              THE DEPONENT:  I don't think I can answer

14    that question.

15         Q.   (By Ms. Weaver)  Do you know if any other  12:21:14

16    Facebook executive used ephemeral messaging during

17    the pendency of this litigation?

18              MR. FALCONER:  Objection.  Beyond the

19    scope.

20              THE DEPONENT:  I'm -- I'm not sure I     12:21:34

21    understand the question.

22         Q.   (By Ms. Weaver)  Did Sheryl Sandberg use

23    ephemeral messaging during the pendency of this

24    litigation?

25              MR. FALCONER:  Objection.  Beyond the    12:21:42
```

Page 100

```
1    scope.                                              12:21:42

2            And, again, my same instruction as

3    before.  You know, privileged information or

4    knowledge of a privilege communication, that

5    shouldn't form a part of your answer.              12:21:53

6            THE DEPONENT:  I -- I think the -- part

7    of the reason why I'm struggling with the question

8    is just -- you're naming employees of the company,

9    and I need to know whether or not they are on legal

10   hold for the Cambridge Analytica multi-district    12:22:09

11   litigation.

12       Q.  (By Ms. Weaver)  And do you have a list

13   or does someone have a list -- well, strike that.

14           Does Facebook have a list of who received

15   the legal hold notifications that you discuss in   12:22:23

16   Exhibit 386?

17       A.  A list could be generated from -- from

18   our legal hold tool.

19       Q.  And you could identify from that list

20   whether or not any of those individuals used       12:22:41

21   ephemeral messaging; is that correct?

22           MR. FALCONER:  Objection.  Beyond the

23   scope.

24           THE DEPONENT:  No, I couldn't identify

25   from the list whether or not the custodians were   12:22:56
```

Page 101

```
 1    using or are using ephemeral messaging, no.              12:22:59

 2         Q.   (By Ms. Weaver)  Did Facebook take steps

 3    to determine whether or not custodians subject to

 4    the legal hold in this case were using ephemeral

 5    messaging?                                               12:23:15

 6         A.   Yes, that -- those questions are asked as

 7    part of custodian interviews.  We instruct our

 8    custodians to not delete any information or data

 9    relevant to a legal matter if -- we also instruct

10    the custodians to notify the legal team and           12:23:58

11    E-discovery if they are aware of information,

12    documents, ESI are being deleted or have been

13    deleted.

14         So those -- those are samples of steps

15    that -- that we undertake as a -- a E-discovery        12:24:25

16    team.

17         Q.   What ephemeral messaging platform was

18    Mr. Zuckerberg using?

19              MR. FALCONER:  Objection.  Beyond the

20    scope.                                                 12:24:38

21              THE DEPONENT:  The only one that I can

22    think of is -- is WhatsApp.

23         Q.   (By Ms. Weaver)  And was any -- well,

24    strike that.

25              And looking at back at Exhibit 385, it       12:25:06
```

Page 102

```
 1    defines "ephemeral messaging," doesn't it?        12:25:11

 2        A.   Yes.

 3        Q.   And what does the policy say about

 4    ephemeral messaging?

 5        A.   It says "once receiving a legal hold,    12:25:59

 6    custodians should not use ephemeral messaging to

 7    communicate relevant information and preserve --

 8    should preserve any existing relevant information

 9    that would otherwise auto delete or disappear after

10    a short period of time."                          12:26:14

11             I -- I am aware of our electronic

12    communications policy where there are exceptions to

13    the use of ephemeral messaging.

14        Q.   And what are these --

15        A.   But that's --                            12:26:38

16             I'd have to -- I'd have to have the

17    document in front of me.

18        Q.   Okay.

19             (Exhibit 387 was marked for

20    identification by the court reporter and is        12:26:57

21    attached hereto.)

22             MS. WEAVER:  Let's mark tab 48 as

23    Exhibit 387.

24        Q.   (By Ms. Weaver)  And while we're

25    waiting -- well, let me --                         12:27:54
```

Page 103

CONFIDENTIAL

```
 1        A.   I think it just appeared.              12:27:57

 2        Q.   Apologies.

 3        A.   I'm sorry.  I didn't hear.

 4        Q.   I didn't hear what you said either.

 5        A.   Oh.                                     12:28:05

 6        Q.   Do you have Exhibit 387?

 7        A.   I do now.

 8        Q.   Great.

 9             Do you recognize it?

10        A.   Yes.                                    12:28:16

11        Q.   Is this the document you were referring

12   to?

13        A.   No.  No, I was referring to the

14   electronic communications policy.

15        Q.   Okay.  Well, just for the moment, what is    12:28:30

16   the -- what is Exhibit 387?

17        A.   It is the email and Workplace Chat

18   retention policy.

19             MS. WEAVER:  And, Josh, will you please

20   mark tab 26 as Exhibit 388.                       12:28:47

21             (Exhibit 388 was marked for

22   identification by the court reporter and is

23   attached hereto.)

24        Q.   (By Ms. Weaver)  And let me know when you

25   have it.                                          12:29:38
```

Page 104

```
 1        A.   I have it now.                          12:29:49

 2        Q.   And what is Exhibit 388?

 3        A.   That is the electronic communications

 4   policy.

 5        Q.   And it defines "ephemeral messaging"; is  12:29:58

 6   that correct?  At the Bates number ending at -463?

 7        A.   It does.

 8        Q.   And at paragraph 3.3 it says "ephemeral

 9   messaging means messaging that automatically

10   disappears or expires from the recipient's screen   12:30:13

11   after a period of time"; is that correct?

12        A.   Yes, that's correct.

13        Q.   And 3.2 defines business communication as

14   "substantive work-related electronic communications

15   made and/or received by Meta personnel for the      12:30:32

16   purposes of communicating about -- communicating

17   about or conducting Meta business."

18             Do you see that?

19        A.   I do.

20        Q.   And is this a document that you were      12:30:44

21   referring to earlier?

22        A.   That is the document I was referring to

23   earlier.  I was specifically thinking of section

24   6 at Bates number -466 to -467, in section 6.1

25   where it -- where it has a paragraph regarding       12:31:13
```

Page 105

1    exceptions.                                         12:31:19

2        Q.   And what do you understand the exceptions

3    to be?

4        A.   That -- that legal can preauthorize these

5    exceptions to protect, for instance, highly         12:31:35

6    sensitive information related to investigations or

7    security and to protect the safety or security of

8    an individual, data, and/or facilities.

9        Q.   Is it your understanding that

10   Mark Zuckerberg was exempted from this policy in    12:31:55

11   general?

12            MR. FALCONER:   I'm going to object to

13   that question as beyond the scope of the notice.

14            And also, Mr. Duffey, remind you not to

15   reveal any privileged information or privileged     12:32:06

16   communication that would answer that question.

17            THE DEPONENT:   I don't know the answer to

18   the question.

19       Q.   (By Ms. Weaver)  When did this policy

20   take effect for the first time?                     12:32:20

21       A.   Which policy are we referring to?

22       Q.   The policy regarding ephemeral messaging.

23       A.   Are -- are we talking about the

24   electronic communications policy?

25       Q.   Sure.  We can say that.  Let's start with  12:32:48

                                                         Page 106

CONFIDENTIAL

```
 1    that.                                          12:32:49

 2           At what point in time did the electronic

 3    communications policy first take effect?

 4       A.   I believe we've had an electronic

 5    communications policy prior to the pendency of this   12:33:13

 6    case.  I don't know when -- when -- when it was

 7    first created, though.

 8       Q.   Was it a written policy?

 9       A.   I believe so, yes.

10       Q.   And have you seen it in preparation for    12:33:35

11    your deposition today?

12       A.   I don't understand the question.

13       Q.   Have you reviewed a written policy --

14    strike that.

15           You've testified that there was a -- an    12:33:57

16    electronic communications policy prior to the

17    pendency of this case, correct?

18       A.   That is my understanding, yes.

19       Q.   Have you ever reviewed it in writing?

20       A.   I don't know that I reviewed it in       12:34:20

21    preparation for this deposition, but I am fairly

22    certain that I had reviewed it as part of the,

23    you know, normal course of business, yes.

24       Q.   And what was the substance of that

25    policy?                                         12:34:38
```

Veritext Legal Solutions
866 299-5127

```
 1            MR. FALCONER:  Objection.  Beyond the        12:34:43

 2    scope of the notice.

 3            But go ahead, Mike.

 4            THE DEPONENT:  I don't recall beyond the

 5    substance being related to, you know, guidance       12:34:56

 6    and -- and policies surrounding electronic

 7    communications.

 8       Q.   (By Ms. Weaver)  Did that policy

 9    specifically address ephemeral messaging?

10            MR. FALCONER:  Same objection.               12:35:09

11            THE DEPONENT:  I don't know.

12       Q.   (By Ms. Weaver)  It would be possible to

13    find that policy and produce it in this action,

14    wouldn't it?

15            MR. FALCONER:  Objection.  Beyond the        12:35:21

16    scope of the notice.

17            THE DEPONENT:  Yes, I believe so.

18       Q.   (By Ms. Weaver)  Are you aware of any

19    policy specifically addressing ephemeral messaging

20    prior to November 16th, 2021?                        12:35:40

21       A.   I'm not sure.

22       Q.   Were Mark Zuckerberg's ephemeral messages

23    subject to litigation hold in this case?

24       A.   I don't know.

25       Q.   Who would know?                              12:37:10
```

Page 108

1       A.   The usual way we would identify any          12:37:28

2   relevant ESI would be through custodian interview.

3       Q.   And looking back again at Exhibit 385, in

4   the definition of "relevant information," you see

5   that WhatsApp messages are specifically defined       12:37:43

6   there, correct?

7       A.   Yes.

8       Q.   Do you know if the litigation hold issued

9   in this case in March of 2018 referenced WhatsApp

10  messages?                                             12:37:58

11          MR. FALCONER:  So, again, I'm going to

12  instruct the witness not to any answer question for

13  privilege and work product reason about the

14  language of the hold notice.

15          THE DEPONENT:  I don't know.                  12:38:14

16      Q.   (By Ms. Weaver)  Were WhatsApp messages

17  preserved in connection with this litigation from

18  March 2018 to today?

19      A.   It is up to the custodian to preserve

20  relevant information, and that would include         12:38:33

21  WhatsApp messages.

22      Q.   Do you see a reference in Exhibit 285 or

23  385 to Facebook messages as well?

24      A.   Yes.

25      Q.   Is it up to the custodian to delete          12:39:00

Page 109

```
 1    Facebook messages?                               12:39:02

 2            MR. FALCONER:  Objection.  Form.

 3            THE DEPONENT:  I don't understand the

 4    question.

 5        Q.  (By Ms. Weaver)  Well, you said it is up  12:39:13

 6    to the custodian to preserve relevant information,

 7    including WhatsApp messages, correct?

 8        A.  Yes.

 9        Q.  Is it up to the custodian to preserve

10    Facebook Messenger messages?                     12:39:26

11        A.  Yes.  However, employee-to-employee

12    Facebook Messenger messages were -- were captured

13    using our -- our email and work chat archive up to,

14    I believe, March 2019.

15        Q.  And does that include an archive for      12:40:14

16    Mr. Zuckerberg?

17        A.  I believe --

18            MR. FALCONER:  That's beyond the scope of

19    the notice.

20            But go ahead.                             12:40:31

21            THE DEPONENT:  I believe -- I believe

22    Mark has been on legal hold for this matter since

23    the original legal hold notice went out.

24        Q.  (By Ms. Weaver)  He was named as a

25    defendant initially, correct?                    12:40:40
```

Page 110

CONFIDENTIAL

| | |
|---|---|
| 1 | A.   I don't know. | 12:40:44 |

1     A.   I don't know.          12:40:44

2     Q.   Are you aware that at a certain point in

3  time, Mr. Zuckerberg had the ability to delete

4  messages in his Facebook Messenger box?

5        MR. FALCONER:  Objection.  Beyond the    12:41:07

6  scope of the notice.

7        THE DEPONENT:  I don't understand the

8  question.

9     Q.   (By Ms. Weaver)  Are you aware if at any

10  point in time following the filing of this     12:41:19

11  lawsuit -- well, strike that.

12        Are you aware of whether or not Facebook

13  executives had the ability to delete Facebook

14  messages contained within their message in-box?

15        MR. FALCONER:  Objection.  Beyond the    12:41:43

16  scope of the notice.

17        THE DEPONENT:  Employees can delete their

18  Facebook Messenger messages.

19     Q.   (By Ms. Weaver)  Are you aware of whether

20  or not at any point in time Mr. Zuckerberg had the  12:42:11

21  power to delete his messages in other Facebook

22  users' in-boxes?

23        MR. FALCONER:  Objection.  Beyond the

24  scope of the notice.

25        THE DEPONENT:  No.          12:42:29

Veritext Legal Solutions
866 299-5127

1          Q.   (By Ms. Weaver)  Are you aware of whether          12:42:29

2     at any point in time Facebook users using the

3     Download Your Information tool became aware that

4     Facebook messages they exchanged with

5     Mark Zuckerberg were no longer there?          12:42:42

6               MR. FALCONER:  Objection.  Form and

7     beyond the scope of the notice.

8               THE DEPONENT:  I -- I -- I don't -- I

9     didn't follow that question.

10          Q.   (By Ms. Weaver)  Sure.          12:42:56

11               Are you aware of whether at any point in

12     time Facebook users could see, using the Download

13     Your Information tool, that Facebook messages they

14     exchanged with Mr. Zuckerberg had been deleted?

15               MR. FALCONER:  Same two objections.          12:43:13

16               THE DEPONENT:  I don't know.

17          Q.   (By Ms. Weaver)  Do you know if

18     Mr. Zuckerberg or someone on his behalf deleted

19     messages from Mr. Zuckerberg in the Facebook

20     Messenger in-box of other users?          12:43:25

21               MR. FALCONER:  Same two objections.

22               THE DEPONENT:  I don't know the answer to

23     that.

24          Q.   (By Ms. Weaver)  Do you know who would

25     know?          12:43:36

                                        Page 112

CONFIDENTIAL

```
 1          A.   No.                                      12:43:39

 2               MR. FALCONER:   Same objection.  Beyond

 3     the scope of the notice.

 4               MS. WEAVER:   Okay.  I think we can break

 5     for lunch if you would like.                       12:43:56

 6               MR. FALCONER:   Okay.

 7               THE VIDEOGRAPHER:   Okay.  We're off the

 8     record.  It's 12:44 p.m.

 9               (Recess taken.)

10               THE VIDEOGRAPHER:   Okay.  We're back on   01:18:05

11     the record.  It's 1:18 p.m.

12          Q.   (By Ms. Weaver)  Mr. Duffey, did you have

13     a delightful lunch?

14          A.   I did.  Thank you.

15          Q.   Excellent.                               01:18:13

16               (Discussion off the stenographic record.)

17          Q.   (By Ms. Weaver)  You understand you're

18     still under oath, correct?

19          A.   Yes, I do.

20          Q.   Do you know whether or not any directors  01:18:33

21     or executives subject to the litigation hold in

22     this case used Wickr or HipChat or programs that

23     had self-destruction features?

24               MR. FALCONER:   Objection.  Form and

25     beyond the scope of the notice.                    01:18:52
```

Page 113

CONFIDENTIAL

```
 1            THE DEPONENT:  No, I am not.              01:18:58

 2       Q.   (By Ms. Weaver)  And you testified that

 3   you reviewed correspondence between plaintiffs'

 4   counsel and Gibson Dunn in this case, correct?

 5       A.   I did.                                    01:19:09

 6       Q.   And I'll ask you to take a look at what

 7   we've marked as Exhibit 389.

 8            (Exhibit 389 was marked for

 9   identification by the court reporter and is

10   attached hereto.)                                 01:19:20

11            MS. WEAVER:  And while it's pulling up

12   and the record, this is a letter dated September 6,

13   2018, from Gibson Dunn to me and to Mr. Loeser in

14   this case.

15       Q.   (By Ms. Weaver)  And let me know when    01:19:44

16   you've had a chance to review it.

17       A.   Okay.  It just appeared.  Let me --

18            Okay.

19       Q.   Have you seen this letter before?

20       A.   I don't recall.                          01:20:16

21       Q.   Do you know if it was identified by

22   Mr. Falconer in emails preparing for this -- for

23   this deposition today?

24       A.   Can you -- can you repeat the question.

25       Q.   Do you know if this was one of the pieces 01:20:34
```

Page 114

| | | |
|---|---|---|
| 1 | of correspondence identified by Mr. Falconer as | 01:20:37 |
| 2 | something you had reviewed in preparation for your | |
| 3 | deposition today? | |
| 4 | A.   I don't know. | |
| 5 | Q.   And did you review this letter? | 01:20:51 |
| 6 | A.   I don't recall. | |
| 7 | Q.   I'll direct your attention to page 2 of | |
| 8 | the letter.  And by way of explanation, in this | |
| 9 | letter Gibson Dunn is responding to questions | |
| 10 | interposed by plaintiffs' counsel, and in No. 6 in | 01:21:13 |
| 11 | italics it has a quote from correspondence we sent | |
| 12 | to Gibson Dunn. | |
| 13 | It says "Your August 17th letter states | |
| 14 | that 'counsel is unaware of the use of Wickr or | |
| 15 | HipChat or other similar programs that include | 01:21:29 |
| 16 | self-destruction features by any employees who were | |
| 17 | issued the litigation hold notices.'" | |
| 18 | Does that statement apply to directors | |
| 19 | and executives as well? | |
| 20 | Do you see that? | 01:21:42 |
| 21 | A.   Yes. | |
| 22 | Q.   And then counsel responded "Yes.  That | |
| 23 | statement applies to directors and executives to | |
| 24 | whom the litigation notice were issued." | |
| 25 | Do you see that? | 01:21:55 |

Page 115

```
 1        A.   Yes.                                         01:21:56

 2        Q.   Do you know if that's true?

 3        A.   As of the date of this letter on

 4   September 6, 2018, I have -- I have no reason to

 5   believe that it's not true.                            01:22:17

 6        Q.   Are you aware that at some point in time

 7   Mark Zuckerberg began using programs that had a

 8   self-destruction feature?

 9             MR. FALCONER:  Objection.  Beyond the

10   scope.                                                 01:22:31

11             THE DEPONENT:  I don't know.

12             MS. WEAVER:  Okay.

13             Counsel, we'll ask that you respond to

14   that question.

15             We can do it outside of the deposition.     01:22:42

16             (Exhibit 390 was marked for

17   identification by the court reporter and is

18   attached hereto.)

19             MS. WEAVER:  We'll mark as tab 77 the

20   next exhibit.  That will be Exhibit 390.              01:22:47

21        Q.   (By Ms. Weaver)  While you're --

22             Are you familiar with an archiving system

23   called Proofpoint?

24        A.   Yes, I am.

25        Q.   What is that?                                01:23:31
```

Page 116

CONFIDENTIAL

```
 1        A.   Proofpoint is our email and work chat        01:23:38

 2    archiving tool.

 3        Q.   And how does it function?

 4             MR. FALCONER:  Objection.  Form.

 5             THE DEPONENT:  On a daily basis, emails        01:24:14

 6    and work chats are stored within Proofpoint for a

 7    retention period that includes legal holds.

 8        Q.   (By Ms. Weaver)  Okay.

 9             And do you have Exhibit 390 now?

10        A.   I do.                                          01:24:46

11             MS. WEAVER:  And I'll state for the

12    record that this is a letter dated December 9,

13    2019, from Gibson, Dunn & Crutcher, again to myself

14    and Mr. Loeser in this case.

15        Q.   (By Ms. Weaver)  Have you seen this           01:25:00

16    document before?

17        A.   It looks familiar.  I'm -- I'm not

18    100 percent sure.

19        Q.   Do you understand it to be one of the

20    letters that Mr. Falconer indicated you would be      01:25:38

21    prepared to discuss today?

22        A.   I -- I'm not sure.

23        Q.   Okay.  I'll direct your attention to page

24    5 at No. 11.

25        A.   Okay.                                         01:25:56
```

Page 117

```
 1          Q.   Okay.  And do you see in paragraph 11        01:25:58

 2     where it says "As we have explained previously,

 3     Facebook is preserving Exchange, Facebook

 4     Messenger, and Facebook Workplace communications

 5     (which are automatically archived in Proofpoint)."    01:26:16

 6               And then "Facebook is preserving

 7     additional data stored through online sources,

 8     including Quip, Dropbox, Workplace Groups, internal

 9     web pages, company Wikis, and O365.  Facebook is

10     also preserving identified data stored on specific    01:26:36

11     individual devices, including laptops, desktops,

12     mobile devices, and tablets."

13               Do you see that?

14          A.   Yes.

15          Q.   Were WeChat messages achieved in            01:26:47

16     Proofpoint?

17          A.   WeChat messages are not archived in

18     Proofpoint.

19          Q.   Are WhatsApp messages archive in

20     Proofpoint?                                           01:27:12

21          A.   No.

22          Q.   Are they archived anywhere?

23          A.   WhatsApp messages are stored on -- on a

24     user's phone.  It is up to the custodian to

25     preserve any -- any messages that would be relevant   01:27:34
```

Page 118

CONFIDENTIAL

```
 1      to the legal hold notice issued to the custodians.      01:27:45

 2          Q.   Okay.

 3               I'll ask you to turn back to 3 --

 4      Exhibit 385.  And I'm looking at the definition of

 5      "relevant information" again.                           01:28:13

 6          A.   Okay.

 7          Q.   And specifically, there's that long list

 8      of items where it begins with "email, Workplace

 9      Chats and Groups."

10               Do you see that?                               01:28:22

11          A.   Yes.

12          Q.   I'd like to just go through and give

13      those kinds of ESI, if you don't mind.

14               So email, we discussed.  That is archived

15      in Proofpoint; is that right?                           01:28:32

16          A.   It is, correct.

17          Q.   Workplace Chats and Groups, is that

18      archived in Proofpoint?

19          A.   Workplace Chats are -- are archived in

20      Proofpoint.  Groups are not.                            01:28:47

21          Q.   And what are Groups?

22          A.   I use that sort of Groups example for

23      Facebook.  Similarly Workplace, which is a Meta

24      product used within the company that is very

25      similar to Facebook in that you can join groups        01:29:14
```

Veritext Legal Solutions
866 299-5127

```
1    relevant to your work or interests and -- and          01:29:23

2    that's what Groups are in reference to -- in this

3    definition of "relevant information."

4         Q.   Were Groups searched for and preserved in

5    the collection of ESI related to this litigation?      01:29:47

6              MR. FALCONER:  Objection.  Form.

7              THE DEPONENT:  Yes.  When a custodian

8    identifies a Workplace Group or Workplace Groups

9    relevant to a matter, the E-discovery team will

10   take a snapshot of that Workplace Group and            01:30:17

11   preserve it.

12             Otherwise, Workplace Groups are not

13   subject to a retention period.  Posts within a

14   Workplace Group remain unless deleted by a user who

15   has access to that point.                              01:30:49

16        Q.   (By Ms. Weaver)  And why aren't they

17   subject to retention?

18        A.   Because --

19             MR. FALCONER:  Objection.  Form.

20             But go ahead.                                01:30:59

21             THE DEPONENT:  There is no retention

22   period.  They will live in perpetuity unless a

23   person who posts within that group deletes

24   information within that Workplace Group.

25        Q.   (By Ms. Weaver)  Okay.  Were OneDrive,       01:31:25
```

Page 120

CONFIDENTIAL

1    Dropbox, Axe, SharePoint, and Google Drive all          01:31:32

2    subject to litigation hold in this case?

3         A.    They are data sources that company

4    personnel uses.  These are cloud-based third-party

5    data sources that are, again, not subject to a          01:32:05

6    retention period, disposition period.  Those

7    documents and within those cloud sources remain

8    accessible unless -- unless deleted from -- from

9    those data sources.

10        Q.    And the same is true for Quips?             01:32:38

11        A.    That's correct.

12              I do want to say one clarifying thing:

13   That all -- all custodians are, you know, told to

14   preserve any relevant information stored in any

15   data source, including all of these cloud-based        01:33:03

16   sources.  The E-discovery team has the ability to

17   collect deleted items as well.

18        Q.    And how do they collect deleted items?

19        A.    They would be collected through the admin

20   tool for these particular cloud sources.               01:33:29

21        Q.    And do you mean each cloud source has its

22   own admin tool?

23        A.    I believe that's correct.

24        Q.    Were any -- was any deleted ESI collected

25   in this case?                                           01:33:48

Page 121

```
 1            MR. FALCONER:  Objection.  Beyond the        01:33:52

 2    scope of the notice.

 3            Go ahead, Mike.

 4            THE DEPONENT:  I'm not aware of any

 5    instance where a custodian indicated that a           01:34:09

 6    relevant ESI would have been deleted.  So I'm not

 7    sure I can answer that question.

 8       Q.   (By Ms. Weaver)  And is the reference

 9    here to Facebook messages the same as Facebook

10    Messenger?                                            01:34:41

11       A.   Yeah, I -- I believe it's in reference to

12    Facebook Messenger messages.

13       Q.   And you see a reference here to hard copy

14    files; is that right?

15       A.   Yes.                                          01:34:59

16       Q.   What does that mean?

17       A.   Paper files, written notes, not

18    electronic files.

19       Q.   Were hard copy files preserved and

20    searched for production in this litigation?           01:35:19

21       A.   Yes.  Our custodians are instructed to

22    preserve all relevant information, and that

23    includes hard copy files.  If a custodian

24    identifies that they have hard copy files relevant,

25    then the E-discovery team would collect and scan      01:35:46
```

Page 122

```
 1    and preserve those relevant hard copy files.          01:35:51

 2         Q.   Do you know if Facebook has preserved any

 3    notebooks or notes in hard copy files in response

 4    to this litigation?

 5         A.   Can you repeat the question.                01:36:17

 6         Q.   Do you know if Facebook preserved any

 7    notebooks or notes in hard copy files in connection

 8    with this litigation?

 9         A.   I believe so.

10         Q.   And what -- what do you recall about        01:36:34

11    that?

12         A.   As I mentioned, through the custodian

13    interview process, if a custodian identifies hard

14    copy files as something they have and is relevant

15    to a matter, the E-discovery team would collect and   01:36:58

16    scan those materials.

17         Q.   And I'm asking, I guess, specifically,

18    are you aware of any specific hard copy documents

19    that you know were preserved for this case?

20         A.   I believe that we have collected hard       01:37:28

21    copy files.  I couldn't tell you the names of the

22    custodians or what the content of those hard copy

23    files were, but I do recall that that was -- that

24    is -- that has been a data -- data source that we

25    have collected from.                                  01:37:50
```

Page 123

```
1          Q.   Are you aware of whether or not there was        01:37:53

2     a search in 2018 for notebooks maintained by

3     Mr. Zuckerberg?

4          A.   I don't know that.

5          Q.   Are you aware of it at all?                      01:38:07

6          A.   No.

7          Q.   Turning back to Exhibit 390.

8          A.   Okay.

9          Q.   Turning to page 7 at No. 7, do you see it

10    says "the relevant subject matter identified in the       01:39:03

11    litigation holds and any updates thereto"?

12             Do you see that?

13         A.   I do.

14         Q.   And then do you see the paragraph that

15    says "Without waiving Facebook's attorney-client          01:39:13

16    privilege, Facebook responds that the litigation

17    hold notice requires the preservation of documents

18    potentially relevant to the litigation and

19    regulatory proceedings stemming from the

20    Cambridge Analytica events, including Aleksandr          01:39:28

21    Kogan's use of the Facebook Platform and

22    collaboration with Cambridge Analytica; access to

23    and potential misuse of Facebook user data by

24    Cambridge Analytica and other third-party apps;

25    Facebook's device integration partnerships;              01:39:47
```

Page 124

```
 1    agreements between Facebook and third parties          01:39:51

 2    regarding access to user data; and internal

 3    investigations or audits into alleged misuse of

 4    user data by third parties."

 5         Do you see that?                                  01:40:04

 6         A.   Yes.

 7         Q.   Do you know if Facebook updated the

 8    relevant subject matter and litigation holds to

 9    include, for example, discussions of exchange of

10    data with data brokers?                                01:40:15

11         MR. FALCONER:  So, again, I'm going to

12    instruct Mr. Duffey not to any question about the

13    language that was included in any version of the

14    legal hold on privilege and work product basis.

15         MS. WEAVER:  And to clarify, even though          01:40:28

16    he wrote a letter in 2019 defining what was in the

17    litigation hold?

18         SPECIAL MASTER GARRIE:  Noted for the

19    record.  We will move forward.

20         Counsel [sic] Duffey received instruction         01:40:44

21    from counsel.  Please advise if you want to respond

22    accordingly.

23         MR. FALCONER:  So, Mr. Duffey, my

24    instruction to you is not to answer that question

25    on work product and privilege grounds.                 01:40:58
```

Page 125

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  I'll take counsel's | 01:41:02 |
| 2 | instructions. | |
| 3 | Q.  (By Ms. Weaver)  And going back to | |
| 4 | Exhibit 386. | |
| 5 | Do you see -- I'm looking back at the | 01:41:32 |
| 6 | sixth issued litigation hold sent on September 3, | |
| 7 | 2021.  And you have a bullet point there that says | |
| 8 | "reference ephemeral messaging (do not use it or | |
| 9 | take steps to preserve)." | |
| 10 | Do you see that? | 01:41:45 |
| 11 | A.   Yes. | |
| 12 | Q.   Do you know whether WhatsApp added | |
| 13 | ephemeral messages as an optional feature in | |
| 14 | November of 2020? | |
| 15 | MR. FALCONER:  Objection.  Beyond the | 01:42:00 |
| 16 | scope of the notice. | |
| 17 | THE DEPONENT:  I do not know that. | |
| 18 | Q.   (By Ms. Weaver)  Do you know if anyone | |
| 19 | subject to the litigation hold in this case used | |
| 20 | ephemeral messaging on WhatsApp during the pendency | 01:42:10 |
| 21 | of this case? | |
| 22 | MR. FALCONER:  Objection.  Beyond the | |
| 23 | scope. | |
| 24 | THE DEPONENT:  Other than my earlier | |
| 25 | testimony, I'm -- I'm not aware of any custodians | 01:42:38 |

Page 126

CONFIDENTIAL

```
1    using ephemeral messaging.                        01:42:43

2         Q.   (By Ms. Weaver)  Okay.

3              Did Facebook send litigation holds or

4    preservation letters to any third parties relating

5    to this case?                                     01:42:55

6         A.   I don't know.

7         Q.   Do you know if Facebook sent preservation

8    letters to FTI or Stroz?

9              MR. FALCONER:  I'm going to object to

10   that as beyond the scope of the notice.           01:43:24

11             THE DEPONENT:  Can you -- can you repeat

12   the question.

13        Q.   (By Ms. Weaver)  Yes.  No problem.

14             Did Facebook send preservation letters to

15   FTI Consulting or Stroz?                          01:43:39

16             MR. FALCONER:  Same objection.

17             THE DEPONENT:  Yes, I believe so.  The --

18   the individuals from either FTI or Stroz who had

19   an -- who had an FB.com email address received

20   litigation holds, preservation notices.           01:44:27

21        Q.   (By Ms. Weaver)  And did anyone from PwC

22   or EY also receive preservation notices in

23   connection with this litigation?

24        A.   I don't know.

25        Q.   Do you know if members of the ADI        01:44:56
```

Veritext Legal Solutions
866 299-5127

```
 1    custodian list created by Facebook received the      01:44:59

 2    litigation hold in this case?

 3              MR. FALCONER:  Objection.  Form.

 4              But you can go ahead, Mike.

 5              THE DEPONENT:  Do you mind repeating the    01:45:17

 6    question, please.

 7         Q.  (By Ms. Weaver)  Are you aware of a group

 8    of custodians being identified by Facebook as "EDI

 9    custodians"?

10              MR. FALCONER:  Objection.  Form.           01:45:26

11              THE DEPONENT:  I know -- I know there is

12    a legal hold notice called "the app developer

13    investigation."

14         Q.  (By Ms. Weaver)  And do you know when the

15    legal hold notice was sent to EDI custodians in      01:45:45

16    this case?

17              MR. FALCONER:  Objection.  Form.

18              But go ahead, Mike.

19              THE DEPONENT:  I -- I -- I couldn't

20    answer when EDI custodians would have received the   01:46:00

21    Cambridge Analytica litigation hold notice.

22         Q.  (By Ms. Weaver)  Thank you.  I apologize

23    for interrupting.

24              Do you know whether they received the

25    first litigation hold letter, or was it later in     01:46:16
```

Page 128

CONFIDENTIAL

```
 1    time?                                          01:46:20

 2        A.   I don't know.

 3        Q.   Do you know who would know?

 4        A.   We have a reporting mechanism within the

 5    Legal Hold Pro tool that would show -- generate a    01:46:37

 6    list of legal hold custodians and when they first

 7    received the preservation notice.

 8             MS. WEAVER:  Okay.  Thank you.  Let's --

 9             We're going to mark as Exhibit 391.

10             (Exhibit 391 was marked for               01:47:05

11    identification by the court reporter and is

12    attached hereto.)

13             MS. WEAVER:  This will be tab 32,

14    Mr. Samra.  This is a document bearing Bates

15    numbers ADVANCE-META -504 through -509.            01:47:11

16        Q.   (By Ms. Weaver)  And when it's up, if you

17    could just tell me what it is, that would be

18    helpful.

19        A.   It still hasn't arrived.

20        Q.   I have --                                 01:48:29

21        A.   I just got it.

22             Is it Exhibit 391?

23        Q.   Exactly, yes.

24        A.   This is US privacy program records

25    management policy.                                 01:48:40
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        Q.   And when did it first take effect?        01:48:42

 2        A.   April 20, 2021.

 3        Q.   And was there such a policy prior to that

 4   time?

 5        A.   I'm not aware of a prior version of the   01:49:16

 6   US privacy program records management policy.

 7        Q.   And was there an informal policy that

 8   addressed the issues covered in the US privacy

 9   program records management policy prior to the time

10   that -- when Exhibit 32 was implemented?           01:49:32

11            MR. FALCONER:  Objection.  Beyond the

12   scope.

13            THE DEPONENT:  I'm aware of the -- the

14   existence of a US privacy program prior to this

15   policy going into effect, but I'm not aware of --   01:49:52

16   of a written formal policy that existed prior to

17   this.

18            (Exhibit 392 was marked for

19   identification by the court reporter and is

20   attached hereto.)                                   01:50:00

21            MS. WEAVER:  And now we're marking

22   Exhibit 392, which for the record is

23   ADVANCE-META -516 through -531.

24            THE DEPONENT:  I have it now.

25        Q.   (By Ms. Weaver)  And what is Exhibit 392? 01:50:40
```

Page 130

| | | |
|---|---|---|
| 1 | A.    Exhibit 392 is the US privacy program | 01:50:45 |
| 2 | records retention schedule. | |
| 3 | Q.    And when did it first take effect? | |
| 4 | A.    April 20th, 2021. | |
| 5 | Q.    And prior to April 20th, 2021, was there | 01:51:13 |
| 6 | a records retention schedule similar to the one | |
| 7 | reflected in Exhibit 392? | |
| 8 | MR. FALCONER:  Objection.  Form. | |
| 9 | THE DEPONENT:  I don't believe so. | |
| 10 | Q.    (By Ms. Weaver)  And so do you see in the | 01:51:42 |
| 11 | first paragraph it says, in the second sentence, | |
| 12 | "The records that the US privacy program must | |
| 13 | retain are audit records and reports, consumer | |
| 14 | inquiry and response records, contracts/agreements | |
| 15 | and third-party assessment records, data subject | 01:52:01 |
| 16 | requests, government relations and policy records, | |
| 17 | incident and investigation records (permanent), | |
| 18 | incident and investigation records (temporary), | |
| 19 | policies and procedures, privacy program operations | |
| 20 | records, privacy review and decision records, risk | 01:52:20 |
| 21 | assessments and remediation and response records, | |
| 22 | training records, user consent records, and user | |
| 23 | privacy communications and statements external"? | |
| 24 | Do you see that? | |
| 25 | A.    I do. | 01:52:37 |

Page 131

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   And so this paragraph reflects that as of | 01:52:37 |
| 2 | April 20th, 2021, Facebook required that the | |
| 3 | company retain those records that I just read into | |
| 4 | the record, correct? | |
| 5 | A.   Yes, under the retention schedule that is | 01:53:05 |
| 6 | laid out throughout the document. | |
| 7 | Q.   So prior to the time that Exhibit 392 | |
| 8 | took effect, what was the retention schedule for | |
| 9 | consumer inquiry and response records? | |
| 10 | MR. FALCONER:  Objection.  Form. | 01:53:24 |
| 11 | THE DEPONENT:  I'm not aware of -- of a, | |
| 12 | you know, similar retention schedule that preceded | |
| 13 | this document, so I -- I don't know the answer to | |
| 14 | the question. | |
| 15 | Q.   (By Ms. Weaver)  Do you see a reference | 01:54:03 |
| 16 | to "user consent records"? | |
| 17 | A.   I do. | |
| 18 | Q.   What -- what does that mean? | |
| 19 | A.   "User consent records are records related | |
| 20 | to user consents, preferences, and settings | 01:54:48 |
| 21 | specific to legal, regulatory obligations, which | |
| 22 | constitutes user consent, preference, and setting | |
| 23 | records responsive to the FTC order." | |
| 24 | Q.   And are you reading from the record | |
| 25 | series description at page 529? | 01:55:06 |

Page 132

```
 1          A.   I am.                                    01:55:11

 2          Q.   Prior to the time that Exhibit 392 took

 3    effect in April 20th, 2021, did Facebook preserve

 4    those records that you just described?

 5               MR. FALCONER:  Objection.  Form.         01:55:24

 6               THE DEPONENT:  If they were the subject

 7    of legal or regulatory obligations or the subject

 8    of legal hold, they would have been preserved.  I'm

 9    not aware of a -- a prior retention disposition

10    schedule for these types of records.               01:56:02

11          Q.   (By Ms. Weaver)  And do you know for this

12    case whether these records were preserved?

13               MR. FALCONER:  Objection.  Form.

14               But go ahead, Mike.

15               THE DEPONENT:  I don't know.             01:56:26

16          Q.   (By Ms. Weaver)  Who would know?

17          A.   I think that would be like an -- an

18    inquiry that would be conducted between our

19    in-house and outside counsel and the E-discovery

20    team and any custodians working on these types of   01:56:59

21    records.

22          Q.   And with regard to these records, where

23    it says "user consent," does that mean every

24    Facebook user?

25          A.   I'd -- I'd want to look at the file plan  01:57:31
```

Page 133

```
 1    associated with the US privacy program records         01:57:35

 2    management policy to confirm that.  I don't know

 3    the answer.

 4         Q.    What is a file plan?

 5         A.    That is a spreadsheet that is part of the   01:57:58

 6    US privacy program records management policy.

 7    It's --

 8              MS. WEAVER:  Josh --

 9              That's fine.  I think we have.

10              Josh, can you mark, please, tabs 37 and       01:58:18

11    38.

12              (Exhibit 393 was marked for

13    identification by the court reporter and is

14    attached hereto.)

15              (Exhibit 394 was marked for                   01:58:22

16    identification by the court reporter and is

17    attached hereto.)

18              MS. WEAVER:  These, for the record, will

19    be Exhibits 392 and 393.  Exhibit 392 bears the

20    words "US privacy program records retention            01:58:53

21    schedule" and bears Bates numbers ADVANCE-META -555

22    through -568.

23              And Exhibit 393 is a spreadsheet that

24    says "Meta US privacy program records file plan"

25    bearing Bates number -569 to -577.                     01:59:12
```

Page 134

CONFIDENTIAL

```
 1              THE DEPONENT:  I'm not sure -- can we       01:59:26

 2    read that back?  Because I'm not mapping to the

 3    exhibit number and the Bates numbers that you

 4    just --

 5         Q.   (By Ms. Weaver)  Oh -- yeah, Mr. Duffey.     01:59:31

 6    I'm marking two new exhibits for you to look at.

 7    I'm sorry for being unclear.  So they're going to

 8    load, and you're looking at Exhibit 391, I think,

 9    but Exhibits --

10         A.   I'm sorry.  I was looking -- I think you     01:59:44

11    already marked 392 --

12              MR. FALCONER:  Yeah.

13              THE DEPONENT:  -- as the schedule -- as

14    the schedule plan.

15              MS. WEAVER:  I see.  And it will be 393      01:59:52

16    and 394.  I apologize.

17         Q.   (By Ms. Weaver)  And 393, I believe, is

18    up.

19         A.   Oh, I'm loading -- it's uploading right

20    now.                                                  02:00:20

21         Q.   And so the -- first I want to comment on

22    what those exhibits are, and then we'll return to

23    the question of the records relating to user

24    consents.

25              Do you have Exhibit 393?                    02:00:48
```

Page 135

CONFIDENTIAL

```
 1        A.   I have it, but I'm still a little          02:00:50

 2   confused, because I think 392 and 393 are the same

 3   document.

 4        Q.   I see.  And then when you see 394, you'll

 5   see that the spreadsheet attached bears a            02:01:08

 6   consecutive Bates number.

 7             Well, you know what, Mr. Duffey?  This is

 8   your expertise.

 9             Exhibit 392 didn't have a corresponding

10   spreadsheet in the production that you gave us, and  02:01:20

11   so I'm trying to copy -- or mark for the record the

12   version of the privacy program records retention

13   schedule that was followed immediately by a

14   spreadsheet.  And maybe you can --

15        A.   I see.                                      02:01:31

16        Q.   -- authenticate that one.  Right.

17        A.   Okay.

18        Q.   So Exhibit 394 is up.

19        A.   I see it.

20        Q.   Okay.  And then let me just go back to      02:01:45

21   Exhibit 393 and ask you:  What is Exhibit 393?

22        A.   Okay.  Just a moment.

23             3 -- Exhibit 393 is the US privacy

24   program records retention schedule.

25        Q.   And what is Exhibit 394?                    02:02:21
```

```
 1          A.    Exhibit 394 is the US privacy program        02:02:49

 2     records file plan.

 3          Q.    And is this the document that you were

 4     testifying you would need to seek to answer the

 5     question about what records relating to user          02:03:00

 6     consents constitute?

 7          A.    That's correct.

 8          Q.    And if I direct your attention to the

 9     page ending in Bates number -576 on the lower

10     left-hand corner, do you see where it says "user      02:03:16

11     consent records"?

12          A.    Yes.

13          Q.    So the question is:  Do these user

14     consent records relate to every Facebook user?

15               While you're reading, I'll read into the    02:04:16

16     record that in the fourth column in that row, it

17     reads:  "Records relating to Meta's attempt to

18     obtain the consent of users referred to in part 2

19     of the order titled Changes to Sharing of Covered

20     Information, which constitutes a copy of each          02:04:33

21     relevant screenshot/screen cast of user consent

22     statements, consent flows, and privacy settings, a

23     copy of each relevant record sufficient to show

24     each user's consent in a part 3 scenario and a copy

25     of each relevant report sufficient to demonstrate     02:04:51
```

CONFIDENTIAL

```
 1    on an aggregate basis the number of users for whom      02:04:54

 2    each such privacy setting was in effect at any time

 3    Meta has attempted to obtain or has been required

 4    to obtain such consent in a" -- I think it says

 5    "part 2 scenario."                                       02:05:08

 6              Do you see that?

 7        A.   I do see it.

 8        Q.   Prior to the time -- well, strike that.

 9              When did Exhibits 393 and 394 take

10    effect?                                                  02:05:22

11        A.   I don't know when Exhibit 394 went into

12    effect.  Exhibit 393 is -- is loading now.  And I

13    believe it went into effect on April 20th -- yes,

14    April 20th, 2021.

15        Q.   And Exhibit 394, is that an explication,       02:06:16

16    if you will, of the kinds of documents identified

17    in Exhibit 393?

18        A.   I don't know if I understand what that --

19    that word is.

20        Q.   It means --                                    02:06:32

21        A.   Sorry.

22        Q.   -- explanation, I guess.  Right?

23              Let me ask the question again.

24              Is Exhibit 394 a part of Exhibit 393?

25        A.   It's -- it's -- they all -- 393 and 394        02:06:53
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | are part -- you know, part of the US privacy | 02:06:56 |
| 2 | program records management policy.  I would | |
| 3 | consider them separate documents, but the file plan | |
| 4 | provides additional information including the -- | |
| 5 | you know, the record class, records category, | 02:07:23 |
| 6 | approved repository, and maybe -- maybe some | |
| 7 | additional columns that are not referenced in -- in | |
| 8 | the retention schedule. | |
| 9 |     Q.   And with regard to the records described | |
| 10 | in the cell that I just read into the record about | 02:07:50 |
| 11 | user consents, prior of April of 2021, did Facebook | |
| 12 | maintain such records? | |
| 13 |     A.   I don't know. | |
| 14 |     Q.   Did Facebook preserve the documents | |
| 15 | described in that cell for purposes of this | 02:08:20 |
| 16 | litigation? | |
| 17 |     A.   I don't know. | |
| 18 |     Q.   Who would know? | |
| 19 |     A.   I can't name a specific individual, but I | |
| 20 | would -- I would suggest that -- that -- going to | 02:09:17 |
| 21 | somebody working on the, you know, US privacy | |
| 22 | program or somebody within the privacy team. | |
| 23 |     Q.   And can you name anybody by name who is | |
| 24 | on that team or involved with that program? | |
| 25 |     A.   I can't.  But somebody on -- on our | 02:09:54 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | information governance team could. | 02:10:02 |
| 2 | Q.  And who -- | |
| 3 | A.  I would imagine. | |
| 4 | Q.  Sorry. | |
| 5 | And who on your information governance | 02:10:09 |
| 6 | team by name might be able to let us know how to | |
| 7 | find out if those documents relating to user | |
| 8 | consents were preserved or collected prior to | |
| 9 | April 21st, 2021? | |
| 10 | A.  Two people come to mind.  One would be | 02:10:32 |
| 11 | Yodi, Y-O-D-I, Hailemariam, H-A-I-L-E-M-A-R-I-A-M. | |
| 12 | And Daniel Proko, D-A-N-I-E-L P-R-O-K-O. | |
| 13 | Q.  Mr. Hailemariam is identified on Exhibit | |
| 14 | 386, correct? | |
| 15 | A.  Yes.  Yodi is a woman -- | 02:11:06 |
| 16 | Q.  I'm sorry. | |
| 17 | A.  -- but that's correct. | |
| 18 | Q.  My apologies. | |
| 19 | A.  No, it's fine.  I just wanted to clarify. | |
| 20 | Q.  That's nice. | 02:11:15 |
| 21 | You spoke with Yodi in preparation for | |
| 22 | your deposition; is that correct? | |
| 23 | A.  I did speak with her, yes. | |
| 24 | Q.  And the second person you identified, is | |
| 25 | that person also listed in your notes? | 02:11:27 |

Page 140

CONFIDENTIAL

```
 1        A.   No.                                          02:11:32

 2        Q.   And did you speak with that person to

 3   prepare for your deposition today?

 4        A.   No.

 5        Q.   Looking a little further ahead and          02:11:46

 6   turning back to Exhibit 394, there's a category of

 7   documents called "User Privacy Communications and

 8   Statements."

 9             Do you see that?

10             That's at Bates number ending at -577.      02:11:56

11        A.   Yes, I see it.

12        Q.   And do you see in the fifth column it

13   describes those as "records of external statements

14   made by Meta that describe the extent to which Meta

15   maintains and protects the privacy, security, and     02:12:25

16   confidentiality of any covered information

17   according to the FTC order, including but not

18   limited to any statement related to a change in any

19   website or service controlled by Meta that relates

20   to the privacy of such information along with all     02:12:42

21   materials relied upon in making such" -- and then

22   it looks like it's an incomplete sentence.

23             Do you see that?

24        A.   I do.

25        Q.   Do you know if prior to April 2021          02:12:54
```

CONFIDENTIAL

```
 1    Facebook maintained these kind of records?            02:12:59

 2           MR. FALCONER:  Objection.  Beyond the

 3    scope of the notice.

 4           THE DEPONENT:  I -- I don't know.

 5       Q.  (By Ms. Weaver)  Do you know who would?     02:13:42

 6       A.  I would -- I would start with Yodi and

 7    Daniel.

 8       Q.  Okay.  Thank you.

 9           I'll ask you to look now at what we're

10    marking as Exhibit 395.                              02:13:56

11           (Exhibit 395 was marked for

12    identification by the court reporter and is

13    attached hereto.)

14           MS. WEAVER:  That's tab 39.  That bears

15    Bates number ADVANCE-META -578 through -585.     02:14:03

16           And for the record, it bears the words

17    "FTC order records management policy."

18           THE DEPONENT:  I have it up.

19       Q.  (By Ms. Weaver)  What is Exhibit 395?

20       A.  It is the FTC order records management      02:14:38

21    policy that went into effect April 28th, 2020.

22       Q.  And did you review it in preparing for

23    your deposition today?

24       A.  I did review it, yes.

25       Q.  And to what issue did you find it            02:14:57
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    relevant to prepare for your deposition today?        02:15:02

 2              MR. FALCONER:  Objection.  Beyond the

 3    scope of the notice.

 4              And, Mike -- or excuse me -- Mr. Duffey,

 5    don't reveal the contents of any conversations you    02:15:16

 6    had with counsel in the course of giving an answer.

 7    If the only thing that you know about that question

 8    is something you learned from counsel, I would

 9    instruct you not to answer the question.

10              THE DEPONENT:  I'll follow my counsel's     02:15:35

11    instruction.

12         Q.   (By Ms. Weaver)  Do you have an

13    understanding as to what Exhibit 395 is?

14         A.   Yes.  This is the policy that was put in

15    place in compliance to the FTC's order that went      02:15:51

16    into effect on April 28th, 2020.

17         Q.   And turning to the second page.

18              Do you see a definition there called

19    "covered information"?

20         A.   Yes.                                        02:16:21

21         Q.   And is it your understanding that under

22    this order there is a records retention schedule

23    that addresses whether covered information is

24    retained by Facebook?

25         A.   I'm not sure I understood the question.     02:16:52
```

Page 143

CONFIDENTIAL

```
 1          Q.   What is the purpose of the policy with       02:16:55
 2     regard to covered information?
 3               MR. FALCONER:  Objection.  Form.
 4               Go ahead, Mike.
 5               THE DEPONENT:  I would -- I would have to     02:17:11
 6     refer to the policy itself.  The covered
 7     information looks to be, you know, referenced in --
 8     in multiple places on this records management
 9     policy.
10          Q.   (By Ms. Weaver)  So there's a definition     02:17:49
11     for "covered information."
12               Do you see that?
13          A.   I do.
14          Q.   And a definition for "covered third
15     party."                                               02:17:55
16               Do you see that?
17          A.   Yes.
18          Q.   And the definition for "covered
19     information" includes "information from or about an
20     individual consumer, including but not limited to     02:18:03
21     first or last name; geolocation information
22     sufficient to identify a street name and name of
23     city or town; email address or other online contact
24     information, such as instant messaging identifier
25     or screen name; mobile or other telephone number;    02:18:21
```

```
 1    photos and videos; IP address, user ID, or other        02:18:24

 2    persistent identifier that can be used to

 3    recognized a user over time and across different

 4    device, websites, or online services; social

 5    security number, driver's license, or other            02:18:39

 6    government-issued identification number; financial

 7    account number; credit or debit information; date

 8    of birth, biometric information, any information

 9    combined with any of the above or nonpublic user

10    information."                                           02:18:53

11            Do you see that?

12        A.   Yes, I do.

13        Q.   Excluding nonpublic user information, is

14    it -- does Facebook understand covered information

15    to be personal information?                             02:19:04

16            MR. FALCONER:  Objection.  Form and

17    beyond the scope of the notice.

18            Go ahead, Mike.

19            THE DEPONENT:  I've seen some of these

20    descriptions in the covered information definition      02:19:46

21    used to define personal information.

22        Q.   (By Ms. Weaver)  What is Facebook's

23    understanding of what personal information is?

24            MR. FALCONER:  Objection.  Beyond the

25    scope of the notice.                                    02:20:06
```

Page 145

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  I would -- I would define | 02:20:39 |
| 2 | "personal information" as information that you | |
| 3 | could use to identify a specific person, like an | |
| 4 | email address or phone number, social security | |
| 5 | information, bank information, driver's license, | 02:21:00 |
| 6 | and, you know, govern -- government-issued | |
| 7 | identification number.  Also credit card | |
| 8 | information. | |
| 9 |     Q.   (By Ms. Weaver)  Looking at definition | |
| 10 | 9 in Exhibit 384, which is the deposition notice. | 02:21:15 |
| 11 |      Do you see that it defines "personal | |
| 12 | information" in the notice? | |
| 13 |      You have to go back to the very first | |
| 14 | exhibit that we marked today, Mr. Duffey. | |
| 15 |     A.   Okay.  I see it. | 02:21:38 |
| 16 |     Q.   Is the definition of "personal | |
| 17 | information" set forth in definition | |
| 18 | No. 9 consistent with your understanding of what | |
| 19 | Facebook's understanding personal information is? | |
| 20 |      MR. FALCONER:  Objection.  Beyond the | 02:22:02 |
| 21 | scope of the notice. | |
| 22 |      MS. WEAVER:  It's literally in the | |
| 23 | notice, Russ. | |
| 24 |      THE DEPONENT:  The definition in the | |
| 25 | 30(b)(6) notice seems to be a fair and accurate | 02:22:23 |

Page 146

| 1 | definition of what personal information is. | 02:22:33 |

2        Q.   (By Ms. Weaver)  And going back to

3    Exhibit 395.

4        A.   Okay.

5        Q.   Do you see there's a definition there for        02:22:48

6    "nonpublic user information"?

7        A.   I see.

8        Q.   Do you see it's defined as "any user

9    profile information (i.e., information that a user

10   adds to or is listed on a user's Facebook profile),        02:23:10

11   or user-generated content (e.g., status updates,

12   photos) that is restricted by one or more privacy

13   settings."

14            Do you see that?

15       A.   Yes.                                              02:23:25

16       Q.   Is that Facebook's understanding of what

17   nonpublic user information is?

18            MR. FALCONER:  Objection.  Form.

19            Go ahead, Mike.

20            THE DEPONENT:  Yes.                               02:23:40

21       Q.   (By Ms. Weaver)  And then turning to the

22   page ending at -581.

23            Do you see where it says "scope of FTCO

24   records"?

25       A.   Yes.                                              02:24:01

Page 147

1      Q.   And is this describing categories of        02:24:01

2   records which must be created and retained by

3   Facebook or Meta?

4      A.   These are the -- the scope of records

5   that must be created and maintained and retained     02:24:17

6   for a certain period of time as part of the FTC's

7   order that went into effect on -- on April 28th,

8   2020.

9      Q.   And there's a reference below to "covered

10  third party," correct?                               02:24:44

11     A.   In section B?

12     Q.   Yes.

13     A.   Yes, I see it.

14     Q.   And "covered third party" is defined

15  earlier at page ending -579 as "any individual or    02:25:04

16  entity that uses or receives covered information

17  obtained by or on behalf of Facebook outside of a

18  user-initiated transfer of covered information,"

19  and then it lists a few exceptions.

20          Do you see that?                             02:25:26

21     A.   I do.

22     Q.   Is that Facebook's definition of a

23  covered third party?

24          MR. FALCONER:   Objection.   Form and

25  beyond the scope of the notice.                      02:25:33

Page 148

CONFIDENTIAL

```
1              Go ahead, Mike.                          02:25:35

2              THE DEPONENT:  Yes, this is Facebook's

3     definition of a covered third party.

4         Q.   (By Ms. Weaver)  And so going back to the

5     page ending at -581, is Meta currently required to    02:25:43

6     retain documents sufficient to identify the types

7     of covered information that Facebook provides or

8     makes available to any covered third party, subject

9     to the requirements set forth there?

10             MR. FALCONER:  Objection.  Form.            02:26:09

11             Go ahead, Mike.

12             THE DEPONENT:  Yes, I believe so.  I

13    would want to review -- there's also a schedule

14    plan and a file plan attached to -- to this policy

15    as well that further provides information about the   02:26:34

16    types of records that would be covered by -- the

17    section that you just went by -- went off of -- the

18    documents sufficient to identify the types of

19    covered information that Facebook provides to any

20    covered third party.                                  02:27:03

21        Q.   (By Ms. Weaver)  And for all of the kinds

22    of documents listed here in subtopics A through G,

23    which describes the scope of the FTCO records, is

24    Meta complying with retention requirements?

25        A.   Yes, I believe so.                           02:27:25
```

Page 149

| | | |
|---|---|---|
| 1 | MR. FALCONER:  We've been going a little | 02:27:28 |
| 2 | more than an hour.  When you get to a stepping | |
| 3 | point -- | |
| 4 | MS. WEAVER:  I'd just like to finish | |
| 5 | this -- | 02:27:34 |
| 6 | MR. FALCONER:  Yeah, you're fine. | |
| 7 | Q.   (By Ms. Weaver)  Would it be possible for | |
| 8 | Meta to produce these retained documents in this | |
| 9 | litigation without any technical difficulty? | |
| 10 | MR. FALCONER:  Objection.  Beyond the | 02:27:45 |
| 11 | scope of the notice. | |
| 12 | THE DEPONENT:  There are -- there are a | |
| 13 | number of approved repositories that are listed in | |
| 14 | the -- FTC or records management file plan.  I | |
| 15 | can't speak to the effort that would be needed to | 02:28:08 |
| 16 | collect all records. | |
| 17 | So I don't know that I can -- that I can | |
| 18 | answer that specific question. | |
| 19 | Q.   (By Ms. Weaver)  Prior to April 2021, did | |
| 20 | Facebook preserve documents of the type described | 02:28:33 |
| 21 | in subcategory B? | |
| 22 | MR. FALCONER:  Objection.  Form. | |
| 23 | Go ahead. | |
| 24 | MS. WEAVER:  Oh, I misspoke. | |
| 25 | THE DEPONENT:  I don't know. | 02:29:04 |

Page 150

CONFIDENTIAL

```
 1          Q.   (By Ms. Weaver)  Prior to April 2020, did     02:29:04

 2    Facebook preserve documents of the type described

 3    in subcategory B?

 4               MR. FALCONER:  Same objection.

 5               THE DEPONENT:  I don't know the answer.        02:29:27

 6               MS. WEAVER:  Okay.  We can take a break

 7    now.

 8               THE VIDEOGRAPHER:  Okay.  Now we're off

 9    the record.  It's 2:29 p.m.

10               (Recess taken.)                               02:29:34

11               THE VIDEOGRAPHER:  Okay.  We're back on

12    the record.  It's 2:43 p.m.

13          Q.   (By Ms. Weaver)  Mr. Duffey, for

14    custodians who received the litigation hold letter

15    relating to this case, did Facebook preserve their     02:43:25

16    devices as well?

17          A.   Any data stored on a device in use by a

18    custodian, that data is -- you know, custodians are

19    instructed to preserve any data stored on either --

20    on a device potentially relevant to a matter.  We       02:44:02

21    have a policy, legal hold policy, where if a device

22    is being replaced, that device is preserved.  The

23    same is true for departing employees on legal hold

24    as well.

25          Q.   And when you say the device is preserved,     02:44:38
```

Veritext Legal Solutions
866 299-5127

```
1    what do you mean?  Do you mean a physical device is      02:44:40

2    preserved, or is there a forensic image, or how it

3    is preserved?

4         A.   The physical device is preserved.

5         Q.   Ensuring that the litigation hold was          02:45:01

6    complied with in this case, did Facebook ask

7    custodians if they used text to communicate?

8         A.   Yes.

9         Q.   And did Facebook preserve texts for the

10   custodians identified for this case?                     02:45:30

11        A.   Any text messages that are deemed

12   potentially relevant by the custodian, the

13   custodian is obligated to preserve those text

14   messages.  When we conduct custodian interviews and

15   text messages are identified, the E-discovery team      02:46:01

16   will collect those text messages.

17        Q.   Does that include texts on phones and

18   tablets and any other devices?

19        A.   It would cover any devices, yes.

20        Q.   Does Facebook provide devices or did           02:46:22

21   Facebook provide devices to any of the custodians

22   related to this litigation?

23             MR. FALCONER:  Object to that --

24             THE DEPONENT:  Yes.

25             MR. FALCONER:  -- as beyond the scope.          02:46:42
```

Page 152

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | But go ahead and answer the best you can. | 02:46:45 |
| 2 | THE DEPONENT:  Yes. | |
| 3 | Q.   (By Ms. Weaver)  And what devices are | |
| 4 | those? | |
| 5 | MR. FALCONER:  Same objections. | 02:47:00 |
| 6 | THE DEPONENT:  Typically Facebook will | |
| 7 | provide a laptop and a phone.  Through the course | |
| 8 | of my work, I have experienced some custodians | |
| 9 | using a desktop computer or a tablet. | |
| 10 | Q.   (By Ms. Weaver)  And were all such | 02:47:30 |
| 11 | devices searched and had responsive data preserved | |
| 12 | for this litigation? | |
| 13 | MR. FALCONER:  Objection.  Form. | |
| 14 | THE DEPONENT:  Again, the custodian is | |
| 15 | obligated to preserve all relevant information, | 02:47:51 |
| 16 | potentially relevant information, related to a | |
| 17 | matter, no matter where it's stored.  If a | |
| 18 | custodian identifies relevant data on a device, the | |
| 19 | E-discovery team will collect from those devices, | |
| 20 | yes. | 02:48:12 |
| 21 | Q.   (By Ms. Weaver)  Are you aware of any | |
| 22 | failures of any custodian related to this | |
| 23 | litigation to preserve relevant information? | |
| 24 | A.   I'm not. | |
| 25 | Q.   Okay.  Are you aware of whether Facebook | 02:48:25 |

Page 153

```
 1    preserved account level privacy settings for the        02:48:43

 2    named plaintiffs' accounts in this case?

 3         A.   We discussed this morning the snapshots

 4    that Facebook undertook to preserve account

 5    information through Switchboard and DYI.  I believe    02:49:09

 6    there are privacy settings captured in Switchboard,

 7    so I believe my answer would be -- would be yes.

 8         Q.   And those privacy settings also

 9    maintained in Hive or TAO?

10              MR. FALCONER:  Objection.  Beyond the        02:49:50

11    scope of the notice.

12              But go ahead, Mike.

13              THE DEPONENT:  I'm not sure.

14         Q.   (By Ms. Weaver)  Did Facebook preserve

15    account level privacy settings for the named          02:50:04

16    plaintiffs' accounts prior to 2020?

17         A.   I'm not sure if historical privacy

18    settings are captured in either the DYI or

19    Switchboard snapshot.  I also am not sure whether

20    or not account level privacy settings have been       02:50:53

21    preserved within the 137 Hive tables that we have

22    on legal hold.

23              Long answer is -- you know, short answer

24    is I -- I don't know.

25         Q.   And are you familiar with the phrase "set   02:51:14
```

Page 154

CONFIDENTIAL

```
 1    permissions"?                                    02:51:16

 2         A.   No.

 3         Q.   Do you know whether account level

 4    permission settings on posts have been preserved

 5    prior to 2020 for the named plaintiffs?          02:51:31

 6         A.   I don't know.

 7         Q.   Are you familiar with what an identifier

 8    is?

 9              MR. FALCONER:  Objection.  Form.

10              THE DEPONENT:  I've heard of the term   02:52:15

11    used.  If -- if you could give me some context

12    about --

13         Q.   (By Ms. Weaver)  Yes.

14         A.   -- what you mean by "identifier."

15         Q.   Well, it's really what Facebook means   02:52:23

16    that I'm worried about.  But fair enough.  It's not

17    a great question.

18              You're familiar with the Facebook user

19    ID, correct?

20         A.   Yes.                                    02:52:33

21         Q.   And are you familiar with the replacement

22    ID?

23         A.   I'm familiar with it, yes.

24         Q.   And are you familiar with other

25    identifiers such as the ASID or ADID that can be   02:52:46
```

Page 155

```
 1   associated with users?                              02:52:50

 2        A.   No.

 3        Q.   Do you know if Facebook took any steps to

 4   preserve identifiers associated with the named

 5   plaintiffs in this case?                            02:53:00

 6        A.   If -- if that information is part of the

 7   137 Hive tables that we have placed on legal hold,

 8   then -- then the answer would be yes.

 9        Q.   Are you familiar with what a cookie is?

10        A.   Yes.                                       02:53:31

11        Q.   Did Facebook preserve cookies that are

12   associated with the named plaintiffs in this case,

13   including the full name of datr cookies, for

14   example?

15        A.   I'm not sure if that information is        02:53:55

16   captured in a Switchboard or DYI snapshot or if it

17   was -- if it is information that we are preserving

18   as part of the, you know, Hive tables that we have

19   on legal hold for this matter.  If that information

20   is contained with -- within any of those snapshots  02:54:13

21   or tables that are being preserved, then yes, we

22   would have.

23        Q.   You're aware that hashed versions of the

24   datr cookie values are contained, or at least some

25   of them, in the DYI files; is that true?            02:54:32
```

```
 1              MR. FALCONER:  Objection.                02:54:37

 2              THE DEPONENT:  I don't know.

 3              MR. FALCONER:  Beyond the scope.

 4              THE DEPONENT:  I don't know.

 5         Q.   (By Ms. Weaver)  Okay.                   02:54:46

 6              For the named plaintiffs who are active

 7    on Facebook, are there objects and associations

 8    that were once in TAO but are no longer there?

 9         A.   Can you repeat the question, please.

10         Q.   Yes.                                     02:55:15

11              For the named plaintiffs who are still

12    active on Facebook, are there objects and

13    associations that were once in TAO but are no

14    longer there?

15         A.   Yes, potentially.  TAO is part of our    02:55:33

16    production system, and it's a live system.

17    Facebook does not have a tool that prevents user

18    from interacting with the product.  An example of

19    object in association that may no longer be

20    available through a snapshot would be something    02:56:05

21    that was deleted by the user or, in the instance of

22    an interaction, by the user's friends.

23         Q.   What has Facebook done to maintain the

24    objects and associations since the onset of this

25    litigation?                                        02:56:31
```

Page 157

1        A.   We've taken snapshots in the Switchboard        02:56:45

2    tool and the DYI tool for -- for each of the named

3    plaintiffs that had data available at the time of

4    the snapshot.

5        Q.   Does Switchboard also record ██████        02:57:02

6    ██ named plaintiffs?

7        A.   I don't know.

8        Q.   Has Facebook taken any steps to identify

9    and preserve data relating to the named plaintiffs

10   that Facebook received from third parties?        02:57:44

11       A.   If that data is part of the data

12   contained within the 137 Hive tables that we are

13   preserving, then the answer is yes.

14       Q.   Do you know if the 137 tables includes

15   data received from companies like data brokers such        02:58:17

16   as Acxiom?

17       A.   I don't know the answer to that.  That

18   analysis would -- would be required from somebody

19   on our E-discovery data science team.

20       Q.   Has Facebook taken any steps to preserve        02:58:39

21   information sufficient to show if any data relating

22   to the named plaintiffs has been sent to third

23   parties for academic research?

24       A.   I don't know.  That would be another

25   answer -- the same answer where our -- our        02:59:05

1   E-discovery data science team would have to do that          02:59:09

2   analysis within the preserved Hive tables.

3       Q.   For example, Aleksandr Kogan was a

4   researcher, correct?  And he received data from

5   Facebook separate from the This is Your Digital             02:59:24

6   Life app, right?

7            MR. FALCONER:  I'm going to object to

8   this as beyond the scope of the notice and also

9   object to form.

10           THE DEPONENT:  I am aware that                      02:59:37

11  Aleksandr Kogan was an app developer.

12      Q.   (By Ms. Weaver)  Did Facebook preserve

13  information showing which users' data Kogan

14  received?

15      A.   I'm not sure, but that would be                    03:00:02

16  information that I think would be captured in Hive,

17  and if it were part of the tables that we have

18  placed on hold, the answer would be yes.

19      Q.   Did Facebook take any steps to preserve

20  data which would show which users received the              03:00:36

21  notice that they may have had their data viewed by

22  Cambridge Analytica?

23      A.   If -- if that information or data is in

24  the custody or control of any of the custodians

25  on -- on legal hold, they're under the obligation          03:01:19

| | | |
|---|---|---|
| 1 | to preserve that information.  And then the same | 03:01:23 |
| 2 | would be true for the Hive data tables that we have | |
| 3 | preserved for this matter. | |
| 4 | Q.   Did Facebook preserve the list of users | |
| 5 | who downloaded the This is Your Digital Life app? | 03:01:41 |
| 6 | A.   The same answer.  If any of the | |
| 7 | custodians on legal hold for this matter have that | |
| 8 | information, they would be instructed to preserve | |
| 9 | that list.  If that information is contained within | |
| 10 | the preserved Hive data tables, those would be -- | 03:02:13 |
| 11 | that information would also be preserved. | |
| 12 | Q.   Did Facebook preserve any information | |
| 13 | regarding whose data was sent to Aleksandr Kogan | |
| 14 | beyond the named plaintiffs? | |
| 15 | A.   I don't know. | 03:02:46 |
| 16 | Q.   Are there logs that reflect whether or | |
| 17 | not Cambridge Analytica received named plaintiffs' | |
| 18 | data that can be sorted by user ID? | |
| 19 | MR. FALCONER:  I'm going to object to | |
| 20 | that as outside the scope of the notice. | 03:03:04 |
| 21 | But go ahead. | |
| 22 | THE DEPONENT:  I don't know. | |
| 23 | Q.   (By Ms. Weaver)  And if there were, do | |
| 24 | you know if they were preserved? | |
| 25 | MR. FALCONER:  Objection.  Form. | 03:03:13 |

Page 160

CONFIDENTIAL

```
 1              THE DEPONENT:  If that data was part of      03:03:19

 2     137 data -- Hive tables that we have preserved,

 3     then yes.  But I don't know the answer to that

 4     specific question.

 5          Q.   (By Ms. Weaver)  And if they were not       03:03:31

 6     preserved in those 137 tables, is the answer no?

 7          A.   Unless that information is in the

 8     possession, custody, or control of one of our legal

 9     hold custodians, it's possible that that

10     information could be preserved through custodial     03:03:58

11     preservation.

12          Q.   Is there any other kind of data that

13     could identify which Facebook users could have had

14     their data viewed by Cambridge Analytica other than

15     what you have just described?                        03:04:48

16              MR. FALCONER:  Objection.  Beyond the

17     scope of the notice.

18              THE DEPONENT:  I don't know.

19          Q.   (By Ms. Weaver)  What steps has Facebook

20     taken in this case to preserve information relating  03:05:08

21     to the identification of class members?

22              MR. FALCONER:  Objection.  Form.

23              THE DEPONENT:  I -- I don't know what the

24     term "class members" means.

25          Q.   (By Ms. Weaver)  Does Facebook have a      03:05:30
```

                                                    Page 161

CONFIDENTIAL

```
 1    record of who was signed up for a Facebook account      03:05:31

 2    from 2007 to the present?

 3             MR. FALCONER:  Objection.  Beyond the

 4    scope of the notice.

 5             THE DEPONENT:  I don't know.                    03:05:48

 6        Q.   (By Ms. Weaver)  At the time the

 7    litigation hold was sent, did Facebook make any

 8    attempt to preserve a record of every person who

 9    had signed up for a Facebook account prior to that

10    time?                                                   03:05:59

11             MR. FALCONER:  Objection.  Form.

12             Go ahead, Mike.

13             THE DEPONENT:  Can you repeat the

14    question, please.

15        Q.   (By Ms. Weaver)  Yeah.                         03:06:16

16             At the time the first litigation hold was

17    sent relating to this matter, did Facebook make any

18    attempt to preserve a record that identified every

19    person who signed up for a Facebook account prior

20    to the time the litigation hold was sent?               03:06:28

21             MR. FALCONER:  Objection.  Form.

22             THE DEPONENT:  I don't know.

23        Q.   (By Ms. Weaver)  What steps has Facebook

24    taken to preserve data relating to what is shared

25    about the class members in this case?                   03:06:53
```

```
 1            MR. FALCONER:  Objection.  Form.              03:06:59

 2            THE DEPONENT:  I don't know -- I don't

 3     know what you mean by "class members."

 4       Q.   (By Ms. Weaver)  Okay.  For your

 5     edification, everybody who held a Facebook account    03:07:15

 6     from January 1, 2007 forward is a class member in

 7     the terms of our complaint.

 8            So --

 9       A.   Okay.

10       Q.   The question is:  What steps has Facebook      03:07:28

11     taken to preserve information which would identify

12     what information is shared about class members in

13     this case?

14       A.   I don't know.

15       Q.   Has Facebook made an attempt to preserve       03:07:51

16     data or logs that -- which would show what

17     information third parties have received about the

18     class members in this case?

19       A.   I don't know.

20       Q.   Has Facebook made any attempt to preserve      03:08:12

21     data or logs which would show what information

22     third parties have received about the named

23     plaintiffs in this case?

24       A.   As I mentioned, we -- we have 137 Hive

25     data tables preserved and on legal hold for this      03:08:33
```

```
 1    matter.  If that data is within those tables, that      03:08:42

 2    information would be preserved.  I'm not sure

 3    whether or not that data is -- or that information

 4    is contained within a Switchboard or DYI snapshot,

 5    but if it is, we would have preserved it at the        03:09:06

 6    time of this snapshot.

 7         Q.   Has Facebook taken any steps to preserve,

 8    for example, API call logs or records that would

 9    reflect what information third parties received

10    about the named plaintiffs in this case?              03:09:22

11              MR. FALCONER:  Objection.  Form.

12              THE DEPONENT:  Russ, I don't know if this

13    one of those potentially privileged questions or

14    answers.

15              MR. FALCONER:  Okay.                        03:09:54

16              MS. WEAVER:  You can consult.  You want

17    to go to a breakout room or --

18              MR. FALCONER:  Sure.

19              Yeah, why we don't we do -- we'll go off

20    the record for a second.                              03:10:06

21              Mike, can you go into the breakout room?

22              MS. WEAVER:  We can go off the record.

23              THE VIDEOGRAPHER:  We're off the record,

24    3:10 p.m.

25              (Recess taken.)                             03:10:29
```

Page 164

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Okay.  We're back on | 03:18:20 |
| 2 | the record.  It's 3:18 p.m. | |
| 3 | Q.   (By Ms. Weaver)  I'll restate the | |
| 4 | question. | |
| 5 | Mr. Duffey, has Facebook taken any steps | 03:18:30 |
| 6 | to preserve, for example, API call logs or records | |
| 7 | that could reflect what information third parties | |
| 8 | received about the named plaintiffs in this case? | |
| 9 | MR. FALCONER:  I'm going to object to the | |
| 10 | form of the question. | 03:18:47 |
| 11 | And then, Mr. Duffey, I'll instruct you | |
| 12 | to limit your answer to this question to | |
| 13 | nonprivileged information. | |
| 14 | THE DEPONENT:  Understood. | |
| 15 | If -- if -- if that information regarding | 03:19:00 |
| 16 | API call logs is stored within any of the 137 Hive | |
| 17 | tables we have preserved for this matter or is | |
| 18 | information stored by or by any of other legal hold | |
| 19 | custodians, that information would be preserved for | |
| 20 | this matter. | 03:19:42 |
| 21 | Q.   (By Ms. Weaver)  But specifically with | |
| 22 | regard to API call logs, has Facebook preserved any | |
| 23 | information in API call logs that would reflect | |
| 24 | what information about class members was shared | |
| 25 | with third parties? | 03:20:02 |

Page 165

```
 1              MR. FALCONER:  Objection.  Form.          03:20:07

 2              And, again, same instruction, Mr. Duffey,

 3      not to reveal any privileged communications or

 4      privileged information in the course of your

 5      answer.                                           03:20:18

 6              THE DEPONENT:  Same -- same answer in

 7      respect to class members as I answered with respect

 8      to the named plaintiffs.

 9          Q.   (By Ms. Weaver)  What steps has Facebook

10      taken to preserve data that could be associated     03:20:33

11      with the named plaintiffs from systems that have

12      been deprecated since the onset of the litigation?

13          A.   I'm not aware of any systems that have

14      been deprecated since the onset of the litigation.

15      I was informed that Facebook is in the process of   03:21:02

16      deprecating one system called EverStore, which --

17      which stores, from what I'm told, large files like

18      photos and videos.

19              That -- that EverStore system, we're in

20      the process of migrating that data over to a new    03:21:35

21      system called Manifold, and common practice for

22      Facebook is to -- for any deprecated system to

23      ensure that the data is -- is appropriately

24      migrated to the new system.

25          Q.   Are you aware of any deprecated            03:22:07
```

                                                            Page 166

CONFIDENTIAL

```
 1    practices?                                          03:22:09

 2            MR. FALCONER:  Objection.  Form.  And

 3    beyond the scope of the notice.

 4            But go ahead, Mike.

 5            THE DEPONENT:  I'm not sure what you mean   03:22:21

 6    by "practice."

 7        Q.   (By Ms. Weaver)  Do you know what

 8    whitelisting is as it is used in this case?

 9        A.   I've heard the term "whitelisting"

10    before.  As it's used in this case, I'm not sure.   03:22:39

11        Q.   What is your understanding --

12        A.   If I --

13        Q.   Oh, I'm sorry, Mr. Duffey.

14            What were you saying?  I didn't mean to

15    cut you off.                                        03:22:57

16        A.   Yeah, I've heard the term "whitelisting,"

17    but I'm just -- I don't have an understanding of --

18    of what that term means in context with this

19    matter.  But if you could explain it to me, I can

20    attempt to answer your question.                    03:23:11

21        Q.   At some point in time, did Facebook

22    transition from Graph API version 1.0 to 2.0?

23            MR. FALCONER:  Objection.  Beyond the

24    scope of the notice.

25            THE DEPONENT:  I understand that that did   03:23:30
```

Page 167

1    happen, yes.                                              03:23:33

2        Q.    (By Ms. Weaver)  And you understand that

3    part of the allegations in this complaint, for

4    which you were partly responsible for identifying

5    custodians and preserving evidence, is that certain    03:23:40

6    third parties were whitelisted or exempted from

7    being cut off from certain data available in Graph

8    API version 1.0; is that right?

9            MR. FALCONER:  Objection.  Beyond the

10   scope.                                                   03:24:01

11           Again, go ahead, Mike.

12           THE DEPONENT:  I have general minimum

13   understanding of this, yes.

14       Q.    (By Ms. Weaver)  Did Facebook preserve a

15   list of the third parties who were whitelisted        03:24:18

16   after the transition from Graph API version 1.0 to

17   2.0?

18       A.    If any of the 469 custodians placed on

19   legal hold for this matter have that information of

20   the -- of the companies that were whitelisted, they    03:24:51

21   would have preserved that information.  I'm not

22   sure whether or not that information is contained

23   within any of our Hive tables, but if it were part

24   of the 137 Hive tables that we have preserved for

25   this matter, again, that -- that information would     03:25:13

                                                      Page 168

| | | |
|---|---|---|
| 1 | be preserved in those -- the Hive tables on legal | 03:25:15 |
| 2 | hold. | |
| 3 | Q.   Did Facebook take any -- any steps to | |
| 4 | preserve records of which third parties received | |
| 5 | the named plaintiffs' data after they were | 03:25:28 |
| 6 | whitelisted? | |
| 7 | A.   Same answer. | |
| 8 | Q.   There are logs that reflect what third | |
| 9 | parties have accessed in terms of user data, | |
| 10 | correct? | 03:25:49 |
| 11 | MR. FALCONER:  Objection.  Form. | |
| 12 | THE DEPONENT:  Can you repeat the | |
| 13 | question, please. | |
| 14 | Q.   (By Ms. Weaver)  Sure. | |
| 15 | There are APIs or interfaces that | 03:26:03 |
| 16 | reflect -- strike that. | |
| 17 | Are there logs or records that reflect | |
| 18 | what data third parties have accessed from Facebook | |
| 19 | that existed at the time the litigation hold in | |
| 20 | this case was set -- | 03:26:27 |
| 21 | MR. FALCONER:  Objection.  Beyond the | |
| 22 | scope. | |
| 23 | Q.   (By Ms. Weaver)  -- correct? | |
| 24 | A.   I don't know. | |
| 25 | Q.   So other than the Hive tables and the | 03:26:33 |

Page 169

```
 1    snapshots we've discussed, did Facebook take any        03:26:38

 2    steps to preserve data in Facebook's systems that

 3    could be used to identify what information third

 4    parties received from Facebook about users?

 5        A.   I just want to make sure I understand the       03:27:17

 6    question.  Do you mind repeating it one more time,

 7    please.

 8        Q.   No problem.

 9             Other than Hive tables and the snapshots

10    we have discussed and other than custodial files,       03:27:26

11    did Facebook take any steps to preserve data in

12    Facebook's systems, for example, APIs or logs, that

13    could be used to identify what information third

14    parties received from Facebook about class members?

15             MR. FALCONER:  Objection.  Form.               03:27:53

16             THE DEPONENT:  I don't know.

17        Q.   (By Ms. Weaver)  You're aware that as

18    part of the ADI investigation, Facebook disallowed

19    access to user data for certain third parties,

20    correct?                                                 03:28:22

21             MR. FALCONER:  Objection.  Beyond the

22    scope of the notice.

23             THE DEPONENT:  I didn't -- I wasn't -- I

24    don't think I was aware of that, no.

25        Q.   (By Ms. Weaver)  Do you know if Facebook        03:28:32
```

Page 170

```
 1   maintained a list of the third parties whose access      03:28:33

 2   to Facebook's data was cut off following Cambridge

 3   Analytica?

 4           MR. FALCONER:  Objection.  Beyond the

 5   scope.                                                    03:28:51

 6           THE DEPONENT:  I don't understand the

 7   question.

 8       Q.   (By Ms. Weaver)  Following the

 9   Cambridge Analytica scandal, what steps did

10   Facebook take to preserve information relating to          03:29:05

11   which third parties were improperly accessing class

12   members' data?

13       A.   We sent legal hold notifications to

14   custodians in the Cambridge Analytica matter as

15   well as legal hold custodians in the app developer        03:29:35

16   investigation matter and instructed those

17   custodians to preserve all relevant data related to

18   those matters.

19           We also placed Hive tables on legal hold

20   for both the Cambridge Analytica matter as well as        03:29:59

21   the app developer investigation matter.

22       Q.   Does Facebook maintain a record of what

23   third parties are accessing information through its

24   APIs?

25           MR. FALCONER:  Objection.  Beyond the             03:30:22
```

Page 171

1    scope of the notice.                              03:30:22

2           THE DEPONENT:  I don't know.

3       Q.   (By Ms. Weaver)  Did Facebook make any

4    attempt to preserve in back-end logs data that

5    would allow Facebook to identify whether class      03:30:32

6    members' data was accessed by third parties?

7           MR. FALCONER:  Objection to form.

8           THE DEPONENT:  I don't know what the term

9    "back-end logs" means.

10      Q.   (By Ms. Weaver)  So front-end logs are       03:30:53

11   where data is received and back-end logs is where

12   it is sent out through the platform.

13          Does Facebook maintain a record of which

14   third parties are accessing the data of class

15   members?                                           03:31:10

16          MR. FALCONER:  I'm going to object to the

17   form of the question and also object as beyond the

18   scope of the notice.

19          THE DEPONENT:  I don't know.

20      Q.   (By Ms. Weaver)  What steps has Facebook     03:31:23

21   taken since the filing of this lawsuit to track or

22   monitor what third parties have been receiving

23   named plaintiffs' data?

24          MR. FALCONER:  Objection.  Beyond the

25   scope of the notice.                               03:31:38

                                           Page 172

| | | |
|---|---|---|
| 1 | THE DEPONENT:  We have sent the legal | 03:31:42 |
| 2 | hold notification to -- the legal hold notice to | |
| 3 | 469 custodians as well as placed 137 tables on | |
| 4 | legal hold.  Those were the -- the preservation | |
| 5 | steps. | 03:32:04 |
| 6 | MR. FALCONER:  Lesley, you're on mute. | |
| 7 | THE DEPONENT:  I can hear you. | |
| 8 | (Discussion off the stenographic record.) | |
| 9 | Q.   (By Ms. Weaver)  Okay.  I'll direct your | |
| 10 | attention to page 3 of Exhibit 389 please. | 03:32:28 |
| 11 | And for the record, it reads in point 8 | |
| 12 | there:  "Please provide definitions for the | |
| 13 | departments identified in your August 17th letter." | |
| 14 | And I'll note for the record -- | |
| 15 | MR. FALCONER:  Can you give me just a | 03:32:47 |
| 16 | second to get there?  I'm sorry. | |
| 17 | MS. WEAVER:  No problem. | |
| 18 | MR. FALCONER:  Can you state where you | |
| 19 | are again. | |
| 20 | MS. WEAVER:  Exhibit 389, page 3. | 03:32:53 |
| 21 | MR. FALCONER:  Page 3.  Okay. | |
| 22 | Q.   (By Ms. Weaver)  And for the record, this | |
| 23 | lists the departments that Gibson Dunn identified | |
| 24 | as having received the legal hold notice in 2018. | |
| 25 | Do you see that? | 03:33:14 |

Page 173

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    Okay.  I do. | 03:33:15 |
| 2 | Q.    And it lists management which are members | |
| 3 | of the leadership team. | |
| 4 | Do you see that? | |
| 5 | A.    Uh-huh.  Yes. | 03:33:23 |
| 6 | Q.    Do you know who in management received | |
| 7 | the legal hold notice? | |
| 8 | A.    I don't recall the names of all of the | |
| 9 | individuals on the leadership team as of | |
| 10 | September 6th, 2018. | 03:33:59 |
| 11 | I can confirm, though, that we do have | |
| 12 | members of the leadership team on -- on legal hold. | |
| 13 | Q.    And do you know by name who? | |
| 14 | A.    I just don't recall who was -- who was | |
| 15 | part of the leadership team at that time.  I can | 03:34:29 |
| 16 | confirm that both Mark Zuckerberg and | |
| 17 | Sheryl Sandberg were on the -- the Cambridge legal | |
| 18 | hold at that time.  But -- but other management | |
| 19 | members, I'm not sure. | |
| 20 | Q.    Do you know if Javier Olivan was? | 03:34:43 |
| 21 | A.    I can't confirm that at the time of this | |
| 22 | letter.  I do believe Mr. Olivan is on legal hold | |
| 23 | for Cambridge Analytica. | |
| 24 | Q.    And then legal -- the legal department | |
| 25 | also received a legal hold notice; is that right? | 03:35:14 |

Veritext Legal Solutions
866 299-5127

1          A.    Members of the legal department I believe          03:35:22

2     received the legal hold notice, yes.

3          Q.    And then members of the policy department

4     and communications department received the legal

5     hold notice; is that correct?                               03:35:37

6          A.    I have no reason to believe that this --

7     that statement -- those two statements are

8     inaccurate.

9          Q.    And do you see it refers here to

10    "platform and development operations"?                     03:35:53

11         A.    I do.

12         Q.    And did they receive the legal hold

13    notice?

14         A.    Members of the platform team development

15    operations team did -- did receive a copy of the          03:36:08

16    legal hold notice, yes.

17         Q.    And what is platform operations?

18         A.    I believe that at one time it was

19    called -- if -- I feel like this might be a -- a

20    typo here.  I think what was intended to say is           03:36:44

21    "developer operations" instead of "development

22    operations."

23              And I know that that team formally

24    referred to as "developer operations" is now

25    referred to as "platform operations."                     03:37:01

                                                          Page 175

1       Q.    And what does platform operations do?         03:37:07

2       A.    I'm not sure of their -- their job

3   function.

4       Q.    So other than --

5             MR. FALCONER:  I'm sorry.                      03:37:53

6             Mike, are you done?

7             THE DEPONENT:  Yeah, I'm just -- I'm just

8   trying to think if there's -- there's a summary or

9   a description that I can provide.

10            MR. FALCONER:  While you're thinking, I        03:38:06

11  just had -- did not an objection out before you

12  started your answer.

13            This question is beyond the scope of the

14  notice.  But I wanted to put that objection in.

15            Go ahead.  Keep thinking.  You can             03:38:17

16  answer.  I just wanted to make that record.

17            THE DEPONENT:  Yeah, I'm sorry.  I don't

18  know that I can -- can provide like an accurate

19  description of what the platform operations team

20  does.                                                    03:38:52

21      Q.    (By Ms. Weaver)  Do you know if platform

22  and development operations teams as described here

23  took any steps to preserve on a systemwide basis

24  information that would allow Facebook to identify

25  what information it was sending to third parties         03:39:09

                                                    Page 176

1    about the class members in this case?                    03:39:14

2            MR. FALCONER:  Objection.  Form.

3            THE DEPONENT:  If through the course of

4    our custodian interviews of members of either of

5    these two teams identified Hive tables relevant         03:39:36

6    to -- to your question, those Hive tables would

7    have been placed on legal hold for preservation.

8        Q.  (By Ms. Weaver)  Anything else you can

9    think of?

10       A.  Members of those teams who received the          03:40:07

11   legal hold notice would be instructed to preserve

12   any and all data related to the topics listed in

13   the legal hold notice.

14       Q.  When you say "any and all data," what do

15   you mean?                                                03:40:23

16       A.  All ESI, hard copy materials, or

17   structured data like the data that is stored in

18   Hive tables.

19       Q.  Are you aware of any data not kept in

20   Hive tables and not kept in custodial files that       03:40:40

21   was preserved that could identify what information

22   third parties received about class members in this

23   case?

24           MR. FALCONER:  Objection.  Form.

25           THE DEPONENT:  In general, most of our --       03:41:02

                                            Page 177

```
 1    our data or ESI is not under a retention schedule        03:41:05

 2    or deletion schedule, so unless -- unless an

 3    employee were to proactively delete that

 4    information, we would have preserved that

 5    information through our various data sources that       03:41:44

 6    we use within the company.

 7         Q.   (By Ms. Weaver)  Okay.  I understand your

 8    answer, but I'm really trying to ask something

 9    very, very specific.

10         Did Facebook take any steps on a systemic           03:42:03

11    basis to preserve information in logs such as the

12    API call logs that would identify what data third

13    parties received about the class members in this

14    case?

15         MR. FALCONER:  I'm going to object to the           03:42:24

16    form of that question.

17         And then, again, Mr. Duffey, remind you

18    to exclude any privileged information or contents

19    of any privileged communications in your answer.

20         THE DEPONENT:  Beyond the data that is on           03:42:41

21    legal hold in the 137 tables that we have on -- on

22    hold, Hive tables, I'm not aware of any, you know,

23    additional measures to preserve that data.

24         Q.   (By Ms. Weaver)  And then is it your

25    understanding that members of the advertising,          03:43:11
```

| | | |
|---|---|---|
| 1 | sales, and marketing departments, the security | 03:43:13 |
| 2 | department, the privacy team, human resources, | |
| 3 | growth, academic research, engineering, and user | |
| 4 | research all received litigation hold notices in | |
| 5 | this case on or around March of 2018? | 03:43:33 |
| 6 | MR. FALCONER:  Objection.  Form. | |
| 7 | THE DEPONENT:  This -- this letter is | |
| 8 | dated December 6th, 2018.  I have no reason to -- | |
| 9 | to not believe or -- that the accuracy of these | |
| 10 | statements as it pertains to the various teams | 03:44:05 |
| 11 | within our organization that were placed on legal | |
| 12 | hold. | |
| 13 | So by -- by the September 6th, 2018, I | |
| 14 | would agree that -- that members from all of these | |
| 15 | groups or teams were placed on legal hold. | 03:44:24 |
| 16 | Q.   (By Ms. Weaver)  Are you aware of any | |
| 17 | other departments that received the legal hold | |
| 18 | notice in 2018? | |
| 19 | MR. FALCONER:  Objection.  Form. | |
| 20 | Go ahead, Mike. | 03:44:43 |
| 21 | THE DEPONENT:  No, this seems like -- | |
| 22 | like a comprehensive list. | |
| 23 | Q.   (By Ms. Weaver)  Okay. | |
| 24 | MS. WEAVER:  We'll take a quick break and | |
| 25 | we'll be back in like five.  We can go off the | 03:45:14 |

Veritext Legal Solutions
866 299-5127

```
1    record.                                            03:45:17

2            THE VIDEOGRAPHER:  Okay.  We're off the

3    record.  It's 3:45 p.m.

4            (Recess taken.)

5            THE VIDEOGRAPHER:  Okay.  We're back on     03:51:22

6    the record.  It's 3:51 p.m.

7       Q.  (By Ms. Weaver)  Mr. Duffey, were you

8    aware of a motion that Facebook brought in this

9    case that (inaudible) permission not to preserve

10   data?                                              03:51:36

11           MR. FALCONER:  Objection.  Form and

12   outside the scope of the notice.

13           And, Mr. Duffey, I want to exclude from

14   your answer anything you learned from conversations

15   with counsel in this case, privileged             03:51:45

16   conversations.

17           THE DEPONENT:  No, I'm not.

18      Q.  (By Ms. Weaver)  Do you know what a

19   method table is?

20      A.  I've heard of -- I've heard of the -- the   03:52:05

21   term "method table."  I -- I do not know what it

22   is, no.

23      Q.  When Facebook was implementing its

24   preservation program in response to this lawsuit,

25   did it consult with engineers to consider whether  03:52:30
```

Page 180

1    API call logs should be preserved in order to keep          03:52:34

2    a record of what data third parties obtained about

3    the plaintiffs in this case?

4           MR. FALCONER:  So objection to form.

5           And, again, Mr. Duffey, if there were any          03:52:51

6    privileged conversations that you were part of that

7    would otherwise be responsive to that question, you

8    should exclude from your answer.

9           THE DEPONENT:  I heard you mention that

10   phrase "preservation programs," and I'm not sure I          03:53:08

11   understand what that means.  I just want to make

12   sure I get clarity on that before I attempt to

13   answer your question.

14      Q.   (By Ms. Weaver)  I just mean attempts to

15   preserve.  But I can restate the question.          03:53:18

16           When Facebook implemented its retention

17   policy in response to this lawsuit, did Facebook

18   consult with engineers to consider whether API call

19   logs should be preserved in order to keep a record

20   of what data third parties obtained about class          03:53:36

21   members in this case?

22           MR. FALCONER:  Again, objection.  Form.

23           And, Mr. Duffey, the same instruction on

24   privilege, which I can repeat if you need me to.

25           THE DEPONENT:  I don't know.          03:54:05

                                                    Page 181

```
 1        Q.   (By Ms. Weaver)  Who would know?          03:54:06

 2        A.   Custodian interviews are conducted by our

 3   outside counsel and in-house counsel.  I think -- I

 4   think they would be the appropriate people to ask

 5   that question.                                       03:54:47

 6        Q.   Other than custodial linked data sources,

 7   did Facebook preserve ESI in central repositories?

 8        A.   What do you mean by "central repository"?

 9        Q.   For example, is financial information

10   preserved at Facebook in a centralized repository    03:55:34

11   that is not custodially limited?

12        A.   I'm aware of teams that use central

13   repositories like a Google Drive or a SharePoint or

14   a network share.  So if you can repeat the question

15   I -- I think I -- I can attempt to answer.           03:56:28

16        Q.   Other than custodial data sources, did

17   Facebook preserve ESI in central repositories?

18        A.   I think I mentioned this before.  Central

19   repositories like Google Drive or like a network

20   share or like a SharePoint are not under any         03:56:54

21   auto-deletion or retention period.  Data that lives

22   within a central repository would have to be

23   deleted by some lady who had access to those

24   central repositories.

25             And as I stated earlier, I'm not aware --  03:57:26
```

```
 1    I have never -- our E-discovery team has not been          03:57:29

 2    made aware of any deletion that has occurred in a

 3    central repository for this matter.

 4         Q.   Did Facebook take any steps to preserve

 5    logs that reflect what data SDKs were obtaining          03:57:57

 6    that related to class member data?

 7              MR. FALCONER:  Objection.  Form.

 8              THE DEPONENT:  I don't know what an SDK

 9    is, but if that were data that is part of the Hive

10    tables that have been preserved for this matter,       03:58:25

11    then yes, we would have preserved it.

12         Q.   (By Ms. Weaver)  Okay.  Is it Facebook's

13    usual practice that data in Hive tables subject to

14    legal holds are automatically put in cold storage?

15              MR. FALCONER:  Objection.  Form.          03:58:59

16              THE DEPONENT:  It has been the

17    E-discovery -- E-discovery data science team's

18    approach or mechanism for placing Hive tables on

19    legal hold to move that data into cold storage.

20         Q.   (By Ms. Weaver)  How long does it take to       03:59:34

21    get data out of cold storage?

22              MR. FALCONER:  Objection.  Beyond the

23    scope of the notice.

24              THE DEPONENT:  I think it would depend

25    on -- on the size of the data that would be needed       03:59:51
```

Page 183

1    to -- be taken out of cold storage.  So I -- so I          03:59:56

2    don't know -- I don't know how long it would take.

3    But it -- it certainly would depend on the size of

4    the -- the data or the Hive table.

5        Q.   (By Ms. Weaver)  Do you know whether the          04:00:17

6    data in the 137 Hive tables is available anywhere

7    else at Facebook?

8        A.   I don't know -- I don't know that I can

9    answer that question.  I don't know.

10       Q.   When you said it would depend on the size         04:00:55

11   of the data, can you give a rough estimate as to

12   how long it would take to get Hive tables out of

13   cold storage?

14            MR. FALCONER:  Objection.  Beyond the

15   scope.                                                     04:01:07

16            THE DEPONENT:  I can't -- I can't.  I

17   mean Hive tables, especially ones that are on legal

18   hold, grow in size every single day that new data

19   is put into cold storage.  I'm -- I -- I have no

20   idea how long it would take, but I know that it           04:01:30

21   would be dependent on -- on the size of the tables.

22       Q.   (By Ms. Weaver)  Is --

23       A.   Our data science -- I would ask our data

24   science team on -- on sort of a timetable depending

25   on which tables were -- were -- you're referring         04:01:49

Page 184

```
 1    to.                                              04:01:52

 2         Q.   Are we talking weeks or months?

 3              MR. FALCONER:  Same objection.

 4              THE DEPONENT:  Possibly.  I don't know.

 5         Q.   (By Ms. Weaver)  Has Facebook ever      04:02:07

 6    brought tables out of cold storage that have been

 7    put in there on a litigation hold?

 8              MR. FALCONER:  Same objection.

 9              THE DEPONENT:  I believe so.

10         Q.   (By Ms. Weaver)  On how many occasions?  04:02:33

11              MR. FALCONER:  Objection.  Beyond the

12    scope.

13              THE DEPONENT:  I don't -- I don't know.

14    I've only work on a subset of a total number of

15    active regulatory and litigation matters within --  04:02:47

16    within our legal department, so I don't know the

17    answer to that question.

18         Q.   (By Ms. Weaver)  How many times are you

19    aware of that Facebook has brought data out of cold

20    storage?                                          04:03:00

21              MR. FALCONER:  Objection.  Beyond the

22    scope.

23              THE DEPONENT:  I don't have a number.

24         Q.   (By Ms. Weaver)  Is it more than ten?

25              MR. FALCONER:  Same objection.          04:03:14
```

                                                    Page 185

CONFIDENTIAL

```
 1              THE DEPONENT:  I don't know.           04:03:18

 2        Q.   (By Ms. Weaver)  Have you ever personally

 3   been involved in a matter where Facebook brought

 4   data out of cold storage?

 5              MR. FALCONER:  Objection.  Beyond the    04:03:34

 6   scope.

 7              THE DEPONENT:  Yeah, I'm -- I'm

 8   struggling with this question because I've never

 9   heard sort of the term "taking data out of cold

10   storage."                                          04:04:26

11         I am aware of our E-discovery data

12   science team producing structured data in -- in

13   matters.  Whether or not it was taken out of cold

14   storage or not, I'm -- I'm just not clear on that

15   process.                                           04:04:52

16        Q.   (By Ms. Weaver)  And in what matters did

17   Facebook's data science team produce structured

18   data out of cold storage?

19              MR. FALCONER:  Objection.  Beyond the

20   scope.                                             04:05:08

21              THE DEPONENT:  No -- no specific matters

22   come to mind that I can -- I can tell you sitting

23   here.

24        Q.   (By Ms. Weaver)  Who is involved with

25   producing the structured data out of cold storage?  04:05:57
```

Page 186

CONFIDENTIAL

```
 1              MR. FALCONER:  Objection.  Beyond the        04:06:05

 2    scope.

 3              THE DEPONENT:  Any -- any data that is

 4    produced from Hive tables goes through a stat

 5    review process that involves different            04:06:26

 6    cross-functional partners within the company,

 7    including E -- E-discovery, legal.  It depends

 8    on -- on what the data is and who the owners of

 9    that data are.

10        Q.   (By Ms. Weaver)  Does putting Hive logs    04:07:02

11    in cold storage make it less accessible?

12              MR. FALCONER:  Objection.  Form and

13    beyond the scope of the notice.

14              THE DEPONENT:  When data is put into cold

15    storage, only the E-discovery team would -- would   04:07:27

16    have access to that data.  So I -- I believe it

17    does make it more difficult to access the data,

18    yes.

19        Q.   (By Ms. Weaver)  What is cold storage,

20    exactly?                                            04:07:53

21              MR. FALCONER:  Same objection.

22              THE DEPONENT:  I'm not a data scientist.

23    All I know is that that's the storage space for

24    which, for instance, legal hold data, Hive data is

25    preserved.                                          04:08:20
```

1          Q.   (By Ms. Weaver)  You understand that you          04:08:23

2     were to testify today regarding the

3     Special Master's question "were any high Hive

4     tables containing named plaintiff data placed in

5     cold storage during the pendency of this                    04:08:32

6     litigation," right?

7          A.   Yes.

8          Q.   So what does it mean to place Hive tables

9     in cold storage?

10         A.   That is our -- our mechanism for placing          04:08:44

11    Hive data on legal hold so that it cannot be

12    altered, modified, or deleted.

13         Q.   Does placing it in cold storage make it

14    less accessible, meaning in terms of being able to

15    search or access the data?                                  04:09:07

16              MR. FALCONER:  Objection.  Beyond the

17    scope.

18              But go ahead.

19              THE DEPONENT:  I don't know.  I -- I

20    would have to ask our -- our data science team that         04:09:20

21    specific question.

22              MS. WEAVER:  Okay.  I have no further

23    questions at this time.  We will seek a deponent to

24    answer on the questions that the witness was not

25    able to answer.                                             04:09:38

CONFIDENTIAL

```
 1              But, Mr. Duffey, I want to thank you        04:09:39

 2   very, very much for your time and effort and the

 3   time you took to prepare for this deposition.

 4              THE DEPONENT:  And thank you, Ms. Weaver.

 5              MR. FALCONER:  We'll reserve all rights.    04:09:48

 6   We'd like to read and sign, and mark the transcript

 7   "Confidential" pending the final confidentiality

 8   designations.

 9              MS. WEAVER:  Okay.  We can go off the

10   record.                                               04:09:58

11              THE VIDEOGRAPHER:  Thank you.

12              We're off the record.  It's 4:10 p.m.

13              (TIME NOTED:  4:10 p.m.)

14

15

16

17                      ---o0o---

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

1    I, Rebecca L. Romano, a Registered
2   Professional Reporter, Certified Shorthand
3   Reporter, Certified Court Reporter, do hereby
4   certify:
5    That the foregoing proceedings were taken
6   before me remotely at the time and place herein set
7   forth; that any deponents in the foregoing
8   proceedings, prior to testifying, were administered
9   an oath; that a record of the proceedings was made
10  by me using machine shorthand which was thereafter
11  transcribed under my direction; that the foregoing
12  transcript is true record of the testimony given.
13    Further, that if the foregoing pertains to the
14  original transcript of a deposition in a Federal
15  Case, before completion of the proceedings, review
16  of the transcript [ ] was [X] was not requested.
17    I further certify I am neither financially
18  interested in the action nor a relative or employee
19  of any attorney or any party to this action.
20    IN WITNESS WHEREOF, I have this date
21  subscribed my name this 7th day of June, 2022.
22
23
24    Rebecca L. Romano, RPR, CCR
25    CSR. No 12546

                                         Page 190

1    RUSSELL H. FALCONER

2    rfalconer@gibsondunn.com

3                                              June 7, 2022

4    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

5    JUNE 2, 2022, MICHAEL DUFFEY, JOB NO. 5234611

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                              Page 191

1   xx Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2      Transcript - The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, notating the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested - Reading & Signature was not

10     requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 192

CONFIDENTIAL

1          I, MICHAEL DUFFEY, do hereby declare under

2     penalty of perjury that I have read the foregoing

3     transcript; that I have made any corrections as

4     appear notes; that my testimony as contained

5     herein, as corrected, is true and correct.

6          Executed this _____ day of _____,

7     2022, at  _____,_____.

8

9

10

11               _____

12                    MICHAEL DUFFEY

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 193

```
 1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

 2    MICHAEL DUFFEY (JOB NO. 5234611)

 3                  E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    MICHAEL DUFFEY                    Date

25
```

Page 194

**[& - 2nd]**

| & |
|---|
| **&** 1:14 2:19 3:5 4:16 5:5 6:5 9:14 12:16 15:15,15,22 117:13 191:23 192:9 |

| 0 |
|---|
| **00003256** 9:8 |
| **00003259** 9:12 |
| **0000462** 9:23 |
| **0000470** 9:24 |
| **0000489** 8:21 9:7 9:11 33:4 |
| **0000493** 8:22 |
| **0000504** 10:13 |
| **0000509** 10:14 |
| **0000516** 10:19 |
| **0000531** 10:20 |
| **0000555** 11:7 |
| **0000568** 11:8 |
| **0000578** 11:15 |
| **0000585** 11:16 |
| **0000692** 9:17 |
| **0000694** 9:18 |
| **02843** 1:6 2:4 |

| 1 |
|---|
| **1** 1:25 29:23 31:8 31:9,20,23 163:6 192:1 |
| **1.0** 167:22 168:8 168:16 |
| **100** 117:18 |
| **103** 9:14 |
| **104** 9:20 |
| **10:19** 48:19 |
| **10:35** 48:22 |
| **10th** 35:10 81:12 81:16,23 |
| **11** 21:2 117:24 118:1 |

**114** 10:4
**116** 10:7
**11:29** 79:23
**11:42** 80:1
**1201** 4:8
**12546** 1:21 190:25
**129** 10:10
**12:44** 113:8
**12th** 3:10
**130** 10:16
**134** 11:4,10
**137** 69:13,19,23 70:13 72:21 73:18 75:10,19 77:17 79:6,7,16 82:25 83:23 84:5 154:21 156:7 158:12,14 161:2,6 163:24 165:16 168:24 173:3 178:21 184:6
**14** 8:5
**142** 11:13
**15** 90:16
**16** 9:22
**1600** 3:11
**16th** 96:18,24 98:18 99:1,5 108:20
**17** 8:11
**17th** 115:13 173:13
**18** 1:6 2:4
**1801** 5:16
**18th** 26:16 36:13
**194** 1:25
**1:18** 113:11

| 2 |
|---|
| **2** 1:16 12:1 115:7 137:18 138:5 191:5 |

**2.0** 167:22 168:17
**20** 8:20 9:6,10 10:12,18 11:6 79:12 130:2
**20-0466** 1:22
**2001** 4:19
**2007** 96:22 162:2 163:6
**2017** 14:21 49:21 50:2,4 68:3 86:20
**2018** 10:5 16:25 22:18 25:15 27:2 27:11 29:11 35:8 38:3,24 50:2,5 75:2,12,22 76:5,12 91:25 92:6 109:9 109:18 114:13 116:4 124:2 173:24 174:10 179:5,8,13,18
**2019** 10:8 39:8 87:3 110:14 117:13 125:16
**2020** 8:20 9:6,10 11:15 35:10 36:14 38:23 39:3,8,10 44:16 46:14 52:1 60:10,13,15 61:11 61:19 62:24 66:7 66:15,24 81:9,12 81:16,23 87:3 90:14,16,22 96:18 96:24 98:18 99:2 99:5 126:14 142:21 143:16 148:8 151:1 154:16 155:5
**2021** 9:22 10:12,18 11:6 14:19,22 15:2 52:2 59:1,6 60:6,9,14,16,20

**61:3 87:2 108:20 126:7 130:2 131:4 131:5 132:2 133:3 138:14 139:11 140:9 141:25 150:19
**2022** 1:16 2:18 9:16 12:1,6 26:16 36:14 82:16 84:8 90:17 190:21 191:3,5 193:7
**20221** 47:8
**2025.520** 191:9,12
**206** 4:11
**20th** 90:21 131:4,5 132:2 133:3 138:13,14
**2100** 4:20
**213** 5:10 6:20
**214** 4:22
**21st** 140:9
**229-7907** 5:10
**22nd** 91:25 92:6
**23** 66:6
**23rd** 90:13
**253-9706** 6:20
**26** 104:20
**27th** 47:8 52:2
**28** 9:16 11:14
**2843** 1:4 2:3
**285** 109:22
**28th** 142:21 143:16 148:7
**29** 32:19
**298-5700** 5:19
**2:29** 151:9
**2:43** 151:12
**2nd** 12:6

**[3 - 9th]**

| 3 |
|---|

**3** 2:18 25:19,21
26:12 30:12,16
35:4 119:3 126:6
136:23 137:24
173:10,20,21
**3.2** 105:13
**3.3** 105:8
**30** 1:12 8:15 9:4
17:18 36:12 37:14
146:25 192:1
**3000** 6:9
**303** 5:19
**31** 82:16
**31st** 84:8
**32** 8:19 129:13
130:10
**3200** 4:9
**3256** 82:14
**3257** 63:5,19 66:5
68:22 96:13
**3258** 52:23 63:13
65:5 67:21
**3259** 70:19
**32nd** 6:18
**333** 5:8
**3491** 1:23
**37** 134:10
**38** 36:3 134:11
**384** 8:11 17:17,21
20:12 29:21,23
30:6 146:10
**385** 8:19 32:15,19
32:20 33:3,19
34:7,17,23 80:11
81:6,10 91:12
92:3 102:25 109:3
109:23 119:4
**386** 9:4 52:8,9,16
52:23 63:6 67:22
80:25 81:19 82:4

82:13 83:20 84:5
92:25 96:12
101:16 126:4
140:14
**387** 9:14 103:19,23
104:6,16
**388** 9:20 104:20,21
105:2
**389** 10:4 114:7,8
173:10,20
**39** 142:14
**390** 10:7 116:16,20
117:9 124:7
**391** 10:10 129:9,10
129:22 135:8
**392** 10:16 99:18
130:18,22,25
131:1,7 132:7
133:2 134:19,19
135:11 136:2,9
**393** 11:4 134:12,19
134:23 135:15,17
135:25 136:2,21
136:21,23 138:9
138:12,17,24,25
**393-8247** 6:11
**394** 11:10 134:15
135:16 136:4,18
136:25 137:1
138:9,11,15,24,25
141:6
**395** 11:13 142:10
142:11,19 143:13
147:3
**3:10** 164:24
**3:18** 165:2
**3:45** 180:3
**3:51** 180:6

| 4 |
|---|

**415** 3:13 6:11
**4200** 5:17
**445-4003** 3:13
**463** 105:6
**466** 105:24
**467** 105:24
**469** 82:15 83:25
84:7 94:16 168:18
173:3
**48** 103:22
**490** 80:14
**493** 33:4
**4:10** 189:12,13

| 5 |
|---|

**5** 117:24
**50** 20:1
**504** 129:15
**509** 129:15
**516** 130:23
**52** 9:4 58:25 59:17
60:4,13 61:2
**5234611** 1:24
191:5 194:2
**529** 132:25
**531** 130:23
**555** 3:10 6:8,17
134:21
**568** 134:22
**569** 134:25
**576** 137:9
**577** 134:25 141:10
**578** 142:15
**579** 148:15
**581** 147:22 149:5
**585** 142:15
**5th** 6:17

| 6 |
|---|

**6** 1:12 8:15 9:4
10:5 17:18 36:12
37:14 105:24
114:12 115:10
116:4 146:25
**6.1** 105:24
**6/2/2022** 9:5
**623-1900** 4:11
**698-3170** 4:22
**6th** 174:10 179:8
179:13

| 7 |
|---|

**7** 21:1 30:12,16
124:9,9 191:3
**7321** 190:23
**75201** 4:21
**77** 116:19
**7th** 190:21

| 8 |
|---|

**8** 29:23 30:9,14,25
173:11
**80202-2642** 5:18
**827** 1:22
**84** 25:20

| 9 |
|---|

**9** 10:8 61:19 62:24
90:16 117:12
146:10,18
**90** 74:18 77:24,24
**90013** 6:19
**90071-3197** 5:9
**90th** 74:21
**94105-0921** 6:10
**94607** 3:12
**98101** 4:10
**9:14** 2:18 12:2,6
**9th** 38:23,23 39:3
39:10 44:16 46:14
52:1 60:10,13,15

Page 2

**[9th - analytics]**

| | | | |
|---|---|---|---|
| 61:11 | | | |

**a**

**a.m.** 2:18 12:2
48:19,22 79:23
80:1
**ability** 41:18 42:4
56:10,17 57:21
58:12 71:2 111:3
111:13 121:16
**able** 58:20 60:25
79:14 140:6
188:14,25
**absolutely** 18:24
**academic** 158:23
179:3
**access** 57:12 77:8
83:4 85:6 86:1
87:1 120:15
124:22 125:2
170:19 171:1
182:23 187:16,17
188:15
**accessed** 169:9,18
172:6
**accessible** 86:15
121:8 187:11
188:14
**accessing** 171:11
171:23 172:14
**account** 38:2,5,15
38:17,21,24 39:25
44:15 45:17 46:11
47:6,8 52:2 57:13
61:21,23 62:3,18
62:19 84:19 86:9
86:12,12 90:6
145:7 154:1,4,15
154:20 155:3
162:1,9,19 163:5
**accounts** 39:7 40:6
40:9,14,16,19,23

50:17 53:5 55:4
55:16 59:1,11
60:11,16,18 61:12
61:19,20 62:9,10
62:17,17,24 66:6
90:20 154:2,16
**accuracy** 179:9
**accurate** 75:5
146:25 176:18
**achieved** 118:15
**acronym** 32:8
**act** 73:9
**action** 26:3 31:14
32:3 44:7 46:11
47:10 59:18 83:1
93:2 96:15 108:13
190:18,19
**actions** 1:8 2:7
57:16 84:4 95:24
**active** 73:1 74:23
157:6,12 185:15
**activities** 85:3
**activity** 42:6 54:5
67:19
**actual** 82:7 97:21
98:9
**acxiom** 158:16
**adavis** 3:15
**added** 96:21 97:9
126:12
**addition** 84:4
**additional** 29:16
40:4 54:1 65:3
75:13,14 84:19
118:7 139:4,7
178:23
**address** 17:16
25:18 74:17 86:8
108:9 127:19
144:23 145:1
146:4

**addressed** 130:8
**addresses** 143:23
**addressing** 108:19
**adds** 147:10
**adi** 127:25 170:18
**adid** 155:25
**admin** 121:19,22
**administered** 14:2
190:8
**administrator**
40:12
**admins** 59:2,9
60:18
**ads** 40:17,20 59:1
60:18 86:11
**advance** 8:21,22
9:7,8,11,12,17,18
9:23,24 10:13,14
10:19,20 11:7,8,15
11:16 33:4 129:15
130:23 134:21
142:15
**advertisers** 40:19
**advertising** 40:6,9
40:14,15,23 53:5
55:4,16 59:11
178:25
**advise** 125:21
**ag** 23:12 93:7
**aggregate** 58:24
138:1
**ago** 15:23 36:6
37:6 67:6 69:6
80:3
**agree** 179:14
**agreed** 13:9,11
**agreements** 125:1
131:14
**ahead** 16:5 24:11
35:21,23 58:15
88:11,24 89:19

108:3 110:20
120:20 122:3
128:4,18 133:14
141:5 144:4
145:18 147:19
149:1,11 150:23
153:1 154:12
160:21 162:12
167:4 168:11
176:15 179:20
188:18
**akins** 46:15
**aleksandr** 124:20
159:3,11 160:13
**allegations** 168:3
**alleged** 125:3
**allen** 38:13 53:9
53:10 54:20 60:25
**allow** 83:15 172:5
176:24
**allows** 62:13 70:20
71:2
**altered** 188:12
**alto** 1:15 2:17 12:1
**amended** 8:11
17:18 20:18
**amount** 71:14
**analysis** 158:18
159:2
**analytica** 16:23
17:9 22:2,24
23:13 29:9,15
69:15 75:23 76:5
82:15 93:4,10,12
101:10 124:20,22
124:24 128:21
159:22 160:17
161:14 171:3,9,14
171:20 174:23
**analytics** 67:19

**[angeles - automatically]**

**angeles** 5:9 6:19
**anne** 3:7 12:18
**anon** 78:17,20,24
**anonymization**
  45:23
**anonymized** 45:13
  73:14
**answer** 16:5 18:21
  18:25 29:2 35:24
  43:2 47:22,24
  56:15 58:20 61:5
  61:7,8 64:5 66:20
  70:5,14 75:5
  77:20 78:10 79:5
  79:15 85:20,22
  92:19,22 93:20
  94:10,14 97:17,19
  100:12,13 101:5
  106:16,17 109:12
  112:22 122:7
  125:24 128:20
  132:13 134:3
  137:4 143:6,9
  150:18 151:5
  153:1 154:7,23,23
  156:8 158:13,17
  158:25,25 159:18
  160:6 161:3,6
  165:12 166:5,6
  167:20 169:7
  176:12,16 178:8
  178:19 180:14
  181:8,13 182:15
  184:9 185:17
  188:24,25
**answered** 166:7
**answering** 18:16
  23:25 41:13 66:19
  78:8 81:4
**answers** 19:1
  164:14

**anthony** 47:2
**anybody** 29:7 43:3
  139:23
**api** 164:8 165:6,16
  165:22,23 167:22
  168:8,16 178:12
  181:1,18
**apis** 169:15 170:12
  171:24
**apologies** 26:9
  104:2 140:18
**apologize** 62:21
  128:22 135:16
**app** 58:4 94:7
  99:15 128:12
  158:5 159:6,11
  160:5 171:15,21
**appear** 193:4
**appearances** 3:1
  4:1 5:1 6:1 7:1
**appeared** 104:1
  114:17
**appearing** 3:2 4:2
  5:2 6:2 7:2 191:18
  192:7
**applied** 92:5
**applies** 115:23
**apply** 115:18
**approach** 183:18
**appropriate** 54:22
  71:1 86:2 182:4
**appropriately**
  166:23
**approved** 139:6
  150:13
**approximately**
  36:3
**apps** 57:22 58:2,9
  58:12 124:24
**april** 10:12,18
  11:6,14 90:21

130:2 131:4,5
132:2 133:3
138:13,14 139:11
140:9 141:25
142:21 143:16
148:7 150:19
151:1
**archive** 72:2,6
  110:13,15 118:19
**archived** 71:7
  72:12 118:5,17,22
  119:14,18,19
**archiving** 116:22
  117:2
**area** 71:7 72:3,12
**ariciu** 47:2
**arrived** 129:19
**asid** 155:25
**aside** 42:7
**asked** 88:2 102:6
**asking** 26:18 30:5
  31:2,20 55:8 74:7
  81:25 99:1 123:17
**asserted** 95:18
**asserts** 94:22
**assessment** 131:15
**assessments**
  131:21
**assist** 29:16
**assisting** 12:19
**associate** 7:5
**associated** 26:2
  45:14 60:18 93:25
  134:1 156:1,4,12
  166:10
**association** 157:19
**associations** 64:9
  65:7,9 67:7 157:7
  157:13,24
**attached** 17:23
  32:17 52:11

103:21 104:23
114:10 116:18
129:12 130:20
134:14,17 136:5
142:13 149:14
**attempt** 17:1
  18:21 38:16 44:22
  137:17 162:8,18
  163:15,20 167:20
  172:4 181:12
  182:15
**attempted** 38:22
  39:5 44:13 87:16
  138:3
**attempts** 39:2,9
  45:16 181:14
**attention** 21:3
  25:21 115:7
  117:23 137:8
  173:10
**attorney** 4:18 5:7
  6:7 12:14 13:7,7
  98:8 124:15
  190:19
**attorneys** 3:9 4:7
  5:15 21:9,14,15,23
  22:2 27:16
**audibly** 18:25
**audit** 131:13
**audits** 125:3
**august** 115:13
  173:13
**auld** 3:5 12:16
**authenticate**
  136:16
**auto** 98:16,19 99:2
  99:7,16 103:9
  182:21
**automatically**
  105:9 118:5
  183:14

**[available - bunch]**

**available**  38:25
41:19,23 44:14,18
44:20 45:5,6,7,8
49:23 61:24 65:15
66:3 85:16 86:16
149:8 157:20
158:3 168:7 184:6
**avenue**  4:8,19 5:8
**aware**  48:6 58:8
59:25 84:15 98:22
99:6 102:11
103:11 108:18
111:2,9,12,19
112:1,3,11 116:6
122:4 123:18
124:1,5 126:25
128:7 130:5,13,15
132:11 133:9
153:21,25 156:23
159:10 166:13,25
170:17,24 177:19
178:22 179:16
180:8 182:12,25
183:2 185:19
186:11
**axe**  121:1

**b**

**b**  1:12 6:15 8:8,15
9:1,4 10:1 11:1
17:18 36:12 37:14
146:25 148:11
150:21 151:3
192:1
**back**  23:16,18
26:25 29:20 48:21
63:13,19 67:8
68:21 69:5 76:6
79:25 80:11 90:10
91:11 102:25
109:3 113:10
119:3 124:7 126:3

126:5 135:2
136:20 141:6
146:13 147:2
149:4 151:11
165:1 172:4,9,11
179:25 180:5
**bad**  73:7
**bank**  146:5
**barring**  90:5
**based**  53:9 121:4
121:15
**basic**  86:3,5,12
**basis**  56:16,19
91:2 94:13 100:6
117:5 125:14
138:1 176:23
178:11
**bates**  32:23,25
33:1,3 52:22
80:13 82:14 96:13
105:6,24 129:14
134:21,25 135:3
136:6 137:9
141:10 142:15
**bearing**  129:14
134:25
**bears**  33:3 134:19
134:21 136:5
142:14,16
**began**  116:7
**beginning**  12:13
91:24
**begins**  119:8
**behalf**  2:16 12:17
12:23 13:4 14:16
19:14,18,24 21:13
26:11 34:6 112:18
148:17
**belief**  49:24 100:7
**believe**  18:7 19:15
19:21 20:9 29:12

34:10 35:2,5,9
36:4,6 37:18
38:24 39:7 40:13
42:9 43:8,17 44:4
44:20 45:5 47:16
52:6 53:12,13,25
56:12 59:21 64:19
65:2 73:24 75:25
76:3 99:10 100:4
107:4,9 108:17
110:14,17,21,21
116:5 121:23
122:11 123:9,20
127:17 131:9
135:17 138:13
149:12,25 154:5,7
174:22 175:1,6,18
179:9 185:9
187:16
**bell**  47:2
**best**  93:20 153:1
**beth**  43:10
**beyond**  16:3,18
17:4 21:20 22:20
25:6 27:4,13 38:6
41:8 42:20 43:21
43:23 45:18 47:12
47:19 48:4 49:7
49:18 50:22 51:3
58:13 59:19 63:22
88:9 89:6,18 91:3
99:21 100:18,25
101:22 102:19
106:13 108:1,4,15
110:18 111:5,15
111:23 112:7
113:2,25 116:9
122:1 126:15,22
127:10 130:11
142:2 143:2
145:17,24 146:20

148:25 150:10
152:25 154:10
157:3 159:8
160:14 161:16
162:3 167:3,23
168:9 169:21
170:21 171:4,25
172:17,24 176:13
178:20 183:22
184:14 185:11,21
186:5,19 187:1,13
188:16
**bfalaw.com**  3:14
3:15,16
**biometric**  145:8
**birth**  145:8
**bit**  78:19
**bleichmar**  3:5
12:16
**box**  59:15 111:4
111:14 112:20
**boxes**  111:22
**break**  19:8,9 48:14
48:16 49:1 79:19
113:4 151:6
179:24
**breakout**  164:17
164:21
**breaks**  19:6
**bridgett**  47:2,5
52:2 90:19,23
**brokers**  125:10
158:15
**brought**  180:8
185:6,19 186:3
**bullet**  65:7 67:8,13
68:21 70:19 71:6
76:20 77:23 97:8
99:8 126:7
**bunch**  73:6

Page 5

**[burke - collect]**

**burke** 47:3,5 52:2
90:19,23
**business** 105:13
105:17 107:23

**c**

**ca** 191:9,12,20
**california** 1:2,15
1:21 2:2,17 3:12
5:9,16 6:10,19
12:1
**call** 38:19 64:12,15
164:8 165:6,16,22
165:23 178:12
181:1,18
**called** 39:12 64:14
83:4 84:25 85:5
116:23 128:12
141:7 143:18
166:16,21 175:19
**cambridge** 16:23
17:9,11 21:23
22:2,24 23:13
29:9,15 46:4
69:15 75:23 76:5
82:15 93:4,10,12
101:10 124:20,22
124:24 128:21
159:22 160:17
161:14 171:2,9,14
171:20 174:17,23
**campen** 4:5
**capability** 87:15
**capable** 18:16
**captured** 40:3
42:7,14 59:12
62:4 67:9 68:24
85:17 110:12
154:6,18 156:16
159:16
**captures** 54:1
67:18

**card** 146:7
**cari** 4:5 12:20
**case** 1:5 2:4 14:11
14:23 15:3,5,7
21:14 37:19 38:12
48:3 51:25 69:2,9
69:12 72:22 83:3
89:5 91:24 92:5,8
93:5,6 102:4
107:6,17 108:23
109:9 113:22
114:4,14 117:14
121:2,25 123:19
126:19,21 127:5
128:2,16 133:12
151:15 152:6,10
154:2 156:5,12
161:20 162:25
163:13,18,23
164:10 165:8
167:8,10 169:20
177:1,23 178:14
179:5 180:9,15
181:3,21 190:15
**cast** 137:21
**catch** 31:16
**categories** 148:1
**category** 139:5
141:6
**cause** 72:12
**caution** 23:23
41:10 61:5 78:6
92:16 93:15 100:9
**ccp** 191:9,12
**ccr** 1:20,22,23
190:24
**cell** 139:10,15
**centra** 85:5,7,23
86:2,14,15,22 87:1
87:10 88:14,17,21
89:4,11,23 90:2,7

**central** 182:7,8,12
182:17,18,22,24
183:3
**centralized** 182:10
**certain** 86:21
107:22 111:2
148:6 168:5,7
170:19
**certainly** 24:25
184:3
**certified** 2:20,21
190:2,3
**certify** 190:4,17
**cetera** 21:7 31:11
31:25
**chance** 114:16
**change** 141:18
194:4,7,10,13,16
194:19
**changed** 34:12
**changes** 137:19
**chart** 66:5
**chat** 9:14 104:17
110:13 117:1
**chats** 117:6 119:9
119:17,19
**chen** 7:5 13:2 17:6
**cheryl** 47:3
**city** 144:23
**civil** 8:15 191:19
191:20
**clarification** 95:14
95:20
**clarify** 125:15
140:19
**clarifying** 89:10
98:4 121:12
**clarity** 13:6 22:25
59:13 181:12
**clark** 22:8 25:10

**class** 139:5 161:21
161:24 162:25
163:3,6,12,18
165:24 166:7
170:14 171:11
172:5,14 177:1,22
178:13 181:20
183:6
**claufenberg** 4:12
**clean** 46:25
**clear** 18:17,22
61:10 62:22 73:7
84:3 186:14
**client** 98:8 124:15
**cloud** 121:4,7,15
121:20,21
**cocounsel** 12:20
**code** 191:9,12,19
191:20
**cogent** 18:17
**cold** 71:23 72:3,7
72:13,15,17,22,25
73:11,15 74:9,13
74:14,22 84:13
87:7 183:14,19,21
184:1,13,19 185:6
185:19 186:4,9,13
186:18,25 187:11
187:14,19 188:5,9
188:13
**collaborate** 28:25
29:5
**collaboration**
124:22
**collaborative** 25:1
27:20
**colleagues** 12:25
**collect** 16:2 42:17
56:10,14,17,24
57:22 65:2,3
121:17,18 122:25

[collect - copy]

123:15 150:16
152:16 153:19
**collected** 65:4
121:19,24 123:20
123:25 140:8
**collecting** 21:13
27:1,11
**collection** 15:10
16:8,14,16 21:18
24:4 31:12 32:1
120:5
**colorado** 5:18
**column** 137:16
141:12
**columns** 139:7
**combined** 145:9
**come** 22:6 85:10
86:19,22 90:10
140:10 186:22
**comes** 76:16
**comfortable** 46:17
**commencing** 2:17
**comment** 135:21
**comments** 95:22
**common** 166:21
**commonly** 50:20
**communicate**
103:7 152:7
**communicating**
105:16,16
**communication**
94:13 101:4
105:13 106:16
**communications**
9:20 23:24 32:13
32:13 41:11 47:23
78:8 99:15 100:11
103:12 104:14
105:3,14 106:24
107:3,5,16 108:7
118:4 131:23

141:7 166:3 175:4
178:19
**community** 87:25
88:5,8
**companies** 158:15
168:20
**company** 29:13
32:14 34:1,3,11
36:16 41:13 49:20
68:2 85:21 101:8
118:9 119:24
121:3 132:3 178:6
187:6
**company's** 33:22
33:23
**compared** 53:3
54:15
**complaint** 163:7
168:3
**completed** 191:7
191:17 192:6
**completion** 190:15
192:10
**compliance**
143:15
**complied** 152:6
**complies** 13:17
**complying** 149:24
**comprehensive**
179:22
**computer** 68:5
153:9
**conduct** 152:14
**conducted** 133:18
182:2
**conducting** 94:23
105:17
**conducts** 70:8
**conferred** 68:18
**confidential** 1:10
189:7

**confidentiality**
141:16 189:7
**confirm** 134:2
174:11,16,21
**confirmation** 38:2
**confused** 62:9
136:2
**connection** 99:19
109:17 123:7
127:23
**consecutive** 136:6
**consent** 131:22
132:16,19,22
133:23 137:11,14
137:18,21,22,24
138:4
**consents** 132:20
135:24 137:6
139:11 140:8
**consider** 139:3
180:25 181:18
**consistent** 92:3
146:18
**constantly** 72:24
**constitute** 137:6
**constituted** 98:8
**constitutes** 132:22
137:20
**construct** 94:2
**consult** 164:16
180:25 181:18
**consulting** 52:3
75:5 127:15
**consumer** 1:5 2:4
12:8 131:13 132:9
144:20 191:4
194:1
**cont'd** 5:1 6:1 7:1
9:1 10:1 11:1
**contact** 144:23
191:9

**contain** 40:8 64:24
74:13,14 84:24
85:11
**contained** 42:4
61:23 82:10
111:14 156:20,24
158:12 160:9
164:4 168:22
193:4
**containing** 188:4
**contains** 85:2
**content** 26:1,22
31:13 32:2 123:22
147:11
**contents** 92:16
93:16 94:11 96:2
97:21 143:5
178:18
**context** 93:18
155:11 167:18
**continue** 36:25
74:10
**continued** 52:20
**continuing** 23:9
**contracts** 131:14
**control** 159:24
161:8
**controlled** 141:19
**controls** 57:10
**conversations**
66:18 92:17 95:8
95:12 143:5
180:14,16 181:6
**cookie** 156:9,24
**cookies** 156:11,13
**copies** 13:11
**copy** 72:25 91:17
122:13,19,23,24
123:1,3,7,14,18,21
123:22 136:11
137:20,23,24

[copy - data]

175:15 177:16
**cor** 37:9
**corner** 137:10
**corporate** 1:13
14:15 19:14
**correct** 14:16,23
14:24 15:18,21
18:1 21:15 22:10
22:15 30:21 32:25
40:21 43:16 48:24
52:4 53:12 59:15
59:16 60:6,7 63:6
63:7,11,12,16,17
66:11 68:11,20
69:23 78:22 81:9
82:22 84:7,9 88:6
90:17,25 93:2,3
94:24 98:11,12
101:21 105:6,11
105:12 107:17
109:6 110:7,25
113:18 114:4
119:16 121:11,23
132:4 137:7
140:14,17,22
148:10 155:19
159:4 169:10,23
170:20 175:5
193:5
**corrected** 81:14
193:5
**corrections** 191:14
191:15 192:3,4
193:3
**correspondence**
30:4 36:7,13 37:9
114:3 115:1,11
**corresponding**
136:9
**counsel** 3:1 4:1 5:1
6:1 7:5 12:13

13:11,13 15:8
16:10,10,22,24
17:7,8,10 21:17
23:11,14 25:2
26:15 27:20,21
28:18 30:1 31:17
35:14 36:2 37:18
39:4 64:2 70:8
75:16 76:7 82:9
92:17,19 95:2,3,14
95:19 96:7 98:3
98:11 114:4
115:10,14,22
116:13 125:20,21
133:19 143:6,8
180:15 182:3,3
191:18,21 192:7
**counsel's** 126:1
143:10
**couple** 98:21
**course** 23:25
33:17 36:3 41:12
52:18 66:19 70:5
107:23 143:6
153:7 166:4 177:3
**court** 1:1 2:1,21
13:5,15,18 17:22
32:16 46:19 52:10
103:20 104:22
114:9 116:17
129:11 130:19
134:13,16 142:12
190:3
**cover** 152:19
**covered** 130:8
137:19 141:16
143:19,23 144:2,6
144:11,14,18
145:14,20 148:9
148:14,16,18,23
149:3,7,8,16,19,20

**covid** 87:2
**created** 51:25 56:2
107:7 128:1 148:2
148:5
**credit** 145:7 146:7
**cross** 187:6
**crutcher** 4:16 5:5
6:5 117:13
**csr** 1:20,21,22
190:25
**curb** 95:21
**current** 34:7 43:15
43:17 81:7
**currently** 17:7
44:24 63:8 149:5
**custodial** 161:10
170:10 177:20
182:6,16
**custodially** 182:11
**custodian** 70:9
99:24 102:7 109:2
109:19,25 110:6,9
118:24 120:7
122:5,23 123:12
123:13 128:1
151:18 152:12,13
152:14 153:14,18
153:22 177:4
182:2
**custodians** 16:12
16:13 24:21,23,25
25:14 27:1,10,18
28:9,12,17,19,22
29:10,15,16 70:7
82:16 83:25 84:7
92:11 97:1 99:19
101:25 102:3,8,10
103:6 119:1
121:13 122:21
123:22 126:25
128:8,9,15,20

129:6 133:20
151:14,18 152:7
152:10,21 153:8
159:24 160:7
161:9 165:19
168:5,18 171:14
171:15,17 173:3
**custody** 159:24
161:8
**cut** 167:15 168:7
171:2

**d**

**d** 8:1 14:11 46:5
140:11,12
**daily** 117:5
**dallas** 4:21
**daniel** 6:15 140:12
142:7
**data** 26:1,21 31:13
32:2,13 38:25
44:23 45:12,17,25
46:3 64:15,17,20
67:9,17,18 68:3,5
68:8,24 69:1,8,11
69:19,20,24 70:17
71:14,16,19,22,23
72:6,12,19 73:12
73:15,24 74:9,13
74:20,23 75:6,16
76:8,11 77:12,14
80:10 82:9 83:7,9
83:10,19 84:11,16
84:20,24 85:12
88:3,5,8,14 89:12
89:22 90:2 97:9
98:21 102:8 106:8
118:7,10 121:3,5,9
121:15 123:24,24
124:23 125:2,4,10
125:10 131:15
151:17,18,19

Veritext Legal Solutions
866 299-5127

**[data - deponent]**

153:11,18 158:3,9
158:11,11,15,15
158:19,21 159:1,4
159:13,20,21,23
160:2,10,13,18
161:1,2,12,14
162:24 163:16,21
163:25 164:1,3
166:10,20,23
168:7 169:5,9,18
170:2,11,19 171:2
171:12,17 172:4,6
172:11,14,23
177:12,14,17,17
177:19 178:1,5,12
178:20,23 180:10
181:2,20 182:6,16
182:21 183:5,6,9
183:13,17,19,21
183:25 184:4,6,11
184:18,23,23
185:19 186:4,9,11
186:12,17,18,25
187:3,8,9,14,16,17
187:22,24,24
188:4,11,15,20
**database**   64:10,12
64:14
**date**   37:7 59:22
81:13 86:7 96:21
96:25 97:2 116:3
145:7 190:20
191:16 192:5
194:24
**dated**   10:4,7
114:12 117:12
179:8
**dates**   73:20
**datr**   156:13,24
**davis**   3:7 12:18

**day**   42:11 66:12
71:17,18 74:21
184:18 190:21
193:6
**dayna**   5:13
**dayne**   12:25 22:14
**days**   74:18 77:24
77:24
**debit**   145:7
**december**   10:8
117:12 179:8
**decision**   30:12,16
131:20
**decisions**   30:17,18
30:19
**declaration**   20:2
**declarations**   19:23
**declare**   193:1
**deemed**   152:11
**defendant**   8:13
20:19 21:5,5
110:25
**defending**   13:8
**define**   145:21
146:1
**defined**   109:5
147:8 148:14
**defines**   91:13,16
103:1 105:5,13
146:11
**defining**   95:16
125:16
**definition**   45:12
72:17 80:12 92:2
109:4 119:4 120:3
143:18 144:10,14
144:18 145:20
146:9,16,17,24
147:1,5 148:22
149:3

**definitions**   173:12
**degree**   15:12
**delete**   42:12 80:18
84:18 92:11 102:8
103:9 109:25
111:3,13,17,21
178:3
**deleted**   38:3,24
42:5,14 65:9 71:7
71:12,21,23 72:20
73:14,16,16 74:21
74:23 77:15,25
102:12,13 112:14
112:18 120:14
121:8,17,18,24
122:6 157:21
182:23 188:12
**deletes**   42:10
120:23
**deleting**   90:5
**deletion**   98:16,19
99:2,7,16 178:2
182:21 183:2
**delightful**   113:13
**demonstrate**
137:25
**denver**   5:18
**departing**   151:23
**department**   14:12
174:24 175:1,3,4
179:2 185:16
**departments**
173:13,23 179:1
179:17
**depend**   183:24
184:3,10
**dependent**   184:21
**depending**   31:4
87:14 184:24
**depends**   79:3
88:25 187:7

**deponent**   2:16 8:2
13:17,23 16:20
19:19,20 21:22
22:22 23:10 24:1
24:12 25:12 27:6
27:15 28:1,5,8,15
30:9 31:16 32:5
34:1,10 38:8 40:2
41:14 42:22,25
43:25 45:1,20
47:14,25 48:6
49:9,20 50:14,24
51:5,8,15 57:25
58:16 59:21 60:3
60:23 61:8 62:1
63:24 66:20 70:6
72:9 73:4 75:4,10
77:20 78:10 79:11
83:22 84:15 88:12
88:23,25 89:8,14
89:25 90:5 91:5
92:22 93:21 97:15
99:10,23 100:4,13
100:20 101:6,24
102:21 106:17
108:4,11,17
109:15 110:3,21
111:7,17,25 112:8
112:16,22 114:1
116:11 117:5
120:7,21 122:4
126:1,17,24
127:11,17 128:5
128:11,19 130:13
130:24 131:9
132:11 133:6,15
135:1,13 142:4,18
143:10 144:5
145:19 146:1,24
147:20 149:2,12
150:12,25 151:5

**[deponent - document]**

152:24 153:2,6,14
154:13 155:10
157:2,4 159:10
160:22 161:1,18
161:23 162:5,13
162:22 163:2
164:12 165:14
166:6 167:5,25
168:12 169:12
170:16,23 171:6
172:2,8,19 173:1,7
176:7,17 177:3,25
178:20 179:7,21
180:17 181:9,25
183:8,16,24
184:16 185:4,9,13
185:23 186:1,7,21
187:3,14,22
188:19,23 189:4
**deponent's**  1:15
**deponents**  190:7
**deposed**  17:25
18:6
**deposition**  1:12
2:15 8:12 9:4
12:20 13:8,14,20
17:19 18:13 19:7
20:8,19 34:16,21
35:13,21 37:17,20
37:25 46:20 52:18
54:25 68:4,13,19
74:4 92:8 93:19
93:23 95:11
107:11,21 114:23
115:3 116:15
140:22 141:3
142:23 143:1
146:10 189:3
190:14 191:19,22
191:24 192:8,10

**depositions**  12:7
**deprecate**  65:13
**deprecated**  65:24
166:12,14,22,25
**deprecates**  65:8
**deprecating**
166:16
**deprecation**  65:17
66:2
**derek**  4:6 12:20
**describe**  31:9,23
71:1,13 85:5
89:14 95:25
141:14
**described**  71:17
94:5 133:4 139:9
139:15 150:20
151:2 161:15
176:22
**describes**  141:13
149:23
**describing**  148:1
**description**  8:10
9:3 10:3 11:3
30:17 69:16,16
96:14 97:24
132:25 176:9,19
**descriptions**
145:20
**designations**  189:8
**desktop**  153:9
**desktops**  118:11
**destroy**  80:18
**destruction**
113:23 115:16
116:8
**detail**  54:19 63:3
**detailed**  36:18
**determine**  71:2
102:3

**determined**
191:18,22 192:7
**develop**  67:24
68:12
**developer**  94:8
128:12 159:11
171:15,21 175:21
175:24
**development**
175:10,14,21
176:22
**device**  124:25
145:4 151:17,20
151:21,22,25
152:1,4 153:18
**devices**  118:11,12
151:16 152:18,19
152:20,21 153:3
153:11,19
**dgarrie**  6:21
**differ**  60:13
**difference**  14:25
62:10
**differences**  62:2,5
62:7 65:1
**different**  39:23
61:13,24 62:12
64:20 85:21 87:13
87:15,20 93:1
145:3 187:5
**difficult**  43:6
187:17
**difficulty**  150:9
**digital**  159:5 160:5
**direct**  15:3 21:3
25:21 115:7
117:23 137:8
173:9
**direction**  82:8
190:11

**directors**  113:20
115:18,23
**disallowed**  170:18
**disappear**  103:9
**disappears**  105:10
**disclosures**  37:19
**discovery**  14:11
14:19,22 15:4
27:17 38:12 45:25
50:16 64:4 69:20
70:17 73:24 75:17
76:8,11,17 80:9
82:8 83:3,10
92:10 97:5 102:11
102:15 120:9
121:16 122:25
123:15 133:19
152:15 153:19
158:19 159:1
183:1,17,17
186:11 187:7,15
**discuss**  95:7,10
101:15 117:21
**discussed**  119:14
154:3 170:1,10
**discussing**  49:1
70:12 78:21
**discussion**  113:16
173:8
**discussions**  28:23
53:9 68:3 77:3
125:9
**disposition**  121:6
133:9
**district**  1:1,2 2:1,2
16:23 23:11 93:6
101:10
**dloeser**  4:13
**document**  1:7 2:6
20:16 34:24 80:13
91:14 94:18,23

[document - entails]

103:17 104:11
105:20,22 117:16
129:14 132:6,13
136:3 137:3
**documents** 23:4
25:25 26:21 29:7
31:13 32:2,12
35:25 36:5,10
37:3,4,12 91:17
102:12 121:7
123:18 124:17
138:16 139:3,14
140:7 141:7 149:6
149:18,22 150:8
150:20 151:2
**download** 41:18
41:24 58:6,8
62:14 112:3,12
**downloaded** 57:23
58:12 160:5
**drive** 121:1 182:13
182:19
**driver's** 145:5
146:5
**dropbox** 118:8
121:1
**duffey** 1:13 2:15
8:3 12:7 13:15
14:1,7,10,14 17:25
23:22 32:22 33:17
35:25 41:10 47:21
48:23 61:4 66:17
70:3 78:6 80:2
92:16 93:14 94:10
96:11 97:16 98:16
100:9 106:14
113:12 125:12,20
125:23 135:5
136:7 143:4
146:14 151:13
165:5,11 166:2

167:13 178:17
180:7,13 181:5,23
189:1 191:5 193:1
193:12 194:2,24
**dunn** 4:16 5:5 6:5
10:4,7 12:23,25
16:24 21:16,23
22:3 23:10 25:1,3
26:15 30:1 36:2,8
36:11 37:10,13
39:5 64:3 114:4
114:13 115:9,12
117:13 173:23
**dyi** 38:16,20 40:2
40:5,9,10,13 41:7
41:18,23 42:5,7,10
43:22 47:11 49:5
49:11,17,22,25
50:5,7,11,16,19
51:2,20 53:3 54:9
54:15 55:7,13,14
61:12,24 62:4,10
62:13,25 63:4,8,10
63:21 64:17 65:4
65:23 66:6,10,12
83:17 84:2 85:17
86:16 90:21 154:5
154:18 156:16,25
158:2 164:4
**dzhauser** 5:20

**e**

**e** 3:6 8:1,8 9:1 10:1
11:1 14:11,11,19
14:22 15:4 22:5
27:17 38:12,13
45:25 46:5,5
50:16 64:4 69:20
70:17 73:24 75:17
76:8,11,17 80:9
82:8 83:3,10
92:10 97:5 102:11

102:15 120:9
121:16 122:25
123:15 133:19
140:11,12 152:15
153:19 158:19
159:1 183:1,17,17
186:11 187:7,7,15
191:9,12 192:1
194:3,3,3
**e.g.** 147:11
**earlier** 34:25 35:1
35:6 42:8 49:10
51:19 105:21,23
126:24 148:15
182:25
**early** 39:8 87:3
**edi** 128:8,15,20
**edification** 163:5
**effect** 30:18 34:11
80:4 106:20 107:3
130:1,15 131:3
132:8 133:3 138:2
138:10,12,13
142:21 143:16
148:7
**effected** 24:4
**effective** 8:19 9:6
9:9,15,21 10:11,17
11:5,14
**effort** 25:1 27:20
38:18 150:15
189:2
**efforts** 23:4,6
25:24 26:20 38:14
47:10
**eight** 18:4 19:21
63:8
**either** 25:12 61:16
90:7 104:4 127:18
151:19 154:18
177:4

**electronic** 9:20
32:13 103:11
104:14 105:3,14
106:24 107:2,4,16
108:6 122:18
**electronically** 32:8
32:10
**email** 9:14 37:15
74:17 77:4 86:7
104:17 110:13
117:1 119:8,14
127:19 144:23
146:4
**emails** 114:22
117:5
**employed** 76:17
**employee** 110:11
110:11 178:3
190:18
**employees** 29:13
36:15 43:15,17
95:25 101:8
111:17 115:16
151:23
**employer** 30:14
**employment** 14:8
**enforcement**
39:18 40:25 41:1
41:4,6,16,21,22
42:16 43:1,4,20
53:25 54:22 58:20
**engaged** 29:11
54:5
**engineer** 68:6
**engineering** 179:3
**engineers** 180:25
181:18
**ensure** 166:23
**ensuring** 152:5
**entails** 31:20

[enthusiasm - facebook]

**enthusiasm**  95:21
**entity**  148:16
**ephemeral**  99:11
  99:12,14,20,25
  100:5,16,23
  101:21 102:1,4,17
  103:1,4,6,13 105:5
  105:8 106:22
  108:9,19,22 126:8
  126:13,20 127:1
**errata**  191:14,16
  192:3,5
**escaping**  22:4
**esi**  8:17 15:11 16:2
  16:9,14,17 20:20
  21:13,18 22:19
  24:4,17 25:25
  26:21 27:1,11
  31:12 32:1,7,8
  36:9 37:11 38:5
  38:15 44:2,6,12,18
  44:19,23 45:5
  49:17 91:17 94:6
  99:3,19 102:12
  109:2 119:13
  120:5 121:24
  122:6 177:16
  178:1 182:7,17
**especially**  184:17
**established**  56:1
**estimate**  184:11
**et**  21:7 31:11,25
**events**  36:20
  124:20
**everstore**  166:16
  166:19
**everybody**  12:15
  46:17 163:5
**evidence**  168:5
**evolved**  68:1

**exact**  19:25 37:7
  40:22 89:1
**exactly**  129:23
  187:20
**examination**  8:2
  14:5
**examined**  14:2
**example**  42:5
  74:15 94:6 97:9
  97:13 119:22
  125:9 156:14
  157:18 159:3
  164:8 165:6
  170:12 182:9
**examples**  42:8
**excellent**  96:10
  113:15
**exceptions**  90:19
  90:24 103:12
  106:1,2,5 148:19
**exchange**  118:3
  125:9
**exchanged**  112:4
  112:14
**exclude**  178:18
  180:13 181:8
**excluding**  145:13
**exclusively**  24:24
**excuse**  87:3 143:4
**executed**  193:6
**executive**  100:16
**executives**  111:13
  113:21 115:19,23
**exempted**  106:10
  168:6
**exhibit**  8:11,19 9:4
  9:14,20 10:4,7,10
  10:16 11:4,10,13
  17:17,21 20:6,12
  25:19 29:21,21,23
  30:6 32:15,19,20

  33:3,19 34:7,17,23
  52:7,8,9,14,16,23
  63:6 67:22 80:11
  80:25 81:6,10,19
  82:4 83:20 91:12
  92:3,25 96:12
  101:16 102:25
  103:19,23 104:6
  104:16,20,21
  105:2 109:3,22
  114:7,8 116:16,20
  116:20 117:9
  119:4 124:7 126:4
  129:9,10,22
  130:10,18,22,25
  131:1,7 132:7
  133:2 134:12,15
  134:19,23 135:3,8
  135:25 136:9,18
  136:21,21,23,25
  137:1 138:11,12
  138:15,17,24,24
  140:13 141:6
  142:10,11,19
  143:13 146:10,14
  147:3 173:10,20
**exhibits**  20:7
  134:19 135:6,9,22
  138:9
**exist**  35:1 45:12
  74:10
**existed**  44:24 45:9
  45:11 130:16
  169:19
**existence**  56:2
  130:14
**existing**  74:12
  103:8
**experience**  50:25
  51:22

**experienced**  153:8
**expertise**  136:8
**expires**  105:10
**explain**  167:19
**explained**  118:2
**explanation**  115:8
  138:22
**explication**  138:15
**extent**  29:1 47:21
  76:9 93:17 141:14
**external**  131:23
  141:13
**ey**  127:22

**f**

**f**  14:11,11
**facebook**  1:4 2:3
  4:15 5:4 6:4 8:13
  12:8,24 13:2
  14:16 15:6,14
  16:1,7 17:19
  19:24 20:19 21:5
  21:5,13 26:11
  28:17 29:8,10
  33:24 34:6,12
  35:7 39:17,22
  40:5,8,12,17,20
  41:5 44:1,5,11
  47:9,15 50:10
  55:19,21 58:9,25
  61:21 62:3,4,14,16
  62:17,19 63:20
  65:6,8 69:22
  72:21 73:22 81:8
  81:16 83:19 84:4
  84:7,10 85:6,7
  86:4,13 91:1 92:4
  94:16,21,22
  100:16 101:14
  102:2 109:23
  110:1,10,12 111:4
  111:12,13,18,21

[facebook - financial]

| | | | |
|---|---|---|---|
| 112:2,4,12,13,19 | 146:19 147:16 | 97:16 98:1,11,12 | 186:19 187:1,12 |
| 118:3,3,4,6,9 | 148:22 149:2 | 99:9,21 100:3,8,18 | 187:21 188:16 |
| 119:23,25 122:9,9 | 170:2,12 171:2 | 100:25 101:22 | 189:5 191:1 |
| 122:12 123:2,6 | 183:12 186:17 | 102:19 106:12 | **fall**   59:1,6 60:6,9 |
| 124:16,21,23 | **facial**   18:10 | 108:1,10,15 | 60:14,16,20 61:3 |
| 125:1,7 127:3,7,14 | **facilities**   106:8 | 109:11 110:2,18 | **falls**   97:9 |
| 128:1,8 132:2 | **fact**   20:3 38:20 | 111:5,15,23 112:6 | **familiar**   20:6 |
| 133:3,24 137:14 | **failures**   153:22 | 112:15,21 113:2,6 | 78:17 85:11,13 |
| 139:11,14 142:1 | **fair**   18:23,24 19:3 | 113:24 114:22 | 116:22 117:17 |
| 143:24 145:14 | 19:4,10,11 31:6,9 | 115:1 116:9 117:4 | 154:25 155:7,18 |
| 147:10 148:3,17 | 31:23 32:5 44:10 | 117:20 120:6,19 | 155:21,23,24 |
| 149:7,19 150:20 | 50:18 53:16 57:7 | 122:1 125:11,23 | 156:9 |
| 151:2,15 152:6,9 | 58:3 64:12,15 | 126:15,22 127:9 | **fb.com**   127:19 |
| 152:20,21 153:6 | 67:3,4 77:17 | 127:16 128:3,10 | **feature**   65:18,24 |
| 153:25 154:4,14 | 146:25 155:16 | 128:17 130:11 | 66:1,4 116:8 |
| 155:15,18 156:3 | **fairly**   107:21 | 131:8 132:10 | 126:13 |
| 156:11 157:7,12 | **falconer**   4:17 | 133:5,13 135:12 | **features**   65:8 |
| 157:17,23 158:8 | 12:22,23 16:3,18 | 142:2 143:2 144:3 | 113:23 115:16 |
| 158:10,20 159:5 | 17:4 21:20,24 | 145:16,24 146:20 | **federal**   8:14 |
| 159:12,19 160:4 | 22:20 23:8,22 | 147:18 148:24 | 190:14 192:1,8,9 |
| 160:12 161:13,19 | 24:10 25:6,11 | 149:10 150:1,6,10 | **feel**   175:19 |
| 161:25 162:1,7,9 | 27:4,13,25 28:4,7 | 150:22 151:4 | **fields**   69:16 87:18 |
| 162:17,19,23 | 28:14 30:8 31:15 | 152:23,25 153:5 | **fifth**   96:17 141:12 |
| 163:5,10,15,20 | 32:4 33:11,14,25 | 153:13 154:10 | **file**   11:11 33:8 |
| 164:7 165:5,22 | 34:9 38:6 40:1 | 155:9 157:1,3 | 43:22 133:25 |
| 166:9,15,22 | 41:8 42:20,24 | 159:7 160:19,25 | 134:4,24 137:2 |
| 167:21 168:14 | 43:23 44:25 45:18 | 161:16,22 162:3 | 139:3 149:14 |
| 169:3,18 170:1,4 | 47:12,19 48:4,9,13 | 162:11,21 163:1 | 150:14 |
| 170:11,14,18,25 | 49:7,18 50:13,22 | 164:11,15,18 | **filed**   37:19 |
| 171:10,22 172:3,5 | 51:3,7,14 57:24 | 165:9 166:1 167:2 | **files**   51:21 122:14 |
| 172:13,20 176:24 | 58:13 59:19 60:2 | 167:23 168:9 | 122:17,18,19,23 |
| 178:10 180:8,23 | 60:22 61:4,25 | 169:11,21 170:15 | 122:24 123:1,3,7 |
| 181:16,17 182:7 | 63:22 66:16 70:3 | 170:21 171:4,25 | 123:14,21,23 |
| 182:10,17 183:4 | 72:8 73:3 74:1,3 | 172:7,16,24 173:6 | 156:25 166:17 |
| 184:7 185:5,19 | 75:3,9 77:19 78:6 | 173:15,18,21 | 170:10 177:20 |
| 186:3 191:4 194:1 | 79:10,21 83:21 | 176:5,10 177:2,24 | **filing**   16:9,17 |
| **facebook's**   1:12 | 84:14 88:9,22,24 | 178:15 179:6,19 | 111:10 172:21 |
| 19:14,18 26:20 | 89:6,13,16,21,24 | 180:11 181:4,22 | **final**   189:7 |
| 31:10,24 34:7 | 90:4 91:3 92:15 | 183:7,15,22 | **financial**   145:6 |
| 84:17 91:7 94:17 | 93:14 94:9,19,25 | 184:14 185:3,8,11 | 182:9 |
| 124:15,25 145:22 | 95:4,19,23 97:14 | 185:21,25 186:5 | |

[financially - going]

financially 190:17
find 29:7 64:1 97:4
  108:13 140:7
  142:25
fine 48:12,17
  81:14 95:15 134:9
  140:19 150:6
finish 150:4
firm 12:19 23:15
  23:21 24:6,22
first 19:15 22:4
  49:5 50:15 60:6
  66:12 81:11,15
  86:19,22 87:1
  91:24 92:6 106:20
  107:3,7 128:25
  129:6 130:1 131:3
  131:11 135:21
  144:21 146:13
  162:16
fischer 47:3 90:21
  90:23
five 179:25
floor 6:18
flown 87:4
flows 137:22
focus 15:9
focused 23:3
follow 97:25 112:9
  143:10
followed 136:13
following 111:10
  171:2,8
follows 14:3 191:8
fonti 3:5 12:16
foregoing 190:5,7
  190:11,13 193:2
forensic 152:2
form 24:10 30:8
  31:15 32:4 33:25
  34:9 40:1 44:25

50:13 57:24 60:22
  61:25 72:8 73:3
  75:3,9 77:19
  79:10 83:21 84:14
  88:22 99:9 100:12
  101:5 110:2 112:6
  113:24 117:4
  120:6,19 128:3,10
  128:17 131:8
  132:10 133:5,13
  144:3 145:16
  147:18 148:24
  149:10 150:22
  153:13 155:9
  159:9 160:25
  161:22 162:11,21
  163:1 164:11
  165:10 166:1
  167:2 169:11
  170:15 172:7,17
  177:2,24 178:16
  179:6,19 180:11
  181:4,22 183:7,15
  187:12
formal 35:9 81:8
  130:16
formally 175:23
former 66:4
forth 92:3 146:17
  149:9 190:7
forward 91:2
  95:10 96:9 125:19
  163:6
four 36:3
fourth 137:16
framework 93:19
francisco 6:10
frcp 192:1
frequently 79:9,13
friends 54:3,4 56:5
  56:8 157:22

front 35:15 103:17
  172:10
ftc 11:13 23:13
  93:8 132:23
  141:17 142:17,20
  150:14
ftc's 143:15 148:6
ftco 147:23 149:23
fti 127:8,15,18
full 14:8 156:13
function 20:7
  117:3 176:3
functional 187:6
functions 21:10
further 95:22
  141:5 149:15
  188:22 190:13,17

g

g 46:5,5,5,6 149:22
garrie 6:15 13:3,4
  37:16 95:2,5,6,17
  96:5 98:2,6,13
  125:18
gay 15:15
general 7:5 24:2
  30:17,24 31:1,19
  70:6 79:7 87:12
  93:23 94:2 96:1
  106:11 168:12
  177:25
generally 30:7
generate 129:5
generated 101:17
  147:11
geolocation
  144:21
gerardo 46:5
  68:10 76:13,16
getting 81:12
gibson 4:16 5:5
  6:5 10:4,7 12:23

12:25 16:24 21:16
  21:23 22:3 23:10
  25:1,3 26:15 30:1
  36:2,7,11 37:9,13
  39:5 64:3 114:4
  114:13 115:9,12
  117:13 173:23
gibsondunn.com
  4:23 5:11,20,21
  6:12 191:2
give 13:20 33:11
  67:12 75:4 79:5
  119:12 155:11
  173:15 184:11
given 74:4 190:12
giving 143:6
go 16:5 24:11
  35:23 58:15 69:5
  88:11,13,24 89:19
  108:3 110:20
  119:12 120:20
  122:3 128:4,18
  133:14 136:20
  144:4 145:18
  146:13 147:19
  149:1,11 150:23
  153:1 154:12
  160:21 162:12
  164:17,19,21,22
  167:4 168:11
  176:15 179:20,25
  188:18 189:9
goes 43:21 77:4
  83:24 187:4
going 26:25 32:22
  43:6 48:10 67:16
  68:21 71:19 73:6
  74:2,25 91:2
  92:15 94:9,14
  95:7 106:12
  109:11 125:11

[going - hold]

126:3 127:9 129:9
130:15 135:7
139:20 147:2
149:4 150:1 159:7
160:19 165:9
172:16 178:15
**good**  12:15,22
14:7 73:7 74:7
**google**  121:1
182:13,19
**govern**  146:6
**governance**  140:1
140:5
**government**
131:16 145:6
146:6
**grand**  5:8
**graph**  167:22
168:7,16
**gray**  15:15
**great**  15:24 22:16
33:10 104:8
155:17
**grounds**  94:11
125:25
**group**  40:12 55:24
56:1 120:8,10,14
120:23,24 128:7
**groups**  40:6,8 53:4
55:4,13,15,17,19
55:21 59:1,9,10
60:17 118:8 119:9
119:17,20,21,22
119:25 120:2,4,8
120:12 179:15
**grow**  184:18
**growth**  179:3
**guess**  123:17
138:22
**guidance**  108:5

**guidelines**  31:10
31:24

**h**

**h**  4:17 8:8 9:1 10:1
11:1 140:11 191:1
194:3
**hailemariam**
140:11,13
**hand**  13:16 137:10
**handful**  36:10
**handled**  191:8
**hannah**  5:14 12:25
22:14
**happen**  35:20
168:1
**happened**  59:6
81:22
**happens**  65:10
**happy**  94:25 95:24
**hard**  91:17 122:13
122:19,23,24
123:1,3,7,13,18,20
123:22 177:16
**hashed**  156:23
**hauser**  5:13 12:25
22:14
**head**  19:2
**heading**  65:6
**hear**  97:18 104:3,4
173:7
**heard**  155:10
167:9,16 180:20
180:20 181:9
186:9
**held**  163:5
**help**  36:16 70:9
**helpful**  31:22 68:6
77:16 129:18
**hereto**  17:23 32:17
52:11 103:21
104:23 114:10

116:18 129:12
130:20 134:14,17
142:13
**high**  188:3
**highly**  106:5
**hipchat**  113:22
115:15
**historical**  154:17
**hive**  67:9,15,17,25
68:1,7,13,18,24
69:1,9,11,13,17,23
70:1,10,11,20 71:3
71:3,16,18,19,25
72:7,19,19 73:13
73:18 74:23 75:1
75:8,11,11,14,17
75:21 76:21 77:5
77:8,10,11,18
78:17,20,24 79:3,8
79:12 80:4,10
81:2,2,5,20 82:5
82:10,25 83:5,9,23
83:23 84:5,12
154:9,21 156:7,18
158:12 159:2,16
160:2,10 161:2
163:24 165:16
168:23,24 169:1
169:25 170:9
171:19 177:5,6,18
177:20 178:22
183:9,13,18 184:4
184:6,12,17 187:4
187:10,24 188:3,8
188:11
**hold**  8:19 9:5,9
15:12 16:12 27:18
33:22 34:8,17,17
34:22 35:7,10
36:8 37:10 67:10
68:24 69:2,9,12,14

69:17 70:10,13,21
71:4,8,15,20 72:6
72:11,19,19 73:9
73:19,21 74:21
75:2,8,12,18,22
76:22 77:6,10,14
78:4,13,16,24 79:4
79:6,8,17 80:4,7,8
80:12,23,24,25
81:3,7,8,15,20,21
81:22 82:5,12,15
82:16,20,23,24
83:2,4,10,15,23,24
84:6,6 92:5,7,9,13
93:1,5,10,13,16,23
94:3,5,12,15 96:1
96:17 97:6,10,22
101:10,15,18
102:4 103:5
108:23 109:8,14
110:22,23 113:21
115:17 119:1
121:2 124:17
125:14,17 126:6
126:19 128:2,12
128:15,21,25
129:5,6 133:8
151:14,21,23
152:5 154:22
156:7,19 159:18
159:25 160:7
161:9 162:7,16,20
163:25 165:18
168:19 169:2,19
171:13,15,19
173:2,2,4,24 174:7
174:12,18,22,25
175:2,5,12,16
177:7,11,13
178:21,22 179:4
179:12,15,17

**[hold - information]**

183:19 184:18
185:7 187:24
188:11
**holds** 83:4,13
91:23 96:14 98:20
117:7 124:11
125:8 127:3,20
183:14
**hopefully** 31:22
**hour** 48:11 79:20
150:2
**hours** 36:3
**house** 15:7 16:10
16:22 17:7,8,10
25:2 27:16,21
28:18 70:8 75:15
133:19 182:3
**howrey** 15:19,22
**hregan** 5:21
**huh** 53:22 78:2
174:5
**human** 179:2

**i**

**i.e.** 147:9
**ian** 7:5 13:2 17:6
**idata** 70:20,24
77:9
**idea** 184:20
**identifiable** 74:16
88:16
**identification**
15:10 16:8,16
17:22 22:18 24:21
25:14 26:25 27:9
28:9,11 29:10
32:16 52:10
103:20 104:22
114:9 116:17
129:11 130:19
134:13,16 142:12
145:6 146:7

161:21
**identified** 16:13
24:25 28:17 29:23
42:8 47:6 63:20
75:14 83:20 84:5
91:18 99:19
114:21 115:1
118:10 124:10
128:8 138:16
140:13,24 152:10
152:15 162:18
173:13,23 177:5
**identifier** 144:24
145:2 155:7,14
**identifiers** 155:25
156:4
**identifies** 59:2
120:8 122:24
123:13 153:18
**identify** 12:13
16:1,11 21:17
24:17,22 25:17,24
26:20 28:19,21
30:14 39:6 43:3
58:12 69:1,22,25
70:9 101:19,24
109:1 144:22
146:3 149:6,18
158:8 161:13
163:11 170:3,13
172:5 176:24
177:21 178:12
**identifying** 16:11
21:12 22:12 29:16
70:7 168:4
**image** 152:2
**imagine** 75:11
140:3
**immediate** 35:19
48:7

**immediately**
136:13
**impediment** 48:2
59:25 67:2
**implemented** 49:6
130:10 181:16
**implementing**
180:23
**improperly**
171:11
**inaccurate** 175:8
**inaudible** 180:9
**incident** 131:17,18
**include** 42:5 54:3
79:8 109:20
110:15 115:15
125:9 152:17
**included** 94:6
125:13 191:14
192:3
**includes** 117:7
122:23 144:19
158:14
**including** 26:1
29:14 45:11 110:7
118:8,11 121:15
124:20 139:4
141:17 144:20
156:13 187:7
**incomplete** 141:22
**indicated** 117:20
122:5
**indicates** 35:3
70:21 81:11
**individual** 41:5
51:21 86:4 106:8
118:11 139:19
144:20 148:15
**individuals** 22:13
27:22 54:4 59:14
101:20 127:18

174:9
**informal** 130:7
**information** 23:24
25:25 26:1,21,22
31:13,14 32:2,3,9
32:11 36:18 38:18
39:5,8,17,22 40:3
40:5,11,13,19,23
41:19 42:4,18
43:21 44:14 45:9
53:3,4,20 54:1,8
54:12 55:3,6,12,15
56:10,13,18,23
57:2,13,15,22 61:1
62:14,16 64:1,4,24
65:3,25 66:3,18
73:25 74:2,16,17
78:7 80:19 85:2,7
85:16 86:3,3,5,10
86:13,15 87:18
88:16 89:1 90:6,9
91:14,16,23 92:3,4
92:12 94:7 96:25
97:6 100:11 101:3
102:8,11 103:7,8
106:6,15 109:4,20
110:6 112:3,13
119:5 120:3,24
121:14 122:22
137:20 139:4
140:1,5 141:16,20
143:19,23 144:2,7
144:11,19,19,21
144:24 145:7,8,8
145:10,13,14,15
145:20,21,23
146:2,2,5,5,8,12
146:17,19 147:1,6
147:9,9,17 148:16
148:18 149:7,15
149:19 153:15,16

[information - know]

153:23 154:5
156:6,15,17,19
158:21 159:13,16
159:23 160:1,8,9
160:11,12 161:7
161:10,20 163:11
163:12,17,21
164:2,3,9 165:7,13
165:15,18,19,23
165:24 166:4
168:19,21,22,25
170:3,13 171:10
171:23 176:24,25
177:21 178:4,5,11
178:18 182:9
**informed**  33:7
76:21 77:2 166:15
**initial**  37:18
**initially**  110:25
**initiated**  148:18
**inquiries**  94:23
**inquiry**  131:14
132:9 133:18
**instagram**  18:9
86:12
**instance**  42:12
50:15 55:25 57:11
73:13 77:9 86:1,7
86:11 87:22 88:1
90:19 99:16 106:5
122:5 157:21
187:24
**instant**  144:24
**instinct**  51:9
**instruct**  94:9,14
97:16 102:7,9
109:12 125:12
143:9 165:11
**instructed**  95:9,25
97:1 98:7,14
122:21 151:19

160:8 171:16
177:11
**instruction**  66:16
70:4 80:17 101:2
125:20,24 143:11
166:2 181:23
**instructions**  126:2
**instructs**  92:10
**integration**  124:25
**intended**  175:20
**intending**  91:1
**intentions**  91:7
**interact**  56:3,7
**interacting**  54:2
157:18
**interaction**  157:22
**interest**  55:25 56:6
**interested**  190:18
**interests**  120:1
**interfaces**  169:15
**internal**  62:15
84:17,20,21,22
85:11 118:8 125:2
**interposed**  115:10
**interrupting**
128:23
**interview**  29:6
109:2 123:13
**interviews**  70:9
102:7 152:14
177:4 182:2
**investigation**  93:9
94:8 128:13
131:17,18 170:18
171:16,21
**investigations**
106:6 125:3
**investigative**
39:16 85:5,23
**involved**  17:9
21:13,18 23:14

24:16 27:2,12
28:3,8,11 29:9
30:15 38:4,9,10
76:12 139:24
186:3,24
**involvement**  29:14
**involves**  187:5
**involving**  15:9
18:9 23:13
**ip**  145:1
**issue**  36:17 95:13
95:17 142:25
**issued**  91:23,25
96:15,18 98:20
109:8 115:17,24
119:1 126:6 145:6
146:6
**issues**  23:16,20
24:3,8,12 130:8
**italics**  115:11
**items**  119:8
121:17,18

**j**

**j**  43:11 46:5
**jams**  6:14
**jamsadr.com**  6:21
**january**  66:6,15
66:24 90:13 163:6
**jarvis**  43:10
**jason**  47:2
**javier**  174:20
**jen**  53:9
**jennifer**  38:13
53:10 54:20 60:25
**ji**  46:4 68:9 77:4
**job**  1:24 176:2
191:5 194:2
**jog**  74:25
**john**  7:7 12:10
**join**  56:3 119:25

**jordan**  47:3
**josh**  12:19 28:2
104:19 134:8,10
**joshua**  3:8
**jsamra**  3:16
**jsc**  1:6 2:4
**june**  1:16 2:18
8:20 9:6,9 12:1,6
14:19 15:2 35:10
81:12,16,23 96:18
96:24 98:18 99:1
99:5 190:21 191:3
191:5

**k**

**k**  3:7 140:12
**katie**  13:1 22:13
**keep**  176:15 181:1
181:19
**keller**  4:4
**kellerrohrback.c...**
4:12,13
**kept**  177:19,20
**kind**  142:1 161:12
**kinds**  42:6 119:13
138:16 149:21
**king**  37:20,25
44:18 45:14
**king's**  38:5,15,17
38:21,23 44:2,12
44:15,23 45:17
**know**  16:21 19:6,7
19:25 22:1 24:24
28:5,24,25 30:10
31:4 32:12,24
33:1,5 37:2,6,7
39:4,4 41:14,15,16
42:2,22,23 43:1,25
44:19 45:20,21
46:3,8,10 47:17,25
48:14 49:9 50:3
50:15,19,24 51:8

**[know - letter]**

53:8 54:6,7 55:11
56:3,9,15,19,20,22
56:25 57:14,18,25
58:16,17,18 60:23
60:24 62:5 63:24
63:25 64:2,4,5,13
64:13,25 66:14,22
69:18 70:1,15,25
70:25 71:18,18,24
72:16 73:18,20
74:24,24 75:1,5,7
75:13,13,21 76:1,7
77:20 78:10 79:2
79:2,7,12,13,15,16
83:6 84:17 85:22
85:25 86:14,23,25
87:10,17,23 88:12
88:15 89:2,3,8,9
89:25 90:1,8,20
91:5,7 92:18,20
93:8,9,25 94:4
97:13 98:18 99:18
100:15 101:3,9
104:24 106:17
107:6,20,23 108:5
108:11,24,25
109:8,15 111:1
112:16,17,22,24
112:25 113:20
114:15,21,25
115:4 116:2,11
121:13 123:2,6,19
124:4 125:7
126:12,17,18
127:6,7,24,25
128:11,11,14,24
129:2,3,3 132:12
132:13 133:11,15
133:16 134:2
136:7 138:11,18
139:1,5,13,17,18

139:21 140:6
141:25 142:4,5
143:7 144:7 146:6
150:17,25 151:5
151:18 154:23,24
155:3,6 156:3,18
157:2,4 158:7,14
158:17,24 160:15
160:22,24 161:3
161:18,23 162:5
162:22 163:2,3,14
163:19 164:12
167:7 169:24
170:16,25 172:2,8
172:19 174:6,13
174:20 175:23
176:18,21 178:22
180:18,21 181:25
182:1 183:8 184:2
184:2,5,8,8,9,20
185:4,13,16 186:1
187:23 188:19
**knowledge**  15:25
30:23,24 31:1
46:2 57:4 101:4
**knows**  46:17
**kogan**  159:3,11,13
160:13
**kogan's**  124:21
**kutscher**  22:8
25:10

**l**

**l**  1:20 2:20 38:13
38:13 140:11,12
190:1,24
**l.l.p.**  4:4
**lady**  182:23
**laid**  26:14 132:6
**lana**  43:8
**language**  93:16
97:22 109:14

125:13
**laptop**  153:7
**laptops**  118:11
**large**  166:17
**late**  39:8
**laufenberg**  4:5
12:21
**laura**  21:24
**law**  3:9 4:7,18 5:7
5:15 6:7 39:18
40:24 41:1,4,6,15
41:20,22 42:16
43:1,4,20 53:24
54:22 58:19
**lawsuit**  16:9,17
111:11 172:21
180:24 181:17
**lawyers**  13:9
**lead**  16:24 17:6
23:11
**leadership**  174:3,9
174:12,15
**leading**  31:21
**learn**  36:16
**learned**  92:18
143:8 180:14
**left**  137:10
**legal**  8:19 9:5,8
14:12 15:8,12
16:12 27:18 33:22
34:7,16,17,22 35:7
35:9 36:8 37:10
56:21 67:10 68:24
69:2,9,11,14 70:10
70:13 71:3,15,20
72:6,11,19,19 73:9
73:19,21 74:21
75:12,17,22 77:10
77:14 78:4,13,16
78:24 79:4,6,8,17
80:4,7,8,12,17,19

80:23,24,25 81:3,7
81:8,15,20,21,22
82:5,9,11,15,20,23
82:24 83:2,4,4,10
83:12,15,23,24
84:6,6 91:19,23
92:5,7,9,13 93:1,5
93:9,13,16,23 94:3
94:5,15 96:14
97:6 101:9,15,18
102:4,9,10 103:5
106:4 110:22,23
117:7 119:1
125:14 128:12,15
129:5,6 132:21
133:7,8 151:21,23
154:22 156:7,19
159:25 160:7
161:8 163:25
165:18 168:19
169:1 171:13,15
171:19 173:1,2,4
173:24 174:7,12
174:17,22,24,24
174:25 175:1,2,4
175:12,16 177:7
177:11,13 178:21
179:11,15,17
183:14,19 184:17
185:16 187:7,24
188:11 191:7
**lesley**  3:6 12:16
48:10 173:6
**letter**  10:4,7 26:15
30:1 114:12,19
115:5,8,9,13 116:3
117:12 125:16
128:25 151:14
173:13 174:22
179:7

**[letters - marked]**

**letters**  117:20
  127:4,8,14
**level**  54:19 56:5
  96:1 154:1,15,20
  155:3
**license**  145:5
  146:5
**life**  159:6 160:5
**limit**  95:21 165:12
**limited**  26:2
  141:18 144:20
  182:11
**line**  81:1 191:15
  192:4 194:4,7,10
  194:13,16,19
**linked**  182:6
**links**  86:9 88:17
**lipshutz**  28:2
**list**  101:12,13,14
  101:17,19,25
  119:7 128:1 129:6
  160:4,9 168:15
  171:1 179:22
**listed**  29:25 30:6
  36:22 37:3 59:14
  140:25 147:10
  149:22 150:13
  177:12
**listing**  36:24 93:25
**lists**  148:19 173:23
  174:2
**literally**  146:22
**litigation**  1:6 2:4
  12:9 14:22 15:8
  15:16,17 16:23
  19:18,23 21:19
  22:17 23:5,11,18
  59:23 93:7 98:20
  99:20 100:17,24
  101:11 108:23
  109:8,17 113:21

115:17,24 120:5
  121:2 122:20
  123:4,8 124:11,16
  124:18 125:8,17
  126:6,19 127:3,20
  127:23 128:2,21
  128:25 139:16
  150:9 151:14
  152:5,22 153:12
  153:23 157:25
  162:7,16,20
  166:12,14 169:19
  179:4 185:7,15
  188:6 191:4 194:1
**little**  48:10 58:23
  62:8 78:19 136:1
  141:5 150:1
**live**  120:22 157:16
**lives**  182:21
**llp**  3:5 4:16 5:5 6:5
  15:19
**load**  135:8
**loaded**  33:8
**loading**  17:25
  135:19 138:12
**located**  2:16
**location**  1:15
**locked**  191:12
  192:1
**loeser**  4:6 12:20
  114:13 117:14
**logs**  160:16 163:16
  163:21 164:8
  165:6,16,22,23
  169:8,17 170:12
  172:4,9,10,11
  178:11,12 181:1
  181:19 183:5
  187:10
**long**  88:20 119:7
  154:23 183:20

184:2,12,20
**longer**  65:15 77:24
  112:5 157:8,14,19
**look**  29:6 31:8
  52:6 86:3 114:6
  133:25 135:6
  142:9
**looking**  20:12,16
  25:19,22 29:21
  35:4 52:14,22
  58:23 63:13,19
  66:5 67:21 70:18
  80:11 81:10 82:13
  92:24 96:11,13
  102:25 109:3
  119:4 126:5 135:8
  135:10 141:5
  146:9
**looks**  90:20 117:17
  141:22 144:7
**los**  5:9 6:19
**lots**  21:22 51:21
**lower**  58:23 137:9
**lunch**  113:5,13
**lweaver**  3:14

## m

**m**  22:5 46:5
  140:11,11
**macdonell**  7:7
  12:10
**machine**  190:10
**maggie**  46:4 68:9
  77:4
**main**  85:9,12
**maintain**  55:15
  69:15 139:12
  157:23 171:22
  172:13
**maintained**  124:2
  142:1 148:5 154:9
  171:1

**maintains**  141:15
**making**  30:12,16
  141:21
**manage**  15:3
**management**
  10:11 11:13 14:12
  129:25 130:6,9
  134:2,6 139:2
  142:17,20 144:8
  150:14 174:2,6,18
**manager**  14:11,18
  14:23 38:12
**managers**  15:3,5,7
  83:3
**manifold**  166:21
**manner**  18:17
**mapping**  135:2
**march**  35:8 38:23
  38:23 39:3,10
  44:16,16 46:14
  52:1 60:10,13,15
  61:11,19 62:24
  76:5 81:8,13
  90:16,16 91:25
  92:6 109:9,18
  110:14 179:5
**mark**  17:17 100:4
  103:22 104:20
  106:10 108:22
  110:22 112:5
  116:7,19 129:9
  134:10 136:11
  174:16 189:6
**marked**  17:21
  32:15 52:8,9
  103:19 104:21
  114:7,8 116:16
  129:10 130:18
  134:12,15 135:11
  142:11 146:14

**[marketing - misuse]**

**marketing**  179:1
**marking**  32:18
  130:21 135:6
  142:10
**martie**  22:5,8
**master**  6:16 13:3,4
  37:16 95:2,5,6,17
  96:5 98:2,6,13
  125:18
**master's**  188:3
**materials**  91:18
  123:16 141:21
  177:16
**matter**  12:8 15:11
  16:2 17:9,11 18:8
  18:9 20:3 21:24
  22:2 23:6,13 24:4
  25:2 26:23 27:2
  27:11 28:20 29:11
  29:14,18 37:24
  69:15 70:7 75:15
  79:17 80:10,20
  91:19 92:10,12,14
  93:12,24 94:1,5
  98:20 99:4 102:9
  110:22 120:9
  123:15 124:10
  125:8 151:20
  153:17,17 156:19
  160:3,7 162:17
  164:1 165:17,20
  167:19 168:19,25
  171:14,16,20,21
  183:3,10 186:3
**matters**  15:9
  19:23 22:23 23:12
  23:12,18 46:4
  56:21 76:5 93:8
  171:18 185:15
  186:13,16,21

**maximum**  77:24
**md**  1:6 2:4
**mdl**  1:4 2:3 16:25
  17:7 22:24 23:2
**mean**  24:9 25:5
  29:4,8 33:24 34:2
  34:2 40:16 42:1
  44:8 45:2,6,8 50:2
  51:18 53:23 55:18
  57:9,10 58:1
  59:14 61:12,13,17
  61:20 62:9 65:13
  65:21 67:1 71:11
  76:24 79:13 80:7
  80:25 81:21 82:6
  82:11 85:24 86:6
  87:21 98:1 121:21
  122:16 132:18
  133:23 152:1,1
  155:14 163:3
  167:5,14 177:15
  181:14 182:8
  184:17 188:8
**meaning**  55:3
  188:14
**means**  21:5 93:5,6
  93:7 105:9 138:20
  155:15 161:24
  167:18 172:9
  181:11
**meant**  50:4,4
  76:25
**measures**  178:23
**mechanism**  50:17
  129:4 183:18
  188:10
**member**  163:6
  183:6
**members**  38:9
  127:25 161:21,24
  162:25 163:3,12

163:18 165:24
166:7 170:14
171:12 172:6,15
174:2,12,19 175:1
175:3,14 177:1,4
177:10,22 178:13
178:25 179:14
181:21
**memory**  74:25
  76:9
**mention**  181:9
**mentioned**  29:24
  36:13 37:2 51:19
  64:22 83:22 87:13
  123:12 163:24
  182:18
**message**  111:14
**messages**  86:10
  99:17 108:22
  109:5,10,16,21,23
  110:1,7,10,12
  111:4,14,18,21
  112:4,13,19
  118:15,17,19,23
  118:25 122:9,12
  126:13 152:11,14
  152:15,16
**messaging**  99:11
  99:13,14,20,25
  100:5,16,23
  101:21 102:1,5,17
  103:1,4,6,13 105:5
  105:9,9 106:22
  108:9,19 126:8,20
  127:1 144:24
**messenger**  110:10
  110:12 111:4,18
  112:20 118:4
  122:10,12
**met**  36:2

**meta**  7:6 8:21,22
  9:7,8,11,12,17,18
  9:23,24 10:13,14
  10:19,20 11:7,8,10
  11:15,16 14:12
  15:9 33:4,24 34:2
  34:12 105:15,17
  119:23 129:15
  130:23 134:21,24
  138:3 141:14,14
  141:19 142:15
  148:3 149:5,24
  150:8
**meta's**  137:17
**method**  180:19,21
**michael**  1:13 2:15
  8:3 14:1,10 191:5
  193:1,12 194:2,24
**migrated**  166:24
**migrating**  166:20
**mike**  12:7 58:15
  108:3 122:3 128:4
  128:18 133:14
  143:4 144:4
  145:18 147:19
  149:1,11 154:12
  162:12 164:21
  167:4 168:11
  176:6 179:20
**million**  79:12
**mind**  22:6 34:19
  76:16 85:10
  119:13 128:5
  140:10 170:6
  186:22
**minimum**  168:12
**mission**  6:8
**misspoke**  150:24
**misuse**  124:23
  125:3

Veritext Legal Solutions
866 299-5127

**[mobile - number]**

**mobile**   118:12
  144:25
**modified**   71:7,12
  71:21,24 72:20
  77:14 188:12
**modify**   77:12
  80:19
**moment**   29:20
  31:8 32:22 33:17
  33:18 67:6 80:3
  104:15 136:22
**monday**   52:20
**monitor**   172:22
**month**   60:21
**monthly**   91:2
**months**   185:2
**morning**   12:15,22
  14:7 154:3
**motion**   180:8
**move**   95:10 97:19
  125:19 183:19
**multi**   16:23 23:11
  93:6 101:10
**multiple**   144:8
**mumm**   21:24 25:9
**munn**   21:24
**mute**   173:6

**n**

**n**   8:1 38:13 140:12
**name**   14:8,10
  16:15 17:2 21:17
  22:4,4,4 25:4,17
  27:3,12,22,23
  28:12 30:10,14
  31:3 34:12 38:13
  43:4,7,10,14 46:1
  87:9 139:19,23,23
  140:6 144:21,22
  144:22,25 156:13
  174:13 190:21

**named**   26:3 39:6
  44:6 46:11,13
  51:25 59:2,8,11,13
  60:11,17,19 61:21
  62:20 63:9 83:18
  84:11,16,19,24
  88:2,4,7,13 89:4
  89:12 90:13,15,24
  110:24 154:2,15
  155:5 156:4,12
  157:6,11 158:2,6,9
  158:22 160:14,17
  163:22 164:10
  165:8 166:8,11
  169:5 172:23
  188:4
**names**   16:21 17:2
  17:12 21:25 22:6
  23:17 27:18 46:16
  123:21 174:8
**naming**   101:8
**natalie**   17:10
**naugle**   17:10
**navigating**   88:18
**necessarily**   56:4
**necessary**   24:16
  39:6 95:11 191:14
  192:3
**need**   19:6,8 101:9
  137:4 181:24
**needed**   69:18
  150:15 183:25
**negative**   24:13
**neither**   190:17
**network**   56:8
  182:14,19
**nevada**   1:22
**never**   183:1 186:8
**new**   135:6 166:20
  166:24 184:18

**nice**   140:20
**nine**   18:4 19:21
**nodding**   53:17
**nonprivileged**
  165:13
**nonpublic**   145:9
  145:13 147:6,17
**normal**   107:23
**northern**   1:2 2:2
**notating**   191:15
  192:4
**note**   58:24 96:7
  173:14
**notebooks**   123:3,7
  124:2
**noted**   95:6,9 96:5
  125:18 189:13
**notes**   9:4 35:14
  36:19,21 37:3
  52:3,7,17,19,21
  63:2 64:8 67:16
  68:7 70:18 97:24
  122:17 123:3,7
  140:25 193:4
**notice**   8:12 16:4
  16:19 17:5,18,18
  20:18,23 21:21
  36:12 37:14 38:7
  41:9 42:21 43:24
  45:19 47:13,20
  48:5 49:8 50:23
  51:4 59:20 63:23
  80:12,25 81:3
  82:21,23 83:2
  84:6 89:18 91:4,9
  92:7,14 93:1,13,17
  93:22 94:12,12,16
  96:1,2 97:22
  98:10 99:25
  106:13 108:2,16
  109:14 110:19,23

111:6,16,24 112:7
  113:3,25 115:24
  119:1 122:2
  124:17 126:16
  127:10 128:12,15
  128:21 129:7
  142:3 143:3
  145:17,25 146:10
  146:12,21,23,25
  148:25 150:11
  154:11 159:8,21
  160:20 161:17
  162:4 167:3,24
  170:22 172:1,18
  172:25 173:2,24
  174:7,25 175:2,5
  175:13,16 176:14
  177:11,13 179:18
  180:12 183:23
  187:13
**notices**   34:17 92:9
  93:23 94:3,5
  115:17 127:20,22
  179:4
**noticing**   12:14
**notification**   77:4,9
  77:13 83:24 173:2
**notifications**
  101:15 171:13
**notify**   102:10
**november**   9:21
  108:20 126:14
**number**   8:9 9:2
  10:2 11:2 19:25
  32:25 33:1 36:21
  52:23 80:14 82:14
  86:8 96:13 105:6
  105:24 134:25
  135:3 136:6 137:9
  138:1 141:10
  142:15 144:25

Veritext Legal Solutions
866 299-5127

**[number - organization]**

145:5,6,7 146:4,7
150:13 185:14,23
191:15 192:4
**numbers** 32:23
33:4 129:15
134:21 135:3

**o**

**o** 46:5,6 140:11,12
140:12
**o'hara** 47:3
**o0o** 12:3 189:17
**o365** 118:9
**oakland** 3:12
**oath** 14:2 48:24
113:18 190:9
**object** 106:12
127:9 152:23
157:19 159:7,9
160:19 165:9
172:16,17 178:15
**objected** 98:6
**objection** 16:3,18
17:4,16 21:20
22:20 23:8 24:10
25:6,11,18 27:4,13
27:25 28:4,7,14
30:8 31:15 32:4
33:25 34:9 38:6
40:1 41:8 42:20
42:24 43:23 44:25
45:18 47:12,19
48:4 49:7,18
50:13,22 51:3,14
57:24 58:13 59:19
60:2,22 61:25
63:22 72:8 73:3
75:3,9 77:19
79:10 83:21 84:14
88:9,22 89:6,13,17
89:24 90:4 91:3
95:6 99:9,21

100:3,8,18,25
101:22 102:19
108:1,10,15 110:2
111:5,15,23 112:6
113:2,24 116:9
117:4 120:6,19
122:1 126:15,22
127:16 128:3,10
128:17 130:11
131:8 132:10
133:5,13 142:2
143:2 144:3
145:16,24 146:20
147:18 148:24
149:10 150:10,22
151:4 153:13
154:10 155:9
157:1 160:25
161:16,22 162:3
162:11,21 163:1
164:11 166:1
167:2,23 168:9
169:11,21 170:15
170:21 171:4,25
172:7,24 176:11
176:14 177:2,24
179:6,19 180:11
181:4,22 183:7,15
183:22 184:14
185:3,8,11,21,25
186:5,19 187:1,12
187:21 188:16
**objections** 51:7
95:8 112:15,21
153:5
**objects** 64:9 65:6,9
67:7 157:7,12,24
**obligated** 152:13
153:15
**obligation** 159:25

**obligations** 132:21
133:7
**obtain** 39:5 85:7
137:18 138:3,4
**obtained** 148:17
181:2,20
**obtaining** 183:5
**occasions** 18:3
185:10
**occupying** 21:9
**occur** 66:15,24
**occurred** 66:11,13
75:19 183:2
**october** 9:16
**office** 191:11
**oh** 37:1 104:5
135:5,19 150:24
167:13
**okay** 12:5 15:24
19:5,12 20:5,11,21
20:25 21:16 25:16
29:3,19 31:6,18
33:10 34:4 35:11
35:15 46:22,23
47:1 48:18,21
53:19 56:16 57:5
57:19 58:7,22
62:8 63:18 64:7
67:5 78:20 79:18
79:22,25 80:11
81:6,14,25 87:20
89:21 91:11 92:24
94:15 96:5,16,17
103:18 104:15
113:4,6,7,10
114:17,18 116:12
117:8,23,25 118:1
119:2,6 120:25
124:8 127:2 129:8
136:17,20,22
142:8 146:15

147:4 151:6,8,11
153:25 157:5
163:4,9 164:15
165:1 173:9,21
174:1 178:7
179:23 180:2,5
183:12 188:22
189:9
**olivan** 174:20,22
**once** 18:7 23:10
95:10 103:5 157:8
157:13
**onedrive** 120:25
**ones** 76:1 85:9,12
184:17
**ongoing** 22:22
91:7
**online** 118:7
144:23 145:4
**onset** 23:18 157:24
166:12,14
**open** 20:9
**operating** 78:25
**operations** 87:23
88:1,5,8 131:19
175:10,15,17,21
175:22,24,25
176:1,19,22
**operative** 74:12
**opposed** 41:7
44:23 49:17 57:16
**optional** 126:13
**order** 11:13 13:10
44:13 132:23
137:19 141:17
142:17,20 143:15
143:22 148:7
181:1,19
**oregon** 1:22
**organization**
179:11

[original - pillar]

**original** 110:23
190:14 191:10,21
**outset** 22:17
**outside** 15:8 16:10
21:17 27:20 28:18
56:8 70:8 75:16
76:7 93:18 116:15
133:19 148:17
160:20 180:12
182:3
**overall** 57:16
**overarching** 93:9
**overlap** 23:5
**overlapped** 22:23
**overwritten** 72:24
74:11
**owner** 71:25,25
73:17 77:1,11
**owners** 77:5,7
187:8

**p**

**p** 140:12
**p.m.** 113:8,11
151:9,12 164:24
165:2 180:3,6
189:12,13
**pacific** 12:6
**page** 8:3,9 9:2
10:2 11:2 21:1
26:5 35:3 52:22
58:23 63:2,5,13,19
65:5 67:21 70:18
77:23 80:13 82:13
96:12 115:7
117:23 124:9
132:25 137:9
143:17 147:22
148:15 149:5
173:10,20,21
191:15 192:4
194:4,7,10,13,16

194:19
**pages** 1:25 35:14
53:4 55:4,7,8 59:1
59:9,10 60:17
118:9 191:14,17
191:17 192:3,6,6
**palo** 1:15 2:17
12:1
**paper** 122:17
**paragraph** 21:2
105:8,25 118:1
124:14 131:11
132:1
**paralegal** 15:16,17
15:22
**parents** 21:7
**part** 28:23 51:9
100:12 101:5,6
102:7 107:22
134:5 137:18,24
138:5,24 139:1,1
148:6 156:6,18
157:15 158:11
159:17 161:1
168:3,23 170:18
174:15 181:6
183:9
**partial** 97:24
**particular** 25:4
40:12 42:11 89:1
94:1 95:13 121:20
**parties** 3:2 4:2 5:2
6:2 7:2 125:1,4
127:4 158:10,23
163:17,22 164:9
165:7,25 168:6,15
169:4,9,18 170:4
170:14,19 171:1
171:11,23 172:6
172:14,22 176:25
177:22 178:13

181:2,20
**partition** 71:11,13
71:17,21 73:14
74:19,22
**partitions** 71:6
**partly** 168:4
**partner** 12:18
**partners** 187:6
**partnerships**
124:25
**party** 121:4
124:24 131:15
144:15 148:10,14
148:23 149:3,8,20
190:19
**pdf** 42:2 51:23
191:12 192:1
**pdfs** 48:2,8
**penalty** 13:19
191:16 192:5
193:2
**pendency** 100:17
100:23 107:5,17
126:20 188:5
**pending** 19:9
189:7
**people** 23:17 29:6
36:21 56:5 68:17
77:8 94:16 140:10
182:4
**people's** 21:25
**percent** 117:18
**performing** 21:10
**period** 23:16
25:15 49:23 50:2
71:25 103:10
105:11 117:7
120:13,22 121:6,6
148:6 182:21
191:18 192:7

**perjury** 13:19
191:17 192:6
193:2
**permanent** 131:17
**permission** 46:19
155:4 180:9
**permissions** 155:1
**perpetuity** 120:22
**persistent** 145:2
**person** 28:10 43:9
88:21 120:23
140:24,25 141:2
146:3 162:8,19
**personal** 15:25
25:25 26:21 31:13
32:2 145:15,21,23
146:2,11,16,19
147:1
**personally** 38:8
186:2
**personnel** 85:6
105:15 121:4
**persons** 21:9
30:11,15 31:2
**pertaining** 40:5
86:4
**pertains** 30:12
179:10 190:13
**phone** 58:6 86:8
118:24 146:4
153:7
**phones** 152:17
**photos** 145:1
147:12 166:18
**phrase** 154:25
181:10
**physical** 152:1,4
**piece** 74:7
**pieces** 114:25
**pillar** 87:15,23,24
87:25

Veritext Legal Solutions
866 299-5127

[pillars - preserve]

**pillars** 85:21 87:14
87:21
**place** 35:8,10
46:14 75:17 82:5
143:15 188:8
190:6
**placed** 16:12
27:18 67:10 68:24
69:2,9,11,14,17
70:10,13 77:5
83:13 156:7
159:18 168:18
171:19 173:3
177:7 179:11,15
188:4
**places** 84:16 144:8
**placing** 79:4
183:18 188:10,13
**plaintiff** 44:6
84:16,20,24 88:2,4
88:8,13 89:12
90:13 188:4
**plaintiff's** 20:18
26:15 30:1 46:11
**plaintiffs** 2:16 3:4
8:11 12:17 26:3
36:6,8,11 37:6,10
37:12,19 39:6
46:13 51:25 59:2
59:8,11,14 60:11
60:18,19 61:22
62:20 63:9 83:18
84:11 89:5 90:16
90:24 114:3
115:10 154:2,16
155:5 156:5,12
157:6,11 158:3,6,9
158:22 160:14,17
163:23 164:10
165:8 166:8,11
169:5 172:23

181:3
**plan** 11:11 133:25
134:4,24 135:14
137:2 139:3
149:14,14 150:14
**platform** 34:13
58:9 102:17
124:21 172:12
175:10,14,17,25
176:1,19,21
**platforms** 7:6
14:13 15:9 34:2
**please** 12:13,14
13:16 14:8 17:3
27:7 33:18 35:23
36:25 61:7 92:1
104:19 125:21
128:6 134:10
157:9 162:14
169:13 170:7
173:10,12
**point** 48:13 50:10
65:7 67:8,13
68:21 70:19 71:6
76:20 77:23 81:16
96:7 97:8 99:8
107:2 111:2,10,20
112:2,11 116:6
120:15 126:7
150:3 167:21
173:11
**policies** 31:10,24
34:18,22 37:5
108:6 131:19
**policy** 8:19 9:5,9
9:15,21 10:11
11:14 33:22 34:8
34:11,25 35:6,7,10
81:7,8,11,15,21
103:3,12 104:14
104:18 105:4

106:10,19,21,22
106:24 107:3,5,8
107:13,16,25
108:8,13,19
129:25 130:3,6,7,9
130:15,16 131:16
134:2,6 139:2
142:17,21 143:14
144:1,6,9 149:14
151:21,21 175:3
181:17
**portal** 35:4
**portion** 37:20,25
**position** 30:11,14
31:3 94:17 95:16
98:5
**positions** 21:10
**possession** 161:8
**possible** 69:22
108:12 150:7
161:9
**possibly** 35:5
185:4
**post** 42:12,13
**posted** 81:11
**posts** 42:6 57:11
57:16 86:9 120:13
120:23 155:4
**potential** 124:23
**potentially** 65:3
74:15 79:4 84:19
124:18 151:20
152:12 153:16
157:15 164:13
**power** 111:21
**practical** 67:2
**practice** 166:21
167:6 183:13
**practices** 31:10,24
167:1

**pre** 87:2
**preauthorize**
106:4
**preceded** 132:12
**predecessors** 21:6
**preference** 132:22
**preferences**
132:20
**preparation** 34:15
34:21 52:18 54:25
68:4,13,18 92:8
93:22 107:10,21
115:2 140:21
**prepare** 35:12,22
52:19 68:7 141:3
143:1 189:3
**prepared** 30:7
117:21
**preparing** 93:18
114:22 142:22
**present** 7:4 12:21
22:3,13 78:15
86:14 96:22 162:2
**presented** 17:20
51:11,18 60:1
**preservation** 8:16
15:10 20:20 22:19
23:15,20 24:3,8
31:12 32:1 36:9
37:11 38:18 45:7
50:6,8,12,16,20
51:2 80:8 82:7
83:9,15 91:8
124:17 127:4,7,14
127:20,22 129:7
161:11 173:4
177:7 180:24
181:10
**preserve** 23:4
24:17 25:25 26:21
38:5,15,18 44:14

**[preserve - protects]**

62:16 80:9,18
82:9 84:11 90:9
92:11 94:6 97:1
99:19 103:7,8
109:19 110:6,9
118:25 120:11
121:14 122:22
123:1 126:9 133:3
139:14 150:20
151:2,15,19 152:9
152:13 153:15,23
154:4,14 156:4,11
158:9,20 159:12
159:19 160:1,4,8
160:12 161:20
162:8,18,24
163:11,15,20
164:7 165:6
166:10 168:14
169:4 170:2,11
171:10,17 172:4
176:23 177:11
178:11,23 180:9
181:15 182:7,17
183:4
**preserved**  58:25
65:16 67:9 68:23
90:3,7 109:17
120:4 122:19
123:2,6,19 133:8
133:12 140:8
151:22,25 152:2,3
152:4 153:11
154:1,21 155:4
156:21 159:2
160:3,10,11,24
161:2,6,10 163:25
164:2,5 165:17,19
165:22 168:21,24
169:1 177:21
178:4 181:1,19

182:10 183:10,11
187:25
**preserving**  27:10
99:3 118:3,6,10
156:17 158:13
168:5
**prevent**  72:20
78:4,13
**prevents**  71:21,22
78:24 94:23
157:17
**previously**  118:2
**prior**  14:21 15:2
15:14,19 35:10
60:9 65:17 81:22
95:12 96:24 97:3
98:18 99:1 107:5
107:16 108:20
130:3,5,9,14,16
131:5 132:7 133:2
133:9 138:8
139:11 140:8
141:25 150:19
151:1 154:16
155:5 162:9,19
190:8
**privacy**  10:10,16
11:4,10 12:8
56:10,14,18,23
57:2,8,15,20 87:23
129:24 130:6,8,14
131:1,12,19,20,23
134:1,6,20,24
136:12,23 137:1
137:22 138:2
139:1,21,22 141:7
141:15,20 147:12
154:1,6,8,15,17,20
179:2
**privilege**  94:10,22
96:3 98:9 101:4

109:13 124:16
125:14,25 181:24
**privileged**  23:23
23:24 41:11 47:23
61:6 66:17,18
70:5 78:7,8 92:21
94:12,17 100:10
100:11 101:3
106:15,15 164:13
166:3,4 178:18,19
180:15 181:6
**pro**  83:4 97:6
129:5
**proactively**  90:8
178:3
**problem**  22:11
33:13 34:20 55:23
69:7 127:13 170:8
173:17
**procedure**  8:15
83:12 191:19,20
**procedures**  31:11
31:25 131:19
**proceed**  96:9
**proceeding**  93:8
**proceedings**
124:19 190:5,8,9
190:15
**proceeds**  20:8
**process**  27:3,12
28:16 29:4,10,18
71:20 76:12 78:4
78:18,20,21,25
123:13 166:15,20
186:15 187:5
**produce**  41:21
47:9 108:13 150:8
186:17
**produced**  20:22
35:21 36:6 37:5
47:15 59:18,22

63:20 187:4
**producing**  48:2
186:12,25
**product**  58:5
65:17,24 66:1,4
94:13,19 96:4
109:13 119:24
125:14,25 157:18
**production**  15:11
16:2 35:19 37:7
48:8 60:1 122:20
136:10 157:16
**products**  65:8
67:18
**professional**  2:21
190:2
**proficient**  18:16
**profile**  1:5 2:4
12:9 147:9,10
191:4 194:1
**program**  10:10,16
11:4,10 129:24
130:6,9,14 131:1
131:12,19 134:1,6
134:20,24 136:12
136:24 137:1
139:2,22,24
180:24
**programs**  113:22
115:15 116:7
181:10
**proko**  140:12
**pronouncing**  43:7
**proofpoint**  116:23
117:1,6 118:5,16
118:18,20 119:15
119:18,20
**protect**  106:5,7
**protective**  13:10
**protects**  141:15

**[protocol - record]**

protocol  13:9
provide  13:11
  42:18 60:25 72:16
  73:25 93:24,24
  152:20,21 153:7
  173:12 176:9,18
provided  13:10
  36:11 37:13 51:22
  191:19 192:8
provides  43:21
  63:3 139:4 149:7
  149:15,19
providing  27:17
pseudonymized
  45:13
pull  64:17,20
pulling  114:11
purpose  27:1,10
  144:1
purposes  45:7
  50:12 67:20
  105:16 139:15
pursuant  8:14
  13:8 71:24 95:11
put  34:11 72:18,22
  72:23,25 73:11,14
  73:19,21 74:9,22
  75:1,8,12,22 78:4
  83:23 84:5 143:14
  176:14 183:14
  184:19 185:7
  187:14
puts  71:22
putting  73:9 78:12
  84:12 187:10
pwc  127:21

**q**

question  19:9
  22:25 23:1,3,9,25
  26:18 27:7 30:5
  31:4,17,21 34:14

34:19 35:24 39:9
40:24 41:13 43:2
44:10 45:24 47:14
47:22,24 50:9
54:10,17,22 55:8
58:1,21 61:5,7,9
61:15 64:6 66:19
66:21 68:15 69:6
69:20 70:16 72:10
73:5 78:9,11
79:15 82:3 85:19
85:22 89:10 90:14
92:1,19,23 94:10
94:14 97:17 98:3
98:25 100:14,21
101:7 106:13,16
106:18 107:12
109:12 110:4
111:8 112:9
114:24 116:14
122:7 123:5
125:12,24 127:12
128:6 132:14
135:23 137:5,13
138:23 143:7,9,25
150:18 155:17
157:9 161:4
162:14 163:10
165:4,10,12
167:20 169:13
170:6 171:7
172:17 176:13
177:6 178:16
181:7,13,15 182:5
182:14 184:9
185:17 186:8
188:3,21
questioning  81:2
questions  18:20
  37:16 69:5 73:7
  74:7 81:5 95:1

97:25 102:6 115:9
164:13 188:23,24
quick  48:14
  179:24
quip  118:8
quips  121:10
quite  45:2
quote  115:11

**r**

r  22:5 43:11 46:5,5
  46:6 140:11,12
  194:3,3
r&s  192:1,9
raise  13:16 94:24
range  96:21,25
  97:2
read  21:3,8 25:22
  30:3 32:22 67:8
  132:3 135:2
  137:15 139:10
  189:6 193:2
reading  132:24
  137:15 191:23
  192:9
reads  137:17
  173:11
really  35:19 73:8
  79:2 155:15 178:8
reason  51:12
  66:23 78:3 79:3
  101:7 109:13
  116:4 175:6 179:8
  194:6,9,12,15,18
  194:21
reasons  41:15
reassociate  45:17
rebecca  1:20 2:20
  190:1,24
recall  17:13 18:12
  20:4 21:25 23:16
  24:1,7,14 25:8,12

25:13 27:19,21,23
38:14 39:13 49:3
49:13,14,15,22
50:5,15 76:7 80:5
97:2 108:4 114:20
115:6 123:10,23
174:8,14
receive  77:8
  127:22 175:12,15
received  39:7
  101:14 105:15
  125:20 127:19
  128:1,20,24 129:7
  151:14 158:10,15
  159:4,14,20
  160:17 163:17,22
  164:9 165:8 169:4
  170:4,14 172:11
  173:24 174:6,25
  175:2,4 177:10,22
  178:13 179:4,17
receives  41:3
  148:16
receiving  103:5
  172:22
recess  48:20 79:24
  113:9 151:10
  164:25 180:4
recipient's  105:10
recognition  18:10
recognize  20:13
  33:19,20 104:9
recognized  145:3
record  12:6 13:6,6
  14:9 18:15,22
  19:1 21:4 22:7
  25:23 30:13 32:20
  32:23 40:18 42:2
  48:19,22 52:15
  55:20 58:4 62:22
  65:14 79:23 80:1

[record - repeat]

89:17 90:12 95:7
96:6,8 113:8,11,16
114:12 117:12
125:19 130:22
132:4,24 134:18
136:11 137:16,23
139:5,10 142:16
151:9,12 158:5
162:1,8,18 164:20
164:22,23 165:2
171:22 172:13
173:8,11,14,22
176:16 180:1,3,6
181:2,19 189:10
189:12 190:9,12
**records** 10:10,16
11:4,11,13 41:21
129:24 130:6,9
131:2,6,12,13,14
131:15,16,17,18
131:20,20,21,22
131:22 132:3,9,16
132:19,19,23
133:4,10,12,21,22
134:1,6,20,24
135:23 136:12,24
137:2,5,11,14,17
139:2,5,9,12
141:13 142:1,17
142:20 143:22
144:8 147:24
148:2,4 149:16,23
150:14,16 164:8
165:6 169:4,17
**redgrave** 23:15,21
24:6,15,22,24
**refer** 35:15 45:22
58:19 64:9 67:7
67:16 99:7 144:6
**reference** 52:24
99:11 109:22

120:2 122:8,11,13
126:8 132:15
148:9
**referenced** 39:12
109:9 139:7 144:7
191:6
**referred** 60:5
68:22 96:17
137:18 175:24,25
**referring** 21:14,15
22:9 30:20,22
60:21 62:19 68:9
80:23,24 81:4,20
82:5,20 84:23
104:11,13 105:21
105:22 106:21
184:25
**refers** 175:9
**reflect** 160:16
164:9 165:7,23
169:8,16,17 183:5
**reflected** 131:7
**reflects** 57:15
63:10,14 66:10
132:1
**refuse** 92:19
**regan** 5:14 13:1
22:14
**regard** 17:14
26:11 27:9 30:24
44:12,18,23 46:9
59:6 83:18 85:15
87:5,8 98:19 99:3
133:22 139:9
144:2 165:22
**regarding** 8:16
20:19 26:20 31:11
31:25 36:8 37:10
37:16 40:19 41:5
44:15 68:18
105:25 106:22

125:2 160:13
165:15 188:2
**registered** 2:21
190:1
**registration** 86:7
**regulatory** 15:8
22:23 23:12
124:19 132:21
133:7 185:15
**reidentification**
45:23
**reidentify** 45:16
**reiterate** 97:20
**relate** 137:14
**related** 29:17
39:17 40:11,13
53:4 55:4 56:2
57:13 62:16 80:10
85:2,7 93:10,11
96:15 99:3 105:14
106:6 108:5 120:5
132:19 141:18
152:22 153:16,22
171:17 177:12
183:6
**relates** 1:7 2:6
94:11 141:19
**relating** 23:5
26:22 30:16 31:14
32:3 38:5,15 40:8
40:23 80:19 93:2
94:7 98:20 127:4
135:23 137:5,17
140:7 151:15
158:9,21 161:20
162:17,24 171:10
**relations** 131:16
**relationships**
64:24
**relative** 190:18

**released** 191:21
**relevant** 8:17
15:11 20:20 24:17
24:21,23,25 28:9
28:12,19 29:17
70:7,10 75:14
80:10,19 82:9
91:13,16,18,22
92:2,4,12 93:25
94:7 96:25 102:9
103:7,8 109:2,4,20
110:6 118:25
119:5 120:1,3,9
121:14 122:6,22
122:24 123:1,14
124:10,18 125:8
137:21,23,25
143:1 151:20
152:12 153:15,16
153:18,23 171:17
177:5
**relied** 141:21
**rely** 35:24
**remain** 120:14
121:7
**remediation**
131:21
**remember** 16:20
16:21 27:15 93:17
**remind** 106:14
178:17
**remote** 18:13
**remotely** 1:14
2:18 190:6
**remove** 65:6
**repeat** 27:6 68:15
72:9 92:1 114:24
123:5 127:11
157:9 162:13
169:12 181:24
182:14

**[repeating - routines]**

**repeating** 128:5
170:6
**replaced** 78:14
151:22
**replacement**
155:21
**replaces** 77:25
78:5,21
**replica** 73:10
**report** 137:25
**reported** 1:14,19
2:19
**reporter** 2:20,21
2:22 12:12 13:15
13:18 17:22 32:16
52:10 103:20
104:22 114:9
116:17 129:11
130:19 134:13,16
142:12 190:2,3,3
**reporter's** 46:19
**reporting** 129:4
**reports** 15:3
131:13
**repositories**
150:13 182:7,13
182:17,19,24
**repository** 89:12
139:6 182:8,10,22
183:3
**represent** 34:7
**representative**
1:13 14:15 19:14
**request** 35:18,20
48:7 94:6
**requested** 190:16
192:1,9,10
**requests** 41:4
131:16
**required** 87:18
132:2 138:3 149:5

158:18
**requirements**
149:9,24
**requires** 124:17
**research** 87:22
158:23 179:3,4
**researcher** 159:4
**reserve** 189:5
**reside** 88:3
**resources** 179:2
**respect** 25:4 166:7
166:7
**respond** 95:20
116:13 125:21
**responded** 88:3
115:22
**responding** 115:9
**responds** 124:16
**response** 16:9,17
20:22 39:18 40:25
41:1,6,16,21,22
42:16,18 43:1,4,19
43:20 53:25 54:23
58:20 123:3
131:14,21 132:9
180:24 181:17
**responsibilities**
15:6
**responsible** 16:8
16:11,16 22:18
27:17 30:11,15
39:18 168:4
**responsive** 132:23
153:11 181:7
**restate** 165:3
181:15
**restating** 34:19
**restricted** 147:12
**results** 44:3
**retain** 131:13
132:3 149:6

**retained** 24:6
74:18 90:7 143:24
148:2,5 150:8
**retention** 9:15
10:17 11:5 31:12
32:1 71:24 98:23
104:18 117:7
120:13,17,21
121:6 131:2,6
132:5,8,12 133:9
134:20 136:12,24
139:8 143:22
149:24 178:1
181:16 182:21
**retrieve** 42:4 44:2
44:5,9,22 45:3
47:11
**return** 29:20
135:22 191:17
192:6
**returning** 46:7
91:11
**reveal** 23:23 41:11
66:17 92:16 93:15
96:2 106:15 143:5
166:3
**revealing** 47:22
61:6 70:4 78:7
**review** 20:7 33:17
34:16,22,25 37:4
85:2,15,20 114:16
115:5 131:20
142:22,24 149:13
187:5 190:15
191:8,10,13 192:2
**reviewed** 34:24
36:5,7,10,12 37:2
37:12,14,15 38:1
92:7,13 93:22
107:13,19,20,22
114:3 115:2

**reviewing** 36:19
**reyzis** 5:6 13:1
22:13
**rfalconer** 4:23
191:2
**rhetorical** 98:3
**rid** 77:25 78:5,21
**rids** 78:14
**right** 13:16 14:20
15:16,20 21:14
22:10 26:17 28:13
53:15 54:20 58:9
60:1 68:10 72:24
73:2,19,23 78:18
78:25 81:17 82:21
83:8 87:7 93:5
94:18 119:15
122:14 135:19
136:16 138:22
159:6 168:8
174:25 188:6
**rights** 189:5
**ring** 6:6 22:1
**risk** 131:20
**road** 18:19
**rohrback** 4:4
**roles** 15:1,6
**romano** 1:20 2:20
18:22 46:22 190:1
190:24
**room** 164:17,21
**ropes** 15:15,15
**rose** 22:1
**rosemarie** 6:6
**ross** 4:19
**rough** 184:11
**roughly** 14:21
49:15 75:8
**routine** 98:16 99:7
**routines** 98:19
99:2

Veritext Legal Solutions
866 299-5127

**[row - seek]**

row  137:16
rpr  1:20 190:24
rring  6:12
rule  8:14 95:7
rules  18:18 31:11
  31:25 192:8
run  87:16 88:14
  88:21 89:4
russ  12:23 21:24
  35:19 89:20 91:6
  146:23 164:12
russell  4:17 191:1

**s**

s  8:8 9:1 10:1 11:1
  43:11 194:3
safety  106:7
sales  179:1
samples  102:14
samra  3:8 12:19
  32:19 129:14
san  6:10
sandberg  100:22
  174:17
sandeep  17:8
  27:15
saw  37:15
saying  30:23 56:16
  167:14
says  21:4,9 30:14
  58:24 63:8 65:8
  65:16 66:6 67:9
  68:23 70:20 71:6
  72:2 77:24 80:17
  96:21 97:8 98:16
  103:5 105:8
  115:13 118:2
  124:10,15 126:7
  131:11 133:23
  134:24 137:10
  138:4 147:23

scan  122:25
  123:16
scandal  171:9
scenario  137:24
  138:5
schednenko  43:8
schedule  10:17
  11:5 98:23 99:17
  131:2,6 132:5,8,12
  133:10 134:21
  135:13,14 136:13
  136:24 139:8
  143:22 149:13
  178:1,2 191:10
scheduled  73:13
  73:16 74:20
science  45:25 68:4
  68:6 69:21,24
  70:17 73:24 75:6
  75:16 83:7,11
  158:19 159:1
  183:17 184:23,24
  186:12,17 188:20
scientist  68:5
  187:22
scientists  46:3
  68:9 76:8,11
scope  16:4,19 17:5
  17:16 21:21 22:21
  25:7 27:5,14 38:7
  41:9 42:21 43:22
  43:24 45:19 47:13
  47:20 48:5 49:8
  49:19 50:23 51:4
  58:14 59:20 63:23
  88:10 89:7,18
  91:4,8 99:22
  100:19 101:1,23
  102:20 106:13
  108:2,16 110:18
  111:6,16,24 112:7

113:3,25 116:10
  122:2 126:16,23
  127:10 130:12
  142:3 143:3
  145:17,25 146:21
  147:23 148:4,25
  149:23 150:11
  152:25 154:11
  157:3 159:8
  160:20 161:17
  162:4 167:3,24
  168:10 169:22
  170:22 171:5
  172:1,18,25
  176:13 180:12
  183:23 184:15
  185:12,22 186:6
  186:20 187:2,13
  188:17
screen  105:10
  137:21 144:25
screenshot  137:21
sdk  183:8
sdks  183:5
search  87:12,15,18
  88:7,13,15,21 89:2
  89:23 90:2 124:2
  188:15
searchable  87:8
  87:11
searched  77:18
  120:4 122:20
  153:11
searches  87:16
  89:4
searching  70:20
seattle  4:10
second  33:12 47:6
  47:8 52:1 67:12
  77:23 80:13 82:18
  96:12 131:11

140:24 143:17
  164:20 173:16
seconds  89:2
section  105:23,24
  148:11 149:17
secured  71:7 72:2
  72:12
security  106:7,7
  141:15 145:5
  146:4 179:1
see  21:8,11 26:4,8
  33:8 52:12,24
  53:2,6 55:2 57:11
  58:24 59:3 64:8
  65:5,11,19 66:8
  67:11,14 68:23
  70:22 71:5,9 72:4
  74:25 76:20 77:10
  77:22 78:1 80:15
  80:21 82:17 91:13
  91:20 96:19,22
  97:11 98:15
  105:18 109:4,22
  112:12 115:20,25
  118:1,13 119:10
  122:13 124:9,12
  124:14 125:5
  126:5,10 131:10
  131:24 132:15
  135:15 136:4,4,5
  136:15,19 137:10
  138:6,7 141:9,11
  141:12,23 143:18
  144:12,16 145:11
  146:11,15 147:5,7
  147:8,14,23
  148:13,20 173:25
  174:4 175:9
seek  95:20 137:4
  188:23

[seeking - speak]

seeking  38:4 95:14
seen  107:10
   114:19 117:15
   145:19
selected  70:2
self  113:23 115:16
   116:8
sell  40:20
selling  40:17
send  127:3,14
sending  176:25
senko  47:4
sense  24:3
sensitive  106:6
sent  83:2 92:6,9,14
   93:1 94:16 115:11
   126:6 127:7
   128:15 158:22
   160:13 162:7,17
   162:20 171:13
   172:12 173:1
sentence  131:11
   141:22
sentences  53:15
separate  83:1
   139:3 159:5
separately  83:6
september  10:5
   47:8 52:2 114:12
   116:4 126:6
   174:10 179:13
series  132:25
service  141:19
services  67:19
   145:4
sessions  36:4
set  57:11 71:14,14
   73:17 92:3 99:16
   146:17 149:9
   154:25 169:20
   190:6

sets  72:1
setting  42:7 57:17
   132:22 138:2
   158:5
settings  56:11,14
   56:18,24 57:3,8,12
   57:15 132:20
   137:22 147:13
   154:1,6,8,15,18,20
   155:4
shake  19:1
share  20:6 52:7
   57:6 92:21 182:14
   182:20
shared  162:24
   163:12 165:24
sharepoint  121:1
   182:13,20
sharing  137:19
sheryl  100:22
   174:17
shield  94:24
short  37:20 103:10
   154:23
shorter  46:21
shorthand  2:20
   190:2,10
show  129:5 137:23
   158:21 159:20
   163:16,21
showed  37:18
showing  159:13
sic  125:20
sign  86:8 189:6
   191:16 192:5
signature  190:23
   191:21,23,23
   192:9
signed  13:10 162:1
   162:9,19

similar  21:10,10
   40:3 42:10 60:8
   62:6 70:6 83:12
   115:15 119:25
   131:6 132:12
similarly  119:23
simon  15:23
single  71:16,18
   85:1,1,15,20
   184:18
sit  56:23 64:6
sitting  64:2 186:22
six  92:25
sixth  126:6
size  183:25 184:3
   184:10,18,21
skip  46:20,24
smaller  76:15
smith  5:14,21 13:1
   22:14
snapshot  38:17,20
   39:1,24 40:4
   42:11,13 44:13,24
   45:10 46:7,8,10
   47:7 49:23 51:10
   51:17,22 59:12
   62:2,23 65:4,17,22
   65:25 66:2,13
   67:3 73:10 90:21
   120:10 154:19
   156:16 157:20
   158:4 164:4,6
snapshots  38:22
   39:2,10,21 47:10
   49:17 50:6,11,21
   51:2,24 53:10
   58:25 59:7,9,17,22
   60:5,8,11,12,14,15
   60:17 61:2,11,18
   63:4,11,15,20
   64:23 66:10,14,23

83:16,20 84:2,5,12
   90:12,15 91:1
   154:3 156:20
   158:1 170:1,9
social  145:4 146:4
software  97:7
solanki  17:8 27:15
   28:12
solemnly  13:18
solutions  191:7
somebody  42:25
   42:25 139:21,22
   139:25 158:18
sorry  31:17 33:12
   33:14 36:25 39:20
   46:8 53:14 55:22
   57:20 67:13 88:23
   89:20 90:14 104:3
   135:7,10 138:21
   140:4,16 167:13
   173:16 176:5,17
sort  22:25 24:13
   45:23 51:20 73:1
   85:4,10 94:2
   119:22 184:24
   186:9
sorted  160:18
sounds  14:20
source  64:15 97:9
   121:15,21 123:24
sources  89:22 90:2
   98:22 118:7 121:3
   121:5,7,9,16,20
   178:5 182:6,16
south  5:8
space  72:18 77:9
   187:23
speak  29:7 54:24
   98:7 140:23 141:2
   150:15

[speaking - sure]

speaking 26:14
  68:13
special 6:16 13:3,4
  37:16 95:2,5,5,17
  96:5 98:2,6,13
  125:18 188:3
specialist 15:17
specific 23:1 24:15
  24:18 54:14 55:25
  56:13 57:3,16
  71:3 75:23 79:5
  81:2 86:1 88:13
  118:10 123:18
  132:21 139:19
  146:3 150:18
  161:4 178:9
  186:21 188:21
specifically 16:15
  21:2 25:4 40:7
  46:1 54:7,13 55:9
  56:22,25 65:1
  105:23 108:9,19
  109:5 119:7
  123:17 165:21
specifics 79:16
spell 46:16
spelling 43:7
  46:20,25
spoke 36:15,22
  140:21
spreadsheet 134:5
  134:23 136:5,10
  136:14
square 70:19 71:5
srt 84:25 85:15,16
  86:19 87:5,8,10,12
  87:14,16,19,23,24
  88:1,4,13,17 89:23
  90:2,7
stand 81:14

standing 35:20
stands 85:1
start 13:14 106:25
  142:6
started 49:20 50:4
  52:20 68:2 176:12
starting 75:12
stat 187:4
state 13:19 14:8
  23:12 55:20 93:7
  117:11 173:18
  191:9,12
stated 24:14 93:21
  182:25
statement 115:18
  115:23 141:18
  175:7
statements 131:23
  137:22 141:8,13
  175:7 179:10
states 1:1 2:1
  115:13
status 147:11
stemming 124:19
stenographic
  113:16 173:8
stenographically
  1:19
step 80:8 82:7
stepping 150:2
steps 16:1 24:16
  24:18,20 90:8
  102:2,14 126:9
  156:3 158:8,20
  159:19 161:19
  162:23 163:10
  164:7 165:5 166:9
  169:3 170:2,11
  171:9 172:20
  173:5 176:23
  178:10 183:4

steve 46:15
stipulation 191:20
stop 71:11
stopped 87:6
stops 71:6
storage 71:8,23
  72:3,7,13,15,17,18
  72:22,23,25 73:11
  73:15 74:9,13,14
  74:22 84:13 87:7
  183:14,19,21
  184:1,13,19 185:6
  185:20 186:4,10
  186:14,18,25
  187:11,15,19,23
  188:5,9,13
stored 32:9,10
  84:17 117:6 118:7
  118:10,23 121:14
  151:17,19 153:17
  165:16,18 177:17
stores 67:18
  166:17
street 3:10 5:16
  6:8,17 144:22
strike 17:15 25:17
  46:8 50:8 97:19
  101:13 102:24
  107:14 111:11
  138:8 169:16
stroz 127:8,15,18
structured 177:17
  186:12,17,25
struggle 31:5
struggling 101:7
  186:8
subcategory
  150:21 151:3
subject 37:24
  91:23 93:12 94:5
  96:3 102:3 108:23

113:21 120:13,17
  121:2,5 124:10
  125:8 126:19
  131:15 133:6,7
  149:8 183:13
submitted 13:10
  19:22 20:2
subpoena 41:22
  43:20
subpoenas 41:4
  42:19
subscribed 190:21
subset 185:14
subsidiaries 21:7
substance 98:9,10
  107:24 108:5
substantive
  105:14
subtopics 149:22
successors 21:6
sufficient 137:23
  137:25 144:22
  149:6,18 158:21
suggest 139:20
suite 3:11 4:9,20
  5:17 6:9
summary 93:24
  176:8
sure 14:10 40:22
  44:21 55:22 68:16
  73:4 79:21 81:12
  86:18 98:24
  100:20 106:25
  108:21 112:10
  117:18,22 122:7
  135:1 143:25
  154:13,17,19
  156:15 159:15
  164:2,18 167:5,10
  168:22 169:14
  170:5 174:19

Veritext Legal Solutions
866 299-5127

**[sure - tell]**

176:2 181:10,12
**surfing** 56:1,3
**surrounding**
108:6
**suspend** 98:16
**suspended** 98:19
99:3,4
**swears** 12:12
**switchboard**
38:19 39:12,15,16
39:23 40:2,4,8,18
40:24 41:7,16,17
42:3,10,13,14,17
44:2,5,11 46:9
47:7,9,15 48:3,15
49:2,11,16,21,24
50:20 51:1,21,24
52:24 53:24 54:1
54:8 55:3,6,12
56:9,14,24 57:1,14
57:21 58:11,25
59:7,12,17,22 60:4
60:8,13 61:2 62:3
62:15 63:15 64:17
64:23 65:2,23
66:14,23 83:17
84:2 85:18 86:16
154:5,6,19 156:16
158:1,5 164:4
**synonymous**
62:12
**system** 116:22
157:16,16 166:16
166:19,21,22,24
**systemic** 178:10
**systems** 84:18,21
84:23 166:11,13
170:2,12
**systemwide**
176:23

**t**

**t** 6:6 8:8 9:1 10:1
11:1 22:5 194:3,3
**tab** 32:19 103:22
104:20 116:19
129:13 142:14
**table** 63:3,9,10,14
63:14 70:21 71:3
71:18,19,25,25
73:1,10,13,17
74:12,16,23 75:22
76:21 77:1,5,5,7,8
77:10,12,13 78:12
79:3 80:10 180:19
180:21 184:4
**tables** 69:14,17,19
69:23,25 70:1,10
70:12,20 72:21,22
73:19,21 74:10,14
75:1,8,11,11,14,17
77:18 78:3,16
79:6,7,8,12,16
80:4 81:2,20 82:6
82:10,25 83:9,23
84:6,12 154:21
156:7,18,21
158:12,14 159:2
159:17 160:2,10
161:2,6 163:25
164:1 165:17
168:23,24 169:1
169:25 170:9
171:19 173:3
177:5,6,18,20
178:21,22 183:10
183:13,18 184:6
184:12,17,21,25
185:6 187:4 188:4
188:8
**tablet** 153:9

**tablets** 118:12
152:18
**tabs** 134:10
**take** 19:6,8 33:16
38:16,22 39:2,10
39:21,24 42:13
44:13,24 45:10
46:10 48:14,16
49:17 50:11 73:12
74:21 79:19 83:16
83:19 88:21 90:8
91:1 95:25 102:2
106:20 107:3
114:6 120:10
126:1,9 130:1
131:3 138:9 151:6
159:19 169:3
170:1,11 171:10
178:10 179:24
183:4,20 184:2,12
184:20
**taken** 2:15 23:4
24:16 38:21,25
39:2 47:7 48:20
59:10 60:6,8,12,14
61:3,18 63:4,11,15
63:21 65:23 66:3
79:24 82:8 84:4
90:12,15,21 113:9
151:10 158:1,8,20
161:20 162:24
163:11 164:7,25
165:5 166:10
172:21 180:4
184:1 186:13
190:5
**talk** 18:21 74:3
91:10
**talked** 29:12
**talking** 46:18 67:6
74:19 75:10 80:3

106:23 185:2
**tangible** 91:17
**tao** 64:9,18,20
65:3 83:13,16
154:9 157:8,13,15
**team** 15:4 27:17
38:9,13 39:18
40:25 41:2,3,7,16
41:17,21 42:16
43:1,5,10,20 45:25
46:2 50:16 53:25
54:23 58:20 64:4
68:4 69:21,24
70:17 73:25 75:6
75:16 76:15,17
80:9 82:8 83:8,11
87:22 92:10 97:5
102:10,16 120:9
121:16 122:25
123:15 133:20
139:22,24 140:1,6
152:15 153:19
158:19 159:1
174:3,9,12,15
175:14,15,23
176:19 179:2
183:1 184:24
186:12,17 187:15
188:20
**team's** 183:17
**teams** 76:21,24,25
86:1 176:22 177:5
177:10 179:10,15
182:12
**technical** 48:1
59:25 66:23 150:9
**telephone** 144:25
**tell** 33:18 73:23
75:20 123:21
129:17 186:22

Veritext Legal Solutions
866 299-5127

**[temporary - transcribed]**

**temporary** 131:18
**ten** 36:4 185:24
**term** 155:10
 161:24 167:9,16
 167:18 172:8
 180:21 186:9
**terms** 15:5 62:11
 163:7 169:9
 188:14
**terry** 47:3 90:20
 90:23
**testified** 14:3
 19:13,17 49:10
 61:11 81:6 107:15
 114:2
**testify** 26:19 29:22
 30:7 97:23 188:2
**testifying** 14:15
 26:11 34:5 137:4
 190:8
**testimony** 13:19
 18:16 44:17 49:14
 80:3 97:21 126:25
 190:12 193:4
**texas** 4:21
**text** 152:7,11,13
 152:15,16
**texts** 152:9,17
**thank** 19:11 22:10
 33:15 36:1 53:11
 76:19 77:16 85:14
 113:14 128:22
 129:8 142:8 189:1
 189:4,11
**thereto** 124:11
**thick** 62:21
**thing** 121:12 143:7
**things** 24:15 35:20
**think** 18:4 26:16
 28:11 31:20 41:20
 43:12 45:24,24

46:2 51:13 52:20
54:21 56:17 64:22
79:12,14,19 84:1
85:1 87:2 88:18
90:10,18 91:6,8
99:23 100:13
101:6 102:22
104:1 113:4
133:17 134:9
135:8,10 136:2
138:4 159:16
170:24 175:20
176:8 177:9 182:3
182:4,15,18
183:24
**thinking** 24:19,20
 76:6 87:25 88:3
 105:23 176:10,15
**third** 4:8 8:11
 17:18 20:18 67:13
 121:4 124:24
 125:1,4 127:4
 131:15 144:14
 148:10,14,23
 149:3,8,20 158:10
 158:22 163:17,22
 164:9 165:7,25
 168:6,15 169:4,8
 169:18 170:3,13
 170:19 171:1,11
 171:23 172:6,14
 172:22 176:25
 177:22 178:12
 181:2,20
**thought** 68:6 88:4
**three** 15:3 68:22
 86:24
**thursday** 12:1
**tied** 86:13
**time** 12:6 14:21
 19:15,16 23:16

25:15 42:11 43:7
44:15,16 45:10
49:23 50:2,10
68:2 76:6,8,15,18
81:16 83:17 87:4
99:25 103:10
105:11 106:20
107:2 111:3,10,20
112:2,12 116:6
129:1 130:4,9
132:7 133:2 138:2
138:8 145:3 148:6
158:3 162:6,10,16
162:20 164:6
167:21 169:19
170:6 174:15,18
174:21 175:18
188:23 189:2,3,13
190:6 191:10,18
191:24 192:7
**timeline** 49:16
**times** 18:4,5 19:13
 19:17,21,22 20:1
 185:18
**timetable** 73:17
 184:24
**timing** 30:18
 36:20
**title** 30:11,14 31:3
**titled** 137:19
**titles** 15:1
**today** 12:18 13:4
 14:15 17:20 18:16
 20:22 22:3,13
 34:16,21 35:13
 107:11 109:18
 114:23 115:3
 117:21 141:3
 142:23 143:1
 146:14 188:2

**today's** 13:8
**told** 121:13 166:17
**tool** 38:19,19
 39:12,16,20,21,24
 41:7,17 42:3,7
 46:7,9 47:11,15
 48:3 49:2,5,11,12
 49:16,17 50:6,7,7
 50:11,19,20 51:1,2
 55:7,12,14 56:9,14
 56:24 57:1,14
 58:11 61:12,24
 62:13,15,15,25
 63:15,21 70:24
 71:1 83:2,14
 84:25 85:2,5,16,17
 85:18,20,24,25
 88:14 89:11,15
 101:18 112:3,13
 117:2 121:20,22
 129:5 157:17
 158:2,2
**tools** 42:17 84:21
 84:22 85:11 86:17
 88:19
**top** 77:23
**topic** 25:21 26:12
 30:6,9,13,20,22,25
 31:2,8,9,20,23
 55:25
**topics** 26:14 29:17
 29:23,25 30:12,16
 36:16 93:25
 177:12
**total** 82:15 185:14
**tough** 85:19
**town** 144:23
**track** 172:21
**training** 131:22
**transcribed**
 190:11

Veritext Legal Solutions
866 299-5127

[transcript - veritext]

**transcript**  37:21
37:25 189:6
190:12,14,16
191:6,8,10,13,13
191:21 192:2,2
193:3
**transfer**  148:18
**transition**  167:22
168:16
**tried**  44:1 45:10
**triggered**  82:24
**true**  53:12,13
116:2,5 121:10
151:23 156:25
160:2 190:12
193:5
**truth**  13:21,21,22
**try**  17:1 69:8 73:7
**trying**  16:20 29:3
31:19 54:11 62:22
136:11 176:8
178:8
**turn**  21:1 119:3
**turning**  13:13
124:7,9 141:6
143:17 147:21
**two**  35:5 42:7 46:3
68:17 69:5 85:9
85:12 88:19 90:20
90:24 112:15,21
135:6 140:10
175:7 177:5
**tyler**  37:20,25
**type**  91:22 150:20
151:2
**types**  133:10,20
149:6,16,18
**typically**  153:6
**typo**  175:20

**u**

**u**  14:11
**uh**  53:22 78:2
174:5
**uid**  77:18,25 78:5
78:15,22 86:2
87:9
**uids**  78:13
**uii**  77:24,24
**ultimately**  16:13
**unaware**  115:14
**unclear**  135:7
**underneath**  63:10
**understand**  14:14
14:17 18:18 20:21
20:24 23:7 26:19
29:4,13,22 30:3
31:7 44:8 45:2
48:24,25 54:10,11
57:1,9 58:1 61:14
62:1 67:1 69:6,13
69:19 73:4,8 74:8
77:11 98:24,25
100:21 106:2
107:12 110:3
111:7 113:17
117:19 138:18
145:14 167:25
168:2 170:5 171:6
178:7 181:11
188:1
**understanding**
26:10,13 31:19
32:7 40:10 43:19
47:5 51:20 55:14
59:5 62:6 64:23
67:25 68:1,12
77:3 81:18 83:14
106:9 107:18
143:13,21 145:23
146:18,19 147:16

167:11,17 168:13
178:25
**understands**  94:21
**understood**  29:25
48:9 74:5 81:1
143:25 165:14
**undertake**  102:15
**undertakes**  80:9
**undertook**  154:4
**united**  1:1 2:1
**update**  52:21
**updated**  71:16
125:7
**updates**  124:11
147:11
**uploading**  135:19
**upwards**  79:11
**usable**  41:23 42:1
**use**  41:7 42:17
44:2,5 50:11
65:15 79:9,14
86:19,22 87:14
97:7 99:11 100:22
103:6,13 115:14
119:22 124:21
126:8 146:3
151:17 178:6
182:12
**user**  1:5 2:4 12:9
39:22 40:11,17
42:9,12 50:17
54:2,5 57:10,13
60:11,16 61:12,19
61:19,23 62:3,4,9
62:10,17,18,24
64:25 66:6 67:19
74:16,17 84:18
85:12 86:4,11,13
87:9 88:15,15
89:1 90:5 99:15
120:14 124:23

125:2,4 131:22,22
132:16,19,20,22
133:23,24 135:23
137:5,10,13,14,21
139:11 140:7
141:7 145:1,3,9,13
147:6,8,9,11,17
148:18 155:18
157:17,21 160:18
169:9 170:19
179:3 191:4 194:1
**user's**  40:14,15
57:22 118:24
137:24 147:10
157:22
**users**  39:17 40:19
41:5,19 42:18
43:21 53:3,21,23
54:3,8,12 58:8,12
62:14 85:3,3,8
111:22 112:2,12
112:20 137:18
138:1 156:1
159:13,20 160:4
161:13 170:4
**uses**  41:16 121:4
148:16
**usual**  109:1
183:13

**v**

**v**  43:11
**values**  156:24
**variety**  56:20
**various**  19:23
36:15,16 93:7
96:14 178:5
179:10
**vc**  1:6 2:4
**veritext**  12:11
191:7,9,11

[version - witness]

**version**   35:4 74:10
125:13 130:5
136:12 167:22
168:8,16
**versions**   34:25
35:1,6 93:1
156:23
**versus**   62:3
**video**   1:14 2:19
**videoconference**
1:14 2:19 3:2 4:2
5:2 6:2 7:2
**videographer**   7:7
12:5,10 48:18,21
79:22,25 113:7,10
151:8,11 164:23
165:1 180:2,5
189:11
**videos**   145:1
166:18
**viewed**   159:21
161:14
**virtually**   12:21
**volume**   1:17 8:3
74:4

**w**

**w**   4:6 6:17
**waiting**   103:25
**waived**   191:23,23
**waiving**   124:15
191:20
**want**   22:24 74:8
86:20 89:16 97:21
121:12 125:21
133:25 135:21
149:13 164:16
170:5 180:13
181:11 189:1
**wanted**   140:19
176:14,16

**warehouse**   67:17
**washington**   1:23
4:10
**way**   24:13 41:23
42:1 45:13 51:10
51:17 56:7 69:8
71:13 87:11 88:18
96:1 99:14 109:1
115:8
**ways**   77:7
**we've**   48:10 95:6
95:12 107:4 114:7
150:1 158:1 170:1
**weaver**   3:6 8:5
12:15,16 14:6
16:7 17:3,14,17,24
22:7 23:3,19 24:2
24:18 25:9,16
27:8,23 28:2,6,10
28:16 30:13 31:18
32:6,18,21 33:3,5
33:7,10,13,16 34:4
34:15 35:18,23
38:11 40:7 41:25
42:23 43:3 44:1
45:4,21 46:22,24
47:17 48:1,7,12,16
48:23 49:10 50:1
50:18,25 51:6,12
51:16 52:12 58:3
58:17 59:24 60:4
60:24 61:10 62:8
63:25 66:22 70:11
72:11 73:6 74:1,6
75:7,21 77:22
78:12 79:18 80:2
84:3,22 88:20
89:3,10,20,22 90:1
90:10 91:6,11
92:24 94:4,15,21
95:14,15 96:7,10

96:11 97:23 98:3
98:4,15 99:12
100:2,6,15,22
101:12 102:2,23
103:22,24 104:19
104:24 106:19
108:8,12,18
109:16 110:5,24
111:9,19 112:1,10
112:17,24 113:4
113:12,17 114:2
114:11,15 116:12
116:19,21 117:8
117:11,15 120:16
120:25 122:8
125:15 126:3,18
127:2,13,21 128:7
128:14,22 129:8
129:13,16 130:21
130:25 131:10
132:15 133:11,16
134:8,18 135:5,15
135:17 142:5,14
142:19 143:12
144:10 145:22
146:9,22 147:2,21
149:4,21 150:4,7
150:19,24 151:1,6
151:13 153:3,10
153:21 154:14
155:13 157:5
159:12 160:23
161:5,19,25 162:6
162:15,23 163:4
164:16,22 165:3
165:21 166:9
167:7 168:2,14
169:14,23 170:17
170:25 171:8
172:3,10,20 173:9
173:17,20,22

176:21 177:8
178:7,24 179:16
179:23,24 180:7
180:18 181:14
182:1 183:12,20
184:5,22 185:5,10
185:18,24 186:2
186:16,24 187:10
187:19 188:1,22
189:4,9
**web**   1:14 2:19 3:2
4:2 5:2 6:2 7:2
118:9
**website**   141:19
**websites**   145:4
**wechat**   118:15,17
**wednesday**   1:16
2:18
**week**   36:6 37:6
**weeks**   36:4 185:2
**went**   74:11 99:25
110:23 138:11,13
142:21 143:15
148:7 149:17,17
**whatsapp**   99:16
102:22 109:5,9,16
109:21 110:7
118:19,23 126:12
126:20
**whereof**   190:20
**whitelisted**   168:6
168:15,20 169:6
**whitelisting**   167:8
167:9,16
**wickr**   113:22
115:14
**wikis**   118:9
**wilmerhale**   23:14
**witness**   12:12,24
16:6 17:6,20
20:22 25:8 33:9

**[witness - zuckerberg's]**

| | **x** |
|---|---|
| 95:9,24 98:7,14 109:12 188:24 190:20 191:13,16 192:2,5 | **x**  8:1,8 9:1 10:1 11:1 190:16<br>**xx**   192:1 |
| **woman**   43:10 140:15 | **y** |
| **word**   45:3 138:19 | **y**   14:11 140:11 |
| **words**   134:20 142:16 | **yeah**   44:16 50:3 69:7 74:3,3,5 82:1 82:2 95:4,23 98:12 122:11 135:5,12 150:6 162:15 164:19 167:16 176:7,17 186:7 |
| **work**   15:7 28:19 28:21,25 29:5 41:12 75:15 93:18 94:13,16,19 96:3 105:14 109:13 110:13 117:1,6 120:1 125:14,25 153:8 185:14 | |
| | **year**   18:5 30:2 75:7 |
| **worked**   15:14 16:22 23:15,17,20 29:17 56:20,20 | **years**   15:23 16:24 86:24 |
| | **yekaterina**   5:6 |
| **working**   17:10 21:23 24:14 25:2 25:14 46:4 68:2 76:4,7,17 133:20 139:21 | **yesterday**   52:21 |
| | **yield**   44:3 |
| | **yodi**   140:11,15,21 142:6 |
| | **yreyzis**   5:11 |
| **workplace**   9:14 104:17 118:4,8 119:8,17,19,23 120:8,8,10,12,14 120:24 | **z** |
| | **z**   46:6,6 |
| | **zaragoza**   46:6 68:10 76:13 |
| **works**   22:1 | **zolle**   5:13 22:14 |
| **worried**   155:16 | **zoom**   1:12 |
| **writing**   107:19 | **zuckerberg**   100:4 102:18 106:10 110:16 111:3,20 112:5,14,18,19 116:7 124:3 174:16 |
| **written**   53:2 107:8 107:13 122:17 130:16 | |
| **wrote**   53:14,15,20 55:2 61:18 76:21 82:14 92:25 99:8 125:16 | **zuckerberg's** 108:22 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.