# Ex. 2-B
# (Chang Dep. Tr.)

# Redacted Version of
# Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION

MDL No. 2843

Case No. 18-md-02843-VC-JSC

-------------------------/

CONFIDENTIAL

REMOTE DEPOSITION OF JACKIE CHANG

Thursday, December 16, 2021

Job No. 4976949

Reported Remotely and Stenographically by:

JANIS JENNINGS, CSR No. 3942, CLR, CCRR

Pages 1 - 312

REMOTE DEPOSITION OF JACKIE CHANG, located in Hillsborough, California, taken on behalf of the Plaintiffs, beginning at 9:43 a.m., on Thursday, December 16, 2021, sworn remotely by Janis Jennings, Certified Shorthand Reporter No. 3942, CLR, CCRR, located in the City of Walnut Creek, County of Contra Costa, State of California.

REMOTE APPEARANCES:

For Plaintiffs:

KELLER ROHRBACK L.L.P.
BY: DEREK W. LOESER, ESQ.
DAVID KO, ESQ.
ADELE A. DANIEL, ESQ.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
206.623.1900
dloeser@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com

BLEICHMAR FONTI & AULD LLP
BY: LESLEY E. WEAVER, ESQ.
ANNE K. DAVIS, ESQ.
MATTHEW S. MELAMED, ESQ.
555 12th Street, Suite 1600
Oakland, California 94607
415.445.4003
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com

APPEARANCES:

FOR DEFENDANT FACEBOOK, INC.:

GIBSON, DUNN & CRUTCHER LLP
BY: RUSSELL H. FALCONER, ESQ.
LAURA C. MUMM, ESQ.
MATT BUONGIORNO, ESQ.
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
214.698.3100
rfalconer@gibsondunn.com
lmumm@gibsondunn.com
mbuongiorno@gibsondunn.com

Also Remotely Present:

DANIEL GARRIE, SPECIAL MASTER
JAMS
555 W. 5th Street, 32nd Floor
Los Angeles, California 90013

IAN CHEN, ESQ., Facebook, Inc.
SHAWNA HAYNES, Videographer

I N D E X

WITNESS PAGE

JACKIE CHANG

EXAMINATION BY MR. LOESER 13

E X H I B I T S

| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 1 | Plaintiffs' Amended Notice of Deposition to Jackie Chang | 15 |
| Exhibit 2 | LinkedIn web page Jackie Chang | 21 |
| Exhibit 3 | Email thread dated 9/30/13 from Ime Archibong Re: Product Partnerships & BD: Bi-Weekly Update; FB-CA-MDL-02187146 - 2187149 | 57 |
| Exhibit 4 | Email thread dated 5/3/13 from Marie Hagman Re: FQL question; FB-CA-MDL-00191044 - 191047 | 71 |
| Exhibit 5 | Email thread dated 8/16/13 from Constantin Koumouzelis Re: Platform 3.0 2nd rev; FB-CA-MDL-00195621 - 195626 | 86 |
| Exhibit 6 | Platform 3.0; FB-CA-MDL-00195627 - 195631 | 88 |
| Exhibit 7 | Email thread dated 8/21/13 from Konstantinos Papamiltiadis Re: T0/ Special Cases for P3 consideration; FB-CA-MDL-01128015 - 1128017 | 97 |
| Exhibit 8 | Excel spreadsheet; FB-CA-MDL-01128018 | 122 |

E X H I B I T S

| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 9 | Message summary dated 4/24/13 from Brendan Moore; FB-CA-MDL-02135819 - 2135824 | 138 |
| Exhibit 10 | Email thread dated 8/23/13 from Konstantinos Papamiltiadis Re: T0/ Special Cases for P3 consideration; FB-CA-MDL-01754048 - 01754052 | 151 |
| Exhibit 11 | Email thread dated 9/3/13 from Simon Cross Re: P3.0 Rollout Planning; FB-CA-MDL-00197163 | 159 |
| Exhibit 12 | PowerPoint Platform 3.0 Planning, Preparation & Execution; FB-CA-MDL-00197164 - 197176 | 160 |
| Exhibit 13 | Email thread dated 12/10/13 from Simon Cross Re: Simon's Update - 6th Dec; FB-CA-MDL-00200696 - 200700 | 165 |
| Exhibit 14 | Email thread dated 2/9/14 from Ime Archibong Subject: Our teams next steps for PS12n; FB-CA-MDL-00202562 - 202563 | 171 |
| Exhibit 15 | [PS12N] Product Update - What Are We Announcing; FB-CA-MDL-00202569_native | 181 |

E X H I B I T S

| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 16 | f8 Keynote Section.mp4 | 189 |
| Exhibit 17 | Facebook's CEO Mark Zuckerberg F8 2014 Keynote (Full Transcript) | 189 |
| Exhibit 18 | Email thread dated 3/23/14 from Jackie Chang Re: Amazon: Platform agreement amendment; FB-CA-MDL-01688164 - 1688168 | 198 |
| Exhibit 19 | Email thread dated 9/4/12 from Ime Archibong Re: Amazon: Cloud Drive Photo Importing from FB; FB-CA-MDL-01680930 - 1680937 | 206 |
| Exhibit 20 | Email dated 10/24/13 from Simon Cross Subject: Capabilities Tool: Improvement requests; FB-CA-MDL-00199729 - 199730 | 223 |
| Exhibit 21 | Message summary dated 9/3/19 from Paul Stepnowsky; FB-CA-MDL-02089985 - 89988 | 229 |
| Exhibit 22 | Email thread dated 3/27/14 from Simon Cross Subject: API depreciation; FB-CA-MDL-01943707 - 1943709 | 236 |

E X H I B I T S

| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 23 | Email dated 11/21/13 from Jackie Chang Subject: Capabilities Requirements post-PS12n & privatization; FB-CA-MDL-01684546 | 245 |
| Exhibit 24 | Email thread dated 3/28/14 from Konstantinos Papamiltiadis Re: Product Partnerships: Bi-Weekly Update; FB-CA-MDL-01129621 - 1129649 | 266 |
| Exhibit 25 | New York Times article "Facebook Gave Device Makers Deep Access to Data on Users and Friends" | 270 |
| Exhibit 26 | Email thread dated 8/28/14 from Charlotte Edelson Subject: Head Partner Apps: Proactive Policy Review; FB-CA-MDL-00220376 - 220377 | 273 |
| Exhibit 27 | Quip Business Portal - Messages for WSUAAAHa3pE; FB-CA-MDL-01198438 - 1198446 | 280 |
| Exhibit 28 | Message summary dated 10/16/19 from Jackie Chang; FB-CA-MDL-02090193 | 287 |

E X H I B I T S

| EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 29 | Email dated 3/22/18 from Jack Rooney Subject: Q&A Briefing for March 23, 2018; FB-CA-MDL-02163394 - 2163397 | 297 |

THURSDAY, DECEMBER 16, 2021; 9:43 A.M.

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:43 a.m. on December 16th, 2021. Please note that the microphones may pick up background noise, private conversations and interference if unmuted. When muted, remember to unmute to speak on the record. Audio and video recording will continue to take place unless all parties agree to go off the record. 09:43 09:43 09:43 09:43 09:44 09:44 09:44

This is media unit 1 of the video recorded deposition of Jackie Chang taken by counsel for plaintiff in the matter of In Re Facebook, Inc. Consumer Privacy User Profile Litigation, all related actions, filed in the United States District Court, Northern District of California, MDL No. 2843, case No. 18-md-02843-VC-JSC. 09:44 09:44 09:44 09:44 09:44 09:44 09:44

This deposition is being conducted via Veritext Virtual Zoom Technology and all parties are appearing remotely. My name is Shawna Haynes from the firm Veritext Legal Solutions and I'm the videographer. The court reporter is Janis Jennings from the firm Veritext Legal Solutions. I am not related to any party in this action, nor am I 09:44 09:44 09:44 09:44 09:45 09:45 09:45

financially interested in the outcome. 09:45

Counsel and everyone attending remotely will state their appearances and affiliations for the record. If there are any objections to proceeding, please state them at the time of your appearance beginning with the noticing attorney. 09:45

MR. LOESER: Good morning. My name is Derek Loeser for the plaintiffs from the firm of Keller Rohrback. 09:45

MS. WEAVER: Good morning. This is Lesley Weaver from Bleichmar Fonti. With me is Matt Melamed and Anne Davis, also of my firm, on behalf of plaintiffs. Good morning, everybody. 09:45

MR. LOESER: And I also have Adele Daniel from Keller Rohrback. 09:45

MR. FALCONER: Good morning. This is Russ Falconer, with Gibson Dunn & Crutcher, here on behalf of the defendant and on behalf of the witness. I'm here with my colleagues Laura Mumm and Colin Davis, as well as Ian Chen from Facebook. 09:46

SPECIAL MASTER GARRIE: Last, Daniel Garrie with JAMS. I'm the special master. 09:46

THE VIDEOGRAPHER: Okay. Anyone else? 09:46

Thank you. Will the court reporter please swear in the witness. 09:46

JACKIE CHANG,

the witness herein, was sworn and
testified as follows:

09:46

DEPOSITION REPORTER: Thank you. 09:46
Please begin, Counsel. 09:46

EXAMINATION 09:46

BY MR. LOESER: 09:46

Q. Good morning, Miss Chang. Could you please state and spell your last name for the record? 09:46

A. Chang, C-h-a-n-g. 09:46

Q. Miss Chang, have you ever had your deposition taken before? 09:46 09:47

A. No. 09:47

Q. Okay. Well, there are some ground rules that make the -- that really are designed to make the record clear. The first is that we should try not to talk over each other. I will ask a question. I'll try to ask a clear question. If you don't understand the question, please ask me to restate it. And if you answer the question, I will assume that you understood the question. 09:47

Is that okay? 09:47

A. Yes. 09:47

Q. And, again, we need to try not to speak at the same time because it tortures the court reporter. She can't take down our testimony if we are talking over each other. 09:47 09:47 09:47 09:47

If at any point you need to take a break, please let me know. I may finish asking a few questions but, of course, if you would like to take a break, we will make sure to allow you to take breaks. 09:47 09:47 09:47 09:47 09:47

During the testimony, your counsel may interpose objections and he has every right to do that. You should answer the question unless you're instructed not to do so by your counsel. 09:47 09:47 09:47 09:47

Do you understand that? 09:47

A. Yes. 09:48

Q. And you understand that your obligation here today is to testify honestly and truthfully? 09:48 09:48

A. Yes. 09:48

Q. And that you are under oath? 09:48

A. Yes. 09:48

Q. Your testimony today is going to cover the time period from 2007 through 2021. Do you understand that? 09:48 09:48 09:48

A. Yes. 09:48

Q. And that will be the time period that's 09:48

covered unless I specifically state otherwise. Okay? 09:48

A. Yes. 09:48

MR. LOESER: I'm going to show you what will be marked as Exhibit No. 1 and that is your deposition notice. And bear with us while we work out the clunkiness of the platform here. We are going to get the document up so you can see it, and it will also be published via Veritext platform. So it will be on a screen with the screen share, but also you will have access to the document via the Veritext platform. 09:48

(Exhibit 1 marked for identification.) 09:49

MR. LOESER: We need -- in the world of Zoom, things always start interestingly. We need to enable screen sharing so that we can do that. 09:49

THE VIDEOGRAPHER: It's enabled now. 09:49

BY MR. LOESER: 09:49

Q. Miss Chang, this is the deposition notice that requires your attendance. Have you seen this before? 09:49

A. No. 09:49

Q. Do you understand that you're testifying today in response to a subpoena directing you to appear to have your deposition taken? 09:49

MR. FALCONER: Objection. Foundation. 09:49
Go ahead. 09:49
THE WITNESS: Sorry. Can you repeat the question? 09:49
BY MR. LOESER: 09:49
Q. Sure. Do you understand that your testimony today is being taken in response to a subpoena that requires your -- a deposition notice that requires your attendance? 09:49
A. Yes. 09:50
MR. LOESER: We can stop sharing that. 09:50
BY MR. LOESER: 09:50
Q. Miss Chang, what did you do to prepare today for your deposition? 09:50
A. I met with counsel, Mr. Falconer and Miss Mumm and Mr. Chen, and I can't remember the other one. 09:50
Q. And how many times did you meet with them? 09:50
A. I met with them about three times. 09:50
Q. And for how much time each time? 09:50
A. About three hours. 09:50
Q. And did you speak to anyone at Facebook about your testimony today? 09:50
A. No. I mean, Mr. -- Mr. Chen, the counsel or... 09:51

Q. Mr. Chen is in-house counsel at Facebook? 09:51
A. Yes. I think so. 09:51
Q. And did you review any documents to prepare for your testimony today? 09:51 09:51
A. Yes. 09:51
Q. And what documents? Can you generally describe the documents that you reviewed? 09:51 09:51
A. They appeared to be emails and an Excel spreadsheet. 09:51 09:51
Q. And any other types of documents that you reviewed? 09:51 09:51
A. Not that I recall. 09:51
Q. And how many documents would you say in total did you review? 09:51 09:51
A. About maybe four or five. 09:51
Q. And were those documents selected by counsel? 09:51 09:51
A. Yes. 09:51
Q. And did they refresh your recollection as to any events during the time period that we're covering today? 09:51 09:52 09:52
A. Sorry, can you -- sorry, in what sense? 09:52
Q. Did it remind you of events or occurrences or whether you saw things you remembered from your experience with them? 09:52 09:52 09:52

A. Well, I saw the emails, but some of them I don't really recall too well since it was -- it was a little far back for me. 09:52

Q. And were these all emails that were -- where you were the sender or the recipient? 09:52

A. I believe I was cc'd on them. 09:52

MR. LOESER: And, Counsel, we would ask that you would, obviously, make sure that any material that Miss Chang reviewed to prepare for this deposition is produced or has been produced. Do you know -- 09:53

Counsel, do you know if those materials have all been produced? 09:53

MR. FALCONER: Yeah, they have. 09:53

BY MR. LOESER: 09:53

Q. And Miss Chang, did you review any of the pleadings or filings in this case to prepare today? 09:53

A. No. 09:53

Q. Miss Chang, what is your understanding of what this case is about? 09:53

MR. FALCONER: And, Miss Chang, I'm going to instruct you here. If the only understanding you have of what the case is about is something you learned in conversations with counsel, don't reveal what you learned in those conversations. 09:53

If you have an independent understanding outside of conversations with counsel, you're free to share that. 09:53 09:53 09:53

THE WITNESS: Well, I believe everything I know is from counsel. 09:53 09:53

BY MR. LOESER: 09:53

Q. Okay. You've never read anything about this case in the newspaper or online or anything like that? 09:53 09:53 09:53

A. Not specifically, no. 09:53

MR. LOESER: Counsel, I will just note for the record that two days ago, Tuesday, December 14th, at 7:09 p.m. Pacific Time, Facebook made production of 1,807 documents. That production included 1,204 documents for which this deponent was a custodian, an additional 65 documents where this deponent was identified in the metadata or its directed text. 09:53 09:54 09:54 09:54 09:54 09:54 09:54

The produced documents from Miss Chang make up over 25 percent of all the custodial documents we have received for this deponent. 09:54 09:54 09:54

And I will just note for the record that we reserve our right to recall this witness because of this late production. 09:54 09:54 09:54

MR. FALCONER: Great. We'll reserve all 09:54

Veritext Legal Solutions
866 299-5127

rights as well. 09:54

BY MR. LOESER: 09:54

Q. Miss Chang, what is your current position at Facebook? 09:54

A. Director of academic partnerships. 09:54

Q. And how long have you had that position? 09:54

A. Since March. 09:54

Q. And who do you report to in that position? 09:54

A. Currently or... 09:54

Q. Yes, currently. 09:55

A. Alvin Bowles. 09:55

Q. And what is his position? 09:55

A. VP of business ecosystem partnerships. 09:55

Q. And who reports to you currently? 09:55

A. Brina Collins, Christina Fan and Rachel Mersey. 09:55

Q. And what are each of their jobs? 09:55

A. Product programs, research of partnerships and academic programs. 09:55

Q. Miss Chang, what's the total amount of time you've worked for Facebook? 09:55

A. 14 years, a little over. 09:55

MR. LOESER: We're going to show you what will be marked Exhibit 2, which is your LinkedIn resume, and we'll screen share that as well. 09:55

(Exhibit 2 marked for identification.) 09:56
BY MR. LOESER: 09:56
Q. Miss Chang, I just want to quickly walk through your resume. I would like to start at the bottom at your initial experience at Facebook, which is user operations and the time period is April 2007 to September 2007. Is that accurate? 09:56
A. Yes. 09:56
Q. And what is it that you did in user operations during that timeframe? 09:56
A. I answered user tickets which were emailed questions. 09:56
Q. So questions from Facebook users? 09:56
A. Correct. 09:56
Q. And what are the kinds of questions that Facebook users would ask you? 09:56
A. I got locked out of my account. How do I use this feature? 09:56
Q. And were you asked any questions about user privacy and concerns users had about what was happening to their content and information? 09:57
A. I don't remember specifically. 09:57
Q. And after user operations, you were the global accounts manager, national direct sales, and that's from 2007 to 2010; is that correct? 09:57

A. Yes. 09:57
Q. And what is it that you did in that position? 09:57
A. I was the account manager for advertising clients on the ad agency side and brands like -- like Nike. 09:57
Q. And what does it mean that you were the account manager? 09:57
A. I would support the ad agency or brands whenever they made an advertising buy to ensure that their ad campaign ran as they bought it on our platform. 09:57
Q. And were you involved in determining how user content information was used in these ad campaigns? 09:58
A. No. 09:58
Q. Did you have an understanding of what content and information was used in ad campaigns? 09:58
A. Sorry, in what sense? 09:58
Q. How were ad campaigns operated? 09:58
MR. FALCONER: Objection. Form. 09:58
THE WITNESS: Sorry. I'm not sure. I guess that's hard to answer in a -- answer. In what sense? In how I supported it or -- 09:58
/ / / 09:58

BY MR. LOESER: 09:58

Q. Yes. Explain to me what you did -- pick a client, Nike. Nike was one of your accounts that you managed? 09:58

A. Yes. 09:58

Q. Okay. What did you do for Nike specifically? 09:58

A. So I would support an account executive at Facebook so that's considered a seller, and they would, you know, go into an advertising agreement with that client. And my team -- well, I didn't have a team, but our group, account managers, would come in to help support that ad buy. 09:59

So at that time, we would have to manually schedule the advertising and run that. So we were there to help answer questions to the partner -- sorry, the client, and just ensure that their ad campaign ran on our website. 09:59

Q. And were you involved at all in figuring out who -- what Facebook users would be exposed to that ad campaign? 09:59

A. No. That's -- that would be outside of my scope. I was focused on supporting the ad campaign. 09:59

Q. Okay. So who would be involved in figuring out what users were exposed to the campaign? Is 09:59

Veritext Legal Solutions
866 299-5127

that how it would work, someone would advertise on the platform, that ad would not go to everybody on the platform, would it? 10:00

A. I'm not sure about the technical mechanics. I would imagine the product team would know. 10:00

Q. And was being a global accounts manager a promotion from user operations? 10:00

A. It was a lateral movement. 10:00

Q. And then from 2010 to 2014, you were the strategic partner manager, social commerce and developer platform. Tell me what you did there. 10:00

A. At that time, I would work with partners like a Levi's, where when we released like a social plugin like the "Like" button, work with them to integrate that plugin into their website. 10:00

Q. And was that position a promotion from global accounts manager or a lateral? 10:01

A. Lateral. 10:01

Q. And how many different partners did you work with in your capacity as the manager? 10:01

A. I don't remember the specific number. 10:01

Q. Was it like hundreds, or a few, or what's your recollection? 10:01

A. Sorry. Over -- over what period of time? 10:01

Q. [Audio distortion] 2007 to... 10:01

A. Sorry. 2010 to 2014 or... 10:01
Q. I'm sorry. 2010 to 2014, yeah. 10:01
A. I -- again, I don't remember the numbers specifically, but could be in there, in maybe around a hundred, I guess, over time. But not all managed at once or anything. 10:01 10:01 10:01 10:02
Q. And, Miss Chang, what is social commerce and developer platform? 10:02 10:02
A. Sorry. Can you -- can you repeat that? 10:02
Q. Yeah. I'm looking at your job title. It includes the words "social commerce and developer platform." Can you tell me what that is? 10:02 10:02 10:02
A. So the developer platform was something we launched in 2007 which -- which provided APIs and social plugins. And my group was focused on serving the commerce vertical, meaning, for example, like a Levi's or a Walmart, if they choose to integrate those plugins for -- you know, to serve their commerce vertical, we would work with them there. 10:02 10:02 10:02 10:02 10:02 10:02 10:02
Q. And can you please define what a "commerce vertical" is? 10:03 10:03
A. Sure. It's brands engaging in online commerce like a Walmart or Levi's, for example. 10:03 10:03
Q. And are there other types of verticals other than commerce verticals? 10:03 10:03

A. That I managed directly or -- 10:03
Q. No, that just exist at Facebook. 10:03
A. Yes. There could be gaming, for example. 10:03
Q. And as best as you recall, can you just describe for me the different verticals at Facebook presently. 10:03
A. So presently, it's a bit different. 10:03
Q. Okay. 10:03
A. Yeah.
Q. At this time, how many different verticals were there in 2010 to 2014? 10:04
A. So I don't remember the specific number, but an example is like gaming, social media, I guess. Sorry, I can't -- I can't remember all of them. 10:04
Q. Can you remember, what did you view as the main categories of verticals at this time? 10:04
A. I was just mostly focused on social commerce, which was the specific vertical I was focused on. So I probably have less recollection around other ones, but the ones that I can recall right now is gaming, for example. 10:04
Q. Let's move to your next position, manager, Internet.org and mobile inclusion partnerships, and that's from 2014 to 2017; is that correct? 10:04 10:05
A. Correct. 10:05

Q. And was that a lateral move also? 10:05
A. It was a lateral move with a promotion. 10:05
Q. And what did you do in that position, Miss Chang? 10:05
A. My focus was to work with our Internet.org product team, which was focused on launching new connectivity initiatives to help connect parts of the world that didn't have Internet access. 10:05
My group was specifically focused on content so that when we enabled access, you know, we would be able to bring in relevant local content. 10:05
Q. And so this was not just in the United States, but in other countries as well? 10:05
A. Correct. 10:05
Q. So you were involved in content in other countries that was published on the Facebook platform? 10:06
A. No, I wouldn't state it that way. Content in the sense of websites that we would enable access via the Free Basics or Internet.org service. So it wasn't related to the developer platform. 10:06
Q. And what are "mobile inclusion partnerships"? 10:06
A. Mobile inclusion partnerships consisted of working with non-profits. So, for example, we would 10:06

work with like the WHO, who would focus on creating content that was localized to help, you know, perhaps a -- perhaps a very specific region within Africa to drive awareness around malaria. 10:06

And so we would work with groups where there wasn't content available to be able to localize it and help address more of, like, you know, global health issues or localized issues. 10:07

Q. And did you work with foreign governments in this role as well? 10:07

A. I've interacted with them, but I didn't formally do business or anything with them. 10:07

Q. So your next position was head of business platform partnerships. Was that a promotion? It sounds like a promotion. 10:07

A. I would say it was a lateral movement with a promotion. 10:07

Q. And that was from 2017 through September of 2019; is that correct? 10:07

A. Correct. 10:07

Q. And tell me what you did in that role. 10:07

A. Sure. Shifting from Internet.org, I moved over to focus around how we can enable more local and small businesses through -- through like features and offerings. 10:08

So, for example, you know, a local restaurant, being able to help connect their -- their online reservation system through Open Table so people can make reservations via their page. 10:08

Q. And did you have particular clients or were you just overseeing the operation? 10:08

A. So I didn't work with clients because this was just platform offerings, so it was more of integration with APIs. This is different than advertising sales, which I haven't been in for a while. 10:09

Q. Okay. And we'll get into questions about APIs. 10:09

But so were you helping design what APIs were made available to these partners on the platform? 10:09

A. I did not design it. I'm not on the product team. I was mostly working with partners to help drive adoption. 10:09

Q. And what did you do help drive adoption? 10:09

A. I would meet with, for example, Open Table and help, you know, provide them context around the benefits of enabling their service for small businesses on the Facebook -- on the Facebook platform and helping to extend their reservation 10:09

systems there so that local businesses can drive direct reservations on Facebook. 10:09

Q. And then moving to your -- the next job from that is the job you currently hold; is that right, director of platform product partnerships? 10:09

A. Correct. 10:10

Q. And that entry in your resume starts with "Research Platform/Academic Partnerships/Developer Platform & Business Platform." 10:10

Can you explain what all that means -- 10:10

[Simultaneous talking]

BY MR. LOESER?

Q. -- the tasks that you performed as the director of platform product partnerships; is that right? 10:10

DEPOSITION REPORTER: Excuse me. Can you repeat your question, please. 10:10

BY MR. LOESER: 10:10

Q. Yes. Are -- the line in your resume that starts, "Research Platform/Academic Partnerships, Developer Platform & Business Platform," is that a description of what it is that you are doing as the director of platform product partnerships? 10:10

A. Correct. But I haven't updated it to my most recent, which is now I'm fully focused on 10:10

academic partnerships since March. 10:10

Q. Okay. Well, let's talk about what's in your LinkedIn resume right now. 10:10

Can you please explain to me what it is that you are doing as the director of platform product partnerships before your current transition to just dealing with academic partnerships? 10:11

A. Yes. I would work with product teams, product teams that include business platform, which is that, yeah, the example I gave you around Open Table. I came back to support the developer platform through its login service, and what that meant was working with the product team to help them with their go-to-market strategy so that we could work with the actual partnerships' teams that were in market to ensure that they had the right materials to be able to connect and -- connect with partners and, you know, help them to adopt these products. 10:11

Q. What do you mean by the "right materials"? 10:11

A. "Right materials" meaning ensuring that they had the right marketing language, meaning just because you create something, if you can't talk about it and market it correctly, people wouldn't be able to understand it. 10:12

So ensuring that partner managers who are on the ground would have the right information to connect with partners to help them understand what the product was. 10:12

Q. And this describes your role as to research these different platforms. What did you do to research the platforms? 10:12

A. So currently, I work with the Facebook Open Research and Transparency Team, where they've developed researcher APIs so that we can now enable privacy preserved measures to allow researchers to use that data for their studies. 10:12

Q. And what are -- explain to me what privacy -- what was the description, of the measures? Privacy what? 10:13

A. Privacy preserving measures. So I'm not the technical or product owner, so I'll specify that. But high level, you know, in ensuring that, you know, information is going through a virtual clean room, differential privacy applied. I am not an expert in this, so I don't know the details of how it all works. 10:13

Q. And is this a new task or is this something that someone else did before you did it? 10:13

A. I'm not sure I understand. 10:13

Q. This privacy preserving structure, is that something new, or is that something that previously existed? 10:13 10:13 10:13

A. So that was created by the product team. What my team focused on is working with researchers to drive adoption for that product. So I can't speak to that -- the specifics of the history of that product. 10:13 10:13 10:14 10:14 10:14

Q. And how do researchers drive adoption of the product? 10:14 10:14

A. They're able to go through the Facebook Open Research and Transparency, or FORT, environment and, you know, they can apply for access. And we work with researchers when they apply for access and help get them set up so they can access those APIs -- or sorry, not APIs, datasets. 10:14 10:14 10:14 10:14 10:14 10:14

Q. Miss Chang, when did you transition to your current role? 10:14 10:14

A. March -- 10:14

Q. I'm sorry. Go ahead. 10:14

A. March 2021. 10:14

Q. Okay. And so did someone take over the task that you previously were responsible for? 10:14 10:14

A. Yes. It transferred over to another team. 10:15

Q. And what team was that? 10:15

A. The -- the acronym is PPM, but I'm trying to recall what the "PPM" stands for. Product partner marketing. 10:15

Q. And who runs that team? 10:15

A. Kelly Stonelake. 10:15

Q. Have you worked with -- is Kelly a man or a woman? 10:15

A. I believe she -- she's a she. 10:15

Q. And had you worked with her before as the director of platform product partnerships? 10:15

A. Yes. 10:15

Q. Are there any other jobs or roles that you performed at Facebook that are not covered by the resume that we just went through? 10:16

A. In what sense? Do you mean like -- sorry. 10:16

Q. Did you have any other positions other than the ones that are listed there? 10:16

A. No. 10:16

Q. During the time that you have worked for Facebook, what software systems have you used to communicate with your colleagues? 10:16

A. Sorry. I don't understand. 10:16

Q. How did you communicate with your colleagues over the past 14 years at Facebook? 10:16

A. Well, I think it depends on what year it 10:16

was. When I first started, you know, we would have -- we would use Facebook Chat, and then we would -- we evolved to Workplace Chat, and then email. 10:16

Q. Okay. So you have described three different things. Are there any other -- I'm calling them "systems," you might call them something else. 10:16

Are there any other systems that you used to communicate with your colleagues? 10:17

A. Not that I recall. 10:17

Q. For example, did you use Slack? 10:17

A. No. Well, I haven't used Slack, but I can't speak for others. 10:17

Q. WIP, do you use WIP? 10:17

A. Yes. But I don't think that's a communication tool. More of a document tool. 10:17

Q. Okay. Let's expand -- have we covered all the different communication tools that you've used over the last 14 years? 10:17

A. To my understanding. I don't know if you would classify other types but, yes, email and work chat. 10:17

Q. I assume you talk to your employees; right, to your -- 10:17

A. Oh, yes. I guess, yeah, verbal. 10:17

CONFIDENTIAL

Q. And did you chat with them using your phone? 10:18
A. Through apps like Workplace. 10:18
Q. But not just using -- what kind of phone have you had over the last 14 years? Is it an iPhone? 10:18
A. An Apple iPhone. 10:18
Q. And did you use the chat feature on your iPhone to communicate with others? 10:18
A. Sorry, which chat feature? 10:18
Q. On your iPhone -- is there a chat feature on your iPhone? 10:18
A. I've used -- I've used the Workplace Chat application. 10:18
Q. How about texting? Did you text on your iPhone with your colleagues regarding work? 10:18
A. No. 10:18
Q. You never texted your colleagues with your iPhone? 10:18
MR. FALCONER: Objection. Asked and answered. 10:18
BY MR. LOESER: 10:18
Q. I'm sorry. You did not text your colleagues for work-related matters on your iPhone -- 10:18
A. Oh, for work, no. 10:19
Q. Did you ever utilize a personal email 10:19

account for work-related communications? 10:19
A. No. 10:19
Q. Did you ever send anything from your work account to your home account to save it for any particular reason? 10:19
A. I mean, I believe I've accidentally sent something to my personal email just because it may have auto-populated, but not intentionally. 10:19
Q. Okay. So you never thought this is worth saving or this is important, I'm going to send it to my home address? 10:19
A. No. 10:19
Q. Now, we went over your whole time and work for Facebook. And it sounds like you have done some work directly involving users; is that right? That's where you started? 10:19
A. Yes, interacting with users in user operation. 10:19
Q. And you also had a position where you interacted with advertisers; is that right? 10:19
A. Correct. Working with advertisers in the global national sales. 10:19 10:20
Q. And you also had positions where you interacted with partners; is that right? 10:20
A. Correct. 10:20

Q. Now, is there any other category of entities that utilize Facebook that you interacted with other than those? Does that cover everything, or are there other types of Facebook partners or actors? Do you understand what I'm asking? 10:20

A. Can you give an example? 10:20

Q. You've interacted with users, you've interacted with advertisers, you've interacted with partners. 10:20

Is there any other category you've interacted with or does that cover everything? 10:20

A. I think so. 10:20

Q. You think that covers everything? 10:20

A. Well, I don't know how you -- sorry, I'm trying to understand the full definition. But to my knowledge, yes. Yeah. 10:20

Q. And you clearly have a lot of experience with working with partners; is that right? 10:20

A. Correct. 10:20

Q. Have you been involved in helping form any policies or procedures at Facebook? 10:21

A. In what sense? 10:21

Q. In any of the different types of users, advertisers, partners, were you involved in helping create policy for any of those groups? 10:21

A. No. 10:21

Q. Do you have particular things that you would consider major accomplishments for yourself at Facebook? 10:21

A. I would say the time here in itself and, you know, working with -- you know, working with partners on new innovative things, you know, such as the "Like" button with Levi's, that was the first of its kind. Working with Ticketmaster, you know, first of its kind in terms of being able to sell tickets. Working on Internet.org, enabling, you know, new access in different regions of the world. And then now working with researchers trying to enable that -- that area too. 10:21

Q. And do you feel like you have been able to influence how Facebook does business with its partners? 10:22

A. In what sense? 10:22

Q. In the sense of evolving or changing their practices or innovating their practices. 10:22

A. I guess it's a little broad, but in the sense that I'm able to help the partners achieve the goals where it makes sense, yes. 10:22

Q. How is the term "partner" used by Facebook? 10:22

A. Partner is someone that Facebook is working 10:23

with. It doesn't necessarily mean that there's a monetary exchange, but someone that we would collaborate with for a larger goal or objective. 10:23

Q. And sometimes there's a monetary exchange with partners? 10:23

A. Advertisers, for example, would be a partner. 10:23

Q. Are there other types of partners for which there is a monetary exchange? 10:23

A. I don't know in full depth. It's possible. 10:23

Q. What do you mean by "monetary exchange"? 10:23

A. I guess that's what I meant by I don't know fully. So my understanding in terms of advertising, like if you buy advertising, in that sense. 10:23

Q. So people spending money -- paying Facebook money; right? Is that what advertisers do? 10:23

A. Yeah. Not people, but advertisers. 10:24

Q. Okay. And are there partners where Facebook pays the partners money? 10:24

A. I imagine there is, but I don't work on that directly. 10:24

Q. But can you identify any of those types of partners? 10:24

A. No, I don't know specifically. 10:24

Q. What are the different types of partners 10:24

that you're aware of? 10:24

A. I would say the ones you've listed, advertisers -- advertisers, developers, anyone that we worked with in that sense. 10:24

Q. So you mentioned Nike, for example, and -- 10:24

A. Yeah. 10:24

Q. What type of partner is Nike? 10:24

A. I guess we don't have like special labels. They -- they're just a partner that we would work with, someone who's used our products in different ways; for example, they've used our advertising product. They've used APIs. So in that sense, they're a partner. 10:25

Q. So partners can be advertisers; right? 10:25

A. Yes, correct. 10:25

Q. And can you think of -- you mentioned Levi's, for example. That's something -- you put that in the same kind of general category as Nike.

And is that category that they're an advertiser or they're some other type of partner? 10:25

A. So, again, I think it depends on who's working with them. But in my experience working with them, I worked with them in the capacity as an advertiser when I was in national sales, you know, between that time. 10:25

And then I also worked with them when I moved over to developer platform when they integrated the Like button plugin. 10:26

Q. So when you're working with a company like Levi's as an advertiser, is the -- is Levi's able to access user content information through Facebook APIs? 10:26

A. I don't -- I'm not sure I understand. 10:26

Q. Well, in your relationship with Levi's, was Levi's able to access Facebook APIs and obtain user content information? 10:26

A. I don't know -- sorry. 10:26

MR. FALCONER: Objection. Form. 10:26

THE WITNESS: Sorry.

MR. FALCONER: I -- objection. Form. 10:26

Go ahead. 10:26

BY MR. LOESER:

Q. Do you have --

A. I don't know. 10:26

Q. Yeah. And I mentioned Levi's only because you mentioned it. 10:26

So when you have a partnership arrangement with Levi's, is there something that Levi's is getting from Facebook? 10:26

A. So I don't -- oh -- 10:26

MR. FALCONER: Sorry. Objection. Form. 10:26
Go ahead. 10:27
THE WITNESS: So I don't know. When I 10:27
worked with them on the Like button, they -- they 10:27
implemented a plugin, so I don't -- I can't speak 10:27
for them holistically because I only worked with 10:27
them at that moment in time. 10:27
BY MR. LOESER: 10:27
Q. You worked with various partners 10:27
specifically having to do with the API commissions 10:27
that they had; is that right? 10:27
A. Sorry. It's a little generalized. What do 10:27
you mean? 10:27
Q. Well, again, did Levi's have any access to 10:27
any Facebook APIs that you're aware of? 10:27
A. So at that time I worked with them, I worked 10:27
specifically on the plugin, the Like button plugin. 10:27
Q. How about Nike? Did Nike have any access to 10:27
any Facebook APIs? 10:27
A. To my knowledge, when I worked with them, 10:27
they had access to a publishing API so that when a 10:27
person went on a run, via their Nike fuel band, they 10:28
were able to publish that story onto Facebook if 10:28
they opted into that. 10:28
Q. Okay. So Nike, as a partner, was able to 10:28

access particular APIs for which they had permission; right? 10:28
A. Yes. 10:28
Q. And Nike, like Levi's, was considered an advertiser; is that right? 10:28
MR. FALCONER: Objection. Form. 10:28
Go ahead. 10:28
THE WITNESS: Oh, yes, they were advertisers, but I don't know if it always overlapped perfectly, but... 10:28
BY MR. LOESER: 10:28
Q. Are app developers considered partners? 10:28
A. Yes, if -- yes. 10:28
Q. And do you know what "data brokers" are? 10:28
A. Like generally or... 10:28
Q. Yes, generally. 10:29
A. Yes. 10:29
Q. What are data brokers? 10:29
A. They are an entity that may facilitate the trade of data. 10:29
Q. Okay. And they're considered partners as well at Facebook? 10:29
A. I don't know. I don't work with data brokers. 10:29
Q. Do you know -- you mentioned the monetary 10:29

exchange aspect. Do you know if there was a monetary exchange between Facebook and data brokers? 10:29 10:29

A. I don't know. 10:29

Q. Are advertisers sometimes also app developers? 10:29 10:29

A. Yes. 10:29

Q. Miss Chang, why does Facebook have partners? 10:29

A. I think that depends in terms of -- so Facebook is hard to generalize as one entity. It's made up of, you know, different groups trying to drive different goals. And I would say related to different goals, they may partner to help achieve that goal. So I can't speak to what every individual team's goals are. 10:29 10:30 10:30 10:30 10:30 10:30 10:30

Q. So let's just think in terms of the partners with which you've been involved. 10:30 10:30

A. Okay. 10:30

Q. Why does Facebook have those partnerships? 10:30

DEPOSITION REPORTER: Excuse me. I lost the last word. "Why does Facebook..." 10:30 10:30

BY MR. LOESER: 10:30

Q. -- have those partnerships? 10:30

A. So, for example, when I worked with Levi's on the Like button, you know, there was an -- at the time, we wanted to be able to show how expression 10:30 10:30 10:30

outside of Facebook could be possible because at that time, you know, all interactions were contained within a website, meaning like if you liked something, it would only be within Facebook. And so something innovative like the Like plugin at the time was to help connect, you know, websites out of Facebook to be able to interact and be represented on Facebook. 10:31

And so for that specific example, you know, the goal was to be able to show that -- show that value through an integration where people can experience that. 10:31

Q. And wasn't another purpose for Facebook to collect information about the user for its own use? 10:31

A. I don't know. That would be a bit outside of my -- my specific role. 10:31

Q. Facebook shared user content information with partners; is that right? 10:32

A. In what sense? 10:32

Q. Well, I'm asking you, in your role involved in all the capacities dealing with partners, was there a sharing of user content information -- 10:32

MR. FALCONER: Objection. Form. 10:32

THE WITNESS: So we would have public APIs, where if people consented, you know, I believe they 10:32

would be able to provide that data to the application developer. 10:32

BY MR. LOESER: 10:32

Q. Okay. And so through the API, a partner could obtain user content information about users; is that right? 10:32

MR. FALCONER: Objection. Form. 10:32

THE WITNESS: I think that depends. I wouldn't generalize it to that because it would be dependent on what the developer created and what they were approved to use. 10:33

BY MR. LOESER: 10:33

Q. Okay. But there were partners that were approved to have access to various API permissions; is that right? 10:33

MR. FALCONER: Objection. Form. 10:33

THE WITNESS: I imagine so. 10:33

BY MR. LOESER: 10:33

Q. And don't you, in fact, know so from your -- from the work you did with partners? 10:33

MR. FALCONER: Objection. Form and asked and answered. 10:33

THE WITNESS: So for specific partners for specific permissions, yes, but I thought you were trying to speak to it more generally, which I didn't 10:33

manage generally. There was an operations team for that. 10:33 10:33

BY MR. LOESER: 10:33

Q. And when Facebook shares -- when Facebook shares user information with a third party, what does that mean to you? 10:33 10:33 10:33

A. I think it depends on what specific -- what specific group. So in the context of my experience on the developer platform, it would be through the developer APIs and the permissions there. 10:33 10:34 10:34 10:34

Q. Okay. And I just want to make sure I understand how you use the terminology. 10:34 10:34

Through the APIs -- APIs are a way for a third party that has permission to obtain various categories of information that Facebook has collected about the user; is that right? 10:34 10:34 10:34 10:34

MR. FALCONER: Objection. Form. 10:34

Go ahead. 10:34

THE WITNESS: Sorry. Can you restate that? 10:34

MR. LOESER: Why don't we just repeat the question. Would you read the question back, please, Miss Jennings. 10:34 10:34 10:34

(Record read as follows: 10:34

"Q. Okay. And I just want to make sure I understand how you use the terminology. 10:34 10:34

Through the APIs -- APIs are a way for a third party that has permission to obtain various categories of information that Facebook has collected about the user; is that right?") 10:34

THE WITNESS: No. 10:35

MR. FALCONER: Same objection. 10:35

BY MR. LOESER: 10:35

Q. So APIs are a way for a third party to obtain various categories of information that Facebook has collected about a user; correct? 10:35

A. Yes. It's a -- it's a vehicle, but I wouldn't necessarily say -- again, I'm not a technical person. I don't know if that's all technically how it's done, but to my understanding, it sounds right. 10:35

Q. Are you familiar with the concept at Facebook of reciprocity? 10:35

A. Yes. 10:35

MR. FALCONER: Objection. Form. 10:35

Go ahead. 10:35

BY MR. LOESER: 10:35

Q. Can you explain to me how Facebook uses the term reciprocity with -- particularly with respect to partners? 10:36

MR. FALCONER: Same objection. 10:36
THE WITNESS: My understanding of reciprocity is a value exchange. 10:36
BY MR. LOESER: 10:36
Q. And explain what you mean by that. 10:36
A. "Value" meaning -- and it doesn't necessarily mean monetary. So, you know, going back to partnerships, ensuring that if we're going to partnerships, there's value in that experience. 10:36
So, for example, in working with Levi's, the value they provided in integrating with the Like plugin is being able to allow users to interact with the website and be able to publish stories around things they like back to Facebook. 10:36
Q. So is value another way of saying information? So when there's value -- when there is reciprocity with a partner, that means that Facebook is giving that partner some information about users, and Facebook is obtaining from that partner some information about users; is that right? 10:37
A. Not to my understanding. 10:37
Q. It's not your understanding that in exchange for providing information, Facebook gets back information? 10:37
A. Well, I think it's dependent. So when I was 10:37

talking about the value exchange, it doesn't have to be information. Value can be in the sense of like experience. So if the experience is making the user experience better, meaning it brings like delight to a user, then that's also an exchange in value. 10:37

Q. However, it is sometimes an exchange of information; is that correct? 10:37

A. Yes. It could be. 10:37

Q. Give me an example of what an exchange of information would be, for example, with Amazon. What would an exchange of information be? 10:37

A. So for example, with the Kindle integration, an exchange would be the ability for people to publish back to Facebook things they've highlighted. So if they are asking for, you know, permissions from the user to make that more -- the experience more personalized, you know, our hope is that it's not purely just to extract information, but also to publish back, so allowing users who choose to publish, you know, their experience back to Facebook. 10:38

Q. Okay. And what does Facebook do with the information that's published back? 10:38

A. I don't know. 10:38

Q. Do you know anything about how it studies -- 10:38

Facebook studies that information or analyzes it? 10:38

A. No. That would be outside my scope. 10:38

Q. Do you know if, in fact, information that is published back is studied and analyzed by Facebook? 10:38

A. I don't know. 10:38

Q. You don't know if that happens, or you just don't know anything about it? 10:38

A. I just don't know. It is outside my scope so I can't really speak to it. 10:38

Q. And Miss Chang, you worked with partners with whom there was reciprocity; is that right? 10:39

A. In what sense? 10:39

MR. FALCONER: Objection to form. 10:39

BY MR. LOESER: 10:39

Q. In the sense that we have just been discussing, information was published back to you -- published back to Facebook after Facebook provided information to the partner. 10:39

A. Yes. So if Kindle is an example, we worked with partners in that sense, but I wouldn't say reciprocity is like -- it's not a product. 10:39

Q. Right. 10:39

A. It's more of a concept. 10:39

Q. It's an important concept to Facebook; right? 10:39

A. I don't know. 10:39

Q. Were you involved in making sure that there was reciprocity with partners with whom you worked? 10:39

A. I don't know in the sense that I -- I'm not sure I understand. 10:39

Q. Well, did you ever, for example, communicate to your colleagues that some interaction with a partner was positive because there was progress with reciprocity? 10:40

A. I'm not sure I understand. So when I would work with a partner, I would try to ensure that I'm always representing the voice of a partner holistically, meaning the different ways that we're working with them, the things that would impact their business. Not necessarily in the scope of reciprocity. 10:40

Q. But you would also want to make sure that if Facebook was giving content information to the partner, that Facebook was getting back some information; isn't that correct? 10:40

A. I didn't regulate that. Well, I guess I'm having a hard time understanding. Like I don't regulate that. 10:40

Q. You don't recall any examples of where you were endeavoring to encourage reciprocity? 10:41

A. I'm not sure I understand. 10:41
Q. Miss Chang, are some partners considered more valuable to Facebook than other partners? 10:41 10:41
A. I guess in the -- I guess it depends on what specific initiative or project. I wouldn't say it's one holistic stack rank. 10:41 10:41 10:41
Q. Okay. Can you think of any -- any characteristics of a partner that would make it more valuable to Facebook than other partners? 10:41 10:41 10:41
A. So, again, I think it depends. So in the capacity where I've worked with them so, for example, we used the Like button, in that specific experience like, you know, to us it was valuable working with Levi's in order to be able to exemplify like the product that we were trying to build and ship. So in that context, they were valuable to us, but I can't speak to just every other -- partnerships in every other capacity. 10:41 10:41 10:41 10:41 10:41 10:42 10:42 10:42 10:42
Q. So is a partner that publishes back a lot of content information considered a valuable partner for Facebook? 10:42 10:42 10:42
MR. FALCONER: Objection. Form. 10:42
BY MR. LOESER:
Q. Taking into account on determining whether that was a valuable partner? 10:42 10:42

MR. FALCONER: Same objection. 10:42
THE WITNESS: Again, I don't know. And I guess it's kind of hard to generalize it, so I don't know. 10:42
BY MR. LOESER: 10:42
Q. So is the value of a partner based on how much user content information Facebook obtains from a partner? 10:42
MR. FALCONER: Objection. Form. And asked and answered. 10:42
THE WITNESS: I don't know. 10:42
BY MR. LOESER: 10:42
Q. Miss Chang, are some partners considered vendors? 10:43
A. Yes. Yeah. 10:43
Q. So what would a "vendor" be? 10:43
A. A vendor would be -- sorry. A vendor would be someone we buy services from. 10:43
Q. Okay. And can you think of any examples of services that Facebook buys? 10:43
A. Yes. Like a Salesforce; they could be an advertiser and we could use their enterprise software. 10:43
Q. So they would provide a service? That particular type of partner would provide a service 10:43

to Facebook? 10:43

A. That partner in the advertising capacity could also be a vendor. 10:43

Q. And a lot of partner arrangements, the information the partner obtains from Facebook is used to support that partner's business; is that right? 10:44

MR. FALCONER: Objection. Form. 10:44

THE WITNESS: Sorry. I don't understand. Can you -- can you say it another way or... 10:44

BY MR. LOESER: 10:44

Q. What is your understanding of what a partner does when it obtains user content information from Facebook? 10:44

MR. FALCONER: Objection. Form. 10:44

THE WITNESS: I don't know. If there's something more specific... 10:44

BY MR. LOESER: 10:44

Q. Do you know anything about how Facebook uses user content information in its advertising business? 10:44

A. No, not technically. 10:44

Q. Do you know anything about how Facebook monetizes information that it obtains from its partners? 10:45

MR. FALCONER: Objection. Form. 10:45
Go ahead. 10:45
THE WITNESS: Not specifically. 10:45
BY MR. LOESER: 10:45
Q. Well, generally, do you know? 10:45
A. No. I don't -- well, I don't know in the capacity that -- sorry, if you can give me an example. 10:45
Q. Was that something that you ever discussed with your colleagues, how Facebook monetizes information? 10:45
A. No, not that I -- that I recall. 10:45
Q. Do you know what group at Facebook managed the relationship with data brokers? 10:45
A. No. 10:45
Q. Do you know if data brokers were ever app developers for Facebook? 10:46
A. I don't know. 10:46
Q. Do you know if data brokers were ever advertisers for Facebook? 10:46
A. I don't know. 10:46
MR. LOESER: I will show you what we will mark as Exhibit 3. We will screen share that as well. 10:46
(Exhibit 3 marked for identification.) 10:46

BY MR. LOESER: 10:46
Q. This is an email from -- and I'm not sure I'm saying this name right. Ime Archibong. Do you know who that is? 10:46
A. Yes, Ime Archibong. 10:46
Q. Ime Archibong. What is Ime Archibong's job? 10:46
A. At this time or... 10:46
Q. Yes. 10:46
A. I believe he was the director of platform partnerships. 10:47
Q. Okay. So someone who had the job before you? 10:47
A. I didn't have that job. 10:47
Q. So the Exhibit 3 is an email from Ime Archibong to you, dated September 30th, 2013; right? 10:47
A. Sorry. Can you repeat that? I was also reading the email. 10:47
Q. I'm just identifying this exhibit for the record. And it is an email from Ime Archibong to you dated September 30th, 2013; is that correct? 10:47
A. Yes, correct. 10:47
Q. And do you see the subject line on that email? 10:47
A. Yes. 10:47
Q. And it says, "Re: Product Partnerships & 10:47

BD: Bi-weekly Update"; is that right? 10:47
A. Yes. 10:47
Q. Now, is this -- this is an update regarding a variety of actions. Are you familiar with these updates? Was this something that was regularly circulated? 10:47 10:48 10:48 10:48
A. May I -- may I read this first? 10:48
Q. [Inaudible]
A. Okay. Sorry. 10:48
Q. Down the email string, this is -- you provided Ime with what you describe as an "updated structure for goals and progress." Do you see that? 10:48 10:48 10:48
A. Correct. 10:48
Q. And is this something that you regularly did updating progress on a variety of goals, partnership goals? 10:48 10:48 10:49
A. Yes. 10:49
Q. And you provided a progress report with that? 10:49 10:49
A. Yes. 10:49
Q. Okay. Can you look at the first entry in your updates. It says, "Updated H2'13 Product Partnerships Goals/Progress: *Entities." 10:49 10:49 10:49
What does "H2'13" mean? 10:49
A. Second half 2013. 10:49

Q. Okay. And what's the first entry? If you could just read the first entry under that update. 10:49

A. "Entities." 10:49

Q. Yeah. Under "Entities," what does that say? 10:49

A. "Data Deals." 10:49

Q. Can you read the rest of that line? 10:49

A. "4 data acquisition deals." 10:49

Q. Okay. What is that referring to? 10:49

A. That's referring to data deals to build out our repository of movie titles. 10:49

Q. Okay. And so does that suggest that Facebook was purchasing that information? 10:49

A. Yes. 10:50

Q. Okay. And then it lists the source of that acquisition; is that right, CinemaSource, EventSource, and Sports Data? 10:50

A. Yes. 10:50

Q. And do you know if the fourth data deal, the one described there as "In Progress," occurred? 10:50

A. I don't remember all of them. 10:50

Q. Okay. And tell me what specifically was the data that was acquired? 10:50

A. From what I recall, they were information to help our page datas. So, for example, movie titles to ensure that we had more robust movie titles, and 10:50

also robust events -- event information. So like if Ticketmaster had a concert, we would be able to get more details around it so that users would be able to get information about the concert. 10:50 10:51 10:51 10:51

Q. Okay. So that's an example of data that was purchased by Facebook; is that right? 10:51 10:51

A. Yes. 10:51

Q. And can you think of other examples of data that was purchased by Facebook? 10:51 10:51

A. I -- I only probably know more specifically this. 10:51 10:51

Q. What about data that was sold by Facebook? Were you involved at all with that? 10:51 10:51

A. No. 10:51

Q. And are you aware of any data that was sold by Facebook? 10:51 10:51

A. Not to my knowledge, no. 10:51

MR. FALCONER: Derek, can we take a quick break whenever you are done with this document? 10:52 10:52

MR. LOESER: Sure. Now is fine. 10:52

MR. FALCONER: All right. 10:52

MR. LOESER: You want 10 minutes? 15 minutes? 10:52 10:52

MR. FALCONER: Yeah. 10:52

THE VIDEOGRAPHER: This marks the end of 10:52

media No. 1 in the deposition of Jackie Chang. Going off the record. The time is 10:52. 10:52 10:52

(Off the record.) 10:52

THE VIDEOGRAPHER: This marks the beginning of media No. 2 in the deposition of Jackie Chang. We are back on the record. The time is 11:14. 11:14 11:14 11:14

BY MR. LOESER: 11:14

Q. Miss Chang, Facebook collects content and information about its users from its partners and uses that information in its advertising business; is that correct? 11:14 11:14 11:14 11:14

MR. FALCONER: Objection. Form. 11:14

THE WITNESS: I can't speak to that broadly, meaning I don't know the technical specifics to be able to support that statement. 11:14 11:14 11:15

BY MR. LOESER: 11:15

Q. But do you know that generally to be the case, Miss Chang? 11:15 11:15

A. No. I -- I don't really feel comfortable answering because I don't know. 11:15 11:15

Q. Do you know how Facebook makes money? 11:15

A. My understanding is advertising. 11:15

Q. And do you know whether advertising collects and uses user content and information? 11:15 11:15

MR. FALCONER: Objection. Form. 11:15

THE WITNESS: I don't know, meaning I don't understand the product mechanics around that. 11:15 11:15
BY MR. LOESER: 11:15
Q. What do you understand about the advertising business at Facebook? 11:15 11:15
A. Not much since I haven't worked on it since 2010. 11:15 11:15
Q. Do you know what portion of Facebook's revenue comes from its advertising business? 11:15 11:15
A. Not specifically. 11:15
Q. Do you have any idea at all? 11:15
A. I think a good portion. 11:16
Q. And does the advertising business utilize in any way, as far as you understand it, content and information that Facebook collects from its partners? 11:16 11:16 11:16 11:16
MR. FALCONER: Objection. Form. 11:16
THE WITNESS: Again, I don't know enough about the technical specifics to make that assertion. I don't know. 11:16 11:16 11:16
BY MR. LOESER: 11:16
Q. Well, I'm not asking about the technical specifics, just the general concept. Is that something you understand? 11:16 11:16 11:16
A. I don't know. 11:16

Q. Miss Chang, are people who create apps for Facebook called "developers"? 11:16
A. Yes. 11:16
Q. Are there other types of developers? 11:16
A. I only know of app developers. 11:16
Q. And we mentioned APIs before, but can you please just explain what "APIs" are. 11:17
A. Application programming interface. It's a way for, you know, two -- two services to connect and speak to each other. 11:17
Q. And how does Facebook use APIs with regard to user content and information? 11:17
A. I'm not sure I understand the question. 11:17
Q. Do you understand how Facebook uses APIs at all? 11:17
A. Well, Facebook doesn't use the APIs. The developer -- so, sorry, can you be a little more specific? 11:17
Q. Yeah. How do APIs work at Facebook on its platform? 11:17
A. I think that depends because APIs can be used in a lot of different cases. Are you speaking to developer platform or? 11:18
Q. Yes. How are -- how do third parties access user content information through APIs? 11:18

A. So they can go through our developer platform and go through the process of approvals and submitting their app to access APIs. 11:18

Q. Explain that process in as much detail as you can. 11:18

A. Unfortunately, I can't. I don't work on the operations side. So generally, we prefer them to go through the flow, and that flow is managed by -- on the product and operation side. So I can't speak to the exact process. 11:18

Q. Okay. You are familiar with the different sorts of APIs that Facebook provides for its third-party access to -- 11:18

A. Sorry, you broke up. Can you say that again? 11:18

Q. Have you ever looked at a list of APIs that are -- that app developers can use if they have permission to do so? 11:19

A. I have looked at developer.Facebook.com, which has a list of APIs. 11:19

Q. Okay. And are you familiar with any of those APIs? 11:19

A. I don't -- probably not, since it's been a couple years since I've worked on that directly. 11:19

Q. For example, are you familiar with the 11:19

friends permission APIs? 11:19

A. I know what the name is, but I don't know like the specifics around it. 11:19

Q. What do you know about it? 11:19

A. I've heard of it, like I've seen the name like in emails, but I don't remember what it exactly does and the technical specifics of it. 11:19

Q. Do you know what information the friends API permissions allow a third party to access? 11:19 11:20

A. I don't recall specifically. 11:20

Q. In order to have access to APIs, what does a developer need to do? 11:20

A. So I think that depends. Are you talking about just the developer platform workflow or... 11:20

Q. We can start there, yeah. 11:20

A. Sure. On developer platform, they would go to developer.Facebook.com, go through the documents and, generally, they would follow the workflow for approval. 11:20

Q. And is there a team that evaluates those approvals? 11:20

A. Yes. 11:20

Q. And what about partners? Do they just -- is that just the only system that exists for them, too, or is there something else? 11:20

MR. FALCONER: Objection. Form. 11:20
THE WITNESS: I'm not sure I understand. 11:21
BY MR. LOESER: 11:21
Q. Do partners just go through the developer platform you just described, or is there another way for them to negotiate API permissions? 11:21
A. So -- 11:21
MR. FALCONER: Objection. Form. 11:21
THE WITNESS: So they go through that process. 11:21
BY MR. LOESER: 11:21
Q. So there's -- so there's no difference between how partners access and make use of APIs and the public, the public -- 11:21
A. Sorry I -- 11:21
MR. FALCONER: Objection. Form. 11:21
BY MR. LOESER: 11:21
Q. I'm just trying to understand. We will get into some documents that maybe will flush this out. 11:21
But in terms of the different ways that APIs are accessed, you have described a way that developers just go on a platform. And I'm asking you: Is there a different way for partners that interact with Facebook? 11:21
MR. FALCONER: Objection. Form. 11:21

THE WITNESS: So I -- like I think it's a little broad. So I -- I'm struggling to know exactly. But, yes, they -- depending on specific need, they could go through a partnership organization. 11:21 11:21 11:21 11:22 11:22

BY MR. LOESER: 11:22

Q. And were you involved at all in working with partners and specifically with regard to the APIs that they sought permission to utilize? 11:22 11:22 11:22

MR. FALCONER: Objection. Form. 11:22

THE WITNESS: Sorry. I don't understand, like going through the developer platform or... 11:22 11:22

BY MR. LOESER: 11:22

Q. No. Just in your role working with partners, have you ever had occasion to discuss with partners the permissions that they wanted for APIs? 11:22 11:22 11:22

A. Yes. 11:22

Q. Okay. And explain that process. 11:22

A. So I don't remember in detail because it's been a long time. But they could email us about it, and we would generally refer them to where they needed to go. 11:22 11:22 11:22 11:22

Q. And do you know when Facebook first started using APIs with its partners? 11:23 11:23

A. Sorry. Can you say that -- state that 11:23

again? 11:23
Q. Do you know when Facebook first started using APIs with its partners? 11:23
A. I'm not sure I understand that question. Technically, I don't know. 11:23
Q. Do you know who came up with the various APIs that Facebook has? 11:23
A. No. 11:23
Q. Are you familiar with the concept of Friend Sharing on the Facebook platform? 11:23
A. I think I've heard of it, but I don't know what it is. 11:23
Q. Are you aware that on the Facebook platform for a period of time, when a friend downloaded an app, that app could obtain access to that person's friends via Friend Sharing APIs? 11:24
MR. FALCONER: Objection. Form. 11:24
Go ahead. 11:24
THE WITNESS: I don't remember. 11:24
BY MR. LOESER: 11:24
Q. You don't remember anything about that? 11:24
A. No. 11:24
Q. That's not something you were involved at all in? 11:24
A. I don't remember. 11:24

Q. That wasn't a significant part of the work that you did for Facebook? 11:24

A. I don't understand. Sorry, I -- I worked on a lot of things, so I don't know the meaning of that. 11:24

Q. But the work that you did with regard to Friend Sharing in particular does not stand out for you as being particularly meaningful? 11:24

MR. FALCONER: Objection --

THE WITNESS: I don't think I worked on Friend Sharing. 11:24

BY MR. LOESER:

Q. Do you know what sort of information is generally made available through friends permissions? 11:25

A. No, I don't. 11:25

Q. Are you aware of whether an app can obtain information about a person's friends who did not download the app? 11:25

MR. FALCONER: Objection. Form. 11:25

THE WITNESS: I don't know. 11:25

BY MR. LOESER: 11:25

Q. Do you know how many different friends permissions APIs there are? 11:25

A. I don't know. 11:25

Q. Are you familiar with the term "high-signal APIs"? 11:25
A. No. 11:25
Q. Are you familiar with the read_stream permissions APIs? 11:25
A. I've heard of it. 11:25
Q. Okay. What do you know about that? 11:25
A. I can't recall. It's been so long, I don't know. 11:25
Q. Do you know who came up with the idea of friends permissions APIs? 11:26
A. No, I don't. 11:26
Q. Do you know what purpose it served? 11:26
A. No. 11:26
Q. Do you know if it was controversial? 11:26
A. I don't know. 11:26
Q. Do you know if that was a API -- the friends APIs were often misused or abused by app developers? 11:26
A. I don't know. 11:26
MR. LOESER: I will show you Exhibit -- what we marked as Exhibit 4. 11:26
(Exhibit 4 marked for identification.) 11:26
BY MR. LOESER: 11:26
Q. We will share that as well. 11:26
Exhibit 4 is an email from Marie Hagman to 11:26

Chris Daniels, with a cc to you, dated May 3rd, 2013, "Subject: Re: FQL question." 11:27

Do you see that, Miss Chang? 11:27

A. Yes. May I read it? 11:27

Q. Yes, of course. I'm going to ask you some specific questions about different parts of the email string, but -- so we will go through it, but if you want to take a look at it, go ahead. 11:27

A. Okay. 11:27

Q. Miss Chang, what is "FQL"? 11:27

A. I believe it's something like SQL, but I don't know enough of the technical -- I don't know what the term means. 11:28

Q. Okay. And if this email was cc'd to you, does that mean that you received the email? 11:28

A. Yes. 11:28

Q. As we go through a lot of these emails, if you are on the email as a recipient, you don't have any reason to believe you didn't receive the emails; right? 11:28

A. Sorry. I didn't what? 11:28

Q. If you're on an email as a recipient -- we are going to go through a number of emails -- there is no reason for you to believe that you did not actually receive the email; correct? 11:28

A. I don't think so. 11:28
Q. Okay. And this particular email string has to do with capabilities that Amazon wanted in its relationship with Facebook; is that right? 11:28
A. Yes. 11:28
Q. Do you understand what a "capability" is? 11:28
A. Not in technical detail. 11:28
Q. What's your general understanding of what a capability means in the context of a Facebook partner? 11:28
A. It's like a permission. 11:28
Q. Okay. When you say a "permission," that means permission to access and use an API; is that right? 11:29
A. Again, I don't know the technical specifics. 11:29
Q. Can you use an API if you don't have permission to use the API? 11:29
A. I don't know. 11:29
Q. You don't have any understanding of what "permissions" means in connection with an API? 11:29
A. I don't think I understand in -- how the context you're referring it to. 11:29
Q. Okay. Nonetheless, this email string discusses the capabilities Amazon has access to; is that right? 11:29

A. It looks like it. 11:29

Q. Okay. So if you look down the first page there, in an email from Marie Hagman to you, it says: 11:29

"Thanks Jackie, will do. 11:29

"If it's helpful, here is a list of all the capabilities Amazon currently has, including the ones in addition to the auto-grants." 11:30

Do you see that list? 11:30

A. Yes. 11:30

Q. And do those appear to be APIs that are listed? 11:30

A. I don't know enough where I would classify them that. I don't know the technical specifics to make that assertion. 11:30

Q. Okay. So when you look at a list of capabilities and, for example, one of the items is [REDACTED] you don't have any understanding of whether that's an API? 11:30

A. Yeah, I don't -- I don't know. 11:30

Q. Go down that list and you will see a list -- you will see a capability that's called [REDACTED] 11:30

Do you know what information is provided by 11:30

that capability? 11:30

A. No, I don't. 11:30

Q. Was Amazon a client that -- or a partner that you were working -- you had any involvement with? 11:30 11:31 11:31

A. Yes, I supported them. 11:31

Q. And what does that mean? 11:31

A. I supported them with their questions and inquiries at the time as a partner manager. 11:31 11:31

Q. And what kinds of questions and inquiries did they -- did they have? 11:31 11:31

A. It could be from troubleshooting to requests around wanting to build integrations. 11:31 11:31

Q. Okay. Was it also around what permissions they could obtain and what capabilities they wanted access to? 11:31 11:31 11:31

A. Yes. Like I said, questions around integrations that they wanted to build. 11:31 11:31

Q. And by "integrations," do you mean [REDACTED] [REDACTED]? 11:31 11:31

A. That's part of it. But integrations typically means like building out experiences. 11:31 11:31

Q. And in order to support that partner, you needed to be knowledgeable about what they were asking for; right? 11:31 11:31 11:31

A. Not necessarily. We worked with partner engineering, who did more of the technical list. 11:31 11:31

Q. But as a general matter, if they came to you and they said, "We want to access these capabilities," you did something to understand what those were. 11:32 11:32 11:32 11:32

A. Not necessarily. So, again, I'm not the technical experts, which is why there's product managers involved and also partner engineering involved. 11:32 11:32 11:32 11:32

Q. I understand you're not the technical expert, but do you have a general understanding of how this operated? 11:32 11:32 11:32

A. I don't understand what your definition of general, like, understanding is. 11:32 11:32

Q. Well, here is an email string that's about capabilities. Do you have a general understanding of what "capabilities" are? 11:32 11:32 11:32

A. No, I don't. 11:32

Q. And do you have a general understanding of what "[redacted]" means? 11:32 11:32

A. I don't recall. 11:32

Q. So they were asking for these things and you were communicating what they were asking for, but you didn't have any idea what it meant? 11:32 11:32 11:32

A. At that time, I -- I imagine I -- I was helping to support it, but I don't remember it now. 11:32 11:33

Q. Looking, again, at the -- on the list where it says, [REDACTED] is it your testimony that you have no understanding whatsoever of what information Amazon could obtain about users via the [REDACTED]? 11:33

A. So I don't know what technically came through. I can see what it says, but I don't know what technically is shared. 11:33

Q. And who would know the answer to that at Facebook? 11:33

A. A product manager or a partner engineer. Well, I don't know if it's a partner engineer, but engineering and product managers. 11:33

Q. And are they assigned to particular partners, or they are just general positions at Facebook? 11:33

A. General positions. 11:33

Q. And so if in the context of this email, in which you apparently don't understand any of the technical aspects, if someone emailed you and said, "Jackie, what does [REDACTED] mean?" who specifically would you ask to 11:33 11:34

answer that question? 11:34

A. I don't remember. I don't know off the top of my head. 11:34 11:34

Q. If you can flip back in the string to page 3. You will see an email from Sorin Gherman at Amazon to Jessica Jenks at Facebook, dated May 3rd, 2013. Do you see that in the string? 11:34 11:34 11:34 11:35

A. Yes. 11:35

Q. So if you read that email, it says: 11:35

"Hi Marie, 11:35

"[redacted] 11:35

[redacted] 11:35

[redacted] 11:35

[redacted] We found an issue 11:35

though: [redacted] 11:35

[redacted] 11:35

[redacted] 11:35

[redacted] 11:35

[redacted].) 11:35

"Can you please tell us how [redacted] 11:35

[redacted] 11:35

[redacted] 11:35

[redacted]?" 11:35

Do you see that? 11:35

A. Yes. 11:35

CONFIDENTIAL

```
 1       Q.    What is the "public API"?                11:35

 2       A.    Developer.Facebook.com.                  11:35

 3       Q.    Okay.  So those are APIs that are available  11:35

 4  to every developer; right?                          11:35

 5       A.    Available to apply to.  It doesn't mean that  11:35

 6  they'll get access to it.                            11:35

 7       Q.    Now, this ███████████████████████        11:35

 8  ████████████████████████████████████████████        11:36

 9  ████; is that right?                                 11:36

10       A.    From what the email says.  I don't know  11:36

11  specifically --                                      11:36

12       Q.    So how would --                           11:36

13       A.    -- if there was a way.                     11:36

14       Q.    How would an API be available to Amazon if  11:36

15  it's not available through a public API?             11:36

16       A.    I don't know.  I don't understand what    11:36

17  the -- what do you mean by that?                     11:36

18       Q.    Well, I guess, look at the email --       11:36

19       A.    Uh-huh.                                    11:36

20       Q.    -- this is information that wasn't available  11:36

21  for the public API, but Amazon was able to receive  11:36

22  it; right?  That's what they're saying.             11:36

23       A.    Yes, I see that.                           11:36

24       Q.    And the way they were able to receive it is  11:36

25  they "got access earlier via the normal Graph API   11:36
```

Page 79

after Vikas Gupta helped us with whitelisting." 11:36
What does that mean? 11:36
A. So I don't know. I wasn't in that interaction. 11:36 11:37
Q. So you don't know what "whitelisting" is? 11:37
A. As a concept or... 11:37
Q. As expressed in this email, do you know what "whitelisting" is? 11:37 11:37
A. I know of it as a concept, but not specific to that scenario because I wasn't there. 11:37 11:37
Q. So as a concept, how would it have enabled Amazon to get information that wasn't available to the public API? 11:37 11:37 11:37
A. Well, so I can't make any assertions about this scenario, but at a high level, around the concepts of whitelisting, it's to grant access. 11:37 11:37 11:37
Q. Explain that. 11:37
A. In -- I don't know the technical details, so that's as much as I know. 11:37 11:37
Q. So what you can tell from this email is that Amazon was able to obtain this [REDACTED] via whitelisted access to the [REDACTED]; is that right? 11:37 11:37 11:37 11:37
MR. FALCONER: Objection. Foundation. 11:37
THE WITNESS: Sorry. Can you say that 11:37

again? 11:38
BY MR. LOESER: 11:38
Q. Can you tell from this email that Amazon was able to access this [redacted] via whitelisting as opposed to via the public API? 11:38
A. So, again, I was not there, so I don't -- I don't know beyond what the email says. 11:38
Q. Well, let's move up the string, and if you look at the email from you, Jackie Chang, to Marie -- 11:38
A. Uh-huh. 11:38
Q. -- dated May 3rd, subject same, "FQL question." So you were personally involved in this email string; right? 11:38
A. It looks that way, yes. 11:38
Q. Okay. And why don't you read what you wrote that starts with No. 1. Let me start it for you, it says, at the top of your email: 11:38
"Chris Daniel to help set expectation at the highest level & Bryan who's also now working with Amazon." 11:39
And then why don't you read what comes under that? 11:39
A. "1/We should not be consulting on [redacted] 11:39

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ████████████████████████ | 11:39 |
| 2 | ██████████████████ | 11:39 |
| 3 | ████████████████.   @Chris | 11:39 |
| 4 | & Bryan, we should be emphasizing | 11:39 |
| 5 | this understanding as it seems like | 11:39 |
| 6 | they're under the impression that | 11:39 |
| 7 | we're going to work with them on | 11:39 |
| 8 | this front. | 11:39 |
| 9 | "2/If they're asking for ████ | 11:39 |
| 10 | ████████████████████ | 11:39 |
| 11 | ███████████   Even if | 11:39 |
| 12 | ██████████████████████ | 11:39 |
| 13 | ████████████████████ | 11:39 |
| 14 | ███████████████.″ | 11:39 |
| 15 | Q.   You can stop there. | 11:39 |
| 16 | Does that refresh your recollection at all | 11:39 |
| 17 | as to what the conversation below that concerned | 11:39 |
| 18 | with these ████████████? | 11:39 |
| 19 | A.   I don't remember. | 11:39 |
| 20 | Q.   Okay.  And what is it that you're saying ██ | 11:39 |
| 21 | ████████████████████████████ | 11:39 |
| 22 | ███████? | 11:40 |
| 23 | A.   It says: | 11:40 |
| 24 | "We should not be ███████████ | 11:40 |
| 25 | ███████████████ | 11:40 |

Page 82

[redacted] 11:40
Q. Okay. So what are you saying there? What 11:40
does that mean? 11:40
A. I don't remember at this point. 11:40
Q. So you can see the words, and are you -- 11:40
A. Yes. 11:40
Q. -- saying to Amazon that, we're [redacted] 11:40
[redacted]? 11:40
MR. FALCONER: Objection. 11:40
BY MR. LOESER: 11:40
Q. Earlier we talked a bit about reciprocity. 11:40
Would this be an example of reciprocity, that you 11:40
will give them certain information if they give you 11:40
back something? 11:40
MR. FALCONER: Objection. Form. 11:40
THE WITNESS: So I don't remember this since 11:40
this was in 2013, so I can't make that assertion. 11:40
BY MR. LOESER: 11:41
Q. Well, I understand it was in 2013, but you 11:41
just read the email that you wrote, and you 11:41
understand what you wrote; right? 11:41
A. Not from 2013. 11:41

Q. So is it fair to say that you want something 11:41
from Amazon before you'll give something to Amazon? 11:41
Is that clear from this email? 11:41

A. Well, it says that we just shouldn't be 11:41
consulting. 11:41

Q. Okay. And, then, if ██████████ 11:41
██████████, does that mean, as you 11:41
look at this, that if they commit to that, then you 11:41
will consult with them on what you refer to here as 11:41
██████████? 11:41

A. I don't know. 11:41

Q. So, Miss Chang, are you telling the jury 11:41
that as you read the email that you wrote, you have 11:41
no understanding of what you meant? 11:41

MR. FALCONER: Objection. Form. 11:41

THE WITNESS: So I don't know now, given 11:41
that that was in 2013. I don't remember enough to 11:41
make that assertion. 11:42

BY MR. LOESER: 11:42

Q. So does the phrase "██████████" 11:42
mean something different now than it meant in 2013? 11:42

A. I'm not sure I understand. 11:42

Q. Well, the way your sentence is structured, 11:42
it starts with something you will do for them and 11:42
ends with something that they will do for you; is 11:42

that right? 11:42

A. So it says we should not be consulting on [REDACTED] 11:42
[REDACTED] -- 11:42
[REDACTED] 11:42

Q. Okay. So you didn't say, We should never 11:42
[REDACTED] right? 11:42

A. It says we "should not." 11:42

Q. It doesn't say you should never. It says until Amazon commits; right? So if Amazon committed [REDACTED] then the way you -- the information you wrote and expressed to all the people that are on this email, you were setting up a structure where you were giving them something if they were giving you something; right? 11:42–11:43

And isn't that just the basic structure of the relationship that Facebook had with its partners? It was sharing information as long as it got information; right? 11:43

MR. FALCONER: Objection. Form. 11:43

THE WITNESS: No. I can't make that assertion broadly about all partnerships. 11:43

BY MR. LOESER: 11:43

Q. Okay. What about this partnership, Miss Chang? The Amazon partnership. Isn't that 11:43

what this email clearly indicates? 11:43

MR. FALCONER: Objection. Form and asked and answered. 11:43

THE WITNESS: So, again, I -- I see what it says, but I don't recall from that time, so I can't make that assertion. 11:43

MR. LOESER: Okay. We can go to the next exhibit, which should be tab 5. 11:44

Actually, if we can go off the record for one second. Give us three minutes. 11:44

THE VIDEOGRAPHER: Okay. Going off the record. The time is 11:44. 11:44

(Off the record.) 11:44

THE VIDEOGRAPHER: We are back on the record. The time is 11:48. 11:48

(Exhibit 5 marked for identification.) 11:48

BY MR. LOESER: 11:48

Q. Miss Chang, we are showing you what's now been marked Exhibit 5, which we will screen share as well, which is an email from Constantin, and I'm sure I will get this last name wrong, but Koumouzelis. Is that how you say that? 11:49

A. Sorry. I'm also trying to update the Egnyte. I can't even say his last name. I call him "KP." 11:49

Q. Okay. So an email from KP to Visha Gupta -- 11:49
A. Oh, sorry. Wrong person. Not the same person. 11:49
Q. How do you say this person's last name? 11:49
A. I don't know how to say his last name. 11:49
Q. Call him "CK." How about that? 11:49
A. Okay. 11:49
Q. And it is an email sent Friday, August 16th, and it goes to a number of people. 11:49
Visha Gupta, do you know who that is? 11:49
A. I think I know. I think I could see his face, but I don't know well. 11:49
Q. Okay. And it also went to Douglas Purdy. Do you know who that is; right? 11:49
A. Yes. 11:49
Q. And his job was what? 11:49
A. Director of Platform Product, I think. 11:49
Q. And there are several other people that received this email, and you're familiar with who these people are; right? 11:50
A. Yes, I know who they are. 11:50
Q. And these are people that you worked with regularly at the time? 11:50
A. Not necessarily regularly. I probably know them more via emails. 11:50

Q. Who is Eddie O'Neil? 11:50
A. I believe in 2013, he was a product manager. 11:50
Q. And do you see the subject line says "Re: Platform 3.0 2nd rev"? 11:50
A. Yes, I see that. 11:50
Q. An attachment "Platform 3.0.docx." Do you see that? 11:50
A. Yes. 11:50
Q. Now, you're not a recipient of this email, but do you recall Platform 3.0, what that was all about? 11:50
A. Not specifically. 11:50
MR. LOESER: Okay. Well, why don't we look at the attachment. Maybe that will refresh your recollection. 11:51
We will mark Exhibit 6. 11:51
(Exhibit 6 marked for identification.) 11:51
THE WITNESS: Sorry. Am I supposed to open it? 11:51
BY MR. LOESER:
Q. Yes. We can go to Exhibit 6. 11:51
A. I don't see anything. 11:51
Q. It takes a minute. It's traveling through space. 11:51
A. Oh, okay. 11:51

Q. If you can take a minute to familiarize yourself with the document. 11:51 11:51
A. Yes, may I have a minute? Thank you. 11:51
Q. So I will have a couple of questions about a few paragraphs of this. So when you have had enough time to familiarize yourself with the document -- 11:53 11:53 11:53
A. Do I need to read the whole thing or... 11:53
Q. No. 11:53
A. Okay. Okay. 11:53
Q. In looking at this document and reading what you have read, do you recall what Platform 3.0 was? 11:53 11:53
A. Not specifically. 11:53
Q. Do you recall being involved in discussions about the evolution to Platform 3.0? 11:53 11:53
A. Not specifically. 11:53
Q. Do you recall in general? 11:54
A. I don't just because it's been a really long time so I don't know -- 11:54 11:54
Q. Well, let's look at the -- 11:54
A. -- specific to 3.0. Sorry. 11:54
Q. Okay. Was it referred to in ways other than "Platform 3.0"? 11:54 11:54
A. I don't know. 11:54
Q. Do you recall the transition from Graph API version 1 to Graph API version 2? 11:54 11:54

A. I recall a transition, but I don't know if it was specifically that. 11:54

Q. You don't recall if that was what the introduction of the Platform 3.0 is? 11:54

A. I don't just because Platform has spanned a long period of time, so I don't -- I don't remember all the specific changes. 11:54

Q. Well, let's look at the beginning of this document on "Overview." It says: 11:54

"Platform 3.0 (WT) is a focus on user trust. We received a lot of feedback from users about how they feel about using Facebook connected apps -- what information is shared with developers? Why do they need it? Why are their friends spamming them? Are they spamming their friends?" 11:55

Did you receive any of that feedback? 11:55

A. Not directly. 11:55

Q. Okay. How about indirectly? 11:55

A. What do you mean by that? 11:55

Q. Were you aware of that feedback? 11:55

A. I -- I'm not -- well, I guess, I don't like recall anything specific. But I've heard it 11:55

mentioned, but I don't know anything specific about that feedback. 11:55 11:55

Q. Okay. Well, let's read on. 11:55

"We're listening. Our goal is create a platform for developers focused on great user experiences, where users feel comfortable with the information the app has access to and feel safe from over sharing or spamming their friends." 11:55 11:55 11:55 11:55 11:55 11:55 11:55

Do you see that? 11:55

A. Yes. 11:55

Q. Then down below, the next paragraph says: 11:55

"After a lot of consideration we've decided to make some changes to the Facebook platform to act on this feedback." 11:55 11:55 11:56 11:56

Do you see that? 11:56

A. Yes. 11:56

Q. It says: 11:56

"This is not a decision we've taken lightly and some of these changes will be painful for our developers in the short term. However, in the process of providing users with the 11:56 11:56 11:56 11:56 11:56

control they want/need we are
working towards a shared goal" --

DEPOSITION REPORTER: "However, in the process of providing users with the control..." Go ahead, please.

BY MR. LOESER.

Q. "...they want/need, we are working
towards a shared goal of greater
engagement and long-term health of
the ecosystem that will mutually
benefit both users and our
developers."

Do you see that?

A. Yes.

Q. Now, Miss Chang, do you recall being involved in the -- making the changes that are referred to here?

A. I don't.

Q. Why don't we go down this document to page 2, under the heading "Breaking Changes."

Do you remember your involvement and the conversation about breaking changes?

A. I remember breaking changes as a concept, but I don't remember specific conversations.

Q. Okay. What was "breaking changes" as a

concept? 11:57

A. Breaking changes is changes that the platform would make that would potentially break the experience of the -- of what the developer built. 11:57

Q. Do you see below "Breaking Changes" it says, "Deprecate friend permissions." Is that right? 11:57

A. Sorry, where is that one? 11:57

Q. It's on screen share, as well, if that's easier. 11:57

A. Okay. Oh, sorry. Yes. 11:57

Q. Okay. And if you read what it says, it says: 11:57

"We are removing the ability for users to share data that belongs to their friends who have not installed the app. Our philosophy is that users should be empowered to share their data with an app when they have expressed intent. Users should not be able to act as a proxy to access personal information about friends that have not expressed any intent in using the app." 11:57–11:58

Do you see that? 11:58

A. Yes. 11:58

Q. "Apps can still power great, meaningful social experiences for their users and prompt a user to invite their friends to participate in the experience. Once a friend has installed the app, they can determine how much information they are willing to share at their discretion." 11:58
Do you see that? 11:58
A. Yes. 11:58
Q. Do you recall conversations around deprecating friends permissions? 11:58
A. I don't. 11:58
Q. You have no memory of that? 11:58
A. Not specifically. 11:58
Q. Do you know what "deprecate" means? 11:58
A. Yes. To -- to remove or wind down or end. 11:58
Q. And so what Platform 3.0 was intended to introduce was the concept of empowering users to share their data with an app when they have expressed intent; is that right? 11:59
A. Whatever was stated there. 11:59
Q. And so if a user hadn't expressed that intent, their information shouldn't be shared, and 11:59

that's what would be taken away by deprecating friend permissions. Is that your -- is that your understanding? 11:59

A. I don't know specifically to make that assertion beyond what I'm reading. 11:59

Q. You have no independent memory of the deprecation of friend permissions? 11:59

A. No. 11:59

Q. That wasn't a significant event in your mind? 11:59

A. No. 11:59

Q. Why don't we go down the document to the heading that says, "Deprecate read_stream permissions." 11:59

Do you see that? 12:00

A. Yes. 12:00

Q. And this says: 12:00

"We will be deprecating the ability for developers to request access to a users news feed. This is an extremely powerful API that exposes a large amount of personal data. Users are often unclear how this information is used and unaware of exactly how much information they 12:00

are releasing to apps. There is no good way to make this functionality work with our enhanced focus on user trust and we will be removing it in the upcoming months." 12:00

Do you remember a conversation regarding the read_stream permission? 12:00

A. I don't believe I was in any specific conversations around it. 12:00

Q. You don't recall any involvement you had in figuring out which partners would continue to have read_stream permissions and which would not? 12:00

A. I don't recall specifically. 12:00

Q. And you don't recall any conversations with partners about which ones would continue to have friends permissions and which ones do not? 12:00

A. I don't recall specifically. 12:01

Q. Do you have any recollection of audits that were done in 2013 to determine whether to revoke API permissions for large numbers of apps and developers? 12:01

A. I don't specifically remember. 12:01

Q. Do you generally remember? 12:01

A. I remember a general ask, but I don't remember the details of it. 12:01

Q. Was misuse of APIs by partners something that you ever discussed with your colleagues? 12:01
A. I don't remember. 12:01
Q. Do you recall audits in 2013 that showed that friends permissions APIs were widely abused? 12:01
A. I don't remember. 12:01
Q. You have no recollection of that whatsoever? 12:02
A. No. 12:02
Q. Do you remember what your job was in 2013? 12:02
A. I believe it was a partner manager. 12:02
MR. LOESER: I will move to Exhibit 7. 12:02
(Exhibit 7 marked for identification.) 12:02
BY MR. LOESER: 12:02
Q. It will show up shortly and we will screen share the exhibit as well. It's thinking. You will get it. We're waiting for the document to load. 12:02
Okay. Do you have it? Can you see the document? There we go. 12:04
All right. I'm showing you Exhibit 7, which is an email from KP. We can agree to call this person "KP"; right? 12:04
A. Yes. 12:04
Q. You know who I'm talking to when I say "KP"? 12:04
A. Yes. 12:04
Q. Okay. And it's an email to Ime Archibong 12:04

and yourself; is that right? 12:04
A. Yes. 12:04
Q. And it's dated August 21st, 2013. The subject "Re: T0/Special Cases for P3 consideration." Is that right? 12:04
A. Yes. 12:04
Q. There is an attachment that says, "All apps with friends permissions." 12:04
Do you see that? 12:04
A. Yes. 12:04
Q. Can you tell me what "T0/special Cases for P3 consideration" relates to? 12:04
A. "T0" means important, like top priority, special cases -- I don't know what "P3" is referring to. 12:05
Q. Do you think that might refer to Platform 3 that we just went through? 12:05
A. I -- I don't recall specifically. 12:05
Q. Okay. Do you want to take -- 12:05
MR. FALCONER: My apologies. My mic was muted. I had a form objection to that last question. Sorry. I was late on that. 12:05
BY MR. LOESER: 12:05
Q. I'm going to ask you some questions about this email string, and I can just jump right in or 12:05

if you want to flip through the document first, that's fine too. 12:05

A. Yes. If I can have one minute to look, that would be great. Thank you. 12:05

Yes, okay. 12:06

Q. Okay. Why don't we go to the beginning of the email string, so if you flip through to the end of this document, on the second-to-the-last page, there's an email from Ime Archibong to you, dated August 21st, 2013. Do you see that? 12:06

A. Yes. 12:06

Q. And it has the same subject line we read before? 12:06

A. Yes. 12:06

Q. And that email forwards a string -- forwards an email that you sent down in the paragraph below it. Do you see that? You sent it at 2:30 a.m. 12:07

A. Yes. 12:07

Q. Okay. Let's look at that email. Why don't you read the first paragraph of what you wrote to Ime and Chris. 12:07

A. "Working with KP to further synthesize
P3 impact by breaking out T0 partners
with non-standard agreements and
specific categories of impact that" 12:07

would -- "that we should address. 12:07
KP is working on the pulling the same 12:07
analysis of the friend data, but 12:07
we're also working in parallel to 12:07
parse out key partnerships/scenarios 12:07
that we should be solving for." 12:07
Q. And so does this refresh your recollection about your involvement in the Platform 3? 12:07
A. Not too much because this was the period I was moving off of this and working on Internet.org, so I don't recall a lot of the specifics at this time since I was handing it off. 12:08
Q. Okay. But looking at this email, it's fair to say that this discussion is in the context of the changes to the Facebook platform that would deprecate certain APIs including friends permissions; is that right? 12:08
A. So I don't remember. 12:08
Q. You just went through the P3 document we looked at before, which described the deprecation of friends permissions; right? 12:08
A. Correct. 12:08
Q. And do you have any reason to now think that the Platform 3 did not involve the deprecation of friend permissions? 12:08

A. So I -- 12:08

MR. FALCONER: Objection to form. 12:08

THE WITNESS: So I don't remember enough to make that connection. 12:08

BY MR. LOESER: 12:08

Q. So looking at your email, it looks like you came up with a format for dealing with T0 partners with non-standard agreements and specific categories; is that right? 12:08 12:09

DEPOSITION REPORTER: Excuse me. There was an interruption in the audio. Can you repeat your question, please, Counsel. 12:09

BY MR. LOESER: 12:09

Q. Yeah. Looking at your email, it appears that you're sorting out which partners would lose access to friends and would reach with permissions and which ones would not; right? 12:09

A. So, then, I don't remember enough to make that assertion. 12:09

Q. Okay. Well, let's just look through your tabs. The first tab you have -- these are your words; right? You wrote this email? 12:09

A. It looks like it, yes. 12:09

Q. The T0 tab -- and, again, "T0" means something -- 12:09

A. T0. 12:09
Q. T0, that means important? 12:09
A. I believe top priority. 12:09
Q. Okay. So you have three bullets there; right? 12:09
A. Yes. 12:09
Q. Okay. The first bullet is: 12:09
"Partners with non-standard agreement and their backward compatibility clause." 12:10
Do you know what that refers to? 12:10
A. I don't remember. 12:10
Q. The second bullet says: 12:10
"Existing integrations impacted." 12:10
Do you know what that refers to? 12:10
A. I don't remember. 12:10
Q. And the third bullet is: 12:10
"Future integrations in planning." 12:10
Do you know what that refers to? 12:10
A. I don't remember. 12:10
Q. Okay. But looking at this email, and read the email, see if it refreshes your recollection. It appears that you are talking about the impact that would occur because of the deprecation of certain permissions; right? That's what this email 12:10

is about?

A. Sorry. Can you say that question again?

Q. Yeah. Looking at this email, it appears that you were involved in making recommendations for how partners should be impacted by the deprecation of these permissions that are discussed here.

A. I believe I was asked to pull together a spreadsheet for analysis, but I don't really recall like in-depth details around that.

Q. Do you recall your involvement in coming up with a recommendation for how to determine if a partner should continue to have access to friends permissions or not?

A. I don't remember. Again, I was transitioning so I -- this was not the top of my mind.

Q. This didn't seem important to you?

A. No.

Q. Let's look under your "Risk Assessment Tab." Your first bullet says:

"PR risk: Potential partners/cases that may cause negative press."

What are you saying there?

A. I am saying what it states, which is "PR risk: Potential partners/cases that may cause

negative press." 12:12

Q. And what you mean there is when you take away these friends and read permissions, there could be negative press? 12:12

A. Again, I -- 12:12

MR. FALCONER: Objection. Form. 12:12

THE WITNESS: -- I don't recall at the time to specify exactly what it is connected to. 12:12

BY MR. LOESER: 12:12

Q. Just a blank slate for you? 12:12

MR. FALCONER: Objection. Form. 12:12

THE WITNESS: Sorry. Is that a question or... 12:12

BY MR. LOESER: 12:12

Q. Yeah. Yeah. Even looking at the email that you wrote about this, you just can't remember anything about it? 12:12

A. Yes. So, again, I was transitioning to a new role, so this was not the top of my mind, and I don't remember this. 12:12

Q. Is it fair to say that it was at the top of your mind when you wrote this? 12:12

A. I don't remember at that time. 12:12

Q. Well, let's look at the next bullet: 12:12

"Strategic value: Key integrations 12:13

that use read stream or friend data and drive value to Facebook. Should decide if we allow certain use cases that are of strategic value to Facebook." 12:13

What does it mean if something is of "strategic value to Facebook"? 12:13

A. So I can't infer what it meant at that time, but strategic value generally means something that is of business value. 12:13

Q. Okay. And so you're making a recommendation here for how to deal with integrations that involve strategic value; is that right? 12:13

A. I don't remember specifically, so I don't know how to answer that. 12:13

Q. Okay. It looks like in the email, you knew enough about what read stream was or friend data to use those words in this email and talk about what should happen with that? 12:13 12:14

A. So, again, I don't remember enough at the time to say that was the state of my mind. I don't know. 12:14

Q. And what do you mean when you say, "Should decide if we allow certain use cases that are of strategic value to Facebook"? 12:14

MR. FALCONER: Objection. Asked and answered. 12:14
THE WITNESS: Sorry. What was the question again? 12:14
BY MR. LOESER: 12:14
Q. So this conversation, as this email string shows, is about the deprecation of the read stream and friend data permissions; right? 12:14
A. Again, I don't remember enough to say that. I don't know. 12:14
Q. Okay. You understand from the Platform 3 document we just went through that those were the permissions that were going to be deprecated with Platform 3? 12:14
MR. FALCONER: Objection. Form and foundation. 12:15
THE WITNESS: So, yes, I read that, but I don't know or remember enough to connect the two directly. 12:15
BY MR. LOESER: 12:15
Q. What does it mean to "drive value to Facebook"? 12:15
A. Meaning there's business value. 12:15
Q. Okay. When you say "key integrations," what are key integrations? What does "integrations" 12:15

refer to? 12:15
A. Like generally or... 12:15
Q. They're your words and your email so... 12:15
A. Right. So I don't -- I don't know specifically in that context, but "key integrations" generally would mean integrations with apps. 12:15
Q. Okay. So you're referring to integrations with apps that use read stream and friend data. 12:16
Do you know what that means, to use read stream and friend data? 12:16
MR. FALCONER: Objection. Form. 12:16
THE WITNESS: Again, I don't remember. 12:16
BY MR. LOESER: 12:16
Q. You don't remember what "read stream and friend data" means in the email you wrote? 12:16
A. No. 12:16
Q. And so looking at these words all put together in this sentence, give me your best understanding of what you meant when you said, "key integrations with read stream and friend data and drive value to Facebook." 12:16
A. Again, I can't really speculate like, at that time, what I was thinking. It was in 2013, so I don't remember. 12:16
Q. Okay. And looking at the email you wrote, 12:16

it doesn't refresh your recollection at all? Just a blank slate what this email is about? 12:16 12:16

A. Yes. Again, I was moving to another role so this was not top of my mind. 12:16 12:16

Q. But right now, you read the email; right? You're not moving to another role right now, are you? 12:17 12:17 12:17

A. No. 12:17

Q. So you're able to focus right now on what this email says; right? 12:17 12:17

A. Yes, I can read it. 12:17

Q. And reading these words right now, you have no understanding of what it referred to? 12:17 12:17

A. Correct. 12:17

Q. You understand that you're under oath; right? 12:17 12:17

A. Yes. 12:17

MR. FALCONER: Objection. Argumentative. 12:17

BY MR. LOESER: 12:17

Q. Let's go to the beginning of this string. Let's look at the -- is KP an important person at Facebook? 12:17 12:17 12:17

MR. FALCONER: Objection. Form. 12:17

THE WITNESS: He's no longer at Facebook. 12:17

/ / / 12:17

BY MR. LOESER: 12:17

Q. When he was there, if he sent you an email, is that something you likely would just ignore? 12:17 12:17

A. I don't understand. What do you mean by that? I generally try not to ignore -- 12:17 12:17

Q. So on August 21st, 2013 -- 12:18

A. -- email.

Q. -- when you received an email from KP, it's likely that you read it; right? 12:18 12:18

A. I don't recall. He's at this time a partner manager, so I've already moved on to working on Internet.org. 12:18 12:18 12:18

Q. So are you saying maybe you just didn't even read his email? 12:18 12:18

A. I don't -- I don't remember. I think it's possible. I don't -- I just don't remember specifically. 12:18 12:18 12:18

Q. Well, let's look at -- he read your email, so let's look at what he said about it. If you look at the second paragraph he writes: 12:18 12:18 12:18

"A little update from my end, and how I think we should tie this to what Jackie has put together." 12:18 12:18 12:18

Now, the "Jackie" he is referring to is you; right? 12:18 12:18

A. Correct. 12:18
Q. "Simon managed to pull a list of [redacted] [redacted]." 12:18
That means [redacted]; right? 12:18
A. I believe so. 12:18
Q. "...[redacted] [redacted] You can see all those apps in the attached. The most interesting data points, having reviewed the top 250 apps are the following." 12:19
Do you see that? 12:19
A. Yes. 12:19
Q. Okay. Let's go down to No. 3. Can you read the paragraph that's No. 3. 12:19
A. "Strategic (12.5%: From Microsoft to Yahoo to Pinterest, Path, Klout and the likes. Some of them should obvious not have access such as MySpace, Twitter, YouTube, etc. In particular for Strategic partners, we should use the framework developed by Jackie. Recommendation: User Jackie's framework." 12:19
Q. Okay. So KP was endorsing the framework 12:20

that you came up with; right? 12:20
A. That's how it reads, yes. 12:20
Q. And that framework is the one that started this email string; is that right? 12:20
A. That's what it seems to be. 12:20
Q. And strategic partners, those are the really -- those are really important partners; right? 12:20
A. Yes. I believe so, yeah. 12:20
Q. Those are the ones that drive value to Facebook then? 12:20
MR. FALCONER: Objection. Form. 12:20
THE WITNESS: I guess that's a little broad, so I don't know. I think it depends. 12:20
BY MR. LOESER: 12:20
Q. Okay. But these strategic partners that are listed here, Microsoft, Yahoo, Pinterest, Path, CLOUT, those drove value to Facebook? 12:20
A. I believe so. 12:20
Q. And in -- KP's recommendation is to use Jackie's framework; right? 12:21
A. That's what it says, yes. 12:21
Q. And your framework involved deciding if you allow certain use cases that are of strategic value to Facebook; right? 12:21

MR. FALCONER: Objection. Form. 12:21

THE WITNESS: So I don't remember enough beyond what it says in the email. 12:21

BY MR. LOESER: 12:21

Q. All right. But what it says in the email is to use your framework and that was part of your framework; right? 12:21

MR. FALCONER: Objection. Form and foundation. 12:21

THE WITNESS: So I don't remember the specific framework. 12:21

BY MR. LOESER: 12:21

Q. I'm not asking you if you remember this specific framework. I'm asking you if, when he says "use Jackie's framework," that refers to the framework in the email; right? That's -- that's there -- 12:21

A. I -- 12:21

MR. FALCONER: Same objections. 12:21

THE WITNESS: So, again, I don't know what the framework is referenced to. 12:22

BY MR. LOESER: 12:22

Q. Well, now you don't know that -- when he says "use Jackie's framework," you're saying you don't know that that's the framework that begins 12:22

this email string? 12:22

A. Yes. It was 2013. I don't remember that. 12:22

Q. Okay. But you just read this whole string and it starts with a framework you proposed and ends with KP saying use your framework. And -- 12:22

A. It wasn't -- I think that email -- 12:22

MR. FALCONER: Objection. Objection. Form and foundation, but go ahead. 12:22

THE WITNESS: I think that email is referring to a spreadsheet, so I don't know what specific framework. 12:22

BY MR. LOESER: 12:22

Q. Miss Chang, we went through the email that starts this string; right? And that's the email you sent. 12:22

A. Correct. 12:22

Q. Okay. In the email you sent you describe a framework for dealing with, in particular, key integrations that use read_stream or friend data and drive value to Facebook. That was included in your framework; right? 12:23

MR. FALCONER: Objection. Form and foundation. 12:23

THE WITNESS: So I wouldn't classify it as a framework. It was -- it looks to be a spreadsheet 12:23

requested by Ime and Chris for me to pull together. 12:23

BY MR. LOESER: 12:23

Q. I think the email makes it pretty clear the spreadsheet is a list of the [REDACTED] that used friends permissions; right? Isn't that what we read? 12:23

A. I don't know what is specifically on that spreadsheet. 12:23

Q. Well, it says right in the email what's on it. It says: 12:23

"Simon managed to pull a list of [REDACTED] that requested to make use of friends permissions. You can see all of the apps in the attached." 12:23

So that is what the spreadsheet is; right? 12:23

MR. FALCONER: Objection. Form. 12:23

BY MR. LOESER: 12:23

Q. That is how it is described in this document. 12:23

A. I -- 12:23

MR. FALCONER: Same objection. 12:23

THE WITNESS: So I don't know. It sounds like he's referring to a separate list that Simon pulled together. 12:24

/ / / 12:24

BY MR. LOESER: 12:24

Q. Right. It's attached, "all apps with friends permissions." Do you see that? 12:24 12:24

A. Correct. 12:24

Q. Okay. So let's look at the bottom of KP's email in which he -- under No. 3 he says, "...use the framework developed by Jackie," and then let's go to the bottom of this email he writes: 12:24 12:24 12:24 12:24

"As a general note, I think we need to carry on with this exercise to figure out if there are more apps falling under different verticals that we have not" yet -- "we have not identified yet, before we can make a decision for all the apps in this vertical. For both the Newfeed and the Friends permission audit, we can use Jackie's framework to assess KEEP/REMOVE for those partners falling under the Strategic tabs and then make up a decision based on the criteria outlined by Jackie below." 12:24 12:24 12:24 12:24 12:24 12:24 12:24 12:24 12:24 12:24 12:24 12:24 12:24 12:24

So does that make it pretty clear that what KP is referring to is what you outlined below? 12:24 12:25

A. Yes. 12:25

CONFIDENTIAL

MR. FALCONER: Objection. Form. 12:25

BY MR. LOESER: 12:25

Q. I'm sorry. Your answer was what? 12:25

A. I see that's what he wrote. 12:25

Q. Your answer was yes; right? 12:25

A. Well, what was the question? 12:25

MR. LOESER: Will you re-read the question. 12:25

(Record read as follows: 12:25

"Q. So does that make it pretty clear that what KP is referring to is what you outlined before?") 12:24 12:25 12:25

DEPOSITION REPORTER: And I got an answer, "yes." 12:25

MR. LOESER: As long as you got that answer. 12:25

MR. FALCONER: Derek, just a reminder, we have about five minutes until we need to break. 12:25 12:25

MR. LOESER: I will just note for the record that the attachment to this -- to Exhibit 7, "all apps with friends permissions" that was produced in a native format and we have not added it as an exhibit because the app that collects all apps with friends permissions which has [REDACTED] covers 7,246 pages and has information on [REDACTED] [REDACTED] 12:25 12:26 12:26 12:26 12:26 12:26 12:26

/ / / 12:26

BY MR. LOESER: 12:26
Q. And Miss Chang, do you recall looking at the attachment to this email and paging through all those apps? 12:26
A. No. 12:26
MR. LOESER: Okay. We can move on from that exhibit. 12:26
BY MR. LOESER: 12:26
Q. Now, Miss Chang, you are aware that Graph API version 1 was replaced with Graph API version 2; right? 12:26
A. I don't know specifically. 12:27
Q. You're aware based upon the work you did coming up with a format for how to deal with strategic partners that in the transition to Platform 3, friends permissions and read permissions were deprecated from the public APIs; right? 12:27
A. So, again, I don't remember. 12:27
Q. You don't remember now, but you were involved in that -- in those discussions in that process then; right? 12:27
A. No, I can't make that assertion as I don't remember. 12:27
Q. Okay. We just went through and spent quite a bit of time on an email that included a format 12:27

that you came up with for dealing with, among others, strategic partners and that was in the context of Platform 3 implementation; right? 12:27

MR. FALCONER: Objection. Argumentative. 12:27

THE WITNESS: So, again, I don't know. 12:27

BY MR. LOESER: 12:27

Q. Now, Miss Chang, you were directly involved in making the determination -- coming up with a framework for the determination of what partners would continue to have access to friends permissions; right? 12:28

A. So, again, I don't remember enough to say that it was a determination. I just prepared a spreadsheet that was requested by Ime and Chris, as it said in the email. 12:28

Q. Tell me everything you can remember about your involvement in figuring out which partners should continue to have access to friends permissions. 12:28

A. So, again, I don't remember. I moved on to Internet.org. I don't know what happened after that spreadsheet. 12:28

Q. I didn't ask you if you remember what happened after that. I am just asking you to describe for me, what is the sum total of what you 12:28

Veritext Legal Solutions
866 299-5127

remember about your role in figuring out which partners would continue to have access to friends permissions. 12:28 12:28 12:29

A. I don't remember. 12:29

Q. Did you receive annual performance reviews? 12:29

A. In what year? 12:29

Q. In any year. 12:29

A. I received a performance review. 12:29

Q. And in connection with your performance review, were you required to describe what you did during the year that was being reviewed? 12:29 12:29 12:29

A. I believe so, yes. 12:29

Q. And in those performance reviews, were you careful to make sure that you described all of the important, or at least the most important things, you worked on? 12:29 12:29 12:29 12:29

A. At that time, yes. 12:29

Q. And so if this transition to Platform 3 and your role in determining which partners would continue to have access to friends permissions was an important part of that year, that would be likely discussed in the performance review? 12:29 12:29 12:29 12:29 12:30

A. I don't know. I can't speculate that. 12:30

Q. Okay. Would that be generally an accurate statement, though, that the tasks that you performed 12:30 12:30

that were important were likely the tasks that were discussed in your review? 12:30 12:30
A. I'm not sure. I don't know. 12:30
Q. What's the documentation that's created for performance reviews? 12:30 12:30
A. I'm not sure I understand. 12:30
Q. Do you fill something out to describe the work you've done? 12:30 12:30
A. So we have a tool, a performance tool, but I don't know if that was -- I don't remember if that was there that year. 12:30 12:30 12:30
Q. Do you recall -- well, what years do you recall that being there? 12:30 12:30
A. I don't know -- I don't know specifically what year, but it's -- I mean, I know it exists, but I don't remember what year exactly it started. 12:30 12:30 12:30
Q. Do you recall that you generally were reviewed every year? 12:30 12:31
A. I don't -- I don't think so. 12:31
Q. Okay. And do you recall any paperwork whatsoever being handed to you in connection with your performance reviews? 12:31 12:31 12:31
A. Paperwork or... 12:31
Q. Did you fill anything out at all? Did you write anything down to describe the work you did 12:31 12:31

that was being reviewed? 12:31

A. So, again, I think it depends on what year, 12:31
but there is a tool. We fill it out, so I don't -- 12:31
I guess if you can be more specific. 12:31

Q. When you're being reviewed, do the people 12:31
you report to write something about you? 12:31

A. Generally? 12:31

Q. Generally. 12:31

A. Yes. 12:31

MR. LOESER: Counsel, I don't think we have 12:31
received any performance reviews from Miss Chang, 12:31
and to the extent any of them discuss any of the 12:31
topics related to this case, we would ask to make 12:31
sure that those are produced. 12:32

MR. FALCONER: Great. And we have just hit 12:32
12:30, so let's go ahead and take our lunch break. 12:32
It's going to be an hour, so we'll be back at 1:30. 12:32
Maybe 1:35, but somewhere in there. 12:32

MR. LOESER: Okay. Can we get a count on 12:32
time remaining? 12:32

THE VIDEOGRAPHER: Sure. Would you like me 12:32
to do that once we go off the record or right now? 12:32

MR. LOESER: Yeah, that's fine. 12:32

THE VIDEOGRAPHER: Okay. This marks the end 12:32
of media No. 2 in the deposition of Jackie Chang. 12:32

Off the record. The time is 12:32.

(Lunch recess.)

THE VIDEOGRAPHER: This marks the beginning of media No. 3 in the deposition of Jackie Chang. We are back on the record. The time is 1:35.

BY MR. LOESER:

Q. Good afternoon, Miss Chang. When we left off, we were talking about Exhibit 7. And as we saw, there was an attachment indicated in that exhibit that, in Exhibit 7, is described as "all apps with friends permissions."

Do you recall our discussion of that?

A. Sorry. I'm just opening it up. Yes.

MR. LOESER: I would like to introduce as Exhibit 8 the actual attachment, which we will introduce as the native file Excel spreadsheet. And then I will screen share and we can look through some folders. This might take two hours to upload.

(Exhibit 8 marked for identification.)

MR. LOESER: Oh, look. It's already there.

BY MR. LOESER:

Q. And, Miss Chang, I will represent to you that this is the attached spreadsheet that is referred to in KP's August 21st, 2013 email. And if you look at the bottom of the spreadsheet, there's a

series of folders. Are you familiar at all with Excel? 13:37
A. Yes, the service, yeah. 13:37
Q. And is that something -- do you use Excel regularly? 13:37
A. I guess. Not lately, but yeah. 13:37
Q. Do you know how to navigate your way around an Excel file? 13:37
A. Yes. 13:37
Q. Now, if you look at the bottom, there's a series of folders that are identified; is that right? 13:37
A. Yes. 13:37
Q. And do you see that it says, "All apps"? 13:37
A. Yes. 13:37
Q. And then there is a series of folders; the first one "in-house apps," the second one "mobile" apps, the next one, "Games," the next one "Strategic" and it goes on. And there's a whole bunch of folders. 13:37
Is it fair to say that those folders are different kinds of apps? 13:37
A. If you're referring to the tabs, the tabs do list app IDs. 13:38
Q. And are those also different kinds of 13:38

partners? So there's -- 13:38

MR. FALCONER: Objection. Form. 13:38

BY MR. LOESER: 13:38

Q. Would that be fair, there's mobile partners and game partners and strategic partners? Are those -- are the words "partners" and "apps" kind of synonymous? 13:38

A. I don't know. 13:38

Q. Okay. But if you looked at these folders, you would refer to them as different kinds of apps? 13:38

A. Yes, they are apps, or the ones with app IDs. 13:38

Q. It looks like there's a list -- 1, 2, 3, 4, 5, 6, 7 -- there is a large number of different types of apps indicated by these folders; right? 13:38

A. As I can see -- sorry, a question. Do I have access to this fully or -- 13:39

Q. No. Unfortunately, we are just screen sharing. 13:39

A. Oh, okay. Got it. 13:39

MR. FALCONER: It is in the Exhibit Share if you want to look at it. 13:39

THE WITNESS: Okay. Got it. I am going to open it. Okay. 13:39

Sorry, can you repeat your question? 13:39

BY MR. LOESER:

Q. Yeah. If you look down at the bottom where it lists all those different categories or types of apps, which of those types did you interact with in your role with partners? 13:39 13:39 13:39 13:39

A. I can't make that assertion because I wouldn't say I'm tied to a tab. 13:39 13:39

Q. Did you work with partners that were mobile apps? 13:39 13:39

A. I worked with partners that may have had a mobile app, but I did not work holistically on mobile apps. 13:39 13:39 13:39

Q. Okay. And over the long time that you have been working with partners, I gather that there were lots of different types of partners that you worked with that may have had a number of these different types of apps. Is that fair to say? 13:40 13:40 13:40 13:40 13:40

A. Sorry. I don't understand that. You mean that fall into different categories or... 13:40 13:40

Q. Yeah. You work maybe with some mobile apps and some game apps. You work with partners that had these different types of apps; right? 13:40 13:40 13:40

A. No. I don't know where I could classify that with specificity. 13:40 13:40

Q. Can you just generally describe to me -- if 13:40

you look at these different tabs, did you -- were you involved in working with any of these different types of apps? 13:40

A. I recognize applications. 13:40

Q. Well, let me just pick a few and ask you. Did you interact with any partners that had fitness apps? 13:41

A. Yes. I've worked with Nike. 13:41

Q. Okay. Did you interact with any partners that have games apps? 13:41

A. I worked with -- let me see. I don't remember. 13:41

Q. Okay. Let's look at the "Strategic Apps" folder. Now, if we look at this folder and we go up to the top, it has an "Application Name," do you see that? So, for example, "Trip Advisor." 13:41

A. Yes. 13:42

Q. And then there is an "app ID"; right? 13:42

A. Yes. 13:42

Q. And is that an ID maintained by Facebook that identifies Trip Advisor? 13:42

A. It's their application ID that's created when they set up an application via the developer Facebook platform. 13:42

Q. So that's like a number that's associated 13:42

with a partner that is Trip Advisor? 13:42
A. It's an identification. 13:42
Q. Okay. And the next column says "MAUs." Do you know what MAUs are? 13:42
A. Monthly active users. 13:42
Q. Okay. And the next column says "Permissions." Do you know what permissions are? 13:42
A. Yes. 13:42
Q. Okay. What are permissions? 13:42
A. Permissions are permissions that they have access to. 13:42
Q. When you say "have access to," those are APIs that they have access to; is that right? 13:42
A. So, again, I don't know the technical specificity where I can make that association. But my general understanding is a permission that's associated with what they've submitted to the developer platform they've been granted access to, so that they can request that permission from users in their application experience. 13:43
Q. Okay. So staying with Trip Advisor, the first permission is [redacted]." You know what -- 13:43
A. Sorry, I can't -- oh, wait. I will look at yours. Sorry. 13:43

Q. You see the Permissions, the first one is "[REDACTED]"? Like, do you have an understanding what information that would provide about Facebook users to Trip Advisor? 13:43
A. I don't remember. 13:43
Q. What about "[REDACTED]"? What do you think that tells Trip Advisor about Facebook users? 13:43 13:44
A. So, again, I don't remember the, like, specificity of each permission. 13:44
Q. Can you hazard any kind of an educated answer as to what [REDACTED] [REDACTED]? 13:44
A. I don't feel -- 13:44
MR. FALCONER: Objection. 13:44
THE WITNESS: Sorry. I don't feel comfortable just because I don't know the technical specifics. 13:44
BY MR. LOESER: 13:44
Q. Something about [REDACTED]? 13:44
A. Again, I don't want to assume that. 13:44
MR. LOESER: Okay. We can leave this document, as fascinating as it is. 13:44
If we can go back to Exhibit 7, which is your August 21st, 2013 email. 13:44
/ / / 13:44

BY MR. LOESER: 13:44
Q. And if you go to the end of the email string where the -- the email that you wrote, that lays out the framework, I have a few questions about that. 13:44 13:44 13:44
First of all, you say at the beginning of your email, "We're working in parallel to parse out key partnerships/scenarios that we should be solving for," and then there is -- there's a link there. Can you tell me what that link is? 13:44 13:45 13:45 13:45 13:45
MR. FALCONER: Objection. Form. 13:45
Go ahead, Jackie. 13:45
THE WITNESS: I don't know specifically. 13:45
BY MR. LOESER: 13:45
Q. And I gather in this email in native, if you clicked on that hyperlink, it would take you to a document? Is that how that works? 13:45 13:45 13:45
A. Yes, that's my understanding. 13:45
MR. LOESER: Counsel, I don't believe we have received this document, so please make sure it's been produced. 13:45 13:45 13:45
MR. FALCONER: We'll -- yeah. We'll look into it. 13:45 13:45
MR. LOESER: Well, I'm asking you to do a little more than look into it. If you can please make sure it's produced, I would appreciate it. 13:45 13:45 13:45

MR. FALCONER: Yeah. I mean, I'm not going to make that commitment to you, but like I said, I'll look into it. 13:46 13:46 13:46

BY MR. LOESER: 13:46

Q. And, Miss Chang, do you have any recollection of what that hyperlink is for or what it contains? 13:46 13:46 13:46

A. No, I don't remember. 13:46

Q. Now, again focusing on the email that you wrote and you said that you couldn't remember much about it. Is it fair to say that when you write an email, including this email, you intend to portray accurate information in your email? 13:46 13:46 13:46 13:46 13:46

A. I'm not sure I understand. 13:46

Q. Is it your practice to send email that includes false information? 13:46 13:46

A. I -- I don't know. I don't really understand that question. 13:46 13:46

Q. Is it your general practice when you're communicating with your colleagues to send them an email that contains false information? 13:46 13:46 13:46

A. I -- I don't know. I -- I usually don't have that intention. 13:47 13:47

Q. And so when you wrote this email, is it fair to assume that you were endeavoring to communicate 13:47 13:47

accurate information? 13:47

MR. FALCONER: Objection. Form. 13:47

THE WITNESS: So, again, I don't -- like I don't remember this. I don't want to assume like -- yeah, I don't want to assume anything. 13:47

BY MR. LOESER: 13:47

Q. I'm not asking you if you remember this email. I'm asking you if -- you sent this email; right? 13:47

A. That's what it says. 13:47

Q. And it was your general practice when sending email to communicate accurate information; right? 13:47

A. Yes. 13:47

Q. And it was not your general practice to communicate information that you knew to be false; right? 13:47

A. Again, I feel like that's -- I don't know. Like I don't know what the information is, so my intent generally is not -- I don't know the information itself. 13:48

Q. Right. I'm not asking you if the information is or isn't false. I'm asking you if it is your intent to generally communicate accurate information in your -- 13:48

A. It is my intent to, yes, provide information. 13:48

Q. And you testified you couldn't recall most of what we talked about with regard to this email. 13:48

Is there something else that you can think of that would refresh your recollection regarding the events discussed in this email? 13:48

A. Not that I know of. 13:48

Q. And so would you agree that this email is the best evidence, that you're aware of, of what you knew and were thinking at the time regarding these topics? 13:48

MR. FALCONER: Objection. Form and foundation. 13:48

THE WITNESS: So, again, I can't make that assumption. 13:48

BY MR. LOESER: 13:48

Q. You can't make the assumption that this email is the best evidence of what you were thinking at the time you wrote the email? 13:48

A. Correct. I don't know. 13:49

Q. But you can't remember -- you can't identify anything else that would be a more accurate reflection of what you were thinking at the time you wrote this email? 13:49

A. Correct. I don't -- I don't know, so I don't know what the expanse is. 13:49 13:49
Q. Is it fair to say that if this email doesn't refresh your recollection of the events at the time, you're not aware of anything else that would? 13:49 13:49 13:49
A. I don't -- I don't know. 13:49
Q. You don't know if there is any other evidence that would refresh your recollection? 13:49 13:49
A. That question would assume I would know, which I don't know. 13:49 13:49
Q. But I'm asking you, do you know of any other evidence that would refresh your recollection? 13:49 13:49
A. I don't know. 13:49
Q. You don't know if there is any other evidence that would refresh your recollection? 13:49 13:49
A. Again, I don't know what I don't know, so I can't make that assumption that I would know. 13:49 13:49
Q. And if there were something else that might refresh your recollection, what might that be? 13:50 13:50
MR. FALCONER: Objection. Asked and answered. Lack of foundation. 13:50 13:50
BY MR. LOESER: 13:50
Q. You didn't -- there's not like a recorded transcripts of communications that you had, as far as you know, is there? 13:50 13:50 13:50

A. I don't -- to my knowledge, I don't think so. 13:50

Q. Is it fair to say that if someone wanted to figure out what you were thinking about these topics at the time of this email, this email would be a good guide for what you were thinking? 13:50

MR. FALCONER: Objection. Form and foundation. 13:50

THE WITNESS: Again, I can't speculate on that. 13:50

BY MR. LOESER: 13:50

Q. I'm not asking you to speculate on anything. I'm just asking you if you think this email would be a good guide of what you were thinking about the topics discussed in the email -- 13:50

A. Well, that would require me to speculate. 13:51

Q. What would it require you to speculate at? 13:51

A. You're asking me if I know if this is the best, which would assume I know what everything is and I don't know what everything is, so I don't know. So I can't make that assumption. 13:51

Q. Let me be specific. Would you agree that this email is a good guide of what you were thinking about the topics discussed in the email at the time you sent the email? 13:51

MR. FALCONER: Objection. Form. Foundation and asked and answered. 13:51
THE WITNESS: Again, when you say "good," I don't know where I could like -- where I could say I know what a definition of good means. 13:51
BY MR. LOESER: 13:51
Q. I will try one more time. Would you agree that the email that you wrote is evidence of what you were thinking about the subjects discussed in your email at the time you sent the email? 13:52
MR. FALCONER: Objection. Excuse me. Objection. Form. 13:52
THE WITNESS: Again, I don't remember. I know the email is there, so I don't want to speculate what I was thinking because I don't know. 13:52
BY MR. LOESER: 13:52
Q. Do you ever go back and read your old emails to try and understand what you were thinking at some earlier time? 13:52
A. Generally, no. I have a lot of emails. 13:52
Q. Have you ever done that? 13:52
A. Have I ever looked at an email? 13:52
Q. Have you ever gone back and looked at an email you wrote earlier to refresh your recollection about what you were thinking at the time on a 13:52

subject? 13:52

A. I have done that. 13:52

Q. And when you've done that, have you found that you're able to refresh your recollection about something you were thinking by reading your old email? 13:52 13:53 13:53 13:53

A. That depends. It depends on whether that situation was relevant to me at the time. So if it's tied to this specific scenario, again, I was working on a lot of different things, so I don't remember this specific -- and I don't know if that would be relevant for that specific type of example. 13:53 13:53 13:53 13:53 13:53 13:53

Q. So I looked through your communication here to folks, Chris Daniels, KP, Ime Archibong. I don't see any reference here -- there is nothing in this string that tells them not to rely on the information that you wrote because you were transitioning to another job; is that right? 13:53 13:53 13:53 13:53 13:53 13:53

A. I don't think I understand. 13:53

Q. Do you need the question read back? 13:53

A. Well, I can tell you, I don't understand the intent of the question. 13:54 13:54

Q. How about just answer the question. 13:54

A. I don't know. 13:54

Q. You don't know if you said somewhere in this 13:54

email to your colleagues not to rely on the information that you provided in the email? Wouldn't that be -- if you had said that, wouldn't that be like visible on the page we are looking at? 13:54

A. So I didn't write that, but I don't know what the intent of the question is. I don't think I write emails with caveats in mind. 13:54

Q. The question is really simple. Did you tell your colleagues when you sent them this email, did you write in the email, "Don't rely on the information I'm providing because I'm transitioning to the job"? It is a yes-or-no question. 13:54

A. I didn't write that specifically as -- as it's in the document. 13:54

MR. FALCONER: Sorry, I think my audio is out. I had an objection to that last question as argumentative. 13:55

MR. LOESER: We can go to Exhibit 9. I will have this document marked as Exhibit 9. This is an email from Brendan Moore to you, dated April 24th, 2013. 13:55

MR. FALCONER: Derek, I apologize. I'm having a hard time hearing you. Is there any way you can turn up your audio or move closer to the mic or anything? 13:55

MR. LOESER: Let me try and change -- is that any clearer? 13:55

MR. FALCONER: Yeah. That's a little better. Thank you. 13:55

(Exhibit 9 marked for identification.) 13:55

BY MR. LOESER: 13:55

Q. Miss Chang, you are looking at an email from Brendan Moore to, it looks like, himself and also to you, dated April 24th, 2013. Subject, "Message Summary" with a long number. 13:55 13:56

Do you see that? 13:56

A. Yes. 13:56

Q. Who is Brendan Moore? 13:56

A. He was a colleague of mine. 13:56

Q. Okay. Do you know what his job was at the time? 13:56

A. He was a data analyst. I don't know if he was an intern or full time at the time. 13:56

Q. And this email, it looks like it forwards a chat; is that -- is that right? 13:56

A. It looks to be. I'm not sure. 13:56

Q. Okay. And it appears that you had -- you were communicating with Mr. Moore via chat and that he sent that communication to himself and to you; is that right? 13:56

MR. FALCONER: Objection. Foundation. 13:56

THE WITNESS: I don't know what his intent was. I don't know if that was true or not. 13:57

BY MR. LOESER: 13:57

Q. Well, I'm not asking about his intent. I'm just looking at the document and trying to understand what it is. Does it appear to reproduce a chat that you had with Mr. Moore? 13:57

A. I don't know. 13:57

Q. Okay. 13:57

MR. FALCONER: Derek, can I -- if I represent that this is just how chats get produced in discovery, does that help? Is that helpful? 13:57

MR. LOESER: That is. Thank you. 13:57

BY MR. LOESER: 13:57

Q. If you look at the first line of the chat, it's from you and it says: 13:57

"Question - so for the ACU dashboard - I noticed a lot of partner app IDs not showing up." 13:57

Do you recall what the ACU dashboard was? 13:57

A. No, I don't. 13:57

Q. And you don't have any recollection of the problem of partner IDs not showing up on the ACU dashboard? 13:57

Veritext Legal Solutions
866 299-5127

A. No. 13:57

Q. If we page down the chat, there's a line in which you say: 13:57 13:58

"None of these app IDs show up." 13:58

That's on the second page, about the middle of the page. Actually, I think it is the third page. Third page. I'm sorry. There it is. 13:58 13:58 13:58

Do you see that? 13:58

A. Yes. 13:58

Q. And do you recall anything about this conversation about these particular apps not showing up? 13:58 13:58 13:58

A. I don't recall this. 13:58

Q. And if you look down, right below your identification of the apps that don't show up, Mr. Moore says: 13:58 13:58 13:59

"Some of those are in the GK." 13:59

Do you recall what the "GK" was? 13:59

A. I know what GK is generally, but I don't know which one he's referring to. 13:59 13:59

Q. Okay. What is GK generally? 13:59

A. A gatekeeper. 13:59

Q. Okay. And what is that? 13:59

A. I don't know the technicals behind that, so I'm sure I'm explaining incorrectly, but from what I 13:59 13:59

understand, it's some sort of permissioning -- permissioning system. 13:59
Q. Permissioning for partners to get access to permissions; is that right? 13:59
A. Again, I don't know where I can make that assertion. It's more technical than I'm familiar with. 13:59
Q. Okay. And right after he says, "Some of those are in the GK," Mr. Moore says, "The rest don't technically count towards our completeness metric." 14:00
Do you know what the "completeness metric" is? 14:00
A. No. 14:00
Q. Okay. Paging down a little further, Mr. Moore says: 14:00
"My personal belief is that unless the app is contributing towards a valuable vertical, they shouldn't count." 14:00
Do you know what a "valuable vertical" refers to? 14:00
A. No. 14:00
Q. No idea? That is not a term you ever used? No understanding of it whatsoever? 14:00

A. I just don't remember. 14:00
Q. Do you know what a "vertical" is? 14:00
A. A vertical, I think it depends on what context it's being used. 14:00 14:00
Q. Well, here it's being used in the context of apps. So do you know what it means in that context? 14:00 14:00
A. Again, I don't remember. 14:00
Q. Just no idea at all; is that what you are saying? 14:00 14:00
A. Correct. 14:00
MR. FALCONER: Objection. Asked and answered. 14:00 14:00
BY MR. LOESER: 14:00
Q. Okay. And then you respond: 14:00
"We don't support a lot of valuable verticals today like commerce." 14:01 14:01
So do you know what you were talking about there? 14:01 14:01
A. Again, I don't remember. 14:01
Q. On the next page, you say: 14:01
"From developer and platform growth, on our end there are a lot of valuable partnerships out there." 14:01 14:01 14:01
What did you mean by "valuable partnerships"? Let me help you with that. Your 14:01 14:01

next line says "that are contributing a lot of good info." 14:01

So what do you mean by "valuable partnerships that are contributing a lot of good info." 14:01

A. Sorry. I hear some background sounds. 14:01

So, again, I don't know. 14:02

Q. Okay. What do you think you meant by "partnerships that contribute a lot of good info"? You worked with a lot of partners over a long period of time. Do you have any understanding of what it is for a partnership -- for a partner to contribute a lot of good info? 14:02

A. So, again, I don't remember, so I don't really -- I can't really guess. 14:02

Q. So if someone said to you today, "Jackie, this partner is contributing a lot of good info," would you have any idea what they meant? 14:02

A. Probably not. 14:02

Q. If you turn to the next page of the chat, in the middle, Mr. Moore writes: 14:02

"We don't want the tail to wag the dog. The first priority is gaining valuable data on users. The second priority is pretty boxes." 14:02

Veritext Legal Solutions
866 299-5127

Did you agree that the first priority for Facebook was gaining valuable data on users? 14:02 14:03

A. So, again, I don't really remember this conversation, so I don't really recall this. 14:03 14:03

Q. Let's keep going. Right below that you say: 14:03

"To be honest -- I don't think music is valuable data. No one has found use for it on the advertising side." 14:03 14:03 14:03

So what were you saying there? 14:03

A. Again, I can't really speculate because I don't remember. 14:03 14:03

Q. Do you think that music is valuable data for Facebook? 14:03 14:03

A. Again, I don't remember the context. I don't know. 14:03 14:03

Q. And you say: 14:03

"It's not even good targeting metrics." 14:03

So did you know what those words meant? 14:03

A. Again, I don't remember, so I don't -- I can't really assume. 14:03 14:03

Q. So let's just look at this conversation though and think for a minute. When you wrote these words "to be honest -- I don't think music is valuable data. No one has found use for it on the advertising side," you are telling the jury that you 14:04 14:04 14:04 14:04 14:04

have utterly no understanding of what you meant by that? 14:04

MR. FALCONER: Objection. Form and asked and answered. 14:04

THE WITNESS: So I don't remember this chat specifically. 14:04

BY MR. LOESER: 14:04

Q. I'm not asking you if you remember this chat specifically. Do you need me to read the question back? 14:04

A. Yes. 14:04

MR. LOESER: Miss Jennings, would you please read that question back. 14:04

(Record read as follows: 14:04

"Q. So let's just look at this conversation though and think for a minute. When you wrote these words 'to be honest, I don't think music is valuable data. No one has found use for it on the advertising side,' you are telling the jury that you have utterly no understanding what you meant by that?") 14:04

MR. FALCONER: Same objections. 14:05

THE WITNESS: Yes. Because I don't remember. 14:05

BY MR. LOESER: 14:05

Q. Go down a little further in your chat. You say: 14:05

"Well, I think music falls into Facebook goal #1: Keeping users engaged on Facebook. But it doesn't help with #2: Get monetizable data. Sorry for my rant." 14:05

So, Miss Chang, what did you mean by Facebook "Goal #1, keeping users engaged on Facebook"? 14:05

A. So, again, I don't remember. 14:05

Q. And as you sit here today, you have utterly no understanding of what it would mean to keep users engaged on Facebook? 14:05

A. Not in this context of this message. 14:05

Q. Do you have any understanding of it in any context? 14:05

A. Well, keeping users engaged in terms of what it actually says directly in there, I know what that means, but I don't know it in the context of this message. 14:06

Q. What does that mean? 14:06

A. It means I don't remember this conversation. 14:06

Q. I know, but you said you didn't understand 14:06

it in this context. But what does it mean to you right now, as you sit here today, to keep users engaged on Facebook? 14:06 14:06 14:06

A. It means -- it means the same exact thing as it says, which is to keep them engaged on Facebook. 14:06 14:06

Q. What does "engaged" mean? 14:06

A. Interacting. 14:06

Q. Okay. So to keep users on the platform; is that right? 14:06 14:06

A. Not necessarily. To me, it means like interacting. 14:06 14:06

Q. Interacting with Facebook? 14:06

A. Interacting with each other. 14:06

Q. On Facebook? 14:06

A. On Facebook. 14:06

Q. Okay. And when you say, "Get monetizable data," what does that mean to you? What does it mean to "get monetizable data"? 14:06 14:06 14:06

A. I don't remember. 14:06

Q. Well, you still work at Facebook. So as you sit here today right now, what does "get monetizable data" mean to you? 14:07 14:07 14:07

A. It doesn't mean a lot because I don't work on -- I don't work on ads, and I don't work on the platform. 14:07 14:07 14:07

Q. So are you telling the jury that the phrase "get monetizable data" has utterly no meaning to you now? 14:07 14:07 14:07

A. Yes. 14:07

MR. FALCONER: Objection. Asked and answered and argumentative. 14:07 14:07

BY MR. LOESER: 14:07

Q. Which part of it, is it the "monetizable" or the "data" that has no meaning to you? 14:07 14:07

A. Both. I just don't remember this conversation, so I don't know what the context of it is. 14:07 14:07 14:07

Q. Right. I'm not asking about the conversation. I'm asking you about the words "monetizable data" and I just want to make sure it's clear for the jury what you are saying. 14:07 14:07 14:07 14:07

You have no understanding whatsoever about what "monetizable data" means? 14:07 14:07

MR. FALCONER: Same objections. 14:07

THE WITNESS: Correct. In this context, I don't know what it means. 14:07 14:07

BY MR. LOESER: 14:08

Q. I'm not asking you about this context. I'm asking you at all. Do you have an understanding of those terms at all? 14:08 14:08 14:08

A. I think -- 14:08
MR. FALCONER: Same objection. 14:08
THE WITNESS: I think it depends. 14:08
BY MR. LOESER: 14:08
Q. Okay. What does it depend on? 14:08
A. I think it depends on -- I don't know -- the interpretation of it. 14:08
Q. Okay. What's your interpretation of it? If someone were to say to you today, "Miss Chang, can you tell me what monetizable data is for Facebook?" How would you answer that question? 14:08
A. I honestly don't know. I don't work on this anymore, so I don't know what monetizable data is at this point. 14:08
Q. Okay. Is this something that you perhaps knew when you wrote this chat? 14:08
A. I -- I can't speculate on that. 14:08
Q. So would you have used the terms "monetizable data" if you didn't know what they meant? 14:08
A. I'm not sure I understand. 14:08
Q. Well, you wrote it. So I'm wondering if when you wrote it, is that your practice to use terms you have no understanding of when you write to people? 14:09

A. So, again, I don't remember this conversation so I don't -- I don't know in that context. 14:09

Q. I'm not asking you about it in this context. I'm trying to understand how you communicate to people. 14:09

You used the term "monetizable data." You don't remember what it means now, but is it fair to say you knew what it meant when you wrote this chat? 14:09

MR. FALCONER: Objection. Foundation. 14:09

THE WITNESS: Again, I don't know. 14:09

BY MR. LOESER: 14:09

Q. What don't you know? 14:09

A. I don't know what your question means. 14:09

Q. Really? 14:09

A. Yes. 14:09

Q. My question is if you understand -- when you wrote the words "monetizable data" if you understood what that meant when you wrote it? 14:09

MR. FALCONER: Objection. Asked and answered. 14:09

THE WITNESS: So I don't know what the state of my mind was at that time, so I can't speculate that. 14:10

/ / / 14:10

BY MR. LOESER: 14:10
Q. But it's fair to say it was not your general 14:10 practice to use words that you didn't understand; 14:10 right? 14:10
A. I don't -- again, I don't -- I don't know 14:10 what you mean by that. 14:10
Q. It might have been your general practice to 14:10 use words you don't understand? 14:10
A. I think it's possible to use words I don't 14:10 fully understand, yes. 14:10
Q. Do you recall ever talking to any of your 14:10 other colleagues ever about what monetizable data 14:10 means to Facebook? 14:10
A. I don't remember. 14:10
MR. LOESER: The next exhibit is Exhibit 10. 14:11
(Exhibit 10 marked for identification.) 14:11
BY MR. LOESER: 14:11
Q. For the record, Exhibit 10 is an email from 14:11 KP to Miss Chang, dated August 23rd, 2013, Subject 14:11 line, "Re: T0/Special Cases for P3 Consideration." 14:11
And looking at the subject line, which is 14:12 one we've seen before, can you explain what 14:12 "T0/Special Cases for P3 consideration" means? 14:12
A. I think, like I said before, I mean, it 14:12 means like T0, top priority. 14:12

Q. And the reference to "special cases," take a minute to look at the email string. It might help you answer the questions if you haven't already. 14:12 14:12 14:12
A. Okay. Okay. 14:12
Q. Okay. Now, as we -- as I mentioned a moment ago, this is an email from KP to you that starts an email string. And the subject is the same as the subject of the earlier August 21st email that we talked about. 14:14 14:14 14:14 14:14 14:14
And if you go down to the email at the bottom of the first page, or midway through the first page, it's an email from you to Chris Daniels, Ime Archibong and KP, with a CC to Simon Cross, dated August 22nd, 2013. Do you see that? 14:14 14:14 14:14 14:14 14:14
A. Yes. 14:14
Q. And it has that same subject, "T0/Special Cases for P3 consideration"; right? 14:14 14:14
A. Yes. 14:14
Q. And if you look at the second paragraph -- let's look at the first paragraph. You write: 14:15 14:15
"I don't think we should approach any partnership/sales team yet until we are in agreement with Product (Vernal/ Constantin) and PMM on an appropriate communication plan (as it'll just 14:15 14:15 14:15 14:15 14:15

create unnecessary anxiety). For tomorrow's meeting, I promised Constantin that I'd provide him a recommendation for our team - if you don't see any issues, I'm going to give him our top-level doc." 14:15

Do you see that? 14:15

A. Yes. 14:15

Q. So this shows, again, your involvement in this subject of important cases for P3 consideration; right?

A. It appears so, yes. 14:15

Q. Okay. And if you look down your email a little further, you say: 14:15

"For this meeting, I'd like to ensure a couple things are accomplished." 14:15

Could you read your first paragraph there, No. 1? 14:16

A. "Immediate feedback re: Sales and Platform partners planning to launch integrations (i.e., Royal Bank, NetFlix, Starbucks). I need to provide feedback for RB and Starbucks by Monday and how they should move forward. 14:16

"RB and NetFlix were approved for 14:16
[redacted] - it seems our general 14:16
recommendation will be for these
partners to proceed; however, it
would be good to understand our
long-term rationale strategy in
handling these partners. Starbucks 14:16
is an interesting case, where our 14:16
sales team sold them an integration 14:16
reliant on friend data and are 14:16
getting close to launch." 14:16

Q. Okay. So you are discussing particular 14:16
partners and that -- fair to say that these are 14:16
referred to as important special cases for P3 14:16
consideration? 14:16

A. Again, I don't remember, so I don't know if 14:16
these are specifically special cases. 14:16

Q. Okay. But that's the subject of the email 14:16
and that's the information that's below that 14:16
subject; right? 14:16

A. That is the subject, but I don't know if 14:16
that's still the context. 14:17

Q. Okay. And when you say, "RB and NetFlix 14:17
were approved for [redacted] what was "[redacted]"? 14:17

A. I don't remember. 14:17

Q. Utterly no recollection whatsoever what "[redacted]" was? 14:17
A. Correct. 14:17
Q. And when you say, "Starbucks is an interesting case where our sales team sold them an integration reliant on friend data and are getting close to launch," does that mean that when the sales team worked up the partnership with Starbucks, the information that Starbucks was going to obtain in that partnership included friends data? 14:17
A. Again, I don't remember, so I don't know specifically if it's the intent you laid out. 14:17
Q. Is that what those words mean to you that I just read on the page? Do you want me to read -- 14:17
A. No. 14:18
Q. I will read it again. You tell me if that's what those words seem to mean to you, words that you wrote. 14:18
"Starbucks is an interesting case where our sales team sold them on an integration reliant on friend data and are getting close to launch." 14:18
What do those words mean to you right now when you read them? 14:18
A. It means what it says. That "Starbucks is 14:18

an interesting case where our sales team sold them on an integration reliant on friend data and are getting close to launch." 14:18

Q. So that perhaps made it problematic to stop letting them access friend data; right? 14:18

A. So I don't remember, so I don't -- I can't draw that conclusion. I don't know. 14:18

Q. Can you read No. 2 item in your email. 14:18

A. "2/General approach on exceptions or wind-down for these major categories: 14:19

"T0 Partnerships. 14:19

"Device/Hardware - Strategic (i.e. Feature phones). 14:19

"Device/Hardware - Non-Strategic (i.e. Social TV). 14:19

"Web/Mobile Apps - Strategic (i.e. [redacted] Partners). 14:19

"Web/Mobile Apps - Non-Strategic (i.e. Gifting, Aggregators, etc.)" 14:19

Q. You can stop there. 14:19

And you indicate that you need to determine a general approach on exceptions for these major categories. And those categories that you just read, those are the major categories that you were referring to? 14:19

A. So, again, I don't remember, so I don't know if that's -- if that's all categories or whatever it's saying. 14:19 14:19 14:20

Q. And what did you mean by "exceptions"? 14:20

A. I don't remember the context of it, so I don't -- I don't know. 14:20 14:20

Q. And can you explain the difference between "strategic" and "non-strategic" as that's used in the -- when you describe different categories? 14:20 14:20 14:20

A. No, I don't remember. 14:20

Q. And as you sit here today, as someone still working for Facebook, can you explain the difference between strategic and non-strategic partners? 14:20 14:20 14:20

A. So I think it would depend on the context in terms of how we're working with them. 14:20 14:20

Q. So what would it mean in the context of considering exceptions to the elimination of friends permissions? 14:20 14:20 14:20

MR. FALCONER: Objection. Asked and answered. 14:20 14:20

THE WITNESS: So, again, I don't remember, so I don't -- I can't speculate on that. 14:20 14:21

BY MR. LOESER: 14:21

Q. And, then, next in your email you say: 14:21

"We should also ensure that we actively 14:21

collaborate with Product & PMM..." 14:21
What is "Product and PMM"? 14:21
A. Product managers and PMM, partner marketing managers. 14:21
Q. Okay. So looking at the beginning of your email, you communicate to your -- the recipients of this email that you would like to "ensure a couple things are accomplished"; is that right? 14:21
A. For the meeting. 14:21
Q. Okay. 14:21
A. Yeah, for the meeting tomorrow, yeah. 14:21
Q. And you were involved enough in this process to communicate to your colleagues what you would like to see accomplished; is that right? 14:21
A. Well, like I said, it says "for a meeting tomorrow" and what I want to accomplish for that meeting. 14:22
Q. Okay. And then down below when you say, "We should also ensure that we actively collaborate with Product & PMM," is that a recommendation from you that you want to -- when you say we want to "ensure that we actively collaborate," is that you instructing or guiding this group of people on something that should happen? 14:22
A. It sounds like it's a recommendation. 14:22

MR. LOESER: We can put that document aside, and I will introduce Exhibit 11, which for the record is an email from Simon Cross to Ime Archibong, Jackie Chang, and KP, dated September 3rd, 2013, with the subject line "Re: P3.0 Rollout Plan." 14:22 14:22 14:22 14:22 14:22 14:23

(Exhibit 11 marked for identification.) 14:23

BY MR. LOESER: 14:23

Q. So, Miss Chang, if you look at this email, who is Simon Cross? 14:23 14:23

A. He was a colleague. 14:23

Q. Okay. Was he in the same department or do you recall what his position was? 14:23 14:23

A. I think he was a partner manager at this time. 14:23 14:23

Q. Okay. Does that mean you were reporting to him or he was reporting to you? 14:23 14:23

A. I was reporting to Ime and I had no reports. 14:23

Q. Okay. And so Simon Cross sends a slide deck about P3 rollout planning and it goes to, among other people, yourself; is that right? 14:23 14:23 14:23

A. That's what it looks like. 14:23

Q. Okay. And if you look down the page a bit, it looks like they're planning a meeting for P3 rollout planning and they reschedule it so you can 14:24 14:24 14:24

make it; is that right? 14:24
A. That's what it looks like. 14:24
MR. FALCONER: Objection. Foundation. 14:24
MR. LOESER: All right. Let's turn to the attachment, which we will introduce as Exhibit 12. 14:24
(Exhibit 12 marked for identification.) 14:24
BY MR. LOESER: 14:24
Q. And I will represent for the record, Miss Chang, that Exhibit 12 is the document that was attached to Mr. Cross' email that went to you, among others. 14:24
And this slide deck is titled, "Platform 3.0 Planning, Preparation & Execution." 14:24
Did I read that right? 14:25
A. Yes. 14:25
Q. And you received this slide deck, as reflected in the cover email, on September 3rd, 2013; right? 14:25
A. If that's what it says in the email. 14:25
Q. So if you go to the second page of the slide deck, after the -- first page after the title page, and the slide is captioned "2 separate pieces of work." 14:25
Do you see that? 14:25
A. Yes. 14:25

Q. And under the heading, "Capabilities Cleanup," can -- the first bullet says, "Audit existing private API whitelists," then "who has what and why?" "GOAL: Cleaner, more equitable, more supportable Platform." 14:25 14:25 14:25 14:25 14:26

Do you see that? 14:26

A. Yes. 14:26

Q. And, Miss Chang, do you recall being involved in the audit of existing private API whitelists? 14:26 14:26 14:26

A. No, I don't recall. 14:26

Q. And do you recall the effort to figure out what partners or apps were whitelisted and why? 14:26 14:26

A. I don't remember. 14:26

Q. Do you remember anything at all about any involvement you had in the subject matter of whitelists? 14:26 14:26 14:26

A. Sorry. Can you state that question again? 14:26

Q. Do you remember being involved in any way in figuring out what partners were whitelisted and why? 14:26 14:26

A. Not -- I don't remember. 14:26

Q. This slide over on the right side refers to "Gracefully manage this huge transition. " 14:27 14:27

Was the rollout to Platform 3.0 a huge transition? 14:27 14:27

A. Again, I don't remember. 14:27
Q. Turn to the next slide. The heading is, "P3.0 Launches/Deprecations." 14:27
Do you see that? 14:27
A. Yes. 14:27
Q. And if you look, there is a table in the middle for "Public API Deprecations," and it states: 14:27
"Currently, public APIs which will become whitelist only or deprecated entirely." 14:28
Do you see that? 14:28
A. Yes. 14:28
Q. And do you remember the role you played in evaluating these different deprecations? 14:28
A. No. 14:28
MR. FALCONER: Objection. Foundation. 14:28
THE WITNESS: No. 14:28
BY MR. LOESER: 14:28
Q. Okay. We can go to the next slide. Oh, actually, sorry, go back up to the... 14:28
Do you see on here that the deprecations included "[REDACTED]"? 14:28
A. I see it written there, yes. 14:28
Q. Do you see the next deprecation is "[REDACTED]"? 14:28

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

A. Yes, I see that there. 14:28
Q. And do you see that those are -- those two deprecations are the deprecations of permissions that are most widely used by apps on this table. Is that your understanding? 14:28 14:29 14:29 14:29
A. So -- yeah, so I don't know the context of that, so I don't -- I don't know if it really is or isn't. 14:29 14:29 14:29
Q. Okay. But you see that for "[REDACTED]," it says, "Number of apps requesting these permissions per day," and it says, "[REDACTED]"? 14:29 14:29 14:29
A. Yes, I see that. 14:29
Q. And do you see under "[REDACTED]," it says, "Number of apps requesting these permissions today," it says "[REDACTED]"? 14:29 14:29 14:29
A. Yes, I see that. 14:29
Q. Okay. Go to the next slide. 14:29
Now, Miss Chang, you were involved in preparing for the deprecations of these permissions, were you not? 14:29 14:29 14:29
A. Again, I -- I don't remember. 14:30
Q. Okay. If you look at the first bullet, it says: 14:30 14:30
"Pre-enforce use existing policies to revoke app access (note: No appetite 14:30 14:30

to do this at present)." 14:30

Do you recall there being no appetite to use existing policies to revoke app access? 14:30

A. Again, I don't remember this. 14:30

Q. Okay. And you look at the next one: 14:30

"Standard Apps are notified on P-day and have n-days to comply (vast majority of apps)." 14:30

Do you recall what that refers to? 14:30

A. No. 14:30

Q. This next bullet item is: 14:30

"Extension Apps given n+x days to comply due to long upgrade cycles - e.g., devices (SmartTV, in-car, mobile OS's)." 14:30

Do you have an understanding of what "extensions" are? 14:30

A. I know what an extension is, but I don't -- I don't recognize in this context. 14:30

Q. Yeah. You don't recall in any way your involvement in sorting out whether any partners were given extensions of the friends permission deprecation? 14:31

A. I don't remember. 14:31

Q. Okay. And: 14:31

"Exception Apps to be whitelisted indefinitely due to their strategic value to Facebook." 14:31

That must be something that you remember; right? 14:31

A. I don't remember it. 14:31

Q. Okay. You don't recall the role you played in determining which whitelisted apps -- which apps should be whitelisted indefinitely due to their strategic value to Facebook? 14:31

A. Correct. I don't remember. 14:31

Q. As you sit here today, can you recall the difference between providing an app with an extension versus an exception? 14:31

A. No, I can't. 14:31

Q. Do you think you ever knew what the difference was? 14:31

A. I don't know. 14:31

MR. LOESER: We can go to the next exhibit. 14:31

(Exhibit 13 marked for identification.) 14:32

BY MR. LOESER: 14:32

Q. This will be Exhibit 13, which is an email from Simon Cross to you and others, dated December 10th, 2013, the subject "Re: Simon's updates - 6th of December." 14:32

Do you see this document, Miss Chang? 14:32

A. Now, I do. Can I have time to read through it? 14:32 14:33

Q. Sure. 14:33

A. Okay. 14:33

Q. And if you flip through this email string, you have probably noticed that this is a string that has a series of updates called "Simon's updates." 14:33 14:33 14:33

Did you see that? 14:33

A. Yes. 14:33

Q. And do you recall that Simon Cross regularly sent out updates that were dated? 14:33 14:33

A. I don't really remember the updates specifically, but like it says in the email, it looks like he sends it out regularly. 14:34 14:34 14:34

Q. Okay. And in the update, he runs through a series of projects; is that right? 14:34 14:34

A. It looks that way, yes. 14:34

Q. Any reason to think that he was sending out false information? 14:34 14:34

A. I'm not sure I know what that means. 14:34

Q. Well, you got these updates and you didn't read them and go, wow, this is all untrue; right? There is no email -- you wouldn't have an email back to Simon saying, stop sending these updates, they 14:34 14:34 14:34 14:34

are all untrue? 14:34

A. Well, that would be rude of me, but... 14:34

Q. You don't recall doing that? 14:34

A. No, but I don't -- I don't really remember reading through these updates just because we all had to write updates so I don't really spend time reading other people's updates. 14:34

Q. What did you write updates about? 14:35

A. The projects I was working on. 14:35

Q. Okay. And so let's look at -- go to the third page of the email string. There is a heading, "Platform Simplification." 14:35

Do you see that? 14:35

A. On page 3? 14:35

Q. On page 3. Well, there is a heading "Platform Simplification" on every single one of the updates, but there is one for the one dated November 8th, 2013, as well. Do you see that? 14:35

A. Yes. 14:35

Q. And tell me, what was "platform simplification"? 14:35

A. I don't remember. 14:35

Q. You remember absolutely nothing about a task that you were involved in called "platform simplification"? 14:35

MR. FALCONER: Objection. 14:35
THE WITNESS: I don't remember. 14:35
BY MR. LOESER: 14:35
Q. Okay. Well, let's look at what it says you were doing -- 14:35 14:36
SPECIAL MASTER GARRIE: Sorry. When we get to a breaking point -- any idea when that may be? 14:36 14:36
MR. FALCONER: I was thinking after the next -- after we are done with this document. 14:36 14:36
MR. LOESER: That's fine. 14:36
SPECIAL MASTER GARRIE: And then I would like all the lawyers to be moved into another room. Thank you. 14:36 14:36 14:36
BY MR. LOESER: 14:36
Q. Miss Chang, if you look at the Platform Simplification task, you will see the last bullet. Can you read that last bullet, please? 14:36 14:36 14:36
A. "Jackie leading on putting together a new whitelist process with Legal and Product." 14:36 14:36 14:36
Q. And is that accurate? 14:36
A. Again, I don't remember. 14:36
Q. So as you sit here today, you have zero recollection of your being tasked with leading on putting together a new whitelist process with Legal 14:36 14:36 14:36

and Product? 14:36
A. I don't remember this specifically. 14:36
Q. Do you remember anything at all about it? 14:36
A. No, I don't. 14:36
Q. Okay. Let's move up the string to page 2 of 14:37 the string under the same heading, "Platform 14:37 Simplification." 14:37
You will see that this update, if you go 14:37 farther up the string, is November 25th, 2013. It 14:37 was sent by Simon Cross. The first recipient in the 14:37 "to" list is you. 14:37
Do you see that? 14:37
A. Sorry. What date? 14:37
Q. November 25th, 2013. 14:37
A. Okay. 14:37
Q. First recipient, first person Simon put on 14:37 that "to" line was Jackie Chang; right? 14:37
A. Well, I don't know if I'm -- I'm the first 14:37 person that shows up there. 14:37
Q. All right. And let's go down to "Platform 14:37 Simplification." So why don't you read the second 14:37 bullet. 14:37
A. "New Whitelisting process -- Jackie 14:37
working closely with Marie and Legal 14:37
to design a fast but safe process 14:37

for whitelisting apps. Spec for updates to tools in progress and moving towards build-stage. Audit of existing Capabilities for legal risk is underway." 14:38

Q. So do you remember working closely with Marie in legal? 14:38

A. I don't. 14:38

Q. And who is Marie? 14:38

A. I don't know which Marie it may be referring to. 14:38

Q. Okay. And so, Miss Chang, you're telling the jury that even though this bullet indicates that you were "working closely with Marie in Legal to design a fast but safe process for whitelisting apps," you have utterly no recollection of anything relating to that task? 14:38

A. Correct. 14:38

MR. LOESER: This is a fine time to take a break, as Special Master Garrie has requested. 14:38

THE VIDEOGRAPHER: Okay. This marks the end of media No. 3 in the deposition of Jackie Chang. Going off the record. The time is 2:39. 14:39

(Off the record.) 14:39

THE VIDEOGRAPHER: This marks the beginning 15:04

of media No. 4 in the deposition of Jackie Chang. 15:04
We are back on the record. The time is 3:04. 15:04
MR. LOESER: If we could mark as Exhibit 14 the next document, which for the record is an email from Ime Archibong to Eddie O'Neil and Simon Cross, dated February 9th, 2014, Subject line "Forward: Our teams next steps for PS12n. Importance: High." 15:04 15:04 15:04 15:05 15:05
(Exhibit 14 marked for identification.) 15:05
BY MR. LOESER: 15:05
Q. Miss Chang, do you see this email? 15:05
A. Yes. 15:05
Q. And do you see that the email forwards an email from Ime Archibong to you and Simon Cross on the same day, February 9th, 2014? 15:05 15:05 15:05
A. Yes. 15:05
Q. What does it mean when an email is marked as "Importance High"? 15:05 15:05
MR. FALCONER: Objection. Foundation. 15:05
THE WITNESS: That it's of high importance. 15:05
BY MR. LOESER: 15:05
Q. Okay. And if we look down to the email in the middle of the page, a little further, there's an email from you, part of this string, to -- is it Ime? Ime Archibong? Am I saying that right? 15:05 15:05 15:05 15:06
A. Ime. 15:06

Q. Ime -- to Ime and Simon Cross, and that's the email that's forwarded above and then forwarded above that; is that right? 15:06 15:06 15:06

A. Yes. Sorry, is it okay if I read the email? 15:06

Q. Absolutely. Yeah. 15:06

A. Okay. 15:07

Q. Okay. Let's start at the very beginning of this string, if you go to the second page. At the very bottom of the string is an email from Ime to you and Simon Cross on February 9th, 2014, "Subject: Re: Our teams next steps for PS12n." And she asks: 15:07 15:07 15:07 15:07 15:07

"Can I have both of you join me for the second half of a Dan update tomorrow -- to talk a bit more about PS12N and where we are from a product perspective (Simon) and a partnerships perspective (Jackie)." 15:08 15:08 15:08 15:08 15:08 15:08

Do you see that? 15:08

A. Yes. 15:08

Q. Can you tell me what "PS12N" refers to? 15:08

A. I don't remember. 15:08

Q. Okay. And so whatever it meant, you were being asked to provide your perspective on the partnership perspective; is that right? 15:08 15:08 15:08

MR. FALCONER: Objection. Foundation. 15:08

THE WITNESS: Yes. 15:08
BY MR. LOESER: 15:08
Q. Okay. 15:08
A. It looks like that. 15:08
Q. And so -- and above that is an email from you at 2:19 p.m., where you say: 15:08
"Sure thing - can I call or VC as in I'm working from LA?" 15:08 15:09
Do you see that? 15:09
A. Yes. 15:09
Q. Okay. And then moving up, Ime sends another email about this at 2:28 and indicates what -- is it a he or a she? 15:09
A. Sorry, who? 15:09
Q. Ime. It says -- well, whatever -- I think it would be most helpful, Ime describes what -- what in his or her view would be most helpful; right? 15:09
A. His. 15:09
Q. His, okay. 15:09
Is that right? 15:09
A. (Witness nods.) 15:09
Q. And the second bullet of what he thinks would be helpful is directed to you; is that right? 15:09
A. Yes. 15:09
Q. And why don't you read that bullet? 15:09

A. "Jackie: One slide that summarizes the Partnership's" work -- "team work in this launch. Maybe a quick callout of the coordination work across all teams in his org, and then dive specifically into the work that our team has to do between now and launch." 15:09 15:09 15:09 15:09 15:10 15:10 15:10

Q. And do you recall, looking at this, whether the launch that is being referred to is the launch of the new platform? Is that what "PS12N" refers to? 15:10 15:10 15:10 15:10

A. So I -- I don't remember. 15:10

Q. So and then you prepare a slide, if you look up the string, at 2:46 p.m. You say: 15:10 15:10

"Does this work for Partnerships update?" 15:10 15:10

I assume that's in response to your request -- the request for you to provide one slide that summarizes the partnership teamwork? 15:10 15:10 15:10

A. Yes. 15:10

Q. Okay. 15:10

A. Yeah. 15:10

Q. All right. And then Ime makes some comments on some format and language suggestions, and states: 15:10 15:10

"The area where I've added a couple 15:11

of works in, is in the 'Exemptions' section. This will be the area that Dan will want to discuss the most. Remember that he's of the mindset that we shouldn't have a whitelist for anything, so we'll have to explain to him why these three buckets are necessary." 15:11

Do you see that? 15:11

A. Yes. 15:11

Q. Okay. And then you respond at 4:18 -- so that email was sent at 3:54, and a little bit after that, you respond. 15:11

Can you read your response in the email that's next up in the string. 15:11

A. "Actually - here's an updated version. I'll explain on the call, but in essence, we're not going to grant any exceptions, only extensions based on contract and partner sensitivity, where I've labeled 'exemptions' are actually private APIs today that allow for friend data to be read (mobile rcp & public content feed). I believe we should keep maintaining 15:11

Veritext Legal Solutions
866 299-5127

these APIs as private strategic ones, however, it's worthwhile acknowledging this as there's been some confusion by partnership teams on how we plan to maintain these moving forward." 15:12

Q. Okay. So this email that you wrote shows that you were involved in this discussion of whether it ran exceptions or exemptions to partners for friends data to be read; is that right? 15:12

A. It looks like it, yes. 15:12

Q. Okay. And you draw a distinction between exceptions and extensions. And before we looked at the slide, you couldn't recall what those terms mean. 15:12

Does this refresh your recollection of what you viewed as the distinction between exceptions and extensions? 15:12

A. No. 15:12

Q. Okay. So even though it is a paragraph that describes the difference between extensions and exemptions, it doesn't refresh your recollection at all as to what those terms mean to you? 15:12

A. I think it would mean -- "extension" meaning to extend and "exemptions" mean to like to exempt. 15:13

Q. Okay. 15:13
A. To -- to not allow or... 15:13
Q. All right. Well, specifically, what you said is, "We're not going to grant any exceptions, only extensions based on contract and partner sensitivity." 15:13
And so it appears that what you are saying is that with regard to friends data to be read by partners, you're not going to grant any exceptions, but you were going to grant extensions based on contract and partner sensitivity. 15:13
Is that a fair reading? 15:13
MR. FALCONER: Objection to the form. 15:13
BY MR. LOESER: 15:13
Q. Does that appear to be what you wrote? 15:13
MR. FALCONER: Same objection. 15:13
THE WITNESS: Can I read it one more time? Sorry. 15:13
So, again, I don't remember in detail, but it sounds like I could be referring to a couple different things, so I'm not sure if it's specific to friend data. 15:14
BY MR. LOESER: 15:14
Q. Okay. Well, let's look very carefully at what you wrote. You say: 15:14

"Where I've labeled 'exemptions' are actually private APIs today that allow for friend data to be read." 15:14
Do you see that? 15:14
A. Yes. 15:14
Q. And so there are partners that are going to continue to have access to friend data because of what you've labeled "exemptions"; is that right? 15:14
A. So, again, I don't know what the outcome was, but I see what I wrote. 15:14
Q. Okay. And what are "private APIs"? 15:14
A. To my understanding, it's APIs that aren't public. 15:15
Q. Okay. And so this is referring to private APIs that allowed access to friend data; is that right? 15:15
A. I think that's what it says, yeah. 15:15
Q. Okay. And when this says "private strategic ones," you say, "I believe we should be maintaining these APIs as private strategic ones," and that means that for -- it's an API. It's not public, it's private. And "strategic" refers to the partner that would be obtaining that permission; is that right? 15:15
A. Sorry. Can you state your question again? 15:15

Q. Sure. I'm just trying to understand the terminology that you're using when you're making your recommendation about exemptions or exceptions, and what you are saying is that, as you indicate here, you believed "we should keep maintaining these APIs as private strategic ones." 15:15 15:15 15:15 15:16 15:16 15:16

And by "these APIs," that refers to friend data to be read; is that right? 15:16 15:16

A. I think so, but I don't know. Like I don't remember in specificity. 15:16 15:16

Q. Okay. But that appears to be what the email that you wrote on February 9th, 2014 indicates; right? 15:16 15:16 15:16

A. It could be, yes. 15:16

Q. Well, it's more than it could be. It is what you wrote; right? 15:16 15:16

A. Well, I know what I wrote, but I don't know the inference behind that. 15:16 15:16

Q. So when you say but, in essence, "we are not going to grant any exceptions, only extensions based on a contract and partner sensitivity," what do you mean by "extensions based on contract and partner sensitivity"? 15:16 15:16 15:16 15:16 15:16

A. So "contracts" means if we have a written agreement in place. "Partner sensitivity," I don't 15:16 15:16

remember specifically what that -- what that could be. 15:17

Q. Okay. And whatever it means, partner sensitivity was a characteristic that you're suggesting Facebook take into account when deciding whether to continue to allow friend data to be read by the partner? 15:17

A. It sounds that way, yes. 15:17

Q. Okay. And if you look up to the next email in the string, Ime Archibong says: 15:17

"Thanks. That makes it more clear. I've cleaned up the chart to reflect that." 15:17

Do you see that? 15:17

A. Yes. 15:17

Q. So Ime didn't have any problem understanding what you meant in that email we just went through; right? 15:17

A. It looks like that, yes. 15:17

MR. FALCONER: Lacks foundation. 15:17

BY MR. LOESER: 15:17

Q. I'm sorry. I didn't hear your answer. 15:17

A. It looks like that. 15:17

Q. Okay. Now, the email refers -- to your email on February 9th, 2014, 4:18 p.m., states: 15:18

"Actually - here's an updated version." 15:18

So it appears to attach a document; is that right? 15:18

A. I don't see an attachment, but I'm guessing, yes, if it's referring to it. 15:18

MR. LOESER: Okay. And I will represent to you that the next document is the attachment to that email. And I don't -- I don't see a reference to attachment either, so I'm not sure how that works. But I think in the manner it was produced, this was attached to that email. 15:19

And we'll confirm that for the record later, Russ, just to make sure that we are right about that, but that's my understanding. 15:19

So if we could look at Exhibit 15. 15:19

(Exhibit 15 marked for identification.) 15:19

BY MR. LOESER: 15:19

Q. And before we get to that, do you recall the difference between a "whitelist" and a "private API"? 15:19

A. I don't recall if they're the same or not. 15:19

Q. Okay. Let's look at this attachment, which has the heading, "[PS12N] Product Update - What Are We Announcing?" 15:20

Do you see this slide? 15:20

A. Yes. 15:20
Q. Okay. If you could please read the third bullet. 15:20
A. "Removing access to non-app friends. 15:20
[redacted] being deprecated - 15:20
apps will only get data about people 15:20
who've explicitly logged-in with 15:20
Facebook, not that user's incognizant 15:20
friends. We're building new APIs to 15:20
handle tagging non-app friends and 15:20
inviting your friends to use/play the 15:20
app with you." 15:20
Q. Okay. And do you recall the -- that as part of this PS12 update, there was going to be the removal of access to non-app friends permissions? 15:20
A. So I don't remember. 15:21
Q. Okay. And if you look at -- can you read the next bullet. 15:21
A. "[redacted] 15:21
[redacted] being publicly deprecated. 15:21
Partner/contract only." 15:21
Q. Okay. Do you know what that means and do you recall that happening? 15:21
A. I know what I think partner and contract only means that you have to have a contract, but I 15:21

don't remember what happened afterwards. 15:21

Q. And according to the email, you worked on this slide. And, in fact, if you look back, what the email said was -- you were asked specifically to create the slide for -- one slide that summarizes the partnership's team work on this launch. 15:21

Do you have any recollection of creating anything having to do with this slide deck? 15:22

A. I don't even know what page it would be. I've been asked to create many slide decks, and I was working on a lot of projects, so I don't remember this specifically. 15:22

Q. Let's go to the third page of the deck. 15:22

A. Yeah. 15:22

Q. Do you see the heading, "Partnerships Update"? 15:22

A. Yep. Yes. 15:22

Q. Do you recall creating this slide? 15:22

A. I don't remember. 15:22

Q. Nonetheless, it looks like the partnership update that you were asked to prepare; is that right? 15:22

A. I would assume so. 15:22

Q. Now, if -- the first bullet says, "Partner Identification and Impact Assessment"; is that 15:22

right? 15:22

A. Yes. 15:22

Q. And it says: 15:22

"Product identified the [REDACTED] 15:22

[REDACTED]." 15:23

Do you see that? 15:23

A. Yes. 15:23

Q. And do you recall getting information from products about [REDACTED] [REDACTED]? 15:23

A. I don't remember specifically. 15:23

Q. Okay. Let's look at that second bullet, which has to do with that topic that you wrote so clearly about to Ime, "Extensions." That bullet says, "Extensions and Private API Identification." 15:23

Do you see that? 15:23

A. Sorry, say that again. 15:23

Q. You see the bullet "Extensions and Private API Identification"? 15:23

A. Oh, yes. 15:23

Q. Can you read the material that's under that bullet. 15:23

A. "Granting no exemptions, except in the cases where we have: 15:23

"1. Wind-down. 15:23

"Non-standard Platform Agreements specifying unique Backwards Compatibility (Amazon). 15:23

"Sensitive/strategic partner integrations requiring extension (Ford) 15:24

"2. Private APIs. 15:24

"Private use-cases for exemption (Mobile RCP)." 15:24

Q. And do you recall coming up with that approach to dealing with extensions and private API identification? 15:24

A. So, again, I don't remember this in specificity. I think this was like one of many projects I was working on, and I think most of it was aggregating information. 15:24

Q. Okay. But this -- that particular bullet reflects what you indicated in the email you wrote to Ime on February 9th, 2014, generally; right? It's consistent with what you wrote to him about what was going to happen with extensions and private API identification? 15:24

A. Yes. If it was in the email, then yes. 15:24

MR. LOESER: Okay. Let's go to the next exhibit is a video clip that I want to play to you. 15:25

And it's not very long. And then we'll have a transcript of it as well to the extent that it is not clear. 15:25 15:25 15:25

DEPOSITION REPORTER: Excuse me, Counsel, are you going to want this reported? 15:25 15:25

MR. LOESER: I think you'll be able to. It's not -- it's Mark Zuckerberg speaking and he's not speaking terribly quickly, but we have a transcript so -- you know what, I wouldn't bother reporting it. We will just have the transcript admitted after we play the recording. 15:25 15:25 15:25 15:25 15:25 15:25

DEPOSITION REPORTER: Thank you. 15:25

MR. LOESER: Actually, hang on one second before we do that. If we can go back to the last exhibit. 15:25 15:26 15:26

BY MR. LOESER: 15:26

Q. So I want to make sure I understand what this slide indicates for access to the APIs that were being deprecated in this new platform. 15:26 15:26 15:26

So under the first number, No. 1, "Wind-down," so this describes the situations in which the API -- for partners for which the API will not be deprecated. 15:26 15:26 15:26 15:26

So it says, "Wind-down": 15:26

"Granting no exceptions, except in 15:26

cases where we have:" 15:26

Number 1 is "Wind-down." 15:27

So the first group of partners for which the friend permissions would not be deprecated are "Non-standard Platform Agreements specifying unique Backwards Compatibility." 15:27

Do you see that? 15:27

A. Yes. 15:27

Q. And then the second category of partners for which the friends permissions would not be deprecated were "Sensitive/strategic partner integrations requiring extension." 15:27

Do you see that? 15:27

A. Yes. 15:27

Q. And then the third category of partners for which the friends permissions would not be deprecated were "Private APIs." And that indicates "private use-cases for exemption." 15:27

Is that right? 15:27

A. It looks like that, yes. 15:27

Q. And so based on the work that you did in this project of working with partners to identify which should have the friends deprecated and which not, you certainly knew that there was a group of partners for whom the friends permissions were not 15:28

going to be taken away; right? 15:28

A. I mean, I don't really remember in detail, but if it's what it says, yes. 15:28

Q. Yeah, that's what these various email that you were involved -- the projects that you were involved in, that's what -- that's what that showed; right? It showed that there was this population of partners, and even though the public API was deprecated for those partners, they would continue to have access to the friends permissions; right? 15:28

A. Well, I don't know specifically, because it sounds like there's different categories, and I just don't want to assume like -- like blanket assume across the board. 15:28

Q. But you --

A. Because I don't -- I don't know in detail. 15:28

Q. Yeah. But you can state clearly and affirmatively that when the friends permissions were deprecated, it did not take away that permission from all partners and developers that interacted with Facebook; right? 15:29

MR. FALCONER: Objection. Form. 15:29

THE WITNESS: So, again, I don't know what the timing of everything was, so I don't know like when things intersected. 15:29

BY MR. LOESER: 15:29
Q. Miss Chang, you know from the work that you did that there was going to be a group of partners for whom there would be exemptions to the deprecation of friend sharing; right? 15:29
A. It looks like that in the email, yes. 15:29
MR. LOESER: Okay. We can go to the next exhibit. 15:29
(Exhibit 16 and Exhibit 17 marked for identification.) 15:29
BY MR. LOESER: 15:29
Q. Now, having gone through all these emails now, do you remember the connection between the introduction of the new platform and the transition from Graph API version 1 to version 2? 15:29 15:30
A. I don't remember in specificity like what date and things around that. This was a lot of stuff going on that's all blurred together, so not with like full certainty. 15:30
Q. And do you remember, as a general matter, that when the new platform came on and there was a transition from the older Graph to the new Graph, that two of the things specifically that happened was that friends permissions were publicly deprecated; right? 15:30

MR. FALCONER: Objection. Form. 15:30
BY MR. LOESER: 15:30
Q. I'm sorry. Let me ask again. 15:30
Putting aside the terminology and what Graph version it was and what platform it was, there was a new platform that was introduced. And in that new -- that new platform, Facebook publicly announced that it was -- that it was deprecating friend permissions; right? 15:30
MR. FALCONER: Objection. Form. 15:30
THE WITNESS: I think so. I don't -- I don't remember specifically like which announcement. Sorry, there's a lot of F8s, so I think this is what the picture is, so I don't remember. 15:31
MR. LOESER: Yeah. Let's go ahead and play this. Maybe it will jog your memory. 15:31
(Video played.) 15:31
MR. LOESER: Let's try this again because there is an echo. 15:31
(Video played.) 15:31
BY MR. LOESER: 15:32
Q. We'll go through the transcript itself because there was some echo there. 15:32
But you know what an "F8 Conference" is? 15:32
A. Yes. 15:32

Q. And what we just showed you was from the April 30th, 2014 F8 Conference. And do you recall, did you attend that conference? 15:32 15:32 15:33

MR. FALCONER: Objection. Form. 15:33

THE WITNESS: I -- actually, I don't remember. I've been to many, but I don't know the exact dates of which ones I've gone to, and I've also missed some, as well, so I don't know which one. 15:33 15:33 15:33 15:33 15:33

BY MR. LOESER: 15:33

Q. Okay. And I'm going to read for you what Mr. Zuckerberg just said, and you can tell me if this refreshes your recollection of whether you were in attendance at this conference. 15:33 15:33 15:33 15:33

What Mr. Zuckerberg said was: 15:33

"We've also heard that sometimes you can be surprised when one of your friends shares some of your data with an app. So now we're going to change this and we're going to make it so that now everyone has to choose to share their own data with an app themselves. We think this is really" important -- "a really important step for giving people power and control 15:33 15:33 15:33 15:33 15:33 15:33 15:33 15:33 15:33

over how they share their data in 15:33
apps." 15:33
Do you recall Mr. Zuckerberg saying that? 15:33
A. Again, I don't remember. A lot of these all 15:33
blurred together, so I don't remember that specific 15:34
one. 15:34
Q. Now, as we just went through looking at your 15:34
email, you were very involved in figuring out which 15:34
partners would have friend sharing deprecated and 15:34
which would not; right? That's what those emails 15:34
showed. 15:34
A. Not specific to friends. I think to a lot 15:34
of permissions. 15:34
Q. But including the friends permissions; 15:34
right? 15:34
A. Yes, that seems to be one of them. 15:34
Q. Okay. And so when Mr. Zuckerberg is talking 15:34
about how friends permissions were going away, at 15:34
the time he was saying that in April 30th, 2018 15:34
[verbatim], that was shortly after the email that we 15:34
went through in which you were talking about the 15:34
partners for whom friend sharing was not going to go 15:34
away. Isn't that right? 15:34
A. I -- if that's what it shows. I don't 15:34
recall specifically. 15:35

Q. Let's go back to your February 9th, 2014 email, which is Exhibit 14. And, again, what you wrote was: 15:35 15:35 15:35

"I'll explain on the call but, in essence we're not going to grant any exceptions, only extensions based on contract and partner sensitivity. Where I've labeled 'exemptions' are actually private APIs today that allow for friend data to be read. I believe we should keep maintaining these APIs as private strategic ones." 15:35 15:35 15:35 15:35 15:35 15:35 15:35 15:35

Right? So that pretty clearly indicates that for those private strategic ones, for those partners, the friends data was going to be continued -- they were going to continue to be allowed to read that data; right? 15:35 15:35 15:35 15:35 15:35

A. I'm sorry. What was the date of the video? 15:35

Q. The video was April 30th, 2014. 15:35

A. So this is before or... 15:36

Q. Yes. Your email was before that video. Your email is describing the partners for whom access to friend data would continue; right? 15:36 15:36 15:36

A. I guess. Sorry, continued for what? I... 15:36

Q. To continue for -- you know full well from 15:36

the work you did that there were partners that would continue to have access to friend permissions; right? 15:36 15:36 15:36

A. Again, I don't know when you say "continue," like -- like what specific dates, but this seems to be said before the video. 15:36 15:36 15:36

Q. Okay. So before the video, you were involved in a project to figure out which partners would continue to have access to friends permissions; right? 15:37 15:37 15:37 15:37

A. Yes -- or not specific to friends, but like a bunch of different permissions, it looks like. 15:37 15:37

Q. Including friends; right? 15:37

A. Yes. 15:37

Q. Okay. And, then, on April 30th, Mr. Zuckerberg publicly announced that friends permissions were going away; right? 15:37 15:37 15:37

A. Per that video, yes. 15:37

Q. And, in fact, he said, "We're going to make it so that now everyone has to choose to share their own data with an app themselves"; right? 15:37 15:37 15:37

A. Yes. 15:37

Q. And so that would mean that no app would get access to data about anyone other than the Facebook user using the app. Isn't that what he described? 15:37 15:37 15:37

A. Yes. 15:37
Q. Now, Mr. Chang, you knew at the time -- 15:37
A. Sorry, Mrs. 15:37
Q. Miss Chang. I'm sorry. 15:37
A. Yeah. 15:38
Q. You knew at the time that it was not true that after -- that friends permissions had gone away for all apps; right? 15:38 15:38 15:38
A. Sorry, can you say it again? 15:38
Q. You knew at the time of the F8 presentation in April of 2014 that some app developers and partners with nonstandard platform agreements were given continued access to friend permission; right? 15:38 15:38 15:38 15:38
A. It sounds like they had the ability to have that, yes. 15:38 15:38
Q. Okay. And you knew at the time of Mr. Zuckerberg's April 2014 presentation that some sensitive and strategic partners were given continued access to friends permissions; right? 15:38 15:38 15:38 15:38
A. Well, again, I don't remember the dates, but per whatever the email says. 15:38 15:39
Q. So that's a yes? 15:39
MR. FALCONER: Objection. Foundation and form. 15:39 15:39
/ / / 15:39

BY MR. LOESER: 15:39
Q. I'll ask again. You knew at the time of Mr. Zuckerberg's April 2014 keynote address that some sensitive and strategic partners were given continued access to friends permissions; right? 15:39
A. I don't know if I knew at that moment specific to what he was saying. I don't even know if I was there so... 15:39
Q. Right. But you knew, based on the work that you did and the framework that you discussed with your colleagues, that there was a group of sensitive and strategic partners who were going to be given continued access to friends permissions; right? 15:39
A. Yes. That's what it looks like. 15:39
Q. Okay. And at the time of Mr. Zuckerberg's presentation in April 2014, you also knew that there were some app developers and partners with private APIs that were given continued access to friends permission; right? 15:40
A. I don't know. I can't really speculate at that moment in time in terms of how you're trying to connect the two. 15:40
Q. Well, prior to April, in the February and the timeframe in the emails that we went through, you discussed a framework of what types of partners 15:40

would continue receiving friend data. Isn't that right? 15:40

A. Yes, the framework. But I think you're connecting it to something else, and I don't know that. 15:40

Q. Okay. And your framework had continued access to friend data for what you described as "private APIs"; right? 15:40

A. That's what it looks like in terms of a proposal. 15:40

Q. Now, Mr. Zuckerberg said: 15:40

"We're going to make it so that now everyone has to choose to share their own data with an app themselves." 15:41

Is that right? 15:41

A. Correct. 15:41

Q. And yet, for those apps and developers that had continued access to friend data, that wasn't true; right? 15:41

A. I -- I don't think so, because I think what you're saying is that users have to choose. And a permission, from my understanding, is the ability to generate dialogue to ask for permission. So the user would still have to choose to provide it. 15:41

Q. So when a private API provides a partner 15:41

with access to friend data permissions, right, that partner can access friend data through that permission; is that right? 15:41

A. My understanding -- 15:41

MR. FALCONER: Objection. Objection. Form. 15:42

THE WITNESS: My understanding is that it's the ability to ask a user for that. 15:42

BY MR. LOESER: 15:42

Q. And -- now, you didn't hear Mr. Zuckerberg say at that keynote address that there was a population of partners that would continue to have access to friends data, did you? 15:42

A. No, I didn't hear that. 15:42

Q. And, Miss Chang, do you recall that you -- that you attended that conference and you were involved in -- you had a presentation yourself there? 15:42

A. I don't know if it was that year. I have been involved at F8. I have been a couple years. I don't know if it was that specific one. 15:42

So, yes, it could be possible. I just -- I don't remember that specific one. 15:43

MR. LOESER: Okay. We can go to the next exhibit. It's Exhibit 18. 15:43

(Exhibit 18 marked for identification.) 15:43

BY MR. LOESER: 15:43

Q. Miss Chang, you are looking at an email from yourself to Deborah Liu, among others, dated March 23rd, 2014. The subject, "Re: Amazon: Platform agreement amendment." 15:43 15:44 15:44 15:44

Do you see that? 15:44

A. Yes. 15:44

Q. And this email string concerns a discussion about a platform agreement with Amazon; is that right? 15:44 15:44 15:44

A. Yes. 15:44

Q. And what is a "platform agreement"? 15:44

A. Well, it says "platform agreement amendment." 15:44 15:44

Q. Okay. Can you tell me what a "platform agreement" is? 15:44 15:44

A. It's an agreement related to platform use. 15:44

Q. And does it describe the types of APIs that the partner is able to access? 15:45 15:45

A. I think that depends on the agreement. 15:45

Q. Is that one of the things that partnership agreements tend to cover? 15:45 15:45

A. Again, I don't -- I can't speak for all agreements. I don't know about all agreements. 15:45 15:45

Q. Well, let's talk about this particular 15:45

agreement. 15:45
A. Amendment to an agreement, yes. 15:45
Q. You were obviously involved in the discussions about the amendment to the Amazon partnership agreement in March of 2014; is that right? 15:45
A. Yes. 15:45
Q. Why don't we go back into the string, and look at the third page. 15:46
A. Is it okay if I read through? 15:46
Q. Yeah, please. 15:46
A. Thank you. 15:46
Q. I just have a couple questions, so if you want to skim it, you can probably save yourself some time. 15:46
A. Okay. Yes. Okay. 15:46
Q. So this is a discussion about the permissions that -- well, let's go to page 3 and just look at -- there's an email from -- it starts at the bottom of page 2, Rob Daniel to Mike Vernal, dated March 22nd, 2014. 15:47
Do you recall who Rob Daniel is? 15:47
A. Yes, he was in business development. 15:47
Q. Okay. Was he -- it appears he was responsible for the Amazon contract; is that right? 15:47

A. The agreement, yes. Well, I don't know for the original agreement, but from what it's referencing here, the amendment. 15:47 15:47 15:47

Q. Okay. And who was Mike Vernal? 15:47

A. He was the engineering director for the platform. 15:47 15:47

Q. Okay. So if you look at the top of page 3 it states: 15:47 15:48

"Hi Mike, We've settled on terms with Amazon for our amended platform agreement. Far below are the detailed terms and overall value exchange." 15:48 15:48 15:48 15:48

Can you tell me what is meant by a "value exchange" in a partnership agreement? 15:48 15:48

A. So like I mentioned earlier, it's, you know, being able to provide a value, like if a -- if a user found value to the experience and, you know, the other side had access to API, that's a good value exchange. 15:48 15:48 15:48 15:48 15:48

Q. Okay. So it's information -- one way of having value exchange is when Facebook provides information to the partner, like Amazon, and Amazon provides information back to Facebook; right? 15:48 15:48 15:48 15:48

A. I wouldn't classify it that. So I would say it's -- it could be like API, like in terms of if 15:48 15:48

it's permissioned for people. So like the example with Kindle, so if a person is agreeing to have more of a personalized experience, and then they can publish back to Facebook, it's in that sense. 15:49

But it's -- I wouldn't classify it as information. It's the person choosing that, and then the experience is the integration itself being built. 15:49

Q. Okay. So you wouldn't classify that as information? 15:49

A. No. 15:49

Q. Okay. 15:49

A. That would be an oversimplification. 15:49

Q. Okay. Well, let's look at the email from -- to Mike from Bob Daniel. It says again: 15:49

"We've settled on terms with Amazon for our amended platform agreement. Far below are the detailed terms and overall value exchange. Immediately below is a quick summary. 15:49

"Term: 2 years." 15:49

Do you see the second bullet? 15:49

A. "Increased the information Amazon provides us during the app approval process." 15:50

Q. Okay. So that's how the -- what's provided is characterized by Mike to -- or to Mike by Rob Daniel as information; right? 15:50 15:50 15:50

MR. FALCONER: Objection. Form. 15:50

THE WITNESS: So the information here would be what Amazon provides us like [REDACTED]. 15:50 15:50

BY MR. LOESER: 15:50

Q. What do you mean by [REDACTED]"? 15:50

A. The detailed workflow of the integration. 15:50

Q. Okay. And then you read down, you said: 15:50

"[REDACTED] 15:50

[REDACTED] 15:50

[REDACTED]." 15:50

Do you know what that means? 15:50

A. I don't remember specifically. 15:50

Q. Okay. And if you keep reading, it goes into some detail on the information that is provided by this partnership agreement. And it states: 15:50 15:50 15:50

"Provides Facebook allowances for (a) 15:51

social content API and (b) [REDACTED] 15:51

[REDACTED] 15:51

[REDACTED] 15:51

[REDACTED] 15:51

[REDACTED] 15:51

So what does it mean to say "[REDACTED] 15:51

[redacted] 15:51
[redacted]"? 15:51
A. So -- 15:51
MR. FALCONER: Objection. Foundation. 15:51
Go ahead. 15:51
THE WITNESS: So I believe it's what they publish back to Facebook. 15:51
BY MR. LOESER: 15:51
Q. Okay. So it's information that Facebook is getting from Amazon about users; right? 15:51
A. I wouldn't classify it that way. I would say it's based off of a user publishing it back to Facebook and containing attributes that have better classifications. 15:52
Q. Okay. Why don't you explain what you mean by that. 15:52
A. I think how you're describing it sounds more passive versus what -- I think the intent here is saying that [redacted] 15:52
Q. Okay. That's how you interpret the phrase "[redacted]"? 15:52

A. Yes. 15:52
Q. And what is "OG data"? 15:52
A. Open Graph. 15:52
Q. And so how would [REDACTED] 15:52
[REDACTED] 15:52
How does that work? 15:52
A. Yeah. So it would -- [REDACTED] 15:52
[REDACTED] -- 15:53
so, again, I'm not technical, so I think like from 15:53
my understanding of it, [REDACTED] you 15:53
can [REDACTED] so like [REDACTED] 15:53
So you're able to -- 15:53
Q. [REDACTED] I'm sorry to interrupt, but 15:53
when you say "[REDACTED]," what does that mean? 15:53
MR. FALCONER: Yeah. Can you -- go ahead 15:53
and finish your last answer if you weren't finished. 15:53
THE WITNESS: Oh, sorry. 15:53
BY MR. LOESER: 15:53
Q. Sorry for interrupting. Go ahead. 15:53
A. So, for example, [REDACTED] 15:53
[REDACTED] 15:53
[REDACTED], meaning [REDACTED], 15:53
[REDACTED] 15:53
[REDACTED] 15:53
Q. So you're talking about [REDACTED] 15:53

█████ 15:53
█████, and then █████ 15:53
█████ 15:53
█████? 15:54
A. So, again, I wouldn't put it that way because I think what -- how you're describing it makes it sound like we can just magically pull anything. 15:54
So my understanding is █████ █████ for example, █████ █████ █████ █████ 15:54
Q. █████ █████? 15:54
A. █████. 15:54
Q. Okay. 15:54
MR. LOESER: Exhibit 19. 15:54
(Exhibit 19 marked for identification.) 15:55
BY MR. LOESER: 15:55
Q. This is an email -- Exhibit 19 is an email string from Ime Archibong to, among others, you, dated September 4th, 2012, Subject, "Re: Amazon: Cloud Drive Photo Importing from Facebook." And it is very long string, and I'm going to start at the 15:55

very, very end of it and work through it. 15:55

So first, if you want to take a minute to familiarize yourself with it, that's fine, and I will ask you some specific questions that -- 15:55

A. Yes, please. 15:55

Q. Okay. Are you ready to answer a few questions about this document? 15:59

A. I didn't read it fully, but sure. 15:59

Q. Okay. And then, I think you'll -- we will work our way through it. 15:59

A. Okay. 15:59

Q. If you need to look at it more, that's, of course, fine. 15:59

Okay. So the string ends on September 4, 2012. To go all the way back to the beginning of the string, there is an email from [REDACTED], dated October 31st, 2012, and the email is to you. And he says: 15:59

"Jackie, Per our conversation, attached are screenshots of the Cloud Drive photo integration. This was the demo that [REDACTED], also a few other shots for reference. Let us know what else you need. Reminder, this is highly confidential and 15:59 16:00

sensitive so please treat appropriately."

Do you see that? 16:00

A. Yes. 16:00

Q. And then you have an email that you send back to [redacted] in which you state: 16:00

"Do you have a screenshot of the permissions dialogue that the user will see? Also, do you have any sharing feature back to Facebook in relations to photos? This just looks like pure import correct?" 16:00

So when you say "this just looks like pure import," are you saying that it looks like Amazon is just getting information from Facebook and not a sharing of information; right? 16:00

MR. FALCONER: Objection. Form. 16:00

THE WITNESS: I wouldn't say -- so I think how you are stating it sounds passive. I think what we are trying to say is like having an actual like feature, a feature that allows users to share back. 16:00

BY MR. LOESER: 16:01

Q. Okay. And that sharing back and forth between these two platforms, that's something that you would call reciprocity; right? 16:01

A. Yes. 16:01

Q. Okay. And, in fact, if you move up the string to -- there is an entry -- on August 31st, 2012, there is an email from you. And at this point, you are having a conversation with Chris Daniels about this photos issue with Amazon. And you write: 16:01

"Agreed on getting more clarity around reciprocity as we are going to see this more and more with Amazon. They're strategically looking for more entry points to get users to connect and to pull as much data in their words to 'pre-process their FB share data in conjunction with Amazon data to improve their shopping experience in that visit'; however, making no promises on publishing back." 16:02

A. I believe you added the word "share" in there but, yes, I see what you are saying. 16:02

Q. Okay. That's -- I'm not sure where I added that word, but what I read, minus that word, is what you wrote in this email; right? 16:02

A. Yes. 16:02

Q. Okay. And then you go on and say: 16:02

"They also making no promises or 16:02

indication that they want to move forward with publishing read action from Kindle or converting post-purchase sharing. At this point, they have not contributed anything of value back to the Open Graph, but has taken more than enough value from our data." 16:02

Can you explain to you -- explain to me what you mean there? 16:02

A. In terms of -- I think -- so I don't remember specifically, but I think what I'm referencing to is like publishing instances, like the ability to produce dialogues for users to agree to sharing back. 16:02 16:03

Q. All right. And when you say "at this point, they have -- they have not contributed anything of value back to Open Graph," what do you mean? What would be contributing value back to Open Graph? 16:03

A. So like I said in there, converting post-purchase share, so offering the user the ability to share that they bought something on Facebook. 16:03

Q. And so that would be information that then Facebook acquires about that user's activity with 16:03

Amazon; right? 16:03

A. So, I wouldn't say it's about Facebook acquiring. It would be the user publishing it back to Facebook. 16:03 16:04 16:04

Q. Right. And then Facebook has that information; right? It doesn't just -- 16:04 16:04

A. In Facebook -- 16:04

Q. -- Facebook collects that information about that user; right? 16:04 16:04

A. Well, it's based on the user publishing it. 16:04

Q. Okay. It adds to the information Facebook has about the user. 16:04 16:04

A. It's based off of what the user has decided to share back to Facebook. 16:04 16:04

Q. Okay. We can go up the string. On the next page, there's an email from Mike Vernal, September 1st, 2012, and he writes: 16:04 16:04 16:04

"This seems strictly good for them and bad for us, right? They're pulling data out of the system permanently into their cloud store, which has infrastructure costs, potential engagement costs (if people consume these more here than from a Facebook experience) and, 16:04 16:04 16:04 16:04 16:04 16:05 16:05 16:05

hence, revenue costs (lost inventory)." 16:05
Do you understand what he is saying there? 16:05
A. I don't understand his intent behind that. 16:05
Q. Do you understand what he means by "pulling data out of the system"? 16:05
A. No, I don't. 16:05
Q. Okay. That -- to you, that doesn't mean Amazon collecting information about Facebook users? 16:05
MR. FALCONER: Objection. Asked and answered. 16:05
THE WITNESS: I -- yeah. I don't know. 16:05
BY MR. LOESER: 16:05
Q. Okay. Let's go down. He says: 16:05
"I really think two things: 16:05
"1/There needs to be some kind of reciprocity here; either they need to be contributing data back to the Graph, or they need to be exposing API end points we can call to reciprocate." 16:05
Do you understand that? 16:05
A. I don't understand it in the context that he's saying it, which is probably more technical than I'm familiar with it. 16:06
Q. Okay. Isn't he saying that in its -- Facebook's relationship with Amazon, Facebook wants 16:06

to obtain information from Amazon about users that would contribute data back to the Facebook Graph; right? Isn't that pretty clear? 16:06

A. So I wouldn't state it that way. So, again, like I mentioned earlier, it's about creating sharing options on both sides, so users can choose to share -- share stories back and forth. So creating opportunities for users to share. 16:06

Q. Okay. Then we can go to the first page of the string. And this conversation has continued for quite a while about what information Amazon was pulling from the Facebook Graph and what information Facebook wants to pull from the Amazon Graph. 16:07

And if you look at your email on September 3rd, 2012, from you to Justin Osofsky and Douglas Purdy, among others, you write: 16:07

"UPDATE - positive conversation around reciprocity." 16:07

Is that right? 16:07

A. Correct. 16:07

Q. And reciprocity was an important concept for Facebook with its partners; right? 16:07

A. So, again, I can't reflect on that generally, but in the case of Amazon, yes. 16:07

MR. LOESER: Why don't we take a 10-minute 16:08

break. 16:08

THE VIDEOGRAPHER: This marks -- this marks the end of media No. 4 in the deposition of Jackie Chang. Going off the record. The time is 4:08. 16:08 16:08 16:08

(Off the record.) 16:08

THE VIDEOGRAPHER: This marks the beginning of media No. 5 in the deposition of Jackie Chang. We are back on the record. The time is 4:22. 16:22 16:22 16:22

BY MR. LOESER: 16:22

Q. Miss Chang, we've talked a lot about the planning for the rollout of Platform 3, and I want to make sure the record is clear on what happened in that planning and after the rollout. 16:22 16:22 16:23 16:23

As we saw in the materials we went through, the new Platform 3 deprecated friends permissions and read permissions; is that right? 16:23 16:23 16:23

A. Sorry. What are you referencing to? Or am I supposed to look at a document? 16:23 16:23

Q. No, you don't need to look at a document. I just -- we have been through the documents. I just want to make sure it's clear to the -- clear on the record that those documents showed that with Platform 3, friends permissions and read permissions were deprecated; right? 16:23 16:23 16:23 16:23 16:23 16:23

A. Again, I don't know specifically so whatever 16:23

was reflected in the document. 16:23

Q. Okay. And as the documents show as well, certain apps and partners continued to have access to these deprecated permissions; right? 16:23

MR. FALCONER: Objection. Form. 16:23

THE WITNESS: Again, I don't -- I don't remember where I could say with precise like a hundred percent certainty. I don't know. 16:24

BY MR. LOESER: 16:24

Q. But you could say generally that these friends and read permissions were deprecated? 16:24

A. Again, I don't feel comfortable because I don't remember. 16:24

Q. Okay. And the apps and partners that were given continued access to these permissions fell into categories, three categories, that you described in your email and the slide you prepared on that topic; right? 16:24

MR. FALCONER: Objection. 16:24

BY MR. LOESER: 16:24

Q. Let me remind you what the categories were. There was nonstandard platform agreements, sensitive and strategic partners and private APIs. 16:24

Do you remember that slide that showed those categories? 16:24

A. Yes. I remember the slide. 16:24
Q. Right. And you helped develop those categories; right? 16:24
A. I don't remember specifically. 16:24
Q. But your email appears to indicate that you helped to develop those categories; right? 16:24
A. So, again, whatever the email says, but I don't remember that specific moment in time. 16:25
Q. And Miss Chang, do you know how many total apps and partners were given continued access to friends permissions? 16:25
A. No, I don't. 16:25
Q. How about read permissions? 16:25
A. I don't. 16:25
Q. Do you know if there were records kept of all the apps and partners that were given continued access to friends and read permissions? 16:25
A. I don't know. 16:25
Q. Who would know that? 16:25
A. I don't -- I don't know. 16:25
Q. Okay. You have no idea? 16:25
A. Not for an individual person, no. 16:25
Q. And so in your work now with academic partnerships, if you wanted to figure out if an academic partner had continued access to friends 16:25

permissions, for example, who would you go ask to find that out? 16:25

A. That's not possible. 16:25

Q. It's not possible for an academic researcher to have access to friends permissions? 16:25 16:26

A. No. We don't offer that through the researcher API. 16:26

Q. And when you were working with other types of partners, if you wanted to find out if that partner had access to friends permissions, do you have any recollection at all as to who you would go to to find that out? 16:26

A. I don't know -- I don't know specifically off the top of my head. I don't know, but I don't -- yeah. 16:26

Q. So, again, I want to make sure I understand and use the right terminology. If a developer or partner continued to have access to deprecated permissions, does that by definition mean that the app or partner was whitelisted? 16:26

A. Say that again, please. 16:26

Q. If a developer or partner continued to have access to deprecated permissions after Platform 3 was implemented, does that by definition mean that the app or partner was whitelisted? 16:26 16:27

MR. FALCONER: Objection. Form. 16:27
THE WITNESS: I don't know. 16:27
MR. FALCONER: Go ahead. 16:27
THE WITNESS: Sorry. I don't know in specificity in terms of like what you're referring to, meaning the technical language, I don't know. I don't know if it's a whitelist. I don't know. 16:27
BY MR. LOESER: 16:27
Q. Okay. Do you know if whitelisting is one way the developer or partner continue to have access to deprecated permissions, but that there are other ways as well? 16:27
A. I don't know. 16:27
Q. And is it your understanding that a partner that has a private API, and through that private API gets access to friends permission, is that considered a whitelist, or is that something different? 16:27
A. So, again, I don't -- I don't remember or know what that would be. 16:27
Q. Okay. Do you know if Facebook whitelisted certain app developers so that they had continued access to friends permissions after Platform 3 was implemented? 16:28
A. So, again, I don't remember it so I don't 16:28

know if it could be classified as whitelist. 16:28

Q. The term "whitelist" is not one you have used so frequently that you remember to this day what it means? 16:28

A. No. 16:28

Q. Do you have any idea of the process that's used to determine if an app developer or partner is whitelisted so that they have continued access to friends permissions? 16:28

A. Yeah. I don't recall it. 16:28

Q. Do you know if Facebook keeps records of whitelisted developers/partners? 16:28

A. I don't know. 16:28

Q. You have no recollection at all as to whether that information is collected and maintained in one place so that someone could easily find out who are all of the whitelisted partners or developers? 16:29

A. So again -- 16:29

MR. FALCONER: Asked and answered. 16:29

THE WITNESS: -- that's outside my scope, so I don't know. 16:29

BY MR. LOESER: 16:29

Q. Now, if we go back to slide -- I'm sorry, deck -- Exhibit 12 for a minute. And if you look at 16:29

the fourth page "Preparing for the Deprecations." This indicates that of these categories here, "Pre Enforce," "Standard" and "Extension," "Exception," under "Standard," "apps are notified on P-day," I assume that is platform day, "and have a certain -- N days to comply"; right? 16:29 16:29 16:29 16:30 16:30 16:30

A. So I don't know. 16:30

MR. FALCONER: Objection to form. 16:30

BY MR. LOESER: 16:30

Q. And then on Extension, that also seems to indicate that that would last for a certain amount of time, right, "apps given n + x days to comply"; right? 16:30 16:30 16:30 16:30

A. Again, I don't remember. 16:30

Q. And then if you look at the last one, "Exceptions," which your email talked about quite a bit. Those are -- those grant access to whitelisted apps and partners indefinitely; is that right? That means there is no end date that's predetermined; right? 16:30 16:30 16:30 16:30 16:30 16:30

A. I don't know. 16:30

Q. And you have no recollection whatsoever about which apps or partners fell into each one of these categories? 16:30 16:30 16:31

A. Correct. I don't remember. 16:31

MR. FALCONER: Derek, you're on mute. I don't know if you did that on purpose. 16:32 16:32

MR. LOESER: I did not do that on purpose. 16:32

BY MR. LOESER: 16:32

Q. So if we can go back to Exhibit 8. 16:32

DEPOSITION REPORTER: Excuse me, Counsel, which exhibit?

MR. LOESER: This is Exhibit 8. This is an Excel file. 16:32 16:32

BY MR. LOESER:

Q. I want to make sure I understand. This is an exhibit of apps that are whitelisted for friends permission; right? This is attached to a document that explained that that's what this is. 16:32 16:32 16:32 16:32

MR. FALCONER: Objection. Form. 16:32

BY MR. LOESER: 16:33

Q. I'll just refer -- Exhibit 7 is an email from KP to, among others, you, and it attaches a spreadsheet with all apps with friends permissions. Sorry. 16:33 16:33 16:33 16:33

So these are the friends permissions that are provided. And, again, I just want to make sure if you have any understanding of what these different friends permissions, how they operate and what they provide. 16:33 16:33 16:33 16:33 16:33

So if an app -- let's take Socialcam because it's short. If an app has [REDACTED], [REDACTED] what does that mean that app can get from Facebook? 16:33

A. So again, I don't -- 16:33

MR. FALCONER: Objection. Form. 16:33

Go ahead. 16:33

THE WITNESS: Sorry. I don't think -- I don't know if that's the document that was being referenced so I -- and I don't know specifically. 16:33

BY MR. LOESER: 16:34

Q. Okay. Do you have any understanding of how these friends permissions work with any of these apps or partners? And, again, looking at Socialcam, and this is a list of the friends permissions that Socialcam has. 16:34

Do you understand what Socialcam can obtain from the Facebook Graph based upon these permissions? 16:34

A. No, not specifically. 16:34

Q. Would it be a fair assumption that if Socialcam has access to the [REDACTED], it can obtain [REDACTED] from the Facebook Graph? 16:34

MR. FALCONER: Objection. Form. 16:34

THE WITNESS: So, again, I don't -- I don't remember, so I can't assume. 16:34 16:34

BY MR. LOESER: 16:34

Q. Did you have any interaction with a partner in a discussion of the information -- the permissions the partner was interested in, where they said to you, Hey, we want to arrange so that we have permission to access [REDACTED]? 16:35 16:35 16:35 16:35 16:35

A. I don't remember specifically like individual permissions. 16:35 16:35

Q. Okay. Do you remember any conversations at all about friends permissions with any partner? 16:35 16:35

A. I don't remember specifically anything about friends permission. 16:35 16:35

Q. Do you remember anything generally about friends permissions? And particularly, I'm asking if any partner that you have worked with raised that as a permission that they were interested in gaining access to. 16:35 16:35 16:35 16:35 16:35

A. I don't -- I don't -- I don't recall. 16:35

MR. LOESER: Okay. We can go to Exhibit 21. 16:36

(Exhibit 20 marked for identification.) 16:36

MR. LOESER: Oh, is it 20? Yeah. 16:36

While that's being loaded, for the record, this is an email from Simon Cross to, among others, 16:36 16:36

yourself, dated October 24th, 2013, "Subject: Capabilities tool improvement request - feedback by end of day Sunday, please." With attachment, "Capability audit 24 October 2013," attaching an Excel spreadsheet. 16:37

BY MR. LOESER: 16:37

Q. Do you see that document, Miss Chang? 16:37

A. I see the email, yes. 16:37

Q. So this email starts with Mr. Cross saying: 16:37

"Hi guys, Over the last few weeks, you'll have noticed Engineering have moved many app-based GKs over to the new Capabilities tool. Going forward, this tool is going to be a much larger part of our lives -- it's where the vast majority of whitelists will be managed. Platform Simplification is about to introduce even more whitelists -- such as allowing apps to be exempt from the transition to hashed UIDs, or to be able to ██████████ ██████████." 16:37–16:38

Did I read that accurately? 16:38

A. Yes, you -- yes. 16:38

Q. Do you recall receiving this email and the 16:38

attachment that it provides? 16:38
A. I don't recall it specifically. 16:38
Q. Do you recall it at all? 16:38
A. No, I don't. 16:38
Q. And can you tell me what [REDACTED]" are? 16:38
A. I don't know. 16:38
Q. You have no recollection whatsoever? 16:38
A. No. Again, I'm not -- I'm not the technical person, so I just don't -- I don't know technically what it would mean. 16:38
Q. Okay. Do you know what the Capabilities tool was? 16:38
A. Not specifically. I've heard of it, but I don't know it in detail. 16:39
Q. Well, what have you heard about it? 16:39
A. It looks like some sort of permissioning tool. 16:39
Q. And what does that mean? 16:39
A. It grants permissions. 16:39
Q. Who does it grant permissions to? 16:39
A. So, again, I don't -- I don't know the technical specifics, so I don't feel comfortable talking about it in depth because I might mischaracterize it. 16:39

Q. Okay. You've said all that you feel comfortable saying about it? 16:39

A. Well, like all that I know about it. 16:39

Q. And before I asked you if there was a place where whitelists were managed, and this seems to indicate that the Capabilities tool is where the vast majority of whitelists will be managed. 16:39

Does that refresh your recollection about where whitelists are managed? 16:39

A. No. 16:39

Q. Okay. And this uses the term "platform simplification," which previously we saw you were tasked with various things having to do with platform simplification. 16:40

Can you provide any more information on your understanding of platform simplification? 16:40

MR. FALCONER: Objection. Form. 16:40

THE WITNESS: No. Again, this wasn't the top of like my -- my focus, so I don't really have a lot of recollection around this. 16:40

BY MR. LOESER: 16:40

Q. Do you recall that based on the information that was sent to you here and the description of this email, there were thousands of different app developers and partners that had been whitelisted by 16:40

Facebook? 16:40

A. I -- I don't know technically. 16:40

Q. Do you recall whether you were concerned about the number of whitelisted partners or app developers? 16:40 16:41 16:41

A. I don't remember. 16:41

Q. And you see in that first paragraph that as part of platform simplification, there were going to be even more whitelists? Do you see where it says that those whitelists, among other things, were going to allow apps to be exempt from the transition [REDACTED], or to be [REDACTED] [REDACTED]? 16:41 16:41 16:41 16:41 16:41 16:41 16:41

So is that indicating to you that [REDACTED] [REDACTED] [REDACTED]? 16:41 16:41 16:41

A. Can I read -- sorry, can I have one moment to read? I just haven't had a chance. Are you looking at the second paragraph? 16:41 16:41 16:41

Q. I'm just looking at the first paragraph where it says. 16:41 16:42

A. Okay. Sorry, can you repeat the question? 16:42

Q. Yeah, I'm trying to make sure I understand your knowledge of [REDACTED] [REDACTED] 16:42 16:42 16:42

[REDACTED]. 16:42

A. So I -- 16:42

MR. FALCONER: Objection. Form. 16:42

Go ahead. 16:42

THE WITNESS: I don't remember enough to be able to make those conclusions, and I also just don't know if you're interchanging technical terms that I can't really speak to. 16:42

BY MR. LOESER: 16:42

Q. So what was your job in October of 2013? 16:42

A. I believe it was partner manager. 16:42

Q. And so if you look at the next paragraph it says: 16:43

"Today there are [REDACTED], [REDACTED] and [REDACTED] [REDACTED] in the system. [REDACTED] are important -- they [REDACTED] [REDACTED], and [REDACTED]." 16:43

Do you understand what "[REDACTED] are? 16:43

A. Not in -- not in the technical sense, no. 16:43

Q. Do you understand it in any sense? 16:43

A. Other than what I said earlier, which is it's some [REDACTED]. 16:43

Q. This says: 16:43

"This tool will be the primary way we manage [REDACTED], so it should [REDACTED] and allow us to manage [REDACTED] of [REDACTED] [REDACTED]." 16:44

Do you see that? 16:44

A. Yes, I see that. 16:44

Q. Now, as the partner manager, were you aware of that use for [REDACTED]? 16:44

A. I'm not sure I understand. 16:44

Q. Did you use the [REDACTED] at all in your position at the time? 16:44

A. I don't remember. There's a lot of tools, so I don't remember this one specifically. 16:44

Q. So you don't remember the tool that was the primary way Facebook managed the private part of the platform so it could "manage the risk of exposing private features/data to third-party developers"? 16:44

MR. FALCONER: Objection. Form. 16:44

THE WITNESS: Yes. Again, I don't remember. 16:44

MR. LOESER: If we can go to Exhibit 22? 16:45

(Exhibit 21 marked for identification.) 16:45

MR. FALCONER: This is Exhibit 21; right? 16:46

MR. LOESER: Yeah. 16:46

BY MR. LOESER: 16:46
Q. Miss Chang, I'm showing you Exhibit 21, which is an email from Paul Stepnowsky to, among others, you. This is dated September 3rd, 2019, and it contains a chat message; is that right? 16:46
A. Yes, I see that. 16:46
Q. And so in 2019, what was your position at Facebook? 16:46
A. I believe it was product partnerships. 16:46
Q. Who is Paul Stepnowsky? 16:46
A. I don't remember specifically. 16:46
Q. Okay. So on September 3rd of 2019, there was this chat, and it starts with Paul Stepnowsky writing, "Hi Eli, Riana and I are working on a TechCrunch inquiry, asking about a publicly exposed data set that contains user phone numbers." 16:46 16:47
Do you -- first of all, is "TechCrunch" a publication? 16:47
A. Yes. 16:47
Q. Are you familiar with that publication? 16:47
A. I know what it is, yes. 16:47
Q. And a "publicly exposed data set that contains user phone numbers," what does that mean? 16:47
A. I don't know. 16:47
Q. Do you know what a "publicly exposed data 16:47

set" is? 16:47
A. I don't know in this context. 16:47
Q. Mr. Stepnowsky writes: 16:47
"We are trying to understand the 16:47
[REDACTED]. We 16:47
understand this permission is 16:47
restricted to a limited set of 16:47
partners, and we are hoping to learn 16:47
a bit more about who is granted this 16:48
permission and how they get it." 16:48
Do you see that? 16:48
A. Yes. 16:48
Q. And you see down below, Paul Stepnowsky 16:48
adds, "Adding Jackie in case she knows." Right? 16:48
A. Yes. 16:48
Q. So Mr. Stepnowsky thought that you would be 16:48
knowledge about this permission and how a partner 16:48
could get it; right? 16:48
A. Yes. It seems so. 16:48
Q. Down below a little bit, Amit Sangani says, 16:48
"[REDACTED] [REDACTED] 16:49
[REDACTED] -- 16:49
(Clarification requested by Reporter.)
BY MR. LOESER:
Q. Amit Sangani writes:

"[REDACTED] [REDACTED]
[REDACTED]
[REDACTED] 16:49
[REDACTED] Eddie O'Neil, PM Director, is 16:49
the owner of this capa." 16:49
Do you see that? 16:49
A. Yes. 16:49
Q. And Eddie O'Neil was the product manager director, is that what that means? 16:49
A. Yes. 16:49
Q. And what does it mean to be the owner -- and I assume that's capability. What does it mean to be the "owner of a capability"? 16:49
A. I believe it's your name is mapped to it. 16:49
Q. Okay. And is that because you provided permission to that partner to use that capability or you were responsible for creating that capability? 16:49
A. So I don't know enough around the rules for that to -- I don't know. 16:50
Q. If you look down a little further in the chat, Mr. Stepnowsky says: 16:50
"We are having trouble determining if the data was obtained from an app." 16:50
Can you explain why it would be hard to determine if data was obtained from an app? 16:50

CONFIDENTIAL

```
1        MR. FALCONER:  Objection.  Form.           16:50
2        THE WITNESS:  So I don't know specifically. 16:50
3   Again, I'm not technical, which is why I believe I 16:50
4   referred to partner engineering.                 16:51
5   BY MR. LOESER:                                   16:51
6        Q.   All right.  We can run down the chat, to the 16:51
7   next page.  Alonso Fernandez Baptista, on September 16:51
8   3rd, 2019, writes:                               16:51
9            "In 2011 ████████████████████████       16:51
10           ███████████████████████, only           16:51
11           to remove it a few days later after     16:51
12           what I assume was negative feedback.    16:51
13           At around Q4 2016 and Q2 2017 we        16:51
14           started ██████████████████████          16:51
15           ████████████████████████████           16:51
16           ████████████████████████████           16:51
17           ████████████    We wanted to get a sense 16:51
18           of how it helped ████████████           16:51
19           █████████████████ how it helped         16:51
20           ███████████████████████                 16:51
21           ███████ and how it helped ████████      16:51
22           ███████████████████████████████        16:51
23           ████████████."                          16:52
24   And then I'm moving forward a bit:              16:52
25           "In Q4 2017 we decided ████████████     16:52
```

[redacted] 16:52
[redacted] All beta testing [redacted] 16:52
[redacted] 16:52
[redacted]." 16:52
So do you have any understanding at all of what happened here? 16:52
A. Not specifically. I believe at that time, I was just moving out of Internet.org back into product partnerships, so I don't -- I don't know the history of a lot of it. 16:52
Q. So is it a fair read to say that this capability was whitelisted to what I refer to as "beta partners" and because of that, they were able to continue using a permission that had been publicly deprecated? 16:52
MR. FALCONER: Objection. Form and foundation. 16:53
THE WITNESS: Again, I don't know the history, and I don't know like the whole background that Alonso is providing, so I can't speak on his behalf. 16:53
BY MR. LOESER: 16:53
Q. All right. If you go down a bit farther, Mr. Stepnowsky says: 16:53
"Got it. I also think that on the 16:53

dev website it might be behind a gatekeeper, so it isn't publicly accessible." 16:53

Can you tell me what it means for a permission to be behind a gatekeeper? 16:53

A. I -- again, a lot of these are very technically nuanced, so I don't know what the difference is of them or what they are. 16:53

Q. You understand that if a permission or an API is publicly accessible, that means that anyone can determine publicly what in it exists? 16:53

A. Say that again. 16:53

Q. If a developer wants to know what are all the publicly available APIs, that is something that they can presumably go online or get from Facebook from public sources? 16:54

A. So they can go to Face- -- developer.Facebook.com. They could read about it and then they can apply through the developer platform process. 16:54

Q. Okay. And if a -- if a permission is not publicly available, then an app developer can't -- won't know what those permissions are, absent some direct discussion with Facebook? 16:54

A. So, again, I am not the technical expert 16:54

here, and I don't know in that nuance of how you're referring if they could be used interchangeably, meaning permission and whatever else you were referring to. 16:54 16:54 16:54 16:54

MR. LOESER: We can go to the next exhibit. This should be Exhibit 22 by my count. My tabs are off now, so I will be making a lot of mistakes, I'm sure. 16:54 16:55 16:55 16:55

MR. FALCONER: They are off by 1. It would be easier if they were off by like 46. 16:55 16:55

(Exhibit 22 marked for identification.) 16:55

BY MR. LOESER: 16:55

Q. Miss Chang, I'm showing you what's been marked Exhibit 22, which is an email from Simon Cross to Eddie O'Neil, dated March 27, 2014. "Subject: Forward: API deprecation," "Attachments: Events Privatization_2013," and some other letters. 16:55 16:55 16:55 16:55 16:56

Do you see that? 16:56

A. Yes. 16:56

Q. And the email below that indicates that there's a thread about "Events API deprecation." 16:56 16:56

A. Can I read that? 16:56

Q. Sure. 16:56

A. Thank you. Okay. 16:57

Q. Miss Chang, this is another email thread 16:57

about deprecations of certain permissions in 16:57
connection with the new platform. And do you see 16:57
the reference to -- well, let's look at the email at 16:57
the top. It says: 16:57
"Here's the whole thread about 16:57
[redacted]. Given the 16:57
other stuff, I guess we need to tell 16:57
them we should NOT deprecate the 16:57
[redacted]. Concur?" 16:57
Do you see that? 16:57
A. Yes. 16:57
Q. And then in the email below from you to 16:58
Aditya Koolwal and Simon Cross, among others, dated 16:58
March 24, 2014, "Subject: Re: API deprecation," you 16:58
provide some fairly specific information about the 16:58
topic of API deprecation; is that right? 16:58
A. Yes. 16:58
Q. Okay. So this shows your involvement in 16:58
this -- in this task of sorting out API removals; 16:58
right? 16:58
A. Yes, but I don't recall specifically. 16:58
Q. Okay. And it looks like you did some pretty 16:58
detailed work here. You say that you, "synced up 16:58
with Simon and we agree with the API removal list 16:58
you outlined. I went ahead and cleaned up the list 16:58

of APIs for removal and outlined the API calls in the attached. Could you look over and verify that it's all correct as Simon is going to translate this into a task for engineering? Additionally, can you provide some additional clarifications/confirmations for the below:" 16:58 16:59 16:59 16:59 16:59 16:59

Did I read that correctly? 16:59

A. Yes. 16:59

Q. Can you read your first bullet there in your email. 16:59 16:59

A. "Since some partners (i.e. Mobile) require access to APIs beyond the 12 month outlined for PS12N, do you want to privatize these APIs instead of maintain them as capabilities? This will allow us maintain access to a few devs while publicly deprecating it." 16:59 16:59 16:59 16:59 16:59 16:59 16:59 16:59

Q. So can you explain what you are describing here? 16:59 16:59

A. I don't remember in detail where -- it would be hard for me to explain in detail. I don't know. 16:59 17:00

Q. Okay. So what you say here is that -- and again, this appears to be part of the process of deprecating permissions when Facebook transitioned 17:00 17:00 17:00

Veritext Legal Solutions
866 299-5127

to the new platform; right, which it looks like you were involved in a lot of ways in that process. Another one concerns this API removal list; right? 17:00 17:00 17:00

MR. FALCONER: Objection. Form. 17:00

THE WITNESS: So I don't know, but, yeah, I see the email. 17:00 17:00

BY MR. LOESER: 17:00

Q. Okay. And this suggests that -- that "some partners require access to APIs beyond 12 months outlined for PS12N." 17:00 17:00 17:00

And so as you recall, when we went through the different categories of partners that were getting extended permissions, some were extended permissions for a limited amount of time and some were extended permissions indefinitely; right? 17:00 17:00 17:00 17:00 17:00

A. Sorry. In that -- in that PowerPoint slide? 17:01

Q. Right. 17:01

A. Yes, I remember the PowerPoint slide. 17:01

Q. Okay. So this appears to be indicating that Mobile as private -- because Mobile requires access beyond 12 months, that your idea was to privatize those apps so that their access to these deprecated permissions would not end in 12 months; is that right? 17:01 17:01 17:01 17:01 17:01 17:01

A. So I don't remember specifically, but -- 17:01

Veritext Legal Solutions
866 299-5127

yes, it seems like I'm posing the question. 17:01

Q. So, certainly, as of the date of this email, March 24, 2014, you knew that there would be some partners that would require access to deprecated APIs for more than 12 months after the new platform was introduced; right? 17:01 17:02 17:02 17:02 17:02

A. So I don't know, at that moment in time. 17:02

Q. So looking at what you wrote, you're telling me you can't determine, based on what you wrote, that there were some partners that would require access to APIs beyond the 12 months outlined for PS12N? 17:02 17:02 17:02 17:02 17:02

A. I know what I wrote, but I don't remember it in specificity where I would know the full context of what you're implying. 17:02 17:02 17:02

Q. Okay. Do you have any reason to believe that the information that you wrote in this email is inaccurate? 17:02 17:02 17:02

A. I don't know. 17:02

Q. You don't have any reason to believe that, do you? 17:02 17:02

A. I mean, there's always a possibility of inaccuracy, but I don't know. It's not my intent to be inaccurate. 17:02 17:02 17:03

Q. Did you have any involvement at any point in 17:03

your career at Facebook with screening third-party developers before -- well, strike that. 17:03

Do you know whether Facebook screened third-party developers or their apps before granting them access to Graph API? 17:03

A. I -- 17:03

MR. FALCONER: Object to form. 17:03

THE WITNESS: Sorry. I don't understand. Can you give me an example. 17:04

BY MR. LOESER: 17:04

Q. Sure. Let me ask again. Do you know whether Facebook screens apps or developers before allowing them to access the Facebook Graph? 17:04

MR. FALCONER: Objection. Form. 17:04

Go ahead. 17:04

THE WITNESS: So we have like a public workflow that has a developer operations team that reviews the apps, so I don't -- I don't know if that's what you're referring to. 17:04

BY MR. LOESER: 17:04

Q. And do you know anything about the process for reviewing apps, how that's done? 17:04

A. Not in detail. 17:04

Q. Do you know if that process changed after 2012? 17:04

A. So I can't really speak to that process. I don't know. 17:04 17:04
Q. Do you know if Facebook reviewed privacy policies of third-party apps to ensure that they complied with Facebook's own policies before providing those apps access to Facebook Graph? 17:04 17:05 17:05 17:05
MR. FALCONER: Objection. Form. 17:05
THE WITNESS: Sorry. Can you say that again? 17:05 17:05
BY MR. LOESER: 17:05
Q. Do you know if Facebook reviewed the privacy policies of third-party apps? 17:05 17:05
A. I -- I don't know. 17:05
MR. FALCONER: Objection.
THE WITNESS: I'm sorry. 17:05
MR. FALCONER: Yeah. Just same objection. 17:05
BY MR. LOESER: 17:05
Q. Are you familiar with the Facebook data use policy? 17:05 17:05
A. Not in -- not -- not specifically. I guess it's in what context? 17:05 17:05
Q. Well, have you ever read any version of Facebook's data use policies? 17:05 17:06
A. So I don't remember that specifically, but if you're talking about like a -- like a platform 17:06 17:06

usage, I mean, I know we have platform terms. 17:06

Q. Well, do you -- have you ever reviewed 17:06
Facebook's platform policies, platform developer 17:06
policies? 17:06

A. I mean, I have read it, but I don't remember 17:06
all the details of it. 17:06

Q. And what about the Facebook data use 17:06
policies specifically? Is that something you recall 17:06
ever reading? 17:06

A. I don't remember. 17:06

Q. During all your time working with Facebook 17:06
partners, did you ever become aware of any violation 17:06
of Facebook policies by any app developer or 17:06
partner? 17:06

A. Sorry. In what sense? 17:06

Q. In any sense. 17:06

A. I mean, I've heard that it's happened, but I 17:06
don't recall anything specific. 17:07

Q. Can you recall any specific instance of a 17:07
partner with whom you worked violating any Facebook 17:07
platform policy? 17:07

A. Again, I don't remember specifically but, 17:07
yeah, it's definitely possible. 17:07

Q. But you never saw it happen; is that what 17:07
you are saying? 17:07

A. I don't remember. I don't remember every instance of my interactions so I don't know. 17:07 17:07

Q. And there was no platform policy violation of any partner with whom you worked that you can specifically recall? 17:07 17:07 17:07

A. Not specifically. 17:07

Q. Do you remember generally any platform violations by any of the partners with whom you worked? 17:07 17:07 17:07

A. I know that platform violations is possible, but I don't know specifically who or what. 17:07 17:07

Q. Are you aware that the data use policy has a provision that states, "If an application asks permission from someone else to access your information, the application will be allowed to use that information only in connection with the person that gave the permission and no one else"? 17:08 17:08 17:08 17:08 17:08 17:08

MR. FALCONER: Objection. Form. 17:08

THE WITNESS: I don't know that line specifically off the top of my head. So I'll -- assuming if you're reading it from an actual thing, yeah, that's -- 17:08 17:08 17:08 17:08

BY MR. LOESER: 17:08

Q. And did you observe any situation in which that specific policy I mentioned was violated by any 17:08 17:08

app or partner? 17:08

MR. FALCONER: Objection. Form. 17:08

THE WITNESS: So I don't remember. 17:08

MR. LOESER: It we can go to tab 25. 17:09

(Exhibit 23 marked for identification.) 17:09

BY MR. LOESER: 17:09

Q. Miss Chang, I'm showing you what's been marked Exhibit 23, which is an email from you to Eddie O'Neil, Marie Hagman and Simon Cross, dated November 21, 2013, "Subject: Capability Requirements Post-PS12n & privatization" and there is an attachment "Capability_Legal&Privacy." 17:09 17:10 17:10 17:10 17:10 17:10

Do you see that? 17:10

A. Yes. 17:10

Q. And so you wrote an email and you provided an attachment specifically regarding "Capability Requirements post-PS12n & privatization." 17:10 17:10 17:10

And take a minute to look at your email and tell me if you recall what you are referring to in the subject line of this email. 17:10 17:10 17:10

A. Sorry. I'm pulling up the document. Okay. 17:10

Q. So I'm looking at the subject of your email that you wrote, "Capability requirements post-PS12n & privatization." 17:12 17:12 17:12

Do you understand what that refers to? 17:12

A. Not specifically, but I -- I see the email. 17:12

Q. Okay. And do you remember your role in coming up with a new process for capabilities? 17:13

A. I don't remember. I would say there's been a lot of processes through the years. They blend together so I don't remember this one specifically. 17:13

Q. Okay. So let's go through your email. You start: 17:13

"I went through a review with the privacy XFN, legal, and policy team this week and have agreed upon the new process for capabilities." 17:13

So that's work that you did collecting information from these other groups; is that right? 17:13

A. No. It sounds like I reviewed with those groups and have aggregated their feedback. 17:13

Q. Okay. And then your next sentence says: 17:13

"Attached are supporting slides for my findings and recommendations around the capability creation and approval process post-PS12n and (2) privatization of existing APIs. Below are the key points." [As read.] 17:14

So this email presents the -- your findings and recommendation around those two topics based 17:14

upon your review with the privacy, XFN, legal and policy team; is that right? 17:14 17:14

A. I believe so, but I -- again, I don't remember this specifically. 17:14 17:14

Q. Okay. So at the time that you wrote this email, you appeared to have a good understanding of capability, creation and approval process post-PS12N & privatization of existing apps; is that right? 17:14 17:14 17:14 17:14

A. I wouldn't assume that. 17:14

Q. You wouldn't assume you had a good understanding, even though in this email you present your findings and recommendations regarding those topics? 17:14 17:14 17:14 17:14

A. Correct. I wouldn't assume that because I'm working with many different groups, so I'm usually aggregating knowledge across, so I would not say I am the expert. 17:14 17:14 17:14 17:14

Q. Okay. But they were your findings and your recommendations; is that right? 17:14 17:15

A. Based off of what I collected at the time. 17:15

Q. Your first key point here -- by the way, reviewing this email, do you recall what the -- what is referenced by post-PS12N? 17:15 17:15 17:15

A. Looking at that now, and I think you've been pointing out platform simplification, I do connect 17:15 17:15

the two now. 17:15
Q. Okay. And you were very involved in tasks relating to platform simplification; right? 17:15
A. I wouldn't assume that. 17:15
Q. You were involved enough to be responsible for aspects of platform simplification; right? 17:15
A. I wouldn't assume that. 17:15
Q. Even for --
A. Being I supported -- I supported the work stream, but I can't characterize because I don't remember if that was my position, so that's why I wouldn't assume that. 17:15
Q. But we have looked at email where you were assigned a particular task with regard to platform simplification; right? 17:16
A. So assigning to task doesn't mean I -- I own that. 17:16
Q. What does it mean? 17:16
A. It means I'm assigned to task. 17:16
Q. Having been assigned the task, presumably you learned something about it? 17:16
A. I guess. But, again, I don't know from that moment in time. It's 2013, so I don't remember at that moment in time. 17:16
Q. Okay. Well, let's look at what your key 17:16

points were in your findings and recommendations. 17:16
The first one was: 17:16
"Capability creation should not be gated by approval. We should put the same requirements/trust as we do with GK - this will ensure the most optimal adoption by engineering." 17:16
What did you mean by that? 17:16
A. Again, I don't know. 17:17
Q. No memory whatsoever of what that finding and recommendation meant? 17:17
A. I don't know between capability and GK how it's blended, where I -- I don't know -- like I don't recall enough between the two, the differences. 17:17
Q. Okay. And what is "GK"? 17:17
A. Gatekeeper. 17:17
Q. Okay. And then, in your second key point from your findings and recommendations you state: 17:17
"Capabilities fall into two major buckets: Internally-used and externally-used." [As read.] 17:17
Do you recall dividing capabilities into those two buckets? 17:17
A. I don't remember. 17:17

Veritext Legal Solutions
866 299-5127

Q. Do those -- do capabilities fall into those two buckets? 17:17 17:17
A. I don't know generally for them, but what it says in the email is what it says. But I don't -- I don't know if that's -- I don't know enough to know if that classification is true. 17:17 17:17 17:17 17:17
Q. But, presumably, when you wrote this email, you believed that that was true; right? 17:17 17:18
A. I don't know. 17:18
Q. Okay. You might have written an email in which you had no idea whether that information was true or not? 17:18 17:18 17:18
A. Again, I don't know. I don't remember that, so I don't want to make assertions for a moment in time that I can't remember. 17:18 17:18 17:18
Q. Okay. But it would be pretty unusual, don't you think, for you to write an email in which you make knowingly untrue assertions? 17:18 17:18 17:18
A. I wouldn't position it that way because this stuff is highly technical, so I think there's a high possibility for me not to know at all -- to all extent to say that it's completely true. 17:18 17:18 17:18 17:18
Q. So any email we pick up from this time period, maybe everything you said was wrong, maybe right. What I am asking is: You wouldn't knowingly 17:18 17:18 17:18

present false information; right? 17:18

A. Not to my -- yeah, I wouldn't -- if I knew, I wouldn't make an assertion. 17:18

Q. So if you could read what you've written for "externally-used" down after your description of "Capabilities falling into two major buckets," your second bucket is "externally-used," and if you go down to that bullet, could you read that bullet? 17:19

A. "Externally-Used: These capabilities generally break out to" -- "breakout to ████ (i.e. ██████████) and ████████ functionality (i.e. █████████████ █████). They are typically riskier because we're putting a lot of trust into the hands of developers and hoping they understand the intended use and never alter the experience without our approval." 17:19

Q. And what did you mean by -- explain what you meant by that sentence. 17:19

A. Again, I don't remember in that specific moment, so I don't -- I -- I don't know enough to be able to -- to interpret that. 17:20

Q. So as you sit here today, reading this language means nothing to you? 17:20

A. A lot of it doesn't look familiar. 17:20
Q. I asked you if it meant anything to you. Can you discern the meaning of what you wrote when you wrote this email describing the externally-used capabilities? 17:20
A. I can't because a lot of things aren't that familiar, which would require me to assume and speculate about things. 17:20
Q. So at the time that you wrote this email, as the email reflects, you went through a review with privacy, XFN, legal and the policy team, and you made these recommendations. 17:20
So fair to say that when you wrote this email, you had an adequate understanding of the topics that you were discussing in this email? 17:21
A. I -- I don't know. 17:21
Q. If you read further down your key points, the fourth one is, "Capabilities meant to support external apps," and you write, "Capabilities meant to support external apps should," and could you read that first bullet, please? 17:21
A. "Should ALWAYS require an agreement/ light-weight confirmation. Depending on how strategic or data sensitive the capability, we will require the 17:21

appropriate coverage. At the very least, this will put adequate notice for developers that (1) capabilities can go away at any time, (2) you cannot launch without our approval, and (3) you cannot materially change your integration without our approval." 17:21 17:21 17:21 17:21 17:21 17:22 17:22

Q. So what did you mean when you said "depending on how strategic or data sensitive the capability, we will require the appropriate coverage"? 17:22 17:22 17:22 17:22

A. So I don't remember -- I don't remember at that time what that would be inferring to. 17:22 17:22

Q. As you sit here today, reading the words that you wrote, can you understand how the -- how strategic or data sensitive the capability, how that would relate to whether you need appropriate coverage? 17:22 17:22 17:22 17:22 17:22

A. So, again, over time, my -- my understanding, things have changed. So I don't feel comfortable saying that I know what it meant back then. 17:22 17:22 17:22 17:22

And looking at it now, I would say "strategic" just means, you know, of strategic value, but I don't know specifically what the 17:22 17:22 17:22

criteria would be. 17:22

Q. And what is -- what do you mean by "how data sensitive the capability"? What does that pertain to? 17:22

A. Again, I don't know. 17:22

Q. Would that suggest that some capabilities provide access to more sensitive information than other capabilities? 17:23

A. So that would require me to assume. I don't know. 17:23

Q. So, again, we're looking at another document in which you're providing a recommendation about a subject on which it appears you did a fair amount of work, but sitting here today, you have utterly no understanding of what you wrote. 17:23

A. Correct. 17:23

MR. FALCONER: Objection to form. 17:23

THE WITNESS: I mean, it was in 2013. I worked on a lot of projects, so I don't remember this in specificity. 17:23

BY MR. LOESER: 17:23

Q. And, then, if you look down to paragraph 5, you write: 17:23

"For APIs becoming privatized, Aldo King would like to run a personal 17:23

review of these and help us determine if we should require a new confirmation from devs that we're granting these capabilities to." 17:23

So do you recall what you meant by "APIs becoming privatized"? 17:24

A. If an API became private -- from public to private. 17:24

Q. Yeah. These are your words that you wrote, so do you have an understanding of what that means? 17:24

A. Not in the context of that time because I don't remember at that very moment. 17:24

Q. Well, what would it mean to you today? 17:24

A. From public to private. 17:24

Q. And what does that mean? 17:24

A. If it was a public API and now it's private API. 17:24

Q. And why did APIs become private? 17:24

A. I don't know. 17:24

Q. Despite your work in this area, you have no recollection whatsoever about why certain partners entered into private APIs with Facebook? 17:24

A. No. I can't generalize across the board, so I don't know. 17:25

Q. I'm not asking you to generalize across the 17:25

board. I'm asking if you have any understanding at all. 17:25

MR. FALCONER: Objection. Form. 17:25

THE WITNESS: Again, I don't remember, so I don't -- I can't really speak to it. 17:25

BY MR. LOESER: 17:25

Q. So if someone called you up today and said, Miss Chang, can you explain to me what the difference between a private and a public API is, and why a Facebook partner would have a private API, you have no answer that you could provide? 17:25

A. Correct. I would -- I don't know because there is a lot of technical nuance, and I don't know what it would mean today. 17:25

Q. And you don't know what it would mean today and you don't know what it meant in 2013; right? 17:25

A. I don't remember. 17:25

Q. And the email outlining your findings and recommendations, based upon all the work you did to develop them, doesn't refresh your recollection in any way as to what that term means? 17:25

MR. FALCONER: Objection. Form. 17:26

THE WITNESS: Yes, it doesn't. Again, this wasn't -- this wasn't really like my -- I didn't really recall a lot around this because it wasn't my 17:26

main thing I was focused on, so I -- I just don't recall a lot of it. 17:26 17:26

BY MR. LOESER: 17:26

Q. So, Miss Chang, it appears from the email that we went through that you were involved with deprecating -- working with partners for whom friends and reads permissions were deprecated over the course of a couple of years. And based on your testimony today, it sounds like you have no recollection of any of those efforts, notwithstanding working on those matters for a couple of years. Can you explain that? 17:26 17:26 17:26 17:26 17:26 17:26 17:26 17:26 17:26

A. So I wouldn't -- 17:26

MR. FALCONER: Objection to form. 17:26

THE WITNESS: So I wouldn't generalize it to that. So as you said, it's been over like -- it's been over eight years, so I don't remember that. I've worked on a lot of different projects, a lot of them blend together, so I don't remember this specifically. 17:26 17:26 17:26 17:26 17:27 17:27

BY MR. LOESER: 17:27

Q. Deprecating friends permissions was a pretty big deal for Facebook, wasn't it? 17:27 17:27

A. I don't know. 17:27

Q. At the keynote address of the F8 that 17:27

Veritext Legal Solutions
866 299-5127

year -- the F8 is a big deal, isn't it? 17:27
A. The event is. 17:27
Q. Yeah. And Mark Zuckerberg gave the keynote address in 2014; right? 17:27
A. Like we saw, yes. 17:27
Q. And that's a big deal; right? 17:27
A. I -- I don't know if it was back then. 17:27
Q. Okay. And in his keynote address, one of the things he talked about was deprecating friends permissions; right? 17:27
A. I don't know if he used those words exactly, but whatever the video said. 17:27
Q. Okay. What the video said is that Facebook was going to stop sharing friends data; right? 17:27
A. If that's what the video said. I don't remember it specifically. 17:27
Q. We just watched the video, Miss Chang. 17:27
A. Right, but I didn't memorize -- 17:27
MR. FALCONER: Objection. Argumentative. 17:28
BY MR. LOESER: 17:28
Q. Okay. So you can't remember what Mr. Zuckerberg said in the video clip that we showed you a couple hours ago? 17:28
A. Not exactly. 17:28
Q. Okay. And we went through the transcript -- 17:28

A. We can play it again, I guess. 17:28

Q. I read the transcript to you. And in the transcript, Mr. Zuckerberg says that Facebook was going to stop letting apps access the content information of a person's friends who didn't use the app; right? 17:28

A. Is that an exact -- is that an exact reading? I don't know. 17:28

Q. Okay. So that's all -- 17:28

A. I --

Q. None of that made any sense to you whatsoever? 17:28

A. Again, I don't know if that was specifically how he said, so I think you've been using things interchangeably where I don't feel comfortable agreeing to that. So I don't know what was exactly said. I don't have the transcript in front of me to be able to say that's exactly what he said. 17:28

Q. Well, fortunately, we have the transcript as an exhibit. So why don't we go back to that exhibit. 17:29

DEPOSITION REPORTER: Counsel, I don't think you actually marked the transcript. 17:29

MR. LOESER: I think it is Exhibit 17. 17:29

DEPOSITION REPORTER: Okay. It is. You're 17:29

right. I apologize. 17:29

BY MR. LOESER: 17:29

Q. If you look at that second highlighted paragraph. Why don't you read that again, Miss Chang. 17:29 17:29 17:30

A. "And in the past, when one of your friend" -- 17:30 17:30

Q. Go ahead. Sorry. 17:30

A. "And in the past, when one of your friend blogged into an app, in this case, Ilya, the app could ask him not only to share his data, but also data that his friends had shared with him -- like photos and friend lists here. So now we're going to change this, and we're going to make it so that now everyone has to choose to share their own data with an app themselves. 17:30 17:30 17:30 17:30 17:30 17:30 17:30 17:30 17:30 17:30 17:30

"So we think that this is a really important step for giving people power and control over how they share their data with the apps. And as developers, this is going to allow you to keep building apps with all the same great 17:30 17:30 17:30 17:30 17:31 17:31

social features while also giving people power and control first. So I am really happy that we're doing this." 17:31

Q. Now, I want to make sure that you understand what he said here because this is something that Mr. Zuckerberg included in his keynote address. And as he says, he was really happy they were doing this, and the "this" was eliminating friend sharing; right? Is that -- is that a description that you agree with? 17:31

A. No, I -- 17:31

MR. FALCONER: Object. Foundation. 17:31

THE WITNESS: No. I don't know if it's specifically related to that. I can't assume that. 17:31

BY MR. LOESER: 17:31

Q. Okay. Let's read a sentence and see if we can develop a common understanding. 17:31

"So now we're going to change this and we're going to make it so that now everyone has to choose their own data with a" -- I'm sorry, "That now everyone has to choose to share their own data with an app themselves." 17:31–17:32

Do you understand what that means? 17:32

A. Yes. 17:32
Q. What does that mean? 17:32
A. It means that people have to opt in to share information. So if they publish something, they have to opt in to do that. 17:32
Q. So that means that if one person downloads an app, that app can't get access to that person's friends, unless those friends also opt into that sharing; is that right? 17:32
A. So I don't know specifically if it means to that. 17:32
Q. Okay. So, Miss Chang, all that work you did over at least a year period figuring out which partners were going to get continued access to friend sharing, are you telling the jury that you don't have any understanding of what that would enable those partners to continue doing? 17:33
MR. FALCONER: Objection. Form and foundation. 17:33
THE WITNESS: So, again, I wasn't just working on that. It would -- sounded like it was working on a lot of different capabilities, so I don't remember that specifically and how you're positioning that. 17:33
/ / / 17:33

BY MR. LOESER: 17:33

Q. Do you remember at all when you were working to develop a format for what partners would continue having access to friend sharing -- so stop there. Do you remember that at all? 17:33

A. No, beyond what we were just reading earlier today. 17:33

Q. Okay. And what we were reading earlier today showed your involvement in developing that format; right? 17:33

A. That's -- that's what the email -- if that's what the email said, yeah. 17:33

Q. And so when Mr. Zuckerberg stood up and gave this presentation and he touched on a topic on which you had been working for over a year, you don't have any recollection of noticing that? 17:33

A. I don't know if he's specifically referring to what I am working on. 17:34

Q. Well, he was specifically referring to getting rid of the ability of apps to access friend permissions; right? 17:34

MR. FALCONER: Objection. Form and foundation. 17:34

THE WITNESS: I don't believe that's what he said. He said: 17:34

"So now we're going to change this and we're going to make it so that everyone has to choose to share their own data with an app themselves." 17:34

BY MR. LOESER: 17:34

Q. So, Miss Chang, how do you think Facebook made that change? What do you think they did? 17:34

MR. FALCONER: Objection. Form. 17:34

THE WITNESS: They changed the permissioning model, I'm guessing. 17:34

BY MR. LOESER: 17:34

Q. Right. Doesn't that mean that they eliminated the friend sharing APIs? Isn't that what he's saying? 17:34

A. I don't -- 17:34

MR. FALCONER: Objection to form and foundation. 17:34

BY MR. LOESER: 17:34

Q. Right? 17:34

A. So, again, I don't know specifically because I think you're referring to one thing and I don't know. 17:35

Q. Okay. So looking at this language, you don't draw any line between making it so everyone 17:35

has to choose to share their own data with an app themselves; you draw no connection in your mind between that and eliminating friend sharing? 17:35 17:35 17:35

A. Again, I don't know what Mark is specifically referring to, so I can't make that assumption or connection. 17:35 17:35 17:35

Q. And having gone through all these emails that we went through and looking at this language, you still can't make that connection? 17:35 17:35 17:35

A. I can't. 17:35

MR. FALCONER: Derek, we have been going a little more than an hour. Whenever you hit a stopping point, can we take a break? 17:35 17:36 17:36

MR. LOESER: Now is fine. 17:36

THE VIDEOGRAPHER: This marks the end of media No. 5 in the deposition of Jackie Chang. Going off the record. The time is 5:36. 17:36 17:36 17:36

(Off the record.) 17:36

THE VIDEOGRAPHER: This marks the beginning of media No. 6 in the deposition of Jackie Chang. We are back on the record. The time is 5:57. 17:56 17:56 17:57

BY MR. LOESER: 17:57

Q. Miss Chang, before we were talking about the 2014 F8 Conference and I want to make sure I understand your testimony. Do you generally attend 17:57 17:57 17:57

the F8 Conferences? 17:57

A. Not generally. I've been to them, but I haven't been to all. 17:57

Q. And do -- you generally just don't have much of a role there, so you can't remember much about it? 17:57

A. That depends on which F8. I've spoken at F8 before. 17:57

Q. What are the topics on which you've spoken? 17:57

A. On Internet.org. 17:57

Q. Okay. And what year? Do you recall what year that was? 17:57

A. I don't remember what year exactly. 17:57

MR. LOESER: We're going to show you the next exhibit, which should be -- I know I'm going to say it wrong, but I think it is Exhibit 24. 17:57

(Exhibit 24 marked for identification.) 17:58

BY MR. LOESER: 17:58

Q. Miss Chang, you should be looking at Exhibit 24, which is an email from KP to Simon Cross, and it's dated March 28th, 2014: Subject: Re: Product Partnerships: Bi-Weekly Update." 17:58

Do you see that? 17:58

A. Yes. Can I read it? 17:58

Q. I'm just going to ask you just about one 17:58

Veritext Legal Solutions
866 299-5127

sentence. So why don't we go to that and then if you need more context to understand it, then, by all means, take your time, but... 17:59 17:59 17:59

A. Okay. 17:59

Q. So in this update -- if you move down this document, there's an update for "Login V4 (f8)." 17:59 17:59

Do you see that? 17:59

A. (Witness nods.) 17:59

Q. Then, it states "Platform" with two asterisks and in parentheses "(KP and Jackie)." [As read.] 17:59 17:59

And I read that to suggest that you were responsible for that information. 17:59 17:59

MR. FALCONER: Objection. Form. 17:59

THE WITNESS: Can I read this document first? 17:59 17:59

BY MR. LOESER: 17:59

Q. Yes, please. Well, that's the only -- that's the only section I want to ask you about, so if you want to just look at that, I will give you a second. We could speed this up. 17:59 17:59 17:59 17:59

A. Okay. 17:59

Q. But look -- go ahead and look and see what this -- what this email is and familiarize yourself with it. That's the only part I am going to be 17:59 18:00 18:00

asking you about. 18:00
A. Yes, I see our names next to that. 18:00
Q. Okay. And so on the task that you're assigned to here, or for which you appear to be responsible with KP, the second bullet is: 18:00
"Planning PR briefing dry-runs and Partnership head/strategic partner briefings prior to F8 to test out PR messaging and maintain relationships accordingly." 18:00
So it appears from this -- and if you look at the top of the email, this is from 2014, that you were specifically responsible for -- we can go back to the section -- for the PR relating to the F8 Conference; is that right? 18:01
A. No. I wouldn't -- 18:01
MR. FALCONER: Objection. Form. 18:01
THE WITNESS: Again, I wouldn't classify that as that. 18:01
BY MR. LOESER: 18:01
Q. Okay. Tell me how you would explain the second bullet which says, "Planning PR briefing dry-runs and partnerships head/strategic partner briefings prior to F8 to test out PR messaging and maintain relationships accordingly." 18:01

What does that mean? 18:01
MR. FALCONER: Objection. Form and foundation. 18:01
THE WITNESS: So I don't remember specifically, which is why I wouldn't say I'm tasked with it. Me and KP are assigned to it, so it could be a lot of different folks contributing to it. So I don't remember if that's specifically me or not. 18:01
BY MR. LOESER: 18:01
Q. Okay. Well, your name is there; right? 18:02
A. Along with KP, yes. 18:02
Q. Okay. And there is a reference to "PR" for the -- relating to the F8; right? Do you understand that that's the F8 Conference? 18:02
A. Correct. 18:02
Q. And it references "PR briefing dry-runs." 18:02
Do you recall being involved in dry-runs of messaging relating to that F8? 18:02
A. Not specifically to this F8. 18:02
Q. And so looking at this, this does not refresh your recollection, not one little bit, about your role in connection with the 2014 F8? 18:02
A. No. 18:02
Q. So, Miss Chang, do you recall that there was articles written about the fact that Facebook 18:02

partners continued to have access to friends data after the implementation of Graph API version 2? 18:02 18:03

A. No. I don't know what articles you're referencing to. 18:03 18:03

MR. LOESER: Let's go to the next exhibit. 18:03

(Exhibit 25 marked for identification.) 18:03

BY MR. LOESER: 18:03

Q. And this is Exhibit 25. Miss Chang, this is a New York Times article from December 16th of -- June 3rd, 2018. "Facebook Gave Device Makers Deep Access to Data on Users and Friends." 18:03 18:03 18:04 18:04

Do you recall when this article came out? 18:04

A. No. 18:04

Q. And would it be your normal course to find out if an article was written about an area that concerned work that you did at Facebook? 18:04 18:04 18:04

A. No. I think I would be reading articles for a very long time, so I don't focus a lot on articles. That would be our communications team. 18:04 18:04 18:04

Q. Okay. So when this article -- and the subheading is: 18:04 18:04

"The company formed data-sharing partnerships with Apple, Samsung and dozens of other device makers, raising new concerns about its privacy 18:04 18:04 18:04 18:04

protections."

As we saw in the email, you were very involved in the partnerships and the providing of extended access to deprecated permissions.

But no one sent this to you and said, hey, weren't you involved in this?

A. No.

MR. FALCONER: Objection. Form.

BY MR. LOESER:

Q. You've never read this article?

A. No.

Q. And you've never communicated with anyone about the scandal that surfaced when people figured out that this had happened?

A. So I don't -- I don't know.

Q. So now, it's not news to you that Facebook reached data-sharing partnerships with at least 60 device makers; right? That was work you were doing at Facebook, wasn't it?

A. No. Specifically, I didn't work in that -- on devices.

Q. Okay. But we had -- as we went through, you categorized the different types of partners that would continue to have access to friends permissions. And having done that work, this was

18:04 18:04 18:04 18:04 18:04 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05 18:05

not an article that anyone brought to your attention? 18:05

A. I don't remember and, again, I didn't work on devices. 18:05

Q. So this is -- you're learning for the first time as we talk right now that there was a scandal regarding Facebook continuing to provide friends data to various partners? 18:06

A. Again, I don't remember. 18:06

Q. A front-page New York Times article was not something that came to your attention at Facebook? 18:06

A. There's been many, so I don't remember this specific one. 18:06

Q. The scandals are so many that the scandal with which you were personally involved doesn't stand out for you? 18:06

MR. FALCONER: Objection -- 18:06

THE WITNESS: I would not classify it that way. 18:06

MR. FALCONER: -- form, foundation and it misstates prior testimony. 18:06

BY MR. LOESER: 18:06

Q. I'm sorry. You can answer. 18:06

A. I would not state it the way you did. 18:06

MR. LOESER: All right. We can go to the 18:06

next exhibit, 26. 18:06

(Exhibit 26 marked for identification.) 18:06

BY MR. LOESER: 18:07

Q. Miss Chang, we're showing you Exhibit 26, which is an email from Charlotte Edelson to several people, including yourself, dated August 28th, 2014: Subject line, "Forward: Head Partner Apps: Protective Policy Review." 18:07

Do you see that? 18:07

A. Sorry. Let me update. I see what you're displaying. 18:08

Q. Do you know who Charlotte Edelson is? 18:08

A. No, I don't -- I don't remember. 18:08

Q. And do you know what "head partner apps" are? 18:08

A. I don't know specifically. I just know that it's likely apps that are being managed. 18:08

Q. Managed by Facebook people? 18:08

A. Managed by Facebook people, but I don't know specifically -- 18:08

Q. Okay.

A. -- like which ones or who. 18:08

Q. All right. Let's go down the string a bit to the August 13, 2014 email from Miss Edelson to, among others, yourself. And you will see that 18:09

Miss Edelson writes: 18:09

"Hi, As part of our team's Proactive Policy Review efforts, we would like to begin vetting head partner apps for policy compliance. 18:09

"Our hope is that by vetting head partner apps, we will be able to catch violations upstream, reach out to you directly, and improve our internal processes and external communications with developers. Additionally, ensuring head partner app compliance will help us clean up entire Platform ecosystem (since well-intentioned developers will likely follow suit)." 18:09

Do you recall this effort to vet head partner apps for policy compliance? 18:09

A. Not specifically. 18:09

Q. Do you remember anything at all about it? 18:09

A. Not -- not specifically. 18:09

Q. What about other than specifically? Do you remember anything -- 18:09 18:10

A. I mean, I see the email, but I don't remember this. 18:10 18:10

Q. Okay. And this email doesn't refresh your recollection in any way about this subject matter? 18:10
A. No. 18:10
Q. Do you recall the effort to try to clean up the entire platform ecosystem? 18:10
A. I -- yes, I've heard it. 18:10
Q. Okay. What does that refer to? 18:10
A. I -- so I don't remember specifically like what year and in what reference. I know I've heard the term. 18:10
Q. Okay. Well, this year for this email is 2014, and the reference is to "vetting head partner apps for compliance." So can you describe what needed to be done to clean up -- or what the problems were with the ecosystem that were mentioned in this email? 18:11
A. No, I don't know. 18:11
Q. Okay. In what context have you referred -- or heard the expression to "clean up the ecosystem for the platform"? 18:11
A. So I don't remember. I just know I heard the term. 18:11
Q. Do you know what the term means? 18:11
A. To clean up, which is like to review things. 18:11
Q. And so what would be -- what needed to be 18:11

cleaned up? 18:11
A. So almost anything can be cleaned up, like code could be cleaned up, you know, apps in terms of like, you know -- you know, in Salesforce -- I don't know. It can be used in many ways. 18:11
Q. What are "head partner apps"? 18:11
A. I -- I don't know specifically. 18:11
Q. Do you have any notion of what head partner apps are? 18:11
A. A head partner, I would say, is like a partner being managed, as I mentioned. Again, like a managed partner. 18:12
Q. Okay. And is there something special about a partner if it's the head partner? 18:12
A. I don't remember the criteria or what is classified as head. 18:12
Q. And what do you think this means or refers to "well-intentioned developers likely following suit"? 18:12
A. I don't know. 18:12
Q. Okay. Did you respond to this email and tell Miss Edelson that you had no idea what she's talking about? 18:12
A. I don't know if I responded to her. I don't even remember this email. 18:12

Q. Do you have any understanding about how head partners were vetted? 18:12 18:12
A. No, I don't know. 18:13
Q. Doesn't this email explain to you how to vet the head partners? 18:13 18:13
A. So this email is from the developer operations team, which I'm not part of, so I don't know their processes. 18:13 18:13 18:13
Q. Okay. Do you see that underline bolded thing that says, "What we need from YOU" and there's a big exclamation point? 18:13 18:13 18:13
A. Yes. 18:13
Q. Okay. This email was sent to you, so did you read that to mean that there was something that you needed to do? 18:13 18:13 18:13
A. Well, it was sent to me amongst other people, so I don't know. There's a lot of emails that are sent to me that I never responded back to either. So I don't know. I don't remember specifically. 18:13 18:13 18:13 18:13 18:13
Q. And in 2014, did you manage any apps? 18:13
A. I think so. I'm not sure. 18:13
Q. Okay. Well, that's a pretty good clue that the "you" might have been you, because the next line says: 18:13 18:14 18:14

"As a first step, we are asking that you fill out a Zoho with the following information for the apps you manage." 18:14

So do you recall ever filling out this information? 18:14

A. I don't. So again, it says "hi," dash, which is not even specific to anyone, so I don't read it as to me, Jackie. 18:14

Q. Okay. The email ends and it says: 18:14

"Don't hesitate to reach out if you have any questions or concerns about this process." 18:14

And do you have any recollection of reaching out and expressing any questions or concerns about the process? 18:14

A. I don't remember. 18:14

Q. If you had filled out the information as you were asked to do for any app that you managed, is that something that would be saved somewhere at Facebook? 18:14

A. Well, it says, I think, in the email to -- to use that document. 18:14

Q. Okay. So if you clicked on that hyperlink, that would take you somewhere where you could store the document? 18:15

A. So I'm not storing the document, but it is through the Zoho service. 18:15

Q. Okay. What's the "Zoho service"? 18:15

A. It is a document service like Google Docs. 18:15

Q. Okay. Let's look at No. 2, after the "What we need from you." It states: 18:15

"Once you complete step 1, we will review the apps and flag any policy violations to you (no action will be taken on the apps)." 18:15

So can you explain to me why if policy violations were identified, no action would be taken on the apps? 18:15

A. Again, I don't know. I didn't write this email. 18:15

Q. Do you recall the earlier presentation that we went through that noted that there was no appetite to enforce the policies against -- for existing use of the friends permissions? 18:16

MR. FALCONER: Objection. Form. 18:16

THE WITNESS: Sorry, which -- which document? 18:16

BY MR. LOESER: 18:17

Q. I would like to refer you back to Exhibit 12. If you look at the fourth page, 18:17

"Preparing for the Deprecations." The first bullet: 18:17

"Pre-Enforce use existing policies to revoke apps access (note: No appetite to do this at present)." 18:18

Do you recall a conversation about there not being any appetite to use existing policies to revoke apps' access to deprecated features? 18:18

A. I don't remember. 18:18

MR. LOESER: We can go to the next exhibit, which I believe is 27. 18:18

(Exhibit 27 marked for identification.) 18:19

MR. LOESER: We're uploading the exhibit, but it's taking a minute. 18:19

BY MR. LOESER: 18:19

Q. Okay. We're showing you "Quip Business Portal," dated June 13th, 2018. Are you familiar with the Quip business portal and how it works? 18:19

A. I know Quip, the service. 18:19

Q. And we mentioned it previously, but tell me, what is the Quip service? 18:19

A. It's a document-sharing service like Google Docs. 18:19

Q. So it allows you to work with other people on a document in real time? 18:20

A. Yes. 18:20

Q. And is this something that you frequently use or not? 18:20

A. I've used it. I used it at whatever time the service was available just because we have a lot of rotating services. 18:20

Q. And is the -- is the service searchable? 18:20

A. Yes. 18:20

Q. How does that work? 18:20

A. There's a search header in the service and you can search for topics. 18:20

Q. Do you know when Facebook started using the Quip service? 18:20

A. I don't know exactly when. 18:20

Q. And is it something that's widely used at Facebook? 18:20

A. Not now. 18:20

Q. When was it widely used? 18:20

A. I don't remember the years, but there was a time where it was being used before us getting -- before Google Docs. 18:21

Q. And so it's something that Facebook stopped using? 18:21

A. Well, they're encouraging people to stop using it, but I think there are still documents there. 18:21

Q. Okay. And what are people now using instead for the same type of functionality? 18:21 18:21
A. Google Docs. 18:21
Q. And do you use Google Docs now? 18:21
A. Yes. 18:21
Q. And when did you start using Google Docs? 18:21
A. I don't remember the year specifically. 18:21
Q. Now, somewhere in that enormous list of names, you are identified. So is it unusual to have so many people participating at the same time in the Quip service? 18:21 18:21 18:22 18:22
A. So I wouldn't call it "participating." People can just access it or read it. 18:22 18:22
Q. Okay.
A. It doesn't mean that you are participating in anything. 18:22 18:22
Q. So all those names on there are people that access this particular -- I don't want to call it conversation -- but work? 18:22 18:22 18:22
A. So I don't know enough about this service to tell you how to classify -- how people are referenced, so I don't know. 18:22 18:22 18:22
Q. If we can go to the fifth page of this document, to the -- I'm going to call it an "entry" because I have no idea what the terminology is, but 18:22 18:22 18:23

there is a -- there's work by Suvrat Joshi. It says, "Edited May 28, 2017." 18:23

Do you see that? 18:23

A. May -- May 29th, sorry, 2017? 18:23

Q. I think it is May 28th, but... 18:23

A. Oh. 18:23

Q. Yeah, look at the -- there we go. 18:23

A. Sorry. Oh, okay. Got it. 18:23

Q. So do you know who Suvrat Joshi is? 18:23

A. No. 18:23

Q. This outline he's creating, it says: 18:23

"1. [REDACTED] 18:23

[REDACTED], 18:24

[REDACTED] 18:24

"a. Use Case/Problem to solve: 18:24

"i. [REDACTED]..." 18:24

Do you recall there being a problem with [REDACTED]? 18:24

MR. FALCONER: Objection to form. 18:24

THE WITNESS: No. And I think how he is referencing it here is "problem to solve," not -- I think you're trying to infer it differently. 18:24

BY MR. LOESER: 18:24

Q. Okay. Well, I'm just reading it. But "Use Case/Problem to solve" and Roman numeral i is 18:24

"[redacted]." 18:24

What was your job at this time with regard to partners? 18:24

A. 2017, sorry. Sorry. I almost would need a refresh of my LinkedIn. [Counting to self]. 18:24

I think I was working on Internet.org. 18:25

Q. 2017 -- I can't tell from your LinkedIn, but 2007 through September 2019, it says "Head of business partner business platform partnerships." 18:25

DEPOSITION REPORTER: Can you repeat that again?

BY MR. LOESER:

Q. It looks like in 2017, you started with Internet.org and then you transitioned to head of business platform partnerships. 18:25

Do you know when in the year you transitioned to head of business platform partnerships? 18:25

A. So I don't know the specific dates, and I didn't come in as head of business partnership. I was a partner manager and then eventually left the role as head. 18:25 18:26

Q. Let's move down a little bit farther to the 1:13 p.m. work by Suvrat Joshi, at the bottom of the page we are looking at. 18:26

A. Okay. 18:26
Q. So it says: 18:26
"[REDACTED] 18:26
[REDACTED]
[REDACTED]
And then below that it says: 18:26
"a. Use," "b" is edited, and "c" is 18:26
"Case/Problem to solve." And this states: 18:26
"[REDACTED] 18:26
[REDACTED] 18:26
[REDACTED]. 18:26
"ii. They aggregate user information 18:26
to create profiles and industry 18:26
analysis. 18:26
"iii. This information is used for 18:26
value added services like industry 18:26
analysis and best practices. 18:26
"iv. This information at times is 18:27
misused to create user packages for 18:27
sharing with other partners." 18:27
And was this ever something, this problem 18:27
with [REDACTED], something that was raised with you? 18:27
A. So, again, I don't believe it's a problem. 18:27
It says "problem to solve." Doesn't mean that it's 18:27
an actual problem, but I don't -- so I don't know 18:27

what the -- I have not seen this document, I don't believe. 18:27

Q. Okay. So would you agree with me that where this says, "This information at times is misused to create user packages for sharing with other partners," that that would be a problem for Facebook? 18:27

A. So, again, I don't know how to infer what Suvrat Joshi was meaning when he wrote that. 18:27

Q. Do you know what a "profile" is? How does Facebook -- I'm sorry. 18:28

How does Facebook use the term "profile"? 18:28

A. So it can mean different things. There could be a Facebook profile on the Facebook service. You could have a profile through your internal tools. You could also have like, you know, a profile in enterprise software. So I don't know what specifically is being referenced. 18:28

Q. So just to clarify the record, we've looked through the list of names and we can't actually find your name on that, but... so I just want to make the record clear on that. 18:28

But nonetheless, in your role with partners, this is not a problem that was ever something that you evaluated? 18:28

DEPOSITION REPORTER: I'm sorry. I lost the tail on that. "That you..."

MR. LOESER: Evaluated. 18:28

THE WITNESS: So, again, I -- I feel like it's kind of generalized, so I don't -- I don't know. I have not seen this, so no. 18:28

MR. LOESER: Okay. We can move on. 18:29

Exhibit 28 is an email that will materialize momentarily. 18:29

(Exhibit 28 marked for identification.) 18:29

BY MR. LOESER: 18:29

Q. So, Miss Chang, we are showing you an email dated October 16th, 2019, that appears like it was sent to yourself, sent from you to you and also to Joel Yawili, that includes a chat message. 18:29

Who is Joel Yawili? 18:30

A. Joel. 18:30

Q. Joel. 18:30

A. He was someone on the team and reported to me at some point in time. I don't remember the exact period of time. 18:30

Q. Okay. This chat says, "Hi Jackie, re: The Groups SEV that Eli mentioned to you." 18:30

What is that "groups SEV"? 18:30

A. Groups SEV. 18:30

Q. What does that mean? 18:30
A. Severe -- severe -- so I don't know the specific acronym. 18:30
Q. Whatever it is, it is severe? 18:30
A. It's an -- it's an issue, like if something breaks. 18:30
Q. Okay. And take a minute to look at the chat, and then you can tell me what it is that broke that is being discussed here. 18:31
A. Okay. 18:32
Q. Okay. So do you have an understanding of what the "Groups SEV" discussed in this chat is? 18:32
A. I don't know it in specific details, but I can glean from the TLDR section. 18:32
Q. Okay. What have you gleaned? 18:32
A. It says that when -- or sorry, we then -- or sorry -- April 2018, we announced that we were removing user data from the groups API. We then created GKs to allow a subset of apps to retain access to the fields we had deprecated. This GK was later migrated over to capabilities. This week we found out that, unfortunately, those capabilities are still allowing those apps to access the user data we had stated were deprecated last year." 18:32
Q. Okay. And do you know what the "Groups API" 18:32

is? 18:32
A. Not the -- I don't -- I don't know enough to know what it does exactly. 18:33
Q. Okay. If you look up the chat a bit, at one point, you state: 18:33
"I don't need to be on the thread but would love a TLDR to better understand the issue." 18:33
What does that mean? 18:33
A. I just wanted to get an understanding of what exactly the issue was, since I think at that time, I was just starting to, I guess, jump back in to some of the platform stuff, so I didn't have full context on a lot of things. 18:33
Q. Okay. And do you recall getting a better understanding of this issue? 18:33
A. I don't think so because I -- I mean, what I said is probably just to point him to KP, since KP was working on it, and I figured he would have more historical context. 18:33
Q. What does "this GK was later migrated over to capabilities" mean? 18:34
A. I don't know. 18:34
Q. And "GK" is gatekeeper, you testified earlier; right? 18:34

A. Yes. 18:34
Q. And so you don't have any understanding of what it means to migrate gatekeeper over to capabilities? 18:34 18:34 18:34
A. Correct. I'm not the engineer who does it, so I don't know what it exactly means or entails. 18:34 18:34
Q. Okay. And what you read at the bottom of that chat was: 18:34 18:34
"We then created GKs to allow a subset of apps to retain access to the fields we had deprecated...This week we found out that unfortunately those capabilities are still allowing those apps to access the user data we had stated were deprecated last year." 18:34 18:34 18:34 18:34 18:34 18:34
So do you have any idea of how this problem was solved? 18:35 18:35
A. I don't specifically. 18:35
Q. So who would be responsible for investigating why a deprecated capability would still be working? 18:35 18:35 18:35
A. So I don't know specifically, but I would go to an engineer. But I don't know specific to this case. 18:35 18:35 18:35
Q. Miss Chang, what do you know about the 18:35

Cambridge Analytica scandal on Facebook? 18:35

A. What I know is what I've read, which is dealing with like a researcher taking the information and selling it to, I believe, a Cambridge Analytica, which is a political agency. 18:36

Q. And the researcher was Aleksandr Kogan; is that right? 18:36

A. I believe that's his name. 18:36

Q. And the problem started with an app that obtained a whole lot of friends data; is that right? 18:36

A. So I don't know the specifics of it. 18:36

Q. And how many articles would you say you've read about the Cambridge Analytica scandal? 18:36

A. I don't know. 18:36

Q. Have there been any briefings internal to Facebook that you attended to which the Cambridge Analytica scandal was discussed? 18:36 18:37

A. I don't recall. 18:37

Q. Do you recall whether it was -- that was a significant event at Facebook? 18:37

A. Yes. 18:37

Q. And did you ever cross paths with Aleksandr Kogan or Cambridge Analytica in your work with partners or researchers? 18:37

A. Sorry, like him physically or... 18:37

Q. No, just in your work. Or the partners or was that a researcher that you ever interacted with in your job at Facebook? 18:37
A. No. 18:37
Q. Are you --
A. I did not interact with him. Sorry. 18:37
Q. I'm sorry. Go ahead. 18:37
A. Oh, I said, I did not interact with him. 18:37
Q. Have you ever worked with political advertisers? 18:37
A. Not to my knowledge. 18:37
Q. Are you aware that Facebook worked with Cambridge Analytica during the 2016 Presidential campaign? 18:38
A. So I don't know the details enough to -- I don't know. 18:38
Q. That's not something that you were particularly interested in learning about? 18:38
A. No. 18:38
Q. Now, you understand that the Cambridge Analytica scandal had to do with the ability of an app to obtain content information about the app user's friends; right? 18:38
A. So, again, I don't know the details enough where I would say I know that. 18:38

Q. So that's not something that you've gleaned from the pending article you have read about the Cambridge Analytica scandal? 18:38 18:38 18:39
A. I don't feel comfortable making that assumption, so I don't know. I don't remember those words exactly or anything. 18:39 18:39 18:39
Q. Okay. Did you read that it started with a This is a Your Digital Life app that a hundred and something thousand people downloaded, and from that, content information was obtained for 87 million Facebook users? 18:39 18:39 18:39 18:39 18:39
A. I don't know that specifically. 18:39
Q. Is that generally your understanding of what happened? 18:39 18:39
A. Not to that specificity, but so like I said earlier, the information that he sold. 18:39 18:39
Q. Okay. But is it your general understanding that a relatively small number of people used an app, and from that app, a very large number of people ended up having their information obtained by that app? 18:39 18:39 18:39 18:39 18:39
A. So, again, I -- I don't know specifically. 18:39
Q. I'm not asking you specifically. I'm just asking just for the very most basic of your understanding of the problem. 18:40 18:40 18:40

And do you have any understanding that a small number or relatively small number of app users caused a relatively large number of Facebook users to share their information with the app? 18:40

A. So as you said, it's all relative, which is why I don't feel comfortable making assertions on how relative it is because I don't know in detail to make that assumption. 18:40

Q. So you're saying that you can't testify to any degree or in any way about whether the This is Your Digital Life app was downloaded by a relatively small number of people and, because of that, a whole lot of people had their information shared with the app who did not download the app? That's not something that kind of jumped out at you from reading anything about this scandal? 18:40

MR. FALCONER: Objection. Asked and answered. 18:40

THE WITNESS: So those are your words and I don't know if that's what was stated. I don't know in specificity where I would stand behind that, especially if I'm supposed to testify to what I know. So I don't know that specifically. 18:41

BY MR. LOESER: 18:41

Q. And do you understand that it was friends 18:41

permissions that are at the heart of the ability of the This is Your Digital Life app to obtain content information for so many Facebook users? 18:41 18:41 18:41

A. So I don't know. 18:41

Q. Okay. And that's not something that you thought you should look into, notwithstanding all the work you did with the deprecation of friends permissions? 18:41 18:41 18:41 18:41

A. So I didn't work on that specifically and that's not my job to investigate. 18:41 18:41

Q. You did a lot of work on sorting out which partners should continue to have access to friends permissions; right? 18:41 18:41 18:41

A. So I sorted, but I think you were implying I was investigating, which I was not. 18:41 18:41

Q. Okay. You say you "sorted." But you provided recommendations, you dealt with format, you did a lot of work to figure out how Facebook should decide which partners continued having access to friends permissions; right? 18:41 18:42 18:42 18:42 18:42

A. I did it within that context, but I think what you're inferring is that, and I did not work on that Cambridge Analytica. 18:42 18:42 18:42

Q. I understand you didn't work on Cambridge Analytica. I'm just trying to understand your 18:42 18:42

reaction to Cambridge Analytica. Cambridge Analytica had to do with friends sharing and friends permissions, and you did an extraordinary amount of work, as your emails show, sorting out which partners should continue to have access to friends permissions. 18:42

So is that true that you did, in fact, work on sorting out which partners should continue to have access to friends permissions? 18:42

MR. FALCONER: Objection to form. 18:42

THE WITNESS: So I think you are connecting the two, and I don't know enough to make that assertion. And I wouldn't position it as that, as how you are framing it. 18:43

BY MR. LOESER: 18:43

Q. Okay. So after the Cambridge Analytica scandal broke and there were articles written about how it was through friends permissions that Cambridge Analytica got so much information, you never went back and thought to yourself, you know, I have been doing all this work on extending access to friends permissions, maybe I should revisit this subject? 18:43

MR. FALCONER: Objection. Form. 18:43

THE WITNESS: No. I -- I was not focused on 18:43

Cambridge Analytica to do any exploration around it. 18:43

MR. LOESER: We can go to Exhibit 29. 18:43

(Exhibit 29 marked for identification.) 18:43

BY MR. LOESER: 18:44

Q. Miss Chang, Exhibit 29 is an email from Jackie Rooney, dated March 22nd, 2018, to the mteam. 18:44

What is the "mteam"? 18:44

A. I don't know the exact definition, but it's the leadership group. 18:44

Q. Okay. Are you in that group? 18:44

A. No. 18:44

Q. Okay. And "Internal Comms DL," do you know what that is? 18:44

A. No. 18:44

Q. This subject is, "Q & A Briefing for March 23, 2018." 18:44

Is this the kind of briefing that you would attend or that you would listen to? How are these Q and A briefings handled? 18:45

A. So I don't know. I don't attend all of them. 18:45

Q. Do you attend any of them? 18:45

A. Probably a couple. 18:45

Q. And why don't you spend a minute to look through this one, and you can tell me if you 18:45

attended this one. 18:45

A. I don't know. 18:45

Q. Why don't we go to the very last page of that briefing. It says at the top of the page, "Cheryl will tell her 10-year" -- I don't know how to say that -- "Faceversary story from MPK." 18:45 18:45 18:46 18:46

And then it says, "11 years Jackie Chang." 18:46

So it appears they were going to celebrate your 11 years at Facebook? 18:46 18:46

A. Yes. 18:46

Q. Do you recall anyone congratulating you in a briefing on your 11 years at Facebook? 18:46 18:46

A. I mean, I don't know that one specifically. They tend you call you out every Faceversary, so I don't know if this specific one. 18:46 18:46 18:46

Q. Okay. Let's go to the first page. March 22nd, 2018, this is obviously right on the heels of the Cambridge Analytica scandal. And the first -- second heading down at the bottom of the page is "Suggested Guidance." 18:46 18:46 18:46 18:46 18:46

"What is the message we would like to send out from employees to their friends and family without constituting a leak of internal info?" 18:46 18:47 18:47 18:47

Could you read the third bullet. 18:47

Veritext Legal Solutions
866 299-5127

A. "We took action in 2014 to dramatically limit the data apps could access but we also made mistakes. This was a violation of trust between Facebook and the people who use our service." 18:47

Q. Now, this reference to taking action in 2014 "to dramatically limit the data apps could access," does that appear to you to be the reference to the deprecation of various permissions, including friends permissions, with the introduction of the new platform? 18:47

MR. FALCONER: Objection. Form. 18:47

THE WITNESS: I don't know specifically if it's referencing that. It could be referencing a lot of different initiatives. 18:47

BY MR. LOESER: 18:47

Q. Can you think of any other initiative, other than the one that we just spent hours going through, that related to limiting the data apps could access? 18:47

MR. FALCONER: Objection. Form. 18:48

THE WITNESS: So I don't know what the product teams and engineering teams would do in detail. I don't track every single thing. 18:48

BY MR. LOESER: 18:48

Q. But as a Facebook employee working in 18:48

partners, working on the transition to the new platform, you're certainly aware that in 2014, a new platform was introduced and that platform deprecated a number of permissions; right? 18:48

A. I don't know specifically if that's what it's communicating in this email. 18:48

Q. Now, this says, "But we also made mistakes." 18:48

Do you know what mistakes this bullet is referring to in connection with dramatically limiting the data apps could access? 18:48

MR. FALCONER: Objection. Form and foundation. 18:48

THE WITNESS: I don't know what specific mistakes it's referring to. 18:48

BY MR. LOESER: 18:48

Q. And this says: 18:48

"This was a violation of trust between Facebook and the people who use our service." 18:49

Now, is that a reference to continuing to allow access to permissions that Facebook stated would no longer be provided? 18:49

MR. FALCONER: Same objections. 18:49

THE WITNESS: Again, I don't know to make that conclusion. I don't -- I don't know if that's 18:49

the intention of whoever wrote this. 18:49
BY MR. LOESER: 18:49
Q. So this is a blank slate for you as well then, whether -- whether mistakes were made with the introduction in 2014 of a platform that dramatically limited the data apps to access? 18:49
A. In the context of making assumptions of what I know, the person who wrote this, I don't know. 18:49
Q. And you don't recall any briefing in which anyone at Facebook talked about mistakes being made with regard to the continued access that some partners had to friends permissions? 18:49
A. So, again, I don't remember specifically. 18:50
Q. Now, Miss Chang, you're certainly aware that exceptions were made that allowed some apps and partners to continue having access to deprecated permissions; right? 18:50
DEPOSITION REPORTER: I'm sorry. Excuse me. I need that question again.
"Now, Miss Chang, you're certainly aware exceptions were made that allowed..." 18:50
MR. LOESER: Some apps and partners to have access to deprecated permissions. 18:50
THE WITNESS: To what that email said, whatever we were looking in the past. 18:50

BY MR. LOESER: 18:50
Q. So that's yes, you're aware that exceptions were made that allowed some apps and partners to continue to having access to deprecated permissions, specifically -- 18:50
A. I wasn't -- I wasn't aware personally as I don't remember, but I've read the emails you've been sharing. 18:51
Q. And you see that that, in fact, happened; correct? 18:51
MR. FALCONER: Objection. Form and foundation. 18:51
THE WITNESS: I don't know. I don't know what happened after. 18:51
BY MR. LOESER: 18:51
Q. Miss Chang, please tell the jury what you did to make sure that Facebook users were notified that after friend permissions were deprecated, a number of developers and partners continued to have access to friend permissions. 18:51
MR. FALCONER: Objection. Form and foundation. 18:51
THE WITNESS: So, again, I don't know. 18:51
BY MR. LOESER: 18:51
Q. You don't know what you did to inform users 18:51

of the -- that some apps and partners had continued access to friend permissions? 18:51

A. Yes, I don't know. I think you're -- I think the question is very broad, so I don't know what you're inferring. 18:51

Q. Miss Chang, did you do anything at all to make sure that Facebook users were notified that after friend permissions were deprecated, a number of developers and partners continued to have access to friend permissions? 18:52

MR. FALCONER: Same objections. 18:52

THE WITNESS: So I don't think I personally did anything. I don't know. 18:52

BY MR. LOESER: 18:52

Q. You either did something or you didn't. 18:52

A. Or I don't know. 18:52

Q. How could you not know whether you did something or not? 18:52

MR. FALCONER: Objection. Argumentative. 18:52

THE WITNESS: Because I don't remember. 18:52

BY MR. LOESER: 18:52

Q. Okay. So are you saying to the jury that you might have done something to inform Facebook users that after friend permissions were deprecated, the number of developers, partners continued to have 18:52

access to friend permissions? 18:52

A. No. 18:52

MR. FALCONER: Objection. Form. Asked and answered. 18:52

THE WITNESS: No. I'm saying I don't remember. 18:52

BY MR. LOESER: 18:52

Q. Isn't it a fact, Miss Chang, that you did not do anything to inform Facebook users that after friend permissions were deprecated, a number of partners and developers continued to have access to friend permissions? 18:52 18:52 18:53 18:53 18:53

MR. FALCONER: Objection. Form. Objection. Asked and answered. 18:53 18:53

THE WITNESS: Again, I don't remember. 18:53

MR. LOESER: Why don't we take a 10-minute break. We'll go through -- 18:53 18:53

MR. FALCONER: Can we make it 5? I know Miss Chang has some obligations she needs to attend to this evening, so the quicker we can finish up, the better. 18:53 18:53 18:53 18:53

MR. LOESER: Sure. That's fine. 18:53

THE VIDEOGRAPHER: This marks the end of media No. 6 in the deposition of Jackie Chang. Off the record. The time is 6:53. 18:53 18:53 18:53

(Off the record.) 18:53

THE VIDEOGRAPHER: This marks the beginning of media No. 7 in the deposition of Jackie Chang. Back on the record. The time is 6:59. 18:59

MR. LOESER: Miss Chang, I have no further questions for you at this time. However, I will note for the record that we are evaluating the transcript and the testimony in light of Special Master Garrie's comments, and we will communicate with your counsel as to whether we intend to recall you. 18:59 19:00

And with that, I know you have something else to do for tonight so we can close for the evening. 19:00

MR. FALCONER: Yeah, I mean, if there are other questions, I think Miss Chang is available to answer them now. 19:00

MR. LOESER: Well, Counsel, a couple minutes ago, you told me that she needed to leave so I was trying to do her the courtesy of allowing that to happen. 19:00

If we have other questions, it would be based upon our review of the testimony and the discussion of certain exhibits, so it will take us a bit to sort that out. And I don't want to make a 19:00

rash decision, so we will just reserve our rights under that and with regard to Special Master Garrie's comments and get back to you. 19:00 19:00 19:00

MR. FALCONER: Sure. And we will reserve all rights as well. I can't remember what the protocol says about whether we need to say we are going to read and sign, so I will state it, we will read and sign, and we will reserve questions. 19:00 19:00 19:00 19:01 19:01

MR. LOESER: Okay. Thank you, Miss Chang, I appreciate your time today. And, Russ, I appreciate your involvement as well. It is a good start to a lot of depositions that will be taken in terms of the counsel communicating clearly and effectively without wasting a lot of time on the record, so I really appreciate that. 19:01 19:01 19:01 19:01 19:01 19:01 19:01

THE VIDEOGRAPHER: Is there anything else we need on the record before I close out? 19:01 19:01

DEPOSITION REPORTER: Counsel, I need orders. I know Gibson Dunn has a three-day expedite and a rough. What is your order? 19:01

MS. WEAVER: We'd like the same.

DEPOSITION REPORTER: Thank you. Who was it that said that? I'm sorry.

MS. WEAVER: It's God. No, it's Lesley Weaver, and I apologize.

DEPOSITION REPORTER: Thank you. I'm ready. 19:01 19:01

THE VIDEOGRAPHER: Okay. We are off the record at 7:01 p.m. and this concludes today's testimony given by Jackie Chang. The total number of media units used was seven and will be retained by Veritext Legal Solutions. 19:01 19:01 19:01 19:01 19:02

(Off the record.) 19:02

DEPOSITION REPORTER: We're back on the record. 19:02 19:02

MR. FALCONER: Facebook requests a provisional confidentiality designation for the transcript from today. 19:02 19:02 19:02

MR. LOESER: Understood. 19:02

(Ending time: 7:02 p.m.)

I, Jackie Chang, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this ____ day of ___________________, 2021, at _________________________, _ _________________.

(City) (State)

Jackie Chang

I, JANIS JENNINGS, CSR No. 3942, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing pages contain a full, true and accurate record of all proceedings and testimony.

Pursuant to F.R.C.P. 30(e)(2) before completion of the proceedings, review of the transcript [X] was [ ] was not requested.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated: 12/21/2021

JANIS JENNINGS, CSR NO. 3942
CLR, CCRR

RUSSELL H. FALCONER, ESQ.
rfalconer@gibsondunn.com

December 21, 2021

RE: IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION

12/16/2021, JACKIE CHANG, JOB NO. 49769494

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived - Reading & Signature was waived at the time of the deposition.

_X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION

JACKIE CHANG (JOB NO. 4976949)

E R R A T A S H E E T

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

PAGE_____ LINE_____ CHANGE________________________

__________________________________________________

REASON____________________________________________

________________________________ _______________

WITNESS Date

**&**

**&** 3:15 4:4 6:9 7:15 9:6 12:17 30:9,21 58:25 81:20 82:4 158:1 158:20 160:13 175:24 245:11,17 245:24 247:8 297:15 310:23 311:9

**0**

**00191044** 6:13
**00195621** 6:17
**00195627** 6:19
**00197163** 7:13
**00197164** 7:16
**00199729** 8:18
**00200696** 7:19
**00202562** 7:23
**00202569** 7:25
**00220376** 9:20
**01128015** 6:23
**01128018** 6:24
**01129621** 9:12
**01198438** 9:23
**01680930** 8:14
**01684546** 9:7
**01688164** 8:10
**01754048** 7:10
**01754052** 7:10
**01943707** 8:24
**02089985** 8:21
**02090193** 9:25
**02135819** 7:6
**02163394** 10:6
**02187146** 6:10
**02843** 1:6 11:18

**1**

**1** 1:25 6:4 11:12 15:5,13 62:1 81:17,24 89:25 117:10 124:13 146:5,10 153:18 184:25 186:20 187:2 189:15 212:15 236:9 253:3 279:7 283:12 311:1
**1,204** 19:15
**1,807** 19:14
**10** 7:7 61:22 151:15,16,18 213:25 298:5 304:16
**10/16/19** 9:24
**10/24/13** 8:15
**10th** 165:24
**11** 7:11 159:2,7 298:7,9,12
**11/21/13** 9:4
**1128017** 6:23
**1129649** 9:12
**1198446** 9:23
**12** 7:14 160:5,6,9 219:25 238:13 239:9,21,23 240:5 240:11 279:25
**12.5** 110:16
**12/10/13** 7:17
**12/16/2021** 310:6
**12/21/2021** 309:21
**1201** 3:8
**122** 6:24
**12th** 3:19
**13** 5:7 7:17 165:20 165:22 273:24
**138** 7:4
**13th** 280:16
**14** 7:20 20:22 34:24 35:19 36:4 171:3,8 193:2
**14th** 19:13
**15** 6:4 7:24 61:22 181:15,16
**151** 7:7
**159** 7:11
**16** 1:16 2:11 8:4 11:1 189:9
**160** 7:14
**1600** 3:19
**165** 7:17
**1680937** 8:14
**1688168** 8:10
**16th** 11:5 87:8 270:9 287:13
**17** 8:5 189:9 259:24
**171** 7:20
**18** 1:6 8:7 11:18 198:24,25
**18,067** 163:15
**181** 7:24
**189** 8:4,5
**19** 8:11 206:18,19 206:21
**191047** 6:13
**1943709** 8:24
**195626** 6:17
**195631** 6:19
**197176** 7:16
**198** 8:7
**199730** 8:18
**1:13** 284:24
**1:30** 121:17
**1:35** 121:18 122:5
**1st** 211:17

**2**

**2** 6:6 20:24 21:1 62:5 82:9 89:25 92:20 117:10 121:25 124:13 146:7 156:8,9 160:22 169:5 185:7 189:15 200:20 202:21 246:21 253:4 270:2 279:5 309:12
**2/9/14** 7:20
**20** 8:15 223:22,23
**2001** 4:8
**2007** 14:22 21:6,7 21:25 24:25 25:14 284:8
**200700** 7:19
**2010** 21:25 24:9 25:1,2 26:11 63:7
**2011** 233:9
**2012** 206:23 207:15,17 209:3 211:17 213:15 241:25
**2013** 58:15,20 59:25 72:2 78:7 83:20,22,25 84:17 84:21 88:2 96:19 97:4,9 98:3 99:10 107:23 109:6 113:2 122:24 128:24 137:21 138:9 151:19 152:14 159:5 160:18 165:24 167:18 169:9,14 224:1,4 228:10 236:17 245:10 248:23 254:18

256:16
**2014** 8:6 24:9 25:1 25:2 26:11,24 171:6,14 172:10 179:12 180:25 185:19 191:2 193:1,19 195:11 195:17 196:3,16 199:4 200:5,21 236:15 237:14 240:3 258:4 265:24 266:21 268:12 269:22 273:6,24 275:12 277:21 299:1,6 300:2 301:5
**2016** 233:13 292:13
**2017** 26:24 28:18 233:13,25 283:2,4 284:4,7,13
**2018** 10:6 192:19 270:10 280:16 288:17 297:6,16 298:17
**2019** 28:19 230:4,7 230:12 233:8 284:8 287:13
**2021** 1:16 2:11 11:1,6 14:22 33:21 308:12 310:3
**2025.520** 310:9,12
**202563** 7:23
**206** 8:11
**206.623.1900** 3:10
**21** 6:6 8:19 223:21 229:23,24 230:2 245:10 310:3
**2100** 4:8
**2135824** 7:6
**214.698.3100** 4:10
**2163397** 10:6
**2187149** 6:10
**21st** 98:3 99:10 109:6 122:24 128:24 152:8
**22** 8:22 229:22 236:6,11,14
**22,432** 228:15
**220377** 9:20
**223** 8:15
**229** 8:19
**22nd** 152:14 200:21 297:6 298:17
**23** 9:4 10:5 245:5 245:8 297:16
**236** 8:22
**23rd** 151:19 199:4
**24** 9:8 224:4 237:14 240:3 266:16,17,20
**245** 9:4
**24th** 137:20 138:9 224:1
**25** 9:13 19:20 245:4 270:6,8
**250** 110:10
**25th** 169:9,14
**26** 9:16 273:1,2,4
**26,000** 184:9
**266** 9:8
**26k** 184:4
**27** 9:21 236:15 280:10,11
**270** 9:13
**273** 9:16
**28** 9:24 283:2 287:8,10
**280** 9:21
**2843** 1:5 11:18
**287** 9:24
**28th** 266:21 273:6 283:5
**29** 10:4 297:2,3,5
**297** 10:4
**29th** 283:4
**2:19** 173:6
**2:28** 173:12
**2:30** 99:17
**2:39** 170:23
**2:46** 174:14
**2nd** 6:16 88:4

**3**

**3** 6:7 57:23,25 58:14 78:5 98:16 100:8,24 106:11 106:14 110:14,15 115:6 117:16 118:3 119:18 122:4 124:13 167:14,15 170:22 200:18 201:7 214:11,15,23 217:23 218:23 253:6
**3.0** 6:16,18 7:14 88:4,10 89:11,14 89:22 90:4,10 94:19 160:12 161:24
**3.0.** 89:20
**3.0.docx.** 88:6
**3/22/18** 10:4
**3/23/14** 8:7
**3/27/14** 8:22
**3/28/14** 9:8
**30** 309:12 311:1
**30th** 58:15,20 191:2 192:19 193:19 194:15
**312** 1:25
**315** 228:14
**31st** 207:17 209:2
**3200** 3:8
**32nd** 4:18
**3942** 1:24 2:12 309:1,24
**3:04** 171:2
**3:54** 175:12
**3rd** 72:1 78:6 81:12 159:5 160:17 213:15 230:4,12 233:8 270:10

**4**

**4** 6:11 60:7 71:21 71:22,25 124:13 171:1 207:14 214:3
**4/24/13** 7:4
**40,000** 110:4 114:4 114:12 116:22
**40k** 110:2,6
**415.445.4003** 3:21
**42,222** 116:23
**45** 184:5,9
**46** 236:10
**4976949** 1:22 312:2
**49769494** 310:6
**4:08** 214:4
**4:18** 175:11 180:25
**4:22** 214:8
**4th** 206:23

**5**

**5** 6:14 86:8,16,19 124:14 214:7 254:22 265:16

304:18
**5/3/13** 6:11
**5147** 228:15
**555** 3:19 4:18
**57** 6:7
**5:36** 265:17
**5:57** 265:21
**5th** 4:18

**6**

**6** 6:18 88:16,17,21 124:14 265:20 304:24
**60** 271:17
**6044** 309:23
**65** 19:16
**6:53** 304:25
**6:59** 305:4
**6th** 7:18 165:25

**7**

**7** 6:20 97:11,12,19 116:18 122:8,10 124:14 128:23 221:17 305:3
**7,003** 163:11
**7,246** 116:23
**71** 6:11
**75201** 4:9
**7:01** 307:4
**7:02** 307:15
**7:09** 19:13

**8**

**8** 6:24 122:15,19 221:5,8
**8/16/13** 6:14
**8/21/13** 6:20
**8/23/13** 7:7
**8/28/14** 9:16
**86** 6:14
**87** 293:10
**88** 6:18
**89988** 8:21
**8th** 167:18

**9**

**9** 7:4 137:18,19 138:5
**9/3/13** 7:11
**9/3/19** 8:19
**9/30/13** 6:7
**9/4/12** 8:11
**90013** 4:19
**94607** 3:20
**97** 6:20
**98101** 3:9
**9th** 171:6,14 172:10 179:12 180:25 185:19 193:1

**a**

**a.m.** 2:10 11:1,5 99:17
**aaron** 207:22
**ability** 51:13 93:13 95:18 195:14 197:22 198:7 203:20,25 204:24 210:14,22 263:20 292:21 295:1
**able** 27:11 28:6 29:2 31:17,25 33:11 39:10,15,22 42:5,10 43:23,25 45:25 46:7,10 47:1 50:12,13 54:14 61:2,3 62:15 78:15 79:21 79:24 80:21 81:4 93:20 108:9 136:4 186:6 199:19 201:16 205:12 224:21 227:12 228:6 234:13 251:23 259:18 274:7
**absent** 235:23
**absolutely** 167:23 172:5
**abused** 71:18 97:5
**academic** 20:5,19 30:8,20 31:1,7 216:23,25 217:4
**access** 9:14 15:11 27:8,10,19 33:13 33:14,15 39:12 42:6,10 43:14,18 43:21 44:1 47:14 64:24 65:3,13 66:9,11 67:13 69:15 73:13,24 75:16,19 76:4 78:17 79:6,25 80:16,22 81:4 91:8 93:21 95:19 101:16 103:12 110:19 118:10,18 119:2,20 124:17 127:11,12,13,18 128:12 141:3 156:5 163:25 164:3 178:7,15 182:4,15 186:18 188:10 193:23 194:2,9,24 195:13 195:19 196:5,13 196:18 197:7,18 198:1,2,12 199:19 201:18 215:3,15 216:10,17,25 217:5,10,18,23 218:10,16,23 219:8 220:17 222:22 223:8,19 227:25 233:15 238:12,16 239:9 239:20,22 240:4 240:11 241:5,13 242:6 244:14 254:7 259:4 262:7 262:14 263:4,20 270:1,11 271:4,24 280:3,7 282:13,18 283:12,16,18 284:1 285:3,9 288:20,23 290:10 290:14 295:12,19 296:5,9,21 299:2,7 299:19 300:10,21 301:6,11,16,23 302:4,20 303:2,9 304:1,11
**accessed** 67:21
**accessible** 235:3 235:10
**accidentally** 37:6
**accomplish** 158:16
**accomplished** 153:16 158:8,14
**accomplishments** 39:3
**account** 21:17 22:4,8 23:8,12 37:1,4,4 54:24 180:5 233:21
**accounts** 21:24 23:3 24:6,17
**accurate** 21:7 119:24 130:13 131:1,12,24 132:23 168:21 309:11
**accurately** 224:23

**achieve** 39:22 45:12
**acknowledging** 176:3
**acquired** 60:22
**acquires** 210:25
**acquiring** 211:3
**acquisition** 60:7 60:15
**acronym** 34:1 288:3
**act** 91:16 93:20
**action** 11:25 210:2 279:9,12 299:1,6 309:17
**actions** 11:16 59:4
**active** 127:5
**actively** 157:25 158:19,22 206:10
**activity** 205:25 210:25
**actors** 38:4
**actual** 31:15 122:15 208:19 244:21 285:25
**acu** 139:18,21,24
**ad** 22:5,9,11,14,18 22:20 23:13,17,21 23:23 24:2
**adaniel** 3:13
**adavis** 3:23
**added** 82:10 116:20 174:25 209:18,20 285:16
**adding** 231:14
**addition** 74:8
**additional** 19:16 228:19 238:5
**additionally** 238:4 274:12
**address** 28:7 37:11 100:1 196:3 198:10 257:25 258:4,8 261:7
**adds** 211:11 231:14
**adele** 3:7 12:14
**adequate** 252:14 253:2
**aditya** 237:13
**admitted** 186:11
**adopt** 31:18
**adoption** 29:19,20 33:6,9 249:7
**ads** 147:24
**advertise** 24:1
**advertiser** 41:20 41:24 42:5 44:5 55:22
**advertisers** 37:20 37:21 38:8,24 40:6,16,17 41:3,3 41:14 44:9 45:4 57:20 292:10
**advertising** 22:4 22:10 23:10,15 29:10 40:13,14 41:11 56:2,20 62:10,22,23 63:4,9 63:13 144:8,25 145:20
**advisor** 126:16,21 127:1,21 128:4,7
**affiliations** 12:3
**affirmatively** 188:18
**africa** 28:4
**afternoon** 122:7
**agency** 22:5,9 291:5
**aggregate** 285:12
**aggregated** 246:16
**aggregating** 185:16 247:16
**aggregators** 156:19
**ago** 19:12 152:6 258:23 305:19
**agree** 11:11 97:20 132:9 134:22 135:7 144:1 210:14 237:24 261:11 286:3
**agreed** 209:7 246:11
**agreeing** 202:2 259:16
**agreement** 8:9 23:10 102:8 152:23 179:25 199:5,9,12,13,16 199:17,20 200:1,2 200:5 201:1,2,11 201:14 202:17 203:18 252:22
**agreements** 99:24 101:8 185:1 187:5 195:12 199:22,24 199:24 215:22
**ahead** 16:2 33:20 42:16 43:2 44:7 48:18 49:21 57:2 69:18 72:8 92:5 113:8 121:16 129:11 190:15 204:5 205:15,19 218:3 222:7 228:4 237:25 241:15 260:8 267:23 292:7
**aldo** 254:24
**aleksandr** 291:6 291:22
**aligned** 203:11
**allow** 14:8 32:11 50:12 66:9 105:3 105:24 111:24 175:23 177:2 178:3 180:6 193:9 227:11 229:4 238:16 260:24 288:19 290:9 300:21
**allowances** 203:19
**allowed** 178:15 193:17 227:24 244:15 301:15,21 302:3
**allowing** 51:19 224:19 241:13 288:23 290:13 305:20
**allows** 208:20 231:22 232:2 280:23
**alonso** 233:7 234:20
**alter** 251:17
**alvin** 20:11
**amazon** 8:8,12 51:10 73:3,24 74:7,19,24 75:3 77:4,6,8,25 78:6 79:14,21 80:12,21 81:3,21 82:2,21 83:9 84:2,2,6,20 85:4,10,10,25 185:3 199:4,9 200:4,25 201:10 201:22,22 202:16 202:23 203:6,22

204:1,10,25 205:5 206:1,2,3,23 208:13 209:5,9,14 211:1 212:8,25 213:1,11,13,24
**amended** 6:4 201:10 202:17
**amendment** 8:9 199:5,14 200:2,4 201:3
**amit** 231:20,25
**amount** 20:20 95:22 220:11 239:14 254:13 296:3
**analysis** 100:3 103:8 285:14,17
**analyst** 138:17
**analytica** 291:1,5 291:13,17,23 292:13,21 293:3 295:23,25 296:1,2 296:16,19 297:1 298:18
**analyzed** 52:4
**analyzes** 52:1
**angeles** 4:19
**anne** 3:17 12:12
**announced** 190:8 194:16 288:17
**announcement** 190:12
**announcing** 7:25 181:24
**annual** 119:5
**answer** 13:22 14:12 22:23,23 23:16 77:12 78:1 105:15 116:3,5,12 116:14 128:11 136:23 149:11 152:3 180:22 205:16 207:6 256:11 272:23 305:17
**answered** 21:11 36:20 47:22 55:10 86:3 106:2 133:21 135:2 142:12 145:4 148:6 150:21 157:20 212:10 219:20 294:18 304:4,14
**answering** 62:20
**anxiety** 153:1
**anymore** 78:16 149:13
**api** 8:23 43:10,21 47:4,14 66:8 67:6 71:17 73:13,16,17 73:20 74:20 78:18 78:23 79:1,9,14,15 79:21,25 80:13 81:5 89:24,25 95:21 96:19 117:10,10 154:2 154:24,24 155:2 161:3,9 162:7,22 163:9 178:21 181:20 182:19,20 184:15,19 185:11 185:22 186:22,22 188:8 189:15 197:25 201:18,25 203:20 212:18 217:7 218:15,15 222:22 235:10 236:16,21 237:6,9 237:14,16,19,24 238:1 239:3 241:5 251:12 255:7,16 255:17 256:9,10 270:2 283:13,18 285:4,11,22 288:18,25
**apis** 25:14 29:9,13 29:14 32:10 33:15 33:16 41:12 42:7 42:10 43:15,19 44:1 46:24 48:10 48:13,13 49:1,1,9 64:6,7,11,14,16,19 64:21,25 65:3,12 65:16,20,22 66:1 66:11 67:13,20 68:8,16,24 69:3,7 69:16 70:24 71:2 71:5,11,18 74:12 75:20 79:3 97:1,5 100:16 117:17 127:13 162:8 175:22 176:1 178:2,11,12,15,20 179:6,7 182:9 184:5,10 185:7 186:18 187:17 193:9,11 196:18 197:8 199:18 215:23 235:14 238:1,12,14 239:9 240:5,11 246:22 254:24 255:5,18 255:22 264:14
**apologies** 98:20
**apologize** 137:22 260:1 306:25
**app** 44:12 45:4 57:16 64:5 65:3 65:17 69:15,15 70:17,19 71:18 91:8 93:16,18,23 94:6,21 116:21 123:24 124:11 125:11 126:18 139:19 140:4 141:18 163:25 164:3 165:13 182:4,10,12,15 184:4,9 191:19,22 194:21,23,25 195:11 196:17 197:14 202:24 217:20,25 218:22 219:7 222:1,2,4 224:12 225:5 226:24 227:4 228:15 232:23,25 235:22 243:13 245:1 259:6 260:10,11,18 261:24 262:7,7 264:4 265:1 274:13 278:18 291:9 292:22,22 293:8,19,19,21 294:2,4,11,14,14 295:2
**apparently** 77:22
**appear** 15:25 74:12 139:7 177:15 268:4 299:8 308:7
**appearance** 12:5
**appearances** 3:1 4:1 12:3
**appeared** 17:8 247:6
**appearing** 11:21 310:18 311:7
**appears** 101:14 102:23 103:3 138:22 153:12 177:7 179:11 181:2 200:24

216:5 238:24 239:19 254:13 257:4 268:11 287:13 298:8
**appetite** 163:25 164:2 279:18 280:4,6
**apple** 36:6 270:23
**application** 36:13 47:2 64:8 126:15 126:22,23 127:20 244:13,15
**applications** 126:4
**applied** 32:20
**apply** 33:13,14 79:5 235:19
**appreciate** 129:25 306:10,10,15
**approach** 152:21 156:9,22 185:11
**appropriate** 152:24 253:1,10 253:17
**appropriately** 208:1
**approval** 66:19 202:24 246:21 247:7 249:4 251:18 253:5,7
**approvals** 65:2 66:21
**approve** 82:14
**approved** 47:11 47:14 154:1,24
**apps** 9:18 36:2 64:1 90:14 94:1 96:1,20 98:7 107:6,8 110:3,6,8 110:11 114:4,12 114:14 115:2,11 115:15 116:19,21 116:22,24 117:4 122:11 123:14,17 123:18,22 124:6 124:10,11,15 125:4,9,12,17,20 125:21,22 126:3,7 126:10,13 140:11 140:15 142:6 156:16,18 161:13 163:4,10,14 164:6 164:8,12 165:1,8,8 170:1,16 182:6 192:2 195:8 197:17 215:3,14 216:10,16 220:4 220:12,18,23 221:12,19 222:14 224:19 227:11,16 227:25 228:15 239:22 241:4,12 241:18,22 242:4,6 242:12 247:8 252:19,20 259:4 260:23,25 263:20 273:7,14,17 274:4 274:7,18 275:13 276:3,6,9 277:21 278:3 279:8,10,13 280:3,7 288:19,23 290:10,14 299:2,7 299:19 300:10 301:6,15,22 302:3 303:1
**april** 21:6 137:20 138:9 191:2 192:19 193:19 194:15 195:11,17 196:3,16,23 288:17
**archibong** 6:8 7:21 8:12 58:3,5,6 58:15,19 97:25 99:9 136:14 152:13 159:4 171:5,13,24 180:10 206:22
**archibong's** 58:6
**area** 39:14 174:25 175:2 255:20 270:15
**argumentative** 108:18 118:4 137:17 148:6 258:19 303:19
**arrange** 223:7
**arrangement** 42:22
**arrangements** 56:4
**article** 9:13 270:9 270:12,15,20 271:10 272:1,10 293:2
**articles** 269:25 270:3,17,19 291:12 296:17
**aside** 159:1 190:4
**asked** 21:19 36:19 47:21 55:9 86:2 103:7 106:1 133:20 135:2 142:11 145:3 148:5 150:20 157:19 172:23 183:4,10,21 212:9 219:20 226:4 252:2 278:18 294:17 304:3,14
**asking** 14:6 38:5 46:20 51:15 63:22 67:22 75:25 76:23 76:24 82:9 112:13 112:14 118:24 129:23 131:7,8,22 131:23 133:11 134:12,13,18 139:5 145:8 148:13,14,23,24 150:4 223:16 230:15 250:25 255:25 256:1 268:1 278:1 293:23,24
**asks** 172:11 244:13
**aspect** 45:1
**aspects** 77:23 248:6
**assertion** 63:20 74:16 83:20 84:18 85:22 86:6 95:5 101:19 117:22 125:6 141:6 251:3 296:13
**assertions** 80:14 250:14,18 294:6
**assess** 115:18
**assessment** 103:19 183:25
**assigned** 77:17 248:14,19,20 268:4 269:6
**assigning** 248:16
**associated** 126:25 127:17
**association** 127:15
**assume** 13:22 35:23 128:20 130:25 131:4,5 133:9 134:19 144:20 174:17 183:23 188:13,13 220:5 223:2

232:12 233:12 247:9,10,14 248:4 248:7,12 252:7 254:9 261:15
**assuming** 244:21
**assumption** 132:16,18 133:17 134:21 222:21 265:6 293:5 294:8
**assumptions** 301:7
**asterisks** 267:10
**attach** 181:2
**attached** 110:9 114:14 115:2 122:23 160:10 181:11 207:20 221:13 238:2 246:18 308:8
**attaches** 221:18
**attaching** 224:4
**attachment** 88:6 88:14 98:7 116:18 117:3 122:9,15 160:5 181:4,7,9,22 224:3 225:1 245:12,16
**attachments** 236:16
**attend** 191:3 265:25 297:18,20 297:22 304:19
**attendance** 15:20 16:9 191:14
**attended** 198:15 291:16 298:1
**attending** 12:2
**attention** 272:2,11
**attorney** 12:6 309:16
**attributes** 204:13 204:20 205:11
206:12
**audio** 11:9 24:25 101:11 137:15,24
**audit** 115:17 161:2 161:9 170:3 224:4
**audits** 96:18 97:4
**august** 87:8 98:3 99:10 109:6 122:24 128:24 151:19 152:8,14 209:2 273:6,24
**auld** 3:15
**auto** 37:8 74:9,19 74:24 76:21 77:4 77:7,24
**autogrant** 82:11
**autogrants** 251:11
**available** 28:6 29:15 70:14 79:3 79:5,8,14,15,20 80:12 235:14,22 281:4 305:16
**avenue** 3:8 4:8
**aware** 41:1 43:15 61:15 69:13 70:17 90:23 117:9,13 132:10 133:5 229:9 243:12 244:12 292:12 300:2 301:14,20 302:2,6
**awareness** 28:4

**b**

**b** 6:1 7:1 8:1 9:1 10:1 203:20 285:7 311:1
**back** 18:3 31:11 48:21 50:7,14,23 51:14,19,20,23 52:4,16,17 53:19 54:19 62:6 78:4
78:15 83:17 86:14 121:17 122:5 128:23 135:17,23 136:20 145:10,13 162:20 166:24 171:2 183:3 186:14 193:1 200:8 201:23 202:4 204:7,12,19 205:8,10,13,14,22 205:23 206:16 207:15 208:5,9,20 208:22 209:17 210:6,15,18,19 211:3,14 212:17 213:2,7 214:8 219:24 221:5 233:16 234:8 253:21 258:7 259:20 265:21 268:13 277:18 279:24 289:12 296:20 305:4 306:3 307:9
**background** 11:7 143:6 234:19
**backward** 102:9
**backwards** 185:2 187:6
**bad** 211:19
**band** 43:22
**bank** 153:21
**baptista** 233:7
**based** 55:6 115:21 117:13 175:19 177:5,10 179:20 179:22 187:21 193:6 196:9 204:12 211:10,13 222:18 224:12 225:5 226:22
240:9 246:25 247:20 256:19 257:8 305:23
**basic** 85:16 293:24
**basics** 27:20
**bd** 6:9 59:1
**bear** 15:6
**becoming** 254:24 255:6
**beginning** 2:10 12:6 62:4 90:8 99:6 108:20 122:3 129:5 158:5 170:25 172:7 207:15 214:6 265:19 305:2
**begins** 112:25
**behalf** 2:9 12:12 12:18,18 234:21
**belief** 141:17
**believe** 18:6 19:4 34:8 37:6 46:25 58:9 72:11,19,24 88:2 96:8 97:10 102:3 103:7 110:5 111:9,19 119:12 129:18 175:25 178:19 193:10 204:6 209:18 228:11 230:9 232:14 233:3 234:7 240:16,20 247:3 263:24 280:10 285:23 286:2 291:4,8
**believed** 179:5 250:8
**belongs** 93:14
**benefit** 92:11
**benefits** 29:23

**best** 26:4 107:18 132:10,19 134:19 285:17
**beta** 233:14 234:2 234:13
**better** 51:4 138:4 204:13 289:7,15 304:21
**beyond** 81:7,25 82:25 85:3 95:5 112:3 238:12 239:9,21 240:11 263:6
**bfalaw.com** 3:22 3:23,24
**bi** 6:9 9:10 59:1 266:22
**big** 257:23 258:1,6 277:11
**bit** 26:7 46:15 83:14 117:25 159:23 172:14 175:12 220:17 231:9,20 233:24 234:23 269:21 273:23 284:23 289:4 305:25
**blank** 104:10 108:2 301:3
**blanket** 188:13
**bleichmar** 3:15 12:11
**blend** 246:5 257:19
**blended** 249:13
**blogged** 260:10
**blurred** 189:18 192:5
**board** 188:14 255:23 256:1
**bob** 202:15
**bolded** 277:9
**book** 204:20 205:11,24
**bother** 186:9
**bottom** 21:5 115:5 115:8 122:25 123:10 125:2 152:11 172:9 200:20 284:24 290:7 298:19
**bought** 22:11 210:22
**bowles** 20:11
**boxes** 143:25
**brands** 22:5,9 25:22
**break** 14:5,8 61:19 93:3 116:16 121:16 170:20 214:1 251:10 265:13 304:17
**breaking** 92:20,22 92:23,25 93:2,5 99:23 168:7 203:11
**breakout** 251:10
**breaks** 14:9 288:6
**brendan** 7:5 137:20 138:8,13
**briefing** 10:5 268:6,22 269:16 297:15,17 298:4 298:12 301:9
**briefings** 268:8,24 291:15 297:19
**brina** 20:15
**bring** 27:11
**brings** 51:4
**broad** 39:21 68:2 111:13 303:4
**broadly** 62:13 85:22
**broke** 65:14 288:8 296:17
**brokers** 44:14,18 44:24 45:2 57:14 57:16,19
**brought** 272:1
**bryan** 81:20 82:4
**bucket** 251:7
**buckets** 175:8 249:21,24 250:2 251:6
**build** 54:15 60:9 75:13,18 170:3
**building** 75:22 182:9 260:25
**built** 93:4 202:8
**bullet** 102:7,13,17 103:20 104:24 161:2 163:22 164:11 168:16,17 169:22 170:13 173:22,25 182:3 182:18 183:24 184:12,14,18,22 185:17 202:22 238:9 251:8,8 252:21 268:5,22 280:1 298:25 300:8
**bullets** 102:4
**bunch** 123:20 194:12
**buongiorno** 4:7
**business** 9:21 20:13 28:12,13 30:9,21 31:9 39:16 53:15 56:6 56:21 62:10 63:5 63:9,13 105:10 106:23 200:23 280:15,17 284:9,9 284:15,17,20
**businesses** 28:24 29:24 30:1 233:22
**button** 24:14 39:8 42:3 43:4,17 45:24 54:12 206:11
**buy** 22:10 23:13 40:14 55:18
**buys** 55:20

**c**

**c** 4:6 13:12 285:7
**ca** 6:10,13,17,19 6:23,24 7:6,10,13 7:16,19,23,25 8:10 8:14,18,21,24 9:7 9:12,20,23,25 10:6 310:9,12,20
**california** 1:2 2:9 2:14 3:20 4:19 11:17 309:19
**call** 35:7 86:24 87:6 97:20 173:7 175:17 193:4 208:24 212:19 282:12,18,24 298:14
**called** 64:2 74:23 166:8 167:24 256:7
**calling** 35:6
**callout** 174:3
**calls** 238:1 251:13
**cambridge** 291:1 291:5,13,16,23 292:13,20 293:3 295:23,24 296:1,1 296:16,19 297:1 298:18

**campaign** 22:11 23:18,21,23,25 292:14
**campaigns** 22:15 22:18,20
**capa** 232:5
**capabilities** 8:16 9:5 73:3,24 74:7 74:18 75:15 76:5 76:17,18 161:1 170:4 224:2,13 225:12 226:6 228:14,16,20 229:10,12 238:15 246:3,12 249:20 249:23 250:1 251:6,9 252:5,18 252:19 253:3 254:6,8 255:4 262:22 288:21,22 289:22 290:4,13
**capability** 73:6,9 74:23 75:1 224:4 228:15 232:12,13 232:16,17 234:2,4 234:12 245:10,12 245:16,23 246:20 247:7 249:3,12 252:25 253:10,16 254:3 290:20
**capacities** 46:21
**capacity** 24:20 41:23 54:11,18 56:2 57:7
**captioned** 160:22
**car** 164:14
**career** 241:1
**careful** 119:14
**carefully** 177:24
**carry** 115:10
**case** 1:6 11:18 18:17,20,23 19:8 62:18 121:13 154:8 155:5,19 156:1 213:24 231:14 260:11 283:15,25 285:8 290:24
**cases** 6:22 7:9 64:22 98:4,11,14 103:21,25 105:3 105:24 111:24 151:20,23 152:1 152:17 153:10 154:14,17 184:24 185:8 187:1,18
**catch** 274:8
**categories** 26:16 48:15 49:3,10 99:25 101:9 125:3 125:19 156:10,23 156:23,24 157:2,9 188:12 203:22 204:1,25 205:5 215:16,16,21,25 216:3,6 220:2,24 239:12
**categorized** 271:23
**category** 38:1,10 41:18,19 187:9,15
**cause** 103:22,25
**caused** 294:3
**caveats** 137:7
**cc** 72:1 152:13
**cc'd** 18:6 72:14
**ccp** 310:9,12
**ccrr** 1:24 2:12 309:25
**celebrate** 298:8
**ceo** 8:5
**certain** 83:16 100:16 102:25 105:3,24 111:24 215:3 218:22 220:5,11 237:1 255:21 305:24
**certainly** 187:24 240:2 300:2 301:14,20
**certainty** 189:19 215:8
**certified** 2:12 309:1
**certify** 309:2,15
**chance** 227:18
**chang** 1:15 2:8 5:4 6:5,6 8:8 9:5,25 11:13 13:1,10,12 13:13 15:19 16:13 18:9,16,19,21 19:19 20:3,20 21:3 25:7 27:4 33:17 45:7 52:10 54:2 55:13 62:1,5 62:8,18 64:1 72:3 72:10 81:9 84:12 85:25 86:18 92:15 113:13 117:2,9 118:7 121:11,25 122:4,7,22 130:5 138:7 146:9 149:9 151:19 159:4,9 160:9 161:8 163:18 166:1 168:15 169:17 170:12,22 171:1 171:10 189:2 195:2,4 198:14 199:2 214:4,7,10 216:9 224:7 230:2 236:13,25 245:7 256:8 257:4 258:17 260:5 262:12 264:7 265:16,20,23 266:19 269:24 270:8 273:4 287:12 290:25 297:5 298:7 301:14,20 302:16 303:6 304:8,19,24 305:3,5,16 306:9 307:5 308:5,17 310:6 312:2
**change** 138:1 191:19 203:11 253:6 260:16 261:19 264:1,8 312:4,7,10,13,16 312:19
**changed** 241:24 253:20 264:10
**changes** 90:7 91:15,22 92:16,20 92:22,23,25 93:2,2 93:5 100:15
**changing** 39:19
**characteristic** 180:4
**characteristics** 54:8
**characterize** 248:10
**characterized** 203:2
**charlotte** 9:17 273:5,12
**chart** 180:12
**chat** 35:2,3,22 36:1,7,9,10,12 138:20,23 139:8

139:16 140:2 143:20 145:5,8 146:2 149:16 150:9 230:5,13 232:21 233:6 287:15,22 288:8 288:12 289:4 290:8
**chats** 139:12
**checkins** 127:22 128:2
**chen** 4:21 12:20 16:16,24 17:1
**cheryl** 298:5
**choose** 25:17 51:19 191:21 194:20 197:13,21 197:24 213:6 260:17 261:21,23 264:3 265:1
**choosing** 202:6
**chose** 205:22
**chris** 72:1 81:19 82:3 99:21 114:1 118:14 136:14 152:12 209:4
**christina** 20:15
**cinemasource** 60:15
**circulated** 59:6
**city** 2:13 308:13
**civil** 310:19,20
**ck** 87:6
**clarification** 231:23
**clarifications** 238:5
**clarify** 286:19
**clarity** 209:7
**classification** 250:6
**classifications** 204:14
**classified** 219:1 276:16
**classify** 35:21 74:14 113:24 125:23 201:24 202:5,9 204:11 268:18 272:18 282:21
**clause** 102:10
**clean** 32:19 274:13 275:4,14,19,24
**cleaned** 180:12 237:25 276:1,2,3
**cleaner** 161:4
**cleanup** 161:2
**clear** 13:18,20 84:3 114:3 115:23 116:9 148:16 180:11 186:3 213:3 214:12,21 214:21 286:22
**clearer** 138:2
**clearly** 38:17 86:1 184:14 188:17 193:13 306:13
**clicked** 129:15 206:10 278:23
**client** 23:3,11,17 75:3
**clients** 22:5 29:5,7
**clip** 185:25 258:22
**close** 154:11 155:7 155:22 156:3 305:13 306:17
**closely** 169:24 170:6,14
**closer** 137:24
**cloud** 8:12 206:24 207:20 211:21
**clout** 111:18
**clr** 1:24 2:12 309:25
**clue** 277:23
**clunkiness** 15:7
**code** 276:3 310:9 310:12,19,20
**codify** 229:3
**colin** 12:20
**collaborate** 40:3 158:1,19,22
**colleague** 138:14 159:11
**colleagues** 12:19 34:21,23 35:9 36:15,17,22 53:7 57:10 97:2 130:20 137:1,9 151:12 158:13 196:11
**collect** 46:14
**collected** 48:16 49:4,11 219:15 247:20
**collecting** 212:8 246:13
**collects** 62:8,23 63:15 116:21 211:8
**collins** 20:15
**column** 127:3,6
**come** 23:13 284:20
**comes** 63:9 81:22
**comfortable** 62:19 91:7 128:16 215:12 225:23 226:2 253:21 259:15 293:4 294:6
**coming** 103:10 117:14 118:8 185:10 246:3
**comments** 174:23 283:13 285:4,10 305:9 306:3
**commerce** 24:10 25:7,11,16,19,20 25:23,25 26:18 142:16
**commissions** 43:10
**commit** 83:2,10 84:8
**commitment** 130:2
**commits** 82:2 84:6 84:20 85:4,10
**committed** 85:10
**common** 261:18
**comms** 297:12
**communicate** 34:21,23 35:9 36:8 53:6 130:25 131:12,16,24 150:5 158:6,13 305:9
**communicated** 271:12
**communicating** 76:24 130:20 138:23 300:6 306:13
**communication** 35:16,18 136:13 138:24 152:25
**communications** 37:1 133:24 270:19 274:11
**company** 42:4 270:22
**compatibility** 102:9 185:3 187:6

**complete** 279:7
**completed** 310:7 310:17 311:6
**completely** 250:22
**completeness** 141:10,12
**completion** 309:13 311:10
**compliance** 274:5 274:13,18 275:13
**complied** 242:5
**comply** 164:7,13 220:6,12
**concept** 49:17 52:23,24 63:23 69:9 80:6,9,11 92:23 93:1 94:20 213:21
**concepts** 80:16
**concerned** 82:17 227:3 270:16
**concerns** 21:20 199:8 239:3 270:25 278:11,14
**concert** 61:2,4
**concludes** 307:4
**conclusion** 156:7 300:25
**conclusions** 228:6
**concur** 237:9
**conducted** 11:19
**conference** 190:24 191:2,3,14 198:15 265:24 268:15 269:14
**conferences** 266:1
**confidential** 1:13 207:25
**confidentiality** 307:12
**confirm** 181:12
**confirmation** 252:23 255:2
**confirmations** 238:5
**confusion** 176:4
**congratulating** 298:11
**conjunction** 209:14
**connect** 27:7 29:2 31:17,17 32:3 46:6 64:9 106:18 196:22 209:11 247:25
**connected** 90:13 104:8
**connecting** 197:4 296:11
**connection** 73:20 101:4 119:9 120:21 189:13 237:2 244:16 265:2,6,9 269:22 300:9
**connectivity** 27:7
**consented** 46:25
**consider** 39:3
**consideration** 6:22 7:9 91:14 98:5,12 151:20,23 152:17 153:11 154:15
**considered** 23:9 44:4,12,21 54:2,20 55:13 218:17
**considering** 157:17
**consisted** 27:24
**consistent** 185:20
**constantin** 6:15 86:20 152:24 153:3
**constituting** 298:23
**consult** 84:9 85:7
**consulting** 81:24 82:24 84:5 85:2
**consume** 211:24
**consumer** 1:6 11:15 310:4 312:1
**contact** 310:9
**contain** 206:12 309:10
**contained** 46:2 308:9
**containing** 204:13
**contains** 130:7,21 230:5,16,23
**content** 21:21 22:14,18 27:9,11 27:15,18 28:2,6 42:6,11 46:17,22 47:5 53:18 54:20 55:7 56:13,20 62:8,24 63:14 64:12,25 175:24 203:20 259:4 292:22 293:10 295:2
**context** 29:22 48:8 54:16 73:9,22 77:21 100:14 107:5 118:3 142:4 142:5,6 144:14 146:16,18,21 147:1 148:11,20 148:23 150:3,4 154:22 157:5,14 157:16 163:6 164:19 212:21 231:2 240:14 242:21 255:11 267:2 275:18 289:14,20 295:21 301:7
**continue** 11:10 96:11,15 103:12 118:10,18 119:2 119:20 178:7 180:6 188:9 193:16,23,25 194:2,4,9 197:1 198:11 218:10 224:21 227:12,25 234:14 262:17 263:3 271:24 295:12 296:5,8 301:16 302:4
**continued** 193:16 193:24 195:13,19 196:5,13,18 197:6 197:18 213:10 215:3,15 216:10 216:16,25 217:18 217:22 218:22 219:8 262:14 270:1 295:19 301:11 302:19 303:1,9,25 304:11
**continuing** 272:7 300:20
**contra** 2:14
**contract** 175:20 177:5,11 179:21 179:22 182:21,24 182:25 193:7 200:25
**contracts** 179:24
**contribute** 143:9 143:12 213:2
**contributed** 210:5 210:17

**contributing** 141:18 143:1,4,17 210:19 212:17 269:7
**control** 92:1,4 191:25 260:22 261:2
**controversial** 71:15
**conversation** 82:17 92:22 96:6 106:6 140:11 144:4,21 145:16 146:24 148:11,14 150:2 207:19 209:4 213:10,17 280:5 282:19
**conversations** 11:7 18:24,25 19:2 92:24 94:12 96:9,14 223:11
**converting** 210:3 210:20
**coordination** 174:4
**correct** 21:14,25 26:24,25 27:14 28:19,20 30:6,24 37:21,25 38:19 41:15 49:11 51:7 53:20 58:20,21 59:13 62:11 72:25 100:22 108:14 110:1 113:16 115:4 132:21 133:1 142:10 148:20 155:3 165:11 170:18 197:16 208:11 213:20 220:25 238:3 247:14 254:16 256:12 269:15 290:5 302:10 308:10 309:20
**corrected** 308:9
**corrections** 308:7 310:14,15 311:3,4
**correctly** 31:24 238:7
**cory** 207:16
**costa** 2:14
**costs** 211:22,23 212:1
**counsel** 11:13 12:2 13:6 14:10,13 16:15,24 17:1,17 18:7,12,24 19:2,5 19:11 101:12 121:10 129:18 186:4 221:6 259:22 305:10,18 306:13,18 310:18 310:21 311:7
**count** 121:19 141:10,20 236:6
**counting** 284:5
**countries** 27:13,16
**county** 2:13
**couple** 65:24 89:4 153:16 158:7 174:25 177:20 198:19 200:13 257:8,12 258:23 297:23 305:18
**course** 14:7 72:5 207:13 257:8 270:14
**court** 1:1 11:17,23 12:24 14:2
**courtesy** 305:20
**cover** 14:21 38:3 38:11 160:17 199:22
**coverage** 253:1,11 253:18
**covered** 15:1 34:13 35:17
**covering** 17:21
**covers** 38:13 116:23
**create** 31:23 38:25 64:1 91:4 153:1 183:5,10 285:13 285:19 286:5
**created** 33:4 47:10 120:4 126:22 288:19 290:9
**creating** 28:1 183:7,18 213:5,8 232:17 283:11
**creation** 246:20 247:7 249:3
**creek** 2:13
**criteria** 115:22 254:1 276:15
**cross** 7:12,18 8:16 8:23 152:13 159:3 159:10,19 160:10 165:23 166:11 169:10 171:5,13 172:1,10 223:25 224:9 236:15 237:13 245:9 266:21 291:22
**crutcher** 4:4 12:17
**csr** 1:24 309:1,24
**current** 20:3 31:6 33:18
**currently** 20:9,10 20:14 30:4 32:8 74:7 162:8
**custodial** 19:20
**custodian** 19:16
**cycles** 164:13

**d**

**d** 5:1
**dallas** 4:9
**dan** 172:13 175:3
**daniel** 3:7 4:16 12:14,21 81:19 200:20,22 202:15 203:3
**daniels** 72:1 136:14 152:12 209:5
**dash** 278:6
**dashboard** 139:18 139:21,25
**data** 9:15 32:12 44:14,18,20,23 45:2 47:1 57:14 57:16,19 60:5,7,9 60:16,18,22 61:5,8 61:12,15 93:14,18 94:21 95:22 100:3 105:1,17 106:8 107:8,10,15,20 110:9 113:19 138:17 143:24 144:2,7,12,24 145:19 146:7 147:17,18,22 148:2,9,15,18 149:10,13,19 150:7,18 151:12 154:10 155:6,10 155:21 156:2,5 175:23 176:10 177:8,22 178:3,7 178:15 179:8 180:6 182:6 191:18,22 192:1

193:10,15,17,23 194:21,24 197:1,7 197:14,18 198:1,2 198:12 203:22 204:2,25 205:2,5 209:12,14,14 210:8 211:20 212:5,17 213:2 228:19 229:5,19 230:16,22,25 232:23,25 242:18 242:23 243:7 244:12 252:24 253:9,16 254:2 258:14 260:12,13 260:18,23 261:22 261:24 264:4 265:1 270:1,11,22 271:17 272:8 288:18,24 290:14 291:10 299:2,7,19 300:10 301:6
**datas** 60:24
**datasets** 33:16
**date** 169:13 189:17 193:18 220:19 240:2 310:16 311:5 312:24
**dated** 6:7,11,14,20 7:4,7,11,17,20 8:7 8:11,15,19,22 9:4 9:8,16,24 10:4 58:15,20 72:1 78:6 81:12 98:3 99:9 137:20 138:9 151:19 152:14 159:4 165:23 166:12 167:17 171:6 199:3 200:21 206:23 207:17 224:1 230:4 236:15 237:13 245:9 266:21 273:6 280:16 287:13 297:6 309:21
**dates** 191:7 194:5 195:20 284:19
**david** 3:6
**davis** 3:17 12:12 12:20
**day** 163:11 164:6 171:14 219:3 220:4,5 224:3 306:19 308:11
**days** 19:12 164:7 164:12 220:6,12 233:11
**deal** 60:18 105:12 117:14 257:23 258:1,6
**dealing** 31:7 46:21 101:7 113:18 118:1 185:11 291:3
**deals** 60:5,7,9
**dealt** 295:17
**deborah** 199:3
**dec** 7:19
**december** 1:16 2:11 11:1,5 19:12 165:24,25 270:9 310:3
**decide** 105:3,24 295:19
**decided** 91:15 205:20 211:13 233:25
**deciding** 111:23 180:5
**decision** 91:21 115:15,21 306:1
**deck** 159:19 160:12,16,21 183:8,13 219:25
**decks** 183:10
**declare** 308:5 309:18
**deep** 9:14 81:25 82:24 84:10 85:3 85:7 270:10
**def** 82:11
**defendant** 4:3 12:18
**define** 25:20
**definitely** 243:23
**definition** 38:15 76:14 135:5 217:19,24 297:8
**degree** 294:10
**delight** 51:4
**demo** 207:22
**department** 159:12
**depend** 149:5 157:14
**dependent** 47:10 50:25
**depending** 68:3 252:23 253:9
**depends** 34:25 41:21 45:8 47:8 48:7 54:4,10 64:21 66:13 111:14 121:2 136:7,7 142:3 149:3,6 199:20 266:7
**deponent** 19:15,17 19:21
**deposition** 1:15 2:8 6:5 11:13,19 13:5,14 15:6,19,25 16:8,14 18:10 30:16 45:19 62:1 62:5 92:3 101:10 116:12 121:25 122:4 170:22 171:1 186:4,12 214:3,7 221:6 259:22,25 265:16 265:20 284:10 287:1 301:18 304:24 305:3 306:18,22 307:1,9 310:19,22,24 311:8,10
**depositions** 306:12
**deprecate** 93:6 94:17 95:13 100:16 237:8
**deprecated** 106:13 117:17 162:9 182:5,20 186:19 186:23 187:4,11 187:17,23 188:9 188:19 189:25 192:9 214:15,24 215:4,11 217:18 217:23 218:11 234:15 239:22 240:4 257:7 271:4 280:7 288:20,24 290:11,15,20 300:3 301:16,23 302:4,18 303:8,24 304:10
**deprecating** 94:13 95:1,18 190:8 238:17,25 257:6 257:22 258:9

**deprecation** 95:7 100:20,24 102:24 103:5 106:7 162:24 164:23 189:5 236:16,21 237:6,14,16 295:7 299:9
**deprecations** 162:3,7,14,21 163:3,3,19 220:1 237:1 280:1
**depreciation** 8:23
**depth** 40:10 103:9 225:24
**derek** 3:5 12:7 61:18 116:15 137:22 139:11 221:1 265:11
**describe** 17:7 26:5 59:11 113:17 118:25 119:10 120:7,25 125:25 157:9 199:18 275:13
**described** 35:5 60:19 67:5,21 100:20 114:18 119:14 122:10 194:25 197:7 215:17
**describes** 32:5 173:16 176:21 186:21
**describing** 193:22 204:17 206:6 238:19 252:4
**description** 30:22 32:14 226:23 251:5 261:10
**design** 29:14,17 169:25 170:15
**designation** 307:12
**designed** 13:17
**despite** 255:20
**detail** 65:4 68:19 73:7 177:19 188:2 188:16 203:17 225:15 238:21,22 241:23 294:7 299:23
**detailed** 201:11 202:18 203:9 204:20 237:23
**details** 32:21 61:3 80:18 96:25 103:9 243:6 288:13 292:15,24
**determination** 118:8,9,13
**determine** 94:7 96:19 103:11 156:21 219:7 232:25 235:11 240:9 255:1
**determined** 310:18,22 311:7
**determining** 22:13 54:24 119:19 165:8 232:22
**dev** 235:1
**develop** 216:2,6 256:20 261:18 263:3
**developed** 32:10 110:22 115:7
**developer** 24:11 25:8,11,13 27:21 30:8,21 31:11 42:2 47:2,10 48:9 48:10 64:17,23 65:1 66:12,14,16 67:4 68:12 79:4 93:4 126:23 127:18 142:21 203:13 217:17,22 218:10 219:7 235:13,19,22 241:17 243:3,13 277:6
**developer.faceb...** 65:19 66:17
**developer.faceb...** 79:2 235:18
**developers** 41:3 44:12 45:5 57:17 64:2,4,5 65:17 67:22 71:18 82:1 83:1 85:4 90:15 91:5,23 92:12 95:19 96:21 188:20 195:11 196:17 197:17 218:22 219:12,18 226:25 227:5 229:6,19 233:10 233:17,20 241:2,4 241:12 251:15 253:3 260:23 274:11,15 276:18 302:19 303:9,25 304:11
**developing** 82:2 83:2,11 84:7 85:5 85:11 263:9
**development** 200:23
**device** 9:14 156:12 156:14 203:12 270:10,24 271:18
**devices** 164:14 271:21 272:4
**devs** 238:17 255:3
**dialogue** 197:23 208:7
**dialogues** 210:14
**difference** 67:12 157:7,12 165:13 165:17 176:21 181:19 235:8 256:9
**differences** 249:15
**different** 24:19 26:5,7,10 29:9 32:6 35:5,18 38:23 39:12 40:25 41:10 45:10,11,12 53:13 64:22 65:11 67:20,23 70:23 72:6 84:21 115:12 123:22,25 124:10 124:14 125:3,15 125:16,19,22 126:1,2 136:10 157:9 162:14 177:21 188:12 194:12 218:18 221:24 226:24 239:12 247:15 257:18 262:22 269:7 271:23 286:13 299:15
**differential** 32:20
**differently** 283:22
**digital** 293:8 294:11 295:2
**direct** 21:24 30:2 235:24
**directed** 19:18 173:23
**directing** 15:24
**directly** 26:1 37:15 40:21 65:24

90:20 106:19 118:7 146:20 274:9
**director** 20:5 30:5 30:14,23 31:5 34:10 58:9 87:17 201:5 232:4,9
**discern** 252:3
**discovery** 139:13
**discretion** 94:9
**discuss** 68:15 121:12 175:3
**discussed** 57:9 97:2 103:6 119:22 120:2 132:7 134:15,24 135:9 196:10,25 288:9 288:12 291:17
**discusses** 73:24
**discussing** 52:16 79:8 154:12 252:15
**discussion** 100:14 122:12 176:8 199:8 200:17 223:5 235:24 305:24
**discussions** 89:13 117:20 200:4
**displaying** 273:11
**distinction** 176:12 176:17
**distortion** 24:25
**district** 1:1,2 11:17,17
**dive** 174:5
**dividing** 249:23
**dko** 3:12
**dl** 297:12
**dloeser** 3:11
**doc** 153:6
**docs** 279:4 280:22 281:20 282:3,4,6
**document** 15:8,11 35:16 61:19 89:2 89:6,10 90:9 92:19 95:12 97:16 97:18 99:1,8 100:19 106:12 114:19 128:22 129:16,19 137:14 137:19 139:6 159:1 160:9 166:1 168:9 171:4 181:2 181:7 207:7 214:18,19 215:1 221:13 222:9 224:7 245:21 254:11 267:6,15 278:22,25 279:1,4 279:22 280:21,24 282:24 286:1
**documentation** 120:4
**documents** 17:3,6 17:7,10,13,16 19:14,15,16,19,20 66:17 67:19 214:20,22 215:2 281:24
**dog** 143:22
**doing** 30:22 31:5 167:3 168:5 261:3 261:8 262:17 271:18 296:21
**douglas** 87:13 213:15
**download** 70:19 294:14
**downloaded** 69:14 293:9 294:11
**downloads** 262:6
**dozens** 270:24
**dramatically** 299:1,7 300:9 301:5
**draw** 156:7 176:12 264:25 265:2
**drive** 8:12 28:4 29:19,20 30:1 33:6,9 45:11 105:2 106:21 107:21 111:10 113:20 206:24 207:21
**drove** 111:18
**dry** 268:6,23 269:16,17
**due** 164:13 165:2 165:9
**duly** 309:5
**dunn** 4:4 12:17 306:19

**e**

**e** 3:16 5:1 6:1 7:1 8:1 9:1 10:1 309:12 310:9,12 311:1 312:3,3,3
**e.g.** 164:14 203:22
**earlier** 78:17 79:25 83:14 135:19,24 152:8 201:15 213:5 228:23 263:6,8 279:16 289:25 293:16
**easier** 93:9 236:10
**easily** 219:16
**echo** 190:19,23
**ecosystem** 20:13 92:10 274:14 275:5,15,19
**eddie** 88:1 171:5 232:4,8 236:15 245:9
**edelson** 9:17 273:5 273:12,24 274:1 276:22
**edited** 283:2 285:7
**educated** 128:10
**effectively** 306:13
**efficient** 78:13
**effort** 161:12 274:17 275:4
**efforts** 257:10 274:3
**egnyte** 86:24
**eight** 257:17
**either** 181:9 212:16 277:19 303:15
**eli** 230:14 287:23
**eliminated** 264:14
**eliminating** 261:9 265:3
**elimination** 157:17
**email** 6:7,11,14,20 7:7,11,17,20 8:7 8:11,15,22 9:4,8 9:16 10:4 35:4,21 36:25 37:7 58:2 58:14,17,19,23 59:10 68:20 71:25 72:7,14,15,18,22 72:25 73:2,23 74:3 76:16 77:21 78:5,9 79:10,18 80:7,20 81:3,7,9 81:14,18 83:23 84:3,13 85:13 86:1,20 87:1,8,19 88:9 97:20,25

98:25 99:7,9,15,16 99:19 100:13 101:6,14,22 102:21,22,25 103:3 104:15 105:16,18 106:6 107:3,15,25 108:2 108:5,10 109:2,7,8 109:14,18 111:4 112:3,5,16 113:1,6 113:9,13,14,17 114:3,9 115:6,8 117:3,25 118:15 122:24 128:24 129:2,3,6,14 130:9 130:12,12,13,15 130:21,24 131:8,8 131:12 132:4,7,9 132:19,20,25 133:3 134:5,5,13 134:15,23,24,25 135:8,10,10,14,22 135:24 136:6 137:1,2,9,10,20 138:7,19 151:18 152:2,6,7,8,10,12 153:13 154:18 156:8 157:24 158:6,7 159:3,9 160:10,17,19 165:23 166:6,14 166:24,24 167:11 171:4,10,12,13,16 171:21,23 172:2,4 172:9 173:5,12 175:12,14 176:7 179:11 180:9,17 180:24,25 181:8 181:11 183:2,4 185:18,23 188:4 189:6 192:8,20 193:2,21,22 195:21 199:2,8 200:19 202:14 206:21,21 207:16 207:17 208:4 209:3,22 211:16 213:14 215:17 216:5,7 220:16 221:17 223:25 224:8,9,25 226:24 230:3 236:14,20 236:25 237:3,12 238:10 239:6 240:2,17 245:8,15 245:18,20,22 246:1,7,24 247:6 247:11,22 248:13 250:4,7,10,17,23 252:4,9,10,14,15 256:18 257:4 263:11,12 266:20 267:24 268:12 271:2 273:5,24 274:24 275:1,11 275:16 276:21,25 277:4,6,13 278:9 278:21 279:15 287:8,12 297:5 300:6 301:24

**emailed** 21:11 77:23

**emails** 17:8 18:1,4 66:6 72:17,19,23 87:25 135:17,20 137:7 189:12 192:10 196:24 265:7 277:17 296:4 302:7

**emphasizing** 82:4

**employee** 299:25 309:16

**employees** 35:23 298:22

**empowered** 93:17

**empowering** 94:20

**enable** 15:16 27:19 28:23 32:10 39:14 262:17

**enabled** 15:17 27:10 80:11

**enabling** 29:23 39:11

**encourage** 53:25

**encouraging** 281:23

**endeavoring** 53:25 130:25

**ended** 293:20

**endorsing** 110:25

**ends** 84:25 113:4 207:14 278:9

**enforce** 163:24 220:3 279:18 280:2

**engaged** 146:6,10 146:15,19 147:3,5 147:6

**engagement** 92:9 211:23

**engaging** 25:22

**engineer** 77:14,15 290:5,23

**engineering** 76:2,9 77:16 201:5 224:11 233:4 238:4 249:7 299:22

**enhanced** 96:3

**enormous** 282:8

**ensure** 22:10 23:17 31:16 53:11 60:25 153:15 157:25 158:7,19 158:22 242:4 249:6

**ensuring** 31:21 32:1,18 50:8 274:12

**entails** 290:6

**entered** 255:22

**enterprise** 55:22 286:17

**entire** 274:14 275:5

**entirely** 162:10

**entities** 38:1 59:23 60:3,4

**entity** 44:19 45:9

**entry** 30:7 59:21 60:1,2 209:2,11 282:24

**environment** 33:12

**equitable** 161:4

**errata** 310:14,16 311:3,5

**especially** 294:22

**esq** 3:5,6,7,16,17 3:18 4:5,6,7,21 310:1

**essence** 175:18 179:19 193:5

**evaluated** 286:25 287:3

**evaluates** 66:20

**evaluating** 162:14 305:7

**evening** 304:20 305:14

**event** 61:1 95:9 258:2 291:20

**events** 17:20,23 61:1 132:7 133:4 236:17,21 237:6,9
**eventsource** 60:16
**eventually** 284:21
**everybody** 12:13 24:2
**evidence** 132:10 132:19 133:8,12 133:15 135:8
**evolution** 89:14
**evolved** 35:3
**evolving** 39:19
**exact** 65:10 147:4 191:7 259:7,7 287:21 297:8
**exactly** 66:6 68:3 95:25 104:8 120:16 258:11,24 259:16,18 266:13 281:13 289:3,11 290:6 293:6
**examination** 5:7 13:8 309:8
**example** 25:16,23 26:3,13,21 27:25 29:1,21 31:10 35:11 38:6 40:6 41:5,11,17 45:23 46:9 50:10 51:9 51:10,12 52:19 53:6 54:12 57:8 60:24 61:5 65:25 74:18 83:15 126:16 136:12 202:1 205:20 206:10 217:1 241:9
**examples** 53:24 55:19 61:8
**excel** 6:24 17:8 122:16 123:2,4,8 221:9 224:5
**exception** 165:1 165:14 220:3
**exceptions** 156:9 156:22 157:4,17 175:19 176:9,13 176:17 177:4,9 179:3,20 186:25 193:6 220:16 301:15,21 302:2
**exchange** 40:2,4,9 40:11 45:1,2 50:3 50:22 51:1,5,6,9 51:11,13 82:21 201:12,14,19,21 202:19
**exclamation** 277:11
**excuse** 30:16 45:19 101:10 135:11 186:4 221:6 301:18
**executed** 308:11
**execution** 7:15 160:13
**executive** 23:8
**exemplify** 54:14
**exempt** 176:25 224:19 227:11
**exemption** 185:8 187:18
**exemptions** 175:1 175:21 176:9,22 176:25 178:1,8 179:3 184:23 189:4 193:8
**exercise** 115:10
**exhibit** 6:3,4,6,7 6:11,14,18,20,24 7:3,4,7,11,14,17 7:20,24 8:3,4,5,7 8:11,15,19,22 9:3 9:4,8,13,16,21,24 10:3,4 15:5,13 20:24 21:1 57:23 57:25 58:14,18 71:20,21,22,25 86:8,16,19 88:16 88:17,21 97:11,12 97:15,19 116:18 116:21 117:7 122:8,10,10,15,19 124:21 128:23 137:18,19 138:5 151:15,15,16,18 159:2,7 160:5,6,9 165:19,20,22 171:3,8 181:15,16 185:25 186:15 189:8,9,9 193:2 198:24,24,25 206:18,19,21 219:25 221:5,7,8 221:12,17 223:21 223:22 229:22,23 229:24 230:2 236:5,6,11,14 245:5,8 259:20,21 259:24 266:15,16 266:17,20 270:5,6 270:8 273:1,2,4 279:25 280:9,11 280:12 287:8,10 297:2,3,5
**exhibits** 305:24
**exist** 26:2
**existed** 33:3
**existing** 102:14 161:3,9 163:24 164:3 170:4 246:22 247:8 279:19 280:2,6
**exists** 66:24 120:15 235:11
**expand** 35:17
**expanse** 133:2
**expectation** 81:19
**expedite** 306:19
**experience** 17:25 21:5 38:17 41:22 46:12 48:8 50:9 51:3,3,4,16,20 54:13 93:4 94:5 127:20 201:17 202:3,7 209:15 211:25 251:17
**experiences** 75:22 91:6 94:2
**expert** 32:21 76:12 235:25 247:17
**experts** 76:8
**explain** 23:2 30:10 31:4 32:13 49:23 50:5 64:7 65:4 68:18 80:17 151:22 157:7,12 175:7,17 193:4 204:15 210:9,9 232:24 238:19,22 251:19 256:8 257:12 268:21 277:4 279:11
**explained** 221:14
**explaining** 140:25
**explicitly** 182:7
**exploration** 297:1
**expose** 228:17
**exposed** 23:20,25 230:15,22,25
**exposes** 95:21

**exposing** 212:18 229:5,18
**expressed** 80:7 85:12 93:19,22 94:22,24
**expressing** 278:14
**expression** 45:25 275:19
**extend** 29:25 176:25 227:15
**extended** 239:13 239:13,15 271:4
**extending** 296:21
**extension** 164:12 164:18 165:14 176:24 185:5 187:12 220:3,10
**extensions** 164:17 164:22 175:19 176:13,18,21 177:5,10 179:20 179:22 184:14,15 184:18 185:11,21 193:6
**extent** 121:12 186:2 250:22
**external** 252:19,20 274:10
**externally** 249:22 251:5,7,9 252:4
**extract** 51:18 203:21 204:1,24 205:4
**extraordinary** 296:3
**extremely** 95:21

**f**

**f.r.c.p.** 309:12
**f8** 8:4,5 190:24 191:2 195:10 198:19 237:9 257:25 258:1 265:24 266:1,7,7 267:6 268:8,14,24 269:13,14,18,19 269:22
**f8s** 190:13
**face** 87:12 235:17
**facebook** 1:5 4:3 4:21 9:13 11:14 12:20 16:22 17:1 19:13 20:4,21 21:5,13,16 23:9,20 26:2,5 27:16 29:24,24 30:2 32:8 33:11 34:13 34:20,24 35:2 37:14 38:2,4,21 39:4,16,24,25 40:15,18 42:6,10 42:24 43:15,19,23 44:22 45:2,7,9,18 45:20 46:1,4,7,8 46:13,17 48:4,4,15 49:4,11,18,23 50:14,17,19,23 51:14,21,22 52:1,4 52:17,17,24 53:18 53:19 54:3,9,21 55:7,20 56:1,5,14 56:19,23 57:10,13 57:17,20 60:12 61:6,9,12,16 62:8 62:21 63:5,15 64:2,11,14,16,19 65:12 67:24 68:23 69:2,7,10,13 70:2 73:4,9 77:13,19 78:6,12 85:17 90:13 91:16 100:15 105:2,5,7 105:25 106:22 107:21 108:22,24 111:11,18,25 113:20 126:20,24 128:4,7 144:2,13 146:5,6,10,11,15 147:3,5,12,14,15 147:20 149:10 151:13 157:12 165:3,10 180:5 182:8 188:21 190:7 194:24 201:21,23 202:4 203:19 204:7,9,13 205:4 206:2,14,16 206:24 208:9,14 210:23,25 211:2,4 211:5,7,8,11,14,25 212:8,25 213:2,12 213:13,22 218:21 219:11 222:4,18 222:24 227:1 229:17 230:8 231:21,22 232:1,2 233:18 235:15,24 238:25 241:1,3,12 241:13 242:3,6,11 242:18 243:7,11 243:13,20 255:22 256:10 257:23 258:13 259:3 264:7 269:25 270:10,16 271:16 271:19 272:7,11 273:18,19 278:20 281:11,15,21 286:7,11,12,14,14 291:1,16,20 292:3 292:12 293:11 294:3 295:3,18 298:9,12 299:4,25 300:18,21 301:10 302:17 303:7,23 304:9 307:11 310:4 312:1
**facebook's** 8:5 63:8 212:25 242:5 242:23 243:3
**faceversary** 298:6 298:14
**facilitate** 44:19
**fact** 47:19 52:3 183:3 194:19 209:1 269:25 296:7 302:9 304:8
**fair** 84:1 100:13 104:21 123:21 124:4 125:17 130:11,24 133:3 134:3 150:8 151:2 154:13 177:12 222:21 234:11 252:13 254:13
**fairly** 237:15
**falconer** 4:5 12:16 12:17 16:1,15 18:14,21 19:25 22:21 36:19 42:13 42:15 43:1 44:6 46:23 47:7,16,21 48:17 49:7,20 50:1 52:13 54:22 55:1,9 56:8,15 57:1 61:18,21,24 62:12,25 63:17 67:1,8,16,25 68:10 69:17 70:9,20 80:24 83:12,18 84:15 85:20 86:2 98:20 101:2 104:6 104:11 106:1,15 107:11 108:18,23 111:12 112:1,8,19

113:7,22 114:16 114:21 116:1,15 118:4 121:15 124:2,21 128:14 129:10,21 130:1 131:2 132:13 133:20 134:7 135:1,11 137:15 137:22 138:3 139:1,11 142:11 145:3,23 148:5,19 149:2 150:10,20 157:19 160:3 162:16 168:1,8 171:18 172:25 177:13,16 180:20 188:22 190:1,10 191:4 195:23 198:5 203:4 204:4 205:15 208:16 212:9 215:5,19 218:1,3 219:20 220:8 221:1,15 222:6,25 226:17 228:3 229:20,24 233:1 234:16 236:9 239:4 241:7 241:14 242:7,14 242:16 244:18 245:2 254:17 256:3,22 257:14 258:19 261:13 262:18 263:22 264:9,17 265:11 267:14 268:17 269:2 271:8 272:17,20 279:20 283:19 294:17 296:10,24 299:12 299:20 300:11,23 302:11,21 303:11 303:19 304:3,13 304:18 305:15 306:4 307:11 310:1

**fall** 125:19 249:20 250:1

**falling** 115:12,20 251:6

**falls** 146:4

**false** 130:16,21 131:16,23 166:20 251:1

**familiar** 49:17 59:4 65:11,21,25 69:9 71:1,4 87:19 123:1 141:6 212:23 230:20 242:18 252:1,7 280:16

**familiarize** 89:1,6 207:3 267:24

**family** 298:23

**fan** 20:15

**far** 18:3 63:14 133:24 201:11 202:18

**farther** 169:9 234:23 284:23

**fascinating** 128:22

**fast** 169:25 170:15

**fb** 6:10,13,17,19 6:23,24 7:6,10,13 7:16,19,23,25 8:10 8:13,14,18,21,24 9:7,12,20,23,25 10:6 209:13

**feature** 21:18 36:7 36:9,10 156:13 208:9,20,20

**features** 28:25 228:18 229:5,19 261:1 280:7

**february** 171:6,14 172:10 179:12 180:25 185:19 193:1 196:23

**federal** 311:1,8,9

**feed** 95:20 162:22 163:9 175:24

**feedback** 90:12,19 90:23 91:2,17 153:19,23 224:2 233:12 246:16

**feel** 39:15 62:19 90:13 91:7,8 128:13,15 131:18 215:12 225:23 226:1 253:20 259:15 287:4 293:4 294:6

**fell** 215:15 220:23

**fernandez** 233:7

**fetching** 78:13

**field** 78:16,21 79:7 80:22 81:4

**fields** 288:20 290:11

**fifth** 282:23

**figure** 115:11 134:4 161:12 194:8 216:24 295:18

**figured** 271:13 289:19

**figuring** 23:19,24 96:11 118:17 119:1 161:20 192:8 262:13

**file** 122:16 123:8 221:9

**filed** 11:16

**filings** 18:17

**fill** 120:7,24 121:3 278:2

**filled** 278:17

**filling** 278:4

**financially** 12:1 309:16

**find** 217:2,9,12 219:16 270:14 286:20

**finding** 249:10

**findings** 246:19,24 247:12,18 249:1 249:19 256:18

**fine** 61:20 99:2 121:23 168:10 170:19 207:3,13 265:14 304:22

**finish** 14:6 205:16 304:20

**finished** 205:16

**firm** 11:22,24 12:8 12:12

**first** 13:18 35:1 39:8,10 59:7,21 60:1,2 68:23 69:2 74:2 99:1,20 101:21 102:7 103:20 123:17 127:22 128:1 129:5 139:16 143:23 144:1 152:11,12,20 153:17 160:21 161:2 163:22 169:10,16,16,18 183:24 186:20 187:3 207:2 213:9 227:7,20 230:17 238:9 247:21 249:2 252:21

261:2 267:16 272:5 278:1 280:1 298:16,18
**fitness** 126:6
**five** 17:15 116:16
**flag** 279:8
**flip** 78:4 99:1,7 166:6
**floor** 4:18
**flow** 65:8,8
**flush** 67:19
**focus** 27:5 28:1,23 90:10 96:3 108:9 226:19 270:18
**focused** 23:23 25:15 26:17,19 27:6,9 30:25 33:5 91:5 257:1 296:25
**focusing** 130:9
**folder** 126:14,14
**folders** 122:18 123:1,11,16,20,21 124:9,15
**folks** 136:14 269:7
**follow** 66:18 274:16
**following** 110:11 276:18 278:2
**follows** 13:3 48:23 116:8 145:14 310:8
**fonti** 3:15 12:11
**ford** 185:6
**foregoing** 308:6 309:3,10,19
**foreign** 28:9
**form** 22:21 38:20 42:13,15 43:1 44:6 46:23 47:7 47:16,21 48:17 49:20 52:13 54:22 55:9 56:8,15 57:1 62:12,25 63:17 67:1,8,16,25 68:10 69:17 70:20 83:18 84:15 85:20 86:2 98:21 101:2 104:6 104:11 106:15 107:11 108:23 111:12 112:1,8 113:7,22 114:16 116:1 124:2 129:10 131:2 132:13 134:7 135:1,12 145:3 177:13 188:22 190:1,10 191:4 195:24 198:5 203:4 208:16 215:5 218:1 220:8 221:15 222:6,25 226:17 228:3 229:20 233:1 234:16 239:4 241:7,14 242:7 244:18 245:2 254:17 256:3,22 257:14 262:18 263:22 264:9,17 267:14 268:17 269:2 271:8 272:20 279:20 283:19 296:10,24 299:12,20 300:11 302:11,21 304:3 304:13
**formally** 28:12
**format** 101:7 116:20 117:14,25 174:24 263:3,10 295:17
**formed** 270:22
**fort** 33:12
**forth** 208:22 213:7 309:4
**fortunately** 259:19
**forward** 153:25 171:6 176:6 210:2 224:13 233:24 236:16 273:7
**forwarded** 172:2,2
**forwards** 99:15,15 138:19 171:12
**found** 78:14 136:3 144:7,24 145:19 201:17 288:22 290:12
**foundation** 16:1 80:24 106:16 112:9 113:8,23 132:14 133:21 134:8 135:1 139:1 150:10 160:3 162:16 171:18 172:25 180:20 195:23 204:4 234:17 261:13 262:19 263:23 264:18 269:3 272:20 300:12 302:12,22
**four** 17:15
**fourth** 60:18 220:1 252:18 279:25
**fql** 6:12 72:2,10 78:11,22 81:12
**frames** 203:6,8
**framework** 110:22,24,25 111:3,21,23 112:6 112:7,11,14,15,16 112:21,24,25 113:4,5,11,18,21 113:25 115:7,18 118:9 129:4 196:10,25 197:3,6
**framing** 296:14
**frcp** 311:1
**free** 19:2 27:20
**frequently** 219:3 281:1
**friday** 87:8
**friend** 69:9,14,16 70:7,11 93:6 94:5 95:2,7 100:3,25 105:1,17 106:8 107:8,10,15,20 113:19 154:10 155:6,21 156:2,5 175:23 177:22 178:3,7,15 179:7 180:6 182:5 187:4 189:5 190:9 192:9 192:22 193:10,23 194:2 195:13 197:1,7,18 198:1,2 227:15 260:7,10 260:14 261:9 262:15 263:4,20 264:14 265:3 302:18,20 303:2,8 303:10,24 304:1 304:10,12
**friends** 9:15 66:1,8 69:16 70:14,18,23 71:11,17 74:19 77:24 78:12,14 90:16,18 91:10 93:15,22 94:4,13 96:16 97:5 98:8 100:16,21 101:16 103:12 104:3

110:7 114:5,13 115:3,17 116:19 116:22 117:16 118:10,18 119:2 119:20 122:11 127:22 128:2,6,11 155:10 157:17 162:25 163:13 164:22 176:10 177:8 182:4,9,10 182:11,15 187:10 187:16,23,25 188:10,18 189:24 191:18 192:12,14 192:18 193:15 194:9,11,13,16 195:7,19 196:5,13 196:18 198:12 214:15,23 215:11 216:11,17,25 217:5,10 218:16 218:23 219:9 221:12,19,21,24 222:2,3,3,3,13,15 222:22,23 223:8 223:12,14,16 224:22 227:13 228:1 257:7,22 258:9,14 259:5 260:13 262:8,8 270:1,11 271:24 272:7 279:19 291:10 292:23 294:25 295:7,12 295:20 296:2,2,5,9 296:18,22 298:23 299:10 301:12
**front** 82:8 259:17 272:10
**fuel** 43:22
**full** 8:6 38:15 40:10 138:18 189:19 193:25 240:14 289:13 309:10
**fully** 30:25 40:13 124:17 151:10 207:8
**functionality** 96:2 251:12 282:2
**further** 99:22 141:15 146:2 153:14 171:22 232:20 252:17 305:5 309:15
**future** 102:18

**g**

**g** 13:12
**gaining** 143:23 144:2 223:18
**game** 124:5 125:21
**games** 123:18 126:10
**gaming** 26:3,13,21
**garrie** 4:16 12:21 12:21 168:6,11 170:20
**garrie's** 305:9 306:3
**gated** 249:4
**gatekeeper** 140:22 235:2,5 249:17 289:24 290:3
**gather** 125:14 129:14
**general** 41:18 63:23 73:8 76:3 76:12,15,17,20 77:18,20 89:16 96:24 115:9 127:16 130:19 131:11,15 151:2,7 154:2 156:9,22 189:20 293:17
**generalize** 45:9 47:9 55:3 255:23 255:25 257:15
**generalized** 43:12 287:5
**generally** 17:6 44:15,16 47:25 48:1 57:5 62:17 65:7 66:18 68:21 70:14 96:23 105:9 107:2,6 109:5 119:24 120:17 121:7,8 125:25 131:20,24 135:20 140:19,21 185:19 213:24 215:10 223:15 244:7 250:3 251:10 265:25 266:2,4 293:13
**generate** 197:23
**getting** 42:24 53:19 154:11 155:6,22 156:3 184:8 204:10 208:14 209:7 239:13 263:20 281:19 289:15
**gherman** 78:5
**gibson** 4:4 12:17 306:19
**gibsondunn.com** 4:11,12,13 310:2
**gifting** 156:19
**give** 38:6 51:9 57:7 83:10,16,16 84:2 86:10 107:18 153:6 241:9 267:20
**given** 84:16 164:12,22 195:13 195:18 196:4,12 196:18 215:15 216:10,16 220:12 237:6 307:5
**giving** 50:18 53:18 85:14,15 191:25 260:21 261:1
**gk** 140:17,18,19 140:21 141:9 249:6,12,16 288:20 289:21,24
**gks** 224:12 225:5 288:19 290:9
**glean** 288:14
**gleaned** 288:15 293:1
**global** 21:24 24:6 24:17 28:7 37:22
**go** 11:11 16:2 23:10 24:2 31:14 33:11,20 42:16 43:2 44:7 48:18 49:21 57:2 65:1,2 65:7 66:16,17 67:4,9,22 68:4,22 69:18 72:7,8,17,23 74:22 86:7,9 88:21 92:4,19 95:12 97:18 99:6 108:20 110:14 113:8 115:8 121:16,22 126:14 128:23 129:2,11 135:17 137:18 146:2 152:10 160:20 162:19,20 163:17 165:19

166:23 167:10 169:8,20 172:8 183:13 185:24 186:14 189:7 190:15,22 192:22 193:1 198:23 200:8,18 204:5 205:15,19 207:15 209:24 211:15 212:13 213:9 217:1,11 218:3 219:24 221:5 222:7 223:21 228:4 229:22 234:23 235:15,17 236:5 241:15 245:4 246:7 251:7 253:4 259:20 260:8 267:1,23 268:13 270:5 272:25 273:23 280:9 282:23 283:7 290:22 292:7 297:2 298:3 298:16 304:17
**goal** 40:3 45:13 46:10 91:4 92:2,8 146:5,10 161:4
**goals** 39:23 45:11 45:12,14 59:12,15 59:16,23
**god** 306:24
**goes** 87:9 123:19 159:20 203:16
**going** 11:5 14:21 15:4,8 18:21 20:23 32:19 37:10 50:7,8 62:2 68:12 72:5,23 82:7,12,14 83:9 86:11 98:24 106:13 121:17 124:23 130:1 144:5 153:5 155:9 170:23 175:18 177:4,9,10 178:6 179:20 182:14 185:21 186:5 188:1 189:3,18 191:11,19,20 192:18,22 193:5 193:15,16 194:17 194:19 196:12 197:12 206:25 209:8 214:4 224:13,14 227:8 227:11,15 238:3 258:14 259:4 260:15,16,24 261:19,20 262:14 264:1,2 265:11,17 266:14,15,25 267:25 282:24 298:8 299:18 306:7
**good** 11:4 12:7,10 12:13,16 13:10 63:12 96:2 122:7 134:6,14,23 135:3 135:5 143:1,4,9,13 143:17 144:17 154:5 201:18 211:18 247:6,10 277:23 306:11
**google** 279:4 280:21 281:20 282:3,4,6
**governments** 28:9
**gracefully** 161:23
**grandfathered** 234:3
**grant** 80:16 175:18 177:4,9,10 179:20 193:5 220:17 225:21
**granted** 74:19,24 76:21 77:4,7,24 127:18 231:9
**granting** 184:23 186:25 241:4 255:3
**grants** 74:9 225:20
**graph** 78:18 79:25 82:3 83:3,11 84:7 85:5,11 89:24,25 117:9,10 189:15 189:22,22 190:4 205:3,5 206:4 210:6,18,19 212:17 213:2,12 213:13 222:18,24 233:19 241:5,13 242:6 270:2
**great** 19:25 91:6 94:1 99:4 121:15 260:25
**greater** 92:8
**ground** 13:16 32:2
**group** 23:12 25:15 27:9 48:8 57:13 158:23 187:3,24 189:3 196:11 297:9,10
**groups** 28:5 38:25 45:10 246:14,16 247:15 287:23,24 287:25 288:12,18 288:25
**growth** 142:21
**guess** 22:22 25:5 26:13 35:25 39:21 40:12 41:8 53:21 54:4,4 55:3 79:18 90:24 111:13 121:4 123:6 143:15 193:24 237:7 242:20 248:22 259:1 289:12
**guessing** 181:4 264:11
**guidance** 298:20
**guide** 134:6,14,23
**guiding** 158:23
**gupta** 78:18 80:1 87:1,10
**guys** 224:10

**h**

**h** 4:5 6:1 7:1 8:1 9:1 10:1 13:12 310:1 312:3
**h2'13** 59:22,24
**hagman** 6:12 71:25 74:3 245:9
**half** 59:25 172:13
**handed** 120:21
**handing** 100:12
**handle** 182:10
**handled** 297:19 310:8
**handling** 154:7
**hands** 251:15
**hang** 186:13
**happen** 105:19 158:24 185:21 243:24 305:21
**happened** 118:21 118:24 183:1 189:23 214:12 234:6 243:17 271:14 293:14 302:9,14
**happening** 21:21 182:23

**happens** 52:6
**happy** 261:3,8
**hard** 22:23 45:9 53:22 55:3 137:23 232:24 238:22
**hardware** 156:12 156:14
**hashed** 224:20 227:12
**haynes** 4:22 11:21
**hazard** 128:10
**head** 9:17 28:13 78:3 217:14 244:20 268:7,23 273:7,14 274:4,6 274:12,17 275:12 276:6,8,10,14,16 277:1,5 284:8,14 284:17,20,22
**header** 281:9
**heading** 92:20 95:13 161:1 162:2 167:11,15 169:6 181:23 183:15 298:19
**health** 28:8 92:9
**hear** 143:6 180:22 198:9,13
**heard** 66:5 69:11 71:6 90:25 191:16 225:14,16 243:17 275:6,9,19,21
**hearing** 137:23
**heart** 295:1
**heels** 298:17
**help** 23:13,16 27:7 28:2,7 29:2,18,20 29:22 31:13,18 32:3 33:14 39:22 45:12 46:6 60:24 81:19 139:13 142:25 146:7 152:2 255:1 274:13
**helped** 78:18 80:1 216:2,6 233:18,19 233:21
**helpful** 74:6 139:13 173:16,17 173:23
**helping** 29:14,25 38:20,24 77:2
**hereto** 308:8
**hesitate** 278:10
**hey** 223:7 271:5
**hi** 78:10 201:9 224:10 230:14 274:2 278:6 287:22
**high** 32:18 71:1 80:15 171:7,17,19 203:21 204:1,24 205:4 250:20
**highest** 81:20
**highlight** 205:21
**highlighted** 51:14 206:11,12 260:3
**highly** 207:25 250:20
**hillsborough** 2:9
**historical** 289:20
**history** 33:7 234:10,19
**hit** 121:15 265:12
**hold** 30:4
**holistic** 54:6
**holistically** 43:6 53:13 125:11
**home** 37:4,11
**honest** 144:6,23 145:18
**honestly** 14:17 149:12
**hope** 51:17 274:6
**hoping** 231:8 251:16
**hour** 121:17 265:12
**hours** 16:21 122:18 258:23 299:18
**house** 17:1 123:17
**huge** 161:23,24
**huh** 79:19 81:11
**hundred** 25:5 215:8 293:8
**hundreds** 24:22
**hyperlink** 129:15 130:6 278:23

**i**

**i.e.** 153:21 156:12 156:15,16,19 238:11 251:11,12
**ian** 4:21 12:20
**idea** 63:11 71:10 76:25 141:24 142:8 143:18 168:7 216:21 219:6 239:21 250:11 276:22 282:25 290:16
**identification** 15:13 21:1 57:25 71:22 86:16 88:17 97:12 122:19 127:2 138:5 140:15 151:16 159:7 160:6 165:20 171:8 181:16 183:25 184:15,19 185:12 185:22 189:10 198:25 206:19 223:22 229:23 236:11 245:5 266:17 270:6 273:2 280:11 287:10 297:3
**identified** 19:17 115:14 123:11 184:4 279:12 282:9
**identifies** 126:21
**identify** 40:22 132:22 187:22
**identifying** 58:18
**ids** 123:24 124:12 139:19,24 140:4 184:4,9
**ignore** 109:3,5
**ii** 285:12
**iii** 285:15
**ilya** 260:11
**imagine** 24:5 40:20 47:17 77:1
**ime** 6:7 7:20 8:11 58:3,5,6,6,14,19 59:11 97:25 99:9 99:21 114:1 118:14 136:14 152:13 159:3,18 171:5,13,24,24,25 172:1,1,9 173:11 173:15,16 174:23 180:10,16 184:14 185:19 206:22
**immediate** 153:19
**immediately** 202:19
**impact** 53:14 99:23,25 102:23 183:25

**impacted** 102:14 103:5
**implementation** 118:3 270:2
**implemented** 43:5 217:24 218:24
**implying** 240:15 295:14
**import** 208:11,13
**importance** 171:7 171:17,19
**important** 37:10 52:24 98:13 102:2 103:17 108:21 111:7 119:15,15 119:21 120:1 153:10 154:14 191:24,24 213:21 228:17 260:21
**importing** 8:13 206:24
**impression** 82:6
**improve** 209:15 274:9
**improvement** 8:17 224:2
**inaccuracy** 240:23
**inaccurate** 240:18 240:24
**inaudible** 59:8
**include** 31:9
**included** 19:15 113:20 117:25 155:10 162:22 261:7 310:14 311:3
**includes** 25:11 130:16 287:15
**including** 74:8 100:16 130:12 192:14 194:13 273:6 299:9
**inclusion** 26:23 27:22,24
**incognizant** 182:8
**incorporate** 205:11
**incorrectly** 140:25
**increased** 202:23
**indefinitely** 165:2 165:9 220:18 239:15
**independent** 19:1 95:6
**indicate** 156:21 179:4 216:5 220:11 226:6
**indicated** 122:9 124:15 185:18
**indicates** 86:1 170:13 173:12 179:12 186:18 187:17 193:13 220:2 236:20
**indicating** 227:14 239:19
**indication** 210:1
**indirectly** 90:21
**individual** 45:14 216:22 223:10
**industry** 285:13 285:16
**infer** 105:8 283:22 286:8
**inference** 179:18
**inferring** 253:13 295:22 303:5
**influence** 39:16
**info** 143:2,5,9,13 143:17 298:24
**inform** 302:25 303:23 304:9
**information** 21:21 22:14,18 32:2,19 42:6,11 46:14,17 46:22 47:5 48:5 48:15 49:3,10 50:16,18,20,23,24 51:2,7,10,11,18,23 52:1,3,16,18 53:18 53:20 54:20 55:7 56:5,13,20,24 57:11 60:12,23 61:1,4 62:9,10,24 63:15 64:12,25 66:8 70:13,18 74:25 77:6 79:20 80:12,21 83:16 85:12,18,19 90:14 91:7 93:21 94:7 94:25 95:24,25 116:23 128:3 130:13,16,21 131:1,12,16,19,21 131:23,25 132:2 136:17 137:2,11 154:19 155:9 166:20 184:8 185:16 201:20,22 201:23 202:6,10 202:23 203:3,5,17 204:9 206:3,15 208:14,15 210:24 211:6,8,11 212:8 213:1,11,12 219:15 223:5 226:15,22 237:15 240:17 244:15,16 246:14 250:11 251:1 254:7 259:5 262:4 267:13 278:3,5,17 285:9 285:12,15,18 286:4 291:4 292:22 293:10,16 293:20 294:4,13 295:3 296:19
**infrastructure** 211:22
**initial** 21:5
**initialed** 308:8
**initiative** 54:5 299:17
**initiatives** 27:7 299:15
**ink** 308:8
**innovating** 39:20
**innovative** 39:7 46:5
**inquiries** 75:9,10
**inquiry** 230:15
**installed** 93:15 94:6
**instance** 243:19 244:2
**instances** 210:13
**instruct** 18:22
**instructed** 14:13
**instructing** 158:23
**integrate** 24:15 25:17
**integrated** 42:3
**integrating** 50:11
**integration** 29:9 46:11 51:12 81:25 82:25 84:10 85:7 154:9 155:6,21 156:2 202:7 203:9 207:21 253:7
**integrations** 75:13 75:18,19,21 85:3 102:14,18 104:25 105:12 106:24,25 106:25 107:5,6,7

107:20 113:19 153:21 185:5 187:12 203:12
**intend** 130:12 305:10
**intended** 94:19 251:16
**intent** 93:19,23 94:22,25 131:20 131:24 132:1 136:22 137:6 139:2,5 155:12 204:18 212:3 240:23
**intention** 130:23 301:1
**intentionally** 37:8
**intentioned** 274:15 276:18
**interact** 46:7 50:12 67:24 125:4 126:6,9 292:6,8
**interacted** 28:11 37:20,24 38:2,7,8 38:8,11 188:20 292:2
**interacting** 37:17 147:7,11,12,13
**interaction** 53:7 80:4 223:4
**interactions** 46:2 244:2
**interacts** 206:1
**interchangeably** 236:2 259:15
**interchanging** 228:7
**interest** 203:21 204:1,24 205:5
**interested** 12:1 203:23 223:6,18
292:18 309:17
**interesting** 110:9 154:8 155:5,19 156:1
**interestingly** 15:15
**interface** 64:8
**interference** 11:8
**intern** 138:18
**internal** 274:10 286:15 291:15 297:12 298:24
**internally** 249:21
**internet** 27:8
**internet.org** 26:23 27:5,20 28:22 39:11 100:10 234:8 284:14
**internet.org.** 109:12 118:21 266:10 284:6
**interpose** 14:11
**interpret** 204:23 251:23
**interpretation** 149:7,8
**interrupt** 205:13
**interrupting** 205:19
**interruption** 101:11
**intersected** 188:25
**introduce** 94:20 122:14,16 159:2 160:5 224:18
**introduced** 190:6 240:6 300:3
**introduction** 90:4 189:14 299:10 301:5
**inventory** 212:1
**investigate** 295:10
**investigating** 290:20 295:15
**invite** 94:4
**inviting** 182:11
**involve** 100:24 105:12
**involved** 22:13 23:19,24 27:15 38:20,24 45:16 46:20 53:2 61:13 68:7 69:23 76:9 76:10 81:13 89:13 92:16 103:4 111:23 117:20 118:7 126:2 158:12 161:9,19 163:18 167:24 176:8 188:5,6 192:8 194:8 198:16,19 200:3 239:2 248:2,5 257:5 269:17 271:3,6 272:15
**involvement** 75:4 92:21 96:10 100:8 103:10 118:17 153:9 161:16 164:21 237:18 240:25 263:9 306:11
**involving** 37:15
**iphone** 36:5,6,8,10 36:11,15,18,23
**issue** 78:14 209:5 288:5 289:8,11,16
**issues** 28:8,8 153:5
**it'll** 152:25
**item** 156:8 164:11
**items** 74:18
**iv** 285:18

**j**

**jack** 10:4
**jackie** 1:15 2:8 5:4 6:5,6 8:8 9:4,25 11:13 13:1 62:1,5 74:5 77:24 81:9 109:23,24 110:22 115:7,22 121:25 122:4 129:11 143:16 159:4 168:18 169:17,23 170:22 171:1 172:17 174:1 207:19 214:3,7 231:14 265:16,20 267:10 278:8 287:22 297:6 298:7 304:24 305:3 307:5 308:5 308:17 310:6 312:2
**jackie's** 110:23 111:21 112:15,24 115:18
**jams** 4:17 12:22
**janis** 1:24 2:11 11:23 309:1,24
**jenks** 78:6
**jennings** 1:24 2:11 11:23 48:22 145:12 309:1,24
**jessica** 78:6
**job** 1:22 25:10 30:3,4 58:6,11,13 87:16 97:9 136:18 137:12 138:15 228:10 284:2 292:3 295:10 310:6 312:2

**jobs** 20:17 34:12
**joel** 287:15,16,17 287:18
**jog** 190:16
**join** 172:12
**joshi** 283:1,9 284:24 286:9
**jsc** 1:6 11:18
**jump** 98:25 289:12
**jumped** 294:15
**june** 270:10 280:16
**jury** 84:12 144:25 145:21 148:1,16 170:13 262:15 302:16 303:22
**justin** 213:15

**k**

**k** 3:17
**keep** 115:19 144:5 146:14 147:2,5,8 175:25 179:5 193:11 203:16 233:18 260:24
**keeping** 146:5,10 146:19
**keeps** 219:11
**keller** 3:4 12:8,15
**kellerrohrback.c...** 3:11,12,13
**kelly** 34:5,6
**kept** 216:15
**key** 100:5 104:25 106:24,25 107:5 107:19 113:18 129:7 246:23 247:21 248:25 249:18 252:17
**keynote** 8:4,6 196:3 198:10 257:25 258:3,8 261:7
**kind** 36:3 39:9,10 41:18 55:3 124:6 128:10 212:15 287:5 294:15 297:17
**kindle** 51:12 52:19 82:3 83:3,11 202:2 204:22 205:21 210:3
**kinds** 21:15 75:10 123:22,25 124:10
**king** 254:25
**klout** 110:17
**knew** 105:16 131:16 132:11 149:16 150:9 165:16 187:24 195:2,6,10,16 196:2,6,9,16 240:3 251:2
**know** 14:6 18:11 18:12 19:5 23:10 24:5 25:18 27:10 28:2,7 29:1,22 31:18 32:18,19,21 33:13 35:1,20 38:14 39:6,6,7,9 39:12 40:10,12,24 41:24 42:12,19 43:3 44:9,14,23,25 45:1,3,10,24 46:2 46:6,9,15,25 47:19 49:14 50:7 51:15 51:17,20,24,25 52:3,5,6,7,8 53:1,4 54:13 55:2,4,11 56:16,19,23 57:5,6 57:13,16,18,19,21 58:4 60:18 61:10 62:14,17,20,21,23 63:1,8,18,20,25 64:5,9 66:2,2,4,8 68:2,23 69:2,5,6 69:11 70:4,13,21 70:23,25 71:7,9,10 71:13,15,16,17,19 72:12,12 73:15,18 74:14,15,21,25 77:9,10,12,15 78:2 79:10,16 80:3,5,7 80:9,18,19 81:7 84:11,16 87:5,10 87:11,12,14,21,24 89:18,23 90:1 91:1 94:17 95:4 97:23 98:14 102:11,15,19 105:15,22 106:10 106:18 107:4,9 111:14 112:20,23 112:25 113:10 114:7,22 117:12 118:5,21 119:23 120:3,10,14,14,15 123:7 124:8 125:23 127:4,7,14 127:22 128:16 129:12 130:17,22 131:18,19,20 132:8,21 133:1,2,6 133:7,9,10,11,13 133:14,16,16,17 133:25 134:18,19 134:20,21 135:4,5 135:14,15 136:11 136:24,25 137:5 138:15,17 139:2,3 139:9 140:19,20 140:24 141:5,12 141:21 142:2,6,17 143:7 144:15,18 146:20,21,25 148:11,21 149:6 149:12,13,19 150:2,11,13,14,22 151:5 154:16,21 155:11 156:7 157:1,6 163:6,7 164:18 165:18 166:21 169:18 170:10 178:9 179:9,17,17 182:22,24 183:9 186:9 188:11,16 188:23,24 189:2 190:24 191:6,8 193:25 194:4 196:6,7,20 197:4 198:18,20 199:24 201:1,15,17 203:14 207:24 212:11 214:25 215:8 216:9,15,18 216:19,20 217:13 217:13,14 218:2,4 218:6,7,7,9,13,20 218:21 219:1,11 219:13,22 220:7 220:21 221:2 222:9,10 225:7,10 225:12,15,22 226:3 227:2 228:7 230:21,24,25 231:2 232:18,19 233:2 234:9,18,19 235:7,13,23 236:1 238:22 239:5 240:7,13,14,19,23 241:3,11,18,21,24 242:2,3,11,13 243:1 244:2,10,11

244:19 248:22 249:9,12,13 250:3 250:5,5,5,9,13,21 251:22 252:16 253:21,24,25 254:5,10 255:19 255:24 256:12,13 256:15,16 257:24 258:7,11 259:8,13 259:16 261:14 262:10 263:17 264:21,23 265:4 266:15 270:3 271:15 273:12,14 273:16,16,19 275:9,17,21,23 276:3,4,4,5,7,20 276:24 277:3,8,17 277:19 279:14 280:18 281:11,13 282:20,22 283:9 284:16,19 285:25 286:8,10,16,17 287:6 288:2,13,25 289:2,3,23 290:6 290:22,23,25 291:2,11,14 292:15,16,24,25 293:5,12,22 294:7 294:20,20,23,23 295:4 296:12,20 297:8,12,20 298:2 298:5,13,15 299:13,21 300:5,8 300:13,24,25 301:8,8 302:13,13 302:23,25 303:3,4 303:13,16,17 304:18 305:12 306:19

**knowingly** 250:18 250:25
**knowledge** 38:16 43:20 61:17 134:1 227:24 231:17 247:16 292:11
**knowledgeable** 75:24
**knows** 231:14
**ko** 3:6
**kogan** 291:6,23
**konstantinos** 6:21 7:8 9:9
**koolwal** 237:13
**koumouzelis** 6:15 86:22
**kp** 86:25 87:1 97:20,21,23 99:22 100:2 108:21 109:8 110:25 113:5 115:24 116:10 136:14 151:19 152:6,13 159:4 221:18 266:20 267:10 268:5 269:6,11 289:18,18
**kp's** 111:20 115:5 122:24

**l**

**l.l.p.** 3:4
**la** 173:8
**labeled** 175:21 178:1,8 193:8
**labels** 41:8
**lack** 133:21
**lacks** 180:20
**laid** 155:12
**language** 31:22 174:24 218:6 251:25 264:24

265:8
**large** 95:22 96:20 124:14 293:19 294:3
**larger** 40:3 224:14
**late** 19:24 98:22
**lately** 123:6
**lateral** 24:8,17,18 27:1,2 28:16
**launch** 153:20 154:11 155:7,22 156:3 174:3,7,9,9 183:6 253:5
**launched** 25:14
**launches** 162:3
**launching** 27:6
**laura** 4:6 12:19
**laws** 309:19
**lawyers** 168:12
**lays** 129:3
**leadership** 297:9
**leading** 168:18,24
**leak** 298:24
**learn** 231:8
**learned** 18:24,25 248:21
**learning** 272:5 292:18
**leave** 128:21 305:19
**left** 122:7 284:21
**legal** 11:22,24 168:19,25 169:24 170:4,7,14 246:10 247:1 252:11 307:7 310:7
**legal&privacy** 245:12
**lenn** 207:22
**lesley** 3:16 12:10 306:24

**letters** 236:17
**letting** 156:5 259:4
**level** 32:18 80:15 81:20 153:6 203:21 204:1,24 205:4 285:9
**levi's** 24:13 25:17 25:23 39:8 41:17 42:5,5,9,10,20,23 42:23 43:14 44:4 45:23 50:10 54:14
**life** 293:8 294:11 295:2
**light** 252:23 305:8
**lightly** 91:22
**liked** 46:3
**likes** 74:19 77:24 110:18 283:14 285:5,10
**limit** 299:2,7
**limited** 231:7 239:14 301:6
**limiting** 299:19 300:10
**line** 30:19 58:22 60:6 88:3 99:12 139:16 140:2 143:1 151:20,21 159:5 169:17 171:6 244:19 245:20 264:25 273:7 277:24 310:15 311:4 312:4,7,10,13,16 312:19
**link** 129:8,9
**linkedin** 6:6 20:24 31:3 284:5,7
**list** 65:16,20 74:6 74:10,17,22,22 76:2 77:3 82:11

110:2 114:4,11,23 123:24 124:13 169:11 222:15 237:24,25 239:3 282:8 286:20
**listed** 34:17 41:2 74:13 111:17
**listen** 297:18
**listening** 91:4
**lists** 60:14 125:3 260:15
**litigation** 1:7 11:15 310:5 312:1
**little** 18:3 20:22 39:21 43:12 64:17 68:2 109:21 111:13 129:24 138:3 141:15 146:2 153:14 171:22 175:12 231:20 232:20 265:12 269:21 284:23
**liu** 199:3
**lives** 224:15
**llp** 3:15 4:4
**lmumm** 4:12
**load** 97:16
**loaded** 223:24
**local** 27:11 28:23 29:1 30:1
**localize** 28:6
**localized** 28:2,8
**located** 2:8,13
**location** 222:3,22 222:23
**locked** 21:17 310:12 311:1
**loeser** 3:5 5:7 12:7 12:8,14 13:9 15:4 15:14,18 16:5,11 16:12 18:7,15 19:6,11 20:2,23 21:2 23:1 30:12 30:18 36:21 42:17 43:8 44:11 45:21 47:3,12,18 48:3,20 49:8,22 50:4 52:14 54:23 55:5 55:12 56:11,18 57:4,22 58:1 61:20,22 62:7,16 63:3,21 67:3,11,17 68:6,13 69:20 70:12,22 71:20,23 81:2 83:13,21 84:19 85:23 86:7 86:17 88:13,20 92:6 97:11,13 98:23 101:5,13 104:9,14 106:5,20 107:13 108:19 109:1 111:15 112:4,12,22 113:12 114:2,17 115:1 116:2,7,14 116:17 117:1,6,8 118:6 121:10,19 121:23 122:6,14 122:20,21 124:3 125:1 128:18,21 129:1,13,18,23 130:4 131:6 132:17 133:22 134:11 135:6,16 137:18 138:1,6 139:4,14,15 142:13 145:7,12 146:1 148:7,22 149:4 150:12 151:1,15,17 157:23 159:1,8 160:4,7 162:18 165:19,21 168:3 168:10,14 170:19 171:3,9,20 173:2 177:14,23 180:21 181:6,17 185:24 186:6,13,16 189:1 189:7,11 190:2,15 190:18,21 191:10 196:1 198:8,23 199:1 203:7 204:8 205:18 206:18,20 208:21 212:12 213:25 214:9 215:9,20 218:8 219:23 220:9 221:3,4,8,10,16 222:11 223:3,21 223:23 224:6 226:21 228:9 229:22,25 230:1 231:24 233:5 234:22 236:5,12 239:7 241:10,20 242:10,17 244:23 245:4,6 254:21 256:6 257:3,21 258:20 259:24 260:2 261:16 263:1 264:6,12,19 265:14,22 266:14 266:18 267:17 268:20 269:9 270:5,7 271:9 272:22,25 273:3 279:23 280:9,12 280:14 283:23 284:12 287:3,7,11 294:24 296:15 297:2,4 299:16,24 300:15 301:2,22 302:1,15,24 303:14,21 304:7 304:16,22 305:5 305:18 306:9 307:14
**log** 233:20
**logged** 182:7
**login** 31:12 231:21 231:22 232:1,2 267:6
**long** 20:6 68:20 71:8 85:18 89:17 90:6 92:9 116:14 125:13 138:10 143:10 154:6 164:13 186:1 206:25 270:18
**longer** 108:24 300:22
**look** 59:21 72:8 74:2,17 79:18 81:9 84:8 88:13 89:19 90:8 99:3 99:19 101:20 103:19 104:24 108:21 109:18,19 109:19 115:5 122:17,20,25 123:10 124:22 125:2 126:1,13,14 127:24 129:21,24 130:3 139:16 140:14 144:21 145:15 152:2,19 152:20 153:13 159:9,23 162:6 163:22 164:5 167:10 168:4,15 171:21 174:13 177:24 180:9 181:15,22 182:17

183:3 184:12 200:9,19 201:7 202:14 207:12 213:14 214:18,19 219:25 220:15 228:12 232:20 237:3 238:2 245:18 248:25 252:1 254:22 260:3 267:20,23 267:23 268:11 279:5,25 283:7 288:7 289:4 295:6 297:24
**looked** 65:16,19 100:20 124:9 135:22,23 136:13 176:13 248:13 286:19
**looking** 25:10 77:3 78:11 89:10 100:13 101:6,14 102:21 103:3 104:15 107:17,25 117:2 137:4 138:7 139:6 151:21 158:5 174:8 192:7 199:2 209:10 222:14 227:19,20 240:8 245:22 247:24 253:23 254:11 264:24 265:8 266:19 269:20 284:25 301:25
**looks** 74:1 81:15 101:6,23 105:16 113:25 124:13 138:8,19,21 159:22,24 160:2 166:15,18 173:4
176:11 180:19,23 183:20 187:20 189:6 194:12 196:14 197:9 208:10,12,13 225:17 237:22 239:1 284:13
**los** 4:19
**lose** 101:15
**lost** 45:19 212:1 287:1
**lot** 38:17 54:19 56:4 64:22 70:4 72:17 90:11 91:14 100:11 135:20 136:10 139:19 142:15,22 143:1,4 143:9,10,13,17 147:23 183:11 189:17 190:13 192:4,12 214:10 226:20 229:14 234:10 235:6 236:7 239:2 246:5 251:14 252:1,6 254:19 256:13,25 257:2,18,18 262:22 269:7 270:18 277:17 281:4 289:14 291:10 294:13 295:11,18 299:15 306:12,14
**lots** 125:15
**love** 289:7
**lunch** 121:16 122:2
**lweaver** 3:22

**m**

**magically** 206:7
**main** 26:16 257:1
**maintain** 176:5 238:15,16 268:9 268:25
**maintained** 126:20 219:15
**maintaining** 175:25 178:19 179:5 193:11
**major** 39:3 156:10 156:22,24 249:20 251:6
**majority** 164:8 224:16 226:7
**makers** 9:14 270:10,24 271:18
**making** 51:3 53:2 92:16 103:4 105:11 118:8 179:2 209:16,25 236:7 264:25 293:4 294:6 301:7
**malaria** 28:4
**man** 34:6
**manage** 48:1 161:23 229:2,4,18 277:21 278:3
**managed** 23:4 25:5 26:1 57:13 65:8 110:2 114:11 224:16 226:5,7,9 229:17 273:17,18 273:19 276:11,12 278:18
**manager** 21:24 22:4,8 24:6,10,17 24:20 26:22 75:9 77:14 88:2 97:10 109:11 159:14
228:11 229:9 232:8 284:21
**managers** 23:12 32:1 76:9 77:16 158:3,4
**manner** 181:10
**manually** 23:14
**mapped** 232:14
**march** 10:5 20:7 31:1 33:19,21 199:3 200:5,21 236:15 237:14 240:3 266:21 297:6,15 298:16
**marie** 6:11 71:25 74:3 78:10 81:10 169:24 170:7,9,10 170:14 245:9
**mark** 8:5 57:23 88:16 171:3 186:7 258:3 265:4
**marked** 15:5,13 20:24 21:1 57:25 71:21,22 86:16,19 88:17 97:12 122:19 137:19 138:5 151:16 159:7 160:6 165:20 171:8,16 181:16 189:9 198:25 206:19 223:22 229:23 236:11,14 245:5,8 259:23 266:17 270:6 273:2 280:11 287:10 297:3
**market** 31:14,16 31:24
**marketing** 31:22 34:3 158:3

**marks** 61:25 62:4 121:24 122:3 170:21,25 214:2,2 214:6 265:15,19 304:23 305:2
**master** 4:16 12:21 12:22 168:6,11 170:20 305:9 306:2
**material** 18:8 184:21
**materialize** 287:8
**materially** 253:6
**materials** 18:12 31:17,20,21 214:14
**matt** 4:7 12:11
**matter** 11:14 76:3 161:16 189:20 275:2
**matters** 36:23 257:11
**matthew** 3:18
**maus** 127:3,4
**mbuongiorno** 4:13
**md** 1:6 11:18
**mdl** 1:5 6:10,13,17 6:19,23,24 7:6,10 7:13,16,19,23,25 8:10,14,18,21,24 9:7,12,20,23,25 10:6 11:18
**mean** 16:24 22:7 31:20 34:15 37:6 40:1,11 43:13 48:6 50:5,7 59:24 72:15 75:7,19 77:25 79:5,17 80:2 83:5 84:7,21 90:22 104:2 105:6 105:23 106:21 107:6 109:4 120:15 125:18 130:1 142:24 143:3 146:9,14,23 147:1,6,17,18,22 147:23 151:6,24 155:7,13,17,23 157:4,16 159:16 171:16 176:15,23 176:24,25 179:22 188:2 194:23 203:8,25 204:15 205:14 210:10,18 212:7 217:19,24 222:4 225:11,19 230:23 232:11,12 240:22 243:1,5,17 248:16,18 249:8 251:19 253:8 254:2,18 255:13 255:15 256:14,15 262:2 264:13 269:1 274:24 277:14 282:15 285:24 286:13 288:1 289:9,17,22 298:13 305:15
**meaning** 25:16 31:21,22 46:3 50:6 51:4 53:13 62:14 63:1 70:4 106:23 148:2,9 176:24 205:8,22 218:6 236:3 252:3 286:9
**meaningful** 70:8 94:2
**means** 30:10 50:17 72:13 73:9,13,20 75:22 76:21 94:17 98:13 101:24 102:2 105:9 107:9 107:15 110:4 135:5 142:6 146:21,24 147:4,4 147:10 148:18,21 150:8,14 151:13 151:23,25 155:25 166:21 178:21 179:24 180:3 182:22,25 203:14 212:4 219:4 220:19 232:9 235:4,10 248:19 251:25 253:24 255:10 256:21 261:25 262:3,6,10 267:3 275:23 276:17 290:3,6
**meant** 31:13 40:12 76:25 84:14,21 105:8 107:19 143:8,18 144:18 145:1,22 149:20 150:9,19 172:22 180:17 201:13 249:11 251:20 252:2,18,19 253:21 255:5 256:16
**measures** 32:11,15 32:16
**mechanics** 24:4 63:2
**media** 11:12 26:13 62:1,5 121:25 122:4 170:22 171:1 214:3,7 265:16,20 304:24 305:3 307:6
**meet** 16:18 29:21
**meeting** 153:2,15 158:9,11,15,17 159:24
**melamed** 3:18 12:12
**memorize** 258:18
**memory** 94:15 95:6 190:16 249:10
**mentioned** 41:5,16 42:20,21 44:25 64:6 91:1 152:5 201:15 213:5 244:25 275:15 276:11 280:19 287:23
**mersey** 20:16
**message** 7:4 8:19 9:24 138:9 146:16 146:22 230:5 287:15 298:21
**messages** 9:21
**messaging** 268:9 268:24 269:18
**met** 16:15,19
**metadata** 19:17
**metric** 141:11,12
**metrics** 144:17
**mic** 98:20 137:24
**microphones** 11:6
**microsoft** 110:16 111:17
**middle** 140:5 143:21 162:7 171:22
**midway** 152:11
**migrate** 234:1 290:3
**migrated** 288:21 289:21

**mike** 200:20 201:4 201:9 202:15 203:2,2 211:16
**million** 293:10
**mind** 95:10 103:16 104:19,22 105:21 108:4 137:7 150:23 265:2
**mindset** 175:4
**mine** 138:14
**minus** 209:21
**minute** 88:23 89:1 89:3 99:3 144:22 145:17 152:2 207:2 213:25 219:25 245:18 280:13 288:7 297:24 304:16
**minutes** 61:22,23 86:10 116:16 305:18
**mischaracterize** 225:25
**missed** 191:8
**misstates** 272:21
**mistakes** 236:7 299:3 300:7,8,14 301:4,10
**misuse** 97:1
**misused** 71:18 285:19 286:4
**mmelamed** 3:24
**mobile** 26:23 27:22,24 81:25 82:25 84:10 85:3 85:7 123:17 124:4 125:8,11,12,20 156:16,18 164:15 175:24 185:9 231:5 233:9,15 238:11 239:20,20
**model** 264:11
**moment** 43:7 152:5 196:6,21 216:8 227:17 240:7 248:23,24 250:14 251:22 255:12
**momentarily** 287:9
**monday** 153:24
**monetary** 40:2,4,9 40:11 44:25 45:2 50:7
**monetizable** 146:7 147:16,18,21 148:2,8,15,18 149:10,13,19 150:7,18 151:12
**monetizes** 56:24 57:10
**money** 40:15,16 40:19 62:21
**month** 238:13
**monthly** 127:5
**months** 96:5 239:9 239:21,23 240:5 240:11
**moore** 7:5 137:20 138:8,13,23 139:8 140:16 141:9,16 143:21
**morning** 11:4 12:7 12:10,13,16 13:10
**move** 26:22 27:1,2 81:8 97:11 117:6 137:24 153:24 169:5 209:1 210:1 267:5 284:23 287:7
**moved** 28:22 42:2 109:11 118:20 168:12 224:12
**movement** 24:8 28:16
**movie** 60:10,24,25
**moving** 30:3 100:10 108:3,6 170:3 173:11 176:6 233:24 234:8
**mpk** 298:6
**mteam** 297:6,7
**mumm** 4:6 12:19 16:16
**music** 144:6,12,23 145:18 146:4
**mute** 221:1
**muted** 11:8 98:21
**mutually** 92:10
**myspace** 110:19
**mysteries** 203:24

**n**

**n** 5:1 13:12 164:7 164:12 220:6,12
**name** 11:21 12:7 13:11 58:3 66:2,5 86:21,24 87:4,5 126:15 232:14 269:10 286:21 291:8
**names** 268:2 282:9 282:17 286:20
**national** 21:24 37:22 41:24
**native** 7:25 116:20 122:16 129:14
**navigate** 123:7
**necessarily** 40:1 49:13 50:7 53:15 76:1,7 87:24 147:10
**necessary** 175:8 310:14 311:3
**need** 14:1,5 15:14 15:15 66:12 68:4 89:7 90:15 92:1,7 115:9 116:16 136:20 145:9 153:22 156:21 207:12,24 212:16 212:18 214:19 237:7 253:17 267:2 277:10 279:6 284:4 289:6 301:19 306:6,17 306:18
**needed** 68:22 75:24 275:14,25 277:15 305:19
**needs** 212:15 304:19
**negative** 103:22 104:1,4 233:12
**negotiate** 67:6
**netflix** 153:22 154:1,23
**never** 19:7 36:17 37:9 85:6,9 243:24 251:17 271:10,12 277:18 296:20
**new** 9:13 27:6 32:23 33:2 39:7 39:12 104:19 168:19,25 169:23 174:10 182:9 186:19 189:14,21 189:22 190:6,7,7 214:15 224:12 237:2 239:1 240:5 246:3,12 255:2 270:9,25 272:10

299:11 300:1,2
**newfeed** 115:16
**news** 95:20 271:16
**newsfeed** 182:19
**newspaper** 19:8
**nike** 22:6 23:3,3,6 41:5,7,18 43:18,18 43:22,25 44:4 126:8
**nods** 173:21 267:8
**noise** 11:7
**non** 27:25 99:24 101:8 102:8 156:14,18 157:8 157:13 182:4,10 182:15 185:1 187:5 203:12 251:11
**nonstandard** 195:12 215:22
**normal** 78:17 79:25 270:14
**northern** 1:2 11:17
**notating** 310:15 311:4
**note** 11:6 19:11,22 115:9 116:17 163:25 280:3 305:7
**noted** 279:17 308:8
**notice** 6:4 15:6,19 16:8 203:11 253:2
**noticed** 139:19 166:7 224:11
**noticing** 12:6 263:16
**notified** 164:6 220:4 302:17 303:7
**notion** 276:8
**notwithstanding** 257:11 295:6
**november** 167:17 169:9,14 245:10
**nuance** 236:1 256:13
**nuanced** 235:7
**number** 24:21 26:12 72:23 87:9 124:14 125:16 126:25 138:10 163:10,14 186:20 187:2 227:4,16 293:18,19 294:2,2 294:3,12 300:4 302:19 303:8,25 304:10 307:5 310:15 311:4
**numbers** 25:3 96:20 230:16,23 232:3
**numeral** 283:25

**o**

**o'neil** 88:1 171:5 232:4,8 236:15 245:9
**oakland** 3:20
**oath** 14:19 108:15
**object** 241:7 261:13
**objection** 16:1 22:21 36:19 42:13 42:15 43:1 44:6 46:23 47:7,16,21 48:17 49:7,20 50:1 52:13 54:22 55:1,9 56:8,15 57:1 62:12,25 63:17 67:1,8,16,25 68:10 69:17 70:9 70:20 80:24 83:12 83:18 84:15 85:20 86:2 98:21 101:2 104:6,11 106:1,15 107:11 108:18,23 111:12 112:1,8 113:7,7,22 114:16 114:21 116:1 118:4 124:2 128:14 129:10 131:2 132:13 133:20 134:7 135:1,11,12 137:16 139:1 142:11 145:3 148:5 149:2 150:10,20 157:19 160:3 162:16 168:1 171:18 172:25 177:13,16 188:22 190:1,10 191:4 195:23 198:5,5 203:4 204:4 208:16 212:9 215:5,19 218:1 220:8 221:15 222:6,25 226:17 228:3 229:20 233:1 234:16 239:4 241:14 242:7,14 242:16 244:18 245:2 254:17 256:3,22 257:14 258:19 262:18 263:22 264:9,17 267:14 268:17 269:2 271:8 272:17 279:20 283:19 294:17 296:10,24 299:12 299:20 300:11 302:11,21 303:19 304:3,13,13
**objections** 12:4 14:11 112:19 145:23 148:19 300:23 303:11 309:7
**objective** 40:3
**obligation** 14:16
**obligations** 304:19
**observe** 244:24
**obtain** 42:10 47:5 48:14 49:2,10 69:15 70:17 75:15 77:6 80:21 155:9 206:2 213:1 222:17,23 292:22 295:2
**obtained** 232:23 232:25 291:10 293:10,20
**obtaining** 50:19 178:23
**obtains** 55:7 56:5 56:13,24
**obvious** 110:18
**obviously** 18:8 200:3 298:17
**occasion** 68:15
**occur** 102:24
**occurred** 60:19
**occurrences** 17:23
**october** 207:17 224:1,4 228:10 287:13
**offer** 217:6
**offering** 85:3 210:21
**offerings** 28:25 29:8 82:1 83:1

**office** 310:11
**og** 203:22 204:2,25 205:2 206:3
**oh** 35:25 36:24 42:25 44:8 87:2 88:25 93:10 122:20 124:20 127:24 162:19 184:20 205:17 223:23 283:6,8 292:8
**okay** 12:23 13:16 13:24 15:2 19:7 23:6,24 26:8 29:12 31:2 33:22 35:5,17 37:9 40:18 43:25 44:21 45:17 47:4,13 48:11,24 51:22 54:7 55:19 58:11 59:9,21 60:1,8,11 60:14,21 61:5 65:11,21 68:18 71:7 72:9,14 73:2 73:12,23 74:2,17 75:14 79:3 81:16 82:20 83:4 84:6 85:6,24 86:7,11 87:1,7,13 88:13,25 89:9,9,21 90:21 91:3 92:25 93:10 93:11 97:17,25 98:19 99:5,6,19 100:13 101:20 102:4,7,21 105:11 105:16 106:11,24 107:7,25 110:14 110:25 111:16 113:3,17 115:5 117:6,24 119:24 120:20 121:19,24 124:9,20,23,24 125:13 126:9,13 127:3,6,9,21 128:21 138:15,22 139:10 140:21,23 141:8,15 142:14 143:8 147:8,16 149:5,8,15 152:4,4 152:5 153:13 154:12,18,23 158:5,10,18 159:12,16,19,23 162:19 163:9,17 163:22 164:5,25 165:7 166:5,16 167:10 168:4 169:5,15 170:12 170:21 171:21 172:4,6,7,22 173:3 173:11,19 174:21 175:11 176:7,12 176:20 177:1,24 178:11,14,18 179:11 180:3,9,24 181:6,22 182:2,13 182:17,22 184:12 185:17,24 189:7 191:11 192:17 194:7,15 195:16 196:15 197:6 198:23 199:15 200:10,16,16,24 201:4,7,20 202:9 202:12,14 203:1 203:10,16 204:9 204:15,23 206:17 207:6,9,11,14 208:22 209:1,20 209:24 211:11,15 212:7,13,24 213:9 215:2,14 216:21 218:9,21 222:12 223:11,21 225:12 226:1,11 227:22 230:12 232:15 235:21 236:24 237:18,22 238:23 239:8,19 240:16 245:21 246:2,7,17 247:5,18 248:2,25 249:16,18 250:10 250:16 258:8,13 258:21,25 259:9 259:25 261:17 262:12 263:8 264:24 266:11 267:4,22 268:3,21 269:10,12 270:20 271:22 273:21 275:1,7,11,18 276:13,21 277:9 277:13,23 278:9 278:23 279:3,5 280:15 282:1,14 283:8,24 285:1 286:3 287:7,22 288:7,10,11,15,25 289:4,15 290:7 293:7,17 295:5,16 296:16 297:10,12 298:16 303:22 306:9 307:3
**old** 135:17 136:5
**older** 189:22
**once** 25:6 94:5 121:22 233:15 279:7
**ones** 26:20,20 34:17 41:2 74:8 96:15,16 101:17 111:10 124:11 176:2 178:19,20 179:6 191:7 193:12,14 273:22
**online** 19:8 25:22 29:3 235:15
**open** 29:3,21 31:10 32:8 33:11 82:3 83:2,11 84:7 85:4,5,11 88:18 124:24 205:3,5 210:6,18,19 233:16,25
**opened** 233:9
**opening** 122:13
**operate** 221:24
**operated** 22:20 76:13
**operation** 29:6 37:18 65:9
**operations** 21:6,10 21:23 24:7 48:1 65:7 241:17 277:7
**opportunities** 213:8
**opposed** 81:5
**opt** 262:3,5,8
**opted** 43:24
**optimal** 249:7
**options** 213:6
**order** 54:14 66:11 75:23 306:20
**orders** 306:19
**org** 174:5
**organization** 68:5
**original** 201:2 310:10,21
**os's** 164:15
**osofsky** 213:15
**outcome** 12:1 178:9
**outline** 283:11

**outlined** 115:22,24 116:11 237:25 238:1,13 239:10 240:11
**outlining** 256:18
**outside** 19:2 23:22 46:1,15 52:2,8 219:21
**overall** 201:12 202:19
**overlapped** 44:10
**overseeing** 29:6
**oversimplification** 202:13
**overview** 90:9
**owner** 32:17 232:5 232:11,13

**p**

**p** 164:6 220:4
**p.m.** 19:13 173:6 174:14 180:25 284:24 307:4,15
**p3** 6:22 7:9 98:4 98:12,14 99:23 100:19 151:20,23 152:17 153:10 154:14 159:20,24
**p3.0** 7:12 159:5 162:3
**pacific** 19:13
**packages** 285:19 286:5
**page** 5:3 6:3,6 7:3 8:3 9:3 10:3 29:4 60:24 74:2 78:5 92:20 99:8 137:4 140:2,5,6,7,7 142:20 143:20 152:11,12 155:14 159:23 160:20,21 160:21 167:11,14 167:15 169:5 171:22 172:8 183:9,13 200:9,18 200:20 201:7 211:16 213:9 220:1 233:7 272:10 279:25 282:23 284:25 298:3,4,16,19 310:15 311:4 312:4,7,10,13,16 312:19
**pages** 1:25 116:23 283:13,18 285:4 285:11,22 309:10 310:14,17,17 311:3,6,6
**paging** 117:3 141:15
**painful** 91:23
**pairs** 228:16
**papamiltiadis** 6:21 7:8 9:9
**paperwork** 120:20 120:23
**paragraph** 91:13 99:16,20 109:20 110:15 152:19,20 153:17 176:20 227:7,19,20 228:12 254:22 260:4
**paragraphs** 89:5
**parallel** 100:4 129:6
**parentheses** 267:10
**parse** 100:5 129:6
**part** 70:1 75:21 78:22 112:6 119:21 148:8 171:23 182:13 224:14 227:8 229:2,17 238:24 267:25 274:2 277:7
**participate** 94:4
**participating** 282:10,12,15
**particular** 29:5 37:5 39:2 44:1 55:25 70:7 73:2 77:17 110:20 113:18 140:11 154:12 185:17 199:25 248:14 282:18
**particularly** 49:24 70:8 223:16 292:18
**parties** 11:11,20 64:24 228:19 309:16
**partner** 9:18 23:16 24:10 32:1 34:2 39:24,25 40:7 41:7,9,13,20 43:25 45:12 47:4 50:17,18,19 52:18 53:8,11,12,19 54:8 54:19,20,25 55:6,8 55:25 56:2,4,5,12 73:10 75:3,9,23 76:1,9 77:14,15 97:10 103:12 109:10 127:1 139:19,24 143:12 143:17 158:3 159:14 175:20 177:5,11 178:22 179:21,22,25 180:3,7 182:21,24 183:24 185:4 187:11 193:7 197:25 198:2 199:19 201:22 216:25 217:10,18 217:20,22,25 218:10,14 219:7 223:4,6,12,17 228:11 229:9 231:17 232:16 233:4 243:14,20 244:4 245:1 256:10 268:7,23 273:7,14 274:4,7 274:12,18 275:12 276:6,8,10,11,12 276:14,14 283:18 284:9,21
**partner's** 56:6 283:16
**partners** 24:12,19 29:15,18 31:18 32:3 37:24 38:4,9 38:18,24 39:7,17 39:22 40:5,8,18,19 40:23,25 41:14 43:9 44:12,21 45:7,15 46:18,21 47:13,20,23 49:25 52:10,20 53:3 54:2,3,9 55:13 56:25 62:9 63:16 66:23 67:4,13,23 68:8,15,16,24 69:3 77:18 85:18 96:11 96:15 97:1 99:23 101:7,15 102:8 103:5,21,25 110:21 111:6,7,16 115:19 117:15 118:2,9,17 119:2

119:19 124:1,4,5,5 124:6 125:5,8,10 125:14,15,21 126:6,9 141:3 143:10 153:20 154:4,7,13 156:17 157:13 161:13,20 164:21 176:9 177:9 178:6 186:22 187:3,9,15 187:22,25 188:8,9 188:20 189:3 192:9,22 193:15 193:22 194:1,8 195:12,18 196:4 196:12,17,25 198:11 213:22 215:3,14,23 216:10,16 217:9 219:12,17 220:18 220:23 222:14 226:25 227:4,16 227:24 231:8,22 232:3 233:14 234:2,13 238:11 239:9,12 240:4,10 243:12 244:8 255:21 257:6 262:14,17 263:3 270:1 271:23 272:8 277:2,5 284:1,3 285:9,20 286:6,23 291:24 292:1 295:12,19 296:5,8 300:1 301:12,16,22 302:3,19 303:1,9 303:25 304:11

**partnership** 42:22 59:15 68:4 85:24 85:25 143:12 152:22 155:8,10 172:24 174:19 176:4 183:20 199:21 200:5 201:14 203:18 268:7 284:20

**partnership's** 174:2 183:6

**partnerships** 6:8 9:10 20:5,13,18 26:23 27:23,24 28:14 30:5,8,14,20 30:23 31:1,6,7,15 34:10 45:18,22 50:8,9 54:18 58:10,25 59:23 85:22 100:5 129:7 142:23,25 143:4,9 156:11 172:16 174:15 183:15 216:24 230:9 234:9 266:22 268:23 270:23 271:3,17 284:9,15 284:18

**parts** 27:7 72:6

**party** 11:25 48:5 48:14 49:2,9 65:13 66:9 229:6 229:19 241:1,4 242:4,12

**passive** 204:18 208:18

**path** 110:17 111:17

**paths** 291:22

**paul** 8:20 230:3,10 230:13 231:13

**paying** 40:15

**pays** 40:19

**pdf** 310:12 311:1

**penalty** 308:6 309:18 310:16 311:5

**pending** 293:2

**people** 29:4 31:24 40:15,17 46:11,25 51:13 64:1 85:13 87:9,18,20,22 121:5 149:25 150:6 158:23 159:21 182:6 191:25 202:1 211:24 233:20 260:21 261:2 262:3 271:13 273:6,18,19 277:17 280:23 281:23 282:1,10 282:13,17,21 293:9,18,20 294:12,13 299:5 300:18

**people's** 167:7

**percent** 19:20 215:8

**perfectly** 44:10

**performance** 119:5,8,9,13,22 120:5,9,22 121:11

**performed** 30:13 34:13 119:25

**period** 14:22,25 17:20 21:6 24:24 69:14 90:6 100:9 143:10 250:24 262:13 287:21 310:18 311:7

**perjury** 308:6 309:18 310:17 311:6

**permanently** 211:21

**permission** 44:2 48:14 49:2 65:18 66:1 68:9 73:11 73:12,13,17 82:10 82:22 96:7 115:17 127:16,19,22 128:9 162:22 164:22 178:23 188:19 195:13 196:19 197:22,23 198:3 218:16 221:13 223:8,14 223:18 231:5,6,10 231:17,21 232:2 232:16 233:10 234:14 235:5,9,21 236:3 244:14,17

**permissioned** 202:1

**permissioning** 141:1,2,3 225:17 228:24 264:10

**permissions** 47:14 47:24 48:10 51:15 66:9 67:6 68:16 70:15,24 71:5,11 73:20 75:14 82:13 82:18 83:10 93:6 94:13 95:2,7,14 96:12,16,20 97:5 98:8 100:17,21,25 101:16 102:25 103:6,13 104:3 106:8,13 110:7 114:5,13 115:3 116:19,22 117:16 117:16 118:11,19 119:3,20 122:11 127:7,7,9,10,10

128:1 141:4 157:18 162:25 163:3,11,13,15,19 182:5,15 187:4,10 187:16,25 188:10 188:18 189:24 190:9 192:13,14 192:18 194:2,10 194:12,17 195:7 195:19 196:5,13 198:1 200:18 208:7 214:15,16 214:23,23 215:4 215:11,15 216:11 216:13,17 217:1,5 217:10,19,23 218:11,23 219:9 221:19,21,24 222:2,13,15,19 223:6,10,12,16 224:22 225:20,21 227:13,16 228:1 235:23 237:1 238:25 239:13,14 239:15,23 257:7 257:22 258:10 263:21 271:4,25 279:19 295:1,8,13 295:20 296:3,6,9 296:18,22 299:9 299:10 300:4,21 301:12,17,23 302:4,18,20 303:2 303:8,10,24 304:1 304:10,12
**person** 43:22 49:14 87:2,3 97:21 108:21 169:16,19 202:2,6 204:21 216:22 225:10 244:16 262:6 301:8
**person's** 69:15 70:18 87:4 259:5 262:7
**personal** 36:25 37:7 93:21 95:22 141:17 254:25
**personalized** 51:17 202:3
**personally** 81:13 272:15 302:6 303:12
**perspective** 172:16,17,23,24
**pertain** 254:3
**pertaining** 205:24
**philosophy** 93:16
**phone** 36:1,3 78:16,21 79:7,7 80:21,22 81:4 82:18,22 83:10 230:16,23 231:5 232:3 233:10,15 233:19,23
**phones** 156:13
**photo** 8:13 206:24 207:21
**photos** 208:10 209:5 222:3 260:14
**phrase** 84:20 148:1 204:23
**physically** 291:25
**pick** 11:6 23:2 126:5 250:23
**picture** 190:14
**pieces** 160:22
**pinterest** 110:17 111:17
**place** 11:10 179:25 219:16 226:4 309:4
**plaintiff** 11:14
**plaintiffs** 2:10 3:3 6:4 12:8,13
**plan** 152:25 159:6 176:5
**planning** 7:12,14 102:18 153:20 159:20,24,25 160:13 214:11,13 268:6,22
**platform** 6:15,18 7:14 8:8 15:7,9,12 22:12 24:2,3,11 25:8,12,13 27:17 27:21 28:14 29:8 29:16,25 30:5,8,9 30:9,14,20,21,21 30:23 31:5,9,12 34:10 42:2 48:9 58:9 64:20,23 65:2 66:14,16 67:5,22 68:12 69:10,13 87:17 88:4,6,10 89:11,14 89:22 90:4,5,10 91:5,16 93:3 94:19 98:16 100:8 100:15,24 106:11 106:14 117:16 118:3 119:18 126:24 127:18 142:21 147:8,25 153:20 160:12 161:5,24 167:12 167:16,20,24 168:15 169:6,20 174:10 185:1 186:19 187:5 189:14,21 190:5,6 190:7 195:12 199:4,9,12,13,15 199:17 201:6,10 202:17 206:1,2,3 214:11,15,23 215:22 217:23 218:23 220:5 224:17 226:11,14 226:16 227:8 229:2,18 235:20 237:2 239:1 240:5 242:25 243:1,3,3 243:21 244:3,7,10 247:25 248:3,6,14 267:9 274:14 275:5,20 284:9,15 284:17 289:13 299:11 300:2,3,3 301:5
**platforms** 32:6,7 208:23
**play** 182:11 185:25 186:11 190:15 259:1
**played** 162:13 165:7 190:17,20
**pleadings** 18:17
**please** 11:6 12:5 12:24 13:6,10,21 14:6 25:20 30:17 31:4 48:21 64:7 78:20 92:5 101:12 129:19,24 145:12 168:17 182:2 200:11 207:5 208:1 217:21 224:3 252:21 267:18 302:16
**plugin** 24:14,15 42:3 43:5,17,17 46:5 50:12

**plugins** 25:15,18
**plus** 116:22 184:9
**pm** 232:4
**pmm** 152:24 158:1 158:2,3,20
**point** 14:5 83:6 149:14 168:7 209:4 210:4,16 240:25 247:21 249:18 265:13 277:11 287:20 289:5,18
**pointing** 247:25
**points** 110:10 209:11 212:19 246:23 249:1 252:17
**policies** 38:21 163:24 164:3 242:4,5,12,23 243:3,4,8,13 279:18 280:2,6
**policy** 9:18 38:25 242:19 243:21 244:3,12,25 246:10 247:2 252:11 273:8 274:3,5,18 279:8 279:11
**political** 291:5 292:9
**populated** 37:8
**population** 188:7 198:11
**portal** 9:21 280:16 280:17
**portion** 63:8,12 206:13
**portray** 130:12
**posing** 240:1
**position** 20:3,6,8 20:12 22:3 24:16 26:22 27:3 28:13 37:19 159:13 229:13 230:7 248:11 250:19 296:13
**positioning** 262:24
**positions** 34:16 37:23 77:18,20
**positive** 53:8 213:17
**possibility** 240:22 250:21
**possible** 40:10 46:1 109:16 151:9 198:21 217:3,4 243:23 244:10
**post** 9:6 210:3,21 245:11,17,23 246:21 247:7,23
**posts** 283:14 285:5 285:10
**potential** 103:21 103:25 211:23
**potentially** 93:3
**power** 94:1 191:25 260:21 261:2
**powerful** 95:21
**powerpoint** 7:14 239:16,18
**ppm** 34:1,2
**pr** 103:21,24 268:6 268:9,14,22,24 269:12,16
**practice** 130:15,19 131:11,15 149:23 151:3,7
**practices** 39:20,20 285:17
**pre** 163:24 209:13 220:2 280:2
**precise** 215:7
**predetermined** 220:19
**prefer** 65:7
**preparation** 7:15 160:13
**prepare** 16:13 17:3 18:9,17 174:13 183:21
**prepared** 118:13 215:17
**preparing** 163:19 220:1 280:1
**present** 4:15 164:1 247:11 251:1 280:4
**presentation** 195:10,17 196:16 198:16 263:14 279:16
**presently** 26:6,7
**presents** 246:24
**preserved** 32:11
**preserving** 32:16 33:1
**presidential** 292:13
**press** 103:22 104:1 104:4
**presumably** 235:15 248:20 250:7
**pretty** 114:3 115:23 116:9 143:25 193:13 213:3 237:22 250:16 257:22 277:23
**prevent** 283:12 285:3
**previously** 33:2,23 226:12 280:19
**primary** 229:1,17
**prior** 196:23 268:8 268:24 272:21
**priority** 98:13 102:3 143:23,24 144:1 151:25
**privacy** 1:6 11:15 21:20 32:11,14,15 32:16,20 33:1 242:3,11 246:10 247:1 252:11 270:25 310:5 312:1
**private** 11:7 161:3 161:9 175:22 176:1 178:2,11,14 178:18,20,22 179:6 181:19 184:15,18 185:7,8 185:11,21 187:17 187:18 193:9,12 193:14 196:17 197:8,25 215:23 218:15,15 229:2,5 229:17,19 239:20 255:7,8,14,16,18 255:22 256:9,10
**privatization** 9:7 236:17 245:11,17 245:24 246:22 247:8
**privatize** 238:14 239:21
**privatized** 254:24 255:6
**proactive** 9:18 274:2

**probably** 26:19 61:10 65:23 87:24 143:19 166:7 200:14 212:22 289:18 297:23
**problem** 139:24 180:16 283:15,17 283:21,25 285:8 285:21,23,24,25 286:6,24 290:16 291:9 293:25
**problematic** 156:4
**problems** 275:15
**procedure** 310:19 310:20
**procedures** 38:21
**proceed** 154:4
**proceeding** 12:4
**proceedings** 309:3 309:11,13
**process** 65:2,4,10 67:10 68:18 91:25 92:4 117:21 158:12 168:19,25 169:23,25 170:15 202:25 209:13 219:6 235:20 238:24 239:2 241:21,24 242:1 246:3,12,21 247:7 278:12,15
**processes** 229:3 246:5 274:10 277:8
**produce** 210:14
**produced** 18:10 18:10,13 19:19 116:19 121:14 129:20,25 139:12 181:10
**product** 6:8 7:24 9:10 20:18 24:5 27:6 29:17 30:5 30:14,23 31:5,8,9 31:13 32:4,17 33:4,6,8,10 34:2 34:10 41:12 52:21 54:15 58:25 59:22 63:2 65:9 76:8 77:14,16 87:17 88:2 152:23 158:1 158:2,3,20 168:20 169:1 172:15 181:23 184:4 230:9 232:8 234:9 266:22 299:22
**production** 19:14 19:14,24
**products** 31:19 41:10 184:9
**profile** 1:7 11:15 286:10,12,14,15 286:17 310:5 312:1
**profiles** 285:13
**profits** 27:25
**programming** 64:8
**programs** 20:18 20:19
**progress** 53:8 59:12,15,18,23 60:19 170:2
**project** 54:5 187:22 194:8
**projects** 166:17 167:9 183:11 185:15 188:5 254:19 257:18
**promise** 203:13
**promised** 153:2
**promises** 209:17 209:25
**promotion** 24:7,16 27:2 28:14,15,17
**prompt** 94:3
**proposal** 197:10
**proposed** 113:4
**propounded** 309:7
**protections** 271:1
**protective** 273:8
**protocol** 306:6
**provide** 29:22 47:1 55:24,25 128:3,11 132:1 153:3,23 172:23 174:18 197:24 201:16 221:25 226:15 237:15 238:5 254:7 256:11 272:7
**provided** 25:14 50:11 52:17 59:11 59:18 74:25 137:2 203:1,17 221:22 232:15 245:15 295:17 300:22 310:19 311:8
**provides** 65:12 197:25 201:21,23 202:24 203:6,19 225:1
**providing** 50:23 82:21 91:25 92:4 137:11 165:13 234:20 242:6 254:12 271:3
**provision** 244:13
**provisional** 307:12
**proxy** 93:20
**ps12** 182:14
**ps12n** 7:22,24 9:6 171:7 172:11,15 172:20 174:10 181:23 238:13 239:10 240:12 245:11,17,23 246:21 247:7,23
**public** 46:24 67:14 67:14 78:22 79:1 79:8,15,21 80:13 81:5 117:17 162:7 162:8 175:24 178:13,21 188:8 234:1 235:16 241:16 255:7,14 255:16 256:9 283:12 285:3
**publication** 230:18,20
**publicly** 182:20 189:24 190:7 194:16 230:15,22 230:25 234:15 235:2,10,11,14,22 238:17
**publish** 43:23 50:13 51:14,19,20 202:4 204:7 205:8 205:13,14 262:4
**published** 15:9 27:16 51:23 52:4 52:16,17 205:8,22 205:23 206:16
**publishes** 54:19 204:19 205:10 206:9
**publishing** 43:21 204:12,21 209:17 210:2,13 211:3,10

**pull** 103:7 110:2 114:1,11 206:7 209:12 213:13
**pulled** 114:24
**pulling** 100:2 211:20 212:4 213:12 245:21
**purchase** 210:4,21
**purchased** 61:6,9
**purchasing** 60:12
**purdy** 87:13 213:16
**pure** 208:11,12
**purely** 51:18
**purpose** 46:13 71:13 221:2,3
**pursuant** 309:12
**put** 41:17 107:17 109:23 159:1 169:16 206:5 249:4 253:2
**putting** 168:18,25 190:4 251:14

**q**

**q&a** 10:5
**q2** 233:13
**q4** 233:13,25
**question** 6:12 13:19,20,21,22,23 14:12 16:4 30:17 48:21,21 64:13 69:4 72:2 78:1 81:13 98:22 101:12 103:2 104:12 106:3 116:6,7 124:16,25 130:18 133:9 136:20,22,23 137:6,8,12,16 139:18 145:9,13 149:11 150:14,17 161:18 178:25 227:22 240:1 301:19 303:4
**questions** 14:7 21:12,13,15,19 23:16 29:12 72:6 75:8,10,17 89:4 98:24 129:4 152:3 200:13 207:4,7 278:11,14 305:6 305:16,22 306:8 309:7
**quick** 61:18 174:3 202:20
**quicker** 304:20
**quickly** 21:3 186:8
**quip** 9:21 280:15 280:17,18,20 281:12 282:11
**quite** 117:24 213:11 220:16
**quote** 204:21 205:21 206:10,11

**r**

**r** 312:3,3
**r&s** 311:1,9
**rachel** 20:15
**raised** 223:17 285:22
**raising** 270:25
**ran** 22:11 23:18 176:9
**rank** 54:6
**rant** 146:8
**rash** 306:1
**rationale** 154:6
**rb** 153:23 154:1,23
**rcp** 175:24 185:9
**reach** 101:16 274:8 278:10
**reached** 271:17
**reaching** 278:13
**reaction** 296:1
**read** 19:7 48:21,23 59:7 60:2,6 71:4 72:4 78:9 81:16 81:22 83:23 84:13 89:7,11 91:3 93:11 95:13 96:7 96:12 99:12,20 102:21 104:3 105:1,17 106:7,17 107:8,9,14,20 108:5,11 109:9,14 109:18 110:14 113:3,19 114:6 116:7,8 117:16 135:17 136:20 145:9,13,14 153:17 155:14,14 155:16,24 156:8 156:24 160:14 162:22 163:10 166:2,23 168:17 169:21 172:4 173:25 175:14,23 176:10 177:8,17 178:3 179:8 180:6 182:2,17,19 184:21 191:11 193:10,17 200:10 203:10 204:21 207:8 209:21 210:2 214:16,23 215:11 216:13,17 224:21,23 227:13 227:15,17,18,25 234:11 235:18 236:22 238:7,9 242:22 243:5 246:23 249:22 251:4,8 252:17,20 259:2 260:4 261:17 266:24 267:11,12,15 271:10 277:14 278:8 282:13 290:7 291:2,13 293:2,7 298:25 302:7 306:7,8 308:6
**reading** 58:17 89:10 95:5 108:12 136:5 167:5,7 177:12 203:16 243:9 244:21 251:24 253:14 259:8 263:6,8 270:17 283:24 294:16 310:23 311:9
**reads** 111:2 257:7
**ready** 207:6 307:2
**real** 280:24
**really** 13:17 18:2 52:9 62:19 89:17 103:8 107:22 111:7,7 130:17 137:8 143:15,15 144:3,4,10,20 150:15 163:7 166:13 167:4,6 188:2 191:23,24 196:20 212:14 226:19 228:8 242:1 256:5,24,25 260:20 261:3,8 306:15
**reason** 37:5 72:19 72:24 100:23 166:19 240:16,20 312:6,9,12,15,18

312:21
**recall** 17:12 18:2 19:23 26:4,20 34:2 35:10 53:24 57:12 60:23 66:10 71:8 76:22 86:5 88:10 89:11,13,16 89:24 90:1,3,25 92:15 94:12 96:10 96:13,14,17 97:4 98:18 100:11 103:8,10 104:7 109:10 117:2 120:12,13,17,20 122:12 132:3 139:21 140:10,13 140:18 144:4 151:11 159:13 161:8,11,12 164:2 164:9,20 165:7,12 166:11 167:3 174:8 176:14 181:18,21 182:13 182:23 183:18 184:8 185:10 191:2 192:3,25 198:14 200:22 219:10 223:20 224:25 225:2,3 226:22 227:3 237:21 239:11 243:8,18,19 244:5 245:19 247:22 249:14,23 255:5 256:25 257:2 266:11 269:17,24 270:12 274:17 275:4 278:4 279:16 280:5 283:17 289:15 291:18,19 298:11 301:9 305:10
**receive** 72:19,25 79:21,24 90:19 119:5
**received** 19:21 72:15 87:19 90:11 109:8 119:8 121:11 129:19 160:16
**receiving** 197:1 224:25
**recess** 122:2
**recipient** 18:5 72:18,22 88:9 169:10,16
**recipients** 158:6
**reciprocate** 212:19
**reciprocity** 49:18 49:24 50:3,17 52:11,21 53:3,9,16 53:25 83:14,15 208:24 209:8 212:16 213:18,21
**recognize** 126:4 164:19
**recollection** 17:19 24:23 26:19 82:16 88:15 96:18 97:7 100:7 102:22 108:1 130:6 132:6 133:4,8,12,15,19 135:24 136:4 139:23 155:1 168:24 170:16 176:16,22 183:7 191:13 217:11 219:14 220:22 225:8 226:8,20 255:21 256:20 257:10 263:16 269:21 275:2 278:13
**recommendation** 103:11 105:11 110:23 111:20 153:4 154:3 158:20,25 179:3 246:25 249:11 254:12
**recommendations** 103:4 246:19 247:12,19 249:1 249:19 252:12 256:19 295:17
**record** 11:5,9,11 12:4 13:11,18 19:12,22 48:23 58:19 62:2,3,6 86:9,12,13,15 116:8,17 121:22 122:1,5 145:14 151:18 159:3 160:8 170:23,24 171:2,4 181:12 214:4,5,8,12,22 223:24 265:17,18 265:21 286:19,22 304:25 305:1,4,7 306:14,17 307:4,8 307:10 309:11
**recorded** 11:12 133:23 309:8
**recording** 11:10 186:11
**records** 216:15 219:11
**refer** 68:21 84:9 98:16 107:1 124:10 221:17 234:12 275:7 279:24
**reference** 136:15 152:1 181:8 207:23 237:3 269:12 275:9,12 299:6,8 300:20
**referenced** 112:21 222:10 247:23 282:22 286:18 310:6
**references** 269:16
**referencing** 201:3 210:13 214:17 270:4 283:21 299:14,14
**referred** 89:21 92:17 108:13 122:24 154:14 174:9 233:4 275:18
**referring** 60:8,9 73:22 98:14 107:7 109:24 113:10 114:23 115:24 116:10 123:23 140:20 156:25 170:10 177:20 178:14 181:5 218:5 236:2,4 241:19 245:19 263:17,19 264:22 265:5 300:9,14
**refers** 102:11,15 102:19 112:15 141:22 161:22 164:9 172:20 174:10 178:22 179:7 180:24 245:25 276:17
**reflect** 180:12 213:23

**reflected** 160:17 215:1
**reflection** 132:24
**reflects** 185:18 252:10
**refresh** 17:19 82:16 88:14 100:7 108:1 132:6 133:4 133:8,12,15,19 135:24 136:4 176:16,22 226:8 256:20 269:21 275:1 284:5
**refreshes** 102:22 191:13
**regard** 64:11 68:8 70:6 132:4 177:8 248:14 284:2 301:11 306:2
**regarding** 36:15 59:3 96:6 132:6 132:11 245:16 247:12 272:7
**region** 28:3
**regions** 39:12
**regularly** 59:5,14 87:23,24 123:5 166:11,15
**regulate** 53:21,23
**relate** 253:17
**related** 11:16,25 27:21 36:23 37:1 45:11 121:13 199:17 261:15 299:19
**relates** 98:12
**relating** 170:17 248:3 268:14 269:13,18
**relations** 208:10
**relationship** 42:9 57:14 73:4 85:17 212:25
**relationships** 268:9,25
**relative** 294:5,7 309:15
**relatively** 293:18 294:2,3,11
**released** 24:13 310:21
**releasing** 96:1
**relevant** 27:11 136:8,12
**reliant** 154:10 155:6,21 156:2
**rely** 136:16 137:1 137:10
**remaining** 121:20
**remember** 11:8 16:16 21:22 24:21 25:3 26:12,14,15 60:20 66:6 68:19 69:19,21,25 77:2 78:2 82:19 83:6 83:19 84:17 90:6 92:21,23,24 96:6 96:22,23,24,25 97:3,6,9 100:18 101:3,18 102:12 102:16,20 103:14 104:16,20,23 105:14,20 106:9 106:18 107:12,14 107:24 109:15,16 112:2,10,13 113:2 117:18,19,23 118:12,16,20,23 119:1,4 120:10,16 126:12 128:5,8 130:8,10 131:4,7 132:22 135:13 136:11 142:1,7,19 143:14 144:3,11 144:14,19 145:5,8 145:25 146:12,24 147:19 148:10 150:1,8 151:14 154:16,25 155:11 156:6 157:1,5,10 157:21 161:14,15 161:19,21 162:1 162:13 163:21 164:4,24 165:4,6 165:11 166:13 167:4,22,23 168:2 168:22 169:2,3 170:6 172:21 174:12 175:4 177:19 179:10 180:1 182:16 183:1,12,19 184:11 185:13 188:2 189:13,16 189:20 190:12,14 191:6 192:4,5 195:20 198:22 203:15 210:12 215:7,13,24 216:1 216:4,8 218:19,25 219:3 220:14,25 223:2,9,11,13,15 227:6 228:5 229:14,15,16,21 230:11 238:21 239:18,25 240:13 242:24 243:5,10 243:22 244:1,1,7 245:3 246:2,4,6 247:4 248:11,23 249:25 250:13,15 251:21 253:12,12 254:19 255:12 256:4,17 257:17 257:19 258:16,21 262:23 263:2,5 266:5,13 269:4,8 272:3,9,12 273:13 274:20,23,25 275:8,21 276:15 276:25 277:19 278:16 280:8 281:18 282:7 287:20 293:5 301:13 302:7 303:20 304:6,15 306:5
**remembered** 17:24
**remind** 17:23 215:21
**reminder** 116:15 207:24
**remote** 1:15 2:8 3:1
**remotely** 1:23 2:11 4:15 11:21 12:2
**removal** 182:15 237:24 238:1 239:3
**removals** 237:19
**remove** 94:18 115:19 233:11
**removing** 93:13 96:4 182:4 288:18
**repeat** 16:3 25:9 30:17 48:20 58:16 101:11 124:25 227:22 284:10
**replaced** 117:10
**report** 20:8 59:18 121:6

**reported** 1:23 186:5 287:19
**reporter** 2:12 11:23 12:24 13:5 14:3 30:16 45:19 92:3 101:10 116:12 186:4,12 221:6 231:23 259:22,25 284:10 287:1 301:18 306:18,22 307:1,9 309:2
**reporting** 159:16 159:17,18 186:10
**reports** 20:14 159:18
**repository** 60:10
**represent** 122:22 139:12 160:8 181:6
**represented** 46:7
**representing** 53:12
**reproduce** 139:7
**request** 95:19 110:6 127:19 174:18,18 224:2 232:3
**requested** 114:1 114:12 118:14 170:20 231:23 309:14 311:1,9,10
**requesting** 163:10 163:14
**requests** 8:17 75:12 307:11
**require** 134:16,17 238:12 239:9 240:4,10 252:7,22 252:25 253:10 254:9 255:2
**required** 119:10 233:22
**requirement** 203:12
**requirements** 9:6 245:11,17,23 249:5
**requires** 15:20 16:8,8 239:20
**requiring** 185:5 187:12
**reschedule** 159:25
**research** 20:18 30:8,20 32:5,7,9 33:12
**researcher** 32:10 217:4,7 291:3,6 292:2
**researchers** 32:11 33:5,9,14 39:13 291:24
**reservation** 29:3 29:25
**reservations** 29:4 30:2
**reserve** 19:23,25 306:1,4,8
**respect** 49:24
**respond** 142:14 175:11,13 276:21
**responded** 276:24 277:18
**response** 15:24 16:7 174:17 175:14
**responsible** 33:23 200:25 232:17 248:5 267:13 268:5,13 290:19
**rest** 60:6 141:9
**restate** 13:21 48:19
**restaurant** 29:2
**restricted** 231:7
**resume** 20:25 21:4 30:7,19 31:3 34:14
**retain** 288:19 290:10
**retained** 307:6
**return** 310:17 311:6
**rev** 6:16 88:4
**reveal** 18:24
**revenue** 63:9 212:1
**review** 9:19 17:3 17:14 18:16 119:8 119:10,22 120:2 246:9 247:1 252:10 255:1 273:8 274:3 275:24 279:8 305:23 309:13 310:8,10,13 311:2
**reviewed** 17:7,11 18:9 110:10 119:11 120:18 121:1,5 242:3,11 243:2 246:15
**reviewing** 241:22 247:22
**reviews** 119:5,13 120:5,22 121:11 241:18
**revisit** 296:22
**revoke** 96:19 163:25 164:3 280:3,7
**rfalconer** 4:11 310:2
**riana** 230:14
**rid** 263:20
**right** 14:11 19:23 26:21 30:4,15 31:3,16,20,21,22 32:2 35:23 37:15 37:20,24 38:18 40:16 41:14 43:11 44:2,5 46:18 47:6 47:15 48:16 49:5 49:16 50:20 52:11 52:22,25 56:7 58:3,15 59:1 60:15 61:6,21 72:20 73:4,14,25 75:25 79:4,9,22 80:23 81:14 83:24 85:1,7,10,15,19 87:14,20 93:6 94:22 97:19,21 98:1,5,25 100:17 100:21 101:9,17 101:22 102:5,25 105:13 106:8 107:4 108:5,5,6,9 108:10,12,16 109:9,25 110:4 111:1,4,8,21,25 112:5,7,16 113:14 113:21 114:5,9,15 115:2 116:5 117:11,17,21 118:3,11 121:22 123:12 124:15 125:22 126:18 127:13 131:9,13 131:17,22 136:18 138:20,25 140:14 141:4,8 144:5 147:2,9,21 148:13 151:4 152:17

153:11 154:20 155:23 156:5 158:8,14 159:21 160:1,4,14,18 161:22 165:5 166:17,23 169:17 169:20 171:24 172:3,24 173:17 173:20,23 174:23 176:10 177:3 178:8,16,24 179:8 179:13,16 180:18 181:3,13 183:22 184:1 185:19 187:19 188:1,7,10 188:21 189:5,25 190:9 192:10,15 192:23 193:13,17 193:23 194:3,10 194:13,17,21 195:8,13,19 196:5 196:9,13,19 197:2 197:8,15,19 198:1 198:3 199:10 200:6,25 201:23 203:3 204:10 208:15,24 209:22 210:16 211:1,5,6,9 211:19 213:3,19 213:22 214:16,24 215:4,18 216:2,3,6 217:17 220:6,12 220:13,18,20 221:13 229:24 230:5 231:14,18 233:6 234:23 237:16,20 239:1,3 239:15,17,24 240:6 246:14 247:2,8,19 248:3,6 248:15 250:8,25 251:1 256:16 258:4,6,10,14,18 259:6 260:1 261:10 262:9 263:10,21 264:13 264:20 268:15 269:10,13 271:18 272:6,25 273:23 289:25 291:7,10 292:23 295:13,20 298:17 300:4 301:17

**rights** 20:1 306:1,5

**risk** 103:19,21,25 170:5 229:4,18

**riskier** 251:13

**rob** 200:20,22 203:2

**robust** 60:25 61:1

**rohrback** 3:4 12:9 12:15

**role** 28:10,21 32:5 33:18 46:16,20 68:14 104:19 108:3,6 119:1,19 125:5 162:13 165:7 246:2 266:5 269:22 284:22 286:23

**roles** 34:12

**rollout** 7:12 159:5 159:20,25 161:24 214:11,13

**roman** 283:25

**room** 32:20 168:12

**rooney** 10:4 297:6

**ross** 4:8

**rotating** 281:5

**rough** 306:20

**royal** 153:21

**rude** 167:2

**rules** 13:16 232:18 311:8

**run** 23:15 43:22 233:6 254:25

**runs** 34:4 166:16 268:6,23 269:16 269:17

**russ** 12:16 181:13 306:10

**russell** 4:5 310:1

**s**

**s** 3:18 6:1 7:1 8:1 9:1 10:1 312:3

**safe** 91:8 169:25 170:15

**sales** 21:24 29:10 37:22 41:24 152:22 153:19 154:9 155:5,7,20 156:1

**salesforce** 55:21 276:4

**samsung** 270:23

**sangani** 231:20,25

**save** 37:4 200:14

**saved** 278:19

**saving** 37:10

**saw** 17:24 18:1 122:9 207:22 214:14 226:12 243:24 258:5 271:2

**saying** 50:15 58:3 79:22 82:20 83:4 83:9 103:23,24 109:13 112:24 113:5 142:9 144:9 148:16 157:3 166:25 171:24 177:7 179:4 192:3 192:19 196:7 197:21 204:19 208:13 209:19 212:2,22,24 224:9 226:2 243:25 253:21 264:15 294:9 303:22 304:5

**says** 58:25 59:22 74:4 77:4,10 78:9 79:10 81:7,18 82:23 84:4 85:2,8 85:9 86:5 88:3 90:9 91:13,20 93:5,11,12 95:13 95:17 98:7 102:13 103:20 108:10 111:22 112:3,5,14 112:24 114:9,10 115:6 123:14 127:3,6 131:10 139:17 140:16 141:8,9,16 143:1 146:20 147:5 155:25 158:15 160:19 161:2 163:10,11,14,15 163:23 166:14 168:4 173:15 178:17,18 180:10 183:24 184:3,15 186:24 188:3 195:21 199:13 202:15 207:18 212:13 216:7 227:9,21 228:13 228:25 231:20 232:21 234:24 237:4 246:17 250:4,4 259:3

261:8 268:22 277:10,25 278:6,9 278:21 283:2,11 284:8 285:2,6,24 286:4 287:22 288:16 298:4,7 300:7,16 306:6
**scandal** 271:13 272:6,14 291:1,13 291:17 292:21 293:3 294:16 296:17 298:18
**scandals** 272:14
**scenario** 80:10,15 136:9
**scenarios** 100:5 129:7
**schedule** 23:15 310:10
**scope** 23:23 52:2,8 53:15 219:21
**screen** 15:10,10,16 20:25 57:23 86:19 93:8 97:14 122:17 124:18
**screened** 241:3
**screening** 241:1
**screens** 241:12
**screenshot** 208:6
**screenshots** 207:20
**search** 281:9,10
**searchable** 281:6
**seattle** 3:9
**second** 59:25 86:10 99:8 102:13 109:20 123:17 140:5 143:24 152:19 160:20 169:21 172:8,13 173:22 184:12 186:13 187:9 202:22 227:19 249:18 251:7 260:3 267:21 268:5,22 298:19
**section** 175:2 267:19 268:14 288:14
**section.mp4** 8:4
**see** 15:8 58:22 59:12 72:3 74:10 74:22,23 77:10 78:5,7,24 79:23 83:7 86:4 87:11 88:3,5,7,22 91:11 91:18 92:13 93:5 93:24 94:10 95:15 97:17 98:9 99:10 99:17 102:22 110:8,12 114:14 115:3 116:4 123:14 124:16 126:11,15 128:1 136:15 138:11 140:8 152:14 153:5,7 158:14 160:24 161:6 162:4,11,21,23,24 163:1,2,9,12,13,16 166:1,9 167:13,18 168:16 169:8,12 171:10,12 172:18 173:9 175:9 178:4 178:10 180:14 181:4,8,25 183:15 184:6,16,18 187:7 187:13 199:6 202:22 208:2,8 209:9,19 224:7,8 227:7,9 229:7,8 230:6 231:11,13 232:6 236:18 237:2,10 239:6 245:13 246:1 261:17 266:23 267:7,23 268:2 273:9,10,25 274:24 277:9 283:3 302:9
**seen** 15:20 66:5 151:22 286:1 287:6
**selected** 17:16
**self** 284:5
**sell** 39:10
**seller** 23:9
**selling** 291:4
**send** 37:3,10 130:15,20 208:4 298:22
**sender** 18:5
**sending** 131:12 166:19,25
**sends** 159:19 166:15 173:11
**sense** 17:22 22:19 22:24 27:19 34:15 38:22 39:18,19,22 39:23 40:14 41:4 41:12 46:19 51:2 52:12,15,20 53:4 202:4 228:21,22 233:17 243:15,16 259:11
**sensitive** 185:4 187:11 195:18 196:4,11 208:1 215:22 228:18 252:24 253:9,16 254:3,7
**sensitivity** 175:20 177:6,11 179:21 179:23,25 180:4 193:7
**sent** 37:6 87:8 99:16,17 109:2 113:15,17 131:8 134:25 135:10 137:9 138:24 166:12 169:10 175:12 226:23 271:5 277:13,16 277:18 287:14,14
**sentence** 84:23 107:18 246:17 251:20 261:17 267:1
**separate** 82:12 114:23 160:22
**september** 21:7 28:18 58:15,20 159:4 160:17 206:23 207:14 211:16 213:14 230:4,12 233:7 284:8
**series** 123:1,11,16 166:8,17
**serve** 25:18
**served** 71:13
**service** 27:20 29:23 31:12 55:24 55:25 123:3 279:2 279:3,4 280:18,20 280:21 281:4,6,9 281:12 282:11,20 286:14 299:5 300:19
**services** 55:18,20 64:9 281:5 285:16
**serving** 25:15
**set** 33:15 81:19 126:23 230:16,22

231:1,7 309:4
**setting** 85:13
**settled** 201:9 202:16
**sev** 287:23,24,25 288:12
**seven** 307:6
**severe** 288:2,2,4
**share** 15:10 19:3 20:25 57:23 71:24 86:19 93:8,14,17 94:8,21 97:15 122:17 124:21 191:22 192:1 194:20 197:13 205:21,22 206:11 208:20 209:13,18 210:21,22 211:14 213:7,7,8 260:12 260:18,22 261:23 262:3 264:3 265:1 294:4
**shared** 46:17 77:11 90:14 92:2 92:8 94:25 206:13 260:13 294:13
**shares** 48:4,5 191:18
**sharing** 15:16 16:11 46:22 69:10 69:16 70:7,11 85:18 91:9 124:19 189:5 192:9,22 208:9,15,22 210:4 210:15 213:6 258:14 261:9 262:9,15 263:4 264:14 265:3 270:22 271:17 280:21 285:20 286:5 296:2 302:8
**shawna** 4:22 11:21
**shifting** 28:22
**ship** 54:16
**shopping** 209:15
**short** 91:24 222:2
**shorthand** 2:12 309:2
**shortly** 97:14 192:20
**shots** 207:23
**show** 15:4 20:23 45:25 46:10,10 57:22 71:20 97:14 140:4,15 215:2 266:14 296:4
**showed** 97:4 188:6 188:7 191:1 192:11 214:22 215:24 258:22 263:9
**showing** 86:18 97:19 139:20,24 140:11 230:2 236:13 245:7 273:4 280:15 287:12
**shows** 106:7 153:9 169:19 176:7 192:24 237:18
**side** 22:5 65:7,9 144:8,25 145:20 161:22 201:18
**sides** 213:6
**sign** 306:7,8 310:16 311:5
**signal** 71:1
**signature** 309:23 310:21,23,23 311:9
**significant** 70:1 95:9 291:20
**simon** 7:11,18 8:15,22 110:2 114:11,23 152:13 159:3,10,19 165:23 166:11,25 169:10,16 171:5 171:13 172:1,10 172:16 223:25 236:14 237:13,24 238:3 245:9 266:20
**simon's** 7:18 165:24 166:8
**simple** 137:8
**simplification** 167:12,16,21,25 168:16 169:7,21 224:17 226:12,14 226:16 227:8 247:25 248:3,6,15
**simultaneous** 30:11
**single** 167:16 299:23
**sit** 146:13 147:2,21 157:11 165:12 168:23 251:24 253:14
**sitting** 254:14
**situation** 136:8 244:24
**situations** 186:21
**skim** 200:14
**slack** 35:11,12
**slate** 104:10 108:2 301:3
**slide** 159:19 160:12,16,20,22 161:22 162:2,19 163:17 174:1,13 174:18 176:14 181:25 183:3,5,5,8 183:10,18 186:18 215:17,24 216:1 219:24 239:16,18
**slides** 246:18
**small** 28:24 29:23 293:18 294:2,2,12
**smarttv** 164:14
**social** 24:10,13 25:7,11,15 26:13 26:17 94:2 156:15 203:20 261:1
**socialcam** 222:1 222:14,16,17,22
**software** 34:20 55:23 286:17
**sold** 61:12,15 154:9 155:5,20 156:1 293:16
**solutions** 11:22,24 307:7 310:7
**solve** 283:15,21,25 285:8,24
**solved** 290:17
**solving** 100:6 129:7
**someone's** 222:23
**sorin** 78:5
**sorry** 16:3 17:22 17:22 22:19,22 23:17 24:24 25:1 25:2,9 26:14 33:16,20 34:15,22 36:9,22 38:14 42:12,14 43:1,12 48:19 55:17 56:9 57:7 58:16 59:9 64:17 65:14 67:15 68:11,25 70:3 72:21 80:25 86:23 87:2 88:18 89:20

93:7,10 98:22 103:2 104:12 106:3 116:3 122:13 124:16,25 125:18 127:24,25 128:15 137:15 140:7 143:6 146:8 161:18 162:20 168:6 169:13 172:4 173:14 177:18 178:25 180:22 184:17 190:3,13 193:18 193:24 195:3,4,9 205:13,17,19 214:17 218:4 219:24 221:20 222:8 227:17,22 239:16 241:8 242:8,15 243:15 245:21 260:8 261:22 272:23 273:10 279:21 283:4,8 284:4,4 286:11 287:1 288:16,17 291:25 292:6,7 301:18 306:23
**sort** 70:13 141:1 225:17 305:25
**sorted** 295:14,16
**sorting** 101:15 164:21 237:19 295:11 296:4,8
**sorts** 65:12
**sought** 68:9
**sound** 206:7
**sounded** 262:21
**sounds** 28:15 37:14 49:16 114:22 143:6
158:25 177:20 180:8 188:12 195:14 204:17 208:18 246:15 257:9
**source** 60:14
**sources** 235:16
**space** 88:24
**spamming** 90:16 90:17 91:9
**spanned** 90:5
**speak** 11:9 14:1 16:22 33:7 35:13 43:5 45:13 47:25 52:9 54:17 62:13 64:10 65:9 199:23 228:8 234:20 242:1 256:5
**speaking** 64:22 186:7,8
**spec** 170:1
**special** 4:16 6:22 7:9 12:21,22 41:8 98:4,11,14 151:20 151:23 152:1,16 154:14,17 168:6 168:11 170:20 276:13 305:8 306:2
**specific** 24:21 26:12,18 28:3 46:9,16 47:23,24 48:7,8 54:5,12 56:17 64:18 68:3 72:6 80:9 89:20 90:7,25 91:1 92:24 96:8 99:25 101:8 112:11,14 113:11 121:4 134:22 136:9,11 136:12 177:21
192:5,12 194:5,11 196:7 198:20,22 207:4 216:8 237:15 243:18,19 244:25 251:21 272:13 278:7 284:19 288:3,13 290:23 298:15 300:13
**specifically** 15:1 19:10 21:22 23:7 25:4 27:9 40:24 43:10,17 57:3 60:21 61:10 63:10 66:10 68:8 77:25 79:11 88:12 89:12 89:15 90:2 94:16 95:4 96:13,17,22 98:18 105:14 107:5 109:17 114:7 117:12 120:14 129:12 137:13 145:6,9 154:17 155:12 166:14 169:2 174:6 177:3 180:1 183:4,12 184:11 188:11 189:23 190:12 192:25 203:15 210:12 214:25 216:4 217:13 222:10,20 223:9,13 225:2,14 229:15 230:11 233:2 234:7 237:21 239:25 242:20,24 243:8 243:22 244:5,6,11 244:20 245:16 246:1,6 247:4 253:25 257:20
258:16 259:13 261:15 262:10,23 263:17,19 264:21 265:5 268:13 269:5,8,19 271:20 273:16,20 274:19 274:21,22 275:8 276:7 277:20 282:7 286:18 290:18,22 293:12 293:22,23 294:23 295:9 298:13 299:13 300:5 301:13 302:5
**specificity** 125:24 127:15 128:9 179:10 185:14 189:16 218:5 240:14 254:20 293:15 294:21
**specifics** 33:7 62:14 63:19,23 66:3,7 73:15 74:15 100:11 128:17 225:23 291:11
**specify** 32:17 104:8
**specifying** 185:2 187:5
**speculate** 107:22 119:23 134:9,12 134:16,17 135:15 144:10 149:17 150:23 157:22 196:20 252:8
**speed** 267:21
**spell** 13:11
**spend** 167:6 297:24

**[spending - subject]**

**spending** 40:15
**spent** 117:24 299:18
**spoken** 266:7,9
**sports** 60:16
**spreadsheet** 6:24 17:9 103:8 113:10 113:25 114:4,8,15 118:14,22 122:16 122:23,25 221:19 224:5
**sql** 72:11
**sso** 81:25 82:25 85:3
**stack** 54:6
**stage** 170:3
**stand** 70:7 272:16 294:21
**standard** 99:24 101:8 102:8 164:6 185:1 187:5 203:13 220:3,4
**stands** 34:2
**starbucks** 153:22 153:23 154:7 155:4,8,9,19,25
**start** 15:15 21:4 66:15 81:17 172:7 206:25 246:8 282:6 306:11
**started** 35:1 37:16 68:23 69:2 111:3 120:16 233:14 281:11 284:13 291:9 293:7
**starting** 289:12
**starts** 30:7,20 81:17 84:24 113:4 113:14 152:6 200:19 224:9 230:13
**state** 2:14 12:3,5 13:11 15:1 27:18 68:25 105:21 150:22 161:18 178:25 188:17 208:5 213:4 249:19 272:24 289:5 306:7 308:13 310:9,12
**stated** 94:23 288:24 290:15 294:20 300:21
**statement** 62:15 119:25
**statements** 309:7
**states** 1:1 11:16 27:13 103:24 162:7 174:24 180:25 201:8 203:18 244:13 267:9 279:6 285:8
**stating** 208:18
**stay** 233:21
**staying** 127:21
**stenographically** 1:23 309:9
**step** 191:24 260:21 278:1 279:7
**stepnowsky** 8:20 230:3,10,13 231:3 231:13,16 232:21 234:24
**steps** 7:22 171:7 172:11
**stipulation** 310:20
**stonelake** 34:5
**stood** 263:13
**stop** 16:11 82:15 156:4,20 166:25 258:14 259:4 263:4 281:23
**stopped** 281:21
**stopping** 265:13
**store** 211:21 278:24
**stories** 50:13 213:7
**storing** 279:1
**story** 43:23 298:6
**strategic** 24:10 104:25 105:4,7,9 105:13,25 110:16 110:21 111:6,16 111:24 115:20 117:15 118:2 123:19 124:5 126:13 156:12,14 156:16,18 157:8,8 157:13,13 165:2 165:10 176:1 178:18,20,22 179:6 185:4 187:11 193:12,14 195:18 196:4,12 215:23 252:24 253:9,16,24,24 268:7,23
**strategically** 209:10
**strategy** 31:14 154:6
**stream** 71:4 95:13 96:7,12 105:1,17 106:7 107:8,10,14 107:20 113:19 162:22 163:10 182:19 224:21 227:13,25 248:10
**street** 3:19 4:18
**strictly** 211:18
**strike** 241:2
**string** 59:10 72:7 73:2,23 76:16 78:4,7 81:8,14 98:25 99:7,15 106:6 108:20 111:4 113:1,3,14 129:2 136:16 152:2,7 166:6,7 167:11 169:5,6,9 171:23 172:8,9 174:14 175:15 180:10 199:8 200:8 206:22,25 207:14,16 209:2 211:15 213:10 273:23
**structure** 33:1 59:12 85:14,16
**structured** 84:23
**struggling** 68:2
**studied** 52:4
**studies** 32:12 51:25 52:1
**stuff** 189:18 237:7 250:20 289:13
**subheading** 270:21
**subject** 7:21 8:16 8:23 9:5,17 10:5 58:22 72:2 81:12 88:3 98:4 99:12 136:1 138:9 151:19,21 152:7,8 152:16 153:10 154:18,20,21 159:5 161:16 165:24 171:6 172:10 199:4 206:23 224:1 236:16 237:14 245:10,20,22

254:13 266:21 273:7 275:2 296:23 297:15
**subjects** 135:9
**submitted** 127:17
**submitting** 65:3
**subpoena** 15:24 16:7
**subset** 288:19 290:10
**suggest** 60:11 254:6 267:12
**suggested** 298:20
**suggesting** 180:5
**suggestions** 174:24
**suggests** 239:8
**suit** 274:16 276:19
**suite** 3:8,19 4:8
**sum** 118:25
**summarizes** 174:1 174:19 183:5
**summary** 7:4 8:19 9:24 138:10 202:20
**sunday** 224:3
**support** 22:9 23:8 23:13 31:11 56:6 62:15 75:23 77:2 142:15 252:18,20
**supportable** 161:5
**supported** 22:24 75:6,8 248:9,9
**supporting** 23:23 246:18
**supposed** 88:18 214:18 294:22
**sure** 14:8 16:6 18:8 22:22 24:4 25:22 28:22 32:25 42:8 48:11,24 53:2,5,10,17 54:1 58:2 61:20 64:13 66:16 67:2 69:4 84:22 86:21 119:14 120:3,6 121:14,21 129:19 129:25 130:14 138:21 140:25 148:15 149:21 166:4,21 173:7 177:21 179:1 181:9,13 186:17 207:8 209:20 214:12,21 217:16 221:11,22 227:23 229:11 236:8,23 241:11 261:5 265:24 277:22 302:17 303:7 304:22 306:4
**surfaced** 271:13
**surprised** 191:17
**suvrat** 283:1,9 284:24 286:9
**swear** 12:25
**sworn** 2:11 13:2 309:5
**sync** 78:11
**synced** 237:23
**synonymous** 124:7
**synthesize** 99:22
**system** 29:3 66:24 141:2 211:20 212:5 228:16
**systems** 30:1 34:20 35:7,8

**t**

**t** 6:1 7:1 8:1 9:1 10:1 312:3,3
**t0** 6:21 7:8 98:4,11 98:13 99:23 101:7 101:24,24 102:1,2 151:20,23,25 152:16 156:11
**tab** 86:8 101:21,24 103:19 125:7 245:4
**table** 29:3,21 31:11 78:21 162:6 163:4
**tabs** 101:21 115:20 123:23,23 126:1 236:6
**tagging** 182:10
**tail** 143:22 287:2
**take** 11:10 14:3,5 14:7,8 33:22 61:18 72:8 89:1 98:19 104:2 121:16 122:18 129:15 152:1 170:19 180:5 188:19 207:2 213:25 222:1 245:18 265:13 267:3 278:24 288:7 304:16 305:24
**taken** 2:9 11:13 13:14 15:25 16:7 91:21 95:1 188:1 210:7 279:10,12 306:12 309:3
**takes** 88:23
**talk** 13:19 31:2,23 35:23 105:18 172:14 199:25 272:6
**talked** 83:14 132:4 152:9 214:10 220:16 258:9 301:10
**talking** 14:4 30:11 51:1 66:13 97:23 102:23 122:8 142:17 151:11 192:17,21 205:25 225:24 242:25 265:23 276:23
**targeting** 144:17
**task** 32:23 33:22 167:23 168:16 170:17 237:19 238:4 248:14,16 248:19,20 268:3
**tasked** 168:24 226:13 269:5
**tasks** 30:13 119:25 120:1 248:2
**team** 23:11,12 24:5 27:6 29:18 31:13 32:9 33:4,5 33:24,25 34:4 48:1 66:20 152:22 153:4 154:9 155:5 155:8,20 156:1 174:2,7 183:6 241:17 246:10 247:2 252:11 270:19 277:7 287:19
**team's** 45:14 274:2
**teams** 7:21 31:8,9 31:15 171:7 172:11 174:5 176:4 299:22,22
**teamwork** 174:19
**techcrunch** 230:15 230:17

**technical** 24:4 32:17 49:14 62:14 63:19,22 66:7 72:12 73:7,15 74:15 76:2,8,11 77:23 80:18 127:14 128:16 141:6 205:9 212:22 218:6 225:9,23 228:7,21 233:3 235:25 250:20 256:13
**technically** 49:15 56:22 69:5 77:9 77:11 141:10 225:10 227:2 235:7
**technicals** 140:24
**technology** 11:20
**tell** 24:11 25:12 28:21 60:21 78:20 80:20 81:3 98:11 118:16 129:9 136:21 137:8 149:10 155:16 167:20 172:20 191:12 199:15 201:13 205:23 225:5 235:4 237:7 245:19 268:21 276:22 280:19 282:21 284:7 288:8 297:25 298:5 302:16
**telling** 84:12 144:25 145:20 148:1 170:12 240:8 262:15
**tells** 128:7 136:16
**tend** 199:22 298:14
**term** 39:24 49:24 71:1 72:13 91:24 92:9 141:24 150:7 154:6 202:21 219:2 226:11 256:21 275:10,22 275:23 286:12
**terminology** 48:12 48:25 179:2 190:4 217:17 282:25
**terms** 39:10 40:13 45:8,15 67:20 146:19 148:25 149:18,24 157:15 176:14,23 196:21 197:9 201:9,12,25 202:16,18 210:11 218:5 228:7 243:1 276:3 306:12
**terribly** 186:8
**test** 268:8,24
**testified** 13:3 132:3 289:24
**testify** 14:17 294:9 294:22
**testifying** 15:23
**testimony** 14:3,10 14:21 16:6,23 17:4 77:5 257:9 265:25 272:21 305:8,23 307:5 308:9 309:6,11
**testing** 234:2
**texas** 4:9
**text** 19:18 36:14 36:22
**texted** 36:17
**texting** 36:14
**thank** 12:24 13:5 89:3 99:4 138:4 139:14 168:13 186:12 200:12 236:24 306:9,22 307:1
**thanks** 74:5 180:11
**thing** 89:7 147:4 173:7 244:21 257:1 264:22 277:10 299:23
**things** 15:15 17:24 35:6 39:2,7 50:14 51:14 53:14 70:4 76:23 119:15 136:10 153:16 158:8 177:21 188:25 189:17,23 199:21 212:14 226:13 227:10 252:6,8 253:20 258:9 259:14 275:24 286:13 289:14
**think** 17:2 34:25 35:15 38:12,13 41:16,21 45:8,15 47:8 48:7 50:25 54:7,10 55:19 61:8 63:12 64:21 66:13 68:1 69:11 70:10 73:1,21 82:13 87:11,11,17 98:16 100:23 109:15,22 111:14 113:6,9 114:3 115:9 120:19 121:2,10 128:7 132:5 134:1,13 136:19 137:6,15 140:6 142:3 143:8 144:6,12,22,23 145:16,18 146:4 149:1,3,6 151:9,24 152:21 157:14 159:14 165:16 166:19 173:15 176:24 178:17 179:9 181:10 182:24 185:14,15 186:6 190:11,13 191:23 192:12 197:3,20,20 199:20 204:17,18 205:9 206:6 207:9 208:17,18 210:11 210:12 212:14 222:8 234:25 247:24 250:17,20 259:14,22,24 260:20 264:7,8,22 266:16 270:17 276:17 277:22 278:21 281:24 283:5,20,22 284:6 289:11,17 295:14 295:21 296:11 299:17 303:3,4,12 305:16
**thinking** 97:15 107:23 132:11,19 132:24 134:4,6,14 134:23 135:9,15 135:18,25 136:5 168:8
**thinks** 173:22
**third** 3:8 48:5,14 49:2,9 64:24 65:13 66:9 102:17 140:6,7 167:11 182:2 183:13 187:15 200:9 228:19 229:6,19 241:1,4 242:4,12

298:25
**thought** 37:9 47:24 231:16 295:6 296:20
**thousand** 293:9
**thousands** 226:24
**thread** 6:7,11,14 6:20 7:7,11,17,20 8:7,11,22 9:8,16 236:21,25 237:5 289:6
**three** 16:19,21 35:5 86:10 102:4 175:7 215:16 306:19
**thrillers** 203:23
**thursday** 1:16 2:10 11:1
**ticketmaster** 39:9 61:2
**tickets** 21:11 39:11
**tie** 109:22
**tied** 125:7 136:9
**time** 12:5 14:2,22 14:25 16:20,20 17:20 19:13 20:20 21:6 23:14 24:12 24:24 25:5 26:10 26:16 34:19 37:13 39:5 41:25 43:7 43:16 45:25 46:2 46:6 53:22 58:7 62:2,6 68:20 69:14 75:9 77:1 78:14 86:5,12,15 87:23 89:6,18 90:6 100:12 104:7 104:23 105:8,21 107:23 109:10 117:25 119:17 121:20 122:1,5 125:13 132:11,20 132:24 133:4 134:5,24 135:7,10 135:19,25 136:8 137:23 138:16,18 138:18 143:11 150:23 159:15 166:2 167:6 170:19,23 171:2 177:17 192:19 195:2,6,10,16 196:2,15,21 200:15 214:4,8 216:8 220:12 229:13 234:7 239:14 240:7 243:11 247:5,20 248:23,24 250:15 250:23 252:9 253:4,13,19 255:11 265:17,21 267:3 270:18 272:6 280:24 281:3,19 282:10 284:2 287:20,21 289:12 304:25 305:4,6 306:10,14 307:15 309:4,5,8 310:10,18,24 311:7
**timeframe** 21:10 196:24
**timeline** 182:19
**times** 9:13 16:18 16:19 270:9 272:10 285:18 286:4
**timing** 188:24
**titan** 154:2,24,24 155:2 156:17
**title** 25:10 160:21 204:20 205:11
**titled** 160:12
**titles** 60:10,24,25
**tldr** 288:14 289:7
**today** 14:17,21 15:24 16:7,13,23 17:4,21 18:17 142:16 143:16 146:13 147:2,21 149:9 157:11 163:15 165:12 168:23 175:22 178:2 193:9 228:14 251:24 253:14 254:14 255:13 256:7,14 256:15 257:9 263:7,9 306:10 307:13
**today's** 307:4
**toedebus** 207:16 208:5
**told** 305:19
**tomorrow** 158:11 158:16 172:14
**tomorrow's** 153:2
**tonight** 305:13
**tool** 8:16 35:16,16 120:9,9 121:3 224:2,13,14 225:13,18 226:6 228:24 229:1,12 229:16
**tools** 35:18 170:2 229:14 286:16
**top** 78:2 81:18 98:13 102:3 103:15 104:19,21 108:4 110:10 126:15 151:25 153:6 201:7 217:14 226:19 237:4 244:20 268:12 298:4
**topic** 184:13 215:18 237:16 263:14
**topics** 121:13 132:12 134:4,15 134:24 246:25 247:13 252:15 266:9 281:10
**tortures** 14:2
**total** 17:14 20:20 118:25 216:9 307:5
**touch** 233:22
**touched** 263:14
**track** 299:23
**trade** 44:20
**transcribed** 309:9
**transcript** 8:6 186:2,9,10 190:22 258:25 259:2,3,17 259:19,23 305:8 307:13 308:7 309:13 310:6,8,10 310:13,13,21 311:2,2
**transcripts** 133:24
**transferred** 33:24
**transition** 31:6 33:17 89:24 90:1 117:15 119:18 161:23,25 189:14 189:22 224:20 227:11 300:1
**transitioned** 238:25 284:14,17
**transitioning** 103:15 104:18

136:18 137:11
**translate** 238:3
**transparency** 32:9 33:12
**traveling** 88:23
**treat** 208:1
**trip** 126:16,21 127:1,21 128:4,7
**trouble** 232:22
**troubleshooting** 75:12
**true** 139:3 195:6 197:19 250:6,8,12 250:22 296:7 308:9 309:10,19
**trust** 90:11 96:4 249:5 251:14 299:4 300:17
**truthfully** 14:17
**try** 13:18,20 14:1 53:11 109:5 135:7 135:18 138:1 190:18 275:4
**trying** 34:1 38:15 39:13 45:10 47:25 54:15 67:18 86:23 139:6 150:5 179:1 196:21 208:19 227:23 231:4 283:22 295:25 305:20
**tuesday** 19:12
**turn** 137:24 143:20 160:4 162:2
**tv** 156:15
**twitter** 110:19
**two** 19:12 64:9,9 106:18 122:18 163:2 189:23 196:22 208:23 212:14 246:25 248:1 249:14,20 249:24 250:2 251:6 267:9 296:12
**type** 41:7,20 55:25 136:12 282:2
**types** 17:10 25:24 35:21 38:4,23 40:8,22,25 64:4 124:15 125:3,4,15 125:17,22 126:3 196:25 199:18 217:8 271:23
**typically** 75:22 251:13

**u**

**uh** 79:19 81:11
**uids** 224:20 227:12
**unaware** 95:24
**unclear** 95:23
**underline** 277:9
**understand** 13:21 14:14,16,23 15:23 16:6 31:25 32:3 32:25 34:22 38:5 38:15 42:8 48:12 48:25 53:5,10 54:1 56:9 63:2,4 63:14,24 64:13,14 67:2,18 68:11 69:4 70:3 73:6,21 76:5,11,14 77:22 79:16 83:22,24 84:22 106:11 108:15 109:4 120:6 125:18 130:14,18 135:18 136:19,21 139:7 141:1 146:25 149:21 150:5,17 151:3,8,10 154:5 179:1 186:17 212:2,3,4,20,21 217:16 221:11 222:17 227:23 228:20,22 229:11 231:4,6 235:9 241:8 245:25 251:16 253:15 261:5,25 265:25 267:2 269:13 289:7 292:20 294:25 295:24,25
**understanding** 18:19,22 19:1 22:17 35:20 40:13 49:15 50:2,21,22 53:22 56:12 62:22 73:8,19 74:20 76:12,15,17,20 77:5 82:5 84:14 95:3 107:19 108:13 127:16 128:3 129:17 141:25 143:11 145:1,22 146:14 146:17 148:17,24 149:24 163:5 164:16 178:12 180:16 181:14 197:22 198:4,6 205:10 206:9 218:14 221:23 222:12 226:16 234:5 247:6,11 252:14 253:20 254:15 255:10 256:1 261:18 262:16 277:1 288:11 289:10,16 290:2 293:13,17 293:25 294:1
**understood** 13:23 150:18 307:14
**underway** 170:5
**unfortunately** 65:6 124:18 288:22 290:12
**unique** 185:2 187:5
**unit** 11:12
**united** 1:1 11:16 27:13
**units** 307:6
**unlimited** 251:12
**unmute** 11:9
**unmuted** 11:8
**unnecessary** 153:1
**untrue** 166:23 167:1 250:18
**unusual** 250:16 282:9
**upcoming** 96:5
**update** 6:9 7:18,24 9:11 59:1,3 60:2 86:23 109:21 166:16 169:8 172:13 174:16 181:23 182:14 183:16,21 213:17 266:22 267:5,6 273:10
**updated** 30:24 59:11,22 175:16 181:1 233:19
**updates** 59:5,22 165:25 166:8,8,12 166:13,22,25 167:5,6,7,8,17 170:2

**updating** 59:15
**upgrade** 164:13
**upload** 122:18
**uploading** 280:12
**upstream** 274:8
**usage** 243:1
**use** 21:18 32:12 35:2,11,14 36:7 46:14 47:11 48:12 48:25 55:22 64:11 64:16 65:17 67:13 73:13,16,17 105:1 105:3,18,24 107:8 107:9 110:7,21 111:20,24 112:6 112:15,24 113:5 113:19 114:13 115:6,18 123:4 144:8,24 145:19 149:23 151:3,8,9 163:24 164:2 182:11 185:8 187:18 199:17 217:17 229:10,12 232:16 242:18,23 243:7 244:12,15 251:17 259:5 278:22 279:19 280:2,6 281:2 282:4 283:15,24 285:7 286:12 299:5 300:18
**user** 1:6 11:15 21:6,9,11,19,23 22:14 24:7 37:17 42:6,10 46:14,17 46:22 47:5 48:5 48:16 49:4,11 51:3,5,16 55:7 56:13,20 62:24 64:12,25 74:24 77:4,7 78:21 90:11 91:6 94:3 94:24 96:3 110:23 194:25 197:24 198:7 201:17 203:23 204:12,19 205:20 206:1,9 208:7 210:21 211:3,9,10,12,13 228:19 230:16,23 231:5 233:9,15 251:11,11 283:13 285:3,9,12,19 286:5 288:18,23 290:14 310:5 312:1
**user's** 182:8 210:25 292:23
**users** 9:15 21:13 21:16,20 23:20,25 37:15,17 38:7,23 47:5 50:12,18,20 51:19 61:3 62:9 77:7 90:12 91:6 91:25 92:4,11 93:14,17,19 94:3 94:20 95:20,23 127:5,19 128:4,7 143:24 144:2 146:5,10,14,19 147:2,8 197:21 204:10 208:20 209:11 210:14 212:8 213:1,6,8 232:4 233:21 270:11 293:11 294:2,3 295:3 302:17,25 303:7 303:24 304:9
**uses** 49:23 56:19 62:10,24 64:14 226:11
**usually** 130:22 247:15
**utilize** 36:25 38:2 63:13 68:9
**utterly** 145:1,21 146:13 148:2 155:1 170:16 254:14

**v**

**v4** 267:6
**valuable** 54:3,9,13 54:16,20,25 141:19,21 142:15 142:22,24 143:3 143:23 144:2,7,12 144:24 145:18
**value** 46:11 50:3,6 50:9,11,15,16 51:1 51:2,5 55:6 104:25 105:2,4,7,9 105:10,13,25 106:21,23 107:21 111:10,18,24 113:20 165:3,10 201:12,13,16,17 201:19,21 202:19 210:6,7,18,19 253:25 285:16
**variety** 59:4,15
**various** 43:9 47:14 48:14 49:3,10 69:6 188:4 226:13 272:8 299:9
**vast** 164:7 224:15 226:7
**vc** 1:6 11:18 173:7
**vehicle** 49:12
**vendor** 55:16,17 55:17 56:3
**vendors** 55:14
**verbal** 35:25
**verbatim** 192:20
**verify** 238:2
**veritext** 11:20,22 11:24 15:9,12 307:7 310:7,9,11
**vernal** 152:23 200:20 201:4 211:16
**version** 89:25,25 117:10,10 175:16 181:1 189:15,15 190:5 242:22 270:2
**versus** 165:14 204:18
**vertical** 25:16,19 25:21 26:18 115:16 141:19,21 142:2,3
**verticals** 25:24,25 26:5,10,16 115:12 142:16
**vet** 274:17 277:4
**vetted** 277:2
**vetting** 274:4,6 275:12
**video** 11:9,12 185:25 190:17,20 193:18,19,21 194:6,7,18 223:8 258:12,13,15,17 258:22
**videographer** 4:22 11:4,23 12:23 15:17 61:25 62:4 86:11,14 121:21 121:24 122:3 170:21,25 214:2,6 265:15,19 304:23

305:2 306:16 307:3
**videos** 74:24 77:4 77:7 128:6,11,19 222:3
**view** 26:15 173:17
**viewed** 176:17
**vikas** 78:18 80:1
**violated** 244:25
**violating** 243:20
**violation** 243:12 244:3 299:4 300:17
**violations** 244:8 244:10 274:8 279:9,12
**virtual** 11:20 32:19
**visha** 87:1,10
**visible** 137:4
**visit** 209:16
**visitor** 283:14 285:4,10
**voice** 53:12
**vp** 20:13

**w**

**w** 3:5 4:18
**wag** 143:22
**wait** 127:24
**waiting** 97:16
**waived** 310:23,23
**waiving** 310:20
**walk** 21:3
**walmart** 25:17,23
**walnut** 2:13
**want** 21:3 48:11 48:24 53:17 61:22 72:8 76:4 82:21 84:1 92:1,7 98:19 99:1 124:22 128:20 131:4,5 135:14 143:22 148:15 155:14 158:16,21,21 175:3 185:25 186:5,17 188:13 200:14 207:2 210:1 214:11,21 217:16 221:11,22 223:7 238:14 250:14 261:5 265:24 267:19,20 282:18 286:21 305:25
**wanted** 45:25 68:16 73:3 75:15 75:18 134:3 216:24 217:9 233:16,17 289:10
**wanting** 75:13
**wants** 212:25 213:13 235:13
**washington** 3:9
**wasting** 306:14
**watched** 258:17
**way** 27:18 48:13 49:1,9 50:15 56:10 63:14 64:9 67:5,21,23 79:13 79:24 81:15 84:23 85:11 96:2 123:7 137:23 161:19 164:20 166:18 180:8 201:20 204:11 206:5 207:10,15 213:4 218:10 229:1,17 247:21 250:19 256:21 272:19,24 275:2 294:10
**ways** 41:11 53:13 67:20 89:21
218:12 239:2 276:5
**we've** 91:14,21 151:22 191:16 201:9 202:16 214:10 286:19
**weaver** 3:16 12:10 12:11 306:21,24 306:25
**web** 6:6 156:16,18
**website** 23:18 24:15 46:3 50:13 235:1
**websites** 27:19 46:6
**week** 246:11 288:21 290:12
**weekly** 6:9 9:10 59:1 266:22
**weeks** 224:10
**weight** 252:23
**went** 34:14 37:13 43:22 87:13 98:17 100:19 106:12 113:13 117:24 160:10 180:17 192:7,21 196:24 214:14 237:25 239:11 246:9 252:10 257:5 258:25 265:8 271:22 279:17 296:20
**whatsoever** 77:6 97:7 120:21 141:25 148:17 155:1 220:22 225:8 249:10 255:21 259:12
**whitelist** 162:9 168:19,25 175:5 181:19 218:7,17 219:1,2
**whitelisted** 80:22 161:13,20 165:1,8 165:9 217:20,25 218:21 219:8,12 219:17 220:17 221:12 226:25 227:4 234:3,12
**whitelisting** 78:19 80:1,5,8,16 81:4 169:23 170:1,15 218:9 227:24 233:14
**whitelists** 161:3,10 161:17 224:16,18 226:5,7,9 227:9,10 227:15
**who've** 182:7
**widely** 97:5 163:4 281:14,17
**willing** 94:8
**wind** 94:18 156:10 184:25 186:21,24 187:2
**wip** 35:14,14
**wire** 203:6,8
**witness** 5:3 12:19 12:25 13:2 16:3 19:4,23 22:22 42:14 43:3 44:8 46:24 47:8,17,23 48:19 49:6 50:2 55:2,11 56:9,16 57:3 62:13 63:1 63:18 67:2,9 68:1 68:11 69:19 70:10 70:21 80:25 83:19 84:16 85:21 86:4 88:18 101:3 104:7 104:12 106:3,17

107:12 108:24 111:13 112:2,10 112:20 113:9,24 114:22 118:5 124:23 128:15 129:12 131:3 132:15 134:9 135:3,13 139:2 145:5,24 148:20 149:3 150:11,22 157:21 162:17 168:2 171:19 173:1,21 177:17 188:23 190:11 191:5 198:6 203:5 204:6 205:17 208:17 212:11 215:6 218:2,4 219:21 222:8 223:1 226:18 228:5 229:21 233:2 234:18 239:5 241:8,16 242:8,15 244:19 245:3 254:18 256:4,23 257:15 261:14 262:20 263:24 264:10 267:8,15 268:18 269:4 272:18 279:21 283:20 287:4 294:19 296:11,25 299:13 299:21 300:13,24 301:24 302:13,23 303:12,20 304:5 304:15 309:5,6 310:13,16 311:2,5 312:24

**woman** 34:7

**wondering** 149:22

**word** 45:20 209:18 209:21,21

**words** 25:11 83:7 101:22 105:18 107:3,17 108:12 124:6 144:18,23 145:17 148:14 150:18 151:3,8,9 155:13,17,17,23 209:13 253:14 255:9 258:11 293:6 294:19

**work** 15:6 24:1,12 24:14,19 25:19 27:5 28:1,5,9 29:7 31:8,15 32:8 33:13 35:21 36:15 36:23,24 37:1,3,13 37:15 40:20 41:9 44:23 47:20 53:11 64:19 65:6 70:1,6 82:7 96:3 117:13 120:8,25 125:8,11 125:20,21 147:20 147:23,24,24 149:12 160:23 174:2,2,4,6,15 183:6 187:21 189:2 194:1 196:9 205:6 207:1,10 216:23 222:13 237:23 246:13 248:9 254:14 255:20 256:19 262:12 270:16 271:18,20,25 272:3 280:23 281:8 282:19 283:1 284:24 291:23 292:1 295:7,9,11,18,22 295:24 296:4,7,21

**worked** 20:21 34:6 34:9,19 41:4,23 42:1 43:4,6,9,16 43:16,20 45:23 52:10,19 53:3 54:11 63:6 65:24 70:3,10 76:1 87:22 119:16 125:10,15 126:8 126:11 143:10 155:8 183:2 223:17 243:20 244:4,9 254:19 257:18 292:9,12

**workflow** 66:14 66:18 203:9 241:17

**working** 27:25 29:18 31:13 33:5 37:21 38:18 39:6 39:6,9,11,13,25 41:22,22 42:4 50:10 53:14 54:14 68:7,14 75:4 81:21 92:2,7 99:22 100:2,4,10 109:11 125:14 126:2 129:6 136:10 157:12,15 167:9 169:24 170:6,14 173:8 183:11 185:15 187:22 217:8 230:14 243:11 247:15 257:6,11 262:21,22 263:2 263:15,18 284:6 289:19 290:21 299:25 300:1

**workplace** 35:3 36:2,12

**works** 32:22 129:16 175:1 181:9 280:17

**world** 15:14 27:8 39:12

**worth** 37:9

**worthwhile** 176:2

**wow** 166:23

**write** 120:25 121:6 130:11 137:5,7,10 137:13 149:24 152:20 167:6,8 209:6 213:16 250:17 252:19 254:23 279:14

**writes** 109:20 115:8 143:21 211:17 231:3,25 233:8 274:1

**writing** 230:14

**written** 162:23 179:24 250:10 251:4 269:25 270:15 296:17

**wrong** 86:21 87:2 250:24 266:16

**wrote** 81:16 83:23 83:24 84:13 85:12 99:20 101:22 104:16,22 107:15 107:25 116:4 129:3 130:10,24 132:20,25 135:8 135:24 136:17 144:22 145:17 149:16,22,23 150:9,18,19 155:18 176:7 177:15,25 178:10

179:12,16,17 184:13 185:18,20 193:3 209:22 240:8,9,13,17 245:15,23 247:5 250:7 252:3,4,9,13 253:15 254:15 255:9 286:9 301:1 301:8
**wsuaaaha3pe** 9:22
**wt** 90:10

**x**

**x** 5:1 6:1 7:1 8:1 9:1 10:1 164:12 220:12 309:14 311:1
**xfn** 246:10 247:1 252:11

**y**

**yahoo** 110:17 111:17
**yawili** 287:15,16
**yeah** 18:14 25:2 25:10 26:9 31:10 35:25 38:16 40:17 41:6 42:20 55:15 60:4 61:24 64:19 66:15 74:21 101:14 103:3 104:15,15 111:9 121:23 123:3,6 125:2,20 129:21 130:1 131:5 138:3 158:11,11 163:6 164:20 172:5 174:22 178:17 183:14 188:4,17 190:15 195:5 200:11 205:7,15 212:11 217:15 219:10 223:23 227:23 229:25 239:5 242:16 243:23 244:22 251:2 255:9 258:3 263:12 283:7 305:15
**year** 34:25 119:6,7 119:11,21 120:11 120:15,16,18 121:2 198:18 258:1 262:13 263:15 266:11,12 266:13 275:9,11 282:7 284:16 288:24 290:15 298:5
**years** 20:22 34:24 35:19 36:4 65:24 120:12 198:19 202:21 246:5 257:8,12,17 281:18 298:7,9,12
**yep** 183:17
**york** 9:13 270:9 272:10
**youtube** 110:20

**z**

**zero** 168:23
**zoho** 278:2 279:2,3
**zoom** 11:20 15:15
**zuckerberg** 8:5 186:7 191:12,15 192:3,17 194:16 197:11 198:9 258:3,22 259:3 261:7 263:13
**zuckerberg's** 195:17 196:3,15

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.