# Exhibit 64-B

# Redacted Version of Document Sought to be Sealed

**Amy Lee**
**August 18, 2022 CA MDL Deposition**

Time spent preparing: 11-12 hours

## Discussion notes

**8.17.22 Sherrie Donecker**
- Salesforce

**8.17.22 Tejas Varma - Sales Ops**
- Nexus (Visualization tool) / Revenue data feed (RDF) (legal recognized revenue) - data warehouse we used to use

**8.16.22 Sean Gahagan**


**8.16.22 Chad Heaton - Finance**
- FB Platform -
  - Canvas apps
  - Social graph -> apps like Yelp
  - We were exploring ideas of how can we unlock more value in latter area
  - Ultimately platform vision ('make apps more social' w open graph) didn't materialize
  - How would we think about the rev opportunities?
    - High level swag - TAM, if adding value - 1%? Hypothetical. Also bottoms up estimates

**8.16.22 Haim Simon - DS Manager, Viewpoints**
- Made the table with the viewpoints payments information
- Wallet points are accrued for task completed. 1000 points = $5, they can redeem reward in 1000 points increments
- Nov 2019 launch through present

**8.16.22 Gal Cerf - EM - Onavo**
- Insights into what users are doing on their mobile devices
- **Onavo** context
  - Was a startup FB acquired (2013) - 8 years ago
    - Before acq, collaboration to leverage the data

- ○ Build applications (ios android) that provided a vpn service. Insight into which apps people were using -> onavo insights product - app usage insights
  - ○ Onavo was free app - value exchange was we provide vpn and they provide usage
- **FB research app**  -
  - ○ understand usage inside apps; eg usage of app and inside app by population, then extrapolate to a population
  - ○ Applause, Centercode were vendors we used - they recruited users to use the app
  - ○ Used similar VPN technology to onavo
  - ○ FB research & onavo shut down - ~3-4 years ago

**8.10.22 - 12-12:30pm**
**Ianiv Eisenscher - Viewpoints**
- Viewpoints product overview
  - ○ Strictly for internal use and policy that we will not sell this data; or share unless explicitly stated (e.g. covid, climate studies done in partnership with external research – not for monetization)
  - ○ Off platform research tool - used for 3 primary purposes
    - 1. User research - surveys
    - 2. Understand preferences by asking them to complete tasks
    - 3. Understand usage of apps
  - ○ iOS & Android tool - 20 countries
  - ○ Different teams use viewpoints to recruit users (via ads, mailers, other recruitment methods) - to better understand research questions
  - ○ 2.5mm registered users globally
  - ○ 50-250k active users
  - ○ Examples of programs:
    - Surveys - all diff topics - e.g. covid info awareness, how would this impact vax rates
    - Surveys to understand user preferences - how do they use our product, which ad do they prefer, product recommendations
    - Voice pronunciations - improve performance/experience for different populations
    - Facebook Study program (understand app usage): recruit Android users -- how long do they spend on different apps - e.g. chat, watching videos
      - Actively used by our product strategy & product research teams

- Payment model
  - ○ Based on participation, not data sent
  - ○ When building a survey, try to estimate how long it will take to complete the survey (**time based)**
    - **Once launched, everyone in the same country gets paid the same for completing the task.** We dont change anything on individual basis

- - ■ Users get paid as long as they complete the program/task- doesnt matter the time they take to complete, or quality of response
  - ○ Rough approach to payment levels:
    - ■ In developed countries - start at ███████████ developing, ████████████
    - ■ Start out at this base point; if there's a problem with participation then might adjust/experiment
    - ■ Users accumulate points that can be paid out via paypal or giftcard in increments of ███████████

### 8.10.22 Andrew Grimes - Finance

- Manager - Finance team
- To get the data - query database in hive
- DB contains all invoices (paid/unpaid)
- Data comes from oracle then goes to hive where we can query
- If we have list of supplier IDs then can select invoice data assoc with supplier IDs
- Limitations wrt data?
  - ○ Time/retention - go back to 2010 for these suppliers.
  - ○ Sometimes we migrate systems but migrate the old data to the new system
- Process for entering a PO into the system then getting it into hive…
  - ○ Lots of funnels to get an invoice in. smart invoicing is the system that helps consolidate into oracle.
- Field definitions:
  - ○ Invoice description, Invoice line description - whats on the invoice itself from the supplier
  - ○ Organization code,  region - these are Meta legal entities
  - ○ Invoice date - what supplier puts on their invoice
  - ○ Payment date, payment status flag - we do payments on certain dates
- OCR - Optical character recognition - computer program that reads the invoice puts data in system. If emailed invoice - OCR will scan attachment and pull it into the system
- Supp-connect - supplier portal that we have - suppliers can go in to view POs, payment info
- Vendor site - oracle assigns this and we can look up site information
- Quick-po - internal system code to help match system invoice with a PO
- Line-source
- Item description - whatever is on the invoice line item
- Period - month of the invoice
- Po-id - system invoice to join to other internal systems
- Assets addition (infrastructure)

### Josh Singshinsuk 8.10.22 - Data analyst - ads revenue accounting

- (1) app developers **(-3630)** - impacted by ADI (App Developer Investigation) post CA (<u>2018</u>) - these are apps whose platform access was limited or revoked in this process
  - List of devs > identify associated advertisers - look up the ad rev
- (2) apps **(-3631)** > app IDs > see if assoc advs / business ID >  pull associated █ █ ███████████████████  to get legal revenue - this was the only table going furthest back (~2013) that could be queried right away
- (3) (a) Developers that were whitelisted for capabilities that for a period of time after deprecation of graph API v1 (in May <u>2015</u>) to extend api access to endpoints related to a persons friends ~ 62 entities **(-3628)**
  - Fuzzy search ████████████ binary feedback if this is right entity or not
  - List of entities - came from other legal responses
  - (b) also a list of apps that were whitelisted **(-3629)**

**8.10.22 Tony Zhang DE PC deprecation**
- Difficulty of analysis: have never done this scale of PC deprecation before. Also, it's a deprecation so we can't do experimentation
- We ended up deprecating PCs in europe first before other regions - allowed us to test our methodology, then later applied to global scale
- Synthetic holdout - statistically we believe still powerful enough to do revenue forecast
  - We assume that users who've never used PCs will not be impacted by PC deprecation
- Looked at spend at different deprecation milestones between cohort that used PCs vs cohort did not
- Model turned out to be a powerful predictor of actual revenue trends
- Did the analysis of cohort PC and non PC cohort - first for EU deprecation, then for ROW deprecation. In each, found no stat sig difference between spend

ADVANCE-META-00004127