GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
　osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Rosemarie T. Ring (SBN 220769)
　rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
　klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
　mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
　dstein@gibsondunn.com
Heather Richardson
　hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
　jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S NOTICE OF FILING OF UNREDACTED DOCUMENTS** |

Per the Court's December 6, 2022 Order (Dkt. 1082), Defendant Facebook, Inc. ("Facebook") hereby files unredacted versions of the documents listed below that were first filed under seal by the Plaintiffs as part of an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, and which Facebook did not subsequently seek to seal permanently.

- Loeser and Weaver Declaration ISO Plaintiffs' Motion for Sanctions;
- Plaintiffs' Exhibits 2–15, 20–22, 24, 28–30, 35–50, 52–54, 56–59, and 62;
- Loeser and Weaver Declaration ISO Plaintiffs' Reply ISO Motion for Sanctions;
- Plaintiffs' Reply Exhibits 71–73.
- Laufenberg and Melamed Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions;
- Ko Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions;
- Plaintiffs' Supplemental Exhibits 89, 100–01, 107–08, 110–11, 113, 116, 118, 120, 126–28, 136 or 138;
- Special Master's Amended Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions, and Exhibits A, B, D, and E thereto;
- Special Master's Order on Plaintiffs' Motion for Permission to Serve 30(b)(6) Notice on Facebook Regarding FTC Complaints and Consent Orders, and exhibits A–D thereto;
- Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups, and Exhibits C, D, E, F, H, and I thereto.

Dated:  December 12, 2022  **GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Deborah Stein
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
Heather Richardson
Hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Russell H. Falconer (*pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*