```
                                          Pages 1 - 31

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

 BEFORE THE HONORABLE JACQUELINE SCOTT CORLEY, MAGISTRATE JUDGE

IN RE: FACEBOOK, INC. CONSUMER      )
PRIVACY USER PROFILE LITIGATION.    )  NO. 18-MD-2843 VC (JSC)
                                       San Francisco, California
                                       Thursday, March 4, 2021
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:   (By Zoom Videoconference)

For Plaintiffs:
>              BLEICHMAR FONTI & AULD LLP
>              555 12th Street
>              Suite 1600
>              Oakland, California  94607
>        **BY: LESLEY E. WEAVER, ESQ.**
>             **ANNE K. DAVIS, ESQ.**
>             **MATTHEW MONTGOMERY, ESQ.**
>
>              KELLER RORHBACK, LLP
>              1201 Third Avenue
>              Suite 3200
>              Seattle, Washington  98101
>        **BY: DEREK W. LOESER, ESQ.**
>             **DAVID J. KO, ESQ.**
>             **CARI C. LAUFENBERG, ESQ.**
>
>              ROBBINS GELLER RUDMAN & DOWD LLP
>              One Montgomery Street
>              Suite 1800
>              San Francisco, California  94104
>        **BY: MATTHEW S. MELAMED, ESQ.**
>
>              KELLER RORHBACK, LLP
>              801 Garden Street
>              Santa Barbara, California  93101
>        **BY: CHRISTOPHER L. SPRINGER, ESQ.**

Reported By:   **BELLE BALL, CSR 8785, CRR, RDR**
               Official Reporter, U.S. District Court

   (Appearances continued, next page)

1  General. And if you want, I can submit what they sent to me in
2  writing to the Court.
3        **THE COURT:** We're not going to do that. So let me
4  just cut to the chase.
5      This is what you guys need to do. You have two choices
6  here. One, you can hire a discovery mediator, a neutral who
7  will help you guys work out these things. Like, not a special
8  master, which we shouldn't even call them that. Special person
9  (Indicating quotation marks). A discovery mediator, right?
10 Who you can go to with your laments and complaints, and maybe
11 this is -- and who will help you work it through. Because I
12 don't have the time to do it.
13     Or, your final meet-and-confers on -- everything is just
14 going to have to be presented to me by letter brief, and your
15 final meet-and-confers are going to have to be recorded with a
16 transcript, and I'll have the transcript. So then I know what
17 people have actually said and offered.
18     I much prefer the former. I think it's more efficient. I
19 think it's helpful. I've seen it work in cases. Because a lot
20 of it is just helping you sort of negotiate these things,
21 right?
22     So you tell me this Ms. Weaver. What am I supposed to do
23 with all this? Right?
24        **MS. WEAVER:** Right. We hear you, Your Honor.
25        **THE COURT:** But if you had a neutral, not a