**Pages 1 - 9**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Magistrate Judge

IN RE FACEBOOK, INC., CONSUMER )
PRIVACY USER PROFILE           )
LITIGATION.                    )
                               )    **NO. 18-md-02843 VC (JSC)**
                               )
                               )

San Francisco, California
Tuesday, April 27, 2021

**TRANSCRIPT OF PROCEEDINGS BY ZOOM WEBINAR**

**APPEARANCES BY ZOOM WEBINAR:**

For Plaintiffs:
        KELLER ROHRBACK LLP
        1201 Third Avenue - Suite 3200
        Seattle, Washington  98101
  BY: **DEREK W. LOESER, ATTORNEY AT LAW**
      **CARI C. LAUFENBERG, ATTORNEY AT LAW**
      **DAVID J. KO, ATTORNEY AT LAW**

        KELLER ROHRBACK LLP
        801 Garden Street
        Santa Barbara, California  93101
  BY: **CHRISTOPHER L. SPRINGER, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
             Official Reporter

| | |
|---|---|
| 1 | **Tuesday - April 27, 2021**                                    **8:35 a.m.** |
| 2 | **P R O C E E D I N G S** |
| 3 | ---oOo--- |
| 4 | **THE CLERK:** Calling Civil action 3:18-md-2843, In Re |
| 5 | Facebook, Inc., Consumer Privacy User Profile Litigation. |
| 6 | And we don't need your appearances so you can start, |
| 7 | Judge. |
| 8 | **THE COURT:** All right. Good morning, everyone. Thank |
| 9 | you for your status update. I can safely say it's my favorite |
| 10 | status update of the case this far. |
| 11 | So, Judge Andler, you work I'm not going to say miracles, |
| 12 | but thank you for working so well with the parties. |
| 13 | **JUDGE ANDLER:** That's why I put the champagne up there |
| 14 | for you. |
| 15 | **THE COURT:** Oh, now I understand what you're doing. |
| 16 | So what would you like to update me on and how can I help |
| 17 | the parties continue to move the case forward? |
| 18 | **JUDGE ANDLER:** May I just introduce to you, because |
| 19 | you haven't met him yet, Mr. Daniel Garrie, who is appearing |
| 20 | for the first time. He is my colleague at JAMS and he is also |
| 21 | assisting in the mediation of these discovery disputes. I |
| 22 | think the attorneys will let you know he's been invaluable. |
| 23 | **THE COURT:** Yes. Thank you. Welcome, Mr. Garrie. |
| 24 | **MR. GARRIE:** Thank you for the honor and opportunity. |
| 25 | **THE COURT:** That's good. Somebody who knows what |