| | |
|---|---|
| **From:** | Snyder, Orin <OSnyder@gibsondunn.com> |
| **Sent:** | Tuesday, November 2, 2021 3:54 PM |
| **To:** | DGarrie@jamsadr.com |
| **Cc:** | Gail Andler (judgeandler@icloud.com); Stein, Deborah L.; Falconer, Russ; Mumm, Laura C.; Lesley Weaver; Anne Davis; Matt Melamed; Derek Loeser; David Ko; Cari Laufenberg; Chris Springer; Kutscher Clark, Martie |
| **Subject:** | In re Facebook:  ADI Hearing |

Mr. Garrie,

I hope you are well.

I'm reaching out about the ADI hearing. As my team explained, I am lead counsel in a jury trial that started yesterday. It is a $2 billion case for the founders of Tinder and is pending in New York state court. The case has been ongoing for three years. I thought, perhaps naively, that I would be able to participate in an ADI hearing on November 11 and appreciate your flexibility. Unfortunately, that date now conflicts with the trial—it will be in the middle of my cross-examination of the key witness in the case, and I will need to spend the entire day in active witness prep. I cannot responsibly take half of that day to prepare for and conduct an important hearing in this matter.

The judge in Tinder has told the parties that the trial should conclude before Thanksgiving, although it might bleed into the following week. Under the circumstances, I would respectfully request that the ADI hearing be scheduled for the first week of December.

As you know, I have been lead counsel in this case since inception. My client, understandably, wants me to handle the ADI hearing given the importance of the matters at issue. I'm hoping that in the grand scheme of this case, deferring the hearing a few weeks will be acceptable so that I can satisfy my professional obligations without undue inference with the best interests of my clients.

I thank you for your kind consideration.

Orin

**Orin Snyder**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2400 • Fax +1 212.351.6335
OSnyder@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to

you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.