SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| SEAN RAD,<br>Plaintiff/Counterclaim-Defendant,<br>- and -<br>PAUL CAFARDO, GARETH JOHNSON, ALEXA MATEEN, JUSTIN MATEEN, and RYAN OGLE,<br>Plaintiffs,<br>- against -<br>IAC/INTERACTIVECORP, MATCH GROUP, INC., and MATCH GROUP, LLC,<br>Defendants/Counterclaim-Plaintiffs. | Index No. 654038/2018<br>IAS Part 3<br>Hon. Joel M. Cohen |
| MATCH GROUP, INC., MATCH GROUP, LLC and IAC/INTERACTIVECORP,<br>Plaintiffs,<br>- against -<br>SEAN RAD,<br>Defendant. | Index No. 650287/2019<br>IAS Part 3<br>Hon. Joel M. Cohen |

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the case schedule set forth in the parties' February 11, 2020 stipulation (Dkt. 634) is amended and supplemented as follows:

a. Fact deposition cutoff: March 15, 2021

b. Fact discovery cutoff: March 15, 2021

c. Parties identify experts and subject matter of each expert's testimony: March 23, 2021

d. Plaintiffs' litigation funding brief due: March 30, 2021

e. Expert reports due: April 1, 2021

f. Defendants' litigation funding brief due: April 13, 2021

g. Rebuttal expert reports due: May 4, 2021

h. Expert discovery cutoff: June 4, 2021

i. Discovery cutoff: June 4, 2021

j. Note of issue due: June 9, 2021

k. Summary judgment motions due: July 9, 2021

l. Response to summary judgment motions due: August 9, 2021

m. Replies to summary judgment motions due: August 24, 2021

n. Jury selection: November 1, 2021

o. Trial: November 8, 2021

Dated: New York, New York
February 24, 2021

GIBSON, DUNN & CRUTCHER LLP

By: ______________________
Orin Snyder
Matthew Benjamin
Laura O'Boyle
Laura Raposo
Connor Sullivan
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com
LOBoyle@gibsondunn.com
LRaposo@gibsondunn.com
CSSullivan@gibsondunn.com

Greta Williams (admitted *pro hac vice*)
1050 Connecticut Ave. NW
Washington, D.C. 20036
Telephone: (202) 955-8500
GBWilliams@gibsondunn.com

*Attorneys for Sean Rad, Paul Cafardo, Gareth Johnson, Alexa Mateen, Justin Mateen, and Ryan Ogle*

WACHTELL, LIPTON, ROSEN & KATZ

By: ______________________
Marc Wolinsky
Stephen R. DiPrima
Carrie M. Reilly
Nathaniel D. Cullerton
Shaun Werbelow
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
MWolinsky@wlrk.com
SRDiprima@wlrk.com
CMReilly@wlrk.com
NDCullerton@wlrk.com
SEWerbelow@wlrk.com

*Attorneys for IAC/InterActiveCorp, Match Group, Inc., and Match Group, LLC*

ENTER:

Dated: 3/10/21

______________________
Justice Joel M. Cohen