## ADI Date and Time

In re: Facebook, Inc. Consumer Privacy User Profile Litigation (Special Master)
REF #1200058674

Participants: Chris Springer, Derek Loeser, Sarah Skaggs, Cari Laufenberg, David Ko, Benjamin Gould, Alexander Swanson, Laura Mumm, Martie Kutscher, Elizabeth Sainte, Treeva Wesley, Russ Falconer, Colin Davis, Joshua Samra, Matthew Montgomery, Matthew Melamed, ANNE DAVIS, Anne Lieu, Daniel Garrie, Jams Jams



**Daniel Garrie**
11/10/2021 8:37 PM

Counsel Snyder,

The Special Master will grant one final extension for the ADI hearing. In light of my calendar, oral argument will be held on 12/4/2021, starting at 9 am PST. I also require a Court reporter for the hearing. No further extensions are contemplated.

I strongly encourage Facebook to provide Plaintiffs with a written description of the materials they believe are required by the ADI Order by the end of tomorrow. I also strongly encourage you to either produce the memoranda identified by Plaintiffs in their October 22nd memorandum or inform Plaintiffs in writing the reason for not providing these materials by Friday afternoon at the latest.

Special Master Daniel Garrie

Message

Cancel    **SEND MESSAGE**