Page 1

1
2    \*\* C O N F I D E N T I A L \*\*
3    UNITED STATES DISTRICT COURT
4    NORTHERN DISTRICT OF CALIFORNIA
5    MDL No. 2843
6    Case No. 18-md-02843-VC
7    ------------------------------------x
8    IN RE: FACEBOOK, INC. CONSUMER
9    PRIVACY USER PROFILE LITIGATION
10   ------------------------------------x
11   This document relates to:
     ALL ACTIONS
12
     ------------------------------------x
13              December 20, 2021
                5:04 p.m.
14
15
16       Videotaped Deposition of TYLER KING,
17   taken by Defendant, pursuant to Notice,
18   held via Zoom videoconference, before Todd
19   DeSimone, a Registered Professional
20   Reporter and Notary Public of the States of
21   New York and New Jersey.
22
23
24
25

Page 134

1  T. KING - CONFIDENTIAL
2  objections to this interrogatory?
3  MS. WEAVER: I object to that,
4  to the extent that calls for a legal
5  conclusion.
6  A. I see where it says "Plaintiff
7  objects."
8  Q. Okay. Let's turn to page 15.
9  A. Okay.
10 Q. Will you just review starting
11 with "Subject to and without these
12 objections" and then the rest of the
13 response. I would like you to just take a
14 minute or two to review that.
15 A. You are referring to the
16 paragraph where it starts "Subject to and
17 without waiving these objections"?
18 Q. Yes.
19 A. Okay.
20 (Witness perusing document.)
21 A. Okay.
22 Q. Does your answer to
23 Interrogatory No. 20 completely describe
24 the harm and damages you claim to have
25 suffered from Facebook's alleged wrongdoing

```
                                              Page 135
 1            T. KING - CONFIDENTIAL
 2    in this case?
 3              MS. WEAVER:  Objection, form.
 4         A.     It describes harms that
 5    Facebook -- that I endured because of
 6    Facebook's actions.  I don't think I'll
 7    ever know all of the ways that Facebook
 8    harmed its users because Facebook has not
 9    made information available to me from the
10    profile that it has kept on me, the
11    information and data that it kept on me and
12    that it disseminated to whitelisted third
13    parties, among others.  I don't know.  I
14    would like to see that transparency so that
15    I would have a fuller picture of what
16    information they took and what harm was
17    done.
18         Q.     Does this response to this
19    interrogatory number completely list all of
20    the harm that you know that you have
21    suffered as a result of Facebook's alleged
22    wrongdoing in this case?
23              MS. WEAVER:  Objection, form.
24         Q.     I think you will have to repeat
25    your answer.  I didn't quite catch it.
```