CONFIDENTIAL

Page 1

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
2  SAN FRANCISCO DIVISION
3  - - - - - - - - - - - - - - - - - -x
4  IN RE: FACEBOOK, INC. CONSUMER          Case No.
   PRIVACY USER PROFILE LITIGATION,        3:18-MD-02843-VC
5
   - - - - - - - - - - - - - - - - - -x
6
7
8           *** CONFIDENTIAL ***
9
10
11         Remote, videotaped deposition of ANTHONY BELL,
12  taken pursuant to Notice, was held via videoconference,
13  commencing March 8, 2022, at 9:08 a.m. ET, on the above
14  date, before Amanda McCredo, a Court Reporter and Notary
15  Public in the State of New York.
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 6

1    But just for the -- for the record and for
2    purposes of getting through today, obviously you
3    understand that your testimony is being recorded,
4    right?
5        A    Yes.
6        Q    And given this weird Zoom format that we
7    have here, it's very important that you answer
8    audibly using words rather than nodding your head or
9    shaking your head so that we have a clear transcript
10   of what was said on the record.
11            Make sense?
12       A    Yes.
13       Q    Okay.
14            And please make sure that you let me finish
15   my question before answering and I'll make sure that
16   I let you answer the question before I ask the next
17   one.
18            Okay?
19       A    Yes.
20       Q    All right.  And if you don't understand my
21   question, just let me know, and I can either repeat
22   it or I can rephrase it.  But if you don't ask me to
23   rephrase or repeat the question, I'm going to assume
24   you understood it.
25            Okay?

CONFIDENTIAL

Page 7

1    A    Yes.
2    Q    If you need -- as Mr. Garrie said, if you
3  need a break, just let me know.  This isn't an
4  endurance test.  I'll just ask that you answer the
5  question that's pending before we take the break.
6         Okay?
7    A    Yes, okay.
8    Q    And given that we're all sitting in
9  different rooms and you've got a computer, you know,
10 3 feet from your face, it's very important that you
11 not engage in any communications during the course
12 of this deposition.  It's important that we just
13 have a back and forth between each other without the
14 interference of outside communication.
15        Does that make sense?
16   A    Yes.
17   Q    All right.
18        Anything -- any reason why you can't give
19 truthful testimony today?  Are you on any sort of
20 medication or have any other condition that would --
21 may interfere with your truth-telling ability?
22   A    No.
23   Q    And you understand that you're under oath,
24 right?
25   A    Yes.