1

2      UNITED STATES DISTRICT COURT

3      NORTHERN DISTRICT OF CALIFORNIA

4      ------------------------------------x

5      IN RE: FACEBOOK, INC. CONSUMER

        PRIVACY USER PROFILE LITIGATION

6      ------------------------------------x

        This document relates to:

7      ALL ACTIONS.

        ------------------------------------x

8

                              March 4, 2022

9                             12:03 p.m.

10

                        HIGHLY CONFIDENTIAL

11              PURSUANT TO PROTECTIVE ORDER

12

            Remote Video Zoom Deposition of JORDAN O'HARA,

13      taken by Plaintiff, pursuant to Notice, with the

        Witness located in San Diego, California, before

14      William Visconti, a Shorthand Reporter and Notary

        Public within and for the State of New York.

15

16

17

18

19

20

21

22

23

24

25

```
                                                   Page 19

 1              JORDON O'HARA - HIGHLY CONFIDENTIAL
 2        you're suing Facebook is that Facebook used
 3        your data without your consent; is that
 4        correct?
 5              A.     Yes.
 6              Q.     What is your basis for believing
 7        that Facebook used your data without your
 8        consent?
 9                   MS. ORAELAS:   I want to caution the
10                   witness to the extent that you can respond
11                   to that question without divulging anything
12                   that you discussed with counsel, you can go
13                   ahead and respond.  But if responding would
14                   require you to divulge anything discussed
15                   with counsel, I will instruct you not to
16                   answer.
17              A.     Colin -- Mr. Davis, do you mind
18        repeating your question, please?
19              Q.     Yes.
20                   MR. DAVIS:   For the record, we
21                   don't necessarily have to stand on
22                   formality.  If you want to refer to me as
23                   Colin that is okay.
24              Q.     The question was, Mr. O'Hara, what
25        is your basis for believing that Facebook used
```

```
                                             Page 20

 1              JORDON O'HARA - HIGHLY CONFIDENTIAL
 2         your data without your consent.
 3                 A.      From my understanding I have
 4         certain privacy settings that you can toggle on
 5         Facebook.  When I have a setting set to like
 6         friends only and the information is from my
 7         understanding it is just being shared with my
 8         friends.  I'm now have learned that Facebook
 9         was actually taking a lot of that data and
10         sharing it with people beyond my friend group
11         for the expressed purpose of advertising as
12         well as who knows what else they were doing
13         with that data.  But it wasn't just data that I
14         chose to share with my friends.
15                 Q.      Mr. O'Hara, how did you learn
16         that Facebook was taking your data and sharing
17         it with people beyond your friend group?
18                     MS. ORAELAS:   Same objection as
19                 before.  Jordan, if you can respond to that
20                 question without divulging anything
21                 discussed with counsel, you can go ahead
22                 and respond.
23                 A.      Okay, well, largely the main
24         reasons, without divulging any conversations,
25         there was a lot of stuff that came out in the
```