Page 1

1
2     UNITED STATES DISTRICT COURT
3     NORTHERN DISTRICT OF CALIFORNIA
4     --------------------------------------x
5     IN RE: FACEBOOK, INC. CONSUMER
      PRIVACY USER PROFILE LITIGATION
6     --------------------------------------x
      This document relates to:
7     ALL ACTIONS.
      --------------------------------------x
8
                               December 10, 2021
9                              12:08 p.m.
10
                   CONFIDENTIAL
11          PURSUANT TO PROTECTIVE ORDER
12
            Remote Video Zoom Deposition of CHERYL
13    SENKO, taken by Plaintiff, pursuant to Notice,
      with the Witness located in Parma, Ohio, before
14    William Visconti, a Shorthand Reporter and
      Notary Public within and for the State of New
15    York.
16
17
18
19
20
21
22
23
24
25

|  | Page 17 |
|---|---|

1      CHERYL SENKO - CONFIDENTIAL
2   Facebook platform.  I believe they violated my
3   privacy when they share my personal data with
4   Cambridge Analytical, a third-party app who did
5   I don't know what they did with it.  I believe
6   they violated my peace because I was harassed
7   during the 2016 election by things that came in
8   my news feed and bullied.  I believe that they
9   caused me potential financial harm because they
10  put me at risk for identity theft and other
11  harms that way and I don't know how else they
12  have harmed me because they haven't told us
13  yet.
14          Q.    Miss Senko, do you have any notes
15  or other material with you today either on your
16  computer or otherwise?
17          A.    I do not.
18          Q.    You're not reading from anything?
19          A.    I'm not.
20          Q.    You say that you believe Facebook
21  violated you privacy by sharing your
22  information off of the Facebook platform.  What
23  do you believe they shared?
24          A.    I don't know, because they haven't
25  told me.  But I'm guessing it was political

Page 18

1  CHERYL SENKO - CONFIDENTIAL
2  beliefs, religious beliefs, contact
3  information.  I don't know what else.
4      Q.  So you just think they did that?
5      A.  Yes.  Well they told me they did
6  when they told me about the Cambridge Analytica
7  breach.
8      Q.  What did they --
9      A.  Sorry, I didn't mean to overtalk.
10     Q.  Do you believe that Facebook told
11 you that Facebook violated your privacy?
12     A.  They told me I was part of the
13 Cambridge Analytica data sharing.  They
14 violated my privacy.
15     Q.  That Cambridge Analytica violated
16 your privacy?
17     A.  They both did.  Cambridge
18 Analytica paid, what was it, $100 million to
19 Facebook for the privilege of violating my
20 privacy and who knows how many others, so they
21 both did.
22     Q.  When you're referring to Cambridge
23 Analytica, what do you understand Cambridge
24 Analytica to be?
25     A.  Are they a political consultant