**Pages 1 - 18**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

```
                                  )
                                  )
IN RE:  FACEBOOK, INC.            )   NO. 18-MD-02843 VC
        CONSUMER PRIVACY USER     )
        PROFILE LITIGATION.       )
                                  )
_____  )
```

San Francisco, California
Friday, September 4, 2020

**TRANSCRIPT OF REMOTE VIDEO PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
        KELLER ROHRBACK LLP
        1201 Third Avenue - Suite 3200
        Seattle, Washington 98101
  BY: **DEREK LOESER, ESQ.**
      **CARI LAUFENBERG, ESQ.**
      **DAVID KO, ESQ.**

        KELLER ROHRBACK LLP
        555 12th Street - Suite 1600
        Oakland, California 94607
  BY: **LESLEY WEAVER, ESQ.**
      **ANGELICA ORNELAS, ESQ.**
      **ANNE K. DAVIS, ESQ.**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:  Ruth Levine Ekhaus, RDR, FCRR
              Official Reporter, CSR No. 12219

```
 1   response to, well, you're asking us 75 --
 2             THE COURT:  I agree.  So they might not be able to
 3   come up with 75.  Right and if within their 75 there is
 4   something that's stupid, then don't answer it; bring it to my
 5   attention.  And that's not going to look good for them.  So
 6   that's all I'm -- that's all I'm saying.
 7        I mean, I actually don't like doing limits at all because
 8   I think it really should just depend on this is an effective
 9   way to get this information that is needed.  I'm just trying to
10   get past this impasse that the parties seem to have and so
11   that's all.
12        So, you know, they are not going to do it.  If they ask a
13   question that's burdensome -- but they are named plaintiffs,
14   you know --
15             MR. LOESER:  Right.  Absolutely right. And I hope
16   that my measure of what is stupid and yours end up being the
17   same and not Facebook.  Because, frankly, it's -- you know,
18   it's 1,700 or something interrogatories we've used.
19             THE COURT:  No.  I wouldn't look at it that way.  If
20   you don't want to answer all of them, then have fewer named
21   plaintiffs then.  You have done your investigation.  You're
22   never going to move for class cert with 23 anyway.  Right?  I
23   mean, that's going to be unreasonable for Judge Chhabria.  So
24   maybe pick your five or whatever it's going to be now, and then
25   you don't have to answer it.
```