# Exhibit 73

# Filed Under Seal

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Rosemarie T. Ring
Direct: +1 415.393.8247
Fax: +1 415.801.7358
RRing@gibsondunn.com

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

April 11, 2022

<u>VIA JAMS ACCESS</u>

Special Master Daniel B. Garrie
DGarrie@jamsadr.com

Re:     *In re Facebook Consumer Privacy User Profile Litigation*, JAMS Ref No.
         1200058674

Dear Special Master Garrie,

         Pursuant to Order Following March 9, 2022 Hearing Regarding Plaintiffs' Motion To
Compel Production of Plaintiff Data dated March 22, 2022, we submit this response on
behalf of Facebook.  We also thank the Special Master for granting an extension of our time
to respond due to a medical condition on our team, as well as Plaintiffs for agreeing to our
request for an extension.

## **Hive**

1.      How does ad impression and ad click data for Facebook users get into Hive?

**Answer**:  Ad impression and ad click data are received by Facebook servers through a HTTP
web request from a user's web browser or the Facebook app installed on the user's device.

2.      What tables store ad impression and ad click data for Facebook users?

**Answer**:  The following Hive tables store ad impression and ad click data:

●       ad_imps_annotated

●       ad_clks_annotated

**GIBSON DUNN**

Special Master Daniel B. Garrie
April 11, 2022
Page 2

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

3.      What data pipelines  are used to analyze ad impressions and ad click data for
Facebook users?  Where is the final output of these data pipelines stored (e.g. Hive table
names, TAO, etc.)?

**Answer**:  Based on a reasonable investigation, we attach as **Exhibit A** a list of data pipelines
used to analyze ad impression and ad click data for which we believe output in stored in
Hive.

4.      Identify a list of Hive tables containing columns that store a UID, RID, SID, ASID,
or other means of identifying a Facebook user. The list is to include tables that were active
during the relevant time period.

**Answer**:  Based on a reasonable investigation, we attach as **Exhibit B** a list of Hive tables
that store user identifiers with data as it enters Hive.  These tables were identified using tools
that probabilistically identified them as containing user identifiers.  The list does not include:
(1) temporary, test, and error tables; (2) tables used to evaluate system performance; (3)
tables that contain no data; (4) tables related to other Meta products (e.g., Oculus, Instagram,
and WhatsApp); (5) tables used for infrastructure, operations, and product testing; and (6)
tables believed to contain data that is either duplicative or transformed.

5.      What is the estimated time and cost to produce data for the Named Plaintiffs from
Hive?

**Answer**:  Meta estimates that it would take approximately 62 billion CPU seconds or around
720,000 CPU days of computational cost to search across the entire Hive Data Warehouse
and extract all the data about a single user.

**<u>Ads Interests</u>**

1.      How does Facebook determine ads interests for a user based on what the user views
(i.e. are ad interests based on what the user views on Facebook or other Internet activity)?

**Answer**:  Ads interests are derived from two types of on-platform activity: (1) page
interactions and (2) ad interactions.  Page interactions include the following types of
engagement: like, share, follow, comment, RSVP, comment, claim, answer, other action, link
click, photo view click, video play click, video CTA click, other click.  Ad interactions are
ad clicks.

# GIBSON DUNN

Special Master Daniel B. Garrie
April 11, 2022
Page 3

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

2.      Does Facebook track user activity across the Internet using cookies?  If so, what cookies does Facebook use?  Provide a statement explaining the use of cookies in tracking user activity on and off the Facebook platform to create behavioral data about users.  Provide documentation on the use of fbp, fbc, and DATR cookies.  Explain whether the scope of tracking user activity includes on or off platform activity, or both.

**Answer**:  Facebook does not track user activity across the internet.  Facebook receives data about a user's off-platform activity from advertisers who choose to integrate Facebook Business Tools, such as Facebook Pixel, which in turn rely on web technologies like cookies.

Facebook uses browser and user cookies (on and off-platform).

*Browser cookies* used to identify the browser:

- DATR: The DATR cookie identifies a web browser and is generally used for safety and security purposes.

- _fbp: The _fbp cookie is set on the third party domain only if the advertiser/publisher has installed the Facebook Pixel business tool and opted into the use of these cookies. The cookie has a browser identifier, and the epoch time when the cookie was created. For documentation on the _fbp and _fbc cookies, please see https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/fbp-and-fbc/

- fr: The fr cookie is used for advertising purposes

*User cookies* used to identify a Facebook user:

- _fbc: The _fbc cookie is a cookie set on the third party domain only if the advertiser/publisher has installed the Facebook Pixel business tool. It is only set if the click originated from the Facebook services (e.g., when clicking on an ad on Facebook news feed). The _fbc cookie contains an encrypted user id.

- xs/c_user: The xs/c_user cookies are used to identify if a user is logged into the Facebook platform.

**GIBSON DUNN**

Special Master Daniel B. Garrie
April 11, 2022
Page 4

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

3.      How are ads interests associated with a particular user?  Where is ads interests data for individual users stored?  Facebook is to describe whether ad interests data can be associated with a specific user via UID, RID, SID, ASID, or other means and whether it is included in the DYI file.

**Answer**: Ads interests are associated with a particular user via UID.  Ads interests data for individual users are stored in a Hive table called adm_user_interest_v4_prod.  They are also available in DYI and Ads Settings.

4.      What is the estimated time and cost to produce ad interests data for the Named Plaintiffs?

**Answer**:  Ads interests for the Named Plaintiffs are in the DYI file.


### Contracts

1.      Is the data referenced in the contracts with Netflix, Microsoft, and/or YouTube that Facebook provided to Special Master Garrie for *in camera* review in connection with the Named Plaintiff Data hearings included in the DYI file?  If not, Facebook is to specify what data is not included and where such data stored.

**Answer**:  Based on a reasonable investigation to date, the list attached as **Exhibit C** identifies user data in the contracts submitted to Special Master Garrie for *in camera* review and (1) whether it is included in the DYI file, and (2) if it is not included in the DYI file, the most likely location of that data.  Upon further review of the contracts submitted, we note that many do not actually relate to user data, and many are a decade or more old and relate to products that were deprecated long ago.

**GIBSON DUNN**

Special Master Daniel B. Garrie
April 11, 2022
Page 5

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Sincerely,

Rosemarie T. Ring

# Exhibit A

Highly Confidential -
Attorneys' Eyes Only

**Exhibit A**

**Pipelines that contain 'ad_imps_annotated' and 'ad_clks_annotated'**

1.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/ad_delivery/content_understanding/recurrent_sampling/sampling_configs.py
2.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/ad_metrics/ads_personalization/user_engagement/systematic_feature_engineering/configs.py
3.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/ad_metrics/ads_personalization/user_engagement/systematic_feature_engineering/engagement_types/ad.py
4.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/ad_metrics/measurement/vce/hql_utils.py
5.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/ad_metrics/video_ads/partner_feeds/audience_network/hql_utils.py
6.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/ad_metrics/video_ads/partner_feeds/hql_utils.py
7.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/ico/core.py
8.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/vertical_lift_platform/core.py
9.  fbsource/fbcode/dataswarm-pipelines/dataswarm_commons/videos/video_de/fct_video_consumption_schema.py
10. fbsource/fbcode/dataswarm-pipelines/scripts/ad_metrics/order_id/backfill
11. fbsource/fbcode/dataswarm-pipelines/scripts/audience_network/downstream_data_dependencies.py
12. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/aa_differences/continuity_features_config.py
13. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/admarket/advent_organic_bid_value.py
14. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/ads_dynamism/creative_ranking/ad_creative_ranking_standard_training_data.py
15. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/ads_dynamism/pac_impression_data.py
16. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/ads_fairness_equity_outcomes/generate_simulation_input_realistic_auction.py
17. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/ads_profile/unattributed_pixel_ads_feature.py
18. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/ads_quality/c_oops_joint_sampling.py
19. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/ads_quality/fb_ads_imps_per_qrt.py
20. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/ads_quality/oops_joint_sampling.py
21. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/ads_quality/proxy_oops_reels.py
22. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/adstats/ad_stats_conf_daily.py
23. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/adstats/mpa_child_id_stats.py
24. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/auction_health/advertiser_impact_v2/advertiser_baseline_variance.py
25. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/bison/campaign_distributions.py
26. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/bison/country_ecpm.py
27. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/clarity_and_guidance/audience_saturation/user_account_impression_count_daily.py
28. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/clarity_and_guidance/fragmentation/bqrt_fragmentation_exp_table1.py
29. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/cold_start/qe_reach.py
30. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/creative_fatigue/dpa/stg_product_item_metrics.py
31. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/creative_understanding/cu_all_labels.py
32. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/deep_funnel_ranking/pco/pco_click_events.py
33. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/deep_funnel_ranking/pco/pco_data_collector_partial_attr_win_eligible_advs.py
34. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/deep_funnel_ranking/pco/pco_post_click_data_collector_full_attr_win.py
35. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/deep_funnel_ranking/pco/pco_post_click_data_collector_partial_attr_win.py
36. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/deep_funnel_ranking/pco/pco_training_data_collector.py
37. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/dim_all_ad_users/daau_daily_fct_load.py
38. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/dim_all_ad_users/daau_stg.py
39. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/dpa_ranking/dpa_ar_ads_training_data.py
40. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/experiments/generate_full_imp_table_attribution_7d_presto.py
41. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/fam_ds/att_quality_v2.py
42. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ad_load/aad_with_mitigation_users.py

Highly Confidential – Attorneys' Eyes Only

43. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_context/softmax_sampling_social_context_pipeline.py
44. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_context/user_celebrity_follows.py
45. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_description/lpp_desc_cvr_oc_data_gen.py
46. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_description/lpp_desc_cvr_oc_data_separate.py
47. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_description/lpp_desc_two_funnel_data_gen.py
48. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_description/lpp_desc_two_funnel_sample_data_gen.py
49. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_description/lpp_dynamic_rendering_qualified_ads_dictionary_generation.py
50. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_text_optimization/dco_text_asset_training_data_generation.py
51. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_text_optimization/gsf_feature_table.py
52. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/ads_text_optimization/text_body_norman_tokenizer.py
53. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/call_extension/cxt_ranking_model_training_pipeline_feed.py
54. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/call_extension/cxt_ranking_model_training_pipeline_v8_feed.py
55. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/call_extension/model_training_pipeline/cxt_ad_imps_annotated.py
56. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/carousel/dpa/carousel_card_number_prediction_training_data.py
57. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/carousel/dpa/data_processing_api.py
58. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/carousel/dpa/format_automation_training_pipeline.py
59. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/carousel/dpa/text_liquidity_text_overlay_training_pipeline.py
60. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/click_to_call/model_training_pipeline/ctc_ad_imps_annotated.py
61. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/click_to_call/model_training_pipeline/ctc_ad_imps_annotated_rev_correction.py
62. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/click_to_call/model_training_pipeline/ctc_ranking_model_training_pipeline_v7_marketplace_15s_purged.py
63. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/click_to_call/model_training_pipeline/ctc_ranking_model_training_pipeline_v7_pa_15s_purged_gap_filtered.py
64. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/click_to_call/model_training_pipeline/ctc_ranking_model_training_pipeline_v8_pa_15s_purged_gap_filtered.py
65. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/click_to_call/model_training_pipeline/ctc_ranking_model_training_pipeline_v8_pa_60s_purged_gap_filtered.py
66. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/dynamic_video_ads_looping/dynamic_video_looping_training_data_gen.py
67. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/features/user_history_aggregator.py
68. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/data_analysis/related_ads_ml_data_api.py
69. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/data_analysis/related_ads_ml_data_config.py
70. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/data_analysis/related_ads_qrt_metrics.py
71. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/emerging_surfaces/fra_config_fb_story.py
72. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/emerging_surfaces/fra_config_marketplace.py
73. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/emerging_surfaces/fra_config_more_page_types.py
74. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/emerging_surfaces/fra_config_video2ad.py
75. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/emerging_surfaces/fra_random_walk_marketplace_optimized_signal_input.py
76. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/fra_config.py
77. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/fra_method_random_walk_filter_ecpm.py
78. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/find_related_ads/related_ads_ml_features/feature_coverage.py
79. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/format_ads_bid_adjustment/lpp_adindexer_treatment_effects_analysis.py
80. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/gsf_watch_channel_non_engagement_feature.py
81. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/image_filtering/image_filtering_plus_conv_training_table_collection.py
82. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/image_filtering/image_filtering_training_table_collection.py
83. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/media_liquidity/eligible_adsets_large_scale_test.py
84. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/media_liquidity/media_liquidity_ad_media_equivalence_key_event_count_daily.py
85. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/primary_text_line_num/combined_lpp_primary_text_line_num_all_traffic_train_random.py
86. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/primary_text_line_num/primary_text_line_num_cvr_data_separate_selected.py
87. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads/user_prediction_aggregation.py

Highly Confidential – Attorneys' Eyes Only

88. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/ad_3_dot/user_3_dot_category_control_aggregation.py
89. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/ad_3_dot/user_ad_3_dot_smsl_pred_agg.py
90. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/afi/ad_afi_aggregation.py
91. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/afi/afi_lure.py
92. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/afi/user_afi_aggregation.py
93. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/afi/user_afi_category_control_aggregation_v2.py
94. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/afi/user_dwell_trig_eafi_aggregation.py
95. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/afi/user_ectr_eafi_aggregation.py
96. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/awr/asq_metric_tracking.py
97. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/awr/asq_metric_tracking_alter.py
98. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/awr/asq_metric_tracking_v2.py
99. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/awr/asq_metric_tracking_v2_ya_prod.py
100. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/awr/asq_metric_tracking_v2_ya_qrt.py
101. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/awr/asq_metric_tracking_v2_ya_viewprob.py
102. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/awr/cs5_metric_tracking.py
103. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/awr/cs5_metric_tracking_alter.py
104. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/es/user_pase_pred_aggregation.py
105. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/join_bounce_and_annotated_clicks_offline.py
106. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/signal/populate_feed_ads_engagement_events.py
107. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/signal/populate_feed_ads_non_engagement_signal.py
108. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/user_country_enfbr_aggregation.py
109. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/user_elwnf_aggregation.py
110. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/user_enfbr_aggregation_v2.py
111. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/feed_ads_quality/utc/utc_boost_aggregation.py
112. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/instagram_ads/ranking/build_ig_ad_creative_engagement_event.py
113. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/instream_ads/relevance/config.py
114. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/instream_ads/relevance/fra_config_more_page_types_instream.py
115. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/instream_ads/weekly_user_enfbr_aggregation.py
116. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/intent/regret_analysis/regret_process_attr_unattr_convs.py
117. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/intent/regret_analysis/regret_wait_for_operators.py
118. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/marketplace_ads/generate_request_level_dense_feature.py
119. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/marketplace_ads/generate_reverse_mapping_from_c2c_fpt_to_ad_mt.py
120. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/marketplace_ads/generate_sparse_entity_equivalence_key_from_ad_product_graph_learning.py
121. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/marketplace_ads/marketplace_ads_engagement.py
122. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/marketplace_ads/marketplace_user_doller_value.py
123. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/marketplace_ads/marketplace_user_engaged_ad_hash_ids.py
124. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/marketplace_ads/mp_mt_retrieval_opt.py
125. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/megataxon/megataxon_sampling/ads_off_topic_sampling.py
126. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/megataxon/megataxon_sampling/ads_sampling.py
127. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/model_system_optimization/adfinder_model_system_optimization_imps_qrt.py
128. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/model_system_optimization/joint_optimization_autotune/joint_optimization_adfinder_model_system_optimization_imps_qrt.py
129. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/neko/features/neko_onsite_click_app_ids.py
130. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/odax/backend_delivery_metrics_test.py
131. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/offline_evaluation/data_cooking/index_table.py
132. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/offline_evaluation/data_cooking/main_table.py

Highly Confidential – Attorneys' Eyes Only

133. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/offline_evaluation/page_type_auction_density_normalized.py
134. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/opt_out_users/legality_util.py
135. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/opt_out_users/tests/test_legality_util.py
136. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/pacing_quality_constraint/user_daily_ads_quality_externality.py
137. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/personalization/clubs/attributes/user_ads_daily.py
138. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/personalization/user_server_local_time_diff.py
139. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_ltae/ad_clks_1_day.py
140. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_ltae/ad_imps_annotated_user_agg_1_day.py
141. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_ltae/ad_imps_annotated_user_agg_1_day_shards/shard_001.py
142. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_ltae/ad_imps_annotated_user_agg_1_day_shards/shard_002.py
143. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_ltae/ad_imps_annotated_user_agg_1_day_shards/shard_003.py
144. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_ltae/ad_imps_annotated_user_agg_1_day_shards/shard_004.py
145. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_ltae/ad_imps_annotated_user_agg_1_day_shards/shard_005.py
146. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_ltae/stg_ltae_user_quality_label_by_source_params.py
147. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/quality_optimal_allocation/ads_quality_org_bid_req_level_info_imps.py
148. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/request_level_logging/ads_quality_request_level_information_with_imps.py
149. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/request_level_logging/end_to_end_ad_delivery.py
150. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/responsible_ai_in_ads/adcandidates_with_labels.py
151. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/rf/rf_user_impression_history.py
152. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/rf/user_page_type_display_format_long_term_history.py
153. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/services/service_book_now_ads_information.py
154. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/signal_resilience/aggregated_data/aem_features.py
155. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/signal_resilience/onsite_proxy_features/ad_pixel_mapping.py
156. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/social_network_features_daily/snf_daily_friends_linkclick_idscorelist_pageid.py
157. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/sparse_feature_clustering/update_user_entity_graph.py
158. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/sparse_feature_clustering/update_user_entity_graph_unstable_entities.py
159. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/targeting_ranking/hbc_freedom_pixel_in_out.py
160. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/up2x/pagetype_category_history_aggr.py
161. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/user_political_ads_prevalence.py
162. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/video_ads/personalization/gsf_thumbnail_content_feature.py
163. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/video_ads/personalization/gsf_thumbnail_cortex_feature.py
164. fbsource/fbcode/dataswarm-pipelines/tasks/ad_delivery/video_ads/personalization/gsf_thumbnail_option_group_feature.py
165. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/abp_ads_quality/c_oops/metric_per_qrt.py
166. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/abp_ads_quality/purchase_sentiment_experiments.py
167. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/abp_ads_quality/purchase_sentiment_prediction.py
168. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/abp_ds_eco/signal_loss_cpa/wc_cpa.py
169. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/abp_ds_eco/signal_loss_cpa/wc_cpa_revenue.py
170. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_breaks/viewer/instream_user_dap.py
171. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_breaks/viewer/user_impression_metrics.py
172. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_metrics/autoflow_defaulton_csbqrt_analysis.py
173. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_metrics/tingxu/autoflow_csbqrt_analysis_bundle3_signal_loss.py
174. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_quality/afi/afi_with_quality_prediction.py
175. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_quality/awr_tracking/cs5_awr_tracking_by_survey_type.py
176. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_quality/awr_tracking/cs5_awr_tracking_v2.py
177. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_quality/awr_tracking/es_cs5_metric_tracking.py

Highly Confidential – Attorneys' Eyes Only

178. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_quality/awr_tracking/prp_awr_tracking_v2.py
179. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_quality/emerging_surfaces/emerging_surfaces_active_users_v2.py
180. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ad_quality/oops/oops_metric.py
181. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adbreak_video_aspectratio_duration/adbreak_video_aspectratio_duration.py
182. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adfc/heuristic_engine/datatype_heuristics/job_data/manual_insert_root_fields_data.py
183. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admarket/admarket_daily_metrics_utils.py
184. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/ad_convs_annotated_v2/configs/data_loader_schema.py
185. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/ad_convs_annotated_v2/configs/loader_util.py
186. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/ad_convs_annotated_v2/configs/sql_config.py
187. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/ad_convs_annotated_v2/configs/utils.py
188. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/ad_convs_annotated_v2/generate_ad_convs_annotated_non_inline.py
189. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/adsCanonicalTables/data_loader_schema.py
190. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/adsCanonicalTables/imp_lifecycle_unsampled.py
191. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/adsCanonicalTables/loader_util.py
192. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/attribution_id_v2_log_qual_val_track_daily.py
193. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/ctc/ctc_data_pipeline.py
194. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/monetization_efficiency/daily_endpoint_revenue.py
195. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/admetrics/watch_instream_ad_gap.py
196. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adprefs/ad_topic_control.py
197. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adprefs/sensitive_topics_users.py
198. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adprefs/user_impressions.py
199. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adprefs/user_to_clicked_ad_pages_daily.py
200. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adreview/cloaking/high_cloaking_user_imp_accounts.py
201. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adreview/impressions.py
202. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adreview/political/ad_imps_annotated_for_sampling.py
203. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_bi/ads_solutions_master.py
204. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_bi/ads_solutions_segment.py
205. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_bi/dashboard_assets/da_travel_assets/etl_trip_prospecting_2017.py
206. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_core_datasets/ad_levels/staging/ad_estimated_conversions.py
207. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_core_datasets/admarket_daily_ad_sum.py
208. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_core_datasets/admarket_daily_metrics_staging_split/tables.py
209. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_core_datasets/fct_ads_monitoring/tables.py
210. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_core_datasets/stg_fast_fct_admarket_ad_stats.py
211. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_creative_metrics/fct_aco_ad_performance.py
212. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_delivery/imps_clks_conv_tmz.py
213. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_dynamism/unified_large_scale_test_analysis.py
214. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_dynamism/unified_large_scale_test_analysis_utils.py
215. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_ecosystem/demand_qrt_nov_2021.py
216. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_explainability/waist_latency_pipeline.py
217. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_explainability/waist_product_stats_pipeline.py
218. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_personalization/graph_learning_feature_framework/ugp_config.py
219. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_ranking/personalization/safe/downsample_ad_imps_annotated_ad_metrics.py
220. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_ranking/personalization/safe/downsample_ad_imps_annotated_ad_metrics_daily_signal.py
221. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_ranking/recurring_adtaxon_labels/recurring_adtaxon_labels.py
222. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_ranking/sparse_feature_clustering/update_ad_account_id_feature_map1.py

Highly Confidential – Attorneys' Eyes Only

223. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_solutions/commerce/shops/dst_auto_shop_ads_daily.py
224. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_solutions/commerce/shops/shops_ads_imps/shops_ads_imps_fast.py
225. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_solutions/commerce/shops/shops_ads_imps/stg_shops_ads_imps.py
226. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_solutions/common/macros.py
227. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_solutions/creative_solutions/showreel_creative_solutions/stg_showreel_user_imps.py
228. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_solutions/emerging_markets/whatsapp_metrics/whatsapp_ad_clks_datelist.py
229. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ads_solutions/emerging_markets/whatsapp_metrics/whatsapp_policy_verifications.py
230. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/adstudy/rogue_ads_v2.py
231. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/advertiser_experience/aa_variance_imp_agg.py
232. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/advertiser_experience/new_duplicates/aa_variance_imp_agg.py
233. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/advertiser_experience/new_duplicates/aa_variance_stage2_longitudinal.py
234. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/advertiser_value_score/imp_level_value_score_ch.py
235. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/advertiser_value_score/value_score_meta.py
236. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/aep/modeled_attribution/app/app_events_with_attribution_click.py
237. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/aep/modeled_attribution/app/const.py
238. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/aep/modeled_attribution/app/retrieval.py
239. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ama/ama_ct_roi_analysis.py
240. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/auction_ds/7dclicks_calib_logic.txt
241. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/auction_ds/fraud_ip_users/fraud_ip_monitor.py
242. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/auction_ds/hscroll/hscroll_imps.py
243. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/auction_ds/roi_curves/country_roi_curves.py
244. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/auction_ds/vt_calib_logic.txt
245. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/auction_ds/weekly_oc_data/weekly_country_data.py
246. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/audience_analysis/daily_ad_impressions_clicks.py
247. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/audience_network/ads_quality.py
248. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/audience_network/gff/ad_network_clicks_annotated_gff.py
249. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/audience_network/gff/ad_network_clicks_browser_metric_gff.py
250. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/audience_network/gff/ad_network_imps_annotated_gff.py
251. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/audience_network/insert_adnw_fb_instream_calypso_backfill_stg.py
252. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/basic_ads/basic_ads_clks_imps_with_ppf_policy.py
253. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/basic_ads/user_control_metric/basic_ads_user_control_user_imps.py
254. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_awareness/earl_brand_lift_monitoring/aggregate_earl_by_ad_id.py
255. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_awareness/internal_polling_ad_imps_annotated.py
256. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_awareness/internal_polling_campaign_results.py
257. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_awareness/internal_polling_experiment_campaign_metrics.py
258. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_awareness/internal_polling_holdout_opportunities.py
259. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_awareness/internal_polling_responses.py
260. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/content_understanding/brand_safety_cu_ad_breaks_mislabel_info.py
261. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/content_understanding/live_ads/live_ads_video_daily_aggregation.py
262. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/data_scientist/combined_metric_evaluation.py
263. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/dcs/dcs_ad_imps_annotated.py
264. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/dcs/dcs_ad_imps_leakage_detection.py
265. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/dcs/dcs_revenue_pipeline.py
266. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/instream_video/ad_delivery_reporting.py
267. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/instream_video/brand_safety_topic_exclusion_daily_sample.py

Highly Confidential – Attorneys' Eyes Only

268.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/measurement/advertiser_solutions/brand_safety_content_type_exclusion_delivery.py
269.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/measurement/advertiser_solutions/brand_safety_inventory_filtering_delivery.py
270.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/measurement/advertiser_solutions/brand_safety_publisher_allow_list.py
271.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/measurement/advertiser_solutions/brand_safety_rm_delivery.py
272.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/measurement/content_understanding/instream_video/instream_video_sampling.py
273.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/measurement/content_understanding/live_video/dim_live_ads_gaming_ratios.py
274.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/measurement/content_understanding/live_video/live_ads_video_measurement_daily_random_sampling.py
275.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/negative_keywords/nkw_leakage_detection.py
276.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/reach_estimator/brand_safety_instream_publisher_user_mapping.py
277.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/reach_estimator/brand_safety_inventory_filter_user_mapping.py
278.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/reels/fct_reels_blocklist_leaks.py
279.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/reels/reels_ad_delivery_reporting.py
280.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/reels/reels_ads_ad_imps_annotated.py
281.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/reels/reels_pages_daily_random_sampling_bdr.py
282.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/topic_exclusion/brand_safety_harvest_vod_fcu_labels.py
283.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/topic_exclusion/brand_safety_topic_exclusion_daily_stat.py
284.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/topic_exclusion/brand_safety_topic_exclusion_samples_for_query.py
285.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/brand_safety/topic_exclusion/topic_exclusion_impression_delivery.py
286.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/business_integrity/ads_integrity/ads_integrity_pnfr_pvil_prevalence_source.py
287.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/business_integrity/business_manager_integrity/user_ad_clicks_tracking_datelist.py
288.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/business_integrity/si_flagged_accounts_ad_stats.py
289.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ccmp/media_content/payout/ccmp_mcp_music_data_preparation_dag.py
290.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ccmp/media_content/payout/ccmp_mcp_payout_data_preparation_dag.py
291.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ccmp/sticker_ads/payout/ccmp_sticker_ads_payout_dag.py
292.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cde/event_staging.py
293.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cds_data_validation/data_source_configs/ad_clks_annotated_validation_config.py
294.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cds_data_validation/data_source_configs/ad_imps_annotated_in_oba_scope_validation_config.py
295.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cds_data_validation/data_source_configs/ad_imps_annotated_out_of_oba_scope_validation_config.py
296.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cds_data_validation/data_source_configs/validation_config.py
297.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/civic_integrity/segmentation/socio_segment_political_ad_exposure.py
298.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/click_to_messaging/ctmessaging_destination_optimization_feature.py
299.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/click_to_messaging/lib/optimization_metrics.py
300.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cpas/full_funnel_attr.py
301.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cpas/local_delivery.py
302.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cpas/local_delivery_location_targeting_monitoring.py
303.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cpas/managed_partner_ads_deduplication.py
304.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cpas/multi_producer_attribution.py
305.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/creator_eligibility/v2/mes_partner_programs/mes_partner_programs.py
306.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cross_surface_value/aggregate_metrics.py
307.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cross_surface_value/base_tables.py
308.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cross_surface_value/conversion_type_map.py
309.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cross_surface_value/experiment_mapping.py
310.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cross_surface_value/imp_level_revenue.py
311.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/cross_surface_value/qrt_mapping.py
312.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/crow/crow2/markets/markets_pvil_sampling_apac.py

Highly Confidential – Attorneys' Eyes Only

313. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/crow/crow2/prevalence/helper_tables.py
314. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/crow/crow2/prevalence/metric_util.py
315. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/crow/crow2/prevalence/metrics/ig_pvil.py
316. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/crow/crow2/prevalence/metrics/ig_story_pvil.py
317. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/crow/crow2/prevalence/metrics/messenger_pvil.py
318. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/crow/crow2/prevalence/metrics/pvil.py
319. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/crow/crow2/prevalence/metrics/sexual_pvil.py
320. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ctm_leadgen/lead_ad_do_inital_targeting_segment.py
321. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/curated_ads_data/aggregation/cds__static__ad_parent_ids.py
322. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/curated_ads_data/aggregation/cds__static__adpublisher_adunit.py
323. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/da/da_local/da_location_delivery_accuracy.py
324. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/da/da_user_item_onsite_activity/da_user_item_onsite_activity.py
325. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/da/da_user_item_onsite_activity/dpa_user_scrolling_events.py
326. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/da/daem/davs_kg_imps_clks_convs.py
327. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/da/vehicles/daa_user_vehicle_onsite_events.py
328. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/da_analytics/ad_request_candidates.py
329. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/da_analytics/ara_split_test_adconv_event.py
330. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/da_analytics/da_advertiser_audience_reach.py
331. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/dashboard/dashboard_daily_metrics.py
332. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/dashboard/dashboard_daily_metrics_based_log_time.py
333. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/dco/dco_ads_score_gain.py
334. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/dco/dof_text_adoption.py
335. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/deliverypred/deliverypred_fc1_campaign_analysis.py
336. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/dpa_analytics/dpa_ads_feedback.py
337. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/dpa_ranking/dpa_ar_ads_data_collection.py
338. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/dpa_training/dpa_user_product_ads_history.py
339. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/dpa_training/feature_aggregation_per_product_set.py
340. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/elections_integrity/political_page_report_rates.py
341. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/enterprise_marketing/on_platform_internal_clicks.py
342. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/enterprise_marketing/on_platform_internal_impressions.py
343. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/entity_id_selection/entity_id_selection_impression_hourly.py
344. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/cds__click.py
345. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/click.py
346. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/click_7d8141_view.py
347. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/click_event_app_click.py
348. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/click_event_emu_action_fan.py
349. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/click_event_ufi_like.py
350. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/click_f81d59_open.py
351. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/event_mbl_feed_ads_impression.py
352. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/impre_db3481_types.py
353. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/ads/native_batch/master/impression.py
354. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/basic_ads/native_batch/master/click.py
355. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/basic_ads/native_batch/master/impression.py
356. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/cds/native_batch/master/click.py
357. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/ad_impressions.py

Highly Confidential – Attorneys' Eyes Only

358. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_cds_internal_ad_clks_annotated__834749/f3.py
359. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_cds_internal_ad_imps_annotated_oba_in_scope__2260c2/f3.py
360. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_cds_internal_ad_imps_annotated_oba_out_of_scope__80bce9/f3.py
361. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_glff_ppr_input_adaptors.py
362. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_no_1f0f6c_ad462/f3.py
363. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_no_bb46e8_b6ea4/f3.py
364. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_no_c070b8_0fdb9/f3.py
365. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_non_cds_internal_ad_imps_annotated_oba_in_scope__c070b8/f3.py
366. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/f3_non_cds_internal_ad_imps_annotated_oba_out_of_scope__bb46e8/f3.py
367. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/gen_ad_engagement__a462f1/f3.py
368. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/impression_level_quality_features.py
369. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/populate_ig_ads_event_engagement_idscorelist_1.py
370. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/flexible_batch/purchase_sentiment_model_prediction.py
371. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/law/native_batch/master/law_click_7d.py
372. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_1da03a_ities.py
373. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_32ae3c_taxon.py
374. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_456571_xray.py
375. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_4f981e_on_l2.py
376. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_71c5fd_on_l1.py
377. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_8ebcf7_on_l2.py
378. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_92f7bf_on_l1.py
379. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_ad_click.py
380. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_ad_click_scd_safe_xray.py
381. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_all_ad_impression.py
382. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_cb5b52_ities.py
383. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/safe/native_batch/master/event_f6ed18_taxon.py
384. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/f3/prod/test_sub_ads/native_batch/master/sub_ads_impression.py
385. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/config/decompose_quality_bid_metadata_stg.py
386. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/config/quality_bid_configs.py
387. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/config/quality_bid_sql_template.py
388. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_adevents_baseline_metrics.py
389. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_ba_stg_ad_imps_subset_quality.py
390. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_organic_bid_stag_00_03.py
391. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_organic_bid_stag_04_07.py
392. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_organic_bid_stag_08_11.py
393. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_organic_bid_stag_12_15.py
394. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_organic_bid_stag_16_19.py
395. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_organic_bid_stag_20_23.py
396. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/generate_stg_ad_imps_subset_quality.py
397. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/user_search_ads_cr_survey_datelist.py
398. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fam_quality/user_search_ads_datelist.py
399. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/features/ad_inline_stats_daily.py
400. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/ads_comment_reranking/ads_comment_click_score_training_table.py
401. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/ads_comment_reranking/sponsored_post_impression_tbl.py
402. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/cam_foundation/ad_blocker_detector.py

Highly Confidential – Attorneys' Eyes Only

403.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/click_to_call/ctc_imp_clk_conv_call_funnel_analysis.py
404.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/click_to_call/ctc_imp_regular_qrt_analysis.py
405.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/click_to_call/ctc_imp_regular_qrt_fam_joint_analysis.py
406.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/emerging_surface/bucket_ratio_sample.py
407.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/emerging_surface/per_component_bucket_ratio_sample.py
408.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/emerging_surface/per_component_surface_qrd.py
409.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/emerging_surface/surface_qrd.py
410.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/fb_shop_ads/da_aco_dea_carousel_ads_click_to_pdp.py
411.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/fb_shop_ads/onsite_checkout_da_carousel_ads_click_to_pdp.py
412.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/fb_shop_ads/onsite_checkout_da_carousel_ads_hhi_click_to_pdp.py
413.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/instant_article/instant_articles_rpm_pipeline.py
414.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/lead_ads/lead_generation_solution_segment.py
415.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/messaging/reminder_ad_clk_conv_attribution.py
416.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/user_ad_bid_components.py
417.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads/user_eng/scpi_experiment.py
418.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads_quality/ad_imps_country_page_type.py
419.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads_quality/ad_lwnf_tracking.py
420.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads_quality/ads_measurement_repetition_rule_violation.py
421.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads_quality/ads_measurement_xout_rule_violation.py
422.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/feed_ads_quality/user_eais_aggregation.py
423.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fgf/datelist/mp_user_ads_clicks_datelist.py
424.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/fgf/datelist/mp_user_category_ads_clicks_datelist.py
425.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/forensics/website_clicks.sql
426.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/gbm/ads/gbm_ad_account_impressions.py
427.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/gff/generate_master_table_special_events.py
428.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/gff/generate_skew_keys.py
429.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/gff/gff_utils.py
430.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/gff/shadow_generate_master_table.py
431.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/gsf/link_click/link_click_ratio.py
432.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/gsf/user_zip_code/user_country_zip_hash.py
433.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/hassantraining/cta_shopnow_userclicks.py
434.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/holistic_communication/hc_house_ads.py
435.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/identity/itp/num_distinct_users_per_ip.py
436.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/identity/prediction/ip_sequencing/prepare_ip_fb.py
437.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/identity/prediction/ppaca/ip_switch_index_latest_hour.py
438.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/identity/s2s/user_ip_type.py
439.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/impression_qrt/extra_columns.py
440.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/insights/cocoon/fact_table/delivery_opt/hourly_delivery_placement.py
441.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/insights/metric_consistency/instagram_explore_showreel_ad_ids_pipeline.py
442.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/insights/metric_consistency/sales_rights_deal_ad_ids_pipeline.py
443.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram/ig_ad_clks_annotated.py
444.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram/ig_ad_imps_annotated.py
445.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram_ads/demand_based_ad_load/instagram_ads_country_cpm_qdigest.py
446.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram_ads/diversity/ig_ads_diversity_proxy_metrics.py
447.fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram_ads/diversity/ig_ads_diversity_proxy_metrics_evaluation.py

10

Highly Confidential – Attorneys' Eyes Only

448. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram_ads/diversity/ig_ads_diversity_proxy_metrics_evaluation_tmp.py
449. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram_ads/ig_acf_quality.py
450. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram_ads/ig_ad_history/ig_user_to_clicked_ads_daily.py
451. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram_ads/ig_ads_count_per_megataxon_category.py
452. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instagram_ads/igbv/igda/ig_da_ads_details.py
453. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instant_article_ads/all_instant_article_imps.py
454. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instant_article_ads/instant_article_ad_imps_annotated.py
455. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/instream_ads_completion_rate.py
456. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/instream_ads_per_wh_vpi.py
457. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/instream_ads_skippable.py
458. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/sales_rights/sales_rights_forecast_verification.py
459. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/sales_rights/sales_rights_freq_cap_calculation.py
460. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/sales_rights/sales_rights_inventory_management_bound.py
461. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/sales_rights/sales_rights_inventory_management_segments.py
462. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/stg_scuba_ad_pod_for_cv_model.py
463. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_ads/user_exposure_pool/exposure_pool_nonlive_user_turnover.py
464. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_live/instream_ads_gap_analysis.py
465. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/instream_user_imp_host_events/instream_user_imp_host_events.py
466. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/integrity/ad_review/political_ad_imp_demos.py
467. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/integrity/fb_reels_stickers_monetization_sampling_for_srt.py
468. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/intent/onsite/ads_impression.py
469. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/intent/onsite/ads_interaction.py
470. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/intent/onsite/messenger_inbox_user_click.py
471. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/interest_vector/interest_vector_inference.py
472. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/interest_vector/interest_vector_ppf_derive_clks.py
473. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/interest_vector/interest_vector_ppf_derive_imps_clks.py
474. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/long_attr_win/law_calibration_alerts.py
475. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/long_attr_win/law_impressions_aggregated.py
476. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/market_dynamics/pacing_spike_generation.py
477. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/marketing_insights/fct_cm_ad_imps.py
478. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/marketing_insights/marketplace/mp_dpa_clicks_users.py
479. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/measurement/dar/nielsen_dar_core.py
480. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/measurement/nielsen/fb_nielsen_ocr_campaign_impressions.py
481. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/megataxon/basic_ads_sizing/tfidf_source.py
482. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/megataxon/megataxon_dashboard_ad_imps.py
483. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/megataxon/megataxon_slim_labels.py
484. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messaging_ads/ctm_anonymization/ctm_adconv_anon_pipeline.py
485. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messaging_ads/messaging_ads_clks_annotated.py
486. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messaging_ads/messaging_ads_imps_annotated.py
487. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messenger_ads/ads_quality/messenger_inbox_oops_metrics.py
488. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messenger_ads/messenger_inbox_ad_clks_annotated_filtered.py
489. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messenger_ads/messenger_inbox_ad_imps_annotated_filtered.py
490. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messenger_ads/messenger_surface_ads_clks_annotated.py
491. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messenger_ads/messenger_surface_ads_imps_annotated.py
492. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/messenger_ads/replies_optimization_analysis.py

Highly Confidential – Attorneys' Eyes Only

493. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/ml/page_comment/mlex_ad_click_history.py
494. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/ml/purchase_cvr/ace_ad_clk_cvr_candidates.py
495. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/ml/purchase_cvr/ace_ad_clk_cvr_candidates_no_oba.py
496. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/ml/purchase_cvr/ace_ppp_predicted_candidates_ig.py
497. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/ml/purchase_cvr/feature_config.py
498. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/sampling/ace_large_aggregator_sampling.py
499. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/signal/ace_ad_post_clicks.py
500. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/signal/poa_did_not_purchase_experiment_targeting_queue.py
501. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/srt/mlex_ecommerce_gcr_sampling.py
502. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/mlex/srt/mlex_ecommerce_sampling.py
503. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/oba_e2e_monitoring/fct_ad_events_by_signal_loss.py
504. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/organic_bid_components/organic_bid_components.py
505. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pacing/ash_delivery_metrics.py
506. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pacing/delivery_metrics.py
507. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pacing/delivery_metrics_hour.py
508. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pacing/opp_curve_accuracy.py
509. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pacing/opp_curve_accuracy_qrt.py
510. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pacing/unified_auction/price_value_ratio.py
511. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pacing/unified_auction/server_client_price_discrepancy.py
512. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pages/ads_imps_clks_legal.py
513. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/pci/topn/uc_reels_top_risk_candidate.py
514. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/personalization/attention/is_ad_low_quality.py
515. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/personalization/dpa_product_product_set_mapping.py
516. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/personalization/dpa_product_product_set_mapping_for_cds.py
517. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/prifi/dim_ca_users.py
518. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/privacy/basic_ads/ads_ordering_impressions.py
519. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/privacy/basic_ads/basic_ads_ordering_impressions.py
520. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/privacy/basic_ads/invalidations_after_vended_base.py
521. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/privacy/basic_ads/invalidations_after_vended_ig.py
522. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/privacy/basic_ads/invalidations_after_vended_mktplace.py
523. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/privacy/prototype/user_click_example.py
524. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/privacy/verification/coverage/event_extractors/oba_imp_extractor.py
525. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/privacy/verification/hive_verifier/table_name_constants.py
526. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/prodintel/dat/local_ads_metrics.py
527. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/__sting__/hql_snapshots/per_user_impclkevt_aggregation.filled.formatted.hql
528. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/__sting__/hql_snapshots/per_user_impclkevt_aggregation.filled.hql
529. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/__sting__/hql_snapshots/per_user_impclkevt_aggregation.macros.formatted.hql
530. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/__sting__/hql_snapshots/per_user_impclkevt_aggregation.macros.hql
531. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/ads_score_monitoring_dashboard/ads_score_monitor_conv_bounce.py
532. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/ads_score_monitoring_dashboard/ads_score_monitor_impclkevts.py
533. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/df_qrt_pipelines.py
534. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__dev__/common/precomp_columns.py
535. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__dev__/measurement_platform/repository/definitions/aggregations/legal_clicks.py
536. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__dev__/measurement_platform/repository/definitions/measurement_definitions/legal_clicks.py
537. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__dev__/measurement_platform/repository/definitions/utils/conv.py

Highly Confidential – Attorneys' Eyes Only

538. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__prod__/common/precomp_columns.py
539. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__prod__/measurement_platform/repository/definitions/aggregations/legal_clicks.py
540. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__prod__/measurement_platform/repository/definitions/measurement_definitions/legal_clicks.py
541. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__prod__/measurement_platform/repository/definitions/utils/conv.py
542. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__staging__/__v0__/common/precomp_columns.py
543. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__staging__/__v0__/measurement_platform/repository/definitions/aggregations/legal_clicks.py
544. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__staging__/__v0__/measurement_platform/repository/definitions/measurement_definitions/legal_clicks.py
545. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__staging__/__v0__/measurement_platform/repository/definitions/utils/conv.py
546. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__staging__/__v1__/common/precomp_columns.py
547. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__staging__/__v1__/measurement_platform/repository/definitions/aggregations/legal_clicks.py
548. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__staging__/__v1__/measurement_platform/repository/definitions/measurement_definitions/legal_clicks.py
549. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/main/__staging__/__v1__/measurement_platform/repository/definitions/utils/conv.py
550. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/qrt_pipelines.py
551. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/qrt_pipelines_fam.py
552. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/qrt/qrt_utils.py
553. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/quality_ltae/ads_quality_ltae_f3_ad_clicks_per_day.py
554. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/quality_ltae/ads_quality_ltae_f3_ad_imps_joined.py
555. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ranking/onsite/prepare_ucm_training_data.py
556. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/ranking/user_engaged_ads/ad_event_engagement.py
557. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/regulated_industries/manual_feature_discovery/review_uploads/gff/traits_2020-11-02.txt
558. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/regulated_industries/manual_feature_discovery/review_uploads/mfd_batch_event_review.csv
559. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/regulated_industries/manual_feature_discovery/review_uploads/mfd_batch_trait_review.csv
560. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/regulated_industries/manual_feature_discovery/review_uploads/review_of_2399_features/gff_batch2_event_review.csv
561. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/regulated_industries/manual_feature_discovery/review_uploads/review_of_2399_features/gff_batch2_trait_review.csv
562. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/regulated_industries/ranking/graph_learning/fs_user_ad_engagement.py
563. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/responsible_ai_in_ads/ads_delivery_skews.py
564. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/responsible_ai_in_ads/hec_quality_events_calibration_base.py
565. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/responsible_ai_in_ads/lifetime_skews_daily_summary.py
566. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/restaurant/restaurant_ads_metadata.py
567. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/revenue360/ad_daily_revenue_by_delivery_ad.py
568. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/rf/ad_imps_buying_type_rf.py
569. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/rights_manager/music_monetization_experiment/viewer_count_daily.py
570. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/roas/stage1_roas_bqrt_eval.py
571. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/roas/stage2_roas_bqrt_eval.py
572. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/sampled_data/ad_metrics_sampled_data.py
573. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/search_ads/impression_vol_check_by_version.py
574. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/search_ads/search_ads_dashboard.py
575. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/search_ads/select_query_ad_pairs_by_ctr_for_rating.py
576. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/sentinel/sentinel_adstudy_imps.py
577. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/shop_tab_smoke_test/dlt_dpa_clicks.py
578. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/debiaser_production/debiaser_epd_att_training_data.py
579. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/debiaser_production/debiaser_prod_training_data.py
580. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/lib/query_lib.py
581. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/preprocessing/create_activeness_feature.py
582. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/preprocessing/preprocess_input_tables.py

Highly Confidential – Attorneys' Eyes Only

583. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/validation/discriminator/discriminator_data.py
584. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/validation/historical_gt_conv_data.py
585. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/validation/historical_gt_data.py
586. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/validation/historical_gt_data_anon.py
587. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst/validation/historical_gt_data_daily.py
588. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst_v2/domains.py
589. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst_v2/experiments.py
590. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst_v2/user_opt_in_simulation/etld_plus_one_features_task.py
591. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_analyst_v2/user_opt_in_simulation/user_level_task.py
592. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/debiaser_split_training_data.py
593. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signal_loss/holdout_cost_measurement/holdout_user_att_epd_status.py
594. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/app_events/aep/ad_clks_annotated_model_attribution.py
595. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/app_events/aep/ad_clks_annotated_model_attribution_hourly.py
596. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/app_events/click_id/click_id_simulation_table_v2.py
597. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/app_events/skan/validation_tool/skan_validation_tool_gt_install_events.py
598. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/ecosystem/ios145_ebr_model/cvr.py
599. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/ecosystem/ios145_ebr_model/postloss.py
600. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/ecosystem/stg_ads_metrics_lite.py
601. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/private_aggregation/stg_ad_imps_annotated_mpc.py
602. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/signals/product_intents/signal_dpa_link_click.py
603. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/solutions_engineering/ad_imps_analysis_experimental.py
604. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/solutions_engineering/zip_level_reporting/universal_pictures_zip_level_reporting.py
605. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/adfinder_vs_imp/adrequests_vs_impression.py
606. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/custom_audience/ca_exclusion_tracking.py
607. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/dynamic_ab_deliver/ab_eval_prod_v2.py
608. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/dynamic_ab_deliver/ab_eval_qrt_v2.py
609. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/geo/ad_impressions_aggregated_by_city.py
610. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/geo/ad_impressions_aggregated_by_postcode.py
611. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/geo/count_active_users_in_cities.py
612. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/geo/impression_outside_target_regions_home_only/gen_ad_impressions_aggregated_by_adid_city.py
613. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/keywords/f3/ad_engagement_interests.py
614. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/keywords/recommendation_library/recommendation_based_on_codelivery.py
615. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/lookalikes/apple_pixel_user.py
616. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/lookalikes/lal_all_ads/lookalike_imp_with_weight.py
617. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/lookalikes/seed_prep/lookalike_custom_audience_with_weight.py
618. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/performance/delivery_stats_summary.py
619. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/performance/targeting_conversions_associated.py
620. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/unconstraint_targeting/dtaas_metrics.py
621. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/unconstraint_targeting/fct_all_ads_inside_outside_delivery_stats.py
622. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting/unconstraint_targeting/lalaas_metrics.py
623. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/targeting_ranking/analysis_marsci_abo.py
624. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/traffic_quality/mrc_review_impression_interval_analysis.py
625. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/traffic_quality/tq_iab_bad_ip_check_sample.py
626. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/travel/related_ads/travel_related_ads.py
627. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/travel/related_ads/user_travel_adlist.py

Highly Confidential – Attorneys' Eyes Only

628. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/travel/travel_ads_metadata.py
629. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/uhm/uhm_ads_onsite_impression_history.py
630. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/user_value_metrics/sponsored_label_in_footer.py
631. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/user_value_metrics/user_value_metric_larger_carousel_exp.py
632. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/vertical_ranking/vertical_ad_level_graph_learning/vertical_user_entity_engagement.py
633. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/verticalization/filter_ranking_output_data.py
634. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/ad_breaks_sentiment/instream_ads_event_features.py
635. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/instream/commercial_break_revenue_onsite.py
636. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/instream_ads_payout/payout_v1/data_preparation/instream_ads_payout_daily_earnings.py
637. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/instream_ads_payout/raw_ads_logging/instream_ads_ad_imps_annotated.py
638. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/instream_ads_payout/raw_ads_logging/instream_sales_rights_ads_ad_imps_annotated.py
639. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/instream_ads_payout/reporting/instream_aggregated_campaign_level_daily_imps_extractor.py
640. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/partner_feeds/audience_network/an_video_imps_hourly.py
641. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/partner_feeds/partner_video_imps_hourly.py
642. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/unified_metrics_auditor/dynamic_sampling_system/generate_long_tail_breakdowns.py
643. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/video_ads/unified_metrics_auditor/sampling_breakdown_generator.py
644. fbsource/fbcode/dataswarm-pipelines/tasks/ad_metrics/x_vertical/x_vertical_entity_features_source.py
645. fbsource/fbcode/dataswarm-pipelines/tasks/adsatlas/mr/mmt_common/nrmse/reach_harmony.py
646. fbsource/fbcode/dataswarm-pipelines/tasks/adsatlas/signals/private_aggregation/private_matching_ads_view_preparation.py
647. fbsource/fbcode/dataswarm-pipelines/tasks/aml/world2vec/world2vec_implicit_large.py
648. fbsource/fbcode/dataswarm-pipelines/tasks/bi/ads/fblite_revenue_degraded_service.py
649. fbsource/fbcode/dataswarm-pipelines/tasks/bi/ads_core_datasets/ad_levels/all_ads_details.py
650. fbsource/fbcode/dataswarm-pipelines/tasks/bi/ads_core_datasets/fct_ad_reach_frequency/fct_ad_reach_frequency.py
651. fbsource/fbcode/dataswarm-pipelines/tasks/bi/auction/amcostel/da_creative_fatigue_windows.py
652. fbsource/fbcode/dataswarm-pipelines/tasks/bi/bi_privacy/basic_ads_lineage.py
653. fbsource/fbcode/dataswarm-pipelines/tasks/bi/feed_ads_crowdsource_survey/lp5_survey_breakdown.py
654. fbsource/fbcode/dataswarm-pipelines/tasks/bi/feed_ads_crowdsource_survey/sample_ads.py
655. fbsource/fbcode/dataswarm-pipelines/tasks/bi/gbm/gbm_fct_video_ads_imp_playback.py
656. fbsource/fbcode/dataswarm-pipelines/tasks/bi/lwi/lwi_ad_perf.py
657. fbsource/fbcode/dataswarm-pipelines/tasks/bi/marketplace_ads/mp_boosted_listings_seller_ads.py
658. fbsource/fbcode/dataswarm-pipelines/tasks/bi/messenger_ads/messenger_inbox_ads_summary_by_user.py
659. fbsource/fbcode/dataswarm-pipelines/tasks/bi/mi/ios14_revenue_tracking_hourly.py
660. fbsource/fbcode/dataswarm-pipelines/tasks/bi/revenue/monetization/imp_lifecycle.py
661. fbsource/fbcode/dataswarm-pipelines/tasks/bi/rnd_partner_analytics/solutions_metadata/metadata_collection.py
662. fbsource/fbcode/dataswarm-pipelines/tasks/commerce/ranking/shops_mall/ppfy/shops_growth_krnn.py
663. fbsource/fbcode/dataswarm-pipelines/tasks/commerce/ranking/shops_mall/ppfy/shops_product_event_counters.py
664. fbsource/fbcode/dataswarm-pipelines/tasks/di/ai_infra/privacy/ml_deletion.py
665. fbsource/fbcode/dataswarm-pipelines/tasks/di/legal_hold/legal_hold_compendium_alert/legal_hold_compendium_alert_tables_v2.py
666. fbsource/fbcode/dataswarm-pipelines/tasks/finance/cde/docs/data_flow_chart.gv
667. fbsource/fbcode/dataswarm-pipelines/tasks/finance/cde/docs/data_flow_chart.gv.svg
668. fbsource/fbcode/dataswarm-pipelines/tasks/finance_products/revenue360/allocation/ad_imps_ratio_for_delivery_country_page_type_daily_est_history.py
669. fbsource/fbcode/dataswarm-pipelines/tasks/growth/detection_audit/false_positives_reduction/type2_results_dpo_ingest.py
670. fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ads_and_commerce_quality/user_shop_tabs_features/ig_user_shop_tabs_features_per_source.py
671. fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ads_meaningful_engagement.py
672. fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/asq_survey/ig_ads_asq_oops_with_breakdown_info.py

Highly Confidential – Attorneys' Eyes Only

673.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/asq_survey/metrics/asq_metric_tracking.py
674.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/awr/model_assist_sampling/oops_sampled_ads_with_idx_country.py
675.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/awr/model_assist_sampling/oops_sampled_ads_with_idx_pipelines.py
676.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/demand_metrics/demand_eligibility.py
677.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/dynamic_ads/get_product_imps_xouts_reports.py
678.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/dynamic_ads/proxy_metric_qrt_support.py
679.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/fct_device_ad_metrics.py
680.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/fct_user_ad_metrics.py
681.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ig_ads_annotated.py
682.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ig_ads_bumping.py
683.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ig_ads_creatives_supply_metrics.py
684.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ig_ads_delivery_hidden_ad_duration_checking.py
685.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ig_ads_diversity_rule_checking.py
686.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ig_ads_quality_user_asq_personalization_data.py
687.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ig_promoted_post/lookalikes/seed_prep/lookalike_ig_promoted_post_prepare_expanded_seed.py
688.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/igbv/igre/fct_igre_user_engagement_ad_metrics.py
689.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/oops/bad_ad_exposure_analysis/country_avg_bad_imp_rate.py
690.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/oops/ig_ads_imps_per_qe.py
691.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/oops/ig_ads_imps_per_qrt.py
692.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/oops/metric/bad_impression_rate_anchored_on_feed.py
693.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/oops/metric/bad_impression_rate_anchored_on_feed_or_on_story.py
694.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/creator_voice_graph/generate_user_brand_stage_table.py
695.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/diversity/ig_ads_author_taxonomy.py
696.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/diversity/ig_ads_diveristy_features.py
697.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/diversity/ig_ads_diversity_category_xout.py
698.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/diversity/ig_ads_objective_repetition_status.py
699.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/diversity/ig_ads_repetiton_status_monitor_pipeline.py
700.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/generate_ig_author_paired_branded_content_creators_media.py
701.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/populate_ads_interactions_daily_summary.py
702.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/populate_ads_reconsideration_ads_history.py
703.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/populate_ig_ads_event_engagement_2_idscorelist.py
704.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/populate_ig_ads_event_engagement_idscorelist.py
705.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/populate_ig_author_taxonomy_expansion.py
706.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking/populate_ig_organic_event_engagement_idscorelist.py
707.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads/ranking_analysis/xray_v10_v11_similarity.py
708.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads_and_commerce_quality/ig_ads_advertiser_impact.py
709.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads_and_commerce_quality/ig_ads_clks_per_qrt.py
710.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads_and_commerce_quality/ig_ads_oops_with_eroh_data.py
711.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads_and_commerce_quality/interest/ig_user_interest_quality_stats_fast.py
712.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ads_and_commerce_quality/robi/comments/ig_mlex_comments_scored_annotated.py
713.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/awe/tracking_awe_utils.py
714.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/core/ad_page_type.py
715.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/core/users.py
716.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/destination_automation/destination_automation_sub_ad_features.py
717.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ig_ppfy/candidates/ig_ppfy_ads_1pd_popularity.py

Highly Confidential – Attorneys' Eyes Only

718.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ig_ppfy/candidates/ig_ppfy_ads_1pd_product_checkout.py
719.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/ig_syml/candidates/ig_syml_ads_1pd_popularity.py
720.fbsource/fbcode/dataswarm-pipelines/tasks/instagram/suggested_accounts/gen_country_bidding_multiplier.py
721.fbsource/fbcode/dataswarm-pipelines/tasks/locations/locsig/geoentity/business_less_than_1k.py
722.fbsource/fbcode/dataswarm-pipelines/tasks/locations/locsig/geoentity/user_top_converted_tile_daily.py
723.fbsource/fbcode/dataswarm-pipelines/tasks/measurementsystems/comet/user_comet_homepage_stats.py
724.fbsource/fbcode/dataswarm-pipelines/tasks/measurementsystems/cvi/misinfo/singapore_content_vpv.py
725.fbsource/fbcode/dataswarm-pipelines/tasks/measurementsystems/integrity/sessions_proxy/sessions_product_metrics_config.py
726.fbsource/fbcode/dataswarm-pipelines/tasks/messages/messenger_ads/messenger_inbox_lowrev_users.py
727.fbsource/fbcode/dataswarm-pipelines/tasks/pages/vertical_solutions_monetization/vs_daily_attributed_transactions_by_ads.py
728.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/alternative_app_stores/direct_app_install_funnel.py
729.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/an_frequency_capping_stats.py
730.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/analytics/dim_ad_to_blocked_publisher.py
731.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/analytics/fct_adbreaks_blocklist_leaks.py
732.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/core/audience_network_imp_click_conv.py
733.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/core/audience_network_request_imp_click_conv.py
734.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/core/stg_audience_network_imp_click_conv.py
735.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/moma/adnw_fb_instream_calypso_stg.py
736.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/moma/adnw_imps_from_hive_to_calypso.py
737.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/payout/an_daily_payout.py
738.fbsource/fbcode/dataswarm-pipelines/tasks/platform/ad_network/pixel_based_pqs.py
739.fbsource/fbcode/dataswarm-pipelines/tasks/platform/audience_network/an_qrt_tables/an_impression_tables_pipeline.py
740.fbsource/fbcode/dataswarm-pipelines/tasks/platform/audience_network/logging/ad_network_click_health.py
741.fbsource/fbcode/dataswarm-pipelines/tasks/platform/audience_network/logging/ad_network_impression_health.py
742.fbsource/fbcode/dataswarm-pipelines/tasks/platform/audience_network/npa/dashboard/an_npa_ad_metrics_unmasked_ip_leakage_metrics.py
743.fbsource/fbcode/dataswarm-pipelines/tasks/platform/bidding/adnw_bidding_historical_ips.py
744.fbsource/fbcode/dataswarm-pipelines/tasks/platform/brand_safety/block_list_metrics.py
745.fbsource/fbcode/dataswarm-pipelines/tasks/platform/games/fct_ads_clks_imps_event.py
746.fbsource/fbcode/dataswarm-pipelines/tasks/platform/neko/neko_ad_events.py
747.fbsource/fbcode/dataswarm-pipelines/tasks/platform/neko/sap_creative/dim_neko_ads_creative_details.py
748.fbsource/fbcode/dataswarm-pipelines/tasks/platform/traffic_quality/adnw/fgf/source_tables/tq_an_idfa_spoofing_metrics.py
749.fbsource/fbcode/dataswarm-pipelines/tasks/platform/traffic_quality/prevalence_v0/sources/igtv_source.py
750.fbsource/fbcode/dataswarm-pipelines/tasks/privacy/asset_minimisation_infra/common/asset_xid_types_constants.py
751.fbsource/fbcode/dataswarm-pipelines/tasks/privacy/detection_audit/dod_usecases/utils/unlink_hardlink_util.py
752.fbsource/fbcode/dataswarm-pipelines/tasks/search/ads/analytics_dashboard/generate_top_queries.py
753.fbsource/fbcode/dataswarm-pipelines/tasks/search/ads/analytics_dashboard/search_ads_campaign_datelist.py
754.fbsource/fbcode/dataswarm-pipelines/tasks/search/ads/analytics_dashboard/search_ads_metrics.py
755.fbsource/fbcode/dataswarm-pipelines/tasks/search/ads/archive/pad_counter_features_offline.py_DEPRECATED
756.fbsource/fbcode/dataswarm-pipelines/tasks/search/ads/brand_safety/brand_safety_bdr.py
757.fbsource/fbcode/dataswarm-pipelines/tasks/search/ads/query_taxon/generate_query_cluster_xray.py
758.fbsource/fbcode/dataswarm-pipelines/tasks/search/ads/related_ads/search_ads_click_counter.py
759.fbsource/fbcode/dataswarm-pipelines/tasks/security/automated_malware/discovery/hip_ad_impressions.py
760.fbsource/fbcode/dataswarm-pipelines/tasks/si/imp/offline_prevalence/source_tables/shop_ads_pvil_offline_prevalence_source.py
761.fbsource/fbcode/dataswarm-pipelines/tasks/si/integrity_crawler/ads_integrity_clks_offsite.py
762.fbsource/fbcode/dataswarm-pipelines/tasks/videos/core/fct_video_vpv_consumption_engagement.py

Highly Confidential – Attorneys' Eyes Only

763. fbsource/fbcode/dataswarm-pipelines/tasks/videos/instream_ads/live_ads/exposure_pool_live_user_turnover.py
764. fbsource/fbcode/dataswarm-pipelines/tasks/videos/rights_manager/iab/rm_yield_metrics.py
765. fbsource/fbcode/dataswarm-pipelines/tasks/videos/scalable_analytics/fct_video_product_consumption.py
766. fbsource/fbcode/dataswarm-pipelines/tasks/videos/search/fct_video_search_consumption.py
767. fbsource/fbcode/dataswarm-pipelines/tasks/whatsapp/monetization/discovery/ctwa/stg_wa_ctwa_ad_click_event.py
768. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/aa_differences/continuity/reset_history/ad_imps_annotated_repetition.py
769. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/ads_dynamism/unified_feature_verification_enhanced.py
770. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/ads_dynamism/unified_feature_verification_utils.py
771. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/ads_quality/ltae_slate_q/stg_ltae_slate_q_imp_level_features.py
772. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/ads_quality_insights/ads_counterfactual_measure_with_realized_data.py
773. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/ads_quality_insights/counterfactual_ad_imps_annotated.py
774. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/ads_quality_insights/counterfactual_witness_exp_stats.py
775. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/ads_quality_insights/counterfactual_witnessed_measures_ad_agg.py
776. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/ads_ranking/social_feature_injection.py
777. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/auction_ds/sublinear_retrieval/gen_retrieval_data.py
778. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/auction_marginal_cost/marginal_cost_simulation_revenue_aggregation.py
779. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/auction_marginal_cost/marginal_cost_simulation_revenue_aggregation_by_conv_v2.py
780. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/basic_ads_ranking/clk_daily_interest_vector_user_agg.py
781. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/basic_ads_ranking/create_imp_clk_event_with_user_interest_vector.py
782. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/basic_ads_ranking/generate_adtaxon_i18n_from_imps.py
783. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/basic_ads_ranking/generate_interest_vector_breakdown_features.py
784. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/bid_adjustment/format_sample_extractor.py
785. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/clarity_and_guidance/audience_saturation/user_account_impression_count_30_days_initial.py
786. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/creative_understanding/ctr_model_training_table_partitioned.py
787. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/deep_funnel_ranking/pco/generate_experiments_results.py
788. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/deep_funnel_ranking/pco/pco_lal_laq_model_comparison.py
789. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/feed_ads/carousel/feature_verification_is_collection.py
790. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/feed_vpvd/bp_ad_imps_annotated/etl_process.py
791. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/instagram_ads/campaign_level_onsite_offsite_analysis.py
792. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/instagram_ads/destination_automation_onsite_offsite_impression_distribution_on_campaign_level.py
793. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/instagram_ads/training_piepelines/ads_verticals_opt/dynamic_handle_automation_experiments_analysis.py
794. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/intent/onsite/gen_ad_id_equivalence_key_sequence_training_data.py
795. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/intent/onsite/gen_ad_id_megataxon_sequence_training_data.py
796. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/marketplace_ads/marketplace_ads_tail_load_request_analysis.py
797. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/megataxon/ads_taxon_model_retrain.py
798. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/megataxon/megataxon_sampling/megaentities_ad_entity_labeling.py
799. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/model_eval_test/click_reward_estimation_dummy.py
800. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/oba/step_4b_dh_pipelines.py
801. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/offline_evaluation/evaluators/afmw/calibration.py
802. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/offline_evaluation/evaluators/afmw/click_curve_dent.py
803. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/offline_evaluation/evaluators/afmw/click_reward_estimation.py
804. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/offline_evaluation/evaluators/afmw/consideration_rewards_downsample.py
805. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/offline_evaluation/evaluators/afmw/testing.py
806. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/offline_evaluation/evaluators/afmw_prototype/main_workflow.py
807. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/offline_evaluation/evaluators/ecpm_component_level_compare.py

Highly Confidential – Attorneys' Eyes Only

808. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/pacing/ooc_exploration/ooc_simplified_imps.py
809. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/quality_ltae/insert_stg_ltae_from_ad_imps_annotated.py
810. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/quality_ltae/insert_stg_ltae_from_join_ad_imps_iab_metrics.py
811. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/quality_ltae/insert_stg_ltae_from_union_ad_imps_ad_convs.py
812. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/quality_optimal_allocation/ads_quality_org_bid_req_level_info_imps.py
813. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/quality_optimal_allocation/imps_joined_by_qe.py
814. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/quality_optimal_allocation/pqc_oops_user_cohort.py
815. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/quality_optimal_allocation/shameli_first_pipeline.py
816. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/video_ads/personalization/thumbnail_consideration_pipeline.py
817. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/video_ads/personalization/training_cropping_pxn_ctr_mbl_feed_pipeline.py
818. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_delivery/video_ads/personalization/training_cropping_pxn_ctr_mbl_feed_pipeline_old.py
819. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/abp_ads_quality/sample_ad_histories_from_one_week.py
820. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/abp_ads_quality/user_state_compute.py
821. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/adbid/fuss_creative_ad_imps_annotated.py
822. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/adconv/ad_conv_annotated_spark.py
823. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/adconv/per_event_model/ad_conv_opt_spec_daily.py
824. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/adconv/user_pixel_id_history_aggregator.py
825. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/adconv/utils_for_spark.py
826. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/admarket/admarket_daily_metrics_spark.py
827. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/admetrics/ads_per_request_info.py
828. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_dynamism/aco_large_scale_experiment_analysis.py
829. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_fairness/create_rad_smogger_adlevel_data.py
830. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_personalization/onsite/onsite_data_understanding.py
831. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_personalization/onsite/page_engagement_analysis.py
832. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_personalization/onsite/prepare_ucm_accumulative_data.py
833. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_personalization/onsite/systematic_feature_engineering/sfe_user_ad_impression_downsampled_features.py
834. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_personalization/onsite/systematic_feature_engineering/sfe_user_ad_impression_features.py
835. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_quality/daily_user_metrics_aa_period.py
836. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_quality/daily_user_metrics_subset_aa_period.py
837. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_quality/engagement_bait_prevalence_multi_language.py
838. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_ranking/megataxon_international_sampling/megataxon_international_sampling.py
839. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_ranking/sparse_feature_clustering/build_user_entity_graph_unstable_entities.py
840. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ads_solutions/local_ads/local_ads
841. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/advertiser_value_score/imp_level_value_score.py
842. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/audience_network/code_backup/aud_network_pvil_account_whitelist_qrt.py
843. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/basic_ads/basic_ads_clks_imps_with_ppf_policy.py
844. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/brand_safety/profile_plus_tracking.py
845. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/business_integrity/ad_megataxon
846. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/business_integrity/ads_integrity_measurement_ms_pvil.py
847. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/calibration/campaign_calibration_metric_conv_dedupe.py
848. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/calibration/campaign_calibration_metrics_qrt.py
849. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/conversion_quality/purchase_sentiment/conversion_quality_long_term_backfill.py
850. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/cpas/imp_clk_conversion.py
851. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/crow/crow2/imps_reach_freq.py
852. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/crow/crow2/imps_user_pvi.py

Highly Confidential – Attorneys' Eyes Only

853.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/crow/crow2/model_assisted_sampling/placement_weighted_sample_ads.py
854.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/crow/crow2/qrt_ad_metrics.py
855.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/da_imp_dist_pipeline.py
856.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/dco/experiments/image_adhoc_experiment_data.py
857.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/delivery_intelligence_decision/creative_fatigue_offline_analysis_v3.py
858.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/delivery_intelligence_decision/csbqrt_multi_ad_fatigue_table1.py
859.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/dpa/get_assisted_conversions.py
860.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ecosystem/ecosystem_bid_offset.py
861.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/erc/us2020/us2020_ad_impressions.py
862.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/erc/us2020/us2020_ads_table.py
863.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/f3/prod/flexible_batch/dummy_ig_interest_feature.py
864.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/f3/uds/ingestion/click_backfill.py
865.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/f3/uds/ingestion/click_warmup_backfill.py
866.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/feed_ads/ads_comment/ads_commen_reranking/ads_comment_click_score_training_table.py
867.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/feed_ads/dco/qrt_analysis_dco.py
868.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/feed_ads/dpa_template/format_qrt_imps_clicks.py
869.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/feed_ads/dpa_template/format_qrt_raw_event.py
870.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/feed_ads/feed_ads_quality/feed_ads_megataxon_repetition_measurement.py
871.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/financial_services_ranking/signal_quality/auto_insurance_ads_engagement.py
872.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ic_exp/post_analysis.py
873.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/ic_exp/pre_processing.py
874.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/insights/conversion_report_health/qrt_campaign_perf_impact_analysis.py
875.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/instagram_ads/ads_and_commerce_quality/ig_ads_purchase_comment_ranking_impact_analysis.py
876.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/instagram_ads/ig_ad_history/ig_product_imps_for_shop_rediscovery_tab.py
877.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/integrity/sampling/fb_reels_stickers_monetization_sampling_for_srt.py
878.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/intent/intent_attribution/user_ad_impression.py
879.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/intent/intent_attribution/user_ad_impression_onsite.py
880.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/intent/onsite/dpa_ad_imps.py
881.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/marketplace_ads/join_otp_data_for_correlation_analysis.py
882.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/measurement/aggregated_clicks/threshold_analysis.py
883.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/measurement/debiasing/ad_conversions_debiasing_validation.py
884.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/measurement/debiasing/click_users.py
885.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/measurement/debiasing/embedding_features.py
886.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/measurement/viewability/stg_partner_ad_imps_annotated.py
887.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/measurement_ds/alexwhitworth/measuring_ltr/01_pacedbid_calcs.R
888.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/onsite_signal/adhoc_ultimate_raw_signals_analysis.py
889.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/order_id/order_id/orderid_realtime.py
890.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/pacing/opp_curve_accuracy_no_dst_fix.py
891.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/pacing/opp_curve_freq_caps.py
892.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/private_aggregation/mpc_aem_ad_clicks_adhoc.py
893.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/qrt/cbo_qrt_sav_pipeline.py
894.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/qrt/df_an_incrementality.py
895.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/randomized_delivery/randomized_delivery_pipeline.py
896.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/sdecoto/asbqrt_metrics_sdecoto.py
897.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/signal_loss/debiaser_analyst/epd_click_pipeline.py

Highly Confidential – Attorneys' Eyes Only

898.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/signal_loss/debiaser_analyst/epd_historical_click_pipeline.py
899.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/signal_loss/debiaser_analyst/epd_imp_pipeline.py
900.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/signal_value/negative_signal/s1_imp_clk_feature_generate_extract.py
901.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/signal_value/negative_signal/v2s1_imp_clk_extract.py
902.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/signal_value/signal_inventory/onsite_signals.py
903.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/signals/core/impression_conversion/offsite_campaign_impression_conversion.py
904.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/dynamic_ab_deliver/legacy_tasks/ab_aggr_bqrt.py
905.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/dynamic_ab_deliver/legacy_tasks/ab_aggr_prod.py
906.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/dynamic_ab_deliver/legacy_tasks/ab_eval_bqrt_v2.py
907.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/dynamic_ab_deliver/legacy_tasks/ab_eval_prod.py
908.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/hints/hints_qrt_analysis.py
909.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/prospecting_audience/bak/qrt_analysis.py
910.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/prospecting_audience/bak/ratio_exploration_eval.py
911.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/qrt_analysis/dt_qrt_analysis.py
912.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/signal_loss/bfnt_qrt_exc_analysis.py
913.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/targeting/signal_loss/lal_qrt_relaxed_in_out_analysis.py
914.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/vertical_ranking/travel/user_travel_page_engagement_by_country.py
915.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/verticalization/ads_score_counterfactual_qrt.py
916.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/video_ads/partner_feeds/ivt_transformer_test.py
917.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/video_ads/personalization/filtered_thumbnail_ctr.py
918.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/video_ads/personalization/filtered_thumbnail_cvr.py
919.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ad_metrics/video_ads/personalization/filtered_thumbnail_impressions.py
920.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/ai_infra/ai_privacy_insights/automated_lineage_verification_sources.py
921.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/bi/ads_fairness/user_level_ad_segment_delivery.py
922.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/bi/ads_fairness/user_level_campaign_delivery.py
923.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/bi/instagram/ig_acf_quality.py
924.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/bi/internet_marketing/sem/fan.py
925.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/datascience/aa/multiple_snapshots/get_data.Rmd
926.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/datascience/an_and_feed/relative_costs.R
927.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/datascience/feed_ads_quality/cheap_delivery_analysis.rmd
928.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/datascience/knizia/local_synthetic_eval/R/block_model_exploration.R
929.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/di/depa/oba_adhoc.py
930.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/growth/detection_audit/hardmatch_count.py
931.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads/diversity/ig_ads_repetiton_pipeline.py
932.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads/explore_ads/media_chaining_author_cluster_top_taxonomy.py
933.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads/generate_explore_ad_load_v2_exp_data.py
934.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads/oops/pbia_ads_oops.py
935.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads/purchase_value/imps_per_qrt.py
936.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads/purchase_value/per_campaign_roh_and_robi_predictions.py
937.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads/purchase_value/pvp_common.py
938.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads/ranking_analysis/xray_v11_ads_killed_conv_type.py
939.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads_and_commerce_quality/ig_ads_diversity_analysis.py
940.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads_and_commerce_quality/ig_ads_robi_advertiser_impact_analysis.py
941.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads_and_commerce_quality/ig_ads_robi_metric_per_qrt_breakdown_by_main_rating.py
942.fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads_and_commerce_quality/ig_ads_robi_metric_per_qrt_breakdown_by_user_answered_robi_survey.py

Highly Confidential – Attorneys' Eyes Only

943. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads_and_commerce_quality/ig_ads_robi_pred_breakdown_by_main_rating.py
944. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads_and_commerce_quality/ig_ads_robi_pred_breakdown_by_main_rating_user_ad_pair.py
945. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/ads_and_commerce_quality/ig_ads_robi_pred_breakdown_by_user_answered_robi_survey.py
946. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/country_page_type.py
947. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/instagram/measure_eval_scores_by_page_type.py
948. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/locations/geoapi/ad_location_engineering/README.html
949. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/locations/geoapi/ad_location_engineering/README.md
950. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/locations/locsig/ar_ads/organic_bid_analysis.py
951. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/measurementsystems/core_metrics/ad_adjacency/ad_adjacency_understanding.py
952. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/measurementsystems/integrity/quality_sessions/session_warehouse_features_config.py
953. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/measurementsystems/integrity/quality_sessions/sessions_metrics_ads_fgf.py
954. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/pages/local_monetization/daily_transactions_ads_attribution.py
955. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/ad_network/code_backup/ad_network_publisher_core.py
956. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/ad_network/code_backup/fct_core_video_imps.py
957. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/ad_network/core/fct_core_video_imps.py
958. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/ad_network/core/stg_audience_network_imp_click_conv.py
959. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/ad_network/core/stg_audience_network_imp_click_conv_old.py
960. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/ad_network/incrementality/bqrt_lift_incrementality.py
961. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/header_bidding/ad_network_bid_deconstruction.py
962. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/neko/mini_apps/mini_apps_data_filters.py
963. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/neko/pipeline/ios14_dashboard/ad_imps_user_distribution.py
964. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/platform/traffic_quality/rate_limits/tq_mrc_imps_hourly.py
965. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/search/ads/query_cluster_prediction/generate_query_cluster_ad_coclick_megataxon_cluster_V1.py
966. fbsource/fbcode/dataswarm-pipelines/tasks_adhoc/search/ads/query_cluster_prediction_twinbert/search_ads_query_text_ad_embedding_v1.py
967. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/ad_imps_annotated_image_selection_subset_v3.py
968. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/ad_imps_annotated_pac_subset_v2.py
969. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/adcandidate_features_unpacked_ecpm_bid.py
970. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/adfinder_model_system_optimization_imps_qrt.py
971. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/counterfactual_ad_imps_annotated.py
972. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/counterfactual_ad_imps_annotated_signal.py
973. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/counterfactual_delivery_ad_agg.py
974. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/counterfactual_witnessed_measures_ad_agg.py
975. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_adid2campaign_longterm_id.py
976. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_adid2longterm_id_stg.py
977. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_adimps_rollup_table_preprocessed.py
978. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_adimps_table_daily_scoped.py
979. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_adimps_table_realtime_scoped.py
980. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_adimps_table_union_daily_realtime_preprocessed.py
981. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_campaign_longterm_id2adid.py
982. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_longtermid2adid.py
983. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_method_orderbybid_o2a_unsorted.py
984. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_method_orderbybid_u2a.py
985. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/fra_method_organic_orderbybid_result.py
986. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/stg_daau_ad_clks_annotated.py
987. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/stg_daau_ad_imps_annotated.py

Highly Confidential – Attorneys' Eyes Only

988. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_delivery/tmp_ad_imps_annotated_ecpm_bid_condensed.py
989. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_clks_annotated.py
990. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_clks_annotated_dependent.py
991. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_clks_annotated_model_attribution.py
992. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_clks_annotated_model_attribution_hourly.py
993. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_clks_annotated_published.py
994. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_estimated_conversions.py
995. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_imps_annotated.py
996. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_imps_annotated_dependent.py
997. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_imps_annotated_published.py
998. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_imps_annotated_published_signal.py
999. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_imps_annotated_sample.py
1000. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_imps_annotated_search.py
1001. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ad_imps_annotated_table.py
1002. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ads_explainability_waist_latency.py
1003. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ads_explainability_waist_product_stats.py
1004. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ads_master_stg.py
1005. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/adstudy_study_cell_ad_rogue_imps.py
1006. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/advertiservaluescore__ad_conversion_type_map_unverified.py
1007. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/afi_with_quality_prediction.py
1008. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ash_outcome_metrics.py
1009. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/campaign_calibration_metrics.py
1010. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/campaign_system_metrics.py
1011. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/campaign_system_metrics_v2.py
1012. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/click_to_messaging_ads_annotated_combined_onsite.py
1013. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/debiaser_split_training_data.py
1014. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/dpa_ad_clks_annotated.py
1015. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/dpa_ad_imps_annotated.py
1016. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/dpa_ar_ad_clks_annotated.py
1017. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/dpa_ar_ad_imps_annotated.py
1018. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/es_cs5_rating_join_weight.py
1019. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/fct_ads_monitoring.py
1020. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ig_ad_imps_annotated.py
1021. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/impressions_per_ad_subgroup.py
1022. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/instream_ads_ad_imps_annotated.py
1023. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/instream_sales_rights_ads_ad_imps_annotated.py
1024. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/internal_polling_ad_imps_annotated.py
1025. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/internal_polling_ad_imps_annotated_signal.py
1026. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/mpc_aem_ad_clks_metadata.py
1027. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ofb_aia_vdp_exp_convs_user_mdf.py
1028. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/ofb_aia_vdp_exp_revenue_user_mdf.py
1029. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/publish_ad_imps_annotated_published_signal.py
1030. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/qrt_experiment_data_aggregated.py
1031. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/qrt_experiment_raw_events_table_partition.py
1032. fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/reels_ads_ad_imps_annotated.py

Highly Confidential – Attorneys' Eyes Only

1033.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/roas_ad_imps_annotated_filtered_newcol.py
1034.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/roas_ad_imps_annotated_filtered_signal.py
1035.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/showreel_native_revenue.py
1036.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/stg_ad_imps_annotated_published_per_comp_suf_qrd.py
1037.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/stg_ad_imps_subset_quality.py
1038.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/trip_prospecting_ad_clks_annotated_ad_id_staging.py
1039.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/trip_prospecting_ad_imps_annotated_ad_id_staging.py
1040.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/vended_ads_with_impression.py
1041.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/whatsapp_ad_clks_datelist.py
1042.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/www_ad_imps_by_users_intermediate.py
1043.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/www_ad_imps_order_violation_by_users_client.py
1044.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/www_basic_ad_imps_by_users_intermediate.py
1045.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/ad_metrics/www_basic_ad_imps_order_violation_by_users_client.py
1046.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/bi/all_ads_details.py
1047.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/bi/all_ads_details_anon.py
1048.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/bi/fct_ad_reach_frequency.py
1049.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/bi/ig_all_ads_details.py
1050.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/bi/impression_lifecycle_onsite_pii.py
1051.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/bi/impression_lifecycle_onsite_pii_anon.py
1052.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/enterprise_marketing/fct_on_platform_ads.py
1053.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/enterprise_marketing/fct_on_platform_ads_workplace.py
1054.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/enterprise_marketing/fct_on_platform_impressions.py
1055.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/instagram/instagram_video_consumption_deltas_perf_inc_archive.py
1056.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/instagram/instagram_video_player_state_based_inc_archive.py
1057.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/instagram/instagram_video_player_state_based_phuji_inc_archive.py
1058.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/instagram/instagram_video_player_state_based_sampled.py
1059.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/platform/ad_imps_user_distribution.py
1060.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/platform/ad_network_imps_annotated_inc_archive.py
1061.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/platform/an_daily_payout.py
1062.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/platform/an_daily_payout_temp.py
1063.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/platform/audience_network_imp_click_conv.py
1064.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/platform/audience_network_request_imp_click_conv.py
1065.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/platform/neko_ad_imps.py
1066.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/platform/stg_audience_network_imp_click_conv.py
1067.  fbsource/fbcode/dataswarm-pipelines/upm_data/datasets/hive/videos/video_player_state_based_per_session_inc_archive.py
1068.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_delivery/f3/prototype/archived/f3_canary_ads_daily.py
1069.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_delivery/f3/prototype/archived/f3_canary_ads_longterm.py
1070.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_delivery/f3/prototype/archived/f3_canary_master.py
1071.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/admetrics/adsCanonicalTablesUpm/loader_util.py
1072.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_click_master.py
1073.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_daily_2102388904145139188.py
1074.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_daily_999999998000048509.py
1075.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_daily_999999998000048748.py
1076.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_impression_master.py
1077.  fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_longterm_mi_999999998000048509.py

Highly Confidential – Attorneys' Eyes Only

1078.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_longterm_mi_99999999800048748.py
1079.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_longterm_mn_99999999800048509.py
1080.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/f3_batch_integration_longterm_mn_99999999800048748.py
1081.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p363/f3__f3_batch_asx_longterm_table__ad_metrics__p363.json
1082.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p379/f3__f3_batch_asx_longterm_table__ad_metrics__p379.py
1083.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p405/f3__f3_batch_asx_longterm_table__ad_metrics__p405.py
1084.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p419/f3__f3_batch_asx_longterm_table__ad_metrics__p419.py
1085.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p421/f3__f3_batch_asx_longterm_table__ad_metrics__p421.py
1086.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p426/f3__f3_batch_asx_longterm_table__ad_metrics__p426.py
1087.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p429/f3__f3_batch_asx_longterm_table__ad_metrics__p429.py
1088.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p455/f3__f3_batch_asx_longterm_table__ad_metrics__p455.py
1089.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p456/f3__f3_batch_asx_longterm_table__ad_metrics__p456.py
1090.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p458/f3__f3_batch_asx_longterm_table__ad_metrics__p458.py
1091.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p459/f3__f3_batch_asx_longterm_table__ad_metrics__p459.py
1092.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p461/f3__f3_batch_asx_longterm_table__ad_metrics__p461.py
1093.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p462/f3__f3_batch_asx_longterm_table__ad_metrics__p462.py
1094.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p471/f3__f3_batch_asx_longterm_table__ad_metrics__p471.py
1095.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p473/f3__f3_batch_asx_longterm_table__ad_metrics__p473.py
1096.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p474/f3__f3_batch_asx_longterm_table__ad_metrics__p474.py
1097.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p479/f3__f3_batch_asx_longterm_table__ad_metrics__p479.py
1098.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p480/f3__f3_batch_asx_longterm_table__ad_metrics__p480.py
1099.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p485/f3__f3_batch_asx_longterm_table__ad_metrics__p485.py
1100.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p486/f3__f3_batch_asx_longterm_table__ad_metrics__p486.py
1101.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p488/f3__f3_batch_asx_longterm_table__ad_metrics__p488.py

Highly Confidential – Attorneys' Eyes Only

1102.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p489/f3__f3_batch_asx_longterm_table__ad_metrics__p489.py

1103.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p491/f3__f3_batch_asx_longterm_table__ad_metrics__p491.py

1104.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p492/f3__f3_batch_asx_longterm_table__ad_metrics__p492.py

1105.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p493/f3__f3_batch_asx_longterm_table__ad_metrics__p493.py

1106.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p494/f3__f3_batch_asx_longterm_table__ad_metrics__p494.py

1107.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p496/f3__f3_batch_asx_longterm_table__ad_metrics__p496.py

1108.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_asx_longterm_table__ad_metrics__p497/f3__f3_batch_asx_longterm_table__ad_metrics__p497.py

1109.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p350/f3__f3_batch_daily_table__ad_metrics__p350.py

1110.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p362/f3__f3_batch_daily_table__ad_metrics__p362.py

1111.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p378/f3__f3_batch_daily_table__ad_metrics__p378.py

1112.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p404/f3__f3_batch_daily_table__ad_metrics__p404.py

1113.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p418/f3__f3_batch_daily_table__ad_metrics__p418.py

1114.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p420/f3__f3_batch_daily_table__ad_metrics__p420.py

1115.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p443/f3__f3_batch_daily_table__ad_metrics__p443.py

1116.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p454/f3__f3_batch_daily_table__ad_metrics__p454.py

1117.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p457/f3__f3_batch_daily_table__ad_metrics__p457.py

1118.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p460/f3__f3_batch_daily_table__ad_metrics__p460.py

1119.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p472/f3__f3_batch_daily_table__ad_metrics__p472.py

1120.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p475/f3__f3_batch_daily_table__ad_metrics__p475.py

1121.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p478/f3__f3_batch_daily_table__ad_metrics__p478.py

1122.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p481/f3__f3_batch_daily_table__ad_metrics__p481.py

1123.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p484/f3__f3_batch_daily_table__ad_metrics__p484.py

1124.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p487/f3__f3_batch_daily_table__ad_metrics__p487.py

1125.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p490/f3__f3_batch_daily_table__ad_metrics__p490.py

1126.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_daily_table__ad_metrics__p495/f3__f3_batch_daily_table__ad_metrics__p495.py

1127.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_master_table__ad_metrics__p349/f3__f3_batch_master_table__ad_metrics__p349.py

1128.   fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_master_table__ad_metrics__p435/f3__f3_batch_master_table__ad_metrics__p435.py

1129.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_up2x_longterm_table__ad_metrics__p351/f3__f3_batch_up2x_longterm_table__ad_metrics__p351.py

1130.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_up2x_longterm_table__ad_metrics__p430/f3__f3_batch_up2x_longterm_table__ad_metrics__p430.py

1131.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_up2x_longterm_table__ad_metrics__p444/f3__f3_batch_up2x_longterm_table__ad_metrics__p444.py

1132.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_up2x_longterm_table__ad_metrics__p445/f3__f3_batch_up2x_longterm_table__ad_metrics__p445.py

1133.   fbsource/fbcode/dataswarm-
pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_up2x_longterm_table__ad_metrics__p476/f3__f3_batch_up2x_longterm_table__ad_metrics__p476.py

Highly Confidential – Attorneys' Eyes Only

1134.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_up2x_longterm_table__ad_metrics__p477/f3__f3_batch_up2x_longterm_table__ad_metrics__p477.py
1135.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_up2x_longterm_table__ad_metrics__p482/f3__f3_batch_up2x_longterm_table__ad_metrics__p482.py
1136.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/materialized_pipelines/f3__f3_batch_up2x_longterm_table__ad_metrics__p483/f3__f3_batch_up2x_longterm_table__ad_metrics__p483.py
1137.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/raw_configs
1138.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gff_batch_integration/raw_pipeline
1139.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/dev/gsf_feature_prototype/prepare_user_scrolling_rates_gsf_source_table.py
1140.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1170/f3.py
1141.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1171/f3.py
1142.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1173/f3.py
1143.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1174/f3.py
1144.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1179/f3.py
1145.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1180/f3.py
1146.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1182/f3.py
1147.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1183/f3.py
1148.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1185/f3.py
1149.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_asx_longterm_table__ad_metrics__p1186/f3.py
1150.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_daily_table__ad_metrics__p1169/f3.py
1151.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_daily_table__ad_metrics__p1172/f3.py
1152.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_daily_table__ad_metrics__p1175/f3.py
1153.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_daily_table__ad_metrics__p1178/f3.py
1154.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_daily_table__ad_metrics__p1181/f3.py
1155.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_daily_table__ad_metrics__p1184/f3.py
1156.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_daily_table__ad_metrics__p1187/f3.py
1157.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_master_table__ad_metrics__p1285/f3.py
1158.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_master_table__ad_metrics__p1286/f3.py
1159.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_up2x_longterm_table__ad_metrics__p1176/f3.py
1160.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_up2x_longterm_table__ad_metrics__p1177/f3.py
1161.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_up2x_longterm_table__ad_metrics__p1188/f3.py
1162.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_ads_batch_up2x_longterm_table__ad_metrics__p1189/f3.py
1163.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p581/f3.py
1164.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p582/f3.py
1165.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p583/f3.py
1166.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p584/f3.py
1167.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p587/f3.py
1168.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p588/f3.py
1169.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p589/f3.py
1170.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p590/f3.py
1171.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p591/f3.py
1172.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_asx_longterm_table_2__ad_metrics__p592/f3.py
1173.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_daily_table_2__ad_metrics__p350/f3.py
1174.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_daily_table_2__ad_metrics__p362/f3.py
1175.    fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_daily_table_2__ad_metrics__p378/f3.py

Highly Confidential – Attorneys' Eyes Only

1176. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_daily_table_2__ad_metrics__p443/f3.py
1177. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_daily_table_2__ad_metrics__p454/f3.py
1178. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_daily_table_2__ad_metrics__p457/f3.py
1179. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_daily_table_2__ad_metrics__p460/f3.py
1180. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_master_table_2__ad_metrics__p349/f3.py
1181. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_master_table_2__ad_metrics__p435/f3.py
1182. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_up2x_longterm_table_2__ad_metrics__p585/f3.py
1183. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_up2x_longterm_table_2__ad_metrics__p586/f3.py
1184. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_up2x_longterm_table_2__ad_metrics__p593/f3.py
1185. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_batch_up2x_longterm_table_2__ad_metrics__p594/f3.py
1186. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/materialized_pipelines/f3__f3_gsf_test_ad_engagement_event_daily_table__ad_metrics__p541/f3__f3_gsf_test_ad_engagement_event_daily_table__ad_metrics__p541.py
1187. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/prod/cds/flexible_batch/f3_cds_internal_ad_clks_annotated__834749/f3.py
1188. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/prod/cds/flexible_batch/f3_cds_internal_ad_imps_annotated_oba_in_scope__2260c2/f3.py
1189. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/prod/cds/flexible_batch/f3_cds_internal_ad_imps_annotated_oba_out_of_scope__80bce9/f3.py
1190. fbsource/fbcode/dataswarm-pipelines/upm_data/pipelines/ad_metrics/f3/prod/ig/flexible_batch/gen_ad_engagement__a462f1/f3.py

Highly Confidential – Attorneys' Eyes Only

# Exhibit B

Highly Confidential -
Attorneys' Eyes Only

**Exhibit B**

**table_name**

1. aac_platform_aac_eligibility_inc_archive
2. aad_f3_account_confirmed_features_inc_archive
3. aad_f3_fb_registration_features_inc_archive
4. aad_fnrp_features_inc_archive
5. aad_registration_features_inc_archive
6. aams_fb_automated_signals_inc_archive
7. aams_signal_automation_feature_store_map_inc_archive
8. aams_srt_shared_device_users_inc_archive
9. aap_business_manager_inc_archive
10. aap_query_record_log_inc_archive
11. aap_template_approval_inc_archive
12. ab_testing_events_inc_archive
13. abp_message_score_inc_archive
14. abp_recommendation_waterfall_inc_archive
15. abuse_case_transactions_inc_archive
16. abusive_accounts_disable_block_handler_events_inc_archive
17. ac_ofa_graphql_inc_archive
18. access_handler_auth_proof_inc_archive
19. access_handler_exterior_inc_archive
20. access_handler_perf_inc_archive
21. access_handler_step_inc_archive
22. access_hub_inc_archive
23. access_hub_search_stats_inc_archive
24. access_token_auth_inc_archive
25. access_token_issuance_inc_archive
26. access_token_reception_sampled_inc_archive
27. account_cleanup_item_delete_inc_archive
28. account_cleanup_steps_inc_archive
29. account_confirmation_checkpoint_endpoints_inc_archive
30. account_deletion_inc_archive
31. account_integrity_metrics_inc_archive
32. account_integrity_routing_inc_archive
33. account_linking_authentication_inc_archive
34. account_linking_infra_inc_archive
35. account_linking_matched_users_business_id_inc_archive
36. account_linking_matched_users_inc_archive
37. account_quality_event_log_inc_archive
38. account_quality_vertical_education_inc_archive
39. account_recovery_challenges_inc_archive
40. account_recovery_client_events_inc_archive
41. account_recovery_eventual_state_inc_archive
42. account_recovery_inc_archive
43. account_recovery_send_code_inc_archive
44. account_restriction_endpoint_permissions_inc_archive
45. account_switcher_cg_inc_archive
46. account_throttling_api_call_history_inc_archive
47. account_throttling_api_call_history_sii_offsite_inc_archive
48. accounts_with_broken_deletion_schedule_inc_archive

Highly Confidential – Attorneys' Eyes Only

49. acdp_unified_api_inc_archive
50. ace_debug_events_inc_archive
51. ace_enforcement_evaluation_actions_inc_archive
52. ace_enforcement_evaluation_flow_inc_archive
53. ace_enforcement_final_state_inc_archive
54. ace_enforcement_notification_inc_archive
55. ace_survey_response_ent_history_inc_archive
56. aco_creative_guardrails_inc_archive
57. aco_d1_ads_fam_rendering_verification_log_inc_archive
58. aco_d1_migration_funnel_inc_archive
59. aco_eligibility_migration_shadow_evaluation_inc_archive
60. aco_glados4feed_all_traffic_inc_archive
61. aco_image_filtering_all_traffic_inc_archive
62. aco_media_liquidity_metrics_inc_archive
63. aco_text_liquidity_inc_archive
64. acp_client_side_biometrics_inc_archive
65. acquisition_client_events_inc_archive
66. acro_data_discrepancy_log_inc_archive
67. acro_image_invalidations_inc_archive
68. acrolinx_usage_inc_archive
69. acs_ent_message_blob_attachment_observer_inc_archive
70. act_push_notification_events_inc_archive
71. act_push_notification_events_restricted_inc_archive
72. acta_fanout_inc_archive
73. action_mapper_inc_archive
74. activation_service_debug_inc_archive
75. active_users_raw_inc_archive
76. activity_log_action_failures_inc_archive
77. activity_log_bulk_actions_inc_archive
78. activity_log_debug_inc_archive
79. activity_log_ent_fetcher_failures_inc_archive
80. activity_log_experiment_data_inc_archive
81. activity_log_gen_is_in_archive_inc_archive
82. activity_log_inc_archive
83. activity_log_t68213507investigation_inc_archive
84. activity_log_timeline_category_info_inc_archive
85. activity_notif_generator_inc_archive
86. actor_feedback_experience_inc_archive
87. actor_feedback_proxy_inc_archive
88. actor_framework_inc_archive
89. actor_gateway_service_inc_archive
90. actor_gateway_user_warning_inc_archive
91. actor_prevention_inc_archive
92. actor_review_actions_inc_archive
93. actor_sanctions_inc_archive
94. actor_spokes_events_inc_archive
95. ad4ad_unified_events_inc_archive
96. ad_3_dot_smsl_aet_labeling_model_inc_archive
97. ad_3_dot_smsl_aet_model_inc_archive
98. ad_3_dot_smsl_imp_model_inc_archive
99. ad_account_ad_volume_inc_archive

     Highly Confidential – Attorneys' Eyes Only

100.  ad_account_agency_client_declaration_inc_archive
101.  ad_account_assoc_perms_inc_archive
102.  ad_account_billing_date_preference_inc_archive
103.  ad_account_creation_inc_archive
104.  ad_account_daily_topup_threshold_inc_archive
105.  ad_account_granular_perm_check_inc_archive
106.  ad_account_load_using_legacy_account_inc_archive
107.  ad_account_parent_qe_logging_details_inc_archive
108.  ad_account_reactivate_by_user_reactivation_inc_archive
109.  ad_account_risk_retry_inc_archive
110.  ad_account_status_inc_archive
111.  ad_account_user_banhammer_inc_archive
112.  ad_account_user_preharm_banhammer_inc_archive
113.  ad_account_validation_failure_inc_archive
114.  ad_aem_gt_debiaser_validation_inc_archive
115.  ad_aggregated_imps_filtered_rc_inc_archive
116.  ad_archive_alacorn_query_inc_archive
117.  ad_archive_keyword_validation_inc_archive
118.  ad_archive_typeahead_inc_archive
119.  ad_async_engine_original_exceptions_inc_archive
120.  ad_async_event_processor_inc_archive
121.  ad_async_execution_engine_event_inc_archive
122.  ad_async_execution_engine_event_unittest_inc_archive
123.  ad_async_post_processing_inc_archive
124.  ad_async_post_processing_non_critical_inc_archive
125.  ad_async_post_processing_request_mutation_inc_archive
126.  ad_blocker_detector_imps_inc_archive
127.  ad_blocker_detector_on_feed_imps_inc_archive
128.  ad_break_creator_performance_actions_inc_archive
129.  ad_break_disable_reasons_inc_archive
130.  ad_break_onboarding_entry_points_impression_inc_archive
131.  ad_break_page_onboarding_inc_archive
132.  ad_break_portal_inc_archive
133.  ad_break_prereview_inc_archive
134.  ad_break_segment_inc_archive
135.  ad_breaks_block_list_mutation_logger_inc_archive
136.  ad_breaks_creator_experiment_inc_archive
137.  ad_breaks_custom_creator_message_inc_archive
138.  ad_breaks_nps_survey_inc_archive
139.  ad_breaks_page_insights_inc_archive
140.  ad_breaks_user_journey_summary_inc_archive
141.  ad_breaks_yield_metrics_inc_archive
142.  ad_builder_inc_archive
143.  ad_campaign_group_budget_proration_debug_inc_archive
144.  ad_campaigns_saved_audience_dissociation_status_inc_archive
145.  ad_click_ip_ua_domain_inc_archive
146.  ad_client_render_events_inc_archive
147.  ad_creation_package_events_inc_archive
148.  ad_creative_attachments_from_object_story_spec_inc_archive
149.  ad_creative_dof_graph_validator_inc_archive
150.  ad_creative_image_download_action_inc_archive

      Highly Confidential – Attorneys' Eyes Only

151. ad_creative_inline_post_creation_inc_archive
152. ad_creative_missing_optimization_type_inc_archive
153. ad_creative_null_action_t_inc_archive
154. ad_creative_optimization_impression_log_inc_archive
155. ad_creative_optimization_log_inc_archive
156. ad_creative_render_object_image_data_verification_inc_archive
157. ad_creative_render_object_log_inc_archive
158. ad_creative_render_object_video_data_verification_inc_archive
159. ad_creative_util_gen_object_inc_archive
160. ad_creative_video_optimization_creative_guardrails_inc_archive
161. ad_creative_video_optimization_inc_archive
162. ad_creative_video_subtitle_optimization_inc_archive
163. ad_creative_website_creative_assets_extraction_log_inc_archive
164. ad_d1_migration_rendering_verification_inc_archive
165. ad_default_value_recommendation_inc_archive
166. ad_delivery_landing_page_view_data_inc_archive
167. ad_delivery_notifications_inc_archive
168. ad_delivery_optimization_cache_log_inc_archive
169. ad_device_has_too_many_users_inc_archive
170. ad_device_idfa_reset_inc_archive
171. ad_device_idfa_reset_uii_only_inc_archive
172. ad_device_registry_exceptions_inc_archive
173. ad_draft_active_error_details_inc_archive
174. ad_draft_delete_non_active_drafts_inc_archive
175. ad_draft_deletion_inc_archive
176. ad_draft_fragment_status_transition_inc_archive
177. ad_draft_publish_process_inc_archive
178. ad_draft_realtime_observer_inc_archive
179. ad_dynamism_rendering_verification_response_inc_archive
180. ad_event_like_mbl_feed_by_position_inc_archive
181. ad_event_like_mbl_feed_top_position_inc_archive
182. ad_feedback_inc_archive
183. ad_feedback_inc_archive
184. ad_feedback_reason_ts_inc_archive
185. ad_group_mutation_integrity_monitor_inc_archive
186. ad_impression_soap_inc_archive
187. ad_infosheet_dev_inc_archive
188. ad_infosheet_inc_archive
189. ad_injection_tool_metrics_inc_archive
190. ad_injection_tool_metrics_unittest_inc_archive
191. ad_inline_comment_inc_archive
192. ad_interface_activity_event_data_merge_inc_archive
193. ad_interface_raw_step_inc_archive
194. ad_interface_tracking_bp_consistency_checker_inc_archive
195. ad_interface_tracking_spec_2_attribution_event_inc_archive
196. ad_interface_tracking_spec_2_raw_conversion_event_inc_archive
197. ad_interface_tracking_spec_2_transaction_debug_inc_archive
198. ad_interface_tracking_spec_best_practice_attribution_event_inc_archive
199. ad_interface_tracking_spec_best_practice_raw_conversion_event_inc_archive
200. ad_interface_tracking_spec_inc_archive
201. ad_interfaces_entrypoint_inc_archive

Highly Confidential – Attorneys' Eyes Only

202. ad_invalidation_inc_archive
203. ad_library_dev_inc_archive
204. ad_library_downloads_inc_archive
205. ad_library_error_inc_archive
206. ad_library_inc_archive
207. ad_library_report_inc_archive
208. ad_library_user_base2
209. ad_limit_page_tool_inc_archive
210. ad_limits_adgroup_funding_page_assoc_inc_archive
211. ad_limits_ads_manager_inc_archive
212. ad_limits_enforcement_inc_archive
213. ad_limits_page_tool_inc_archive
214. ad_limits_scope_id_calculation_inc_archive
215. ad_limits_unit_inc_archive
216. ad_link_editing_pages_inc_archive
217. ad_media_info_inc_archive
218. ad_media_properties_inc_archive
219. ad_metrics_conversions_inc_archive
220. ad_metrics_paid_conversions_organic_raw_inc_archive
221. ad_multicat_pipeline_test_inc_archive
222. ad_network_analytics_query_inc_archive
223. ad_network_bundle_inc_archive
224. ad_network_click_inc_archive
225. ad_network_click_investigation_uii_inc_archive
226. ad_network_clicks_annotated_inc_archive
227. ad_network_convs_annotated_inc_archive
228. ad_network_device_id_to_user_map_inc_archive
229. ad_network_dropped_click_logger_inc_archive
230. ad_network_emails_inc_archive
231. ad_network_events_annotated_inc_archive
232. ad_network_fe_multiple_organizations_inc_archive
233. ad_network_identity_match_inc_archive
234. ad_network_impression_inc_archive
235. ad_network_impression_investigation_uii_inc_archive
236. ad_network_imps_annotated_inc_archive
237. ad_network_request_fraud_inc_archive
238. ad_network_request_fraud_investigation_uii_inc_archive
239. ad_network_request_inc_archive
240. ad_network_request_investigation_uii_inc_archive
241. ad_network_request_price_targets_inc_archive
242. ad_network_test_device_settings_inc_archive
243. ad_network_unified_logging_request_inc_archive
244. ad_network_user_return_inc_archive
245. ad_network_video_inc_archive
246. ad_network_video_investigation_uii_inc_archive
247. ad_network_video_player_state_based_inc_archive
248. ad_network_x_out_inc_archive
249. ad_object_ent_query_shadow_inc_archive
250. ad_pac_internal_adgroup_display_formats_mismatch_log_inc_archive
251. ad_policy_page_feedback_inc_archive
252. ad_policy_page_visits_inc_archive

253.  ad_portable_preview_inc_archive
254.  ad_post_impression_rendering_validation_inc_archive
255.  ad_posts_data_inc_archive
256.  ad_preferences_basic_ads_inc_archive
257.  ad_preferences_control_imp_measurement_inc_archive
258.  ad_preferences_hub_inc_archive
259.  ad_prefiltered_training_data_orc_inc_archive
260.  ad_prefiltered_training_data_proto_canary_inc_archive
261.  ad_preview_creative_optimization_info_inc_archive
262.  ad_preview_dedupe_query_retries_inc_archive
263.  ad_preview_inc_archive
264.  ad_preview_notification_inc_archive
265.  ad_preview_pagelet_controller_inc_archive
266.  ad_preview_performance_debug_details_inc_archive
267.  ad_preview_rendering_error_inc_archive
268.  ad_preview_validation_inc_archive
269.  ad_preview_validation_path_comparison_inc_archive
270.  ad_products_and_feature_func_call_trace_inc_archive
271.  ad_query_inc_archive
272.  ad_relevance_diagnostics_api_scores_inc_archive
273.  ad_rendering_correctness_inc_archive
274.  ad_repetition_violations_inc_archive
275.  ad_report_builder_business_save_report_base2
276.  ad_report_builder_save_report_base2
277.  ad_saved_location_inc_archive
278.  ad_saved_target_spec_status_inc_archive
279.  ad_sds_validator_logger_inc_archive
280.  ad_shadow_mutation_inc_archive
281.  ad_social_context_friend_ordering_inc_archive
282.  ad_social_context_model_prediction_inc_archive
283.  ad_social_context_modeling_eligibility_prediction_inc_archive
284.  ad_social_feedback_assoc_cleanup_inc_archive
285.  ad_study_first_opportunities_inc_archive
286.  ad_study_holdout_opportunities_inc_archive
287.  ad_study_opportunities_balance_inc_archive
288.  ad_study_opportunities_dev_inc_archive
289.  ad_study_opportunities_polled_via_internal_polling_logger_inc_archive
290.  ad_super_resolution_inc_archive
291.  ad_user_group_bidding_events_inc_archive
292.  ad_video_thumbnails_inc_archive
293.  ad_whale_account_inc_archive
294.  ad_xout_support_case_inc_archive
295.  ad_xout_violations_inc_archive
296.  ada_integrity_action_platform_inc_archive
297.  adama_privacy_selector_inc_archive
298.  adaptive_encoding_config_selector_inc_archive
299.  adcali_ai_apple_signal_loss_app_track_conv_apple_ios134above_legacy_inc_archive
300.  adcali_ai_apple_signal_loss_app_track_conv_baseline_legacy_inc_archive
301.  adcali_ai_apple_signal_loss_app_track_conv_non_apple_ios134above_legacy_inc_archive
302.  adcali_ai_oc_apple_ios134above_legacy_inc_archive
303.  adcali_ai_offsite_apple_data_inc_archive

          Highly Confidential – Attorneys' Eyes Only

304. adcali_ai_post_imp_cvr_an_model_with_new_features_inc_archive
305. adcali_features_experimental_data_drop_inc_archive
306. adcali_features_inc_archive
307. adcali_features_logger_inc_archive
308. adcali_features_passthrough_inc_archive
309. adcali_features_passthrough_logger_inc_archive
310. adcali_features_passthrough_v2_logger_inc_archive
311. adcali_features_shadow_inc_archive
312. adcali_input_inc_archive
313. adcali_post_imp_mai_for_aeo_model_inc_archive
314. adcali_product_features_logger_inc_archive
315. adcali_unified_cvr_feed_model_no_bounce_inc_archive
316. adconv_actions_inc_archive
317. adconv_advanced_local_compare_sample_impression_inc_archive
318. adconv_fb_only_scored_alpha_inc_archive
319. adconv_fb_only_scored_dev_inc_archive
320. adconv_fb_only_scored_prod_inc_archive
321. adconv_shop_ranking_purpose_inc_archive
322. adconv_shop_ranking_purpose_test_inc_archive
323. adconv_subscription_adimp_inc_archive
324. adcopy_cross_objective_inc_archive
325. add_assests_with_labels_inc_archive
326. add_to_story_button_inc_archive
327. additional_profile_onboarding_debugger_inc_archive
328. additional_profiles_disabled_features_inc_archive
329. adevent_conversion_core_nonbillable_inc_archive
330. adevent_conversion_core_nonbillable_test_inc_archive
331. adfinder_candidate_sampled_distribution_inc_archive
332. adfinder_crowdsource_features_inc_archive
333. adfinder_ecpm_percentile_inc_archive
334. adfinder_get_unified_request_indexed_inc_archive
335. adfinder_messenger_per_request_inc_archive
336. adfinder_model_system_optimization_inc_archive
337. adfinder_professional_rater_features_inc_archive
338. adgroup_ad_format_inc_archive
339. adgroup_adformat_validation_migration_inc_archive
340. adgroup_creative_action_t_validator_inc_archive
341. adgroup_post_creation_event_inc_archive
342. adgroup_sync_ads_inc_archive
343. adindexer_ctr_none_mbl_home_feed_model_inc_archive
344. adindexer_ctr_sampling_update_model_new_inc_archive
345. adindexer_cvr_with_optout_conv_scc_saw_model_opt_out_df_inc_archive
346. adindexer_frequency_cap_count_inc_archive
347. adlogger_basic_ads_post_click_inc_archive
348. adlogger_basic_ads_post_imp_inc_archive
349. adlogger_consideration_af_partitioned_1_inc_archive
350. adlogger_consideration_ai_partitioned_1_inc_archive
351. adlogger_input_feature_logging_inc_archive
352. adlogger_lite_ctr_feed_inc_archive
353. adlogger_master_dataset_1_inc_archive
354. adlogger_mf_cvr_models_inc_archive

Highly Confidential – Attorneys' Eyes Only

355.   adlogger_output_feature_logging_inc_archive
356.   adlogger_post_click_partitioned_1_inc_archive
357.   adlogger_post_click_partitioned_2_inc_archive
358.   adlogger_post_click_partitioned_3_inc_archive
359.   adlogger_post_click_partitioned_4_inc_archive
360.   adlogger_post_imp_partitioned_10_inc_archive
361.   adlogger_post_imp_partitioned_11_inc_archive
362.   adlogger_post_imp_partitioned_12_inc_archive
363.   adlogger_post_imp_partitioned_13_inc_archive
364.   adlogger_post_imp_partitioned_18_inc_archive
365.   adlogger_post_imp_partitioned_19_inc_archive
366.   adlogger_post_imp_partitioned_1_inc_archive
367.   adlogger_post_imp_partitioned_20_inc_archive
368.   adlogger_post_imp_partitioned_21_inc_archive
369.   adlogger_post_imp_partitioned_26_inc_archive
370.   adlogger_post_imp_partitioned_2_inc_archive
371.   adlogger_post_imp_partitioned_31_inc_archive
372.   adlogger_post_imp_partitioned_32_inc_archive
373.   adlogger_post_imp_partitioned_33_inc_archive
374.   adlogger_post_imp_partitioned_34_inc_archive
375.   adlogger_post_imp_partitioned_35_inc_archive
376.   adlogger_post_imp_partitioned_36_inc_archive
377.   adlogger_post_imp_partitioned_37_inc_archive
378.   adlogger_post_imp_partitioned_38_inc_archive
379.   adlogger_post_imp_partitioned_39_inc_archive
380.   adlogger_post_imp_partitioned_40_inc_archive
381.   adlogger_post_imp_partitioned_42_inc_archive
382.   adlogger_post_imp_partitioned_44_inc_archive
383.   adlogger_post_imp_partitioned_46_inc_archive
384.   adlogger_post_imp_partitioned_48_inc_archive
385.   adlogger_post_imp_partitioned_49_inc_archive
386.   adlogger_post_imp_partitioned_50_inc_archive
387.   adlogger_post_imp_partitioned_51_inc_archive
388.   adlogger_post_imp_partitioned_52_inc_archive
389.   adlogger_post_imp_partitioned_53_inc_archive
390.   adlogger_post_imp_partitioned_54_inc_archive
391.   adlogger_post_imp_partitioned_55_inc_archive
392.   adlogger_post_imp_partitioned_5_inc_archive
393.   adlogger_post_imp_partitioned_6_inc_archive
394.   adlogger_post_imp_partitioned_8_inc_archive
395.   adlogger_post_imp_partitioned_9_inc_archive
396.   adlookalike_events_inc_archive
397.   admarket_basic_ads_user_profile_delta_inc_archive
398.   admarket_bison_evaluation_log_inc_archive
399.   admarket_data_migration_consistency_inc_archive
400.   admarket_data_migration_loader_inc_archive
401.   admarket_data_migration_mutation_inc_archive
402.   admarket_db_lookup_inc_archive
403.   admarketdb_locking_inc_archive
404.   admin_contact_form_inc_archive
405.   admin_edit_waterfall_inc_archive

Highly Confidential – Attorneys' Eyes Only

406.  admin_object_action_inc_archive
407.  admin_object_action_reversal_inc_archive
408.  admin_object_action_taker_inc_archive
409.  admin_place_content_raw_scribe_inc_archive
410.  admin_proposals_logging_inc_archive
411.  admin_records_for_enforced_apps_inc_archive
412.  administered_viewer_context_generation_error_inc_archive
413.  administrative_accounts_inc_archive
414.  adminless_viewer_context_inc_archive
415.  admonitor_conversions_lite_by_admarket_id_inc_archive
416.  admonitor_imps_lite_by_admarket_id_inc_archive
417.  admonitor_imps_lite_by_admarket_id_staging_inc_archive
418.  adnw_request_blocklist_violations_inc_archive
419.  adpro_data_type_from_db_inc_archive
420.  adpro_target_spec_hash_value_different_error_inc_archive
421.  adpublisher_post_imp_cvr_model_with_attention_incl_an_pos_filter_inc_archive
422.  adquery_entql_plan_consistency_checker_inc_archive
423.  ads_account_mutator_inc_archive
424.  ads_account_prisk_feature_store_generator_schema_inc_archive
425.  ads_action_history_inc_archive
426.  ads_activity_endpoint_usage_inc_archive
427.  ads_activity_log_calypso_client_inc_archive
428.  ads_activity_log_hidden_user_inc_archive
429.  ads_activity_log_observer_inc_archive
430.  ads_activity_log_usage_inc_archive
431.  ads_activity_log_with_hash_inc_archive
432.  ads_ad_preview_inc_archive
433.  ads_adcreative_text_liquidity_inc_archive
434.  ads_agp_ent_best_practice_history_inc_archive
435.  ads_agp_experiment_inc_archive
436.  ads_all_facebook_employees_inc_archive
437.  ads_alpha_ad_objects_duplication_and_sync_inc_archive
438.  ads_alpha_test_platform_inc_archive
439.  ads_api_ad_copies_inc_archive
440.  ads_api_adgroups_traces_inc_archive
441.  ads_api_campaign_groups_traces_inc_archive
442.  ads_api_campaigns_traces_inc_archive
443.  ads_api_creatives_traces_inc_archive
444.  ads_api_detail_inc_archive
445.  ads_api_detail_sb_inc_archive
446.  ads_api_detail_unittest_inc_archive
447.  ads_api_draft_edge_usage_inc_archive
448.  ads_api_multiple_posts_in_tracking_specs_inc_archive
449.  ads_api_social_feedback_cleanup_ad_fix_inc_archive
450.  ads_api_social_feedback_delegation_inc_archive
451.  ads_app_capabilities_inc_archive
452.  ads_archive_api_details_inc_archive
453.  ads_asa_advertiser_test_inc_archive
454.  ads_async_execution_results_inc_archive
455.  ads_batch_deletion_details_inc_archive
456.  ads_batch_deletion_details_sii_offsite_inc_archive

Highly Confidential – Attorneys' Eyes Only

457.   ads_billing_email_inc_archive
458.   ads_buc_rate_limit_inc_archive
459.   ads_bug_report_events_inc_archive
460.   ads_bulk_fix_inc_archive
461.   ads_business_badge_random_traffic_inc_archive
462.   ads_business_publisher_list_download_inc_archive
463.   ads_business_questionnaire_inc_archive
464.   ads_buying_exceptions_inc_archive
465.   ads_buying_service_hits_inc_archive
466.   ads_buying_service_rate_limiter_inc_archive
467.   ads_campaign_manager_new_inc_archive
468.   ads_casd_validation_inc_archive
469.   ads_cbo_zero_conversion_prediction_inc_archive
470.   ads_collection_creation_data_inc_archive
471.   ads_collection_qualities_inc_archive
472.   ads_compromise_action_inc_archive
473.   ads_consent_value_engagement_inc_archive
474.   ads_conversion_traffic_inc_archive
475.   ads_coupon_balance_reminder_inc_archive
476.   ads_coupon_eligibility_inc_archive
477.   ads_coupon_promotion_events_inc_archive
478.   ads_creation_post_creation_time_inc_archive
479.   ads_creative_dynamism_asset_feature_inc_archive
480.   ads_creative_dynamism_asset_feature_unittest_inc_archive
481.   ads_creative_dynamism_debug_inc_archive
482.   ads_creative_dynamism_scale_test_metrics_inc_archive
483.   ads_creative_pending_dependency_inc_archive
484.   ads_creative_photo_download_trace_inc_archive
485.   ads_creative_reuse_inc_archive
486.   ads_custom_audience_customer_file_source_inc_archive
487.   ads_custom_audience_user_level_tos_acceptance_inc_archive
488.   ads_custom_data_event_partitioned_inc_archive
489.   ads_custom_data_event_partitioned_with_user_location_inc_archive
490.   ads_data_set_event_matcher_multi_candidates_inc_archive
491.   ads_data_set_matched_events_table_inc_archive
492.   ads_data_set_offline_tailed_events_hive_inc_archive
493.   ads_data_set_prematch_events_table_inc_archive
494.   ads_dco_image_cortex_log_inc_archive
495.   ads_debugging_data_inc_archive
496.   ads_delivery_column_event_v2_inc_archive
497.   ads_delivery_column_events_inc_archive
498.   ads_delivery_consideration_data_by_admarket_id_offline_inc_archive
499.   ads_delivery_dashboard_api_details_inc_archive
500.   ads_delivery_full_funnel_inc_archive
501.   ads_delivery_growth_events_inc_archive
502.   ads_delivery_insights_bid_strategy_migration_inc_archive
503.   ads_delivery_insights_inc_archive
504.   ads_delivery_insights_learning_stage_inc_archive
505.   ads_delivery_intelligence_decision_qe_exposure_inc_archive
506.   ads_delivery_learning_stage_inc_archive
507.   ads_delivery_learning_stage_verification_inc_archive

Highly Confidential – Attorneys' Eyes Only

508. ads_delivery_outcome_prediction_survey_inc_archive
509. ads_delivery_performance_guidance_h2_composite_qe_exposure_inc_archive
510. ads_delivery_status_api_details_inc_archive
511. ads_delivery_thrift_comparison_inc_archive
512. ads_delivery_view_api_details_inc_archive
513. ads_delivery_www_events_inc_archive
514. ads_delivery_zero_conversion_online_prediction_features_inc_archive
515. ads_detailed_targeting_option_load_failures_inc_archive
516. ads_domain_permission_inc_archive
517. ads_dpa_carousal_description_all_traffic_inc_archive
518. ads_draft_fragment_validation_exceptions_inc_archive
519. ads_draft_publish_inc_archive
520. ads_draft_streamlined_publish_inc_archive
521. ads_draft_streamlined_publish_unittest_inc_archive
522. ads_e2e_events_inc_archive
523. ads_ent_mutation_inc_archive
524. ads_ent_mutation_sb_inc_archive
525. ads_entql_inc_archive
526. ads_escalations_inc_archive
527. ads_excel_addin_inc_archive
528. ads_experience_tool_inc_archive
529. ads_experiments_augmented_inc_archive
530. ads_experiments_funnel_v1_inc_archive
531. ads_experiments_funnel_v1_inc_archive
532. ads_feature_prediction_time_logging_inc_archive
533. ads_feature_predictor_logging_inc_archive
534. ads_feedback_interface_inc_archive
535. ads_feedback_interface_reliability_inc_archive
536. ads_feedback_signals_inc_archive
537. ads_flytrap_inc_archive
538. ads_gating_fraud_ip_dev_inc_archive
539. ads_gating_fraud_ip_inc_archive
540. ads_geo_coding_results_inc_archive
541. ads_geo_targeting_user_report_inc_archive
542. ads_gk_cache_inc_archive
543. ads_gk_stats_inc_archive
544. ads_growth_lax_suggested_posts_events_inc_archive
545. ads_growth_quick_ads_inc_archive
546. ads_growth_triggered_scheduler_events_inc_archive
547. ads_guidance_feedback_activity_inc_archive
548. ads_help_tray_embedding_search_event_inc_archive
549. ads_help_tray_inc_archive
550. ads_help_tray_non_user_interaction_inc_archive
551. ads_iab_user_survey_inc_archive
552. ads_idd_inc_archive
553. ads_identity_high_freq_user_inc_archive
554. ads_ids_single_issue_detection_info_inc_archive
555. ads_impression_vpvd_inc_archive
556. ads_incubator_inc_archive
557. ads_inline_comment_all_traffic_inc_archive
558. ads_inline_comment_and_image_filtering_all_traffic_inc_archive

          Highly Confidential – Attorneys' Eyes Only

559.  ads_inline_comment_and_social_context_all_traffic_inc_archive
560.  ads_inline_comment_and_thumbnail_all_traffic_inc_archive
561.  ads_insights_async_detail_inc_archive
562.  ads_insights_detail_inc_archive
563.  ads_insights_new_platform_inc_archive
564.  ads_insights_spend_client_inc_archive
565.  ads_insights_waterfall_inc_archive
566.  ads_insights_x_account_api_dev_inc_archive
567.  ads_insights_x_account_api_inc_archive
568.  ads_integrity_api_decision_inc_archive
569.  ads_integrity_ato_inc_archive
570.  ads_integrity_realtimeish_inc_archive
571.  ads_integrity_rtr_image_inc_archive
572.  ads_intelligent_component_inc_archive
573.  ads_intelligent_component_server_latency_inc_archive
574.  ads_intent_aggregator_zippydb_tracking_inc_archive
575.  ads_interface_creative_fields_loading_inc_archive
576.  ads_interfaces_event_locations_inc_archive
577.  ads_interfaces_field_usage_inc_archive
578.  ads_interfaces_iterative_split_test_inc_archive
579.  ads_interfaces_predicted_outcomes_inc_archive
580.  ads_interfaces_predicted_outcomes_inc_archive
581.  ads_interfaces_split_test_error_inc_archive
582.  ads_interfaces_split_test_error_inc_archive
583.  ads_interfaces_split_test_inc_archive
584.  ads_interfaces_split_test_inc_archive
585.  ads_invalid_split_test_logger_inc_archive
586.  ads_invalid_split_test_logger_inc_archive
587.  ads_iterative_split_test_notifications_inc_archive
588.  ads_javascript_error_inc_archive
589.  ads_landing_page_pixels_api_validation_inc_archive
590.  ads_lead_gen_form_builder_inc_archive
591.  ads_light_weight_negative_feedback_inc_archive
592.  ads_location_typeahead_inc_archive
593.  ads_login_as_inc_archive
594.  ads_lpp_down_funnel_all_prod_traffics_inc_archive
595.  ads_lpp_primary_text_line_num_social_context_all_traffic_inc_archive
596.  ads_lpp_up_funnel_all_prod_traffics_inc_archive
597.  ads_lwi_coupon_inc_archive
598.  ads_lwi_failstates_inc_archive
599.  ads_lwi_intelligence_inc_archive
600.  ads_lwi_post_eligibility_status_inc_archive
601.  ads_lwi_questionnaire_inc_archive
602.  ads_lwnf_follow_up_feedback_inc_archive
603.  ads_manager_api_detail_inc_archive
604.  ads_manager_api_detail_unittest_inc_archive
605.  ads_manager_auto_logging_inc_archive
606.  ads_manager_events_inc_archive
607.  ads_market_dynamics_www_debug_inc_archive
608.  ads_mastercook_events_inc_archive
609.  ads_metrics_shadow_validation_inc_archive

          Highly Confidential – Attorneys' Eyes Only

610. ads_midflight_budget_limited_recommendation_inc_archive
611. ads_midflight_creative_fatigue_recommendation_inc_archive
612. ads_midflight_dead_link_recommendation_inc_archive
613. ads_midflight_learning_stage_prediction_inc_archive
614. ads_midflight_recommendation_api_details_inc_archive
615. ads_midflight_recommendation_lift_estimation_details_inc_archive
616. ads_mutation_omni_viewer_context_inc_archive
617. ads_nielsen_ip_geo_prediction_empty_ip_inc_archive
618. ads_oba_events_inc_archive
619. ads_object_run_status_inc_archive
620. ads_odax_generic_debugging_inc_archive
621. ads_offline_conversion_api_logger_inc_archive
622. ads_offline_e2e_funnel_growth_reminder_inc_archive
623. ads_offline_event_data_set_block_vanilla_employee_access_inc_archive
624. ads_offline_event_data_set_manual_upload_reminder_inc_archive
625. ads_offsite_conversion_tracking_inc_archive
626. ads_partner_integration_api_log_inc_archive
627. ads_partner_tool_inc_archive
628. ads_pause_invalid_inc_archive
629. ads_paused_on_invalid_ent_inc_archive
630. ads_payment_cycles_inc_archive
631. ads_payment_holdout_h2_inc_archive
632. ads_payment_infra_reliability_inc_archive
633. ads_payments_deny_if_pfs_is_tricky_bin_inc_archive
634. ads_payments_flows_inc_archive
635. ads_payments_infra_inc_archive
636. ads_payments_latency_inc_archive
637. ads_payments_support_flows_inc_archive
638. ads_payments_transaction_pdf_inc_archive
639. ads_pe_import_inc_archive
640. ads_permission_usage_inc_archive
641. ads_pixel_default_track_event_inc_archive
642. ads_pixel_degraded_service_inc_archive
643. ads_pixel_share_history_inc_archive
644. ads_pixel_traffic_inc_archive
645. ads_pixel_traffic_onsite_inc_archive
646. ads_pixel_traffic_ppf_shadow_inc_archive
647. ads_pixel_traffic_uii_only_inc_archive
648. ads_pixel_user_feedback_inc_archive
649. ads_planner_inc_archive
650. ads_planner_plans_inc_archive
651. ads_post_campaign_publisher_list_download_inc_archive
652. ads_post_creation_event_lifecycle_inc_archive
653. ads_precompute_ranking_volatility_inc_archive
654. ads_precompute_scheduler_inc_archive
655. ads_preflight_high_cost_front_end_inc_archive
656. ads_preflight_recommendation_api_details_inc_archive
657. ads_preview_without_permission_inc_archive
658. ads_primary_text_all_traffics_inc_archive
659. ads_product_platform_ad_account_feature_eligibility_check_inc_archive
660. ads_publish_performance_inc_archive

   Highly Confidential – Attorneys' Eyes Only

661. ads_pubx_backend_events_inc_archive
662. ads_pubx_events_inc_archive
663. ads_ql_client_inc_archive
664. ads_ql_global_inc_archive
665. ads_ql_inc_archive
666. ads_quality_score_delivery_insights_inc_archive
667. ads_quality_score_inc_archive
668. ads_rack_qrt_dynamic_segment_level_invalidations_inc_archive
669. ads_ranking_model_push_action_inc_archive
670. ads_reach_estimate_inc_archive
671. ads_rendering_validator_auxiliary_inc_archive
672. ads_report_builder_api_details_inc_archive
673. ads_report_builder_async_details_inc_archive
674. ads_report_builder_validation_export_id_inc_archive
675. ads_report_builder_x_account_validation_inc_archive
676. ads_reporting_impression_refund_delivery_inc_archive
677. ads_rights_manager_trademark_searches_inc_archive
678. ads_risky_country_enforcement_inc_archive
679. ads_routing_segmentation_inc_archive
680. ads_saved_audience_inc_archive
681. ads_screen_capture_evaluation_inc_archive
682. ads_screen_capture_inc_archive
683. ads_screening_tool_action_stats_v2_inc_archive
684. ads_shadow_traffic_validation_inc_archive
685. ads_show_in_feed_check_inc_archive
686. ads_signal_diagnostic_issue_health_inc_archive
687. ads_signal_diagnostic_issue_inc_archive
688. ads_signals_share_diagnostics_inc_archive
689. ads_sk_an_bucket_reallocation_inc_archive
690. ads_social_context_all_traffic_inc_archive
691. ads_social_context_ctr_impression_all_inc_archive
692. ads_social_context_ctr_impression_all_opt_out_clustered_inc_archive
693. ads_social_context_ctr_impression_random_inc_archive
694. ads_social_context_ctr_impression_random_opt_out_clustered_inc_archive
695. ads_social_context_ctr_impression_random_v2_inc_archive
696. ads_social_context_ctr_impression_random_v3_inc_archive
697. ads_social_context_ctr_impression_random_v4_inc_archive
698. ads_social_context_ctr_impression_random_v5_inc_archive
699. ads_social_context_oc_impression_random_inc_archive
700. ads_split_test_notification_inc_archive
701. ads_split_test_report_exception_log_inc_archive
702. ads_split_test_winner_zippydb_adsatlas_log_inc_archive
703. ads_sto_quality_checks_inc_archive
704. ads_structured_offers_v2_inc_archive
705. ads_syd_redirection_controller_inc_archive
706. ads_tao_migration_inc_archive
707. ads_targeting_dfca_logger_inc_archive
708. ads_targeting_dfca_replace_logger_inc_archive
709. ads_targeting_generic_logger_inc_archive
710. ads_targeting_interests_recommendation_inc_archive
711. ads_targeting_review_object_failure_inc_archive

Highly Confidential – Attorneys' Eyes Only

712.   ads_text_auglogger_inc_archive
713.   ads_text_suggestions_api_logger_inc_archive
714.   ads_tracking_status_falco_event_inc_archive
715.   ads_training_data_cli_output_inc_archive
716.   ads_transparency_dfca_optout_inc_archive
717.   ads_transparency_diagnostics_inc_archive
718.   ads_transparency_inc_archive
719.   ads_transparency_report_ad_inc_archive
720.   ads_transparency_survey_inc_archive
721.   ads_transparency_waist_dapl_inc_archive
722.   ads_transparency_waist_inc_archive
723.   ads_transparency_xouts_inc_archive
724.   ads_traveller_information_inc_archive
725.   ads_uca_creative_request_inc_archive
726.   ads_unified_ad_account_creation_inc_archive
727.   ads_volume_inc_archive
728.   ads_xcontroller_detail_inc_archive
729.   ads_xcontroller_detail_unittest_inc_archive
730.   ads_xdb_tao_data_transfer_log_inc_archive
731.   ads_xdb_tao_draft_sync_log_inc_archive
732.   ads_xout_inc_archive
733.   ads_zero_conversion_specific_guidance_prediction_inc_archive
734.   advanced_analytics_client_events_inc_archive
735.   advanced_analytics_server_response_inc_archive
736.   advanced_analytics_terms_logs_inc_archive
737.   advertiser_activity_events_inc_archive
738.   advertiser_compromise_experiment_log_inc_archive
739.   advertiser_feature_generation_inc_archive
740.   advertiser_guidance_tip_metrics_inc_archive
741.   advertiser_guidance_unified_notification_channel_inc_archive
742.   advertiser_issue_events_inc_archive
743.   advertiser_issue_validation_inc_archive
744.   advertiser_positive_tiering_events_inc_archive
745.   advertiser_reputation_inc_archive
746.   advertiser_support_notification_events_inc_archive
747.   advertiser_trust_tiering_client_inc_archive
748.   advertiser_trust_tiering_quarantine_event_inc_archive
749.   advertiser_trust_tiering_rules_inc_archive
750.   advertising_restriction_info_inc_archive
751.   aec_application_mutations_inc_archive
752.   aec_auto_approval_inc_archive
753.   aem_conversion_bits_activity_inc_archive
754.   aem_simulator_traffic_inc_archive
755.   aep_lift_population_update_alpha_inc_archive
756.   aep_lift_population_update_canary_inc_archive
757.   aep_lift_population_update_experimental_inc_archive
758.   aep_lift_population_update_inc_archive
759.   afc_exception_inc_archive
760.   afc_internal_tool_inc_archive
761.   affiliate_platform_creator_events_inc_archive
762.   afx_blackhole_flow_event_inc_archive

763.  afx_flow_cms_content_inc_archive
764.  ag_help_articles_inc_archive
765.  ag_nudge_model_score_inc_archive
766.  aggregated_alert_notif_inc_archive
767.  aggregator_nebula_request_tracer_inc_archive
768.  ags_nfc_online_features_inc_archive
769.  ags_objective_ranking_model_scores_inc_archive
770.  ags_page_intent_model_scores_inc_archive
771.  ags_post_user_intent_model_scores_inc_archive
772.  ags_ranking_model_scores_inc_archive
773.  ai_product_detection_service_exc_logs_inc_archive
774.  ai_product_rec_service_results_inc_archive
775.  ai_product_video_rec_service_results_inc_archive
776.  aidi_events_inc_archive
777.  aig_api_usage_inc_archive
778.  aig_ent_history_inc_archive
779.  aig_exception_inc_archive
780.  akkio_user_region_data_inc_archive
781.  al_complex_selection_failures_inc_archive
782.  al_double_check_settings_inc_archive
783.  album_container_android_actions_inc_archive
784.  album_container_ios_actions_inc_archive
785.  album_friend_tagged_in_photo_inc_archive
786.  ale_appeal_contact_form_inc_archive
787.  ale_async_actions_inc_archive
788.  ale_hub_entry_inc_archive
789.  alite_non_allowlisted_interface_usage_inc_archive
790.  alite_path_url_mutation_inc_archive
791.  all_app_activity_install_events_inc_archive
792.  all_application_mmp_auditing_inc_archive
793.  all_identity_results_inc_archive
794.  all_the_requests_employees_inc_archive
795.  all_the_requests_experiment_sample_inc_archive
796.  all_the_requests_for_some_endpoints_inc_archive
797.  all_the_requests_logged_in_api_fb4a_inc_archive
798.  all_the_requests_logged_in_api_other_inc_archive
799.  all_the_requests_logged_in_web_inc_archive
800.  all_the_requests_logged_out_inc_archive
801.  all_the_requests_logged_out_ip_sample_inc_archive
802.  all_the_requests_random_sample_inc_archive
803.  all_the_requests_red_teams_inc_archive
804.  all_the_requests_user_sample_inc_archive
805.  all_users_no_code_acdc_properties_inc_archive
806.  allow_if_sender_is_ig_msg_user_rule_inc_archive
807.  alt_pay_routing_inc_archive
808.  am_tabular_api_perf_details_inc_archive
809.  ama_consumption_logging_inc_archive
810.  an_bidding_api_call_inc_archive
811.  an_bidding_bids_annotated_inc_archive
812.  an_bidding_impressions_annotated_inc_archive
813.  an_bidding_requests_annotated_inc_archive

Highly Confidential – Attorneys' Eyes Only

814.  an_bidding_returned_bids_inc_archive
815.  an_bidding_wins_annotated_inc_archive
816.  an_direct_events_inc_archive
817.  an_direct_publisher_tracker_inc_archive
818.  an_prefetch_score_hive_inc_archive
819.  an_psm_automated_checklist_inc_archive
820.  an_sk_ad_network_metadata_inc_archive
821.  analytics_notebook_portal_usage_raw_inc_archive
822.  analytics_people_insights_custom_audience_loader_inc_archive
823.  android_apk_testing_exposure_inc_archive
824.  android_apk_testing_exposure_shadow_inc_archive
825.  android_apk_testing_exposure_source_inc_archive
826.  android_apk_testing_raw_exposures_inc_archive
827.  android_background_location_platform_event_inc_archive
828.  android_camera_shortcut_waterfall_inc_archive
829.  android_cold_starts_fb4a_persistent_inc_archive
830.  android_facecast_announcement_event_inc_archive
831.  android_facecast_endscreen_event_inc_archive
832.  android_heap_large_objects_inc_archive
833.  android_heap_profile_uploads_inc_archive
834.  android_henosis_event_inc_archive
835.  android_in_app_purchase_shadow_validation_insights_inc_archive
836.  android_live_video_create_mutation_result_event_inc_archive
837.  android_live_wallpaper_error_inc_archive
838.  android_live_wallpaper_event_inc_archive
839.  android_live_wallpaper_start_switch_inc_archive
840.  android_ls_login_nux_filtering_inc_archive
841.  android_messenger_cache_db_consistency_inc_archive
842.  android_messenger_db_delta_event_inc_archive
843.  android_messenger_db_server_consistency_inc_archive
844.  android_messenger_entrypoint_click_inc_archive
845.  android_messenger_failed_fetch_inc_archive
846.  android_messenger_fetch_thread_location_event_inc_archive
847.  android_messenger_inbox_open_thread_hive_inc_archive
848.  android_messenger_inbox_threads_prefetch_hive_inc_archive
849.  android_messenger_photoviewer_ats_inc_archive
850.  android_messenger_sync_latency_inc_archive
851.  android_messenger_view_image_dimension_inc_archive
852.  android_mgeoapi_module_internal_use_inc_archive
853.  android_mgeoapi_module_use_inc_archive
854.  android_msgr_notif_sys_inc_archive
855.  android_msgr_notification_error_report_inc_archive
856.  android_notification_channel_user_action_inc_archive
857.  android_orca_notif_sys_inc_archive
858.  android_power_app_wakeup_attribution_inc_archive
859.  android_power_cpu_thread_attribution_inc_archive
860.  android_power_disk_attribution_inc_archive
861.  android_power_liger_http_attribution_inc_archive
862.  android_power_liger_mqtt_attribution_inc_archive
863.  android_power_metrics_inc_archive
864.  android_power_wakelock_attribution_inc_archive

          Highly Confidential – Attorneys' Eyes Only

865.   android_rage_shake_detected_inc_archive
866.   android_screen_recorder_inc_archive
867.   android_security_deeplink_handler_blacklisted_deeplink_inc_archive
868.   android_security_fb4a_intent_logging_inc_archive
869.   android_security_fb4a_intent_with_redirect_uri_inc_archive
870.   android_security_fb4a_killed_intent_logging_inc_archive
871.   android_tr_pipeline_qpl_inc_archive
872.   android_universal_install_link_inc_archive
873.   android_video_available_qualities_inc_archive
874.   android_video_available_qualities_v2_inc_archive
875.   android_video_bandwidth_estimation_inc_archive
876.   android_video_stall_detail_logging_inc_archive
877.   android_video_vod_playback_inc_archive
878.   anomaly_detection_request_debug_info_inc_archive
879.   anomaly_detection_survey_inc_archive
880.   aoc_action_logging_inc_archive
881.   aoc_error_inc_archive
882.   ap_follow_profile_notif_inc_archive
883.   api_cross_app_access_inc_archive
884.   api_cross_user_data_access_inc_archive
885.   api_error_details_inc_archive
886.   api_error_details_inc_archive
887.   api_error_details_sii_offsite_inc_archive
888.   api_hits_ads_inc_archive
889.   api_hits_ads_sb_inc_archive
890.   api_hits_ads_sii_offsite_inc_archive
891.   api_hits_from_maybe_server_only_users_inc_archive
892.   api_hits_mobile_inc_archive
893.   api_hits_mobile_query_text_sample_inc_archive
894.   api_hits_www_inc_archive
895.   api_hits_www_inc_archive
896.   api_hits_www_offsite_pages_eii_inc_archive
897.   api_hits_www_offsite_self_target_inc_archive
898.   api_hits_www_offsite_users_inc_archive
899.   api_product_bundle_events_inc_archive
900.   api_public_profile_call_sites_inc_archive
901.   api_session_no_confidence_inc_archive
902.   api_tokenless_user_node_read_inc_archive
903.   api_un_tosed_user_data_access_inc_archive
904.   api_xfn_review_tooling_inc_archive
905.   app_ad_constraints_inc_archive
906.   app_admin_migration_inc_archive
907.   app_admin_power_search_inc_archive
908.   app_aem_campaign_bits_encoding_logger_inc_archive
909.   app_aem_deeplink_debugger_inc_archive
910.   app_aem_impression_flow_inc_archive
911.   app_asset_upload_inc_archive
912.   app_bundle_trust_tiering_rules_inc_archive
913.   app_capabilities_migration_consistency_inc_archive
914.   app_enforcement_record_inc_archive
915.   app_event_subscription_insights_inc_archive

Highly Confidential – Attorneys' Eyes Only

916. app_events_clear_history_analysis_inc_archive
917. app_events_duplicates_inc_archive
918. app_events_inc_archive
919. app_events_internal_call_waterfall_inc_archive
920. app_events_matching_inc_archive
921. app_events_operation_inc_archive
922. app_events_pii_matching_inc_archive
923. app_events_ppf_shadow_inc_archive
924. app_events_unsampled_waterfall_inc_archive
925. app_events_waterfall_inc_archive
926. app_identification_inc_archive
927. app_installations_inc_archive
928. app_locale_switches_inc_archive
929. app_new_install_inc_archive
930. app_owned_url_block_inc_archive
931. app_post_review_property_change_inc_archive
932. app_review_biz_verification_mutation_inc_archive
933. app_review_biz_verify_ui_inc_archive
934. app_review_case_changes_inc_archive
935. app_review_items_inc_archive
936. app_review_live_chat_support_inc_archive
937. app_roles_history_inc_archive
938. app_self_certification_enforcement_record_ent_history_inc_archive
939. app_session_summary_inc_archive
940. app_skan_settings_inc_archive
941. app_state_uig_only_inc_archive
942. app_store_selector_requests_inc_archive
943. app_submission_ent_history_inc_archive
944. app_submission_tier_inc_archive
945. app_suggested_events_inc_archive
946. appeal_enrollment_status_inc_archive
947. applet_events_inc_archive
948. applet_mutations_inc_archive
949. applet_sdk_event_inc_archive
950. application_activity_custom_events_inc_archive
951. application_activity_deferred_deep_links_inc_archive
952. application_activity_inc_archive
953. application_activity_install_events_inc_archive
954. application_activity_raw_events_uii_only_inc_archive
955. application_app_insights_queries_inc_archive
956. application_clear_history_logger_inc_archive
957. application_deletion_state_change_inc_archive
958. application_direct_install_event_inc_archive
959. application_enforcement_shield_check_inc_archive
960. application_release_fql_accesslog_inc_archive
961. application_user_data_requests_inc_archive
962. applink_navigation_mobile_events_inc_archive
963. applock_set_timeout_events_inc_archive
964. applock_toggle_events_inc_archive
965. applock_unlock_events_inc_archive
966. appmark_badging_notify_inc_archive

          Highly Confidential – Attorneys' Eyes Only

967. approved_machine_inc_archive
968. aps_advertiser_prediction_log_inc_archive
969. aps_events_inc_archive
970. aqp_shops_product_waterfall_inc_archive
971. aqp_shops_request_inc_archive
972. ar_achievements_inc_archive
973. ar_actions_inc_archive
974. ar_ads_backend_health_inc_archive
975. ar_ads_creation_inc_archive
976. ar_ads_earned_media_inc_archive
977. ar_ads_inc_archive
978. ar_ads_www_matcher_inc_archive
979. ar_birthdays_inc_archive
980. ar_collaborations_inc_archive
981. ar_decision_maker_inc_archive
982. ar_delivery_ad_hoc_events_inc_archive
983. ar_delivery_create_downscaled_assets_observer_inc_archive
984. ar_delivery_ml_model_delivery_inc_archive
985. ar_delivery_recompression_observer_inc_archive
986. ar_discovery_effect_rank_inc_archive
987. ar_effect3d_model_inc_archive
988. ar_effect_boosting_inc_archive
989. ar_effect_generated_tags_debug_inc_archive
990. ar_effect_instances_inc_archive
991. ar_effect_networking_capability_usage_inc_archive
992. ar_effect_reporting_inc_archive
993. ar_effect_review_flag_history_inc_archive
994. ar_effect_review_flow_inc_archive
995. ar_effect_seasons_flow_inc_archive
996. ar_effect_seasons_participants_inc_archive
997. ar_effects_review_automation_debug_inc_archive
998. ar_effects_review_automation_exceptions_inc_archive
999. ar_effects_review_automation_performance_inc_archive
1000. ar_escalation_manager_inc_archive
1001. ar_hub_creator_profile_action_inc_archive
1002. ar_hub_creator_profile_consumption_action_inc_archive
1003. ar_hub_gallery_inc_archive
1004. ar_hub_gallery_reliability_inc_archive
1005. ar_hub_marketplace_inc_archive
1006. ar_hub_user_navigation_inc_archive
1007. ar_hub_welcome_checklist_inc_archive
1008. ar_integrity_history_inc_archive
1009. ar_integrity_tags_staging_inc_archive
1010. ar_library_analytics_inc_archive
1011. ar_library_publishing_inc_archive
1012. ar_paxar_user_profile_inc_archive
1013. ar_publishing_reporting_inc_archive
1014. ar_transformer_client_inc_archive
1015. ar_virtual_object_search_inc_archive
1016. arc_reactor_pac_automation_srt_inc_archive
1017. arfx_effect_sessions_inc_archive

      Highly Confidential – Attorneys' Eyes Only

1018. argus_report_query_change_status_inc_archive
1019. armadillo_presence_setting_reset_inc_archive
1020. arp_ad_hoc_inc_archive
1021. article_context_null_state_crowdsource_inc_archive
1022. article_context_wikipedia_api_inc_archive
1023. arvr_family_of_apps_interactions_inc_archive
1024. asid_psid_usage_inc_archive
1025. ask_employee_activities_inc_archive
1026. asp_client_async_request_inc_archive
1027. asp_client_crash_inc_archive
1028. asp_issue_tag_config_inc_archive
1029. asp_javascript_exceptions_inc_archive
1030. asp_relay_query_inc_archive
1031. asp_web_error_boundary_exceptions_dev_inc_archive
1032. asp_web_error_boundary_exceptions_inc_archive
1033. asq_main_rating_news_feed_inc_archive
1034. asr_mediation_client_inc_archive
1035. asr_mediation_service_inc_archive
1036. asset_feed_spec_to_static_creative_spec_conversion_inc_archive
1037. asset_inventory_events_dev_inc_archive
1038. asset_manager_ui_actions_inc_archive
1039. asset_policy_assignment_events_inc_archive
1040. asset_sharing_activity_inc_archive
1041. asset_sharing_activity_unittest_inc_archive
1042. asset_sharing_restriction_inc_archive
1043. assets_highlighting_flow_inc_archive
1044. assistant_owner_id_record_for_did_access_inc_archive
1045. assisted_sticker_comment_inc_archive
1046. assistive_id_heuristics_inc_archive
1047. assistive_identification_inc_archive
1048. astm_sessionlet_classifier_score_inc_archive
1049. async_gen_runner_inc_archive
1050. athens_client_events_inc_archive
1051. athens_server_events_inc_archive
1052. ats_music_promo_inc_archive
1053. attachment_action_link_validation_inc_archive
1054. attachment_db_store_inc_archive
1055. attachment_footer_cta_usage_inc_archive
1056. attachment_media_image_graph_ql_request_inc_archive
1057. attributed_non_billable_conversion_full_inc_archive
1058. attributed_open_application_inc_archive
1059. attribution_id_hierarchy_inc_archive
1060. attribution_id_v2_inc_archive
1061. attribution_info_inc_archive
1062. attribution_wait_time_inc_archive
1063. attribution_window_deprecation_usage_inc_archive
1064. auction_qp_bidding_platform_request_waterfall_inc_archive
1065. auction_qp_hscroll_candidate_generation_debug_inc_archive
1066. auction_qp_model_calibration_events_inc_archive
1067. auction_qp_model_calibrator_inc_archive
1068. auction_qp_pacing_multiplier_estimation_debug_inc_archive

           Highly Confidential – Attorneys' Eyes Only

1069. auction_qp_quality_bid_value_inc_archive
1070. auction_slot_waterfall_canary_inc_archive
1071. auction_slot_waterfall_e2e_inc_archive
1072. auction_slot_waterfall_inc_archive
1073. auction_user_budget_inc_archive
1074. audience_alignment_inc_archive
1075. audience_discrepancies_inc_archive
1076. audience_network_ad_search_inc_archive
1077. audio_home_inc_archive
1078. audio_home_ranking_api_log_inc_archive
1079. audio_library_inc_archive
1080. audio_library_music_artist_creation_inc_archive
1081. audio_library_query_results_inc_archive
1082. audio_listen_session_deltas_inc_archive
1083. audio_ml_uih_long_video_view_event_podcast_inc_archive
1084. audio_room_clc_debug_inc_archive
1085. audio_room_events_inc_archive
1086. audio_room_events_inc_archive
1087. audio_room_integrity_text_classifier_inc_archive
1088. audio_room_server_monitoring_inc_archive
1089. audio_upload_inc_archive
1090. aup_advertiser_activity_system_requests_inc_archive
1091. aura_deletion_request_inc_archive
1092. aura_deletion_request_waterfall_inc_archive
1093. aura_logs_inc_archive
1094. aura_notification_generator_inc_archive
1095. auth_get_session_for_app_inc_archive
1096. authentication_graph_session_trace_inc_archive
1097. authentication_storm_inc_archive
1098. authenticator_inc_archive
1099. authenticity_address_verification_inc_archive
1100. authenticity_ads_delivery_status_inc_archive
1101. authenticity_api_inc_archive
1102. authenticity_autofix_inc_archive
1103. authenticity_bd_enrollment_base2
1104. authenticity_cache_inc_archive
1105. authenticity_commerce_merchant_verification_inc_archive
1106. authenticity_commercial_verification_inc_archive
1107. authenticity_enrollment_inc_archive
1108. authenticity_inc_archive
1109. authenticity_kba_check_inc_archive
1110. authenticity_lob_address_check_feature_maps_inc_archive
1111. authenticity_political_voice_api_inc_archive
1112. authenticity_reauthorize_revoke_inc_archive
1113. authenticity_reauthorize_revoke_inc_archive
1114. authenticity_rule_status_inc_archive
1115. authenticity_seller_verification_inc_archive
1116. authenticity_signal_exception_inc_archive
1117. authenticity_tools_inc_archive
1118. auto_archive_content_inc_archive
1119. auto_archive_settings_inc_archive

Highly Confidential – Attorneys' Eyes Only

1120. auto_close_performance_inc_archive
1121. auto_hidden_from_profile_debug_inc_archive
1122. auto_send_flow_inc_archive
1123. auto_upgrades_inc_archive
1124. automated_ads_auto_boost_inc_archive
1125. automated_extended_credit_inc_archive
1126. automated_holdout_exposures_inc_archive
1127. automated_windowing_inc_archive
1128. automated_windowing_inc_archive
1129. automatic_memorialization_detection_investigation_inc_archive
1130. automatic_memorialization_detection_scores_inc_archive
1131. automatic_shipping_updates_inc_archive
1132. avatar_effect_exceptions_inc_archive
1133. avatar_effect_generation_inc_archive
1134. avatar_feature_gating_inconsistency_inc_archive
1135. avatars_autogen_user_modification_inc_archive
1136. avatars_backend_inc_archive
1137. avatars_backend_scuba_inc_archive
1138. avatars_expressions_ods_inc_archive
1139. aymt_audience_cluster_data_access_inc_archive
1140. aymt_audience_cluster_data_update_inc_archive
1141. aymt_boosted_marketplace_listings_inc_archive
1142. aymt_channel_events_inc_archive
1143. aymt_comet_migration_links_inc_archive
1144. aymt_counter_service_error_log_inc_archive
1145. aymt_email_invalidation_result_inc_archive
1146. aymt_email_unsubscribe_inc_archive
1147. aymt_integrity_source_log_inc_archive
1148. aymt_managed_tip_generation_inc_archive
1149. aymt_news_feed_auction_info_inc_archive
1150. aymt_news_feed_channel_events_inc_archive
1151. aymt_notif_events_inc_archive
1152. aymt_notif_nudge_features_inc_archive
1153. aymt_notification_return_status_inc_archive
1154. aymt_notifs_inc_archive
1155. aymt_pacing_inc_archive
1156. aymt_page_insights_inc_archive
1157. aymt_panel_inc_archive
1158. aymt_safe_rollout_and_review_inc_archive
1159. aymt_sbg_boost_up_link_generator_inc_archive
1160. aymt_scheduled_notification_async_job_inc_archive
1161. aymt_subscribe_messenger_inc_archive
1162. aymt_tip_conversion_events_inc_archive
1163. aymt_tip_events_flatten_inc_archive
1164. aymt_tip_events_inc_archive
1165. aymt_tip_filter_funnel_inc_archive
1166. aymt_tip_model_scores_inc_archive
1167. aymt_tip_notif_book_keeper_events_inc_archive
1168. aymt_tip_push_tracking_inc_archive
1169. aymt_tip_with_hard_link_violation_inc_archive
1170. aymt_wall_time_inc_archive

 Highly Confidential – Attorneys' Eyes Only

1171. b2c_ads_attributed_mli_inc_archive
1172. b2c_ranking_item_creation_inc_archive
1173. backfill_encodes_inc_archive
1174. backfill_tao_metadata_thread_folder_inc_archive
1175. background_location_batch_upload_inc_archive
1176. background_location_collected_ios_inc_archive
1177. background_location_location_request_inc_archive
1178. background_location_location_update_batch_inc_archive
1179. background_location_routine_place_download_inc_archive
1180. background_location_server_write_inc_archive
1181. background_location_setting_refresh_inc_archive
1182. background_location_signal_update_inc_archive
1183. background_location_storage_access_fail_inc_archive
1184. background_location_task_info_inc_archive
1185. background_location_visit_state_change_inc_archive
1186. background_location_wifi_state_changed_inc_archive
1187. background_requests_inc_archive
1188. background_review_events_inc_archive
1189. bad_server_protocol_reg_usl_inc_archive
1190. badge_ctr_predictor_v0_loop_examples_inc_archive
1191. badge_pix_inc_archive
1192. badge_realtime_events_inc_archive
1193. badge_realtime_events_session_view_scribe_inc_archive
1194. badger_inc_archive
1195. bags_page_admin_biz_intent_model_pass_event_inc_archive
1196. bags_page_intent_model_pass_event_inc_archive
1197. bags_pricing_offline_test_inc_archive
1198. banner_ads_viewer_event_inc_archive
1199. banzai_reliability_inc_archive
1200. basic_typeahead_global_inc_archive
1201. batch_api_disallowed_parent_method_hits_inc_archive
1202. batch_contact_async_upload_error_inc_archive
1203. batched_comms_delivery_infra_inc_archive
1204. bc_error_logger_inc_archive
1205. bc_tagging_infra_migration_inc_archive
1206. bcf_real_time_share_feature_audit_inc_archive
1207. bcmp_ent_action_inc_archive
1208. bcmp_insights_query_inc_archive
1209. bcp_cash_log_inc_archive
1210. bcp_hisory_inc_archive
1211. bd_onsite_signals_inc_archive
1212. bd_operation_inc_archive
1213. bd_pdc_signals_inc_archive
1214. bde_ads_request_level_feature_inc_archive
1215. bento_web_events_inc_archive
1216. best_language_prediction_events_inc_archive
1217. best_time_vm_exploration_events_inc_archive
1218. bfa_action_inc_archive
1219. bh_friending_signals_inc_archive
1220. bi_account_quality_appeal_risk_inc_archive
1221. bi_account_quality_inc_archive

Highly Confidential – Attorneys' Eyes Only

1222.   bi_account_quality_mobile_inc_archive
1223.   bi_afc_poc_inc_archive
1224.   bi_amux_event_inc_archive
1225.   bi_appeals_sigma_override_inc_archive
1226.   bi_cloaking_widget_inc_archive
1227.   bi_commerce_reporting_inc_archive
1228.   bi_fanout_actions_inc_archive
1229.   bi_friction_decision_inc_archive
1230.   bi_helpfulness_survey_inc_archive
1231.   bi_human_review_queue_resolver_inc_archive
1232.   bi_ipc_core_inc_archive
1233.   bi_ipc_targeting_dependent_policies_comparison_inc_archive
1234.   bi_notifications_inc_archive
1235.   bi_policy_education_event_inc_archive
1236.   bi_post_disapproval_event_inc_archive
1237.   bi_pre_approval_events_inc_archive
1238.   bi_pre_approval_ui_events_inc_archive
1239.   bi_pre_checker_inc_archive
1240.   bi_pre_checker_landing_page_test_inc_archive
1241.   bi_preapproval_request_review_events_inc_archive
1242.   bi_review_error_inc_archive
1243.   bi_thread_review_sampling_inc_archive
1244.   bi_transparency_api_inc_archive
1245.   bi_unified_event_inc_archive
1246.   billboard_audit_inc_archive
1247.   billboard_inc_archive
1248.   billboard_report_full_inc_archive
1249.   billing_adhoc_backfill_inc_archive
1250.   billing_experience_debug_inc_archive
1251.   billing_interface_debug_inc_archive
1252.   billing_interface_events_inc_archive
1253.   billing_interface_reliability_inc_archive
1254.   billing_interface_surface_events_inc_archive
1255.   billing_interface_surface_reliability_inc_archive
1256.   billing_localization_inc_archive
1257.   billing_support_experience_inc_archive
1258.   bir_biz_inspiration_units_inventory_usage_inc_archive
1259.   birar_sentry_ads_exceptions_inc_archive
1260.   birthday_center_events_inc_archive
1261.   birthday_fundraiser_eligibility_inc_archive
1262.   birthday_migration_events_inc_archive
1263.   bison_backend_leaf_prediction_log_inc_archive
1264.   bison_backend_prediction_log_inc_archive
1265.   bison_delivery_log_inc_archive
1266.   bizapp_deeplink_handle_url_inc_archive
1267.   bizapp_events_inc_archive
1268.   bizapp_home_tab_events_inc_archive
1269.   bizapp_insights_exception_inc_archive
1270.   bizapps_crud_loggings_inc_archive
1271.   bizapps_icp_log_inc_archive
1272.   bizdisco_inc_archive

1273. bizdisco_ranking_inc_archive
1274. bizex_adhoc_inc_archive
1275. bizsuite_notification_tracker_v2_inc_archive
1276. blackbird_data_access_extraction_inc_archive
1277. blackbird_data_access_token_checker_inc_archive
1278. blackbird_data_access_token_operations_inc_archive
1279. blackbird_gsii_messages_inc_archive
1280. blacklist_queries_inc_archive
1281. bladerunner_request_failure_inc_archive
1282. bladerunner_stream_bridge_inc_archive
1283. block_actions_inc_archive
1284. block_invalid_aaa_edit_inc_archive
1285. blogposts_crud_inc_archive
1286. bloks_requests_inc_archive
1287. blood_donation_partner_logging_inc_archive
1288. blood_donation_profile_prompts_loop_examples_inc_archive
1289. blood_donation_profile_prompts_loop_examples_inc_archive
1290. blood_donation_registration_prompt_v2_loop_examples_inc_archive
1291. blue_badge_verification_event_inc_archive
1292. blue_service_execution_events_inc_archive
1293. blue_service_queue_elapsed_time_events_inc_archive
1294. blueprint_website_inc_archive
1295. bm_intern_tool_events_inc_archive
1296. bmi_2fa_adoption_in_business_users_inc_archive
1297. bmx_plugin_offsite_impression_inc_archive
1298. bmx_welcome_message_pre_inc_archive
1299. boe_job_attribute_mapper_inc_archive
1300. bof_seller_inc_archive
1301. book_of_business_permission_token_inc_archive
1302. bookmark_dismiss_inc_archive
1303. bookmark_impressions_mobile_inc_archive
1304. bookmark_see_all_behavior_inc_archive
1305. bookmarks_custom_cache_events_inc_archive
1306. bookmarks_display_info_inc_archive
1307. boost_button_not_rendered_inc_archive
1308. boost_up_shopify_inc_archive
1309. boosted_automated_ads_page_settings_base2
1310. boosted_component_abandonment_tti_inc_archive
1311. boosted_component_async_creation_inc_archive
1312. boosted_component_boost_unavailable_inc_archive
1313. boosted_component_client_exceptions_inc_archive
1314. boosted_component_exceptions_inc_archive
1315. boosted_component_generic_events_inc_archive
1316. boosted_component_inc_archive
1317. boosted_component_mobile_tti_inc_archive
1318. boosted_component_mobile_tti_v2_inc_archive
1319. boosted_component_off_facebook_inc_archive
1320. boosted_component_page_photo_creative_experiment_inc_archive
1321. boosted_component_tti_inc_archive
1322. boosted_component_unsampled_event_inc_archive
1323. boosted_component_validation_inc_archive

Highly Confidential – Attorneys' Eyes Only

1324. boosted_job_post_imp_clk_cvr_mtml_model_inc_archive
1325. boosted_listing_post_imp_clk_cvr_mtml_model_inc_archive
1326. boosted_listings_post_imp_mtml_model_clustered_inc_archive
1327. boosted_marketplace_listing_post_clk_li_rate_model_inc_archive
1328. boosting_live_video_ad_events_inc_archive
1329. bootstrap_result_inc_archive
1330. bop_product_backend_inc_archive
1331. bop_ui_events_inc_archive
1332. bot_detection_ore_features_v2_inc_archive
1333. bottom_jump_pill_clicked_events_inc_archive
1334. bottom_jump_pill_shown_events_inc_archive
1335. bottom_tabs_aggressive_nux_logging_inc_archive
1336. bottomsheet_message_sends_inc_archive
1337. bounce_count_check_inc_archive
1338. bountyhunter_events_inc_archive
1339. box_office_client_inc_archive
1340. boxoffice_events_inc_archive
1341. bps_case_routing_info_inc_archive
1342. bps_case_routing_mapping_inc_archive
1343. brand_awareness_holdout_opportunities_dev_inc_archive
1344. brand_awareness_holdout_opportunities_inc_archive
1345. brand_lift_request_form_ui_interaction_inc_archive
1346. brand_middle_funnel_inc_archive
1347. brand_polling_events_inc_archive
1348. brand_polling_trouble_shooter_usage_inc_archive
1349. brand_polling_validations_inc_archive
1350. brand_safety_block_list_downloads_inc_archive
1351. brand_safety_degraded_services_perf_inc_archive
1352. brand_safety_delivery_report_downloads_inc_archive
1353. brand_safety_fuse_inc_archive
1354. brand_safety_hub_content_filtering_inc_archive
1355. brand_safety_monetization_inc_archive
1356. brand_safety_page_review_inc_archive
1357. brand_safety_ux_events_inc_archive
1358. brand_safety_whitelist_events_inc_archive
1359. branded_content_boost_post_inc_archive
1360. branded_content_enrollment_request_feedback_base2
1361. branded_content_handshake_tool_event_inc_archive
1362. branded_content_legitimacy_inc_archive
1363. branded_content_matching_tool_brand_inc_archive
1364. branded_content_matching_tool_creator_inc_archive
1365. branded_content_post_inc_archive
1366. branded_content_post_info_action_inc_archive
1367. brandlift_poll_exposed_validated_inc_archive
1368. brandlift_poll_holdout_opportunity_validated_inc_archive
1369. breaking_news_events_inc_archive
1370. breakout_room_inc_archive
1371. breakup_inc_archive
1372. brex_io_api_calls_inc_archive
1373. broadcast_operations_history_inc_archive
1374. broadcast_watch_time_prediction_inc_archive

Highly Confidential – Attorneys' Eyes Only

1375. browse_checks_inc_archive
1376. browse_deprecate_timeline_misc_event_inc_archive
1377. browse_error_inc_archive
1378. browse_modules_stats_inc_archive
1379. browse_object_privacy_inc_archive
1380. browse_perf_server_inc_archive
1381. browse_perf_stats_inc_archive
1382. browse_privacy_inc_archive
1383. browse_privacy_rules_inc_archive
1384. browse_query_entity_resolution_inc_archive
1385. browse_search_failure_inc_archive
1386. browse_search_query_inc_archive
1387. browser_extensions_inc_archive
1388. browser_measurement_traffic_debug_inc_archive
1389. browser_metrics_offsite_inc_archive
1390. browser_push_inc_archive
1391. browser_referrals_inc_archive
1392. browser_safe_browsing_actions_inc_archive
1393. brp_exception_logger_inc_archive
1394. brp_generic_item_logger_inc_archive
1395. brp_search_context_reported_items_logger_inc_archive
1396. bsg_activity_inc_archive
1397. bsg_comment_activity_inc_archive
1398. bsg_flow_stats_inc_archive
1399. bsg_retrieval_product_inc_archive
1400. bsg_suspicious_scam_comments_inc_archive
1401. bssid_collection_client_inc_archive
1402. budget_limit_proration_service_inc_archive
1403. buff_online_features_inc_archive
1404. bug_tool_action_events_inc_archive
1405. buggins_inc_archive
1406. bulletin_composer_events_inc_archive
1407. bulletin_exceptions_inc_archive
1408. bulletin_fb_app_events_inc_archive
1409. bulletin_growth_products_events_inc_archive
1410. bulletin_integrity_events_inc_archive
1411. bulletin_ipf_leak_detection_inc_archive
1412. bulletin_jewel_notif_events_inc_archive
1413. bulletin_notif_book_keeper_inc_archive
1414. bulletin_surface_events_inc_archive
1415. bullying_endearment_job_logs_inc_archive
1416. business_activation_inc_archive
1417. business_activity_api_inc_archive
1418. business_ad_account_bad_state_check_inc_archive
1419. business_ad_account_creation_inc_archive
1420. business_ad_account_limit_inc_archive
1421. business_add_people_inc_archive
1422. business_ads_growth_communication_experiences_product_event_inc_archive
1423. business_aggregator_risk_profile_events_inc_archive
1424. business_agreement_logger_inc_archive
1425. business_app_platform_inc_archive

Highly Confidential – Attorneys' Eyes Only

1426. business_app_store_activity_inc_archive
1427. business_asset_indexer_events_inc_archive
1428. business_asset_sharing_agreement_logger_inc_archive
1429. business_automated_response_events_inc_archive
1430. business_comments_inc_archive
1431. business_communication_rl_inc_archive
1432. business_composer_events_inc_archive
1433. business_compromise_event_inc_archive
1434. business_connected_object_with_permitted_users_mutations_inc_archive
1435. business_connected_object_with_permitted_users_mutations_unittest_inc_archive
1436. business_console_events_backend_inc_archive
1437. business_content_preview_inc_archive
1438. business_creation_inc_archive
1439. business_creative_api_details_inc_archive
1440. business_creative_asset_inc_archive
1441. business_cross_app_asset_link_inc_archive
1442. business_customer_satisfaction_events_dev_inc_archive
1443. business_customer_satisfaction_events_inc_archive
1444. business_deletion_steps_inc_archive
1445. business_email_debugger_events_inc_archive
1446. business_email_marketing_events_inc_archive
1447. business_email_require_verification_inc_archive
1448. business_ents_mutation_logs_inc_archive
1449. business_graph_asset_boarding_inc_archive
1450. business_graph_aymc_recommendation_inc_archive
1451. business_graph_business_limit_creation_inc_archive
1452. business_graph_data_consistency_inc_archive
1453. business_graph_instagram_inc_archive
1454. business_graph_logged_user_feedback_inc_archive
1455. business_graph_two_fac_inc_archive
1456. business_home_activity_inc_archive
1457. business_identity_events_inc_archive
1458. business_identity_events_v2_inc_archive
1459. business_identity_exceptions_inc_archive
1460. business_identity_log_inc_archive
1461. business_impersonation_reports_inc_archive
1462. business_inbox_events_dev_inc_archive
1463. business_inbox_events_inc_archive
1464. business_inbox_events_restricted_dev_inc_archive
1465. business_inbox_events_restricted_inc_archive
1466. business_inbox_events_unittest_inc_archive
1467. business_inbox_events_wa_dev_inc_archive
1468. business_inbox_events_wa_inc_archive
1469. business_inbox_igd_migration_validation_logger_inc_archive
1470. business_inbox_internal_logger_inc_archive
1471. business_inbox_notification_events_inc_archive
1472. business_inbox_notification_events_restricted_inc_archive
1473. business_inbox_offsite_events_inc_archive
1474. business_info_center_engagement_events_inc_archive
1475. business_info_center_entry_point_events_inc_archive
1476. business_insights_api_requests_testing_inc_archive

Highly Confidential – Attorneys' Eyes Only

1477. business_insights_audience_insights_risk_inc_archive
1478. business_insights_page_ban_flow_details_inc_archive
1479. business_insights_soft_deletion_inc_archive
1480. business_integrity_appeals_dev_inc_archive
1481. business_integrity_appeals_inc_archive
1482. business_integrity_appeals_v2_inc_archive
1483. business_integrity_business_banhammer_inc_archive
1484. business_integrity_commerce_manager_disapprovals_inc_archive
1485. business_integrity_domain_enforcement_inc_archive
1486. business_integrity_false_positive_inc_archive
1487. business_integrity_ipc_cache_inc_archive
1488. business_integrity_ipc_dev_inc_archive
1489. business_integrity_ipc_inc_archive
1490. business_integrity_ipc_traffic_inc_archive
1491. business_integrity_mlex_ad_activity_perf_inc_archive
1492. business_integrity_mlex_ad_history_inc_archive
1493. business_integrity_mlex_adv_dashboard_feedback_inc_archive
1494. business_integrity_mlex_appeal_inc_archive
1495. business_integrity_mlex_backend_exceptions_inc_archive
1496. business_integrity_mlex_ban_inc_archive
1497. business_integrity_mlex_feedback_qp_inc_archive
1498. business_integrity_mlex_feedback_survey_inc_archive
1499. business_integrity_mlex_feedback_survey_targeting_v2_inc_archive
1500. business_integrity_mlex_penalty_update_inc_archive
1501. business_integrity_mlex_playground_inc_archive
1502. business_integrity_notifications_inc_archive
1503. business_integrity_penalty_banner_renders_dev_inc_archive
1504. business_integrity_penalty_banner_renders_inc_archive
1505. business_invoice_report_inc_archive
1506. business_management_requests_inc_archive
1507. business_manager_actor_level_enforcement_rules_inc_archive
1508. business_manager_events_inc_archive
1509. business_manager_generic_log_inc_archive
1510. business_manager_inc_archive
1511. business_manager_intern_tool_inc_archive
1512. business_manager_ownership_transfer_inc_archive
1513. business_marketing_email_inc_archive
1514. business_messaging_products_analysis_inc_archive
1515. business_messaging_reengagement_events_inc_archive
1516. business_messaging_reengagement_recipient_events_inc_archive
1517. business_obo_events_inc_archive
1518. business_obo_request_details_inc_archive
1519. business_partner_center_exceptions_inc_archive
1520. business_partner_center_guidance_event_inc_archive
1521. business_perm_user_ref_update_inc_archive
1522. business_permission_events_inc_archive
1523. business_person_perm_checker_inc_archive
1524. business_planner_inc_archive
1525. business_post_messaging_inc_archive
1526. business_presence_linking_events_inc_archive
1527. business_presence_linking_events_sampled_inc_archive

Highly Confidential – Attorneys' Eyes Only

1528.   business_profile_plus_chaining_inc_archive
1529.   business_public_conversations_events_inc_archive
1530.   business_scoping_error_inc_archive
1531.   business_sdk_hit_inc_archive
1532.   business_sdk_hit_sii_offsite_inc_archive
1533.   business_sensitive_action_review_inc_archive
1534.   business_service_provider_ent_restriction_inc_archive
1535.   business_service_provider_ent_restriction_unittest_inc_archive
1536.   business_sharing_debug_inc_archive
1537.   business_sharing_exception_inc_archive
1538.   business_subdomain_graph_ql_inc_archive
1539.   business_support_chatbot_inc_archive
1540.   business_support_non_user_interaction_inc_archive
1541.   business_support_platform_inc_archive
1542.   business_support_product_error_inc_archive
1543.   business_survey_inc_archive
1544.   business_tasks_inc_archive
1545.   business_two_tier_events_inc_archive
1546.   business_unified_navigation_inc_archive
1547.   business_unified_relationship_model_consistency_inc_archive
1548.   business_user_access_token_inc_archive
1549.   business_user_backing_user_ent_type_inc_archive
1550.   business_user_creation_inc_archive
1551.   business_user_email_confirmation_inc_archive
1552.   business_user_life_cycle_inc_archive
1553.   business_user_management_capability_inc_archive
1554.   business_verification_api_inc_archive
1555.   business_verification_core_metrics_inc_archive
1556.   business_verification_edit_changes_inc_archive
1557.   business_verification_false_positive_rejection_rule_inc_archive
1558.   business_verification_financial_services_authorization_inc_archive
1559.   business_verification_notification_events_inc_archive
1560.   business_verification_onboarding_reliability_inc_archive
1561.   business_verification_risky_rule_inc_archive
1562.   business_verification_status_reliability_inc_archive
1563.   business_verification_submission_risk_inc_archive
1564.   business_verification_ui_inc_archive
1565.   business_verification_uploaded_file_cv_extractor_inc_archive
1566.   business_verification_uploaded_file_ocr_extractor_inc_archive
1567.   buy_at_activities_inc_archive
1568.   buy_at_events_inc_archive
1569.   buy_at_metric_tracking_inc_archive
1570.   buy_at_purchase_order_activities_inc_archive
1571.   buy_at_user_events_inc_archive
1572.   buy_sell_group_debug_inc_archive
1573.   buzz_event_context_v1_inc_archive
1574.   buzzer_event_context_v2_inc_archive
1575.   buzzer_unified_event_counter_inc_archive
1576.   bv_verification_status_changes_inc_archive
1577.   bypass_login_events_inc_archive
1578.   bypass_login_exterior_inc_archive

Highly Confidential – Attorneys' Eyes Only

1579. bypass_login_native_inc_archive
1580. bypass_login_rules_inc_archive
1581. c2c_commerce_local_ranking_candidate_inc_archive
1582. c2c_commerce_shipping_ranking_candidate_inc_archive
1583. c2c_live_shopping_training_data_inc_archive
1584. c2c_seller_and_listing_shipping_details_inc_archive
1585. c2c_shipping_and_ecomm_transaction_training_inc_archive
1586. c2c_shipping_and_ecomm_transaction_training_v2_inc_archive
1587. c2c_shipping_checkout_training_inc_archive
1588. c2c_shipping_checkout_training_v2_inc_archive
1589. c2c_shipping_click_training_inc_archive
1590. c2c_shipping_click_training_v3_inc_archive
1591. c2c_shipping_seller_rate_limiting_inc_archive
1592. c2c_shipping_transaction_mtml_training_inc_archive
1593. c2c_shipping_transaction_mtml_training_v2_inc_archive
1594. c2c_shipping_transaction_training_inc_archive
1595. c2c_shipping_transaction_training_v2_inc_archive
1596. c2c_transaction_survey_graphql_mutations_inc_archive
1597. c2c_transaction_survey_inc_archive
1598. c3_work_item_inc_archive
1599. c4g_mib_messaging_events_inc_archive
1600. ca_intern_permissions_inc_archive
1601. cachius_query_log_inc_archive
1602. caip_tool_commerce_inc_archive
1603. caipt_ad_item_logger_inc_archive
1604. caipt_commerce_item_logger_inc_archive
1605. caipt_contact_information_actions_inc_archive
1606. caipt_generic_report_logger_inc_archive
1607. caipt_notification_logger_inc_archive
1608. call_ads_events_inc_archive
1609. call_ads_on_lwi_defaulting_inc_archive
1610. call_center_connector_event_inc_archive
1611. call_center_super_read_usage_inc_archive
1612. camera_highlights_features_inc_archive
1613. camera_highlights_story_features_inc_archive
1614. camera_roll_asset_counts_inc_archive
1615. camera_waterfall_ar_services_inc_archive
1616. camera_waterfall_ar_services_location_effects_inc_archive
1617. camera_waterfall_ar_services_location_effects_inc_archive
1618. camera_waterfall_ar_services_restricted_inc_archive
1619. camera_xplat_render_time_inc_archive
1620. camera_xplat_render_time_restricted_inc_archive
1621. campaign_gysj_events_inc_archive
1622. campaign_medium_selection_inc_archive
1623. campaign_story_notif_debug_inc_archive
1624. campfire_notes_inc_archive
1625. campus_actions_data_inc_archive
1626. campus_recurring_content_inc_archive
1627. cannon_group_members_broadcast_funnel_inc_archive
1628. canonical_url_mismatch_shares_inc_archive
1629. canonical_xposting_waterfall_events_inc_archive

   Highly Confidential – Attorneys' Eyes Only

1630. canonical_xposting_waterfall_events_inc_archive
1631. canvas_editor_creation_waterfall_inc_archive
1632. canvas_games_events_inc_archive
1633. canvas_games_iap_events_inc_archive
1634. canvas_state_based_inc_archive
1635. canvas_validation_inc_archive
1636. capy_agent_status_auto_update_event_inc_archive
1637. capy_bot_error_inc_archive
1638. capy_bot_info_inc_archive
1639. capy_bot_message_inc_archive
1640. capy_bot_nlp_triage_inc_archive
1641. capy_chat_demand_control_inc_archive
1642. capy_chat_failure_inc_archive
1643. capy_chat_form_submission_inc_archive
1644. capy_distribution_match_inc_archive
1645. capy_gms_srt_survey_inc_archive
1646. capy_messages_inc_archive
1647. capybara_mbi_inc_archive
1648. care_xray_oc_fp_remediation_in_flight_inc_archive
1649. careml_oc_proactive_events_inc_archive
1650. carousel_ad_optimization_inc_archive
1651. carousel_post_creation_inc_archive
1652. carrier_provisioning_v2_inc_archive
1653. carrier_signal_funnel_inc_archive
1654. carrier_signal_inc_archive
1655. carrier_signal_v2_client_ping_inc_archive
1656. carrier_signal_v2_client_run_inc_archive
1657. carrier_subscriber_profile_inc_archive
1658. carrier_zero_balances_redirect_inc_archive
1659. case_connect_engagement_events_inc_archive
1660. case_in_index_query_inc_archive
1661. cases_priority_predictor_inc_archive
1662. cases_user_events_inc_archive
1663. cases_user_events_with_heartbeat_inc_archive
1664. cat_intern_events_inc_archive
1665. catalog_based_targeting_product_exception_inc_archive
1666. catalog_hummingbird_readapi_migration_inc_archive
1667. catalog_inference_policy_inc_archive
1668. catalog_item_image_use_stats_inc_archive
1669. catalog_item_invalidations_inc_archive
1670. catalog_localization_template_builder_flow_inc_archive
1671. catalog_management_permission_events_inc_archive
1672. catalog_mobile_events_inc_archive
1673. catalog_partner_integration_events_inc_archive
1674. catalog_product_crawling_events_inc_archive
1675. catalog_segment_debugging_inc_archive
1676. catalog_segment_filter_mutation_inc_archive
1677. catalog_segment_signals_matching_inc_archive
1678. catalog_segment_signals_matching_sla_inc_archive
1679. catalog_sub_vertical_event_inc_archive
1680. catalog_uci_item_reads_inc_archive

Highly Confidential – Attorneys' Eyes Only

1681.   categorized_gysj_events_inc_archive
1682.   catkit_category_typeahead_inc_archive
1683.   ccs_changelog_logger_inc_archive
1684.   ccs_event_logger_inc_archive
1685.   ccs_uris_logger_inc_archive
1686.   ccu_contacts_inc_archive
1687.   ccu_setting_enable_disable_event_inc_archive
1688.   ccu_setting_traffic_inc_archive
1689.   cd_standardization_test_inc_archive
1690.   cd_standardization_test_no_sampling_inc_archive
1691.   cdevent_rejected_traffic_onsite_inc_archive
1692.   cds__advertiser_provided__product_recommendations_inc_archive
1693.   cds__events__ad_clicks_for_features_of_basic_ads_inc_archive
1694.   cds__events__ad_impressions_for_admetrics_inc_archive
1695.   cds__events__ad_impressions_for_bidding_inc_archive
1696.   cds__events__ad_impressions_for_cocoon_inc_archive
1697.   cds__events__ad_impressions_for_delivery_inc_archive
1698.   cds__events__ad_impressions_for_delivery_of_basic_ads_inc_archive
1699.   cds__events__ad_impressions_for_qrt_inc_archive
1700.   cds__events__ad_unified_feedback_interface_inc_archive
1701.   cds__events__ad_xouts_inc_archive
1702.   cds__events__ads_transparency_inc_archive
1703.   cds__events__click_to_call_app_state_change_inc_archive
1704.   cds__events__commerce_inc_archive
1705.   cds__events__facebook_stories_inc_archive
1706.   cds__events__feed_tracking_inc_archive
1707.   cds__events__marketplace_impressions_inc_archive
1708.   cds__events__marketplace_local_sell_actions_inc_archive
1709.   cds__events__multi_product_ads_inc_archive
1710.   cds__events__non_oba__in_app_webviewer_inc_archive
1711.   cds__events__non_ofa__ad_conversions_for_bidding_inc_archive
1712.   cds__events__non_ofa__ad_conversions_for_delivery_inc_archive
1713.   cds__events__non_ofa__ad_conversions_for_delivery_of_basic_ads_inc_archive
1714.   cds__events__non_ofa__ad_conversions_for_qrt_inc_archive
1715.   cds__events__oba__in_app_webviewer_inc_archive
1716.   cds__events__ofa__ad_conversions_for_delivery_inc_archive
1717.   cds__events__ofa__ad_impressions_for_delivery_inc_archive
1718.   cds__events__ofa__offsite_signals_interim_inc_archive
1719.   cds__events__offsite_signals_inc_archive
1720.   cds__events__onsite_facebook_education_inc_archive
1721.   cds__events__onsite_facebook_gaming_inc_archive
1722.   cds__events__pages_inc_archive
1723.   cds__events__profile_plus_transition_inc_archive
1724.   cds__events__time_spent_navigation_mobile_inc_archive
1725.   cds__events__user_feed_interactions_inc_archive
1726.   cds__static__hec__user_profile_fbobject_fbtype_2048_base2
1727.   cds__static__hec__user_profile_fbobject_fbtype_5021_base2
1728.   cds__static__instant_article_to_publisher_page_base2
1729.   cds__static__non_hec__user_profile_fbobject_fbtype_6057_base2
1730.   cds__static__video_metadata_fbobject_fbtype_1_base2
1731.   cdt_percentile_property_aggregation_result_delta_inc_archive

          Highly Confidential – Attorneys' Eyes Only

1732.  cdt_properties_change_offsite_inc_archive
1733.  cdt_properties_change_onsite_inc_archive
1734.  ceg_content_you_may_share_inc_archive
1735.  cell_tower_info_detection_inc_archive
1736.  centra_bi_actions_inc_archive
1737.  centra_data_export_inc_archive
1738.  centra_investigation_node_base2
1739.  central_dci_piv_events_inc_archive
1740.  central_gesture_with_nav_inc_archive
1741.  central_interest_manager_events_inc_archive
1742.  central_nav_from_gesture_inc_archive
1743.  central_pay_com_logs_inc_archive
1744.  centralized_ib_scores_fb_inc_archive
1745.  cert_verification_inc_archive
1746.  certificate_revoke_inc_archive
1747.  certificate_transparency_inc_archive
1748.  certmetrics_create_account_handler_inc_archive
1749.  certmetrics_sso_inc_archive
1750.  chaining_empty_result_inc_archive
1751.  challenge_eligibility_rules_inc_archive
1752.  charitable_giving_abandoned_profile_prompt_v1_loop_examples_inc_archive
1753.  chart_dictator_image_details_inc_archive
1754.  charta_perf_metrics_inc_archive
1755.  chat_in_a_box_common_inc_archive
1756.  chat_reliability_inc_archive
1757.  chatroom_action_exceptions_inc_archive
1758.  check_fss_when_currency_update_inc_archive
1759.  checkbox_plugin_inc_archive
1760.  checkpoint_account_status_async_job_inc_archive
1761.  checkpoint_captcha_inc_archive
1762.  checkpoint_client_filtered_events_inc_archive
1763.  checkpoint_delta_reg_attacks_inc_archive
1764.  checkpoint_enrollment_metadata_null_state_inc_archive
1765.  checkpoint_event_inc_archive
1766.  checkpoint_id_upload_exif_data_inc_archive
1767.  checkpoint_text_message_captcha_inc_archive
1768.  checkpoint_unexpected_null_inc_archive
1769.  checkpoint_webview_timespent_inc_archive
1770.  checkpointed_user_contact_form_submission_inc_archive
1771.  chex_buyer_order_seller_banned_notification_events_inc_archive
1772.  chex_insights_metrics_perf_dev_inc_archive
1773.  chex_insights_metrics_perf_inc_archive
1774.  chex_invoice_hourly_base2
1775.  chex_order_actions_inc_archive
1776.  chex_order_attribution_base2
1777.  chex_order_consistency_checker_inc_archive
1778.  chex_order_metrics_inc_archive
1779.  chex_order_operations_inc_archive
1780.  chex_order_tax_inc_archive
1781.  chex_order_tool_actions_inc_archive
1782.  chex_order_tracking_inc_archive

Highly Confidential – Attorneys' Eyes Only

1783.  chex_orders_monitoring_inc_archive
1784.  chex_payment_invoice_base2
1785.  chex_pricing_engine_inc_archive
1786.  child_safety_prevention_treatments_inc_archive
1787.  chilipiper_api_calls_inc_archive
1788.  china_ad_account_creation_review_inc_archive
1789.  china_onboarding_history_events_inc_archive
1790.  china_smb_onboarding_creation_inc_archive
1791.  china_trust_product_interactions_inc_archive
1792.  chrome_push_permission_events_inc_archive
1793.  churn_model_events_inc_archive
1794.  ci_action_feedback_events_inc_archive
1795.  ci_automation_omega_inc_archive
1796.  ci_contactpoint_inc_archive
1797.  ci_friends_suggestion_policy_inc_archive
1798.  ci_pymk_first_fetch_inc_archive
1799.  ci_soft_actions_inc_archive
1800.  ci_soft_actions_trial_inc_archive
1801.  ci_strikes_count_comparison_inc_archive
1802.  ci_strikes_enforcement_inc_archive
1803.  ci_unified_strike_trace_inc_archive
1804.  cig_declared_user_interest_profile_inc_archive
1805.  cim_read_api_comparison_inc_archive
1806.  cim_user_interest_info_fbtype_43593_base2
1807.  cip_notif_delivery_inc_archive
1808.  cip_notif_jewel_inc_archive
1809.  cip_publisher_all_video_lvv30_event_xstream_inc_archive
1810.  cip_publisher_all_video_lvv60_event_xstream_inc_archive
1811.  cip_waterfall_inc_archive
1812.  cip_ya_bonus_score_realtime_inc_archive
1813.  cip_ya_vpv_realtime_inc_archive
1814.  cip_ya_wpi_realtime_inc_archive
1815.  cipp_events_unsampled_inc_archive
1816.  city_guides_data_api_inc_archive
1817.  city_guides_facts_inc_archive
1818.  city_guides_inc_archive
1819.  city_guides_msite_inc_archive
1820.  civic_action_raw_logs_inc_archive
1821.  civic_graph_loki_fallback_inc_archive
1822.  civic_integrity_feed_metrics_inc_archive
1823.  cix_account_status_vpvd_inc_archive
1824.  cix_report_actionability_predictor_inc_archive
1825.  cix_warning_screens_inc_archive
1826.  clas_input_signal_stream_inc_archive
1827.  clash_manager_events_inc_archive
1828.  clear_history_batch_mac_logger_inc_archive
1829.  clear_history_controls_actions_inc_archive
1830.  clear_history_controls_client_actions_inc_archive
1831.  clear_history_controls_life_cycle_inc_archive
1832.  clear_history_granular_controls_in_batch_inc_archive
1833.  clear_history_graphql_inc_archive

Highly Confidential – Attorneys' Eyes Only

1834. clear_history_sanitized_admin_records_inc_archive
1835. clear_history_sid_disconnect_dapl_inc_archive
1836. clear_history_wabam_inventory_inc_archive
1837. clear_history_whitelist_blacklist_inc_archive
1838. clear_history_whitelist_events_inc_archive
1839. click_mbl_feed_inc_archive
1840. click_to_message_ads_debug_inc_archive
1841. click_to_message_destination_optimization_inc_archive
1842. click_to_messaging_ads_conversion_funnel_inc_archive
1843. click_to_messaging_ads_delivery_inc_archive
1844. click_to_messaging_ads_logging_inc_archive
1845. click_to_messaging_reply_cvr_all_model_ba_feature_only_inc_archive
1846. click_to_messaging_reply_cvr_all_model_inc_archive
1847. click_to_messenger_ads_engagement_inc_archive
1848. click_to_messenger_growth_inc_archive
1849. clicks_bookmark_clicks_mobile_inc_archive
1850. client_ad_delivery_inc_archive
1851. client_ad_delivery_v3_inc_archive
1852. client_animated_gif_type_inc_archive
1853. client_deprecation_login_block_inc_archive
1854. client_effect_query_inc_archive
1855. client_experiment_exposures_inc_archive
1856. client_interaction_timezone_inc_archive
1857. client_message_attachement_inc_archive
1858. client_msg_send_waterfall_inc_archive
1859. client_permission_state_inc_archive
1860. client_pymk_fetch_inc_archive
1861. client_side_ad_invalidations_inc_archive
1862. client_side_preview_data_fetching_inc_archive
1863. client_slot_fill_rate_feed_vpvd_inc_archive
1864. close_ad_account_inc_archive
1865. close_friends_curation_inc_archive
1866. close_friends_home_inc_archive
1867. cloud_ar_tracker_client_inc_archive
1868. cloud_games_a2u_inc_archive
1869. cloud_gaming_devsite_event_inc_archive
1870. cloud_gaming_events_inc_archive
1871. cloud_gaming_ml_score_inc_archive
1872. cloud_gaming_onboarding_tool_event_inc_archive
1873. cloud_gaming_session_events_inc_archive
1874. cloud_gaming_streaming_latency_inc_archive
1875. cloud_gaming_web_rtc_stats_inc_archive
1876. cloud_hero_banner_impression_inc_archive
1877. cm_groups_event_inc_archive
1878. cm_privacy_restriction_enforcement_inc_archive
1879. cm_search_members_client_events_inc_archive
1880. cm_smb_sensitive_events_inc_archive
1881. cmh_aymt_in_product_scheduled_inc_archive
1882. cmh_cucs_base2
1883. cmh_jucs_base2
1884. cmh_stored_events_base2

Highly Confidential – Attorneys' Eyes Only

1885. cmm_read_inc_archive
1886. cmm_write_inc_archive
1887. cmri_event_logger_inc_archive
1888. cms_branches_inc_archive
1889. cms_bulk_actions_inc_archive
1890. cms_bulk_fetch_inc_archive
1891. cms_controller_request_inc_archive
1892. cms_editor_session_inc_archive
1893. cms_editor_subsession_inc_archive
1894. cms_event_inc_archive
1895. cms_folders_inc_archive
1896. cms_legacy_rendering_metrics_inc_archive
1897. cms_linter_rules_inc_archive
1898. cms_object_versioned_reference_async_inc_archive
1899. cms_power_search_inc_archive
1900. cms_rendering_perfomance_inc_archive
1901. cms_schedule_inc_archive
1902. cms_search_and_replace_inc_archive
1903. cms_search_inc_archive
1904. cms_search_index_inc_archive
1905. cms_tag_usage_inc_archive
1906. cms_usage_inc_archive
1907. cms_wizard_action_inc_archive
1908. cmswysiwyg_events_inc_archive
1909. cmu_task_plugin_thrift_calls_inc_archive
1910. cnc_credit_automation_job_instance_inc_archive
1911. cnc_extended_credit_application_inc_archive
1912. cnp_push_filter_xiaomi_inc_archive
1913. codeless_app_indexing_session_inc_archive
1914. coe_tools_inc_archive
1915. coefficient_rt_event_non_user_inc_archive
1916. coefficient_rt_event_user_inc_archive
1917. cohort_weighting_events_inc_archive
1918. collab_ads_platform_events_inc_archive
1919. collaboration_center_inc_archive
1920. collaborative_ads_merchant_discovery_inc_archive
1921. collaborative_ads_partner_option_inc_archive
1922. collaborative_stories_inc_archive
1923. collect_at_office365_inc_archive
1924. collection_link_click_post_imp_model_inc_archive
1925. comet_edf_nux_events_inc_archive
1926. comet_events_audit_inc_archive
1927. comet_feed_units_eligibility_inc_archive
1928. comet_incognito_mode_inference_inc_archive
1929. comet_magic_uploads_inc_archive
1930. comet_media_viewer_actions_inc_archive
1931. comet_metrics_health_inc_archive
1932. comet_top_navigation_inc_archive
1933. comet_trial_participation_detail_inc_archive
1934. comment_actions_inc_archive
1935. comment_assistant_candidate_level_inc_archive

Highly Confidential – Attorneys' Eyes Only

1936. comment_assistant_ranking_inc_archive
1937. comment_assistant_waterfall_inc_archive
1938. comment_composer_drawer_suggestions_inc_archive
1939. comment_composer_gif_interaction_events_inc_archive
1940. comment_count_events_inc_archive
1941. comment_create_reliability_debugging_inc_archive
1942. comment_critical_mutator_exceptions_inc_archive
1943. comment_evt_test_distinct_types_inc_archive
1944. comment_fetching_debug_events_inc_archive
1945. comment_idempotent_inc_archive
1946. comment_inform_treatments_inc_archive
1947. comment_moderation_filters_inc_archive
1948. comment_mutation_error_inc_archive
1949. comment_ordering_mode_inc_archive
1950. comment_private_reply_inc_archive
1951. comment_quality_prediction_inc_archive
1952. comment_ranking_be_waterfall_inc_archive
1953. comment_ranking_candidate_level_inc_archive
1954. comment_ranking_comments_returned_shadow_inc_archive
1955. comment_ranking_error_inc_archive
1956. comment_ranking_events_inc_archive
1957. comment_ranking_procif_request_level_logging_inc_archive
1958. comment_ranking_shadow_logging_inc_archive
1959. comment_ranking_universe_selector_inc_archive
1960. comment_ranking_waterfall_inc_archive
1961. comment_ranking_waterfall_wt_inc_archive
1962. comment_reshare_events_inc_archive
1963. comment_vote_notification_inc_archive
1964. comments_modtool_inc_archive
1965. comments_ordering_mode_selector_usage_inc_archive
1966. commerce_about_this_shop_events_inc_archive
1967. commerce_actor_insights_inc_archive
1968. commerce_ae_clustering_features_inc_archive
1969. commerce_ae_unified_actioning_log_inc_archive
1970. commerce_api_details_inc_archive
1971. commerce_badging_platform_jobs_mtml_loop_examples_inc_archive
1972. commerce_blending_features_inc_archive
1973. commerce_budget_upsell_candidates_inc_archive
1974. commerce_buyer_integrity_general_logging_inc_archive
1975. commerce_buyer_ui_events_hive_inc_archive
1976. commerce_c2c_product_image_inc_archive
1977. commerce_c2c_theme_following_inc_archive
1978. commerce_care_general_logging_inc_archive
1979. commerce_cat_rental_msg_training_sgmoe_inc_archive
1980. commerce_ccds_search_embedding_training_non_us_inc_archive
1981. commerce_ccds_search_embedding_training_us_inc_archive
1982. commerce_checkout_actions_inc_archive
1983. commerce_click_training_bsg_inc_archive
1984. commerce_click_training_realtime_prod_new_hive_inc_archive
1985. commerce_click_training_realtime_test_new_hive_inc_archive
1986. commerce_click_training_test2_inc_archive

Highly Confidential – Attorneys' Eyes Only

1987. commerce_click_training_v2_hive_with_quantized_inc_archive
1988. commerce_click_training_v2_inc_archive
1989. commerce_comcom_click_training_v2_inc_archive
1990. commerce_comcom_comment_training_inc_archive
1991. commerce_comcom_message_training_inc_archive
1992. commerce_cross_channel_data_share_search_for_ecomm_inc_archive
1993. commerce_cross_channel_data_share_test_inc_archive
1994. commerce_crow_actor_strike_system_inc_archive
1995. commerce_discount_actions_inc_archive
1996. commerce_eligibility_rules_inc_archive
1997. commerce_eligibility_rules_unittest_inc_archive
1998. commerce_events_filtered_rc_inc_archive
1999. commerce_feature_logging_metadata_inc_archive
2000. commerce_gifting_buyer_inc_archive
2001. commerce_gifting_click_training_raw_data_inc_archive
2002. commerce_group_sellproduct_autocategory_inc_archive
2003. commerce_groupmall_events_inc_archive
2004. commerce_groupmall_ranking_cursor_debug_inc_archive
2005. commerce_image_knowledge_base_inc_archive
2006. commerce_insights_api_activities_inc_archive
2007. commerce_insights_inc_archive
2008. commerce_integrity_hide_message_thread_inc_archive
2009. commerce_integrity_identity_review_inc_archive
2010. commerce_integrity_page_enforcement_inc_archive
2011. commerce_integrity_reporting_inc_archive
2012. commerce_integrity_system_events_inc_archive
2013. commerce_integrity_unified_logging_inc_archive
2014. commerce_interesting_product_notification_inc_archive
2015. commerce_joiner_metadata_inc_archive
2016. commerce_localized_store_migration_inc_archive
2017. commerce_manager_ui_events_inc_archive
2018. commerce_marketing_campaign_event_inc_archive
2019. commerce_marketing_services_curl_inc_archive
2020. commerce_marketing_services_inc_archive
2021. commerce_marketplace_microsite_web_client_events_inc_archive
2022. commerce_merchant_settings_actions_inc_archive
2023. commerce_message_training_inc_archive
2024. commerce_message_training_v2_inc_archive
2025. commerce_model_discrepancy_monitor_inc_archive
2026. commerce_mp_shipping_sig_candidates_inc_archive
2027. commerce_mp_shop_sig_candidates_table_inc_archive
2028. commerce_multilabel_training_bsg_groupmall_v1_inc_archive
2029. commerce_multilabel_training_bsg_inc_archive
2030. commerce_multilabel_training_bsg_v1_inc_archive
2031. commerce_multilabel_training_ssfy_inc_archive
2032. commerce_multilabel_training_v10_inc_archive
2033. commerce_multilabel_training_v2_inc_archive
2034. commerce_negative_events_training_data_raw_inc_archive
2035. commerce_negative_events_training_inc_archive
2036. commerce_nlp_service_inc_archive
2037. commerce_offers_query_invocations_inc_archive

Highly Confidential – Attorneys' Eyes Only

2038.  commerce_offline_ranking_inc_archive
2039.  commerce_offline_value_model_data_inc_archive
2040.  commerce_online_calibration_inc_archive
2041.  commerce_pdp_fetch_failures_inc_archive
2042.  commerce_platform_api_inc_archive
2043.  commerce_platform_email_clickthrough_inc_archive
2044.  commerce_platform_post_purchase_experience_inc_archive
2045.  commerce_platform_tracking_number_validation_rate_inc_archive
2046.  commerce_post_vpv_inc_archive
2047.  commerce_privacy_policy_events_inc_archive
2048.  commerce_privacy_policy_with_shadow_policies_events_inc_archive
2049.  commerce_privacy_rules_inc_archive
2050.  commerce_product_hide_training_data_inc_archive
2051.  commerce_product_preference_training_data_inc_archive
2052.  commerce_purchase_exp_inc_archive
2053.  commerce_ranker_client_inc_archive
2054.  commerce_ranker_features_inc_archive
2055.  commerce_ranking_aggregator_cscan_inc_archive
2056.  commerce_ranking_aggregator_request_inc_archive
2057.  commerce_ranking_all_features_inc_archive
2058.  commerce_ranking_client_shadow_inc_archive
2059.  commerce_ranking_distilled_training_data_inc_archive
2060.  commerce_ranking_events_dropped_inc_archive
2061.  commerce_ranking_events_inc_archive
2062.  commerce_ranking_events_mlp_inc_archive
2063.  commerce_ranking_events_sessionized_inc_archive
2064.  commerce_ranking_module_type_prediction_table_inc_archive
2065.  commerce_ranking_products_shadow_inc_archive
2066.  commerce_ranking_replay_test_2_inc_archive
2067.  commerce_ranking_score_data_inc_archive
2068.  commerce_ranking_sdf_adjuster_inc_archive
2069.  commerce_ranking_traffic_log_inc_archive
2070.  commerce_ranking_value_model_inc_archive
2071.  commerce_rating_inc_archive
2072.  commerce_related_item_results_inc_archive
2073.  commerce_reporting_attempts_inc_archive
2074.  commerce_reporting_exceptions_inc_archive
2075.  commerce_reporting_failures_inc_archive
2076.  commerce_reporting_handler_events_inc_archive
2077.  commerce_reporting_perf_inc_archive
2078.  commerce_rerank_model_inc_archive
2079.  commerce_retrieval_filter_insights_inc_archive
2080.  commerce_retrieved_products_inc_archive
2081.  commerce_retrieved_products_search_source_inc_archive
2082.  commerce_review_api_events_inc_archive
2083.  commerce_review_client_action_events_inc_archive
2084.  commerce_review_debug_events_inc_archive
2085.  commerce_review_integrity_events_inc_archive
2086.  commerce_review_reminder_events_inc_archive
2087.  commerce_rnr_api_inc_archive
2088.  commerce_search_query_v2_inc_archive

Highly Confidential – Attorneys' Eyes Only

2089. commerce_search_waterfall_inc_archive
2090. commerce_searchpr_feed_ranking_features_inc_archive
2091. commerce_searchpr_feed_ranking_features_v2_inc_archive
2092. commerce_seller_appeals_inc_archive
2093. commerce_seller_audience_inc_archive
2094. commerce_seller_experiments_inc_archive
2095. commerce_seq2slate_training_inc_archive
2096. commerce_sherlock_combined_embeddings_inc_archive
2097. commerce_sherlock_image_embeddings_inc_archive
2098. commerce_sherlock_predicted_category_score_inc_archive
2099. commerce_shipping_label_inc_archive
2100. commerce_shop_buyer_inc_archive
2101. commerce_shops_search_ebr_product_side_features_inc_archive
2102. commerce_showcase_click_training_inc_archive
2103. commerce_showcase_message_training_inc_archive
2104. commerce_sig_candidates_sync_inc_archive
2105. commerce_ssfy_click_training_inc_archive
2106. commerce_ssfy_message_training_inc_archive
2107. commerce_tab_product_autocategory_inc_archive
2108. commerce_targeting_inc_archive
2109. commerce_trust_platform_debug_events_inc_archive
2110. commerce_trust_platform_signal_events_inc_archive
2111. commerce_tum_prediction_hourly_trigger_inc_archive
2112. commerce_tum_training_v1_inc_archive
2113. commerce_tum_user_product_history_base64_inc_archive
2114. commerce_uhm_embedding_feature_rt_hive_inc_archive
2115. commerce_upsell_click_training_data_inc_archive
2116. commerce_upsell_hide_training_data_inc_archive
2117. commerce_upsell_hide_training_data_raw_inc_archive
2118. commerce_upsells_impressions_inc_archive
2119. commerce_user_embeddings_inc_archive
2120. commerce_user_profile_inc_archive
2121. commerce_vertical_rankings_inc_archive
2122. commercial_break_viewer_inc_archive
2123. commitment_error_inc_archive
2124. commitments_inc_archive
2125. common_ar_effect_search_inc_archive
2126. community_additional_profile_connection_actions_inc_archive
2127. community_additional_profile_migration_data_inc_archive
2128. community_additional_profile_user_migration_inc_archive
2129. community_awards_events_inc_archive
2130. community_chat_channel_conversions_inc_archive
2131. community_chat_cpi_events_inc_archive
2132. community_chats_notifications_inc_archive
2133. community_comment_signal_inc_archive
2134. community_commerce_inc_archive
2135. community_commerce_post_intent_detection_inc_archive
2136. community_commerce_privacy_policy_events_inc_archive
2137. community_commerce_shopper_actions_inc_archive
2138. community_explore_logging_inc_archive
2139. community_feed_backend_ranker_inc_archive

Highly Confidential – Attorneys' Eyes Only

2140.    community_help_server_events_inc_archive
2141.    community_help_ux_interactions_inc_archive
2142.    community_learning_classes_inc_archive
2143.    community_limits_inc_archive
2144.    community_manager_migration_inc_archive
2145.    community_messaging_data_sync_inc_archive
2146.    community_messaging_mi_events_inc_archive
2147.    community_metrics_inc_archive
2148.    community_moderator_actions_inc_archive
2149.    community_presence_creation_events_inc_archive
2150.    community_presence_delegate_group_onboarding_events_inc_archive
2151.    community_promotion_qp_group_inc_archive
2152.    community_qa_similar_questions_endpoint_inc_archive
2153.    community_qna_user_activity_inc_archive
2154.    community_reputation_voting_events_inc_archive
2155.    community_shops_buyer_actions_inc_archive
2156.    community_shops_seller_actions_inc_archive
2157.    community_standards_ignore_messaging_screenshots_inc_archive
2158.    community_standards_messaging_screenshots_inc_archive
2159.    community_sustainability_actions_inc_archive
2160.    community_sustainability_error_inc_archive
2161.    community_sustainability_insights_actions_inc_archive
2162.    community_sustainability_onboarding_actions_inc_archive
2163.    community_sustainability_onboarding_error_inc_archive
2164.    community_tab_exception_inc_archive
2165.    community_tab_group_list_inc_archive
2166.    community_tab_hide_post_event_inc_archive
2167.    community_tab_pivot_framework_error_inc_archive
2168.    community_tab_user_control_actions_inc_archive
2169.    community_verticals_inc_archive
2170.    community_view_actions_inc_archive
2171.    community_waterfall_inc_archive
2172.    comparison_fct_ssot_event_offsite_with_app_events_inc_archive
2173.    compass_campaign_api_inc_archive
2174.    compass_curated_content_validation_logger_inc_archive
2175.    compass_curated_unit_intern_monitor_inc_archive
2176.    compass_curated_unit_version_published_events_inc_archive
2177.    compass_curation_content_source_inc_archive
2178.    compass_curation_publication_events_inc_archive
2179.    compass_easy_translation_api_inc_archive
2180.    compass_editor_events_inc_archive
2181.    compass_fbt_events_inc_archive
2182.    compass_paywall_bypass_inc_archive
2183.    compass_server_events_inc_archive
2184.    compass_surface_events_inc_archive
2185.    compass_surface_user_control_inc_archive
2186.    compass_tagging_events_inc_archive
2187.    compass_translation_requests_inc_archive
2188.    compass_uip_backfill_inc_archive
2189.    compassion_resources_events_inc_archive
2190.    complete_view_video_instream_model_end_indicator_event_inc_archive

2191. complete_view_video_instream_model_end_indicator_event_without_ni_inc_archive
2192. completed_payments_carriers_inc_archive
2193. composer_block_client_events_inc_archive
2194. composer_confirmation_dialog_event_inc_archive
2195. composer_cross_posting_config_inc_archive
2196. composer_debugger_inc_archive
2197. composer_default_privacy_debug_inc_archive
2198. composer_draft_retrieval_error_inc_archive
2199. composer_events_inc_archive
2200. composer_flytrap_session_ids_inc_archive
2201. composer_life_event_activity_inc_archive
2202. composer_media_upload_events_inc_archive
2203. composer_music_post_consumption_inc_archive
2204. composer_music_post_creation_inc_archive
2205. composer_nt_picker_inc_archive
2206. composer_perf_inc_archive
2207. composer_post_actions_inc_archive
2208. composer_publisher_bar_interactions_inc_archive
2209. composer_sprouts_interactions_inc_archive
2210. composer_tag_expansion_inc_archive
2211. composer_tagging_events_inc_archive
2212. composer_typing_perf_inc_archive
2213. compressed_adcandidate_features_inc_archive
2214. compressed_adfinder_ctr_mbl_feed_features_inc_archive
2215. compressed_adfinder_inline_cvr_features_inc_archive
2216. compressed_adfinder_oc_sl_features_inc_archive
2217. compressed_adpublisher_ads_container_selection_inc_archive
2218. compressed_async_adfinder_features_for_multistage_ranking_inc_archive
2219. compressed_async_adfinder_more_features_for_multistage_ranking_inc_archive
2220. compressed_async_adindexer_mai_features_for_multistage_ranking_inc_archive
2221. compressed_instagram_model_features_inc_archive
2222. compressed_precompute_async_adfinder_features_inc_archive
2223. compressed_prospector_features_inc_archive
2224. compressed_rank_all_creatives_features_inc_archive
2225. compressed_recall_opt_features_inc_archive
2226. compressed_recall_opt_features_ranking_modeling_inc_archive
2227. compromised_accounts_challenges_inc_archive
2228. compromised_accounts_labelling_request_event_inc_archive
2229. compromised_accounts_trusted_and_tenured_inc_archive
2230. compromised_checkpoint_clear_inc_archive
2231. compromised_credential_matches_inc_archive
2232. conf_si_inc_archive
2233. configured_assoc_deletion_inc_archive
2234. configured_field_deletion_inc_archive
2235. confirmation_exceptions_inc_archive
2236. connected_commerce_more_products_module_inc_archive
2237. connected_tv_inc_archive
2238. connection_deprecation_logger_inc_archive
2239. connection_error_view_inc_archive
2240. consent_flow_interactions_fb_inc_archive
2241. consentify_front_end_inc_archive

2242. consentify_mutation_inc_archive
2243. consentify_privacy_check_inc_archive
2244. consideration_signals_admin_feedback_inc_archive
2245. considered_sub_ad_feature_dataset_inc_archive
2246. consolidated_oe_oc_optimized_or_tracked_all_pages_1d_corrected_inc_archive
2247. consolidated_oe_oc_optimized_or_tracked_all_pages_1d_corrected_sl_inc_archive
2248. consolidated_oe_oc_optimized_or_tracked_all_pages_1d_corrected_with_oba_inc_archive
2249. consolidated_oe_oc_optimized_or_tracked_with_more_conv_types_1d_inc_archive
2250. consolidated_offsite_cvr_7d_optimized_and_tracked_label_ba_feature_only_inc_archive
2251. consolidated_offsite_cvr_7d_optimized_and_tracked_label_inc_archive
2252. constituent_title_inc_archive
2253. consumer_ads_identity_page_inc_archive
2254. consumer_connectivity_notification_state_base2
2255. contact_change_inc_archive
2256. contact_form_exceptions_inc_archive
2257. contact_form_inc_archive
2258. contact_graph_coefficient_generated_candidates_inc_archive
2259. contact_graph_events_dev_inc_archive
2260. contact_graph_events_inc_archive
2261. contact_importer_matched_inc_archive
2262. contact_importer_sigma_requests_inc_archive
2263. contact_point_acquisition_auto_conf_inc_archive
2264. contact_point_acquisition_inc_archive
2265. contact_point_update_inc_archive
2266. contact_preferences_changes_inc_archive
2267. contact_upload_address_book_migration_inc_archive
2268. contact_upload_cache_inc_archive
2269. contact_upload_ccu_setting_check_inc_archive
2270. contact_upload_check_term_accepted_in_reg_enabled_inc_archive
2271. contact_upload_device_id_in_session_inc_archive
2272. contact_upload_entry_event_inc_archive
2273. contact_upload_exceptions_inc_archive
2274. contact_upload_pymk_output_inc_archive
2275. contact_upload_setting_exceptions_inc_archive
2276. contact_upload_traffic_inc_archive
2277. contactpoint_claiming_inc_archive
2278. contactpoint_debug_inc_archive
2279. contactpoint_education_interstitial_table_inc_archive
2280. contactpoint_ent_access_inc_archive
2281. contactpoint_event_inc_archive
2282. contactpoint_giver_eventual_state_inc_archive
2283. contactpoint_login_inc_archive
2284. contactpoint_source_added_inc_archive
2285. contactpoint_source_event_inc_archive
2286. contactpoints_from_importer_generator_inc_archive
2287. contacts_batch_action_device_import_inc_archive
2288. contacts_query_wrapper_inc_archive
2289. contacts_state_machine_event_inc_archive
2290. contacts_storage_inc_archive
2291. contacts_upload_failed_inc_archive
2292. content_access_and_control_exceptions_inc_archive

Highly Confidential – Attorneys' Eyes Only

2293.   content_access_and_control_inc_archive
2294.   content_actions_filtered_inc_archive
2295.   content_actions_for_tailer_inc_archive
2296.   content_actions_latest_public_posts_inc_archive
2297.   content_actions_link_creation_inc_archive
2298.   content_actions_public_posts_inc_archive
2299.   content_actions_v2_inc_archive
2300.   content_annotator2_inc_archive
2301.   content_annotator_observer_events_inc_archive
2302.   content_discovery_client_events_inc_archive
2303.   content_manager_events_inc_archive
2304.   content_privacy_changes_inc_archive
2305.   content_production_unsessionized_inc_archive
2306.   content_search_inc_archive
2307.   content_targeter_inc_archive
2308.   content_targeter_timing_inc_archive
2309.   contextual_actor_debugging_inc_archive
2310.   contextual_config_context_inc_archive
2311.   contextual_config_server_inc_archive
2312.   contextual_info_monitoring_inc_archive
2313.   continuous_contact_sync_fired_inc_archive
2314.   continuous_contact_upload_error_inc_archive
2315.   continuous_contact_upload_event_inc_archive
2316.   continuous_contact_upload_events_inc_archive
2317.   continuous_sync_setting_inc_archive
2318.   contract_activity_inc_archive
2319.   contract_debug_inc_archive
2320.   contribution_board_pipeline_inc_archive
2321.   control_panel_aqp_bidding_inc_archive
2322.   control_panel_events_inc_archive
2323.   control_panel_user_content_source_preference_fbtype_45827_base2
2324.   controller_credential_accesses_inc_archive
2325.   controller_message_accesses_inc_archive
2326.   conversation_guide_comment_observer_inc_archive
2327.   conversation_guide_gif_usage_events_inc_archive
2328.   conversation_guide_giphy_analytics_inc_archive
2329.   conversation_guide_giphy_api_health_inc_archive
2330.   conversation_guide_reliability_inc_archive
2331.   conversation_guide_ui_events_inc_archive
2332.   conversion_debug_inc_archive
2333.   conversion_domain_mutation_inc_archive
2334.   convey_value_content_click_predictor_loop_examples_inc_archive
2335.   convey_value_qp_logging_inc_archive
2336.   cookbook_inc_archive
2337.   cookie_consent_event_inc_archive
2338.   cookie_tracking_consent_event_inc_archive
2339.   coplay_events_inc_archive
2340.   copyright_clearance_inc_archive
2341.   copyright_experiments_inc_archive
2342.   copyright_match_lifecycle_inc_archive
2343.   copyright_metrics_inc_archive

Highly Confidential – Attorneys' Eyes Only

2344. copyright_policy_dry_run_inc_archive
2345. copyright_policy_eval_inc_archive
2346. copyright_reference_match_inc_archive
2347. copyright_takedown_report_inc_archive
2348. core_app_avatars_inc_archive
2349. core_app_avatars_sticker_inc_archive
2350. core_app_avatars_trace_inc_archive
2351. core_biz_growth_fanning_general_inc_archive
2352. core_graph_dry_run_inc_archive
2353. core_graph_folder_inc_archive
2354. core_graph_folder_restricted_inc_archive
2355. core_graph_l1_folder_inc_archive
2356. core_viz_percent_slow_inc_archive
2357. core_viz_session_actions_inc_archive
2358. core_viz_session_inc_archive
2359. coronavirus_community_help_post_features_inc_archive
2360. corpsec_intern_duo_admin_logs_inc_archive
2361. correct_the_record_logger_inc_archive
2362. cosmos_deletion_inc_archive
2363. cosmos_search_dev_inc_archive
2364. cosmos_search_error_logs_inc_archive
2365. cosmos_search_inc_archive
2366. cosmos_taxonomy_ui_logs_inc_archive
2367. cost_shadow_experiments_inc_archive
2368. coupon_ad_setting_details_inc_archive
2369. coupon_event_inc_archive
2370. covid19survey_anonymized_users_before_redirect_inc_archive
2371. covid19survey_anonymized_users_inc_archive
2372. covid_curation_unit_events_inc_archive
2373. covid_health_authorities_metadata_inc_archive
2374. covisitation_group_visits_inc_archive
2375. cowatch_retrieval_candidates_inc_archive
2376. cowatch_session_inc_archive
2377. cpas_ad_account_info_inc_archive
2378. cpas_adconv_attribution_offsite_inc_archive
2379. cpas_ads_manager_logging_inc_archive
2380. cpas_advertiser_discovery_inc_archive
2381. cpas_business_manager_inc_archive
2382. cpas_catalog_diagnostics_usage_inc_archive
2383. cpas_lead_events_inc_archive
2384. cpas_merchant_compliance_core_inc_archive
2385. cpas_merchant_onboarding_inc_archive
2386. cpas_producer_hub_inc_archive
2387. cpas_producer_onboarding_inc_archive
2388. cpas_producer_reachout_data_inc_archive
2389. cpas_producer_report_inc_archive
2390. cpas_real_time_ad_metrics_inc_archive
2391. cpas_retailer_directory_inc_archive
2392. cpas_syncing_observer_logs_inc_archive
2393. cpas_unified_degraded_services_inc_archive
2394. cpas_unified_tos_status_inc_archive

Highly Confidential – Attorneys' Eyes Only

2395. cpas_url_tags_usage_inc_archive
2396. cpi_breakglass_logger_inc_archive
2397. cpx_channel_tab_inc_archive
2398. cpx_self_certification_inc_archive
2399. cpx_video_debug_event_inc_archive
2400. crawler_internal_share_missing_preview_inc_archive
2401. create_live_broadcast_ui_waterfall_inc_archive
2402. creation_fblite_harrison_menu_composer_inc_archive
2403. creation_ml_precreation_inc_archive
2404. creation_mobile_inc_archive
2405. creative_call_to_action_fields_inc_archive
2406. creative_link_data_post_processing_inc_archive
2407. creator_and_media_support_portal_inc_archive
2408. creator_incentives_inc_archive
2409. creator_monetization_eligibility_widget_inc_archive
2410. creator_monetization_onboarding_inc_archive
2411. creator_monetization_overview_tool_perf_logger_inc_archive
2412. creator_monetization_product_status_inc_archive
2413. creator_monetization_reachout_unified_inc_archive
2414. creator_monetization_tips_inc_archive
2415. creator_studio_insights_distribution_score_research_inc_archive
2416. creator_studio_insights_research_inc_archive
2417. creator_studio_insights_surface_loaded_inc_archive
2418. creator_support_inc_archive
2419. creator_tools_monetization_event_inc_archive
2420. creator_transparency_framework_inc_archive
2421. creators_moments_inc_archive
2422. creators_to_follow_inc_archive
2423. credible_threat_escalation_event_inc_archive
2424. credit_auto_increase_inc_archive
2425. credit_partition_flow_inc_archive
2426. crf_dataloader_drop_event_inc_archive
2427. crisis_exceptions_inc_archive
2428. crisis_system_inc_archive
2429. crisis_tool_inc_archive
2430. crm_agent_chat_ci_inc_archive
2431. crm_alacorn_cosmos_search_inc_archive
2432. crm_automation_events_inc_archive
2433. crm_commission_inc_archive
2434. crm_confirmation_page_scenario_inc_archive
2435. crm_contact_creation_inc_archive
2436. crm_controller_exceptions_inc_archive
2437. crm_crud_loggings_inc_archive
2438. crm_destination_events_inc_archive
2439. crm_entity_merges_inc_archive
2440. crm_error_logs_inc_archive
2441. crm_events_dev_inc_archive
2442. crm_events_inc_archive
2443. crm_hit_list_interaction_mutation_inc_archive
2444. crm_hit_list_lead_fetcher_inc_archive
2445. crm_hit_list_lead_unified_filter_inc_archive

Highly Confidential – Attorneys' Eyes Only

2446.   crm_javascript_exceptions_dev_inc_archive
2447.   crm_javascript_exceptions_inc_archive
2448.   crm_me_bm_scenario_inc_archive
2449.   crm_me_live_call_demand_control_inc_archive
2450.   crm_me_live_call_stats_inc_archive
2451.   crm_me_scheduled_call_form_submission_inc_archive
2452.   crm_nlp_crud_loggings_inc_archive
2453.   crm_notification_clicks_inc_archive
2454.   crm_notification_engine_inc_archive
2455.   crm_office365_email_inc_archive
2456.   crm_organization_mutations_inc_archive
2457.   crm_page_stats_inc_archive
2458.   crm_pw_feedback_loop_inc_archive
2459.   crm_redaction_inc_archive
2460.   crm_relay_route_stats_inc_archive
2461.   crm_sbg_helper_events_inc_archive
2462.   crm_search_inc_archive
2463.   crm_twilio_call_inc_archive
2464.   crm_webapp_error_boundary_exceptions_dev_inc_archive
2465.   crm_webapp_error_boundary_exceptions_inc_archive
2466.   crmme_schedule_call_delay_inc_archive
2467.   cross_device_login_inc_archive
2468.   cross_group_feed_error_inc_archive
2469.   cross_group_feed_post_filter_inc_archive
2470.   cross_group_feed_unconnected_content_inc_archive
2471.   cross_group_feed_waterfall_inc_archive
2472.   cross_platform_dedup_inc_archive
2473.   crossposting_settings_info_inc_archive
2474.   crow_ad_account_settings_mutations_inc_archive
2475.   crow_catalog_product_review_actions_inc_archive
2476.   crow_reviews_deletion_inc_archive
2477.   crowdsourcing_feed_questions_funnel_inc_archive
2478.   crowdsourcing_graph_editor_waterfall_inc_archive
2479.   crowdsourcing_logging_inc_archive
2480.   crowdsourcing_notification_inc_archive
2481.   crowdsourcing_qrml_score_inc_archive
2482.   crowdsourcing_question_filter_toggle_inc_archive
2483.   crowdsourcing_ranker_inc_archive
2484.   crowdsourcing_session_inc_archive
2485.   crowdsourcing_user_inc_archive
2486.   crypto_auth_token_debug_inc_archive
2487.   crypto_service_catapult_inc_archive
2488.   cs_unified_support_events_inc_archive
2489.   csm_instream_ads_auto_insertion_inc_archive
2490.   csom_partner_banner_inc_archive
2491.   csrf_datr_binding_enforcement_inc_archive
2492.   csrf_error_inc_archive
2493.   csrf_protection_on_async_get_requests_inc_archive
2494.   cst_ent_user_approval_flow_base2
2495.   ctc_ad_format_logs_inc_archive
2496.   ctc_native_call_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

2497. ctc_post_imp_for_call_optimization_goal_mf_inc_archive
2498. ctc_post_lc_for_call_optimization_goal_mf_inc_archive
2499. ctc_post_lc_for_lc_optimization_goal_mf_inc_archive
2500. ctm_ad_thread_events_inc_archive
2501. ctm_feed_page_presence_inc_archive
2502. ctm_leadgen_plus_reply_1d_model_inc_archive
2503. ctm_leadgen_plus_reply_3h_model_inc_archive
2504. ctm_multi_photo_carousel_inc_archive
2505. ctm_p2b_onsite_events_inc_archive
2506. ctm_product_delivery_inc_archive
2507. ctr_channel_watch_data_only_model_inc_archive
2508. ctr_fb_business_explore_inc_archive
2509. ctr_feed_opt_out_10ds_no_pos_cap_test_inc_archive
2510. ctr_feed_opt_out_lcc_remove_recall_20_neg_ds_no_pos_ds_inc_archive
2511. ctr_feed_opt_out_lcc_remove_recall_clustered_20_consolidated_inc_archive
2512. ctr_feed_opt_out_lcc_remove_recall_clustered_20_neg_ds_no_pos_ds_90min_inc_archive
2513. ctr_feed_opt_out_lcc_remove_recall_clustered_20_neg_ds_no_pos_ds_dedup_inc_archive
2514. ctr_feed_opt_out_lcc_remove_recall_clustered_20_neg_ds_no_pos_ds_inc_archive
2515. ctr_feed_opt_out_lcc_remove_recall_clustered_30_consolidated_inc_archive
2516. ctr_feed_opt_out_remove_recall_clustered_20_neg_ds_no_pos_ds_inc_archive
2517. ctr_for_join_fb_story_ads_model_inc_archive
2518. ctr_for_join_fb_vc_ads_model_inc_archive
2519. ctr_instagram_travel_click_only_model_opt_out_df_inc_archive
2520. ctr_instant_articles_model_inc_archive
2521. ctr_marketplace_augmented_with_mobile_feed_traffic_inc_archive
2522. ctr_marketplace_model_v1_opt_out_inc_archive
2523. ctr_marketplace_model_with_desktop_traffic_inc_archive
2524. ctr_mbl_channel_af_cd_async_ai_cd_20_neg_ds_inc_archive
2525. ctr_mbl_channel_ai_cd_async_20_neg_ds_inc_archive
2526. ctr_mbl_feed_model_af_cd_async_ai_cd_20_neg_ds_consolidated_inc_archive
2527. ctr_mbl_feed_model_af_cd_async_ai_cd_20_neg_ds_inc_archive
2528. ctr_mbl_feed_model_af_cd_async_ai_cd_20_neg_ds_md_inc_archive
2529. ctr_mbl_feed_model_af_cd_async_ai_cd_20_neg_ds_with_an_inc_archive
2530. ctr_mbl_feed_model_af_cd_async_ai_cd_inc_archive
2531. ctr_mbl_feed_model_af_cd_async_ai_cd_md_inc_archive
2532. ctr_mbl_feed_model_opt_out_ba_e2e_test_inc_archive
2533. ctr_mbl_feed_model_opt_out_clustered_adcreative_text_liquidity_body_inc_archive
2534. ctr_mbl_feed_model_opt_out_clustered_adcreative_text_liquidity_des_inc_archive
2535. ctr_mbl_feed_model_opt_out_clustered_adcreative_text_liquidity_title_inc_archive
2536. ctr_mbl_feed_model_opt_out_clustered_adcreative_thumbnail_inc_archive
2537. ctr_mbl_feed_model_opt_out_en_us_inc_archive
2538. ctr_mbl_feed_model_opt_out_inc_archive
2539. ctr_mbl_feed_model_opt_out_lcc4_remove_recall_20_downsample_inc_archive
2540. ctr_mbl_feed_model_opt_out_lcc4_remove_recall_clustered_20_downsample_inc_archive
2541. ctr_mbl_feed_model_opt_out_lcc4_remove_recall_clustered_30_downsample_inc_archive
2542. ctr_mbl_feed_model_opt_out_mobile_app_install_all_pagetype_inc_archive
2543. ctr_mbl_feed_model_opt_out_remove_recall_clustered_20_downsample_inc_archive
2544. ctr_mbl_feed_nanoshard_test_inc_archive
2545. ctr_messenger_inbox_ads_transfer_learning_mtml_adunit_inc_archive
2546. ctr_messenger_inbox_model_inc_archive
2547. ctr_messenger_inbox_post_imp_adunit_click_inc_archive

2548. ctr_messenger_story_model_msgr_data_inc_archive
2549. ctr_mobile_external_model_v2_opt_out_inc_archive
2550. ctr_model_v2_opt_out_inc_archive
2551. ctr_placement_agnostic_ai_cd_all_pos_page_type_sampled_model_inc_archive
2552. ctr_placement_agnostic_all_pos_model_ba_feature_only_inc_archive
2553. ctr_placement_agnostic_all_pos_model_inc_archive
2554. ctr_placement_agnostic_all_pos_page_type_sampled_model_5_minutes_cd_data_inc_archive
2555. ctr_placement_agnostic_all_pos_page_type_sampled_model_5min_inc_archive
2556. ctr_placement_agnostic_all_pos_page_type_sampled_model_inc_archive
2557. ctr_placement_agnostic_model_inc_archive
2558. ctr_placement_agnostic_sampled_all_pos_model_inc_archive
2559. ctr_reels_ads_model_fb_reels_inc_archive
2560. ctr_reels_ads_model_fb_reels_story_inc_archive
2561. ctr_reels_ads_model_fb_reels_story_watch_channel_ig_reels_inc_archive
2562. ctr_reels_ads_model_fb_reels_story_watch_channel_inc_archive
2563. ctr_search_ads_model_inc_archive
2564. ctr_story_ads_model_fb_story_inc_archive
2565. ctr_story_ads_model_opt_out_clustered_inc_archive
2566. ctr_story_ads_model_opt_out_clustered_wo_position_inc_archive
2567. ctr_web_feed_model_opt_out_inc_archive
2568. cts_seller_notif_framework_inc_archive
2569. cu_bot_results_inc_archive
2570. cu_proactive_event_inc_archive
2571. cu_user_context_event_inc_archive
2572. curation_targeting_backend_inc_archive
2573. curl_crawler_content_inc_archive
2574. curl_crawler_content_inc_archive
2575. custom_ads_platform_request_level_logging_inc_archive
2576. custom_audience_backfill_jobs_inc_archive
2577. custom_audience_pii_match_keys_inc_archive
2578. custom_audience_reach_estimate_loggings_inc_archive
2579. custom_audience_recipient_ad_accounts_inc_archive
2580. custom_audience_user_upload_inc_archive
2581. custom_audiences_offline_offsite_inc_archive
2582. custom_audiences_offline_onsite_inc_archive
2583. custom_audiences_optout_inc_archive
2584. custom_audio_asset_inc_archive
2585. custom_converison_api_event_inc_archive
2586. custom_conversion_detach_inc_archive
2587. custom_feed_waterfall_employee_inc_archive
2588. custom_feed_waterfall_inc_archive
2589. custom_learning_path_inc_archive
2590. custom_sticker_inc_archive
2591. customer_care_agent_actions_inc_archive
2592. customer_care_bulk_edit_inc_archive
2593. customer_care_search_executions_inc_archive
2594. customer_journey_events_inc_archive
2595. customer_journey_self_serve_audience_inc_archive
2596. customer_journey_split_inc_archive
2597. customer_journey_stage_transition_inc_archive
2598. customer_journey_stuck_user_inc_archive

     Highly Confidential – Attorneys' Eyes Only

2599. customer_list_realtime_updates_v2_inc_archive
2600. cva_access_inc_archive
2601. cvarc_abusive_entities_inc_archive
2602. cvc_v3_debugging_inc_archive
2603. cvc_v3_fraud_tracker_inc_archive
2604. cvc_v3_http_event_inc_archive
2605. cvc_v3_live_count_actions_inc_archive
2606. cvc_v3_memcache_inc_archive
2607. cvc_v3_poll_actions_inc_archive
2608. cvi_image_context_backend_infra_inc_archive
2609. cvi_image_context_backend_infra_inc_archive
2610. cvi_image_context_cluster_oldest_image_updater_inc_archive
2611. cvi_ipoc_io_recidivist_candidates_only_inc_archive
2612. cvr_mbl_feed_model_opt_out_clustered_adcreative_thumbnail_inc_archive
2613. cvr_mobile_external_leftover_opt_out_df_inc_archive
2614. cvr_mobile_external_npa_maia_mtml_inc_archive
2615. cvr_mobile_external_offsite_with_multi_id_2h_inc_archive
2616. cvr_mobile_external_offsite_with_multi_id_inc_archive
2617. cvr_position_discount_prediction_logger_inc_archive
2618. cxp_fb_sourced_creation_inc_archive
2619. cymk_cache_fetching_inc_archive
2620. cymk_cache_invalidation_inc_archive
2621. cymk_impression_inc_archive
2622. cymk_suggestion_inc_archive
2623. cyr_logging_inc_archive
2624. da_format_optimization_test_impression_inc_archive
2625. da_product_unloadable_exceptions_inc_archive
2626. daa_partner_integration_inc_archive
2627. dac_laser_read_api_inc_archive
2628. daily_active_users_raw_inc_archive
2629. dapl_async_tier_jobs_inc_archive
2630. dapl_cdmembership_output_inc_archive
2631. dapl_cdmembership_output_onsite_inc_archive
2632. dapl_event_keys_offsite_inc_archive
2633. dapl_event_keys_onsite_inc_archive
2634. dapl_waist_request_logging_inc_archive
2635. dark_mode_setting_base2
2636. dark_test_new_typeahead_api_v2_inc_archive
2637. darwin_rtc_test_results_inc_archive
2638. dash_manifest_debug_inc_archive
2639. dash_mpd_curl_inc_archive
2640. dash_mpd_gen_inc_archive
2641. dashboard_perf_inc_archive
2642. dat_events_inc_archive
2643. data_access_available_access_justifications_queries_inc_archive
2644. data_access_expiration_dark_launch_inc_archive
2645. data_access_expiration_verification_inc_archive
2646. data_delivery_tracker_actions_inc_archive
2647. data_delivery_tracker_operations_inc_archive
2648. data_delivery_tracker_user_action_inc_archive
2649. data_discovery_collections_recommendations_inc_archive

Highly Confidential – Attorneys' Eyes Only

2650. data_for_good_inc_archive
2651. data_for_good_partner_portal_inc_archive
2652. data_forwarder_output_feature_logging_inc_archive
2653. data_from_convo_events_dev_inc_archive
2654. data_from_convo_events_inc_archive
2655. data_graph_requests_inc_archive
2656. data_news_logger_inc_archive
2657. data_repo_events_inc_archive
2658. data_transfer_project_www_inc_archive
2659. data_use_consent_writes_inc_archive
2660. dataops_ent_history_inc_archive
2661. dataswarm_dashboard_events_inc_archive
2662. dating_alacorn_shadow_traffic_inc_archive
2663. dating_events_examples_inc_archive
2664. dating_external_events_inc_archive
2665. dating_inactive_user_notif_inc_archive
2666. dating_integrity_actions_inc_archive
2667. dating_offline_ranking_insights_inc_archive
2668. dating_ranking_events_inc_archive
2669. dating_ranking_feature_logging_inc_archive
2670. dating_semi_organic_engagement_notif_inc_archive
2671. datr_cross_product_inc_archive
2672. datr_login_dark_mode_inc_archive
2673. dawkins_inc_archive
2674. dbl_downgrading_debug_inc_archive
2675. dbl_nonce_update_exceptions_inc_archive
2676. dco_autogen_video_log_inc_archive
2677. dco_comment_moderation_inc_archive
2678. dco_dof_video_thumbnail_source_inc_archive
2679. dco_internal_adgroup_creation_result_inc_archive
2680. dco_internal_log_inc_archive
2681. dco_rendering_inc_archive
2682. dcp_fbcp_graph_ql_inc_archive
2683. dcp_on_device_fl_graph_ql_features_inc_archive
2684. dcp_raw_prediction_score_inc_archive
2685. dcu_sim_post_tagging_results_hive_inc_archive
2686. dcu_simpost_embeddings_results_hive_inc_archive
2687. ddex_debugger_inc_archive
2688. ddex_document_inc_archive
2689. ddt_scheduled_exceptions_inc_archive
2690. de_identification_deletion_system_actions_inc_archive
2691. deactivate_inc_archive
2692. deactivate_keep_messenger_opt_in_logger_inc_archive
2693. deal_ad_ai_waterfall_inc_archive
2694. deal_desk_inc_archive
2695. debiaser_post_click_oe_oc_1d_holdout_inc_archive
2696. debiaser_post_click_oe_oc_1d_optout_inc_archive
2697. dec_edge_ids_inc_archive
2698. dec_prediction_score_inc_archive
2699. deceased_pymk_inc_archive
2700. deck_of_advertisers_inc_archive

Highly Confidential – Attorneys' Eyes Only

2701.  deep_deletion_cxp_events_inc_archive
2702.  deep_search_extension_inc_archive
2703.  deferred_feedback_experience_inc_archive
2704.  delayed_publishing_inc_archive
2705.  delete_blocked_content_inc_archive
2706.  delete_marketplace_thread_clear_hacked_lock_inc_archive
2707.  deleted_resource_handle_uri_inc_archive
2708.  deletion_request_history_inc_archive
2709.  delivery_north_star_events_inc_archive
2710.  deliveryprediction_grid_inc_archive
2711.  deliveryprediction_impressions_inc_archive
2712.  delta_autolabelled_login_features_inc_archive
2713.  delta_checkpoint_exp_inc_archive
2714.  delta_contact_point_changes_2_inc_archive
2715.  delta_forced_fetch_logs_inc_archive
2716.  delta_non_persisted_payload_size_inc_archive
2717.  delta_observer_queue_size_inc_archive
2718.  delta_templar_challenge_inc_archive
2719.  delta_unvetted_logins_inc_archive
2720.  delta_vetted_logins_inc_archive
2721.  delta_vetting_events_inc_archive
2722.  deltoid3_metric_centric_inc_archive
2723.  deltoid3_metric_manage_inc_archive
2724.  deltoid3_usage_inc_archive
2725.  demand_logging_bi_violation_types_inc_archive
2726.  deny_comment_debugger_inc_archive
2727.  deny_if_viewer_cannot_see_post_not_in_success_state_rule_inc_archive
2728.  depa_missing_edges_in_data_graph_inc_archive
2729.  depa_missing_nodes_in_data_graph_inc_archive
2730.  depa_requests_in_www_inc_archive
2731.  designer_diff_review_actions_inc_archive
2732.  desktop_video_chat_downloads_inc_archive
2733.  detection_system_prod_stg_inc_archive
2734.  dev_community_forum_notification_inc_archive
2735.  dev_community_forum_question_assignment_inc_archive
2736.  devc_site_interactions_inc_archive
2737.  developer_all_apps_page_inc_archive
2738.  developer_app_activity_inc_archive
2739.  developer_app_categorization_escape_hatch_feedback_inc_archive
2740.  developer_app_categorization_inc_archive
2741.  developer_app_quick_start_flow_inc_archive
2742.  developer_app_restriction_inc_archive
2743.  developer_app_role_inc_archive
2744.  developer_application_alert_inc_archive
2745.  developer_bug_create_flow_inc_archive
2746.  developer_bulk_self_certification_inc_archive
2747.  developer_capability_request_inc_archive
2748.  developer_center_ui_events_inc_archive
2749.  developer_communications_inc_archive
2750.  developer_communications_platform_v2_inc_archive
2751.  developer_community_activity_inc_archive

Highly Confidential – Attorneys' Eyes Only

2752. developer_community_subscription_ent_history_inc_archive
2753. developer_events_inc_archive
2754. developer_faq_logs_inc_archive
2755. developer_followup_response_inc_archive
2756. developer_google_play_credentials_inc_archive
2757. developer_individual_verification_inc_archive
2758. developer_marketing_events_inc_archive
2759. developer_piper_inc_archive
2760. developer_piper_inc_archive
2761. developer_platform_app_and_business_edge_policy_error_inc_archive
2762. developer_platform_app_settings_basic_inc_archive
2763. developer_platform_app_settings_changes_inc_archive
2764. developer_platform_ftc_enforcement_app_journey_inc_archive
2765. developer_platform_governance_app_can_access_ci_inc_archive
2766. developer_platform_governance_app_delete_restore_inc_archive
2767. developer_platform_governance_app_devmode_inc_archive
2768. developer_platform_governance_app_enforcement_record_inc_archive
2769. developer_platform_governance_app_enforcement_record_unittest_inc_archive
2770. developer_platform_governance_app_frozen_reasons_debug_inc_archive
2771. developer_platform_governance_app_frozen_reasons_debug_unittest_inc_archive
2772. developer_platform_governance_app_frozen_reasons_inc_archive
2773. developer_platform_governance_app_platform_category_inc_archive
2774. developer_platform_governance_app_platform_category_unittest_inc_archive
2775. developer_platform_governance_appcreate_inc_archive
2776. developer_platform_governance_devonboard_inc_archive
2777. developer_platform_state_machines_history_inc_archive
2778. developer_product_adoption_inc_archive
2779. developer_public_profile_hit_inc_archive
2780. developer_registration_flow_inc_archive
2781. developer_registration_flow_unittest_inc_archive
2782. developer_self_certification_feedback_inc_archive
2783. developer_self_certification_inc_archive
2784. developer_signed_terms_inc_archive
2785. developer_site_app_test_accounts_inc_archive
2786. developer_support_funnel_interactions_inc_archive
2787. developer_support_home_interactions_inc_archive
2788. developer_support_home_survey_inc_archive
2789. developer_surface_tracker_inc_archive
2790. developer_surveys_inc_archive
2791. developer_tools_page_interactions_inc_archive
2792. developer_unregister_inc_archive
2793. developer_verification_events_inc_archive
2794. device_based_login_marauder_inc_archive
2795. device_based_login_nonce_error_inc_archive
2796. device_based_login_v2_marauder_inc_archive
2797. device_block_enforcement_inc_archive
2798. device_data_comparison_inc_archive
2799. device_detection_msite_display_params_inc_archive
2800. device_environment_status_inc_archive
2801. device_graph_msite_ip_inc_archive
2802. device_id_api_usl_inc_archive

Highly Confidential – Attorneys' Eyes Only

2803.   device_info_event_details_inc_archive
2804.   device_info_events_inc_archive
2805.   device_info_identifier_match_inc_archive
2806.   device_info_qp_external_inc_archive
2807.   device_read_api_inc_archive
2808.   device_read_api_request_tracking_inc_archive
2809.   device_registry_insights_inc_archive
2810.   device_registry_update_requests_inc_archive
2811.   device_signals_bluetooth_debug_inc_archive
2812.   device_signals_bluetooth_inc_archive
2813.   device_signals_clvisit_debug_inc_archive
2814.   device_signals_clvisit_inc_archive
2815.   device_signals_deanonymization_inc_archive
2816.   device_signals_fingerprint_start_inc_archive
2817.   device_signals_fingerprint_stop_inc_archive
2818.   device_signals_location_debug_inc_archive
2819.   device_signals_location_inc_archive
2820.   device_signals_sensors_inc_archive
2821.   device_signals_wifi_active_scans_inc_archive
2822.   device_signals_wifi_debug_inc_archive
2823.   device_status_mobile_inc_archive
2824.   device_user_assoc_update_inc_archive
2825.   device_user_for_fa_raw_inc_archive
2826.   devops_srt_scheduled_requeue_inc_archive
2827.   devserver_allocator_event_inc_archive
2828.   devsite_doc_changes_feed_inc_archive
2829.   devsite_doc_translation_inc_archive
2830.   devsite_external_task_similarity_inc_archive
2831.   devsite_interactions_inc_archive
2832.   devsite_landing_page_logs_inc_archive
2833.   devsite_samplecodeprovider_misses_inc_archive
2834.   devsite_search_query_inc_archive
2835.   devsite_search_selection_inc_archive
2836.   devsite_self_service_app_recovery_inc_archive
2837.   devsupport_information_card_inc_archive
2838.   df_tuf_test_deleted_data_inc_archive
2839.   dialtone_facebook_inc_archive
2840.   dialtone_m_toggle_mode_inc_archive
2841.   dialtone_quota_capping_inc_archive
2842.   digest_email_notif_delivery_inc_archive
2843.   digital_circular_waterfall_inc_archive
2844.   digital_content_payment_events_inc_archive
2845.   digital_content_wallet_events_inc_archive
2846.   digital_product_inc_archive
2847.   digital_rights_support_case_inc_archive
2848.   digital_store_object_url_debug_inc_archive
2849.   digital_transformation_portal_events_inc_archive
2850.   dim_ace_enforcement_ban_events_base2
2851.   dim_ace_enforcement_notification_events_base2
2852.   dim_ace_survey_response_base2
2853.   dim_ad_campaign_activity_base2

2854.  dim_ad_campaign_group_activity_base2
2855.  dim_ad_custom_metrics_base2
2856.  dim_ad_draft_tao_v2_base2
2857.  dim_ad_network_bundle_appeal_base2
2858.  dim_ad_network_payout_model_base2
2859.  dim_ad_proposal_base2
2860.  dim_adbreak_page_custom_messages_base2
2861.  dim_admarket_user_profile_delta_inc_archive
2862.  dim_adnetwork_publisher_base2
2863.  dim_adrule_base2
2864.  dim_ads_amm_accept_tos_base2
2865.  dim_ads_conversion_base2
2866.  dim_ads_conversion_hourly_base2
2867.  dim_ads_conversion_proxy_base2
2868.  dim_ads_pixel_base2
2869.  dim_ads_pixel_proxy_base2
2870.  dim_ads_pixel_terms_of_service_base2
2871.  dim_ads_report_builder_saved_report_ent_base2
2872.  dim_ads_sampled_locations_base2
2873.  dim_ads_sampled_locations_unfiltered_base2
2874.  dim_ads_user_settings_base2
2875.  dim_all_created_additional_profile_plus_base2
2876.  dim_all_event_reviews_scrape_base2
2877.  dim_all_media_playlist_items_base2
2878.  dim_all_pmv_metadata_base2
2879.  dim_all_pmv_metadata_hourly_base2
2880.  dim_all_pmv_reels_base2
2881.  dim_all_soundbite_base2
2882.  dim_amd_data_base2
2883.  dim_an_onboarding_base2
2884.  dim_app_ads_verification_challenge_base2
2885.  dim_application_proxy_base2
2886.  dim_ar_achievement_active_creator_base2
2887.  dim_asst__speech_utt_base2
2888.  dim_audio_asset_base2
2889.  dim_authenticatable_free_form_org_entities_base2
2890.  dim_authenticatable_standalone_businesses_base2
2891.  dim_authenticity_appeals_base2
2892.  dim_authenticity_expiry_marker_base2
2893.  dim_authenticity_identity_check_base2
2894.  dim_authenticity_kba_check_base2
2895.  dim_authenticity_ledger_entries_base2
2896.  dim_authenticity_notary_check_base2
2897.  dim_authenticity_notary_document_check_base2
2898.  dim_authenticity_notary_image_check_base2
2899.  dim_authenticity_notary_jobs_base2
2900.  dim_authenticity_page_admin_name_org_base2
2901.  dim_authenticity_rule_override_base2
2902.  dim_auto_boost_all_subscribers_base2
2903.  dim_aymt_tip_config_base2
2904.  dim_bcmp_brand_rfp_base2

Highly Confidential – Attorneys' Eyes Only

2905. dim_bcmp_campaign_agreement_base2
2906. dim_bcmp_campaign_base2
2907. dim_bcmp_creator_applicant_ent_base2
2908. dim_biz_notif_prefs_base2
2909. dim_blacklist_base2
2910. dim_blue_badge_verification_submissions_base2
2911. dim_bulletin_article_document_scrape_base2
2912. dim_bulletin_article_scrape_base2
2913. dim_bulletin_article_version_scrape_base2
2914. dim_bulletin_fb_user_scrape_base2
2915. dim_business_creative_folder_base2
2916. dim_business_data_records_base2
2917. dim_business_image_base2
2918. dim_business_todo_list_task_base2
2919. dim_business_website_urls_base2
2920. dim_caipt_registered_trademark_base2
2921. dim_caipt_report_base2
2922. dim_camp_multi_component_report_base2
2923. dim_capy_session_bot_base2
2924. dim_capy_session_chat_base2
2925. dim_charity_scrape_base2
2926. dim_chex_order_action_request_base2
2927. dim_chex_order_gifting_info_base2
2928. dim_chex_return_operation_base2
2929. dim_clear_history_controls_base2
2930. dim_client_interactions_base2
2931. dim_cms_base2
2932. dim_cms_tos_base2
2933. dim_commerce_c2c_buyer_individual_ratings_base2
2934. dim_commerce_c2c_seller_individual_ratings_base2
2935. dim_commerce_c2c_seller_ratings_base2
2936. dim_commerce_fb_channel_settings_base2
2937. dim_commerce_ig_channel_settings_base2
2938. dim_commerce_review_base2
2939. dim_commerce_review_contributor_info_base2
2940. dim_commerce_review_response_base2
2941. dim_commerce_wa_channel_settings_base2
2942. dim_community_award_instance_base2
2943. dim_community_moderator_activity_base2
2944. dim_community_moderator_feedback_base2
2945. dim_community_moderator_feedback_dispute_base2
2946. dim_compass_curated_unit_version_base2
2947. dim_contact_device_import_base2
2948. dim_copyright_audio_asset_base2
2949. dim_core_app_admin_express_onboard_setting_base2
2950. dim_corgi_operation_base2
2951. dim_cp2_payout_record_base2
2952. dim_cp2_payout_record_hourly_base2
2953. dim_creator_bonus_program_metadata_base2
2954. dim_crisis_user_info_scrape_base2
2955. dim_crm_business_base2

2956. dim_crm_rich_text_note_base2
2957. dim_crow_comp_review_base2
2958. dim_crow_comp_unpartitioned_base2
2959. dim_crowdsourcing_claim_base2
2960. dim_crt_review_report_base2
2961. dim_cst_data_use_consent_base2
2962. dim_custom_publisher_block_list_base2
2963. dim_designated_person_base2
2964. dim_dfx_user_event_record_base2
2965. dim_docauth_labeling_job_base2
2966. dim_docauth_verification_base2
2967. dim_docauth_viral_base2
2968. dim_enforcement_action_record_base2
2969. dim_enforcement_request_base2
2970. dim_ent_authenticity_document_check_political_voice_document_expiration_base2
2971. dim_ent_authenticity_email_join_check_base2
2972. dim_ent_authenticity_phone_voice_join_check_base2
2973. dim_ent_search_srt_base2
2974. dim_ent_waveland_data_base2
2975. dim_event_base2
2976. dim_event_collection_base2
2977. dim_event_confirm_attendance_confirmation_base2
2978. dim_event_connection_data_base2
2979. dim_event_online_setup_base2
2980. dim_events_app_user_settings_base2
2981. dim_events_base2
2982. dim_external_case_base2
2983. dim_external_case_update_base2
2984. dim_external_task_update_base2
2985. dim_facebook_partner_program_base2
2986. dim_fan_support_pack_orders_base2
2987. dim_fan_support_page_settings_base2
2988. dim_fb_form_base2
2989. dim_fb_form_boolean_data_base2
2990. dim_fb_form_date_data_base2
2991. dim_fb_form_definition_base2
2992. dim_fb_form_file_data_base2
2993. dim_fb_form_numerical_data_base2
2994. dim_fb_form_option_base2
2995. dim_fb_form_option_data_base2
2996. dim_fb_form_text_data_base2
2997. dim_fb_form_typeahead_data_base2
2998. dim_fb_image_copyright_match_base2
2999. dim_fb_to_ig_xposting_feed_base2
3000. dim_fb_to_ig_xposting_story_base2
3001. dim_fbcm_geo_circle_base2
3002. dim_fbcm_geo_polygon_base2
3003. dim_fbcm_intervention_base2
3004. dim_fbcm_tag_collection_base2
3005. dim_fbobj_aptracker_base2
3006. dim_fbobj_family_relationship_base2

        Highly Confidential – Attorneys' Eyes Only

3007. dim_fbobj_memorialized_user_info_base2
3008. dim_fbobj_nickname_base2
3009. dim_fbobj_profile_dating_base2
3010. dim_fbobj_profile_dating_extended_base2
3011. dim_fbobj_story_highlight_container_base2
3012. dim_feature_store_feature_group_base2
3013. dim_follow_attribution_fbobj_base2
3014. dim_fort_acl_result_base2
3015. dim_ftc_neutral_enforcement_records_base2
3016. dim_fx_geo_info_base2
3017. dim_games_service_application_setting_base2
3018. dim_gaming_arena_base2
3019. dim_gaming_play_squad_base2
3020. dim_gaming_video_creator_base2
3021. dim_gb_fb_form_instance_base2
3022. dim_gb_fb_form_question_base2
3023. dim_gb_fb_form_question_response_base2
3024. dim_gb_procurement_request_base2
3025. dim_goodwill_throwback_settings_base2
3026. dim_gratitude_reminder_users_base2
3027. dim_group_admin_activity_base2
3028. dim_group_comment_product_recommendations_base2
3029. dim_group_device_propagated_ban_base2
3030. dim_group_enforced_content_base2
3031. dim_group_message_base2
3032. dim_group_post_product_recommendations_base2
3033. dim_group_post_tag_base2
3034. dim_group_rules_base2
3035. dim_group_sell_nux_base2
3036. dim_groups_alias_base2
3037. dim_halo_item_attachment_base2
3038. dim_iab_autofill_consent_base2
3039. dim_iab_autofill_data_base2
3040. dim_iab_autofill_settings_base2
3041. dim_ig_image_copyright_match_base2
3042. dim_ig_media_copyright_match_base2
3043. dim_incentive_campaign_user_settings_base2
3044. dim_integrity_object_action_log_base2
3045. dim_job_application_v2_base2
3046. dim_job_opening_base2
3047. dim_keepout_matches_base2
3048. dim_knowledge_agreement_results_base2
3049. dim_knowledge_proposals_base2
3050. dim_learning_course_unit_user_base2
3051. dim_like_attribution_fbobj_base2
3052. dim_local_community_member_base2
3053. dim_local_community_moderator_status_base2
3054. dim_local_community_post_base2
3055. dim_local_poll_base2
3056. dim_location_app_permission_base2
3057. dim_location_storage_setting_base2

Highly Confidential – Attorneys' Eyes Only

3058. dim_login_alerts_base2
3059. dim_loyalty_user_base2
3060. dim_media_ops_support_portal_user_base2
3061. dim_mediaops_portal_user_base2
3062. dim_memorialization_settings_base2
3063. dim_mes_eligibility_base2
3064. dim_messenger_call_12566_base2
3065. dim_messenger_community_user_setting_base2
3066. dim_messenger_page_scoped_id_base2
3067. dim_mfs_cash_in_intent_base2
3068. dim_mfs_cash_out_intent_base2
3069. dim_mfs_identity_verification_intent_base2
3070. dim_mfs_p_ptransfer_base2
3071. dim_mobile_phone_base2
3072. dim_mobile_push_tokens_base2
3073. dim_monetizable_onboarding_hourly_base2
3074. dim_monetization_enforcement_case_record_base2
3075. dim_monetization_enforcement_violation_base2
3076. dim_mp_c2c_dispute_support_case_base2
3077. dim_navigation_tab_configuration_base2
3078. dim_news_compass_profile_base2
3079. dim_note_base2
3080. dim_nuclear_rollback_events_base2
3081. dim_offline_conversion_data_set_base2
3082. dim_offsite_pixel_base2
3083. dim_ongrid_address_checks_base2
3084. dim_organization_address_base2
3085. dim_p2p_group_payment_requests_base2
3086. dim_p2p_payment_requests_base2
3087. dim_page_admin_authenticity_view_base2
3088. dim_page_identity_info_base2
3089. dim_page_verification_info_base2
3090. dim_pages_commerce_payment_invoice_base2
3091. dim_partner_business_relationship_base2
3092. dim_partner_business_relationship_request_base2
3093. dim_partner_gaming_video_creators_base2
3094. dim_pay__shops_user_email_capture_base2
3095. dim_payment_invoice_refund_action_data_base2
3096. dim_pbp_feedback_automatched_base2
3097. dim_pbp_feedback_base2
3098. dim_pending_friend_requests_base2
3099. dim_pending_page_admin_adds_base2
3100. dim_pending_page_admin_demotions_base2
3101. dim_pending_page_admin_promotions_base2
3102. dim_pending_page_admin_removals_base2
3103. dim_pending_profile_plus_admin_removals_base2
3104. dim_person_enforcement_info_base2
3105. dim_photo_metadata_base2
3106. dim_platform_base_permission_base2
3107. dim_political_voice_authenticity_view_base2
3108. dim_pr_fb_form_base2

          Highly Confidential – Attorneys' Eyes Only

3109.   dim_pr_fb_form_group_base2
3110.   dim_pr_fb_form_numerical_data_base2
3111.   dim_pr_fb_form_question_base2
3112.   dim_pr_fb_form_question_response_base2
3113.   dim_presence_viewer_based_settings_base2
3114.   dim_prisk_restrictions_base2
3115.   dim_procurement_request_attachment_activity_base2
3116.   dim_procurement_request_closure_base2
3117.   dim_product_catalog_base2
3118.   dim_product_item_base2
3119.   dim_product_tag_base2
3120.   dim_profile_device_propagated_block_base2
3121.   dim_profile_discovery_user_base2
3122.   dim_profile_intro_card_base2
3123.   dim_q3lc_impression_state_base2
3124.   dim_qa_question_option_base2
3125.   dim_questionnaire_all_responses_base2
3126.   dim_queue_availability_base2
3127.   dim_remote_learning_class_base2
3128.   dim_residences_base2
3129.   dim_rf_delivery_base2
3130.   dim_rn_r_for_seller_base_base2
3131.   dim_save_list_base2
3132.   dim_save_list_item_base2
3133.   dim_saves_base2
3134.   dim_searchlight_match_priv_base2
3135.   dim_senna_selfie_media_base2
3136.   dim_sensitive_targeting_certification_base2
3137.   dim_services_external_calendar_provider_base2
3138.   dim_signals_event_rule_group_base2
3139.   dim_signals_event_rule_group_hourly_base2
3140.   dim_single_review_responses_base2
3141.   dim_sourcing_attachment_base2
3142.   dim_sourcing_event_collaborator_base2
3143.   dim_sourcing_event_question_base2
3144.   dim_sourcing_event_response_base2
3145.   dim_sourcing_message_base2
3146.   dim_sourcing_question_answer_base2
3147.   dim_sourcing_question_category_base2
3148.   dim_sourcing_supplier_detail_base2
3149.   dim_srt_activity_correspondence_start_base2
3150.   dim_srt_commerce_ticketing_job_base2
3151.   dim_srt_job_ace_appeal_base2
3152.   dim_srt_job_ace_business_manager_appeal_base2
3153.   dim_srt_job_mp_buyer_base2
3154.   dim_srt_job_mp_c2c_seller_base2
3155.   dim_srt_job_mp_dispute_base2
3156.   dim_srt_job_mp_shop_seller_base2
3157.   dim_srt_note_gms_base2
3158.   dim_tincan_device_base2
3159.   dim_transactable_item_base2

3160.  dim_transaction_base2
3161.  dim_transaction_payment_option_base2
3162.  dim_trending_curated_group_base2
3163.  dim_trending_curated_topic_base2
3164.  dim_trending_curated_topic_hourly_base2
3165.  dim_upg_answer_record_base2
3166.  dim_user_feedback_info_base2
3167.  dim_user_language_model_override_base2
3168.  dim_user_regional_locale_base2
3169.  dim_video_asset_base2
3170.  dim_video_base2
3171.  dim_video_copyright_base2
3172.  dim_video_copyright_match_base2
3173.  dim_video_copyright_policy_base2
3174.  dim_video_device_autoplay_setting_base2
3175.  dim_video_interest_info_base2
3176.  dim_video_tip_jar_payment_base2
3177.  dim_visits_base2
3178.  dim_volunteering_event_shift_sign_up_details_base2
3179.  dim_watch_settings_base2
3180.  dim_wem_private_sharing_control_churned_base2
3181.  dim_workflow_instance_base2
3182.  dim_xrt_job_purchase_automatched_base2
3183.  dim_xrt_job_purchase_base2
3184.  dim_xrt_job_validation_automatched_base2
3185.  dim_xrt_job_validation_base2
3186.  dim_xrt_rater_profile_base2
3187.  dim_xrt_structured_job_base2
3188.  direct_actions_inc_archive
3189.  direct_debit_notif_inc_archive
3190.  direct_integrator_permission_restriction_inc_archive
3191.  direct_support_case_creation_dialogs_inc_archive
3192.  direct_support_email_inc_archive
3193.  direct_support_ent_history_inc_archive
3194.  direct_support_sla_notifications_bot_inc_archive
3195.  disabled_account_checkpoint_event_inc_archive
3196.  disclosure_framework_event_inc_archive
3197.  disclosure_service_event_inc_archive
3198.  discounted_order_items_inc_archive
3199.  discovery_events_inc_archive
3200.  discovery_hub_conduit_logging_debug_info_inc_archive
3201.  discovery_hub_events_inc_archive
3202.  discovery_hub_logging_debug_inc_archive
3203.  discovery_hub_logging_keys_inc_archive
3204.  discovery_hub_session_keys_inc_archive
3205.  discovery_user_actions_inc_archive
3206.  discussion_posts_client_events_inc_archive
3207.  discussion_posts_server_events_inc_archive
3208.  distance_picker_events_inc_archive
3209.  dive_surface_events_inc_archive
3210.  dlo_autotranslation_text_samples_inc_archive

     Highly Confidential – Attorneys' Eyes Only

3211. dmars_content_diagnostics_inc_archive
3212. dmars_puma_content_inc_archive
3213. docauth_identity_experiment_inc_archive
3214. docauth_label_engine_events_inc_archive
3215. docauth_spot_checker_inc_archive
3216. docauth_submission_inc_archive
3217. docauth_viral_detection_inc_archive
3218. dof_video_variation_count_inc_archive
3219. dog_check_debug_inc_archive
3220. dog_check_updates_inc_archive
3221. domain_ownership_events_inc_archive
3222. domain_verification_api_inc_archive
3223. donation_nonce_inc_archive
3224. doppler_console_events_inc_archive
3225. dpa_cfeval_frechet_events_clicks_pipeline_inc_archive
3226. dpa_cfeval_frechet_events_convs_pipeline_inc_archive
3227. dpa_cfeval_frechet_sample_clicks_pipeline_inc_archive
3228. dpa_cfeval_frechet_sample_convs_pipeline_inc_archive
3229. dpa_ctr_mbl_feed_model_v2_opt_out_inc_archive
3230. dpa_ctr_mobile_feed_instagram_model_inc_archive
3231. dpa_ctr_search_ads_model_inc_archive
3232. dpa_generic_logger_inc_archive
3233. dpa_invalidation_debug_inc_archive
3234. dpa_product_3co_cvr_model_sl_traffic_only_inc_archive
3235. dpa_product_ctr_all_page_types_model_20pct_inc_archive
3236. dpa_product_ctr_all_page_types_model_inc_archive
3237. dpa_product_ctr_model_inc_archive
3238. dpa_product_ctr_pipeline_vehicle_inc_archive
3239. dpa_product_cvr_mai_model_5_positions_inc_archive
3240. dpa_product_cvr_model_5_positions_oc_oe_new_attribution_logic_v2_inc_archive
3241. dpa_product_cvr_model_5_positions_with_sl_impacted_traffic_inc_archive
3242. dpa_product_deduper_inc_archive
3243. dpa_product_filter_inc_archive
3244. dpa_product_post_imp_cvr_model_3co_dataset_inc_archive
3245. dpa_product_post_imp_cvr_model_pos0_master_dataset_inc_archive
3246. dpa_product_ranking_post_click_onsite_cvr_model_inc_archive
3247. dpa_product_recommendations_inc_archive
3248. dpf_comment_inc_archive
3249. dpf_directed_post_inc_archive
3250. dpf_photo_inc_archive
3251. dpf_status_update_inc_archive
3252. dr_consumerx_onsite_signals_inc_archive
3253. dr_patterson_action_inc_archive
3254. drv3_att_single_status_provider_inc_archive
3255. dsbsid_departition_result_inc_archive
3256. dsc_mutation_record_base2
3257. dse_quality_escalation_inc_archive
3258. dso_impression_locale_inc_archive
3259. dso_nielsen_trp_update_inc_archive
3260. dummy_story_inc_archive
3261. dumont_replay_api_detail_inc_archive

Highly Confidential – Attorneys' Eyes Only

3262. dumont_replays_inc_archive
3263. dumont_v2_hpi_replays_inc_archive
3264. duplicate_deletions_inc_archive
3265. dvr_video_inc_archive
3266. dwell_trig_afi_mobile_feed_inc_archive
3267. dyi_download_lookaside_inc_archive
3268. dyi_download_request_inc_archive
3269. dyi_exception_inc_archive
3270. dyi_generation_inc_archive
3271. dyi_impressions_inc_archive
3272. dyi_job_ent_scrape_hourly_base2
3273. dyi_notifications_inc_archive
3274. dym_unicorn_logs_inc_archive
3275. dynamic_ad_customization_currency_filtering_inc_archive
3276. dynamic_ad_customization_rendering_inc_archive
3277. dynamic_ad_rendering_image_url_inc_archive
3278. dynamic_ads_aem_destination_domains_inc_archive
3279. dynamic_ads_audiences_inc_archive
3280. dynamic_ads_autolal_creation_events_inc_archive
3281. dynamic_ads_for_retail_creative_validations_inc_archive
3282. dynamic_ads_for_retail_omni_products_inc_archive
3283. dynamic_ads_hec_impressions_inc_archive
3284. dynamic_ads_item_creative_spec_inc_archive
3285. dynamic_ads_template_post_render_inc_archive
3286. dynamic_ads_template_video_delivery_inc_archive
3287. dynamic_ads_template_video_inc_archive
3288. dynamic_bundles_ranking_inc_archive
3289. dynamic_carousel_card_info_inc_archive
3290. dynamic_composer_inc_archive
3291. dynamic_evaluation_filtered_items_inc_archive
3292. dynamic_follow_graph_feed_experiment_inc_archive
3293. dynamic_image_transform_service_traffic_inc_archive
3294. dynamic_instant_ad_event_inc_archive
3295. dynamic_page_hovercard_inc_archive
3296. dynamic_preview_rendering_static_cached_post_creation_async_job_error_inc_archive
3297. dynamic_probation_events_inc_archive
3298. dynamic_review_static_ads_inc_archive
3299. dynamic_rule_config_inc_archive
3300. dynamic_rule_engine_inc_archive
3301. dynamic_video_showreel_native_dev_inc_archive
3302. dynamic_video_showreel_native_inc_archive
3303. e2e_deletion_requests_inc_archive
3304. e2e_stories_tray_reliability_inc_archive
3305. ea_approvals_event_inc_archive
3306. eagle_partner_info_inc_archive
3307. ear_ineligible_vettedness_inc_archive
3308. ecomm_chex_order_actions_inc_archive
3309. ecomm_inventory_pipeline_inc_archive
3310. ecomm_monetizer_click_training_inc_archive
3311. ecomm_professional_seller_click_training_inc_archive
3312. ecomm_ssfy_click_training_inc_archive

3313.  ecommerce_residual_pr_embedding_inc_archive
3314.  edge_insights_logs_inc_archive
3315.  edge_insights_prefix_api_logs_inc_archive
3316.  edit_history_trigger_data_inc_archive
3317.  edm_ga_detection_logging_facebook_inc_archive
3318.  edm_global_access_endpoint_input_inc_archive
3319.  effect_cache_eviction_report_inc_archive
3320.  effect_ranker_client_inc_archive
3321.  effect_ranker_effect_features_inc_archive
3322.  effect_ranker_events_inc_archive
3323.  effects_usage_inc_archive
3324.  effix_infra_inc_archive
3325.  eil_events_inc_archive
3326.  elas_events_inc_archive
3327.  elastic_cosmos_search_inc_archive
3328.  election_integrity_keyword_matches_inc_archive
3329.  elections_integrity_srt_abusive_entities_inc_archive
3330.  elevate_scholarship_registration_inc_archive
3331.  elevate_scholarship_voucher_claim_inc_archive
3332.  eligibility_override_events_inc_archive
3333.  em_mkt_flows_log_inc_archive
3334.  em_videos_campaign_notification_inc_archive
3335.  ema_upsell_inc_archive
3336.  email_acquisition_inc_archive
3337.  email_hardlink_autoconfirm_inc_archive
3338.  email_hardlink_prefill_inc_archive
3339.  email_reachability_experiment_inc_archive
3340.  email_reachability_inc_archive
3341.  email_reachability_novak2_inc_archive
3342.  email_rl_training_data_inc_archive
3343.  email_spam_fbl_inc_archive
3344.  email_web_qp_funnel_inc_archive
3345.  emerging_business_insights_events_inc_archive
3346.  employee_check_under_platform_context_not_migrated_inc_archive
3347.  employee_checkup_admin_inc_archive
3348.  employee_checkup_async_job_inc_archive
3349.  employee_checkup_inc_archive
3350.  empty_feed_impression_conversion_inc_archive
3351.  empty_product_set_matcher_inc_archive
3352.  emu_invalidation_scribeh_inc_archive
3353.  encrypted_attachment_logs_inc_archive
3354.  end_of_feed_data_inc_archive
3355.  enforced_apps_to_user_installs_with_role_inc_archive
3356.  enforcement_appeal_event_inc_archive
3357.  enforcement_governance_infra_core_inc_archive
3358.  enforcement_source_attribution_logs_inc_archive
3359.  enforcement_tool_usage_inc_archive
3360.  engagement_audience_ui_inc_archive
3361.  engagement_custom_audience_video_search_events_inc_archive
3362.  engagement_infra_migration_inc_archive
3363.  engagement_qp_delivery_waterfall_inc_archive

Highly Confidential – Attorneys' Eyes Only

3364. engagement_qp_object_stats_inc_archive
3365. enm_email_events_inc_archive
3366. ent_ad_campaign_placement_change_inc_archive
3367. ent_ad_creative_ads_manager_permission_check_failure_inc_archive
3368. ent_ad_device_ads_tracking_status_falco_event_inc_archive
3369. ent_ad_device_mutations_inc_archive
3370. ent_address_book_last_sync_time_mutation_inc_archive
3371. ent_ads_coupon_impression_history_inc_archive
3372. ent_ads_coupon_offer_history_inc_archive
3373. ent_ads_coupon_progress_history_inc_archive
3374. ent_ads_io_contract_inc_archive
3375. ent_app_event_config_update_inc_archive
3376. ent_ar_achievement_history_inc_archive
3377. ent_ar_collaboration_history_inc_archive
3378. ent_ar_commerce_history_inc_archive
3379. ent_ar_creator_profile_history_inc_archive
3380. ent_audit_trail_inc_archive
3381. ent_boost_up_partnership_tokens_base2
3382. ent_cig_cim_history_inc_archive
3383. ent_cms_base2
3384. ent_device_app_installation_validation_inc_archive
3385. ent_device_app_installations_event_inc_archive
3386. ent_device_data_receive_inc_archive
3387. ent_device_source_inc_archive
3388. ent_digital_nonconsumable_entitlement_base2
3389. ent_eb_main_base2
3390. ent_edge_mutation_logs_inc_archive
3391. ent_external_task_ent_history_inc_archive
3392. ent_fact_check_provider_history_inc_archive
3393. ent_fbcm_intervention_edit_history_inc_archive
3394. ent_hitlist_lead_history_inc_archive
3395. ent_instant_game_metadata_history_inc_archive
3396. ent_international_election_reminder_history_inc_archive
3397. ent_legal_matter_26782_base2
3398. ent_legal_matter_activity_27928_base2
3399. ent_legal_matter_document_31378_base2
3400. ent_legal_matter_financial_impact_29930_base2
3401. ent_legal_matter_financial_impact_activity_30886_base2
3402. ent_legal_matter_key_date_29240_base2
3403. ent_legal_matter_key_date_activity_28810_base2
3404. ent_legal_matter_narrative_activity_28809_base2
3405. ent_legal_matter_outside_counsel_diversity_activity_40336_base2
3406. ent_loader_partial_token_usage_inc_archive
3407. ent_marketing_solution_provider_brand_media_history_inc_archive
3408. ent_marketing_solution_provider_history_inc_archive
3409. ent_marketplace_feed_unit_user_preference_base2
3410. ent_marketplace_vacation_mode_base2
3411. ent_media_effect_permission_config_base2
3412. ent_media_effect_permission_group_base2
3413. ent_media_effect_profile_base2
3414. ent_media_effects_history_inc_archive

Highly Confidential – Attorneys' Eyes Only

3415. ent_mentorship_history_inc_archive
3416. ent_messenger_only_account_analytics_inc_archive
3417. ent_needs_data_use_consent_mutations_inc_archive
3418. ent_needs_data_use_consent_reads_inc_archive
3419. ent_news_compass_profile_history_inc_archive
3420. ent_offer_item_history_inc_archive
3421. ent_one_time_optin_token_settings_table_base2
3422. ent_oxsights_highlight_history_inc_archive
3423. ent_payment_account_crud_inc_archive
3424. ent_phone_voice_join_check_history_inc_archive
3425. ent_photo_album_creation_inc_archive
3426. ent_photo_creation_inc_archive
3427. ent_post_and_ent_story_attachments_consistency_inc_archive
3428. ent_post_with_publishing_status_inc_archive
3429. ent_pplatch_edit_history_inc_archive
3430. ent_profile_picture_mutations_inc_archive
3431. ent_schema_methods_preparer_usage_inc_archive
3432. ent_share_external_image_url_src_inc_archive
3433. ent_shop_revision_base2
3434. ent_structured_order_base2
3435. ent_ticketed_experience_cluster_history_inc_archive
3436. ent_unused_types_history_inc_archive
3437. ent_user_pay_package_action_inc_archive
3438. ent_wallet_history_inc_archive
3439. ent_watson_business_compromise_report_base2
3440. entclientinteractionsschema_base2
3441. enterprise_portal_events_inc_archive
3442. entgroupschema_base2
3443. entities_place_create_inc_archive
3444. entity_cards_event_logs_inc_archive
3445. entity_client_performance_inc_archive
3446. entity_fanout_service_inc_archive
3447. entity_quality_inc_archive
3448. entity_sequence_data_inc_archive
3449. entity_transparency_inc_archive
3450. entstory_offline_rule_validator_table_inc_archive
3451. entstory_validator_inc_archive
3452. eo_activity_provisioned_asset_hourly_base2
3453. eo_activity_sub_state_hourly_base2
3454. eo_event_history_inc_archive
3455. ep_admin_inc_archive
3456. ep_frontend_inc_archive
3457. ep_perf_inc_archive
3458. ep_react_profiler_inc_archive
3459. ep_spend_user_activity_inc_archive
3460. epd_checker_inc_archive
3461. epsilon_events_inc_archive
3462. epsilon_live_chat_events_inc_archive
3463. epyml_candidates_inc_archive
3464. equitable_advancement_ux_interactions_inc_archive
3465. errorreporting_skylight_crashes_archive_inc_archive

Highly Confidential – Attorneys' Eyes Only

3466.  errorreporting_vros_crashes_inc_archive
3467.  errorreporting_zeratul_rn_crashes_archive_inc_archive
3468.  est_validation_tool_logger_inc_archive
3469.  et_server_events_inc_archive
3470.  event_1p_optout_device_heuristic_inc_archive
3471.  event_ad_post_click_cvr_inc_archive
3472.  event_ad_rejected_ads_by_advertiser_no_privilege_inc_archive
3473.  event_add_onsite_ticketing_endpoints_inc_archive
3474.  event_call_link_host_presence_mode_inc_archive
3475.  event_insight_consistent_inc_archive
3476.  event_insights_inc_archive
3477.  event_object_id_reversed_log_inc_archive
3478.  event_review_action_data_inc_archive
3479.  event_ticketing_inc_archive
3480.  event_ticketing_order_checkpoints_inc_archive
3481.  event_wall_integrity_comments_inc_archive
3482.  events_actions_data_inc_archive
3483.  events_daily_activity_realtime_inc_archive
3484.  events_dashboard_metrics_inc_archive
3485.  events_deduplication_logger_inc_archive
3486.  events_error_logs_inc_archive
3487.  events_learning_all_users_examples_fbjoiner_inc_archive
3488.  events_learning_examples_fbjoiner_compressed_inc_archive
3489.  events_megataxon_data_inc_archive
3490.  events_notif_debug_inc_archive
3491.  events_notif_renderer_inc_archive
3492.  events_notifications_vpv_inc_archive
3493.  events_recommendability_www_results_inc_archive
3494.  events_relay_mutation_error_inc_archive
3495.  events_taste_ranking_details_inc_archive
3496.  events_user_generic_actions_inc_archive
3497.  evergreen_qp_live_shopping_training_data_inc_archive
3498.  evidence_assessment_form_outcomes_inc_archive
3499.  evidence_collection_component_ent_history_inc_archive
3500.  evidence_tooling_log_inc_archive
3501.  evidence_verification_results_inc_archive
3502.  example_data_with_purpose_policy_inc_archive
3503.  excessive_use_dnd_blocking_inc_archive
3504.  expanded_notification_events_inc_archive
3505.  experience_creation_flow_inc_archive
3506.  expiring_profile_pic_inc_archive
3507.  explorer_open_media_inc_archive
3508.  explorer_profile_impressions_inc_archive
3509.  export_file_assets_extraction_flow_inc_archive
3510.  extended_account_recovery_events_inc_archive
3511.  extended_break_inc_archive
3512.  extended_break_viewers_inc_archive
3513.  extended_credit_allocation_configuration_inc_archive
3514.  extended_credit_allocation_inc_archive
3515.  extended_credit_application_inc_archive
3516.  extended_credit_audit_actions_inc_archive

3517.  extended_credit_data_integrity_inc_archive
3518.  extended_credit_email_inc_archive
3519.  extended_credit_invoice_group_inc_archive
3520.  external_case_access_inc_archive
3521.  external_case_changelog_inc_archive
3522.  external_case_views_inc_archive
3523.  external_id_zippy_reads_inc_archive
3524.  external_id_zippy_writes_inc_archive
3525.  external_metric_consumption_validation_inc_archive
3526.  external_metrics_api_usage_inc_archive
3527.  external_metrics_unified_logging_inc_archive
3528.  external_scrapes_inc_archive
3529.  external_share_link_editing_events_inc_archive
3530.  external_share_tracking_inc_archive
3531.  external_survey_locale_mismatch_inc_archive
3532.  external_task_conflicts_inc_archive
3533.  external_task_new_comment_action_inc_archive
3534.  external_task_notification_inc_archive
3535.  external_task_update_categorization_inc_archive
3536.  external_translation_events_inc_archive
3537.  extracted_document_entity_base2
3538.  eyml_fbjoiner_inc_archive
3539.  eyml_request_inc_archive
3540.  f3_ads_ranking_serving_processor_logging_inc_archive
3541.  fa_labelling_holdout_framework_inc_archive
3542.  face_model_mutation_wormhole_comment_inc_archive
3543.  facebook_blue_app_sso_inc_archive
3544.  facebook_business_extension_event_inc_archive
3545.  facebook_group_tab_ads_queries_inc_archive
3546.  facebook_newsfeed_nudging_inc_archive
3547.  facebook_partner_program_inc_archive
3548.  facebook_pdiv_filter_exploration_inc_archive
3549.  facebook_pdiv_filter_exploration_inc_archive
3550.  facebook_pdiv_filter_ranking_inc_archive
3551.  facebook_protect_inc_archive
3552.  facebook_reels_overlay_ads_query_inc_archive
3553.  facebook_settings_inc_archive
3554.  facebook_settings_page_inc_archive
3555.  facebook_shops_session_inc_archive
3556.  facebook_story_ads_creation_inc_archive
3557.  facebook_story_ads_debug_inc_archive
3558.  facebook_story_ads_queries_inc_archive
3559.  facecast_comment_moderation_inc_archive
3560.  facecast_fullscreen_error_dialog_events_inc_archive
3561.  facecast_godzilla_nux_inc_archive
3562.  facecast_inappropriate_reactions_inc_archive
3563.  facecast_video_protocol_broadcast_inc_archive
3564.  facecrunch_inc_archive
3565.  facerec_settings_inc_archive
3566.  facilitator_tools_countdown_timer_client_actions_inc_archive
3567.  fact_checkable_claim_fbtype_41690_base2

Highly Confidential – Attorneys' Eyes Only

3568. fact_checker_app_service_exceptions_inc_archive
3569. fact_checker_app_web_client_actions_dev_inc_archive
3570. fact_checker_app_web_client_actions_inc_archive
3571. factory_delights_fireworks_inc_archive
3572. facts_in_comments_inc_archive
3573. fake_account_fnrp_inc_archive
3574. fake_friending_classifier_scores_inc_archive
3575. fake_or_hacked_score_inc_archive
3576. falco_video_profiler_events_inc_archive
3577. fallback_feed_requests_inc_archive
3578. fam_ads_lego_consumption_inc_archive
3579. fam_ads_post_click_lynx_callback_inc_archive
3580. fam_bde_ads_waterfall_inc_archive
3581. fam_formats_feed_screenshots_inc_archive
3582. family_device_recovery_inc_archive
3583. fan_funding_client_events_inc_archive
3584. fan_funding_creator_events_inc_archive
3585. fan_funding_funnel_drop_off_inc_archive
3586. fan_funding_server_events_inc_archive
3587. fan_funding_stars_events_inc_archive
3588. fan_subs_error_inc_archive
3589. fandom_badges_inc_archive
3590. fanta_tabs_visible_inc_archive
3591. fantail_logging_inc_archive
3592. fantasy_games_exceptions_inc_archive
3593. fantasy_games_inc_archive
3594. fantasy_games_notifications_inc_archive
3595. fast_acl_audit_scan_logger_inc_archive
3596. fast_ct_wysinwyg_inc_archive
3597. fast_f3_pubcontent_engagements_inc_archive
3598. fast_f3_pubcontent_engagements_with_traits_inc_archive
3599. fast_f3_video_engagements_inc_archive
3600. fast_integrity_strike_transparency_inc_archive
3601. fastidv_inc_archive
3602. favorite_media_picker_inc_archive
3603. fb4a_acf_notif_scoping_inc_archive
3604. fb4a_actor_framework_navigation_inc_archive
3605. fb4a_collapsed_story_top_tray_inc_archive
3606. fb4a_e2ee_key_persistent_inc_archive
3607. fb4a_feed_story_cta_usage_inc_archive
3608. fb4a_live_video_fullscreen_transition_prediction_results_inc_archive
3609. fb4a_live_video_fullscreen_transition_unsampled_inc_archive
3610. fb4a_login_session_termination_exception_inc_archive
3611. fb4a_notification_badge_logging_inc_archive
3612. fb4a_pplus_session_expire_inc_archive
3613. fb4a_pplus_xeb_experiment_inc_archive
3614. fb4a_sso_on_password_failure_inc_archive
3615. fb4a_system_navigation_style_inc_archive
3616. fb4b_1_impressions_inc_archive
3617. fb4b_1_search_inc_archive
3618. fb4b_campaign_inc_archive

Highly Confidential – Attorneys' Eyes Only

3619.  fb4b_click_action_inc_archive
3620.  fb4b_page_not_found_inc_archive
3621.  fb4b_support_options_inc_archive
3622.  fb4c_rhc_coworker_invite_events_inc_archive
3623.  fb_access_handler_credentials_retry_ig_contactpoint_inc_archive
3624.  fb_access_handler_credentials_retry_sim_phone_inc_archive
3625.  fb_active_status_setting_read_inc_archive
3626.  fb_all_string_resources_waiting_complete_inc_archive
3627.  fb_analytics_mobile_app_error_inc_archive
3628.  fb_auto_conf_funnel_inc_archive
3629.  fb_biz_comm_grab_auction_inc_archive
3630.  fb_biz_core_events_inc_archive
3631.  fb_biz_home_tab_events_inc_archive
3632.  fb_biz_insights_acquired_user_inc_archive
3633.  fb_biz_insights_events_inc_archive
3634.  fb_biz_suite_login_events_inc_archive
3635.  fb_biz_suite_quality_loading_error_events_inc_archive
3636.  fb_camera_actions_inc_archive
3637.  fb_composer_uri_inc_archive
3638.  fb_copresence_events_inc_archive
3639.  fb_creation_actions_inc_archive
3640.  fb_creative_app_platform_inc_archive
3641.  fb_daprt_inc_archive
3642.  fb_end_of_year_events_inc_archive
3643.  fb_feed_pause_time_spent_sampled_inc_archive
3644.  fb_feo2_confidence_inc_archive
3645.  fb_form_mutations_inc_archive
3646.  fb_funded_incentives_random_events_inc_archive
3647.  fb_geo_age_gating_policies_base2
3648.  fb_group_ads_insertion_inc_archive
3649.  fb_ig_story_joint_app_install_cvr_model_inc_archive
3650.  fb_ig_xposting_waterfall_events_inc_archive
3651.  fb_impressions_ip_map_onsite_dedupe_inc_archive
3652.  fb_incentives_deal_management_inc_archive
3653.  fb_inspiration_posting_error_inc_archive
3654.  fb_lite_ads_screen_time_spent_inc_archive
3655.  fb_lite_data_saver_toggle_inc_archive
3656.  fb_lite_feed_unit_promo_inc_archive
3657.  fb_lite_fos_banner_version_events_inc_archive
3658.  fb_lite_lop_funnel_event_inc_archive
3659.  fb_lite_sideload_inc_archive
3660.  fb_lite_sideload_metadata_inc_archive
3661.  fb_lite_three_dot_menu_events_inc_archive
3662.  fb_lite_video_home_events_inc_archive
3663.  fb_login_ar_map45_predictor_loop_examples_inc_archive
3664.  fb_mall_data_ingestion_inc_archive
3665.  fb_messaging_ad_inc_archive
3666.  fb_messaging_events_inc_archive
3667.  fb_messaging_events_restricted_inc_archive
3668.  fb_messaging_events_unittest_inc_archive
3669.  fb_messaging_notification_inc_archive

Highly Confidential – Attorneys' Eyes Only

3670.  fb_messaging_performance_inc_archive
3671.  fb_mini_shop_onboarding_email_inc_archive
3672.  fb_mobile_app_theme_preferences_inc_archive
3673.  fb_music_browser_ranking_joiner_examples_inc_archive
3674.  fb_music_browser_ranking_joiner_examples_inc_archive
3675.  fb_music_learning_fb_joiner_input_inc_archive
3676.  fb_note_events_inc_archive
3677.  fb_ofa_ac_client_interactions_inc_archive
3678.  fb_ofa_ac_granular_control_actions_inc_archive
3679.  fb_ofa_ac_granular_control_inventory_inc_archive
3680.  fb_ofa_ac_referrals_inc_archive
3681.  fb_ofa_ac_user_viewed_content_inc_archive
3682.  fb_only_scorer_merged_input_alpha_inc_archive
3683.  fb_only_scorer_merged_input_dev_inc_archive
3684.  fb_only_scorer_merged_input_prod_inc_archive
3685.  fb_pay_live_chat_support_inc_archive
3686.  fb_payments3ds_inc_archive
3687.  fb_presence_vsc_ramp_down_inc_archive
3688.  fb_product_ig_feed_promotion_inc_archive
3689.  fb_profile_biz_tools_insights_report_inc_archive
3690.  fb_qt_resources_language_pack_info_inc_archive
3691.  fb_rate_limits_everywhere_inc_archive
3692.  fb_react_native_resources_loading_failure_inc_archive
3693.  fb_react_native_resources_loading_success_inc_archive
3694.  fb_react_native_resources_waiting_complete_inc_archive
3695.  fb_reels_engagements_inc_archive
3696.  fb_reels_performance_fund_play_count_inc_archive
3697.  fb_reg_f3_features_test_inc_archive
3698.  fb_rooms_tray_inc_archive
3699.  fb_settings_inc_archive
3700.  fb_shop_promotion_insights_inc_archive
3701.  fb_shop_tab_interested_product_notifications_inc_archive
3702.  fb_shops_bumper_event_inc_archive
3703.  fb_shops_mall_browse_inc_archive
3704.  fb_shops_mall_buyer_inc_archive
3705.  fb_shops_mall_dynamic_module_ranking_inc_archive
3706.  fb_shops_mall_item_validation_inc_archive
3707.  fb_shops_mall_typeahead_events_inc_archive
3708.  fb_shops_p2p_source_configs_inc_archive
3709.  fb_shops_p2p_source_configs_unittest_inc_archive
3710.  fb_shops_seller_actions_inc_archive
3711.  fb_shops_tab_notification_inc_archive
3712.  fb_shops_user_embeddings_inc_archive
3713.  fb_shops_user_embeddings_unittest_inc_archive
3714.  fb_shorts_agg_page_shadow_run_inc_archive
3715.  fb_shorts_aggregation_page_inc_archive
3716.  fb_shorts_consumption_events_inc_archive
3717.  fb_shorts_debug_sfv_graphql_context_inc_archive
3718.  fb_shorts_feed_delivery_reliability_inc_archive
3719.  fb_shorts_feedback_event_inc_archive
3720.  fb_shorts_mid_card_inc_archive

Highly Confidential – Attorneys' Eyes Only

3721.  fb_shorts_midcard_waterfall_inc_archive
3722.  fb_shorts_notification_jewel_inc_archive
3723.  fb_shorts_suggested_entities_inc_archive
3724.  fb_shorts_upsell_inc_archive
3725.  fb_shorts_video_posting_inc_archive
3726.  fb_shorts_viewer_open_inc_archive
3727.  fb_smart_compose_suggestions_inc_archive
3728.  fb_static_shop_ads_inc_archive
3729.  fb_stories_action_state_inc_archive
3730.  fb_stories_actor_state_v3_inc_archive
3731.  fb_stories_aggregator_e2e_correctness_inc_archive
3732.  fb_stories_ats_card_action_state_inc_archive
3733.  fb_stories_ats_card_action_state_unittest_inc_archive
3734.  fb_stories_creation_debug_inc_archive
3735.  fb_stories_creation_inc_archive
3736.  fb_stories_deletion_request_inc_archive
3737.  fb_stories_dtd_cf_logs_inc_archive
3738.  fb_stories_expiration_inc_archive
3739.  fb_stories_expiration_task_inc_archive
3740.  fb_stories_explorer_inc_archive
3741.  fb_stories_flm_prefbjoiner_event_inc_archive
3742.  fb_stories_four_hours_before_expiration_inc_archive
3743.  fb_stories_four_hours_before_expiration_task_inc_archive
3744.  fb_stories_graphql_single_bucket_query_inc_archive
3745.  fb_stories_integrity_term_values_inc_archive
3746.  fb_stories_key_metrics_inc_archive
3747.  fb_stories_learning_fb_joiner_input_inc_archive
3748.  fb_stories_learning_to_rank_base_inc_archive
3749.  fb_stories_master_logging_table_inc_archive
3750.  fb_stories_negative_user_actions_inc_archive
3751.  fb_stories_neo_graph_inc_archive
3752.  fb_stories_neograph_e2e_correctness_inc_archive
3753.  fb_stories_open_story_action_state_actions_inc_archive
3754.  fb_stories_publish_inc_archive
3755.  fb_stories_rankerstate_correctness_inc_archive
3756.  fb_stories_retrieval_state_v3_inc_archive
3757.  fb_stories_seenstate_events_inc_archive
3758.  fb_stories_session_based_training_inc_archive
3759.  fb_stories_subscription_inc_archive
3760.  fb_stories_tray_size_inc_archive
3761.  fb_stories_tray_waterfall_inc_archive
3762.  fb_stories_two_hours_before_expiration_inc_archive
3763.  fb_stories_two_hours_before_expiration_task_inc_archive
3764.  fb_stories_unified_preference_inc_archive
3765.  fb_stories_view_count_awareness_nux_inc_archive
3766.  fb_stories_viewer_owner_event_base_inc_archive
3767.  fb_story_ads_prefetch_request_data_inc_archive
3768.  fb_story_ads_vpvd_filtered_inc_archive
3769.  fb_story_explorer_feature_log_inc_archive
3770.  fb_story_insights_inc_archive
3771.  fb_story_notifications_inc_archive

Highly Confidential – Attorneys' Eyes Only

3772. fb_story_profile_impressions_inc_archive
3773. fb_story_server_config_change_log_filtered_inc_archive
3774. fb_story_server_config_change_log_inc_archive
3775. fb_story_xposting_to_ig_inc_archive
3776. fb_taxonomy_management_tool_inc_archive
3777. fb_threads_events_inc_archive
3778. fb_to_ig_feed_xposting_client_inc_archive
3779. fb_tofu_interaction_event_log_inc_archive
3780. fb_unified_top_of_feed_engagement_inc_archive
3781. fb_user_single_entity_acdc_prop_matches_inc_archive
3782. fb_video_cache_item_evicted_inc_archive
3783. fb_vsl_session_key_inc_archive
3784. fb_vsl_shadow_sessions_comparison_inc_archive
3785. fb_widget_lifecycle_actions_inc_archive
3786. fba_deprecation_usage_inc_archive
3787. fbai_deamplification_event_inc_archive
3788. fbc_notifications_product_monitoring_inc_archive
3789. fbconv_lift_zippy_events_cleaner_log_inc_archive
3790. fbcr_carrier_name_ios_inc_archive
3791. fbcr_carrier_name_ios_inc_archive
3792. fbdl_events_inc_archive
3793. fbe_business_app_store_logs_inc_archive
3794. fbe_instant_installs_inc_archive
3795. fbe_queries_inc_archive
3796. fbig_email_upsell_inc_archive
3797. fbjoiner_group_mall_tab_ranked_inc_archive
3798. fbjoiner_low_volume_all_interfaces_more_position_target_conversion_v1_inc_archive
3799. fbjoiner_public_video_global_online_downsampler_inc_archive
3800. fblearner_ent_history_inc_archive
3801. fblite_account_recovery_header_bypass_inc_archive
3802. fblite_account_switcher_shortcut_nt_inc_archive
3803. fblite_ads_call_to_action_inc_archive
3804. fblite_ads_three_dot_menu_inc_archive
3805. fblite_android_fad_inc_archive
3806. fblite_appsrv_session_length_data_inc_archive
3807. fblite_bookmarks_impression_inc_archive
3808. fblite_carrier_signal_v2_ping_inc_archive
3809. fblite_carrier_signal_v2_run_inc_archive
3810. fblite_checkin_events_inc_archive
3811. fblite_clean_space_action_inc_archive
3812. fblite_client_data_traffic_inc_archive
3813. fblite_client_memory_manager_events_inc_archive
3814. fblite_client_resource_fetch_report_inc_archive
3815. fblite_client_user_email_qp_only_inc_archive
3816. fblite_clock_change_inc_archive
3817. fblite_composer_media_picker_debug_inc_archive
3818. fblite_composer_post_button_migration_debug_inc_archive
3819. fblite_connection_quality_changed_inc_archive
3820. fblite_contact_importer_logging_inc_archive
3821. fblite_cover_photo_inc_archive
3822. fblite_cpu_usage__per_user_inc_archive

Highly Confidential – Attorneys' Eyes Only

3823. fblite_creation_debugger_inc_archive
3824. fblite_device_configuration_inc_archive
3825. fblite_device_phone_number_qp_only_inc_archive
3826. fblite_device_storage_usage_from_server_inc_archive
3827. fblite_dns_resolution_inc_archive
3828. fblite_e2ee_persistance_inc_archive
3829. fblite_fasthash_zero_campaign_refresh_inc_archive
3830. fblite_feed_error_state_inc_archive
3831. fblite_focused_path_click_event_table_inc_archive
3832. fblite_focused_path_impression_event_table_inc_archive
3833. fblite_fresco_disk_cache_evictions_inc_archive
3834. fblite_friending_jewel_downstream_action_conversion_inc_archive
3835. fblite_gmail_qp_inc_archive
3836. fblite_image_cache_stats_inc_archive
3837. fblite_image_efficiency_inc_archive
3838. fblite_image_fetch_inc_archive
3839. fblite_image_refetch_inc_archive
3840. fblite_ios_memory_pressure_inc_archive
3841. fblite_ios_push_registration_inc_archive
3842. fblite_kaios_screen_decode_inc_archive
3843. fblite_lds_general_usage_inc_archive
3844. fblite_lds_screen_nt_component_stats_inc_archive
3845. fblite_litefeed_waterfall_inc_archive
3846. fblite_live_broadcast_user_actions_inc_archive
3847. fblite_login_via_browser_inc_archive
3848. fblite_main_menu_click_inc_archive
3849. fblite_media_upload_msssim_metric_inc_archive
3850. fblite_media_upload_reliability_inc_archive
3851. fblite_message_send_latency_inc_archive
3852. fblite_messaging_typeahead_inc_archive
3853. fblite_messenger_thread_cta_with_np_inc_archive
3854. fblite_modularity_log_inc_archive
3855. fblite_msys_loading_funnel_logging_inc_archive
3856. fblite_navbar_buttons_impression_inc_archive
3857. fblite_no_connectivity_dialog_inc_archive
3858. fblite_nt_ci_upload_termination_inc_archive
3859. fblite_nux_pymk_footer_events_inc_archive
3860. fblite_nux_quick_friending_inc_archive
3861. fblite_oauth_identify_inc_archive
3862. fblite_offline_log_limit_reached_inc_archive
3863. fblite_offline_network_inc_archive
3864. fblite_oz_player_inc_archive
3865. fblite_page_view_inc_archive
3866. fblite_phone_acquisition_inc_archive
3867. fblite_pigeon_events_inc_archive
3868. fblite_profile_photo_inc_archive
3869. fblite_request_latency_inc_archive
3870. fblite_rtt_reports_inc_archive
3871. fblite_screen_deeplink_push_inc_archive
3872. fblite_screen_diff_inc_archive
3873. fblite_screen_prepush_dmg_inc_archive

Highly Confidential – Attorneys' Eyes Only

3874.  fblite_security_site_integrity_inc_archive
3875.  fblite_self_story_end_card_hive_inc_archive
3876.  fblite_sessions_infra_events_inc_archive
3877.  fblite_show_fup_interstitial_inc_archive
3878.  fblite_soft_key_inc_archive
3879.  fblite_sso_flow_inc_archive
3880.  fblite_story_retry_debug_logging_inc_archive
3881.  fblite_tab_bar_impression_inc_archive
3882.  fblite_traffic_inc_archive
3883.  fblite_upsells_inc_archive
3884.  fblite_user_session_data_usage_inc_archive
3885.  fblite_video_autoplay_events_inc_archive
3886.  fblite_vip_mismatch_spinner_blocked_inc_archive
3887.  fblite_zero_balance_detection_inc_archive
3888.  fblite_zero_balance_fallback_inc_archive
3889.  fblite_zero_events_inc_archive
3890.  fblite_zero_headers_inc_archive
3891.  fblite_zero_optin_flow_hive_inc_archive
3892.  fblite_zero_rating_failsafe_inc_archive
3893.  fblite_zero_rating_temp_table_inc_archive
3894.  fbmap_client_events_inc_archive
3895.  fbmusic_selective_features_inc_archive
3896.  fbns_message_event_inc_archive
3897.  fbobj_caipt_report_base2
3898.  fbobj_fbtype_24104_base2
3899.  fbobj_fbtype_38759_base2
3900.  fbobject_fbtype_1012_base2
3901.  fbobject_fbtype_10130_base2
3902.  fbobject_fbtype_10136_base2
3903.  fbobject_fbtype_10220_base2
3904.  fbobject_fbtype_10229_base2
3905.  fbobject_fbtype_10305_base2
3906.  fbobject_fbtype_10306_base2
3907.  fbobject_fbtype_10306_base2
3908.  fbobject_fbtype_10309_base2
3909.  fbobject_fbtype_10314_base2
3910.  fbobject_fbtype_10326_base2
3911.  fbobject_fbtype_10372_base2
3912.  fbobject_fbtype_10374_base2
3913.  fbobject_fbtype_10374_base2
3914.  fbobject_fbtype_10413_base2
3915.  fbobject_fbtype_10414_base2
3916.  fbobject_fbtype_10416_base2
3917.  fbobject_fbtype_10417_base2
3918.  fbobject_fbtype_10459_base2
3919.  fbobject_fbtype_10597_base2
3920.  fbobject_fbtype_10609_base2
3921.  fbobject_fbtype_10726_base2
3922.  fbobject_fbtype_10764_base2
3923.  fbobject_fbtype_10778_base2
3924.  fbobject_fbtype_10851_base2

Highly Confidential – Attorneys' Eyes Only

3925.  fbobject_fbtype_10959_base2
3926.  fbobject_fbtype_10983_base2
3927.  fbobject_fbtype_11077_base2
3928.  fbobject_fbtype_11124_base2
3929.  fbobject_fbtype_11148_base2
3930.  fbobject_fbtype_11187_base2
3931.  fbobject_fbtype_11355_base2
3932.  fbobject_fbtype_11367_base2
3933.  fbobject_fbtype_11537_base2
3934.  fbobject_fbtype_1153_base2
3935.  fbobject_fbtype_11541_base2
3936.  fbobject_fbtype_11641_base2
3937.  fbobject_fbtype_11721_base2
3938.  fbobject_fbtype_11745_base2
3939.  fbobject_fbtype_11817_base2
3940.  fbobject_fbtype_11820_base2
3941.  fbobject_fbtype_11841_base2
3942.  fbobject_fbtype_11856_base2
3943.  fbobject_fbtype_11868_base2
3944.  fbobject_fbtype_11881_base2
3945.  fbobject_fbtype_11999_base2
3946.  fbobject_fbtype_12032_base2
3947.  fbobject_fbtype_12085_base2
3948.  fbobject_fbtype_12218_base2
3949.  fbobject_fbtype_12222_base2
3950.  fbobject_fbtype_12241_base2
3951.  fbobject_fbtype_12250_base2
3952.  fbobject_fbtype_12285_base2
3953.  fbobject_fbtype_1229_base2
3954.  fbobject_fbtype_12331_base2
3955.  fbobject_fbtype_12370_base2
3956.  fbobject_fbtype_12382_base2
3957.  fbobject_fbtype_12437_base2
3958.  fbobject_fbtype_12472_base2
3959.  fbobject_fbtype_12561_base2
3960.  fbobject_fbtype_12710_base2
3961.  fbobject_fbtype_1279_base2
3962.  fbobject_fbtype_12837_base2
3963.  fbobject_fbtype_12903_base2
3964.  fbobject_fbtype_12911_base2
3965.  fbobject_fbtype_12989_base2
3966.  fbobject_fbtype_13055_base2
3967.  fbobject_fbtype_13085_base2
3968.  fbobject_fbtype_13122_base2
3969.  fbobject_fbtype_13146_base2
3970.  fbobject_fbtype_1314_base2
3971.  fbobject_fbtype_13213_base2
3972.  fbobject_fbtype_13278_base2
3973.  fbobject_fbtype_13287_base2
3974.  fbobject_fbtype_13336_base2
3975.  fbobject_fbtype_13382_base2

Highly Confidential – Attorneys' Eyes Only

3976. fbobject_fbtype_13566_base2
3977. fbobject_fbtype_13657_base2
3978. fbobject_fbtype_13755_base2
3979. fbobject_fbtype_13765_base2
3980. fbobject_fbtype_1378_base2
3981. fbobject_fbtype_13846_base2
3982. fbobject_fbtype_13863_base2
3983. fbobject_fbtype_13879_base2
3984. fbobject_fbtype_13904_base2
3985. fbobject_fbtype_13920_base2
3986. fbobject_fbtype_13927_base2
3987. fbobject_fbtype_13967_base2
3988. fbobject_fbtype_13978_base2
3989. fbobject_fbtype_13987_base2
3990. fbobject_fbtype_14026_base2
3991. fbobject_fbtype_14095_base2
3992. fbobject_fbtype_14147_base2
3993. fbobject_fbtype_14215_base2
3994. fbobject_fbtype_14216_base2
3995. fbobject_fbtype_14254_base2
3996. fbobject_fbtype_14287_base2
3997. fbobject_fbtype_14301_base2
3998. fbobject_fbtype_14313_base2
3999. fbobject_fbtype_1431_base2
4000. fbobject_fbtype_14367_base2
4001. fbobject_fbtype_14526_base2
4002. fbobject_fbtype_14533_base2
4003. fbobject_fbtype_14552_base2
4004. fbobject_fbtype_14555_base2
4005. fbobject_fbtype_14695_base2
4006. fbobject_fbtype_14700_base2
4007. fbobject_fbtype_14700_hourly_base2
4008. fbobject_fbtype_14797_base2
4009. fbobject_fbtype_14900_base2
4010. fbobject_fbtype_14907_base2
4011. fbobject_fbtype_1492_base2
4012. fbobject_fbtype_14930_base2
4013. fbobject_fbtype_14940_base2
4014. fbobject_fbtype_14964_base2
4015. fbobject_fbtype_14999_base2
4016. fbobject_fbtype_15011_base2
4017. fbobject_fbtype_15029_base2
4018. fbobject_fbtype_15029_hourly_base2
4019. fbobject_fbtype_15122_base2
4020. fbobject_fbtype_15190_hourly_base2
4021. fbobject_fbtype_15266_base2
4022. fbobject_fbtype_15369_base2
4023. fbobject_fbtype_15372_base2
4024. fbobject_fbtype_15380_base2
4025. fbobject_fbtype_15411_base2
4026. fbobject_fbtype_15454_base2

Highly Confidential – Attorneys' Eyes Only

4027.   fbobject_fbtype_15489_base2
4028.   fbobject_fbtype_15543_base2
4029.   fbobject_fbtype_15569_base2
4030.   fbobject_fbtype_15570_base2
4031.   fbobject_fbtype_15622_base2
4032.   fbobject_fbtype_15657_base2
4033.   fbobject_fbtype_15671_base2
4034.   fbobject_fbtype_15688_base2
4035.   fbobject_fbtype_15717_base2
4036.   fbobject_fbtype_15761_base2
4037.   fbobject_fbtype_15780_base2
4038.   fbobject_fbtype_15800_base2
4039.   fbobject_fbtype_15805_base2
4040.   fbobject_fbtype_15986_base2
4041.   fbobject_fbtype_16112_base2
4042.   fbobject_fbtype_16159_base2
4043.   fbobject_fbtype_16188_base2
4044.   fbobject_fbtype_16256_base2
4045.   fbobject_fbtype_16304_base2
4046.   fbobject_fbtype_16386_base2
4047.   fbobject_fbtype_16508_base2
4048.   fbobject_fbtype_16530_base2
4049.   fbobject_fbtype_16577_base2
4050.   fbobject_fbtype_16577_hourly_base2
4051.   fbobject_fbtype_16589_base2
4052.   fbobject_fbtype_16699_base2
4053.   fbobject_fbtype_1669_base2
4054.   fbobject_fbtype_16824_base2
4055.   fbobject_fbtype_16905_base2
4056.   fbobject_fbtype_16917_base2
4057.   fbobject_fbtype_16971_base2
4058.   fbobject_fbtype_16983_base2
4059.   fbobject_fbtype_16991_base2
4060.   fbobject_fbtype_16_base2
4061.   fbobject_fbtype_17081_base2
4062.   fbobject_fbtype_17082_base2
4063.   fbobject_fbtype_17099_base2
4064.   fbobject_fbtype_17203_base2
4065.   fbobject_fbtype_17209_base2
4066.   fbobject_fbtype_17268_base2
4067.   fbobject_fbtype_17327_base2
4068.   fbobject_fbtype_17351_base2
4069.   fbobject_fbtype_17368_base2
4070.   fbobject_fbtype_17390_base2
4071.   fbobject_fbtype_17412_base2
4072.   fbobject_fbtype_17449_base2
4073.   fbobject_fbtype_17508_base2
4074.   fbobject_fbtype_17550_base2
4075.   fbobject_fbtype_17576_base2
4076.   fbobject_fbtype_17659_base2
4077.   fbobject_fbtype_17711_base2

4078.  fbobject_fbtype_17712_base2
4079.  fbobject_fbtype_17757_base2
4080.  fbobject_fbtype_17790_base2
4081.  fbobject_fbtype_17822_base2
4082.  fbobject_fbtype_17840_base2
4083.  fbobject_fbtype_17907_base2
4084.  fbobject_fbtype_17946_base2
4085.  fbobject_fbtype_17974_base2
4086.  fbobject_fbtype_17985_base2
4087.  fbobject_fbtype_18067_base2
4088.  fbobject_fbtype_18068_base2
4089.  fbobject_fbtype_18113_base2
4090.  fbobject_fbtype_18116_base2
4091.  fbobject_fbtype_18222_base2
4092.  fbobject_fbtype_18239_base2
4093.  fbobject_fbtype_18287_base2
4094.  fbobject_fbtype_18301_base2
4095.  fbobject_fbtype_18311_base2
4096.  fbobject_fbtype_18346_base2
4097.  fbobject_fbtype_18357_base2
4098.  fbobject_fbtype_18371_base2
4099.  fbobject_fbtype_18386_base2
4100.  fbobject_fbtype_18442_base2
4101.  fbobject_fbtype_18471_base2
4102.  fbobject_fbtype_18518_base2
4103.  fbobject_fbtype_18571_base2
4104.  fbobject_fbtype_18591_base2
4105.  fbobject_fbtype_18706_base2
4106.  fbobject_fbtype_18709_base2
4107.  fbobject_fbtype_18774_base2
4108.  fbobject_fbtype_18782_base2
4109.  fbobject_fbtype_18794_base2
4110.  fbobject_fbtype_18905_base2
4111.  fbobject_fbtype_18967_base2
4112.  fbobject_fbtype_19067_base2
4113.  fbobject_fbtype_19122_base2
4114.  fbobject_fbtype_19198_base2
4115.  fbobject_fbtype_19268_base2
4116.  fbobject_fbtype_19294_base2
4117.  fbobject_fbtype_19341_base2
4118.  fbobject_fbtype_19356_base2
4119.  fbobject_fbtype_19393_base2
4120.  fbobject_fbtype_19397_base2
4121.  fbobject_fbtype_1952_base2
4122.  fbobject_fbtype_19597_base2
4123.  fbobject_fbtype_19611_base2
4124.  fbobject_fbtype_19619_base2
4125.  fbobject_fbtype_19647_base2
4126.  fbobject_fbtype_19719_base2
4127.  fbobject_fbtype_19803_base2
4128.  fbobject_fbtype_19809_base2

4129. fbobject_fbtype_19894_base2
4130. fbobject_fbtype_19904_base2
4131. fbobject_fbtype_19936_base2
4132. fbobject_fbtype_1_base2
4133. fbobject_fbtype_2009_base2
4134. fbobject_fbtype_20106_base2
4135. fbobject_fbtype_20113_base2
4136. fbobject_fbtype_20123_base2
4137. fbobject_fbtype_20174_base2
4138. fbobject_fbtype_20188_base2
4139. fbobject_fbtype_20258_base2
4140. fbobject_fbtype_2025_base2
4141. fbobject_fbtype_2029_base2
4142. fbobject_fbtype_20363_base2
4143. fbobject_fbtype_20425_base2
4144. fbobject_fbtype_2048_base2
4145. fbobject_fbtype_20633_base2
4146. fbobject_fbtype_20641_base2
4147. fbobject_fbtype_20678_base2
4148. fbobject_fbtype_20833_base2
4149. fbobject_fbtype_20861_base2
4150. fbobject_fbtype_20941_base2
4151. fbobject_fbtype_2094_base2
4152. fbobject_fbtype_20964_base2
4153. fbobject_fbtype_21000_base2
4154. fbobject_fbtype_21074_base2
4155. fbobject_fbtype_21099_base2
4156. fbobject_fbtype_2111_base2
4157. fbobject_fbtype_2111_hourly_base2
4158. fbobject_fbtype_21140_base2
4159. fbobject_fbtype_21142_base2
4160. fbobject_fbtype_21165_base2
4161. fbobject_fbtype_21212_base2
4162. fbobject_fbtype_21258_base2
4163. fbobject_fbtype_21376_base2
4164. fbobject_fbtype_2139_base2
4165. fbobject_fbtype_2139_hourly_new_base2
4166. fbobject_fbtype_21455_base2
4167. fbobject_fbtype_21556_base2
4168. fbobject_fbtype_21581_base2
4169. fbobject_fbtype_21637_base2
4170. fbobject_fbtype_21649_base2
4171. fbobject_fbtype_21774_base2
4172. fbobject_fbtype_21800_base2
4173. fbobject_fbtype_2180_base2
4174. fbobject_fbtype_2185_base2
4175. fbobject_fbtype_21881_base2
4176. fbobject_fbtype_21952_base2
4177. fbobject_fbtype_22028_base2
4178. fbobject_fbtype_22049_base2
4179. fbobject_fbtype_22121_base2

82          Highly Confidential – Attorneys' Eyes Only

4180.  fbobject_fbtype_22254_base2
4181.  fbobject_fbtype_22286_base2
4182.  fbobject_fbtype_22382_base2
4183.  fbobject_fbtype_22414_base2
4184.  fbobject_fbtype_2283_base2
4185.  fbobject_fbtype_22904_base2
4186.  fbobject_fbtype_23044_base2
4187.  fbobject_fbtype_23200_base2
4188.  fbobject_fbtype_23441_base2
4189.  fbobject_fbtype_23562_base2
4190.  fbobject_fbtype_23565_base2
4191.  fbobject_fbtype_23635_base2
4192.  fbobject_fbtype_23663_base2
4193.  fbobject_fbtype_23712_base2
4194.  fbobject_fbtype_23857_base2
4195.  fbobject_fbtype_23955_base2
4196.  fbobject_fbtype_23956_base2
4197.  fbobject_fbtype_24015_base2
4198.  fbobject_fbtype_24016_base2
4199.  fbobject_fbtype_24185_base2
4200.  fbobject_fbtype_2421_base2
4201.  fbobject_fbtype_2424_base2
4202.  fbobject_fbtype_2424_unfiltered_base2
4203.  fbobject_fbtype_24283_base2
4204.  fbobject_fbtype_24299_base2
4205.  fbobject_fbtype_24366_base2
4206.  fbobject_fbtype_24378_base2
4207.  fbobject_fbtype_24425_base2
4208.  fbobject_fbtype_24431_base2
4209.  fbobject_fbtype_24614_base2
4210.  fbobject_fbtype_24692_base2
4211.  fbobject_fbtype_24771_base2
4212.  fbobject_fbtype_24775_base2
4213.  fbobject_fbtype_24834_base2
4214.  fbobject_fbtype_25145_base2
4215.  fbobject_fbtype_25227_base2
4216.  fbobject_fbtype_25234_base2
4217.  fbobject_fbtype_25235_base2
4218.  fbobject_fbtype_2526_base2
4219.  fbobject_fbtype_25273_base2
4220.  fbobject_fbtype_25279_base2
4221.  fbobject_fbtype_25294_base2
4222.  fbobject_fbtype_25316_base2
4223.  fbobject_fbtype_25458_base2
4224.  fbobject_fbtype_2554_base2
4225.  fbobject_fbtype_25653_base2
4226.  fbobject_fbtype_25660_base2
4227.  fbobject_fbtype_25661_base2
4228.  fbobject_fbtype_25766_base2
4229.  fbobject_fbtype_25895_base2
4230.  fbobject_fbtype_2590_base2

Highly Confidential – Attorneys' Eyes Only

4231.   fbobject_fbtype_25928_base2
4232.   fbobject_fbtype_2600_base2
4233.   fbobject_fbtype_26016_base2
4234.   fbobject_fbtype_26024_base2
4235.   fbobject_fbtype_26043_base2
4236.   fbobject_fbtype_2604_base2
4237.   fbobject_fbtype_26148_base2
4238.   fbobject_fbtype_26186_base2
4239.   fbobject_fbtype_26241_base2
4240.   fbobject_fbtype_26517_base2
4241.   fbobject_fbtype_26574_base2
4242.   fbobject_fbtype_26604_base2
4243.   fbobject_fbtype_26654_base2
4244.   fbobject_fbtype_266_base2
4245.   fbobject_fbtype_2709_base2
4246.   fbobject_fbtype_27104_base2
4247.   fbobject_fbtype_27227_base2
4248.   fbobject_fbtype_27378_base2
4249.   fbobject_fbtype_27414_base2
4250.   fbobject_fbtype_2749_base2
4251.   fbobject_fbtype_274_base2
4252.   fbobject_fbtype_27585_base2
4253.   fbobject_fbtype_27638_base2
4254.   fbobject_fbtype_27751_base2
4255.   fbobject_fbtype_27794_base2
4256.   fbobject_fbtype_27901_base2
4257.   fbobject_fbtype_27936_base2
4258.   fbobject_fbtype_28021_base2
4259.   fbobject_fbtype_28056_base2
4260.   fbobject_fbtype_2813_base2
4261.   fbobject_fbtype_28222_base2
4262.   fbobject_fbtype_28347_base2
4263.   fbobject_fbtype_28474_base2
4264.   fbobject_fbtype_28534_base2
4265.   fbobject_fbtype_28542_base2
4266.   fbobject_fbtype_28762_base2
4267.   fbobject_fbtype_28770_base2
4268.   fbobject_fbtype_28783_base2
4269.   fbobject_fbtype_28817_base2
4270.   fbobject_fbtype_28821_base2
4271.   fbobject_fbtype_28825_base2
4272.   fbobject_fbtype_28838_base2
4273.   fbobject_fbtype_28852_base2
4274.   fbobject_fbtype_28871_base2
4275.   fbobject_fbtype_29069_base2
4276.   fbobject_fbtype_2911_base2
4277.   fbobject_fbtype_2918_base2
4278.   fbobject_fbtype_29191_base2
4279.   fbobject_fbtype_29405_base2
4280.   fbobject_fbtype_29431_base2
4281.   fbobject_fbtype_29571_base2

Highly Confidential – Attorneys' Eyes Only

4282. fbobject_fbtype_29574_base2
4283. fbobject_fbtype_29627_base2
4284. fbobject_fbtype_29627_hourly_base2
4285. fbobject_fbtype_29700_base2
4286. fbobject_fbtype_29748_base2
4287. fbobject_fbtype_29797_base2
4288. fbobject_fbtype_29828_base2
4289. fbobject_fbtype_2985_base2
4290. fbobject_fbtype_29927_base2
4291. fbobject_fbtype_2994_base2
4292. fbobject_fbtype_29965_base2
4293. fbobject_fbtype_29991_base2
4294. fbobject_fbtype_30018_base2
4295. fbobject_fbtype_30203_base2
4296. fbobject_fbtype_30239_base2
4297. fbobject_fbtype_30446_base2
4298. fbobject_fbtype_3052_base2
4299. fbobject_fbtype_30609_base2
4300. fbobject_fbtype_30703_base2
4301. fbobject_fbtype_30703_hourly_base2
4302. fbobject_fbtype_30875_base2
4303. fbobject_fbtype_30875_hourly_base2
4304. fbobject_fbtype_31051_base2
4305. fbobject_fbtype_31164_base2
4306. fbobject_fbtype_31231_base2
4307. fbobject_fbtype_31275_base2
4308. fbobject_fbtype_31398_base2
4309. fbobject_fbtype_31456_hourly_base2
4310. fbobject_fbtype_31512_base2
4311. fbobject_fbtype_3158_base2
4312. fbobject_fbtype_31591_base2
4313. fbobject_fbtype_31696_base2
4314. fbobject_fbtype_31823_base2
4315. fbobject_fbtype_31824_base2
4316. fbobject_fbtype_31877_hourly_base2
4317. fbobject_fbtype_31915_base2
4318. fbobject_fbtype_31918_base2
4319. fbobject_fbtype_32108_base2
4320. fbobject_fbtype_32225_base2
4321. fbobject_fbtype_3234_base2
4322. fbobject_fbtype_32400_base2
4323. fbobject_fbtype_3241_base2
4324. fbobject_fbtype_32500_base2
4325. fbobject_fbtype_3282_base2
4326. fbobject_fbtype_32917_base2
4327. fbobject_fbtype_33009_base2
4328. fbobject_fbtype_33085_base2
4329. fbobject_fbtype_3320_base2
4330. fbobject_fbtype_33221_base2
4331. fbobject_fbtype_33382_base2
4332. fbobject_fbtype_33522_base2

Highly Confidential – Attorneys' Eyes Only

4333.  fbobject_fbtype_3357_base2
4334.  fbobject_fbtype_33672_base2
4335.  fbobject_fbtype_33732_base2
4336.  fbobject_fbtype_33773_base2
4337.  fbobject_fbtype_33809_base2
4338.  fbobject_fbtype_3385_base2
4339.  fbobject_fbtype_33943_base2
4340.  fbobject_fbtype_34124_base2
4341.  fbobject_fbtype_34303_base2
4342.  fbobject_fbtype_3431_base2
4343.  fbobject_fbtype_34401_base2
4344.  fbobject_fbtype_34405_base2
4345.  fbobject_fbtype_34468_base2
4346.  fbobject_fbtype_34531_base2
4347.  fbobject_fbtype_34697_base2
4348.  fbobject_fbtype_34774_base2
4349.  fbobject_fbtype_34824_base2
4350.  fbobject_fbtype_34835_base2
4351.  fbobject_fbtype_34884_base2
4352.  fbobject_fbtype_34941_base2
4353.  fbobject_fbtype_34947_base2
4354.  fbobject_fbtype_34960_base2
4355.  fbobject_fbtype_35034_base2
4356.  fbobject_fbtype_35040_base2
4357.  fbobject_fbtype_35134_base2
4358.  fbobject_fbtype_3523_base2
4359.  fbobject_fbtype_3524_base2
4360.  fbobject_fbtype_35267_base2
4361.  fbobject_fbtype_3531_base2
4362.  fbobject_fbtype_3532_base2
4363.  fbobject_fbtype_3553_base2
4364.  fbobject_fbtype_35633_base2
4365.  fbobject_fbtype_35722_base2
4366.  fbobject_fbtype_35723_base2
4367.  fbobject_fbtype_35797_base2
4368.  fbobject_fbtype_35798_base2
4369.  fbobject_fbtype_35950_base2
4370.  fbobject_fbtype_362_base2
4371.  fbobject_fbtype_36300_base2
4372.  fbobject_fbtype_36472_base2
4373.  fbobject_fbtype_3652_base2
4374.  fbobject_fbtype_36696_base2
4375.  fbobject_fbtype_36779_base2
4376.  fbobject_fbtype_3693_base2
4377.  fbobject_fbtype_3711_base2
4378.  fbobject_fbtype_37298_base2
4379.  fbobject_fbtype_37299_base2
4380.  fbobject_fbtype_37489_base2
4381.  fbobject_fbtype_37664_base2
4382.  fbobject_fbtype_37712_base2
4383.  fbobject_fbtype_37726_base2

Highly Confidential – Attorneys' Eyes Only

4384.  fbobject_fbtype_37762_base2
4385.  fbobject_fbtype_3780_base2
4386.  fbobject_fbtype_37842_base2
4387.  fbobject_fbtype_37844_hourly_base2
4388.  fbobject_fbtype_37943_base2
4389.  fbobject_fbtype_37973_base2
4390.  fbobject_fbtype_38072_base2
4391.  fbobject_fbtype_38076_base2
4392.  fbobject_fbtype_38097_base2
4393.  fbobject_fbtype_38102_base2
4394.  fbobject_fbtype_38105_base2
4395.  fbobject_fbtype_3811_base2
4396.  fbobject_fbtype_38206_base2
4397.  fbobject_fbtype_38401_base2
4398.  fbobject_fbtype_38849_base2
4399.  fbobject_fbtype_39019_base2
4400.  fbobject_fbtype_39318_base2
4401.  fbobject_fbtype_39352_base2
4402.  fbobject_fbtype_39444_base2
4403.  fbobject_fbtype_39512_hourly_base2
4404.  fbobject_fbtype_39552_base2
4405.  fbobject_fbtype_3955_base2
4406.  fbobject_fbtype_39778_base2
4407.  fbobject_fbtype_40039_base2
4408.  fbobject_fbtype_4043_base2
4409.  fbobject_fbtype_4043_base2
4410.  fbobject_fbtype_40684_base2
4411.  fbobject_fbtype_40736_base2
4412.  fbobject_fbtype_41061_base2
4413.  fbobject_fbtype_41158_base2
4414.  fbobject_fbtype_41162_base2
4415.  fbobject_fbtype_41171_base2
4416.  fbobject_fbtype_4118_base2
4417.  fbobject_fbtype_41217_base2
4418.  fbobject_fbtype_41345_base2
4419.  fbobject_fbtype_41350_base2
4420.  fbobject_fbtype_41790_base2
4421.  fbobject_fbtype_41899_base2
4422.  fbobject_fbtype_41927_hourly_base2
4423.  fbobject_fbtype_42127_base2
4424.  fbobject_fbtype_42131_base2
4425.  fbobject_fbtype_42219_base2
4426.  fbobject_fbtype_42254_base2
4427.  fbobject_fbtype_42451_hourly_base2
4428.  fbobject_fbtype_42577_base2
4429.  fbobject_fbtype_4261_base2
4430.  fbobject_fbtype_42733_base2
4431.  fbobject_fbtype_42767_base2
4432.  fbobject_fbtype_42870_base2
4433.  fbobject_fbtype_42881_base2
4434.  fbobject_fbtype_4289_base2

          Highly Confidential – Attorneys' Eyes Only

4435. fbobject_fbtype_43103_base2
4436. fbobject_fbtype_43238_base2
4437. fbobject_fbtype_43273_base2
4438. fbobject_fbtype_43420_base2
4439. fbobject_fbtype_43466_base2
4440. fbobject_fbtype_43569_base2
4441. fbobject_fbtype_4389_base2
4442. fbobject_fbtype_4390_base2
4443. fbobject_fbtype_44164_base2
4444. fbobject_fbtype_44313_base2
4445. fbobject_fbtype_4475_base2
4446. fbobject_fbtype_4486_base2
4447. fbobject_fbtype_4486_commerce_base2
4448. fbobject_fbtype_44886_base2
4449. fbobject_fbtype_45032_base2
4450. fbobject_fbtype_45207_base2
4451. fbobject_fbtype_45219_base2
4452. fbobject_fbtype_45642_base2
4453. fbobject_fbtype_4576_base2
4454. fbobject_fbtype_45964_base2
4455. fbobject_fbtype_46863_base2
4456. fbobject_fbtype_47024_base2
4457. fbobject_fbtype_4710_base2
4458. fbobject_fbtype_4787_base2
4459. fbobject_fbtype_4790_base2
4460. fbobject_fbtype_4817_base2
4461. fbobject_fbtype_4818_base2
4462. fbobject_fbtype_483_base2
4463. fbobject_fbtype_485_base2
4464. fbobject_fbtype_4861_base2
4465. fbobject_fbtype_48719_base2
4466. fbobject_fbtype_4929_base2
4467. fbobject_fbtype_4956_base2
4468. fbobject_fbtype_4994_base2
4469. fbobject_fbtype_5016_base2
4470. fbobject_fbtype_5017_base2
4471. fbobject_fbtype_5021_base2
4472. fbobject_fbtype_5022_base2
4473. fbobject_fbtype_504_base2
4474. fbobject_fbtype_5091_base2
4475. fbobject_fbtype_5099_base2
4476. fbobject_fbtype_5105_base2
4477. fbobject_fbtype_5158_base2
4478. fbobject_fbtype_5168_base2
4479. fbobject_fbtype_5172_base2
4480. fbobject_fbtype_5249_base2
4481. fbobject_fbtype_5269_base2
4482. fbobject_fbtype_5329_base2
4483. fbobject_fbtype_533_base2
4484. fbobject_fbtype_544_base2
4485. fbobject_fbtype_550_base2

Highly Confidential – Attorneys' Eyes Only

4486.   fbobject_fbtype_5579_base2
4487.   fbobject_fbtype_5583_base2
4488.   fbobject_fbtype_571_base2
4489.   fbobject_fbtype_5796_base2
4490.   fbobject_fbtype_581_base2
4491.   fbobject_fbtype_5821_base2
4492.   fbobject_fbtype_5838_base2
4493.   fbobject_fbtype_5863_base2
4494.   fbobject_fbtype_5868_base2
4495.   fbobject_fbtype_5878_base2
4496.   fbobject_fbtype_5890_base2
4497.   fbobject_fbtype_602_base2
4498.   fbobject_fbtype_603_base2
4499.   fbobject_fbtype_604_base2
4500.   fbobject_fbtype_6057_base2
4501.   fbobject_fbtype_607_base2
4502.   fbobject_fbtype_615_base2
4503.   fbobject_fbtype_6395_base2
4504.   fbobject_fbtype_6502_base2
4505.   fbobject_fbtype_6507_base2
4506.   fbobject_fbtype_6533_base2
4507.   fbobject_fbtype_6574_base2
4508.   fbobject_fbtype_6575_base2
4509.   fbobject_fbtype_6579_base2
4510.   fbobject_fbtype_657_base2
4511.   fbobject_fbtype_6586_base2
4512.   fbobject_fbtype_6652_base2
4513.   fbobject_fbtype_6895_base2
4514.   fbobject_fbtype_6962_base2
4515.   fbobject_fbtype_69_base2
4516.   fbobject_fbtype_7005_base2
4517.   fbobject_fbtype_7103_base2
4518.   fbobject_fbtype_7143_base2
4519.   fbobject_fbtype_7147_base2
4520.   fbobject_fbtype_7254_base2
4521.   fbobject_fbtype_737_base2
4522.   fbobject_fbtype_7505_base2
4523.   fbobject_fbtype_7506_base2
4524.   fbobject_fbtype_7560_base2
4525.   fbobject_fbtype_7597_base2
4526.   fbobject_fbtype_7671_base2
4527.   fbobject_fbtype_7743_base2
4528.   fbobject_fbtype_7876_base2
4529.   fbobject_fbtype_7896_base2
4530.   fbobject_fbtype_7919_base2
4531.   fbobject_fbtype_8128_base2
4532.   fbobject_fbtype_8170_base2
4533.   fbobject_fbtype_8171_base2
4534.   fbobject_fbtype_8196_base2
4535.   fbobject_fbtype_8204_base2
4536.   fbobject_fbtype_8235_base2

Highly Confidential – Attorneys' Eyes Only

4537.  fbobject_fbtype_8239_base2
4538.  fbobject_fbtype_8274_base2
4539.  fbobject_fbtype_8320_base2
4540.  fbobject_fbtype_8355_base2
4541.  fbobject_fbtype_8368_base2
4542.  fbobject_fbtype_8393_base2
4543.  fbobject_fbtype_8401_base2
4544.  fbobject_fbtype_8430_base2
4545.  fbobject_fbtype_844_base2
4546.  fbobject_fbtype_8493_base2
4547.  fbobject_fbtype_8517_base2
4548.  fbobject_fbtype_8571_base2
4549.  fbobject_fbtype_8571_base2
4550.  fbobject_fbtype_8576_base2
4551.  fbobject_fbtype_857_base2
4552.  fbobject_fbtype_8649_base2
4553.  fbobject_fbtype_866_base2
4554.  fbobject_fbtype_8710_base2
4555.  fbobject_fbtype_8733_base2
4556.  fbobject_fbtype_8779_base2
4557.  fbobject_fbtype_880_base2
4558.  fbobject_fbtype_889_base2
4559.  fbobject_fbtype_8931_base2
4560.  fbobject_fbtype_895_base2
4561.  fbobject_fbtype_9003_base2
4562.  fbobject_fbtype_905_base2
4563.  fbobject_fbtype_9073_base2
4564.  fbobject_fbtype_9126_base2
4565.  fbobject_fbtype_913_base2
4566.  fbobject_fbtype_9145_base2
4567.  fbobject_fbtype_914_base2
4568.  fbobject_fbtype_923_base2
4569.  fbobject_fbtype_9286_base2
4570.  fbobject_fbtype_9301_base2
4571.  fbobject_fbtype_9301_base2
4572.  fbobject_fbtype_9373_base2
4573.  fbobject_fbtype_9485_base2
4574.  fbobject_fbtype_9585_base2
4575.  fbobject_fbtype_9617_base2
4576.  fbobject_fbtype_9647_base2
4577.  fbobject_fbtype_9647_base2
4578.  fbobject_fbtype_965_base2
4579.  fbobject_fbtype_9692_base2
4580.  fbobject_fbtype_9744_base2
4581.  fbobject_fbtype_9929_base2
4582.  fbobject_fbtype_9966_base2
4583.  fbobject_fbtype_9987_base2
4584.  fbobject_fbtype_pmv_videos_base2
4585.  fbobject_fbtype_single_request_base2
4586.  fbpay_account_events_inc_archive
4587.  fbpay_add_fi_activity_inc_archive

Highly Confidential – Attorneys' Eyes Only

4588.    fbpay_connect_eligibility_inc_archive
4589.    fbpay_gateway_log_inc_archive
4590.    fbpay_notif_event_inc_archive
4591.    fbpay_order_data_log_inc_archive
4592.    fbpay_transaction_log_inc_archive
4593.    fbresources_auto_retry_loading_inc_archive
4594.    fbresources_bad_language_pack_info_inc_archive
4595.    fbresources_corrupt_language_pack_download_inc_archive
4596.    fbresources_disabled_fb4a_inc_archive
4597.    fbresources_loading_failure_inc_archive
4598.    fbresources_loading_retry_inc_archive
4599.    fbresources_loading_success_inc_archive
4600.    fbresources_not_available_inc_archive
4601.    fbresources_use_english_inc_archive
4602.    fbresources_waiting_complete_inc_archive
4603.    fbs_business_events_inc_archive
4604.    fbs_on_fb_inc_archive
4605.    fbs_settings_inc_archive
4606.    fbshorts_sharing_inc_archive
4607.    fbstories_ats_card_model_scores_inc_archive
4608.    fbstories_ats_card_query_inc_archive
4609.    fbstories_infeed_tray_reply_neg_downsampled_learning_examples_fbjoiner_inc_archive
4610.    fbstories_random_learning_examples_inc_archive
4611.    fbstories_server_impressions_inc_archive
4612.    fbstories_view_based_table_inc_archive
4613.    fbstories_viewstate_service_inc_archive
4614.    fbstory_integrity_holistic_score_daily_inc_archive
4615.    fbt_empty_impressions_www_inc_archive
4616.    fbt_impressions_inc_archive
4617.    fbt_impressions_www_inc_archive
4618.    fbtype_38845_profile_pinned_feature_base2
4619.    fbvp_playback_debug_inc_archive
4620.    fct_commerce_search_ranking_events_inc_archive
4621.    fct_fb_account_status_tailer_an_inc_archive
4622.    fct_fb_violation_tailer_an_inc_archive
4623.    fct_fblite_zero_persistent_connection_reset_inc_archive
4624.    fct_messenger_web_raw_inc_archive
4625.    fct_new_ads_created_inc_archive
4626.    fct_scam_ads_escalation_inc_archive
4627.    fct_unified_feature_repo_fb_logging_inc_archive
4628.    fct_zero_rating_state_change_v4_inc_archive
4629.    fd_ent_device_fdid_switch_raw_data_inc_archive
4630.    feature_deprecation_app_upgrade_inc_archive
4631.    feature_edit_decider_validator_inc_archive
4632.    feature_edit_decider_validator_inc_archive
4633.    feature_limit_experience_events_inc_archive
4634.    feature_limits_refactoring_experiment_inc_archive
4635.    feature_review_enforcement_inc_archive
4636.    featured_highlight_double_write_debug_event_inc_archive
4637.    featuredb_operations_logging_inc_archive
4638.    features_status_inc_archive

Highly Confidential – Attorneys' Eyes Only

4639.  feed_ads_browser_extension_detection_inc_archive
4640.  feed_ads_candidate_ecpm_bid_values_inc_archive
4641.  feed_ads_candidate_price_inc_archive
4642.  feed_ads_frontend_inc_archive
4643.  feed_ads_frontend_str_inc_archive
4644.  feed_ads_gap_rule_violations_inc_archive
4645.  feed_ads_image_stability_inc_archive
4646.  feed_ads_invalidation_smart_blackout_inc_archive
4647.  feed_ads_newsfeed_collection_inc_archive
4648.  feed_ads_newsfeed_rearranging_inc_archive
4649.  feed_ads_online_reserve_price_frontend_inc_archive
4650.  feed_ads_online_reserve_price_inc_archive
4651.  feed_ads_realtime_user_request_count_inc_archive
4652.  feed_ads_request_candidates_inc_archive
4653.  feed_aggregator_filter_inc_archive
4654.  feed_aggregator_relevant_comment_score_inc_archive
4655.  feed_awesome_home_close_inc_archive
4656.  feed_awesomizer_web_card_inc_archive
4657.  feed_awesomizer_web_home_inc_archive
4658.  feed_challenges_inc_archive
4659.  feed_chevron_inc_archive
4660.  feed_clarity_employee_inc_archive
4661.  feed_clarity_inc_archive
4662.  feed_click_for_search_retrieval_inc_archive
4663.  feed_content_with_hashtags_vpv_inc_archive
4664.  feed_control_events_inc_archive
4665.  feed_creative_factory_events_inc_archive
4666.  feed_data_generator_cacheability_inc_archive
4667.  feed_debug_logging_inc_archive
4668.  feed_delivery_verifier_inc_archive
4669.  feed_delivery_verifier_object_info_extension_inc_archive
4670.  feed_delivery_verifier_object_info_inc_archive
4671.  feed_demotion_sanctions_inc_archive
4672.  feed_e2e_events_inc_archive
4673.  feed_eg_recall_analysis_inc_archive
4674.  feed_enforcement_demotion_inc_archive
4675.  feed_enforcement_demotion_trial_inc_archive
4676.  feed_enforcement_review_inc_archive
4677.  feed_fbjoiner_public_uih_positive_global_online_downsampled_inc_archive
4678.  feed_filters_inc_archive
4679.  feed_flog_www_data_inc_archive
4680.  feed_image_perf_logging_inc_archive
4681.  feed_impressions_inc_archive
4682.  feed_infra_cache_status_inc_archive
4683.  feed_inline_quality_survey_learning_events_inc_archive
4684.  feed_integrity_transparency_inc_archive
4685.  feed_inventory_newsie_delivery_inc_archive
4686.  feed_inventory_notifications_inc_archive
4687.  feed_konmari_feature_validation_falco_event_inc_archive
4688.  feed_layouts_and_templates_events_inc_archive
4689.  feed_learning_examples_audio_inc_archive

Highly Confidential – Attorneys' Eyes Only

4690.  feed_learning_examples_audio_video_inc_archive
4691.  feed_learning_examples_downsampled_all_users_mtml_groups_inc_archive
4692.  feed_learning_examples_fbjoiner_360_videos_downsampled_inc_archive
4693.  feed_learning_examples_fbjoiner_all_interfaces_community_presence_inc_archive
4694.  feed_learning_examples_fbjoiner_all_interfaces_more_position_online_downsampled_inc_archive
4695.  feed_learning_examples_fbjoiner_all_interfaces_more_position_online_inc_archive
4696.  feed_learning_examples_fbjoiner_all_interfaces_online_downsampled_inc_archive
4697.  feed_learning_examples_fbjoiner_borderline_inc_archive
4698.  feed_learning_examples_fbjoiner_community_help_multi_event_inc_archive
4699.  feed_learning_examples_fbjoiner_feedback_and_report_inc_archive
4700.  feed_learning_examples_fbjoiner_inc_archive
4701.  feed_learning_examples_fbjoiner_negative_actions_inc_archive
4702.  feed_learning_examples_fbjoiner_online_charitable_giving_inc_archive
4703.  feed_learning_examples_fbjoiner_online_downsampled_all_users_inc_archive
4704.  feed_learning_examples_fbjoiner_online_downsampled_all_users_multi_event_inc_archive
4705.  feed_learning_examples_fbjoiner_online_downsampled_community_help_inc_archive
4706.  feed_learning_examples_fbjoiner_online_downsampled_feed_reco_inc_archive
4707.  feed_learning_examples_fbjoiner_online_downsampled_pe_recommendation_inc_archive
4708.  feed_learning_examples_fbjoiner_online_downsampled_raas_dessert_feed_inc_archive
4709.  feed_learning_examples_fbjoiner_online_downsampled_raas_gaming_feed_inc_archive
4710.  feed_learning_examples_fbjoiner_online_downsampled_raas_gaming_feed_v2_inc_archive
4711.  feed_learning_examples_fbjoiner_online_downsampled_raas_in_feed_reco_v2_inc_archive
4712.  feed_learning_examples_fbjoiner_online_downsampled_raas_live_destination_inc_archive
4713.  feed_learning_examples_fbjoiner_online_downsampled_raas_sfv_inc_archive
4714.  feed_learning_examples_fbjoiner_online_downsampled_raas_test_inc_archive
4715.  feed_learning_examples_fbjoiner_online_downsampled_video_multi_event_inc_archive
4716.  feed_learning_examples_fbjoiner_online_fbe_inc_archive
4717.  feed_learning_examples_fbjoiner_online_games_feed_multi_event_inc_archive
4718.  feed_learning_examples_fbjoiner_online_gaming_video_nf_multi_event_inc_archive
4719.  feed_learning_examples_fbjoiner_online_raas_events_ifr_inc_archive
4720.  feed_learning_examples_fbjoiner_online_raas_ifr_lvv30_inc_archive
4721.  feed_learning_examples_fbjoiner_online_raas_shorts_sparse_inc_archive
4722.  feed_learning_examples_fbjoiner_online_raas_shorts_v2_inc_archive
4723.  feed_learning_examples_feed_salepost_comment_downstream_inc_archive
4724.  feed_learning_examples_feed_salepost_inc_archive
4725.  feed_learning_examples_games_reco_in_feed_inc_archive
4726.  feed_learning_examples_less_downsampled_all_users_mtml_inc_archive
4727.  feed_learning_examples_lightning_ranking_inc_archive
4728.  feed_learning_examples_lightning_ranking_pass0_inc_archive
4729.  feed_learning_examples_message_sends_hybrid_multi_event_inc_archive
4730.  feed_learning_examples_message_sends_multi_event_inc_archive
4731.  feed_learning_examples_page_posts_inc_archive
4732.  feed_learning_examples_pass0_inc_archive
4733.  feed_learning_examples_podcast_inc_archive
4734.  feed_learning_examples_raas_gaming_feed_single_event_inc_archive
4735.  feed_learning_examples_raas_gaming_feed_single_event_v2_inc_archive
4736.  feed_learning_examples_social_player_mtml_inc_archive
4737.  feed_learning_examples_soundbite_inc_archive
4738.  feed_learning_examples_user_pay_stars_inc_archive
4739.  feed_learning_feed_survey_examples_fbjoiner_inc_archive
4740.  feed_learning_inline_pre_engagement_survey_fbjoiner_inc_archive

                    Highly Confidential – Attorneys' Eyes Only

4741.  feed_learning_online_low_vpv_raas_shorts_v2_inc_archive
4742.  feed_learning_query_cc_examples_delimited_features_fbjoiner_inc_archive
4743.  feed_learning_query_examples_fbjoiner_dev_inc_archive
4744.  feed_message_action_inc_archive
4745.  feed_objects_delivery_inc_archive
4746.  feed_panel_actions_inc_archive
4747.  feed_perf_deltoid_inc_archive
4748.  feed_post_interest_labeling_v2_inc_archive
4749.  feed_pselect_examples_2_inc_archive
4750.  feed_pselect_examples_eval_inc_archive
4751.  feed_pymk_unit_visible_inc_archive
4752.  feed_query_story_stats_inc_archive
4753.  feed_ranking_vpv_loss_inc_archive
4754.  feed_recommendations_manager_inc_archive
4755.  feed_request_waterfall_inc_archive
4756.  feed_reshare_mood_filters_production_inc_archive
4757.  feed_share_action_inc_archive
4758.  feed_stories_cache_metrics_inc_archive
4759.  feed_stories_gap_inc_archive
4760.  feed_story_generation_object_inc_archive
4761.  feed_story_percentiles_inc_archive
4762.  feed_story_selector_inc_archive
4763.  feed_swiper_raw_inc_archive
4764.  feed_tap_action_audit_inc_archive
4765.  feed_tracking_employee_inc_archive
4766.  feed_tracking_inc_archive
4767.  feed_uih_for_ads_hive_inc_archive
4768.  feed_unit_tracking_consistency_update_inc_archive
4769.  feed_viewstate_logging_inc_archive
4770.  feed_vpvd_short_inc_archive
4771.  feed_vpvs_inc_archive
4772.  feed_waterfall_stories_employee_inc_archive
4773.  feed_waterfall_stories_v2_employee_inc_archive
4774.  feed_waterfall_stories_v2_inc_archive
4775.  feed_waterfall_stories_v2_new_user_inc_archive
4776.  feed_web_rendering_error_inc_archive
4777.  feed_www_latency_inc_archive
4778.  feedback_reaction_metrics_inc_archive
4779.  feedback_target_alternate_voice_consistency_inc_archive
4780.  feedless_catalog_item_updater_inc_archive
4781.  ffmpeg_get_thumbnails_inc_archive
4782.  fgf_search_logs_inc_archive
4783.  fi_content_enforcement_inc_archive
4784.  fi_critical_countries_tagged_events_inc_archive
4785.  fi_hpi_name_matched_inc_archive
4786.  fi_name_logged_stats_inc_archive
4787.  file_download_token_inc_archive
4788.  find_wifi_inc_archive
4789.  firmware_ota_release_update_inc_archive
4790.  first_degree_bootstrap_requests_inc_archive
4791.  first_party_access_token_time_inc_archive

4792. first_party_api_scraping_logs_inc_archive
4793. first_party_graph_api_access_logs_inc_archive
4794. fishbowl_error_logs_inc_archive
4795. fishbowl_inc_archive
4796. fitbit_active_users_inc_archive
4797. fitbit_debug_inc_archive
4798. fitbit_wp_debug_inc_archive
4799. flash_call_inc_archive
4800. flashback_user_features_inc_archive
4801. flex_billing_inc_archive
4802. flex_scheduler_async_job_profiler_fb_inc_archive
4803. flex_scheduler_book_keeper_inc_archive
4804. flexible_bonus_buttons_inc_archive
4805. flexible_height_image_ad_inc_archive
4806. flexscheduler_ranking_events_inc_archive
4807. flexscheduler_ranking_exploration_events_inc_archive
4808. flite_ci_uploading_action_inc_archive
4809. flytrap_ads_manager_canonical_inc_archive
4810. flytrap_fb_creation_actions_inc_archive
4811. flytrap_messenger_open_canonical_inc_archive
4812. flytrap_rtc_product_connect_funnel_inc_archive
4813. fnrp_automation_conditions_inc_archive
4814. foa_attribution_graphql_inc_archive
4815. foa_attribution_merged_input_dev_inc_archive
4816. foa_attribution_merged_input_inc_archive
4817. foa_attribution_result_offsite_alpha_inc_archive
4818. foa_attribution_result_offsite_dev_inc_archive
4819. foa_attribution_result_offsite_inc_archive
4820. foa_funded_offer_events_inc_archive
4821. foa_funded_product_eligibility_inc_archive
4822. foa_insights_api_inc_archive
4823. follow_attribution_info_inc_archive
4824. follower_invite_inc_archive
4825. forced_subdomain_inc_archive
4826. foreground_location_collected_inc_archive
4827. foreground_location_reliability_inc_archive
4828. fort_api_details_inc_archive
4829. fort_graph_api_hits_third_party_inc_archive
4830. fort_graph_api_inc_archive
4831. fpm_platform_tools_inc_archive
4832. fr_cookie_updates_inc_archive
4833. framing_isolation_policy_inc_archive
4834. free_facebook_degradation_inc_archive
4835. free_lunch_wednesday_inc_archive
4836. frequency_cap_events_and_counts_inc_archive
4837. frequency_cap_events_writer_inc_archive
4838. friend_finder_api_inc_archive
4839. friend_finder_event_marauder_inc_archive
4840. friend_finder_impressions_inc_archive
4841. friend_finder_search_inc_archive
4842. friend_request_reminder_notif_inc_archive

Highly Confidential – Attorneys' Eyes Only

4843.   friend_request_waterfall_new_inc_archive
4844.   friend_requests_notification_bucket_inc_archive
4845.   friend_tab_birthday_module_inc_archive
4846.   friending_comet_friends_tab_inc_archive
4847.   friending_feed_unit_inc_archive
4848.   friending_inc_archive
4849.   friending_integrity_platformized_lever_results_inc_archive
4850.   friending_integrity_platformized_lever_results_sigma_inc_archive
4851.   friending_pymk_top_slot_profile_picture_inc_archive
4852.   friending_surface_visitation_inc_archive
4853.   friending_tab_rows_inc_archive
4854.   friends_center_pagination_inc_archive
4855.   friends_home_contact_importer_inc_archive
4856.   friends_home_friend_list_inc_archive
4857.   friends_home_outgoing_requests_inc_archive
4858.   friends_home_requests_limit_banners_inc_archive
4859.   friends_home_surface_inc_archive
4860.   friends_list_inc_archive
4861.   frontend_ad_conversion_validator_inc_archive
4862.   frontend_ad_impression_validator_inc_archive
4863.   frt_features_raw_inc_archive
4864.   frtp_usage_inc_archive
4865.   frx_celebrity_reporting_typeahead_inc_archive
4866.   frx_chevron_click_inc_archive
4867.   fsc_esm_activity_create_base2
4868.   fsc_esm_activity_service_case_sub_status_change_base2
4869.   fsc_esm_service_case_owner_change_activity_base2
4870.   fsc_shub_call_transfer_activity_base2
4871.   fsc_shub_chat_text_message_base2
4872.   fsc_threat_tracker_gsii_location_alert_base2
4873.   fsc_tip_gsii_analyst_summary_base2
4874.   fsc_tip_gsii_investigation_profile_activity_base2
4875.   fsc_tip_gsii_investigation_profile_base2
4876.   fsc_tip_gsii_privacy_jurisdiction_log_base2
4877.   fsc_tip_gsii_profile_address_base2
4878.   fsc_tip_gsii_profile_alias_base2
4879.   fsc_tip_gsii_profile_basic_info_base2
4880.   fsc_tip_gsii_social_media_info_base2
4881.   fsc_tip_srt_physsec_fb_post_comment_base2
4882.   fsc_tip_srt_physsec_gsii_case_activity_base2
4883.   fsc_tip_srt_physsec_gsii_cases_base2
4884.   fsc_tip_srt_physsec_gsii_email_base2
4885.   fsc_tip_srt_physsec_gsii_fb_post_base2
4886.   fsc_tip_srt_physsec_gsii_ig_comment_base2
4887.   fsc_tip_srt_physsec_gsii_other_inbox_message_base2
4888.   full_index_education_inc_archive
4889.   full_view_impressions_debug_inc_archive
4890.   full_view_impressions_inc_archive
4891.   fullscreen_chaining_inc_archive
4892.   fun_fact_answer_mutation_inc_archive
4893.   fun_fact_prompt_mutations_inc_archive

Highly Confidential – Attorneys' Eyes Only

4894. funding_entity_verification_events_inc_archive
4895. fundraiser_donation_inc_archive
4896. fundraiser_ent_history_inc_archive
4897. fundraiser_notifications_inc_archive
4898. fundraiser_sanctions_monitoring_inc_archive
4899. funnel_analytics_beacon_data_inc_archive
4900. funnel_analytics_data_loss_raw_inc_archive
4901. funnel_logging_ui_usage_inc_archive
4902. fuss_scoring_trigger_info_inc_archive
4903. fx_company_identity_switcher_client_events_inc_archive
4904. fx_contact_point_setting_inc_archive
4905. fx_growth_identity_syncing_inc_archive
4906. fx_identity_sync_inconsistent_resources_inc_archive
4907. fx_identity_sync_v2_inc_archive
4908. fx_ig_to_fb_x_posting_trait_inc_archive
4909. fx_im_transaction_test_inc_archive
4910. fx_linked_disabled_account_log_inc_archive
4911. fx_master_account_client_cache_inc_archive
4912. fx_poc_crossposting_inc_archive
4913. fx_settings_birthday_inc_archive
4914. fx_sso_events_inc_archive
4915. fx_unlink_by_account_deletion_inc_archive
4916. fxcal_linking_product_inc_archive
4917. fxcal_use_case_exception_inc_archive
4918. g4p_event_logger_inc_archive
4919. ga_unified_scraping_responses_v1_inc_archive
4920. game_attribution_events_inc_archive
4921. game_requests_entrypoint_inc_archive
4922. game_user_review_inc_archive
4923. gamer_graph_user_actions_inc_archive
4924. games_app_event_inc_archive
4925. games_app_events_inc_archive
4926. games_app_install_inc_archive
4927. games_app_notifications_inc_archive
4928. games_creator_user_acquisition_events_inc_archive
4929. games_leaderboard_events_inc_archive
4930. games_payer_promotion_inc_archive
4931. games_payment_flow_migration_inc_archive
4932. games_play_qp_events_inc_archive
4933. games_player_status_inc_archive
4934. games_service_context_events_inc_archive
4935. games_service_contextual_profile_inc_archive
4936. games_service_crossplay_events_inc_archive
4937. games_service_crossplay_inc_archive
4938. games_service_crossplay_migration_inc_archive
4939. games_service_friend_finder_backend_inc_archive
4940. games_service_game_invite_events_inc_archive
4941. games_service_game_request_inc_archive
4942. games_service_gamer_login_inc_archive
4943. games_service_gamer_profile_inc_archive
4944. games_service_oauth_login_server_event_sid_inc_archive

Highly Confidential – Attorneys' Eyes Only

4945.   games_service_sharing_inc_archive
4946.   games_service_tournaments_events_inc_archive
4947.   games_tab_badge_decision_inc_archive
4948.   games_tab_prefetch_loop_loop_examples_inc_archive
4949.   games_unified_sharing_inc_archive
4950.   games_video_clip_management_inc_archive
4951.   games_video_clipping_inc_archive
4952.   games_video_clips_home_inc_archive
4953.   games_video_growth_events_inc_archive
4954.   games_video_instream_reward_inc_archive
4955.   games_video_qp_creator_boosting_events_inc_archive
4956.   games_video_raiding_inc_archive
4957.   games_video_reco_qp_waterfall_inc_archive
4958.   games_video_recommendability_events_inc_archive
4959.   games_video_stream_highlight_inc_archive
4960.   games_video_streamer_active_stats_inc_archive
4961.   games_video_vpv_allocation_events_inc_archive
4962.   games_video_vpvd_inc_archive
4963.   gametime_actions_inc_archive
4964.   gaming_affinity_debug_inc_archive
4965.   gaming_arena_inc_archive
4966.   gaming_connect_inc_archive
4967.   gaming_connect_post_prompts_inc_archive
4968.   gaming_destination_inc_archive
4969.   gaming_destination_notification_inc_archive
4970.   gaming_destination_notification_settings_inc_archive
4971.   gaming_destination_optimized_load_attribution_videos_inc_archive
4972.   gaming_destination_surface_highlights_notifications_inc_archive
4973.   gaming_destination_url_redirection_inc_archive
4974.   gaming_destination_user_signals_inc_archive
4975.   gaming_identity_badges_inc_archive
4976.   gaming_insights_inc_archive
4977.   gaming_looking_for_players_inc_archive
4978.   gaming_play_funnel_instrumentation_inc_archive
4979.   gaming_pwa_inc_archive
4980.   gaming_realtime_infra_inc_archive
4981.   gaming_realtime_infra_read_events_inc_archive
4982.   gaming_scaled_partnerships_inc_archive
4983.   gaming_squads_events_inc_archive
4984.   gaming_unconnected_play_stories_inc_archive
4985.   gaming_video_announcements_inc_archive
4986.   gaming_video_create_page_inc_archive
4987.   gaming_video_explore_inc_archive
4988.   gaming_video_goals_inc_archive
4989.   gaming_video_level_up_qp_events_inc_archive
4990.   gaming_video_mixer_connected_channels_base2
4991.   gaming_video_moderation_home_inc_archive
4992.   gaming_video_notif_inc_archive
4993.   gaming_video_recommendations_inc_archive
4994.   gaming_video_stream_language_inc_archive
4995.   gaming_video_top_live_streams_insights_inc_archive

Highly Confidential – Attorneys' Eyes Only

4996. gaming_videos_real_time_events_hive_inc_archive
4997. gatekeeper_ab_test_exposures_inc_archive
4998. gcp_client_health_inc_archive
4999. gcr_reseller_clients_plurality_review_inc_archive
5000. gdpr_birthday_change_inc_archive
5001. gdpr_consent_backend_inc_archive
5002. gdpr_consent_inc_archive
5003. gdpr_eligibility_debug_inc_archive
5004. gen_galaxy_on_create_inc_archive
5005. gender_inc_archive
5006. general_parallel_payload_classifier_inc_archive
5007. generic_xma_click_inc_archive
5008. generic_xma_rendering_inc_archive
5009. geo_api_country_ads_authorization_gps_match_inc_archive
5010. geo_entity_validation_inc_archive
5011. geo_gating_manager_inc_archive
5012. geoapi_android_location_settings_migration_inc_archive
5013. geoapi_country_profile_gps_match_inc_archive
5014. geoapi_current_city_daily_inc_archive
5015. geoapi_entviewerlocation_stats_inc_archive
5016. geoapi_histogram_deanonymization_inc_archive
5017. geoapi_hp_evaluate_in_marketplace_inc_archive
5018. geoapi_is_traveling_prediction_inc_archive
5019. geoapi_location_jump_inc_archive
5020. geoapi_previous_update_deltas_inc_archive
5021. geoapi_q3lc_settings_update_inc_archive
5022. geoapi_updating_app_inc_archive
5023. geoapi_user_geo_grid_counts_upleveled_inc_archive
5024. geoapi_user_large_geo_grid_counts_inc_archive
5025. geoapi_write_endpoint_calls_inc_archive
5026. geoblock_error_message_inc_archive
5027. geoblocking_mutations_inc_archive
5028. geofence_at_place_detection_inc_archive
5029. gestalt_experiment_lab_events_inc_archive
5030. gestalt_golden_job_responses_inc_archive
5031. gestalt_lab_rating_priority_inc_archive
5032. gestalt_searcher_result_connection_inc_archive
5033. get_or_compute_thread_connectivity_inc_archive
5034. gg_graph_api_hits_third_party_data_returned_inc_archive
5035. gg_graph_api_hits_third_party_inc_archive
5036. gi_channel_filter_inc_archive
5037. gi_group_enforcement_inc_archive
5038. gif_comments_inc_archive
5039. gif_search_inc_archive
5040. github_token_scanning_inc_archive
5041. gk_usage_category_reason_inc_archive
5042. global_pages_events_inc_archive
5043. global_support_activity_code_transactions_inc_archive
5044. global_support_assignment_ent_history_inc_archive
5045. global_support_assignment_inc_archive
5046. global_support_ticket_viewed_interactions_inc_archive

Highly Confidential – Attorneys' Eyes Only

5047. gmail_acquisition_client_event_inc_archive
5048. gmail_qp_inc_archive
5049. gms_hub_v2_failures_inc_archive
5050. gms_hub_v2_inc_archive
5051. gms_job_events_replica_hive_inc_archive
5052. gms_jobs_metadata_inc_archive
5053. gms_jobs_stats_inc_archive
5054. gms_srt_error_logs_inc_archive
5055. gms_tools_events_inc_archive
5056. gmshub_link_clicks_inc_archive
5057. gmso365actions_inc_archive
5058. gn_integrity_filter_inc_archive
5059. godot_rt_hourly_timespent_inc_archive
5060. goe_portal_inc_archive
5061. good_admin_promotion_inc_archive
5062. goodwill_content_filter_inc_archive
5063. goodwill_content_inc_archive
5064. goodwill_cultural_moments_async_inc_archive
5065. goodwill_daily_dialogue_inc_archive
5066. goodwill_daily_dialogue_system_inc_archive
5067. goodwill_flashback_inc_archive
5068. goodwill_gps_product_inc_archive
5069. goodwill_gps_product_inc_archive
5070. goodwill_inspiration_product_inc_archive
5071. goodwill_memories_and_celebrations_inc_archive
5072. goodwill_ranking_delivery_inc_archive
5073. goodwill_video_inc_archive
5074. goodwill_video_system_inc_archive
5075. google_play_locale_selector_locale_and_country_inc_archive
5076. gr_tools_inc_archive
5077. graa_srequest_region_inc_archive
5078. graas_events_inc_archive
5079. graas_waterfall_inc_archive
5080. granular_perm_inconsistent_mutations_inc_archive
5081. graph_ad_account_matched_search_applications_edge_dev_inc_archive
5082. graph_ad_account_matched_search_applications_edge_inc_archive
5083. graph_api_ad_account_sharing_inc_archive
5084. graph_api_app_checks_debug_inc_archive
5085. graph_api_detect_implicit_changes_request_samples_inc_archive
5086. graph_api_detect_implicit_changes_request_samples_sii_offsite_inc_archive
5087. graph_api_fql_table_hits_inc_archive
5088. graph_api_hits_third_party_bucketed_inc_archive
5089. graph_api_hits_third_party_data_returned_bucketed_inc_archive
5090. graph_api_hits_third_party_data_returned_inc_archive
5091. graph_api_hits_third_party_data_returned_tokenless_inc_archive
5092. graph_api_hits_third_party_inc_archive
5093. graph_api_potential_uid_leaks_inc_archive
5094. graph_contact_creation_inc_archive
5095. graph_contact_delete_inc_archive
5096. graph_mobile_release_update_inc_archive
5097. graph_ql_deprecated_documents_access_inc_archive

    Highly Confidential – Attorneys' Eyes Only

5098. graph_search_mobile_components_ctr_inc_archive
5099. graph_user_bulk_contacts_post_inc_archive
5100. graphexplorer_events_inc_archive
5101. graphql_auth_proof_validation_inc_archive
5102. graphql_exception_inc_archive
5103. graphql_live_query_events_inc_archive
5104. graphql_subscriptions_debug_inc_archive
5105. graphql_subscriptions_inc_archive
5106. graphql_video_urls_inc_archive
5107. gray_account_access_logger_inc_archive
5108. gray_account_deprecation_feedback_inc_archive
5109. gray_account_deprecation_interaction_inc_archive
5110. group_actions_events_inc_archive
5111. group_admin_actions_inc_archive
5112. group_admin_assist_inc_archive
5113. group_admin_autonomy_inc_archive
5114. group_admin_bot_command_base2
5115. group_admin_engagement_inc_archive
5116. group_admin_model_training_inc_archive
5117. group_adminbot_actions_inc_archive
5118. group_bouncer_decision_inc_archive
5119. group_change_chat_creation_permission_setting_logger_inc_archive
5120. group_chat_adminship_change_events_inc_archive
5121. group_commerce_bookmark_actions_inc_archive
5122. group_community_classified_expert_inc_archive
5123. group_community_help_admin_notification_inc_archive
5124. group_content_report_inc_archive
5125. group_content_view_events_inc_archive
5126. group_creation_from_configerator_inc_archive
5127. group_creation_inc_archive
5128. group_creation_with_purpose_inc_archive
5129. group_digest_diagnostic_inc_archive
5130. group_discover_mobile_inc_archive
5131. group_discover_realtime_inc_archive
5132. group_discover_server_event_inc_archive
5133. group_discover_suggestion_gen_debug_inc_archive
5134. group_discover_tab_unit_ranking_inc_archive
5135. group_discovery_suggestion_inc_archive
5136. group_election_integrity_inc_archive
5137. group_engagement_alerts_threshold_predictor_inc_archive
5138. group_experts_product_inc_archive
5139. group_feed_inc_archive
5140. group_formatted_post_inc_archive
5141. group_forum_migration_actions_inc_archive
5142. group_forum_opt_in_actions_inc_archive
5143. group_forum_participation_control_actions_inc_archive
5144. group_ghost_post_inc_archive
5145. group_goal_tags_inc_archive
5146. group_growth_preferences_inc_archive
5147. group_hashtag_client_actions_inc_archive
5148. group_highlight_ranking_result_cache_inc_archive

          Highly Confidential – Attorneys' Eyes Only

5149.  group_highlights_campaign_waterfall_inc_archive
5150.  group_highlights_duplicate_notification_inc_archive
5151.  group_highlights_posts_groups_selection_inc_archive
5152.  group_hosuewarming_inc_archive
5153.  group_hyperresharing_demotion_features_inc_archive
5154.  group_image_customization_change_events_inc_archive
5155.  group_inline_cue_inc_archive
5156.  group_integrity_inform_inc_archive
5157.  group_integrity_recommendation_demotion_logger_inc_archive
5158.  group_invite_screen_inc_archive
5159.  group_mall_feed_promotion_inc_archive
5160.  group_mall_nonsticky_sorting_switcher_inc_archive
5161.  group_mall_tab_events_inc_archive
5162.  group_member_badges_inc_archive
5163.  group_member_connections_inc_archive
5164.  group_member_identity_inc_archive
5165.  group_member_sorting_switcher_inc_archive
5166.  group_member_suggestions_inc_archive
5167.  group_membership_auto_approval_inc_archive
5168.  group_membership_questions_setup_inc_archive
5169.  group_memory_post_processing_inc_archive
5170.  group_mentions_waterfall_inc_archive
5171.  group_moment_inc_archive
5172.  group_my_content_actions_inc_archive
5173.  group_name_change_inc_archive
5174.  group_nav_menu_action_inc_archive
5175.  group_new_member_welcome_inc_archive
5176.  group_notif_jewel_inc_archive
5177.  group_notifications_selection_inc_archive
5178.  group_participant_actions_inc_archive
5179.  group_post_cluster_logging_inc_archive
5180.  group_post_content_inc_archive
5181.  group_promotion_qp_inc_archive
5182.  group_purpose_opt_out_flow_inc_archive
5183.  group_purpose_selection_inc_archive
5184.  group_quality_actions_inc_archive
5185.  group_queries_inc_archive
5186.  group_recommendations_ego_inc_archive
5187.  group_reels_feed_inc_archive
5188.  group_reels_inc_archive
5189.  group_safety_inc_archive
5190.  group_scheduled_posts_inc_archive
5191.  group_search_clicks_agg_inc_archive
5192.  group_search_clicks_inc_archive
5193.  group_selector_share_inc_archive
5194.  group_sell_comment_to_message_notif_inc_archive
5195.  group_sell_interest_inc_archive
5196.  group_sell_interest_unittest_inc_archive
5197.  group_sell_landing_page_inc_archive
5198.  group_sell_product_detail_actions_inc_archive
5199.  group_sell_user_actions_inc_archive

   Highly Confidential – Attorneys' Eyes Only

5200.  group_share_inc_archive
5201.  group_snapshot_preview_events_inc_archive
5202.  group_subscription_client_events_inc_archive
5203.  group_subspaces_inc_archive
5204.  group_subspaces_notification_funnel_inc_archive
5205.  group_subspaces_user_events_inc_archive
5206.  group_suggested_groups_inc_archive
5207.  group_tab_events_inc_archive
5208.  group_tab_fblite_inc_archive
5209.  group_tab_groups_ranking_inc_archive
5210.  group_tab_session_gap_rule_violation_inc_archive
5211.  group_tab_units_badge_events_inc_archive
5212.  group_tab_user_setting_actions_inc_archive
5213.  group_tracking_store_inc_archive
5214.  group_user_continuous_invite_base2
5215.  group_user_general_expert_experience_base2
5216.  group_user_views_all_inc_archive
5217.  group_vaccine_inc_archive
5218.  groupmall_retrieval_stats_inc_archive
5219.  groups_activation_mall_pymi_inc_archive
5220.  groups_admin_qe_group_exposures_inc_archive
5221.  groups_admin_reliability_inc_archive
5222.  groups_admin_support_inc_archive
5223.  groups_admins_exceptions_inc_archive
5224.  groups_announcements_inc_archive
5225.  groups_anonymous_post_setting_inc_archive
5226.  groups_author_user_signal_migration_status_inc_archive
5227.  groups_bulk_delete_inc_archive
5228.  groups_bulk_invite_inc_archive
5229.  groups_c4g_engagement_actions_inc_archive
5230.  groups_c4g_engagement_events_inc_archive
5231.  groups_c4g_engagement_events_unittest_inc_archive
5232.  groups_c4g_notifications_inc_archive
5233.  groups_c4g_pre_inc_archive
5234.  groups_c4g_pre_unittest_inc_archive
5235.  groups_c4g_presence_laser_inc_archive
5236.  groups_claimable_badge_upsell_inc_archive
5237.  groups_comment_sort_switcher_actions_inc_archive
5238.  groups_cover_photo_migration_inc_archive
5239.  groups_crosspost_actions_inc_archive
5240.  groups_custom_reactions_a_a_test_inc_archive
5241.  groups_discover_render_inc_archive
5242.  groups_discover_tab_actions_inc_archive
5243.  groups_discover_tab_eligible_units_inc_archive
5244.  groups_discover_tab_plinks_click_event_inc_archive
5245.  groups_discover_tab_suggestions_inc_archive
5246.  groups_error_logs_inc_archive
5247.  groups_feature_restriction_inc_archive
5248.  groups_feature_store_inc_archive
5249.  groups_file_type_inc_archive
5250.  groups_highlight_units_inc_archive

Highly Confidential – Attorneys' Eyes Only

5251.  groups_home_create_composer_entrypoint_inc_archive
5252.  groups_insights_admin_activity_inc_archive
5253.  groups_insights_inc_archive
5254.  groups_integrity_filter_log_inc_archive
5255.  groups_integrity_general_inc_archive
5256.  groups_interest_wizard_events_inc_archive
5257.  groups_invitation_inc_archive
5258.  groups_invite_card_action_inc_archive
5259.  groups_invite_card_imp_inc_archive
5260.  groups_invite_home_inc_archive
5261.  groups_invite_link_events_inc_archive
5262.  groups_invite_mutation_inc_archive
5263.  groups_invite_via_link_inc_archive
5264.  groups_invitee_actions_inc_archive
5265.  groups_leave_inc_archive
5266.  groups_mall_action_inc_archive
5267.  groups_mall_consumption_depth_inc_archive
5268.  groups_mall_feed_consumption_interruption_inc_archive
5269.  groups_mall_vpv_inc_archive
5270.  groups_member_requests_consumption_interruption_inc_archive
5271.  groups_membership_base2
5272.  groups_membership_questions_inc_archive
5273.  groups_migrate_to_forum_inc_archive
5274.  groups_mincount_filter_log_inc_archive
5275.  groups_new_member_story_bumper_inc_archive
5276.  groups_page_engagement_inc_archive
5277.  groups_people_picker_logging_inc_archive
5278.  groups_permalink_join_to_comment_inc_archive
5279.  groups_platform_share_actions_inc_archive
5280.  groups_plugin_popup_inc_archive
5281.  groups_post_insights_inc_archive
5282.  groups_pre_vetted_user_list_inc_archive
5283.  groups_private_to_public_deprecation_inc_archive
5284.  groups_pymi_group_selection_debug_inc_archive
5285.  groups_reachability_inc_archive
5286.  groups_reco_candidate_retrieval_inc_archive
5287.  groups_reporting_inc_archive
5288.  groups_search_inc_archive
5289.  groups_settings_inc_archive
5290.  groups_share_group_actions_inc_archive
5291.  groups_sole_admin_inc_archive
5292.  groups_sole_admin_state_inc_archive
5293.  groups_tab_badging_cooldown_inc_archive
5294.  groups_tab_badging_visit_event_inc_archive
5295.  groups_tab_common_event_inc_archive
5296.  groups_tab_cross_group_feed_inc_archive
5297.  groups_tab_dt_error_inc_archive
5298.  groups_tab_end_of_feed_inc_archive
5299.  groups_tab_feed_consumption_interruption_inc_archive
5300.  groups_tab_feed_failure_ui_event_inc_archive
5301.  groups_tab_group_pogs_hscroll_inc_archive

Highly Confidential – Attorneys' Eyes Only

5302. groups_tab_inc_archive
5303. groups_tab_nav_bar_actions_inc_archive
5304. groups_tab_pathing_card_actions_inc_archive
5305. groups_tab_plinks_click_event_inc_archive
5306. groups_tab_prefetch_metrics_inc_archive
5307. groups_tab_production_test_inc_archive
5308. groups_tab_scroll_event_inc_archive
5309. groups_tab_to_group_mall_event_inc_archive
5310. groups_tab_ui_section_list_info_inc_archive
5311. groups_tab_unconnected_badging_inc_archive
5312. groups_tab_visitation_inc_archive
5313. groups_tab_your_groups_title_bar_action_logging_inc_archive
5314. groups_user_signals_debugging_inc_archive
5315. groups_video_chaining_user_cf_user_video_consumption_inc_archive
5316. groups_video_chaining_user_cf_user_video_consumption_v2_inc_archive
5317. groups_video_chaining_user_cf_video_consumption_view_v2_filtered_inc_archive
5318. groups_you_should_join_qp_inc_archive
5319. growth_rt_suma_training_data_inc_archive
5320. growth_suma_events_inc_archive
5321. growth_suma_labeling_queue_inc_archive
5322. growth_suma_perf_inc_archive
5323. grp_creation_inc_archive
5324. gsii_perspective_integration_inc_archive
5325. gsii_threat_tip_email_data_log_inc_archive
5326. gtm_data_sync_inc_archive
5327. guards_features_inc_archive
5328. guards_holdouts_inc_archive
5329. guards_measurement_inc_archive
5330. guards_results_inc_archive
5331. guards_scam_classifier_inc_archive
5332. guards_unified_signals_inc_archive
5333. guided_checklist_eof_inc_archive
5334. guided_review_inc_archive
5335. gyml_sigrid_features_inc_archive
5336. gysj_content_action_seeds_inc_archive
5337. gysj_diversity_control_log_inc_archive
5338. gysj_fbjoiner_inc_archive
5339. gysj_generator_debug_inc_archive
5340. gysj_notif_inc_archive
5341. gysj_quality_filter_log_inc_archive
5342. gysj_ranking_candidate_v3_inc_archive
5343. gysj_seed_filtering_inc_archive
5344. hacked_account_delete_activity_inc_archive
5345. hacked_account_recovery_inc_archive
5346. hacked_cleanup_mp_posts_inc_archive
5347. hacked_self_identified_metrics_inc_archive
5348. halo_event_v2_inc_archive
5349. halo_events_inc_archive
5350. halo_practice_test_inc_archive
5351. halo_video_call_links_user_actions_inc_archive
5352. harassment_spike_events_inc_archive

5353.  harmful_behaviour_classifier_inc_archive
5354.  harmful_behaviour_experiments_inc_archive
5355.  harmful_behaviour_signals_inc_archive
5356.  harmful_content_errors_www_inc_archive
5357.  harmony_lift_ssot_click_inc_archive
5358.  harmony_lift_ssot_impression_inc_archive
5359.  harmony_lift_ssot_rid_sharded_imp_inc_archive
5360.  harmony_organic_offsite_canary_inc_archive
5361.  harmony_organic_offsite_inc_archive
5362.  harmony_organic_onsite_inc_archive
5363.  harmony_replay_organic_events_checkpoint_store_inc_archive
5364.  harmony_ssot_lift_app_events_inc_archive
5365.  harmony_ssot_lift_impression_inc_archive
5366.  harmony_ssot_lift_rid_sharded_conv_offsite_inc_archive
5367.  harmony_ssot_lift_rid_sharded_conv_onsite_inc_archive
5368.  harmony_ssot_lift_rid_sharded_imps_inc_archive
5369.  hashtag_notif_book_keeper_inc_archive
5370.  hashtag_typeahead_suggestions_inc_archive
5371.  hashtags_usage_inc_archive
5372.  hate_speech_auto_decision_feature_maps_inc_archive
5373.  hate_speech_sampled_text_feature_maps_inc_archive
5374.  hc_strikes_inc_archive
5375.  hcomm_text_content_with_features_inc_archive
5376.  headers_cache_inc_archive
5377.  headers_confirmation_inc_archive
5378.  headers_redirect_manager_inc_archive
5379.  headers_server_side_effects_inc_archive
5380.  headers_zero_storage_usage_inc_archive
5381.  health_graph_api_inc_archive
5382.  health_integrity_content_lifecycle_inc_archive
5383.  health_support_groups_inc_archive
5384.  help_center_inc_archive
5385.  help_center_inc_archive
5386.  help_community_inc_archive
5387.  help_community_search_inc_archive
5388.  help_community_waterfall_inc_archive
5389.  help_desk_srt_job_base2
5390.  help_desk_srt_job_hourly_base2
5391.  helpdesk_case_info_inc_archive
5392.  helpdesk_csat_events_inc_archive
5393.  helpdesk_notification_event_inc_archive
5394.  helpdesk_topline_metrics_inc_archive
5395.  hidden_ad_validator_inc_archive
5396.  high_volume_short_clustering_inc_archive
5397.  high_volume_similarity_clustering_inc_archive
5398.  highlighted_stories_metadata_base2
5399.  hiiu_retrieval_inc_archive
5400.  hiiu_target_candidates_source_inc_archive
5401.  hipster_events_inc_archive
5402.  historical_campaign_benchmark_inc_archive
5403.  hit_list_ci_observer_inc_archive

Highly Confidential – Attorneys' Eyes Only

5404. hive_android_messenger_ranking_sync_inc_archive
5405. hive_anon_column_policy_audit_inc_archive
5406. hive_mqtt_endpoint_events_inc_archive
5407. hive_omnistore_mqtt_message_requests_inc_archive
5408. hive_push_notification_feedback_action_inc_archive
5409. hive_table_ppf_transfer_failures_inc_archive
5410. holy_diver_main_inc_archive
5411. home_listing_elastic_search_recommender_inc_archive
5412. home_prediction_comparison_offline_inc_archive
5413. home_prediction_loader_logger_inc_archive
5414. home_router_reboot_device_signals_inc_archive
5415. home_router_reboot_eligibilty_detection_inc_archive
5416. home_router_reboot_state_base2
5417. honey_mobile_connection_event_inc_archive
5418. honey_mobile_device_event_inc_archive
5419. honey_zero_optin_flow_event_inc_archive
5420. host_video_payout_events_inc_archive
5421. hpi_experimental_profile_logged_features_inc_archive
5422. hpi_profile_report_automation_inc_archive
5423. hpi_profile_report_features_inc_archive
5424. hpi_srt_enrollment_inc_archive
5425. http_origin_violations_inc_archive
5426. hub_events_inc_archive
5427. hub_mental_health_events_inc_archive
5428. hub_mental_health_sessions_inc_archive
5429. hub_sessions_inc_archive
5430. hub_units_inc_archive
5431. huddle_production_inc_archive
5432. huddle_visibility_debugger_inc_archive
5433. human_label_review_inc_archive
5434. human_review_experimentation_platform_history_logger_inc_archive
5435. i18n_android_string_impressions_inc_archive
5436. i18n_ios_string_impressions_inc_archive
5437. i18n_polyglot_web_init_performance_inc_archive
5438. i3_india_it_compliance_inc_archive
5439. ia_ads_image_info_inc_archive
5440. ia_recirculation_inc_archive
5441. iaa_click_inc_archive
5442. iab_ad_features_inc_archive
5443. iab_aem_impression_flow_inc_archive
5444. iab_autofill_ads_disclosure_inc_archive
5445. iab_autofill_detection_inc_archive
5446. iab_autofill_graphql_inc_archive
5447. iab_autofill_redirect_url_validation_inc_archive
5448. iab_experiment_inc_archive
5449. iab_launch_hot_instance_inc_archive
5450. iab_metrics_debug_post_logger_inc_archive
5451. iab_metrics_inc_archive
5452. iab_metrics_ppf_shadow_inc_archive
5453. iab_metrics_sbl_inc_archive
5454. iab_sessionized_data_inc_archive

Highly Confidential – Attorneys' Eyes Only

5455.   iab_sessionized_raw_data_inc_archive
5456.   iaf_reg_attacks_inc_archive
5457.   iam_api_detail_inc_archive
5458.   iam_unified_device_fanout_inc_archive
5459.   iap_offers_inc_archive
5460.   ias_uts_client_debug_v1_inc_archive
5461.   iat_results_inc_archive
5462.   iat_thread_event_logger_inc_archive
5463.   iaw_autofill_outerframe_data_inc_archive
5464.   ib_messenger_fake_account_logging_inc_archive
5465.   ib_proxy_investigation_framework_logging_inc_archive
5466.   ibe_centralized_embedding_score_logging_inc_archive
5467.   ibe_unified_feature_repo_aggregate_fb_inc_archive
5468.   icc_tree_inc_archive
5469.   icebreaker_subscriptions_inc_archive
5470.   ico_conv_delay_inc_archive
5471.   icp_for_cipp_poison_pill_inc_archive
5472.   id2id_cp_owner_matcher_inc_archive
5473.   id2id_name_matcher_inc_archive
5474.   id2id_update_debug_inc_archive
5475.   id_prediction_candidate_retrieval_feature_log_inc_archive
5476.   id_prediction_service_fb_pixel_feature_log_inc_archive
5477.   id_review_disavow_checkpoint_inc_archive
5478.   id_verification_flow_inc_archive
5479.   id_verification_information_inc_archive
5480.   idd_escalation_inc_archive
5481.   ide_error_inc_archive
5482.   identifier_lookup_result_inc_archive
5483.   identify_revealer_inc_archive
5484.   identity_badge_comment_regression_predictions_inc_archive
5485.   identity_badge_inc_archive
5486.   identity_device_id_to_user_mapping_realtime_inc_archive
5487.   identity_galileo_match_insights_dev_inc_archive
5488.   identity_galileo_match_insights_inc_archive
5489.   identity_galileo_match_results_dev_inc_archive
5490.   identity_galileo_match_results_inc_archive
5491.   identity_graph_onboarding_validation_inc_archive
5492.   identity_match_attribution_request_inc_archive
5493.   identity_match_request_sii_only_inc_archive
5494.   identity_match_request_uii_only_inc_archive
5495.   identity_pii_match_ranking_feature_inc_archive
5496.   identity_prediction_pixel_event_pred_logger_inc_archive
5497.   identity_prediction_service_requests_sii_only_v1_inc_archive
5498.   identity_prediction_service_requests_uii_only_inc_archive
5499.   identity_scale_measurement_matching_inc_archive
5500.   identity_source_user_events_preprocessed_inc_archive
5501.   identity_user_match_result_inc_archive
5502.   idfa_treatment_drv1_users_inc_archive
5503.   idr_docauth_inc_archive
5504.   idv_general_logging_inc_archive
5505.   ifr_fbjoiner_events_inc_archive

5506.  ifr_sptf_raas_bid_entries_inc_archive
5507.  ifr_sptf_raas_entries_inc_archive
5508.  ifr_user_interest_profile_inc_archive
5509.  image_layout_selection_log_inc_archive
5510.  image_upload_inc_archive
5511.  immediate_active_seconds_inc_archive
5512.  imp_account_lapse_features_dataset_inc_archive
5513.  imp_ad_joiner_lazy_retry_test_inc_archive
5514.  imp_ad_joiner_retry_test_inc_archive
5515.  imp_config_mutation_history_inc_archive
5516.  imp_content_structure_lapse_features_dataset_inc_archive
5517.  imp_holdout_event_inc_archive
5518.  imp_holdout_monitoring_inc_archive
5519.  imp_producer_lapse_features_dataset_inc_archive
5520.  imp_safety_interactions_features_inc_archive
5521.  important_photo_dna_hashes_for_matching_inc_archive
5522.  imported_contacts_deletion_inc_archive
5523.  importee_notif_candidate_track_inc_archive
5524.  impression_viewability_duration_inc_archive
5525.  impx_riggy_events_inc_archive
5526.  in_app_browser_open_url_ads_inc_archive
5527.  in_app_error_reporter_events_inc_archive
5528.  in_app_escalations_inc_archive
5529.  in_feed_comment_composer_events_inc_archive
5530.  in_feed_composer_backend_logs_inc_archive
5531.  in_thread_story_preview_inc_archive
5532.  in_thread_story_preview_inc_archive
5533.  inactive_app_reactivation_inc_archive
5534.  inc_dim_login_alerts_base2
5535.  inc_dim_password_metadata_base2
5536.  inc_dim_two_factor_base2
5537.  inc_fb_protect_users_base2
5538.  incall_emoji_reactions_inc_archive
5539.  incall_polls_client_actions_inc_archive
5540.  incall_polls_inc_archive
5541.  incomplete_clear_history_all_time_inc_archive
5542.  inconsistent_immediate_repost_root_inc_archive
5543.  india_fop_contact_form_inc_archive
5544.  infeed_guide_waterfall_inc_archive
5545.  inferred_contact_state_graphql_event_inc_archive
5546.  inferred_website_events_inc_archive
5547.  info_problems_disagree_with_decision_inc_archive
5548.  inform_treatments_actions_inc_archive
5549.  infra_planning_sourcing_rules_api_inc_archive
5550.  initial_app_launch_experiment_exposure_uid_inc_archive
5551.  initial_app_launch_uid_experiment_exposure_inc_archive
5552.  initial_availability_status_inc_archive
5553.  inline_comment_statistics_inc_archive
5554.  inline_composer_diglossia_inc_archive
5555.  inline_cvr_post_imp_model_tmp_inc_archive
5556.  inline_cvr_post_imp_more_conv_types_cluster_inc_archive

5557. inline_cvr_post_imp_more_conv_types_no_pos_cap_5min_inc_archive
5558. inline_cvr_post_imp_more_conv_types_no_pos_cap_inc_archive
5559. inline_cvr_post_imp_more_conv_types_no_pos_cap_v2_inc_archive
5560. inline_cvr_post_imp_more_data_inc_archive
5561. inline_cvr_post_imp_more_neg_ba_feature_only_inc_archive
5562. inline_cvr_post_imp_more_neg_inc_archive
5563. inline_cvr_postclick_model_all_pagetypes_aet_inc_archive
5564. inline_cvr_postclick_model_all_pagetypes_inc_archive
5565. inline_follow_cta_event_inc_archive
5566. inline_privacy_survey_native_inc_archive
5567. insights_api_convergence_instrumentation_inc_archive
5568. insights_api_monitoring_inc_archive
5569. insights_dialog_migration_inc_archive
5570. insights_dimensions_coverage_inc_archive
5571. insights_platform_logs_inc_archive
5572. insights_platform_throttle_inc_archive
5573. insights_puma_topk_fetcher_inc_archive
5574. insights_query_shape_inc_archive
5575. insights_sharing_logs_inc_archive
5576. insights_signal_loss_tracking_inc_archive
5577. insiprations_effect_fetching_inc_archive
5578. inspiration_cta_inc_archive
5579. inspirations_cache_flow_inc_archive
5580. inspirations_effect_filtering_inc_archive
5581. inspirations_effect_size_inc_archive
5582. inspirations_offline_ranked_candidates_inc_archive
5583. inspirations_query_device_inc_archive
5584. install_dict_writer_inc_archive
5585. instant_article_domain_review_inc_archive
5586. instant_article_publisher_onboarding_waterfall_inc_archive
5587. instant_article_publisher_privacy_banner_inc_archive
5588. instant_article_reports_inc_archive
5589. instant_article_user_privacy_banner_inc_archive
5590. instant_articles_ad_metrics_inc_archive
5591. instant_articles_ad_placement_inc_archive
5592. instant_articles_ad_request_inc_archive
5593. instant_articles_ad_request_param_inc_archive
5594. instant_articles_ads_waterfall_inc_archive
5595. instant_articles_content_interactions_inc_archive
5596. instant_articles_cta_delivery_inc_archive
5597. instant_articles_cta_error_inc_archive
5598. instant_articles_cta_inc_archive
5599. instant_articles_cta_tooling_inc_archive
5600. instant_articles_data_consistency_inc_archive
5601. instant_articles_events_inc_archive
5602. instant_articles_events_ml_inc_archive
5603. instant_articles_gating_results_inc_archive
5604. instant_articles_graph_api_calls_inc_archive
5605. instant_articles_live_preview_www_inc_archive
5606. instant_articles_publisher_tools_inc_archive
5607. instant_articles_recirculation_inc_archive

          Highly Confidential – Attorneys' Eyes Only

5608.   instant_checkout_product_recommendation_inc_archive
5609.   instant_checkout_product_validation_inc_archive
5610.   instant_feed_events_inc_archive
5611.   instant_feed_metrics_inc_archive
5612.   instant_game_ad_impression_annotated_inc_archive
5613.   instant_game_ios_floating_nav_bar_inc_archive
5614.   instant_game_web_upsells_inc_archive
5615.   instant_game_xma_impression_event_inc_archive
5616.   instant_games_arcade_events_inc_archive
5617.   instant_games_arcade_toasts_inc_archive
5618.   instant_games_bots_inc_archive
5619.   instant_games_c2p_inc_archive
5620.   instant_games_context_creation_inc_archive
5621.   instant_games_curation_inc_archive
5622.   instant_games_devsite_events_inc_archive
5623.   instant_games_events_inc_archive
5624.   instant_games_events_sid_inc_archive
5625.   instant_games_fb_lite_inc_archive
5626.   instant_games_feed_inc_archive
5627.   instant_games_feedback_inc_archive
5628.   instant_games_game_updates_inc_archive
5629.   instant_games_info_fetch_support_check_result_inc_archive
5630.   instant_games_link_share_inc_archive
5631.   instant_games_match_players_queue_inc_archive
5632.   instant_games_nt_dialogs_inc_archive
5633.   instant_games_offline_match_inc_archive
5634.   instant_games_permission_events_inc_archive
5635.   instant_games_platform_integrity_inc_archive
5636.   instant_games_sdk_events_inc_archive
5637.   instant_games_search_inc_archive
5638.   instant_games_shareable_link_usage_inc_archive
5639.   instant_games_sharing_events_inc_archive
5640.   instant_games_tab_badge_inc_archive
5641.   instant_games_tournaments_inc_archive
5642.   instant_games_update_comments_inc_archive
5643.   instant_games_updates_events_inc_archive
5644.   instant_games_web_dialogs_inc_archive
5645.   instant_games_web_hub_inc_archive
5646.   instant_games_web_play_inc_archive
5647.   instant_gyml_events_inc_archive
5648.   instant_shopping_sequence_events_inc_archive
5649.   instgram_to_messenger_ads_inc_archive
5650.   instream_ad_host_video_comments_inc_archive
5651.   instream_ad_host_video_reactions_inc_archive
5652.   instream_ads_block_list_inc_archive
5653.   instream_ads_impression_with_category_info_inc_archive
5654.   instream_ads_payout_host_video_events_inc_archive
5655.   instream_ads_shadow_onboarding_metrics_inc_archive
5656.   instream_ads_vod_event_inc_archive
5657.   instream_ads_vod_info_inc_archive
5658.   instream_bloks_query_inc_archive

Highly Confidential – Attorneys' Eyes Only

5659. instream_dislike_ad_break_model_inc_archive
5660. instream_exposure_pool_admittance_inc_archive
5661. instream_live_open_program_throttler_inc_archive
5662. instream_mobile_post_ad_app_dropoff_model_inc_archive
5663. instream_organic_video_inc_archive
5664. instream_reserve_buying_campaigns_inc_archive
5665. instream_revenue_data_permission_check_inc_archive
5666. instream_scrubber_query_inc_archive
5667. instream_video_ads_creator_event_inc_archive
5668. instream_video_ads_queries_inc_archive
5669. instream_video_default_opt_in_server_side_log_dev_inc_archive
5670. instream_video_default_opt_in_server_side_log_inc_archive
5671. instream_video_default_opt_in_server_side_result_dev_inc_archive
5672. instream_video_default_opt_in_server_side_result_inc_archive
5673. instream_vod_eligibility_update_inc_archive
5674. integrated_plugin_canvas_no_confidence_inc_archive
5675. integrity_actions_experiments_inc_archive
5676. integrity_central_population_vpv_inc_archive
5677. integrity_context_client_inc_archive
5678. integrity_context_request_inc_archive
5679. integrity_context_trigger_client_inc_archive
5680. integrity_escalations_inc_archive
5681. integrity_gating_api_inc_archive
5682. integrity_intake_switch_comparators_debug_inc_archive
5683. integrity_object_inc_archive
5684. integrity_paths_gemstone_inc_archive
5685. integrity_report_main_inc_archive
5686. integrity_snapshot_history_inc_archive
5687. integrity_snapshot_interaction_inc_archive
5688. integrity_space_actions_inc_archive
5689. integrity_space_updates_inc_archive
5690. integrity_taxonomy_mutation_history_inc_archive
5691. intel_home_impressions_inc_archive
5692. intel_home_indicator_extraction_inc_archive
5693. intent_attribution_events_offsite_log_inc_archive
5694. intent_object_shared_feature_aggregation_log_control_inc_archive
5695. intent_object_shared_feature_aggregation_log_inc_archive
5696. intent_object_up2x_feature_aggregation_log_inc_archive
5697. intent_user_shared_feature_aggregation_log_control_inc_archive
5698. intent_user_shared_feature_aggregation_log_inc_archive
5699. intent_user_up2x_feature_aggregation_log_inc_archive
5700. interest_feed_ui_events_inc_archive
5701. interest_manager_v2_inc_archive
5702. interest_pages_to_follow_events_inc_archive
5703. interests_deep_dive_backend_inc_archive
5704. interests_deep_dive_entry_points_features_inc_archive
5705. interests_deep_dive_entry_points_inc_archive
5706. interests_deep_dive_filter_data_inc_archive
5707. interests_deep_dive_notif_delivery_inc_archive
5708. intern_cases_heartbeats_inc_archive
5709. intern_event_error_inc_archive

5710.   intern_graph_authentication_inc_archive
5711.   intern_insights_sharing_logs_inc_archive
5712.   intern_login_error_inc_archive
5713.   intern_user_creation_inc_archive
5714.   intern_user_mutations_inc_archive
5715.   intern_webauthn_inc_archive
5716.   internal_links_in_ads_inc_archive
5717.   internal_tools_epd_storm_inc_archive
5718.   interop_query_search_results_inc_archive
5719.   intl_accept_language_parse_inc_archive
5720.   intl_admin_panel_perf_inc_archive
5721.   intl_admin_panel_shortcuts_inc_archive
5722.   intl_admin_panel_time_spent_data_inc_archive
5723.   intl_android_string_impressions_inc_archive
5724.   intl_burmese_content_produced_inc_archive
5725.   intl_burmese_conversion_prod_log_inc_archive
5726.   intl_burmese_locale_override_inc_archive
5727.   intl_burmese_object_load_inc_archive
5728.   intl_cat_search_and_replace_inc_archive
5729.   intl_cat_step_complete_segment_snapshot_inc_archive
5730.   intl_cat_translations_inc_archive
5731.   intl_commitment_warning_inc_archive
5732.   intl_date_format_usage_inc_archive
5733.   intl_dropbox_file_delivery_error_inc_archive
5734.   intl_error_boundary_inc_archive
5735.   intl_errors_log_inc_archive
5736.   intl_fbcat_segment_unlock_inc_archive
5737.   intl_issue_report_inc_archive
5738.   intl_language_settings_visits_inc_archive
5739.   intl_locale_switcher_inc_archive
5740.   intl_locplat_notifications_sent_inc_archive
5741.   intl_logged_in_switching_locale_inc_archive
5742.   intl_logged_out_switching_locale_inc_archive
5743.   intl_mas_inc_archive
5744.   intl_missing_native_inc_archive
5745.   intl_regional_locale_settings_inc_archive
5746.   intl_rlx_candidates_inc_archive
5747.   intl_rlx_fblite_android_switch_inc_archive
5748.   intl_rlx_interactions_inc_archive
5749.   intl_rlx_mobile_custom_function_delivery_inc_archive
5750.   intl_rlx_script_inc_archive
5751.   intl_source_string_inc_archive
5752.   intl_string_edit_reliability_inc_archive
5753.   intl_t4_search_filters_inc_archive
5754.   intl_task_refresh_word_counts_inc_archive
5755.   intl_tf_achievements_inc_archive
5756.   intl_tf_questions_service_perf_inc_archive
5757.   intl_tf_translate_facebook_exceptions_dev_inc_archive
5758.   intl_tf_translate_facebook_exceptions_inc_archive
5759.   intl_tf_translation_updates_inc_archive
5760.   intl_time_report_usage_inc_archive

Highly Confidential – Attorneys' Eyes Only

5761. intl_tm_usage_fbcat_inc_archive
5762. intl_trans_task_impression_inc_archive
5763. intl_trans_task_locale_status_inc_archive
5764. intl_trans_task_overall_status_inc_archive
5765. intl_trans_task_perf_inc_archive
5766. intl_translation_activity_db_inc_archive
5767. intl_translation_activity_inc_archive
5768. intl_translation_app_visits_inc_archive
5769. intl_tss_inc_archive
5770. invalid_facebook_user_presence_inc_archive
5771. invalidated_object_manager_inc_archive
5772. investigation_dive_summary_widget_inc_archive
5773. invite_step_fb4a_inc_archive
5774. iobj_action_status_inc_archive
5775. iobj_performance_inc_archive
5776. ioc_debug_inc_archive
5777. iop_event_delivery_inc_archive
5778. iorg_campaign_api_inc_archive
5779. iorg_core_flow_autoflex_inc_archive
5780. iorg_core_flow_autoflex_inc_archive
5781. iorg_core_flow_flex_inc_archive
5782. iorg_core_flow_free_messenger_inc_archive
5783. iorg_core_flow_header_inc_archive
5784. iorg_core_flow_jumpstart_inc_archive
5785. iorg_core_flow_semifree_messenger_inc_archive
5786. iorg_core_flow_special_pricing_inc_archive
5787. iorg_core_flow_zero_header_transparency_inc_archive
5788. iorg_core_flow_zorro_inc_archive
5789. iorg_crashlog_inc_archive
5790. iorg_header_bypass_inc_archive
5791. iorg_mask_header_prefill_inc_archive
5792. iorg_status_update_flow_inc_archive
5793. ios14ad_campaign_group_invalid_application_inc_archive
5794. ios_app_state_hive_inc_archive
5795. ios_app_state_inc_archive
5796. ios_app_state_inc_archive
5797. ios_bg_task_usage_time_inc_archive
5798. ios_csrf_redirection_inc_archive
5799. ios_feed_privacy_invalidation_polling_funnel_inc_archive
5800. ios_geofences_regions_monitoring_inc_archive
5801. ios_in_app_purchase_shadow_validation_insights_inc_archive
5802. ios_language_pack_events_inc_archive
5803. ios_language_pack_prefetch_failure_events_inc_archive
5804. ios_language_pack_prefetch_success_events_inc_archive
5805. ios_language_packs_loading_failure_inc_archive
5806. ios_language_packs_loading_success_inc_archive
5807. ios_lightspeed_reactions_avg_query_time_hive_inc_archive
5808. ios_location_authorization_cache_access_inc_archive
5809. ios_location_cache_access_inc_archive
5810. ios_location_package_cache_event_inc_archive
5811. ios_location_services_access_inc_archive

Highly Confidential – Attorneys' Eyes Only

5812. ios_location_visit_detection_inc_archive
5813. ios_messenger_advanced_data_settings_snapshot_inc_archive
5814. ios_messenger_notification_sound_download_events_inc_archive
5815. ios_messenger_optimistic_thread_marking_initiate_inc_archive
5816. ios_metrics_detection_impression_mismatch_inc_archive
5817. ios_mn_dualboot_ls_exposed_still_in_mclassic_hive_inc_archive
5818. ios_notifications_general_logging_inc_archive
5819. ios_notifications_settings_page_inc_archive
5820. ios_nse_delivery_inc_archive
5821. ios_phoneid_update_hive_inc_archive
5822. ios_phoneid_update_hive_inc_archive
5823. ios_platform_deep_link_share_flow_inc_archive
5824. ios_platform_share_os_share_flow_inc_archive
5825. ios_push_notif_retraction_inc_archive
5826. ios_push_registration_events_inc_archive
5827. ios_scroll_performance_inc_archive
5828. ios_state_restoration_event_inc_archive
5829. ios_switchoff_error_inc_archive
5830. ios_universal_link_opened_inc_archive
5831. ios_video_data_usage_inc_archive
5832. ios_video_substyle_inc_archive
5833. ios_wilde_location_services_access_inc_archive
5834. ios_wilde_messenger_entrypoint_click_inc_archive
5835. ip_adsrightsmanager_jobs_inc_archive
5836. ip_claim_flow_error_inc_archive
5837. ip_counter_flow_error_inc_archive
5838. ip_ops_fb_sigma_policy_responses_v2_inc_archive
5839. ipc_perf_client_inc_archive
5840. ipc_perf_server_inc_archive
5841. ipc_request_parser_inc_archive
5842. iris_client_only_delta_stats_inc_archive
5843. iris_data_recovery_inc_archive
5844. iris_delta_post_processor_failures_inc_archive
5845. iris_one_to_one_fanout_failures_inc_archive
5846. iris_search_queries_inc_archive
5847. issue_detection_system_error_inc_archive
5848. issue_detection_system_event_inc_archive
5849. issue_detection_system_issues_db_inc_archive
5850. issue_detection_system_issues_db_test_tier_inc_archive
5851. issue_prediction_error_inc_archive
5852. issue_prediction_event_inc_archive
5853. issue_prediction_platform_event_inc_archive
5854. itunes_locale_selector_locale_and_country_inc_archive
5855. ix_category_events_inc_archive
5856. ix_communication_action_platform_inc_archive
5857. ix_communication_notification_platform_inc_archive
5858. ix_content_management_inc_archive
5859. ix_memcache_event_inc_archive
5860. ix_store_front_section_inc_archive
5861. ix_third_party_pixel_inc_archive
5862. jade_server_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

5863.  jio_pna_qp_inc_archive
5864.  job_application_cvr_mbl_feed_clkobj_model_inc_archive
5865.  job_ranking_item_creation_inc_archive
5866.  jobs_actions_data_ads_inc_archive
5867.  jobs_actions_data_inc_archive
5868.  jobs_actor_gating_inc_archive
5869.  jobs_appeals_inc_archive
5870.  jobs_banner_actions_inc_archive
5871.  jobs_bookmark_ranking_job_seeker_qe_log_data_inc_archive
5872.  jobs_browser_joiner_new_inc_archive
5873.  jobs_clustering_actions_data_inc_archive
5874.  jobs_commerce_features_job_attributes_data_inc_archive
5875.  jobs_groups_recommendation_qp_feature_store_examples_inc_archive
5876.  jobs_high_frequency_actions_data_inc_archive
5877.  jobs_integrity_actor_signals_inc_archive
5878.  jobs_messenger_links_inc_archive
5879.  jobs_non_interactive_actions_data_inc_archive
5880.  jobs_notif_delivery_inc_archive
5881.  jobs_notif_jewel_inc_archive
5882.  jobs_notif_newsie_inc_archive
5883.  join_fct_ssot_event_offsite_with_app_events_inc_archive
5884.  joinable_video_chat_notifications_inc_archive
5885.  journalist_index_inc_archive
5886.  kaios_app_migration_inc_archive
5887.  kaios_events_inc_archive
5888.  kalman_snapple_input_training_data_inc_archive
5889.  kalman_snapple_output_training_data_inc_archive
5890.  kcv_extra_inc_archive
5891.  kcv_sem_campaign_tracking_inc_archive
5892.  keep_top_notifs_ungrouped_inc_archive
5893.  keepout_events_inc_archive
5894.  kewal_test_pipeline_inc_archive
5895.  keychain_service_catapult_inc_archive
5896.  keyframes_frame_perf_inc_archive
5897.  keyword_search_traces_inc_archive
5898.  kite_app_destroyed_with_video_upload_pending_inc_archive
5899.  kite_load_funnel_inc_archive
5900.  kite_native_dialog_inc_archive
5901.  kite_oz_player_load_state_inc_archive
5902.  kite_spatial_stuck_inc_archive
5903.  km_browse_search_inc_archive
5904.  knowledge_base_error_logs_inc_archive
5905.  knowledge_base_latency_inc_archive
5906.  knowledge_base_logs_inc_archive
5907.  knowledge_base_logs_unittest_inc_archive
5908.  knowledge_management_search_inc_archive
5909.  kochava_curl_request_inc_archive
5910.  koios_events_inc_archive
5911.  kore_ent_history_inc_archive
5912.  kosievdmerwe_contactpoint_history_add_action_debug_inc_archive
5913.  ll_bvt_rating_full_data_inc_archive

5914. l3_video_ad_relink_inc_archive
5915. label_selection_bias_experiments_data_inc_archive
5916. lama_error_log_inc_archive
5917. lama_operation_inc_archive
5918. lama_review_changelog_inc_archive
5919. lama_review_context_updates_inc_archive
5920. landing_page_invariants_inc_archive
5921. landing_page_scenarios_inc_archive
5922. landing_page_training_data_specific_event_signal_inc_archive
5923. landing_page_view_post_clk_cvr_lpv_only_model_inc_archive
5924. language_force_switch_inc_archive
5925. lara_events_inc_archive
5926. laser_cluster_feedback_events_inc_archive
5927. laser_lal_dfca_realtime_update_clean_inc_archive
5928. lat_grandfathering_snapshot_drv3_inc_archive
5929. lat_prof_global_metrics_inc_archive
5930. lat_update_freeze_drv3_inc_archive
5931. lat_update_request_inc_archive
5932. late_click_signals_inc_archive
5933. latprof_additional_profiles_inc_archive
5934. latprof_avatars_inc_archive
5935. latprof_inc_archive
5936. latprof_marketplace_inc_archive
5937. latprof_news_feed_inc_archive
5938. latprof_payments_inc_archive
5939. latprof_quick_promotion_inc_archive
5940. launch_manager_checklist_item_inc_archive
5941. launch_manager_interactions_inc_archive
5942. launchpad_audience_boost_smc_log_inc_archive
5943. launchpad_inc_archive
5944. launchpad_password_encryption_inc_archive
5945. law_enforcement_portal_action_inc_archive
5946. law_enforcement_portal_download_error_inc_archive
5947. law_enforcement_portal_download_inc_archive
5948. lax_verticals_shopify_event_inc_archive
5949. lbd_logger_inc_archive
5950. lbd_plan_ent_history_inc_archive
5951. lbd_program_qualifier_logger_inc_archive
5952. lbd_structured_resolution_inc_archive
5953. lbd_treatment_ent_history_inc_archive
5954. ldp_admin_inc_archive
5955. ldp_fb_app_store_inc_archive
5956. ldp_touchpoint_inc_archive
5957. lead_ads_tools_events_inc_archive
5958. lead_gen_ad_impression_logging_events_inc_archive
5959. lead_gen_ads_inc_archive
5960. lead_gen_ads_user_info_create_mutation_inc_archive
5961. lead_gen_aymt_events_inc_archive
5962. lead_gen_click_to_call_signal_processing_inc_archive
5963. lead_gen_ctc_app_state_change_inc_archive
5964. lead_gen_cvr_model_opt_out_inc_archive

Highly Confidential – Attorneys' Eyes Only

5965.  lead_gen_cvr_with_fam_pagetypes_model_opt_out_df_inc_archive
5966.  lead_gen_cvr_with_mbl_story_model_opt_out_df_inc_archive
5967.  lead_gen_direct_crm_integration_inc_archive
5968.  lead_gen_export_events_inc_archive
5969.  lead_gen_inline_crm_events_inc_archive
5970.  lead_gen_leads_access_manager_events_inc_archive
5971.  lead_gen_leads_consumption_improvement_inc_archive
5972.  lead_gen_qualify_question_inc_archive
5973.  lead_gen_quality_events_inc_archive
5974.  lead_gen_rtu_inc_archive
5975.  lead_gen_user_submission_validation_inc_archive
5976.  leadgen_multi_destination_messenger_tracked_inc_archive
5977.  leads_center_events_inc_archive
5978.  leads_center_intern_inc_archive
5979.  leads_retrieval_app_status_inc_archive
5980.  leads_retrieval_usage_inc_archive
5981.  legacy_graphql_query_hash_inc_archive
5982.  legal_matter_event_inc_archive
5983.  legal_matter_health_inc_archive
5984.  legal_matter_metrics_inc_archive
5985.  leon_cms_usage_inc_archive
5986.  leon_heartbeats_inc_archive
5987.  life_event_media_engagement_inc_archive
5988.  life_event_mutation_debug_info_inc_archive
5989.  lift_attributed_conversion_alpha_inc_archive
5990.  lift_attributed_conversion_canary_inc_archive
5991.  lift_attributed_conversion_experimental_inc_archive
5992.  lift_attributed_conversion_extrapolated_alpha_inc_archive
5993.  lift_attributed_conversion_extrapolated_prod_inc_archive
5994.  lift_attributed_conversion_inc_archive
5995.  lift_attributed_onsite_conversion_alpha_inc_archive
5996.  lift_attributed_onsite_conversion_canary_inc_archive
5997.  lift_attributed_onsite_conversion_experimental_inc_archive
5998.  lift_attributed_onsite_conversion_inc_archive
5999.  lift_dashboard_log_inc_archive
6000.  lift_first_opportunity_alpha_inc_archive
6001.  lift_first_opportunity_experimental_inc_archive
6002.  lift_first_opportunity_inc_archive
6003.  lift_notification_inc_archive
6004.  lift_pre_attribution_conversion_candidates_alpha_inc_archive
6005.  lift_pre_attribution_conversion_candidates_canary_inc_archive
6006.  lift_pre_attribution_conversion_candidates_inc_archive
6007.  lift_pre_attribution_onsite_conversion_candidates_alpha_inc_archive
6008.  lift_pre_attribution_onsite_conversion_candidates_canary_inc_archive
6009.  lift_pre_attribution_onsite_conversion_candidates_inc_archive
6010.  lift_spend_annotated_conv_dev_offsite_inc_archive
6011.  lift_spend_annotated_conv_dev_onsite_inc_archive
6012.  lift_spend_annotated_conv_offsite_alpha_inc_archive
6013.  lift_spend_annotated_conv_offsite_inc_archive
6014.  lift_spend_annotated_conv_onsite_alpha_inc_archive
6015.  lift_spend_annotated_conv_onsite_inc_archive

Highly Confidential – Attorneys' Eyes Only

6016. lift_spend_annotated_imp_alpha_inc_archive
6017. lift_spend_annotated_imp_canary_inc_archive
6018. lift_spend_annotated_imp_inc_archive
6019. lift_studies_af_features_conversion_inc_archive
6020. lift_studies_af_features_dev_inc_archive
6021. lightspeed_apple_watch_log_events_inc_archive
6022. lightspeed_client_error_inc_archive
6023. lightspeed_file_uploads_inc_archive
6024. lightspeed_function_profile_inc_archive
6025. lightspeed_logging_efficiency_inc_archive
6026. lightspeed_mcistats_histogram_inc_archive
6027. lightspeed_message_send_error_inc_archive
6028. lightspeed_performance_log_stats_inc_archive
6029. lightspeed_performance_logs_inc_archive
6030. lightspeed_snapshot_event_inc_archive
6031. lightspeed_testing_events_hive_inc_archive
6032. lightweight_action_server_inc_archive
6033. lightweight_status_actions_inc_archive
6034. like_attribution_inc_archive
6035. like_fetching_debug_inc_archive
6036. limit_one_to_three_mapping_inc_archive
6037. limited_graph_inc_archive
6038. lineage_configuration_history_inc_archive
6039. link_clk_cvr_mbl_feed_df_model_saw_opt_out_inc_archive
6040. link_clk_cvr_web_feed_post_imp_click_through_mf_model_inc_archive
6041. link_content_interactions_inc_archive
6042. link_share_in_events_comment_inc_archive
6043. linked_author_feed_unit_inc_archive
6044. linked_groups_inc_archive
6045. lisa_anagram_fuzzy_matching_inc_archive
6046. lisa_candidate_training_inc_archive
6047. lisa_dark_mode_inc_archive
6048. lite_android_data_saver_report_inc_archive
6049. lite_apps_js_error_inc_archive
6050. lite_camera_inc_archive
6051. lite_clean_storage_inc_archive
6052. lite_media_upload_file_size_inc_archive
6053. lite_server_screen_size_inc_archive
6054. live360_empty_manifest_debug_inc_archive
6055. live_360_backend_inc_archive
6056. live_ads_extended_break_partner_tool_inc_archive
6057. live_ads_inc_archive
6058. live_beauty_inc_archive
6059. live_broadcast_crosssharing_events_inc_archive
6060. live_comment_subscription_inc_archive
6061. live_creator_to_is_live_v2_inc_archive
6062. live_creator_to_is_live_video_inc_archive
6063. live_endscreen_chaining_inc_archive
6064. live_feed_ranking_inc_archive
6065. live_gaming_ads_auto_insertion_inc_archive
6066. live_input_stream_delivery_inc_archive

Highly Confidential – Attorneys' Eyes Only

6067.  live_insights_vsl_consumer_inc_archive
6068.  live_join_group_cta_inc_archive
6069.  live_lifestyle_video_lvv10_inc_archive
6070.  live_lifestyle_video_lvv60_inc_archive
6071.  live_lifestyle_video_lvv_and_interaction_inc_archive
6072.  live_location_sharing_battery_counters_inc_archive
6073.  live_matterhorn_inc_archive
6074.  live_music_generator_results_inc_archive
6075.  live_notif_downgrade_cta_inc_archive
6076.  live_online_events_inc_archive
6077.  live_premium_eligibility_inc_archive
6078.  live_producer_inc_archive
6079.  live_rings_inc_archive
6080.  live_shopping_dropped_notifications_inc_archive
6081.  live_shopping_seller_inc_archive
6082.  live_shopping_video_activity_inc_archive
6083.  live_shopping_viewer_inc_archive
6084.  live_splitscreen_bottom_sheet_events_inc_archive
6085.  live_streaming_bola_inc_archive
6086.  live_user_lvv30_islive_only_inc_archive
6087.  live_vertical_generator_inc_archive
6088.  live_video_ads_integrity_logging_inc_archive
6089.  live_video_broadcast_waterfall_inc_archive
6090.  live_video_cant_comment_debugger_inc_archive
6091.  live_video_chat_client_inc_archive
6092.  live_video_chat_commands_inc_archive
6093.  live_video_chat_inc_archive
6094.  live_video_chatbot_inc_archive
6095.  live_video_comet_page_timeline_inc_archive
6096.  live_video_comment_subscription_stopped_debug_inc_archive
6097.  live_video_composer_format_inc_archive
6098.  live_video_context_components_inc_archive
6099.  live_video_cta_inc_archive
6100.  live_video_delivery_inc_archive
6101.  live_video_destination_inc_archive
6102.  live_video_encoding_configs_inc_archive
6103.  live_video_encoding_configs_unittest_inc_archive
6104.  live_video_end_screen_inc_archive
6105.  live_video_engaged_event_hive_inc_archive
6106.  live_video_funnel_inc_archive
6107.  live_video_growth_events_inc_archive
6108.  live_video_guest_eligibility_inc_archive
6109.  live_video_identity_badges_inc_archive
6110.  live_video_integrity_logger_inc_archive
6111.  live_video_interaction_realtime_inc_archive
6112.  live_video_interactive_alerts_inc_archive
6113.  live_video_link_inc_archive
6114.  live_video_lvv_and_interaction_v1_inc_archive
6115.  live_video_message_me_inc_archive
6116.  live_video_notifications_nbk_inc_archive
6117.  live_video_presence_watching_inc_archive

Highly Confidential – Attorneys' Eyes Only

6118.   live_video_prompts_inc_archive
6119.   live_video_publish_deployment_context_inc_archive
6120.   live_video_realtime_data_inc_archive
6121.   live_video_realtime_watch_event_thirty_sec_inc_archive
6122.   live_video_rewind_inc_archive
6123.   live_video_schedule_inc_archive
6124.   live_video_scheduled_action_inc_archive
6125.   live_video_uih_v5_s_inc_archive
6126.   live_video_understanding_long_video_view_events_inc_archive
6127.   live_video_user_engagement_inc_archive
6128.   live_video_viewer_inc_archive
6129.   live_video_www_beeper_inc_archive
6130.   live_videos_clipping_inc_archive
6131.   live_videos_clipping_usage_inc_archive
6132.   live_with_request_to_join_inc_archive
6133.   living_room_inc_archive
6134.   living_room_playback_state_inc_archive
6135.   living_room_state_based_logger_inc_archive
6136.   lms_exams_registration_inc_archive
6137.   load2card_offer_client_events_inc_archive
6138.   local_alerts_events_inc_archive
6139.   local_alerts_feed_index_inc_archive
6140.   local_auth_user_inc_archive
6141.   local_delivery_filter_stats_inc_archive
6142.   local_monetization_vertical_ads_inc_archive
6143.   local_search_results_data_inc_archive
6144.   local_sell_engagement_inc_archive
6145.   local_sell_external_inventory_inc_archive
6146.   local_sell_messaging_inc_archive
6147.   local_sell_user_actions_inc_archive
6148.   local_surface_events_inc_archive
6149.   locale_prediction_inc_archive
6150.   localized_catalog_migration_tool_flow_inc_archive
6151.   location_based_notification_platform_inc_archive
6152.   location_cluster_cocoon_failure_inc_archive
6153.   location_freshness_stats_inc_archive
6154.   location_history_retention_period_inc_archive
6155.   location_history_view_www_actions_inc_archive
6156.   location_infra_pigeon_events_inc_archive
6157.   location_integrity_device_gps_imprecise_location_inc_archive
6158.   location_integrity_fb_location_update_inc_archive
6159.   location_integrity_rf_hashes_inc_archive
6160.   location_manager_bulk_upload_data_validation_inc_archive
6161.   location_manager_bulk_upload_inc_archive
6162.   location_manager_error_inc_archive
6163.   location_manager_events_inc_archive
6164.   location_manager_pages_whitelist_eligibility_rules_inc_archive
6165.   location_manager_search_queries_inc_archive
6166.   location_manager_ui_inc_archive
6167.   location_manager_ui_store_set_operation_inc_archive
6168.   location_products_viewer_location_staleness_inc_archive

6169. location_review_pills_inc_archive
6170. location_rf_signal_debug_inc_archive
6171. location_service_state_pigeon_events_inc_archive
6172. location_services_status_inc_archive
6173. location_settings_xplat_inc_archive
6174. location_story_inc_archive
6175. location_story_travel_to_inc_archive
6176. location_structure_page_data_inc_archive
6177. location_upsell_events_inc_archive
6178. location_waves_inc_archive
6179. locked_profile_ent_history_inc_archive
6180. locked_profile_imogen_usage_inc_archive
6181. locked_profile_privacy_events_inc_archive
6182. locked_profile_recovery_inc_archive
6183. locked_profile_recovery_unittest_inc_archive
6184. loco_actions_data_inc_archive
6185. loco_launch_promotion_inc_archive
6186. loco_notif_jewel_inc_archive
6187. loco_prompt_inc_archive
6188. loco_recurring_notif_inc_archive
6189. loco_triggered_notif_waterfall_inc_archive
6190. locsig_ad_clicks_location_inc_archive
6191. locsig_ad_convs_location_inc_archive
6192. locsig_ad_imps_location_inc_archive
6193. log_auditor_health_inc_archive
6194. log_auditor_inc_archive
6195. log_auditor_session_based_verification_inc_archive
6196. log_auditor_sessionized_inc_archive
6197. log_auditor_shops_debug_inc_archive
6198. log_back_from_push_inc_archive
6199. log_delayed_notif_inc_archive
6200. log_in_event_update_device_inc_archive
6201. log_messages_inc_archive
6202. log_video_notif_destination_inc_archive
6203. logdb_monitor_inc_archive
6204. logged_in_account_switcher_inc_archive
6205. logged_in_impressions_inc_archive
6206. logged_out_account_switcher_inc_archive
6207. logged_out_impressions_inc_archive
6208. logged_out_push_delivery_inc_archive
6209. logger_fan_migration_audit_trail_inc_archive
6210. logger_invalid_requests_shops_wpr_inc_archive
6211. logger_presma_cta_configuration_inc_archive
6212. logger_socialwifi_inc_archive
6213. loggerconfig_hive_fblite_gallery_picker_inc_archive
6214. logging_when_no_users_logged_in_inc_archive
6215. logical_screen_size_inc_archive
6216. login_alerts_add_contactpoint_flow_inc_archive
6217. login_alerts_bot_inc_archive
6218. login_alerts_inc_archive
6219. login_as_actions_inc_archive

Highly Confidential – Attorneys' Eyes Only

6220.   login_as_dirty_auth_proof_usage_inc_archive
6221.   login_device_based_log_inc_archive
6222.   login_events_inc_archive
6223.   login_hashout_api_inc_archive
6224.   login_hashout_deleted_user_inc_archive
6225.   login_help_error_code_inc_archive
6226.   login_identification_service_inc_archive
6227.   login_identifier_lookup_split_inc_archive
6228.   login_mis_authentication_inc_archive
6229.   login_nonce_origin_inc_archive
6230.   login_resurrection_inc_archive
6231.   login_service_auth_proof_usage_inc_archive
6232.   login_service_debug_inc_archive
6233.   login_service_ent_signing_inc_archive
6234.   login_service_internal_access_inc_archive
6235.   login_service_internal_privileged_access_usage_inc_archive
6236.   login_service_notifications_dev_inc_archive
6237.   login_service_notifications_inc_archive
6238.   login_service_password_encrypt_decrypt_event_inc_archive
6239.   login_service_secure_contact_point_inc_archive
6240.   login_waterfall_inc_archive
6241.   logout_flow_inc_archive
6242.   logout_handler_inc_archive
6243.   lookalike_adconv_laser_sid_v2_inc_archive
6244.   lookalike_custom_audience_realtime_seeds_inc_archive
6245.   lookalike_custom_audience_realtime_seeds_offsite_inc_archive
6246.   lookalike_features_v6_inc_archive
6247.   lookalike_index_eval_inc_archive
6248.   loom_constraint_inc_archive
6249.   loom_network_events_inc_archive
6250.   loom_network_h2_frame_events_inc_archive
6251.   loom_qpl_notes_inc_archive
6252.   lost_content_inc_archive
6253.   lost_stolen_device_cert_trigger_inc_archive
6254.   low_latency_playback_inc_archive
6255.   loyalty_3p_api_logger_inc_archive
6256.   loyalty_3p_events_logger_inc_archive
6257.   loyalty_commerce_debug_inc_archive
6258.   loyalty_commerce_debug_inc_archive
6259.   loyalty_email_capture_inc_archive
6260.   loyalty_events_inc_archive
6261.   loyalty_first_party_logger_inc_archive
6262.   loyalty_internal_debugging_inc_archive
6263.   loyalty_no_auth_debugging_inc_archive
6264.   loyalty_omnistore_events_inc_archive
6265.   loyalty_pma_funnel_event_inc_archive
6266.   loyalty_punch_in_events_inc_archive
6267.   loyalty_unified_third_party_events_inc_archive
6268.   ls_1lc_feature_collapse_events_inc_archive
6269.   ls_1lc_feature_open_events_inc_archive
6270.   ls_armadillo_receive_trace_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

6271. ls_armadillo_receive_trace_events_restricted_inc_archive
6272. ls_background_task_events_inc_archive
6273. ls_blockee_warning_actions_events_inc_archive
6274. ls_blockee_warning_events_inc_archive
6275. ls_bottom_jump_pill_clicked_events_inc_archive
6276. ls_co_presence_events_inc_archive
6277. ls_cold_start_reason_events_inc_archive
6278. ls_contact_point_acquisition_inc_archive
6279. ls_contact_upload_database_inc_archive
6280. ls_contact_upload_for_threads_inc_archive
6281. ls_contact_upload_settings_inc_archive
6282. ls_contact_upload_upload_contacts_inc_archive
6283. ls_cowatch_ad_events_inc_archive
6284. ls_crash_loop_events_inc_archive
6285. ls_data_trace_events_inc_archive
6286. ls_data_trace_events_restricted_inc_archive
6287. ls_data_trace_latency_inc_archive
6288. ls_data_trace_latency_unrestricted_inc_archive
6289. ls_data_trace_reliability_inc_archive
6290. ls_data_trace_reliability_unrestricted_inc_archive
6291. ls_database_health_events_inc_archive
6292. ls_dylib_fault_events_inc_archive
6293. ls_enter_active_status_events_inc_archive
6294. ls_error_analytic_inc_archive
6295. ls_fddevice_event_events_inc_archive
6296. ls_gdpr_events_inc_archive
6297. ls_integrity_sync_inc_archive
6298. ls_ios_memory_pressure_events_inc_archive
6299. ls_ios_messenger_background_cold_start_end_events_inc_archive
6300. ls_ios_messenger_rtc_present_ghost_call_events_inc_archive
6301. ls_live_location_inc_archive
6302. ls_live_location_ops_inc_archive
6303. ls_location_permission_events_inc_archive
6304. ls_location_sharing_events_inc_archive
6305. ls_log_file_create_events_inc_archive
6306. ls_log_file_skipped_events_inc_archive
6307. ls_log_file_stats_events_inc_archive
6308. ls_login_events_inc_archive
6309. ls_mci_trace_events_inc_archive
6310. ls_mci_trace_events_processed_inc_archive
6311. ls_mesenger_nux_push_prompt_events_inc_archive
6312. ls_message_click_events_inc_archive
6313. ls_message_island_events_inc_archive
6314. ls_message_reply_events_inc_archive
6315. ls_message_send_click_inc_archive
6316. ls_message_send_task_to_task_queue_batch_events_inc_archive
6317. ls_messenger_bcf_client_events_inc_archive
6318. ls_messenger_mention_events_inc_archive
6319. ls_messenger_notification_action_inc_archive
6320. ls_messenger_push_token_reg_events_inc_archive
6321. ls_mig_theme_selected_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

6322.  ls_mqtt_connection_inc_archive
6323.  ls_msgr_thread_mute_actions_events_inc_archive
6324.  ls_msys_internal_error_events_inc_archive
6325.  ls_network_metrics_events_inc_archive
6326.  ls_notification_settings_inc_archive
6327.  ls_overlay_generic_click_events_inc_archive
6328.  ls_rtc_ar_effect_events_inc_archive
6329.  ls_rtc_ar_effect_impression_events_inc_archive
6330.  ls_rtc_ax_dictation_events_inc_archive
6331.  ls_rtc_button_impression_events_inc_archive
6332.  ls_rtc_call_action_inc_archive
6333.  ls_rtc_call_summary_events_inc_archive
6334.  ls_rtc_call_transfer_inc_archive
6335.  ls_rtc_client_signaling_reliability_logs_events_inc_archive
6336.  ls_rtc_connection_start_events_inc_archive
6337.  ls_rtc_coordinated_activity_events_inc_archive
6338.  ls_rtc_custom_background_events_inc_archive
6339.  ls_rtc_et_events_inc_archive
6340.  ls_rtc_group_e2ee_events_inc_archive
6341.  ls_rtc_group_escalation_events_inc_archive
6342.  ls_rtc_overlayconfig_events_inc_archive
6343.  ls_rtc_p2p_e2ee_events_inc_archive
6344.  ls_rtc_peer_connection_summary_events_inc_archive
6345.  ls_rtc_peer_restart_events_inc_archive
6346.  ls_rtc_pushkit_registration_events_inc_archive
6347.  ls_rtc_screen_share_events_inc_archive
6348.  ls_rtc_snapshot_events_inc_archive
6349.  ls_rtc_speed_test_events_inc_archive
6350.  ls_rtc_used_callkit_events_inc_archive
6351.  ls_search_latency_events_inc_archive
6352.  ls_sessionless_mobile_config_fetch_events_inc_archive
6353.  ls_sqlite_profile_events_inc_archive
6354.  ls_switch_account_events_inc_archive
6355.  ls_tincan_client_error_events_inc_archive
6356.  ls_tincan_over_wa_registration_events_inc_archive
6357.  ls_tincan_over_wa_registration_events_restricted_inc_archive
6358.  ls_tincan_over_wa_send_task_events_inc_archive
6359.  ls_tincan_over_wa_send_task_events_restricted_inc_archive
6360.  ls_tincan_over_wa_sent_ack_events_inc_archive
6361.  ls_tincan_over_wa_sent_ack_events_restricted_inc_archive
6362.  ls_tincan_trace_events_inc_archive
6363.  ls_tincan_trace_events_restricted_inc_archive
6364.  ls_tincan_trace_receive_only_events_inc_archive
6365.  ls_tincan_trace_receive_only_events_restricted_inc_archive
6366.  ls_xma_rendering_inc_archive
6367.  lsccu_recover_local_setting_inc_archive
6368.  lsdasm_sync_employees_inc_archive
6369.  lsdasm_sync_inc_archive
6370.  lsdasm_sync_restricted_inc_archive
6371.  lsdasm_tasks_inc_archive
6372.  lsr_tool_action_inc_archive

Highly Confidential – Attorneys' Eyes Only

6373. ltae_quality_based_long_term_value_model_inc_archive
6374. ltg_author_translation_production_inc_archive
6375. ltg_author_translations_inc_archive
6376. ltg_auto_translations_inc_archive
6377. ltg_content_translation_impressions_inc_archive
6378. ltg_content_translations_inc_archive
6379. ltg_htp_workflow_controller_events_inc_archive
6380. ltg_language_feedback_inc_archive
6381. ltg_language_settings_inc_archive
6382. ltg_machine_translation_cache_inc_archive
6383. ltg_machine_translations_inc_archive
6384. ltg_translation_preferences_inc_archive
6385. ltg_translation_user_feedback_inc_archive
6386. ltg_translation_user_rate_translation_feedback_inc_archive
6387. lvx_front_row_inc_archive
6388. lw_recert_badging_inc_archive
6389. lw_recert_registration_inc_archive
6390. lwi_everywhere_fb_inc_archive
6391. lwi_everywhere_iframe_inc_archive
6392. lwi_live_boosting_experiment_log_inc_archive
6393. lwi_support_inc_archive
6394. lynx_click_arrive_inc_archive
6395. lynx_clicks_inc_archive
6396. lynx_forwarding_inc_archive
6397. lynx_warning_clickthrough_inc_archive
6398. m21_fb_interventions_qe_inc_archive
6399. m_above_feed_individual_units_inc_archive
6400. m_above_feed_units_inc_archive
6401. m_net_stage_scores_inc_archive
6402. m_nux_quick_friending_inc_archive
6403. m_privacy_selector_consistency_inc_archive
6404. m_profile_nux_inc_archive
6405. m_site_messenger_diode_inc_archive
6406. m_timeline_navtiles_inc_archive
6407. machamp_inc_archive
6408. machamp_response_inc_archive
6409. mae_oe_view_through_model_inc_archive
6410. mae_optimized_corrected_model_inc_archive
6411. magic_story_interaction_inc_archive
6412. mai_app_store_events_inc_archive
6413. mai_app_store_sheet_engagement_inc_archive
6414. maia_mbl_external_cvr_model_non_ofb_opt_out_convs_df_inc_archive
6415. malicious_file_scanner_inc_archive
6416. manage_activity_inc_archive
6417. manage_friends_inc_archive
6418. managed_lift_augmented_inc_archive
6419. manual_deletion_actions_audit_inc_archive
6420. maps_clientside_events_inc_archive
6421. marauder_column_breakdown_inc_archive
6422. marauder_connection_event_inc_archive
6423. marauder_hive_android_messenger_account_switch_inc_archive

          Highly Confidential – Attorneys' Eyes Only

6424. marauder_hive_fblite_nt_stories_composer_inc_archive
6425. marauder_hive_voip_message_notification_received_inc_archive
6426. marauder_payload_size_inc_archive
6427. marauder_scuba_rich_media_preparation_summary_inc_archive
6428. marauder_wa_fb_stories_xpost_inc_archive
6429. markab_ent_history_inc_archive
6430. marketing_api_dev_events_inc_archive
6431. marketing_events_inc_archive
6432. marketing_expert_bm_to_organization_inc_archive
6433. marketing_expert_bot_inc_archive
6434. marketing_expert_calendar_aggregate_snapshot_inc_archive
6435. marketing_expert_calendar_helper_inc_archive
6436. marketing_expert_calendar_snapshot_inc_archive
6437. marketing_solutions_dialog_inc_archive
6438. marketo_munchkin_error_inc_archive
6439. marketplace_15s_ctr_binary_loop_examples_inc_archive
6440. marketplace_5s_ctr_loops_loop_examples_inc_archive
6441. marketplace_activity_inc_archive
6442. marketplace_ads_3s_dwell_inc_archive
6443. marketplace_ads_backend_requests_inc_archive
6444. marketplace_ads_creative_details_inc_archive
6445. marketplace_ads_format_type_mismatch_inc_archive
6446. marketplace_ads_gap_rule_inc_archive
6447. marketplace_ads_inc_archive
6448. marketplace_ads_memcache_inc_archive
6449. marketplace_ads_organic_megataxon_request_inc_archive
6450. marketplace_ads_organic_value_inc_archive
6451. marketplace_autos_canonical_data_inc_archive
6452. marketplace_autos_creation_inc_archive
6453. marketplace_autos_fmv_event_inc_archive
6454. marketplace_autos_kbb_client_inc_archive
6455. marketplace_autos_vin_decode_inc_archive
6456. marketplace_b2c_csat_inc_archive
6457. marketplace_b2c_feed_stories_error_tracker_inc_archive
6458. marketplace_b2c_ranking_inc_archive
6459. marketplace_b2c_retargeting_inc_archive
6460. marketplace_b2c_retrieval_inc_archive
6461. marketplace_blend_ads_debugger_inc_archive
6462. marketplace_boosted_jobs_inc_archive
6463. marketplace_boosted_listing_category_predictions_backup_inc_archive
6464. marketplace_boosted_listing_category_predictions_backup_unittest_inc_archive
6465. marketplace_bot_inc_archive
6466. marketplace_browse_ads_delivery_inc_archive
6467. marketplace_bsg_newsie_delivery_inc_archive
6468. marketplace_buyer_typeahead_search_inc_archive
6469. marketplace_c2c_reserve_inc_archive
6470. marketplace_c2c_shipped_incentive_campaign_inc_archive
6471. marketplace_c2c_shipping_enforcement_inc_archive
6472. marketplace_canonical_product_inc_archive
6473. marketplace_canonical_product_outliers_inc_archive
6474. marketplace_care_center_typeahead_inc_archive

Highly Confidential – Attorneys' Eyes Only

6475. marketplace_chaining_inc_archive
6476. marketplace_commerce_ranking_features_for_ads_hive_inc_archive
6477. marketplace_commerce_ranking_features_for_ads_hive_unittest_inc_archive
6478. marketplace_composer_action_inc_archive
6479. marketplace_continuous_pagination_inc_archive
6480. marketplace_csbqrt_data_inc_archive
6481. marketplace_csbqrt_data_unittest_inc_archive
6482. marketplace_data_enrichment_inc_archive
6483. marketplace_data_validation_result_inc_archive
6484. marketplace_decision_framework_v1_inc_archive
6485. marketplace_delivery_setting_inc_archive
6486. marketplace_demographic_access_by_user_inc_archive
6487. marketplace_desktop_ads_global_position_inc_archive
6488. marketplace_dynamic_ads_for_auto_listing_inc_archive
6489. marketplace_ecomm_pivots_inc_archive
6490. marketplace_ecomm_ranking_candidates_inc_archive
6491. marketplace_ecomm_ranking_targeting_inc_archive
6492. marketplace_ecomm_subscription_actions_inc_archive
6493. marketplace_enricher_inc_archive
6494. marketplace_error_debug_inc_archive
6495. marketplace_feed_ad_story_info_inc_archive
6496. marketplace_feed_item_validation_inc_archive
6497. marketplace_feed_state_v1_inc_archive
6498. marketplace_feed_state_v1_unittest_inc_archive
6499. marketplace_feedstate_products_inc_archive
6500. marketplace_followable_theme_content_inc_archive
6501. marketplace_followed_seller_post_notif_inc_archive
6502. marketplace_hashtag_blocked_inc_archive
6503. marketplace_hashtag_composer_suggestion_acceptance_inc_archive
6504. marketplace_hashtag_info_inc_archive
6505. marketplace_hashtags_update_inc_archive
6506. marketplace_impressions_inc_archive
6507. marketplace_inline_appeal_inc_archive
6508. marketplace_integrity_lqec_events_inc_archive
6509. marketplace_integrity_review_debug_inc_archive
6510. marketplace_intent_recs_notifs_details_inc_archive
6511. marketplace_listing_improvement_suggestions_inc_archive
6512. marketplace_lqec_detect_used_inc_archive
6513. marketplace_lwi_placement_inc_archive
6514. marketplace_m_basic_views_inc_archive
6515. marketplace_marketing_campaign_flow_inc_archive
6516. marketplace_message_activity_v2_inc_archive
6517. marketplace_mixed_delivery_inc_archive
6518. marketplace_motors_carfax_inc_archive
6519. marketplace_msg_audit_inc_archive
6520. marketplace_native_ad_upsell_invalidations_inc_archive
6521. marketplace_native_format_ranking_af_consideration_inc_archive
6522. marketplace_notif_jewel_inc_archive
6523. marketplace_notification_settings_inc_archive
6524. marketplace_ocr_partial_match_inc_archive
6525. marketplace_pathfinder_inc_archive

Highly Confidential – Attorneys' Eyes Only

6526. marketplace_pdp_ads_eligibility_inc_archive
6527. marketplace_pdp_ads_position_inc_archive
6528. marketplace_pdp_related_items_inc_archive
6529. marketplace_photo_sync_inc_archive
6530. marketplace_post_auto_conversion_inc_archive
6531. marketplace_post_duplication_inc_archive
6532. marketplace_product_events_inc_archive
6533. marketplace_product_related_products_inc_archive
6534. marketplace_product_structured_data_interactions_inc_archive
6535. marketplace_promoted_listings_inc_archive
6536. marketplace_proxy_email_event_inc_archive
6537. marketplace_proxy_email_event_restricted_inc_archive
6538. marketplace_query_based_personalized_retrieval_inc_archive
6539. marketplace_ranking_events_inc_archive
6540. marketplace_ranking_measurement_inc_archive
6541. marketplace_ranking_signal_verification_inc_archive
6542. marketplace_reliability_inc_archive
6543. marketplace_reply_reminders_inc_archive
6544. marketplace_reporting_inc_archive
6545. marketplace_retrieval_candidates_inc_archive
6546. marketplace_safety_inc_archive
6547. marketplace_sanction_history_inc_archive
6548. marketplace_sanctions_inc_archive
6549. marketplace_search_inc_archive
6550. marketplace_search_pr_inc_archive
6551. marketplace_search_token_relaxation_inc_archive
6552. marketplace_seen_ads_inc_archive
6553. marketplace_seller_action_high_fidelity_data_inc_archive
6554. marketplace_seller_continuous_computation_inc_archive
6555. marketplace_seller_facts_inc_archive
6556. marketplace_seller_targeting_inc_archive
6557. marketplace_seo_inc_archive
6558. marketplace_showcase_c2c_candidates_all_inc_archive
6559. marketplace_showcase_c2c_candidates_lt_v0_inc_archive
6560. marketplace_similar_items_notification_inc_archive
6561. marketplace_skipped_ad_slots_inc_archive
6562. marketplace_skipped_ad_slots_unittest_inc_archive
6563. marketplace_smart_cache_retrieval_candidates_inc_archive
6564. marketplace_ssfy_for_auction_candidates_inc_archive
6565. marketplace_ssfy_raw_candidates_inc_archive
6566. marketplace_ssfy_stage_three_candidates_test_inc_archive
6567. marketplace_structured_communication_inc_archive
6568. marketplace_tab_badging_inc_archive
6569. marketplace_tab_configuration_inc_archive
6570. marketplace_themes_recommendation_inc_archive
6571. marketplace_thread_delete_inc_archive
6572. marketplace_timed_txn_reporting_inc_archive
6573. marketplace_top_picks_validation_inc_archive
6574. marketplace_txn_cap_management_inc_archive
6575. marketplace_typeahead_events_inc_archive
6576. marketplace_under_delivery_updater_inc_archive

Highly Confidential – Attorneys' Eyes Only

6577. marketplace_user_data_inc_archive
6578. marketplace_user_engaged_seed_inc_archive
6579. marketplace_user_related_users_inc_archive
6580. marketplace_user_restriction_action_exceptions_inc_archive
6581. marketplace_user_restriction_actions_inc_archive
6582. marketplace_vacation_mode_inc_archive
6583. marketplace_verticals_debug_inc_archive
6584. master_account_test_events_inc_archive
6585. master_ops_payment_actions_inc_archive
6586. mat2_pinned_messages_inc_archive
6587. matchmaker_dry_run_rule_inc_archive
6588. matchmaker_health_inc_archive
6589. maybe_fake_inc_archive
6590. mbasic_logout_interstitial_inc_archive
6591. mbl_feed_story_joint_app_install_cvr_model_inc_archive
6592. mbl_feed_story_joint_cvr_link_click_model_opt_out_inc_archive
6593. mbl_feed_story_joint_post_imp_video_view_model_inc_archive
6594. mbl_feed_story_lead_gen_cvr_model_opt_out_df_inc_archive
6595. mbl_story_app_install_cvr_model_inc_archive
6596. mbl_story_cvr_link_click_model_opt_out_inc_archive
6597. mbl_story_lead_gen_cvr_model_opt_out_df_inc_archive
6598. mbl_story_post_imp_video_view_model_inc_archive
6599. mbl_story_post_imp_video_view_multiple_conversion_model_inc_archive
6600. mbl_story_post_imp_video_view_wo_downsampling_model_inc_archive
6601. mbt_sampling_inc_archive
6602. mbt_scams_optimizer_inc_archive
6603. mbt_thread_based_sampling_inc_archive
6604. mci_unsend_nux_inc_archive
6605. mdf_async_requests_inc_archive
6606. mdf_queries_inc_archive
6607. mdf_unidash_data_source_inc_archive
6608. mdf_user_actions_inc_archive
6609. mdp_facebook_uni_dl_inc_archive
6610. me_settings_badge_update_count_inc_archive
6611. measurement_hub_ui_inc_archive
6612. measurement_shops_session_inc_archive
6613. meb_ent_action_logs_unittest_inc_archive
6614. meb_server_requests_inc_archive
6615. meb_server_requests_unittest_inc_archive
6616. meb_shadow_test_inc_archive
6617. media_accuracy_check_failures_inc_archive
6618. media_accuracy_check_signal_inc_archive
6619. media_accuracy_viewer_check_failures_inc_archive
6620. media_attachment_preparation_summary_inc_archive
6621. media_claims_song_attribution_inc_archive
6622. media_composition_player_inc_archive
6623. media_effect_exceptions_inc_archive
6624. media_effect_hub_events_inc_archive
6625. media_effect_hub_visits_inc_archive
6626. media_effect_metadata_inc_archive
6627. media_effect_web_link_inc_archive

Highly Confidential – Attorneys' Eyes Only

6628. media_effects_analytics_raw_experimental_inc_archive
6629. media_effects_analytics_raw_inc_archive
6630. media_effects_ar_studio_download_inc_archive
6631. media_effects_creative_studio_inc_archive
6632. media_effects_mutation_inc_archive
6633. media_effects_platform_performance_inc_archive
6634. media_effects_review_decision_inc_archive
6635. media_effects_self_promotion_inc_archive
6636. media_ingestion_task_inc_archive
6637. media_manager_ad_break_inc_archive
6638. media_manager_debug_event_inc_archive
6639. media_manager_inc_archive
6640. media_manager_insights_benchmark_inc_archive
6641. media_manager_instagram_composer_ui_inc_archive
6642. media_manager_instagram_media_publishing_inc_archive
6643. media_manager_loading_inc_archive
6644. media_match_ui_exceptions_inc_archive
6645. media_ops_support_portal_access_inc_archive
6646. media_playback_fb_shim_experimental_inc_archive
6647. media_playback_unified_metrics_deltas_experimental_inc_archive
6648. media_playlist_events_inc_archive
6649. media_playlists_user_actions_inc_archive
6650. media_quality_ssim_inc_archive
6651. media_ssim_checkpoint_inc_archive
6652. media_sync_events_inc_archive
6653. media_views_from_disabled_apps_inc_archive
6654. mem_cache_raw_events_inc_archive
6655. member_approval_classifier_inc_archive
6656. memorial_contact_setting_inc_archive
6657. memorial_contact_tool_inc_archive
6658. memorialization_actions_inc_archive
6659. mental_health_gratitude_logging_inc_archive
6660. mental_health_hub_inc_archive
6661. mentions_events_inc_archive
6662. mentions_stats_inc_archive
6663. mentorship_admin_inc_archive
6664. mentorship_client_side_events_inc_archive
6665. mentorship_exceptions_inc_archive
6666. mentorship_feature_examples_inc_archive
6667. mentorship_matching_inc_archive
6668. mentorship_program_events_inc_archive
6669. mentorship_role_trigger_inc_archive
6670. mentorship_user_activity_inc_archive
6671. menu_logger_inc_archive
6672. merge_ads_video_upload_params_inc_archive
6673. merged_aep_population_event_rc_inc_archive
6674. merlin_search_vpv_entity_id_debugging_inc_archive
6675. merlin_unified_protocol_events_inc_archive
6676. merlin_vpv_count_debugging_inc_archive
6677. merlin_vpv_duration_debugging_inc_archive
6678. merlin_watch_tab_debug_inc_archive

Highly Confidential – Attorneys' Eyes Only

6679.  message1to1thread_creation_inc_archive
6680.  message_actions_inc_archive
6681.  message_attachments_inc_archive
6682.  message_attachments_references_inc_archive
6683.  message_blocking_error_inc_archive
6684.  message_forwards_inc_archive
6685.  message_group_addition_inc_archive
6686.  message_group_creation_inc_archive
6687.  message_lwa_ent_not_found_inc_archive
6688.  message_read_failure_inc_archive
6689.  message_request_actions_inc_archive
6690.  message_request_actions_restricted_inc_archive
6691.  message_request_images_inc_archive
6692.  message_request_media_blur_taps_inc_archive
6693.  message_requests_thread_actions_client_events_inc_archive
6694.  message_requests_threadlist_client_events_inc_archive
6695.  message_sends_inc_archive
6696.  message_sends_inc_archive
6697.  message_sends_restricted_inc_archive
6698.  message_sends_unittest_inc_archive
6699.  message_sends_v2_accuracy_validation_inc_archive
6700.  messages_query_pop_log_inc_archive
6701.  messages_wa_ss_inc_archive
6702.  messaging_admin_text_sends_inc_archive
6703.  messaging_ads_integrity_inc_archive
6704.  messaging_adult_minor_interaction_events_inc_archive
6705.  messaging_an_tray_update_events_inc_archive
6706.  messaging_backend_metrics_inc_archive
6707.  messaging_bubble_events_inc_archive
6708.  messaging_bulk_message_deletes_inc_archive
6709.  messaging_command_system_events_events_inc_archive
6710.  messaging_commerce_random_events_inc_archive
6711.  messaging_contact_manager_inc_archive
6712.  messaging_contact_sharing_inc_archive
6713.  messaging_context_lines_error_events_inc_archive
6714.  messaging_custom_status_backend_inc_archive
6715.  messaging_custom_status_events_inc_archive
6716.  messaging_data_injection_inc_archive
6717.  messaging_delivery_receipts_inc_archive
6718.  messaging_emm_backfill_inc_archive
6719.  messaging_ent_creation_debug_inc_archive
6720.  messaging_ent_share_debug_inc_archive
6721.  messaging_errors_cross_stack_inc_archive
6722.  messaging_fallback_events_inc_archive
6723.  messaging_folder_settings_audience_inc_archive
6724.  messaging_folder_settings_inc_archive
6725.  messaging_group_links_events_inc_archive
6726.  messaging_group_links_inc_archive
6727.  messaging_high_risk_experiences_inc_archive
6728.  messaging_mailbox_mutation_failures_inc_archive
6729.  messaging_mark_group_read_inc_archive

Highly Confidential – Attorneys' Eyes Only

6730.   messaging_mark_read_inc_archive
6731.   messaging_mark_read_restricted_inc_archive
6732.   messaging_mark_seen_inc_archive
6733.   messaging_message_deletes_inc_archive
6734.   messaging_new_user_creation_inc_archive
6735.   messaging_notification_dedup_inc_archive
6736.   messaging_notification_server_badge_inc_archive
6737.   messaging_query_log_inc_archive
6738.   messaging_ranking_payload_monitoring_inc_archive
6739.   messaging_reachability_blocked_send_restricted_inc_archive
6740.   messaging_reachability_delivery_decision_restricted_inc_archive
6741.   messaging_rooms_client_events_inc_archive
6742.   messaging_rooms_client_events_restricted_inc_archive
6743.   messaging_search_backend_latency_inc_archive
6744.   messaging_search_client_latency_debug_inc_archive
6745.   messaging_sharing_contacts_privacy_controls_events_inc_archive
6746.   messaging_tc_metrics_inc_archive
6747.   messaging_test_infra_runs_unittest_inc_archive
6748.   messaging_thread_cutover_events_unrestricted_inc_archive
6749.   messaging_thread_deletes_inc_archive
6750.   messaging_typing_notifier_unconnected_thread_inc_archive
6751.   messaging_update_thread_tag_inc_archive
6752.   messaging_user_deletion_inc_archive
6753.   messenger_ab_contact_buenopath_inc_archive
6754.   messenger_account_settings_inc_archive
6755.   messenger_account_switching_inc_archive
6756.   messenger_active_now_and_stories_inventory_inc_archive
6757.   messenger_activities_post_inc_archive
6758.   messenger_activities_post_restricted_inc_archive
6759.   messenger_actor_experience_inc_archive
6760.   messenger_address_book_contact_mutation_inc_archive
6761.   messenger_adfinder_professional_rater_features_inc_archive
6762.   messenger_ads_conversion_anonymization_restricted_inc_archive
6763.   messenger_ads_conversion_experiment_inc_archive
6764.   messenger_ads_conversion_funnel_inc_archive
6765.   messenger_ads_conversion_funnel_restricted_inc_archive
6766.   messenger_ads_create_update_inc_archive
6767.   messenger_ads_creation_inc_archive
6768.   messenger_ads_epd_switch_inc_archive
6769.   messenger_ads_logging_inc_archive
6770.   messenger_ads_logging_restricted_inc_archive
6771.   messenger_ads_partial_automated_inc_archive
6772.   messenger_android_audio_clips_events_events_inc_archive
6773.   messenger_android_badge_events_inc_archive
6774.   messenger_android_notification_inc_archive
6775.   messenger_android_unsend_notificaiton_retraction_inc_archive
6776.   messenger_app_deprecation_eligibility_inc_archive
6777.   messenger_app_start_events_inc_archive
6778.   messenger_attachments_delta_gth_async_job_inc_archive
6779.   messenger_audio_messaging_client_events_inc_archive
6780.   messenger_background_refresh_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

6781.  messenger_badge_consistency_inc_archive
6782.  messenger_badge_count_inc_archive
6783.  messenger_biz_remote_presence_client_events_inc_archive
6784.  messenger_biz_remote_presence_server_events_inc_archive
6785.  messenger_block_graphql_call_inc_archive
6786.  messenger_broadcast_events_hive_inc_archive
6787.  messenger_broadcast_flow_inc_archive
6788.  messenger_bulk_block_action_events_inc_archive
6789.  messenger_business_events_dev_inc_archive
6790.  messenger_business_events_inc_archive
6791.  messenger_business_integrity_inc_archive
6792.  messenger_business_integrity_restricted_inc_archive
6793.  messenger_business_smart_suggestions_inc_archive
6794.  messenger_bymm_user_engagement_inc_archive
6795.  messenger_call_api_inc_archive
6796.  messenger_call_inc_archive
6797.  messenger_calls_tab_inc_archive
6798.  messenger_camera_events_inc_archive
6799.  messenger_care_p2b_features_inc_archive
6800.  messenger_ccu_failure_inc_archive
6801.  messenger_chat_heads_events_inc_archive
6802.  messenger_chat_sidebar_slots_inc_archive
6803.  messenger_chatheads_ios_inc_archive
6804.  messenger_client_ignore_events_inc_archive
6805.  messenger_client_perf_qpl_events_restricted_inc_archive
6806.  messenger_client_send_message_inc_archive
6807.  messenger_co_presence_inc_archive
6808.  messenger_commerce_inc_archive
6809.  messenger_commerce_restricted_inc_archive
6810.  messenger_contact_deduplication_inc_archive
6811.  messenger_contact_importer_debug_inc_archive
6812.  messenger_contact_sync_tracking_inc_archive
6813.  messenger_contact_upload_sync_setting_inc_archive
6814.  messenger_contacts_client_delta_inc_archive
6815.  messenger_contacts_migration_inc_archive
6816.  messenger_contacts_tab_events_inc_archive
6817.  messenger_content_subscription_user_control_inc_archive
6818.  messenger_context_item_inc_archive
6819.  messenger_coview_actions_inc_archive
6820.  messenger_cross_profile_notification_inc_archive
6821.  messenger_custom_notification_sounds_events_inc_archive
6822.  messenger_custom_threads_client_inc_archive
6823.  messenger_custom_threads_inc_archive
6824.  messenger_cymk_generation_perf_inc_archive
6825.  messenger_delta_change_viewer_status_inc_archive
6826.  messenger_desktop_backend_auto_updater_inc_archive
6827.  messenger_desktop_backend_download_inc_archive
6828.  messenger_desktop_client_annotations_user_interactions_inc_archive
6829.  messenger_desktop_client_annotations_user_interactions_unittest_inc_archive
6830.  messenger_desktop_client_appstarts_inc_archive
6831.  messenger_desktop_client_auth_failures_inc_archive

Highly Confidential – Attorneys' Eyes Only

6832. messenger_desktop_client_authentication_inc_archive
6833. messenger_desktop_client_autoupdater_inc_archive
6834. messenger_desktop_client_deeplink_events_inc_archive
6835. messenger_desktop_client_deeplink_events_unittest_inc_archive
6836. messenger_desktop_client_dualboot_inc_archive
6837. messenger_desktop_client_heartbeat_inc_archive
6838. messenger_desktop_client_impressions_inc_archive
6839. messenger_desktop_client_impressions_unittest_inc_archive
6840. messenger_desktop_client_incoming_message_read_inc_archive
6841. messenger_desktop_client_message_send_failed_inc_archive
6842. messenger_desktop_client_message_send_inc_archive
6843. messenger_desktop_client_message_send_unittest_inc_archive
6844. messenger_desktop_client_msys_stats_inc_archive
6845. messenger_desktop_client_native_rtc_inc_archive
6846. messenger_desktop_client_notification_inc_archive
6847. messenger_desktop_client_notification_unittest_inc_archive
6848. messenger_desktop_client_performance_inc_archive
6849. messenger_desktop_client_performance_unittest_inc_archive
6850. messenger_desktop_client_setting_changed_inc_archive
6851. messenger_desktop_client_setting_changed_unittest_inc_archive
6852. messenger_desktop_client_sync_issue_inc_archive
6853. messenger_desktop_client_user_interactions_inc_archive
6854. messenger_desktop_client_user_interactions_unittest_inc_archive
6855. messenger_desktop_client_watchdog_exposure_inc_archive
6856. messenger_desktop_client_watchdog_run_inc_archive
6857. messenger_desktop_client_watchdog_run_unittest_inc_archive
6858. messenger_desktop_client_windows_startup_task_inc_archive
6859. messenger_desktop_landing_page_inc_archive
6860. messenger_desktop_promo_events_inc_archive
6861. messenger_desktop_ssl_error_inc_archive
6862. messenger_desktop_support_page_inc_archive
6863. messenger_desktop_zenon_invalid_useragents_inc_archive
6864. messenger_destination_post_click_block_law_inc_archive
6865. messenger_destination_post_click_block_law_including_epd_countries_inc_archive
6866. messenger_destination_post_click_block_model_inc_archive
6867. messenger_destination_post_click_frx_law_inc_archive
6868. messenger_destination_share_inc_archive
6869. messenger_digest_email_notification_inc_archive
6870. messenger_diode_events_inc_archive
6871. messenger_discovery_client_inc_archive
6872. messenger_discovery_inc_archive
6873. messenger_divebar_sizing_inc_archive
6874. messenger_dot_com_login_steps_inc_archive
6875. messenger_effect_pipeline_exceptions_inc_archive
6876. messenger_effect_pipeline_library_events_inc_archive
6877. messenger_endpoint_hit_inc_archive
6878. messenger_expression_events_inc_archive
6879. messenger_fb_deeplink_clicks_inc_archive
6880. messenger_fbsso_login_screen_account_infos_inc_archive
6881. messenger_feedback_and_report_inc_archive
6882. messenger_file_preview_generation_inc_archive

Highly Confidential – Attorneys' Eyes Only

6883. messenger_form_inc_archive
6884. messenger_general_invite_links_inc_archive
6885. messenger_global_remove_message_inc_archive
6886. messenger_group_admin_model_error_inc_archive
6887. messenger_group_admin_model_inc_archive
6888. messenger_group_link_actions_inc_archive
6889. messenger_group_poll_inc_archive
6890. messenger_group_poll_latency_events_inc_archive
6891. messenger_group_set_thread_description_event_inc_archive
6892. messenger_group_set_thread_image_event_inc_archive
6893. messenger_group_set_thread_name_event_inc_archive
6894. messenger_group_thread_relationship_info_inc_archive
6895. messenger_growth_friend_confirmed_inc_archive
6896. messenger_growth_move_message_request_inc_archive
6897. messenger_growth_notifications_inc_archive
6898. messenger_growth_single_sso_auto_login_events_inc_archive
6899. messenger_ia_inbox_folders_inc_archive
6900. messenger_inbox2_backup_inc_archive
6901. messenger_inbox2_inc_archive
6902. messenger_inbox2_rawevents_inc_archive
6903. messenger_inbox_ads_inc_archive
6904. messenger_inbox_tray_events_inc_archive
6905. messenger_inbox_tray_inventory_events_inc_archive
6906. messenger_install_link_dialog_inc_archive
6907. messenger_install_link_inc_archive
6908. messenger_interop_loading_reachability_settings_event_inc_archive
6909. messenger_interop_reachability_setting_client_interaction_events_inc_archive
6910. messenger_interop_reachability_settings_client_view_events_inc_archive
6911. messenger_interop_reachability_settings_event_inc_archive
6912. messenger_invite_inc_archive
6913. messenger_ios_data_usage_inc_archive
6914. messenger_legacy_chat_head_events_inc_archive
6915. messenger_legacy_click_events_inc_archive
6916. messenger_lightspeed_stall_logs_inc_archive
6917. messenger_links_navigation_inc_archive
6918. messenger_lite_call_log_falco_inc_archive
6919. messenger_lite_diode_inc_archive
6920. messenger_livechat_plugin_inc_archive
6921. messenger_m_dot_me_inc_archive
6922. messenger_magic_words_events_inc_archive
6923. messenger_marauder_notification_settings_inc_archive
6924. messenger_marauder_notification_settings_shadow1_inc_archive
6925. messenger_marketplace_folder_inc_archive
6926. messenger_media_picker_events_inc_archive
6927. messenger_media_preview_inc_archive
6928. messenger_media_views_e2e_inc_archive
6929. messenger_mentions_inc_archive
6930. messenger_message_reminder_exposure_inc_archive
6931. messenger_message_reminder_inc_archive
6932. messenger_message_requests_inc_archive
6933. messenger_message_search_client_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

6934. messenger_ml_prevention_inc_archive
6935. messenger_montage_art_history_inc_archive
6936. messenger_montage_art_search_inc_archive
6937. messenger_montage_client_events_inc_archive
6938. messenger_montage_migration_inc_archive
6939. messenger_montage_server_error_inc_archive
6940. messenger_montage_server_inc_archive
6941. messenger_msg_click_send_expression_events_inc_archive
6942. messenger_msite_sso_login_inc_archive
6943. messenger_msys_securemessage_inc_archive
6944. messenger_music_integration_table_inc_archive
6945. messenger_new_friend_bump_inc_archive
6946. messenger_new_msg_email_notification_inc_archive
6947. messenger_notification_actions_inc_archive
6948. messenger_notification_debug_info_inc_archive
6949. messenger_notification_events_inc_archive
6950. messenger_notification_group_settings_inc_archive
6951. messenger_notification_group_settings_inc_archive
6952. messenger_notification_inc_archive
6953. messenger_notification_settings_inc_archive
6954. messenger_notification_settings_inc_archive
6955. messenger_notification_sound_settings_inc_archive
6956. messenger_notifications_render_inc_archive
6957. messenger_null_state_inc_archive
6958. messenger_nux_inc_archive
6959. messenger_omnipicker_client_events_inc_archive
6960. messenger_on_feed_messaging_inc_archive
6961. messenger_only_change_password_inc_archive
6962. messenger_only_reconfirm_phone_inc_archive
6963. messenger_only_soft_match_inc_archive
6964. messenger_only_users_migration_activity_inc_archive
6965. messenger_p2burl_clicks_inc_archive
6966. messenger_page_image_feature_inc_archive
6967. messenger_page_link_share_inc_archive
6968. messenger_page_thread_inc_archive
6969. messenger_page_thread_transition_inc_archive
6970. messenger_peek_state_inc_archive
6971. messenger_people_tab_inc_archive
6972. messenger_phone_book_importee_inc_archive
6973. messenger_phone_book_importer_inc_archive
6974. messenger_phone_number_nux_inc_archive
6975. messenger_phone_steal_inc_archive
6976. messenger_photo_compression_qualities_inc_archive
6977. messenger_photo_sync_inc_archive
6978. messenger_pin_thread_inc_archive
6979. messenger_placement_duplication_inc_archive
6980. messenger_platform_all_client_events_inc_archive
6981. messenger_platform_all_client_events_restricted_inc_archive
6982. messenger_platform_page_message_client_events_inc_archive
6983. messenger_platform_persona_inc_archive
6984. messenger_portal_integration_call_inc_archive

Highly Confidential – Attorneys' Eyes Only

6985. messenger_posiedon_chatlist_inc_archive
6986. messenger_proactive_warning_events_inc_archive
6987. messenger_profile_badge_count_inc_archive
6988. messenger_profile_badge_update_count_inc_archive
6989. messenger_profile_icon_click_inc_archive
6990. messenger_push_notification_rendering_inc_archive
6991. messenger_ranking_feature_api_debugging_inc_archive
6992. messenger_ranking_ovm_requests_inc_archive
6993. messenger_reaction_notifications_inc_archive
6994. messenger_real_time_handler_authentication_inc_archive
6995. messenger_receiver_pulls_inc_archive
6996. messenger_recovery_inc_archive
6997. messenger_registration_exceptions_inc_archive
6998. messenger_registration_inc_archive
6999. messenger_registration_msite_inc_archive
7000. messenger_restrict_inc_archive
7001. messenger_room_content_actions_inc_archive
7002. messenger_rooms_closing_inc_archive
7003. messenger_rooms_creation_inc_archive
7004. messenger_rooms_settings_change_inc_archive
7005. messenger_rooms_user_load_denial_inc_archive
7006. messenger_rtc_expression_inc_archive
7007. messenger_rtc_remindme_inc_archive
7008. messenger_screensharing_actions_inc_archive
7009. messenger_screensharing_actions_inc_archive
7010. messenger_search_data_loaded_event_inc_archive
7011. messenger_search_production_test_inc_inc_archive
7012. messenger_search_production_test_sample_info_inc_archive
7013. messenger_search_results_inc_archive
7014. messenger_search_www_inc_archive
7015. messenger_secret_chat_startup_check_inc_archive
7016. messenger_security_error_logs_s135207_inc_archive
7017. messenger_server_update_2nd_phase_inc_archive
7018. messenger_settings_ent_inc_archive
7019. messenger_share_extension_broadcast_flow_events_inc_archive
7020. messenger_sharing_latency_events_inc_archive
7021. messenger_sharing_media_edits_inc_archive
7022. messenger_shops_events_inc_archive
7023. messenger_shops_events_restricted_inc_archive
7024. messenger_smb_experiment_debug_inc_archive
7025. messenger_sms_opt_out_inc_archive
7026. messenger_sms_takeover_events_inc_archive
7027. messenger_speakeasy_server_inc_archive
7028. messenger_speakeasy_server_restricted_inc_archive
7029. messenger_stories_ads_inc_archive
7030. messenger_stories_client_delivery_inc_archive
7031. messenger_stories_visual_sends_production_inc_archive
7032. messenger_teens_blocked_inc_archive
7033. messenger_thread_change_folder_events_inc_archive
7034. messenger_thread_damaging_actions_inc_archive
7035. messenger_thread_details_inc_archive

Highly Confidential – Attorneys' Eyes Only

7036. messenger_thread_image_deletion_inc_archive
7037. messenger_thread_mutation_inc_archive
7038. messenger_thread_theme_config_history_inc_archive
7039. messenger_token_registration_error_inc_archive
7040. messenger_two_phase_partial_hits_inc_archive
7041. messenger_uig_laser_cache_inc_archive
7042. messenger_unavailable_composer_shown_events_inc_archive
7043. messenger_universal_search_client_events_debug_inc_archive
7044. messenger_universal_search_client_events_inc_archive
7045. messenger_user_name_change_log_inc_archive
7046. messenger_video_storage_inc_archive
7047. messenger_video_transcode_metrics_inc_archive
7048. messenger_video_view_session_deltas_inc_archive
7049. messenger_web_chat_events_inc_archive
7050. messenger_web_deltas_inc_archive
7051. messenger_web_graphql_inc_archive
7052. messenger_web_plugin_anonymous_inc_archive
7053. messenger_web_plugin_anonymous_restricted_inc_archive
7054. messenger_wellbeing_community_chats_inc_archive
7055. messenger_wellbeing_facebook_multi_block_events_inc_archive
7056. messenger_wellbeing_forwarding_limits_banner_events_inc_archive
7057. messenger_wellbeing_highly_forwarded_indicator_impression_events_inc_archive
7058. messenger_www_broadcast_flow_inc_archive
7059. messenger_zombification_inc_archive
7060. meta_house_ad_imp_clk_cvr_mtml_model_inc_archive
7061. metadataless_profile_picture_inc_archive
7062. metric360_ent_mutation_history_inc_archive
7063. metric_governance_usage_log_inc_archive
7064. metric_operation_inc_archive
7065. metric_review_ui_usage_inc_archive
7066. metrics_e2e_testing_query_unittest_inc_archive
7067. metrics_e2e_testing_unittest_inc_archive
7068. metrics_reporting_flexible_logging_inc_archive
7069. metrik_data_requests_inc_archive
7070. metrik_data_requests_query_info_inc_archive
7071. metrik_macros_stats_inc_archive
7072. mewtwo_enrichment_signal_exception_inc_archive
7073. mfs_product_inc_archive
7074. mgr_app_deprecation_nt_layer_impression_inc_archive
7075. mi_audit_history_log_inc_archive
7076. mi_engineering_unified_tool_actions_inc_archive
7077. mi_engineering_unified_tool_errors_data_inc_archive
7078. mi_evaluator_engine_analytics_inc_archive
7079. mi_onboarding_events_inc_archive
7080. mi_onboarding_reliability_inc_archive
7081. mi_vh_blocked_items_inc_archive
7082. mi_vh_client_analytics_inc_archive
7083. mi_vh_evaluator_analytics_inc_archive
7084. mi_vh_graphql_analytics_inc_archive
7085. mi_vh_identity_checker_analytics_inc_archive
7086. mi_vh_imei_verification_inc_archive

Highly Confidential – Attorneys' Eyes Only

7087. mi_vh_item_selector_analytics_inc_archive
7088. mi_vh_scenario_analytics_inc_archive
7089. mi_vh_sms_verification_inc_archive
7090. mi_vh_user_selector_analytics_inc_archive
7091. mi_vh_vin_verification_analytics_inc_archive
7092. mib_client_push_info_inc_archive
7093. mib_message_sends_inc_archive
7094. mib_message_sends_restricted_inc_archive
7095. mib_notification_accuracy_inc_archive
7096. mib_prompt_event_inc_archive
7097. micro_site_ml_inc_archive
7098. mid_flight_feedback_events_inc_archive
7099. midgard_pins_inc_archive
7100. milq_listing_improvement_suggestions_inc_archive
7101. mini_shop_buyer_inc_archive
7102. mini_shop_buyer_restricted_inc_archive
7103. mini_shop_page_migration_inc_archive
7104. mini_shops_product_fetching_inc_archive
7105. miniplayer_user_actions_inc_archive
7106. minutiae_creation_inc_archive
7107. minutiae_phrases_created_inc_archive
7108. minutiae_search_results_resolution_inc_archive
7109. minutiae_typeahead_impressions_inc_archive
7110. minutiae_verb_ranking_fallback_inc_archive
7111. mios_add_to_home_screen_inc_archive
7112. mirage_debug_eligible_ads_inc_archive
7113. mirage_error_inc_archive
7114. mirage_invalidation_inc_archive
7115. mirv_scenario_results_inc_archive
7116. misinfo_3pfc_rating_flow_inc_archive
7117. misinfo_actions_inc_archive
7118. misinfo_claim_updates_inc_archive
7119. misinfo_classification_scores_inc_archive
7120. misinfo_comment_model_scores_inc_archive
7121. misinfo_decision_v2_inc_archive
7122. misinfo_fact_checker_app_web_client_vpv_dev_inc_archive
7123. misinfo_fact_checker_app_web_client_vpv_inc_archive
7124. misinfo_fact_checking_app_deep_linking_dev_inc_archive
7125. misinfo_fact_checking_app_deep_linking_inc_archive
7126. misinfo_frontend_inc_archive
7127. misinfo_frx_inc_archive
7128. misinfo_matching_events_inc_archive
7129. misinfo_native_fanout_inc_archive
7130. misinfo_notification_inc_archive
7131. misinfo_queue_load_stats_inc_archive
7132. misinfo_repeat_offenders_rollup_inc_archive
7133. misinfo_story_tags_v2_inc_archive
7134. misinfo_treatment_event_inc_archive
7135. misinformation_3pfc_ratings_inc_archive
7136. mismatch_global_acting_account_id_inc_archive
7137. misrep_detection_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

7138. misrep_online_impersonators_inc_archive
7139. missing_app_content_annotation_inc_archive
7140. mistake_prevention_ranking_inc_archive
7141. mistake_ranking_events_inc_archive
7142. mitigation_history_inc_archive
7143. mix_af_ctr_mbl_feed_inc_archive
7144. mix_af_ctr_mbl_feed_md_inc_archive
7145. mix_af_inline_cvr_inc_archive
7146. mix_af_inline_cvr_lcc_inc_archive
7147. mix_af_inline_cvr_md_inc_archive
7148. mix_af_mai_md_inc_archive
7149. mix_af_oc_sl_inc_archive
7150. mix_ai_instagram_video_view_goal_15s_inc_archive
7151. mix_ai_mai_model_inc_archive
7152. mix_ai_mai_model_md_inc_archive
7153. mix_ai_mai_model_test_inc_archive
7154. mix_insights_inc_archive
7155. mix_instagram_video_view_goal_15s_inc_archive
7156. mix_mimo_model_90min_inc_archive
7157. mix_mimo_model_consolidated_inc_archive
7158. mix_mimo_model_inc_archive
7159. mix_mimo_model_non_cluster_inc_archive
7160. mix_mimo_nfb_repetitive_mbl_feed_xout_40_downsample_inc_archive
7161. mix_mtml_oc_oe_post_imp_click_vpvd_track_model_sl_md_inc_archive
7162. mix_pm_feed_ctr_model_inc_archive
7163. mix_pm_feed_ctr_model_md_inc_archive
7164. mix_pm_oc_cvr_model_inc_archive
7165. mixer_multistage_ranking_inc_archive
7166. mkt_links_inc_archive
7167. ml_designer_diff_review_inc_archive
7168. mldw_client_debug_log_inc_archive
7169. mlex_enforceable_ent_metadata_history_inc_archive
7170. mlex_external_dashboard_event_inc_archive
7171. mlite_cache_daily_clear_inc_archive
7172. mlite_ccu_background_job_funnel_inc_archive
7173. mlite_clear_cache_setting_inc_archive
7174. mlite_client_events_inc_archive
7175. mlite_dataload_events_inc_archive
7176. mlite_device_info_hive_inc_archive
7177. mlite_dir_size_inc_archive
7178. mlite_http_data_usage_inc_archive
7179. mlite_large_frame_drop_events_inc_archive
7180. mlite_logins_inc_archive
7181. mlite_low_disk_warning_events_inc_archive
7182. mlite_mqtt_data_usage_inc_archive
7183. mlite_msg_latency_events_inc_archive
7184. mlite_msg_send_attempt_events_inc_archive
7185. mlite_msys_job_scheduler_inc_archive
7186. mlite_msys_media_send_by_server_inc_archive
7187. mlite_msys_push_notification_interaction_inc_archive
7188. mlite_msys_push_notification_thread_pic_update_inc_archive

Highly Confidential – Attorneys' Eyes Only

7189. mlite_msys_push_notification_update_inc_archive
7190. mlite_msys_qe_data_sync_inc_archive
7191. mlite_msys_send_failure_inc_archive
7192. mlite_offline_usage_inc_archive
7193. mlite_rtc_data_usage_inc_archive
7194. mls_message_actions_inc_archive
7195. mmm_status_update_inc_archive
7196. mmp_conversion_bits_inc_archive
7197. mms_copyright_signal_processor_inc_archive
7198. mms_decisions_dry_run_inc_archive
7199. mms_decisions_inc_archive
7200. mms_multi_embedding_operations_inc_archive
7201. mms_xray_oc_match_inc_archive
7202. mmsbl_ad_actions_inc_archive
7203. mmsbl_ad_click_session_inc_archive
7204. mmsbl_ad_click_session_sessionized_results_inc_archive
7205. mmsbl_ad_waterfall_inc_archive
7206. mmsbl_detection_inc_archive
7207. mmsbl_health_inc_archive
7208. mmsbl_link_click_gen_helper_inc_archive
7209. mmsbl_mismatch_detection_ad_click_inc_archive
7210. mmsbl_mismatch_detection_ad_click_journey_inc_archive
7211. mmsbl_mop_session_inc_archive
7212. mmsbl_redesign_debug_inc_archive
7213. mn_cowatch_rtc_event_inc_archive
7214. mn_ls_cpq_inc_archive
7215. mn_only_user_coefficient_inc_archive
7216. mn_only_user_name_inc_archive
7217. mn_platform_message_user_engagement_inc_archive
7218. mn_platform_page_message_inc_archive
7219. mn_reg_account_recovery_inc_archive
7220. mn_rtc_cowatch_classic_video_duration_logging_inc_archive
7221. mn_rtc_cowatch_time_spent_events_inc_archive
7222. mnet_active_now_final_candidates_inc_archive
7223. mnet_active_now_preselection_employee_inc_archive
7224. mnet_bcf_top_threads_candidates_inc_archive
7225. mnet_bvt_gen_top_users_inc_archive
7226. mnet_cache_source_results_inc_archive
7227. mnet_cowatch_events_inc_archive
7228. mnet_dedupe_results_inc_archive
7229. mnet_epd_filtered_events_inc_archive
7230. mnet_epd_filtered_events_with_sid_inc_archive
7231. mnet_events_employee_inc_archive
7232. mnet_events_inc_archive
7233. mnet_events_messenger_kids_inc_archive
7234. mnet_feature_fetcher_exception_inc_archive
7235. mnet_feature_set_in_aggregator_inc_archive
7236. mnet_features_distribution_inc_archive
7237. mnet_features_first_stage_inc_archive
7238. mnet_features_inc_archive
7239. mnet_final_ranking_score_inc_archive

7240. mnet_gen_top_users_debugging_inc_archive
7241. mnet_generic_thread_gen_candidates_debugging_inc_archive
7242. mnet_ig_top_users_debugging_inc_archive
7243. mnet_impression_omnipicker_logging_events_inc_archive
7244. mnet_metrics_inc_archive
7245. mnet_online_examples_inc_archive
7246. mnet_preselection_candidates_inc_archive
7247. mnet_push_reminder_notif_inc_archive
7248. mnet_target_score_feature_history_inc_archive
7249. mnet_target_side_bcf_multiplier_high_value_debug_inc_archive
7250. mnet_target_side_bcf_multiplier_inc_archive
7251. mnet_uff_events_inc_archive
7252. mnet_user_sparse_features_inc_archive
7253. mo_password_edit_events_inc_archive
7254. moat_nht_signals_inc_archive
7255. moat_sivt_signals_inc_archive
7256. mobile_active_devices_inc_archive
7257. mobile_active_users_inc_archive
7258. mobile_ad_preview_events_inc_archive
7259. mobile_ads_manager_events_inc_archive
7260. mobile_ads_manager_server_events_inc_archive
7261. mobile_ads_manager_upsell_events_inc_archive
7262. mobile_ads_payments_flow_inc_archive
7263. mobile_ads_payments_flows_inc_archive
7264. mobile_all_impressions_inc_archive
7265. mobile_app_install_view_through_model_inc_archive
7266. mobile_app_install_view_through_model_prod_inc_archive
7267. mobile_app_user_agent_version_anomalies_usl_inc_archive
7268. mobile_biz_help_tray_inc_archive
7269. mobile_carrier_outbound_api_inc_archive
7270. mobile_config_canary_exposure_inc_archive
7271. mobile_config_canary_facebook_android_crashes_inc_archive
7272. mobile_config_canary_facebook_android_fads_inc_archive
7273. mobile_config_emergency_push_check_complete_inc_archive
7274. mobile_config_health_check_inc_archive
7275. mobile_config_inconsistencies_inc_archive
7276. mobile_config_omnistore_load_complete_inc_archive
7277. mobile_config_server_data_samples_detailed_inc_archive
7278. mobile_config_server_data_samples_inc_archive
7279. mobile_config_service_client_data_inc_archive
7280. mobile_connection_oxygen_insights_stg_inc_archive
7281. mobile_cvr_model_2_pos_adj_optout_w_aeo_all_pagetype_df_full_inc_archive
7282. mobile_cvr_model_2_pos_adj_optout_w_aeo_all_pagetype_df_inc_archive
7283. mobile_cvr_model_2_pos_adj_optout_w_aeo_all_pagetype_df_sl_inc_archive
7284. mobile_device_clean_up_inc_archive
7285. mobile_device_hash_utils_advertising_id_inc_archive
7286. mobile_device_idfa_reset_inc_archive
7287. mobile_device_idfa_reset_uii_only_inc_archive
7288. mobile_device_oxygen_insights_stg_inc_archive
7289. mobile_headers_redirect_inc_archive
7290. mobile_http_request_fbc_inc_archive

Highly Confidential – Attorneys' Eyes Only

7291.  mobile_http_request_inc_archive
7292.  mobile_mqtt_config_inc_archive
7293.  mobile_network_change_events_inc_archive
7294.  mobile_partner_portal_permission_inc_archive
7295.  mobile_privacy_reviews_inc_archive
7296.  mobile_search_perf_db_bootstrap_inc_archive
7297.  mobile_search_perf_result_page_inc_archive
7298.  mobile_search_perf_typeahead_inc_archive
7299.  mobile_search_perf_unified_inc_archive
7300.  mobile_settings_page_inc_archive
7301.  mobile_sms_cost_center_history_inc_archive
7302.  mobile_store_object_fetched_url_inc_archive
7303.  mobile_store_object_fetcher_inc_archive
7304.  mobile_subno_2_inc_archive
7305.  mobile_subno_cake_replacement_inc_archive
7306.  mobile_subno_inferred_contacts_permission_check_inc_archive
7307.  mobile_tab_bar_impression_inc_archive
7308.  mobile_uitracker_fds_events_inc_archive
7309.  mobile_updater_logs_inc_archive
7310.  mobile_verification_medium_inc_archive
7311.  mobile_voiceserver_inc_archive
7312.  mobile_wallet_changes_inc_archive
7313.  mobile_zero_campaign_api_inc_archive
7314.  mobile_zero_dogfood_inc_archive
7315.  mobile_zero_header_request_api_inc_archive
7316.  mobilizer_inc_archive
7317.  mocha_request_cost_inc_archive
7318.  moderator_controls_events_inc_archive
7319.  modules_timing_logger_dev_inc_archive
7320.  modules_timing_logger_inc_archive
7321.  molo_geofence_download_inc_archive
7322.  molo_geofence_trigger_inc_archive
7323.  molo_pdr_collection_state_inc_archive
7324.  molo_pdr_collection_uploader_run_inc_archive
7325.  monetization_appeals_events_inc_archive
7326.  monetization_home_inc_archive
7327.  monetization_onboard_application_events_inc_archive
7328.  montage_art_query_inc_archive
7329.  montage_client_unification_debug_event_inc_archive
7330.  montage_delivery_inc_archive
7331.  montage_inbox2_inc_archive
7332.  montage_interop_inventory_inc_archive
7333.  montage_inventory_debug_inc_archive
7334.  montage_latency_inc_archive
7335.  montage_ls_task_inc_archive
7336.  montage_message_context_inc_archive
7337.  montage_missing_reads_inc_archive
7338.  montage_os_activities_inc_archive
7339.  montage_stories_tab_badging_appeared_inc_archive
7340.  montage_stories_tab_badging_cleared_inc_archive
7341.  monthly_invoicing_audit_record_base2

Highly Confidential – Attorneys' Eyes Only

7342. monthly_invoicing_event_inc_archive
7343. monthly_invoicing_mutations_inc_archive
7344. mop_debug_inc_archive
7345. morc_actor_enforcement_inc_archive
7346. morc_listing_rejection_messaging_inc_archive
7347. morc_review_events_inc_archive
7348. morc_review_metric_inc_archive
7349. morc_review_remediation_inc_archive
7350. morc_video_review_decision_inc_archive
7351. morc_workflow_lifecycle_inc_archive
7352. morse_ad_metrics_assoc_19_delta_raw_inc_archive
7353. morse_ad_metrics_assoc_25_delta_raw_inc_archive
7354. morse_ad_metrics_assoc_29_delta_raw_inc_archive
7355. morse_ad_metrics_assoc_2_delta_raw_inc_archive
7356. morse_ad_metrics_assoc_3_delta_raw_inc_archive
7357. morse_ad_metrics_assoc_44_delta_raw_inc_archive
7358. morse_ad_metrics_assoc_6_delta_raw_inc_archive
7359. morse_ad_metrics_assoc_9_delta_raw_inc_archive
7360. morse_ad_reporting_assoc_1_delta_raw_inc_archive
7361. morse_bi_assoc_12_delta_raw_inc_archive
7362. morse_bi_assoc_17_delta_raw_inc_archive
7363. morse_bi_assoc_24_delta_raw_inc_archive
7364. morse_bi_assoc_3_delta_raw_inc_archive
7365. morse_di_assoc_103_delta_raw_inc_archive
7366. morse_di_assoc_104_delta_raw_inc_archive
7367. morse_di_assoc_106_delta_raw_inc_archive
7368. morse_di_assoc_107_delta_raw_inc_archive
7369. morse_di_assoc_108_delta_raw_inc_archive
7370. morse_di_assoc_109_delta_raw_inc_archive
7371. morse_di_assoc_111_delta_raw_inc_archive
7372. morse_di_assoc_112_delta_raw_inc_archive
7373. morse_di_assoc_113_delta_raw_inc_archive
7374. morse_di_assoc_115_delta_raw_inc_archive
7375. morse_di_assoc_119_delta_raw_inc_archive
7376. morse_di_assoc_123_delta_raw_inc_archive
7377. morse_di_assoc_131_delta_raw_inc_archive
7378. morse_di_assoc_134_delta_raw_inc_archive
7379. morse_di_assoc_140_delta_raw_inc_archive
7380. morse_di_assoc_145_delta_raw_inc_archive
7381. morse_di_assoc_147_delta_raw_inc_archive
7382. morse_di_assoc_149_delta_raw_inc_archive
7383. morse_di_assoc_153_delta_raw_inc_archive
7384. morse_di_assoc_158_delta_raw_inc_archive
7385. morse_di_assoc_15_delta_raw_inc_archive
7386. morse_di_assoc_162_delta_raw_inc_archive
7387. morse_di_assoc_163_delta_raw_inc_archive
7388. morse_di_assoc_165_delta_raw_inc_archive
7389. morse_di_assoc_166_delta_raw_inc_archive
7390. morse_di_assoc_167_delta_raw_inc_archive
7391. morse_di_assoc_171_delta_raw_inc_archive
7392. morse_di_assoc_173_delta_raw_inc_archive

          Highly Confidential – Attorneys' Eyes Only

7393. morse_di_assoc_174_delta_raw_inc_archive
7394. morse_di_assoc_17_delta_raw_inc_archive
7395. morse_di_assoc_180_delta_raw_inc_archive
7396. morse_di_assoc_182_delta_raw_inc_archive
7397. morse_di_assoc_183_delta_raw_inc_archive
7398. morse_di_assoc_184_delta_raw_inc_archive
7399. morse_di_assoc_186_delta_raw_inc_archive
7400. morse_di_assoc_187_delta_raw_inc_archive
7401. morse_di_assoc_18_delta_raw_inc_archive
7402. morse_di_assoc_191_delta_raw_inc_archive
7403. morse_di_assoc_195_delta_raw_inc_archive
7404. morse_di_assoc_197_delta_raw_inc_archive
7405. morse_di_assoc_19_delta_raw_inc_archive
7406. morse_di_assoc_27_delta_raw_inc_archive
7407. morse_di_assoc_29_delta_raw_inc_archive
7408. morse_di_assoc_31_delta_raw_inc_archive
7409. morse_di_assoc_39_delta_raw_inc_archive
7410. morse_di_assoc_40_delta_raw_inc_archive
7411. morse_di_assoc_49_delta_raw_inc_archive
7412. morse_di_assoc_4_delta_raw_inc_archive
7413. morse_di_assoc_58_delta_raw_inc_archive
7414. morse_di_assoc_5_delta_raw_inc_archive
7415. morse_di_assoc_60_delta_raw_inc_archive
7416. morse_di_assoc_64_delta_raw_inc_archive
7417. morse_di_assoc_66_delta_raw_inc_archive
7418. morse_di_assoc_67_delta_raw_inc_archive
7419. morse_di_assoc_77_delta_raw_inc_archive
7420. morse_di_assoc_79_delta_raw_inc_archive
7421. morse_di_assoc_80_delta_raw_inc_archive
7422. morse_di_assoc_82_delta_raw_inc_archive
7423. morse_di_assoc_84_delta_raw_inc_archive
7424. morse_di_assoc_85_delta_raw_inc_archive
7425. morse_di_assoc_88_delta_raw_inc_archive
7426. morse_di_assoc_89_delta_raw_inc_archive
7427. morse_di_assoc_90_delta_raw_inc_archive
7428. morse_di_assoc_91_delta_raw_inc_archive
7429. morse_di_assoc_93_delta_raw_inc_archive
7430. morse_di_assoc_95_delta_raw_inc_archive
7431. morse_di_assoc_97_delta_raw_inc_archive
7432. morse_di_fbobj_71_delta_raw_inc_archive
7433. morse_groups_assoc_1_delta_raw_inc_archive
7434. morse_groups_assoc_2_delta_raw_inc_archive
7435. morse_growth_assoc_3_delta_raw_inc_archive
7436. morse_growth_assoc_5_delta_raw_inc_archive
7437. morse_growth_assoc_6_delta_raw_inc_archive
7438. morse_growth_assoc_7_delta_raw_inc_archive
7439. morse_identity_assoc_1_delta_raw_inc_archive
7440. morse_locations_assoc_2_delta_raw_inc_archive
7441. morse_mobile_assoc_2_delta_raw_inc_archive
7442. morse_news_person_info_base2
7443. morse_platform_assoc_13_delta_raw_inc_archive

Highly Confidential – Attorneys' Eyes Only

7444.  morse_platform_assoc_19_delta_raw_inc_archive
7445.  morse_platform_assoc_6_delta_raw_inc_archive
7446.  morse_platform_assoc_7_delta_raw_inc_archive
7447.  morse_platform_assoc_8_delta_raw_inc_archive
7448.  morse_platform_assoc_9_delta_raw_inc_archive
7449.  morse_privacy_assoc_2_delta_raw_inc_archive
7450.  morse_privacy_assoc_3_delta_raw_inc_archive
7451.  morse_profile_assoc_1_delta_raw_inc_archive
7452.  morse_profile_assoc_4_delta_raw_inc_archive
7453.  morse_search_assoc_12_delta_raw_inc_archive
7454.  morse_search_assoc_20_delta_raw_inc_archive
7455.  morse_search_assoc_27_delta_raw_inc_archive
7456.  morse_search_assoc_31_delta_raw_inc_archive
7457.  morse_search_assoc_33_delta_raw_inc_archive
7458.  morse_search_assoc_34_delta_raw_inc_archive
7459.  morse_search_assoc_4_delta_raw_inc_archive
7460.  morse_si_assoc_2_delta_raw_inc_archive
7461.  morse_si_assoc_5_delta_raw_inc_archive
7462.  morse_videos_assoc_1_delta_raw_inc_archive
7463.  mose_first_level_analysis_inc_archive
7464.  movies_actions_data_inc_archive
7465.  movies_ticketing_page_admin_actions_inc_archive
7466.  mp_arks_cache_inc_archive
7467.  mp_badge_click_downstream_mtml_loop_examples_inc_archive
7468.  mp_badge_downstream_events_mtml_loop_examples_inc_archive
7469.  mp_commerce_integrity_false_positive_measurement_inc_archive
7470.  mp_community_agreement_inc_archive
7471.  mp_integrity_error_log_inc_archive
7472.  mp_jewel_notif_fequency_cap_model_loop_examples_inc_archive
7473.  mp_lsua_simrec_joiner_inc_archive
7474.  mp_notif_training_inc_archive
7475.  mp_recent_canonical_concepts_listings_inc_archive
7476.  mp_safety_queue_bandit_inc_archive
7477.  mp_similar_item_recommendations_inc_archive
7478.  mp_stampable_recent_listings_inc_archive
7479.  mp_syfs_following_sellers_inc_archive
7480.  mp_tab_badging_inc_archive
7481.  mp_tab_click_downstream_mtml_loop_examples_inc_archive
7482.  mp_tab_conversion_events_loop_loop_examples_inc_archive
7483.  mp_tab_ctr_only_loop_loop_examples_inc_archive
7484.  mp_tab_downstream_predictor_loop_examples_inc_archive
7485.  mp_user_jewel_notif_inc_archive
7486.  mpi_product_embedding_knn_result_inc_archive
7487.  mpi_seed_tool_logging_inc_archive
7488.  mpp_data_sharing_zero_optin_inc_archive
7489.  mpp_hsite_user_encrypted_msisdn_inc_archive
7490.  mpp_question_creation_inc_archive
7491.  mpp_upsell_product_inc_archive
7492.  mppd_tool_typeahead_inc_archive
7493.  mqtt_endpoint_deltoid_metrics_inc_archive
7494.  mqtt_get_diffs_inc_archive

Highly Confidential – Attorneys' Eyes Only

7495. mqtt_ios_client_connect_request_inc_archive
7496. mqtt_php_publish_status_inc_archive
7497. mqtt_publish_debug_inc_archive
7498. mqtt_resurrector_latency_measurement_inc_archive
7499. mqtt_ws_client_inc_archive
7500. mqtt_ws_error_inc_archive
7501. mr_infra_filtered_scribeh_adconv_annotated_full_inc_archive
7502. mr_infra_filtered_scribeh_adconv_annotated_full_rc_inc_archive
7503. mr_pcm_simulation_conversions_inc_archive
7504. mr_pcm_simulation_conversions_rc_inc_archive
7505. mr_rep_x_ads_filtered_inc_archive
7506. mr_rep_x_ads_filtered_inc_archive
7507. mrt_feed_filters_inc_archive
7508. ms_graph_api_inc_archive
7509. ms_recycled_emails_inc_archive
7510. msb_ranking_payload_inc_archive
7511. msg_active_now_conversion_events_inc_archive
7512. msg_armadillo_md_active_sessions_mgmt_events_inc_archive
7513. msg_armadillo_md_keys_mgmt_events_inc_archive
7514. msg_badge_update_events_inc_archive
7515. msg_breakpad_report_failed_upload_events_inc_archive
7516. msg_expiration_thread_state_events_inc_archive
7517. msg_expiration_toggle_events_inc_archive
7518. msg_notification_duplicate_events_inc_archive
7519. msg_os_notification_settings_change_events_inc_archive
7520. msg_present_notification_events_inc_archive
7521. msg_thread_events_inc_archive
7522. msg_threadview_loaded_hive_inc_archive
7523. msg_will_present_notification_inc_archive
7524. msgr_account_login_flow_inc_archive
7525. msgr_account_login_flow_tosu_inc_archive
7526. msgr_account_switcher_flow_inc_archive
7527. msgr_growth_chat_heads_enabled_inc_archive
7528. msgr_growth_conversations_inc_archive
7529. msgr_growth_response_rate_inc_archive
7530. msgr_mute_calls_inc_archive
7531. msgr_notif_channels_inc_archive
7532. msgr_notif_delivery_inc_archive
7533. msgr_ppml_an_candidate_ratio_scuba_inc_archive
7534. msgr_ppml_an_displayed_ratios_inc_archive
7535. msgr_ppml_an_top_candidates_hive_inc_archive
7536. msi_events_score_inc_archive
7537. msite_friends_center_send_wave_inc_archive
7538. msite_nux_page_load_time_inc_archive
7539. msite_open_from_organic_post_hive_inc_archive
7540. msite_upsell_promos_real_time_inc_archive
7541. msp_tools_usage_inc_archive
7542. msys_db_critical_inc_archive
7543. msys_send_receive_activity_events_inc_archive
7544. mtd_activity_inc_archive
7545. mtml_instream_xout_and_dislike_ads_in_videos_inc_archive

Highly Confidential – Attorneys' Eyes Only

7546.  mtml_mai_mbl_feed_post_imp_ct_with_vpvd_with_clk_or_conv_model_md_inc_archive
7547.  mtml_mai_mbl_feed_w_an_post_imp_ct_w_vpvd_w_clk_and_conv_wo_aeo_mtml_inc_archive
7548.  mtml_mai_mbl_feed_w_an_post_imp_ct_with_vpvd_with_clk_or_conv_full_md_inc_archive
7549.  mtml_mai_mbl_feed_w_an_post_imp_ct_with_vpvd_with_clk_or_conv_model_inc_archive
7550.  mtml_mai_mbl_feed_w_an_post_imp_ct_with_vpvd_with_clk_or_conv_model_md_inc_archive
7551.  mtml_mai_mbl_feed_w_an_post_imp_ct_with_vpvd_with_clk_or_conv_sl_inc_archive
7552.  mtml_nfb_lwnf_mbl_feed_inc_archive
7553.  mtml_nfb_mbl_feed_xout_rep_irrelevant_40_downsample_inc_archive
7554.  mtml_nfb_mbl_feed_xout_repetition_40_downsample_inc_archive
7555.  mtml_oc_oe_post_imp_click_vpvd_track_model_sl_20pct_inc_archive
7556.  mtml_oc_oe_post_imp_click_vpvd_track_model_sl_clustered_inc_archive
7557.  mtml_oc_oe_post_imp_click_vpvd_track_model_sl_inc_archive
7558.  mtml_oc_oe_post_imp_click_vpvd_track_model_sl_with_oba_inc_archive
7559.  mtml_oc_oe_post_imp_click_vpvd_track_model_with_oba_inc_archive
7560.  mtml_oc_post_imp_click_vpvd_track_model_ba_feature_only_inc_archive
7561.  mtml_oc_post_imp_click_vpvd_track_model_inc_archive
7562.  mtml_post_follow_model_inc_archive
7563.  mtml_post_imp_ctm_deep_conversation_model_all_ctm_inc_archive
7564.  mtml_post_imp_ctm_deep_conversation_model_inc_archive
7565.  mtml_post_imp_cvr_lead_gen_model_inc_archive
7566.  mtml_post_imp_dpa_model_inc_archive
7567.  mtml_post_imp_lead_gen_model_inc_archive
7568.  mtml_post_imp_link_click_model_inc_archive
7569.  mtml_post_imp_page_like_model_inc_archive
7570.  mtml_post_imp_post_engagement_model_inc_archive
7571.  mtml_quality_signal_by_event_mbl_feed_remove_recall_clustered_inc_archive
7572.  mtouch_beeper_inc_archive
7573.  mtouch_stickers_inc_archive
7574.  multi_link_metrics_inc_archive
7575.  multi_share_attachment_deletion_inc_archive
7576.  multi_stage_ad_request_inspection_for_rank_all_ads_inc_archive
7577.  multi_stage_ad_request_inspection_inc_archive
7578.  multi_stage_ranking_logging_inc_archive
7579.  multiaccount_switch_events_inc_archive
7580.  multifeed_backend_ent_query_inc_archive
7581.  multifeed_recagg_waterfall_inc_archive
7582.  multifeed_request_cost_inc_archive
7583.  multifeed_request_cost_v2_inc_archive
7584.  multifeed_storage_cost_inc_archive
7585.  multifeed_storage_cost_utilization_scanner_inc_archive
7586.  multifeed_user_latency_inc_archive
7587.  multistage_compressed_adindexer_features_inc_archive
7588.  multiway_audio_dropper_inc_archive
7589.  multiway_call_investigation_inc_archive
7590.  multiway_conditional_endpoint_filter_log_inc_archive
7591.  multiway_dominant_speaker_event_inc_archive
7592.  multiway_events_inc_archive
7593.  multiway_extensions_session_summary_inc_archive
7594.  multiway_handler_exception_inc_archive
7595.  multiway_identity_platform_translation_inc_archive
7596.  multiway_media_endpoint_failover_stats_inc_archive

Highly Confidential – Attorneys' Eyes Only

7597. multiway_message_info4_inc_archive
7598. multiway_mqtt_waterfall_message_lifetime_inc_archive
7599. multiway_push_infra_delivery_inc_archive
7600. multiway_reliability_info_agg_inc_archive
7601. multiway_reliability_info_inc_archive
7602. multiway_session_endpoint_summary_detailed_inc_archive
7603. multiway_session_endpoint_summary_detailed_inc_archive
7604. multiway_session_events_fanout_inc_archive
7605. multiway_session_summary_detailed_inc_archive
7606. multiway_session_user_summary_detailed_inc_archive
7607. multiway_signal_info_inc_archive
7608. multiway_transaction_events2_inc_archive
7609. municorn_content_search_experiment_inc_archive
7610. municorn_search_experiment_inc_archive
7611. music_artist_content_migration_debug_inc_archive
7612. music_chaining_pmv_fbjoiner_online_downsampled_inc_archive
7613. music_chaining_video_fbjoiner_online_downsampled_inc_archive
7614. music_communities_inc_archive
7615. music_home_user_actions_inc_archive
7616. music_picker_actions_inc_archive
7617. music_ptv_requests_inc_archive
7618. music_streaming_inc_archive
7619. music_video_home_debug_log_inc_archive
7620. music_videos_chaining_debug_inc_archive
7621. mutation_notification_inc_archive
7622. mva_review_tool_log_inc_archive
7623. mwb_hide_on_disable_inc_archive
7624. mws_region_allocation_inc_archive
7625. mxji_experiment_behavior_activiation_inc_archive
7626. my_sql_intern_usage_logs_inc_archive
7627. myanmar_font_detection_browser_inc_archive
7628. myanmar_font_detection_inc_archive
7629. myanmar_font_detection_msite_inc_archive
7630. myday_posts_iris_stats_api_inc_archive
7631. name_pronunciation_inc_archive
7632. name_search_inc_archive
7633. name_trigram_inc_archive
7634. nanoshard_imp_full_log_line_inc_archive
7635. narf_diagnostic_events_inc_archive
7636. native_app_logout_inc_archive
7637. native_booking_advertiser_prioritization_inc_archive
7638. native_booking_floating_appointments_inc_archive
7639. native_booking_measurement_inc_archive
7640. native_booking_one_click_leads_inc_archive
7641. native_booking_one_click_recommendation_inc_archive
7642. native_booking_outsourced_meeting_update_request_inc_archive
7643. native_booking_problems_inc_archive
7644. native_calendar_mutation_call_inc_archive
7645. native_checkpoints_flow_inc_archive
7646. native_client_checkpoint_event_inc_archive
7647. native_sharing_web_inbound_traffic_inc_archive

Highly Confidential – Attorneys' Eyes Only

7648.   nav_model_logs_inc_archive
7649.   navigation_configuration_impression_inc_archive
7650.   navigation_isolation_policy_inc_archive
7651.   ncmec_add_report_to_queue_inc_archive
7652.   ncmec_queue_worker_error_messages_inc_archive
7653.   ncmec_report_raw_inc_archive
7654.   ncmec_reportable_thread_creation_inc_archive
7655.   ncmec_reported_content_inc_archive
7656.   ncmec_switchboard_inc_archive
7657.   ndx_client_event_inc_archive
7658.   ndx_eligibility_inc_archive
7659.   ndx_resurrected_user_api_inc_archive
7660.   ndx_smart_ranking_scores_inc_archive
7661.   nearby_friends_client_events_inc_archive
7662.   nearby_friends_queries_inc_archive
7663.   nearby_friends_server_events_inc_archive
7664.   nearby_friends_server_results_inc_archive
7665.   nearby_places_browse_search_perf_inc_archive
7666.   nearby_places_feedback_inc_archive
7667.   nearline_translation_jedi_comparison_inc_archive
7668.   nearline_translation_request_inc_archive
7669.   nearline_translation_request_unittest_inc_archive
7670.   nearline_translation_worker_inc_archive
7671.   nebula_client_request_stats_inc_archive
7672.   nebula_request_level_log_inc_archive
7673.   nebula_request_logger_inc_archive
7674.   nebula_request_stats_inc_archive
7675.   nectar_impressionsample_inc_archive
7676.   nectar_mobile_sms_delivery_r_inc_archive
7677.   nectar_xtrans_r_inc_archive
7678.   negative_user_actions_inc_archive
7679.   neighborhoods_moderator_admin_inc_archive
7680.   neko_app_developer_tool_notification_inc_archive
7681.   neko_app_feed_events_inc_archive
7682.   neko_call_to_action_utils_redirect_url_inc_archive
7683.   neko_ch_aad_exclusion_inc_archive
7684.   neko_cvr_7d_with_oe_consolidation_negative_0_1d_model_w_1p_optin_inc_archive
7685.   neko_feed_ads_no_attribution_inc_archive
7686.   neko_gdpr_exclusion_targeting_inc_archive
7687.   neko_mmp_video_play_onsite_inc_archive
7688.   neko_retry_install_inc_archive
7689.   neko_roas_model_md_inc_archive
7690.   neko_sap_compressed_adfinder_features_inc_archive
7691.   neko_sap_compressed_adindexer_features_inc_archive
7692.   network_disruptions_pipeline_inc_archive
7693.   new_account_state_inc_archive
7694.   new_account_state_rlxm_inc_archive
7695.   new_app_review_tiers_inc_archive
7696.   new_device_log_inc_archive
7697.   new_eu_user_ads_gating_inc_archive
7698.   new_ndx_api_inc_archive

7699. new_thingy_audience_alignment_inc_archive
7700. new_user_analytics_inc_archive
7701. new_user_day_zero_language_signals_inc_archive
7702. new_user_downstream_action_ice_breaker_inc_archive
7703. new_user_eg_reco_funnel_logs_inc_archive
7704. new_user_ifr_impression_feedbacks_inc_archive
7705. new_user_multifeed_funnel_inc_archive
7706. new_user_public_content_uih_observer_event_inc_archive
7707. new_user_trending_location_inc_archive
7708. new_user_unconnected_content_multifeed_funnel_inc_archive
7709. new_users_top_friends_track_inc_archive
7710. newly_confirmed_account_state_inc_archive
7711. news_compass_feedback_events_inc_archive
7712. news_compass_growth_client_events_inc_archive
7713. news_compass_growth_monitor_inc_archive
7714. news_compass_growth_qp_trigger_inc_archive
7715. news_compass_indexing_inc_archive
7716. news_compass_surface_monitor_inc_archive
7717. news_compass_survey_events_inc_archive
7718. news_digraph_user_post_engagement_hourly_rid_inc_archive
7719. news_event_query_data_inc_archive
7720. news_feed_graphql_params_inc_archive
7721. news_feed_graphql_request_responses_inc_archive
7722. news_feed_preferences_events_inc_archive
7723. news_feed_production_test_inc_archive
7724. news_feed_production_test_sample_info_inc_archive
7725. news_graph_api_inc_archive
7726. news_page_index_api_inc_archive
7727. news_post_index_inc_archive
7728. news_pub_reg_inc_archive
7729. news_status_events_inc_archive
7730. news_subscription_activities_inc_archive
7731. news_tab_breaking_jp_observer_inc_archive
7732. news_tab_digraph_user_content_engagement_hourly_inc_archive
7733. news_tab_digraph_user_content_engagement_rid_hourly_inc_archive
7734. news_tab_fbjoiner_ranking_training_data_inc_archive
7735. news_tab_feed_monitor_inc_archive
7736. news_tab_notifs_pull_time_inc_archive
7737. news_tab_publisher_affinity_ttsn_tracking_inc_archive
7738. news_tab_sfu_notif_flex_scheduler_inc_archive
7739. news_topic_link_post_index_inc_archive
7740. news_video_index_inc_archive
7741. newsfeed_actions_inc_archive
7742. newsfeed_to_messenger_ads_inc_archive
7743. newsie_delivery_inc_archive
7744. newsie_waterfall_inc_archive
7745. nfb_ai_model_opt_out_df_inc_archive
7746. nfb_ai_model_opt_out_df_only_an_inc_archive
7747. nfb_dpa_model_inc_archive
7748. nfb_dpa_model_v2_inc_archive
7749. nfb_home_feed_model_opt_out_df_inc_archive

Highly Confidential – Attorneys' Eyes Only

7750. nfb_home_feed_model_opt_out_inc_archive
7751. nfb_instream_model_opt_out_df_inc_archive
7752. nfb_marketplace_model_desktop_inc_archive
7753. nfb_messenger_inbox_model_neg1_opt_out_inc_archive
7754. nfb_mobile_feed_model_opt_out_df_no_mbl_msgr_inc_archive
7755. nfb_mobile_feed_model_opt_out_inc_archive
7756. nfb_mobile_instream_model_opt_out_inc_archive
7757. nfb_repetitive_two_step_all_feed_model_inc_archive
7758. nfb_repetitive_two_step_pa_model_with_feed_data_inc_archive
7759. nfb_report_over_hide_model_an_fb_ig_inc_archive
7760. nfb_report_over_hide_model_an_ig_inc_archive
7761. nfb_xout_and_report_all_feed_model_inc_archive
7762. nfb_xout_and_report_home_feed_model_inc_archive
7763. nfb_xout_and_report_mobile_feed_model_inc_archive
7764. nfx_action_graph_api_post_inc_archive
7765. nlp_console_analysis_inc_archive
7766. nlp_grammar_analysis_inc_archive
7767. nlp_prefetch_perf_stats_inc_archive
7768. nlp_query_data_inc_archive
7769. nlp_service_cost_inc_archive
7770. nmor_payment_engine_access_audit_inc_archive
7771. nmor_payment_mutator_timing_inc_archive
7772. no_burn_inc_archive
7773. non_ahc_cms_render_inc_archive
7774. non_enforcement_action_lifecycle_inc_archive
7775. non_graph_api_hits_third_party_inc_archive
7776. non_www_did_access_recordkeeping_inc_archive
7777. nonce_events_inc_archive
7778. nonmutating_feed_click_for_search_retrieval_inc_archive
7779. notif_abnormal_inc_archive
7780. notif_add_to_tray_inc_archive
7781. notif_arrived_inc_archive
7782. notif_auction_delivery_tracking_inc_archive
7783. notif_badge_changes_inc_archive
7784. notif_book_keeper_inc_archive
7785. notif_capacity_usage_inc_archive
7786. notif_cf_data_inc_archive
7787. notif_click_from_tray_inc_archive
7788. notif_cv_concepts_inc_archive
7789. notif_debug_inc_archive
7790. notif_delivery_failure_inc_archive
7791. notif_delivery_inc_archive
7792. notif_drop_on_user_settings_inc_archive
7793. notif_email_client_inc_archive
7794. notif_events_inc_archive
7795. notif_forward_inc_archive
7796. notif_frequency_cap_logger_inc_archive
7797. notif_gysj_candidates_inc_archive
7798. notif_jewel_inc_archive
7799. notif_jewel_menu_inc_archive
7800. notif_jewel_tray_inc_archive

Highly Confidential – Attorneys' Eyes Only

7801.   notif_manager_analytics_inc_archive
7802.   notif_mobile_sms_inc_archive
7803.   notif_mobile_sms_mo_inc_archive
7804.   notif_nlp_entities_inc_archive
7805.   notif_perf_stats_inc_archive
7806.   notif_personalization_data_inc_archive
7807.   notif_personalized_fallback_logger_inc_archive
7808.   notif_policy_metadata_inc_archive
7809.   notif_post_selection_decision_inc_archive
7810.   notif_pref_preset_updates_inc_archive
7811.   notif_pref_preset_updates_inc_archive
7812.   notif_push_os_setting_inc_archive
7813.   notif_reachability_deltas_inc_archive
7814.   notif_reachability_inc_archive
7815.   notif_received_inc_archive
7816.   notif_seen_state_syncer_inc_archive
7817.   notif_server_action_inc_archive
7818.   notif_user_controls_inc_archive
7819.   notif_user_preference_inc_archive
7820.   notif_user_setting_action_inc_archive
7821.   notif_user_setting_inc_archive
7822.   notif_watcher_inc_archive
7823.   notif_widget_inc_archive
7824.   notification_auction_policy_output_inc_archive
7825.   notification_batch_inc_archive
7826.   notification_batch_unittest_inc_archive
7827.   notification_call_inc_archive
7828.   notification_call_unittest_inc_archive
7829.   notification_delivery_feedback_inc_archive
7830.   notification_jewel_performance_inc_archive
7831.   notification_mobile_logging_inc_archive
7832.   notification_recipient_inc_archive
7833.   notification_send_inc_archive
7834.   notification_tracking_inc_archive
7835.   notifications_early_stage_ranker_inc_archive
7836.   notifications_early_stage_ranker_recall_inc_archive
7837.   notifications_fbjoiner_unified_jewel_filtering_examples_inc_archive
7838.   notifications_fbjoiner_unified_jewel_ranking_examples_inc_archive
7839.   notifications_fbjoiner_unified_push_filtering_examples_inc_archive
7840.   notifications_friends_coefficient_inc_archive
7841.   notifications_get_stop_inc_archive
7842.   notifications_reachability_check_inc_archive
7843.   notifications_rt_filtering_detailed_inc_archive
7844.   notifications_rt_filtering_inc_archive
7845.   notifications_uno_ml_inc_archive
7846.   novak2_tailer_processor_inc_archive
7847.   npr_interest_picker_inc_archive
7848.   npr_needy_user_feed_util_buff_inc_archive
7849.   npr_video_experiment_inc_archive
7850.   npx_feed_client_events_inc_archive
7851.   npx_friending_rlxm_inc_archive

7852.  npx_message_sends_rlxm_inc_archive
7853.  npx_messenger_diode_events_inc_archive
7854.  nsm_admon_imp_output_inc_archive
7855.  nsm_imp_lazy_retry_inc_archive
7856.  nsmove_shadow_post_publishing_flow_inc_archive
7857.  nt_bundles_inc_archive
7858.  nt_pay_to_access_purchase_transition_with_gql_sub_inc_archive
7859.  nt_style_usage_inc_archive
7860.  nt_unsupported_features_inc_archive
7861.  nt_zero_optin_flow_hive_inc_archive
7862.  nudge_fbjoiner_campaign_email_examples_inc_archive
7863.  nudge_fbjoiner_campaign_push_examples_inc_archive
7864.  nudge_fbjoiner_campaign_sms_examples_inc_archive
7865.  nudge_fbjoiner_examples_inc_archive
7866.  nudge_fbjoiner_examples_read_time_inc_archive
7867.  nudge_fbjoiner_jewel_examples_inc_archive
7868.  nudge_fbjoiner_rl_examples_inc_archive
7869.  nudge_fbjoiner_sms_examples_inc_archive
7870.  nudge_features_v5_fb_campaign_inc_archive
7871.  nudge_features_v5_fb_organic_inc_archive
7872.  nudge_features_v5_marketplace_v2_inc_archive
7873.  nudge_fill_waterfall_inc_archive
7874.  nudge_raas_features_for_validation_inc_archive
7875.  nudge_raas_filtering_selection_comparison_inc_archive
7876.  nudge_raas_ranking_scores_for_comparison_inc_archive
7877.  nudge_ranker_model_scores_inc_archive
7878.  nudge_ranker_requests_inc_archive
7879.  nudge_request_performance_inc_archive
7880.  nudge_selected_features_inc_archive
7881.  nudge_selected_features_inc_archive
7882.  null_state_exception_inc_archive
7883.  nux_feed_promotion_client_events_inc_archive
7884.  nux_mission_center_events_inc_archive
7885.  nux_missions_inc_archive
7886.  nux_profile_picture_mtouch_inc_archive
7887.  nux_profile_picture_upload_inc_archive
7888.  nux_quick_friending_header_badge_view_inc_archive
7889.  nux_quick_friending_inc_archive
7890.  nux_quick_friending_legal_screen_info_inc_archive
7891.  nux_quick_friending_request_count_inc_archive
7892.  nux_wizard_app_install_inc_archive
7893.  nux_wizard_inc_archive
7894.  nux_wizard_profile_picture_conversion_inc_archive
7895.  o_auth_confirm_inc_archive
7896.  oauth_device_inc_archive
7897.  oauth_invalidate_web_sessions_inc_archive
7898.  objectionable_content_filter_v2_inc_archive
7899.  objectionable_content_setting_inc_archive
7900.  obs_infra_ml_logging_inc_archive
7901.  observation_infra_watson_fanout_data_inc_archive
7902.  oc_srt_features_inc_archive

7903.   ocr_blackhole_info_inc_archive
7904.   octet_logging_inc_archive
7905.   octopus_events_inc_archive
7906.   ods_ui_perf_metrics_inc_archive
7907.   oe_oc_ba_e2e_test_inc_archive
7908.   oem_encode_param_inc_archive
7909.   oem_faults_inc_archive
7910.   oep_priorities_inc_archive
7911.   oep_source_selection_inc_archive
7912.   oep_view_time_abr_inc_archive
7913.   ofa_client_interactions_inc_archive
7914.   ofa_client_interactions_with_country_inc_archive
7915.   ofa_login_preprocessed_inc_archive
7916.   ofa_raw_events_inc_archive
7917.   ofa_user_viewed_content_inc_archive
7918.   offer_admin_actions_inc_archive
7919.   offer_ads_inc_archive
7920.   offer_debug_inc_archive
7921.   offer_events_history_inc_archive
7922.   offer_item_discount_history_inc_archive
7923.   offer_notifications_events_inc_archive
7924.   offer_surfaces_events_inc_archive
7925.   offer_user_actions_inc_archive
7926.   offers_notif_jewel_inc_archive
7927.   offerx_notification_inc_archive
7928.   offline_experiment_exposures_inc_archive
7929.   offline_ranker_async_job_inc_archive
7930.   offline_ranker_events_inc_archive
7931.   offline_signal_ingestion_events_inc_archive
7932.   offline_solutions_for_brands_ad_impressions_inc_archive
7933.   offline_solutions_for_brands_whitelist_inc_archive
7934.   offsite_an_post_imp_mtml_inc_archive
7935.   offsite_and_link_clk_mbl_external_cvr_from_cvr_df_with_multi_id_inc_archive
7936.   offsite_conversion_offsite_engagement_view_through_model_5min_inc_archive
7937.   offsite_conversion_offsite_engagement_view_through_model_ba_feature_only_inc_archive
7938.   offsite_conversion_offsite_engagement_view_through_model_ba_feature_only_inc_archive
7939.   offsite_conversion_offsite_engagement_view_through_model_inc_archive
7940.   offsite_cvr_7d_negative_0_1d_model_inc_archive
7941.   offsite_cvr_7d_negative_0_1d_multi_label_model_inc_archive
7942.   offsite_cvr_7d_optimized_and_tracked_label_inc_archive
7943.   offsite_cvr_view_through_model_prod_inc_archive
7944.   offsite_cvr_view_through_vt_enabled_ads_model_inc_archive
7945.   offsite_cvr_view_through_vt_enabled_ads_model_sampled_ba_feature_only_inc_archive
7946.   offsite_cvr_view_through_vt_enabled_ads_model_sampled_ba_feature_only_inc_archive
7947.   offsite_cvr_view_through_vt_enabled_ads_model_sampled_inc_archive
7948.   offsite_cvr_with_different_tracking_tasks_with_multi_id_model_1d_inc_archive
7949.   offsite_cvr_with_different_tracking_tasks_with_multi_id_model_inc_archive
7950.   offsite_engagement_cvr_conv_scc_model_opt_out_df_inc_archive
7951.   offsite_engagement_no1d_7d_law_model_inc_archive
7952.   offsite_engagement_view_through_model_inc_archive
7953.   offsite_oe_oc_optimized_or_tracked_all_pages_1d_inc_archive

Highly Confidential – Attorneys' Eyes Only

7954. offsite_payments_autofill_inc_archive
7955. offsite_signal_container_reader_inc_archive
7956. offsite_signals_inc_archive
7957. offsite_signals_pipe_inc_archive
7958. offsite_signals_pipe_short_retention_inc_archive
7959. offsite_signals_saber_query_logger_inc_archive
7960. offsite_signals_short_retention_inc_archive
7961. og_composer_suggestions_inc_archive
7962. oil_source_rollout_decisions_inc_archive
7963. old_contact_info_event_inc_archive
7964. old_privacy_selector_inc_archive
7965. omega_repayment_mutations_inc_archive
7966. omni_uploader_events_logging_events_inc_archive
7967. omnipe_migration_data_access_log_inc_archive
7968. omnipicker_search_client_events_inc_archive
7969. omniscient_viewer_context_loader_inc_archive
7970. omnisweep_operations_inc_archive
7971. omnisweep_zombie_rows_inc_archive
7972. on_demand_diff_sources_inc_archive
7973. one_logout_inc_archive
7974. one_map_client_events_inc_archive
7975. one_map_place_detail_events_inc_archive
7976. one_to_one_fanout_metadata_update_subscriber_inc_archive
7977. online_clubs_video_to_video_logs_inc_archive
7978. online_events_raw_predictions_inc_archive
7979. online_learning_feed_adhoc_survey_examples_v3_inc_archive
7980. online_learning_feed_examples_delimited_eval_more_pos_inc_archive
7981. online_learning_feed_survey_examples_v2_inc_archive
7982. online_places_junkifier_inc_archive
7983. onsite_checkout_inc_archive
7984. onsite_content_actions_inc_archive
7985. onsite_conv_feature_signals_inc_archive
7986. onsite_conversion_deep_conversation_view_through_model_inc_archive
7987. onsite_conversion_signals_inc_archive
7988. onsite_conversion_signals_internal_inc_archive
7989. onsite_cvr_mtml_law_test_model_inc_archive
7990. onsite_cvr_mtml_model_lite_inc_archive
7991. onsite_events_actions_data_inc_archive
7992. onsite_feature_signals_gff_inc_archive
7993. onsite_feature_signals_inc_archive
7994. onsite_local_sell_user_actions_inc_archive
7995. onsite_marketplace_search_inc_archive
7996. onsite_signal_save_events_inc_archive
7997. onsite_targeting_signals_inc_archive
7998. oops_unified_delivery_model_inc_archive
7999. open_application_activity_app_store_inc_archive
8000. open_application_activity_inc_archive
8001. open_application_activity_native_inc_archive
8002. open_mini_app_inc_archive
8003. open_story_media_permalink_inc_archive
8004. openid_connect_client_inc_archive

Highly Confidential – Attorneys' Eyes Only

8005. openpub_pipeline_inc_archive
8006. opp_experiment_service_inc_archive
8007. opp_observer_inc_archive
8008. opp_portal_events_inc_archive
8009. opp_user_assets_inc_archive
8010. optimistic_cancel_inc_archive
8011. optimistic_save_inc_archive
8012. optimistic_story_card_impression_inc_archive
8013. orca_notification_foreground_service_inc_archive
8014. orca_switch_account_events_inc_archive
8015. orca_thread_list_query_inc_archive
8016. orchestration_stacking_inc_archive
8017. order_cancel_refund_reasons_inc_archive
8018. order_tool_log_inc_archive
8019. organic_event_ads_features_inc_archive
8020. organic_metrics_inc_archive
8021. organic_metrics_uma_inc_archive
8022. organic_offer_automatic_tab_addition_inc_archive
8023. organic_offer_notification_inc_archive
8024. organic_post_impression_dedup_debug_inc_archive
8025. organization_edge_change_inc_archive
8026. orion_player_tabs_inc_archive
8027. os_notification_settings_inc_archive
8028. os_permission_contact_call_log_upload_inc_archive
8029. osp_messenger_purchase_dedup_inc_archive
8030. ota_download_on_demand_graphapi_inc_archive
8031. otter_stats_inc_archive
8032. outbound_click_events_from_navigation_debug_inc_archive
8033. outbound_click_events_from_navigation_inc_archive
8034. outcome_differences_tool_audience_debug_inc_archive
8035. outcome_differences_tool_audience_living_scrape_inc_archive
8036. outgoing_requests_inc_archive
8037. outsourced_sales_page_load_time_inc_archive
8038. oversight_board_login_inc_archive
8039. oversight_board_reference_id_usage_inc_archive
8040. oversight_board_user_creation_inc_archive
8041. ovm_feed_data_inc_archive
8042. owned_domains_ads_link_editing_restrictions_inc_archive
8043. owner_id_reversed_log_inc_archive
8044. owner_resilience_funnel_event_inc_archive
8045. ownership_integration_event_logging_inc_archive
8046. oxsights_ads_cluster_history_inc_archive
8047. oxsights_cell_alerts_usage_inc_archive
8048. oxsights_email_notification_events_inc_archive
8049. oxsights_ent_changes_inc_archive
8050. oxsights_overlord_traces_inc_archive
8051. oxsights_portal_client_events_dev_inc_archive
8052. oxsights_portal_client_events_inc_archive
8053. oxsights_portal_data_queries_dev_inc_archive
8054. oxsights_portal_data_queries_inc_archive
8055. oxsights_prediction_ent_history_inc_archive

Highly Confidential – Attorneys' Eyes Only

8056.  oxsights_report_migration_inc_archive
8057.  oxsights_time_api_usage_inc_archive
8058.  oxsights_waveland_logs_inc_archive
8059.  oxygen_delivery_release_history_inc_archive
8060.  oxygen_insights_uploaded_data_inc_archive
8061.  oxygen_observers_inc_archive
8062.  oyml_debug_inc_archive
8063.  oyml_quality_inc_archive
8064.  p2b_message_intent_detector_inc_archive
8065.  p2p_conversion_inc_archive
8066.  p2p_events_mobile_inc_archive
8067.  p2p_handler_exception_inc_archive
8068.  p2p_idology_inc_archive
8069.  p2p_individual_payment_request_base2
8070.  p2p_live_chat_support_inc_archive
8071.  p2p_live_chat_support_inc_archive
8072.  p2p_log_inc_archive
8073.  p2p_msg_send_attempt_events_inc_archive
8074.  p2p_payment_gating_inc_archive
8075.  p2p_payment_inc_archive
8076.  p2p_reliability_info_inc_archive
8077.  p2p_split_payment_request_base2
8078.  p_feed_control_show_more_less_events_inc_archive
8079.  p_feed_control_show_more_show_less_events_inc_archive
8080.  pac_actions_duplicates_inc_archive
8081.  pac_actions_inc_archive
8082.  pac_actions_restricted_inc_archive
8083.  pac_ad_display_formats_validation_log_inc_archive
8084.  pac_classifier_large_capacity_inc_archive
8085.  pac_classifier_large_capacity_unittest_inc_archive
8086.  pac_ent_language_dialect_extractor_hive_inc_archive
8087.  pac_existing_post_log_inc_archive
8088.  pac_features_to_comment_ranking_inc_archive
8089.  pac_india_samples_inc_archive
8090.  page_admin_disclosure_mitigation_inc_archive
8091.  page_admin_edit_geocode_address_inc_archive
8092.  page_admin_gypsj_inc_archive
8093.  page_admin_invite_event_inc_archive
8094.  page_admin_role_updates_inc_archive
8095.  page_admin_surace_navigation_inc_archive
8096.  page_alarm_clocks_inc_archive
8097.  page_alarmclock_admin_views_inc_archive
8098.  page_badges_inc_archive
8099.  page_badges_unittest_inc_archive
8100.  page_business_graph_auth_inc_archive
8101.  page_comms_hub_inc_archive
8102.  page_content_tab_inc_archive
8103.  page_creation_address_typeahead_inc_archive
8104.  page_creation_default_category_inc_archive
8105.  page_creation_events_inc_archive
8106.  page_creation_flow_inc_archive

Highly Confidential – Attorneys' Eyes Only

8107.   page_curation_event_inc_archive
8108.   page_custom_sticker_upsell_inc_archive
8109.   page_custom_tabs_usage_inc_archive
8110.   page_email_verification_inc_archive
8111.   page_family_of_apps_links_inc_archive
8112.   page_family_of_apps_unlinks_inc_archive
8113.   page_fanning_naive_scribe_table_inc_archive
8114.   page_fans_online_inc_archive
8115.   page_follow_notif_generation_inc_archive
8116.   page_follow_page_inc_archive
8117.   page_green_dot_events_inc_archive
8118.   page_hide_actions_inc_archive
8119.   page_highlights_notif_result_inc_archive
8120.   page_home_cs_answer_rate_inc_archive
8121.   page_icebreakers_inc_archive
8122.   page_imp_page_visit_alignment_analysis_inc_archive
8123.   page_inbox_entry_points_inc_archive
8124.   page_inorganic_acquisition_upsell_inc_archive
8125.   page_insights_comet_log_inc_archive
8126.   page_insights_deeplink_inc_archive
8127.   page_insights_degraded_service_funnel_inc_archive
8128.   page_insights_exceptions_inc_archive
8129.   page_insights_invalid_log_inc_archive
8130.   page_insights_mobile_inc_archive
8131.   page_insights_monitoring_funnel_inc_archive
8132.   page_insights_monitoring_inc_archive
8133.   page_insights_new_system_log_inc_archive
8134.   page_insights_other_click_migration_inc_archive
8135.   page_insights_page_like_tao_inc_archive
8136.   page_insights_read_path_inc_archive
8137.   page_insights_tracking_data_error_inc_archive
8138.   page_interception_dialog_features_inc_archive
8139.   page_invite_dialog_v2_inc_archive
8140.   page_invite_inc_archive
8141.   page_level_permission_inc_archive
8142.   page_like_custom_audience_backfill_inc_archive
8143.   page_like_cvr_mbl_feed_model_saw_opt_out_df_inc_archive
8144.   page_like_cvr_web_feed_post_imp_click_through_mf_model_inc_archive
8145.   page_locations_delete_inc_archive
8146.   page_long_tail_auth_inc_archive
8147.   page_management_history_inc_archive
8148.   page_menu_tab_creation_inc_archive
8149.   page_messaging_digest_inc_archive
8150.   page_moderation_blacklist_setting_inc_archive
8151.   page_mutation_inc_archive
8152.   page_name_change_inc_archive
8153.   page_notif_badging_inc_archive
8154.   page_notif_delivery_failure_inc_archive
8155.   page_notif_delivery_inc_archive
8156.   page_notif_jewel_inc_archive
8157.   page_notification_events_inc_archive

Highly Confidential – Attorneys' Eyes Only

8158.   page_notification_sent_inc_archive
8159.   page_notification_settings_changes_inc_archive
8160.   page_onboarding_bottomsheet_inc_archive
8161.   page_permission_data_model_event_inc_archive
8162.   page_permission_inheritance_new_inc_archive
8163.   page_permitted_user_auth_inc_archive
8164.   page_post_ads_integrity_pre_check_inc_archive
8165.   page_post_ads_intent_api_calls_inc_archive
8166.   page_post_footer_insights_inc_archive
8167.   page_post_permalink_error_inc_archive
8168.   page_recommendation_counts_inc_archive
8169.   page_recommendation_error_inc_archive
8170.   page_recommendation_event_inc_archive
8171.   page_recommendation_impression_inc_archive
8172.   page_recommendation_perf_inc_archive
8173.   page_recommendation_that_migrated_from_og_action_event_inc_archive
8174.   page_service_blacklist_filter_inc_archive
8175.   page_single_entity_acdc_prop_matches_inc_archive
8176.   page_subscription_inc_archive
8177.   page_thread_metadata_update_inc_archive
8178.   page_thread_metadata_update_restricted_inc_archive
8179.   page_to_video_media_tag_assocs_inc_archive
8180.   page_transitions_server_impressions_dev_inc_archive
8181.   page_transitions_server_impressions_inc_archive
8182.   page_transparency_admin_info_base2
8183.   page_unfollow_chaining_events_inc_archive
8184.   page_user_notif_features_inc_archive
8185.   page_verification_inc_archive
8186.   page_video_insights_inc_archive
8187.   page_visit_impression_metrics_uma_inc_archive
8188.   page_webhooks_delivery_info_inc_archive
8189.   pages_admin_assocs_privacy_enforcer_inc_archive
8190.   pages_admin_support_unpublish_dev_inc_archive
8191.   pages_admin_support_unpublish_inc_archive
8192.   pages_api_detail_inc_archive
8193.   pages_api_detail_sii_offsite_inc_archive
8194.   pages_api_entql_shadow_inc_archive
8195.   pages_api_mention_users_in_api_inc_archive
8196.   pages_api_unsampled_stats_inc_archive
8197.   pages_api_unsampled_stats_sii_offsite_inc_archive
8198.   pages_best_practices_inc_archive
8199.   pages_business_fyi_inc_archive
8200.   pages_campaign_notification_inc_archive
8201.   pages_composer_cta_post_inc_archive
8202.   pages_composer_events_inc_archive
8203.   pages_composer_interception_inc_archive
8204.   pages_consumer_surface_page_creation_card_inc_archive
8205.   pages_context_row_event_inc_archive
8206.   pages_contextual_recommendations_admin_control_settings_inc_archive
8207.   pages_creation_events_inc_archive
8208.   pages_crosspost_inc_archive

8209.  pages_events_inc_archive
8210.  pages_exceptions_v2_inc_archive
8211.  pages_expiring_posts_events_inc_archive
8212.  pages_feed_delivery_inc_archive
8213.  pages_feed_notifs_inc_archive
8214.  pages_feed_onboarding_inc_archive
8215.  pages_growth_general_analytical_events_inc_archive
8216.  pages_ig_onboarding_events_inc_archive
8217.  pages_in_group_inc_archive
8218.  pages_inbox_www_inc_archive
8219.  pages_integrity_admin_repeat_offender_info_event_inc_archive
8220.  pages_integrity_debug_event_inc_archive
8221.  pages_integrity_event_inc_archive
8222.  pages_integrity_frx_inc_archive
8223.  pages_integrity_page_name_change_event_inc_archive
8224.  pages_integrity_policy_validation_error_inc_archive
8225.  pages_integrity_policy_validation_event_inc_archive
8226.  pages_integrity_policy_violating_photos_inc_archive
8227.  pages_integrity_unpublished_content_monitoring_inc_archive
8228.  pages_launch_point_inc_archive
8229.  pages_launchpoint_tab_inc_archive
8230.  pages_locations_events_inc_archive
8231.  pages_log_auditor_inc_archive
8232.  pages_logging_events_inc_archive
8233.  pages_messaging_inbox_actions_inc_archive
8234.  pages_messaging_perf_inc_archive
8235.  pages_messenger_conversion_event_inc_archive
8236.  pages_mobile_homepage_panel_v3_inc_archive
8237.  pages_notification_waterfall_inc_archive
8238.  pages_nux_framework_inc_archive
8239.  pages_parent_child_mutator_inc_archive
8240.  pages_perf_inc_archive
8241.  pages_photo_reminder_inc_archive
8242.  pages_platform_component_flow_client_event_inc_archive
8243.  pages_platform_component_flow_event_inc_archive
8244.  pages_platform_component_flow_impression_dev_inc_archive
8245.  pages_platform_component_flow_impression_inc_archive
8246.  pages_platform_component_flow_temp_inc_archive
8247.  pages_pma_push_notification_delivery_events_inc_archive
8248.  pages_pma_unified_logging_events_inc_archive
8249.  pages_publishing_funnel_inc_archive
8250.  pages_publishing_inc_archive
8251.  pages_qr_code_event_inc_archive
8252.  pages_reporting_events_inc_archive
8253.  pages_scheduled_post_results_inc_archive
8254.  pages_sharing_exception_inc_archive
8255.  pages_tab_time_spent_inc_archive
8256.  pages_third_party_promo_profile_pic_inc_archive
8257.  pages_thread_folder_changes_inc_archive
8258.  pages_timeline_map_events_inc_archive
8259.  pages_timeline_tabs_ordering_log_inc_archive

Highly Confidential – Attorneys' Eyes Only

8260.  pages_transaction_classifier_inc_archive
8261.  pages_unpublished_post_inc_archive
8262.  pages_voice_switcher_inc_archive
8263.  pages_webhooks_detail_dev_inc_archive
8264.  pages_webhooks_detail_inc_archive
8265.  pages_webhooks_edit_rtu_reason_inc_archive
8266.  pages_webhooks_error_inc_archive
8267.  pages_webhooks_event_log_inc_archive
8268.  pages_webhooks_installation_inc_archive
8269.  pages_xma_unified_logging_events_inc_archive
8270.  paid_ads_pixel_update_sign_error_inc_archive
8271.  paid_ads_platform_workflow_logs_inc_archive
8272.  paid_content_otp_interactions_inc_archive
8273.  paid_online_event_enforcement_inc_archive
8274.  paidads_skadnetwork_conversion_inc_archive
8275.  palv2_events_inc_archive
8276.  parsed_pixel_events_inc_archive
8277.  partial_account_filter_inc_archive
8278.  partitioned_credit_actions_inc_archive
8279.  partner_assessment_crud_inc_archive
8280.  partner_assessment_inc_archive
8281.  partner_center_inc_archive
8282.  partner_creative_asset_log_inc_archive
8283.  partner_event_url_resolver_inc_archive
8284.  partner_home_action_logging_inc_archive
8285.  partner_portal_access_inc_archive
8286.  partner_portal_access_v2_inc_archive
8287.  partner_portal_error_inc_archive
8288.  partner_portal_error_unittest_inc_archive
8289.  partner_portal_notifications_inc_archive
8290.  partner_set_change_events_inc_archive
8291.  partners_portal_funnel_inc_archive
8292.  partnerships_change_request_approval_events_inc_archive
8293.  partnerships_timeline_observer_inc_archive
8294.  password_as_identifier_inc_archive
8295.  password_encryption_adoption_inc_archive
8296.  password_reauth_no_post_inc_archive
8297.  password_update_new_screen_inc_archive
8298.  passwordless_registration_inc_archive
8299.  patronus_backed_ipc_inc_archive
8300.  pause_ads_result_diagnostics_inc_archive
8301.  pause_ads_result_inc_archive
8302.  pay_com_cms_correspondence_9718_base2
8303.  pay_com_gk_check_inc_archive
8304.  pay_com_inc_archive
8305.  pay_com_legal_names_inc_archive
8306.  pay_ent_claimed_offer_history_inc_archive
8307.  pay_ent_digital_subscribable_entitlement_base2
8308.  pay_ent_mutation_inc_archive
8309.  paycheck_protection_program_engagement_events_inc_archive
8310.  paycom_us_everstore_debug_inc_archive

8311.  payment_api_account_event_inc_archive
8312.  payment_compliance_log_inc_archive
8313.  payment_compliance_sanction_error_log_inc_archive
8314.  payment_compliance_utils_log_inc_archive
8315.  payment_error_manager_history_inc_archive
8316.  payment_executor_event_inc_archive
8317.  payment_flow_behavior_inc_archive
8318.  payment_flow_error_details_inc_archive
8319.  payment_flow_reliability_inc_archive
8320.  payment_gateway_event_inc_archive
8321.  payment_graph_api_reliability_inc_archive
8322.  payment_kyc_flow_inc_archive
8323.  payment_module_query_inc_archive
8324.  payment_module_seller_onboarding_inc_archive
8325.  payment_retention_inc_archive
8326.  payment_settings_history_error_inc_archive
8327.  payment_subscription_agreement_ent_history_inc_archive
8328.  payment_subscription_bill_ent_history_inc_archive
8329.  payment_subscription_log_inc_archive
8330.  payment_subscription_scripts_log_inc_archive
8331.  payment_viewer_context_risk_inc_archive
8332.  payment_wr_inc_archive
8333.  payments_alert_notification_log_inc_archive
8334.  payments_altpay2_provider_inc_archive
8335.  payments_api_upl_log_inc_archive
8336.  payments_compliance_idv_decision_inc_archive
8337.  payments_csat_platform_inc_archive
8338.  payments_data_types_inc_archive
8339.  payments_ent_vc_inc_archive
8340.  payments_flows_log_inc_archive
8341.  payments_game_flows_inc_archive
8342.  payments_marketing_site_web_client_events_inc_archive
8343.  payments_modules_api_dev_inc_archive
8344.  payments_modules_api_inc_archive
8345.  payments_paypal_redirect_uri_inc_archive
8346.  payments_restriction_history_inc_archive
8347.  payments_restriction_recovery_pattern_history_inc_archive
8348.  payments_restriction_user_verification_pattern_history_inc_archive
8349.  payments_risk_auth_before_delivery_inc_archive
8350.  payments_risk_fraud_net_inc_archive
8351.  payments_risk_headsman_inc_archive
8352.  payments_risk_p2p_payment_check_inc_archive
8353.  payments_risk_p2p_verification_flow_inc_archive
8354.  payments_risk_payment_fraud_check_dag_inc_archive
8355.  payments_risk_payment_fraud_check_flow_inc_archive
8356.  payments_risk_sentry_response_inc_archive
8357.  payments_runtime_privacy_policy_inc_archive
8358.  payout_credential_error_inc_archive
8359.  payout_endpoint_dev_inc_archive
8360.  payout_endpoint_inc_archive
8361.  payout_notifications_dev_inc_archive

Highly Confidential – Attorneys' Eyes Only

8362. payout_notifications_inc_archive
8363. payout_onboarding_flow_behavior_dev_inc_archive
8364. payout_onboarding_flow_behavior_inc_archive
8365. payout_transaction_progress_dataset_inc_archive
8366. payouts_cross_check_inc_archive
8367. pbp_raters_activities_inc_archive
8368. pcm_campaign_bits_encoding_logger_inc_archive
8369. pcm_survey_events_inc_archive
8370. pcr_aml_alert_25939_base2
8371. pcr_associated_users_activity_25908_base2
8372. pcr_screened_entity_37631_base2
8373. pcr_shields_activity_22288_base2
8374. pdo_launches_review_inc_archive
8375. pdp_canonical_low_inventory_inc_archive
8376. pdp_privacy_portal_detection_result_history_inc_archive
8377. pdp_tracer_inc_archive
8378. pdr_trace_everstore_inc_archive
8379. pe_feed_admin_feed_qp_events_inc_archive
8380. pe_feed_ig_xposting_events_inc_archive
8381. pe_feed_page_highlights_notif_ml_model_info_inc_archive
8382. pe_feed_profile_switching_inc_archive
8383. pe_feed_story_bumper_event_inc_archive
8384. pe_video_hybrid_ads_post_imp_cvr_position_reset_mobile_feed_df_model_inc_archive
8385. pending_admin_change_event_inc_archive
8386. pending_admin_change_ui_event_inc_archive
8387. pending_friend_requests_features_inc_archive
8388. pensieve_usage_inc_archive
8389. people_you_may_follow_inc_archive
8390. people_you_may_know_list_delta_inc_archive
8391. per_device_notification_settings_inc_archive
8392. per_file_attachment_data2_inc_archive
8393. peregrine_vc_comparison_inc_archive
8394. perm_request_activities_inc_archive
8395. permalink_chaining_photo_events_inc_archive
8396. permalink_post_description_metrics_inc_archive
8397. permanet_client_events_inc_archive
8398. permission_checks_inc_archive
8399. permission_manager_history_inc_archive
8400. permission_manager_inc_archive
8401. permission_organization_ip_updates_inc_archive
8402. permission_token_check_inc_archive
8403. perpetrator_links_dev_inc_archive
8404. perpetrator_triaging_dev_inc_archive
8405. person_name_change_attempts_inc_archive
8406. personalized_cms_tag_usage_inc_archive
8407. personalized_n_events_inc_archive
8408. pf_badging_component_logs_inc_archive
8409. pfbny_results_inc_archive
8410. pfc_expressions_inc_archive
8411. pfc_posting_events_inc_archive
8412. pfh_asset_linking_enforcement_inc_archive

8413.   pfh_integration_event_logging_inc_archive
8414.   pfh_tool_data_inc_archive
8415.   pftf_all_bids_inc_archive
8416.   pftf_candidates_inc_archive
8417.   pftf_quality_survey_response_inc_archive
8418.   pfyi_contact_triaging_inc_archive
8419.   phabricator_authentication_inc_archive
8420.   pharma_buffer_warning_inc_archive
8421.   phone_bounce_inc_archive
8422.   phone_claiming_holdout_exposures_inc_archive
8423.   phone_claiming_rich_notif_inc_archive
8424.   phone_confidence_confirm_inc_archive
8425.   phone_id_sync_stats_inc_archive
8426.   phone_sharing_inc_archive
8427.   photo_dna_transitions_inc_archive
8428.   photo_download_new_inc_archive
8429.   photo_downloads_fblite_inc_archive
8430.   photo_location_suggestion_new_inc_archive
8431.   photo_match_inc_archive
8432.   photo_match_sync_inc_archive
8433.   photo_save_succeeded_inc_archive
8434.   photo_tagging_suggestions_inc_archive
8435.   photo_uploaded_hash_inc_archive
8436.   photodna_bank_field_update_inc_archive
8437.   photos_download_album_inc_archive
8438.   photos_to_slideshow_video_bi_inc_archive
8439.   php_fatals_dup_inc_archive
8440.   php_fatals_for_health_compass_inc_archive
8441.   phuji_aidv2_debug_inc_archive
8442.   phuji_consumer_inc_archive
8443.   physical_presence_detection_failed_queries_inc_archive
8444.   pi_authenticity_scores_inc_archive
8445.   pi_detection_inc_archive
8446.   pi_sus_graph_ql_calls_over_graph_api_inc_archive
8447.   pi_tracking_data_audit_inc_archive
8448.   pi_trending_concept_inc_archive
8449.   pi_web1p_api_cookie_check_inc_archive
8450.   pigeon_event_pipeline_accounting_hive_inc_archive
8451.   pigeon_latency_metrics_inc_archive
8452.   pigeon_sampling_config_content_stats_inc_archive
8453.   pigeon_sessionized_beacon_data_raw_inc_archive
8454.   pinned_comment_events_table_inc_archive
8455.   pitch_wizard_inc_archive
8456.   pixel_automatic_advanced_matching_inc_archive
8457.   pixel_button_clicks_inc_archive
8458.   pixel_helper_usage_inc_archive
8459.   pixel_stats_queries_inc_archive
8460.   pixelcloud_actions_inc_archive
8461.   place_claim_request_inc_archive
8462.   place_list_employee_feedback_inc_archive
8463.   place_page_coordinates_inc_archive

8464.   place_picker_client_logs_inc_archive
8465.   place_picker_result_lists_deanon_inc_archive
8466.   place_recommendation_list_events_inc_archive
8467.   place_search_real_uid_inc_archive
8468.   place_tips_observer_inc_archive
8469.   place_visibility_accelerator_inc_archive
8470.   place_visit_detection_gbdt_inc_archive
8471.   place_visit_mutations_inc_archive
8472.   places_save_button_inc_archive
8473.   places_search_interactions_inc_archive
8474.   platform_app_controller_dialog_params_inc_archive
8475.   platform_app_event_inc_archive
8476.   platform_app_login_inc_archive
8477.   platform_app_setting_granular_perm_modify_inc_archive
8478.   platform_app_usage_inc_archive
8479.   platform_application_expiration_inc_archive
8480.   platform_auto_uninstall_deleted_apps_inc_archive
8481.   platform_blacklisted_app_name_attempts_inc_archive
8482.   platform_business_login_inc_archive
8483.   platform_commitment_verifier_results_inc_archive
8484.   platform_conversion_tracking_inc_archive
8485.   platform_dap_inc_archive
8486.   platform_deprecated_permissions_inc_archive
8487.   platform_device_inc_archive
8488.   platform_disable_platform_inc_archive
8489.   platform_explicit_method_inc_archive
8490.   platform_external_incident_report_form_events_inc_archive
8491.   platform_feature_blocked_inc_archive
8492.   platform_granular_perm_inconsistent_mutations_inc_archive
8493.   platform_hack_inc_archive
8494.   platform_investigations_intake_inc_archive
8495.   platform_login_app_status_server_events_inc_archive
8496.   platform_login_inconsistent_v1_user_installs_impacted_inc_archive
8497.   platform_login_oauth_funnel_events_inc_archive
8498.   platform_login_oauth_server_events_inc_archive
8499.   platform_login_web_app_expiration_update_events_inc_archive
8500.   platform_o_auth_messenger_inc_archive
8501.   platform_permissions_removal_inc_archive
8502.   platform_planned_changes_inc_archive
8503.   platform_privacy_control_changes_inc_archive
8504.   platform_rereview_screencast_upload_inc_archive
8505.   platform_scopes_events_inc_archive
8506.   platform_seller_experience_event_inc_archive
8507.   platform_sharing_create_inc_archive
8508.   platform_sharing_dialog_inc_archive
8509.   platform_sharing_launch_flow_inc_archive
8510.   platform_sharing_web_funnel_analysis_inc_archive
8511.   platform_system_user_account_status_inc_archive
8512.   platform_tool_viewer_context_migration_tool_inc_archive
8513.   platform_web_link_share_cancel_inc_archive
8514.   play_from_watch_inc_archive

Highly Confidential – Attorneys' Eyes Only

8515.   playable_ad_actions_inc_archive
8516.   playable_ad_webview_events_inc_archive
8517.   playable_devsite_uploads_inc_archive
8518.   playable_upload_flow_inc_archive
8519.   playable_zip_upload_inc_archive
8520.   player_plugin_platform_inc_archive
8521.   plugin_context_session_leak_events_inc_archive
8522.   plugin_optin_cookie_resurrect_inc_archive
8523.   plugin_post_inc_archive
8524.   pmp_action_inc_archive
8525.   pms_actions_inc_archive
8526.   pmv_charting_events_inc_archive
8527.   pmv_comments_inc_archive
8528.   pmv_interruptions_events_inc_archive
8529.   pmv_manual_upload_tool_inc_archive
8530.   pmv_monetization_inc_archive
8531.   pmv_notif_jewel_inc_archive
8532.   pmv_notification_events_inc_archive
8533.   pmv_opt_out_log_inc_archive
8534.   pmv_pages_debug_log_inc_archive
8535.   pmv_previews_events_inc_archive
8536.   pmv_publisher_all_video_lvv60_event_xstream_inc_archive
8537.   pmv_publishing_debug_log_inc_archive
8538.   pmv_video_and_owner_long_video_view_event_xstream_inc_archive
8539.   pna_phone_claiming_inc_archive
8540.   pna_sms_debug_inc_archive
8541.   pna_sms_retriever_conf_inc_archive
8542.   poa_debug_events_inc_archive
8543.   poa_qualitative_biz_badge_inc_archive
8544.   poa_seller_review_collection_surface_inc_archive
8545.   poa_seller_rnr_in_feed_inc_archive
8546.   poa_seller_rnr_in_feed_server_inc_archive
8547.   poa_surfacing_eligibility_inc_archive
8548.   poc_url_domain_inc_archive
8549.   podcast_claiming_inc_archive
8550.   podcast_events_inc_archive
8551.   podcast_highlights_inc_archive
8552.   podcast_hosting_platforms_api_inc_archive
8553.   podcast_ingestion_inc_archive
8554.   podcast_network_events_inc_archive
8555.   podcast_previews_inc_archive
8556.   poe_error_inc_archive
8557.   poe_video_view_session_delta_inc_archive
8558.   pogo_deepdata_mobile_traces_inc_archive
8559.   poke_stats_inc_archive
8560.   polar_app_session_inc_archive
8561.   polar_asset_import_inc_archive
8562.   policy_execution_framework_match_inc_archive
8563.   policybot_tasks_log_inc_archive
8564.   political_ad_archive_inc_archive
8565.   political_ad_delivery_to_unsupported_environment_inc_archive

Highly Confidential – Attorneys' Eyes Only

8566. political_ad_page_authorization_waterfall_inc_archive
8567. political_ad_sensitive_context_contact_point_verification_inc_archive
8568. political_ad_social_context_inc_archive
8569. political_ads_mutation_inc_archive
8570. political_ads_page_authorization_disclaimer_share_inc_archive
8571. political_ads_post_mutation_inc_archive
8572. political_ads_restriction_period_inc_archive
8573. political_district_mapping_strategy_inc_archive
8574. political_voice_fev_debug_log_inc_archive
8575. poll_exposed_frequency_history_inc_archive
8576. poll_exposed_join_inc_archive
8577. poll_holdout_opportunity_join_inc_archive
8578. poll_list_exposed_explode_inc_archive
8579. poll_list_exposed_inc_archive
8580. polls_actions_inc_archive
8581. popular_hours_unit_inc_archive
8582. pos_biz_badge_post_click_inc_archive
8583. poseidon_pattern_deletion_keys_inc_archive
8584. poseidon_row_deletion_inc_archive
8585. possible_iic_victim_support_inc_archive
8586. post_and_attachment_consistency_inc_archive
8587. post_attachment_type_edits_inc_archive
8588. post_click_experience_outbound_click_cross_page_model_v2_inc_archive
8589. post_click_experience_outbound_click_pa_model_inc_archive
8590. post_click_lpv_no_bounce_model_inc_archive
8591. post_click_mae_oe_oc_model_inc_archive
8592. post_click_mae_oe_oc_model_w_1p_optin_inc_archive
8593. post_click_multi_label_analysis_inc_archive
8594. post_click_onsite_checkout_inc_archive
8595. post_creation_newsfeed_actions_inc_archive
8596. post_creation_timeline_actions_inc_archive
8597. post_edits_inc_archive
8598. post_engagement_cvr_web_feed_mf_model_inc_archive
8599. post_engagement_cvr_web_feed_mf_post_click_saw_model_inc_archive
8600. post_event_metadata_inc_archive
8601. post_feature_definition_stats_inc_archive
8602. post_iab_experience_bounce_instagram_model_inc_archive
8603. post_iab_experience_bounce_model_inc_archive
8604. post_iab_raw_action_inc_archive
8605. post_imp_all_data_model_inc_archive
8606. post_imp_multi_label_analysis_inc_archive
8607. post_imp_report_reason_mtml_inc_archive
8608. post_imp_reportrate_feed_messenger_inbox_inc_archive
8609. post_install_app_events_mtml_7d_inc_archive
8610. post_install_app_events_mtml_config_inc_archive
8611. post_install_app_events_mtml_inc_archive
8612. post_install_app_events_mtml_sl_7d_inc_archive
8613. post_install_app_events_mtml_sl_inc_archive
8614. post_level_authenticity_events_inc_archive
8615. post_metrics_inc_archive
8616. post_mutation_add_cta_inc_archive

Highly Confidential – Attorneys' Eyes Only

8617. post_mutation_check_inc_archive
8618. post_mutation_waterfall_inc_archive
8619. post_mutator_effect_inc_archive
8620. post_mutator_usage_inc_archive
8621. post_ndx_qp_inc_archive
8622. post_processing_metrics_inc_archive
8623. post_publishing_flow_inc_archive
8624. post_recommendation_notification_inc_archive
8625. post_rendering_log_ad_impression_marker_table_inc_archive
8626. post_transaction_logs_inc_archive
8627. post_upsell_header_inc_archive
8628. post_user_actions_intent_inc_archive
8629. postclick_cvr_all_pagetypes_ba_feature_only_inc_archive
8630. postclick_cvr_all_pagetypes_inc_archive
8631. postiab_sbl_session_inc_archive
8632. power_editor_events_v2_inc_archive
8633. power_editor_events_v2_unittest_inc_archive
8634. power_editor_flux_v2_inc_archive
8635. power_editor_flux_v2_unittest_inc_archive
8636. power_editor_prod_debug_inc_archive
8637. ppa_test_pipeline_inc_archive
8638. ppd_save_visit_inc_archive
8639. ppd_upload_data_inc_archive
8640. ppe_qp_debug_inc_archive
8641. ppe_qp_logs_inc_archive
8642. ppfy_events_inc_archive
8643. pplatch_logs_inc_archive
8644. prayer_post_inc_archive
8645. prayer_response_inc_archive
8646. prayer_response_list_inc_archive
8647. prayer_response_repeat_events_inc_archive
8648. prayer_response_thanks_events_inc_archive
8649. prayer_settings_impression_inc_archive
8650. prayer_settings_inc_archive
8651. pre_activity_log_inc_archive
8652. pre_approved_privacy_decision_inc_archive
8653. preclick_info_extension_client_event_inc_archive
8654. preclick_info_extension_server_event_inc_archive
8655. predicted_visits_inc_archive
8656. predicted_visits_transitions_inc_archive
8657. preference_picker_impressions_records_inc_archive
8658. premiere_video_inc_archive
8659. presence_blade_runner_migration_reliability_inc_archive
8660. presence_bladerunner_migration_client_inc_archive
8661. presence_client_updates_inc_archive
8662. presence_compute_events_inc_archive
8663. presence_delivery_events_inc_archive
8664. presence_events_latencies_inc_archive
8665. presence_gateway_sessions_events_inc_archive
8666. presence_global_settings_base2
8667. presence_impression_logger_inc_archive

Highly Confidential – Attorneys' Eyes Only

8668.  presence_local_settings_inc_archive
8669.  presence_privacy_view_side_settings_inc_archive
8670.  presence_settings_base2
8671.  presence_tools_audit_inc_archive
8672.  presence_view_side_filter_debug_inc_archive
8673.  presence_viewer_side_controls_toggles_inc_archive
8674.  presidential_candidate_entity_tracking_inc_archive
8675.  presma_usage_2_inc_archive
8676.  presto_client_error_inc_archive
8677.  preventive_health_backend_events_inc_archive
8678.  preventive_health_client_events_inc_archive
8679.  preventive_health_client_events_restricted_inc_archive
8680.  price_engine_inc_archive
8681.  price_portal_change_log_inc_archive
8682.  price_portal_events_inc_archive
8683.  primary_email_migration_inc_archive
8684.  primary_funding_source_change_inc_archive
8685.  primary_profile_plus_onboarding_actions_inc_archive
8686.  prisk_approved_refunds_inc_archive
8687.  prisk_control_group_history_inc_archive
8688.  prisk_dynamic_friction_inc_archive
8689.  prisk_features_inc_archive
8690.  prisk_general_logging_inc_archive
8691.  prisk_infra_reliability_inc_archive
8692.  prisk_manual_review_inc_archive
8693.  prisk_p2p_dynamic_friction_experiment_inc_archive
8694.  prisk_pay_restrictions_history_inc_archive
8695.  prisk_restriction_history_inc_archive
8696.  prisk_spend_cap_action_history_inc_archive
8697.  prisk_transaction_enforcement_inc_archive
8698.  prisk_transaction_labels_inc_archive
8699.  prism_client_inc_archive
8700.  privacy_actions_legacy_inc_archive
8701.  privacy_adoption_detector_unittest_inc_archive
8702.  privacy_block_ui_inc_archive
8703.  privacy_boolean_setting_changes_inc_archive
8704.  privacy_center_inc_archive
8705.  privacy_checkup_event_inc_archive
8706.  privacy_checkup_mobile_inc_archive
8707.  privacy_checkup_reminder_schedule_notif_base2
8708.  privacy_checkup_topic_interactions_base2
8709.  privacy_comparator_debug_dev_inc_archive
8710.  privacy_comparator_debug_inc_archive
8711.  privacy_control_changes_inc_archive
8712.  privacy_coverage_assessment_history_inc_archive
8713.  privacy_coverage_assessment_launch_blocking_event_inc_archive
8714.  privacy_coverage_diff_time_evidence_verification_results_inc_archive
8715.  privacy_coverage_events_inc_archive
8716.  privacy_coverage_recommendation_for_gk_developer_selections_inc_archive
8717.  privacy_failed_invalidations_checks_inc_archive
8718.  privacy_flow_triggers_fb_inc_archive

8719. privacy_hub_feedback_inc_archive
8720. privacy_mutation_token_validation_inc_archive
8721. privacy_notification_interstitial_actions_inc_archive
8722. privacy_policy_notice_legal_fb_inc_archive
8723. privacy_promotion_inc_archive
8724. privacy_regression_detection_evidenvce_verifier_actions_inc_archive
8725. privacy_review_core_event_inc_archive
8726. privacy_selector_saved_custom_loading_inc_archive
8727. privacy_setting_changes_inc_archive
8728. privacy_settings_inc_archive
8729. privacy_shortcuts_inc_archive
8730. privacy_value_scrape_logger_inc_archive
8731. privacy_verification_feature_analysis_inc_archive
8732. privacy_warning_message_content_inc_archive
8733. private_gallery_actions_inc_archive
8734. pro_tip_inc_archive
8735. proactively_memorialized_profiles_inc_archive
8736. producer_experiment_data_inc_archive
8737. producer_experiment_object_id_to_qe_params_inc_archive
8738. product_ads_event_stats_inc_archive
8739. product_cali_features_dev_inc_archive
8740. product_cali_features_inc_archive
8741. product_catalog_base2
8742. product_catalog_business_events_inc_archive
8743. product_discount_offer_exceptions_inc_archive
8744. product_engagement_data_interface_inc_archive
8745. product_engagement_ui_lever_interactions_inc_archive
8746. product_engagment_user_interaction_filter_inc_archive
8747. product_event_api_inc_archive
8748. product_feed_events_inc_archive
8749. product_feed_rules_inc_archive
8750. product_graph_api_inc_archive
8751. product_integrity_gating_blocking_events_inc_archive
8752. product_item_capability_inc_archive
8753. product_item_inventory_inc_archive
8754. product_item_price_from_signal_inc_archive
8755. product_knowledge_graph_events_inc_archive
8756. product_match_gestalt_input_inc_archive
8757. product_recommendation_inc_archive
8758. product_recommendation_unmatched_inc_archive
8759. product_recommendations_debugger_sampled_inc_archive
8760. product_sell_on_facebook_quantity_inc_archive
8761. product_set_capability_migration_inc_archive
8762. product_set_stat_event_inc_archive
8763. product_stats_inc_archive
8764. product_tagging_buyer_inc_archive
8765. product_tagging_creation_apux_inc_archive
8766. product_tagging_creator_inc_archive
8767. product_tagging_matcher_inc_archive
8768. product_text_liquidity_test_inc_archive
8769. production_safety_debug_inc_archive

Highly Confidential – Attorneys' Eyes Only

8770.  products_with_location_offers_product_recommender_inc_archive
8771.  prof_raters_adsonly_bakeoff_inc_archive
8772.  prof_raters_adsonly_inc_archive
8773.  profile_account_name_change_inc_archive
8774.  profile_ad_mutation_inc_archive
8775.  profile_admin_invite_inc_archive
8776.  profile_approval_request_inc_archive
8777.  profile_cover_stock_media_inc_archive
8778.  profile_curation_dating_inc_archive
8779.  profile_curation_event_inc_archive
8780.  profile_curation_inc_archive
8781.  profile_dating_landing_page_inc_archive
8782.  profile_discovery_actions_inc_archive
8783.  profile_discovery_intents_inc_archive
8784.  profile_edit_inc_archive
8785.  profile_engagement_dating_inc_archive
8786.  profile_engagement_dating_restricted_inc_archive
8787.  profile_engagement_events_inc_archive
8788.  profile_engagement_inc_archive
8789.  profile_featured_albums_android_actions_inc_archive
8790.  profile_featured_albums_ios_actions_inc_archive
8791.  profile_featured_albums_mutations_inc_archive
8792.  profile_field_failures_inc_archive
8793.  profile_frame_discovery_actions_inc_archive
8794.  profile_frame_discovery_inc_archive
8795.  profile_high_quality_visit_inc_archive
8796.  profile_inference_inc_archive
8797.  profile_info_publications_inc_archive
8798.  profile_integrity_dating_inc_archive
8799.  profile_intro_card_inc_archive
8800.  profile_media_frontend_update_flow_inc_archive
8801.  profile_mentions_impressions_inc_archive
8802.  profile_native_name_inc_archive
8803.  profile_photo_actions_inc_archive
8804.  profile_picture_overlay_inc_archive
8805.  profile_picture_upload_inc_archive
8806.  profile_pinned_feature_base2
8807.  profile_pinned_music_inc_archive
8808.  profile_plus_admin_activities_inc_archive
8809.  profile_plus_admin_content_creation_metrics_inc_archive
8810.  profile_plus_ads_exceptions_inc_archive
8811.  profile_plus_aymt_cpn_quota_inc_archive
8812.  profile_plus_boost_events_inc_archive
8813.  profile_plus_creation_events_inc_archive
8814.  profile_plus_creation_exposures_inc_archive
8815.  profile_plus_cross_profile_notification_inc_archive
8816.  profile_plus_custom_audience_engagement_events_inc_archive
8817.  profile_plus_follows_inc_archive
8818.  profile_plus_forced_transition_start_time_v2_inc_archive
8819.  profile_plus_inbox_inc_archive
8820.  profile_plus_inbox_inc_archive

Highly Confidential – Attorneys' Eyes Only

8821.   profile_plus_insights_events_inc_archive
8822.   profile_plus_insights_mobile_exception_inc_archive
8823.   profile_plus_logging_validation_inc_archive
8824.   profile_plus_message_events_inc_archive
8825.   profile_plus_php_fatals_inc_archive
8826.   profile_plus_platform_voice_separation_inc_archive
8827.   profile_plus_professional_dashboard_events_inc_archive
8828.   profile_plus_qp_prompts_client_events_inc_archive
8829.   profile_plus_rollback_survey_inc_archive
8830.   profile_plus_shadow_ad_test_inc_archive
8831.   profile_plus_story_invalidations_inc_archive
8832.   profile_plus_to_page_double_write_consistency_inc_archive
8833.   profile_plus_transition_data_consistency_inc_archive
8834.   profile_plus_transition_data_migration_inc_archive
8835.   profile_plus_transition_double_write_inc_archive
8836.   profile_plus_transition_eligibility_inc_archive
8837.   profile_plus_transition_eligibility_unittest_inc_archive
8838.   profile_plus_transition_ent_history_inc_archive
8839.   profile_plus_transition_flows_inc_archive
8840.   profile_plus_viewer_context_creation_inc_archive
8841.   profile_prompt_conversions_inc_archive
8842.   profile_prompt_inc_archive
8843.   profile_ranked_comments_migration_inc_archive
8844.   profile_refresher_prompt_conversion_prediction_loop_examples_inc_archive
8845.   profile_selling_debug_inc_archive
8846.   profile_selling_trigger_events_inc_archive
8847.   profile_sharing_entrypoint_inc_archive
8848.   profile_sharing_profile_landing_inc_archive
8849.   profile_timeline_ui_inc_archive
8850.   profile_video_actions_inc_archive
8851.   profile_video_android_frontend_actions_inc_archive
8852.   profile_video_android_frontend_cta_actions_inc_archive
8853.   profile_video_frontend_actions_inc_archive
8854.   profile_visit_page_impression_analysis_inc_archive
8855.   profile_vpvd_inc_archive
8856.   profile_vpvd_photos_only_inc_archive
8857.   profile_wizard_logger_inc_archive
8858.   profilish_merge_logger_inc_archive
8859.   program_contact_form_info_inc_archive
8860.   program_membership_events_inc_archive
8861.   programs_channel_inc_archive
8862.   progressive_video_urls_inc_archive
8863.   promotion_animations_inc_archive
8864.   promotion_collisions_inc_archive
8865.   prompts_ranker_returned_candidates_inc_archive
8866.   prompts_suggestifier_feature_samples_inc_archive
8867.   prompts_suggestifier_latency_recorder_inc_archive
8868.   prompts_suggestifier_scored_candidates_inc_archive
8869.   prompts_usage_features_laser_reads_inc_archive
8870.   prompts_usage_realtime_decay_large_inc_archive
8871.   prompts_usage_realtime_event_time_inc_archive

8872. prompts_usage_realtime_large_inc_archive
8873. pronunciation_learning_service_inc_archive
8874. propagated_block_event_inc_archive
8875. propagated_block_event_inc_archive
8876. property_based_audience_edit_history_inc_archive
8877. property_engine_property_failures_inc_archive
8878. prospect_client_event_inc_archive
8879. prospector_waterfall_sampled_by_user_inc_archive
8880. protected_mode_logs_inc_archive
8881. protected_mode_source_inc_archive
8882. proxy_with_permitted_users_mutations_inc_archive
8883. proxy_with_permitted_users_mutations_unittest_inc_archive
8884. proxymonitor_inc_archive
8885. pso_agent_restriction_inc_archive
8886. ptvc_creation_details_inc_archive
8887. ptx_exception_inc_archive
8888. ptx_migration_time_spent_active_users_stg_inc_archive
8889. pub_x_brand_safety_visibility_inc_archive
8890. pubcontent_deleted_objects_inc_archive
8891. pubcontent_domain_feedback_inc_archive
8892. pubcontent_fbvideo_chaining_events_inc_archive
8893. pubcontent_offers_features_inc_archive
8894. pubcontent_pyml_ego_inc_archive
8895. public_connections_notif_book_keeper_inc_archive
8896. public_connections_notif_delivery_inc_archive
8897. public_connections_notif_jewel_inc_archive
8898. public_content_page_evaluation_inc_archive
8899. public_content_pyml_best_edges_inc_archive
8900. public_convos_comment_voting_inc_archive
8901. public_entity_feed_learning_examples_inc_archive
8902. public_entity_follower_metadata_base2
8903. public_entity_outgoing_connections_inc_archive
8904. public_entity_post_like_events_inc_archive
8905. public_entity_profile_feed_waterfall_stories_v2_inc_archive
8906. public_entity_suggestion_features_inc_archive
8907. public_figure_mention_inc_archive
8908. public_post_privacy_settings_inc_archive
8909. publickey_err_logging_inc_archive
8910. publickey_events_inc_archive
8911. published_ad_draft_fragments_inc_archive
8912. publisher_brand_assets_inc_archive
8913. publisher_error_details_inc_archive
8914. publisher_trust_indicators_inc_archive
8915. pubtool_targeting_tool_post_generation_inc_archive
8916. puma_ui_actions_inc_archive
8917. purplejade_ui_logs_inc_archive
8918. push_badge_counts_inc_archive
8919. push_deduplication_inc_archive
8920. push_notif_decryption_inc_archive
8921. push_notif_sync_table_inc_archive
8922. push_notification_cursor_backlog_inc_archive

Highly Confidential – Attorneys' Eyes Only

8923.   push_notification_events_inc_archive
8924.   push_notification_feedback_view_displayed_inc_archive
8925.   push_notification_priming_inc_archive
8926.   push_ranking_debug_inc_archive
8927.   push_reg_fail_hive_inc_archive
8928.   push_reg_server_inc_archive
8929.   push_reg_server_initial_status_inc_archive
8930.   push_reg_status_inc_archive
8931.   push_text_hashes_inc_archive
8932.   push_token_events_logger_inc_archive
8933.   push_token_register_inc_archive
8934.   push_token_reliability_inc_archive
8935.   pvd_location_updates_inc_archive
8936.   pvd_segmentation_features_inc_archive
8937.   pvd_segmentation_laser_ds_inc_archive
8938.   pvd_visit_loc_update_segmentation_inc_archive
8939.   pvrankingdebug_table_inc_archive
8940.   pyma_events_inc_archive
8941.   pymi_candidate_features_inc_archive
8942.   pymi_latency_inc_archive
8943.   pymk_addressbook_direct_matcher_inc_archive
8944.   pymk_addressbook_reverse_matcher_inc_archive
8945.   pymk_backend_feature_conversion_data_inc_archive
8946.   pymk_backend_feature_data_passed_main_stage_inc_archive
8947.   pymk_backend_feature_data_second_stage_inc_archive
8948.   pymk_backend_features_inc_archive
8949.   pymk_backend_interaction_history_inc_archive
8950.   pymk_backend_score_waterfall_inc_archive
8951.   pymk_bucket_inc_archive
8952.   pymk_candidates_fetcher_inc_archive
8953.   pymk_card_text_truncated_inc_archive
8954.   pymk_closeness_model_score_logger_inc_archive
8955.   pymk_combined_tailer_hive_inc_archive
8956.   pymk_contacts_direct_import_candidates_inc_archive
8957.   pymk_contacts_reverse_import_candidates_inc_archive
8958.   pymk_delivery_privacy_filter_inc_archive
8959.   pymk_delivery_ranking_inc_archive
8960.   pymk_early_stage_bypass_feature_inc_archive
8961.   pymk_experiment_debug_information_inc_archive
8962.   pymk_first_edges_inc_archive
8963.   pymk_frontend_features_inc_archive
8964.   pymk_frx_inc_archive
8965.   pymk_generation_frontend_change_inc_archive
8966.   pymk_id2id_features_inc_archive
8967.   pymk_instagram_follow_inc_archive
8968.   pymk_leaf_bypass_inc_archive
8969.   pymk_likely_deceased_filter_inc_archive
8970.   pymk_likely_deceased_filter_inc_archive
8971.   pymk_limit_rule_fetcher_inc_archive
8972.   pymk_list_fetch_inc_archive
8973.   pymk_minor_to_confirmed_iic_filter_inc_archive

Highly Confidential – Attorneys' Eyes Only

8974.  pymk_ocis_filtering_inc_archive
8975.  pymk_perf_stats_inc_archive
8976.  pymk_retrieval_stage_training_data_inc_archive
8977.  pymk_scheduler_inc_archive
8978.  pymk_seed_percent_obfuscation_inc_archive
8979.  pymk_shared_device_candidates_inc_archive
8980.  pymk_source_agg_inc_archive
8981.  pymk_training_data_impressions1_inc_archive
8982.  pymk_users_who_shared_contact_points_inc_archive
8983.  pymk_waterfall_inc_archive
8984.  pyml_chaining_empty_results_inc_archive
8985.  pyml_pacer_monitor_inc_archive
8986.  pyml_precompute_inc_archive
8987.  pyml_profile_follow_actions_inc_archive
8988.  qe2_power_search_logs_inc_archive
8989.  qe2_ui_users_inc_archive
8990.  qms_edit_logger_inc_archive
8991.  qms_logger_inc_archive
8992.  qms_view_logger_inc_archive
8993.  qp_auction_stories_pacing_stats_inc_archive
8994.  qp_composite_pacer_debug_inc_archive
8995.  qp_configuration_flow_funnel_inc_archive
8996.  qp_counters_inc_archive
8997.  qp_newsie_waterfall_inc_archive
8998.  qp_notif_delivery_failure_inc_archive
8999.  qp_notification_debug_inc_archive
9000.  qp_notification_groups_mall_landing_inc_archive
9001.  qp_offsite_notif_debug_inc_archive
9002.  qp_pacer_debug_inc_archive
9003.  qp_promotional_unit_pacing_stat_inc_archive
9004.  qp_surface_eligibility_cache_inc_archive
9005.  qp_tally_counter_monitoring_inc_archive
9006.  qpl_metrics_adsmanager_inc_archive
9007.  qpl_metrics_inc_archive
9008.  qpl_metrics_messenger_restricted_inc_archive
9009.  qpl_metrics_rcs_inc_archive
9010.  qpl_metrics_search_inc_archive
9011.  qr_action_inc_archive
9012.  qrcode_event_inc_archive
9013.  qrcode_lookup_inc_archive
9014.  qrcode_uri_inc_archive
9015.  qrt_afrequest_model_data_for_test_inc_archive
9016.  qrt_afrequest_model_data_for_test_prediction_inc_archive
9017.  qrt_afrequest_model_data_inc_archive
9018.  qrt_blackout_events_inc_archive
9019.  qrt_launch_proposal_result_inc_archive
9020.  qrt_test_inc_archive
9021.  qrt_unified_aggregator_client_request_inc_archive
9022.  qrt_visualizer2_events_inc_archive
9023.  quality_change_inc_archive
9024.  quality_dashboard_inc_archive

Highly Confidential – Attorneys' Eyes Only

9025.   quarkz_enqueue_jobs_run_events_inc_archive
9026.   quarkz_gluon_subflow_event_inc_archive
9027.   quarkz_workflow_dag_structures_inc_archive
9028.   quarkz_workflow_events_inc_archive
9029.   quartz_queries_to_tables_inc_archive
9030.   query_post_attachments_callers_inc_archive
9031.   questionnaire_record_base2
9032.   quick_experiment_exposures_inc_archive
9033.   quick_experiment_graph_members_get_inc_archive
9034.   quick_friending_contact_uploading_inc_archive
9035.   quick_friending_education_inc_archive
9036.   quick_friending_karma_limit_inc_archive
9037.   quick_invite_inc_archive
9038.   quick_promotion_candidate_events_inc_archive
9039.   quick_promotion_client_events_details_inc_archive
9040.   quick_promotion_client_events_inc_archive
9041.   quick_promotion_conversion_events_inc_archive
9042.   quick_promotion_conversion_events_realtime_inc_archive
9043.   quick_promotion_debug_conversion_inc_archive
9044.   quick_promotion_debug_surface_experiments_inc_archive
9045.   quick_promotion_ent_history_inc_archive
9046.   quick_promotion_exception_inc_archive
9047.   quick_promotion_fb_conversion_events_inc_archive
9048.   quick_promotion_fb_possible_conversion_events_inc_archive
9049.   quick_promotion_field_experiment_inc_archive
9050.   quick_promotion_filtered_ads_imps_annotated_inc_archive
9051.   quick_promotion_flex_audience_debug_inc_archive
9052.   quick_promotion_flex_audience_filter_inc_archive
9053.   quick_promotion_flex_audience_insights_fb_inc_archive
9054.   quick_promotion_ranker_inc_archive
9055.   quick_promotion_ranking_label_inc_archive
9056.   quick_promotion_smart_targeting_debug_inc_archive
9057.   quicksilver_custom_updates_inc_archive
9058.   quicksilver_event_result_mobile_inc_archive
9059.   quilt_user_activity_inc_archive
9060.   raas_bulletin_content_recs_features_inc_archive
9061.   raas_bulletin_publication_recs_features_inc_archive
9062.   raas_camera_effect_feature_vectors_inc_archive
9063.   raas_compass_learning_feature_vectors_inc_archive
9064.   raas_conversation_guide_learning_examples_fbjoiner_inc_archive
9065.   raas_conversation_guide_picker_features_inc_archive
9066.   raas_conversation_guide_reshare_features_inc_archive
9067.   raas_eyml_features_inc_archive
9068.   raas_fb_reels_prospector_training_inc_archive
9069.   raas_gaming_feed_optimized_load_features_inc_archive
9070.   raas_gysj_features_inc_archive
9071.   raas_ifr_prospector_training_inc_archive
9072.   raas_infeed_guide_learning_examples_fbjoiner_inc_archive
9073.   raas_neighborhoods_features_inc_archive
9074.   raas_request_cost_inc_archive
9075.   raas_sptf_feature_logging_inc_archive

Highly Confidential – Attorneys' Eyes Only

9076. rainbow_client_inc_archive
9077. raised_hands_queue_inc_archive
9078. rake_platform_inc_archive
9079. ralligator_log_latency_inc_archive
9080. ralligator_state_summary_inc_archive
9081. ranked_comment_actions_inc_archive
9082. ranking_group_thread_creation_latency_inc_archive
9083. ranking_vpv_loss_inc_archive
9084. raptor_dashboard_log_inc_archive
9085. ras_hec_certification_inc_archive
9086. rate_limit_dashboard_activity_inc_archive
9087. raw_comments_time_spent_intervals_inc_archive
9088. raw_training_location_history_inc_archive
9089. rc_test_tao_proactive_logging_assoc_async_inc_archive
9090. rc_test_tao_proactive_logging_assoc_nonasync_inc_archive
9091. rc_test_tao_proactive_logging_fbobj_async_inc_archive
9092. rc_test_tao_proactive_logging_fbobj_nonasync_inc_archive
9093. rcc_sanctions_screening_logs_inc_archive
9094. rdx_encoding_metrics_inc_archive
9095. reach_estimate_rate_limit_inc_archive
9096. reach_estimate_transparency_inc_archive
9097. reach_frequency_campaign_run_status_change_inc_archive
9098. reach_frequency_prediction_inc_archive
9099. reach_frequency_waterfall_inc_archive
9100. react_composer_nested_action_dispatch_inc_archive
9101. react_native_update_graphapi_inc_archive
9102. reaction_mutation_error_inc_archive
9103. reaction_reliability_debugging_inc_archive
9104. reactions_avatar_list_inc_archive
9105. read_state_fetch_result_inc_archive
9106. readstate_posts_connections_inc_archive
9107. readstate_vpvs_inc_archive
9108. realtime_device_subscription_events_inc_archive
9109. realtime_entity_presence_inc_archive
9110. realtime_events_actions_data_dap_inc_archive
9111. realtime_integrity_errors_www_inc_archive
9112. realtime_location_spoofing_detection_features_fb_inc_archive
9113. realtime_location_spoofing_scores_fb_inc_archive
9114. realtime_message_richmedia_latency_inc_archive
9115. realtime_proxy_detection_v2_features_inc_archive
9116. realtime_session_message_inc_archive
9117. realtime_watch_wt_inc_archive
9118. reauthentication_events_inc_archive
9119. recagg_pselect_examples_watch_v5_inc_archive
9120. recagg_pselect_training_data_vc_inc_archive
9121. recent_search_ranking_inc_archive
9122. recommendation_service_request_cost_inc_archive
9123. recommendation_views_inc_archive
9124. recreate_graph_explorer_session_usage_inc_archive
9125. red_monitoring_inc_archive
9126. redirect_stack_inc_archive

Highly Confidential – Attorneys' Eyes Only

9127. redirect_to_app_upsells_inc_archive
9128. redirect_uri_validator_inc_archive
9129. rediscovery_ad_inc_archive
9130. reference_misuse_check_inc_archive
9131. refresh_ad_channel_logger_inc_archive
9132. refresher_profile_prompt_failure_reason_inc_archive
9133. reg_logout_events_inc_archive
9134. reg_retail_assist_inc_archive
9135. reg_si_inc_archive
9136. region_selection_client_events_inc_archive
9137. registration_exceptions_inc_archive
9138. registration_performance_inc_archive
9139. regrettable_reshare_warning_events_inc_archive
9140. rejections_and_appeals_general_logging_inc_archive
9141. related_ads_generation_multi_signal_dev_inc_archive
9142. related_ads_generation_multi_signal_inc_archive
9143. related_ads_request_generation_dev_inc_archive
9144. related_ads_request_generation_inc_archive
9145. related_ads_storage_dev_inc_archive
9146. related_ads_storage_inc_archive
9147. related_ads_up2x_signal_read_inc_archive
9148. related_ads_up2x_signal_write_dev_inc_archive
9149. related_ads_up2x_signal_write_inc_archive
9150. related_ads_user_clicked_feeds_storage_inc_archive
9151. related_group_hscroll_common_events_inc_archive
9152. related_search_request_inc_archive
9153. relevance_retrieval_commerce_inc_archive
9154. remarketing_optout_inc_archive
9155. remediation_dispatch_inc_archive
9156. remediation_events_inc_archive
9157. reminder_ad_inc_archive
9158. remote_presence_avatar_profile_picture_inc_archive
9159. rep_x_ads_inc_archive
9160. rep_x_ads_public_inc_archive
9161. repeat_offender_platform_event_inc_archive
9162. reply_reminders_eligiblity_inc_archive
9163. report_builder_events_inc_archive
9164. report_builder_events_unittest_inc_archive
9165. report_builder_query_inc_archive
9166. report_conversation_creation_inc_archive
9167. report_dpa_model_inc_archive
9168. report_home_feed_model_inc_archive
9169. report_home_mobile_feed_model_inc_archive
9170. report_mobile_feed_model_inc_archive
9171. report_over_hide_pa_model_inc_archive
9172. report_pa_model_evt_based_inc_archive
9173. report_post_to_admin_without_frx_inc_archive
9174. report_processor_temp_inc_archive
9175. request_additional_evidence_log_inc_archive
9176. request_aggregator_pymk_inc_archive
9177. request_leaf_pymk_inc_archive

9178.    request_with_duplicate_parameters_inc_archive
9179.    research_poll_exposure_invalidation_inc_archive
9180.    research_poll_impressions_inc_archive
9181.    reshare_education_inc_archive
9182.    reshare_warning_events_inc_archive
9183.    reshares_consumption_inc_archive
9184.    reshares_error_debugger_inc_archive
9185.    reshares_production_inc_archive
9186.    resource_center_detail_page_inc_archive
9187.    resource_isolation_policy_inc_archive
9188.    rest_api_methods_fb_apps_inc_archive
9189.    restaurants_discovery_inc_archive
9190.    result_page_actions_inc_archive
9191.    resurrected_account_state_inc_archive
9192.    resurrection_attempts_inc_archive
9193.    retention_predictor_inc_archive
9194.    retrieval_stage_debugging_sample_inc_archive
9195.    revenue_permission_logging_inc_archive
9196.    review_consumption_inc_archive
9197.    review_production_inc_archive
9198.    review_tag_monitor_inc_archive
9199.    reviews_feedback_inc_archive
9200.    rex_comment_funnel_inc_archive
9201.    rex_cu_feedback_inc_archive
9202.    rex_duplicated_post_inc_archive
9203.    rex_page_burst_attack_event_inc_archive
9204.    rex_perf_inc_archive
9205.    rex_surface_events_inc_archive
9206.    rf_organic_bid_ratio_inc_archive
9207.    rhc_ads_waterfall_inc_archive
9208.    ri_demotion_inc_archive
9209.    rice_offline_inc_archive
9210.    rich_media_msg_send_inc_archive
9211.    rich_media_msg_send_summary_inc_archive
9212.    rich_text_fbt_inc_archive
9213.    rico_log_inc_archive
9214.    ridge_copyright_signal_processor_inc_archive
9215.    riggy_events_inc_archive
9216.    rights_broadcasting_inc_archive
9217.    rights_holder_copyright_manual_actions_inc_archive
9218.    rights_manager_a17_compliance_inc_archive
9219.    rights_manager_attribution_events_inc_archive
9220.    rights_manager_attribution_tab_events_inc_archive
9221.    rights_manager_audio_threshold_reduction_inc_archive
9222.    rights_manager_bulk_actions_inc_archive
9223.    rights_manager_common_asset_bank_tracker_inc_archive
9224.    rights_manager_composition_matching_service_inc_archive
9225.    rights_manager_data_export_inc_archive
9226.    rights_manager_degraded_service_inc_archive
9227.    rights_manager_dispute_status_inc_archive
9228.    rights_manager_insights_apis_inc_archive

Highly Confidential – Attorneys' Eyes Only

9229.  rights_manager_insights_match_action_inc_archive
9230.  rights_manager_insights_protection_shadow_inc_archive
9231.  rights_manager_insights_ui_inc_archive
9232.  rights_manager_matched_asset_inc_archive
9233.  rights_manager_monetization_growth_inc_archive
9234.  rights_manager_monetization_inc_archive
9235.  rights_manager_music_cae_test_e2e_inc_archive
9236.  rights_manager_muting_interface_inc_archive
9237.  rights_manager_product_usage_inc_archive
9238.  rights_manager_request_monitor_inc_archive
9239.  rights_manager_settings_inc_archive
9240.  rights_manager_smr_framework_inc_archive
9241.  rights_manager_support_inbox_inc_archive
9242.  rithin_test_gametime_page_impressions_event_time_ingested_inc_archive
9243.  rm_device_quality_inc_archive
9244.  rm_instream_insertion_inc_archive
9245.  rm_music_monetization_claim_type_inc_archive
9246.  roas_consolidated_neko_value_model_inc_archive
9247.  roas_consolidated_web_value_model_inc_archive
9248.  roas_neko_model_inc_archive
9249.  roas_neko_value_model_inc_archive
9250.  roas_offsite_conversion_model_inc_archive
9251.  roas_offsite_conversion_value_model_ba_feature_only_inc_archive
9252.  roas_offsite_conversion_value_model_inc_archive
9253.  roas_offsite_engagement_model_inc_archive
9254.  roas_offsite_engagement_value_model_inc_archive
9255.  robots_txt_access_inc_archive
9256.  rodeo_activity_inc_archive
9257.  rollback_engine_inc_archive
9258.  rooms_chat_user_actions_inc_archive
9259.  rooms_creation_server_events_restricted_inc_archive
9260.  rooms_debug_inc_archive
9261.  rooms_experiences_events_inc_archive
9262.  rooms_experiences_events_restricted_inc_archive
9263.  rooms_fb_in_call_events_inc_archive
9264.  rooms_integrity_events_inc_archive
9265.  rooms_join_connection_events_inc_archive
9266.  rooms_join_connection_events_restricted_inc_archive
9267.  rooms_join_uri_generation_inc_archive
9268.  rooms_metrics_inc_archive
9269.  rooms_platform_events_inc_archive
9270.  rooms_rate_limit_decisions_inc_archive
9271.  rooms_rate_limit_decisions_unittest_inc_archive
9272.  rooms_tray_huddle_events_inc_archive
9273.  rooms_user_actions_inc_archive
9274.  rp_call_dive_usage_inc_archive
9275.  rp_client_errors_table_inc_archive
9276.  rp_client_reliability_events_inc_archive
9277.  rp_clock_sync_log_inc_archive
9278.  rp_discovery_events_inc_archive
9279.  rp_experimentation_workflow_inc_archive

Highly Confidential – Attorneys' Eyes Only

9280. rp_waiting_room_inc_archive
9281. rp_web_infra_actions_inc_archive
9282. rp_web_infra_actions_unittest_inc_archive
9283. rp_web_media_actions_inc_archive
9284. rsr_add_caps_to_vc_potential_sites_inc_archive
9285. rsvp_post_click_cvr_home_feed_optout_model_inc_archive
9286. rsvp_post_click_cvr_mbl_feed_optout_model_inc_archive
9287. rt_result_page_sessions_inc_archive
9288. rt_search_clicks_inc_archive
9289. rt_serp_clicks_inc_archive
9290. rt_video_search_keyword_session_inc_archive
9291. rtc_active_drawer_open_hive_inc_archive
9292. rtc_application_death_events_inc_archive
9293. rtc_avatar_call_actions_inc_archive
9294. rtc_call_action_debug_inc_archive
9295. rtc_call_action_inc_archive
9296. rtc_call_surface_inc_archive
9297. rtc_client_call_summary_debug_events_inc_archive
9298. rtc_client_call_summary_events_inc_archive
9299. rtc_client_platform_perf_inc_archive
9300. rtc_client_session_summary_inc_archive
9301. rtc_client_signaling_reliability_inc_archive
9302. rtc_client_tslog_batch_inc_archive
9303. rtc_client_tslog_inc_archive
9304. rtc_cowatch_start_hive_inc_archive
9305. rtc_effect_gallery_actions_inc_archive
9306. rtc_effect_impression_inc_archive
9307. rtc_end_call_survey_events_inc_archive
9308. rtc_floor_control_inc_archive
9309. rtc_legacy_client_infra_actions_inc_archive
9310. rtc_ls_task_handler_error_inc_archive
9311. rtc_marketplace_call_button_impression_inc_archive
9312. rtc_noise_benchmark_data_inc_archive
9313. rtc_overlayconfig_inc_archive
9314. rtc_product_connect_funnel_inc_archive
9315. rtc_product_precall_action_inc_archive
9316. rtc_room_join_session_inc_archive
9317. rtc_snapshots_inc_archive
9318. rtc_star_rating_events_inc_archive
9319. rtc_web_overflow_menu_actions_inc_archive
9320. rtc_web_user_actions_inc_archive
9321. rti_client_presence_events_inc_archive
9322. rti_widget_framework_performance_inc_archive
9323. rto_center_inc_archive
9324. rto_compliance_ccure_sync_inc_archive
9325. rto_compliance_inc_archive
9326. rtv_sparse_contents_vpvs_inc_archive
9327. rule_engine_inc_archive
9328. runtime_permission_request_inc_archive
9329. s168413_follow_up_inc_archive
9330. s_case_srt_job_creation_failure_inc_archive

Highly Confidential – Attorneys' Eyes Only

9331. safety_center_bullying_inc_archive
9332. safety_escalation_event_inc_archive
9333. safety_iic_negative_feedback_inc_archive
9334. safety_net_registration_raw_inc_archive
9335. safety_pages_logging_inc_archive
9336. safety_vendor_cf_inc_archive
9337. safr_content_api_inc_archive
9338. safr_dynamic_api_inc_archive
9339. safr_dynamic_ui_platform_calls_inc_archive
9340. safr_exceptions_inc_archive
9341. sale_group_summary_waterfall_inc_archive
9342. sales_platform_debugging_inc_archive
9343. sales_promo_debug_inc_archive
9344. sales_promo_events_inc_archive
9345. sales_promo_photo_viewer_inc_archive
9346. salesforce_sync_inc_archive
9347. sampled2_ad_metrics_conversions_inc_archive
9348. sampled2_scribeh_ad_aggregated_imps_annotated_inc_archive
9349. sampled2_scribeh_ad_clicks_annotated_inc_archive
9350. sampled2_scribeh_ad_events_annotated_inc_archive
9351. sampled_access_tokens_inc_archive
9352. sampled_access_tokens_inc_archive
9353. sandcastle_ide_start_inc_archive
9354. sandwich_survey_funnel_events_inc_archive
9355. sap_set_default_targeting_inc_archive
9356. satp_generation_service_inc_archive
9357. save_endpoint_mutation_performance_dev_inc_archive
9358. save_endpoint_mutation_performance_inc_archive
9359. save_events_inc_archive
9360. save_performance_inc_archive
9361. save_search_inc_archive
9362. saved_lists_events_inc_archive
9363. saved_object_action_inc_archive
9364. sbg_boost_up_qe_debug_inc_archive
9365. sbg_campaign_optimization_inc_archive
9366. sbg_contact_form_router_props_inc_archive
9367. sbg_coupon_info_inc_archive
9368. sbg_engagement_channel_availability_debug_inc_archive
9369. sbg_engagement_cms_check_inc_archive
9370. sbg_engagement_inc_archive
9371. sbg_program_assignment_inc_archive
9372. sbg_program_lead_gen_inc_archive
9373. sbg_program_rules_inc_archive
9374. sbg_surface_impression_inc_archive
9375. sbs_partnership_lead_form_submission_inc_archive
9376. sc_admin_inc_archive
9377. sc_audio_messages_inc_archive
9378. sc_safety_unwanted_messaging_inc_archive
9379. schedule_shop_pay_operation_inc_archive
9380. scheduled_deletion_daily_jobs_v2_inc_archive
9381. scheduled_deletion_history_inc_archive

Highly Confidential – Attorneys' Eyes Only

9382.  scheduled_rules_async_engine_inc_archive
9383.  scheduled_rules_execution_inc_archive
9384.  scheduled_tab_user_interactions_inc_archive
9385.  scheduling_x_push_email_experiment_events_inc_archive
9386.  scheduling_x_ranking_experiment_events_inc_archive
9387.  scheduling_x_ranking_exploration_events_inc_archive
9388.  scp_event_inc_archive
9389.  scraping_for_2940_base2
9390.  scuba_ui_queries_inc_archive
9391.  scx_activity_inc_archive
9392.  sdi_clustering_recall_inc_archive
9393.  sdi_privacy_debug2_inc_archive
9394.  sdi_retroaction_action_debug_inc_archive
9395.  sdr_chatbot_inc_archive
9396.  sdr_insights_engine_inc_archive
9397.  search_activity_log_delete_events_inc_archive
9398.  search_ad_story_info_inc_archive
9399.  search_ads_backend_fetch_inc_archive
9400.  search_ads_backend_requests_inc_archive
9401.  search_ads_blend_ads_inc_archive
9402.  search_apollo_experiments_inc_archive
9403.  search_applications_requests_inc_archive
9404.  search_bootstrap_all_ids_inc_archive
9405.  search_bootstrap_graphql_inc_archive
9406.  search_bootstrap_inc_archive
9407.  search_bootstrap_subscription_update_events_inc_archive
9408.  search_browse_request_param_transformer_inc_archive
9409.  search_coclick_rt_computation_inc_archive
9410.  search_controls_actions_inc_archive
9411.  search_controls_rules_inc_archive
9412.  search_doc_age_prediction_features_inc_archive
9413.  search_downstream_inc_archive
9414.  search_dumbledore_render_mode_mismatch_inc_archive
9415.  search_encrypted_bqf_inc_archive
9416.  search_entry_points_integrity_logs_inc_archive
9417.  search_events_inc_archive
9418.  search_exp_summary_storage_inc_archive
9419.  search_explore_experiments_inc_archive
9420.  search_explore_topic_analysis_service_logger_inc_archive
9421.  search_filter_like_comment_clicks_inc_archive
9422.  search_filters_deep_dive_inc_archive
9423.  search_funnel_debug_inc_archive
9424.  search_funnel_time_adjustment_inc_archive
9425.  search_fuss_filtered_results_inc_archive
9426.  search_grammar_understanding_inc_archive
9427.  search_hcm_deep_dive_inc_archive
9428.  search_hcm_inc_archive
9429.  search_hcm_opportunity_analysis_inc_archive
9430.  search_history_calls_inc_archive
9431.  search_history_writer_inc_archive
9432.  search_independent_entity_modules_inc_archive

9433.   search_initiated_video_watch_time_view_xstream_inc_archive
9434.   search_input_page_events_inc_archive
9435.   search_log_proxy_events_inc_archive
9436.   search_logging_results_page_events_filtered_inc_archive
9437.   search_logging_results_page_events_inc_archive
9438.   search_logging_xstream_keys_inc_archive
9439.   search_logging_zippydb_usage_inc_archive
9440.   search_media_predictions_results_hive_inc_archive
9441.   search_media_triggering_flags_inc_archive
9442.   search_middle_tier_features_inc_archive
9443.   search_mobile_browse_results_inc_archive
9444.   search_mobile_pps_results_unified_inc_archive
9445.   search_mobile_result_vpv_inc_archive
9446.   search_module_configs_inc_archive
9447.   search_modules_trigger_inc_archive
9448.   search_nlp_etna_inc_archive
9449.   search_nlp_query_semantics_inc_archive
9450.   search_nlp_service_inc_archive
9451.   search_ordered_snippets_inc_archive
9452.   search_prefetch_inc_archive
9453.   search_privacy_dark_traffic_inc_archive
9454.   search_production_test_inc_archive
9455.   search_production_test_sampling_info_inc_archive
9456.   search_recency_param_compute_data_inc_archive
9457.   search_refinding_deep_dive_inc_archive
9458.   search_reformulations_deep_dive_inc_archive
9459.   search_result_viewer_v2_logger_inc_archive
9460.   search_results_page_error_logs_inc_archive
9461.   search_results_page_mobile_events_inc_archive
9462.   search_results_page_unit_data_inc_archive
9463.   search_results_ui_inc_archive
9464.   search_sequence_inc_archive
9465.   search_server_results_ordered_override_inc_archive
9466.   search_sessionizer_debug_inc_archive
9467.   search_signal_ifr_features_inc_archive
9468.   search_signal_ifr_features_v2_inc_archive
9469.   search_signal_ifr_sparse_features_eg_inc_archive
9470.   search_signal_ifr_sparse_features_inc_archive
9471.   search_signal_ifr_sparse_features_v2_inc_archive
9472.   search_snippets_platform_inc_archive
9473.   search_stories_inc_archive
9474.   search_tagged_topics_inc_archive
9475.   search_thrift_mutation_inc_archive
9476.   search_trending_time_spent_inc_archive
9477.   search_typeahead_client_perf_inc_archive
9478.   search_typeahead_global_inc_archive
9479.   search_typeahead_keyword_click_inc_archive
9480.   search_typeahead_keywords_candidates_inc_archive
9481.   search_unicorn_environment_inc_archive
9482.   search_unicorn_ranking_rich_query_inc_archive
9483.   search_unicorn_rich_query_inc_archive

9484.  search_user_interest_lu_stats_logger_inc_archive
9485.  search_video_watch_results_inc_archive
9486.  searchlight_looper_transactions_inc_archive
9487.  searchlight_notification_sends_inc_archive
9488.  searchlight_permission_token_checks_inc_archive
9489.  searchlight_transactions_inc_archive
9490.  sec_fetch_headers_inc_archive
9491.  secret_search_events_inc_archive
9492.  secure_message_over_wa_debug_inc_archive
9493.  secure_message_over_wa_thrift_service_error_inc_archive
9494.  secure_user_account_action_exceptions_inc_archive
9495.  secure_user_account_action_inc_archive
9496.  secured_action_experiment_inc_archive
9497.  secured_action_exterior_inc_archive
9498.  secured_action_validation_store_inc_archive
9499.  secured_business_session_inc_archive
9500.  security_checkup_inc_archive
9501.  security_csp_reports_inc_archive
9502.  security_duo_api_inc_archive
9503.  security_hub_ent_history_inc_archive
9504.  security_logs_itdr_inc_archive
9505.  security_phone_safeguard_oet_logger_inc_archive
9506.  security_setting_events_inc_archive
9507.  security_setting_session_event_inc_archive
9508.  security_settings_recommendations_inc_archive
9509.  seen_feed_events_inc_archive
9510.  seen_state_sync_cxp_events_inc_archive
9511.  seen_state_v3_viewer_assocs_inc_archive
9512.  seizmo_analysis_results_news_feed_inc_archive
9513.  seizmo_analysis_results_notifications_inc_archive
9514.  seizmo_analysis_results_reels_inc_archive
9515.  self_identified_hacked_inc_archive
9516.  seller_cc_media_impressions_inc_archive
9517.  seller_enforcement_appeals_logging_inc_archive
9518.  seller_experience_event_inc_archive
9519.  seller_inbox_inc_archive
9520.  seller_notification_inc_archive
9521.  seller_onboarding_operations_inc_archive
9522.  sem_campaign_click_inc_archive
9523.  sem_campaign_one_day_resurrection_inc_archive
9524.  sem_campaign_resurrection_inc_archive
9525.  sem_deep_link_inc_archive
9526.  sem_fb_pixel_fire_inc_archive
9527.  sem_kochava_landing_inc_archive
9528.  sem_ml_based_landing_feature_data_inc_archive
9529.  sem_ml_based_landing_prediction_data_inc_archive
9530.  sem_pixel_fire_inc_archive
9531.  sem_web_landing_inc_archive
9532.  send_build_inc_archive
9533.  send_message_permission_check_inc_archive
9534.  send_to_messenger_plugin_inc_archive

            Highly Confidential – Attorneys' Eyes Only

9535.  sender_core_graph_folder_inc_archive
9536.  sender_core_graph_folder_restricted_inc_archive
9537.  senna_media_inc_archive
9538.  sensitive_context_appeal_inc_archive
9539.  sentiment_survey_handler_inc_archive
9540.  sentry_acct_restriction_dtf_inc_archive
9541.  sentry_display_time_blocks_inc_archive
9542.  sentry_malware_processing_inc_archive
9543.  sentry_malware_scan_inc_archive
9544.  sentry_user_messaging_experience_gap_inc_archive
9545.  seo_404_js_logging_inc_archive
9546.  seo_app_deeplink_impressions_inc_archive
9547.  seo_reliability_inc_archive
9548.  serialized_series_srt_event_inc_archive
9549.  serialized_series_srt_response_inc_archive
9550.  serious_mysql_failures_inc_archive
9551.  serp_console_events_inc_archive
9552.  serp_console_usage_inc_archive
9553.  serp_decider_deep_dive_inc_archive
9554.  serp_module_capacity_stats_inc_archive
9555.  serp_perf_join_failure_inc_archive
9556.  serp_replay_inc_archive
9557.  serp_results_inc_archive
9558.  serp_sessions_inc_archive
9559.  serp_tracker_zippydb_usage_inc_archive
9560.  server_free_native_active_users_raw_inc_archive
9561.  server_notification_badge_inc_archive
9562.  server_tabs_inc_archive
9563.  service_to_sales_not_interested_inc_archive
9564.  service_to_sales_pitched_inc_archive
9565.  servicelab_ads_manager_web_tagged_requests_inc_archive
9566.  servicelab_bizweb_tagged_requests_inc_archive
9567.  services_appointment_reminder_inc_archive
9568.  services_booking_inc_archive
9569.  services_bookmark_user_setting_base2
9570.  services_calendar_authentication_inc_archive
9571.  services_consumer_events_inc_archive
9572.  services_debugging_inc_archive
9573.  services_events_inc_archive
9574.  services_events_restricted_inc_archive
9575.  services_events_sensitive_inc_archive
9576.  services_general_booking_inc_archive
9577.  services_social_rex_inc_archive
9578.  session_configs_inc_archive
9579.  session_survey_notif_events_inc_archive
9580.  session_update_events_inc_archive
9581.  session_zero_trust_ip_location_inc_archive
9582.  session_zero_trust_location_inc_archive
9583.  set_default_adaccount_usage_inc_archive
9584.  setsuna_groups_inc_archive
9585.  setsuna_pages_monitoring_inc_archive

Highly Confidential – Attorneys' Eyes Only

9586. settings_apps_manager_inc_archive
9587. settings_for_page_stories_inc_archive
9588. settings_search_inc_archive
9589. sextortion_victim_support_inc_archive
9590. sfdid_sync_stats_inc_archive
9591. sfl_clear_history_funnel_action_combined_inc_archive
9592. sfv_creation_waterfall_inc_archive
9593. sfv_event_feed_inc_archive
9594. sfv_integrity_waterfall_inc_archive
9595. sgh_bd_survey_response_logger_inc_archive
9596. share_debugger_inc_archive
9597. share_menu_inc_archive
9598. share_parent_updates_inc_archive
9599. share_story_to_feed_inc_archive
9600. share_your_group_qp_logger_inc_archive
9601. shared_ad_account_actor_level_enforcement_rules_inc_archive
9602. shared_agreement_adsets_inc_archive
9603. shared_contactpoint_signals_inc_archive
9604. shared_datr_blocked_fanouts_inc_archive
9605. shared_phone_ar_cp_nonce_events_inc_archive
9606. shared_phones_for_sms_inc_archive
9607. shash_pop_uid_uniform_inc_archive
9608. shash_user_requests_akkio_inc_archive
9609. shh_mode_toggle_events_inc_archive
9610. shh_mode_unread_pill_events_inc_archive
9611. shiba_chat_resolution_inc_archive
9612. shiba_chat_resolution_inc_archive
9613. shiba_cms_message_send_inc_archive
9614. shiba_engine_core_events_inc_archive
9615. shield_main_inc_archive
9616. shielding_api_logs_inc_archive
9617. shipping_platform_apis_inc_archive
9618. shop_explorer_events_inc_archive
9619. shop_organic_event_ad_finder_caller_inc_archive
9620. shop_pay_api_inc_archive
9621. shop_privacy_policy_events_inc_archive
9622. shop_shared_catalogs_events_inc_archive
9623. shop_tab_log_debug_inc_archive
9624. shopify_synced_discount_checkout_events_inc_archive
9625. shopper_notification_inc_archive
9626. shopping_feature_gating_inc_archive
9627. shops_ads21h1coupon_status_inc_archive
9628. shops_ads_destination_automation_unified_inc_archive
9629. shops_ads_funnel_events_inc_archive
9630. shops_ads_preclick_bi_status_inc_archive
9631. shops_data_use_policy_for_ads_inc_archive
9632. shops_house_ads_inc_archive
9633. shops_mall_collection_click_training_inc_archive
9634. shops_mall_funnel_results_inc_archive
9635. shops_mall_hide_training_inc_archive
9636. shops_mall_live_shopping_training_data_inc_archive

     Highly Confidential – Attorneys' Eyes Only

9637. shops_mall_mosaic_source_seeds_inc_archive
9638. shops_mall_post_click_training_inc_archive
9639. shops_mall_product_click_training_inc_archive
9640. shops_mall_product_mtml_training_inc_archive
9641. shops_mall_product_mtml_training_no_sampling_inc_archive
9642. shops_mall_product_mtml_with_vpv_training_inc_archive
9643. shops_mall_shop_click_training_inc_archive
9644. shops_metrics_validation_facebook_uma_inc_archive
9645. shops_mv_fb_checkout_init_uma_inc_archive
9646. shops_offer_ads_activity_events_inc_archive
9647. shops_pdp_validation_inc_archive
9648. shops_ppfy_request_candidates_check_inc_archive
9649. shops_qp_checkout_training_new_inc_archive
9650. shops_qp_click_training_inc_archive
9651. shops_qp_product_mtml_training_inc_archive
9652. shops_qp_xout_training_inc_archive
9653. shops_reviews_ugc_miner_results_inc_archive
9654. shops_rr_products_ranking_results_inc_archive
9655. shopsmall_shops_candidates_fetcher_inc_archive
9656. short_window_match_feature_log_inc_archive
9657. short_window_match_results_inc_archive
9658. show_surfaces_inc_archive
9659. showcase_budget_pacer_inc_archive
9660. showcase_budget_spend_inc_archive
9661. showcase_events_inc_archive
9662. showcase_fbshorts_ui_invalidation_inc_archive
9663. showcase_story_eligibility_waterfall_inc_archive
9664. showreel_asset_request_inc_archive
9665. showreel_creatives_inc_archive
9666. showreel_integration_events_inc_archive
9667. showreel_native_graphql_inc_archive
9668. showreel_native_inc_archive
9669. showreel_video_player_inc_archive
9670. shows_events_inc_archive
9671. shows_notifs_inc_archive
9672. shows_review_flow_inc_archive
9673. shows_video_ads_inc_archive
9674. shows_video_list_inc_archive
9675. shows_videos_transition_inc_archive
9676. shutterstock_image_creation_inc_archive
9677. shuttle_inc_archive
9678. si_account_confirmed_inc_archive
9679. si_acdc_pipeline_inc_archive
9680. si_acdc_recall_inc_archive
9681. si_appeals_inc_archive
9682. si_async_classification_observer_inc_archive
9683. si_async_classify_prevalence_score_inc_archive
9684. si_audience_building_score_inc_archive
9685. si_banhammer_inc_archive
9686. si_blackhole_block_access_inc_archive
9687. si_blackhole_filter_inc_archive

9688. si_blackhole_require_captcha_inc_archive
9689. si_captchas_inc_archive
9690. si_cold_open_graph_t3_inc_archive
9691. si_comment_callback_inc_archive
9692. si_cross_problem_detection_inc_archive
9693. si_dangling_assocs_inc_archive
9694. si_debug_password_reset_using_bounced_email_inc_archive
9695. si_dec_entity_scores_and_admins_inc_archive
9696. si_dec_events_inc_archive
9697. si_dec_fake_accounts_inc_archive
9698. si_delta_repeated_vets_inc_archive
9699. si_direct_share_async_classify_inc_archive
9700. si_display_time_appeals_classify_inc_archive
9701. si_email_captcha_inc_archive
9702. si_fake_and_comp_product_metrics_v2_inc_archive
9703. si_fake_engagement_percategory_user_scores_inc_archive
9704. si_fake_engagement_user_scores_inc_archive
9705. si_fake_or_hacked_or_self_compromised_inc_archive
9706. si_fanout_target_ids_inc_archive
9707. si_fb_ea_user_session_mtml_scores_inc_archive
9708. si_feature_limit_inc_archive
9709. si_feed_spam_urls_inc_archive
9710. si_feedback_signals_inc_archive
9711. si_feedback_spam_inc_archive
9712. si_first_display_time_block_inc_archive
9713. si_google_oauth_captcha_inc_archive
9714. si_group_admin_approval_outcome_activity_inc_archive
9715. si_group_block_future_join_request_activity_inc_archive
9716. si_group_mall_post_emoji_inc_archive
9717. si_group_member_removal_activity_inc_archive
9718. si_group_member_self_removal_activity_inc_archive
9719. si_group_post_async_classify_inc_archive
9720. si_group_post_nfx_inc_archive
9721. si_group_self_request_join_approve_activity_inc_archive
9722. si_group_self_request_join_reject_activity_inc_archive
9723. si_guided_cleanup_inc_archive
9724. si_hammered_likes_inc_archive
9725. si_iab_reports_inc_archive
9726. si_mall_post_admin_approvals_inc_archive
9727. si_mc_captchas_inc_archive
9728. si_messenger_user_spam_scores_inc_archive
9729. si_misinfo_enqueue_actions_stream_inc_archive
9730. si_ml_classifier_scores_inc_archive
9731. si_olf_examples_v6_inc_archive
9732. si_olf_sample_lifecycle_debug_inc_archive
9733. si_outbound_clicks_inc_archive
9734. si_outbound_clicks_signals_inc_archive
9735. si_outlier_user_segments_inc_archive
9736. si_page_appeal_inc_archive
9737. si_page_create_features_inc_archive
9738. si_page_manual_unpublish_base_features_inc_archive

Highly Confidential – Attorneys' Eyes Only

9739.   si_pages_from_groups_for_fb_asset_buy_and_sell_inc_archive
9740.   si_pages_merge_vet_inc_archive
9741.   si_pages_queued_for_review_hive_inc_archive
9742.   si_password_change_inc_archive
9743.   si_phishing_warning_inc_archive
9744.   si_photo_for_async_classify_inc_archive
9745.   si_protected_entities_automation_inc_archive
9746.   si_quasar_failures_inc_archive
9747.   si_root_object_share_activity_inc_archive
9748.   si_same_datr_inc_archive
9749.   si_scripted_session_classifier_scores_inc_archive
9750.   si_segment_classifier_scores_inc_archive
9751.   si_sentry_appeals_inc_archive
9752.   si_sentry_appeals_url_inc_archive
9753.   si_sentry_change_unconfirmed_credential_inc_archive
9754.   si_sentry_change_unconfirmed_credential_reclassify_inc_archive
9755.   si_sentry_confirm_email_inc_archive
9756.   si_sentry_confirmation_inc_archive
9757.   si_sentry_display_time_appeal_user_action_inc_archive
9758.   si_sentry_fb_ads_inc_archive
9759.   si_sentry_fb_entschema_inc_archive
9760.   si_sentry_fb_message_epd_sanitized_inc_archive
9761.   si_sentry_fb_message_inc_archive
9762.   si_sentry_fb_platform_inc_archive
9763.   si_sentry_fb_scraping_epd_sanitized_inc_archive
9764.   si_sentry_fb_si_feedback_inc_archive
9765.   si_sentry_fb_workplace_inc_archive
9766.   si_sentry_final_confirmation_inc_archive
9767.   si_sentry_frx_submit_feedback_inc_archive
9768.   si_sentry_new_user_registration_inc_archive
9769.   si_sentry_offsite_activity_inc_archive
9770.   si_sms_dispatch_exploratory_features_inc_archive
9771.   si_sms_dispatch_fb_inc_archive
9772.   si_spam_deleted_content_checkpoint_inc_archive
9773.   si_spam_fake_mau_inc_archive
9774.   si_spam_labeling_inc_archive
9775.   si_spam_prevalence_labeling_signals_inc_archive
9776.   si_sprinkle_inc_archive
9777.   si_status_update_async_classify_inc_archive
9778.   si_tag_approvals_inc_archive
9779.   si_takedown_inc_archive
9780.   si_tm_captcha_inc_archive
9781.   si_ufac_abusiveness_features_inc_archive
9782.   si_ufac_srt_manual_review_inc_archive
9783.   si_ufo_appeal_hook_stages_inc_archive
9784.   si_unique_readtime_block_inc_archive
9785.   si_url_chunk_async_classify_inc_archive
9786.   si_url_recidivist_list_inc_archive
9787.   si_url_service_exceptions_inc_archive
9788.   si_urlclassifier_urlchunks_inc_archive
9789.   si_users_async_classify_inc_archive

        Highly Confidential – Attorneys' Eyes Only

9790. si_users_async_classify_messenger_inc_archive
9791. si_users_location_info_inc_archive
9792. si_video_async_classify_inc_archive
9793. si_wall_post_async_classify_inc_archive
9794. siep_ad_buying_backend_logger_inc_archive
9795. sig_enrichment_attributed_commerce_beta_inc_archive
9796. sig_enrichment_attributed_ctm_p2b_events_inc_archive
9797. sig_enrichment_attributed_fb_story_ads_vpvd_beta_inc_archive
9798. sigma_exp_results_ui_inc_archive
9799. sigma_policies_power_search_inc_archive
9800. sigma_policy_riggy_enrollment_inc_archive
9801. signals_actions_inc_archive
9802. signals_app_auto_advanced_matching_inc_archive
9803. signals_consolidation_invalid_secondary_signal_container_access_inc_archive
9804. signals_custom_conversion_auto_reconnect_data_source_inc_archive
9805. signals_error_inc_archive
9806. signals_event_source_mutation_events_inc_archive
9807. signals_events_manager_entry_point_inc_archive
9808. signals_growth_surface_impression_inc_archive
9809. signals_health_events_inc_archive
9810. signals_integrity_email_status_inc_archive
9811. signals_integrity_prohibited_pixel_source_email_status_inc_archive
9812. signals_iwl_pixel_helper_upsell_inc_archive
9813. signals_messages_action_inc_archive
9814. signals_messages_eligibility_inc_archive
9815. signals_messages_email_channel_shadow_logging_inc_archive
9816. signals_messages_email_delivery_result_inc_archive
9817. signals_messages_email_eligibility_inc_archive
9818. signals_messaging_framework_debug_inc_archive
9819. signals_performance_inc_archive
9820. signals_platform_inc_archive
9821. signals_processing_waterfall_inc_archive
9822. signals_rule_evaluation_inc_archive
9823. signals_scorecard_ui_waterfall_inc_archive
9824. signals_sdk_setup_inc_archive
9825. signals_server_to_server_integration_inc_archive
9826. signals_sessions_inc_archive
9827. signals_smart_targeting_events_inc_archive
9828. silfra_proxy_access_inc_archive
9829. silica_access_inc_archive
9830. silica_metric360_dimension_values_access_inc_archive
9831. silica_mutation_inc_archive
9832. silk_app_inc_archive
9833. sim_api_graphql_update_inc_archive
9834. similarity_clustering_adds_inc_archive
9835. simon_private_survey_responses_inc_archive
9836. simon_question_using_ent_only_changes_inc_archive
9837. simon_response_stream_inc_archive
9838. simple_interface_inc_archive
9839. simple_interface_inc_archive
9840. simple_nux_inc_archive

Highly Confidential – Attorneys' Eyes Only

9841.   simplicity_top_of_feed_experiment_inc_archive
9842.   simplified_logging_pipeline_waterfall_inc_archive
9843.   single_review_tool_main_inc_archive
9844.   single_review_tool_permission_inc_archive
9845.   sip_employee_query_stats_inc_archive
9846.   sip_request_cost_inc_archive
9847.   sisyphus_job_tracker_inc_archive
9848.   site_integrity_unified_feature_repo_content_comment_logging_inc_archive
9849.   site_integrity_unified_feature_repo_content_logging_inc_archive
9850.   sk_ntwk_encoding_result_inc_archive
9851.   skan_campaign_click_inc_archive
9852.   skan_click_last_n_days_checker_inc_archive
9853.   skan_validation_logging_inc_archive
9854.   skipper_retrieval_score_distribution_inc_archive
9855.   skipper_score_inc_archive
9856.   skylight_all_events_inc_archive
9857.   skylight_animations_inc_archive
9858.   skylight_app_preferences_inc_archive
9859.   skylight_app_session_inc_archive
9860.   skylight_ar_library_inc_archive
9861.   skylight_asset_inc_archive
9862.   skylight_asset_summary_inc_archive
9863.   skylight_auto_update_inc_archive
9864.   skylight_blocks_inc_archive
9865.   skylight_capabilities_inc_archive
9866.   skylight_compression_inc_archive
9867.   skylight_custom_devices_inc_archive
9868.   skylight_deeplink_inc_archive
9869.   skylight_deprecated_envelope_event_inc_archive
9870.   skylight_desktop_player_document_snapshot_inc_archive
9871.   skylight_document_snapshot_inc_archive
9872.   skylight_in_app_upload_inc_archive
9873.   skylight_inapp_help_inc_archive
9874.   skylight_login_inc_archive
9875.   skylight_mirroring_inc_archive
9876.   skylight_mobile_player_document_snapshot_inc_archive
9877.   skylight_mobile_player_session_inc_archive
9878.   skylight_monitor_process_inc_archive
9879.   skylight_pasteboard_inc_archive
9880.   skylight_patch_editor_inc_archive
9881.   skylight_project_property_window_inc_archive
9882.   skylight_quick_actions_inc_archive
9883.   skylight_scene_inc_archive
9884.   skylight_sequence_creation_inc_archive
9885.   skylight_simulator_inc_archive
9886.   skylight_survey_inc_archive
9887.   skylight_templates_inc_archive
9888.   skylight_test_events_inc_archive
9889.   skylight_textures_inc_archive
9890.   skylight_tip_of_the_day_inc_archive
9891.   skylight_unused_assets_inc_archive

          Highly Confidential – Attorneys' Eyes Only

9892. skylight_viewport_inc_archive
9893. skylight_vscode_inc_archive
9894. skylight_welcome_screen_inc_archive
9895. skylight_welcome_tour_inc_archive
9896. sled_enqueue_inc_archive
9897. slideshow_creation_waterfall_events_inc_archive
9898. small_creators_to_follow_inc_archive
9899. smart_app_promotion_api_requests_inc_archive
9900. smart_invoicing_activities_inc_archive
9901. smart_invoicing_intake_inc_archive
9902. smart_list_inc_archive
9903. smart_notif_filter_funnel_inc_archive
9904. smart_notif_filter_funnel_unittest_inc_archive
9905. smart_system_component_inc_archive
9906. smart_ttl_events_inc_archive
9907. smartscheduler_events_inc_archive
9908. smbas_marketing_expert_events_inc_archive
9909. smi_admin_ad_account_limit_experiments_inc_archive
9910. smi_crm_inc_archive
9911. smi_laser_tier_inc_archive
9912. smi_permission_dcf_inc_archive
9913. smi_permission_tool_configs_inc_archive
9914. smi_srt_inc_archive
9915. sms_auto_routing_cost_by_deliverability_stats_inc_archive
9916. sms_auto_routing_counter_bump_history_inc_archive
9917. sms_auto_routing_inc_archive
9918. sms_auto_routing_thompson_sampling_stats_inc_archive
9919. sms_carrier_cap_logger_inc_archive
9920. sms_cost_guard_inc_archive
9921. sms_cta_like_inc_archive
9922. sms_dispatcher_exceptions_inc_archive
9923. sms_dr_error_block_inc_archive
9924. sms_friction_by_captcha_inc_archive
9925. sms_low_quality_prefix_inc_archive
9926. sms_mo_stop_inc_archive
9927. sms_pacer_stats_inc_archive
9928. sms_phone_number_consistency_inc_archive
9929. sms_retriever_state_inc_archive
9930. sms_settings_migration_inc_archive
9931. sms_takeover_daily_status_inc_archive
9932. sms_takeover_enter_sms_thread_inc_archive
9933. snaptu_client_last_login_time_inc_archive
9934. snaptu_logs_hive_inc_archive
9935. snaptu_server_hashids_raw_inc_archive
9936. snivy_test_events_inc_archive
9937. snoozed_profile_events_inc_archive
9938. soap_creation_inc_archive
9939. soap_logging_identity_info_monitor_inc_archive
9940. soap_main_profile_comparison_ads_inc_archive
9941. social_fabric_cvc_inc_archive
9942. social_fabric_friend_presence_ufi_inc_archive

Highly Confidential – Attorneys' Eyes Only

9943.   social_fabric_native_sharing_result_inc_archive
9944.   social_fabric_native_sharing_tap_inc_archive
9945.   social_fabric_share_sheet_selection_inc_archive
9946.   social_good_charitable_giving_ranking_latency_inc_archive
9947.   social_good_charity_actions_inc_archive
9948.   social_good_charity_feature_examples_inc_archive
9949.   social_good_crisis_feature_examples_inc_archive
9950.   social_good_ctl_survey_inc_archive
9951.   social_good_fundraiser_exception_inc_archive
9952.   social_good_fundraiser_exception_unittest_inc_archive
9953.   social_good_health_inc_archive
9954.   social_good_health_ppf_shadow_inc_archive
9955.   social_good_live_chat_support_inc_archive
9956.   social_learning_client_side_events_inc_archive
9957.   social_learning_exceptions_inc_archive
9958.   social_learning_server_side_events_inc_archive
9959.   social_rex_comment_place_resolution_inc_archive
9960.   social_rex_post_place_resolution_inc_archive
9961.   social_wifi_checkin_insights_loads_inc_archive
9962.   social_wifi_gateway_config_logger_inc_archive
9963.   societal_violence_production_demotions_inc_archive
9964.   socmob_income_logs_inc_archive
9965.   soft_responses_logs_inc_archive
9966.   sotto_temp_log_inc_archive
9967.   sound_collection_inc_archive
9968.   soundbites_feed_log_inc_archive
9969.   soundbites_inc_archive
9970.   soundbites_notif_inc_archive
9971.   soundbites_srt_labeling_inc_archive
9972.   soundbites_user_action_inc_archive
9973.   soundbites_viewer_access_rule_log_inc_archive
9974.   sourcing_debug_inc_archive
9975.   sourcing_event_award_tao_base2
9976.   sourcing_event_response_tao_base2
9977.   sourcing_event_tao_base2
9978.   sourcing_mutations_inc_archive
9979.   sourcing_notifs_inc_archive
9980.   space_uig_fetcher_inc_archive
9981.   spaco_access_event_inc_archive
9982.   spaco_ds_data_set_loading_event_inc_archive
9983.   spaco_portal_events_inc_archive
9984.   spam_canner_inc_archive
9985.   spark_tools_user_interactions_inc_archive
9986.   sparse_model_ad_hoc_event_inc_archive
9987.   spatial_audio_encoder_inc_archive
9988.   spd_location_app_permissions_inc_archive
9989.   special_ad_category_safr_backend_logger_inc_archive
9990.   speech_logging_service_inc_archive
9991.   speech_recognition_service_inc_archive
9992.   speller_feature_logs_inc_archive
9993.   speller_personalized_lm_data_inc_archive

9994. spf_business_metrics_inc_archive
9995. spf_metrics_inc_archive
9996. spherical_photo_composer_inc_archive
9997. spherical_photo_growth_inc_archive
9998. spherical_photo_upload_inc_archive
9999. spherical_photo_viewer_log_inc_archive
10000. spherical_video_download_pipeline_inc_archive
10001. spherical_video_e2e_processing_stats_inc_archive
10002. spherical_video_encode_status_inc_archive
10003. spherical_video_encoding_success_inc_archive
10004. spherical_video_encodings_inc_archive
10005. spherical_video_heading_indicator_inc_archive
10006. spherical_video_pt_nums_inc_archive
10007. sponsor_tags_opt_in_inc_archive
10008. sponsored_messages_delivery_inc_archive
10009. sponsored_messages_logging_inc_archive
10010. spotlight_pymk_inc_archive
10011. sprinkle_usl_inc_archive
10012. sprouts_ranker_cache_inc_archive
10013. sprouts_ranker_results_inc_archive
10014. sptf_impression_discount_inc_archive
10015. sptf_scheduler_inc_archive
10016. sql_formatter_usage_inc_archive
10017. sra_activity_log_inc_archive
10018. ssfy_events_inc_archive
10019. ssfy_listing_quality_inc_archive
10020. ssfy_retrieval_product_inc_archive
10021. ssfy_retrieval_request_inc_archive
10022. ssfy_user_qe_allocation_inc_archive
10023. ssi_consecutive_review_inc_archive
10024. ssi_gateway_suicidal_admission_inc_archive
10025. ssi_live_video_notifications_inc_archive
10026. stages_admin_actions_inc_archive
10027. stages_attendee_actions_inc_archive
10028. standards_in_comments_inc_archive
10029. stars_creator_custom_message_table_base2
10030. stars_creator_events_inc_archive
10031. stars_open_beta_interest_form_inc_archive
10032. state_flow_activity_inc_archive
10033. state_sync_events_inc_archive
10034. state_sync_exception_inc_archive
10035. status_update_deletes_inc_archive
10036. stg_ads_pixel_traffic_inc_archive
10037. stg_ios_device_accessibility_inc_archive
10038. stg_swp_esm_attachment_activity_base2
10039. stg_swp_esm_attachment_base2
10040. stg_swp_esm_email_message_base2
10041. stg_swp_esm_form_response_data_change_activity_base2
10042. stg_swp_esm_involvement_base2
10043. stg_swp_esm_saved_search_base2
10044. stg_swp_esm_service_case_base2

Highly Confidential – Attorneys' Eyes Only

10045. stg_swp_esm_service_case_comment_activity_base2
10046. stg_swp_esm_service_case_email_activity_base2
10047. stg_swp_esm_service_case_involvement_activity_base2
10048. stg_swp_esm_service_case_related_cases_change_activity_base2
10049. stg_swp_esm_service_case_subscribers_change_activity_base2
10050. stg_swp_esm_service_case_summary_activity_base2
10051. stg_swp_esm_service_case_summary_base2
10052. stg_swp_esm_service_case_title_change_activity_base2
10053. stg_swp_esm_service_object_base2
10054. stg_swp_esm_tag_activity_base2
10055. sticker_ads_creation_event_inc_archive
10056. sticker_pack_action_inc_archive
10057. sticky_guard_trustable_moment_inc_archive
10058. sticky_upsell_trustable_moment_inc_archive
10059. stm_events_offsite_log_inc_archive
10060. stm_events_onsite_log_inc_archive
10061. stonehenge_account_linking_inc_archive
10062. stonehenge_client_events_inc_archive
10063. stonehenge_subscription_settings_inc_archive
10064. store_locator_inc_archive
10065. stories_adaptive_delivery_inc_archive
10066. stories_aggregator_request_inc_archive
10067. stories_card_query_inc_archive
10068. stories_contextual_replies_backend_inc_archive
10069. stories_contextual_replies_inc_archive
10070. stories_contextual_replies_reliability_inc_archive
10071. stories_cr_candidate_level_inc_archive
10072. stories_cr_features_with_raas_inc_archive
10073. stories_cr_waterfall_inc_archive
10074. stories_creation_analysis_camera_roll_preview_inc_archive
10075. stories_creation_core_server_debug_inc_archive
10076. stories_creation_mobile_debug_info_inc_archive
10077. stories_editor_suggestion_ml_dismiss_event_inc_archive
10078. stories_editor_suggestion_ml_effect_event_inc_archive
10079. stories_editor_suggestion_ml_sticker_event_inc_archive
10080. stories_feedback_reliability_inc_archive
10081. stories_gallery_end_card_inc_archive
10082. stories_integrity_debug_event_inc_archive
10083. stories_integrity_media_model_score_daily_inc_archive
10084. stories_interactive_feedback_inc_archive
10085. stories_interactive_item_inc_archive
10086. stories_inventory_aggregated_inc_archive
10087. stories_logging_warning_inc_archive
10088. stories_media_store_actions_inc_archive
10089. stories_mute_snooze_inc_archive
10090. stories_suggested_waist_feedback_inc_archive
10091. stories_surface_entrypoint_impression_inc_archive
10092. stories_surface_error_handler_inc_archive
10093. stories_tray_query_inc_archive
10094. stories_with_invalidated_attached_story_inc_archive
10095. story_bumper_data_for_gql_inc_archive

Highly Confidential – Attorneys' Eyes Only

10096. story_contextual_tray_inc_archive
10097. story_contextual_tray_inc_archive
10098. story_gallery_eligibility_inc_archive
10099. story_gallery_survey_inc_archive
10100. story_header_follow_profile_inc_archive
10101. story_info_sk_ad_network_client_info_inc_archive
10102. story_metrics_inc_archive
10103. story_mutation_actions_inc_archive
10104. story_post_ad_session_exit_aet_model_inc_archive
10105. story_post_ad_session_exit_model_inc_archive
10106. story_progressive_backfill_inc_archive
10107. story_suggestion_features_inc_archive
10108. story_suggestion_features_inc_archive
10109. story_tracking_success_inc_archive
10110. stream_trigger_cv_logs_inc_archive
10111. streamer_shortcuts_inc_archive
10112. streaming_comments_e2e_funnel_inc_archive
10113. string_manager_funnel_inc_archive
10114. stripe_verbose_inc_archive
10115. structured_serp_result_inc_archive
10116. subs_rtu_handler_inc_archive
10117. subscription_activities_inc_archive
10118. subscription_conversion_adimpressions_inc_archive
10119. success_framework_events_inc_archive
10120. suggested_searches_source_inc_archive
10121. sumo_app_event_inc_archive
10122. super_si_comment_feedback_inc_archive
10123. supplier_connect_migration_activities_inc_archive
10124. supplier_discovery_log_inc_archive
10125. supplier_diversity_enrollment_creation_inc_archive
10126. supplier_management_logs_inc_archive
10127. supplier_onboard_dashboard_logs_inc_archive
10128. supplier_onboarding_logs_inc_archive
10129. supplier_rating_survey_inc_archive
10130. surface_p2p_upl_event_inc_archive
10131. survey_gallery_controller_logger_events_inc_archive
10132. survey_infra_ads_sent_for_rating_inc_archive
10133. survey_infra_platform_delivery_waterfall_inc_archive
10134. survey_infra_platform_rater_audit_inc_archive
10135. survey_infra_platform_unified_rating_events_inc_archive
10136. survey_infra_ratings_received_from_raters_inc_archive
10137. survey_platform_comet_client_event_inc_archive
10138. survey_platform_simon_tool_event_inc_archive
10139. survey_platform_simon_usage_funnel_inc_archive
10140. survey_platform_tessa2_usage_funnel_inc_archive
10141. survey_platform_tessa_usage_funnel_inc_archive
10142. survey_platform_usage_life_cycle_inc_archive
10143. swap_primary_contact_inc_archive
10144. switch_off_ec_to_cc_inc_archive
10145. syfs_events_inc_archive
10146. syfs_validation_inc_archive

Highly Confidential – Attorneys' Eyes Only

10147. syml_product_fetch_inc_archive
10148. syml_products_eligibility_inc_archive
10149. syml_user_actions_inc_archive
10150. symphony_offline_ranker_inc_archive
10151. system_user_mutation_inc_archive
10152. system_user_mutation_unittest_inc_archive
10153. ta_sessions_inc_archive
10154. tab_bar_badge_actions_inc_archive
10155. tab_bar_badge_funnel_inc_archive
10156. tab_bar_badge_settings_inc_archive
10157. tab_changed_ios_inc_archive
10158. tab_experiment_audience_inc_archive
10159. tab_hiding_longpress_inc_archive
10160. tab_hiding_settings_change_inc_archive
10161. tab_hiding_settings_inc_archive
10162. tab_ssfy_cache_user_recent_regions_inc_archive
10163. tab_ssfy_candidates_cache_read_external_calls_inc_archive
10164. tab_ssfy_candidates_cache_read_inc_archive
10165. tab_ssfy_pagination_rendering_inc_archive
10166. tab_visibility_inc_archive
10167. tab_xp_events_inc_archive
10168. tag_expansion_education_inc_archive
10169. tagging_stats_inc_archive
10170. tahoe_media_viewer_inc_archive
10171. tao_proactive_logging_assoc_async_inc_archive
10172. tao_proactive_logging_assoc_nonasync_inc_archive
10173. tao_proactive_logging_fbobj_nonasync_inc_archive
10174. targeted_tabs_experiment_exposures_inc_archive
10175. targeted_tabs_vended_inc_archive
10176. targeting_entity_mutation_inc_archive
10177. targeting_suggestion_logged_feature_inc_archive
10178. targeting_trust_tier_decisions_inc_archive
10179. task_chat_bot_inc_archive
10180. tasks_ops_readiness_plugin_history_inc_archive
10181. tax_collection_inc_archive
10182. tcontent_inc_archive
10183. td_store_action_inc_archive
10184. tech_provider_onboarding_and_verification_inc_archive
10185. tellme_inc_archive
10186. ternary_assoc_migration_mismatch_inc_archive
10187. tessa_answers_for_del2oid_inc_archive
10188. tessa_cluster_upload_inc_archive
10189. tessa_core_events_inc_archive
10190. tessa_covid19survey_interstitial_timeout_monitoring_inc_archive
10191. tessa_diagnostic_events_inc_archive
10192. tessa_eligibility_report_inc_archive
10193. tessa_events_inc_archive
10194. tessa_graphql_error_log_inc_archive
10195. tessa_registered_users_inc_archive
10196. tessa_user_properties_inc_archive
10197. tessa_user_properties_messenger_inc_archive

Highly Confidential – Attorneys' Eyes Only

10198. tessa_versioning_events_inc_archive
10199. text_based_video_editor_inc_archive
10200. text_mms_match_inc_archive
10201. text_mms_match_test_inc_archive
10202. text_styles_feature_vectors_inc_archive
10203. text_styles_feedback_inc_archive
10204. text_styles_interactions_inc_archive
10205. text_styles_vpvd_inc_archive
10206. the_master_platform_integrity_app_log_inc_archive
10207. themed_pymk_inc_archive
10208. third_party_direct_deal_delivery_logger_config_inc_archive
10209. third_party_direct_deal_online_events_inc_archive
10210. thread_bumps_inc_archive
10211. thread_connectivity_backfill_on_send_inc_archive
10212. thread_connectivity_data_computer_inc_archive
10213. thread_connectivity_delta_inc_archive
10214. thread_connectivity_status_subtitle_computer_inc_archive
10215. thread_connectivity_status_update_inc_archive
10216. thread_copresence_inc_archive
10217. thread_metadata_deletion_checker_exception_inc_archive
10218. thread_metadata_deletion_falsely_marked_for_deletion_inc_archive
10219. thread_metadata_deletion_info_change_inc_archive
10220. thread_metadata_deletion_msgdb_tmd_flagging_job_inc_archive
10221. thread_metadata_deletion_ref_count_update_inc_archive
10222. thread_metadata_deletion_thread_dereference_scheduler_inc_archive
10223. thread_metadata_deletion_unwanted_loads_inc_archive
10224. thread_queue_insertion_for_deletion_marked_eitm_inc_archive
10225. thread_view_nux_events_inc_archive
10226. threat_data_general_inc_archive
10227. threat_descriptor_migration_inc_archive
10228. threat_discovery_hate_cf_inc_archive
10229. threat_discovery_report_submission_inc_archive
10230. threat_exchange_ui_inc_archive
10231. throwback_debug_inc_archive
10232. throwback_ranking_inc_archive
10233. throwback_system_inc_archive
10234. ti_guards_candidates_inc_archive
10235. tiles_geofence_device_query_inc_archive
10236. tiles_geofence_server_side_eval_inc_archive
10237. tiles_geofence_server_side_processing_trigger_inc_archive
10238. tiles_mobile_static_map_impressions_inc_archive
10239. time_in_app_dashboard_total_bar_taps_inc_archive
10240. time_in_app_events_inc_archive
10241. time_spent_active_users_stg_inc_archive
10242. time_spent_bit_array_www_v2_inc_archive
10243. time_spent_client_events_puma_inc_archive
10244. time_spent_general_debugging_inc_archive
10245. time_spent_messaging_thread_event_inc_archive
10246. time_spent_mobile_navigation_experiment_inc_archive
10247. time_spent_page_transitions_v2_dev_inc_archive
10248. time_spent_page_transitions_v2_inc_archive

Highly Confidential – Attorneys' Eyes Only

10249. time_spent_story_navigation_mobile_inc_archive
10250. time_spent_story_navigation_web_inc_archive
10251. timeline_actions_inc_archive
10252. timeline_and_tag_review_reminder_inc_archive
10253. timeline_dangling_actions_inc_archive
10254. timeline_expanded_context_inc_archive
10255. timeline_fbid_bad_rows_inc_archive
10256. timeline_profile_picture_action_inc_archive
10257. timeline_retry_failed_insert_inc_archive
10258. timeline_reverse_map_inc_archive
10259. timeline_settings_inc_archive
10260. timeline_storage_inc_archive
10261. timeline_story_impressions_inc_archive
10262. timeline_tag_review_ui_inc_archive
10263. tincan_attachment_download_inc_archive
10264. tincan_attachment_upload_inc_archive
10265. tincan_checksum_bounce_inc_archive
10266. tincan_device_status_change_inc_archive
10267. tincan_ls_sync_handler_inc_archive
10268. tincan_ls_task_handler_inc_archive
10269. tincan_ls_task_handler_restricted_inc_archive
10270. tincan_master_key_reencryption_inc_archive
10271. tincan_message_sends_inc_archive
10272. tincan_msg_send_inc_archive
10273. tincan_notification_inc_archive
10274. tincan_notifications_sync_inc_archive
10275. tincan_notifications_sync_restricted_inc_archive
10276. tincan_queue_deletion_inc_archive
10277. tinchecker_behavior_dev_inc_archive
10278. tinchecker_behavior_inc_archive
10279. titan_atlas_exceptions_inc_archive
10280. titan_atlas_routing_inc_archive
10281. titan_atlas_routing_writes_inc_archive
10282. tjl_downsampled_tables_inc_archive
10283. tjl_obj_downsampled_tables_inc_archive
10284. tofu_api_error_inc_archive
10285. tofu_delta_inc_archive
10286. tofu_nux_inc_archive
10287. tofu_operation_inc_archive
10288. tofu_ui_error_inc_archive
10289. token_service_catapult_inc_archive
10290. top_fan_badge_inc_archive
10291. top_fan_ml_pred_inc_archive
10292. top_fan_morphing_job_debug_inc_archive
10293. top_jump_pill_clicked_events_inc_archive
10294. top_jump_pill_shown_events_inc_archive
10295. topcharts_inc_archive
10296. topic_feeds_switcher_signal_inc_archive
10297. topic_only_uip_backfill_inc_archive
10298. topic_only_uip_backfill_inc_archive
10299. torque_zero_traffic_enforcement_inc_archive

Highly Confidential – Attorneys' Eyes Only

10300. total_video_bytes_inc_archive
10301. touchpoint_events_inc_archive
10302. town_hall_inc_archive
10303. tq_appeals_log_inc_archive
10304. tq_dso_update_log_inc_archive
10305. tq_fb_video_enforced_user_inc_archive
10306. tq_reliability_log_inc_archive
10307. tq_review_log_inc_archive
10308. tracked_app_custom_event_from_oc_model_inc_archive
10309. tracking_node_traffic_inc_archive
10310. traffic_analysis_ui_inc_archive
10311. traffic_quality_presto_inc_archive
10312. training_data_user_requests_inc_archive
10313. training_image_backup_history_inc_archive
10314. transactions_direct_learning_examples_fbjoiner_inc_archive
10315. transactions_learning_examples_fbjoiner_compressed_inc_archive
10316. transient_preference_signals_events_inc_archive
10317. transliteration_waterfall_events_inc_archive
10318. transparency_action_api_inc_archive
10319. transparency_inform_platform_inc_archive
10320. travel_ads_destination_linking_inc_archive
10321. treehenge_server_events_inc_archive
10322. trending_detection_activity_dump_inc_archive
10323. trending_detection_activity_dump_raw_inc_archive
10324. trending_events_generic_incoming_docs_inc_archive
10325. trending_hashtag_reels_in_watch_videos_from_buzzer_user_cf_v0_inc_archive
10326. trending_topic_traffic_inc_archive
10327. trending_videos_from_buzzer_us_ca_ya_user_cf_v0_00ae9504_inc_archive
10328. trending_videos_from_buzzer_us_ca_ya_user_cf_v0_inc_archive
10329. trending_videos_user_cf_inc_archive
10330. tripshot_ride_live_status_inc_archive
10331. trust_module_inc_archive
10332. tum_realtime_page_views_inc_archive
10333. turn_on_notification_nux_step_inc_archive
10334. turnstile_bump_inc_archive
10335. turnstile_bump_inc_archive
10336. turnstile_check_inc_archive
10337. turnstile_item_bump_inc_archive
10338. turnstile_item_bump_inc_archive
10339. two_click_booking_inc_archive
10340. two_factor_ad_account_demotion_inc_archive
10341. two_factor_event_inc_archive
10342. two_factor_inc_archive
10343. two_factor_inconsistent_state_inc_archive
10344. two_factor_last_phone_removed_inc_archive
10345. two_factor_no_confidence_migration_inc_archive
10346. two_factor_setup_new_inc_archive
10347. typeahead_context_property_usage_inc_archive
10348. typeahead_interactions_inc_archive
10349. typeahead_keystroke_backend_request_inc_archive
10350. typeahead_keystroke_backend_result_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10351. typeahead_keystroke_bootstrap_result_inc_archive
10352. typeahead_keystroke_debug_inc_archive
10353. typeahead_keystroke_impression_inc_archive
10354. typeahead_keystroke_session_inc_archive
10355. typeahead_keywords_blender_backend_latency_inc_archive
10356. typeahead_keywords_rank_backend_latency_inc_archive
10357. typeahead_lineage_privacy_inc_archive
10358. typeahead_prefix_match_inc_archive
10359. typeahead_search_traces_inc_archive
10360. typeahead_session_backend_validation_inc_archive
10361. typeahead_session_validation_inc_archive
10362. typeahead_volume_logger_inc_archive
10363. u2o_page_takeover_inc_archive
10364. u2o_upsell_logs_inc_archive
10365. uba_general_events_inc_archive
10366. ubd_backend_inc_archive
10367. ubd_frontend_inc_archive
10368. ubd_log_inc_archive
10369. ubp_suspicious_mutations_inc_archive
10370. uca_conversion_comparison_inc_archive
10371. ucd_inc_archive
10372. uci_shadow_traffic_event_inc_archive
10373. udf_search_inc_archive
10374. ufac_authenticity_platform_review_challenge_inc_archive
10375. ufac_bd_reputation_inc_archive
10376. ufac_bot_captcha_challenge_inc_archive
10377. ufac_configurator_inc_archive
10378. ufac_contact_point_challenges_inc_archive
10379. ufac_core_internal_inc_archive
10380. ufac_core_non_blocking_internal_inc_archive
10381. ufac_debug_inc_archive
10382. ufac_delayed_outro_inc_archive
10383. ufac_image_upload_challenges_inc_archive
10384. ufac_labeling_shield_events_inc_archive
10385. ufac_live_chat_inc_archive
10386. ufac_manual_review_challenges_inc_archive
10387. ufac_mid_funnel_labelling_inc_archive
10388. ufac_notifications_inc_archive
10389. ufac_persistent_violator_events_inc_archive
10390. ufac_selfie_challenge_duplicate_matches_inc_archive
10391. ufc_feature_data_inc_archive
10392. uff_aggrs_inc_archive
10393. uff_keys_inc_archive
10394. ufix_events_safety_notices_inc_archive
10395. ufo_data_migration_inc_archive
10396. ufo_gemstone_profile_delete_observers_inc_archive
10397. ufo_lifecycle_inc_archive
10398. ufo_lifecycle_unittest_inc_archive
10399. ufo_observer_inc_archive
10400. ufo_publisher_inc_archive
10401. uhs_seed_efficiency_inc_archive

Highly Confidential – Attorneys' Eyes Only

10402. ui_docs_inc_archive
10403. ui_process_color_actions_inc_archive
10404. uih2_keys_snapshot_inc_archive
10405. uip_backfill_php_inc_archive
10406. uip_php_events_inc_archive
10407. uip_uii_data_gap_inc_archive
10408. ultimate_uhs_delete_live_update_signals_inc_archive
10409. ultimate_uhs_live_update_signals_inc_archive
10410. umapi_ads_invalid_time_range_inc_archive
10411. umapi_blocklist_inc_archive
10412. umapi_e2e_debugger_unittest_inc_archive
10413. umapi_output_closure_inc_archive
10414. umapi_response_logging_inc_archive
10415. unbucketed_pymk_backend_feature_data_pre_ranking_inc_archive
10416. underage_report_automation_inc_archive
10417. unfriend_coefficient_inc_archive
10418. unicorn_resource_accounting_inc_archive
10419. unicorn_results_dumont_replay_inc_archive
10420. unicorn_vertical_response_results_serialized_inc_archive
10421. unified_aem_simulation_clicks_inc_archive
10422. unified_aem_simulation_conversions_inc_archive
10423. unified_business_graph_edits_inc_archive
10424. unified_business_graph_edits_inc_archive
10425. unified_composer_inc_archive
10426. unified_composer_waterfall_inc_archive
10427. unified_consent_flow_interactions_inc_archive
10428. unified_creative_logic_comparator_inc_archive
10429. unified_ecomm_click_training_inc_archive
10430. unified_ecomm_click_training_raw_inc_archive
10431. unified_ecomm_transaction_mtml_training_inc_archive
10432. unified_editor_scale_inc_archive
10433. unified_feature_repo_content_behavior_logging_inc_archive
10434. unified_graph_features_and_scores_inc_archive
10435. unified_graph_fetcher_inc_archive
10436. unified_graph_pna_autoconfirm_inc_archive
10437. unified_graph_update_inc_archive
10438. unified_inbox_comments_inc_archive
10439. unified_interception_events_inc_archive
10440. unified_interception_exception_inc_archive
10441. unified_interest_infra_uih_data_inc_archive
10442. unified_interest_snapshot_inc_archive
10443. unified_link_events_inc_archive
10444. unified_metrics_api_error_inc_archive
10445. unified_metrics_api_inc_archive
10446. unified_metrics_api_migration_callsite_inc_archive
10447. unified_navigation_bookmark_ranking_inc_archive
10448. unified_navigation_entrypoint_inc_archive
10449. unified_partner_program_logs_inc_archive
10450. unified_permission_checker_events_inc_archive
10451. unified_permission_management_events_inc_archive
10452. unified_presence_client_app_backgrounded_inc_archive

Highly Confidential – Attorneys' Eyes Only

10453. unified_presence_client_app_foregrounded_inc_archive
10454. unified_presence_inventory_list_inc_archive
10455. unified_presence_thread_view_impression_inc_archive
10456. unified_rating_and_review_composer_inc_archive
10457. unified_review_inc_archive
10458. unified_stories_privacy_mutations_inc_archive
10459. unified_topic_control_user_events_inc_archive
10460. unified_universal_feedback_inc_archive
10461. unified_unpublished_content_inc_archive
10462. unified_user_intent_updates_inc_archive
10463. unified_vetting_service_inc_archive
10464. unified_video_ads_log_inc_archive
10465. unimog_events_inc_archive
10466. unimog_object_cells_base2
10467. unimog_object_custom_polygons_base2
10468. unimog_object_saved_page_base2
10469. unimog_object_site_base2
10470. unimog_object_situs_polygons_base2
10471. unis_metric_logs_inc_archive
10472. universal_checkout_activity_inc_archive
10473. universal_feedback_platform_debug_inc_archive
10474. universal_micro_site_inc_archive
10475. universal_search_client_events_inc_archive
10476. unknown_contact_experience_events_inc_archive
10477. unpublish_flow_inc_archive
10478. unwanted_friending_classifier_features_inc_archive
10479. unwanted_friending_classifier_scores_inc_archive
10480. up2x_proxy_compaction_inc_archive
10481. up2x_proxy_multiscan_inc_archive
10482. up2x_proxy_scan_per_multiscan_inc_archive
10483. upg_click_to_play_link_inc_archive
10484. upl_digital_collectibles_events_inc_archive
10485. upl_events_core_inc_archive
10486. upl_events_debug_inc_archive
10487. upl_events_exception_inc_archive
10488. upl_fbpay_contactless_payments_inc_archive
10489. upl_fbpay_contactless_payments_unittest_inc_archive
10490. upl_offsite_inc_archive
10491. upl_offsite_unittest_inc_archive
10492. upl_oms_payments_inc_archive
10493. upl_oms_payments_unittest_inc_archive
10494. upm_query_service_lint_inc_archive
10495. url_fetcher_throttler_log_inc_archive
10496. url_website_events_inc_archive
10497. user_action_delights_inc_archive
10498. user_actions_tcm_inc_archive
10499. user_ad_accounts_banhammer_inc_archive
10500. user_conversion_ya_top_subtopic_videos_user_cf_v0_inc_archive
10501. user_data_access_hub_permalink_inc_archive
10502. user_disable_failure_inc_archive
10503. user_engagement_features_comments_exploded_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10504. user_engagement_features_comments_inc_archive
10505. user_interaction_metrics_tracking_inc_archive
10506. user_interest_profiles_backfill_inc_archive
10507. user_interest_profiles_empty_backfill_inc_archive
10508. user_location_signals_stats_inc_archive
10509. user_messenger_info_inc_archive
10510. user_new_device_inc_archive
10511. user_onsite_events_inc_archive
10512. user_page_affinity_inc_archive
10513. user_page_engagement_inc_archive
10514. user_page_post_engagement_inc_archive
10515. user_pay_creator_best_practices_inc_archive
10516. user_pay_gab_server_events_inc_archive
10517. user_pay_news_inc_archive
10518. user_pay_onboarding_infra_inc_archive
10519. user_pay_refund_inc_archive
10520. user_pay_stars_eligibility_inc_archive
10521. user_pay_subscription_system_inc_archive
10522. user_phone_action_history_inc_archive
10523. user_place_content_raw_scribe_inc_archive
10524. user_place_engagement_scribe_inc_archive
10525. user_place_post_engagement_scribe_inc_archive
10526. user_profile_access_inc_archive
10527. user_protection_inc_archive
10528. user_representation_mau_fake_logging_inc_archive
10529. user_representation_mau_logging_inc_archive
10530. user_risk_review_log_inc_archive
10531. user_switch_fallback_locale_inc_archive
10532. user_webhooks_delivery_info_inc_archive
10533. user_with_recent_location_update_nf_inc_archive
10534. username_creation_inc_archive
10535. username_validation_inc_archive
10536. users_checking_nux_eligibility_inc_archive
10537. users_embed_post_interaction_inc_archive
10538. usl_core_facebook_inc_archive
10539. usl_core_facebook_inc_archive
10540. vblal_seeds_offsite_inc_archive
10541. vblal_seeds_onsite_inc_archive
10542. vc_write_admin_permission_inc_archive
10543. vee_vpvs_inc_archive
10544. vehicle_entity_page_user_actions_inc_archive
10545. vendor_contacts_ent_history_inc_archive
10546. venice_nearby_ap_results_inc_archive
10547. verified_business_profile_duplication_inc_archive
10548. versioned_payload_fluent2_classifier_predictions_inc_archive
10549. vertical_solutions_monetization_error_inc_archive
10550. vertical_solutions_monetization_product_event_inc_archive
10551. verticals_seo_event_inc_archive
10552. vhliveranker_debug_hive_v2_inc_archive
10553. vhme_table_inc_archive
10554. video_adhoc_migration_inc_archive

Highly Confidential – Attorneys' Eyes Only

10555. video_ads_ad_account_owned_video_inc_archive
10556. video_ads_client_data_inc_archive
10557. video_ads_cvr_model_opt_out_inc_archive
10558. video_ads_link_data_inc_archive
10559. video_ads_polling_data_inc_archive
10560. video_ads_post_imp_cvr_model_02_with_mbl_story_traffic_df_inc_archive
10561. video_ads_rendering_validation_inc_archive
10562. video_ads_video_options_inc_archive
10563. video_ads_www_debug_inc_archive
10564. video_asset_insights_demographics_inc_archive
10565. video_asset_insights_inc_archive
10566. video_asset_waterfall_inc_archive
10567. video_autoplay_gating_result_hive_inc_archive
10568. video_broadcast_comment_pinning_inc_archive
10569. video_broadcast_comments_inc_archive
10570. video_broadcast_copyright_check_inc_archive
10571. video_broadcast_encoding_inc_archive
10572. video_broadcast_inc_archive
10573. video_broadcast_inc_archive
10574. video_broadcast_notifications_inc_archive
10575. video_broadcast_privacy_exceptions_inc_archive
10576. video_broadcast_timing_inc_archive
10577. video_broadcast_whos_watching_delta_inc_archive
10578. video_call_links_user_actions_inc_archive
10579. video_call_links_user_actions_inc_archive
10580. video_caption_edit_event_inc_archive
10581. video_captions_inc_archive
10582. video_captions_log_inc_archive
10583. video_captions_publish_inc_archive
10584. video_chaining_e2e_funnel_analysis_inc_archive
10585. video_chaining_examples_social_model_mtml_inc_archive
10586. video_chaining_examples_social_model_mtml_less_negative_inc_archive
10587. video_chaining_examples_social_model_mtml_v2_inc_archive
10588. video_chaining_fbjoiner_online_downsampled_inc_archive
10589. video_chaining_fbjoiner_online_downsampled_v3_inc_archive
10590. video_chaining_fbjoiner_online_downsampled_v4_inc_archive
10591. video_chaining_fbjoiner_online_downsampled_v4_ya_inc_archive
10592. video_chaining_online_downsampled_audio_video_inc_archive
10593. video_chaining_online_downsampled_pmv_long_video_view_30_inc_archive
10594. video_chaining_online_downsampled_pmv_long_video_view_60_inc_archive
10595. video_chaining_pmv_music_video_fbjoiner_online_downsampled_inc_archive
10596. video_chaining_uih_creator_eligible_filtered_inc_archive
10597. video_chaining_uih_long_video_view_creation_time_event_inc_archive
10598. video_chaining_uih_long_video_view_event_creation_time_filtered_inc_archive
10599. video_chaining_uih_long_video_view_event_fmt_filtered_experimental_inc_archive
10600. video_chaining_uih_long_video_view_event_fmt_filtered_inc_archive
10601. video_chaining_uih_long_video_view_event_fmt_filtered_uc_weitght_v1_inc_archive
10602. video_chaining_uih_long_video_view_event_fmt_inc_archive
10603. video_chaining_uih_long_video_view_event_interest_filtered_inc_archive
10604. video_chaining_uih_lvv_cip_ya_hourly_inc_archive
10605. video_chaining_uih_lvv_vpi_top3_torso_tail_filtered_inc_archive

10606. video_chaining_uih_lvv_vpi_v4_filtered_inc_archive
10607. video_chaining_uih_lvv_vpi_v5_eligible_filtered_inc_archive
10608. video_chaining_uih_lvv_vpi_v5_eligible_top2_veq_filtered_inc_archive
10609. video_chaining_user_cf_user_video_consumption_fmt_inc_archive
10610. video_change_ownership_inc_archive
10611. video_channel_ads_queries_inc_archive
10612. video_channel_inc_archive
10613. video_channel_rank_inc_archive
10614. video_clustering_inc_archive
10615. video_composer_ad_break_enabled_crossposting_inc_archive
10616. video_composer_ad_breaks_image_ads_ui_inc_archive
10617. video_composer_dialog_ui_inc_archive
10618. video_composer_suggested_tag_selection_inc_archive
10619. video_composition_ad_creation_inc_archive
10620. video_composition_creatives_inc_archive
10621. video_content_analysis_inc_archive
10622. video_content_protection_observer_inc_archive
10623. video_copyright_audit_inc_archive
10624. video_copyright_enrollment_inc_archive
10625. video_copyright_log_inc_archive
10626. video_copyright_match_comparison_inc_archive
10627. video_copyright_misuse_inc_archive
10628. video_copyright_muting_inc_archive
10629. video_copyright_ui_inc_archive
10630. video_creative_composer_events_bi_inc_archive
10631. video_creative_editor_events_bi_inc_archive
10632. video_creator_top_fans_badge_debug_inc_archive
10633. video_creator_top_fans_badge_inc_archive
10634. video_creator_top_fans_v2_inc_archive
10635. video_crossposting_inc_archive
10636. video_cue_events_inc_archive
10637. video_custom_labels_inc_archive
10638. video_data_saver_inc_archive
10639. video_debugger_inc_archive
10640. video_deletion_info_inc_archive
10641. video_details_explorer_inc_archive
10642. video_device_autoplay_setting_update_inc_archive
10643. video_download_inc_archive
10644. video_download_unified_inc_archive
10645. video_edit_waterfall_inc_archive
10646. video_editor_inc_archive
10647. video_encoding_async_jobs_inc_archive
10648. video_encoding_creation_inc_archive
10649. video_encoding_quality_metrics_inc_archive
10650. video_encoding_resource_usage_inc_archive
10651. video_encoding_selector_rule_cache_inc_archive
10652. video_encoding_sla_inc_archive
10653. video_encoding_snapshot_inc_archive
10654. video_encoding_storage_inc_archive
10655. video_engagement_audience_deletion_data_inc_archive
10656. video_feature_block_inc_archive

Highly Confidential – Attorneys' Eyes Only

10657. video_fields_transition_inc_archive
10658. video_firehose_inc_archive
10659. video_friend_watch_count_inc_archive
10660. video_fullscreen_entry_inc_archive
10661. video_geo_restriction_inc_archive
10662. video_gobal_share_assoc_inc_archive
10663. video_highlight_creatives_inc_archive
10664. video_hls_playlist_gen_inc_archive
10665. video_home_feed_unit_edge_header_generation_inc_archive
10666. video_home_highlighted_comment_inc_archive
10667. video_home_inc_archive
10668. video_home_og_metadata_inc_archive
10669. video_home_perf_inc_archive
10670. video_home_recommendation_feedback_pivot_events_inc_archive
10671. video_home_topic_surfaces_perf_inc_archive
10672. video_id_upload_check_inc_archive
10673. video_infra_bola_exp_inc_archive
10674. video_insights_graph_api_usage_inc_archive
10675. video_insights_metric_validation_inc_archive
10676. video_inspection_results_inc_archive
10677. video_inspector_inc_archive
10678. video_integrity_events_inc_archive
10679. video_integrity_live_location_search_inc_archive
10680. video_integrity_ranking_inc_archive
10681. video_integrity_recommendation_inc_archive
10682. video_integrity_vpvs_inc_archive
10683. video_license_inc_archive
10684. video_license_playback_inc_archive
10685. video_list_publishing_inc_archive
10686. video_list_video_channel_inc_archive
10687. video_list_view_model_inc_archive
10688. video_match_cluster_field_update_inc_archive
10689. video_md5_match_inc_archive
10690. video_meth_inc_archive
10691. video_metrics_replay_all_inc_archive
10692. video_motion_api_inc_archive
10693. video_music_research_event_inc_archive
10694. video_networker_public_msql_inc_archive
10695. video_notifications_inc_archive
10696. video_oem_dash_inc_archive
10697. video_oem_progressive_inc_archive
10698. video_offline_ranking_inc_archive
10699. video_offline_ranking_results_inc_archive
10700. video_on_demand_cvc_detailed_events_inc_archive
10701. video_page_inc_archive
10702. video_playback_experience_inc_archive
10703. video_playback_quality_metrics_inc_archive
10704. video_player_control_events_inc_archive
10705. video_player_controls_inc_archive
10706. video_player_dash_performance_inc_archive
10707. video_player_dash_performance_per_session_inc_archive

Highly Confidential – Attorneys' Eyes Only

10708. video_player_fraud_metrics_inc_archive
10709. video_player_inc_archive
10710. video_player_ingest_rate_limiting_inc_archive
10711. video_player_state_based_health_inc_archive
10712. video_player_state_based_per_session_inc_archive
10713. video_player_state_based_per_session_unittest_inc_archive
10714. video_pmv_searches_inc_archive
10715. video_polls_inc_archive
10716. video_polls_vod_remix_integrity_inc_archive
10717. video_post_ad_surface_exit_model_inc_archive
10718. video_post_upload_inc_archive
10719. video_preferred_encode_results_cache_inc_archive
10720. video_preferred_encodes_inc_archive
10721. video_publishing_inc_archive
10722. video_qoe_score_model_feature_shadow_inc_archive
10723. video_reference_match_inc_archive
10724. video_replacement_captions_clonning_inc_archive
10725. video_scrubber_preview_inc_archive
10726. video_search_interest_30s_inc_archive
10727. video_search_publisher_30s_inc_archive
10728. video_search_searcher_watched_videos_inc_archive
10729. video_sets_backend_inc_archive
10730. video_settings_inc_archive
10731. video_sharing_inc_archive
10732. video_soft_deletion_info_inc_archive
10733. video_stats_api_error_inc_archive
10734. video_stream_report_inc_archive
10735. video_streamer_dashboard_inc_archive
10736. video_stuck_status_deletion_inc_archive
10737. video_subtitles_inc_archive
10738. video_surface_exit_logging_inc_archive
10739. video_text_question_inc_archive
10740. video_thumbnail_ui_actions_inc_archive
10741. video_tip_jar_stars_inc_archive
10742. video_uih_lvv_vpi_v4_upload_freq_weighted_v1_inc_archive
10743. video_uih_lvv_vpi_v4_upload_freq_weighted_v2_inc_archive
10744. video_understand_inc_archive
10745. video_understanding_long_video_view_events_inc_archive
10746. video_unified_api_sampled_inc_archive
10747. video_upload_inc_archive
10748. video_upload_metrics_inc_archive
10749. video_variations_clonning_inc_archive
10750. video_view_cvr_instant_article_ppe2s10s15s_inc_archive
10751. video_view_cvr_mbl_feed_mf_model_inc_archive
10752. video_view_cvr_mbl_feed_with_mbl_story_mf_model_inc_archive
10753. video_view_cvr_web_feed_mf_model_2s10s15s_inc_archive
10754. video_view_goal_15s_excl_an_instream_with_position_adjusted_inc_archive
10755. video_view_goal_15s_excl_instagram_instream_with_position_adjusted_inc_archive
10756. video_view_goal_15s_mobile_feed_inc_archive
10757. video_view_goal_vv_an_instream_with_position_adjusted_inc_archive
10758. video_view_goal_vv_an_instream_wo_negatives_sampling_inc_archive

Highly Confidential – Attorneys' Eyes Only

10759. video_view_mobile_channel_watch_15s_inc_archive
10760. video_view_mrc_model_with_an_inc_archive
10761. video_view_session_deltas_inc_archive
10762. video_view_session_deltas_infra_inc_archive
10763. video_view_session_deltas_unittest_inc_archive
10764. video_view_session_wide_deltas_inc_archive
10765. video_vmaf_quality_metrics_inc_archive
10766. video_watch_and_scroll_inc_archive
10767. video_watchdog_inc_archive
10768. videoinfra_sve_pipeline_logger_inc_archive
10769. videoinfra_sve_upload_logger_inc_archive
10770. videoinfra_vod_live_streaming_service_logger_inc_archive
10771. videos_captioning_inc_archive
10772. videos_chunked_enforce_page_access_token_inc_archive
10773. vidwalla_events_inc_archive
10774. view_tags_rendered_inc_archive
10775. viewability_events_audit_inc_archive
10776. viewable_session_validation_result_inc_archive
10777. viewable_session_validation_web_result_inc_archive
10778. viewer_context_creation_inc_archive
10779. viewer_context_id_inc_archive
10780. viewer_context_identity_validation_inc_archive
10781. viewer_location_data_source_coverage_inc_archive
10782. viewer_location_histogram_by_political_district_inc_archive
10783. viewer_location_updates_frequency_inc_archive
10784. viewtag_s2s_test_inc_archive
10785. violation_friction_events_inc_archive
10786. virtual_taxonomy_usecase_monitoring_inc_archive
10787. visit_page_categories_inc_archive
10788. visit_state_fg_final_inc_archive
10789. visit_state_final_inc_archive
10790. visual_messaging_edit_events_inc_archive
10791. visual_messaging_receive_client_events_inc_archive
10792. visual_slam_lite_sensitive_client_events_inc_archive
10793. vml_vu_ldg_live_user_embed_inc_archive
10794. vml_vu_ldg_user_embed_inc_archive
10795. vml_vu_live_predictions_dev_inc_archive
10796. vml_vu_live_u2v_user_embedding_inc_archive
10797. vml_vu_predictions_intern_inc_archive
10798. vms_event_inc_archive
10799. vod_player_state_based_event_time_inc_archive
10800. vod_player_state_based_event_time_ya_inc_archive
10801. vod_presence_and_conversation_inc_archive
10802. voice_events_inc_archive
10803. voice_search_inc_archive
10804. voiceplatform_app_conf_inc_archive
10805. voip_push_notifications_inc_archive
10806. voyager_buzzer_events_inc_archive
10807. voyager_sgs_user_interest_feature_inc_archive
10808. voyager_srpme_filtered_inc_archive
10809. vpn_check_status_tool_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10810. vpv_debugging_falco_inc_archive
10811. vpv_debugging_inc_archive
10812. vpv_waterfall_inc_archive
10813. vpvd_mobile_feed_model_inc_archive
10814. vsbl_inconsistent_post_metrics_inc_archive
10815. vsbl_session_storage_debug_inc_archive
10816. vsl_event_rate_limit_debug_inc_archive
10817. vsl_sessionization_metrics_analysis_inc_archive
10818. vsl_video_copyright_matching_metrics_inc_archive
10819. vwop_exceptions_inc_archive
10820. w3c_payment_request_inc_archive
10821. wa_targeting_model_scores_inc_archive
10822. wa_www_secure_message_request_actions_inc_archive
10823. wa_www_secure_thread_privacy_checks_inc_archive
10824. wa_www_secure_unconnected_send_inc_archive
10825. wait_time_reliability_inc_archive
10826. warning_screen_events_inc_archive
10827. was_live_deletion_events_inc_archive
10828. waslive_manifest_debug_inc_archive
10829. waslive_oep_inc_archive
10830. waslive_performance_inc_archive
10831. waslive_seal_inc_archive
10832. watch_badge_inc_archive
10833. watch_badge_ranking_inc_archive
10834. watch_badge_ranking_prefetched_video_ids_inc_archive
10835. watch_badging_tab_bar_badge_actions_inc_archive
10836. watch_channel_ad_events_inc_archive
10837. watch_creation_log_inc_archive
10838. watch_experience_inc_archive
10839. watch_explore_sessions_inc_archive
10840. watch_feed_audio_video_fbjoiner_online_downsampled_inc_archive
10841. watch_feed_downsampled_multi_event_v3_inc_archive
10842. watch_feed_downsampled_multi_event_v5_inc_archive
10843. watch_feed_downsampled_multi_event_v6_inc_archive
10844. watch_feed_downsampled_sparse_multi_event_v5_inc_archive
10845. watch_feed_fbjoiner_online_downsampled_v2_inc_archive
10846. watch_feed_pmv_fbjoiner_online_downsampled_inc_archive
10847. watch_feed_raas_multi_event_v1_inc_archive
10848. watch_feed_user_downsampled_multi_event_v2_inc_archive
10849. watch_growth_inc_archive
10850. watch_history_content_loads_inc_archive
10851. watch_history_result_clicks_inc_archive
10852. watch_interest_follow_inc_archive
10853. watch_interest_follow_users_v1_inc_archive
10854. watch_interest_signal_bank_user_events_inc_archive
10855. watch_interests_inc_archive
10856. watch_mp_groups_tab_badging_ctr_rt_fblite_inc_archive
10857. watch_mp_groups_tab_badging_ctr_rt_fblite_v2_inc_archive
10858. watch_mp_groups_tab_badging_ctr_rt_inc_archive
10859. watch_mp_groups_tab_badging_ctr_rt_v2_inc_archive
10860. watch_rainbow_qp_inc_archive

          Highly Confidential – Attorneys' Eyes Only

10861. watch_ranking_debug_tool_inc_archive
10862. watch_recommended_candidates_inc_archive
10863. watch_reels_ranking_user_reels_engagement_usercf_v0_inc_archive
10864. watch_serp_sessions_inc_archive
10865. watch_surface_monetization_three_dot_menu_logging_inc_archive
10866. watch_tab_badging_session_with_tag_rt_fblite_v2_inc_archive
10867. watch_tab_badging_session_with_tag_rt_v2_1_inc_archive
10868. watch_tab_badging_session_with_tag_rt_v2_inc_archive
10869. watch_tab_badging_session_with_tag_rt_v3_1_inc_archive
10870. watch_tab_badging_session_with_tag_rt_v3_2_inc_archive
10871. watch_tab_badging_session_with_tag_v2_inc_archive
10872. watch_tab_bar_badge_actions_inc_archive
10873. watch_uip_backfill_inc_archive
10874. watch_up2string_length_inc_archive
10875. watchqueue_inc_archive
10876. waterfall_aggregator_pymk_inc_archive
10877. waterfall_leaf_pymk_inc_archive
10878. waterfall_lightspeed_event_inc_archive
10879. waterfall_message_iris_send_receive_inc_archive
10880. waterfall_message_lifetime_inc_archive
10881. waterfall_mqtt_endpoint_lifetime_inc_archive
10882. watermark_inc_archive
10883. wdi_lineage_graph_logs_inc_archive
10884. weak_password_user_event_inc_archive
10885. weather_activity_inc_archive
10886. weather_dashboard_inc_archive
10887. web_api_application_inc_archive
10888. web_authn_events_inc_archive
10889. web_bookmarks_log_inc_archive
10890. web_browser_dimensions_inc_archive
10891. web_browser_dimensions_resize_inc_archive
10892. web_emoji_picker_inc_archive
10893. web_event_client_server_pipeline_accounting_inc_archive
10894. web_gvo_1d_post_click_custom_events_inc_archive
10895. web_persistent_props_inc_archive
10896. web_reactions_blingbar_dev_inc_archive
10897. web_reactions_blingbar_inc_archive
10898. web_session_extension_inc_archive
10899. web_session_termination_inc_archive
10900. web_user_reactions_inc_archive
10901. webhooks_outgoing_inc_archive
10902. webhooks_sample_sender_events_inc_archive
10903. webi_news_feed_results_inc_archive
10904. weblite_messenger_entry_points_inc_archive
10905. weblite_rsolution_change_inc_archive
10906. weblite_to_native_sso_inc_archive
10907. weblite_unity_session_events_inc_archive
10908. webrtc_privacy_and_spam_inc_archive
10909. website_events_with_classifications_inc_archive
10910. wellbeing_product_logger_inc_archive
10911. wellbeing_timeinapp_intervals_inc_archive

Highly Confidential – Attorneys' Eyes Only

10912. wellbeing_timeinapp_perf_inc_archive
10913. wellbeing_timeinapp_raw_inc_archive
10914. wellbeing_timeinapp_ui_migration_inc_archive
10915. wem_health_inc_archive
10916. wem_privacy_mutation_inc_archive
10917. wem_private_sharing_inc_archive
10918. wem_private_sharing_lu_funnel_inc_archive
10919. wem_private_sharing_lu_funnel_unittest_inc_archive
10920. wem_private_sharing_reliability_inc_archive
10921. wem_realtime_inc_archive
10922. wem_screenshot_inc_archive
10923. whats_new_client_logging_inc_archive
10924. whitehat_report_vulnerability_form_inc_archive
10925. whitehat_researcher_profile_inc_archive
10926. whitehat_test_account_inc_archive
10927. who_dis_experiment_results_inc_archive
10928. widevine_license_server_request_inc_archive
10929. wifi_scan_collection_stats_inc_archive
10930. wilde_ad_impression_batch_logging_inc_archive
10931. wireless_positioning_evaluation_inc_archive
10932. wisp_catalyst_inc_archive
10933. with_issues_mutation_inc_archive
10934. wiz_data_verification_results_inc_archive
10935. woodhouse_emailer_inc_archive
10936. word_blacklist_editor_inc_archive
10937. work_approval_header_hourly_base2
10938. work_automation_instance_debug_inc_archive
10939. work_automation_run_info_inc_archive
10940. work_browse_privacy_inc_archive
10941. work_bulk_deactivation_events_inc_archive
10942. work_chat_activity_inc_archive
10943. work_community_center_inc_archive
10944. work_company_notice_events_inc_archive
10945. work_goal_inc_archive
10946. work_mobile_profile_views_inc_archive
10947. work_outgoing_webhooks_inc_archive
10948. work_pymi_events_inc_archive
10949. work_scim_company_user_events_inc_archive
10950. work_state_after_claimed_inc_archive
10951. work_switcher_inc_archive
10952. work_user_availability_status_actions_inc_archive
10953. workbench_logging_inc_archive
10954. workflow_events_inc_archive
10955. wpi_events_score_inc_archive
10956. wpie_embeddings_inc_archive
10957. wpr_results_relevance_inc_archive
10958. wps_local_fb4a_experiment_inc_archive
10959. wps_on_device_experiments_inc_archive
10960. wrangler_events_inc_archive
10961. writes_to_newsfeed_backend_inc_archive
10962. www_ads_tagged_requests_inc_archive

Highly Confidential – Attorneys' Eyes Only

10963. www_catapult_inc_archive
10964. www_comet_video_autoplay_inc_archive
10965. www_create_menu_clicks_inc_archive
10966. www_dropped_illegal_impression_inc_archive
10967. www_gap_rules_inc_archive
10968. www_image_load_src_events_dev_inc_archive
10969. www_image_load_src_events_inc_archive
10970. www_matcher_events_inc_archive
10971. www_ufi2_development_dev_inc_archive
10972. www_ufi2_development_inc_archive
10973. x_network_impersonation_report_creation_inc_archive
10974. x_out_pymk_suggestions_inc_archive
10975. xavier_errors_log_inc_archive
10976. xavier_events_inc_archive
10977. xchannel_all_traffic_unified_inc_archive
10978. xchannel_all_traffic_unified_mod2_inc_archive
10979. xchannel_all_traffic_unified_mod_inc_archive
10980. xchannel_shops_ads_3co_all_imp_inc_archive
10981. xdelta_fb_inc_archive
10982. xfac_appeal_core_internal_inc_archive
10983. xfb_confirmation_cliff_inc_archive
10984. xfb_confirmation_events_inc_archive
10985. xfb_confirmation_inc_archive
10986. xfb_registration_inc_archive
10987. xma_send_inc_archive
10988. xma_style_inc_archive
10989. xout_lwnf_mobile_feed_inc_archive
10990. xplat_media_manager_log_inc_archive
10991. xpp_events_inc_archive
10992. xpv_service_inc_archive
10993. xrt_ent_history_inc_archive
10994. xs_cookie_counter_events_inc_archive
10995. xstream_stg_groups_actions_detail_inc_archive
10996. ya_feed_units_inc_archive
10997. ya_heavy_page_videos_offline_cache_results_inc_archive
10998. ya_interests_picker_inc_archive
10999. ya_video_chaining_user_cf_user_video_consumption_inc_archive
11000. yao_xiao_integrity_adhoc_inc_archive
11001. youth_birthday_change_inc_archive
11002. youth_hs_typeahead_inc_archive
11003. zendesk_api_inc_archive
11004. zenon_redblock_inc_archive
11005. zero_always_free_endpoint_inc_archive
11006. zero_balance_detection_inc_archive
11007. zero_banner_inc_archive
11008. zero_carrier_signal_dual_ping_inc_archive
11009. zero_carrier_signal_v2_client_ping_inc_archive
11010. zero_carrier_signal_v2_client_run_inc_archive
11011. zero_cdn_urlgen_inc_archive
11012. zero_dialtone_whitelisted_impression_inc_archive
11013. zero_eligibility_hash_inc_archive

Highly Confidential – Attorneys' Eyes Only

11014. zero_external_sales_inc_archive
11015. zero_fup_blocked_users_hive_inc_archive
11016. zero_fup_events_inc_archive
11017. zero_graphql_queries_inc_archive
11018. zero_growth_inc_archive
11019. zero_header_availability_inc_archive
11020. zero_header_compliance_inc_archive
11021. zero_header_request_android_inc_archive
11022. zero_host_pricing_inc_archive
11023. zero_interstitials_inc_archive
11024. zero_jio_header_config_fetch_inc_archive
11025. zero_jio_header_inc_archive
11026. zero_js_rewrite_rules_inc_archive
11027. zero_mode_switch_event_inc_archive
11028. zero_optin_fetch_api_inc_archive
11029. zero_product_compliance_inc_archive
11030. zero_provisioned_identity_ent_history_inc_archive
11031. zero_provisioning_inc_archive
11032. zero_rating_state_change_fb4a_inc_archive
11033. zero_redirect_inc_archive
11034. zero_sdk_client_dispatched_events_inc_archive
11035. zero_sdk_generic_event_inc_archive
11036. zero_slb_tailer_output_debug_inc_archive
11037. zero_slb_tailer_output_inc_archive
11038. zero_traffic_image_request_violation_inc_archive
11039. zero_traffic_userid_msisdn_hive_inc_archive
11040. zero_uat_checkpoints_inc_archive
11041. zero_upsell_carrier_callback_inc_archive
11042. zero_upsell_carrier_page_inc_archive
11043. zero_upsell_debugging_inc_archive
11044. zero_upsell_events_inc_archive
11045. zero_upsell_interstitials_inc_archive
11046. zero_upsell_machine_learning_inc_archive
11047. zero_upsell_manual_msisdn_inc_archive
11048. zero_upsell_ranking_infra_inc_archive
11049. zero_user_tracing_inc_archive
11050. zhejun_testv2_ppf_scribeh_adconv2_unattributed_inc_archive
11051. zsh_headers_config_fetch_inc_archive

Highly Confidential – Attorneys' Eyes Only

# Exhibit C

Highly Confidential -
Attorneys' Eyes Only

| USER DATA TYPE | LOCATION | CONTRACTS |
|---|---|---|
| Photos | DYI | Microsoft Mobile App Submission, Windows Phone Facebook App (4/7/09)<br>Microsoft Mobile App Submission, Myphone (10/27/09)<br>Microsoft Application Development Amendment (1/7/10)<br>Microsoft Mobile App Submission, Windows 7 Mango (7/5/11)<br>Microsoft Mobile App Submission, Windows 8 (9/27/12)<br>Microsoft Mobile App Submission, Windows 8 (2/27/15) |
| Names | DYI | Microsoft Application Development Amendment (1/7/10) |
| Make a friend request | DYI | Microsoft Application Development Amendment (1/7/10) |
| User ID | DYI | Microsoft Feed Integration Agreement (+Amendment 1) (11/11/08):<br>Microsoft Limited Data Sharing Agreement  (8/23/10)<br>Microsoft Bing Search on Facebook Service and Platform Agreement, Amendment 6 (12/23/14) |
| User name | DYI | Microsoft Bing Search on Facebook Service and Platform Agreement, Amendment 6 (12/23/14);<br>Microsoft Limited Data Sharing Agreement (8/23/10) |
| Timestamp of update | DYI | Microsoft Bing Search on Facebook Service and Platform Agreement, Amendment 6 (12/23/14) |
| Status update text | DYI | Microsoft Bing Search on Facebook Service and Platform Agreement, Amendment 6 (12/23/14) |
| Shared link | DYI | Microsoft Bing Search on Facebook Service and Platform Agreement, Amendment 6 (12/23/14) |
| Timestamp of when like performed | DYI | Microsoft Bing Search on Facebook Service and Platform Agreement, Amendment 6 (12/23/14) |
| Any like for the user | DYI | Microsoft Bing Search on Facebook Service and Platform Agreement, Amendment 6 (12/23/14) |
| Type of like action and URL being liked | DYI | Microsoft Bing Search on Facebook Service and Platform Agreement, Amendment 6 (12/23/14) |
| User login data | DYI | Microsoft Collaboration Evaluation Agreement (5/11/09) |
| IP address used for login | DYI | Microsoft Collaboration Evaluation Agreement (5/11/09) |
| Timestamp of login event | DYI | Microsoft Collaboration Evaluation Agreement (5/11/09) |
| User ID and timestamp of when a change occurred to user profile | DYI | Microsoft Limited Data Sharing Agreement (8/23/10): |
| User profile picture URL | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Work history (contains employer) | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Education (contains school) | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Interest | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Movies | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Books | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Music | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Activities | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Gender | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Location | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Hometown | DYI | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Most recent stories | DYI | Microsoft Mobile App Submission, Windows 7 Mango (7/5/11) |
| Online albums | DYI | Microsoft Mobile App Submission, Windows 7 Mango (7/5/11) |
| Events | DYI | Microsoft Mobile App Submission, Windows 7 Mango (7/5/11)<br>Microsoft Mobile App Submission, Windows 8 (9/27/12)<br>Microsoft Mobile App Submission, Facebook app for Windows Phone (6/5/13) |
| Upload photos and videos | DYI | Microsoft Mobile App Submission, Windows Phone Facebook App (4/7/09)<br>Microsoft Mobile App Submission, Windows 7 Mango (7/5/11)<br>Microsoft Mobile App Submission, Windows 8 (9/27/12)<br>Microsoft Mobile App Submission, Windows 8 (2/27/15)<br>Microsoft Mobile App Submission, Facebook app for Windows Phone (6/5/13) |
| Comment on feed stories | DYI | Microsoft Mobile App Submission, Windows 7 Mango (7/5/11) |
| View and create tags on FB photos, and respond to Facebook events | DYI | Microsoft Mobile App Submission, Windows 7 Mango (7/5/11 |
| Offline messages | DYI | Microsoft Mobile App Submission, Windows 8 (9/27/12) |
| Friends | DYI | Microsoft Mobile App Submission, Windows 8 (9/27/12); Microsoft Limited Data Sharing |
| Stories | DYI | Microsoft Mobile App Submission, Windows 8 (9/27/12) |
| Status updates (Posts) | DYI | Microsoft Mobile App Submission, Windows 8 (9/27/12) |
| Facebook Places (Your Places) | DYI | Microsoft Mobile App Submission, Windows 8 (9/27/12) |
| Email | DYI | Microsoft Mobile App Submission, Windows Phone Facebook App (4/7/09)<br>Microsoft Mobile App Submission, Facebook app for Windows Phone (6/5/13)<br>Microsoft Mobile App Submission, Windows 8 (2/27/15) |
| Contacts | DYI | Microsoft Mobile App Submission, Windows Phone Facebook App (4/7/09)<br>Microsoft Mobile App Submission, Facebook app for Windows Phone (6/5/13) |
| Update status | DYI | Microsoft Mobile App Submission, Windows Phone Facebook App (4/7/09)<br>Microsoft Mobile App Submission, Facebook app for Windows Phone (6/5/13)<br>Microsoft Mobile App Submission, Windows 8 (2/27/15) |
| Facebook home page | DYI | Microsoft Mobile App Submission, Windows Phone Facebook App (4/7/09)<br>Microsoft Mobile App Submission, Facebook app for Windows Phone (6/5/13)<br>Microsoft Mobile App Submission, Windows 8 (2/27/15) |
| Profile page | DYI | Microsoft Mobile App Submission, Windows Phone Facebook App (4/7/09)<br>Microsoft Mobile App Submission, Facebook app for Windows Phone (6/5/13)<br>Microsoft Mobile App Submission, Windows 8 (2/27/15) |
| "Content that a given Facebook user or page sets as being viewable by everyone" | DYI | Microsoft RealTime Data Licensing Agreement (10/20/09) |
| Privacy settings | TAO and Hive | Microsoft Limited Data Sharing Agreement (8/23/10) |
| Set permissions (audience controls on a post) | TAO | Microsoft Mobile App Submission, Windows 8 (9/27/12) |