Derek W. Loeser (admitted *pro hac vice*)  
KELLER ROHRBACK L.L.P.  
1201 Third Avenue, Suite 3200  
Seattle, WA 98101  
Tel.: (206) 623-1900  
Fax: (206) 623-3384  
dloeser@kellerrohrback.com  

Lesley E. Weaver (SBN 191305)  
BLEICHMAR FONTI & AULD LLP  
555 12th Street, Suite 1600  
Oakland, CA 94607  
Tel.: (415) 445-4003  
Fax: (415) 445-4020  
lweaver@bfalaw.com  

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF CARI C. LAUFENBERG AND MATTHEW S. MELAMED IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: September 2, 2022<br>Hearing Time: 10:00 a.m. |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Cari C. Laufenberg, and I, Matthew S. Melamed, declare and state as follows:

1. Cari C. Laufenberg is a Partner at the law firm of Keller Rohrback L.L.P. and Matthew S. Melamed is a Partner at the law firm of Bleichmar Fonti & Auld LLP. We are Counsel for Plaintiffs in the above-captioned action.

2. We have personal knowledge of the facts set forth herein and, if called as witnesses, could and would testify competently to them, with the exception of the facts in paragraph 4, which are only within Ms. Laufenberg's personal knowledge.

3. This declaration is made in support of Plaintiffs' Supplemental Brief in Support of Sanctions.

4. On April 8, 2022, the parties participated in a meet and confer. Among the counsel representing the parties during the meet and confer were Ms. Laufenberg for Plaintiffs and Rose Ring for Facebook. During the meet and confer, Facebook agreed to provide Plaintiffs a letter describing its process for collecting and reviewing Quips and other types of internal documents—namely, Tasks, Wikis, and Facebook Workplace Groups—by May 6, 2022.

5. Thereafter, we attended numerous meet and confers where Plaintiffs asked Facebook to provide the letter.

6. On July 14, 2022, we participated in a meet and confer with Facebook. Representing Facebook during the meet and confer were Ms. Ring, Martie Kutcher-Clark, Amanda Aycock, Amanda Machin, and Brooke Myers Wallace. When Plaintiffs asked when Facebook would provide the letter describing its process for collecting and producing Quips and other specific types of internal documents, Ms. Ring expressed frustration that Plaintiffs continued to raise the issue. Among other things, she stated her belief that Plaintiffs were not entitled to the information they sought and did not understand why Facebook had agreed to provide the information. We responded that this was a reversal of Facebook's prior promise to provide the letter and asked for clarification regarding Facebook's position. Ultimately, Ms. Ring stated that since Facebook had promised to provide the letter, it would do so. However, she stated that the

letter was her lowest priority and would not provide a date by which she would provide it to Plaintiffs.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Dated: August 8, 2022 | By: | /s/ Cari C. Laufenberg |
|---|---|---|
| | | Cari C. Laufenberg |

Executed at: Seattle, Washington

| Dated: August 8, 2022 | By: | /s/ Matthew S. Melamed |
|---|---|---|
| | | Matthew S. Melamed |

Executed at: Oakland, California

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of August, 2022, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver