# EXHIBIT 110
## Unredacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Machin, Amanda C. <AMachin@gibsondunn.com> |
| **Sent:** | Monday, May 2, 2022 11:37 AM |
| **To:** | Emma Wright; *** Service-FB-CA_MDL |
| **Cc:** | Lesley Weaver; Derek Loeser; Cari Laufenberg; Matt Melamed; Josh Samra; Anne Davis; David Ko |
| **Subject:** | Privilege Log -- RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation |
| **Attachments:** | 2022-04-29 Pls Challenges - Samples.xlsx |

Emma,

I am confirming receipt of your letter; we will respond by May 6.

As you know, the protocol we agreed to requires the parties to use a random number generator to create a statistically significant sample, not to exceed 385 documents, of documents which fall within each challenge. Using the random number generator function available in Excel, we have identified the documents in the attached spreadsheet, which will constitute the Samples.

Amanda


**Amanda C. Machin**
Of Counsel

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Office +1 202.887.3705 • Cell + 1 773.330.3792
AMachin@gibsondunn.com • www.gibsondunn.com

---

**From:** Emma Wright <ewright@kellerrohrback.com>
**Sent:** Friday, April 29, 2022 9:42 PM
**To:** Machin, Amanda C. <AMachin@gibsondunn.com>; *** Service-FB-CA_MDL <Service-FB-CA_MDL@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Matt Melamed <mmelamed@bfalaw.com>; Josh Samra <jsamra@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; David Ko <dko@KellerRohrback.com>
**Subject:** [WARNING: UNSCANNABLE EXTRACTION FAILED]In re Facebook, Inc. Consumer Privacy User Profile Litigation

**[WARNING: External Email]**

Counsel:

Please see the attached letter and response to entries on Facebook's Fourth Amended Categorical Privilege Log.

Regards,
Emma

---------------------------

Emma Wright
Keller Rohrback L.L.P.

Phone: (206) 428-0563
Fax: (206) 623-3384
Email: ewright@kellerrohrback.com
Pronouns: she/her

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---