# EXHIBIT 111
## Unredacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Machin, Amanda C. <AMachin@gibsondunn.com> |
| **Sent:** | Friday, May 6, 2022 6:05 PM |
| **To:** | Emma Wright; *** Service-FB-CA_MDL |
| **Cc:** | Lesley Weaver; Derek Loeser; Cari Laufenberg; Matt Melamed; Josh Samra; Anne Davis; David Ko |
| **Subject:** | RE: Privilege Log -- RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation |
| **Attachments:** | 2022.05.06 Fourth Amended Privilege Log_Sample_Additional Information.xlsx; 2022.05.06 Fourth Amended Privilege Log_Sample_De-designated Documents.xlsx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

We are writing in reply to your April 29, 2022 letter responding to certain entries on Facebook's Fourth Amended Categorical Privilege Log. Pursuant to Paragraph 5 of the Stipulation and Order Regarding Facebook's Categorical Privilege Log, Facebook is informing Plaintiffs that it will produce certain documents in the Samples, which are included in the attached Excel spreadsheet entitled 2022.05.06 Fourth Amended Privilege Log_Sample_De-designated Documents. We are also providing additional information about certain other documents in the log, which can be found in the attached Excel spreadsheet entitled 2022.05.06 Fourth Amended Privilege Log_Sample_Additional Information.

Facebook will conduct a further review to identify additional documents, if any, on its privilege log which were withheld on the same or substantially similar bases as the documents being removed from the privilege log today. We will produce any documents from that review that we determine should be de-designated to Plaintiffs as soon as possible.

Please let us know if you have any questions.

Amanda


**Amanda C. Machin**
Of Counsel

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Office +1 202.887.3705 • Cell + 1 773.330.3792
AMachin@gibsondunn.com • www.gibsondunn.com

---

**From:** Emma Wright <ewright@kellerrohrback.com>
**Sent:** Thursday, May 5, 2022 2:50 PM
**To:** Machin, Amanda C. <AMachin@gibsondunn.com>; *** Service-FB-CA_MDL <Service-FB-CA_MDL@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Matt Melamed <mmelamed@bfalaw.com>; Josh Samra <jsamra@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; David Ko <dko@KellerRohrback.com>
**Subject:** RE: Privilege Log -- RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation

**[WARNING: External Email]**

Great, thanks so much.

---

**From:** Machin, Amanda C. <AMachin@gibsondunn.com>
**Sent:** Thursday, May 5, 2022 11:48 AM
**To:** Emma Wright <ewright@kellerrohrback.com>; *** Service-FB-CA_MDL <Service-FB-CA_MDL@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Matt Melamed <mmelamed@bfalaw.com>; Josh Samra <jsamra@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; David Ko <dko@KellerRohrback.com>
**Subject:** RE: Privilege Log -- RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation

Thanks for confirming we can use that feature going forward, Emma.

Here are the Bates numbers for those docs:

| Priv Log ID | Bates |
|---|---|
| FB-MDL-PRIV-00026266 | FB-CA-MDL-03080412 |
| FB-MDL-PRIV-00065814 | FB-CA-MDL-03079820 |
| FB-MDL-PRIV-00108524 | FB-CA-MDL-03078919 |
| FB-MDL-PRIV-00168269 | FB-CA-MDL-03080530 |


**Amanda C. Machin**
Of Counsel

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Office +1 202.887.3705 • Cell + 1 773.330.3792
AMachin@gibsondunn.com • www.gibsondunn.com

---

**From:** Emma Wright <ewright@kellerrohrback.com>
**Sent:** Thursday, May 5, 2022 2:37 PM
**To:** Machin, Amanda C. <AMachin@gibsondunn.com>; *** Service-FB-CA_MDL <Service-FB-CA_MDL@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Matt Melamed <mmelamed@bfalaw.com>; Josh Samra <jsamra@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; David Ko <dko@KellerRohrback.com>
**Subject:** RE: Privilege Log -- RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation

**[WARNING: External Email]**

Amanda,

Thanks so much for providing the random sample; Plaintiffs approve the use of the Excel random number generator function for the purposes of developing this sample and future samples unless otherwise noted.

Additionally, I wanted to check in on the following four documents that got missed in Facebook's April 22 production to see if they've subsequently been produced and, if so, what their production Bates numbers are: FB-MDL-PRIV-00026266; FB-MDL-PRIV-00065814; FB-MDL-PRIV-00108524; FB-MDL-PRIV-00168269.

Thank you,
Emma

---

**From:** Machin, Amanda C. <AMachin@gibsondunn.com>
**Sent:** Monday, May 2, 2022 11:37 AM
**To:** Emma Wright <ewright@kellerrohrback.com>; *** Service-FB-CA_MDL <Service-FB-CA_MDL@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Matt Melamed <mmelamed@bfalaw.com>; Josh Samra <jsamra@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; David Ko <dko@KellerRohrback.com>
**Subject:** Privilege Log -- RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation

Emma,

I am confirming receipt of your letter; we will respond by May 6.

As you know, the protocol we agreed to requires the parties to use a random number generator to create a statistically significant sample, not to exceed 385 documents, of documents which fall within each challenge. Using the random number generator function available in Excel, we have identified the documents in the attached spreadsheet, which will constitute the Samples.

Amanda


**Amanda C. Machin**
Of Counsel

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Office +1 202.887.3705 • Cell + 1 773.330.3792
AMachin@gibsondunn.com • www.gibsondunn.com

---

**From:** Emma Wright <ewright@kellerrohrback.com>
**Sent:** Friday, April 29, 2022 9:42 PM
**To:** Machin, Amanda C. <AMachin@gibsondunn.com>; *** Service-FB-CA_MDL <Service-FB-CA_MDL@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Matt Melamed <mmelamed@bfalaw.com>; Josh Samra <jsamra@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; David Ko <dko@KellerRohrback.com>
**Subject:** [WARNING: UNSCANNABLE EXTRACTION FAILED]In re Facebook, Inc. Consumer Privacy User Profile Litigation

**[WARNING: External Email]**
Counsel:

Please see the attached letter and response to entries on Facebook's Fourth Amended Categorical Privilege Log.

Regards,

Emma

\----------------------------
Emma Wright
Keller Rohrback L.L.P.

Phone: (206) 428-0563
Fax: (206) 623-3384
Email: ewright@kellerrohrback.com
Pronouns: she/her

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.