# EXHIBIT 113
## Unredacted Version of Document Sought to be Sealed

| | |
|---|---|
| From: | Eduardo Silva [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=BAFE6291B7C144AC806DE019A9360F72] |
| Sent: | 3/20/2018 4:46:43 PM |
| To: | Emma Jacquemart-Simonen [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EMMAJSEF6]; Eduardo Silva [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=BAFE6291B7C144AC806DE019A9360F72]; Michelle Fang [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=526E742BFD674E8A9A7808BB1F28C7D2]; Matt Sack [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=F004B920930C4A468DE6968A5D05CFF2]; Pablo Cases [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=2E24063266114FD3BF04E878A4D640F7]; Luke Conlan [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=9FC9A965AB1C4FDEA6F80FA5F2F48678]; Rebecca Soares [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RSOARES841]; Bill Fusz [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=6499948635EE41DA87E4687DF41B31DF]; Marcelina Slota [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARCELINASLOTAE97]; David Doyle [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=FEF382F4FFCB493C80B013B76AE0891C]; Dan Solt [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=E945539A35CA4037BD4E4361FAD4FEF5] |
| Subject: | Message summary [{"otherUserFbId":null,"threadFbId":1899964850015596}] |
| Attachments: | [redacted]; 11125419_10204129266214451_675899615_n.gif; sticker.png |

```
William Moca Fusz (3/20/2018 15:11:10 PDT):
>Hey team. We are still working through the options for changes to platform in the wake of the CA
escalation and continue to answer PR and regulatory inquiries. Really appreciate this group's work in
particular - you have all been running very hard the last few days.
>
>Per my post in Global DevOps this morning, make sure that you're taking care of yourself and finding
little off-ramps between crises to decompress, refuel, and connect with others. We have a lot of
impactful work ahead of us, but we can't afford to burn out during this peak. Hang in there and please
reach out if you want to talk through anything.

Rebecca Ann Soares (3/20/2018 16:38:59 PDT):
[redacted]

Rebecca Ann Soares (3/20/2018 16:39:27 PDT):
shared: [redacted]

David Doyle (3/20/2018 16:39:39 PDT):
>Might be best not to share in this specific thread, rather one with priv. Nevermind :)

Rebecca Ann Soares (3/20/2018 16:40:02 PDT):
>whoops

Rebecca Ann Soares (3/20/2018 16:41:32 PDT):
>??

David Doyle (3/20/2018 16:41:45 PDT):

shared: 11125419_10204129266214451_675899615_n.gif

William Moca Fusz (3/20/2018 16:42:03 PDT):
>Yup, just add to the Quip with Brian and Ali - thank you!!

Michelle Lynn Fang (3/20/2018 16:42:08 PDT):
>Related question- should we even be using Quip for escalations related info given Quip's still a 3rd
party?
```

Confidential
FB-CA-MDL-00303171

Michelle Lynn Fang (3/20/2018 16:42:51 PDT):
>(Asking because I'm on some sensitive Quips for IG and wasn't sure what official stance was)

David Doyle (3/20/2018 16:43:00 PDT):
>Yeah, Quip is vetted and approved

William Moca Fusz (3/20/2018 16:43:39 PDT):
>Just ensure that if it's very sensitive you ask a lawyer for guidance in the Quip and privilege it

Emma Jacquemart-Simonen (3/20/2018 16:44:53 PDT):
>How does one 'privilege it'?

David Doyle (3/20/2018 16:45:22 PDT):
>With the presence and approval of an attorney

David Doyle (3/20/2018 16:45:31 PDT):
>For reference: https://our.intern.facebook.com/intern/wiki/Legal/Attorney_Client_Privilege_FAQ/

David Doyle (3/20/2018 16:46:24 PDT):
>This is a great post too: https://fb.facebook.com/groups/221503021668016/permalink/312300229254961/

William Moca Fusz (3/20/2018 16:46:43 PDT):

shared: sticker.png

Confidential                                                                     FB-CA-MDL-00303172