# EXHIBIT 116
## Unredacted Version of Document Sought to be Sealed

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4   IN RE: FACEBOOK, INC. CONSUMER ) MDL No. 2843

5   PRIVACY USER PROFILE LITIGATION) Case No.

6   _____) 18-md-02843-VC

7   This document relates to:       )

8   ALL ACTIONS                     )

9   _____)

10

11

12

13    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

14

15

16    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

17            FACEBOOK INC. REPRESENTATIVE,

18                     AMY LEE

19           WEDNESDAY, FEBRUARY 24, 2021

20

21

22   Reported by:

23   Ashala Tylor, CSR #2436, CLR, CRR, RPR

24   JOB NO. 4473156

25   PAGES 1 - 226

                                            Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: FACEBOOK, INC. CONSUMER ) MDL No. 2843

 5   PRIVACY USER PROFILE LITIGATION) Case No.

 6   _____) 18-md-02843-VC

 7   This document relates to:      )

 8   ALL ACTIONS                    )

 9   _____)

10

11

12

13

14

15

16        Videotaped deposition of Facebook, Inc.

17   representative, AMY LEE, taken via virtual Zoom,

18   commencing at 11:08 a.m. and ending at 5:48 p.m., on

19   Wednesday, February 24, 2021, before Ashala Tylor, CSR

20   No. 2436, RPR, CRR, CLR.

21

22

23

24

25
```

                                              Page  2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFFS:

 3         BLEICHMAR FONTI & AULD LLP

 4         BY:  LESLEY E. WEAVER, ESQ.

 5              ANNE DAVIS, ESQ.

 6              MATTHEW MONTGOMERY, ESQ.

 7              MATTHEW MELAMED, ESQ.

 8         555 12th Street, Suite 1600

 9         Oakland, California  94607

10         415.445.4003

11         lweaver@bfalaw.com

12         adavis@bfalaw.com

13         mmmontgomery@falaw.com

14         mmelamed@bfalaw.com

15

16

17

18

19

20

21

22

23

24

25
```

Page  3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    A P P E A R A N C E S  (continued)

 2   FOR PLAINTIFFS:

 3        KELLER ROHRBACK LLP

 4        BY:  DAVID KO, ESQ.

 5             CARI C. LAUFENBERG, ESQ.

 6             DAVID LOESER, ESQ.

 7        1201 Third Avenue, Suite 3200

 8        Seattle, Washington  98101-3052

 9        206.623.3384

10        dko@kellerrohrback.com

11        claufenberg@kellerrohrback.com

12        dloeser@kellerrohrback.com

13                  - and -

14        KELLER ROHRBACK LLP

15        BY:  CHRIS SPRINGER, ESQ.

16        801 Garden Street, Suite 301

17        Santa Barbara, California  93101

18        805.456.1497

19        cspringer@kellerrohrback.com

20

21

22

23

24

25
```

Page  4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   A P P E A R A N C E S (continued)

 2   FOR THE DEFENDANT FACEBOOK, INC.:

 3          GIBSON, DUNN & CRUTCHER LLP

 4          BY:  MARTIE KUTSCHER CLARK, ESQ.

 5          333 S. Grand Avenue, 47th Floor

 6          Los Angeles, California  90071

 7          213.229.7000

 8          mkutscherClark@gibsondunn.com

 9                 - and -

10          GIBSON DUNN & CRUTCHER LLP

11          BY: RUSSELL HARRIS FALCONER, ESQ.

12              SHAQUILLE GRANT, ESQ.

13          2100 McKinney Avenue

14          Dallas, Texas  75201

15          214.798.3170

16          rfalconer@gibsondunn.com

17          sgrant@gibsondunn.com

18                 - and -

19          GIBSON DUNN & CRUTCHER LLP

20          BY:  COLIN B. DAVIS, ESQ.

21          3161 Michelson Drive

22          Irvine, California  92612-4412

23          949.451.3993

24          cdavis@gibsondunn.com

25
```

Page 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A P P E A R A N C E S (continued)

2    Also Present:

3          Ian Chen, In-House Facebook Counsel

4          Kimberly Decker, Videographer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | of, you know, a dollar per website visit, advertiser | 12:15 |
| 2 | C sending a bid of 20 cents per video view.  We want | 12:15 |
| 3 | to translate the bids from each of these advertisers | 12:16 |
| 4 | to advertiser A, B and C are willing to pay X, Y and | 12:16 |
| 5 | Z to show an ad to this person. | 12:16 |
| 6 | In order to do that, we need to | 12:16 |
| 7 | calculate -- or make an estimation if we show any of | 12:16 |
| 8 | these ads to this person, what's the likelihood that | 12:16 |
| 9 | this person will either install -- install the app, | 12:16 |
| 10 | watch a video, or visit a website. | 12:16 |
| 11 | So the estimated action rate refers to the | 12:16 |
| 12 | calculation that we're making about how likely an | 12:16 |
| 13 | individual is to take a given advertiser's desired | 12:16 |
| 14 | outcome. | 12:16 |
| 15 | BY MR. KO: | 12:16 |
| 16 | Q.   I apologize.  I think I asked -- my | 12:16 |
| 17 | question was estimated auction rate, but we're | 12:16 |
| 18 | talking about estimated action rates, correct? | 12:16 |
| 19 | A.   Correct. | 12:16 |
| 20 | MR. FALCONER:  Same objection. | 12:16 |
| 21 | BY MR. KO: | 12:16 |
| 22 | Q.   And finally, with respect to ad quality, | 12:16 |
| 23 | which was one of the, as you described, one of the | 12:16 |
| 24 | high-level major factors in an ad auction, can you | 12:17 |
| 25 | describe to the Court what that means? | 12:17 |

Page 55

```
 1              MR. FALCONER:  Same objection.           12:17

 2              THE WITNESS:  In addition to factoring in  12:17

 3    advertiser value into the ads auction, which is      12:17

 4    essentially what the advertiser bid and the          12:17

 5    calculation of estimated action rate are all about,  12:17

 6    like how much advertiser value will -- how much      12:17

 7    value will an advertiser get when we show this ad to 12:17

 8    a person.                                            12:17

 9              We also want to balance into the           12:17

10    equation -- we also want to take into account user   12:17

11    value into that equation.  So will the person seeing 12:17

12    the ad have a good experience and see content that's 12:17

13    useful and relevant for them if we show this person  12:17

14    a given ad?                                          12:17

15              And so that user value or that notion of   12:17

16    relevance, good experience for a consumer is -- is   12:17

17    wrapped up in that last quality factor.              12:17

18              So include several things, including, for  12:18

19    example, our estimation of how likely a person will  12:18

20    be to find content from a given business interesting 12:18

21    or useful.  That's one consideration.                12:18

22              And other -- another example consideration 12:18

23    would be maybe less personalized to a person but     12:18

24    more about, okay, is this business -- have they      12:18

25    generally created a good ads experience for people   12:18
```

Page 56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | who click through on their ads? | 12:18 |
| 2 | Or, for example, if someone is clicking | 12:18 |
| 3 | through on ads and landing on a poor website | 12:18 |
| 4 | experience and they get a lot of people bouncing off | 12:18 |
| 5 | the website immediately after clicking ads, then we | 12:18 |
| 6 | might take that as a sign that that would not lead | 12:18 |
| 7 | to a good user experience, and so that might, you | 12:18 |
| 8 | know, penalize an advertiser in the ads auction. | 12:19 |
| 9 | BY MR. KO: | 12:19 |
| 10 | Q.   And you just said that -- in your answer | 12:19 |
| 11 | you said that you wanted to take into account, | 12:19 |
| 12 | quote, user value, end quote, into the equation.  So | 12:19 |
| 13 | how do you quantify user value as it relates to ad | 12:19 |
| 14 | quality? | 12:19 |
| 15 | MR. FALCONER:  Same objection. | 12:19 |
| 16 | THE WITNESS:  It's hard to -- I don't know | 12:19 |
| 17 | if we are quantifying user value in any specific way | 12:19 |
| 18 | in this -- in this -- you know, in that reference I | 12:19 |
| 19 | made.  But what we're trying to optimize for is to | 12:19 |
| 20 | have people see ads that they will find useful, | 12:19 |
| 21 | interesting, and not lead to a sort of bad | 12:19 |
| 22 | post-ad -- post-click experience. | 12:19 |
| 23 | And so based on some of those components | 12:20 |
| 24 | we mentioned, we may either -- that might either | 12:20 |
| 25 | help more ads win an auction if we predict for an | 12:20 |

Page 57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | individual, if we predict that they will lead to a | 12:20 |
| 2 | good user experience.  Or if there are aspects about | 12:20 |
| 3 | the ad or the advertiser that we think will lead to | 12:20 |
| 4 | a worse user experience, then that might kind of | 12:20 |
| 5 | hinder that ad from winning as many auctions for | 12:20 |
| 6 | people. | 12:20 |
| 7 | BY MR. KO: | 12:20 |
| 8 | Q.   And does information about a Facebook user | 12:20 |
| 9 | and data that Facebook has about a user improve the | 12:20 |
| 10 | ad quality? | 12:20 |
| 11 | MR. FALCONER:  Same objection. | 12:20 |
| 12 | THE WITNESS:  Some of the estimations that | 12:20 |
| 13 | we make in our -- as we try to optimize for ad | 12:20 |
| 14 | quality are based on information that we have about | 12:21 |
| 15 | people. | 12:21 |
| 16 | For example, if we know that a person has | 12:21 |
| 17 | interacted with, you know, engaged with a lot of | 12:21 |
| 18 | yoga-related content on Facebook, we might be more | 12:21 |
| 19 | likely to predict that an ad from a yoga apparel | 12:21 |
| 20 | company would be more relevant to this individual, | 12:21 |
| 21 | and that might improve, like, a yoga ad -- a yoga | 12:21 |
| 22 | ad's chances of winning the auction to show to this | 12:21 |
| 23 | individual. | 12:21 |
| 24 | BY MR. KO: | 12:21 |
| 25 | Q.   So is the ad quality and ad relevance | 12:21 |

Page 58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | shown to a user improved by the information Facebook | 12:21 |
| 2 | has about the user? | 12:21 |
| 3 | MR. FALCONER:  Same objection. | 12:21 |
| 4 | THE WITNESS:  We are able to show more | 12:22 |
| 5 | relevant and useful ads to people based on the | 12:22 |
| 6 | information that we have about those people's | 12:22 |
| 7 | activity on Facebook. | 12:22 |
| 8 | BY MR. KO: | 12:22 |
| 9 | Q.   And if Facebook had less information about | 12:22 |
| 10 | a user, presumably the ad quality and ad relevance | 12:22 |
| 11 | would be diminished; would you agree with me on | 12:22 |
| 12 | that? | 12:22 |
| 13 | MR. FALCONER:  Same objection. | 12:22 |
| 14 | THE WITNESS:  I think it depends on the | 12:22 |
| 15 | type of information and the ways in which we might | 12:22 |
| 16 | be able to use that information in our -- in our | 12:22 |
| 17 | models. | 12:22 |
| 18 | BY MR. KO: | 12:22 |
| 19 | Q.   Now, with respect to the ad auction, I | 12:22 |
| 20 | also understand that Facebook subsidizes certain | 12:22 |
| 21 | relevant ads in the auctions.  Are you familiar with | 12:22 |
| 22 | that concept? | 12:22 |
| 23 | MR. FALCONER:  Same objection. | 12:22 |
| 24 | THE WITNESS:  I'm familiar with the | 12:22 |
| 25 | concept. | 12:22 |

Page 59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. KO: | 12:22 |
| 2 |     Q.   And what is your understanding of this | 12:22 |
| 3 | concept? | 12:23 |
| 4 |           MR. FALCONER:  Same objection. | 12:23 |
| 5 |           THE WITNESS:  For example, to my | 12:23 |
| 6 | understanding, there are times when we might | 12:23 |
| 7 | subsidize specific ads in the auction for very | 12:23 |
| 8 | specific reasons.  For example, we might -- well, I | 12:23 |
| 9 | guess -- can you -- can you clarify what you mean by | 12:23 |
| 10 | subsidy? | 12:23 |
| 11 | BY MR. KO: | 12:23 |
| 12 |     Q.   Well, my understanding of it -- and you | 12:23 |
| 13 | tell me if I'm wrong, this is your expertise -- but | 12:23 |
| 14 | I understand that Facebook pays money or provides | 12:23 |
| 15 | some sort of revenue sharing and/or agreement with | 12:23 |
| 16 | certain advertisers for placing ads on Facebook.  Do | 12:23 |
| 17 | you understand that to be the case? | 12:24 |
| 18 |           MR. FALCONER:  Same objection. | 12:24 |
| 19 |           THE WITNESS:  So that Facebook pays | 12:24 |
| 20 | certain advertisers money to incentivize them to put | 12:24 |
| 21 | ads on Facebook.  Is that your question? | 12:24 |
| 22 | BY MR. KO: | 12:24 |
| 23 |     Q.   Subsidizes them.  I don't mean a direct | 12:24 |
| 24 | payment, but there's some sort of revenue-sharing | 12:24 |
| 25 | agreement and/or a reduction in the bid price | 12:24 |

Page 60

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | because Facebook recognizes or otherwise agrees with | 12:24 |
| 2 | them that they're placing a, you know, a large | 12:24 |
| 3 | amount of ads on Facebook. | 12:24 |
| 4 | A.   Yes. | 12:24 |
| 5 | MR. FALCONER:  Object to form. | 12:24 |
| 6 | THE WITNESS:  I see what you mean. | 12:24 |
| 7 | Historically, I know that that has been | 12:24 |
| 8 | true.  I can't confirm if it is still the case | 12:24 |
| 9 | today.  But historically, for example, within the | 12:24 |
| 10 | 2012 to '17 time period, we did have some | 12:24 |
| 11 | arrangements with certain ad agencies where we | 12:24 |
| 12 | provided rebates to certain agencies that were | 12:25 |
| 13 | negotiated upfront before -- much before any ads | 12:25 |
| 14 | were created or entered our ads portion. | 12:25 |
| 15 | BY MR. KO: | 12:25 |
| 16 | Q.   So in addition to the rebates to the ad | 12:25 |
| 17 | agencies, are you aware of any agreements with the | 12:25 |
| 18 | advertisers directly for any type of revenue-sharing | 12:25 |
| 19 | or discount for placing their ads on Facebook? | 12:25 |
| 20 | MR. FALCONER:  Same objection. | 12:25 |
| 21 | THE WITNESS:  At least for the 2012 to | 12:25 |
| 22 | 2017 time period, I'm not aware of any other | 12:26 |
| 23 | agreements with advertisers where we were giving | 12:26 |
| 24 | revenue back to advertisers in return for placing | 12:26 |
| 25 | ads on Facebook. | 12:26 |

Page 61

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. KO:                                          12:26

 2        Q.   And are you -- in trying to answer this    12:26

 3    question, I see that you were looking at another    12:26

 4    document.  Were you looking at the Internet for this 12:26

 5    or were you looking at the document that your        12:26

 6    counsel provided to us last night to help answer     12:26

 7    this question?  What were you looking at?            12:26

 8        A.   I was looking at a document that was        12:26

 9    provided from our finance team that describes        12:26

10    different revenue streams for Facebook over the 2012 12:26

11    to 2017 period.  I believe -- if this is the same as 12:26

12    the document that my counsel provided last night,    12:26

13    then it's the document.                              12:26

14            MR. FALCONER:  David, we've been going a     12:26

15    little more than an hour.  Whenever you get to a     12:26

16    good point, we could take a break.                   12:26

17            MR. KO:  Sure.  How about five more          12:26

18    minutes.                                             12:27

19        Q.   If that's okay with you, Amy.  Amy, you're  12:27

20    in control.  If you want to break now, I'm happy to. 12:27

21    I just have about five more minutes, and then maybe  12:27

22    we can take a break.                                 12:27

23        A.   Five minutes is okay.                       12:27

24        Q.   Are you familiar with the term ARPU?        12:27

25        A.   Yes.                                        12:27
```

Page 62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    What is it? | 12:27 |
| 2 | A.    It stands for average revenue per user. | 12:27 |
| 3 | Q.    And this is a specific term used by | 12:27 |
| 4 | Facebook and, would you agree with me, a key metric | 12:27 |
| 5 | for Facebook? | 12:27 |
| 6 | A.    It is a key metric for Facebook. | 12:27 |
| 7 | Q.    And are you familiar with the term DAU? | 12:27 |
| 8 | A.    Yes. | 12:27 |
| 9 | Q.    And what is that? | 12:27 |
| 10 | A.    It stands for daily active users. | 12:27 |
| 11 | Q.    This is also a key metric for Facebook? | 12:27 |
| 12 | A.    Yes. | 12:27 |
| 13 | Q.    Are you familiar with the term "MAU"? | 12:27 |
| 14 | A.    Yes. | 12:27 |
| 15 | Q.    What is it? | 12:27 |
| 16 | A.    That stands for monthly active users. | 12:27 |
| 17 | Q.    This is also a key metric for Facebook? | 12:27 |
| 18 | A.    Yes. | 12:27 |
| 19 | Q.    And by the way, I noticed in recent years | 12:28 |
| 20 | that the nomenclature I believe has changed to ARPP | 12:28 |
| 21 | and DAP, MAP.  Does that sound familiar? | 12:28 |
| 22 | MR. FALCONER:  Objection.  Outside the | 12:28 |
| 23 | time frame of the notice.  But go ahead. | 12:28 |
| 24 | THE WITNESS:  It does sound familiar. | 12:28 |
| 25 | BY MR. KO: | 12:28 |

Page 63

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   But for purposes of the 2012 to 2017 time        12:28

2    period, the terms ARPU, DAU, MAU were key financial    12:28

3    metrics for the company; is that fair to say?          12:28

4    A.   Yes.                                              12:28

5    Q.   And more specifically, they are key              12:28

6    metrics for the Facebook business as a whole.  Would   12:28

7    you agree with me on that too?                         12:28

8    A.   Yes.                                              12:28

9    Q.   Other than these three metrics, are you          12:28

10   aware of any other metrics utilized by Facebook?       12:28

11        MR. FALCONER:  Objection.  Form.                  12:28

12   BY MR. KO:                                             12:28

13   Q.   Well, let me ask this way.  That was a --         12:28

14   that was a poor question.                              12:28

15        These are the three primary metrics              12:29

16   utilized by Facebook for purposes of its business.     12:29

17   Would you agree with me on that?                       12:29

18        MR. FALCONER:  Objection.  Form.                  12:29

19        THE WITNESS:  These are three very                12:29

20   important metrics for purposes of Facebook's           12:29

21   business.  It's a -- yeah, I -- I don't know how       12:29

22   I -- primary is like a specific distinction that I'm   12:29

23   not sure how I -- I should assess, but those are       12:29

24   three important metrics.                               12:29

25   BY MR. KO:                                             12:29

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   Q.   Can you think of -- as you sit here today,    12:29

2   can you think of any other metrics outside of these   12:29

3   three that are very important to Facebook to    12:29

4   measure?    12:29

5          MR. FALCONER:  Objection.  Form.    12:29

6          THE WITNESS:  I think that we track total    12:29

7   revenue is quite an important metric.    12:29

8   BY MR. KO:    12:30

9   Q.   Anything else?    12:30

10          MR. FALCONER:  Objection.  Form.    12:30

11          THE WITNESS:  Those are the main metrics    12:30

12   that come to mind as most important.    12:30

13   BY MR. KO:    12:30

14   Q.   Going back to ARPU, how does Facebook    12:30

15   calculate ARPU?    12:30

16   A.   To my understanding, it is a ratio    12:30

17   essentially from dividing quarterly revenue by    12:30

18   average monthly active users over that quarter.    12:30

19   Q.   And does Facebook track -- well, with    12:30

20   respect to monthly active users, is that tracked    12:30

21   globally, regionally, by certain geography?  Do you    12:30

22   know?    12:31

23   A.   Monthly active users.  We certainly -- I    12:31

24   think predominantly track it at a global level.    12:31

25   Q.   And in your group in particular, the ads    12:31

Page 65

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | delivery group, or to the extent you're familiar | 12:31 |
| 2 | with any other advertising group, do you track also | 12:31 |
| 3 | ARPU and/or measure it in any fashion? | 12:31 |
| 4 | MR. FALCONER:  Objection.  Beyond the | 12:31 |
| 5 | scope of the notice. | 12:31 |
| 6 | Go ahead. | 12:31 |
| 7 | THE WITNESS:  We do not have a reason to | 12:31 |
| 8 | track ARPU within our product team specifically. | 12:31 |
| 9 | BY MR. KO: | 12:31 |
| 10 | Q.   So which groups at Facebook would you say | 12:31 |
| 11 | are primarily responsible for tracking the ARPU | 12:31 |
| 12 | metric? | 12:31 |
| 13 | MR. FALCONER:  Same objection. | 12:32 |
| 14 | THE WITNESS:  I'm sorry, what was that, | 12:32 |
| 15 | Russ? | 12:32 |
| 16 | MR. FALCONER:  Same objection.  Excuse me. | 12:32 |
| 17 | THE WITNESS:  The finance team would have | 12:32 |
| 18 | primary responsibility to check that. | 12:32 |
| 19 | BY MR. KO: | 12:32 |
| 20 | Q.   Just a few more questions and we can take | 12:32 |
| 21 | a break. | 12:32 |
| 22 | How is DAU measured? | 12:32 |
| 23 | MR. FALCONER:  I'm going to object as | 12:32 |
| 24 | beyond the scope of the topic in the notice. | 12:32 |
| 25 | You can answer based on what you know | 12:32 |

Page 66

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    personally.                                      12:32

 2              THE WITNESS:  So I understand that this  12:32

 3    would be a measure of the number of users engaging  12:32

 4    with our platform in a given day.                12:32

 5    BY MR. KO:                                        12:32

 6         Q.   Okay.  And is it -- is it just -- if an  12:32

 7    individual or a user, excuse me, logs on and     12:32

 8    accesses Facebook, the Facebook app, for example, if  12:32

 9    they do it once, are they tracked as part of the  12:32

10    daily average user metric?                        12:32

11         A.   I don't recall the specific calculation  12:32

12    offhand.                                          12:33

13         Q.   I see.                                  12:33

14              MR. FALCONER:  I'm going to -- I didn't  12:33

15    want to interrupt the witness.  I want to object to  12:33

16    the last question as beyond the scope of the notice.  12:33

17    BY MR. KO:                                        12:33

18         Q.   How about with respect to the monthly   12:33

19    average user?  Do you understand how that is      12:33

20    measured?                                         12:33

21              MR. FALCONER:  Same objection.          12:33

22              THE WITNESS:  At a high level, it should  12:33

23    be the number of users who are using the platform  12:33

24    within -- within a given month.                   12:33

25              But in terms of the specific -- if there  12:33
```

Page 67

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   are any specific engagement triggers or activity   12:33

2   triggers that would define exactly who gets counted,   12:33

3   I would need to confirm that.   12:33

4   BY MR. KO:   12:33

5        Q.   And who would you have to confirm that   12:33

6   with?   12:33

7        A.   I might confirm it with our finance team.   12:33

8   They should have the most detailed understanding.   12:33

9        Q.   So would the finance team have the   12:33

10   knowledge and understand how DAU and MAU are   12:33

11   measured?   12:34

12        A.   Yes.   12:34

13             MR. KO:  Okay.  This is probably a good   12:34

14   time for a break, so I'm happy to take one now.   12:34

15             THE VIDEOGRAPHER:  We are off the record   12:34

16                     12:34  16    at       p.m.

12:34

17

17             (Whereupon, a luncheon recess was had.)   12:34

18

18

19

19

20

20

21

21

22

22

23

23

24

24

25

25

Page 68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Wednesday, February 24, 2021 | |
| 2 | 1:21 p.m. | |
| 3 | | |
| 4 | THE VIDEOGRAPHER:  We are on the record at | 01:21 |
| 5 | 1:21 p.m. | 01:21 |
| 6 | EXAMINATION (continued) | 01:21 |
| 7 | BY MR. KO: | 01:21 |
| 8 | Q.   Welcome back from the break, Amy. | 01:21 |
| 9 | I want to start by having you pull from | 01:21 |
| 10 | the Exhibit Share a copy of what has been marked as | 01:21 |
| 11 | Exhibit A -- or 8, excuse me. | 01:21 |
| 12 | (Exhibit 8 was marked for | 01:21 |
| 13 | identification and attached | 01:21 |
| 14 | hereto.) | 01:21 |
| 15 | THE WITNESS:  Okay. | 01:21 |
| 16 | BY MR. KO: | 01:21 |
| 17 | Q.   Do you have that up? | 01:21 |
| 18 | A.   Yes. | 01:21 |
| 19 | MR. KO:  And, for the record, Exhibit 8 is | 01:21 |
| 20 | a Facebook annual report from 2016. | 01:21 |
| 21 | Q.   Is that what you're looking at right now? | 01:21 |
| 22 | A.   Yes. | 01:21 |
| 23 | Q.   And also for the record, this is a | 01:21 |
| 24 | document we identified to your counsel in advance of | 01:21 |
| 25 | this deposition for you to review.  Were you aware | 01:21 |

Page 69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | of the possibility that we were going to ask | 01:21 |
| 2 | questions about this? | 01:21 |
| 3 | A.   I wasn't aware of any questions pertaining | 01:22 |
| 4 | to this specific document. | 01:22 |
| 5 | Q.   Have you reviewed this or any annual | 01:22 |
| 6 | report in advance of this deposition today? | 01:22 |
| 7 | A.   Not specifically in preparation for this | 01:22 |
| 8 | deposition. | 01:22 |
| 9 | Q.   Okay.  But you've seen this -- you have | 01:22 |
| 10 | seen this report or any other annual report before? | 01:22 |
| 11 | A.   Yes. | 01:22 |
| 12 | Q.   And specifically, have you seen this 2016 | 01:22 |
| 13 | annual report before? | 01:22 |
| 14 | A.   I can't recall if previous annual reports | 01:22 |
| 15 | I have seen were the 2016 annual report. | 01:22 |
| 16 | Q.   Fair enough. | 01:22 |
| 17 | I want to turn your attention to page 4 of | 01:22 |
| 18 | the annual report.  On that page there is a title | 01:22 |
| 19 | that says "Limitations of Key Metrics and Other | 01:22 |
| 20 | Data."  Let me know when you're there. | 01:22 |
| 21 | A.   Yes, I'm here. | 01:23 |
| 22 | Q.   Can you go ahead and read into the record | 01:23 |
| 23 | the first sentence that you see at the top of that | 01:23 |
| 24 | page. | 01:23 |
| 25 | A.   Sorry, am I on page 4 of the PDF or page 4 | 01:23 |

Page 70

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    as per the --                                    01:23
 2         Q.   Page 4 of the report.                  01:23
 3         A.   Okay.  Okay.  Yeah, I'm on page 4 of the  01:23
 4    report.  And you asked me to read out which part  01:23
 5    exactly?                                         01:23
 6         Q.   Just the first sentence at the top of that  01:23
 7    page.                                            01:23
 8         A.   "The numbers for our key metrics, which  01:23
 9    include our daily active users (DAUs), monthly   01:23
10    active users (MAUs), and average revenue per user  01:23
11    (ARPU), are calculated using internal company data  01:23
12    based on the activity of user accounts."         01:23
13         Q.   Do you have an understanding -- thank you  01:23
14    for that.  Do you have an understanding of what  01:23
15    internal company data this sentence is referring to?  01:23
16         A.   Yes.                                    01:24
17         Q.   And what internal company data is this  01:24
18    sentence referring to?                           01:24
19         A.   It should be data on user activity tracked  01:24
20    by our growth team.                              01:24
21         Q.   And other than the growth team, are there  01:24
22    any other groups at Facebook that would have access  01:24
23    to this -- well, strike that.                    01:24
24              Other than the growth team, are there any  01:24
25    other groups or teams at Facebook that are       01:24
```

Page 71

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     responsible for tracking this -- this data?                  01:24

2            MR. FALCONER:  Objection.  Beyond the                 01:24

3     scope of the notice.                                         01:24

4            Go ahead.                                             01:24

5            THE WITNESS:  I don't know if there are               01:24

6     other teams specifically responsible for tracking           01:24

7     this user activity that's referenced.                        01:24

8     BY MR. KO:                                                   01:24

9        Q.   And do you know what specific data is                01:24

10    utilized by the growth team to understand the                01:24

11    activity of user accounts?                                   01:25

12           MR. FALCONER:  Same objection.                        01:25

13           THE WITNESS:  No, I -- I'm not familiar               01:25

14    with the kind of specific activities that the growth         01:25

15    team is tracking for these numbers.                          01:25

16    BY MR. KO:                                                   01:25

17       Q.   And earlier before the break you said that          01:25

18    the finance team had an understanding of how to             01:25

19    calculate or measure the key metrics of Facebook,           01:25

20    including ARPU, MAU, and DAU.  Do you recall that?          01:25

21       A.   Yes, I recall that discussion.  And                 01:25

22    specifically the -- the -- the discussion had been         01:25

23    around which team might have a greater understanding        01:25

24    of the specific activities that are being captured         01:25

25    in the DAU and MAU numbers.                                  01:25

                                                   Page 72

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              So I would suspect the finance team has an      01:26

 2    understanding of kind of more specific details           01:26

 3    around that.  But additionally, I think that the         01:26

 4    growth team would have that more specific                01:26

 5    understanding.  And to my understanding, they, more      01:26

 6    directly, would be responsible for tracking that.        01:26

 7        Q.   I see.  So the growth team -- just so the        01:26

 8    record is clear, the growth team would also              01:26

 9    understand how DAU, MAU and ARPU was specifically        01:26

10    measured.  Is that your testimony?                       01:26

11        A.   My understanding is that the growth team         01:26

12    should have a more specific understanding of DAU and     01:26

13    MAU calculations specifically.                           01:26

14        Q.   And same with respect to ARPU?  Is that         01:26

15    measured primarily by the finance team?                  01:26

16        A.   My -- I don't know for certain, but my          01:26

17    guess would be that the finance team is responsible      01:27

18    for making the ARPU calculation.                         01:27

19        Q.   I see.  That's helpful.                          01:27

20              And with respect to the internal company       01:27

21    data that's referenced here on this first page -- or     01:27

22    excuse me, on page 4 of this annual report -- do         01:27

23    you -- do you know where this data is stored and         01:27

24    located?                                                  01:27

25              MR. FALCONER:  Objection.  Beyond the          01:27
```

Page 73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | scope of the topic in the notice. | 01:27 |
| 2 | Go ahead. | 01:27 |
| 3 | THE WITNESS:  I do not know. | 01:27 |
| 4 | BY MR. KO: | 01:27 |
| 5 | Q.   Presumably, the growth team has access to | 01:27 |
| 6 | it? | 01:27 |
| 7 | A.   I would presume they have access to the | 01:27 |
| 8 | knowledge of where the DAU and MAU data is stored | 01:27 |
| 9 | specifically. | 01:27 |
| 10 | Q.   Okay.  If you don't mind, please move | 01:27 |
| 11 | forward in that document to page 36 of the annual | 01:27 |
| 12 | report.  And this is not -- not page 36 of the PDF | 01:27 |
| 13 | but just 36 of the actual report.  And let me know | 01:27 |
| 14 | when you get there. | 01:28 |
| 15 | A.   Okay. | 01:28 |
| 16 | Q.   Do you see at the top there is a section | 01:28 |
| 17 | titled "Trends in our Monetization by User | 01:28 |
| 18 | Geography"? | 01:28 |
| 19 | A.   Yes. | 01:28 |
| 20 | Q.   And could you go ahead and read the first | 01:28 |
| 21 | two sentences of that first paragraph underneath | 01:28 |
| 22 | that heading. | 01:28 |
| 23 | A.   "We calculate our revenue by user | 01:28 |
| 24 | geography based on our estimate of the geography in | 01:28 |
| 25 | which ad impressions are delivered, virtual and | 01:28 |

Page 74

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | digital goods are purchased or virtual reality | 01:28 |
| 2 | platform devices are shipped.  We define ARPU as our | 01:28 |
| 3 | total revenue in a given geography during a given | 01:28 |
| 4 | quarter, divided by the average of the number of | 01:28 |
| 5 | MAUs in the geography at the beginning and end of | 01:28 |
| 6 | the quarter." | 01:28 |
| 7 | Q.   Thank you. | 01:28 |
| 8 | So with respect to that second sentence | 01:28 |
| 9 | would you -- it sounds like that is how Facebook -- | 01:29 |
| 10 | or that is the methodology for how Facebook | 01:29 |
| 11 | calculates ARPU; is that fair? | 01:29 |
| 12 | MR. FALCONER:  Objection.  Form. | 01:29 |
| 13 | THE WITNESS:  Yes, that's correct. | 01:29 |
| 14 | BY MR. KO: | 01:29 |
| 15 | Q.   And I assume this methodology has not | 01:29 |
| 16 | changed over time? | 01:29 |
| 17 | MR. FALCONER:  Objection.  Beyond the | 01:29 |
| 18 | scope of the topic in the notice. | 01:29 |
| 19 | THE WITNESS:  I'm not certain if it's | 01:29 |
| 20 | changed over time. | 01:29 |
| 21 | BY MR. KO: | 01:29 |
| 22 | Q.   Do you know with respect to the 2012 | 01:29 |
| 23 | through 27 [sic] time period whether or not there | 01:29 |
| 24 | were any variations in how Facebook calculated ARPU? | 01:29 |
| 25 | MR. FALCONER:  Same objection. | 01:29 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't know offhand. | 01:29 |
| 2 | BY MR. KO: | 01:29 |
| 3 | Q.   Do you know how geography is broken down | 01:29 |
| 4 | as described in this definition of ARPU? | 01:29 |
| 5 | MR. FALCONER:  Same objection. | 01:30 |
| 6 | THE WITNESS:  One way that I'm aware it's | 01:30 |
| 7 | broken down is by four global regions or four -- | 01:30 |
| 8 | four global regions:  U.S. and Canada, Europe, | 01:30 |
| 9 | Asia-Pacific, and rest of world. | 01:30 |
| 10 | BY MR. KO: | 01:30 |
| 11 | Q.   And so when this calculation of ARPU as | 01:30 |
| 12 | described incorporates geography the four ways, at | 01:30 |
| 13 | least as represented here, that Facebook defines | 01:30 |
| 14 | geography is through these four sub regions that you | 01:30 |
| 15 | described; is that correct? | 01:30 |
| 16 | MR. FALCONER:  Same objection.  And | 01:30 |
| 17 | objection as to form. | 01:30 |
| 18 | THE WITNESS:  Yes, these were four | 01:31 |
| 19 | regions, four geographies where Facebook was | 01:31 |
| 20 | calculating ARPU by region. | 01:31 |
| 21 | BY MR. KO: | 01:31 |
| 22 | Q.   Do you know if Facebook tracks revenue or | 01:31 |
| 23 | ARPU at a more granular level than by the four | 01:31 |
| 24 | regions represented here? | 01:31 |
| 25 | A.   Not to my knowledge. | 01:31 |

Page 76

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     Q.   So you don't know whether or not we can          01:31

2     identify ARPU by U.S. users or U.S. MAUs?             01:31

3     A.   Not to my knowledge.                             01:31

4     Q.   Okay.  And who would presumably know if          01:31

5     you don't know?  Would the finance team know?         01:31

6     A.   The finance team should know.                    01:31

7     Q.   And with respect to the U.S. in                  01:31

8     particular, do you know whether or not Facebook       01:31

9     tracks ARPU based on a regional level within the      01:31

10    U.S.?                                                 01:31

11          MR. FALCONER:  Same objection.                  01:31

12          THE WITNESS:  I don't know if we do, but        01:32

13    the finance team should be able to confirm.           01:32

14    BY MR. KO:                                            01:32

15    Q.   Okay.  Now, I presume there are financial        01:32

16    statements that are created by the finance team       01:32

17    reflecting revenue at a more granular level than      01:32

18    what's represented in the 10K.  Is that a fair        01:32

19    presumption?                                          01:32

20          MR. FALCONER:  Objection.  Beyond the           01:32

21    scope of the notice.                                  01:32

22          Go ahead.                                       01:32

23          THE WITNESS:  Whatever is included in our       01:32

24    public filing, the extent of what I would presume     01:32

25    the finance team prepared.                            01:32

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. KO: | 01:32 |
| 2 |     Q.  Move forward a few pages to page 40 of the | 01:32 |
| 3 | annual report.  And let me know when you get there. | 01:32 |
| 4 |     A.  Yes. | 01:32 |
| 5 |     Q.  On that page that reflects a consolidated | 01:32 |
| 6 | statement of Facebook's income for 2016, and, in | 01:33 |
| 7 | particular, there's a line item at the top | 01:33 |
| 8 | reflecting revenue.  Do you see that? | 01:33 |
| 9 |     A.  Yes. | 01:33 |
| 10 |     Q.  And the revenue as reflected in this | 01:33 |
| 11 | annual report shows Facebook's overall revenue from | 01:33 |
| 12 | the last three years as of the date of this report | 01:33 |
| 13 | from 2014 through 2016.  Do you see that? | 01:33 |
| 14 |     A.  Yes. | 01:33 |
| 15 |     Q.  And here the revenue is just one line item | 01:33 |
| 16 | and there's no details about the sources of revenue; | 01:33 |
| 17 | is that correct? | 01:33 |
| 18 |     MR. FALCONER:  Objection.  Form. | 01:33 |
| 19 |     THE WITNESS:  That's correct. | 01:33 |
| 20 | BY MR. KO: | 01:33 |
| 21 |     Q.  And on the next page I noticed there's | 01:33 |
| 22 | another description of revenue and another chart, if | 01:33 |
| 23 | you will, of -- of Facebook's revenue at the bottom | 01:33 |
| 24 | of page 41.  Do you see that? | 01:33 |
| 25 |     A.  Yes. | 01:33 |

Page 78

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   Here there's at least a breakdown of the | 01:33 |
| 2 | two sources -- or two primary sources perhaps -- of | 01:34 |
| 3 | how Facebook generates this revenue.  Do you see | 01:34 |
| 4 | that?  And it's titled "Advertising," 1, and | 01:34 |
| 5 | "Payments and other fees," 2. | 01:34 |
| 6 | A.   Yes. | 01:34 |
| 7 | Q.   So, again, I presume that there are | 01:34 |
| 8 | financial statements that exist that break down at a | 01:34 |
| 9 | more granular level what this advertising revenue | 01:34 |
| 10 | consists of on the one hand and also what this | 01:34 |
| 11 | payments and other fees revenue consists of on the | 01:34 |
| 12 | other; is that fair? | 01:34 |
| 13 | MR. FALCONER:  Objection.  Beyond the | 01:34 |
| 14 | scope of the notice. | 01:34 |
| 15 | Go ahead. | 01:34 |
| 16 | THE WITNESS:  The finance team has tracked | 01:34 |
| 17 | over these years more granular components of these | 01:34 |
| 18 | two categories of revenue. | 01:34 |
| 19 | BY MR. KO: | 01:34 |
| 20 | Q.   And, in fact, that's -- that's, I believe, | 01:34 |
| 21 | what is reflected in the doc -- document that you | 01:34 |
| 22 | were reviewing earlier today and I believe what was | 01:34 |
| 23 | provided by your counsel last night; is that | 01:34 |
| 24 | correct? | 01:35 |
| 25 | A.   Yes. | 01:35 |

Page 79

1      Q.   Okay.  Why don't we turn to that.  And we      01:35

2   can talk about that a bit.      01:35

3           MR. KO:  So I have went ahead and marked      01:35

4   what will be Facebook Exhibit 9.      01:35

5                    (Exhibit 9 was marked for      01:35

6                     identification and attached      01:35

7                     hereto.)      01:35

8   BY MR. KO:      01:35

9      Q.   And that will be in your Exhibit Share      01:35

10   folder.  Let me know when you've pulled that up.      01:35

11      A.   Yes, I have it.      01:35

12      Q.   Okay.  Great.      01:35

13           MR. KO:  For the record, this is a      01:35

14   document that Facebook's counsel provided to us      01:35

15   yesterday evening around 7:15 and represented to us      01:35

16   that it was prepared for Ms. Lee in preparation for      01:35

17   this deposition so she could speak on the topics --      01:35

18   or the topic that she was designated to speak on      01:35

19   today.      01:35

20      Q.   Are you familiar -- does this document      01:35

21   look familiar to you, Amy?      01:35

22      A.   Yes.      01:36

23      Q.   And this is, in fact, the document that      01:36

24   you were looking at and referring to earlier that      01:36

25   was prepared by folks in finance to help you with      01:36

Page 80