# Exhibit D

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Rosemarie T. Ring
Direct: +1 415.393.8247
Fax: +1 415.801.7358
RRing@gibsondunn.com

August 18, 2022

CONFIDENTIAL (VIA JAMS ACCESS)

Re:   *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, 3:18-md-02843

Dear Special Master Garrie:

Thank you for your order of yesterday asking for further explanation as to how the topics in the proposed Rule 30(b)(6) notice are duplicative of previously noticed Rule 30(b)(6) topics. We prepared the attached chart reflecting the substantive overlap between the previously noticed Rule 30(b)(6) topics on which Plaintiffs have already taken and are continuing to take depositions (including the continuation of the Topic 10 deposition today), and their requested additional Rule 30(b)(6) Notice relating to (i) the allegations in the FTC's 2011 and 2019 complaints against Facebook, and (ii) the FTC's 2012 and 2020 Orders.[1]

As reflected in this chart, nearly every aspect of the underlying facts relating to the FTC's approximately seventy pages of allegations and Facebook's compliance with the FTC's orders has already been the subject of previously noticed 30(b)(6) topics. By way of illustration, Paragraphs 106--113 of the 2019 Complaint are entitled "Facebook Finally Removed General Access to Affected Friend Data but Granted Special Access to Affected Friend Data to Certain Developers Without Telling Users," and alleges that "Facebook privately granted continued access to Graph API V1 to more than two dozen developers," termed "the Whitelisted Developers," when otherwise deprecating Graph API V1. Facts relating to that issue are squarely covered by Topic 7 of the March 2022 Rule 30(b)(6) Notice, addressing "The decision to Whitelist particular apps or partners, and how Facebook determined which entities to Whitelist . . . ." Given time limitations, this chart does not attempt to include all of the written discovery, produced documents, and fact-witness testimony that Plaintiffs have received that also bear on these issues, nor does it reflect the forthcoming fact witness depositions during which Plaintiffs will also have further opportunity to inquire into FTC-related issues. Rather, this chart reflects that Plaintiffs have *already* noticed Rule 30(b)(6) testimony on almost all of the issues covered by their recently proposed Rule 30(b)(6) notice.

The chart does not show complete overlap between the newly proposed 30(b)(6) deposition topics and those previously taken, however, because some of the topics reflected in the proposed Rule 30(b)(6) notice are plainly irrelevant. For instance, Topic 2.D of Plaintiffs' proposed Rule 30(b)(6) notice seeks testimony concerning "Facebook's recordkeeping" in connection with "the records Facebook is required to create pursuant to Sections VI of the

---

[1] The FTC's complaints and orders are all available here: https://www.ftc.gov/legal-library/browse/cases-proceedings/092-3184-182-3109-c-4365-facebook-inc-matter. Facebook did not include these materials with its opposition in light of the page limit on exhibits. Specifically, the 2011 Complaint is 19 pages, the 2012 Order is 9 pages, the 2019 Complaint is 50 pages, and the 2020 Order is 23 pages.

GIBSON DUNN

Special Master Daniel B. Garrie
August 18, 2022
Page 2

HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY

2012 Order and XIV of the 2020 Order" and Topic 2.F seeks testimony concerning "Facebook's reporting to the FTC regarding Covered Incident Reports, pursuant to Section IX of the 2020 Order." While those issues are not duplicative of previously noticed topics, neither has any bearing on Plaintiffs' causes of action.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

 /s/  Rosemarie T. Ring
        Rosemarie T. Ring

cc:     Lesley E. Weaver, Derek W. Loeser

# Appendix A

| FTC 30(b)(6) Notice Topic | Previously Noticed March 2022 30(b)(6) Topics |
|---|---|
| Topic 1.A: "The allegations in the 2011 Complaint," in Paragraphs 10-18, entitled "Facebook's Deceptive Privacy Settings," including about controls available to "restrict access to specified users," ¶ 11, their efficacy vis-à-vis "third parties," ¶ 14, and the types of "[i]nformation shared," *id*. | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target" and "(c) The format or formets through which it is shared or made accessible, or made available to Third Parties to target ..." |
| | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including," inter alia, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | Topic 5.e: "The manner by which Data" that "can be associated with a User" is "made accessible to Third Parties ..." |
| | Topic 6: "The development of Friend Sharing, including … how the technology functioned; the APIs and permissions associated with Friend Sharing; [and] the communication of this technology to users …" |
| Topic 1.A: "The allegations in the 2011 Complaint" in Paragraphs 19-29, entitled "Facebook's Unfair and Deceptive December 2009 Privacy Changes," including about types of information made "publicly available," ¶ 23.a, and the choice of "new privacy settings" for "ten types of profile information," ¶ 23.b. | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target" and "(c) The format or formets through which it is shared or made accessible, or made available to Third Parties to target ..." |
| | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including," inter alia, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | Topic 5.e "The manner by which Data" that "can be associated with a User" is "made accessible to Third Parties ..." |
| Topic 1.A: "The allegations in the 2011 Complaint" in Paragraphs 30-33, entitled "Scope of Platform Applications' Access to Facebook Users' Information," including about Facebook's statement regarding a Platform Application's | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target; (b) The purposes for which such Data or Information was shared or made accessible, or permitted Third Parties to target; (c) The format or formets through which it is shared or made accessible, or made available to Third Parties to target; (d) How Facebook ensured Third Parties' Use of such Data or Information was limited to the Use Case." |

| FTC 30(b)(6) Notice Topic | Previously Noticed March 2022 30(b)(6) Topics |
|---|---|
| access to "profile information, photos, ... and other content," ¶30.a, and whether that "profile information" related "to the Application's purpose" ¶ 31. | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including," *inter alia*, "(a) How Privacy or App Settings or other privacy designations associated with Users' Data and Information were (or were not) communicated to Third Parties such that Third Parties could comply with them" and "(c) Facebook's monitoring and enforcement of contractual terms with Third Parties regarding their use of Users' Data or Information, including enforcement of Policies regulating access to such Data or Information beyond the Use Case." |
| Topic 1.A: "The allegations in the 2011 Complaint" in Paragraphs 34-42, entitled "Facebook's Disclosure of User Information to Advertisers," including about types of "profile information" that Advertisers could request be made avialable "to target their ads," ¶ 35. | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target" and "(c) The format or formets through which it is shared or made accessible, or made available to Third Parties to target ..." |
| | Topic 5.e: "The manner by which Data" that "can be associated with a User" is "made accessible to Third Parties ..." |
| Topic 1.B: "The allegations in the … 2019 Complaint" in paragraphs 35-50, entitled "Facebook's Desktop Privacy Settings Failed to Disclose That User's Privacy Choices Would Be Undermined by Default Settings That Allowed Facebook to Share Users' Data with Third-Party Developers of Their Friends' Apps," including about information that "could be shared with third-party developers," ¶ 45, and "who could see profile information that users added," ¶ 49. | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target" and "(c) The format or formets through which it is shared or made accessible, or made available to Third Parties to target ..." |
| | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including . . . the Default setting for each," and also including, *inter alia*, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | Topic 5.e: "The manner by which Data" that "can be associated with a User" is "made accessible to Third Parties ..." |
| | Topic 6: "The development of Friend Sharing, including … how the technology functioned; the APIs and permissions associated with Friend Sharing; [and] the communication of this technology to users …" |

| FTC 30(b)(6) Notice Topic | Previously Noticed March 2022 30(b)(6) Topics |
|---|---|
| Topic 1.B: "The allegations in the … 2019 Complaint" in paragraphs 51-66, entitled "Facebook's Desktop 'Apps other use' and 'Platform' Settings Also Undermined Users' Privacy Choices," including about the "default" categories of data "set to be shared with third-party developers," ¶ 60, how to "disable the default setting," ¶ 63, and related "disclaimers" communicated to users, ¶ 64. | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target" and "(c) The format or formets through which it is shared or made accessible, or made available to Third Parties to target ..." |
| | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including . . . the Default setting for each," and also including, *inter alia*, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | Topic 5.e: "The manner by which Data" that "can be associated with a User" is "made accessible to Third Parties ..." |
| | Topic 6: "The development of Friend Sharing, including … how the technology functioned; the APIs and permissions associated with Friend Sharing; [and] the communication of this technology to users …" |
| Topic 1.B: "The allegations in the … 2019 Complaint" in Paragraphs 67-80, entitled "Facebook's Mobile Privacy Settings Also Deceived Users," including about information "set to be shared with third-party developers by default," ¶ 76, and related "disclaimers on the Platform setting" communicated to users. | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target" and "(c) The format or formets through which it is shared or made accessible, or made available to Third Parties to target ..." |
| | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including . . . the Default setting for each," and also including, *inter alia*, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | Topic 5.e: "The manner by which Data" that "can be associated with a User" is "made accessible to Third Parties ..." |
| | Topic 6: "The development of Friend Sharing, including … how the technology functioned; the APIs and permissions associated with Friend Sharing; [and] the communication of this technology to users …" |

| FTC 30(b)(6) Notice Topic | Previously Noticed March 2022 30(b)(6) Topics |
|---|---|
| Topic 1.B: "The allegations in the … 2019 Complaint" in Paragraphs 81-87, entitled "Facebook Was Aware That Giving Millions of Third-Party Developers Access to Affected Friend Data Posed Privacy Risks," including about internal "audit[s]" and "reports" considered by Facebook "when discussing changes ... to the Platform," ¶¶ 82-86. | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including . . . the Default setting for each," and also including, *inter alia*, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties …" |
| | Topic 5.e: "The manner by which Data" that "can be associated with a User" is "made accessible to Third Parties …" |
| | Topic 6: "The development of Friend Sharing, including … its purpose … ; how the technology functioned; [and] the APIs and permissions associated with Friend Sharing …" |
| Topic 1.B: "The allegations in the … 2019 Complaint"  in Paragraphs 88-91, entitled "Financial Considerations Influenced Facebook's Decisions Regarding Whether to Restrict Third-Party Developers' Access to User Data," including whether Facebook "evaluted whether apps" "spent money on advertising" when preparing "to remove third-party developers' access to ... data," ¶ 91. | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to Users to prevent or limit their Data or Information from being accessed by Third Parties …" |
| | Topic 7: "The decision to Whitelist particular apps or partners, and how Facebook determined which entities to Whitelist …" |
| | Topic 10: "Facebook's calculation of revenues, gross profits, and net profits recognized by Facebook relating to Users' Data or Information, including but not limited to how Facebook monetized User Data or Information, how Facebook quantified the value of sharing User Data or Information, and Facebook's business and marketing strategy regarding the monetization and quantification of User Data or Information." |
| Topic 1.B: "The allegations in the … 2019 Complaint"  in Paragraphs 92-100, entitled "Facebook Falsely Announced That Third-Party Developers Would No Longer Be | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target" and "(c) The format or formets through which it is shared or made accessible, or made available to Third Parties to target …" |

| FTC 30(b)(6) Notice Topic | Previously Noticed March 2022 30(b)(6) Topics |
|---|---|
| Able to Access Affected Friend Data," including about a "survey" and "research Facebook conducted" regarding whether "users were concerned about sharing their data" and whether "certain categories of data requests" were "sensitive," ¶¶ 92-93. | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including . . . the Default setting for each," and also including, *inter alia*, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | Topic 6: "The development of Friend Sharing, including … its purpose … ; how the technology functioned; the APIs and permissions associated with Friend Sharing; [and] the communication of this technology to users …" |
| | Topic 7: "The decision to Whitelist particular apps or partners, and how Facebook determined which entities to Whitelist …" |
| Topic 1.B: "The allegations in the … 2019 Complaint" in Paragraphs 101-105, entitled "Facebook's Privacy Checkup Did Not Tell Users That Sharing with Their Friends Allowed Third-Party Developers to Access Their Profile Information," including about communications relating to "Privacy Checkup," ¶ 101. | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including," inter alia, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | Topic 6: "The development of Friend Sharing, including … the communication of this technology to users …" |
| Topic 1.B: "The allegations in the … 2019 Complaint" in Paragraphs 106-113, entitled "Facebook Finally Removed General Access to Affected Friend Data but Grant[ing] Special Access to Affected Friend Data to Certain Developers Without Telling Users," including about "continued access to Graph API VI [granted] to ... the Whitelisted Developers," ¶ 108. | Topic 7: "The decision to Whitelist particular apps or partners, and how Facebook determined which entities to Whitelist …" |

| FTC 30(b)(6) Notice Topic | Previously Noticed March 2022 30(b)(6) Topics |
|---|---|
| Topic 1.B: "The allegations in the … 2019 Complaint" in Paragraphs 114-127, entitled "Facebook Failed to Implement and Maintain Appropriate Safeguards and Controls Over Third-Party Developers' Access to User Data," inlcuding about "monitoring" "to detect materials misuse ... by third-party developers," ¶ 116, tools "to check that apps had an active link to a privacy policy," ¶ 119, and "limits on an app's use of data received through Facebook," ¶ 121. | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(d) How Facebook ensured Third Parties' Use of such Data or Information was limited to the Use Case." |
| | Topic 3: "An overview of the process of developing Privacy or App settings or other controls made available to Users to present or limit their data or information from being accessed by Third Parties, including," *inter alia*, "(a) How Privacy or App Settings or other privacy designations associated with Users' Data and Information were (or were not) communicated to Third Parties such that Third Parties could comply with them" and "(c) Facebook's monitoring and enforcement of contractla terms with Third Parties regarding their use of Users' Data or Information, including enforcement of Policies regulating access to such Data or Information beyond the Use Case." |
| | Topic 8: "The methods, tools, technologies, databases, project management tools, task lists, or other internal sources Facebook used to track Third Parties and Data Brokers, including," *inter alia*, "(b) The type and purpose of Data and Information Facebook provided ..." |
| Topic 2.A: "Facebook's compliance with the 2012 and 2020 FTC Orders, including: Sections I of the 2012 and 2020 Orders, that Facebook shall not misrepresent the extent to which it maintains the privacy or security of Covered Information." | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including," inter alia, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | Topic 6: "The development of Friend Sharing, including … the communication of this technology to users …" |
| | \*\*PricewaterhouseCoopers' bi-annual reports reflecting its independent assessment of Facebook's Privacy Program, pursuant to the 2012 FTC Order, were also among the documents about which Plaintiffs notified Facebook that they intended to question Allison Hendrix prior to her deposition on Topics 1, 3, and limited elements of Topics 2 and 6.\*\* |
| Topic 2.B: "Facebook's compliance with the 2012 and 2020 FTC Orders, including … Sections II of the 2012 and 2020 Orders, including regarding Facebook's disclosure obligations to users, and Facebook's obligation to obtain the user's affirmative express consent" | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including," inter alia, "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties ..." |
| | \*\*PricewaterhouseCoopers' bi-annual reports reflecting its independent assessment of Facebook's Privacy Program, pursuant to the 2012 FTC Order, were also among the documents about which Plaintiffs notified Facebook that they intended to question Allison Hendrix prior to her deposition on Topics 1, 3, and limited elements of Topics 2 and 6.\*\* |

| FTC 30(b)(6) Notice Topic | Previously Noticed March 2022 30(b)(6) Topics |
|---|---|
| Topic 2.C: "Facebook's compliance with the 2012 and 2020 FTC Orders, including … Facebook's Privacy Program implemented pursuant to Sections IV of the 2012 Order and VII of the 2020 Order." | Topic 1: "Your organizational structure, including" as it relates to, *inter alia*, "(b) The process for drafting, evaluating, approving, modifying, issuing and monitoring the effectiveness of the Statement of Rights and Responsibilities, Data Use Policies, Privacy Policies, disclosures, public statements, Facebook messages or posts by ... any Facebook executive that concern: (i) the sharing of Users' Data or Information with Third Parties, [and] (ii) the use of Users' Data or Information by Third parties," as well as "(c) Communications with ... regulatory or governmental entities." |
| | Topic 2: "... Data or Information to which Facebook sold, made accessible, made available, or allowed Third Parties to use to target Users, including," *inter alia*, "(a) The types of User Data or Information Facebook shared, made accessible or permitted Third Parties to target," "(c) The format or formats through which it is shared or made accessible, or made available to Third Parties to target," and "(d) "How Facebook ensured Third Parties' Use of such Data or Information was limited to the Use Case." |
| | Topic 3: "An overview of the processes of developing Privacy or App Settings or other controls made available to users to prevent or limit their Data or Information from being accessed by Third Parties, including," *inter alia*, "(a) How Privacy or App Settings or other privacy designations associated with Users' Data and Information were (or were not) communicated to Third Parties such that Third Parties could comply with them," "(b) Processes, reviews, investigations, inquiries, studies, analyses, and Communications relating to Users' Privacy or App Settings, their efficacy, including user experience, customer service, internal regulators, whether internal or by third parties," and "(c) Facebook's monitoring and enforcement of contractual terms with Third Parties regarding their use of Users' Data or Information beyond the Use Case." |
| | Topic 4: "Facebook's processes of pseudonymization, de-identification, re-identification, association, and deletion of User Data and Information." |
| | Topic 5: "The systems, repositories, databases, and other sources (collectively herein, 'Systems' or 'System' when singular) containing or referencing any Data that can be associated with a User," including, inter alia, "The manner by which Data from the System is made accessible to Third Parties, or affects in any way the Data stored or referenced elsewhere is made available to Third Parties." |
| | Topic 6: "The development of Friend Sharing, including … how the technology functioned; the APIs and permissions associated with Friend Sharing; [and] the communication of this technology to users …" |
| | Topic 7: "The decision to Whitelist particular apps or partners, and how Facebook determined which entities to Whitelist …" |

| FTC 30(b)(6) Notice Topic | Previously Noticed March 2022 30(b)(6) Topics |
|---|---|
| | Topic 8: "The methods, tools, technologies, databases, project management tools, task lists, or other internal sources Facebook used to track Third Parties and Data Brokers, including," inter alia, "(b) The type and purpose of Data and Information Facebook provided..." |
| | **PricewaterhouseCoopers' bi-annual reports reflecting its independent assessment of Facebook's Privacy Program, pursuant to the 2012 FTC Order, were also among the documents about which Plaintiffs notified Facebook that they intended to question Allison Hendrix prior to her deposition on Topics 1, 3, and limited elements of Topics 2 and 6.** |
| Topic 2.E: "Facebook's compliance with the 2012 and 2020 FTC Orders, including … Facebook's reports to the FTC regarding its compliance with the 2012 and 2020 Orders, as required by Sections IX of the 2012 Order and XI of the 2020 Order." | **Although not reflected in Plaintiffs' March 2022 Rule 30(b)(6) deposition notice to Facebook, on July 26, 2022 Plaintiffs took a separate Rule 30(b)(6) deposition of PricewaterhouseCoopers, which, pursuant to the 2012 FTC Order, provided comprehensive independent assessments of Facebook's Privacy Program in 2013, 2015, 2017, and 2019.** |
| | **The PricewaterhouseCoopers reports were also among the documents about which Plaintiffs notified Facebook that they intended to question Allison Hendrix prior to her deposition on Topics 1, 3, and limited elements of Topics 2 and 6.** |