# Exhibit C

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL ADDITIONAL PRODUCTION OF QUIPS, TASKS, AND GROUPS** <br><br> Judge: Hon. Vince Chhabria <br> Special Master Daniel Garrie <br><br> JAMS Ref. No.: 1200058674 |

## I. INTRODUCTION

Facebook's opposition to Plaintiffs' motion relies primarily on two declarations that provide new information at this late stage of discovery. Providing the information earlier would have substantially assisted the parties' ability to discuss this longstanding dispute.

The Brumb Declaration asserts that, for a subset of custodians, Quips were reviewed to identify and collect potentially relevant ones, rather than collected in full. Facebook does not state why Quips for these custodians could not have been collected and searched in full during discovery, nor does it identify these custodians. The Brumb Declaration asserts that the Task system cannot be searched using complex search strings and does not address other means by which it can be searched. And the Brumb Declaration states that Workplace Groups were searched where custodians identified them as a potentially relevant data source, but because this case spans a time period that commenced almost 15 years ago, relying on custodians to identify Groups as potentially relevant data sources is a process that will inevitably omit relevant documents. (Indeed, as the Special Master is aware, many deponents have testified that they have no memory of facts highly probative of Plaintiffs' claims, even when confronted with documents they authored that expound on those very facts.)

In light of the new assertions in the Brumb and Clews Declarations, Plaintiffs will substantially scale back their proposed production to dovetail with Facebook's offer in its opposition brief to produce individually identified Quips, Tasks, and Workplace Groups. Plaintiffs ask the Special Master to require Facebook to produce just two categories of documents: (1) all responsive Tasks or Quips where key leaders and decision makers such as Mark Zuckerberg, Sheryl Sandberg, Javier Olivan, Andrew Bosworth, Chris Cox, Ime Archibong, Eddie O'Neil, Allison Hendrix, Simon Cross, Eugene Zarakhovsky, Erin Egan, Vladimir Federov, and Konstantinos Papamiltiadis are subscribers; and (2) all Tasks or Quips referenced in an exhibit marked during a deposition in this case.[1] The second category is an ongoing obligation until fact depositions are complete. Further, where Facebook has already produced a Task or Quip referenced in an exhibit, it should identify that document by Bates number.

In conclusion, it is clear that Facebook's strategy of delaying meaningful discussion of production from these document sources until it is too late for the parties to discuss a proportionate production from them will lead to its failure to produce many thousands of obviously relevant documents. Plaintiffs may pursue other remedies for that failure and reserve all rights. To resolve this motion, Plaintiffs limit the scope of what they seek, as set forth above, to ensure that Facebook can produce the documents by the pending fact discovery cutoff.

---

[1] Several deponents have testified that Task system can be searched by numerous fields such as Task number, contributors/subscribers, priority, tags, date ranges, and simple keywords. Plaintiffs propose that Facebook use these means to search Tasks.

PLAINTIFFS' REPLY ISO MOTION TO
COMPEL ADDITIONAL PRODUCTION OF
QUIPS, TASKS, AND GROUPS

1

MDL NO. 2843
CASE NO. 18-MD-02843-VC
JAMS REF. NO.: 1200058674

Dated: August 15, 2022                                         Respectfully submitted,

KELLER ROHRBACK L.L.P.                                         BLEICHMAR FONTI & AULD LLP

By:  */s/ Derek W. Loeser*                                     By:  */s/ Lesley E. Weaver*
     Derek W. Loeser                                                  Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                      Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)               Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                             Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)                      Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                                    Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)                       555 12th Street, Suite 1600
Daniel Mensher (admitted *pro hac vice*)                       Oakland, CA 94607
Michael Woerner (admitted *pro hac vice*)                      Tel.: (415) 445-4003
Matthew Gerend (admitted *pro hac vice*)                       Fax: (415) 445-4020
1201 Third Avenue, Suite 3200                                  lweaver@bfalaw.com
Seattle, WA 98101                                              adavis@bfalaw.com
Tel.: (206) 623-1900                                           mmelamed@bfalaw.com
Fax: (206) 623-3384                                            aornelas@bfalaw.com
dloeser@kellerrohrback.com                                     jsamra@bfalaw.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com
dmensher@kellerrohrback.com
mwoerner@kellerrohrback.com
mgerend@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of August, 2022, at Traverse City, Michigan.

                              */s/ Lesley E. Weaver*
                              Lesley E. Weaver