GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Rosemarie T. Ring (SBN 220769)
    rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
    mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
    dstein@gibsondunn.com
Heather Richardson
    hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S NOTICE OF FILING OF CHART OF UNREDACTED DOCUMENTS AND RENEWED MOTION TO SEAL** |

Per the Court's December 6, 2022 Order (Dkt. 1082), Defendant Facebook, Inc. ("Facebook") hereby files the "chart cross-referencing the original ECF docket numbers for each document provisionally filed under seal with the newly filed [un]redacted version (or renewed motion to seal)."

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Plaintiffs' Exhibit 1 to Loeser and Weaver Declaration ISO Motion for Sanctions ("Plaintiffs' Exhibit") | Dkt. 873 | Dkt. 905 | Dkts. 905-5, 905-6 | Denied. | Dkt. 1085-1 |
| Facebook | Plaintiffs' Exhibit 16 | Dkt. 873 | Dkt. 905 | Dkts. 905-7, 905-8 | Denied. | Dkt. 1085-2 |
| Facebook | Plaintiffs' Exhibit 17 | Dkt. 873 | Dkt. 905 | Dkts. 905-9, 905-10 | Denied. | Dkt. 1085-3 |
| Facebook | Plaintiffs' Exhibit 18 | Dkt. 873 | Dkt. 905 | Dkts. 905-11, 905-12 | Denied. | Dkt. 1085-4 |
| Facebook | Plaintiffs' Exhibit 19 | Dkt. 873 | Dkt. 905 | Dkts. 905-13, 905-14 | Denied. | Dkt. 1085-5 |
| Facebook | Plaintiffs' Exhibit 23 | Dkt. 873 | Dkt. 905 | Dkts. 905-15, 905-16 | Denied. | Dkt. 1085-6 |
| Facebook | Plaintiffs' Exhibit 25 | Dkt. 873 | Dkt. 905 | Dkts. 905-17, 905-18 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkt. 1085-27 |
| Facebook | Plaintiffs' Exhibit 26 | Dkt. 873 | Dkt. 905 | Dkts. 906-1, 906-2 | Denied. | Dkt. 1085-7 |

| Party Re-questing Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Plaintiffs' Exhibit 27 | Dkt. 873 | Dkt. 905 | Dkts. 906-3, 906-4 | Denied. | Dkt. 1085-8 |
| Facebook | Plaintiffs' Exhibit 32 | Dkt. 873 | Dkt. 905 | Dkts. 906-7, 906-8 | Denied. | Dkt. 1085-9 |
| Facebook | Plaintiffs' Exhibit 33 | Dkt. 873 | Dkt. 905 | Dkts. 906-9, 906-10 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkts. 1086-3, 1086-4 |
| Facebook | Plaintiffs' Exhibit 34 | Dkt. 873 | Dkt. 905 | Dkts. 906-11, 906-12 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkts. 1086-5, 1086-6 |
| Facebook | Plaintiffs' Exhibit 51 | Dkt. 873 | Dkt. 905 | Dkts. 906-13, 906-14 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkts. 1086-7, 1086-8 |
| Facebook | Plaintiffs' Exhibit 55 | Dkt. 873 | Dkt. 905 | Dkts. 906-15, 906-16 | Denied. | Dkt. 1085-10 |
| Facebook | Plaintiffs' Exhibit 61 | Dkt. 873 | Dkt. 905 | Dkts. 906-19, 906-20 | Denied. | Dkt. 1085-11 |
| Facebook | Plaintiffs' Exhibit 63 | Dkt. 873 | Dkt. 905 | Dkt. 906-21 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. | Dkts. 1086-9, 1086-10 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Plaintiffs' Exhibit 65 | Dkt. 873 | Dkt. 905 | Dkt. 907-1 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. | Dkts. 1086-11, 1086-12 |
| Facebook | Plaintiffs' Exhibit 66 | Dkt. 873 | Dkt. 905 | Dkt. 907-2 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. | Dkts. 1086-13, 1086-14 |
| Facebook | Plaintiffs' Exhibit 67 | Dkt. 873 | Dkt. 905 | Dkt. 907-3 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. | Dkts. 1086-15, 1086-16 |
| Facebook | Plaintiffs' Exhibit 68 | Dkt. 873 | Dkt. 905 | Dkt. 907-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. | Dkts. 1086-17, 1086-18 |
| Facebook | Exhibit 7 to Stein Declaration ISO Facebook's Opposition to Motion for Sanctions ("Defendant's Exhibit") | Dkt. 910 | N/A | Dkts. 910-3, 910-4 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkts. 1086-19, 1086-20 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Defendant's Exhibit 9 | Dkt. 910 | N/A | Dkts. 910-7, 910-8 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkts. 1086-21, 1086-22 |
| Facebook | Defendant's Exhibit 20 | Dkt. 910 | N/A | Dkts. 910-9, 910-10 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkts. 1086-23, 1086-24 |
| Facebook | Defendant's Exhibit 22 | Dkt. 910 | N/A | Dkts. 910-11, 910-12 | Denied. | Dkt. 1085-12 |
| Facebook | Defendant's Exhibit 25 | Dkt. 910 | N/A | Dkts. 910-15, 910-16 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkts. 1086-25, 1086-26 |
| Facebook | Defendant's Exhibit 26 | Dkt. 910 | N/A | Dkts. 910-17, 910-18 | Denied. | Dkt. 1085-13 |
| Facebook | Defendant's Exhibit 29 | Dkt. 910 | N/A | Dkts. 910-19, 910-20 | Denied. | Dkt. 1085-14 |
| Facebook | Defendant's Exhibit 32 | Dkt. 910 | N/A | Dkts. 910-21, 910-22 | Denied subject to renewal. The renewed filing should include a version with nothing redacted and the proposed redactions highlighted. | Dkt. 1085-28 |
| Facebook | Defendant's Exhibit 35 | Dkt. 910 | N/A | Dkts. 910-23, 910-24 | Denied. | Dkt. 1085-15 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Defendant's Exhibit 36 | Dkt. 910 | N/A | Dkts. 910-25, 910-26 | Denied. | Dkt. 1085-16 |
| Facebook | Defendant's Exhibit 38 | Dkt. 910 | N/A | Dkts. 910-27, 910-28 | Denied. | Dkt. 1085-17 |
| Facebook | Defendant's Exhibit 41 | Dkt. 910 | N/A | Dkts. 910-29, 910-30 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. | Dkts. 1086-27, 1086-28 |
| Facebook | Plaintiffs' Exhibit 73 to Weaver and Loeser Declaration ISO Plaintiffs' Reply ISO Motion for Sanctions ("Plaintiffs' Reply Exhibit") | Dkt. 921 | Dkt. 927 | Dkt. 927-3 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkt. 1085-29 |
| Facebook | Plaintiffs' Reply Exhibit 74 | Dkt. 921 | Dkt. 927 | Dkt. 927-4 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkts. 1086-29, 1086-30 |
| Facebook | Plaintiffs' Reply Exhibit 86 | Dkt. 921 | Dkt. 927 | Dkt. 927-5 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkt. 1085-30 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Plaintiffs' Reply Exhibit 87 | Dkt. 921 | Dkt. 927 | Dkt. 927-6 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkt. 1085-31 |
| Facebook | Plaintiffs' Reply Exhibit 88 | Dkt. 921 | Dkt. 927 | Dkt. 927-7 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. | Dkt. 1085-32 |
| Facebook | Special Master's Amended Order Regarding Production of Named Plaintiff Data and the Exhibits thereto | Dkt. 981 | N/A | Dkts. 981-3, 981-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-31, 1086-32 |
| Facebook | Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion Sanctions | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-4, 1013-2 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkt. 1085-33 |
| Facebook | Plaintiffs' Exhibit 90 to the Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions ("Plaintiffs' Supplemental Exhibit") | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-8 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-33, 1086-34 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Plaintiffs' Supplemental Exhibit 91 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-9 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-35, 1086-36 |
| Facebook | Plaintiffs' Supplemental Exhibit 92 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-10 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-37, 1086-38 |
| Facebook | Plaintiffs' Supplemental Exhibit 93 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-11 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-39, 1086-40 |
| Facebook | Plaintiffs' Supplemental Exhibit 94 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-12 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkt. 1085-34 |
| Facebook | Plaintiffs' Supplemental Exhibit 95 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-5, 992-3 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-41, 1086-42 |

| Party Re-questing Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Plaintiffs' Supplemental Exhibit 96 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-6, 992-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-43, 1086-44 |
| Facebook | Plaintiffs' Supplemental Exhibit 97 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-7, 992-5 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkt. 1085-35 |
| Facebook | Plaintiffs' Supplemental Exhibit 105 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-8, 992-6 | Denied. | Dkt. 1085-18 |
| Facebook | Plaintiffs' Supplemental Exhibit 106 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-9, 992-7 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-45, 1086-46 |
| Facebook | Plaintiffs' Supplemental Exhibit 109 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-10, 992-8 | Denied. | Dkt. 1085-19; Dkt. 1085-37 |
| Facebook | Plaintiffs' Supplemental Exhibit 112 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-9, 1013-7 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions | Dkts. 1086-47, 1086-48 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| | | | | | consistent with the guidance offered by this order. | |
| Facebook | Plaintiffs' Supplemental Exhibit 121 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-38 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-49, 1086-50 |
| Facebook | Plaintiffs' Supplemental Exhibit 125 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts 1012-13, 1013-11 | Denied. | Dkt. 1085-20 |
| Facebook | Plaintiffs' Supplemental Exhibit 129 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts 1012-14, 1013-12 | Denied. | Dkt. 1085-21 |
| Facebook | Plaintiffs' Supplemental Exhibit 139 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-15, 1013-13 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-51, 1086-52 |
| Facebook | Corrected Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions | Dkt. 1007 | Dkt. 1037 | Dkts. 1037-5, 1037-6 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkt. 1085-38 |
| Facebook | Plaintiffs' Exhibit 5 (Hendrix Dep. Tr.) | Dkts. 934, 1005 | Dkts. 938, 1038, 1046 | Dkts. 1038-3, 1038-11 | Denied. | Dkt. 1085-22 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Plaintiffs' Exhibit 95 (Duffey Dep. Tr.) | Dkt. 1001 | Dkts. 1038, 1046 | Dkts. 1038-5, 1038-13 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-53, 1086-54 |
| Facebook | Plaintiffs' Exhibit 105 (Cross Dep. Tr.) | Dkts. 1001, 1067, 1070 | Dkts. 1038, 1046, 1074 | Dkts. 1038-8, 1038-16, 1074-7, 1074-8 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkt. 1085-36 |
| Facebook | Plaintiffs' Exhibit 106 (Chang Dep. Tr.) | Dkt. 1001 | Dkts. 1038, 1046 | Dkts. 1038-9, 1038-17 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-55, 1086-56 |
| Facebook | Richardson Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions | Dkt. 1016 | N/A | Dkts. 1016-4, 1017-2 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-57, 1086-58 |
| Facebook | Defendant's Supplemental Exhibit 56 | Dkt. 1016 | N/A | Dkts. 1016-6, 1017-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions | Dkts. 1086-59, 1086-60 |

| Party Re-questing Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| | | | | | consistent with the guidance offered by this order. | |
| Facebook | Defendant's Supple-mental Exhibit 61 | Dkt. 1016 | N/A | Dkts. 1016-7, 1017-5 | Denied. | Dkt. 1085-23 |
| Facebook | Defendant's Supple-mental Exhibit 64 | Dkt. 1016 | N/A | Dkts. 1016-9, 1017-7 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-61, 1086-62 |
| Facebook | Defendant's Supple-mental Exhibit 68 | Dkt. 1016 | N/A | Dkts. 1016-11, 1017-9 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkt. 1085-39 |
| Facebook | Defendant's Supple-mental Exhibit 69 | Dkt. 1016 | N/A | Dkts. 1016-12, 1017-10 | Denied. | Dkt. 1085-24 |
| Facebook | Defendant's Supple-mental Exhibit 73 | Dkt. 1016 | N/A | Dkts. 1016-14, 1017-12 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkts. 1086-63, 1086-64 |
| Facebook | Defendant's Supple-mental Exhibit 82 | Dkt. 1016 | N/A | Dkts. 1016-15, 1017-13 | Denied. | Dkt. 1085-25 |

| Party Re-questing Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| Facebook | Exhibit C to Special Master's Amended Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions | Dkt. 1026 | Dkt. 1044 | Dkts. 1044-3, 1044-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkt. 1085-40 |
| Facebook | Exhibit G to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkt. 1044 | Dkts. 1044-9, 1044-10 | Denied. | Dkt. 1085-26 |
| Facebook | Special Master's Order Regarding Facebook's Objections to 30(b)(6) Written Questions | Dkt. 1032 | Dkt. 1043 | Dkts. 1043-3, 1043-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. | Dkt. 1085-41 |
| **Documents first filed under seal by Plaintiffs, as part of an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, which Facebook did not subsequently seek to seal permanently.** | | | | | | |
| N/A | Loeser and Weaver Declaration ISO Plaintiffs' Motion for Sanctions | Dkt. 873 | Dkt. 905 | Dkt. 873-5 | N/A | Dkt. 1087-1 |
| N/A | Plaintiffs' Exhibit 2 | Dkt. 873 | Dkt. 905 | Dkt. 873-8 | N/A | Dkt. 1087-2 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| N/A | Plaintiffs' Exhibit 3 | Dkt. 873 | Dkt. 905 | Dkt. 873-9 | N/A | Dkt. 1087-3 |
| N/A | Plaintiffs' Exhibit 4 | Dkt. 873 | Dkt. 905 | Dkt. 873-10 | N/A | Dkt. 1087-4 |
| N/A | Plaintiffs' Exhibit 5 | Dkt. 873 | Dkt. 905 | Dkt. 873-11 | N/A | Dkt. 1087-5 |
| N/A | Plaintiffs' Exhibit 6 | Dkt. 873 | Dkt. 905 | Dkt. 873-12 | N/A | Dkt. 1087-6 |
| N/A | Plaintiffs' Exhibit 7 | Dkt. 873 | Dkt. 905 | Dkt. 873-13 | N/A | Dkt. 1087-7 |
| N/A | Plaintiffs' Exhibit 8 | Dkt. 873 | Dkt. 905 | Dkt. 873-14 | N/A | Dkt. 1087-8 |
| N/A | Plaintiffs' Exhibit 9 | Dkt. 873 | Dkt. 905 | Dkt. 873-15 | N/A | Dkt. 1087-9 |
| N/A | Plaintiffs' Exhibit 10 | Dkt. 873 | Dkt. 905 | Dkt. 873-16 | N/A | Dkt. 1087-10 |
| N/A | Plaintiffs' Exhibit 11 | Dkt. 873 | Dkt. 905 | Dkt. 873-17 | N/A | Dkt. 1087-11 |
| N/A | Plaintiffs' Exhibit 12 | Dkt. 873 | Dkt. 905 | Dkt. 873-18 | N/A | Dkt. 1087-12 |
| N/A | Plaintiffs' Exhibit 13 | Dkt. 873 | Dkt. 905 | Dkt. 873-19 | N/A | Dkt. 1087-13 |
| N/A | Plaintiffs' Exhibit 14 | Dkt. 873 | Dkt. 905 | Dkt. 873-20 | N/A | Dkt. 1087-14 |
| N/A | Plaintiffs' Exhibit 15 | Dkt. 873 | Dkt. 905 | Dkt. 873-21 | N/A | Dkt. 1087-15 |
| N/A | Plaintiffs' Exhibit 20 | Dkt. 873 | Dkt. 905 | Dkt. 873-26 | N/A | Dkt. 1087-16 |
| N/A | Plaintiffs' Exhibit 21 | Dkt. 873 | Dkt. 905 | Dkt. 873-27 | N/A | Dkt. 1087-17 |

| Party Re-questing Sealing | Document Title/Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| N/A | Plaintiffs' Exhibit 22 | Dkt. 873 | Dkt. 905 | Dkt. 873-28 | N/A | Dkt. 1087-18 |
| N/A | Plaintiffs' Exhibit 24 | Dkt. 873 | Dkt. 905 | Dkt. 873-29 | N/A | Dkt. 1087-19 |
| N/A | Plaintiffs' Exhibit 28 | Dkt. 873 | Dkt. 905 | Dkt. 873-34 | N/A | Dkt. 1087-20 |
| N/A | Plaintiffs' Exhibit 29 | Dkt. 873 | Dkt. 905 | Dkt. 873-35 | N/A | Dkt. 1087-21 |
| N/A | Plaintiffs' Exhibit 30 | Dkt. 873 | Dkt. 905 | Dkt. 873-36 | N/A | Dkt. 1087-22 |
| N/A | Plaintiffs' Exhibit 35 | Dkt. 873 | Dkt. 905 | Dkt. 874-5 | N/A | Dkt. 1087-23 |
| N/A | Plaintiffs' Exhibit 36 | Dkt. 873 | Dkt. 905 | Dkt. 874-6 | N/A | Dkt. 1087-24 |
| N/A | Plaintiffs' Exhibit 37 | Dkt. 873 | Dkt. 905 | Dkt. 874-7 | N/A | Dkt. 1087-25 |
| N/A | Plaintiffs' Exhibit 38 | Dkt. 873 | Dkt. 905 | Dkt. 874-8 | N/A | Dkt. 1087-26 |
| N/A | Plaintiffs' Exhibit 39 | Dkt. 873 | Dkt. 905 | Dkt. 874-9 | N/A | Dkt. 1087-27 |
| N/A | Plaintiffs' Exhibit 40 | Dkt. 873 | Dkt. 905 | Dkt. 874-10 | N/A | Dkt. 1087-28 |
| N/A | Plaintiffs' Exhibit 41 | Dkt. 873 | Dkt. 905 | Dkt. 874-11 | N/A | Dkt. 1087-29 |
| N/A | Plaintiffs' Exhibit 42 | Dkt. 873 | Dkt. 905 | Dkt. 874-12 | N/A | Dkt. 1087-30 |
| N/A | Plaintiffs' Exhibit 43 | Dkt. 873 | Dkt. 905 | Dkt. 874-13 | N/A | Dkt. 1087-31 |
| N/A | Plaintiffs' Exhibit 44 | Dkt. 873 | Dkt. 905 | Dkt. 874-14 | N/A | Dkt. 1087-32 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| N/A | Plaintiffs' Exhibit 45 | Dkt. 873 | Dkt. 905 | Dkt. 874-15 | N/A | Dkt. 1087-33 |
| N/A | Plaintiffs' Exhibit 46 | Dkt. 873 | Dkt. 905 | Dkt. 874-16 | N/A | Dkt. 1087-34 |
| N/A | Plaintiffs' Exhibit 47 | Dkt. 873 | Dkt. 905 | Dkt. 874-17 | N/A | Dkt. 1087-35 |
| N/A | Plaintiffs' Exhibit 48 | Dkt. 873 | Dkt. 905 | Dkt. 874-18 | N/A | Dkt. 1087-36 |
| N/A | Plaintiffs' Exhibit 49 | Dkt. 873 | Dkt. 905 | Dkt. 874-19 | N/A | Dkt. 1087-37 |
| N/A | Plaintiffs' Exhibit 50 | Dkt. 873 | Dkt. 905 | Dkt. 874-20 | N/A | Dkt. 1087-38 |
| N/A | Plaintiffs' Exhibit 52 | Dkt. 873 | Dkt. 905 | Dkt. 875-2 | N/A | Dkt. 1087-39 |
| N/A | Plaintiffs' Exhibit 53 | Dkt. 873 | Dkt. 905 | Dkt. 875-3 | N/A | Dkt. 1087-40 |
| N/A | Plaintiffs' Exhibit 54 | Dkt. 873 | Dkt. 905 | Dkt. 875-4 | N/A | Dkt. 1087-41 |
| N/A | Plaintiffs' Exhibit 56 | Dkt. 873 | Dkt. 905 | Dkt. 875-5 | N/A | Dkt. 1087-42 |
| N/A | Plaintiffs' Exhibit 57 | Dkt. 873 | Dkt. 905 | Dkt. 875-6 | N/A | Dkt. 1087-43 |
| N/A | Plaintiffs' Exhibit 58 | Dkt. 873 | Dkt. 905 | Dkt. 875-7 | N/A | Dkt. 1087-44 |
| N/A | Plaintiffs' Exhibit 59 | Dkt. 873 | Dkt. 905 | Dkt. 875-8 | N/A | Dkt. 1087-45 |
| N/A | Plaintiffs' Exhibit 62 | Dkt. 873 | Dkt. 905 | Dkt. 876-2 | N/A | Dkt. 1087-46 |
| N/A | Loeser and Weaver Declaration ISO Plaintiffs' | Dkt. 921 | Dkt. 927 | Dkt. 921-4 | N/A | Dkt. 1088 |

| Party Re-questing Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| | Reply ISO Motion for Sanctions | | | | | |
| N/A | Plaintiffs' Reply Exhibit 71 | Dkt. 921 | Dkt. 927 | Dkt. 921-5 | N/A | Dkt. 1088-1 |
| N/A | Plaintiffs' Reply Exhibit 72 | Dkt. 921 | Dkt. 927 | Dkt. 921-6 | N/A | Dkt. 1088-2 |
| N/A | Plaintiffs' Reply Exhibit 73 | Dkt. 921 | Dkt. 927 | Dkt. 921-7 | N/A | Dkt. 1088-3 |
| N/A | Laufenberg and Mela-med Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions | Dkt. 988 | Dkt. 1012 | Dkt. 988-4 | N/A | Dkt. 1088-4 |
| N/A | Ko Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions | Dkt. 988 | Dkt. 1012 | Dkt.988-5 | N/A | Dkt. 1088-5 |
| N/A | Plaintiffs' Supplemental Exhibit 89 | Dkt. 988 | Dkt. 1012 | Dkt. 988-7 | N/A | Dkt. 1088-6 |
| N/A | Plaintiffs' Supplemental Exhibit 100 | Dkt. 988 | Dkt. 1012 | Dkt. 988-17 | N/A | Dkt. 1088-7 |

| Party Re-questing Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| N/A | Plaintiffs' Supplemental Exhibit 101 | Dkt. 988 | Dkt. 1012 | Dkt. 988-18 | N/A | Dkt. 1088-8 |
| N/A | Plaintiffs' Supplemental Exhibit 107 | Dkt. 988 | Dkt. 1012 | Dkt. 988-19 | N/A | Dkt. 1088-9 |
| N/A | Plaintiffs' Supplemental Exhibit 108 | Dkt. 988 | Dkt. 1012 | Dkt. 988-25 | N/A | Dkt. 1088-10 |
| N/A | Plaintiffs' Supplemental Exhibit 110 | Dkt. 988 | Dkt. 1012 | Dkt. 988-27 | N/A | Dkt. 1088-11 |
| N/A | Plaintiffs' Supplemental Exhibit 111 | Dkt. 988 | Dkt. 1012 | Dkt. 988-28 | N/A | Dkt. 1088-12 |
| N/A | Plaintiffs' Supplemental Exhibit 113 | Dkt. 988 | Dkt. 1012 | Dkt. 988-30 | N/A | Dkt. 1088-13 |
| N/A | Plaintiffs' Supplemental Exhibit 116 | Dkt. 988 | Dkt. 1012 | Dkt. 988-33 | N/A | Dkt. 1088-14 |
| N/A | Plaintiffs' Supplemental Exhibit 118 | Dkt. 988 | Dkt. 1012 | Dkt. 988-35 | N/A | Dkt. 1088-15 |
| N/A | Plaintiffs' Supplemental Exhibit 120 | Dkt. 988 | Dkt. 1012 | Dkt. 988-37 | N/A | Dkt. 1088-16 |
| N/A | Plaintiffs' Supplemental Exhibit 126 | Dkt. 988 | Dkt. 1012 | Dkt. 988-43 | N/A | Dkt. 1088-17 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| N/A | Plaintiffs' Supplemental Exhibit 127 | Dkt. 988 | Dkt. 1012 | Dkt. 988-44 | N/A | Dkt. 1088-18 |
| N/A | Plaintiffs' Supplemental Exhibit 128 | Dkt. 988 | Dkt. 1012 | Dkt. 988-45 | N/A | Dkt. 1088-19 |
| N/A | Plaintiffs' Supplemental Exhibit 136 | Dkt. 988 | Dkt. 1012 | Dkt. 988-52 | N/A | Dkt. 1088-20 |
| N/A | Plaintiffs' Supplemental Exhibit 138 | Dkt. 988 | Dkt. 1012 | Dkt. 988-54 | N/A | Dkt. 1088-21 |
| N/A | Special Master's Amended Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions | Dkt. 1026 | Dkts. 1043, 1044 | Dkt. 1026-3 | N/A | Dkt. 1088-22 |
| N/A | Ex. A to Special Master's Amended Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions | Dkt. 1026 | Dkts. 1043, 1044 | Dkt. 1026-4 | N/A | Dkt. 1088-23 |
| N/A | Ex. B to Special Master's Amended Order on Plaintiffs' Motion for | Dkt. 1026 | Dkts. 1043, 1044 | Dkt. 1026-5 | N/A | Dkt. 1088-24 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| | Additional Time to Conduct Rule 30(b)(6) Depositions | | | | | |
| N/A | Ex. D to Special Master's Amended Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions | Dkt. 1026 | Dkts. 1043, 1044 | Dkt. 1026-7 | N/A | Dkt. 1088-25 |
| N/A | Ex. E to Special Master's Amended Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions | Dkt. 1026 | Dkts. 1043, 1044 | Dkt. 1026-8 | N/A | Dkt. 1088-26 |
| N/A | Special Master's Order on Plaintiffs' Motion for Permission to Serve 30(b)(6) Notice on Facebook Regarding FTC Complaints and Consent Orders | Dkt. 1028 | Dkts. 1043, 1044 | Dkt. 1028-3 | N/A | Dkt. 1088-27 |
| N/A | Ex. A to Special Master's Order on Plaintiffs' Motion for Permission to Serve 30(b)(6) Notice on | Dkt. 1028 | Dkts. 1043, 1044 | Dkt. 1028-4 | N/A | Dkt. 1088-28 |

| Party Re-questing Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| | Facebook Regarding FTC Complaints and Consent Orders | | | | | |
| N/A | Ex. B to Special Master's Order on Plaintiffs' Motion for Permission to Serve 30(b)(6) Notice on Facebook Regarding FTC Complaints and Consent Orders | Dkt. 1028 | Dkts. 1043, 1044 | Dkt. 1028-5 | N/A | Dkt. 1088-29 |
| N/A | Ex. C to Special Master's Order on Plaintiffs' Motion for Permission to Serve 30(b)(6) Notice on Facebook Regarding FTC Complaints and Consent Orders | Dkt. 1028 | Dkts. 1043, 1044 | Dkt. 1028-6 | N/A | Dkt. 1088-30 |
| N/A | Ex. D to Special Master's Order on Plaintiffs' Motion for Permission to Serve 30(b)(6) Notice on Facebook Regarding FTC Complaints and Consent Orders | Dkt. 1028 | Dkts. 1043, 1044 | Dkt. 1028-7 | N/A | Dkt. 1088-31 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| N/A | Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkts. 1043, 1044 | Dkt. 1030-3 | N/A | Dkt. 1088-32 |
| N/A | Ex. C to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkts. 1043, 1044 | Dkt. 1030-6 | N/A | Dkt. 1088-33 |
| N/A | Ex. D to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkts. 1043, 1044 | Dkt. 1030-7 | N/A | Dkt. 1088-34 |
| N/A | Ex. E to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of | Dkt. 1030 | Dkts. 1043, 1044 | Dkt. 1030-8 | N/A | Dkt. 1088-35 |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision | New Dkt. Number |
|---|---|---|---|---|---|---|
| | Quips, Tasks, and Groups | | | | | |
| N/A | Ex. F to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkts. 1043, 1044 | Dkt. 1030-9 | N/A | Dkt. 1088-36 |
| N/A | Ex. H to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkts. 1043, 1044 | Dkt. 1030-11 | N/A | Dkt. 1088-37 |
| | Ex. I to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkts. 1043, 1044 | Dkt. 1030-13 | N/A | Dkt. 1088-38 |

Dated:  December 12, 2022

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Deborah Stein*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
Heather Richardson
Hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Russell H. Falconer (*pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*