| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SUPPLEMENTAL BRIEF REGARDING FEES AND COSTS SOUGHT AS SANCTIONS**<br><br>Judge:  Hon. Vince Chhabria and<br>Courtroom:  4, 17th Floor |

## **[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion for Leave to File Reply in Support of Supplemental Brief Regarding Fees and Costs Sought as Sanctions (the "Motion") and all supporting papers. Having considered the Motion, and good cause appearing, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS Plaintiffs to file their reply.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Vince Chhabria
United States District Judge