| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF DEREK W. LOESER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SUPPLEMENTAL BRIEF REGARDING FEES AND COSTS SOUGHT AS SANCTIONS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

I, Derek W. Loeser, declare and state as follows:

1.  I am a partner at the law firm of Keller Rohrback L.L.P. ("Keller Rohrback") and Co-Lead Counsel for Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Administrative Motion For Leave to File Reply in Support of Supplemental Brief Regarding Fees and Costs Sought As Sanctions. I have personal knowledge of the information contained herein, and, if called as a witness, I could and would testify competently thereto.

2.  I contacted Rosemarie Ring, counsel for the Defendant, at 2:22 pm today to ask whether the Defendant would consent to the filing of a reply in support of Plaintiffs' supplemental brief. The Defendant was unable to provide an answer to this question by the time of filing.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge.

Executed December 14, 2022 in Seattle, Washington.

By: _____
Derek W. Loeser