Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.:  213.229.7000
Fax:  213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR BRIEFING ON MOTION FOR PRELIMINARY APPROVAL AND EXTENDING DEADLINE FOR FACEBOOK TO RESPOND TO PRELIMINARY APPROVAL MOTION**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

By and through their respective undersigned counsel, Plaintiffs and Facebook, Inc. (collectively, the "Parties"), submit this stipulated request for an order to (1) extend the page limit for the briefing on the forthcoming Motion for Preliminary Approval; and (2) extend Facebook's deadline to respond to the Motion for Preliminary Approval until January 18, 2023.

Whereas, on October 10, 2022, the Court granted an extension of time to stay the consolidated action *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (the "Action"), allowing the stay of the Action to remain in effect until December 16, 2022 for the Parties to finalize a written settlement agreement and present to the Court for preliminary approval (ECF No. 1069);

Whereas, the standard 25-page limit applies to motions for preliminary approval (Standing Order for Civil Cases Before Judge Vince Chhabria, at ¶¶ 55, 57); and

Whereas, the Parties believe that an enlargement of the page limits for the briefing on the Motion for Preliminary Approval and an extension of time for Facebook to respond to the motion are both reasonable in light of the nature of the case, and in order to "adequately explain the basis for [the] settlement" and "thoroughly justify[] the settlement amount when compared to the maximum possible recovery" (Standing Order, at ¶ 57).

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, through their respective counsel, subject to approval and order of the Court, that the Motion for Preliminary Approval shall not exceed 65 pages, and Facebook's deadline to respond shall be January 18, 2023.

Dated: December 12, 2022                                  Respectfully submitted,

KELLER ROHRBACK L.L.P.                                    BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                               By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                           Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                 Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)          Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                        Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)                 Angelica M. Ornelas (SBN 285929)


Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

Dated: December 12, 2022

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Rosemarie T. Ring*
         Rosemarie T. Ring

Orin Snyder (admitted *pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
Russell H. Falconer (admitted *pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __December 15_____, 2022

_____
VINCE CHHABRIA
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of December, 2022, at Seattle, Washington.

*/s/ Derek W. Loeser*
Derek W. Loeser