UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SUBMIT WRITTEN SETTLEMENT AGREEMENT** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. Whereas, on August 26, 2022, the parties notified the Court that they had reached a settlement in principle of the consolidated action *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (the "Action") and requested sixty (60) days to file a motion for preliminary approval (Dkt. 1014), which was granted the same day (Dkt. 1015);

2. Whereas, on October 19, 2022, the parties requested extension of the deadline to file a preliminary approval motion until December 16, 2022 (Dkt. 1068), which was granted on October 20, 2022 (Dkt. 1069);

3. Whereas, the parties have been working diligently and have made significant process, and request one final and short extension of the deadline to file a preliminary approval motion until December 22, 2022.

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, through their respective counsel and subject to the Court's approval, that the deadline to file a preliminary approval motion will be extended until December 22, 2022.

Dated: December 16, 2022                                           Respectfully submitted,


KELLER ROHRBACK L.L.P.                          BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                             By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                          Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)            Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)     Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                   Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)            Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                          Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)             555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                        Oakland, CA 94607
Seattle, WA 98101                                    Tel.: (415) 445-4003
Tel.: (206) 623-1900                                 Fax: (415) 445-4020
Fax: (206) 623-3384                                  lweaver@bfalaw.com
dloeser@kellerrohrback.com                           adavis@bfalaw.com
claufenberg@kellerrohrback.com                       mmelamed@bfalaw.com
dko@kellerrohrback.com                               aornelas@bfalaw.com
adaniel@kellerrohrback.com                           jsamra@bfalaw.com

bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

DATED: December 16, 2022

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  /s/ *Rosemarie T. Ring*

| | |
|---|---|
| Deborah Stein (SBN 224570) | Orin Snyder (*pro hac vice*) |
| dstein@gibsondunn.com | osnyder@gibsondunn.com |
| 333 South Grand Avenue | GIBSON, DUNN & CRUTCHER LLP |
| Los Angeles, CA 90071-3197 | 200 Park Avenue |
| Telephone:  213.229.7000 | New York, NY 10166-0193 |
| Facsimile:  213.229.7520 | Telephone:  212.351.4000 |
| | Facsimile:  212.351.4035 |
| Rosemarie T. Ring (SBN 220769) | |
| rring@gibsondunn.com | Joshua S. Lipshutz (SBN 242557) |
| Kristin A. Linsley (SBN 154148) | jlipshutz@gibsondunn.com |
| klinsley@gibsondunn.com | GIBSON, DUNN & CRUTCHER LLP |
| Martie Kutscher (SBN 302650) | 1050 Connecticut Avenue, N.W. |
| mkutscherclark@gibsondunn.com | Washington, DC 20036-5306 |
| GIBSON, DUNN & CRUTCHER LLP | Telephone:  202.955.8500 |
| 555 Mission Street, Suite 3000 | Facsimile:  202.467.0539 |
| San Francisco, CA 94105-0921 | |
| Telephone:  415.393.8200 | Russell H. Falconer (*pro hac vice*) |
| Facsimile:  415.393.8306 | rfalconer@gibsondunn.com |
| | 2100 McKinney Avenue, Suite 1100 |
| | Dallas, TX 75201 |
| | Telephone: 214.698.3170 |
| | Facsimile: 214.571.2958 |

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SUBMIT SETTLEMENT AGREEMENT
CASE NO. 3:18-MD-02843-VC

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  December 19, 2022

VINCE CHHABRIA
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

| | |
|---|---|
| Dated: December 16, 2022 | By:  /s/ Rosemarie T. Ring<br>       Rosemarie T. Ring |

## **CERTIFICATE OF SERVICE**

I, Rosemarie T. Ring, hereby certify that on December 16, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Rosemarie T. Ring*
    Rosemarie T. Ring