UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　Defendants. | Case No. 18-md-02843-VC<br><br>**ORDER RE ADI COMMUNICATIONS**<br><br>Re: Dkt. Nos. 916-9 |

　　　　Paragraph 17 of Special Master Garrie's January 10, 2022 Supplemental Order Regarding Production of ADI Related Documents references several documents he reviewed that Facebook produced in discovery. *See* Dkt. No. 916-9 at 6. Facebook is ordered to file those documents on the docket by January 27, 2023.

　　　　**IT IS SO ORDERED.**

Dated: January 25, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge