GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF AMANDA M. AYCOCK IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS ATTACHED TO FACEBOOK, INC.'S RESPONSE TO ORDER RE ADI COMMUNICATIONS** |

AYCOCK DECLARATION ISO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS ATTACHED TO FACEBOOK, INC.'S RESPONSE TO ORDER RE ADI COMMUNICATIONS
CASE NO 3:18-MD-02843-VC

Gibson, Dunn & Crutcher LLP

I, Amanda M. Aycock, hereby declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of New York. I submit this declaration in support of Facebook's Administrative Motion to File Under Seal Certain Materials Attached to Facebook, Inc.'s Response to Order re ADI Communications. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. Attached as **Exhibit 5-A** is a true and correct **redacted** copy of Exhibit 5 to Facebook's Response to Order re ADI Communications, bearing Bates Number FB-ADI-INCAMERA-0000000262.

3. Attached as **Exhibit 5-B** is a true and correct **unredacted** copy of Exhibit 5 to Facebook's Response to Order re ADI Communications, bearing Bates Number FB-ADI-INCAMERA-0000000262.

4. Facebook proposes redacting confidential technical information regarding access to Facebook's proprietary data systems.[1] I understand that, if publicly disclosed, hackers and other bad actors also could potentially use this information to better understand Facebook's data systems and target specific repositories of data, which may harm both Facebook and its users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] FB-ADI-INCAMERA-0000000262 at 1–2, 5–6, 8–9.

1

AYCOCK DECLARATION ISO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS ATTACHED TO FACEBOOK, INC.'S RESPONSE TO ORDER RE ADI COMMUNICATIONS
CASE NO 3:18-MD-02843-VC

Executed on January 27, 2023 in New York, New York.

                                         */s/ Amanda M. Aycock*
                                         Amanda M. Aycock

Gibson, Dunn &
Crutcher LLP

2

AYCOCK DECLARATION ISO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS ATTACHED TO FACEBOOK, INC.'S RESPONSE TO ORDER RE ADI COMMUNICATIONS
CASE NO 3:18-MD-02843-VC