GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
    rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
    mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
    dstein@gibsondunn.com
Heather Richardson
    hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS ATTACHED TO FACEBOOK, INC.'S RESPONSE TO ORDER RE ADI COMMUNICATIONS** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Administrative Motion to File Under Seal Certain Materials Attached to Facebook, Inc.'s Response to Order re ADI Communications, which proposes to redact limited portions of the following documents:

| Document | Description of Portions Sought to Be Kept Under Seal |
|---|---|
| Exhibit 5 to Facebook's Response to Order re ADI Communications (FB-ADI-INCAMERA-0000000262) | • Limited portions that reveal confidential, technical information regarding access to Facebook's proprietary data systems. Ex. 5 at 1–2, 5–6, 8–9. |

Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal Certain Materials Attached to Facebook, Inc.'s Response to Order re ADI Communications is GRANTED.  The Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. FB-ADI-INCAMERA-0000000262, filed as Exhibit 5-A to the Aycock Declaration.

2. The unredacted versions of the following documents shall be sealed permanently:
   A. FB-ADI-INCAMERA-0000000262, filed as Exhibit 5-B to the Aycock Declaration.

**IT IS SO ORDERED.**

DATE: _____          _____
                                                                  VINCE CHHABRIA
                                                                  United States District Judge