GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S RESPONSE TO ORDER RE ADI COMMUNICATIONS** |

Pursuant to the Court's January 25, 2023 Order re ADI Communications (Dkt. 1098) ("Order"), Facebook files the attached documents, and, out an abundance of caution, explains its understanding of what the Order is seeking.

The Order describes Paragraph 17 of Special Master Garrie's January 10, 2022 Supplemental Order Regarding Production of ADI Related Documents ("Special Master Order") as referencing "several documents he <u>reviewed that Facebook produced in discovery</u>" and orders Facebook to file "those documents" by today. *Id*. (emphasis added). We want to clarify our understanding of the underlined phrase and how we interpret it to ensure compliance with the Court's Order.

Paragraph 17 of the Special Master Order provides that, "[a]fter reviewing a substantial portion of the 6,000+ documents pertaining to the six exemplar apps that Facebook provided, Special Master Garrie finds that a substantial number of the documents are relevant to the case and not protected by privilege," and then cites six documents with "INCAMERA" Bates stamps.

With respect to documents the Special Master "reviewed that Facebook produced in discovery," we understand this to mean documents that Facebook submitted in camera to Special Garrie from the ADI sampling exercise ordered by Judge Corley in which the parties agreed on six exemplar apps and Facebook logged approximately 6,000 ADI communications (including attachments) for those six apps. Judge Corley reviewed 20 of those communications selected by plaintiffs and briefed by the parties in advance of issuing her September 8, 2021 order directing Facebook to produce ADI background and technical reports, audits, and developer interviews for the six exemplar apps. Dkts. 513, 611, 613, 736.

Given the reference to "several," we understand the Court does not want all of the documents from the ADI sampling exercise, or the "substantial portion" of them the Special Master says he reviewed, and therefore attach the six documents cited in Paragraph 17 of the Special Master Order.[1]

---

[1] Three of the six documents cited by the Special Master are attachments to ADI communications from Gibson Dunn to Facebook (FB-ADI-INCAMERA-0000000126, -0000000262, -0000000854, -0000000854, including an ADI technical report which had already been produced in standalone form in response to Judge Corley's September 8, 2021 order (FB-ADI-INCAMERA-0000000262).

DATED: January 27, 2023

*Rosemarie T. Ring*

Rosemarie T. Ring (SBN 220769)

GIBSON, DUNN & CRUTCHER LLP
rring@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook Inc.*