# EXHIBIT 1

**Womack, Lauren**

| | |
|---|---|
| **From:** | Paul Stepnowsky </O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PSTEPNOWSKY6B0> |
| **Sent:** | Tuesday, February 26, 2019 9:53 PM |
| **To:** | Alastair Agcaoili; Paul Stepnowsky |
| **Subject:** | Message summary [{"otherUserFbId":100030566138877,"threadFbId":null}] |
| **Attachments:** | sticker.png; 21743933_10154735729456583_4849165179813888000_n.gif |

Alastair Agcaoili (2/26/2019 08:03:50 PST):
>morning!

Alastair Agcaoili (2/26/2019 08:03:58 PST):
>BCCing you on an email to Stacy...

Alastair Agcaoili (2/26/2019 08:04:05 PST):
>Re the process flow doc

Alastair Agcaoili (2/26/2019 08:26:03 PST):
>Ok, Stacy responded

Alastair Agcaoili (2/26/2019 08:28:19 PST):
>The workstreams are separate but related.

Paul Stepnowsky (2/26/2019 08:30:03 PST):
>thats surprising to me

Alastair Agcaoili (2/26/2019 08:31:05 PST):
>But we will address them together at our meetings

Paul Stepnowsky (2/26/2019 09:28:30 PST):
>I'm dropping in a minute to get to next meeting

Paul Stepnowsky (2/26/2019 09:34:14 PST):
>is anyone on?

Alastair Agcaoili (2/26/2019 09:34:21 PST):
>Hey

Alastair Agcaoili (2/26/2019 09:34:27 PST):
>No, the meeting was changed to tomorrow

Paul Stepnowsky (2/26/2019 09:34:27 PST):
>i joined Chris's meeting and it looks like im here by myself

Alastair Agcaoili (2/26/2019 09:34:51 PST):
>Got a last minute change

Alastair Agcaoili (2/26/2019 09:35:00 PST):
>Tomorrow at 3:30p

Alastair Agcaoili (2/26/2019 09:35:30 PST):
>Sorry, I thought you got the same message

Paul Stepnowsky (2/26/2019 09:35:37 PST):
>ok

Paul Stepnowsky (2/26/2019 09:37:06 PST):
>is this other meeting happening?

Paul Stepnowsky (2/26/2019 09:37:14 PST):
>because not one is in that either?

Alastair Agcaoili (2/26/2019 09:37:20 PST):
>which one?

Paul Stepnowsky (2/26/2019 09:37:51 PST):
>the eaton liu meeting

Alastair Agcaoili (2/26/2019 09:37:58 PST):
>Oh, I thought that's what you were talking about

Alastair Agcaoili (2/26/2019 09:38:13 PST):
>No, the eaton liu meeting (Wave 2 RFIs) was moved to tomorrow at 330p

Alastair Agcaoili (2/26/2019 09:38:18 PST):
>What's teh Chris meeting?

Paul Stepnowsky (2/26/2019 09:38:22 PST):
>what about enforcements?

Alastair Agcaoili (2/26/2019 09:38:32 PST):
>That's at 1030

Alastair Agcaoili (2/26/2019 09:38:54 PST):
>At least, on my calendar...

Paul Stepnowsky (2/26/2019 09:40:10 PST):
>ok

Paul Stepnowsky (2/26/2019 09:40:12 PST):
>im confused

Paul Stepnowsky (2/26/2019 09:40:21 PST):
>so the rfi at 930 is moved to tomorrow?

Paul Stepnowsky (2/26/2019 09:40:32 PST):
>but both 1030s are still on?

Paul Stepnowsky (2/26/2019 09:41:48 PST):
>is there nothing right now?

Alastair Agcaoili (2/26/2019 09:41:56 PST):
>Nothing right now

Paul Stepnowsky (2/26/2019 09:42:00 PST):
>ok

Alastair Agcaoili (2/26/2019 09:42:03 PST):
>An enforcement meeting at 1030

Paul Stepnowsky (2/26/2019 09:42:09 PST):
>sorry - i find this frustrating

Paul Stepnowsky (2/26/2019 09:42:17 PST):
>i dont know what to do to get included in these things

Alastair Agcaoili (2/26/2019 09:42:20 PST):
>I would to

Paul Stepnowsky (2/26/2019 09:42:21 PST):
>and its been 4 months

Alastair Agcaoili (2/26/2019 09:42:26 PST):
>I thought you were?

Alastair Agcaoili (2/26/2019 09:42:39 PST):
>On the enforcement one at least right?

Paul Stepnowsky (2/26/2019 09:42:39 PST):
>i still have a 930 on my calendar

Paul Stepnowsky (2/26/2019 09:42:43 PST):
>related to rfis

Alastair Agcaoili (2/26/2019 09:42:49 PST):
>Refresh?

Alastair Agcaoili (2/26/2019 09:43:04 PST):
>Did you receive a cancellation/rescheduling from Eaton?

Paul Stepnowsky (2/26/2019 09:43:08 PST):
>still there

Paul Stepnowsky (2/26/2019 09:43:10 PST):
>no

Alastair Agcaoili (2/26/2019 09:43:27 PST):
>OK, that's weird because we were both on the initial invitation

Paul Stepnowsky (2/26/2019 09:44:10 PST):
>i also get stuck adding a seattle room to a separate invite to myself because one is never included (but thats a me problem)

Alastair Agcaoili (2/26/2019 09:44:35 PST):
>Email Chris to make sure you're on the enforcement meetings

Alastair Agcaoili (2/26/2019 09:44:39 PST):
>and that he includes a seattle room

Paul Stepnowsky (2/26/2019 09:44:46 PST):
>yea - i'll do that

Paul Stepnowsky (2/26/2019 09:45:00 PST):
>and i guess just let me know about adi stuff

Paul Stepnowsky (2/26/2019 09:45:07 PST):
>so does that mean nothing today?

Alastair Agcaoili (2/26/2019 09:45:33 PST):
>Nothing today for ADI offsite/onsite

Paul Stepnowsky (2/26/2019 09:45:52 PST):
>ok

Paul Stepnowsky (2/26/2019 09:46:05 PST):
>inform workstream reading it is

Paul Stepnowsky (2/26/2019 09:51:13 PST):
>are you okay being the POC for the xfn workflow

Alastair Agcaoili (2/26/2019 09:51:43 PST):
>I am absolutely not OK with that, but I'll do it ;)

Paul Stepnowsky (2/26/2019 10:01:58 PST):
>do you mind me marking up the inform quip a bit?

Paul Stepnowsky (2/26/2019 10:35:07 PST):
>you coming?

Alastair Agcaoili (2/26/2019 10:35:58 PST):
>Yes, sorry

Alastair Agcaoili (2/26/2019 10:36:01 PST):
>my room was cancelled

Alastair Agcaoili (2/26/2019 10:36:13 PST):
>I only have this room until 1115 ugh

Alastair Agcaoili (2/26/2019 10:36:26 PST):
>And feel free to mark up the quip

Paul Stepnowsky (2/26/2019 10:38:19 PST):
>got it

Paul Stepnowsky (2/26/2019 10:42:21 PST):

>whats the saying?

Paul Stepnowsky (2/26/2019 10:58:35 PST):
>did you do this one?

Alastair Agcaoili (2/26/2019 11:00:24 PST):
>Social video downloader?

Paul Stepnowsky (2/26/2019 11:00:29 PST):
>yea

Alastair Agcaoili (2/26/2019 11:00:33 PST):
>There was nothing to do, other than review the docs

Alastair Agcaoili (2/26/2019 11:00:36 PST):
>Which I did

Alastair Agcaoili (2/26/2019 11:00:51 PST):
>So I can generally follow what's being said

Paul Stepnowsky (2/26/2019 11:00:57 PST):

shared: sticker.png

Alastair Agcaoili (2/26/2019 11:01:11 PST):
>but I think the question is just how can we enforce and against  whom

Alastair Agcaoili (2/26/2019 11:01:29 PST):
>These guys created an app that prompted users to give up credentials

Alastair Agcaoili (2/26/2019 11:01:32 PST):
>and then took access tokens

Alastair Agcaoili (2/26/2019 11:01:35 PST):
>so no-no

Paul Stepnowsky (2/26/2019 11:01:48 PST):
>is this part of tomorrow's discussion?

Alastair Agcaoili (2/26/2019 11:02:32 PST):
>tomorrow's?

Alastair Agcaoili (2/26/2019 11:02:34 PST):
>oh, on inform?

Paul Stepnowsky (2/26/2019 11:02:38 PST):
>right

Alastair Agcaoili (2/26/2019 11:15:52 PST):
>I was kicked out

Alastair Agcaoili (2/26/2019 11:15:55 PST):

>apologize for me

Paul Stepnowsky (2/26/2019 11:16:03 PST):
>k

Paul Stepnowsky (2/26/2019 11:16:25 PST):
>something like, im sorry alastair couldnt do his job?

Alastair Agcaoili (2/26/2019 11:16:38 PST):
>But generally, I'm uncomfortable keeping this guy on the platform just to collect more info on him

Alastair Agcaoili (2/26/2019 11:16:51 PST):
>Especially because it sounds like we have plenty from a policy standpoint to enforce

Paul Stepnowsky (2/26/2019 11:16:59 PST):
>me too

Paul Stepnowsky (2/26/2019 11:17:03 PST):
>esp since may

Alastair Agcaoili (2/26/2019 11:17:16 PST):
>Make sure the folks know that before they move on from this topic

Alastair Agcaoili (2/26/2019 11:17:25 PST):
>(If you can...)

Paul Stepnowsky (2/26/2019 11:18:28 PST):
>yep

Paul Stepnowsky (2/26/2019 11:18:37 PST):
>i can tell you what the next steps are

Alastair Agcaoili (2/26/2019 11:20:24 PST):
>great

Alastair Agcaoili (2/26/2019 12:04:01 PST):
>New topic:  can you add your comments to the Copy of Jane's Investigative report fields?

Alastair Agcaoili (2/26/2019 12:04:15 PST):
>Want to send that to her today

Paul Stepnowsky (2/26/2019 12:04:23 PST):
>i took a look and didnt really have any additional ones

Paul Stepnowsky (2/26/2019 12:04:33 PST):
>other than the general, what are the ultimate goal here

Alastair Agcaoili (2/26/2019 12:04:34 PST):
>great, thanks

Paul Stepnowsky (2/26/2019 12:14:19 PST):
>is the rest of the calendar correct for tomorrow?

6

Paul Stepnowsky (2/26/2019 12:14:25 PST):
>i need to chat steve still

Alastair Agcaoili (2/26/2019 12:15:41 PST):
>as of right now, yes

Paul Stepnowsky (2/26/2019 12:15:52 PST):
>(nice caveat)

Paul Stepnowsky (2/26/2019 12:58:13 PST):
>steve's cool with us skipping

Alastair Agcaoili (2/26/2019 12:58:20 PST):
>k

Alastair Agcaoili (2/26/2019 12:58:31 PST):
>forever, or just tomorrow?

Paul Stepnowsky (2/26/2019 12:58:38 PST):
>lol

Paul Stepnowsky (2/26/2019 12:58:48 PST):
>tomorrow

Paul Stepnowsky (2/26/2019 14:17:15 PST):
>that was good

Alastair Agcaoili (2/26/2019 14:17:29 PST):
>yeah, though, I think an hour was long

Paul Stepnowsky (2/26/2019 14:17:38 PST):
>yea, i think 45 min

Paul Stepnowsky (2/26/2019 14:17:45 PST):
>but i like that she is getting engaged

Paul Stepnowsky (2/26/2019 14:17:53 PST):
>for your thing from our call today

Alastair Agcaoili (2/26/2019 14:17:56 PST):
>Because essentially, the "trainings" are Ali stream of consciousness with us as providing guideposts

Paul Stepnowsky (2/26/2019 14:18:10 PST):
>they are going to see what we can do, if anything, to find other signals before thursday

Paul Stepnowsky (2/26/2019 14:18:18 PST):
>and i told them if we dont know we should enforce

Alastair Agcaoili (2/26/2019 14:18:31 PST):
>Woohoo!  Impact!  Opinion valued!

Paul Stepnowsky (2/26/2019 14:18:33 PST):
>FB business insights was good?

Alastair Agcaoili (2/26/2019 14:18:34 PST):
>All the feels

Alastair Agcaoili (2/26/2019 14:19:10 PST):
>Yes, insights was good

Alastair Agcaoili (2/26/2019 14:19:16 PST):
>How about every two weeks?

Alastair Agcaoili (2/26/2019 14:20:13 PST):
>The list you sent in the email:  do you think Ali can cover all that?  or are you envisioning that she would bring people in?

Paul Stepnowsky (2/26/2019 14:20:24 PST):
>i told her to bring in the expers

Paul Stepnowsky (2/26/2019 14:20:26 PST):
>experts

Paul Stepnowsky (2/26/2019 14:20:41 PST):
>my concern with every 2 weeks is that it takes us 4 months

Paul Stepnowsky (2/26/2019 14:20:44 PST):
>but maybe thats fine

Alastair Agcaoili (2/26/2019 14:20:47 PST):
>I don't want to put on the calendar meetings that don't have a clear purpose

Alastair Agcaoili (2/26/2019 14:20:50 PST):
>OK

Paul Stepnowsky (2/26/2019 14:20:53 PST):
>ok

Paul Stepnowsky (2/26/2019 14:20:55 PST):
>thats fair

Paul Stepnowsky (2/26/2019 14:21:16 PST):
>maybe i do one next week on something explicit (flag it in the email)

Alastair Agcaoili (2/26/2019 14:21:17 PST):
>I'm worried that every week is too frequent for Ali to focus and get people to come do the trainings...

Paul Stepnowsky (2/26/2019 14:21:26 PST):
>nothing the following week (because of offsite)

Paul Stepnowsky (2/26/2019 14:21:38 PST):
>and then see how the cadence goes?

Paul Stepnowsky (2/26/2019 14:21:44 PST):
>so no recurring for now

Alastair Agcaoili (2/26/2019 14:21:57 PST):
>yeah, recurring is a lot of pressure

Alastair Agcaoili (2/26/2019 14:22:06 PST):
>Whereas we can just keep this list and check things off as we go

Alastair Agcaoili (2/26/2019 14:22:08 PST):
>?

Paul Stepnowsky (2/26/2019 14:22:25 PST):

shared: 21743933_10154735729456583_4849165179813888000_n.gif

Paul Stepnowsky (2/26/2019 14:22:31 PST):
>yea that makes sense

Paul Stepnowsky (2/26/2019 14:22:43 PST):
>someone next to me

Paul Stepnowsky (2/26/2019 14:22:54 PST):
>just went - OOOOOHHHHH MY GOSH

Paul Stepnowsky (2/26/2019 14:23:08 PST):
>one of my chickens disappeared

Paul Stepnowsky (2/26/2019 14:23:15 PST):
>it is my favorite chicken

Paul Stepnowsky (2/26/2019 14:23:30 PST):
>(shes back and in the front yard, a little banged up but okay)

Alastair Agcaoili (2/26/2019 14:23:56 PST):
>wtf?!

Paul Stepnowsky (2/26/2019 14:24:12 PST):
>no idea

Paul Stepnowsky (2/26/2019 14:24:29 PST):
>seattle gets pretty rural when you get outside the city limits (as im learning)

Paul Stepnowsky (2/26/2019 14:24:32 PST):
>but this is new to me

Alastair Agcaoili (2/26/2019 14:24:49 PST):
>How does one become a "favorite" chicken?

Alastair Agcaoili (2/26/2019 14:24:54 PST):
>Lay lots of eggs?

Paul Stepnowsky (2/26/2019 14:25:04 PST):
>the most aggressive one

Paul Stepnowsky (2/26/2019 14:25:11 PST):
>go figure?

Paul Stepnowsky (2/26/2019 14:25:18 PST):
>i love the irony

Paul Stepnowsky (2/26/2019 15:11:06 PST):
>you havent heard anything on the talking points, right?

Alastair Agcaoili (2/26/2019 15:12:46 PST):
>No

Paul Stepnowsky (2/26/2019 15:13:21 PST):
>Cool

Alastair Agcaoili (2/26/2019 15:13:57 PST):
>Gonna wait until tmrw to ping.

Paul Stepnowsky (2/26/2019 16:04:45 PST):
>do you have a case regarding gigya?

Alastair Agcaoili (2/26/2019 16:05:30 PST):
>I don't think so...

Paul Stepnowsky (2/26/2019 16:05:48 PST):
>i wonder if its just sticking out in my mind because ive heard of it before

Paul Stepnowsky (2/26/2019 16:24:10 PST):
>i cant do the training meeting tomorrow because of my review

Alastair Agcaoili (2/26/2019 16:24:30 PST):
>I can't either because I'm meeting with Shirine

Alastair Agcaoili (2/26/2019 16:24:52 PST):
>Should we see if Rebecca can go?  Or just skip it?

Paul Stepnowsky (2/26/2019 16:25:48 PST):
>skip i think

Paul Stepnowsky (2/26/2019 16:25:57 PST):
>also for the terms

Paul Stepnowsky (2/26/2019 16:26:11 PST):
>instead of focusing on APIs the focus is going to be on permissions

Alastair Agcaoili (2/26/2019 16:26:45 PST):
>ok...

Paul Stepnowsky (2/26/2019 16:28:56 PST):

>....

Paul Stepnowsky (2/26/2019 18:27:03 PST):
>That's the one we discussed Monday, right?

Alastair Agcaoili (2/26/2019 18:35:03 PST):
>Right

Paul Stepnowsky (2/26/2019 18:48:19 PST):
>Let me know if there's anything I can do to help.

Alastair Agcaoili (2/26/2019 19:51:01 PST):
>The Investigations Scoping meeting was moved, so we can go to Steve's meeting now

Alastair Agcaoili (2/26/2019 19:51:21 PST):
>Let me know if you didn't get the updated calendar entry.

Paul Stepnowsky (2/26/2019 19:52:22 PST):
>I see it was taken down

Paul Stepnowsky (2/26/2019 19:52:27 PST):
>Where did it go to

Alastair Agcaoili (2/26/2019 19:53:01 PST):
>Next Tuesday, noon to 1p.

Paul Stepnowsky (2/26/2019 19:53:19 PST):
>Got it