# EXHIBIT 3

| | |
|---|---|
| **From:** | Nana Akyaa Amoah |
| **To:** | Robert Penwell; Victoria Chen Norland |
| **Cc:** | Stacey Helman; Alexis Hochleutner; Stacy Chen; Eli Yonas |
| **Subject:** | Re: A/C PRIV - App Developer Investigations Lack of RFI Response Suspensions [May 29, 2019] |
| **Date:** | Tuesday, May 21, 2019 12:56:48 PM |

+Stacy, Eli

Hey Rob, we have very specific language on the App Developer investigations that we will need to provide if any further info is to be distributed on this. Can we connect so I can understand what information you're trying to share and to who? [or please share in email]. We can only share this information with folks on a need to know given the legal privilege for this exercise.

Also we don't do revenue impact analysis, but you're more than welcome to do so for any GMS partners you see on the list. Lmk if any further questions.

Thanks,
Nana

**From:** Robert Penwell
**Sent:** Tuesday, May 21, 2019 10:53:23 AM
**To:** Victoria Chen Norland; Nana Akyaa Amoah
**Cc:** Stacey Helman; Alexis Hochleutner
**Subject:** Re: A/C PRIV - App Developer Investigations Lack of RFI Response Suspensions [May 29, 2019]

Ah yes thank you.

I'm happy to write something up similar to what I did for app review and share around to the other regions if that's helpful?

Is Ann Cantrell involved in this at all?

Rob

**From:** Victoria Chen Norland <victoria@fb.com>
**Date:** Tuesday, May 21, 2019 at 1:47 PM
**To:** Robert Penwell <roebear@fb.com>, Nana Akyaa Amoah <nana@fb.com>
**Cc:** Stacey Helman <shelman@fb.com>, Alexis Hochleutner <alexishoch@fb.com>
**Subject:** RE: A/C PRIV - App Developer Investigations Lack of RFI Response Suspensions [May 29, 2019]

Looks like the list is available here:

https://fb.workplace.com/groups/702065453508659/permalink/797932520588618/

---

**From:** Robert Penwell
**Sent:** Tuesday, May 21, 2019 9:00 AM
**To:** Victoria Chen Norland <victoria@fb.com>; Nana Akyaa Amoah <nana@fb.com>
**Cc:** Stacey Helman <shelman@fb.com>; Alexis Hochleutner <alexishoch@fb.com>
**Subject:** Re: A/C PRIV - App Developer Investigations Lack of RFI Response Suspensions [May 29, 2019]

Thanks Victoria,

I can see the lists below and no names jump out at me but can I still see the full list? Do we have any kind of revenue impact analysis (not that it matters but because I'll get asked).

---

**From:** Victoria Chen Norland <victoria@fb.com>
**Date:** Tuesday, May 21, 2019 at 12:32 AM
**To:** Nana Akyaa Amoah <nana@fb.com>, Robert Penwell <roebear@fb.com>
**Cc:** Stacey Helman <shelman@fb.com>, Alexis Hochleutner <alexishoch@fb.com>
**Subject:** RE: A/C PRIV - App Developer Investigations Lack of RFI Response Suspensions [May 29, 2019]

Hi Nana,
Looping in Rob Penwell who will be able to help with the GMS outreach. Can you please send him the list as well?
Thanks,
Victoria

---

**From:** Nana Akyaa Amoah
**Sent:** Monday, May 20, 2019 12:03 PM
**To:** Nick Grudin <nick.grudin@fb.com>; Gene Alston <genea@fb.com>; Alexis Hochleutner <alexishoch@fb.com>; Francisco Varela <varela@fb.com>; Leo Olebe <lo@fb.com>; Jakub Pudelek <jakubpudelek@fb.com>; Amit Sangani <asangani@fb.com>; Brad Heintz <bradheintz@fb.com>; Bob Morgan <bmorgan@fb.com>; Piyush Mangalick <pman@fb.com>; Blair Swedeen <blairswedeen@fb.com>; Catherine Porter <catherineporter@fb.com>; Deepti Doshi <deeptidoshi@fb.com>; John Cantarella <jcantarella@fb.com>; Marcy Scott Lynn <Marcy@fb.com>; Lauryn Hale <lauryn@fb.com>; Diego Moreira <diegodm@fb.com>; Satyajeet Singh <satyajeets@fb.com>; Luke Bao <lukebao@fb.com>; Marc Sommer <sommer@fb.com>; Paul Kim <kimkh@fb.com>; Tarcisio Ribeiro <tribeiro@fb.com>; Sean Ryan <sdr@fb.com>; Bob Slinn <bobslinn@fb.com>; Guy Cross <guy.cross@fb.com>; Stephen Chun <chunst@fb.com>; Alvin Bowles <alb@fb.com>; Gareth Morris <gjm@fb.com>; Stacey Helman <shelman@fb.com>; Ty

Ahmad-Taylor <tat@fb.com>; Victoria Chen Norland <victoria@fb.com>; Trista Handisides <thandisides@fb.com>
**Cc:** Ime Archibong <ime@fb.com>; Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>; Steve Satterfield <ssatterfield@fb.com>; Paul Grewal <paulgrewal@fb.com>; Stacy Chen <ssc@fb.com>; Jane Okpala <janeokpala@fb.com>; Bill Fusz <billfusz@fb.com>; Ashley Leow <ashleym@fb.com>; Tucker Bounds <tbounds@fb.com>; Jackie Chang <jackie@fb.com>
**Subject:** A/C PRIV - App Developer Investigations Lack of RFI Response Suspensions [May 29, 2019]

*Attorney client privilege, please do not forward without legal guidance*

Hi Everyone,

As part of our ongoing App Developer Investigations, we have a list of **50,863 apps** [associated with ~80 developers] targeted for suspension next week due to lack of response to our RFIs [Request for Information].
There are 2 [quiz app] developers with over 90% of the apps from the list, AppBank ~42K and Crowdstar ~5K, of which we have not been successful in reaching as only email bounce backs. We've also previously noted both developers in our weekly RFI internal reports that go out [Crowdstar on March 31 and AppBank on April 5] but never received information on this and not clear if anyone owns these relationships.

**We are sending this email as 1 week heads up to our business leads for the targeted suspension date of May 29th**. Appreciate if you/someone in your team can review the attached list and let us know if there are any additional contacts you'd recommend for your partners. In this case, we will reach out proactively to work with them and remove the app/developer from the targeted list of suspensions this month, providing a new timeline for their responses. However, in the event we receive no response from them, we will enforce as planned.

## Suspension plan

- Target enforcement date: May 29th, 2019 by 12pm PT
- **Action Needed:**

- Please review the targeted suspension list and let us know if there is an additional contact you'd like us to reach out to for your partner. **The excel list attached has more details and contacts we reached out to per app.**
- Please review comms guidance and reinstatement process in this post under the A/C Priv RFI Group [please add anyone in your team who should be alerted]. If you're not impacted by any of apps/developers below, no action needed.

The tables below provides a high level snapshot of the developers and volume of associated apps, including active user counts.

| Developer | Number of Apps | Sum of Active Users | Sum of API Users 28 Days |
|---|---|---|---|
| A Mirhosein Irani | 5 | 1 | 0 |
| A. Lime | 33 | 1 | 0 |
| A. Tagliano | 21 | 51 | 53 |
| AppBank | 42,452 | 338 | 11 |
| B. Welch | 14 | 251 | 0 |
| BingoRider | 1 | 59,947 | 23,840 |
| Clever Gift | 1 | 3,239 | 981 |
| Crowdstar/applatform.com | 5,150 | 1,373,046 | 1,115,019 |
| D. Gevorkyan | 76 | 85 | 60 |
| DavidMcMasters | 41 | 150 | 0 |
| Dida | 13 | 0 | 0 |
| Dong | 69 | 0 | 0 |
| Ebraam Emil | 123 | 0 | 0 |
| Erlandsson | 26 | 0 | 0 |
| Fariz Chowdhury | 632 | 2,010 | 15,245 |
| GabrielStock | 66 | 838 | 61 |
| Grab Games | 1 | 5 | 0 |
| Gravity | 1 | 3 | 0 |
| HangTime | 1 | 0 | 0 |
| Happy Elements | 128 | 692,583 | 540,874 |
| iPersonality | 1 | 0 | 0 |
| J. Hwin | 65 | 72 | 0 |
| J. Lowney | 24 | 81 | 60 |
| JColes | 56 | 361 | 0 |

| | | | |
|---|---|---|---|
| JumpStart | 1 | 723 | 38 |
| Kilicbay | 105 | 0 | 0 |
| Kudos Media | 412 | 1,212 | 0 |
| Livefyre | 191 | 133 | 757 |
| LOBS | 1 | 3,627 | 1,796 |
| Membrive | 109 | 263 | 7 |
| MicroStrategy | 6 | 0 | 0 |
| Mina Edwer | 52 | 62 | 0 |
| My Fun | 1 | 65 | 1 |
| Nazir | 7 | 114 | 0 |
| Panaretou | 178 | 54 | 0 |
| Quiz Crackers | 3 | 36 | 0 |
| QuizMonster | 1 | 8,587 | 34 |
| R2Games | 400 | 411,900 | 218,455 |
| RDickey | 31 | 390 | 0 |
| RomanStirbu | 46 | 50,966 | 16,617 |
| S. Cankirli | 28 | 0 | 0 |
| Slaiby | 158 | 117 | 0 |
| Snapfish | 1 | 0 | 0 |
| Social Video Downloader | 1 | 0 | 0 |
| SocialON | 1 | 616 | 810 |
| TangoMe | 1 | 10 | 2 |
| Tizen | 1 | 27,294 | 12,290 |
| Yahoo! Small World Experience & Partifi | 2 | 424 | 172 |
| YolandaJaramillo | 36 | 3 | 0 |
| YuliyaBoorlyk | 3 | 1 | 0 |
| (blank) | 87 | 265,548 | 102,951 |
| **Grand Total** | **50,863** | **2,905,207** | **2,050,134** |

| Additional Apps | Sum of Active Users | Sum of API Users 28 Days |
|---|---|---|
| 3Claws Login | 1 | 5 |
| anggota IFC ( Iwan Fals Facebook Community ) | - | - |
| Appspalmapps | - | - |
| AutoNetworks | - | - |
| AutoWeb.News | - | - |

| | | |
|---|---:|---:|
| Battle Camp | 84,175 | 44,857 |
| Bend a Friend | - | - |
| BeOnPop | 9 | - |
| BIG! caller ID | 91 | 33 |
| Cards | - | - |
| Chatisfy | 16,779 | 24,776 |
| Clobby Group Chat | 35 | - |
| crab | - | - |
| Cydia | 30,489 | 7,582 |
| dark ims | - | - |
| Dinosaur Kingdom | 159 | - |
| Dream SanGuo | - | - |
| EngageWise | - | - |
| FBDesktop | - | - |
| Fera HD for iPad | 65 | 24 |
| Fine Art America | 34,531 | 6,163 |
| Free Music Player | - | - |
| Freund Fakten | - | - |
| Friend Facts | - | - |
| Friend Quiz | - | - |
| Friend Truth | - | - |
| Friendcaster for Android | - | 9 |
| Game Gift Finder | 427 | - |
| Gila Balap | 4 | 1 |
| GoGoTest | - | - |
| Gunun ilginc Fotograf (oredlgcvpmuthq ) | 2 | - |
| HS Creations | - | - |
| Juego de Foto | - | - |
| Latest Social Apps | 18 | - |
| Love Test | 426 | - |
| Magic Fun Apps | - | - |
| MariposasMensajeras | - | - |
| Meez | - | - |
| Metacafe | 206 | 1 |
| MetroPCS | 59 | - |
| My Friends Matrix | - | - |

| | | |
|---|---:|---:|
| ooVoo | 1 | - |
| Page Flame | 54 | 7 |
| Pass a Drink | - | - |
| Pertanyaan tentang teman Anda | - | - |
| Pick&Zip Photo & video download | 5,459 | 607 |
| Pico World | - | - |
| Playing With Your Name | - | - |
| Plume | 2,495 | 437 |
| Postific | 4 | - |
| PowerInbox | 10 | 2 |
| Privateasy Socal Login | - | - |
| ProTivex | - | - |
| Quien Mira tu Biografia | - | - |
| Quiente.net | - | - |
| Quizz MyFunBuzz | 2 | - |
| Respostas sobre você | - | - |
| ResumUP | 56 | 1 |
| Send Social Media | - | 39 |
| Sexy, Atractivo o Normal | 5 | - |
| Simple HTML for Pages | 3 | - |
| Skyrock | 64,102 | 1,468 |
| Snail.vn | 12,441 | 7,443 |
| Social Kickstart Find Content | - | - |
| Social Mashup FunnyApp! | 822 | 134 |
| Sports City | - | - |
| Stats | 52 | - |
| swonkie | 1,365 | 3,147 |
| Tableau | 407 | 198 |
| Tattoodle | - | - |
| testcom | 718 | 63 |
| The One | - | - |
| The Social Network | - | - |
| TINT | 1,344 | 1,026 |
| Today Mood | - | - |
| VH4ck Tools | - | - |
| Viral Academy | - | - |

| | | |
|---|---:|---:|
| WeslyTest | 39 | - |
| Who's Your Celeb Twin | 4 | - |
| Will you KISS me | - | - |
| Wispa | - | - |
| Worphy | - | - |
| X1 Social Discovery | - | - |
| Yacht | 8,689 | 4,928 |
| Your Social Quiz Addiction | - | - |
| ▼ Books for Kids | - | - |
| ▼ Books for Kids | - | - |
| **Grand Total** | **265,548** | **102,951** |

Thank you for your partnership on this. For any other questions and to save inboxes, please kindly reach out to Eli Yonas, Stacy Chen and myself.

Nana Akyaa Amoah | Platform Sustainability | **facebook**