# EXHIBIT 4

| App ID | App Name | Developer Name | RFI Due Date | RFI Received Date | RFI Signed Date | Notes | Suspended Date | Date Reinstatement REQUESTED | Date Reinstatement COMPLETED | Active Users | Suspend |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 128085897213395 | Klout | Lithium Technologies Inc | 12/21/2018 (Do N | 12/21/2018 | 12/21/2018 | 12/10: Do not suspend: parent or affiliate responded to an RFI for different app. | | | | 15 | N |
| 1525160904460557 | Livetex | Livetex LLC. | | 12/18/2018 | 12/17/2018 | 12/17/2018 | | | | 41 | N |
| 137334279765906 | Photofy | Photophy, Inc. | | 12/18/2018 | 12/14/2018 | 12/14/2018 | | | | 22,285 | N |
| 309028460694 | Fine Art America | Pixels.com LLC | | 12/18/2018 | 12/17/2018 | 12/17/2018 | | | | 35,940 | N |
| 234285786693507 | Bubble Journey | Renatus Media LLC | | 12/21/2018 | 12/21/2018 | 12/21/2018 | | | | 1,027 | N |
| 124934530897109 | Superjob.ru | Superjob LLC | | 12/18/2018 | 12/18/2018 | 12/18/2018 | | | | 22,646 | N |
| 118747224884035 | thefancake | The Digilog Co., Ltd | 12/21/2018 (Base | 12/20/2018 | 12/20/2018 | | | | 12/20/2018 Was already active | 1,627 | N |
| 53949096276275 | Ultimate Guitar | Websoftmanagement Group LLC (WSM Grou | | 12/18/2018 | 12/17/2018 | 12/17/2018 | | | | 447,239 | N |
| 326943364050555 | Hiya Caller ID | Hiya Inc. | | 12/17/2018 | 12/21/2018 | 12/21/2018 12/19: Extension granted; 12/10: Do not suspend: dev responded with intent to comply. | | | | 47,785 | N |
| 109356832549275 | Camera360 Sharing | Chengdu Pinguo Technology Co. (aka. PinGu | | 12/17/2018 | 12/16/2018 | 12/19/2018 12/10: Do not suspend: dev responded with intent to comply. | | | | 84,154 | N |
| 188997921149621 | schoolFeed | Classmates.com | | 12/21/2018 | 12/21/2018 | 12/28/2018 12/10: Do not suspend: parent or affiliate responded to an RFI for different app. | | | | - | N |
| 5243732877 | Yearbook | Classmates.com | | 12/21/2018 | 12/21/2018 | 12/28/2018 12/10: Do not suspend: parent or affiliate responded to an RFI for different app. | | | | - | N |
| 69838743689136 | Lumyer | Lumyer Inc. | | 12/12/2018 | 12/12/2018 | 12/10: Do not suspend: dev responded with intent to comply. | | | | 1,268 | N |
| 161458877251029 | Ascendify | Ascendify Corporation | | 12/17/2018 | 12/19/2018 | 12/19/2018 12/10: Do not suspend: dev responded with intent to comply. | | | | 8,492 | N |
| 1832548076978492 | rewardStyle | RS Holdco, Inc | | 12/17/2018 | 12/19/2018 | 12/19/2018 12/10: Do not suspend: dev responded with intent to comply. | | | | 465 | N |
| 281276625223048 | Toluna | Toluna Group Limited | | 12/17/2018 | 12/14/2018 | 12/14/2018 12/10: Do not suspend: dev responded with intent to comply. | | | | 118,976 | N |
| 133130448017 | Hangman Game - Juego Ahorcado | Patricio Alvarez | | 12/24/2018 | 12/20/2018 | 12/24/2018 12/19: Deadline extended; 12/10: Do not suspend: dev responded with intent to comply. | | | | - | N |
| 583085378388459 | SocialPunch Tools | Digifekt ApS (f/k/a Cynope) | 12/14/2018 | 12/20/2018 | 12/20/2018 | | 12/11/2018 | 12/12/2018 | 12/12/2018 | 6,382 | N |
| 152629207127 | Onedate | Tekkadigital SA | | 12/22/2018 | 1/2/2019 | | 12/11/2018 | 1/2/2019 | 1/3/2019 | 3,538 | N |
| 1891378064453232 | The Darts | BigBang Inc | 12/18/2018 | 12/21/2018 | 12/23/2018 | | 12/19/2018 | 12/20/2018 | 12/20/2018 | 94 | N |
| 138946060018623 | Clipman | Clipman | 12/18/2018 | 12/21/2018 | 12/27/2018 | | 12/19/2018 | 12/21/2018 | 12/21/2018 | 1,383 | N |
| 306317556165292 | Juice Cubes | Pocket Playlab Limited | 1/4/2019 | 1/4/2019 | 1/4/2019 | | 12/19/2019 | 12/27/2018 | 12/28/2018 | 25,117 | N |
| 294018990946079 | Ins360_Air | Schenzhen Arashi Vision Co. Ltd. | | 12/18/2018 | 12/24/2018 | 12/24/2018 | 12/19/2019 | 12/27/2018 | 12/28/2018 | 1,993 | N |
| 320474101747 | TalkBox Voice Messenger | Talkbox Limited | | 12/18/2018 | 12/21/2018 | 12/21/2018 | 12/19/2018 | 12/20/2018 | 12/20/2018 | 2,725 | N |
| 104351846289252 | Flirt | Together Networks Ltd | | 12/18/2018 | 12/25/2018 | 12/25/2018 | 12/19/2018 | 12/21/2018 | 12/21/2019 | 78,762 | N |
| 268868529873052 | CashCow | חנות וירטואלית חברתית | CashCow Ltd. Hebrew:"מ"בע קאו קאש | 1/4/2019 | 1/3/2019 | 1/3/2019 12/19: Suspended due to no response | 12/19/2018 | 12/27/2018 | 12/28/2018 | 613 | N |
| 118278548210738 | Palringo | Palingro Ltd. | 12/17/2018 | 12/20/2018 | 12/20/2018 12/19: Suspended due to no response | | 12/19/2018 | 12/20/2018 | 12/20/2018 | 23,313 | N |
| 823115857725550 | adFocate | AdFocate Limited | 1/4/2019 | 1/4/2019 | 1/4/2019 | | | | | 178 | N |
| 372268249833 | Evony | uCool, Inc. | | 12/18/2018 | 12/18/2018 12/10: Reply deadline TBD - Internal FB Account Manager forwarded RFI to correct contact information on 11/18/18 | | | | | 7,171 | N |
| 164057266947923 | Flash Pool Game 8-Ball | Memir Games Ltd. | | 12/22/2018 | 12/24/2018 12/19: App Suspended due to no resp | | 12/19/2018 | 12/27/2018 | 12/28/2018 | 3,194 | N |
| 122150691491 | MTV.com | MTV.com | | 12/13/2018 | 12/18/2018 12/10: Deadline Extended to 12/14 | | | | | 80,720 | N |
| 65176907963 | SLOTS! | Super Lucky Casino, Inc. | | 12/19/2018 | 12/19/2018 12/10: Deadline Extended to 12/21 | | | | | 23,540 | N |
| 60614187785367 | TouchPal Keyboard | Shanghai HanXiang Information Technology Co. Ltd. ("CooTek") | | 12/24/2018 | 12/24/2018 12/10: Reply deadline 12/7/18 - per email sent on 11/28/18 | | | | | 723,359 | N |
| 64244982247391 | 美图秀秀 | Meitu (China) Limited | | 12/12/2018 | 12/12/2018 12/10: Reply deadline 12/4/18 - per email sent on 11/27/18 | | | | | 492,239 | N |
| 70725762771781 | MX Player Beta - Android | J2 Interactive | | 12/7/2018 | 1/10/2019 12/10: Reply deadline 12/4/18 - per email sent on 11/30/18 | | | | | 887,224 | N |
| 39655006038531 | UCOpenID | Alibaba Group Holding Limited | | 12/7/2018 | 1/15/2019 1/15: Received Signature - to be confirmed if complete; 12/10: Reply deadline TBD - developer requested extension on 11/23/18 | | | | | 215,469 | N |
| 46468144668 | UserVoice | UserVoice, Inc. | | 12/14/2018 | | | 12/11/2018 | 12/15/2018 | 12/17/2018 | 8,179 | Y |
| 162843607082809 | MyPad for iPad | Loytr, Inc. | | 12/19/2018 | | 12/18: Developer responded with commitment to reply; 12/10: Reply deadline TBD - Developer requested extension on 12/1/18 and indicate | | | | 936 | Y |
| 144141868929615 | JustFab | TechStyle Inc | | 12/17/2018 | | 12/10: Deadline Extended to 12/14 | | | | 512,055 | Y |
| 141566548198500 | BabyVote | Pandere Limited (f/k/a Babyvote Limited) | 12/18/2018 | | | | 12/19/2019 | 12/20/2018 | 12/20/2018 | 236,834 | Y |
| 351669801601233 | Scentsy PWS | Scentsy Inc | 12/26/2018 | | | 12/19: Suspended due to no response | 12/19/2018 | 12/19/2018 | 12/19/2018 | 186,687 | Y |
| 286354394838456 | Quiz Run | Voodoo | | | 1/2/2019 | 12/10: Reply deadline TBD - Internal FB Account Manager requested additional information regarding Voodoo apps and requested their removal from suspension list on 12/5/18 | | | | - | TBC |
| 220301820104 | Get To Know Me | Big Viking Games (BVG) | | 12/18/2018 | | 12/10: Big Viking Games CEO Albert L | | | | 40 | Y |
| 119226218098665 | Train City | SundayToz Corp. | | 1/14/2019 | | | | | | 41 | Y |
| 458427250845450 | 94 Seconds | Scimob SAS | | 1/14/2019 | | | | | | 36,703 | Y |
| 111568578699 | Roku | Roku Inc. | | 1/14/2019 | | | | | | 378 | Y |
| 101628414658 | Wild Ones | Disney Interactive (formerly Playdom Inc) | | 1/14/2019 | | | | | | - | Y |
| 125664117508 | Path | Path Inc. | | 1/14/2019 | | | | | | 1,691 | Y |
| 1006995189421430 | Lazada bot (TH) | Lazada Co Ltd | | 1/14/2019 | | | | | | - | Y |
| 1066615253427288 | Lazada demo | Lazada Co. Ltd. | | 1/14/2019 | | | | | | - | Y |
| 6813961292 | New York Giants Fans | Kabam Inc. | | 12/18/2018 | | | | | | 5 | Y |
| 115982828429116 | IGN | IGN Entertainment Inc. | | 1/14/2019 | | | | | | 5,285 | Y |
| 254145378030027 | Glide | Glide Talk Ltd | | 12/18/2018 | | | | | | 91,405 | Y |
| 151044192356801 | Crazy Sheep: Classic Arcade Game | Fun Games For Free/TFG Co. | | 12/18/2018 | | 12/14: Responded saying that the app was removed from FB a long time ago - no response related to the RFI 12/10: Pinged Dec-10 for update; Unknown whether they received the original request | | | | - | Y |
| 190295724891645 | Ninja Strike | AVL Aplicativos Ltda. | | 12/18/2018 | | 12/14: Responded saying that the app was removed from FB a long time ago - no response related to the RFI | | | | - | Y |
| 405150649908490 | Balls vs Blocks | AVL Aplicativos Ltda trading as Top Fun Game | | 1/14/2019 | | | | | | - | Y |
| 1421080348104603 | Crazy Taxi: City Rush | Sega Networks Inc | | 1/14/2019 | | 12/10: Do not suspend: dev responde | | | | 47,629 | Y |
| 139377432838432 | Ampsy - Amplify Your Brand! | Fandealio Inc. | | 12/18/2018 | | | | | | 1 | Y |

| ID | App Name | Developer | Date 1 | Date 2 | Notes | Status Date | Count | Status |
|---|---|---|---|---|---|---|---|---|
| 136907128197 | Make a Wish - (Pedir un Deseo) | Skill S.R.L. | 1/7/2019 | | 1/3: Developer indicated he has delayed his response, will send replies when has the time; 12/10: Do not suspend: dev responded with response related to access; followed up with RFI to complete. | | 7 | Y |
| 213975088781 | Amora Love Predictions | Skill S.R.L. | 1/7/2019 | | 1/3: Developer indicated he has delayed his response, will send replies when has the time; 12/10: Do Not Send Biz Manager Email - Included in Skill SRL follow up email | | 628 | Y |
| 446956858709801 | Forge of Empires | InnoGames GmbH | 1/17/2019 | 1/18/2019 | Signed Under the Prejury of Ireland/Germany; Extension Granted: 1/18/2019 | | 108,485 | TBC |
| 16636324399924 | AliExpress | | 1/22/2019 | | Against Company policy to sign under the penalty of prejury | | 8,938,499 | TBC |
| 175695145880025 | 1&1 Social Media Center | 1&1 Internet, Inc. | | | | 12/11/2018 | - | N/A |
| 211747846742 | Pass A Joint | 2 The Left, Inc. | | | | 12/11/2018 | - | N/A |
| 188707654478 | LinksAlpha.com (http://linksalpha.com/) | 360Gadget Inc. | | | | 12/11/2018 | 38 | N/A |
| 2415466380 | Free Gifts | 64 Pixels LLC | | | | 12/11/2018 | - | N/A |
| 123615331016290 | Allin1Social | 77Agency Ltd. | | | | 12/11/2018 | 9 | N/A |
| 126969050783521 | Sociocaster | Adi Wisnubroto Suandharu | | | | 12/11/2018 | 109 | N/A |
| 437496313003360 | Sharewa | All Access Holdings Group LTd | | | | 12/11/2018 | 372 | N/A |
| 133056086580 | Have you received your points ? | AntVoice | | | | 12/11/2018 | 39 | N/A |
| 44898431470 | The Mood Weather Report | AntVoice | | | | 12/11/2018 | 50 | N/A |
| 8064769667 | ★ What's your Actual Age? | App Discovery Engine, Inc. | | | | 12/11/2018 | 100 | N/A |
| 14266195956 | ★ Who Were You In A Past Life? | App Discovery Engine, Inc. | | | | 12/11/2018 | 78 | N/A |
| 75127329583 | Drink it up! | App Discovery Engine, Inc. | | | | Deleted by FB Prior | - | N/A |
| 146979512035995 | THE FRIEND FIGHTING QUIZ | Appidemic Inc | | | | 12/11/2018 | - | N/A |
| 249002098868077 | Дэлхийгээр аялагчид | Batu Digital LLC | | | | 12/11/2018 | 47 | N/A |
| 578651108973641 | KariyerNetBot | Bdost Inc. | | | | 12/11/2018 | - | N/A |
| 112808308866309 | The Friend Who Chatted the most | bibinvmohan@yahoo.co.in | | | | Deleted by FB Prior | - | N/A |
| 118877491477539 | Internships.com (http://internships.com/) | CareerArc Group, LLC | | | | 12/11/2018 | 6,022 | N/A |
| 27934366507 | GooBox - Juegos Gratis | Celsius Online | | | | 12/11/2018 | 20 | N/A |
| 126729447387261 | app.chakree.me | Chakree Kaewchai | | | | Deleted by FB Prior | 1 | N/A |
| 639242806128160 | RootsSummit | Changepond Technologies Private Limited | | | | 12/11/2018 | - | N/A |
| 185460511665033 | click apps eu | click apps sp.zoo | | | | 12/11/2018 | - | N/A |
| 201808642837 | Modern Combat | Crunchyroll, Inc. | | | | 12/11/2018 | 3 | N/A |
| 6352942087 | OwnSkin | Dalrus Pte Ltd. | | | | Deleted by FB Prior | - | N/A |
| 137745679707707 | Provaaltervista1411 | Del Duca Editori SRL | | | | Deleted by FB Prior | - | N/A |
| 103690982567 | 測試你讓人產生性衝動的指數 | eGENTIC GmbH | | | | 12/11/2018 | 19 | N/A |
| 536989136322807 | Motocross Nitro | Ehab Al-Hakawati | | | | 12/11/2018 | 1,819 | N/A |
| 148897335438 | What Do Your Friends Think About You ? | Ersin Yakup Gencturk | | | | Deleted by FB Prior | - | N/A |
| 114204955298416 | Friends Albums | Eyari Inc. | | | | Deleted by FB Prior | - | N/A |
| 379329915498743 | Friendsalbums | Eyari Inc. | | | | Deleted by FB Prior | - | N/A |
| 190043031009347 | Greeting Cards | Eyari Inc. | | | | Deleted by FB Prior | - | N/A |
| 134825426588392 | Greetings | Eyari Inc. | | | | Deleted by FB Prior | - | N/A |
| 200074196687085 | Greetings | Eyari Inc. | | | | Deleted by FB Prior | - | N/A |
| 206850325997867 | Greetings | Eyari Inc. | | | | Deleted by FB Prior | - | N/A |
| 160507240663194 | Auto Collect Games Bonuses | Fabienne Wong | | | | Deleted by developer | 1 | N/A |
| 568854859887231 | account manager | Fan Page Press | | | | Deleted by FB Prior | - | N/A |
| 355970027800148 | Flipdog Solutions | Flipdog Solutions LLC | | | | 12/11/2018 | 33 | N/A |
| 130253496987065 | FriendCameo | FriendCameo Inc | | | | Deleted by FB Prior | - | N/A |
| 98179338997 | what do people first notice about you? | Glu Mobile (formerly Crowdstar Inc) | | | | 12/11/2018 | 37 | N/A |
| 9644539070 | What kind of smile do you have? | Glu Mobile (formerly Crowdstar Inc) | | | | 12/11/2018 | 3 | N/A |
| 96681590042 | WHAT'S YOUR NAME MEANING? | Glu Mobile (formerly Crowdstar Inc) | | | | 12/11/2018 | 410 | N/A |
| 210243040192 | Who's your Guardian Angel? | Glu Mobile (formerly Crowdstar Inc) | | | | 12/11/2018 | - | N/A |
| 185255758181402 | ClickAndFlirt | Grendall Investment Limited. Formerly contro | | | | 12/11/2018 | 45 | N/A |
| 192929607581724 | Hash | Hash.fm Sp.zoo (f/k/a Social Hackers Sp.zoo) | | | | 12/11/2018 | - | N/A |
| 423260367736597 | Developers Dominicanos - Skills | Hector Minaya | | | | 12/11/2018 | - | N/A |
| 132748382503 | ¿Qué dice el Oráculo del Amor sobre ti? | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 353683870058 | ¿Qué Significan Los Lunares? | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 103223609152 | ¿Qué tan sexy es tu nombre? | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 104128016889 | Adının gizli anlamlarını keşfet | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 143395993097 | Adınız Sizinle İlgili Neler Söyler? | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 82797073391 | Analysez vos yeux de couleurs! | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 125402204471 | Aşk Hesabı! | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 202944055149 | Berechne Dein Ideal-Gewicht! | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 106713751740 | Black Zodiac: Please Do Not Read | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 96383885016 | Calculate how many hours you sleep in your life! | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 166045698134 | Calculate Your Attitude Level! | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 96027251312 | Calculate Your Ideal Weight! | Iman Suherman | | | | Deleted by FB Prior | - | N/A |
| 113394252941 | Calculer le pourcentage de votre amour! | Iman Suherman | | | | Deleted by FB Prior | - | N/A |

| App ID | App Name | Developer | Notes | Status | Count | N/A |
|---|---|---|---|---|---|---|
| 84283893445 | Calculez votre poids idéal! | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 194516772656 | Checa Tu Porcentaje de Compatibilidad | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 80016203556 | Check out who is your Perfect Match? | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 258802262776 | Chinese Horoscope | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 109555545788 | Découvrez la signification cachée de votre nom | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 100235234109 | Descubra la oculta de su nombre | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 250867452377 | Feng Shui Pekerjaan | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 175941369527 | Hitung Persentase Kecocokanmu! | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 124003692409 | Magical Name Acronym Generator! | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 105094732855796 | Personalidad Por Nacimiento | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 126121857487 | Ramalan Bintang dan Zodiakmu Minggu Ini | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 183361905882 | Seks Astrolojiniz | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 107745728641 | Temukan Karakter Pria Lewat Zodiak | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 150484706213 | What Does Your Day Mean? | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 135769340158 | What Does Your Name Say About You? | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 95158553849 | What Your Birth Month Says About You | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 87779571185 | Your Latin Name and Its Meanings | Iman Suherman | | Deleted by FB Prior | - | N/A |
| 208630925872138 | Glo Bible | Information Humanities, LLC. | | 12/11/2018 | 494 | N/A |
| 9806797394 | How good are you in bed? | Jason Theuma | | 12/11/2018 | 27 | N/A |
| 11355645341048 | Astrology | Kudos Media Ltd | | 12/11/2018 | 117 | N/A |
| 289838704519537 | allingroups | Linterweb | | 12/11/2018 | 49 | N/A |
| 99934174802 | 12星座喜歡、討厭的類型+戀愛方式 | liva@live.hk | | 12/11/2018 | 4 | N/A |
| 2481647302 | Visual Bookshelf | LivingSocial LLC/LivingSocial Inc. | | 12/11/2018 | 55 | N/A |
| 201202789943814 | Freak Games | loanscpc@ymail.com | | Deleted by FB Prior | - | N/A |
| 136656449995 | How will you die? | Lyore LLC | | 12/11/2018 | - | N/A |
| 296612820018 | The Hardest Quiz Ever: You will not get a 100 | Lyore LLC | | 12/11/2018 | 18 | N/A |
| 152387624638 | When Will You Get Married And To Who? | Lyore LLC | | 12/11/2018 | 68 | N/A |
| 193320453804 | Who loves you ? ❤ | Lyore LLC | | Deleted by developer | - | N/A |
| 428754453818414 | Dating with friends | Massive Media Match (d/b/a Twoo | | 12/11/2018 | - | N/A |
| 315888392043 | Fashion World | Metrogames S.A. | | 12/11/2018 | - | N/A |
| 2270425051 | Circle of Friends | MGEL Inc. | Upon reintatement, we need to ping t | 12/12/2018 | 102 | N/A |
| 58675344296 | What's Your Theme Song Quiz? | Michael Onghai | | 12/11/2018 | 63 | N/A |
| 826217997506929 | Virtual Community Manager | Midslab (not confirmed - web development c | | 12/11/2018 | - | N/A |
| 67213700746 | Apéro | MKDGS | | 12/11/2018 | 79 | N/A |
| 308742884825 | Appbistro - App Directory | MMTG Labs, Inc. | | 12/11/2018 | - | N/A |
| 472424969467299 | اعادة تفعيل الاشتراك \| حكم | Moman Hosban | | Deleted by developer | - | N/A |
| 30599107238 | Netvibes.com (http://netvibes.com/) | Netvibes | | 12/11/2018 | 4,061 | N/A |
| 1469466833384045 | Like-Checker | Not identified | | 12/11/2018 | - | N/A |
| 194804160690625 | UwiCreations | Not identified | | Deleted by developer | - | N/A |
| 119748184739669 | Verdades Sobre os Teus Amigos | Not identified | | 12/11/2018 | 11 | N/A |
| 173077572789893 | İmparatorluk Savaşı | Oasis Games Ltd | | 12/11/2018 | 68 | N/A |
| 263768977109 | Calendario de Amigos | OndaPix | | 12/11/2018 | 21 | N/A |
| 38656534621 | Tarjetitas | Ondapix | | 12/11/2018 | 34 | N/A |
| 141793133796 | Tu Disfraz Ideal | OndaPix | | Deleted by FB Prior | - | N/A |
| 264163635948 | Smilesツ | Patrick Shyu | | Deleted by FB Prior | - | N/A |
| 149175321787833 | الأبراج اليومية | Peak Oyun Yazılım ve Pazarlama AŞ | | 12/11/2018 | 34,382 | N/A |
| 130972710269090 | Kred | Peoplebrowsr Inc. or Peoplebrowr Pty Ltd | | 12/11/2018 | 1,259 | N/A |
| 37465358647 | Super Rewards | Perk.com (http://perk.com/) US, Inc. | | 12/11/2018 | 52 | N/A |
| 120956284629356 | ▼ Photo of the Day | Pixable, Inc. | | 12/11/2018 | - | N/A |
| 96496408437 | ▼ Photo of the Day | Pixable, Inc. | | 12/11/2018 | - | N/A |
| 110183536805 | En qué animal te conviertes cuando te enojas | Playbuzz Ltd | | 12/11/2018 | 2 | N/A |
| 167657190051581 | GTA San Andreas | Playfbgames.com (http://playfbgames.com/) | | Deleted by FB Prior | - | N/A |
| 132397070173083 | La Vecindad de "El Chavo" | Playful Play | | 12/11/2018 | - | N/A |
| 56345954003 | Buena Suerte | Pol Miro Omella | | 12/11/2018 | 2 | N/A |
| 327998323877350 | Picmix | PT Inovidea Magna Global | | 12/11/2018 | 60,944 | N/A |
| 123959857619182 | QOOZA | Qooza Interactive Ltd. | | 12/11/2018 | 349 | N/A |
| 166805832562 | HOW NERDY IS YOUR NAME ? | QuizBone.com (http://quizbone.com/) | | 12/11/2018 | 79 | N/A |
| 216419561272 | Whats Your Best Feature? | QuizBone.com (http://quizbone.com/) | | 12/11/2018 | - | N/A |
| 327815505346 | WHATS YOUR SWEAR WORD? | QuizBone.com (http://quizbone.com/) | | 12/11/2018 | 118 | N/A |
| 100136480142038 | Cook Hero | Rapazapp Interactive Studios | | 12/11/2018 | - | N/A |
| 101456143244 | Raptr | Raptr Inc. | | 12/11/2018 | 20 | N/A |
| 119969534791671 | Mystic Ice Blast | RealNetworks, Inc. | | 12/11/2018 | - | N/A |
| 7554237115 | Gifts & Events | Sazze Inc. | | 12/11/2018 | 1 | N/A |
| 423143881178681 | Life Luck App | ShareBa Limited | | Deleted by FB Prior | - | N/A |
| 128346067199239 | Daily Horoscope | Six Waves Inc. | | 12/11/2018 | - | N/A |
| 1578743819036248 | SproutAudience | Social Panda | | Deleted by developer | 3 | N/A |
| 129653133741884 | Horóscopo Diário | SocialWeekend | | Deleted by developer | - | N/A |
| 170290126350815 | Horóscopo do Dia | SocialWeekend | | Deleted by developer | - | N/A |
| 171926046460 | My Photos+ | SocialWeekend | | Deleted by FB Prior | - | N/A |
| 287263064673887 | Tackk | Tackk, Inc. | | 12/11/2018 | - | N/A |
| 99749436953 | Telly | Telly Inc | | 12/11/2018 | 22,374 | N/A |
| 135142329833872 | Testplanet | Tomas Slaby | | 12/11/2018 | 52 | N/A |
| 123665324320009 | Wedding Street | Turpitude Inc | | Deleted by developer | - | N/A |
| 159618447439328 | New people meeting | Twoo | | 12/11/2018 | - | N/A |

| ID | App Name | Developer | Date 1 | Date 2 | Status | Date 3 | Count | N/A |
|---|---|---|---|---|---|---|---|---|
| 42500463872 | How old do you look? | Unidentified | | | | 12/11/2018 | 82 | N/A |
| 290381197777099 | SoDiz Network | Unknown | | | | Deleted by FB Prior | - | N/A |
| 61304145678 | What Type of Wife are you or will you be? | Unknown | | | | 12/11/2018 | 77 | N/A |
| 92658885858 | ASI SOY YO... según mi signo (solo mujeres) | Unknown, possibly Crowdstar | | | | 12/11/2018 | 6 | N/A |
| 14507320155 | Wrestler | Unstoppable LLC | | | | 12/11/2018 | - | N/A |
| 220182598012524 | UpOut | UpOut, Inc. | | | | 12/11/2018 | 290 | N/A |
| 266648436774639 | VietID | VCCorp Corporation | | | | 12/11/2018 | 42 | N/A |
| 122787657740607 | Video Chat vChatter | vChatter, Inc. | | | | Deleted by developer | - | N/A |
| 174084995938639 | Wajam | Wajam Internet Technologies, Inc. | | | | 12/11/2018 | 93 | N/A |
| 133262000885 | My Magic Mirror | We-Creation Biz | | | | Deleted by FB Prior | - | N/A |
| 675778249134846 | Wiper | Wiper Inc | | | | 12/11/2018 | - | N/A |
| 316919218403687 | Wolfram Connection | Wolfram Alpha LLC | | | | 12/11/2018 | - | N/A |
| 648272251872798 | Cute Safari Adventures | Acotel Interactive, Inc. | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 7635383700 | Daily Photo | App Discovery Engine Inc | 12/18/2018 | | | 12/19/2019 | 674 | N/A |
| 65496494327 | Give Hearts | App Discovery Engine, Inc. | | | | 12/19/2019 | - | N/A |
| 493398424074932 | BigOne - Chơi bài Miễn phí | Bigone Online Investment Joint Stock Compa | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 378628085054 | biNu | biNu Pty Ltd | 12/18/2018 | | 12/19: App Suspended due to no resp | 12/19/2019 | 29 | N/A |
| 174018906009542 | Blurb Bookify | Blurb Inc | 12/18/2018 | | | 12/19/2019 | 8 | N/A |
| 200380353339459 | Cdiscount.com | Cdiscount SA | 12/21/2018 | | | 12/19/2019 | 226,451 | N/A |
| 270094436460793 | Emojination | Cloud Team Ltd. | | | | 12/19/2019 | - | N/A |
| 1898441327136361 | Solitaire COOL104 | Creek & River Co Ltd | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 57312282945226 | CureJoy | CureJoy Inc. | 12/18/2018 | | | 12/19/2019 | 15,069 | N/A |
| 113433312040632 | Eskimi WEB | Eskimi (Lithuanian social networking app) | 12/18/2018 | | | 12/19/2019 | 26,387 | N/A |
| 129547877091100 | Crime City | Funzio, Inc. | 12/18/2018 | | | 12/19/2019 | 703 | N/A |
| 75803274170 | Rounds | Gixoo Ltd | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 101098929975611 | Baby & Me | Grab Games LLC | 12/18/2018 | | | 12/19/2019 | 2,912 | N/A |
| 113248768750077 | GroSocial | Infusionsoft, Inc. | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 142064750816134 | IQ Option | IQOption Ltd | 12/18/2018 | | | 12/19/2019 | 18,252 | N/A |
| 196743670457247 | Kiwi | Castle Global Inc | 12/18/2018 | | 12/19: App suspended due to no resp | 12/19/2019 | 1 | N/A |
| 142640582472212 | Mobli | Mobli Media Inc | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 165170666828043 | OCCMundial | Online Career Center Mexico, S.A.P.I. de C.V. | 12/18/2018 | | | 12/19/2019 | 60,551 | N/A |
| 404571406226948 | PageYourself | PageYourself SAS | | | | 12/19/2019 | - | N/A |
| 38997159460 | Photobucket | Photobucket Corporation | | | | 12/19/2019 | 75,197 | N/A |
| 337558452925689 | SteelWar - Innovative robot war | Poppace Network Technology Co., Ltd. | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 1409312952615016 | YITIEN | R2 Games | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 1673197939379493 | Texas Poker | Sea Star Entertainment/Ya Brand Group | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 193535507362870 | Flower Shop | Shinezone Network Co. Ltd. | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 488792337818451 | Dessert Shop | Shinezone Network Co. Ltd. | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 5947931321 | Villains | Uken Games | 12/18/2018 | | | 12/19/2019 | - | N/A |
| 179372416900 | Mis buenos amigos | Bullyard Services | 12/17/2018 | | 12/19: Suspended due to no response | 12/19/2019 | 26 | N/A |
| 438259592925681 | Golden Manager | Kerad Games SL | 12/17/2018 | | 12/19: Suspended due to no response | 12/19/2019 | - | N/A |
| 200211953453958 | Measureful | Measureful, LLC | 12/17/2018 | | 12/19: Suspended due to no response | 12/19/2019 | 2 | N/A |
| 13746476301846 | MyLife.com | MyLife.com Inc | 12/17/2018 | | 12/19: Suspended due to no response | 12/19/2019 | 486,495 | N/A |
| 606831722681120 | Tube Transferer | Not identified | 12/17/2018 | | 12/19: Suspended due to no response | 12/19/2019 | - | N/A |
| 120851373156 | Why were you born? | Zwigglers Mobile | 12/18/2018 | | 12/19 - dev emails on file do not know | 12/19/2019 | 20 | N/A |
| 124848740882612 | Smilebox | Smilebox Inc. | 12/17/2018 | | 12/19: Suspended due to no response | 12/19/2019 | 98 | N/A |
| 857810674381350 | Proxi.bot | QUASAR BLU, LLC | 12/17/2018 | | 12/19: Suspended due to no response | 12/19/2019 | - | N/A |
| 338535090337 | 開心寶貝 | Shenzhen Dong Fang Bo Ya Technology Co Ltd | 12/18/2018 | | 12/19: Suspended due to no response | 12/19/2019 | - | N/A |
| 27367910608332 | **Avast** | Avast Software s.r.o. | 12/17/2018 | 1/4/2019 | 12/19: Suspended due to no response | 12/19/2019 | 121,042 | N/A |
| 126370004108212 | ThaiJoop | Fwends Limited | | | Potentially intend to comply | 12/19/2019 | 18,500 | N/A |
| 53454691152 | Stop Global Warming - Game | Kramaley Games Ltd | | | 12/19: App Suspended due to no resp | 12/19/2018 | - | N/A |