# EXHIBIT 6

# App Developer Investigation & Enforcement

# September 2018 Status and Re-scoped Approach

9.17.2018



A/C PRIV

# ADI Timeline to Date

*March 2018 – April 2018*

- March 21: Mark committed to investigate and audit all suspicious v1 apps
  - "We will **investigate all apps** that had access to **large amounts of information** before we changed our platform to dramatically reduce data access in 2014, and we will conduct a **full audit of any app with suspicious activity**."

- April 5-6: Final decisioning regarding which outside consultants to engage

- April 6: **Phase I** kick-off; DevOps prioritization of initial review through App Litigation Tool ("ALT")
  - Prioritized by buckets (P0, P1, and P2) across multiple APIs
  - P0 Platform started with ~3200 apps, overall v1 prioritization currently covers **11 million apps**
  - ALT reviewers staffed through DevOps (from a group of 60, rotating team of 30-40 reviewers)

- April 9: **Phase II** kick-off (in advance of Mark's April 10 testimony); engaging of Stroz Friedberg and FTI Consulting as ADI investigators, under direction of GDC

- April 23: First wave of ADI investigators and attorneys provisioned

- April 26: ADI investigators begin background investigations and initial reports for review, feedback, and refinement

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

2

# ADI Timeline to Date

*May 2018 – September 2018*

- **May-June:**
    - May 9-10: Project Analytica Summit
    - Onboard provisioned consultants
    - Learn Facebook systems and data sources
    - Develop actionable understanding of Mark's commitment
    - Develop ADI protocol and set up process
    - Develop templates for background investigation reports and technical review reports
    - Conduct initial background investigations, review reports, and give feedback
    - Develop templates for RFIs and set up RFI protocols
    - Explore tracking tools on various platforms and begin developing ADI tracker tool (SPARTA) in collaboration with data security, engineering, and other teams at Facebook to ensure long-term, secure solution
    - Begin developing protocols for onsite audits
    - Investigate, create reports and analyses, and assist in decisioning on numerous high-priority escalations
    - Maintain presence onsite to set up process, oversee outside investigators, and support crisis management

- **July-September:**
    - Onboard additional provisioned consultants and attorneys due to scope and data security considerations
    - Continue learning Facebook systems and data sources, identify and attempt to resolve data integrity issues
    - Refine actionable understanding of Mark's commitment and resulting scope of ADI process based on learning to date
    - Refine ADI protocol and process
    - Ongoing background investigations, reports, and review
    - Refine templates for technical review reports and manage associated data integrity issues
    - Refine RFI templates and process
    - Refine and launch ADI tracker tool (SPARTA)
    - Refine protocols for onsite audits
    - Investigate, create reports and analyses, and assist in decisioning on numerous high-priority escalations
    - Maintain presence onsite for swift and nimble mobilization in response to shifting demands of investigation and high-priority escalations

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

3

# ADI Goals & Approach

*What Constitutes ADI Success? – Goals*

- <u>Near Term</u>:
  - Honor Mark's commitment in a timely fashion
  - Have a credible, systematic, defensible, accurate, and privileged process
  - Enforce on apps that are misusing PII
  - Refer to FB and support potential action against platform misuse uncovered by ADI, which may not fall under Mark's commitment
  - Have a credible, systematic, defensible, and accurate way to report our progress internally, and to users and regulators, while maintaining the investigation's flexibility and privilege

- <u>Long Term</u>
  - Deepen understanding of how developers and apps are misusing and have misused data on the FB platform and ensure learnings are disseminated
  - Create a sustainable and credible model for a continued, privileged enforcement program against platform misuse
  - Create a reliable internal program for managing internal reporting, and reports to users and regulators, while maintaining credibility

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

4

# ADI Status

*As of September 17, 2018*

## The Numbers

| | |
|---|---|
| Total Apps Reviewed under "Initial Assessment" (Phase 1): | 22,238 |
| Apps Escalated for "Enhanced Examination" (Phase 2): | 3,697 |
| Apps with completed Background Investigation (FTI/Stroz prelim rec provided): | 1,790 |
| Apps GDC has reviewed and provided preliminary recommendations: | 1,599 |
| Apps GDC has recommended for RFI: | 1,372 |
| RFIs sent (actual) | 425 |

## Learnings and Takeaways

- Developed case management tool (SPARTA), which can be used for other purposes, including for in-house team
- Developed insight into available data and limits on data reliability and availability
- Developed enforcement "tool kit"

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

# ADI Status – Hi-Pri Escalations

*As of September 17, 2018*

- ADI and GDC have handled 30+ hi-pri escalations to date

- Hi-pri escalations typically arise from a source other than the ALT/ADI workflow, e.g., internal Facebook reporting, media reports, or political interest

- Gibson Dunn, FTI, and Stroz work up the app in around 48-72 hours, although some investigations take around a week

- The full work-up may include: a background investigation/report, a technical investigation/report, a factual summary and analysis, an analysis of potential policy and legal violations, developed recommendations on next steps, comms consultations, regulatory response consultations, and (if the developer has counsel) communications with counsel

- The list below represents escalations handled in roughly the last 3.5 months, since mid-May 2018

| Profile Technology / Profile Engine | Fast Likers Developers | QuizzStar | GupShup | Crimson Hexagon |
|---|---|---|---|---|
| CubeYou/CPC / You Are What You Like | myPersonality data takedowns (GitHub, Tableau, Kaggle, RapidMiner, Google) | Social Video Downloader | Meltwater / Connect | Spredfast |
| CPC/Stillwell/Kosinski / myPersonality | Social Sweethearts | Zubizu | Branch.io | Sysomos apps |
| CPC/Stillwell / Apply Magic Sauce | VonVon | Censia | Mail.ru | |
| Guard.Social / Social Pain Killer | Sync Me | Moves Platform | TrolleyBust | |
| Project Peoria | Becklicka | AIQ / WPA | TimeHop | |
| CPC/myDays | Social Data Hub | Lovoo/Voo | Walrus Music | |

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

# ADI Goals & Approach – To Date

**ADI review started with App Litigation Tool ("ALT") review, built off DevOps prioritization (P0, P1, P2)**

- For Platform, DevOps used the following prioritization:
    - P0 (highest pri): >2 million installs, created before 2015, and access to sensitive user and friends' permissions
    - P1: >100k installs, created before 2015, and access to sensitive user and friends' permissions
    - P2: >10 installs with public profile
- Similar P0, P1, and P2 buckets were developed for additional, non-platform Products (e.g., Pages, Messenger, Media)
- Included other escalations (Data Abuse Bounty, Data Abuse Detection, others like media)

**Apps escalated from ALT are investigated by ADI team in Enhanced Examination Phase**

- Background and technical investigations by FTI and Stroz to identify apps with potential misuse of Facebook account holders' data that could result in legal claims by or against Facebook
- Depending on situation, ADI team may send RFIs to developers, may audit developers, and then recommend enforcement (can include suspension or suspension-plus (e.g., enhanced fan-out, C&D, civil referral/litigation))
- ADI team also handles rapid response escalations (high-pri apps subject to media inquiry or escalated by internal Facebook teams)

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

7

# ADI Goals & Approach – Revised

**Risk-scoped prioritization approach to complete ADI by end of 1Q19**

- **ALT and ADI to complete review of P0**
  - Complete review as quickly as possible consistent with other risk priorities and hi-pri escalations
  - ~1,700 apps (Instagram, Messenger, Media) remaining for ALT to review

- **Risk-based prioritization of other pre-2014-platform-changes apps for ADI review**
  - Review focused on riskiest apps and developers based on [9-13] risk-based prioritization categories, incorporating learning from ADI efforts to date (this will capture some, but not all, apps in the original P1 and P2 categories)
  - Categories being developed and tested include:
    - Top 50 developers
    - Public Data
    - Academics
    - Suspicious v1 Activity
    - Risky Permissions
    - Social App Developers (Quiz/Game/Horoscope Apps)
    - High-Risk Jurisdictions (with add'l China/Russia focus)
    - Insights/Advertising Companies
    - Prior Enforcement
    - Child-focused

- **Remainder of apps not reviewed by ADI will be handled by in-house team**

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

8

# ADI Goals & Approach – Revised

- **Risk-based prioritization of other pre-2014-platform-changes apps for ADI review (cont.)**
  - *Top 50 Developers*
  - Goal: Review the developers who created the most apps as potentially raising increased risk
  - Status: Launched pilot of 6 top developers of v1 apps, divided between FTI (TFM-CRM Apps, 91APP – TWD, Gameloft) and Stroz (Tobit.Software, EFUN, Qublix Games)
    - Pilot to include (a) developer background investigations and (b) for small selection of apps (~5%, up to 20) per developer, background and technical investigations for each app.
      - Apps selected using Risk Prioritization Formula, with more apps investigated if circumstances warrant
    - Pilot will generate background reports on sample of 6 top developers, which collectively have 11,667 v1 apps (out of 23,699 non-test apps overall (i.e., including v1 and v2 apps) for those 6) and technical reports on approximately 120 apps (top 20 of each of 6 developers)
    - See summary by bucket on next slide

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

9

# ADI Goals & Approach – Revised
*Top 50 Developers* (cont.)

| Apps > 10 Users | | | Apps > 1K Users | | | Apps > 100K Users | | |
|---|---|---|---|---|---|---|---|---|
| Business ID | Name | # of v1.0 Apps | Business ID | Name | # of v1.0 Apps | Business ID | Name | # of v1.0 Apps |
| 884664228226327 | Tobit.Software | 9,404 | 860762973953309 | TFM - CRM Apps | 634 | 10152129083228034 | Zynga Inc. | 61 |
| 860762973953309 | TFM - CRM Apps | 1,792 | 842028852496710 | 育駿科技股份有限公司 | 558 | 676478429054178 | IGG Main-Self01 | 60 |
| 842028852496710 | 育駿科技股份有限公司 | 630 | 513859462091934 | Lidl INT Business Manager | 268 | 819593788117586 | Gameloft | 58 |
| 480274312075744 | Clarin | 395 | 480274312075744 | Clarin | 169 | 817443311612275 | Six Waves Inc. | 41 |
| 513859462091934 | Lidl INT Business Manager | 377 | 179419815562115 | Facelift BBT | 141 | 631423240309624 | EFUN | 34 |
| 510613342398529 | 91APP - TWD | 293 | 10152769303050219 | Our.com | 127 | 842028852496710 | 育駿科技股份有限公司 | 34 |
| 179419815562115 | Facelift BBT | 227 | 884664228226327 | Tobit.Software | 117 | 1744482895786860 | Web2mil S.A. | 29 |
| 10152793383194542 | Friend2Friend | 163 | 676478429054178 | IGG Main-Self01 | 116 | 571441229626493 | Funplus | 29 |
| 792673854088628 | Lubię to - linked by Isobar | 152 | 631423240309624 | EFUN | 115 | 10153064712010763 | Tangelo Games | 27 |
| 747847051945478 | Uversity | 144 | 747847051945478 | Uversity | 107 | 843200289041879 | GamePoint International BV | 27 |

| Apps > 300K Users | | | Apps > 1M Users | | | P0/P1, v1, Platform Apps | | |
|---|---|---|---|---|---|---|---|---|
| Business ID | Name | # of v1.0 Apps | Business ID | Name | # of v1.0 Apps | Business ID | Name | # of v1.0 Apps |
| 10152129083228034 | Zynga Inc. | 59 | 10152129083228034 | Zynga Inc. | 55 | 819593788117586 | Gameloft | 53 |
| 819593788117586 | Gameloft | 50 | 819593788117586 | Gameloft | 39 | 10152129083228034 | Zynga Inc. | 51 |
| 676478429054178 | IGG Main-Self01 | 37 | 817443311612275 | Six Waves Inc. | 27 | 817443311612275 | Six Waves Inc. | 23 |
| 817443311612275 | Six Waves Inc. | 37 | 343996589117033 | Qublix games | 24 | 10152568573772002 | Miniclip SA | 22 |
| 10152684163208775 | Rockyou Inc | 25 | 10152684163208775 | Rockyou Inc | 21 | 10152684163208775 | Rockyou Inc | 18 |
| 343996589117033 | Qublix games | 25 | 571441229626493 | Funplus | 19 | 10152769303050219 | Our.com | 17 |
| 571441229626493 | Funplus | 25 | 990210080994955 | Ludia Inc. | 18 | 10152770370384538 | Mindspark Interactive | 17 |
| 431107583706523 | Artrix Limited | 21 | 343910162456695 | CookApps | 16 | 739465616120649 | 深圳市东方博雅科技有限公司 | 17 |
| 10152398839704640 | MegaZebra | 19 | 1146513688695997 | Game Insight UAB | 15 | 882139301981231 | SCDS | 16 |
| 10153064712010763 | Tangelo Games | 18 | 493124377481268 | King | 15 | 10152398839704640 | MegaZebra | 15 |

PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE

10

# ADI Goals & Approach – Revised

- **Risk-based prioritization of other pre-2014-platform-changes apps for ADI review (cont.)**

    - *Social App Developers (Quiz / Game / Horoscope Apps)*
    - Goal: Review apps that are games or quizzes, i.e., "social apps," because the viral nature and business model of such apps make them well-suited to deceptive collection of data for purposes of sale and as a category have a history of being problematic.
    - Status: Launching pilot of 7 major entities in this space, to be reviewed by Stroz, which will cover ~700 apps
    - *Public Data*
    - Goal: Review the apps of developers that have either: (1) undergone a corporate event—such as M&A, sale of assets, or bankruptcy—involving FB data; or (2) experienced a data breach potentially compromising FB data
    - Status: Under development.
        - "Corporate event" workstream: Identified 12 possible entities; continuing efforts to match entities with apps/developers (have matched 2 of 12 currently identified), and continuing to refine searches to identify more entities; will plan to launch pilot on representative set of entities.
        - "Data breach" workstream: FTI identified 16 relevant entities that can be mapped onto FB's platform, fan-out of these entities produced 1332 apps, however, there is difficulty ascertaining whether FB data was implicated and reservations regarding whether breaches can be tied to misuse.

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

11

# ADI Goals & Approach – Revised

- **Risk-based prioritization of other pre-2014-platform-changes apps for ADI review (cont.)**

    - *High-Risk Countries*

    - <u>Goal</u>: Review apps of developers located in certain "high-risk" jurisdictions, because those jurisdictions may be governed by potentially risky data storage and disclosure rules or be more likely to house malicious actors

    - <u>Status</u>: Under development

        - We ran preliminary queries on a test set of 9 suggested countries to understand the number of developers in those jurisdictions and review any facially interesting results—see next slide for numbers of developers
            - E.g., some countries have a relatively small number of developers that created pre-2014 apps; Iran had a significant number of seemingly Russian developers
        - Based on a review of lists prepared by government agencies (e.g., State Dept., FBI, OFAC) and watchdog organizations (e.g., FireEye), we have now identified 28 countries for our review, and elaborated the rationale for including those countries
            - E.g., states known to collect data for intelligence targeting and cyber espionage
        - We will separately review China and Russia, given the risk associated with those countries
        - For other jurisdictions, we have identified them as tier 1 and tier 2 risk to assist in prioritizing
        - We are in the process of identifying the total number of developers in each country, and will take into account learnings from other categories to prioritize our review of this category

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

# ADI Goals & Approach – Revised

- **Risk-based prioritization of other pre-2014-platform-changes apps for ADI review (cont.)**
  - *High-Risk Countries*

**Developers in Test Set of High-Risk Jurisdictions**

Summary of Developers by Predicted Country

| Country | # of Developers |
|---|---:|
| China | 86,961 |
| Cuba | 250 |
| Iran | 2,533 |
| North Korea | 21 |
| Russia | 42,078 |
| Sudan | 647 |
| Syria | 929 |
| Ukraine | 34,624 |
| Vietnam | 76,813 |

\* Country determination is based on the country field in the dim_all_users_sensitive:bi table.
\* Only includes developers of apps with over 10 installed users. Excludes developers and apps identified as Facebook internal.

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

13

# ADI Goals & Approach – Revised

- **Risk-based prioritization of other pre-2014-platform-changes apps for ADI review (cont.)**
    - Risks/Issues
        - How this pivot will be conveyed publicly and to regulators and how it will land in terms of addressing Mark's commitment and regulator's view of comprehensiveness
        - Review will largely not utilize ALT
        - Review addresses both P1 and P2, but does so through sampling review of developers and apps determined to be most potentially risky, rather than review of all apps and developers
        - Relies on in-house team to address remainder of P1 and potentially large amounts of P2, with risk in terms of ability to adequately scale in-house team
        - Internally, we've historically focused on P0/P1/P2 and numbers of apps, this will require a new way to think about assessing the number of developers and apps by risk (with potentially many more thousands of apps addressed in "sampled" manner)
        - Challenge in measuring progress and at end of 1Q19, will have to transition remainder to in-house team regardless of number of apps and developers reviewed

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

14

# APPENDIX

PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE

15

# ADI Team & Pace

*Where We Are Today*

- **ALT** has reviewed 0.1% of the 11 million apps and objects that DevOps has identified for ADI review (11,435 as of August 8)
    - ALT has escalated approximately 20% of apps it reviews (2,373 as of August 8)
- **Stroz Friedberg and FTI Consulting** have over 60 and over 130 consultants working on ADI, respectively
    - Combined, they are producing about 150 background reports on escalated apps per week (total of 1,238 as of August 8)
    - Stroz and FTI each have personnel onsite, which facilitates speedy interaction with multiple Facebook groups
    - Stroz, FTI, and GDC, are constantly ready, and regularly called upon, to assist with high priority and other escalations
- **Gibson Dunn** has attorneys onsite daily, overseeing ADI and ready to handle rapid response escalations; there are often as many as 5 hi-pri diversions a day
- **Looking Ahead**
    - Given the number of apps, our original estimate was that the current structure would operate through at least 2020
    - Having now completed about four months of review this work, we have a better understanding of the process and risk
    - **Now is an opportunity to reflect and consider alternative approaches to better risk-calibrate the investigation**

PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE

# ADI Goals & Approach

*How Do We Achieve ADI Success? – <u>Long-Term Approach</u>*

- Identify and eliminate policy violations committed by third-party developers and apps, especially misuse of user data

- Build review process, protocols, and tools (e.g., SPARTA, automated RFI tool) that will outlast immediate ADI tasks and create scalable approach to analyzing and enforcing against apps

- Work with internal experts—engineers, data scientists, privacy experts, policy experts, etc.—to seamlessly integrate that process with existing structure and policies

- Coordinate, direct, and manage enforcement actions, including litigation and pre-litigation negotiations

- Coordinate and communicate with key FB stakeholders to build, improve, and communicate process and progress

- Develop and maintain strategy for external reporting regarding ADI

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

# ADI Goals & Approach

*Apps Currently in Queue for ADI Review Based on DevOps Prioritization (as of September 17, 2018)*

App Review Progress By Platform/Priority

| Priority | Product | Total | Reviewed | Not Escalat.. | Escalated |
|---|---|---|---|---|---|
| P0 | Pages | 1,105 | 1,105 | 879 | 226 |
| | Platform | 3,243 | 3,243 | 2287 | 956 |
| | Audience Network | 240 | 240 | 197 | 43 |
| | Groups | 686 | 686 | 548 | 138 |
| | Event | 28 | 28 | 25 | 3 |
| | Games | 444 | 444 | 366 | 78 |
| | Lead Ads | 86 | 82 | 57 | 25 |
| | Messenger | 1,118 | 915 | 818 | 97 |
| | Media | 100 | 2 | 2 | 0 |
| | Instagram | 1,405 | 0 | 0 | 0 |
| P1 | Pages | 4,749 | 1,938 | 1671 | 267 |
| | Platform | 33,556 | 12,131 | 10557 | 1,574 |
| | Audience Network | 1,322 | 5 | 3 | 2 |
| | Groups | 726 | 1 | 0 | 1 |
| | Event | 642 | 0 | 0 | 0 |
| | Games | 4,425 | 1 | 1 | 0 |
| | Lead Ads | 163 | 3 | 3 | 0 |
| | Messenger | 2,135 | 7 | 7 | 0 |
| | Media | 16 | 1 | 1 | 0 |
| | Instagram | 2,617 | 0 | 0 | 0 |
| P2 | Pages | 14,313 | 92 | 85 | 7 |
| | Platform | 8,859,216 | 586 | 499 | 87 |
| | Audience Network | 243 | 0 | 0 | 0 |
| | Groups | 790,995 | 14 | 11 | 3 |
| | Event | 6,282 | 1 | 1 | 0 |
| | Lead Ads | 1,921 | 0 | 0 | 0 |
| | Messenger | 1,188,886 | 66 | 59 | 7 |
| | Media | 15,106 | 1 | 1 | 0 |
| | Instagram | 9,120 | 0 | 0 | 0 |

**PRIVILEGED & CONFIDENTIAL – ATTORNEY-CLIENT COMMUNICATION – FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**