UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>        Defendants. | Case No. 18-md-02843-VC<br><br>**ORDER RE EXHIBITS TO SUPPLEMENTAL BRIEF IN OPPOSITION FOR SANCTIONS**<br><br>Re: Dkt. Nos. 998, 1016 |

On August 22, 2022, Facebook temporarily filed under seal certain exhibits in support of its Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions. Dkt. No. 998. On August 26, 2022, Facebook filed a motion to permanently seal certain exhibits, but it conceded that other exhibits did not need to be sealed: the Ring Declaration (Dkt. 998-3), the Schwing Declaration (Dkt. 998-16), and Exs. 48–52, 54–55, 62, 65, 67, 71–72, 74–81 (Dkts. 998-4–8, -10–11, -18, -21, -23, -27–28, -30–37). *See* Dkt. No. 1016. It does not appear that Facebook ever filed unredacted versions of those documents on the docket. Facebook is ordered to do so by the end of today, February 8, 2023.

**IT IS SO ORDERED.**

Dated: February 8, 2023

VINCE CHHABRIA
United States District Judge