GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
Heather Richardson
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S NOTICE OF FILING OF DOCUMENTS PURSUANT TO COURT'S FEBRUARY 7 AND FEBRUARY 8 ORDERS** |

Per the Court's February 7, 2023 Order (Dkt. 1101) and February 8, 2023 Order (Dkt. 1102), Defendant Facebook, Inc. ("Facebook") hereby files unredacted and partially redacted versions of the documents listed below.

**Pursuant to February 7 Order:**

- Plaintiffs' Exhibit 33 to Loeser and Weaver Declaration ISO Motion for Sanctions ("Plaintiffs' Exhibit"), Dkt. Nos. 1086-3, 1086-4.

- Plaintiffs' Exhibit 34, Dkt. Nos. 1086-5, 1086-6.

- Plaintiffs' Exhibit 51, Dkt. Nos. 1086-7, 1086-8.

- Plaintiffs' Exhibit 63, Dkt. Nos. 1086-9, 1086-10.

- Plaintiffs' Exhibit 65, Dkt. Nos. 1086-11, 1086-12.

- Plaintiffs' Exhibit 66, Dkt. Nos. 1086-13, 1086-14 (partially redacted per Court's 2/7/22 Order).

- Plaintiffs' Exhibit 67, Dkt. Nos. 1086-15, 1086-16 (partially redacted per Court's 2/7/22 Order).

- Plaintiffs' Exhibit 68, Dkt. Nos. 1086-17, 1086-18.

- Exhibit 7 to Stein Declaration ISO Facebook's Opposition to Motion for Sanctions ("Defendant's Exhibit"), Dkt. Nos. 1086-19, 1086-20.

- Defendant's Exhibit 9, Dkt. Nos. 1086-21, 1086-22.

- Defendant's Exhibit 20, Dkt. Nos. 1086-23, 1086-24.

- Defendant's Exhibit 25, Dkt. Nos. 1086-25, 1086-26 (partially redacted per Court's 2/7/22 Order).

- Defendant's Exhibit 41, Dkt. Nos. 1086-27, 1086-28 (partially redacted per Court's 2/7/22 Order).

- Plaintiffs' Exhibit 74 to Weaver and Loeser Declaration ISO Plaintiffs' Reply ISO Motion for Sanctions ("Plaintiffs' Reply Exhibit"), Dkt. Nos. 1086-29, 1086-30 (partially redacted per Court's 2/7/22 Order).

- Plaintiffs' Exhibit 90 to the Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions ("Plaintiffs' Supplemental Exhibit"), Dkt. Nos. 1086-33, 1086-34.

- Plaintiffs' Supplemental Exhibit 91, Dkt. Nos. 1086-35, 1086-36.

- Plaintiffs' Supplemental Exhibit 92, Dkt. Nos. 1086-37, 1086-38 (partially redacted per Court's 2/7/22 Order).

- Plaintiffs' Supplemental Exhibit 93, Dkt. Nos. 1086-39, 1086-40.

- Plaintiffs' Supplemental Exhibit 95, Dkt. Nos. 1086-41, 1086-42.
- Plaintiffs' Supplemental Exhibit 96, Dkt. Nos. 1086-43, 1086-44.
- Plaintiffs' Supplemental Exhibit 106, Dkt. Nos. 1086-45, 1086-46.
- Plaintiffs' Supplemental Exhibit 112, Dkt. Nos. 1086-47, 1086-48 (partially redacted per Court's 2/7/22 Order).
- Plaintiffs' Exhibit 95, Dkt. Nos. 1086-53, 1086-54 (partially redacted per Court's 2/7/22 Order).
- Plaintiffs' Exhibit 106, Dkt. Nos. 1086-55, 1086-56.
- Exhibit 56 to the Richardson Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions ("Defendant's Supplemental Exhibit"), Dkt. Nos. 1086-59, 1086-60.
- Defendant's Supplemental Exhibit 73, Dkt. Nos. 1086-63, 1086-64.

**Pursuant to February 8 Order**

- Ring Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions, Dkt. 998-3.
- Schwing Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions, Dkt. 998-16.
- Defendant's Supplemental Exhibits 48–52, 54–55, 62, 65, 67, 71–72, 74–81 (Dkts. 998-4–8, -10–11, -18, -21, -23, -27–28, -30–37).

| | |
|---|---|
| Dated: February 8, 2023 | **GIBSON, DUNN & CRUTCHER, LLP** |

By: /s/ *Deborah Stein*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
Heather Richardson
Hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Russell H. Falconer (*pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*