# Plaintiffs' Exhibit 68

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

## Investigative Memorandum: App Technical Investigation

| **TO**: | Gibson Dunn & Crutcher LLP |
|---|---|
| **FROM:** | FTI Consulting |
| **DATA AS OF:** | August 15, 2018 |
| **REPORT AS OF:** | August 22, 2018 |
| **RE:** | Yahoo (90376669494) |
| **ESCALATED APP(S):** | Yahoo (90376669494) |
| **RECOMMENDATION:** | RFI |

## KEY POINTS[1]

- **Summary App Description:** Yahoo (the "App") is believed to be a tool for importing Facebook friends' email addresses and information to users' Yahoo! Mail contact list.

- **Reason for Secondary Review:** ALT

---

[1]The analysis in this report is based on the historical data provided to the ADI team. Due to the manner in which Facebook has recorded historical app activity, this analysis may be subject to the following qualifications:

- When a Facebook user deletes their account, Facebook also deletes all data associated with that account. As such, the number of installed users and the number of users that granted specific permissions may be understated.
- When a Facebook user uninstalled an app prior to October 2013, any history of that user having installed the app was lost. When a Facebook user uninstalled an app after October 2013, the record of that user having installed the app is maintained; however, per Facebook Data Science any record of the permissions granted by the user are lost. The ADI team understands that this policy may also result in some permissions being recorded in the historical data as "[blank]". As such, the number of installed users and the number of users that granted specific permissions may be understated.
- Facebook only records the most recent permission profile granted by each user. In other words, if a user reauthorized the App with a different set of permissions, then the old permissions were overwritten by the new ones unless the permission had been deprecated; the ADI team would not have knowledge of what permissions that user previously granted to the App. As such, the number of users that granted specific permissions may be understated.
- Data migrations may have affected user installation dates. Based on conversations with Facebook Data Science and Engineering personnel, the ADI team understands that some installation dates were updated to the migration date. As such, the app installation dates and the permission granted dates for some users may appear to be later than their actual installation and/or grant date.
- Facebook API request activity is available beginning in November 2011. For apps created before this date, it is possible that these apps requested more information than is reflected in Facebook's historical API activity logs.

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552090

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

- **Data Risk**: High

- **Summary**:

The App was created on June 8, 2009; as Facebook historical API request activity is not available until November 2011, the ADI Team has no insight into what data was requested prior to this time.

The App was whitelisted by Facebook and therefore was granted extended access to Graph API v1.0 for an indeterminate period of time.

During Graph API v1.0 ("v1.0"), up to 123 million users granted the App permissions the ADI team deems sensitive due to the potential for providing insights into preferences and behavior. For users and friends, the App was granted permissions to sensitive fields on the user node and content and activity including groups, events, photos, and likes. The App was also granted access to content from users' news feeds, posts, mailboxes, and friend lists, as well as the ability to access all content from user-administered groups and pages. API request activity shows that the App made billions of requests to the user node, which could have returned sensitive fields for users and potentially friends. The App made detectable requests to retrieve data governed by sensitive permissions, including content from users' news feeds, wall posts, and potentially user-administered groups and pages, as well as user and potentially friends' likes, check-ins, photos, and more. The App also used bulk methods which give no visibility into the endpoints accessed, making it possible that the App accessed more sensitive user or friends' data than can be detected.

Given the App's whitelisted status, some of the permissions granted and requests made after May 2015, and therefore attributed to the Graph API v2.0 – v3.0 ("v2.0") time frame in this report, may have actually occurred within v1.0 of the platform. During the v2.0 timeframe, about 160 thousand users continued to granted access to content from their news feeds, and over 80 users granted access to content from user-administered groups and pages. API request activity shows that the App continued to retrieve content from users' news feeds and may have accessed content from user-administered groups and pages. The App also continued to use bulk methods during v2.0. Furthermore, although a lower number of users granted sensitive permissions after May 2015, if the App continued to operate within v1.0 it would have been able to continue leveraging the permissions granted by users pre-May 2015 up until it transitioned to v2.0 of the platform.

The privacy policy states that data may be shared with third parties (e.g. companies, organizations, and individuals outside of the organization) based on consent of the user, if they are affiliates of Oath (the "Parent Company"), in aggregate or with non-affiliates working on behalf of the Parent Company.

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552091

Privileged and Confidential – A/C Privileged – Attorney Work Product          DRAFT

# APP OVERVIEW

## Reason for Escalation

| Freeform Category | Freeform Response |
|---|---|
| **Enforcement**<br>enforcement_freeform | It has failed the privacy policy check but it was not enforced on. There does appear to be a privacy policy in place, so it was most likely a false positive. |
| **Review History**<br>history_reviewed_freetext | N/A |
| **Mobile Review**<br>mobile_reviewable_freetext | Yahoo does not have a standalone mobile app, testing on YahooMail. There are FB integrations along with others. They are requesting photos for friends (contact list). |
| **Web Review**<br>web_reviewable_freetext | cannot find a social media integration in Yahoo right now. However, a Google search does indicate it was available at one point: https://www.wikihow.com/Connect-Yahoo-Mail-to-Facebook , https://itstillworks.com/connect-facebook-yahoo-account-14892.html |
| **Final Response**<br>final_freeform | Yahoo does not have extended permissions, but they did have access to data prior to platform change. Given that they had one of the largest data breaches in history (see: http://money.cnn.com/2017/10/03/technology/business/yahoo-breach-3-billion-accounts/index.html). Their privacy policy says they collect the information from third parties. We need to see how our data was stored and if it was involved in the breach. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552092

Privileged and Confidential – A/C Privileged – Attorney Work Product         **DRAFT**

## Understood Use Case of the App

The App is believed to be a tool for importing Facebook friends' email addresses and information to users' Yahoo! Mail contacts lists. However, due to the generic name the App could also be related to other Yahoo! Apps like i.g. Yahoo! Finance, Yahoo! Sports, Yahoo! Search.

## APP ACTIVITY ANALYSIS[2]

### Users who ever installed the app[3]: 146,974,857

### Graph API v1.0

#### Permissions

The App held a mixture of write and read permissions. For the purposes of this analysis, the ADI Team has not analyzed write permissions, which include any permissions with publish, create, upload, or share in the name as these permissions only allow the App to create posts on behalf of the user and do not provide access to user data. Instead, the ADI Team focused on read permissions, which allow the App to access information governed by that permission.

For permissions with fewer than 10 users, Facebook employees indicated that this behavior typically indicates test activity performed by a developer and, for this reason, these permissions were excluded from analysis during this investigation.

---

[2] Facebook's Data Science and Engineering personnel have provided the following guidance on how to interpret specific methods that appear in Facebook's historical API activity logs:

- Batch – This API request is representative of multiple API requests that an app "bundled" together into a single API request. Facebook's API activity logs reflect both the Batch request as well as the underlying API requests. Therefore, the ADI team does not need to consider the requests logged as Batch in order to evaluate an app's API activity.
- FQL – This method allows a developer to create a custom query that can pull any information for which an app has been granted permission. Due to the way that Facebook logs information for these API requests, the ADI team does not have visibility into what data an app may have requested.
- Multi – This method allows the App to pass a list of FB IDs into a single "multi" request; due to the way Facebook logs these requests the ADI team does not have any visibility of the type of data that was requested or returned.
- gr:, gr: get, and unknown – Facebook Engineering has indicated that requests consistently logged in this fashion are most likely invalid requests rather than an error in Facebook's logging logic and, as such, most likely did not return data to an app.
- Facebook Engineering has indicated that apps may use nested requests; due to the manner in which Facebook logged nested API requests historically, it is possible that the App requested more information than is reflected in the historical log data.

[3] 'ever_installed_users' from [dim_apps_by_installers]. Query run on August 15, 2018.

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552093

Privileged and Confidential – A/C Privileged – Attorney Work Product        **DRAFT**



*Figure 1 – Permissions Granted for Graph API v1.0 with >10 Users*

5

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552094

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

- 128.9 million users granted the App the user_friends permission, which gave it access to friends' Facebook IDs ("FB IDs"). These FB IDs could be used to access public profiles as well as any other data for which the App held friends_* permissions.  During v1.0 user_friends returned the IDs of all of the user's friends while in v2.0 user_friends only returned the IDs of the user's friends who were also using the App.

- The App was granted the following user permissions which the ADI team deems sensitive due to the potential for providing insights into preferences and behavior:

  - The following sensitive fields accessible through the user node:

    - User_education_history – 121 million users

    - User_work_history – 121 million users

    - User_about_me – 94 million users

    - User_religion_politics – 94 million users

    - User_relationship_details – 5.7 million users

  - The following permissions related to content and activity:

    - User_likes – 123 million users

    - User_activities – 94 million users

    - User_groups – 94 million users

    - User_interests – 94 million users

    - User_status – 94 million users

    - User_events – 94 million users

    - User_subscriptions – 38 million users

    - User_photos – 6 million users

    - User_notes – 5.7 million users

    - User_videos – 5.7 million users

    - User_photo_video_tags – 5.7 million users

    - User_questions – 10 thousand users

    - User_checkins – 10 thousand users

- The App was granted the following friends permissions the ADI team deemed as sensitive due to potential for providing insights into preferences and behavior. With

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552095

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

these permissions the App could have collected information for a far greater number of users:

- The following sensitive fields accessible through the user node:

  - Friends_education_history – 121 million users

  - Friends_work_history – 121 million users

  - Friends_about_me – 5.7 million users

  - Friends_religion_politics – 5.7 million users

  - Friends_relationship_details – 5.7 million users

- The following permissions related to content and activity:

  - Friends_likes – 56 million users

  - Friends_activities – 5.7 million users

  - Friends_groups – 5.7 million users

  - Friends_interests – 5.7 million users

  - Friends_status – 94 million users

  - Friends_events – 94 million users

  - Friends_subscriptions – 13 thousand users

  - Friends_photos – 6 million users

  - Friends_notes – 5.7 million users

  - Friends_videos – 5.7 million users

  - Friends_photo_video_tags – 5.7 million users

  - Friends_questions – 10 thousand users

  - Friends_checkins – 10 thousand users

- Over 116 million users granted the read_stream and user_posts permissions and over 3 million users granted the export_stream permission that allow the App to read extensive content from users' news feeds and wall posts.

- 10 thousand users granted read_mailbox, which allowed the App to access contents from their Facebook inboxes.

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552096

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

- The App was granted the following permissions that allowed it to access all content from user-administered groups and pages (including inboxes) by providing access tokens to groups and pages:

  - User_managed_groups – 94 million users

  - Manage_pages – 13 thousand users

  - Read_page_mailboxes – 1 thousand users

- Nearly 12 thousand users granted manage_friendlists, which would allow the App to view the custom lists of friends created by a user.

- Permissions were logged as [BLANK] for 3 thousand users. The ADI team has no insight into what these permissions may have been.


**Graph API Requests by Method**

The ADI team focused the review on get methods, which allow an App to read or collect Facebook data, rather than post, delete, or dialog. Methods with post in the name are responsible for sending data into the Facebook platform, either to write or to update information, while methods with dialog in the name are used to create dialogs that interact with the Facebook platform but do not allow for reading user data. Additionally, methods with delete in the name are responsible for deleting data from the platform. Methods with get are used to extract data from the platform and therefore are the ADI team's focus.

8

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552097

Privileged and Confidential – A/C Privileged – Attorney Work Product       **DRAFT**



*Figure 2 – Request Activity by Method for Graph API v1.0*

9

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552098

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

Figures 2 shows all get, fql, and bulk methods with greater than 1,000 API Requests. See Source 01 for a full list of methods.

- 37.7% of all API request activity (27.8 billion requests) was to bulk methods (fql.query, gr:get:/fql, fql.multiquery, gr:get:multi). The ADI team has no insight into the endpoints accessed using these methods, but the App may have accessed any user or friends' data for which it was permissioned.

- Gr:get:user and users.getinfo (16.2% of v1.0 API requests, totaling 13.75 billion requests)

    o These methods were used to request data from the user node. Given the App's permission profile, calls to the user node would return public profiles of users and potentially the following additional sensitive fields for those users that granted the corresponding permissions: education history, work history, religion/politics, about me, and relationship details. Additional fields on the user node made available by permissions deemed less sensitive through the ADI team's review may have also been returned.

    o If used with friends' Facebook IDs ("FB IDs") which would have been requested by gr:get:user/friends (33.2%, 27.7 billion requests) calls to the user node would have returned friends' public profiles and the following additional sensitive fields for the friends of users who granted the corresponding permissions: education history, work history, religion/politics, about me, and relationship details.

- Gr:get:user/likes (1.6% of v1.0 API requests, totaling 1.3 billion requests)

    o This method leveraged the user_likes or friends_likes permissions to retrieve pages that users or friends have liked on Facebook.

- Gr:get:user/checkins (13.8 million requests)

    o This method leveraged the user_checkins or friends_checkins permissions to retrieve information on users' and possibly friends' check-in posts on Facebook.

- The following methods leveraged the read_stream, export_stream, and user_posts permissions to retrieve access to content from users' news feeds and wall posts:

    o Gr:get:user/home (17.6 million requests)

    o Gr:get:user/feed (2 million requests)

    o Gr:get:user/posts (232 thousand requests)

- The App may have access additional content from users' posts including comments and likes through the following methods:

    o Gr:get:post/likes (1.6 million requests)

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552099

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

- o  Gr:get:post/comment (1.4 million requests)

- o  Gr:get:post (1.4 million requests)

- The App may have retrieved access tokens to user-administered groups through the gr:get:user/groups method (260 thousand requests). It is possible that the App used these access tokens to retrieve additional information from user-administered groups using the following methods: gr:get:group/feed, gr:get:group/members, and gr:get:group.

- The App made API requests to endpoints on the page node, including page posts and page feeds. However, because the App made no requests to retrieve user-administered page access tokens through the gr:get:user/accounts method, the ADI team cannot determine if the App accessed content from user-administered pages or from public pages.

- The App also made requests to users' or friends' photos, statuses, groups, interests, and more.

- 0.4% of all requests (over 354 million calls) for the App are reflected in the log data as unknown, gr, or gr:get. Facebook Engineering indicated that API requests consistently logged as gr:, gr:get, and unknown were most likely invalid requests rather than an error in Facebook's logging logic and, as such, most likely did not return data to the app.

**Graph API Requests Trends**

The ADI team focused on trends during the v1.0-v2.0 transition period which was from May 1, 2014 through May 21, 2015. The ADI team also reviewed request activity 30 days prior to the start of the transition.

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552100

Privileged and Confidential – A/C Privileged – Attorney Work Product      **DRAFT**



*Figure 3 – Trended Request Activity for Graph API v1.0-v3.0*

The App experienced one spike in API request activity for the methods discussed above within 30 days of the Graph API v1.0-v2.0 transition period and three spikes in API request activity during the Graph API v1.0-v2.0 transition period. The biggest spike occurred between June 2014 and September 2014 the number of API requests increased from 7.8 to 200.7 million.

At this time the ADI team is unable to determine the date at which the App transitioned to v2.0, or the date at which the App may have been notified of its approval for extension.

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552101

Privileged and Confidential – A/C Privileged – Attorney Work Product        **DRAFT**

## Graph API v2.0-v3.0

### Permissions



*Figure 4 – Permissions Granted for Graph API v2.0 – v3.0*

13

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552102

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

- This App was whitelisted by Facebook and therefore was granted extended access to Graph API v1.0 for an indeterminate period of time. As such, some of the permissions and requests attributed to the v2.0 time frame may have actually occurred within v1.0 of the platform.

- 158 to 161 thousand users continued to granted access to content from their news feeds and wall posts through the read_stream and user_posts permissions.

- 82 to 87 users continued to granted access to all content from user-administered groups and pages through the user_managed_groups and manage_pages permissions.

- While the App was granted additional sensitive user and friends permissions during the v2.0 time period. This may represent the continued access of v1.0 due to the App's whitelisted status. However, given that they were granted by 100 users, it is unlikely the App could have collected a material amount of data through these permissions.

- Permissions were logged as [BLANK] for 35.6 thousand users. The ADI team has no insight into what these permissions may have been.

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552103

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

## Graph API Requests



*Figure 5 – Request Activity by Method for Graph API v2.0 – v3.0 with >500 API Requests*

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552104

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

Figure 4 shows all methods with greater than 500 API Requests. See Source 02 for a full list of methods. The ADI Team reviewed these excluded methods and they do not influence the recommendation.

- The App continued to access content from users' news feeds and wall posts through similar methods as v1.0.

- The App continued to use bulk methods during v2.0, which give no visibility into the endpoints accessed. 1.3% of requests (53.6 million requests) were to bulk methods.

- The App made minimal requests that could have retrieved access tokens to user-administered groups and pages through the following methods. While these requests were minimal, it is possible that the App accessed additional content from these groups and pages:

  - Gr:get:user/accounts (95)

  - Gr:get:user/groups (426)

- 0.2% of all requests (close to 10 million calls) for the App are reflected in the log data as unknown, gr, or gr:get. Facebook Engineering indicated that API requests consistently logged as gr:, gr:get, and unknown were most likely invalid requests rather than an error in Facebook's logging logic and, as such, most likely did not return data to the app.

The ADI team also notes that although a lower number of users granted sensitive permissions after May 2015. if the App continued to operate within v1.0 it would have been able to continue leveraging the permissions granted by users pre-May 2015 up until it transitioned to v2.0 of the platform.


## PRIVACY POLICY STATEMENT REVIEW

Yahoo was bought out by Oath in 2017 and is currently governed by the Oath privacy policy. The current policy says that data will be shared with third parties in aggregate forms, if they are Oath affiliated brands or companies, and if consent is given to share user data. Data may also be shared with non-affiliated companies who work on behalf of Oath.

The prior Yahoo governed policies specifically state that they do not share personal information with outside parties [Source 03].

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552105

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

## APPENDIX A – GENERAL APP INFO

| Attribute | Value |
|---|---|
| app_id | 90376669494 |
| name | Yahoo |
| app_creation_date | 2009-06-08 |
| app_group | UTILITIES_PRODUCTIVITY |
| contact_email | yfrontdoors@yahoo.com |
| alt_email | yfrontdoors@yahoo.com |
| total_authenticated_users | 132765237 |
| ever_authenticated_users | 146974857 |
| publisher_name | Yahoo! |
| is_web_app | True |
| is_mobile_app | True |
| code_package_ids | com.yahoo.frontpage\|com.yahoo.AccountsSDKDemo\|com.yahoo.AccountsSDKDemo-SIWY\|com.yahoo.FantasyRealFootball\|com.yahoo.FantasyRealFootball-debug\|com.yahoo.FantasyRealFootball-dogfood\|com.yahoo.ECStoreApp\|com.yahoo.mobile.client.android.yahoo\|com.android.contacts.activities.yahoo.StartingExperienceActivity |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552106

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

## APPENDIX B – SOURCES

| Source | Descriptor | Filename |
|--------|-----------|----------|
| 1. | All v1.0 Methods | 2018-08-22 Tech Report for Yahoo 90376669494 Source 01.pdf |
| 2. | All v2.0 Methods | 2018-08-22 Tech Report for Yahoo 90376669494 Source 02.pdf |
| 3. | Privacy Policy Review | 2018-08-22 Tech Report for Yahoo 90376669494 Source 03.pdf |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552107

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

## APPENDIX C - GLOSSARY

## Permission Definitions

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| ads_management | Not Available | 607 | Y | Y | Version(s) 1.0-1.0 (08/05/2010-03/31/2014) : Provides the ability to manage ads and call the Facebook Ads API on behalf of a user.<br><br>Version(s) 2.04-3.0 (09/07/2015-05/24/2018) : Provides the ability to both read and manage the ads for ad accounts you have access to. Please see Ads Management for details. |
| ads_read | Not Available | 6 | Y | Y | Version(s) 2.04-3.0 (09/07/2015-05/24/2018) : Provides the access to Ads Insights API to pull ads report information for ad accounts you have access to. |
| business_management | Not Available | 13,077 | Y | Y | Version(s) 2.07-3.0 (08/29/2016-05/24/2018) : Read and write with Business Management API. |
| contact_email | Not Available | 102,058,142 | Y | Y | Version(s) 1.0-1.0 (Dates Unavailable) : Contact email for application developer. |
| create_event | Not Available | 9,023 | Y | N | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Enables your application to create and modify events on the user's behalf. |
| create_note | Not Available | 79,513 | Y | Y | Version(s) 1.0-1.0 (Dates Unavailable) : Create and modify events. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552108

Privileged and Confidential — A/C Privileged — Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| email | Free | 104,343,718 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-04/23/2010) : Provides access to the user's primary email address in the email property.<br><br>Version(s) 1.0-1.0 (05/08/2010-12/17/2013) : Provides access to the user's primary email address in the email property. Do not spam users. Your use of email must comply both with Facebook policies and with the CAN-SPAM Act.<br><br>Version(s) 1.0-2.0 (03/31/2014-07/04/2014) : Provides access to the user's primary email address in the email property on the user object. Do not spam users. Your use of email must comply both with Facebook policies and with the CAN-SPAM Act.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides access to the person's primary email address via the email property on the user object. |
| export_stream | Not Available | 3,124,941 | Y | N | Version(s) 1.0-1.0 (Dates Unavailable) : Exports a person's posts and makes them public. All posts will be exported, including status updates. |
| friends_about_me | Not Available | 5,766,112 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the "About Me" section of the profile in the about property. |
| friends_activities | Not Available | 5,766,112 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's list of activities as the activities connection. |

Highly  Confidential — Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552109

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| friends_birthday | Not Available | 122,838,570 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-08/05/2010) : Provides access to the full birthday with year as the birthday_date property.<br><br>Version(s) 1.0-1.0 (12/05/2010-10/21/2011) : Provides access to the birthday with year as the birthday_date property.<br><br>Version(s) 1.0-1.0 (01/04/2012-09/23/2012) : Provides access to the birthday with year as the birthday property.<br><br>Version(s) 1.0-1.0 (03/06/2013-03/31/2014) : Provides access to the birthday with year as the birthday property. Note that your app may determine if a user is "old enough" to use an app by obtaining the age_range public profile property. |
| friends_checkins | Not Available | 10,371 | Y | Y | Version(s) 1.0-1.0 (12/05/2010-01/04/2012) : Provides read access to the authorized user's check-ins or a friend's check-ins that the user can see.<br><br>Version(s) 1.0-1.0 (05/01/2012-03/31/2014) : Provides read access to the authorized user's check-ins or a friend's check-ins that the user can see. This permission is superseded by user_status for new applications as of March, 2012. |
| friends_education_history | Not Available | 120,960,624 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to education history as the education property. |

21

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552110

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| friends_events | Not Available | 94,128,993 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the list of events the user is attending as the events connection. |
| friends_games_activity | Not Available | 1,687 | Y | Y | Version(s) 1.0-1.0 (05/01/2012-03/31/2014) : Allows you to post and retrieve game achievement activity. |
| friends_groups | Not Available | 5,766,778 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the list of groups the user is a member of as the groups connection. |
| friends_hometown | Not Available | 5,766,065 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's hometown in the hometown property. |
| friends_interests | Not Available | 5,766,065 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's list of interests as the interests connection. |
| friends_likes | Not Available | 56,087,369 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the list of all of the pages the user has liked as the likes connection. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552111

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| friends_location | Not Available | 120,970,914 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-08/05/2010) : Provides access to the user's current location as the current_location property.<br><br>Version(s) 1.0-1.0 (12/05/2010-09/23/2012) : Provides access to the user's current location as the location property.<br><br>Version(s) 1.0-1.0 (03/06/2013-03/31/2014) : Provides access to the user's current city as the location property. |
| friends_notes | Not Available | 5,766,071 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's notes as the notes connection. |
| friends_online_presence | Not Available | 5,757,029 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-01/04/2012) : Provides access to the user's online/offline presence.<br><br>Version(s) 1.0-1.0 (05/01/2012-03/31/2014) : Provides access to the user's friend's online/offline presence. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552112

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| friends_photo_video_tags | Not Available | 5,753,471 | Y | N | Version(s) 1.0-1.0 (04/23/2010-08/05/2011) : Provides access to the photos the user has been tagged in as the photos connection.<br><br>Version(s) 1.0-1.0 (10/21/2011-01/04/2012) : Deprecated; not supported after November 22, 2011. Provides access to the photos and videos the user has uploaded, and photos and videos the user has been tagged in; this permission is equivalent to requesting both user_photos and user_videos, or friends_photos and friends_videos. |
| friends_photos | Not Available | 5,955,077 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-08/05/2011) : Provides access to the photos the user has uploaded.<br><br>Version(s) 1.0-1.0 (10/21/2011-03/31/2014) : Provides access to the photos the user has uploaded, and photos the user has been tagged in. |
| friends_questions | Not Available | 10,503 | Y | Y | Version(s) 1.0-1.0 (01/04/2012-03/31/2014) : Provides access to the questions the user or friend has asked. |
| friends_relationship_details | Not Available | 5,766,056 | Y | Y | Version(s) 1.0-1.0 (12/05/2010-03/31/2014) : Provides access to the user's relationship preferences. |
| friends_relationships | Not Available | 5,766,057 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's family and personal relationships and relationship status. |

24

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552113

Privileged and Confidential – A/C Privileged – Attorney Work Product       **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| friends_religion_politics | Not Available | 5,769,087 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's religious and political affiliations. |
| friends_status | Not Available | 94,131,819 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-01/04/2012) : Provides access to the user's most recent status message.<br><br>Version(s) 1.0-1.0 (05/01/2012-03/31/2014) : Provides access to the user's status messages and checkins. Please see the documentation for the location_post table for information on how this permission may affect retrieval of information about the locations associated with posts. |
| friends_subscriptions | Not Available | 13,559 | Y | Y | Version(s) 1.0-1.0 (05/17/2012-03/31/2014) : Provides access to the user's subscribers and subscribees. |
| friends_videos | Not Available | 5,768,925 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-08/05/2011) : Provides access to the videos the user has uploaded.<br><br>Version(s) 1.0-1.0 (10/21/2011-03/31/2014) : Provides access to the videos the user has uploaded, and videos the user has been tagged in. |
| friends_website | Not Available | 5,766,056 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's web site URL. |
| friends_work_history | Not Available | 120,960,513 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to work history as the work property. |

25

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552114

Privileged and Confidential – A/C Privileged – Attorney Work Product      **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| manage_friendlists | Not Available | 11,897 | Y | N | Version(s) 1.0-1.0 (12/05/2010-04/06/2011) : Provides access to any friend lists the user created. All user's friends are provided as part of basic data, this extended permission grants access to the lists of friends a user has created, and should only be requested if your application utilizes lists.<br><br>Version(s) 1.0-1.0 (05/22/2011-03/31/2014) : Enables your app to create and edit the user's friend lists. |
| manage_notifications | Ultra Heavyweight | 9,093 | Y | Y | Version(s) 1.0-1.0 (08/05/2011-01/04/2012) : Enables your app to read notifications and mark them as read. This permission will be required to all access to notifications after October 22, 2011.<br><br>Version(s) 1.0-2.03 (05/01/2012-05/18/2015) : Enables your app to read notifications and mark them as read.<br><br>Version(s) 1.0-2.0 (05/17/2012-07/04/2014) : Enables your app to read notifications and mark them as read. Intended usage: This permission should be used to let users read and act on their notifications; it should not be used to for the purposes of modeling user behavior or data mining.<br><br>Version(s) 2.04-2.1 (09/07/2015-10/05/2017) : This permission is only available for apps using Graph API version v2.3 or older. Enables your app to read a person's notifications and mark them as read.<br><br>Version(s) 2.11-3.0 (11/30/2017-05/24/2018) : This permission was removed after Graph API v2.3. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552115

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| manage_pages | Not Available | 13,068 | Y | Y | Version(s) 1.0-1.0 (08/05/2010-01/04/2012) : Enables your application to retrieve access_tokens for pages the user administrates. The access tokens can be queried using the "accounts" connection in the Graph API. This permission is only compatible with the Graph API.<br><br>Version(s) 1.0-2.0 (05/01/2012-07/04/2014) : Enables your application to retrieve access_tokens for Pages and Applications that the user administrates. The access tokens can be queried by calling //accounts via the Graph API.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Enables your app to retrieve Page Access Tokens for the Pages and Apps that the person administrates. |
| offline_access | Not Available | 50,086,974 | Y | N | Version(s) 1.0-1.0 (04/23/2010-01/04/2012) : Enables your app to perform authorized requests on behalf of the user at any time. By default, most access tokens expire after a short time period to ensure applications only make requests on behalf of the user when the are actively using the application. |
| pages_manage_cta | Not Available | 2 | N | Y | Version(s) 2.05-3.0 (10/10/2015-05/24/2018) : Provides the access to manage call to actions of the Pages that you manage. |
| pages_show_list | Not Available | 13,067 | Y | Y | Version(s) 2.05-3.0 (10/10/2015-05/24/2018) : Provides the access to show the list of the Pages that you manage. |

27

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552116

Privileged and Confidential – A/C Privileged – Attorney Work Product        **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| photo_upload | Not Available | 303,256 | Y | Y | Version(s) 1.0-1.0 (Dates Unavailable) : Add or modify photos. |
| publish_actions | Not Available | 98,566,377 | Y | Y | Version(s) 1.0-1.0 (10/21/2011-01/04/2012) : Enables your application to publish user scores and achievements.<br><br>Version(s) 1.0-2.0 (05/01/2012-07/04/2014) : Allows your app to publish to the Open Graph using Built-in Actions, Achievements, Scores, or Custom Actions. Your app can also publish other activity which is detailed in the Publishing Permissions doc.<br><br>Version(s) 1.0-2.0 (10/27/2012-07/04/2014) : Enables your app to post content, comments, and likes to a user's stream and to the streams of the user's friends. This requires extra permissions from a person using your app. However, please note that Facebook recommends a user-initiated sharing model.<br><br>Version(s) 2.01-2.09 (09/30/2014-07/01/2017) : Provides access to publish Posts, Open Graph actions, achievements, scores and other activity on behalf of a person using your app.<br><br>Version(s) 2.1-2.12 (10/05/2017-03/09/2018) : Provides access to publish Posts, Open Graph actions, and other activity on behalf of a person using your app. |
| publish_checkins | Not Available | 67,300 | Y | Y | Version(s) 1.0-1.0 (12/05/2010-03/06/2013) : Enables your application to perform checkins on behalf of the user. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552117

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| publish_likes | Not Available | 655 | Y | N | nan |
| publish_pages | Not Available | 12,957 | Y | N | Version(s) 2.03-2.03 (03/25/2015-03/25/2015) : Gives your app the ability to post, comment and like as any of the Pages managed by a person using your app. Publishing as an individual personal account is not possible with this permission. To post as an individual, please see the publish_actions permission.<br><br>Version(s) 2.03-3.0 (05/18/2015-05/24/2018) : When you also have the manage_pages permission, gives your app the ability to post, comment and like as any of the Pages managed by a person using your app. |
| publish_stream | Not Available | 98,497,738 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-08/05/2010) : Enables your application to post content, comments, and likes to a user's stream and to the streams of the user's friends, without prompting the user each time.<br><br>Version(s) 1.0-1.0 (12/05/2010-09/23/2012) : Enables your application to post content, comments, and likes to a user's stream and to the streams of the user's friends. With this permission, you can publish content to a user's feed at any time, without requiring offline_access. However, please note that Facebook recommends a user-initiated sharing model.<br><br>Version(s) 1.0-1.0 (09/11/2013-03/31/2014) : The publish_stream permission is required to post to a Facebook Page's timeline. For a Facebook User use publish_actions. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552118

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| read_custom_friendlists | Not Available | 13,280 | Y | Y | Version(s) 2.03-2.12 (03/25/2015-03/09/2018) : Provides access to the names of custom lists a person has created to organize their friends. This is useful for rendering an audience selector when someone is publishing stories to Facebook from your app.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |
| read_insights | Heavyweight | 9,129 | Y | Y | Version(s) 1.0-3.0 (08/05/2010-05/24/2018) : Provides read-only access to the Insights data for Pages, Apps and web domains the person owns. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552119

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| read_mailbox | Ultra Heavyweight | 10,178 | Y | Y | Version(s) 1.0-1.0 (08/05/2010-08/05/2010) : Provides the ability to read from a user's Facebook Inbox. You must request to be whitelisted before you can prompt for this permission.<br><br>Version(s) 1.0-1.0 (12/05/2010-03/31/2014) : Provides the ability to read from a user's Facebook Inbox.<br><br>Version(s) 2.0-2.0 (06/17/2014-06/17/2014) : Provides the ability to read from a user's Facebook Inbox. This permission is reserved for apps that replicate the Facebook client on platforms that don't have a native client. It may only be used to provide people with access to this content. It may takeup to 14 days for your app to be reviewed.<br><br>Version(s) 2.01-2.03 (09/30/2014-05/18/2015) : Provides the ability to read the messages in a person's Facebook Inbox through the inbox edge and the thread node.<br><br>Version(s) 2.04-2.1 (09/07/2015-10/05/2017) : This permission is only available for apps using Graph API version v2.3 or older. Provides the ability to read the messages in a person's Facebook Inbox through the inbox edge and the thread node.<br><br>Version(s) 2.11-3.0 (11/30/2017-05/24/2018) : This permission was removed after Graph API v2.3. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552120

Privileged and Confidential – A/C Privileged – Attorney Work Product       **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| read_page_mailboxes | Heavyweight | 1,209 | Y | Y | Version(s) 1.0-2.0 (03/31/2014-07/04/2014) : Enables your application to retrieve the Facebook Messages conversations for Pages. You must use a Page Access Token to do this. Conversations are retrieved by calling /{page_id}/conversations via the Graph API.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides the ability to read from the Page Inboxes of the Pages managed by a person. This permission is often used alongside the manage_pages permission. |
| read_requests | Not Available | 13,485 | Y | N | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides read access to the user's friend requests. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552121

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| read_stream | Ultra Heavyweight | 116,838,658 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to all the posts in the person's News Feed and enables your application to perform searches against the user's News Feed.<br><br>Version(s) 2.0-2.0 (06/17/2014-06/17/2014) : Provides access to all the posts in the person's news feed. This permission is reserved for apps that replicate the Facebook client on platforms that don't have a native client. It may only be used to provide people with access to this content. It may take up to 14 days for your app to be reviewed.<br><br>Version(s) 2.01-2.03 (09/30/2014-05/18/2015) : Provides access to read the posts in a person's News Feed, or the posts on their Profile.<br><br>Version(s) 2.04-2.08 (09/07/2015-12/31/2016) : This permission is only available for apps using Graph API version v2.3 or older. Provides access to read the posts in a person's News Feed, or the posts on their Profile.<br><br>Version(s) 2.06-2.1 (05/03/2016-10/05/2017) : This permission is only available for apps using Graph API version v2.3 or older. See user_posts as a possible alternative. Provides access to read the posts in a person's News Feed, or the posts on their Profile.<br><br>Version(s) 2.11-3.0 (11/30/2017-05/24/2018) : This permission was removed after Graph API v2.3. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552122

Privileged and Confidential – A/C Privileged – Attorney Work Product       **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| rsvp_event | Heavyweight | 9,129 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Enables your application to RSVP to events on the user's behalf.<br><br>Version(s) 2.01-2.12 (09/30/2014-03/09/2018) : Provides the ability to set a person's attendee status on Facebook Events (e.g. attending, maybe, or declined).<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |
| share_item | Not Available | 58,444 | Y | Y | Version(s) 1.0-1.0 (Dates Unavailable) : Share items on a person's behalf. |
| sms | Not Available | 1,103 | Y | N | Version(s) 1.0-1.0 (04/23/2010-01/04/2012) : Enables your application to send messages to the user and respond to messages from the user via text message. |
| status_update | Not Available | 79,608 | Y | Y | Version(s) 1.0-1.0 (Dates Unavailable) : Updates a person's status. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552123

Privileged and Confidential — A/C Privileged — Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_about_me | Lightweight | 94,098,132 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the "About Me" section of the profile in the about property.<br><br>Version(s) 2.0-2.0 (06/17/2014-07/04/2014) : This permission only provides access to the about property on the user node, which is the value that's contained in the 'About Me' field in their Facebook profile. This permission is not needed to access the person's public profile information such as their name, gender or age range. Use the public_profile permission for those values.<br><br>Version(s) 2.01-2.09 (09/30/2014-05/01/2017) : Provides access to a person's personal description (the 'About Me' section on their Profile) through the bio property on the User object.<br><br>Version(s) 2.09-2.12 (07/01/2017-03/09/2018) : Provides access to a person's personal description (the 'About Me' section on their Profile) through the User object.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |

Highly Confidential — Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552124

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_activities | Heavyweight | 94,127,470 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to the person's list of activities as the activities connection.<br><br>Version(s) 2.01-2.03 (09/30/2014-05/18/2015) : Provides access to a person's list of activities as listed on their Profile. This is a subset of the pages they have liked, where those pages represent particular interests. This information is accessed through the activities connection on the user node. |
| user_birthday | Lightweight | 128,379,649 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-08/05/2010) : Provides access to the full birthday with year as the birthday_date property.<br><br>Version(s) 1.0-1.0 (12/05/2010-10/21/2011) : Provides access to the birthday with year as the birthday_date property.<br><br>Version(s) 1.0-1.0 (01/04/2012-09/23/2012) : Provides access to the birthday with year as the birthday property.<br><br>Version(s) 1.0-2.0 (03/06/2013-07/04/2014) : Provides access to the birthday with year as the birthday property. Note that your app may determine if a user is "old enough" to use an app by obtaining the age_range public profile property.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Access the date and month of a person's birthday. This may or may not include the person's year of birth, dependent upon their privacy settings and the access token being used to query this field. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552125

Privileged and Confidential – A/C Privileged – Attorney Work Product     **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_checkins | Not Available | 10,285 | Y | N | Version(s) 1.0-1.0 (12/05/2010-01/04/2012) : Provides read access to the authorized user's check-ins or a friend's check-ins that the user can see.<br><br>Version(s) 1.0-1.0 (05/01/2012-03/31/2014) : Provides read access to the authorized user's check-ins or a friend's check-ins that the user can see. This permission is superseded by user_status for new applications as of March, 2012. |
| user_education_history | Heavyweight | 120,957,094 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to education history as the education property.<br><br>Version(s) 2.01-2.12 (09/30/2014-03/09/2018) : Provides access to a person's education history through the education field on the User object.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |
| user_events | Heavyweight | 94,088,436 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to the list of events the person is attending as the events connection.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides read-only access to the Events a person is hosting or has RSVP'd to. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552126

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_friends | Free | 131,664,820 | Y | Y | Version(s) 2.0-2.0 (06/17/2014-07/04/2014) : This permission grants the app permission to read a list of this person's friends who also use your app. If any of this person's friends have chosen not to share their list of friends with your app, they will not show up in the list of friends for this person. Both people must have enable the user_friends permission enabled for a friend to show up in either friend list.<br><br>Version(s) 2.01-2.11 (09/30/2014-11/30/2017) : Provides access the list of friends that also use your app. These friends can be found on the friends edge on the user object.<br><br>Version(s) 2.02-2.02 (12/22/2014-12/22/2014) : Provides access the list of friends that also use your app. These friends can be found on the friends edge on the user object. In order for a person to show up in one person's friend list, both people must have decided to share their list of friends with your app and not disabled that permission during login. Also both friends must have been asked for user_friends during the login process.<br><br>Version(s) 2.03-3.0 (03/25/2015-05/24/2018) : Provides access the list of friends that also use your app. These friends can be found on the friends edge on the user object. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552127

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_games_activity | Lightweight | 1,711 | Y | Y | Version(s) 1.0-1.0 (05/01/2012-03/31/2014) : Allows you to post and retrieve game achievement activity.<br><br>Version(s) 2.01-2.12 (09/30/2014-03/09/2018) : Provides access to read a person's game activity (scores, achievements) in any game the person has played.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |
| user_groups | Ultra Heavyweight | 94,116,312 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the list of groups the user is a member of as the groups connection.<br><br>Version(s) 2.0-2.0 (06/17/2014-07/04/2014) : Provides access to the list of groups the user is a member of as the groups connection. This permission is reserved for apps that replicate the Facebook client on platforms that don't have a native client. It may only be used to provide people with access.<br><br>Version(s) 2.01-2.03 (09/30/2014-05/18/2015) : Enables your app to read the Groups a person is a member of through the groups edge on the User object.<br><br>Version(s) 2.04-2.1 (09/07/2015-10/05/2017) : This permission is only available for apps using Graph API version v2.3 or older. Enables your app to read the Groups a person is a member of through the groups edge on the User object.<br><br>Version(s) 2.11-3.0 (11/30/2017-05/24/2018) : This permission was removed after Graph API v2.3. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552128

Privileged and Confidential – A/C Privileged – Attorney Work Product        **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_hometown | Heavyweight | 5,783,451 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to the person's hometown in the hometown property.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides access to a person's hometown location through the hometown field on the User object. This is set by the user on the Profile. |
| user_interests | Heavyweight | 94,113,734 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to the user's list of interests as the interests connection.<br><br>Version(s) 2.01-2.03 (09/30/2014-05/18/2015) : Provides access to the list of interests in a person's Profile. This is a subset of the pages they have liked which represent particular interests. |
| user_likes | Heavyweight | 122,853,302 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to the list of all of the pages the user has liked as the likes connection.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides access to the list of all Facebook Pages and Open Graph objects that a person has liked. This list is available through the likes edge on the User object. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552129

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_location | Heavyweight | 120,966,306 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-04/23/2010) : Provides access to the person's current location as the current_location property.<br><br>Version(s) 1.0-1.0 (05/08/2010-09/23/2012) : Provides access to the person's current location as the location property.<br><br>Version(s) 1.0-2.0 (03/06/2013-07/04/2014) : Provides access to the person's current city as the location property.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides access to a person's current city through the location field on the User object. The current city is set by a person on their Profile. |
| user_managed_groups | Not Available | 94,094,028 | Y | Y | Version(s) 2.03-2.12 (05/18/2015-03/09/2018) : Enables your app to read the Groups a person is an admin of through the groups edge on the User object.<br><br>Version(s) 2.07-2.1 (08/29/2016-10/05/2017) : Lets your app read the content of groups a person is an admin of through the Groups edge on the User object.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission is being deprecated as Groups is moving to a new permission model for apps. Please continue to use user_managed_groups for testing your apps in dev mode. However, when submitting for review, please select the reviewable feature Groups API, |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552130

Privileged and Confidential – A/C Privileged – Attorney Work Product      **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_notes | Not Available | 5,766,137 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's notes as the notes connection.<br><br>Version(s) 1.0-1.0 (05/08/2010-12/17/2013) : Provides access to the user's notes as the notes connection. |
| user_online_presence | Not Available | 5,751,056 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-03/31/2014) : Provides access to the user's online/offline presence. |
| user_photo_video_tags | Not Available | 5,752,776 | Y | N | Version(s) 1.0-1.0 (04/23/2010-08/05/2011) : Provides access to the photos the user has been tagged in as the photos connection.<br><br>Version(s) 1.0-1.0 (10/21/2011-01/04/2012) : Deprecated; not supported after November 22, 2011. Provides access to the photos and videos the user has uploaded, and photos and videos the user has been tagged in; this permission is equivalent to requesting both user_photos and user_videos, or friends_photos and friends_videos. |

Highly Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552131

Privileged and Confidential – A/C Privileged – Attorney Work Product        **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_photos | Heavyweight | 6,250,248 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-08/05/2011) : Provides access to the photos the person has uploaded.<br><br>Version(s) 1.0-2.0 (10/21/2011-07/04/2014) : Provides access to the photos the person has uploaded, and photos the user has been tagged in.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides access to the photos a person has uploaded or been tagged in. This is available through the photos edge on the User object. |
| user_posts | Not Available | 116,792,006 | Y | Y | Version(s) 2.02-3.0 (12/22/2014-05/24/2018) : Provides access to the posts on a person's Timeline. Includes their own posts, posts they are tagged in, and posts other people make on their Timeline. |
| user_questions | Not Available | 10,531 | Y | Y | Version(s) 1.0-1.0 (01/04/2012-03/31/2014) : Provides access to the questions the user or friend has asked. |
| user_relationship_details | Heavyweight | 5,759,562 | Y | Y | Version(s) 1.0-2.0 (12/05/2010-07/04/2014) : Provides access to the person's relationship preferences.<br><br>Version(s) 2.01-2.12 (09/30/2014-03/09/2018) : Provides access to a person's relationship interests as the interested_in field on the User object.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552132

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_relationships | Lightweight | 43,903,860 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to the person's family and personal relationships and relationship status.<br><br>Version(s) 2.01-2.12 (09/30/2014-03/09/2018) : Provides access to a person's relationship status, significant other and family members as fields on the User object.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |
| user_religion_politics | Heavyweight | 94,091,017 | Y | Y | Version(s) 1.0-2.12 (04/23/2010-03/09/2018) : Provides access to the user's religious and political affiliations.<br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552133

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_status | Heavyweight | 94,095,822 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-01/04/2012) : Provides access to the person's most recent status message.<br><br>Version(s) 1.0-2.0 (05/01/2012-07/04/2014) : Provides access to the person's status messages and checkins. Please see the documentation for the location_post table for information on how this permission may affect retrieval of information about the locations associated with posts.<br><br>Version(s) 2.01-2.04 (09/30/2014-09/07/2015) : Provides access to a person's statuses. These are posts on Facebook which don't include links, videos or photos.<br><br>Version(s) 2.05-2.05 (10/10/2015-10/10/2015) : This permission is only available for apps using Graph API version v2.3 or older. Provides access to a person's statuses. These are posts on Facebook which don't include links, videos or photos.<br><br>Version(s) 2.05-2.1 (01/12/2016-10/05/2017) : This permission is only available for apps using Graph API version v2.3 or older. If you are calling the endpoint /{user-id}/posts or /{user-id}/feed, ask for the user_postspermission instead (only v2.3 or older). Provides access to a person's statuses. These are posts on Facebook which don't include links, videos or photos.<br><br>Version(s) 2.11-3.0 (11/30/2017-05/24/2018) : This permission was removed after Graph API v2.3. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552134

Privileged and Confidential – A/C Privileged – Attorney Work Product         **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_subscriptions | Not Available | 37,957,978 | Y | Y | Version(s) 1.0-1.0 (05/17/2012-03/31/2014) : Provides access to the user's subscribers and subscribees. |
| user_tagged_places | Heavyweight | 2 | Y | N | Version(s) 2.0-2.0 (06/17/2014-07/04/2014) : Provides access to posts, photos and checkins that the person has been tagged in.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides access to the Places a person has been tagged at in photos, videos, statuses and links. |
| user_videos | Heavyweight | 5,763,071 | Y | Y | Version(s) 1.0-1.0 (04/23/2010-08/05/2011) : Provides access to the videos the person has uploaded.<br><br>Version(s) 1.0-2.0 (10/21/2011-07/04/2014) : Provides access to the videos the person has uploaded, and videos the user has been tagged in.<br><br>Version(s) 2.01-3.0 (09/30/2014-05/24/2018) : Provides access to the videos a person has uploaded or been tagged in. |
| user_website | Lightweight | 5,760,494 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to the user's web site URL.<br><br>Version(s) 2.01-2.12 (09/30/2014-03/09/2018) : Provides access to the person's personal website URL via the website field on the User object.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552135

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Permission | Category | Users | V1 | V2 | Description |
|---|---|---|---|---|---|
| user_work_history | Heavyweight | 120,954,881 | Y | Y | Version(s) 1.0-2.0 (04/23/2010-07/04/2014) : Provides access to work history as the work property.<br><br>Version(s) 2.01-2.12 (09/30/2014-03/09/2018) : Provides access to a person's work history and list of employers via the work field on the User object.<br><br>Version(s) 3.0-3.0 (05/24/2018-05/24/2018) : This permission was deprecated on April 4, 2018. |
| video_upload | Not Available | 79,545 | Y | Y | Version(s) 1.0-1.0 (Dates Unavailable) : Add or modify videos. |
| xmpp_login | Not Available | 80,888,081 | Y | N | Version(s) 1.0-1.0 (08/05/2010-03/31/2014) : Provides applications that integrate with Facebook Chat the ability to log in users. |

Highly Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552136

Privileged and Confidential – A/C Privileged – Attorney Work Product          DRAFT

## API Definitions

| Term | Description |
|---|---|
| API | API is an abbreviation for Application Programming Interface. This is defined as a set of functions or methods that allow communication between different software components. These software components include the browser on your computer, an application on your phone, or a remote server that is storing a page on the internet. Facebook uses APIs so that 3rd parties can interact with the information on Facebook, without being given access to Facebook's servers. The API allows 3rd parties to "ask" for specific information, and if they have the correct credentials (aka permissions), Facebook will send back specifically the information they request. If they do not have the correct credentials, Facebook will deny the request. The API asking for information is referred to as a "call". |
| Business Manager API | A set of functions and methods used in a software program for managing multiple ad accounts on Facebook. |
| Events API | Allows access to the guest list of an event or posts written by attendees on the event page on Facebook. Started April 4th, 2018 this is no longer available for new developers. |
| Graph API | The Graph API is the primary way to get data into and out of the Facebook platform. It's a low-level HTTP-based API or a REST API that apps can use to programmatically query data, post new stories, manage ads, upload photos, and perform a wide variety of other tasks. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552137

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Term | Description |
|---|---|
| Groups API | Allows access the feed, posts, albums, videos and other endpoints belonging to a "group" or collection of people on Facebook. Started April 4th, 2018 this is no longer available for new developers. Users will no longer be connected to their posts (for privacy purposes) and apps will need to gain approval from the group administrator or organizer to ensure they are benefiting the group. |
| Instagram Graph API | The Instagram Graph API allows you to programmatically access Instagram Business Accounts, so you can more easily manage media objects, view comments and metadata, and get insights and metrics with custom built apps. |
| Messenger Platform API | A way for 3rd parties to access and work with Facebook's chat feature. |
| Page API | A way for 3rd parties to access and manage Facebook Pages. |

## General Facebook Definitions

| Term | Description |
|---|---|
| Apps | Abbreviation for application, which is a term that refers to a software program. In the context of Facebook, apps are any software (including, but not limited to, games, quizzes, advertisements, webpages, etc.) can be accessed through Facebook/logging in with Facebook but are not created by developers at Facebook Inc. |
| Check-ins | A function on Facebook that allows you to confirm you have been at a location virtually. Example: if you eat at a restaurant, you can find the location on a virtual map and post this location to your Facebook account. |
| Facebook Connect / Login with Facebook | Allowed Facebook members to log on to apps with their Facebook identity and, while logged in, can connect with friends and post information and updates to their Facebook profile. This way, users do not have to create a new identity for each application/website, rather they have one Facebook login that connects to all of them. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552138

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Term | Description |
|------|-------------|
| Facebook Login | A user's unique email and password combination for Facebook. |
| Facebook messenger | Allows Facebook users send messages to each other. |
| Facebook Wall / Facebook Timeline | A user or page's list of activities carried out on Facebook. It is a collection of all activities associated with one user or one page. It will include status updates, posts, pictures, comments, shared content, etc. |
| Facebook page | A Facebook page is a public profile specifically created for businesses, brands, celebrities, causes, and other organizations. Unlike personal profiles, pages do not gain "friends," but "fans" - which are people who choose to "like" a page. |
| Facebook group | While Pages were designed to be the official profiles for entities, such as celebrities, brands or businesses, Facebook Groups are the place for small group communication and for people to share their common interests and express their opinion. Groups allow people to come together around a common cause, issue or activity to organize, express objectives, discuss issues, post photos and share related content. |
| Administrator of a group or page | The user who oversees managing content and upkeep of a specific Facebook page or group. They can create content for the page/group and delete content, whereas non-administrators can only post to the page/group using their personal account. Non-admins cannot delete content. |
| Friends list | A list of Facebook contacts who have access to view your full profile. |
| Interests | A list on Facebook that contains topics a user would like to see more of based on personal interests. |
| Insights | Information on an ad campaign or page's performance. Metrics include audience reach, audience engagement, and allows businesses to determine general demographics about their audience. |
| Like button | A button on the Facebook website to show a user's reaction to a post, comment, picture, etc. It is clicked on to submit a response. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552139

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Term | Description |
|------|-------------|
| Locations | Facebook tracks where users are when they log in and this is stored in locations. This data is collected and used in order to help advertisers connect to you while in a certain geographical location. |
| News Feed | Appears on every user's homepage and highlights information and updates about those on a user's friends' list or pages a user likes/follows. |
| Profile Photo | The main photo a user chooses to be displayed on their Facebook profile. |
| Public Profile | This is what can be seen on Facebook by users who are not on another user's friends list. Public Profile includes name, gender, username and user ID (account number), profile picture, cover photo, age range, language and country. |
| Recommendations | A feature on Facebook where you can ask other users for recommendations based on a location, activity, or other criteria. |
| Share Button (Shared Content) | A tool that let users share their experiences on other websites with their friends on Facebook. By clicking a Share Button on an article, the user will be able to post a link to that article on their Facebook page for their friends to see. |
| Status Updates | Content posted to a user's Facebook Wall (aka Timeline) by a user. |
| Wall Posts | Content posted to a user's or page's Facebook Wall (aka Timeline) that is not from the owner of the page. For example, a customer posting a review on a business's Facebook Page is a wall post. |

## Technical Definitions

| Term | Description |
|------|-------------|
| Access Token / Access Authorization Token | An access token is an object that is used by an app to make Graph API calls, on behalf of a user or Page. An access token is needed any time the app calls an API to read, modify or write a specific person's Facebook data on their behalf. An access token contains a user's permissions, or which information of the user's the app can access. The access token is typically created via the login functionality where a user is prompted to confirm he allows the app to access a set of data fields. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552140

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Term | Description |
|---|---|
| API Request | Also known as API call. When an app uses an API "ask" for specific information from Facebook. If they have the correct credentials (aka permissions), Facebook will send back specifically the information they request. If they do not have the correct credentials, Facebook will deny the request. |
| App Review / Login Review | The audit of a 3rd party application by Facebook personal before it is released to Facebook users. The app review process aims to help people feel in control of how your app is using their data by requesting only the permissions your app needs to provide a great user experience. The process began in 2014 and has changed over time. Current guidelines require all apps to be reviewed if they request more information than the public profile and email address of a user. |
| Authentication | The process or action of verifying the identity of a user. |
| Edges | Connections between a collection of objects and a single object, in the Facebook Graph API, such as photos on a page or comments on a photo. Edges are the relation between two graph objects. |
| End-point | An end-point in the context of an API is no more than a URL address. |
| Extensions of Facebook | When Facebook information is used in another software program not owned by Facebook. It is extending the functionality typically available through Facebook. In the context of the App Development Investigation, extensions of Facebook are classified as apps. |
| FB IDs | A Facebook ID (FB ID) is any unique entity that utilizes the Facebook Platform that can be referenced in an API request. This includes but is not limited to users, pages, and groups. |
| Methods | Methods are requests or calls that an API makes to a server. These methods can be classified as "get", "post", or "dialog" methods. "Get" methods allow data to be read from Facebook. "Post" methods allow data to be modified or added to Facebook. "Dialog" methods are used to create dialogs that interact with the Facebook platform but do not allow for reading user data (e.g. premade Facebook pop ups that allow users to consent to sharing content from an application on their page, login with Facebook, and sending requests to other users to join the application). |
| Nodes | Individual objects, such as a user, a photo, a page, or a comment. Each individual object has a unique ID. |
| Open-Source | Open source describes a broad general type of software license that makes source code available to the general public with relaxed or non-existent restrictions on the use and modification of the code. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552141

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

| Term | Description |
|---|---|
| Permissions | Permissions are how the user controls if an app can access personal data that is stored on Facebook ("read" permissions) or edit user data and post data to Facebook on a user's behalf ("write" permissions). Permissions are given to nodes in the Graph API. |
| Social network | On the internet, a dedicated website or other application that enables users to communicate with each other by posting information, comments, messages, images, etc. |
| Social plugins | This is a button on a website that does not belong to Facebook. When this button is clicked it gives the user the ability to interact with Facebook. Different examples include a button on a New York Times article to share the article to your Facebook page, a button that takes you to the New York Times Facebook Page and allows you to "like" the page, a button that allows you to comment on the NYT article on the Facebook page. |
| Webhooks | Also called a web callback or HTTP push API. It is a way for an app to provide other applications with real-time information. A WebHook delivers data to other applications as it happens, meaning the app gets data immediately. With most APIs there is a request followed by a response. No request is required for a webhook, it just sends the data when it is available. This makes WebHooks much more efficient for both provider and consumer. |

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02552142

Privileged and Confidential – A/C Privileged – Attorney Work Product          **DRAFT**

## APPENDIX E – RFI QUESTIONS

1.  Please provide a use case for all permissions requested prior to May 2015, including user and friends work history, education history, likes, groups, events, activities, religion/politics, posts, newsfeeds, interests, and user managed groups and pages.  For each permission, explain:

    a.  how you utilized the information requested with the permission,

    b.  how you stored and secured the data retrieved, and

    c.  if you shared the data with affiliates and/or third parties.

Highly  Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)
FB-CA-MDL-02552143