# Plaintiffs' Exhibit 95

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE:  FACEBOOK, INC.,      MDL No. 2843

5    CONSUMER USER PROFILE        Case No.

6    LITIGATION                   18-md-02843-VC-JSC

     _____

7    This document relates to:

8    ALL ACTIONS

     _____

9

10                 **CONFIDENTIAL**

11

12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13      CORPORATE REPRESENTATIVE - MICHAEL DUFFEY

14   (Reported Remotely via Video & Web Videoconference)

15      Palo Alto, California (Deponent's location)

16             Wednesday, June 2, 2022

17                  Volume I

18

19   STENOGRAPHICALLY REPORTED BY:

20   REBECCA L. ROMANO, RPR, CSR, CCR

21   California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 5234611

25   PAGES 1 - 194

                                        Page 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3

    IN RE:  FACEBOOK, INC.,       MDL No. 2843
 4  CONSUMER USER PROFILE         Case No.
    LITIGATION                    18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12
13
14
15          DEPOSITION OF MICHAEL DUFFEY, taken on
16  behalf of the Plaintiffs, with the deponent located
17  in Palo Alto, California, commencing at
18  9:14 a.m., Wednesday, June 3, 2022, remotely
19  reported via Video & Web videoconference before
20  REBECCA L. ROMANO, a Certified Shorthand Reporter,
21  Certified Court Reporter, Registered Professional
22  Reporter.
23
24
25
```

Page 2

CONFIDENTIAL

```
 1                 APPEARANCES OF COUNSEL
 2   (All parties appearing via Web videoconference)
 3
 4   For the Plaintiffs:
 5        BLEICHMAR FONTI & AULD LLP
 6        BY:  LESLEY E. WEAVER
 7        BY:  ANNE K. DAVIS
 8        BY:  JOSHUA SAMRA
 9        Attorneys at Law
10        555 12th Street
11        Suite 1600
12        Oakland, California 94607
13        (415) 445-4003
14        lweaver@bfalaw.com
15        adavis@bfalaw.com
16        jsamra@bfalaw.com
17
18
19
20
21
22
23
24
25   /////
```

Page 3

CONFIDENTIAL

```
 1                    APPEARANCES OF COUNSEL

 2     (All parties appearing via Web videoconference)

 3

 4          KELLER ROHRBACK L.L.P.

 5          BY:  CARI CAMPEN LAUFENBERG

 6          BY:  DEREK W. LOESER

 7          Attorneys at Law

 8          1201 Third Avenue

 9          Suite 3200

10          Seattle, Washington 98101

11          (206) 623-1900

12          claufenberg@kellerrohrback.com

13          dloeser@kellerrohrback.com

14

15     For Facebook, Inc.:

16          GIBSON, DUNN & CRUTCHER LLP

17          BY:  RUSSELL H. FALCONER

18          Attorney at Law

19          2001 Ross Avenue

20          Suite 2100

21          Dallas, Texas 75201

22          (214) 698-3170

23          rfalconer@gibsondunn.com

24

25     /////
```

CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5          GIBSON, DUNN & CRUTCHER LLP
 6          BY:  YEKATERINA REYZIS
 7          Attorney at Law
 8          333 South Grand Avenue
 9          Los Angeles, California 90071-3197
10          (213) 229-7907
11          yreyzis@gibsondunn.com
12    and
13          BY:  DAYNA ZOLLE HAUSER
14          BY:  HANNAH REGAN-SMITH
15          Attorneys at Law
16          1801 California Street
17          Suite 4200
18          Denver, Colorado 80202-2642
19          (303) 298-5700
20          dzhauser@gibsondunn.com
21          hregan-smith@gibsondunn.com
22
23
24
25    /////
```

CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL(cont'd)
2      (All parties appearing via Web videoconference)
3
4      For Facebook, Inc.:
5           GIBSON, DUNN & CRUTCHER LLP
6           BY:  ROSEMARIE T. RING
7           Attorney at Law
8           555 Mission Street
9           Suite 3000
10          San Francisco, California 94105-0921
11          (415) 393-8247
12          rring@gibsondunn.com
13
14          JAMS
15          BY:  DANIEL B. GARRIE
16          Special Master
17          555 W. 5th Street
18          32nd Floor
19          Los Angeles, California 90013
20          (213) 253-9706
21          dgarrie@jamsadr.com
22
23
24
25      /////
```

CONFIDENTIAL

```
1                   APPEARANCES(cont'd)

2    (All parties appearing via Web videoconference)

3

4    ALSO PRESENT:

5         Ian Chen, Associate General Counsel,

6    Meta Platforms

7         John Macdonell, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page 7

CONFIDENTIAL

```
 1                        I N D E X

 2   DEPONENT                              EXAMINATION

 3   MICHAEL DUFFEY                               PAGE

     VOLUME I

 4

 5                    BY MS. WEAVER               14

 6

 7

 8                    E X H I B I T S

 9   NUMBER                                      PAGE

10                    DESCRIPTION

11   Exhibit 384  Plaintiffs' Third Amended        17

12                Notice of Deposition of

13                Defendant Facebook, Inc.

14                Pursuant to Federal Rule of

15                Civil Procedure 30(b)(6)

16                regarding Preservation of

17                Relevant ESI;

18

19   Exhibit 385  Legal Hold Policy Effective:     32

20                June 20, 2020,

21                ADVANCE-META-0000489 -

22                ADVANCE-META-0000493;

23

24

25   /////
```

CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                   DESCRIPTION

 4    Exhibit 386  30(b)(6) Deposition Notes        52

 5                 6/2/2022, Legal Hold Policy

 6                 Effective:  June 20, 2020,

 7                 ADVANCE-META-0000489 -

 8                 ADVANCE-META-00003256 - Legal

 9                 Hold Policy Effective:  June

10                 20, 2020,

11                 ADVANCE-META-0000489 -

12                 ADVANCE-META-00003259;

13

14    Exhibit 387  Email & Workplace Chat          103

15                 Retention Policy Effective:

16                 October 28, 2022,

17                 ADVANCE-META-0000692 -

18                 ADVANCE-META-0000694;

19

20    Exhibit 388  Electronic Communications       104

21                 Policy Effective:  November

22                 16, 2021,

23                 ADVANCE-META-0000462 -

24                 ADVANCE-META-0000470;

25    /////
```

CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                      PAGE

 3                   DESCRIPTION

 4    Exhibit 389  Gibson Dunn Letter dated        114

 5                 September 6, 2018;

 6

 7    Exhibit 390  Gibson Dunn Letter dated        116

 8                 December 9, 2019;

 9

10    Exhibit 391  US Privacy Program Records      129

11                 Management Policy Effective:

12                 April 20, 2021,

13                 ADVANCE-META-0000504 -

14                 ADVANCE-META-0000509;

15

16    Exhibit 392  US Privacy Program Records      130

17                 Retention Schedule Effective:

18                 April 20, 2021,

19                 ADVANCE-META-0000516 -

20                 ADVANCE-META-0000531;

21

22

23

24

25    /////
```

CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2   NUMBER                                  PAGE

 3                   DESCRIPTION

 4   Exhibit 393  US Privacy Program Records      134

 5                Retention Schedule Effective:

 6                April 20, 2021,

 7                ADVANCE-META-0000555 -

 8                ADVANCE-META-0000568;

 9

10   Exhibit 394  Meta US Privacy Program         134

11                Records File Plan;

12

13   Exhibit 395  FTC Order Records Management     142

14                Policy Effective:  April 28,

15                2020, ADVANCE-META-0000578 -

16                ADVANCE-META-0000585.

17

18

19

20

21

22

23

24

25   /////
```

Veritext Legal Solutions
866 299-5127

```
1        Palo Alto, California; Thursday, June 2, 2022        09:04:04

2                        9:14 a.m.

3                        ---o0o---

4

5            THE VIDEOGRAPHER:  Okay.  We on the            09:14:31

6    record.  It's 9:14 Pacific Time on June 2nd, 2022.

7    This is the depositions of Mike Duffey.  We are in

8    the matter In Re:  Facebook, Inc. Consumer Privacy

9    User Profile Litigation.

10           I'm John Macdonell the videographer with       09:14:47

11   Veritext.

12           Before the reporter swears the witness,

13   would counsel please identify themselves, beginning

14   with the noticing attorney, please.

15           MS. WEAVER:  Good morning, everybody.          09:14:58

16   This is Lesley Weaver of Bleichmar Fonti & Auld on

17   behalf of the plaintiffs.

18           With me today is my partner, Anne Davis,

19   and Josh Samra of my firm is assisting with this

20   deposition.  My cocounsel, Derek Loeser and Cari      09:15:10

21   Laufenberg, are also present virtually.

22           MR. FALCONER:  Good morning.  This is

23   Russ Falconer with Gibson Dunn, here on behalf of

24   Facebook and the witness.  I'm here with my

25   colleagues from Gibson Dunn, Dayne Hauser, Hannah     09:15:27
```

Page 12

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Regan-Smith, and Katie Reyzis.  And also with | 09:15:31 |
| 2 | Ian Chen from Facebook. | |
| 3 | SPECIAL MASTER GARRIE:  And | |
| 4 | Special Master Garrie.  I'm here today on behalf of | |
| 5 | the court. | 09:15:42 |
| 6 | For the record and clarity of the record, | |
| 7 | there will be one attorney taking and one attorney | |
| 8 | defending on today's deposition pursuant to the | |
| 9 | protocol.  All lawyers have agreed to or have | |
| 10 | provided and submitted the signed protective order | 09:15:55 |
| 11 | and will provide copies to counsel and have agreed | |
| 12 | to as such. | |
| 13 | That said, I'm turning it over to counsel | |
| 14 | to start the deposition. | |
| 15 | THE COURT REPORTER:  Mr. Duffey, if you | 09:16:07 |
| 16 | could raise your right hand for me, please. | |
| 17 | THE DEPONENT:  (Complies.) | |
| 18 | THE COURT REPORTER:  You do solemnly | |
| 19 | state, under penalty of perjury, that the testimony | |
| 20 | you are about to give in this deposition shall be | 09:16:07 |
| 21 | the truth, the whole truth and nothing but the | |
| 22 | truth? | |
| 23 | THE DEPONENT:  I do. | |
| 24 | | |
| 25 | ///// | 09:16:24 |

Page 13

CONFIDENTIAL

```
 1                    MICHAEL DUFFEY,                      09:16:24

 2    having been administered an oath, was examined and

 3    testified as follows:

 4

 5                    EXAMINATION                          09:16:24

 6    BY MS. WEAVER:

 7        Q.   Good morning, Mr. Duffey.  Will you

 8    please state your full name and employment for the

 9    record.

10        A.   Sure.  My name is Michael Duffey,          09:16:35

11    D-U-F-F-E-Y.  I am a manager for E-discovery Case

12    Management within the legal department of Meta

13    Platforms, Inc.

14        Q.   And you understand, Mr. Duffey, that you

15    are testifying today as a corporate representative   09:16:55

16    on behalf of Facebook; is that correct?

17        A.   Yes, I understand that.

18        Q.   And how -- have you been a manager of

19    E-discovery since June 2021?

20        A.   That sounds right.                          09:17:12

21        Q.   And prior to that time, from roughly 2017

22    to 2021, you were an E-discovery and litigation

23    case manager; is that correct?

24        A.   That's correct.

25        Q.   Is there any difference between those       09:17:25
```

Page 14

CONFIDENTIAL

1    titles and roles?                                    09:17:27

2         A.   Prior to June 2021, I -- I did not have

3    any direct reports.  I manage three case managers

4    on the E-discovery team now.

5         Q.   And what are case managers in terms of     09:17:51

6    their roles and responsibilities at Facebook?

7         A.   Case managers work with our in-house and

8    outside legal counsel on litigation and regulatory

9    matters involving Meta Platforms, Inc.  We focus on

10   the identification, preservation, collection and     09:18:20

11   production of ESI relevant to a matter.

12        Q.   And do you hold a legal degree?

13        A.   No, I don't.

14        Q.   And prior to Facebook, you worked at

15   Ropes & Gay -- Ropes & Gray, rather -- as a          09:18:48

16   litigation paralegal; is that right?

17        A.   Litigation paralegal specialist.  That's

18   correct.

19        Q.   And then you were at Howrey LLP prior to

20   that; is that right?                                 09:18:59

21        A.   Correct.

22        Q.   I myself was a paralegal at Howrey &

23   Simon, years ago.

24             Okay.  Great.

25             And did -- do you have personal knowledge  09:19:08

Page 15

CONFIDENTIAL

```
 1    of the steps that Facebook took to identify and          09:19:10

 2    collect ESI for production in this matter?

 3              MR. FALCONER:  Objection.  Beyond the

 4    scope of the notice.

 5              You can go ahead and answer.                    09:19:24

 6              THE WITNESS:  Yes.

 7       Q.   (By Ms. Weaver)  Who at Facebook was

 8    responsible for the identification and collection

 9    of ESI in response to the filing of this lawsuit?

10       A.   Our outside counsel and in-house counsel         09:19:49

11    are responsible for identify- -- identifying

12    custodians to be placed on legal hold and

13    ultimately the custodians who are -- are identified

14    for collection of ESI.

15       Q.   So who specifically by name was                  09:20:15

16    responsible for the identification and collection

17    of ESI in response to the filing of this lawsuit?

18              MR. FALCONER:  Objection.  Beyond the

19    scope of the notice.

20              THE DEPONENT:  I'm trying to remember.  I       09:20:44

21    don't know that I can remember all of the names of

22    the in-house counsel that worked on the

23    Cambridge Analytica multi-district litigation over

24    the years.  Gibson Dunn has been our lead counsel

25    on the MDL since 2018.                                   09:20:59
```

Page 16

CONFIDENTIAL

```
 1              Would you like me to try to attempt        09:21:13

 2     some -- some to name some names or --

 3          Q.   (By Ms. Weaver)  Yes, please.

 4              MR. FALCONER:  Objection.  Beyond the

 5     scope of the notice.                              09:21:22

 6              THE WITNESS:  Ian Chen is the lead

 7     in-house counsel on -- on the MDL currently.

 8     Sandeep Solanki was another in-house counsel who

 9     was involved in the Cambridge Analytica matter.

10     Natalie Naugle was another in-house counsel working  09:21:54

11     on the Cambridge matter.

12              Those -- those are the names that I --

13     that I recall.

14          Q.   (By Ms. Weaver)  And with regard -- well,

15     strike that.                                      09:22:19

16              I'll address the scope objection.

17              MS. WEAVER:  Let's mark as Exhibit 384

18     the 30(b)(6) notice, third amended notice of

19     deposition of Facebook to which you are being

20     presented as a witness today.                     09:22:37

21              (Exhibit 384 was marked for

22     identification by the court reporter and is

23     attached hereto.)

24          Q.   (By Ms. Weaver)  And while that's

25     loading, Mr. Duffey, you've been deposed before,    09:22:41
```

                                                    Page 17

```
 1    correct?                                         09:22:44

 2         A.   I have, yes.

 3         Q.   On how many occasions?

 4         A.   Eight or nine times, I think.

 5         Q.   How many times in the last year have you   09:22:58

 6    been deposed?

 7         A.   Once, I believe.

 8         Q.   And what matter was that?

 9         A.   It was an Instagram matter involving

10    facial recognition.                              09:23:24

11         Q.   And when was that?

12         A.   I don't recall.

13         Q.   Was it a remote deposition?

14         A.   It was, yes.

15         Q.   So just for the record, you seem very    09:23:35

16    proficient and capable of answering testimony today

17    in a manner that will be clear and cogent, but just

18    so we understand each other, these are the rules of

19    the road.

20              I will ask you questions and you will    09:23:50

21    answer, and we will attempt not to talk over each

22    so Ms. Romano can get a clear record.

23              Is that fair?

24         A.   Absolutely fair, yes.

25         Q.   And you must answer audibly so that we    09:24:02
```

Page 18

CONFIDENTIAL

```
 1    can get those answers in the record.  Shake of the       09:24:04

 2    head won't do.

 3            Is that fair?

 4       A.   That's fair, yes.

 5       Q.   Okay.                                             09:24:12

 6            We can take breaks, you know, as you need

 7    during this deposition.  You just let me know if

 8    you need a break.  But we ask that you not take a

 9    break while a question is pending.

10            Is that fair?                                     09:24:24

11       A.   Yes, that's fair.  Thank you.

12       Q.   Okay.

13            How many times have you testified as a

14    corporate representative on Facebook's behalf?

15       A.   I believe this is only time or the first         09:24:39

16    time.

17       Q.   And how many times have you testified on

18    Facebook's behalf at all in any litigation?

19       A.   As -- as a deponent or --

20       Q.   Yes, as a deponent.                               09:24:59

21       A.   I believe eight or nine times.

22       Q.   And how many times have you submitted

23    declarations in various litigation matters on

24    behalf of Facebook?

25       A.   I don't know the exact number.  It would         09:25:26
```

Page 19

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | be over 50 times. | 09:25:28 |
| 2 | Q.   And you've submitted a declaration in | |
| 3 | this matter, in fact, haven't you? | |
| 4 | A.   I don't recall. | |
| 5 | Q.   Okay. | 09:25:51 |
| 6 | Are you familiar with the Exhibit Share | |
| 7 | function so that you can review exhibits as this | |
| 8 | deposition proceeds? | |
| 9 | A.   Yes.  I have it open, and I believe I've | |
| 10 | used it before. | 09:26:05 |
| 11 | Q.   Okay. | |
| 12 | And looking at Exhibit 384, do you | |
| 13 | recognize it? | |
| 14 | A.   Yes. | |
| 15 | Q.   What is it? | 09:26:48 |
| 16 | A.   What is the document that I'm looking at? | |
| 17 | Q.   Yes. | |
| 18 | A.   It's the plaintiff's third amended notice | |
| 19 | of deposition of defendant Facebook Inc. regarding | |
| 20 | preservation of relevant ESI. | 09:27:00 |
| 21 | Q.   Okay.  And do you understand that you are | |
| 22 | being produced as a witness today in response to | |
| 23 | this notice? | |
| 24 | A.   Yes, I understand that. | |
| 25 | Q.   Okay. | 09:27:12 |

Page 20

CONFIDENTIAL

```
 1              And let's turn to page 7, and          09:27:13

 2   specifically paragraph 11.

 3              And I'll direct your attention and read

 4   into the record where it says "'You' or 'your' or

 5   'Facebook' or 'defendant' means defendant Facebook,  09:27:27

 6   Inc., together with your predecessors, successors,

 7   parents, subsidiaries, et cetera."

 8              And then if you read on, do you see where

 9   it says "attorneys or other persons occupying

10   similar positions or performing similar functions"?  09:27:42

11        A.   I see that, yes.

12        Q.   And when you were identifying who was

13   involved on behalf of Facebook collecting ESI in

14   this case, you were referring to attorneys, right?

15        A.   I was referring to attorneys, correct.     09:28:04

16        Q.   Okay.  And who at Gibson Dunn, the

17   outside counsel, by name can you identify as being

18   involved in the collection of ESI in this

19   litigation?

20              MR. FALCONER:  Objection.  Beyond the     09:28:19

21   scope of the notice.

22              THE DEPONENT:  There have been lots of

23   attorneys from Gibson Dunn working on the Cambridge

24   matter:  Russ Falconer, Laura Mumm or Munn.  I -- I

25   don't recall people's last names.                    09:28:54
```

Page 21

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | I know Rose Ring works on the | 09:28:58 |
| 2 | Cambridge Analytica matter.  The attorneys that are | |
| 3 | present today for Gibson Dunn.  I'm -- the last | |
| 4 | name is escaping me; her name is -- her first name | |
| 5 | is Martie, M-A-R-T-I-E. | 09:29:21 |
| 6 | Those are the names that come to mind. | |
| 7 | Q.   (By Ms. Weaver)  And for the record, is | |
| 8 | that Martie Kutscher Clark to whom you're | |
| 9 | referring? | |
| 10 | A.   Correct.  Thank you.  That's right. | 09:29:36 |
| 11 | Q.   No -- no problem. | |
| 12 | And you were also identifying other | |
| 13 | individuals present today.  Is that Katie Reyzis | |
| 14 | and Dayne Zolle Hauser and Hannah Regan-Smith? | |
| 15 | A.   Correct. | 09:29:49 |
| 16 | Q.   Great. | |
| 17 | And at the outset of the litigation, in | |
| 18 | 2018, who was responsible for the identification | |
| 19 | and preservation of ESI? | |
| 20 | MR. FALCONER:  Objection.  Beyond the | 09:30:01 |
| 21 | scope. | |
| 22 | THE DEPONENT:  We had some ongoing | |
| 23 | regulatory matters that overlapped with the | |
| 24 | Cambridge Analytica MDL, so I just want to get | |
| 25 | clarity on -- on sort of this question. | 09:30:29 |

Page 22

```
 1              Is the question specific to -- to the        09:30:31

 2    MDL?

 3         Q.   (By Ms. Weaver)  The question is focused

 4    on what efforts were taken to preserve documents

 5    relating to this litigation.  If there was overlap    09:30:43

 6    with some of these efforts with another matter, we

 7    would like to understand that.

 8              MR. FALCONER:  Same objection as before

 9    for continuing the question.

10              THE DEPONENT:  Once again, Gibson Dunn is    09:31:09

11    lead counsel for the multi-district litigation.

12    For the regulatory matters, state AG matters, and

13    the FTC matter involving Cambridge Analytica,

14    counsel for WilmerHale was involved.  We also

15    worked with the Redgrave firm on some preservation    09:31:32

16    issues back in that time period.  I don't recall

17    the names of the people that worked on -- on -- on

18    those matters back in the onset of this litigation.

19         Q.   (By Ms. Weaver)  What were the

20    preservation issues which you worked with the         09:31:53

21    Redgrave firm?

22              MR. FALCONER:  Mr. Duffey, I'll just

23    caution you not to reveal any privileged

24    communications or privileged information, of

25    course, in answering that question.                   09:32:04
```

Page 23

CONFIDENTIAL

| 1 | THE DEPONENT:  I don't recall. | 09:32:15 |

2     Q.    (By Ms. Weaver)  Do you have a general

3  sense of any preservation issues that might have

4  effected the collection of ESI in this matter?

5     A.    No.                                            09:32:27

6     Q.    When was the Redgrave firm retained?

7     A.    I don't recall.

8     Q.    When you say "preservation issues," what

9  do you mean?

10    MR. FALCONER:  Objection.  Form.                   09:32:48

11    Go ahead.

12    THE DEPONENT:  I didn't issues in -- in

13 any sort of negative way.  It was they -- they were

14 working on -- as I stated, I don't recall the

15 specific things.  But -- but Redgrave was -- was       09:33:13

16 involved in the steps taken to -- necessary to --

17 to identify and preserve relevant ESI.

18    Q.    (By Ms. Weaver)  And what specific steps

19 are you thinking of?

20    A.    The steps I'm thinking of are -- are the      09:33:55

21 identification of relevant custodians.

22    Q.    And how did the Redgrave firm identify

23 the relevant custodians?

24    A.    I don't know that Redgrave exclusively

25 identified relevant custodians.  It certainly was a     09:34:20

Page 24

```
 1    collaborative effort between Gibson Dunn and our        09:34:28

 2    in-house counsel working on the matter.

 3         Q.   And when you say Gibson Dunn in this

 4    particular respect, who specifically by name do you

 5    mean?                                                    09:34:43

 6              MR. FALCONER:  Objection.  Beyond the

 7    scope.

 8              THE WITNESS:  I don't -- I don't recall.

 9         Q.   (By Ms. Weaver)  Was it Ms. Mumm or

10    Ms. Kutscher Clark?                                      09:34:54

11              MR. FALCONER:  Same objection.

12              THE DEPONENT:  I don't recall either --

13    I -- I don't recall whether or not they were

14    working on -- on -- on identification of custodians

15    in that 2018 time period.                                09:35:30

16         Q.   (By Ms. Weaver)  Okay.  Who can you

17    identify by name -- well, strike this.

18              I'll address the objection again.

19              Looking at Exhibit 3 -- what is again? --

20    84.                                                      09:35:42

21              I'll direct your attention to topic 3.

22              And while you're looking at it, I'll read

23    it into the record.

24              "All of your efforts to identify and

25    preserve ESI, personal information, documents,          09:35:52
```

Page 25

```
1    data, and content and information, including but          09:35:55

2    not limited to that which was or is associated in

3    any with the named plaintiffs in this action."

4           Do you see that?

5           It's on page --                                    09:36:09

6       A.   I do.

7       Q.   It's on --

8       A.   I see it.

9       Q.   Apologies.

10          Is it your understanding you are                   09:36:14

11   testifying on behalf of Facebook with regard to

12   topic 3?

13      A.   My understanding is that -- I would be

14   speaking to topics as they were laid out in a

15   letter from Gibson Dunn to plaintiff's counsel           09:36:39

16   on -- on I think it was May 18th, 2022.

17      Q.   Right.

18          But the question I'm asking you is that

19   do you understand that you are here to testify

20   regarding Facebook's efforts to identify and             09:36:57

21   preserve ESI personal information, documents, data,

22   and content and information relating to this

23   matter?

24      A.   Yes.

25      Q.   Going back to the identification of              09:37:16
```

Page 26

CONFIDENTIAL

```
 1    custodians for the purpose of collecting ESI in          09:37:22

 2    this matter in 2018, who was involved in that

 3    process by name?

 4              MR. FALCONER:  Objection.  Beyond the

 5    scope.                                                   09:37:32

 6              THE DEPONENT:  Can you repeat the

 7    question, please.

 8         Q.   (By Ms. Weaver)  Yes.

 9              With regard to the identification of

10    custodians for the purpose of preserving and            09:37:50

11    collecting ESI in this matter in 2018, who was

12    involved in that process by name?

13              MR. FALCONER:  Objection.  Beyond the

14    scope.

15              THE DEPONENT:  I remember Sandeep Solanki      09:38:23

16    was one of our -- our in-house attorneys who was

17    responsible for providing the E-discovery team the

18    names of the custodians to be placed on legal hold.

19              I don't -- I recall it, again, being a --

20    a collaborative effort between our outside counsel      09:38:54

21    and our in-house counsel, but I cannot recall by

22    name all of those individuals.

23         Q.   (By Ms. Weaver)  Can you recall by name

24    any of them?

25              MR. FALCONER:  Same objection.                09:39:08
```

Page 27

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  No. | 09:39:13 |
| 2 | Q.   (By Ms. Weaver)  Was Josh Lipshutz | |
| 3 | involved? | |
| 4 | MR. FALCONER:  Same objection. | |
| 5 | THE DEPONENT:  I don't know. | 09:39:25 |
| 6 | Q.   (By Ms. Weaver)  Were you? | |
| 7 | MR. FALCONER:  Same objection. | |
| 8 | THE DEPONENT:  I was not involved in the | |
| 9 | identification of relevant custodians. | |
| 10 | Q.   (By Ms. Weaver)  And the only person you | 09:39:39 |
| 11 | can think of who was involved in the identification | |
| 12 | of relevant custodians by name is Mr. Solanki; is | |
| 13 | that right? | |
| 14 | MR. FALCONER:  Same objection. | |
| 15 | THE DEPONENT:  Yes. | 09:39:58 |
| 16 | Q.   (By Ms. Weaver)  What was the process by | |
| 17 | which Facebook identified custodians? | |
| 18 | A.   Our in-house and outside counsel are -- | |
| 19 | work together to -- to identify relevant custodians | |
| 20 | in a matter. | 09:40:24 |
| 21 | Q.   How did they work together to identify | |
| 22 | the custodians? | |
| 23 | A.   I'm not part of those discussions. | |
| 24 | Q.   So you don't know? | |
| 25 | A.   I know that they collaborate and work | 09:40:45 |

Page 28

CONFIDENTIAL

```
 1    together.  To what extent that they do that, I          09:40:47

 2    can't answer that.

 3         Q.   Okay.  I'm just trying to actually

 4    understand the process and what you mean by

 5    "collaborate and work together."                         09:40:54

 6              Do they interview people?  Do they look

 7    at documents?  Did you speak with anybody to find

 8    out who was -- and by "you," I mean Facebook -- who

 9    was involved in Cambridge Analytica?  What was the

10    process for identification custodians that Facebook      09:41:06

11    engaged in this matter in 2018?

12         A.   Yes, I do believe that they talked to

13    employees at the company to understand if there is

14    any involvement on any matter, including

15    Cambridge Analytica.  We also ask our custodians to      09:41:29

16    assist in identifying additional custodians that --

17    that worked on relevant topics related to the

18    matter, so that -- so that's our process.

19         Q.   Okay.

20              Let's return for a moment just back to         09:41:57

21    Exhibit 384.  And looking at the exhibit, do you

22    understand that you are here to testify on all of

23    the topics, 1 through 8, identified in Exhibit 384?

24         A.   No.  As I mentioned, I -- I had

25    understood that the topics were -- were listed in        09:42:24
```

Page 29

CONFIDENTIAL

```
 1    the letter to plaintiff's counsel from Gibson Dunn        09:42:31

 2    in May -- in May of this year.

 3         Q.   I understand.  I've read the

 4    correspondence.

 5            But I'm asking you this question:  Is           09:42:45

 6    there any topic listed in Exhibit 384 upon which

 7    you are not prepared to testify generally?

 8            MR. FALCONER:  Objection.  Form.

 9            THE DEPONENT:  The -- topic 8 is -- is

10    one for which -- I, you know, don't have by name,        09:44:00

11    title, position all persons responsible with the

12    decision-making as it pertains to topics 3 and 7.

13         Q.   (By Ms. Weaver)  So for the record, topic

14    8 says "identify by name, title, position, employer

15    all persons responsible for and involved with           09:44:20

16    decision-making relating to topics 3 through 7 as

17    well as a general description of these decisions,

18    the timing of those decisions, and the effect of

19    those decisions."

20            That's the topic you were referring to,        09:44:32

21    correct?

22         A.   That's the topic I'm referring to, yes.

23         Q.   And you're saying you have no knowledge

24    or maybe you have general knowledge with regard to

25    topic 8?                                                 09:44:45
```

Page 30

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   I have general knowledge.  The -- but -- | 09:44:50 |
| 2 | but the topic is asking for all persons and -- and | |
| 3 | name, title, and position, which -- which, | |
| 4 | you know, depending on the question, I might -- I | |
| 5 | might struggle with. | 09:45:10 |
| 6 | Q.   Fair enough.  That's okay.  We | |
| 7 | understand. | |
| 8 | Let's look for a moment here at topic 1. | |
| 9 | Is it fair to describe topic 1 as | |
| 10 | Facebook's guidelines, policies, practices, | 09:45:25 |
| 11 | procedures, rules, et cetera, regarding the | |
| 12 | collection, preservation, retention of ESI, | |
| 13 | personal information, documents, data and content, | |
| 14 | and information relating to this action? | |
| 15 | MR. FALCONER:  Objection.  Form. | 09:45:49 |
| 16 | THE DEPONENT:  I did -- I didn't catch a | |
| 17 | question there, Counsel.  I'm sorry. | |
| 18 | Q.   (By Ms. Weaver)  That's okay.  I'm just | |
| 19 | trying to get your general understanding of what | |
| 20 | you think topic 1 entails, so I was asking a | 09:46:01 |
| 21 | leading question, which I will do again and | |
| 22 | hopefully it will be helpful. | |
| 23 | Is it fair to describe topic 1 as | |
| 24 | Facebook's guidelines, policies, practices, | |
| 25 | procedures, rules, et cetera, regarding the | 09:46:15 |

Page 31

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | collection, preservation, and retention of ESI, | 09:46:18 |
| 2 | personal information, documents, data, content, and | |
| 3 | information relating to this action? | |
| 4 | MR. FALCONER:  Objection.  Form. | |
| 5 | THE DEPONENT:  Yes, that's fair. | 09:46:36 |
| 6 | Q.   (By Ms. Weaver)  What is your | |
| 7 | understanding of what ESI is? | |
| 8 | A.   ESI is an acronym for electronically | |
| 9 | stored information. | |
| 10 | Q.   And what is electronically stored | 09:46:56 |
| 11 | information? | |
| 12 | A.   That could be, you know, documents, | |
| 13 | communications, electronic communications data, | |
| 14 | within the company. | |
| 15 | (Exhibit 385 was marked for | 09:47:18 |
| 16 | identification by the court reporter and is | |
| 17 | attached hereto.) | |
| 18 | MS. WEAVER:  We are marking as | |
| 19 | Exhibit 385 tab 29, Mr. Samra. | |
| 20 | And for the record, Exhibit 385 -- | 09:47:29 |
| 21 | Q.   (By Ms. Weaver)  -- which will be up in a | |
| 22 | moment, Mr. Duffey.  I'm just going to read the | |
| 23 | Bates numbers into the record. | |
| 24 | And you know what those are; is that | |
| 25 | correct?  A Bates number? | 09:47:38 |

Page 32

CONFIDENTIAL

```
 1         A.   I know what a Bates number is, yes.        09:47:39

 2         Q.   Yes.

 3              MS. WEAVER:  Exhibit 385 bears Bates

 4    numbers Advance-Meta-0000489 through -493.

 5         Q.   (By Ms. Weaver)  And let me know when you   09:47:58

 6    have it up.

 7              MS. WEAVER:  I am informed that it is

 8    loaded, and I see the file.

 9              THE WITNESS:  I have it up now.

10              MS. WEAVER:  Okay.  Great.               09:48:39

11              MR. FALCONER:  Can you give me just a

12    second?  Sorry.  I'm still --

13              MS. WEAVER:  No problem.

14              MR. FALCONER:  Sorry.

15              I got it.  Thank you.                   09:48:46

16         Q.   (By Ms. Weaver)  And you may take a

17    moment to review it, of course, Mr. Duffey.  But

18    when you've had a moment, please tell me whether or

19    not you recognize Exhibit 385.

20         A.   Yes, I do recognize it.                 09:49:04

21         Q.   And what is it?

22         A.   It's the company's legal hold policy.

23         Q.   And when you say "the company's," do you

24    mean Meta or Facebook?

25              MR. FALCONER:  Objection.  Form.         09:49:19
```

Page 33

CONFIDENTIAL

```
  1              THE DEPONENT:  When I say "company," I        09:49:26
  2     mean -- I mean Meta Platforms, Inc., but that's
  3     what I -- that's -- that's the company.
  4         Q.   (By Ms. Weaver)  Okay.
  5              Is -- but you're here testifying on           09:49:39
  6     behalf of Facebook.  Does this -- does
  7     Exhibit 385 -- represent Facebook's current legal
  8     hold policy?
  9              MR. FALCONER:  Objection.  Form.
 10              THE DEPONENT:  I believe this -- this         09:50:02
 11     policy was put into effect before the company
 12     changed its name from Facebook Inc. to Meta
 13     Platform, Inc.  So -- so I would say yes to your
 14     question.
 15         Q.   (By Ms. Weaver)  And in preparation for       09:50:19
 16     your deposition today, did you review other legal
 17     hold notices other than Exhibit 385 -- legal hold
 18     policies, rather?
 19         A.   Do you mind restating the question?
 20         Q.   No problem.                                   09:50:34
 21              In preparation for your deposition today,
 22     did you review legal hold policies other than
 23     Exhibit 385?
 24         A.   I reviewed this document.  I did not
 25     review any earlier versions of this policy.         09:50:59
```

Page 34

CONFIDENTIAL

```
 1          Q.   Do earlier versions exist?                    09:51:04

 2          A.   I believe so.  At the -- on the last

 3     page, it indicates that there is a -- that what we

 4     are looking at is the portal version 3.

 5               So I believe that there were possibly two     09:51:33

 6     earlier versions of this policy.

 7          Q.   Did Facebook have a legal hold policy in

 8     place in March of 2018?

 9          A.   I don't believe we had a formal legal

10     hold policy in place prior to June 10th, 2020.        09:52:08

11          Q.   Okay.

12               What did you do to prepare for your

13     deposition today?

14          A.   Counsel, I have a few pages of notes here

15     in front of me.  Is it okay if I -- I refer to        09:52:33

16     them?

17          Q.   You may.

18               MS. WEAVER:  And I'll request their

19     immediate production, Russ.  And I really -- just a

20     standing request that if things like that happen,     09:52:44

21     these are produced ahead of the deposition so we

22     can prepare.

23          Q.   (By Ms. Weaver)  Please go ahead and

24     answer the question.  And, yes, you may rely on

25     those documents, Mr. Duffey.                          09:53:00
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        A.    Thank you.                                    09:53:03

 2              I met with counsel for Gibson Dunn

 3    approximately for 38 hours over the course of four

 4    weeks.  I believe that there were ten sessions.

 5              I reviewed the documents that were           09:53:22

 6    produced to plaintiffs, I believe a week or so ago.

 7              I reviewed correspondence from Gibson

 8    Dunn to plaintiffs regarding legal hold and -- and

 9    preservation of ESI.

10              I reviewed a handful of documents that       09:53:53

11    were provided from -- by plaintiffs to Gibson Dunn.

12              I reviewed the 30(b)(6) notice and the

13    correspondence that I mentioned from May 18th,

14    2020 -- 2022.

15              I spoke with various employees at the        09:54:25

16    company to help learn more about the various topics

17    at issue here.

18        Q.    And is all of this information detailed

19    in the notes that you're reviewing?

20        A.    The -- the timing of the events, the        09:54:56

21    number is on -- on the notes.  The people that I

22    spoke with are -- are also listed.

23        Q.    Do you have --

24        A.    There's listing --

25        Q.    I'm so sorry.  Please continue.              09:55:15
```

Page 36

```
 1        A.   Oh, I was just -- no, no.                    09:55:18

 2             You know, I mentioned that I reviewed the

 3   documents.  Those are not listed in my notes, no.

 4        Q.   What documents did you review?

 5        A.   The policies that were produced to          09:55:38

 6   plaintiffs a week or so ago.  I don't know -- I

 7   don't know the exact date that that production was

 8   made.

 9             Cor- -- again, correspondence from Gibson

10   Dunn to plaintiffs regarding the legal hold and      09:56:02

11   preservation of ESI.

12             I reviewed some documents that plaintiffs

13   provided to Gibson Dunn.

14             I reviewed the 30(b)(6) notice.

15             I -- I saw -- I reviewed an email from      09:56:34

16   Special Master Garrie regarding questions he had

17   for this deposition.

18             Counsel showed me, I believe, the initial

19   disclosures that plaintiffs filed in this case and

20   a very short portion of the Tyler King deposition    09:57:17

21   transcript.

22        Q.   Anything else?

23        A.   No.

24        Q.   What was the subject matter of the

25   portion of the Tyler King deposition transcript      09:57:41
```

Page 37

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that you reviewed? | 09:57:44 |
| 2 | A.   It was confirmation that her account was | |
| 3 | deleted in 2018. | |
| 4 | Q.   And were you involved in seeking to | |
| 5 | preserve any ESI relating to Ms. King's account? | 09:58:08 |
| 6 | MR. FALCONER:  Objection.  Beyond the | |
| 7 | scope of the notice. | |
| 8 | THE DEPONENT:  I was not personally | |
| 9 | involved, but there were members of my team that -- | |
| 10 | that were involved. | 09:58:26 |
| 11 | Q.   (By Ms. Weaver)  And who was that? | |
| 12 | A.   Another case manager on the E-discovery | |
| 13 | team.  Her name is Jennifer Allen, A-L-L-E-N. | |
| 14 | Q.   And what do you recall about efforts to | |
| 15 | preserve ESI relating to Ms. King's account? | 09:58:51 |
| 16 | A.   There was an attempt made to take a DYI | |
| 17 | snapshot of Ms. King's account as well as there was | |
| 18 | a preservation effort to preserve information using | |
| 19 | a tool and -- a tool that we call Switchboard. | |
| 20 | Q.   And was, in fact, a DYI snapshot of | 09:59:36 |
| 21 | Ms. King's account taken? | |
| 22 | A.   We attempted to take those snapshots in | |
| 23 | March 9th -- on March 9th, 2020, because Ms. King's | |
| 24 | account was deleted in 2018.  I don't believe that | |
| 25 | there was any data available to be taken as a | 10:00:09 |

Page 38

CONFIDENTIAL

```
 1    snapshot.                                              10:00:13

 2         Q.   Were any attempts to take snapshots taken

 3    before March 9th, 2020?

 4         A.   I know -- I know that our -- our counsel

 5    at Gibson Dunn attempted to obtain information        10:00:39

 6    necessary to identify the named plaintiffs'

 7    accounts.  I don't believe we received that

 8    information until late 2019, early 2020.

 9         Q.   The question was were any attempts made

10    to take snapshots before March 9th, 2020?             10:01:16

11         A.   No.

12         Q.   You referenced a tool called Switchboard.

13              Do you recall that?

14         A.   Yes.

15         Q.   What is Switchboard?                         10:01:40

16         A.   Switchboard is a investigative tool that

17    has information related to Facebook users that our

18    law enforcement response team is responsible for.

19         Q.   And who --

20         A.   That tool is used -- I'm sorry.              10:02:10

21              That tool is used to take snapshots of

22    information about a Facebook user.

23         Q.   How is Switchboard different than any

24    other tool that might be used to take a snapshot of

25    an account?                                            10:02:36
```

Page 39

```
 1              MR. FALCONER:  Objection.  Form.              10:02:37

 2              THE DEPONENT:  Switchboard and DYI are

 3      very similar in the information that is captured in

 4      a snapshot.  Switchboard has some additional

 5      information that DYI doesn't pertaining to Facebook    10:03:03

 6      groups and advertising accounts.

 7          Q.  (By Ms. Weaver)  And specifically, does

 8      Switchboard contain relating to Facebook groups and

 9      advertising accounts that DYI does not?

10          A.  My understanding is that DYI doesn't have      10:03:49

11      information related to whether a user is an

12      administrator of a particular Facebook group.  I

13      don't believe DYI has information related to a

14      user's advertising accounts.

15          Q.  And when you say "a user's advertising         10:04:13

16      accounts," what do you mean?

17          A.  If a user is selling ads on Facebook.

18          Q.  So for the record, Switchboard has

19      information regarding users' advertisers' accounts

20      that are used to sell ads on Facebook; is that        10:04:46

21      correct?

22          A.  I'm not -- I'm not sure of the exact

23      information relating to advertising accounts in

24      Switchboard.  That would be a question for the law

25      enforcement response team.                            10:05:06
```

Page 40

CONFIDENTIAL

```
 1          Q.   What is the law enforcement response        10:05:07

 2     team?

 3          A.   That -- that team is -- is -- receives

 4     subpoenas and requests from law enforcement

 5     regarding individual users at Facebook.              10:05:31

 6          Q.   And why does the law enforcement response

 7     team use Switchboard as opposed to DYI tool?

 8               MR. FALCONER:  Objection.  Beyond the

 9     scope of the notice.

10               And, Mr. Duffey, again, I'll just caution  10:05:49

11     you:  Don't reveal any privileged communications

12     you may have had in the course of your work at the

13     company in answering that question.

14               THE DEPONENT:  I don't know -- I don't

15     know the -- the -- all of the reasons why the law   10:06:17

16     enforcement response team uses Switchboard.  I know

17     that Switchboard was a tool used by that team

18     before DYI.  The ability to download your

19     information was available to users.

20               I -- I -- I think that it -- the law       10:06:39

21     enforcement response team can produce records to

22     law enforcement in response to subpoena in a more

23     usable way than DYI has available to it as a

24     download.

25          Q.   (By Ms. Weaver)  And when you say "in a    10:07:07
```

CONFIDENTIAL

```
 1    more usable way," what do you mean?                    10:07:08

 2         A.   In a, you know -- like a PDF record.

 3         Q.   And does the Switchboard tool also have

 4    the ability to retrieve information not contained

 5    in DYI that would include, for example, deleted       10:07:36

 6    posts or other kinds of activity that is not

 7    captured by the DYI tool, setting aside the two

 8    examples that you earlier identified?

 9         A.   I don't believe so, no.  If a user

10    deletes -- Switchboard, similar to DYI, is a          10:08:01

11    snapshot of -- for a particular day and time.  If a

12    user were to delete a post, for instance, and we

13    take the Switchboard snapshot after a post is

14    deleted, that would not be captured in Switchboard,

15    no.                                                    10:08:29

16         Q.   Does the law enforcement response team

17    use any tools other than Switchboard to collect and

18    provide information about users in response to

19    subpoenas?

20              MR. FALCONER:  Objection.  Beyond the        10:08:42

21    scope of the notice.

22              THE DEPONENT:  I don't know.

23         Q.   (By Ms. Weaver)  Who would know?

24              MR. FALCONER:  Same objection.

25              THE DEPONENT:  Somebody -- somebody on        10:09:03
```

Page 42

CONFIDENTIAL

```
 1    the law enforcement response team would know the        10:09:04

 2    answer to that question.

 3         Q.   (By Ms. Weaver)  Can you identify anybody

 4    by name who was on the law enforcement response

 5    team?                                                    10:09:12

 6         A.   Yes.  I'm going to have a very difficult

 7    time pronouncing or spelling her last name.  But it

 8    is, I believe, Lana Schednenko.

 9              Another -- another person on -- on that

10    team is a woman by the name of Beth Jarvis,            10:09:44

11    J-A-R-V-I-S.

12         Q.   Is there anyone else that you can think

13    of?

14         A.   Not by name, no.

15         Q.   And these are current employees; is that     10:10:13

16    correct?

17         A.   I believe they are current employees,

18    yes.

19         Q.   Is it your understanding that in response

20    to a subpoena, the law enforcement response team       10:10:22

21    provides information about users that goes beyond

22    the scope of what's in a DYI file?

23              MR. FALCONER:  Objection.  Beyond the

24    scope of the notice.

25              THE DEPONENT:  I don't know.                  10:10:44
```

Page 43

CONFIDENTIAL

```
 1        Q.   (By Ms. Weaver)  When Facebook tried to       10:10:48

 2   use Switchboard to retrieve Ms. King's ESI, did

 3   that yield any results?

 4        A.   I don't believe so.

 5        Q.   Did Facebook use Switchboard to retrieve       10:11:04

 6   any ESI for any other named plaintiff in this

 7   action?

 8        A.   I don't understand what you mean by

 9   "retrieve."

10        Q.   That's a fair question.                        10:11:23

11             What was Facebook using Switchboard to do

12   with regard to Ms. King's ESI?

13        A.   We attempted to take a snapshot in order

14   to preserve whatever information was available

15   regarding Ms. King's account at the time -- at the       10:11:45

16   time -- at -- yeah, March -- on March 9th, 2020.

17        Q.   And is it your testimony that there was

18   no ESI at all available with regard to Ms. King?

19        A.   I don't know if there was any ESI

20   available at all.  I don't believe there was,            10:12:16

21   but -- but I am not sure.

22        Q.   So was there an attempt to retrieve any

23   data with regard to Ms. King's ESI as opposed to

24   take a snapshot of what currently existed?

25             MR. FALCONER:  Objection.  Form.               10:12:36
```

                                                 Page 44

CONFIDENTIAL

```
 1              THE DEPONENT:  Again, I -- I'm not -- I'm      10:12:42

 2    not quite -- I don't understand what you mean by

 3    the -- the word "re- -- retrieve."

 4         Q.   (By Ms. Weaver)  When you say you didn't

 5    believe there was any ESI available at all, what      10:12:58

 6    did you mean by "available"?

 7         A.   Available for preservation purposes.

 8         Q.   And what does "available" mean?

 9         A.   That -- that any information existed at

10    the time that we tried to take the snapshot.         10:13:25

11         Q.   When you say "existed," are you including

12    in that definition data which might exist but had

13    been anonymized or "pseudonymized" in a way such

14    that it was just not associated with Ms. King?

15         A.   I'm not, no.                               10:13:47

16         Q.   Were any attempts made to reidentify or

17    reassociate data with Ms. King's account?

18              MR. FALCONER:  Objection.  Beyond the

19    scope of the notice.

20              THE DEPONENT:  I don't know.               10:14:03

21         Q.   (By Ms. Weaver)  Who would know?

22         A.   When -- when you -- when you refer to

23    sort of like anonymization and reidentification, I

24    think -- I think, to me, that would be a question

25    for the E-discovery data science team.              10:14:51
```

                                                    Page 45

CONFIDENTIAL

```
 1        Q.   And who specifically by name is on that        10:14:57
 2   team who you think might have knowledge of this?
 3        A.   The two data scientists that I know that
 4   are working on the Cambridge matters are Maggie Ji,
 5   M-A-G-G-I-E J-I.  And Gerardo, G-E-R-A-R-D-O,        10:15:13
 6   Zaragoza, Z-A-R-A-G-O-Z-A.
 7        Q.   And returning to the snapshot tool, do
 8   you know if the snapshot -- or sorry.  Strike that.
 9             With regard to the Switchboard tool, do
10   you know if it was used to take a snapshot of any        10:15:51
11   other named plaintiff's account in this action?
12        A.   Yes, it was.
13        Q.   For which named plaintiffs?
14        A.   These all took place on March 9th, 2020.
15             Steve Akins.                                     10:16:17
16             Would you like me to spell those names
17   or -- are we comfortable that everybody knows who
18   I'm talking about when I --
19        Q.   With the court reporter's permission, if
20   we can skip the spelling, the deposition will be        10:16:30
21   shorter.
22             MS. WEAVER:  Is that okay, Ms. Romano?
23             Okay.
24        Q.   (By Ms. Weaver)  Yes, you may skip the
25   spelling and we'll clean that up later.        10:16:37
```

Page 46

CONFIDENTIAL

```
1        A.    Okay.                                      10:16:40

2              Jason Ariciu, Anthony Bell, Bridgett

3    Burke, Terry Fischer, Jordan O'Hara, and Cheryl

4    Senko.

5              My understanding is that Bridgett Burke,   10:17:03

6    there was a -- was a second account identified, and

7    so a -- a Switchboard snapshot was taken on the

8    second account on September 27th, 20221.

9        Q.    So did Facebook produce the Switchboard

10   snapshots in this action as well as the efforts to   10:17:32

11   retrieve from the DYI tool?

12             MR. FALCONER:  Objection.  Beyond the

13   scope of the notice.

14             THE DEPONENT:  The question was has

15   Facebook produced from the Switchboard tool?  I      10:17:50

16   don't believe so, no.

17       Q.    (By Ms. Weaver)  And do you know why that

18   is?

19             MR. FALCONER:  Objection.  Beyond the

20   scope of the notice.                                 10:18:01

21             And, again, Mr. Duffey, to the extent you

22   can answer that question without revealing any

23   privileged communications, you can do so.  But if

24   you can't, you should not answer the question.

25             THE DEPONENT:  I don't know.               10:18:19
```

CONFIDENTIAL

```
 1        Q.   (By Ms. Weaver)  Was there a technical        10:18:20

 2   impediment to producing the PDFs from the

 3   Switchboard tool in this case?

 4             MR. FALCONER:  Objection.  Beyond the

 5   scope of the notice.                                    10:18:27

 6             THE DEPONENT:  Not that I'm aware of.

 7             MS. WEAVER:  We would request immediate

 8   production of those PDFs.

 9             MR. FALCONER:  Understood.

10             Lesley, we've been going just a little        10:18:48

11   more than an hour --

12             MS. WEAVER:  That's fine.

13             MR. FALCONER:  When you get to a point,

14   if we can take a quick break?  I don't know if

15   you're done with Switchboard or not, but --             10:18:54

16             MS. WEAVER:  We can take a break.  That's

17   fine.

18             THE VIDEOGRAPHER:  Okay.  We're off the

19   record.  It's 10:19 a.m.

20             (Recess taken.)                               10:19:01

21             THE VIDEOGRAPHER:  Okay.  We are back on

22   the record.  It's 10:35 a.m.

23        Q.   (By Ms. Weaver)  Mr. Duffey, you

24   understand you're still under oath, correct?

25        A.   Yes, I understand that.                       10:35:47
```

Page 48

CONFIDENTIAL

1      Q.   And before the break, we were discussing        10:35:49

2    the Switchboard tool.

3           Do you recall that?

4      A.   Yes, I do.

5      Q.   And when was the DYI tool first               10:35:56

6    implemented?

7           MR. FALCONER:   Objection.   Beyond the

8    scope of the notice.

9           THE DEPONENT:   I don't know.

10     Q.   (By Ms. Weaver)   You testified earlier       10:36:10

11   that the Switchboard tool was used before the DYI

12   tool.

13          Do you recall that?

14     A.   Yes, I do recall that testimony, yes.

15     Q.   And what, roughly, do you recall about        10:36:21

16   the timeline of the Switchboard tool being used to

17   take snapshots of ESI as opposed to the DYI tool?

18          MR. FALCONER:   Objection.   Beyond the

19   scope.

20          THE DEPONENT:   I started at the company       10:36:41

21   in -- in 2017, and we have been using Switchboard

22   since then.   I -- I don't recall DYI having been

23   available for snapshot in that time period.   So

24   that's why my belief is that Switchboard was used

25   before -- before DYI.                               10:37:09

Page  49

1    Q.   (By Ms. Weaver)  And when you say "in          10:37:11

2    that time period," do you mean 2017 or 2018?

3    A.   Yeah, both.  You know, it was -- it was

4    not -- I meant -- I meant 2017 when I started,

5    but -- but in 2018, I don't recall DYI being used     10:37:32

6    as -- as a preservation tool for snapshots.

7    Q.   Did the DYI tool become the tool to be

8    used as preservation -- well, strike that.  Let me

9    ask the question again.

10           At some point in time, did Facebook begin    10:38:01

11   to use the DYI tool to take snapshots for

12   preservation purposes?

13           MR. FALCONER:  Objection.  Form.

14           THE DEPONENT:  Both are used.  I don't

15   recall when the, you know, the first instance of     10:38:22

16   E-discovery team using DYI as a preservation

17   mechanism for user accounts.

18   Q.   (By Ms. Weaver)  Fair enough.

19           Do you know if the DYI tool is used as

20   commonly as the Switchboard tool for preservation    10:38:44

21   snapshots?

22           MR. FALCONER:  Objection.  Beyond the

23   scope of the notice.

24           THE DEPONENT:  I don't know that.

25   Q.   (By Ms. Weaver)  In your experience, have       10:38:57

Page 50

```
 1   you more often used the Switchboard tool than the          10:38:57

 2   DYI tool for preservation snapshots?

 3           MR. FALCONER:  Objection.  Beyond the

 4   scope of the notice.

 5           THE DEPONENT:  Yes.                                 10:39:14

 6       Q.   (By Ms. Weaver)  And why is that?

 7           MR. FALCONER:  Same objections.

 8           THE DEPONENT:  I -- I don't know why that

 9   is.  My -- my instinct is part of it would be

10   because of the -- the way that snapshot could be           10:39:48

11   presented.

12       Q.   (By Ms. Weaver)  Any other reason you can

13   think of?

14           MR. FALCONER:  Same objection.

15           THE DEPONENT:  No.                                  10:40:06

16       Q.   (By Ms. Weaver)  And when you say it

17   would be because of the way that snapshot could be

18   presented, what do you mean?

19       A.   I mentioned this earlier.  It's -- it's

20   the sort of -- my understanding is that DYI is --          10:40:29

21   is lots of individual files, so a Switchboard

22   snapshot, from my experience, can be provided as a

23   PDF.

24       Q.   And when were the Switchboard snapshots

25   created for the named plaintiffs in this case?             10:41:00
```

                                                        Page 51

```
 1          A.    March 9th, 2020.  And then the second      10:41:18

 2    Bridgett Burke account on September 27th, 2021.

 3          Q.    And you're consulting your notes; is that

 4    correct?

 5          A.    I am.                                       10:41:33

 6          Q.    And I believe if you look in your

 7    Exhibit Share that that -- your notes have been

 8    marked as Exhibit 386.

 9                (Exhibit 386 was marked for

10    identification by the court reporter and is            10:41:53

11    attached hereto.)

12          Q.    (By Ms. Weaver)  Do you see that?

13          A.    Yes.

14          Q.    So looking at Exhibit --

15                And just for the record, what is           10:42:16

16    Exhibit 386?

17          A.    These are notes that I took during the

18    course of my preparation for this deposition.

19          Q.    And when did you prepare these notes?

20          A.    I think I started on Monday and continued  10:42:49

21    to update the notes through yesterday.

22          Q.    And looking at the page ending with Bates

23    number -3258 in Exhibit 386.

24                Do you see a reference to Switchboard

25    there?                                                 10:43:11
```

CONFIDENTIAL

```
 1        A.   Yes.                                    10:43:15

 2        Q.   And do you see that it's written "has

 3   more information about other users compared to DYI.

 4   It also has information related to pages, groups,

 5   advertising accounts."                            10:43:24

 6             Do you see that?

 7        A.   Yes.

 8        Q.   How do you know that?

 9        A.   Based off of discussions with Jen Allen,

10   Jennifer Allen, who took the snapshots.           10:43:53

11        Q.   Thank you.

12             And you believe that to be true, correct?

13        A.   Yes, I do believe that to be true.

14        Q.   And when you wrote -- I'm sorry.

15             You wrote those sentences; is that right?  10:44:11

16   Is that fair?

17        A.   (Nodding.)

18             Yes.

19        Q.   Okay.

20             When you wrote "has more information       10:44:18

21   about other users" --

22        A.   Uh-huh.

23        Q.   -- what did you mean by "other users"?

24        A.   Because Switchboard is used by the law

25   enforcement response team, I believe that          10:44:40
```

Page 53

```
 1    Switchboard captures additional information about        10:44:44

 2    who the user is interacting with.

 3         Q.   Would that include who users' friends are

 4    or also individuals who are not friends but are

 5    engaged in activity with the user?                       10:45:12

 6         A.   I don't know.

 7         Q.   Do you know specifically what more

 8    information about other users Switchboard has other

 9    than DYI?

10         A.   I don't understand the question.              10:45:37

11         Q.   I'm just trying to understand when you

12    say "has more information about other users"

13    specifically what that is.

14              Can you be more specific?

15         A.   Compared to DYI?                                10:45:53

16         Q.   Yes.

17         A.   Is that the question?

18         Q.   Yes.

19         A.   I don't have that level of detail, no.

20         Q.   But Jennifer Allen would; is that right?      10:45:59

21         A.   I think that would be more of an

22    appropriate question to the law enforcement

23    response team.

24         Q.   And did you speak with them in

25    preparation for your deposition?                         10:46:16
```

Page 54

CONFIDENTIAL

```
 1          A.   No.                                        10:46:18

 2          Q.   Do you see where you wrote "it" --

 3    meaning Switchboard -- "also has information

 4    related to pages, groups, advertising accounts"?

 5          A.   Yes.                                       10:46:35

 6          Q.   What information does Switchboard have

 7    about pages that the DYI tool does not?

 8          A.   The question was asking about pages

 9    specifically?

10          Q.   Yes.                                       10:47:02

11          A.   I don't know.

12          Q.   What information did the Switchboard tool

13    have about groups that the DYI does not?

14          A.   My understanding is that the DYI tool

15    does not maintain information about groups for       10:47:27

16    advertising accounts.

17          Q.   And when you say "groups," what do you

18    mean?

19          A.   Facebook groups.

20          Q.   And can you state for the record what     10:47:44

21    Facebook groups are?

22          A.   Sure.  I'm sorry.

23          Q.   No problem.

24          A.   A group is -- how would I -- if you have

25    an interest in a specific topic, for instance,       10:48:05
```

Page 55

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | surfing, there could be a group established or -- | 10:48:10 |
| 2 | or created or in existence that is related to | |
| 3 | surfing that you could, you know, join and interact | |
| 4 | with others that are not necessarily your -- or not | |
| 5 | your friends, but people that have the same level | 10:48:29 |
| 6 | of interest. | |
| 7 | So that is the -- a way to interact | |
| 8 | outside of your network of -- of friends. | |
| 9 | Q.   Do you know if the Switchboard tool has | |
| 10 | the ability to collect information about privacy | 10:48:43 |
| 11 | settings? | |
| 12 | A.   I believe it does, yes. | |
| 13 | Q.   And what specific information about | |
| 14 | privacy settings can the Switchboard tool collect? | |
| 15 | A.   I don't know the answer to that. | 10:49:04 |
| 16 | Q.   Okay.  What's the basis for saying that | |
| 17 | you think it does have the ability to collect | |
| 18 | information about privacy settings? | |
| 19 | A.   The basis would just be, you know, having | |
| 20 | worked -- worked on a variety of -- of, you know, | 10:49:25 |
| 21 | legal matters. | |
| 22 | Q.   And what specifically do you know, as you | |
| 23 | sit here, about what information about privacy | |
| 24 | settings the Switchboard tool can collect? | |
| 25 | A.   I don't know anything specifically.  I | 10:49:49 |

Page 56

| | | |
|---|---|---|
| 1 | just -- I just understand that the Switchboard tool | 10:49:50 |
| 2 | can -- has -- has information about privacy | |
| 3 | settings in it, but -- but nothing specific, to my | |
| 4 | knowledge -- | |
| 5 | Q.   Okay. | 10:50:04 |
| 6 | A.   -- that I can share with me. | |
| 7 | Q.   Fair enough. | |
| 8 | And when you say "privacy settings," what | |
| 9 | do you mean, just so that we understand each other? | |
| 10 | A.   I mean the -- the controls that a user | 10:50:18 |
| 11 | can set about, for instance, who can see your posts | |
| 12 | or -- so -- so the settings for access of -- of | |
| 13 | information related to your user account. | |
| 14 | Q.   Do you know if the Switchboard tool | |
| 15 | reflects information about privacy settings on | 10:50:38 |
| 16 | specific posts or actions as opposed to the overall | |
| 17 | setting? | |
| 18 | A.   I don't know. | |
| 19 | Q.   Okay. | |
| 20 | Does the privacy -- sorry. | 10:50:56 |
| 21 | Does the Switchboard have the ability to | |
| 22 | collect information about which apps the user's | |
| 23 | downloaded? | |
| 24 | MR. FALCONER:  Objection.  Form. | |
| 25 | THE DEPONENT:  I don't know if -- if I | 10:51:17 |

Page 57

| | |
|---|---|
| 1 | understand the question.  What you do you mean by | 10:51:19 |
| 2 | "which apps"? |
| 3 |      Q.   (By Ms. Weaver)  That's fair. |
| 4 |           What is an app, for the record? |
| 5 |      A.   It's -- it's a product that you can | 10:51:32 |
| 6 | download onto your -- onto your phone. |
| 7 |      Q.   Okay. |
| 8 |           And you're aware that users can download |
| 9 | apps through the Facebook platform; is that right? |
| 10 |      A.   Yes. | 10:51:51 |
| 11 |      Q.   And does the Switchboard tool have the |
| 12 | ability to identify which apps users downloaded? |
| 13 |           MR. FALCONER:  Objection.  Beyond the |
| 14 | scope. |
| 15 |           But go ahead, Mike. | 10:52:02 |
| 16 |           THE DEPONENT:  I -- I don't know. |
| 17 |      Q.   (By Ms. Weaver)  Do you know who would |
| 18 | know? |
| 19 |      A.   I would -- I would refer to the law |
| 20 | enforcement response team to be able to answer that | 10:52:16 |
| 21 | question. |
| 22 |      Q.   Okay. |
| 23 |           Looking a little lower on this page, do |
| 24 | you see where it says "Note:  In the aggregate, |
| 25 | Facebook preserved 52 Switchboard snapshots across | 10:52:27 |

Page 58

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | groups, pages, ads accounts in fall 2021 for the | 10:52:32 |
| 2 | named plaintiffs one identifies as admins." | |
| 3 |     Do you see that? | |
| 4 | A.   I do. | |
| 5 | Q.   What's your understanding of what | 10:52:43 |
| 6 | happened in fall of 2021 with regard to these | |
| 7 | Switchboard snapshots? | |
| 8 | A.   If any of the named plaintiffs were | |
| 9 | admins for any groups or pages, then snapshots were | |
| 10 | taken of those groups and pages, and if any of the | 10:53:06 |
| 11 | named plaintiffs had advertising accounts, those | |
| 12 | were also captured in a Switchboard snapshot. | |
| 13 | Q.   And for clarity, when you say "named | |
| 14 | plaintiffs," you mean the individuals listed above | |
| 15 | in that box; is that correct? | 10:53:29 |
| 16 | A.   That's correct. | |
| 17 | Q.   And were those 52 Switchboard snapshots | |
| 18 | produced in this action? | |
| 19 | MR. FALCONER:  Objection.  Beyond the | |
| 20 | scope of the notice. | 10:53:41 |
| 21 | THE DEPONENT:  I don't believe any | |
| 22 | Switchboard snapshots have been produced to date | |
| 23 | in -- in this litigation. | |
| 24 | Q.   (By Ms. Weaver)  And, again, you're not | |
| 25 | aware of any technical impediment that would have | 10:53:55 |

Page 59

```
 1    presented their production; is that right?              10:53:58

 2              MR. FALCONER:  Same objection.

 3              THE DEPONENT:  No, I'm not.

 4         Q.   (By Ms. Weaver)  And 52 Switchboard

 5    snapshots that you referred to there, those were        10:54:15

 6    first taken in fall of 2021; is that correct?

 7         A.   Yes, that's correct.

 8         Q.   Were similar Switchboard snapshots taken

 9    prior to fall of 2021?

10         A.   Yes.  On March 9th, 2020, we took            10:54:42

11    snapshots of the named plaintiffs' user accounts.

12         Q.   So how did the snapshots taken on

13    March 9th of 2020 differ from the 52 Switchboard

14    snapshots taken in fall of 2021?

15         A.   In March 9th, 2020, we took snapshots of     10:55:05

16    the user accounts.  In the fall of 2021, we took

17    snapshots of groups and pages for which the named

18    plaintiffs were admins and ads accounts associated

19    with the named plaintiffs.

20         Q.   And when you say "fall of 2021," what        10:55:30

21    month are you referring to?

22              MR. FALCONER:  Objection.  Form.

23              THE DEPONENT:  I don't know.

24         Q.   (By Ms. Weaver)  Who would know?

25         A.   Jennifer Allen would be able to provide       10:55:50
```

Page 60

```
 1    that information.                                  10:55:52

 2         Q.   Why were the 52 Switchboard snapshots

 3    taken in the fall of 2021?

 4              MR. FALCONER:  And, Mr. Duffey, I'll just

 5    caution you:  If you can answer that question      10:56:02

 6    without revealing anything privileged, do so, but

 7    if you can't, please don't answer the question.

 8              THE DEPONENT:  I can't answer that

 9    question.

10         Q.   (By Ms. Weaver)  To be clear, when you   10:56:13

11    testified that the March 9th, 2020 snapshots were

12    of user accounts, do you mean the DYI tool or do

13    you mean something different?

14         A.   I don't -- I don't understand the

15    question.                                          10:56:34

16         Q.   Me either.

17              What did you mean when you -- when you

18    wrote -- when you said that snapshots were taken of

19    user accounts in March 9 of 2020, what does "user

20    accounts" mean?                                    10:56:45

21         A.   The -- the Facebook account of the named

22    plaintiffs.

23         Q.   And is what contained in a user account

24    different than what's available in the DYI tool?

25              MR. FALCONER:  Objection.  Form.         10:57:04
```

Page 61

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  I understand that there | 10:57:22 |
| 2 | may be some differences between what a snapshot of | |
| 3 | a Facebook user account is in Switchboard versus | |
| 4 | what is captured in a DYI for a Facebook user, but | |
| 5 | I don't know what those differences are.  My | 10:57:47 |
| 6 | understanding is they are very -- very similar, but | |
| 7 | there is -- but there are some differences. | |
| 8 | Q.   (By Ms. Weaver)  Okay.  I'm a little | |
| 9 | confused by what you mean by "user accounts" and | |
| 10 | the difference between user accounts and DYI. | 10:58:08 |
| 11 | Are you using those terms to be | |
| 12 | synonymous or are they different? | |
| 13 | A.   Well, DYI is the -- the tool that allows | |
| 14 | Facebook users to download their information. | |
| 15 | Switchboard is a tool -- internal tool used by | 10:58:38 |
| 16 | Facebook to preserve information related to | |
| 17 | Facebook accounts, user accounts. | |
| 18 | So I am -- when I say "user account," | |
| 19 | I'm -- I'm referring to the Facebook account of the | |
| 20 | named plaintiffs. | 10:59:01 |
| 21 | Q.   So I apologize for being thick.  I'm just | |
| 22 | trying to get this clear for the record. | |
| 23 | When you say that there was a snapshot of | |
| 24 | user accounts on March 9, 2020, was that with the | |
| 25 | DYI tool? | 10:59:14 |

Page 62

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   No, it was not.  The -- the -- I have | 10:59:18 |
| 2 | a -- on my other -- another page of notes.  I have | |
| 3 | a table that was -- that provides the detail of | |
| 4 | when the DYI snapshots were taken. | |
| 5 | Q.   And that's at page ending -3257 in | 10:59:44 |
| 6 | Exhibit 386; is that correct? | |
| 7 | A.   That's correct. | |
| 8 | Q.   So where it says "DYI currently eight | |
| 9 | named plaintiffs" and then there's a table | |
| 10 | underneath that, that table reflects when DYI | 11:00:01 |
| 11 | snapshots were taken; is that correct? | |
| 12 | A.   That's correct. | |
| 13 | Q.   So looking back at the page ending -3258 | |
| 14 | and there's a table, that table reflects the | |
| 15 | snapshots taken with the Switchboard tool; is that | 11:00:19 |
| 16 | correct? | |
| 17 | A.   That's correct. | |
| 18 | Q.   Okay. | |
| 19 | And looking back at page -3257, has | |
| 20 | Facebook produced all of the snapshots identified | 11:00:33 |
| 21 | here taken with the DYI tool? | |
| 22 | MR. FALCONER:  Objection.  Beyond the | |
| 23 | scope of the notice. | |
| 24 | THE DEPONENT:  I don't know. | |
| 25 | Q.   (By Ms. Weaver)  Who would know? | 11:00:54 |

Page 63

CONFIDENTIAL

```
 1        A.   I -- I could find out that information.        11:01:05

 2   I just don't know that sitting here.  Counsel for

 3   Gibson Dunn could -- could also get that

 4   information.  Our E-discovery team would know.  I

 5   just -- I just don't know the answer to that        11:01:17

 6   question as I sit here.

 7        Q.   Okay.

 8             And do you see that in your notes here,

 9   you refer to "TAO," the associations and objects

10   database?                                            11:01:41

11        A.   Yes.

12        Q.   Is it fair to call it a database?

13        A.   I don't know.  I don't know if it would

14   be called a database.

15        Q.   Let's call it a data source.  Fair        11:01:53

16   enough.

17             Do both DYI and Switchboard pull data

18   from TAO?

19        A.   I believe so, yes.

20        Q.   Do they pull different data from TAO than  11:02:10

21   each other?

22        A.   I think I mentioned this before.  My

23   understanding is that the Switchboard snapshots can

24   contain more information about the relationships

25   between a user.  So -- so while I -- I don't know    11:02:53
```

Page 64

CONFIDENTIAL

```
 1    specifically what the differences are.  I do          11:03:00

 2    believe that that Switchboard does collect -- or

 3    collect additional information potentially from TAO

 4    that is not collected in a DYI snapshot.

 5        Q.   And do you see on page -3258 you've got a    11:03:28

 6    heading "Facebook can remove objects and

 7    associations," and then there's a bullet point that

 8    says "Facebook deprecates products and features,

 9    and objects and associations would be deleted when

10    this happens"?                                          11:03:51

11             Do you see that?

12        A.   Yes.

13        Q.   What does "deprecate" mean, for the

14    record?

15        A.   No longer available for use.                  11:04:05

16        Q.   And below that it says [Redacted]
      [Redacted]
      [Redacted]

19             Do you see that?

20        A.   Yes, I do.                                    11:04:17

21        Q.   What does that mean?

22        A.   So if -- if -- if a snapshot, whether it

23    would be in DYI or Switchboard, was taken [Redacted]
      [Redacted], then that
      [Redacted]                                            11:04:46
```

Page 65

```
 1    the          Redacted          .                    11:04:48

 2            After deprecation, if      Redacted

▮

▮                                                .

 5        Q.    And looking at the chart at -3257 under   11:05:06

 6    DYI, there it says "user accounts January 23,

 7    2020."

 8            Do you see that?

 9        A.    Yes.

10        Q.    And that reflects when the DYI snapshots   11:05:24

11    occurred, correct?

12        A.    That is the first day in which a DYI

13    snapshot occurred.

14        Q.    And do you know why Switchboard snapshots

15    did not also occur in January of 2020?            11:05:40

16            MR. FALCONER:   Same instruction as

17    before, Mr. Duffey, not to reveal any privileged

18    conversations or privileged information you may

19    have in the course of answering that question.

20            THE DEPONENT:   I can't answer that        11:06:01

21    question.

22        Q.    (By Ms. Weaver)  Do you know of any

23    technical reason why the Switchboard snapshots did

24    not occur in January of 2020?

25        A.    No.                                      11:06:16
```

Page 66

CONFIDENTIAL

```
 1        Q.   And by that, you understand I mean like a      11:06:17

 2   practical impediment to actually taking the

 3   snapshot?  Is that fair?

 4        A.   That's fair.

 5        Q.   Okay.                                           11:06:24

 6             So we were talking a moment ago about

 7   objects and associations, and then I'll refer you

 8   back to the bullet point below the one we just read

 9   where it says "preserved if data captured in Hive

10   placed on legal hold."                                   11:06:45

11             Do you see that?

12        A.   Give me one second.

13        Q.   Sorry.  It's the third bullet point down.

14        A.   Yes, I see it.

15        Q.   What is Hive?                                  11:07:04

16        A.   I'm going to refer to my notes.

17             Hive is a -- a data warehouse that

18   captures and stores data about its products and

19   services, also user activity for analytics

20   purposes.                                                11:07:33

21        Q.   And are you looking at page -3258 of

22   Exhibit 386?

23        A.   Yes, I am.

24        Q.   And how did you develop your

25   understanding of what Hive is?                           11:07:53
```

Page 67

CONFIDENTIAL

```
 1        A.   My understanding of Hive has evolved over      11:08:02

 2   time, since I started working at the company in

 3   2017.  I also had some discussions with our data

 4   science team in preparation for this deposition.

 5   Because I'm not a data scientist or a computer          11:08:24

 6   science engineer, I thought it would be helpful to

 7   prepare notes about -- about Hive and what it is.

 8        Q.   And when you say the -- the data

 9   scientists you're referring to are Maggie Ji and

10   Gerardo Zaragoza; is that right?                        11:08:47

11        A.   That's correct.

12        Q.   And did you develop your understanding of

13   Hive in preparation for this deposition by speaking

14   with anyone other than them?

15        A.   Can you repeat the question.                  11:09:03

16        Q.   Sure.

17             Are those the only two people that you

18   conferred with regarding Hive in preparation for

19   your deposition?

20        A.   That's correct.                               11:09:13

21        Q.   And going back to the bullet point that I

22   referred to -- it's three down on -3257.

23             Do you see the one that says "preserved

24   if data captured on Hive placed on legal hold"?

25        A.   Yes.                                          11:09:42
```

                                                    Page 68

CONFIDENTIAL

```
 1          Q.   Can you identify which data in Hive was          11:09:42

 2     placed on legal hold for this case?

 3          A.   No, I can't.

 4          Q.   Can anyone?

 5          A.   Can you -- can we go back two questions          11:10:09

 6     ago?  Just so I -- I understand the question.

 7          Q.   Yeah.  No problem.

 8               Let me try it this way.  Was any data in

 9     Hive placed on legal hold for this case?

10          A.   Yes.                                             11:10:33

11          Q.   What data in Hive was placed on legal

12     hold for this case?

13          A.   I understand that there are 137 Hive

14     tables placed on legal hold for the

15     Cambridge Analytica matter.  We don't maintain a          11:10:51

16     description or -- a description of the fields or

17     Hive tables that have been placed be on hold.

18     If -- if I were to -- you know, needed to

19     understand what data from those 137 tables, that

20     would be a -- a question for the E-discovery data         11:11:34

21     science team.

22          Q.   It is possible for Facebook to identify

23     those 137 Hive tables, correct?

24          A.   Yes.  Our data science team could

25     identify those tables.                                    11:11:53
```

Page 69

CONFIDENTIAL

1        Q.   And do you know how those Hive tables          11:11:55

2    were selected?

3             MR. FALCONER:  And, again, Mr. Duffey,

4    same -- same instruction about not revealing

5    anything privileged in the course of your answer.       11:12:08

6             THE DEPONENT:  In general, similar to

7    identifying custodians relevant to a matter.

8    Our -- our in-house and outside counsel conducts

9    custodian interviews to -- to help identify

10   relevant Hive tables to be placed on legal hold.        11:12:30

11       Q.   (By Ms. Weaver)  When were the Hive

12   tables that we have been the discussing, the one --

13   137, placed on legal hold?

14       A.   I -- I don't have the answer to that.

15       Q.   Who would know?                                11:13:00

16       A.   That would be a question for the -- the

17   E-discovery data science team.

18       Q.   Looking at your notes here the last page

19   ending at -3259, there's a square bullet point that

20   says "iData allows searching for Hive tables and        11:13:21

21   indicates if table is on hold."

22            Do you see that?

23       A.   Yes.

24       Q.   So is iData a tool?

25       A.   I don't know.  I don't know if -- if --        11:13:39

CONFIDENTIAL

```
1    it's a appropriate to describe it as -- as a tool.        11:13:42

2    But it -- it allows the ability to determine if

3    a -- if a specific Hive -- Hive table is on legal

4    hold.

5         Q.   Do you see above that there's a square          11:14:07

6    bullet point that says "stops partitions from being

7    deleted or modified, archived into a secured area

8    and hold storage"?

9              Do you see that?

10        A.   Yes.                                             11:14:19

11        Q.   What does it mean to stop a partition

12   from being deleted or modified?

13        A.   So one way would I describe a partition i

14   it's -- it's a set -- set amount of data within a

15   legal hold.                                                11:14:41

16             So Hive data can be updated every single

17   day, and a partition can be described as that --

18   you know, a single day or a, you know, Hive table

19   of data going into a Hive table.

20             What the legal hold process does is it          11:15:08

21   prevents a partition from being deleted or modified

22   before -- or it prevents it and puts that data into

23   cold storage before the data gets deleted or

24   modified pursuant to, you know, the retention

25   period that the table owner, the Hive table owner,        11:15:34
```

Page 71

CONFIDENTIAL

```
 1    sets.                                          11:15:37

 2        Q.   And then it says "archive into a secured

 3    area in cold storage."

 4             Do you see that?

 5        A.   Yes.                                   11:15:54

 6        Q.   So does the legal hold archive the data

 7    in Hive into cold storage?

 8             MR. FALCONER:  Objection.  Form.

 9             THE DEPONENT:  Can you repeat the

10    question.                                       11:16:17

11        Q.   (By Ms. Weaver)  Does the legal hold

12    cause the data to be archived into a secured area

13    in cold storage?

14        A.   Yes.

15        Q.   And what is cold storage?              11:16:35

16        A.   I don't know if I can provide the

17    definition of what cold storage is, but I -- but

18    that -- that is the storage space for which we put

19    legal hold Hive -- Hive data that is on legal hold

20    to prevent it from being deleted or modified.    11:17:07

21        Q.   And so for the 137 tables that Facebook

22    put into cold storage for this case, the tables

23    themselves that were not put into storage are being

24    constantly overwritten; is that right?  Like

25    there's a copy that was put in cold storage and   11:17:33
```

Page 72

```
 1    then there's sort of the active table; is that          11:17:35

 2    right?

 3              MR. FALCONER:  Objection.  Form.

 4              THE DEPONENT:  I'm not sure I understand

 5    the question.                                            11:17:47

 6         Q.   (By Ms. Weaver)  I'm going to ask a bunch

 7    of bad questions to try to get to a good clear one,

 8    because I don't really understand.

 9              So the act of putting a legal hold on a

10    table, does that a snapshot or make a replica that      11:17:56

11    is then put into cold storage?

12         A.   It would -- it would take data from the

13    Hive table that would be -- for instance, scheduled

14    to be deleted or anonymized and put the partition

15    into cold storage before that data were to be           11:18:24

16    deleted, scheduled to be deleted at -- on the

17    timetable that is set by the table owner.

18         Q.   And you don't know when these 137 Hive

19    tables were put on legal hold; is that right?

20         A.   I don't know the dates of when all --         11:18:50

21    when the tables were put on legal hold, no.

22         Q.   But that is something that Facebook could

23    tell us; is that right?

24         A.   I believe the E-discovery data science

25    team could provide that information, yes.               11:19:04
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              MS. WEAVER:  And, Mr. Falconer, we're        11:19:06

 2   going to ask for that information.

 3              MR. FALCONER:  Yeah -- yeah.  Let's talk

 4   about that after the deposition, given the volume,

 5   so -- but yeah, understood.                           11:19:12

 6       Q.   (By Ms. Weaver)  For -- and this is the

 7   piece that I'm not asking good questions about and

 8   I want to understand.

 9              So data is put in cold storage.  Do -- do

10   some version of those tables continue to exist that   11:19:26

11   is overwritten and used such that if you went to

12   the existing operative table, the one that is not

13   in cold storage, it will not contain data that the

14   tables in cold storage contain?

15       A.   Potentially, yes.  For example, if a         11:19:45

16   table has user identifiable information, like an

17   email address of the user, that information can

18   only be retained up to 90 days, and so -- and

19   that's where I was talking about a partition.  So

20   if -- if the -- if the data were scheduled to be      11:20:25

21   deleted on the 90th day, the legal hold would take

22   that partition and put it in cold storage before

23   that active Hive table data gets deleted.

24       Q.   I know you said you don't know, but I'm

25   just going to ask to see if I can jog your memory.    11:20:51
```

Page 74

CONFIDENTIAL

```
 1              Do you know if these Hive tables were put        11:20:54

 2   on hold in 2018?

 3              MR. FALCONER:  Objection.  Form.

 4              THE DEPONENT:  I -- I couldn't give you

 5   an accurate answer without, you know, consulting           11:21:15

 6   with the data science team on that.

 7        Q.   (By Ms. Weaver)  Do you know what year

 8   roughly the Hive tables were put on hold?

 9              MR. FALCONER:  Objection.  Form.

10              THE DEPONENT:  We're talking about 137           11:21:39

11   Hive tables.  I would imagine that Hive tables were

12   put on legal hold starting in 2018 and have,

13   you know, as additional -- you know, again, as

14   additional Hive tables are identified relevant to a

15   matter, we work with our -- our in-house and               11:22:04

16   outside counsel and our data science team and

17   E-discovery to place those Hive tables on legal

18   hold.

19              When those occurred across the 137, I

20   can't tell you.                                            11:22:27

21        Q.   (By Ms. Weaver)  Do you know if any Hive

22   table was put on legal hold in 2018?

23        A.   Specific to Cambridge Analytica?

24        Q.   Yes.

25        A.   Yes, I believe so.                               11:22:48
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1          Q.   Do you know which ones?                    11:22:50

 2          A.   I don't.

 3          Q.   And why do you say "yes, I believe so"?

 4          A.   So I -- I've been working on

 5     Cambridge Analytica matters since March 2018.  I'm   11:23:10

 6     just thinking back to that time and -- and,

 7     you know, recall outside counsel working with

 8     E-discovery data scientists at the time.  So

 9     that's -- that's the extent of like my memory about

10     that.                                                11:23:40

11          Q.   Who were the E-discovery data scientists

12     involved in this process in 2018?

13          A.   Gerardo Zaragoza.

14          Q.   Anyone else?

15          A.   We were a much smaller team at the time.   11:24:14

16     Gerardo is the one that comes to mind that -- that

17     was employed and working in the E-discovery team at

18     the time.

19          Q.   Thank you.

20               Do you see the bullet point where you      11:24:41

21     wrote "teams are informed about a Hive table on

22     hold"?

23          A.   Yes.

24          Q.   What do you mean by "teams"?

25          A.   The -- I -- I meant by "teams" is the      11:24:54
```

Page 76

CONFIDENTIAL

```
 1    table owner.                                              11:24:58

 2         Q.   And how were they informed?

 3         A.   My understanding from discussions with

 4    Maggie Ji is that an email notification goes out to

 5    the table owners that a Hive table is placed on         11:25:17

 6    hold.

 7              There are other ways where table owners

 8    or people with access to a Hive table can receive a

 9    notification.  For instance, in that iData space,

10    you can see if a Hive table is on legal hold.           11:25:45

11              I also understand that if a Hive owner

12    were to modify data within -- within a table that

13    there would be a -- a notification that that table

14    is on legal hold and that data cannot be modified

15    or deleted.                                             11:26:15

16         Q.   Thank you.  That's very helpful.

17              Is it fair to say, then, that these 137

18    Hive tables can be searched by UID?

19              MR. FALCONER:  Objection.  Form.

20              THE DEPONENT:  I don't know the answer to      11:26:31

21    that.

22         Q.   (By Ms. Weaver)  Do you see where the

23    bullet point on the last page, second from the top,

24    says "UII 90 days maximum.  Longer than 90 days UII

25    has to be deleted.  RID replaces UID."                  11:26:48
```

Page 77

CONFIDENTIAL

```
 1              Do you see that?                      11:26:53

 2      A.   Uh-huh.  I do.

 3      Q.   So is one reason that these tables were

 4  put on legal hold was to prevent the process by

 5  which RID replaces UID?                           11:27:02

 6              MR. FALCONER:  Mr. Duffey, same caution

 7  about not revealing any privileged information or

 8  privileged communications in answering that

 9  question.

10              THE DEPONENT:  I don't know the answer to   11:27:21

11  that question.

12      Q.   (By Ms. Weaver)  By putting this table on

13  legal hold, did that prevent UIDs from being

14  replaced by RIDs?

15      A.   If a UID is present within any of these   11:27:37

16  tables on legal hold, yes.

17      Q.   And you're familiar with the Hive Anon

18  process; is that right?

19      A.   A little bit, yes.

20      Q.   Okay.  And the Hive Anon process is the   11:27:57

21  process we were just discussing where RID replaces

22  UID; is that correct?

23      A.   Yes.

24      Q.   And so legal hold prevents the Hive Anon

25  process from operating; is that right?            11:28:12
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1         A.   If that -- if that -- it was one of the,          11:28:16

 2    you know -- one of the -- you know, it really

 3    depends on -- on the Hive table, the reason why

 4    we're placing on legal hold.  Potentially yes.  I

 5    just can't give you an answer specific to any of         11:28:33

 6    these 137 tables on legal hold.

 7         Q.   Do you know in general if the 137 tables

 8    on legal hold include the Hive tables that are most

 9    frequently in use?

10              MR. FALCONER:  Objection.  Form.              11:28:58

11              THE DEPONENT:  There's upwards of, I

12    think, 20 million Hive tables.  I -- I don't know.

13    I don't know what you mean by "most frequently in

14    use."  But I also don't think I would be able to

15    answer that question, because I -- I don't know         11:29:23

16    the, you know, specifics of -- of the 137 tables on

17    legal hold for this matter.

18              MS. WEAVER:  Okay.

19              I think we can take a break now.  It's

20    been about an hour.                                     11:29:47

21              MR. FALCONER:  Sure.

22              THE VIDEOGRAPHER:  Okay.  And we're off

23    the record.  It's 11:29 a.m.

24              (Recess taken.)

25              THE VIDEOGRAPHER:  Okay.  We're back on        11:42:06
```

Page 79

CONFIDENTIAL

```
 1    the record.  It's 11:42 a.m.                         11:42:07

 2         Q.   (By Ms. Weaver)  Mr. Duffey, in your

 3    testimony just a moment ago, we were talking about

 4    the effect of legal hold on Hive tables.

 5              Do you recall that?                         11:42:19

 6         A.   Yes.

 7         Q.   And what do you mean by a "legal hold"?

 8         A.   A legal hold is a preservation step that

 9    the E-discovery team undertakes to preserve

10    relevant Hive table data related to a matter.        11:42:44

11         Q.   Okay.  And looking back at Exhibit 385,

12    there is a definition of a "legal hold notice" on

13    the second page of that document ending at Bates

14    number -490.

15              Do you see that?                            11:43:08

16         A.   I do.

17         Q.   And it says "a legal instruction to

18    preserve and not delete, destroy, or otherwise

19    modify relevant information relating to a legal

20    matter."                                              11:43:26

21              Do you see that?

22         A.   Yes.

23         Q.   And when you were referring to legal hold

24    and when you're referring to legal hold in

25    Exhibit 386, do you mean a legal hold notice?         11:43:38
```

Page 80

1    A.   No.  I -- I had understood your line of          11:43:45

2    questioning to be specific to Hive -- Hive tables.

3    A legal hold notice is -- is something -- is not

4    what I was referring to when I was answering your

5    questions about Hive.                                 11:44:02

6        Q.   Okay.  So you testified that Exhibit 385

7    is the current legal hold policy, and there was no

8    formal legal hold policy at Facebook until March of

9    2020; is that correct?

10       A.   I'm just looking at -- at Exhibit 385.       11:44:28

11   It indicates that this policy was first posted on

12   June 10th, 2020.  I'm not sure where we're getting

13   that March date.

14       Q.   Okay.  Fine.  I stand corrected.

15            So the first legal hold policy at           11:44:47

16   Facebook at any point in time was June 10th, 2020;

17   is that right?

18       A.   That is my understanding, yes.

19       Q.   And then in Exhibit 386, when you're

20   referring to the legal hold on the Hive tables,      11:45:08

21   does that mean this legal hold policy such that the

22   legal hold could not have happened prior to

23   June 10th, 2020?

24       A.   No.

25       Q.   Okay.  That's why I'm asking.               11:45:25

Page 81

```
 1        A.   Yeah.                                           11:45:27

 2        Q.   So when you were -- yeah.  Let me ask the

 3   question again and then you can --

 4             So in Exhibit 386, when you were

 5   referring to the legal hold place had on Hive         11:45:33

 6   tables, what do you mean?

 7        A.   That is the actual preservation step

 8   taken by the E-discovery team at the direction of

 9   legal counsel to preserve the -- the relevant data

10   contained within those Hive tables.                   11:45:55

11             So that's what I mean by -- by legal

12   hold.

13        Q.   And looking again at 386, that page

14   ending at Bates number 3256, you wrote

15   "Cambridge Analytica legal hold 469 total            11:46:14

16   custodians on hold as of May 31, 2022."

17             Do you see that?

18        A.   Yes.  One second.

19             I do, yes.

20        Q.   And that's referring to the legal hold     11:46:31

21   notice; is that right?

22        A.   That's correct.

23        Q.   And is that the same legal hold notice or

24   one of them that may have triggered the legal hold

25   in the 137 Hive tables?                               11:46:45
```

CONFIDENTIAL

```
 1          A.   No.  It's -- it's a separate action.  The        11:46:54

 2     legal hold notice is -- is sent through a -- a tool

 3     that -- that the E-discovery case managers have

 4     access to called "Legal Hold Pro."  The legal holds

 5     that are done within Hive are -- are done,              11:47:16

 6     you know, separately.

 7          Q.   And those are done by the data science

 8     team; is that right?

 9          A.   The preservation of Hive data tables

10     using legal hold is done by our E-discovery data       11:47:37

11     science team.

12          Q.   Is there a similar procedure for legal

13     holds to be placed on TAO?

14          A.   My understanding is that there is no tool

15     that would allow a preservation of legal hold to be    11:48:05

16     done within TAO, and that is why we take snapshots

17     in time using Switchboard and DYI.

18          Q.   With regard to the named plaintiffs'

19     data, has Facebook done anything other than take

20     the snapshots identified in Exhibit 386?               11:48:34

21          MR. FALCONER:  Objection.  Form.

22          THE DEPONENT:  We, as I mentioned, have

23     put 137 Hive -- Hive tables on legal hold.  We also

24     have a legal hold notification that goes to -- has

25     gone to 469 custodians.                                11:49:12
```

Page 83

```
 1              So -- so I think more has been done other      11:49:20

 2     than the snapshots through DYI and Switchboard.

 3         Q.   (By Ms. Weaver)  So to be clear, the

 4     actions taken by Facebook in addition to the

 5     snapshots identified in 386 is to put the 137 Hive    11:49:45

 6     tables on legal hold and a legal hold notice has

 7     gone to 469 Facebook custodians, correct?

 8         A.   As of -- as of May 31st, 2022, that's

 9     correct.

10         Q.   And is there anything else Facebook has     11:50:05

11     done to preserve the named plaintiffs' data other

12     than the snapshots and putting the Hive tables in

13     cold storage?

14              MR. FALCONER:  Objection.  Form.

15              THE DEPONENT:  I'm -- I'm not aware of       11:50:40

16     all the places to -- for which named plaintiff data

17     is stored within, you know, Facebook's internal

18     systems.  Unless a user were to delete their

19     account, we would have potentially additional named

20     plaintiff data in our internal -- some of our        11:51:13

21     internal tools and systems.

22         Q.   (By Ms. Weaver)  Which internal tools and

23     systems are you referring to that might also

24     contain named plaintiff data?

25         A.   There is a -- a tool called "SRT."  It's     11:51:41
```

Page 84

1    the single -- it stands for -- I think "single          11:51:46

2    review tool," which contains information related to

3    users and activities of users.

4          There is an -- another sort of -- what we

5    describe as an investigative tool called "Centra"         11:52:07

6    which we -- Facebook personnel with access to

7    Centra could obtain information related to Facebook

8    users.

9          Those -- those are the two main ones that

10   come to mind for me.  Again, I -- I -- I'm not sort       11:52:54

11   of familiar with all internal tools that contain

12   user data, but those are two main ones that I'm

13   familiar with.

14        Q.   Thank you.

15             With regard to SRT, or the single review        11:53:11

16   tool, is information available through SRT that is

17   not captured through the DYI tool or through the

18   Switchboard tool?

19        A.   That -- that is a tough question to

20   answer.  The -- the single review tool is used by        11:53:40

21   many different pillars within the company.  I don't

22   know the answer to that question.

23        Q.   And you said Centra is an investigative

24   tool.  What did you mean by that?

25        A.   It's -- it's a tool that, you know,             11:54:14

                                                  Page 85

```
 1    specific teams -- for instance, I have access to         11:54:20

 2    Centra and can -- if I have the appropriate UID

 3    information can look up some basic information

 4    pertaining to an individual Facebook user.

 5         Q.   And when you say "basic information,"          11:54:50

 6    what do you mean?

 7         A.   For instance, registration date, email

 8    address used to -- or phone number used to sign up

 9    for an account.  There are links to posts and

10    messages.  There are -- could be information about       11:55:24

11    a user if they have, for instance, an -- an ads

12    account or an Instagram account, that basic

13    information tied to that Facebook user would also

14    be, you know, present in Centra.

15         Q.   Does Centra make accessible information         11:55:57

16    not available in -- through the DYI or Switchboard

17    tools?

18         A.   I'm not sure.

19         Q.   When did SRT first come into use?

20         A.   I want to say 2017, but -- but I'm not          11:56:39

21    certain on that.

22         Q.   And when did Centra first come into use?

23         A.   I don't know.

24         Q.   Was it within the last three years?

25         A.   I -- I have -- I don't know.                    11:56:58
```

Veritext Legal Solutions
866 299-5127

```
1        Q.   When did you first get access to Centra?        11:57:00

2        A.   I think it was pre-COVID, so 2021 -- or

3   no.  Excuse me.  2019, early 2020.

4        Q.   Time has flown, hasn't it?

5             With regard to SRT --                            11:57:38

6        A.   Or stopped.

7        Q.   Something, right?  It's in cold storage.

8             With regard to SRT, is that searchable by

9   UID or user name?

10       A.   Centra is -- I don't know if SRT is -- is       11:58:15

11  searchable by that way.

12       Q.   How does SRT search in general?

13       A.   As I mentioned, there are different

14  pillars that use SRT, so like depending on the

15  pillar, that search capability could be different.        11:58:41

16  I haven't attempted to run any searches in SRT

17  for -- for a while, so I -- I don't -- I don't know

18  all of the fields or information required to search

19  within SRT.

20       Q.   Okay.  And when you say "different"             11:59:03

21  pillars," what do you mean?

22       A.   So, for instance, the research team has a

23  pillar within SRT.  I know that privacy operations

24  has a pillar within SRT.  The one that I was

25  thinking about was the pillar for community             11:59:37
```

Page 87

CONFIDENTIAL

```
 1   operations, that instance within SRT.                 11:59:45

 2        Q.   And so when I asked where named plaintiff

 3   data might reside and you responded thinking about

 4   SRT, was that because you thought named plaintiff

 5   data might be in community operations?               12:00:04

 6        A.   In -- that's correct.

 7        Q.   And how would you search for a named

 8   plaintiff data in community operations?

 9             MR. FALCONER:  Objection.  Beyond the

10   scope.                                                12:00:17

11             But go ahead.

12             THE DEPONENT:  I don't know that I would

13   go into SRT to search for specific named plaintiff

14   data.  The Centra tool is -- is where I would run a

15   search for user -- you know, if I had user           12:00:39

16   identifiable information, and then there could be

17   links to SRT through Centra.  And so that -- that

18   is the way that I would think about navigating

19   between those two tools.

20        Q.   (By Ms. Weaver)  And how long does it      12:01:08

21   take to run a search in Centra for one person?

22             MR. FALCONER:  Objection.  Form.

23             THE DEPONENT:  If I had -- I'm sorry.

24             MR. FALCONER:  No.  Go ahead.

25             THE DEPONENT:  It depends.  If I have      12:01:24
```

Page 88

```
1    exact information about a particular user, the          12:01:28

2    search is -- is -- is, you know, within seconds.

3         Q.   (By Ms. Weaver)  And do you know if

4    Centra searches have been run for the named

5    plaintiffs in this case?                                12:01:49

6              MR. FALCONER:  Objection.  Beyond the

7    scope.

8              THE DEPONENT:  I don't know.  I don't

9    know.

10        Q.   (By Ms. Weaver)  And clarifying question.     12:02:10

11             Is Centra a tool or is it also a

12   repository of named plaintiff data?

13             MR. FALCONER:  Objection.

14             THE DEPONENT:  I would describe it as a

15   tool.                                                   12:02:24

16             MR. FALCONER:  I want to get the

17   objection on the record.

18             This is beyond the scope of the notice.

19             But go ahead.

20             MS. WEAVER:  Sorry, Russ.                     12:02:30

21             MR. FALCONER:  It's okay.

22        Q.   (By Ms. Weaver)  And what data sources do

23   Centra and SRT search?

24             MR. FALCONER:  Same objection.

25             THE DEPONENT:  I don't know.                  12:02:44
```

Page 89

```
 1          Q.   (By Ms. Weaver)  And do you know if the      12:02:44

 2     data sources that Centra and SRT search were

 3     preserved?

 4               MR. FALCONER:  Same objection.

 5               THE DEPONENT:  Barring a user deleting        12:03:04

 6     their -- their account, that information would be

 7     preserved or retained within either Centra or SRT

 8     without having to, you know, proactively take steps

 9     to -- to preserve that information.

10          Q.   (By Ms. Weaver)  I think I'll come back       12:03:54

11     to that.

12               For the record, no snapshots were taken

13     for any named plaintiff between January 23rd,

14     2020 -- I'm sorry.  Let me ask the question again.

15               There were no snapshots taken for named      12:04:08

16     plaintiffs between March 9, 2020, and March 15,

17     2022; is that correct?

18          A.   I think there -- there are some

19     exceptions to that.  For instance, Bridgett Burke

20     had, you know, two accounts.  It looks like Terry     12:05:05

21     Fischer, a snapshot in DYI was taken on April 20th,

22     2020.

23               So -- so Terry Fischer and Bridgett Burke

24     are two exceptions.  All other named plaintiffs

25     that -- that -- you're correct.                       12:05:38
```

```
 1        Q.    Is Facebook intending to take snapshots        12:05:42

 2   now on a monthly basis going forward?

 3             MR. FALCONER:  Objection.  Beyond the

 4   scope of the notice.

 5             THE DEPONENT:  I don't know.                     12:05:54

 6             MS. WEAVER:  I think, Russ, we'd like to

 7   know what Facebook's intentions are with ongoing

 8   preservation, and I think that's within the scope

 9   of the notice.

10             But we can talk about it later.                 12:06:09

11        Q.   (By Ms. Weaver)  Okay.  So returning back

12   again to Exhibit 385.

13             Do you see where it defines "relevant

14   information" in this document?

15        A.   Yes.                                            12:06:35

16        Q.   And it defines relevant information as

17   "ESI, hard copy documents, and/or other tangible

18   materials that are identified as being relevant to

19   a legal matter."

20             Do you see that?                                12:06:47

21        A.   I do.

22        Q.   And was that the type of relevant

23   information subject to the legal holds issued in

24   this case, beginning with the first one that was

25   issued on March 22nd, 2018?                               12:07:06
```

Page 91

```
 1          A.    Can you repeat the question, please.       12:07:16

 2          Q.    Is the definition of "relevant

 3    information" set forth in Exhibit 385 consistent

 4    with the relevant information for which Facebook

 5    applied the -- the legal hold for this case that    12:07:33

 6    was first sent on March 22nd, 2018?

 7          A.    I haven't reviewed the legal hold notice

 8    for this case in preparation for my deposition.

 9    But I can say that all legal hold notices sent by

10    the E-discovery team for whatever matter instructs   12:08:03

11    the custodians to preserve and not delete any

12    information relevant to a matter.

13          Q.    Why haven't you reviewed the legal hold

14    notice sent in this matter?

15              MR. FALCONER:  So I'm going to just         12:08:26

16    caution Mr. Duffey not to reveal contents of any

17    conversations you had with counsel about that, and

18    so if all you know is what you learned from

19    counsel, you should refuse to answer the question.

20    If there's anything else you know that's not         12:08:41

21    privileged, you can share that.

22              THE DEPONENT:  I can't answer that

23    question.

24          Q.    (By Ms. Weaver)  Okay.  And looking at

25    Exhibit 386, you wrote that there were six            12:08:52
```

Veritext Legal Solutions
866 299-5127

```
 1    different versions of the legal hold notice sent        12:08:55

 2    relating to this action; is that correct?

 3         A.    Correct.

 4         Q.    And when you say "Cambridge Analytica

 5    legal hold," that means this case; is that right?        12:09:08

 6         A.    It means this case, the multi-district

 7    litigation, but also means the various state AG

 8    matters, the -- you know, proceeding FTC

 9    investigation.  It's a, you know, overarching legal

10    hold related to Cambridge Analytica, and so...          12:09:36

11         Q.    When you say "related to

12    Cambridge Analytica," what's the subject matter of

13    the legal hold notice?

14              MR. FALCONER:  So, Mr. Duffey, I will

15    again just caution you not to reveal anything about     12:09:59

16    the language or the contents of the legal hold

17    notice to the extent that you remember it from your

18    work outside the context of preparing for your

19    deposition.  But within that framework, you can

20    answer it the best you can.                             12:10:13

21              THE DEPONENT:  As -- as I stated, I

22    haven't reviewed the notice in preparation for the

23    deposition, but in general, our legal hold notices

24    provide a summary of the matter and then provide a,

25    you know, listing of relevant topics associated        12:10:38
```

Page 93

CONFIDENTIAL

1    with that particular matter.  And so that's --          12:10:44

2    that's sort of the general construct of our -- of

3    our legal hold notices.

4         Q.   (By Ms. Weaver)  And do you know if the

5    subject matter described in the legal hold notices       12:11:07

6    included, for example, a request to preserve ESI

7    and relevant information relating to the app

8    developer investigation?

9              MR. FALCONER:  So I'm going to instruct

10   Mr. Duffey not to answer any question on privilege       12:11:22

11   grounds that relates to the -- the contents of the

12   hold notice.  The notice itself is privileged and

13   work product communication, so on that basis I'm

14   going to instruct him not to answer that question.

15             MS. WEAVER:  Okay.  And this legal hold         12:11:36

16   notice was sent to 469 people who work at Facebook,

17   and Facebook's position is that it's a privileged

18   document; is that right?

19             MR. FALCONER:  Yes, and work product as

20   well.                                                    12:11:49

21             MS. WEAVER:  And Facebook understands

22   that if Facebook asserts privilege over this

23   document and prevents me from conducting inquiries

24   into it, it may not raise it as a shield, correct?

25             MR. FALCONER:  You're -- I'm happy to           12:12:01

Page 94

CONFIDENTIAL

```
 1    have you ask questions about what --                  12:12:03

 2              SPECIAL MASTER GARRIE:  Counsel --

 3    Counsel.

 4              MR. FALCONER:  Yeah.

 5              SPECIAL MASTER GARRIE:  This is Special      12:12:08

 6    Master Garrie.  We've noted the objection for the

 7    record.  We're not going to discuss or -- or rule

 8    or have any conversations on the objections.  It

 9    was noted, he instructed the witness accordingly,

10    and we will move forward and discuss this once the    12:12:20

11    deposition is over, if necessary, and pursuant to

12    the prior conversations we've had.

13              Unless there's a particular issue you're

14    seeking clarification on, Counsel Weaver.

15              MS. WEAVER:  That's fine.  I'm just          12:12:44

16    defining the position.

17              SPECIAL MASTER GARRIE:  The issue is

18    asserted.

19              Counsel Falconer, would you like to

20    respond, since she did seek the clarification, and    12:12:48

21    then we will curb our enthusiasm and limit any

22    further comments.

23              MR. FALCONER:  Yeah, like I said, I'm

24    happy to have the witness about the actions the

25    employees were instructed to take and describe the    12:13:01
```

Page 95

CONFIDENTIAL

```
 1    hold notice at a general level, but in a way that        12:13:02

 2    doesn't reveal the contents of the notice itself,

 3    which is the subject of the privilege and work

 4    product.

 5           SPECIAL MASTER GARRIE:  Okay.  Noted for          12:13:12

 6    the record.

 7           Counsel Weaver, we note your point for

 8    the record.

 9           Now we will proceed forward accordingly.

10           MS. WEAVER:  Excellent.                           12:13:22

11       Q.  (By Ms. Weaver)  Mr. Duffey, looking at

12    Exhibit 386 again, on the second page ending with

13    Bates number -3257.  And I'm looking at your

14    description of the various legal holds that were

15    issued related to this action.  And --                  12:13:35

16       A.  Okay.

17       Q.  Okay.  And you referred to a fifth hold

18    issued on June 16th, 2020.

19           Do you see that?

20       A.  I do.                                             12:13:50

21       Q.  And it says "added a date range."

22           Do you see that, 2007 to the present?

23       A.  Yes.

24       Q.  So prior to June 16th, 2020, was there a

25    date range on the relevant information that             12:14:04
```

Page 96

```
 1    custodians were instructed to preserve?              12:14:11

 2         A.    I don't recall if there was a date range

 3    prior or not.

 4         Q.    How would I find out?

 5         A.    The E-discovery team could -- could get    12:14:38

 6    that information through the Legal Hold Pro

 7    software that we use.

 8         Q.    And then the bullet point below says

 9    "added example of a data source that falls within

10    the hold."                                            12:15:00

11         Do you see that?

12         A.    Yes.

13         Q.    Do you know what that example is?

14              MR. FALCONER:  So again --

15              THE DEPONENT:  I don't --                    12:15:11

16              MR. FALCONER:  -- instruct Mr. Duffey not

17    to answer that question.  If that was -- I

18    didn't -- didn't hear what he said, but if he got

19    an answer out, I'd like to move to strike it.

20              Again, I don't -- just to reiterate, I      12:15:19

21    don't want any testimony about the actual contents

22    of the language of the hold notice itself.

23              MS. WEAVER:  So he can testify about his

24    notes that are a partial description, but I can't

25    ask any follow-up questions?                          12:15:34
```

Page 97

```
 1              MR. FALCONER:  I mean...                12:15:39

 2              SPECIAL MASTER GARRIE:  Is that a

 3    rhetorical question, Counsel Weaver?

 4              MS. WEAVER:  Well, I'm just clarifying

 5    his position.                                    12:15:50

 6              SPECIAL MASTER GARRIE:  He objected and

 7    instructed the witness not to speak to anything

 8    that may -- that he constituted attorney-client

 9    privilege or the substance of the -- the actual

10    substance of the notice.                         12:16:01

11              Is that not correct, Counsel Falconer?

12              MR. FALCONER:  Yeah, that's correct.

13              SPECIAL MASTER GARRIE:  And he has

14    instructed the witness accordingly.  So...

15         Q.   (By Ms. Weaver)  Do you see where it   12:16:13

16    says, Mr. Duffey, "suspend auto deletion routine"?

17         A.   Yes.

18         Q.   Do you know if prior to June 16th, 2020,

19    auto deletion routines were suspended with regard

20    to litigation holds issued relating to this matter? 12:16:30

21         A.   There are -- there are only a couple data

22    sources that -- that I am aware of that have a

23    retention schedule.

24              So I'm not sure I -- I understand -- I

25    understand the question.                          12:17:12
```

Page 98

CONFIDENTIAL

```
 1          Q.   I'm just asking if prior to June 16th,        12:17:17

 2    2020, there were auto deletion routines that were

 3    not suspended with regard to preserving ESI related

 4    to this matter that were then suspended in -- on

 5    June 16th, 2020.                                         12:17:34

 6          A.   I'm not aware of any.

 7          Q.   What auto deletion routine did you refer

 8    to when you wrote that bullet point?

 9               MR. FALCONER:  Objection.  Form.

10               THE DEPONENT:  I believe that that is in      12:18:19

11    reference to the use of ephemeral messaging.

12          Q.   (By Ms. Weaver)  And what is ephemeral

13    messaging?

14          A.   Ephemeral messaging is a -- a way for

15    which a -- a user of a communications app, like         12:18:47

16    WhatsApp, for instance, could set a auto deletion

17    schedule on their messages.

18          Q.   And do you know if any of the 392

19    custodians identified to preserve ESI in connection

20    with this litigation used ephemeral messaging?          12:19:20

21               MR. FALCONER:  Objection.  Beyond the

22    scope.

23               THE DEPONENT:  I -- I can think of one

24    custodian that -- that -- that may have been using

25    ephemeral messaging at the time this notice went        12:20:10
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1   out.                                           12:20:14

 2        Q.   (By Ms. Weaver)  Who was that?

 3             MR. FALCONER:  Same objection.

 4             THE DEPONENT:  I believe Mark Zuckerberg

 5   may have been using ephemeral messaging.        12:20:31

 6        Q.   (By Ms. Weaver)  And what's the basis for

 7   that belief?

 8             MR. FALCONER:  Same objection.

 9             And, again, Mr. Duffey, if -- caution you

10   again, as I have before, any privileged          12:20:49

11   communications or privileged information you have

12   on that shouldn't form part of your answer.

13             THE DEPONENT:  I don't think I can answer

14   that question.

15        Q.   (By Ms. Weaver)  Do you know if any other  12:21:14

16   Facebook executive used ephemeral messaging during

17   the pendency of this litigation?

18             MR. FALCONER:  Objection.  Beyond the

19   scope.

20             THE DEPONENT:  I'm -- I'm not sure I        12:21:34

21   understand the question.

22        Q.   (By Ms. Weaver)  Did Sheryl Sandberg use

23   ephemeral messaging during the pendency of this

24   litigation?

25             MR. FALCONER:  Objection.  Beyond the      12:21:42
```

Page 100

CONFIDENTIAL

```
 1    scope.                                        12:21:42

 2              And, again, my same instruction as

 3    before.  You know, privileged information or

 4    knowledge of a privilege communication, that

 5    shouldn't form a part of your answer.          12:21:53

 6              THE DEPONENT:  I -- I think the -- part

 7    of the reason why I'm struggling with the question

 8    is just -- you're naming employees of the company,

 9    and I need to know whether or not they are on legal

10    hold for the Cambridge Analytica multi-district   12:22:09

11    litigation.

12        Q.   (By Ms. Weaver)  And do you have a list

13    or does someone have a list -- well, strike that.

14              Does Facebook have a list of who received

15    the legal hold notifications that you discuss in   12:22:23

16    Exhibit 386?

17        A.   A list could be generated from -- from

18    our legal hold tool.

19        Q.   And you could identify from that list

20    whether or not any of those individuals used      12:22:41

21    ephemeral messaging; is that correct?

22              MR. FALCONER:  Objection.  Beyond the

23    scope.

24              THE DEPONENT:  No, I couldn't identify

25    from the list whether or not the custodians were   12:22:56
```

Page 101

CONFIDENTIAL

```
 1    using or are using ephemeral messaging, no.              12:22:59

 2         Q.   (By Ms. Weaver)  Did Facebook take steps

 3    to determine whether or not custodians subject to

 4    the legal hold in this case were using ephemeral

 5    messaging?                                               12:23:15

 6         A.   Yes, that -- those questions are asked as

 7    part of custodian interviews.  We instruct our

 8    custodians to not delete any information or data

 9    relevant to a legal matter if -- we also instruct

10    the custodians to notify the legal team and          12:23:58

11    E-discovery if they are aware of information,

12    documents, ESI are being deleted or have been

13    deleted.

14              So those -- those are samples of steps

15    that -- that we undertake as a -- a E-discovery      12:24:25

16    team.

17         Q.   What ephemeral messaging platform was

18    Mr. Zuckerberg using?

19              MR. FALCONER:  Objection.  Beyond the

20    scope.                                               12:24:38

21              THE DEPONENT:  The only one that I can

22    think of is -- is WhatsApp.

23         Q.   (By Ms. Weaver)  And was any -- well,

24    strike that.

25              And looking at back at Exhibit 385, it     12:25:06
```

```
 1    defines "ephemeral messaging," doesn't it?          12:25:11

 2         A.   Yes.

 3         Q.   And what does the policy say about

 4    ephemeral messaging?

 5         A.   It says "once receiving a legal hold,      12:25:59

 6    custodians should not use ephemeral messaging to

 7    communicate relevant information and preserve --

 8    should preserve any existing relevant information

 9    that would otherwise auto delete or disappear after

10    a short period of time."                             12:26:14

11              I -- I am aware of our electronic

12    communications policy where there are exceptions to

13    the use of ephemeral messaging.

14         Q.   And what are these --

15         A.   But that's --                              12:26:38

16              I'd have to -- I'd have to have the

17    document in front of me.

18         Q.   Okay.

19              (Exhibit 387 was marked for

20    identification by the court reporter and is          12:26:57

21    attached hereto.)

22              MS. WEAVER:  Let's mark tab 48 as

23    Exhibit 387.

24         Q.   (By Ms. Weaver)  And while we're

25    waiting -- well, let me --                           12:27:54
```

Page 103

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   I think it just appeared. | 12:27:57 |
| 2 | Q.   Apologies. | |
| 3 | A.   I'm sorry.  I didn't hear. | |
| 4 | Q.   I didn't hear what you said either. | |
| 5 | A.   Oh. | 12:28:05 |
| 6 | Q.   Do you have Exhibit 387? | |
| 7 | A.   I do now. | |
| 8 | Q.   Great. | |
| 9 | Do you recognize it? | |
| 10 | A.   Yes. | 12:28:16 |
| 11 | Q.   Is this the document you were referring | |
| 12 | to? | |
| 13 | A.   No.  No, I was referring to the | |
| 14 | electronic communications policy. | |
| 15 | Q.   Okay.  Well, just for the moment, what is | 12:28:30 |
| 16 | the -- what is Exhibit 387? | |
| 17 | A.   It is the email and Workplace Chat | |
| 18 | retention policy. | |
| 19 | MS. WEAVER:  And, Josh, will you please | |
| 20 | mark tab 26 as Exhibit 388. | 12:28:47 |
| 21 | (Exhibit 388 was marked for | |
| 22 | identification by the court reporter and is | |
| 23 | attached hereto.) | |
| 24 | Q.   (By Ms. Weaver)  And let me know when you | |
| 25 | have it. | 12:29:38 |

Page 104

```
 1        A.   I have it now.                         12:29:49

 2        Q.   And what is Exhibit 388?

 3        A.   That is the electronic communications

 4   policy.

 5        Q.   And it defines "ephemeral messaging"; is   12:29:58

 6   that correct?  At the Bates number ending at -463?

 7        A.   It does.

 8        Q.   And at paragraph 3.3 it says "ephemeral

 9   messaging means messaging that automatically

10   disappears or expires from the recipient's screen    12:30:13

11   after a period of time"; is that correct?

12        A.   Yes, that's correct.

13        Q.   And 3.2 defines business communication as

14   "substantive work-related electronic communications

15   made and/or received by Meta personnel for the       12:30:32

16   purposes of communicating about -- communicating

17   about or conducting Meta business."

18             Do you see that?

19        A.   I do.

20        Q.   And is this a document that you were        12:30:44

21   referring to earlier?

22        A.   That is the document I was referring to

23   earlier.  I was specifically thinking of section

24   6 at Bates number -466 to -467, in section 6.1

25   where it -- where it has a paragraph regarding        12:31:13
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | exceptions. | 12:31:19 |
| 2 | Q.   And what do you understand the exceptions | |
| 3 | to be? | |
| 4 | A.   That -- that legal can preauthorize these | |
| 5 | exceptions to protect, for instance, highly | 12:31:35 |
| 6 | sensitive information related to investigations or | |
| 7 | security and to protect the safety or security of | |
| 8 | an individual, data, and/or facilities. | |
| 9 | Q.   Is it your understanding that | |
| 10 | Mark Zuckerberg was exempted from this policy in | 12:31:55 |
| 11 | general? | |
| 12 | MR. FALCONER:  I'm going to object to | |
| 13 | that question as beyond the scope of the notice. | |
| 14 | And also, Mr. Duffey, remind you not to | |
| 15 | reveal any privileged information or privileged | 12:32:06 |
| 16 | communication that would answer that question. | |
| 17 | THE DEPONENT:  I don't know the answer to | |
| 18 | the question. | |
| 19 | Q.   (By Ms. Weaver)  When did this policy | |
| 20 | take effect for the first time? | 12:32:20 |
| 21 | A.   Which policy are we referring to? | |
| 22 | Q.   The policy regarding ephemeral messaging. | |
| 23 | A.   Are -- are we talking about the | |
| 24 | electronic communications policy? | |
| 25 | Q.   Sure.  We can say that.  Let's start with | 12:32:48 |

Page 106

CONFIDENTIAL

```
 1    that.                                          12:32:49

 2            At what point in time did the electronic

 3    communications policy first take effect?

 4        A.   I believe we've had an electronic

 5    communications policy prior to the pendency of this   12:33:13

 6    case.  I don't know when -- when -- when it was

 7    first created, though.

 8        Q.   Was it a written policy?

 9        A.   I believe so, yes.

10        Q.   And have you seen it in preparation for    12:33:35

11    your deposition today?

12        A.   I don't understand the question.

13        Q.   Have you reviewed a written policy --

14    strike that.

15            You've testified that there was a -- an    12:33:57

16    electronic communications policy prior to the

17    pendency of this case, correct?

18        A.   That is my understanding, yes.

19        Q.   Have you ever reviewed it in writing?

20        A.   I don't know that I reviewed it in      12:34:20

21    preparation for this deposition, but I am fairly

22    certain that I had reviewed it as part of the,

23    you know, normal course of business, yes.

24        Q.   And what was the substance of that

25    policy?                                          12:34:38
```

Page 107

```
 1              MR. FALCONER:  Objection.  Beyond the        12:34:43

 2     scope of the notice.

 3              But go ahead, Mike.

 4              THE DEPONENT:  I don't recall beyond the

 5     substance being related to, you know, guidance      12:34:56

 6     and -- and policies surrounding electronic

 7     communications.

 8        Q.   (By Ms. Weaver)  Did that policy

 9     specifically address ephemeral messaging?

10              MR. FALCONER:  Same objection.             12:35:09

11              THE DEPONENT:  I don't know.

12        Q.   (By Ms. Weaver)  It would be possible to

13     find that policy and produce it in this action,

14     wouldn't it?

15              MR. FALCONER:  Objection.  Beyond the       12:35:21

16     scope of the notice.

17              THE DEPONENT:  Yes, I believe so.

18        Q.   (By Ms. Weaver)  Are you aware of any

19     policy specifically addressing ephemeral messaging

20     prior to November 16th, 2021?                        12:35:40

21        A.   I'm not sure.

22        Q.   Were Mark Zuckerberg's ephemeral messages

23     subject to litigation hold in this case?

24        A.   I don't know.

25        Q.   Who would know?                              12:37:10
```

Page 108

CONFIDENTIAL

```
 1        A.   The usual way we would identify any          12:37:28

 2   relevant ESI would be through custodian interview.

 3        Q.   And looking back again at Exhibit 385, in

 4   the definition of "relevant information," you see

 5   that WhatsApp messages are specifically defined        12:37:43

 6   there, correct?

 7        A.   Yes.

 8        Q.   Do you know if the litigation hold issued

 9   in this case in March of 2018 referenced WhatsApp

10   messages?                                              12:37:58

11             MR. FALCONER:  So, again, I'm going to

12   instruct the witness not to any answer question for

13   privilege and work product reason about the

14   language of the hold notice.

15             THE DEPONENT:  I don't know.                 12:38:14

16        Q.   (By Ms. Weaver)  Were WhatsApp messages

17   preserved in connection with this litigation from

18   March 2018 to today?

19        A.   It is up to the custodian to preserve

20   relevant information, and that would include           12:38:33

21   WhatsApp messages.

22        Q.   Do you see a reference in Exhibit 285 or

23   385 to Facebook messages as well?

24        A.   Yes.

25        Q.   Is it up to the custodian to delete          12:39:00
```

CONFIDENTIAL

```
 1    Facebook messages?                                    12:39:02

 2              MR. FALCONER:  Objection.  Form.

 3              THE DEPONENT:  I don't understand the

 4    question.

 5         Q.   (By Ms. Weaver)  Well, you said it is up    12:39:13

 6    to the custodian to preserve relevant information,

 7    including WhatsApp messages, correct?

 8         A.   Yes.

 9         Q.   Is it up to the custodian to preserve

10    Facebook Messenger messages?                          12:39:26

11         A.   Yes.  However, employee-to-employee

12    Facebook Messenger messages were -- were captured

13    using our -- our email and work chat archive up to,

14    I believe, March 2019.

15         Q.   And does that include an archive for        12:40:14

16    Mr. Zuckerberg?

17         A.   I believe --

18              MR. FALCONER:  That's beyond the scope of

19    the notice.

20              But go ahead.                                12:40:31

21              THE DEPONENT:  I believe -- I believe

22    Mark has been on legal hold for this matter since

23    the original legal hold notice went out.

24         Q.   (By Ms. Weaver)  He was named as a

25    defendant initially, correct?                         12:40:40
```

1        A.   I don't know.                                    12:40:44

2        Q.   Are you aware that at a certain point in

3    time, Mr. Zuckerberg had the ability to delete

4    messages in his Facebook Messenger box?

5             MR. FALCONER:  Objection.  Beyond the            12:41:07

6    scope of the notice.

7             THE DEPONENT:  I don't understand the

8    question.

9        Q.   (By Ms. Weaver)  Are you aware if at any

10   point in time following the filing of this               12:41:19

11   lawsuit -- well, strike that.

12            Are you aware of whether or not Facebook

13   executives had the ability to delete Facebook

14   messages contained within their message in-box?

15            MR. FALCONER:  Objection.  Beyond the            12:41:43

16   scope of the notice.

17            THE DEPONENT:  Employees can delete their

18   Facebook Messenger messages.

19       Q.   (By Ms. Weaver)  Are you aware of whether

20   or not at any point in time Mr. Zuckerberg had the       12:42:11

21   power to delete his messages in other Facebook

22   users' in-boxes?

23            MR. FALCONER:  Objection.  Beyond the

24   scope of the notice.

25            THE DEPONENT:  No.                               12:42:29

                                                    Page 111

1        Q.   (By Ms. Weaver)  Are you aware of whether        12:42:29

2    at any point in time Facebook users using the

3    Download Your Information tool became aware that

4    Facebook messages they exchanged with

5    Mark Zuckerberg were no longer there?                     12:42:42

6             MR. FALCONER:  Objection.  Form and

7    beyond the scope of the notice.

8             THE DEPONENT:  I -- I -- I don't -- I

9    didn't follow that question.

10       Q.   (By Ms. Weaver)  Sure.                           12:42:56

11            Are you aware of whether at any point in

12   time Facebook users could see, using the Download

13   Your Information tool, that Facebook messages they

14   exchanged with Mr. Zuckerberg had been deleted?

15            MR. FALCONER:  Same two objections.              12:43:13

16            THE DEPONENT:  I don't know.

17       Q.   (By Ms. Weaver)  Do you know if

18   Mr. Zuckerberg or someone on his behalf deleted

19   messages from Mr. Zuckerberg in the Facebook

20   Messenger in-box of other users?                          12:43:25

21            MR. FALCONER:  Same two objections.

22            THE DEPONENT:  I don't know the answer to

23   that.

24       Q.   (By Ms. Weaver)  Do you know who would

25   know?                                                     12:43:36

                                           Page 112

CONFIDENTIAL

```
 1        A.   No.                                        12:43:39

 2             MR. FALCONER:   Same objection.   Beyond

 3   the scope of the notice.

 4             MS. WEAVER:   Okay.   I think we can break

 5   for lunch if you would like.                         12:43:56

 6             MR. FALCONER:   Okay.

 7             THE VIDEOGRAPHER:   Okay.   We're off the

 8   record.   It's 12:44 p.m.

 9             (Recess taken.)

10             THE VIDEOGRAPHER:   Okay.   We're back on   01:18:05

11   the record.   It's 1:18 p.m.

12        Q.   (By Ms. Weaver)   Mr. Duffey, did you have

13   a delightful lunch?

14        A.   I did.   Thank you.

15        Q.   Excellent.                                 01:18:13

16             (Discussion off the stenographic record.)

17        Q.   (By Ms. Weaver)   You understand you're

18   still under oath, correct?

19        A.   Yes, I do.

20        Q.   Do you know whether or not any directors   01:18:33

21   or executives subject to the litigation hold in

22   this case used Wickr or HipChat or programs that

23   had self-destruction features?

24             MR. FALCONER:   Objection.   Form and

25   beyond the scope of the notice.                      01:18:52
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              THE DEPONENT:  No, I am not.              01:18:58

 2        Q.   (By Ms. Weaver)  And you testified that

 3   you reviewed correspondence between plaintiffs'

 4   counsel and Gibson Dunn in this case, correct?

 5        A.   I did.                                     01:19:09

 6        Q.   And I'll ask you to take a look at what

 7   we've marked as Exhibit 389.

 8             (Exhibit 389 was marked for

 9   identification by the court reporter and is

10   attached hereto.)                                    01:19:20

11             MS. WEAVER:  And while it's pulling up

12   and the record, this is a letter dated September 6,

13   2018, from Gibson Dunn to me and to Mr. Loeser in

14   this case.

15        Q.   (By Ms. Weaver)  And let me know when      01:19:44

16   you've had a chance to review it.

17        A.   Okay.  It just appeared.  Let me --

18             Okay.

19        Q.   Have you seen this letter before?

20        A.   I don't recall.                            01:20:16

21        Q.   Do you know if it was identified by

22   Mr. Falconer in emails preparing for this -- for

23   this deposition today?

24        A.   Can you -- can you repeat the question.

25        Q.   Do you know if this was one of the pieces  01:20:34
```

CONFIDENTIAL

```
 1    of correspondence identified by Mr. Falconer as        01:20:37

 2    something you had reviewed in preparation for your

 3    deposition today?

 4         A.   I don't know.

 5         Q.   And did you review this letter?             01:20:51

 6         A.   I don't recall.

 7         Q.   I'll direct your attention to page 2 of

 8    the letter.  And by way of explanation, in this

 9    letter Gibson Dunn is responding to questions

10    interposed by plaintiffs' counsel, and in No. 6 in     01:21:13

11    italics it has a quote from correspondence we sent

12    to Gibson Dunn.

13              It says "Your August 17th letter states

14    that 'counsel is unaware of the use of Wickr or

15    HipChat or other similar programs that include         01:21:29

16    self-destruction features by any employees who were

17    issued the litigation hold notices.'"

18              Does that statement apply to directors

19    and executives as well?

20              Do you see that?                             01:21:42

21         A.   Yes.

22         Q.   And then counsel responded "Yes.  That

23    statement applies to directors and executives to

24    whom the litigation notice were issued."

25              Do you see that?                             01:21:55
```

Page 115

CONFIDENTIAL

```
 1        A.   Yes.                                    01:21:56

 2        Q.   Do you know if that's true?

 3        A.   As of the date of this letter on

 4   September 6, 2018, I have -- I have no reason to

 5   believe that it's not true.                       01:22:17

 6        Q.   Are you aware that at some point in time

 7   Mark Zuckerberg began using programs that had a

 8   self-destruction feature?

 9             MR. FALCONER:  Objection.  Beyond the

10   scope.                                            01:22:31

11             THE DEPONENT:  I don't know.

12             MS. WEAVER:  Okay.

13             Counsel, we'll ask that you respond to

14   that question.

15             We can do it outside of the deposition. 01:22:42

16             (Exhibit 390 was marked for

17   identification by the court reporter and is

18   attached hereto.)

19             MS. WEAVER:  We'll mark as tab 77 the

20   next exhibit.  That will be Exhibit 390.          01:22:47

21        Q.   (By Ms. Weaver)  While you're --

22             Are you familiar with an archiving system

23   called Proofpoint?

24        A.   Yes, I am.

25        Q.   What is that?                            01:23:31
```

Page 116

CONFIDENTIAL

```
 1        A.   Proofpoint is our email and work chat      01:23:38

 2   archiving tool.

 3        Q.   And how does it function?

 4             MR. FALCONER:  Objection.  Form.

 5             THE DEPONENT:  On a daily basis, emails    01:24:14

 6   and work chats are stored within Proofpoint for a

 7   retention period that includes legal holds.

 8        Q.   (By Ms. Weaver)  Okay.

 9             And do you have Exhibit 390 now?

10        A.   I do.                                       01:24:46

11             MS. WEAVER:  And I'll state for the

12   record that this is a letter dated December 9,

13   2019, from Gibson, Dunn & Crutcher, again to myself

14   and Mr. Loeser in this case.

15        Q.   (By Ms. Weaver)  Have you seen this        01:25:00

16   document before?

17        A.   It looks familiar.  I'm -- I'm not

18   100 percent sure.

19        Q.   Do you understand it to be one of the

20   letters that Mr. Falconer indicated you would be    01:25:38

21   prepared to discuss today?

22        A.   I -- I'm not sure.

23        Q.   Okay.  I'll direct your attention to page

24   5 at No. 11.

25        A.   Okay.                                       01:25:56
```

Page 117

CONFIDENTIAL

```
 1        Q.   Okay.  And do you see in paragraph 11        01:25:58

 2    where it says "As we have explained previously,

 3    Facebook is preserving Exchange, Facebook

 4    Messenger, and Facebook Workplace communications

 5    (which are automatically archived in Proofpoint)."   01:26:16

 6             And then "Facebook is preserving

 7    additional data stored through online sources,

 8    including Quip, Dropbox, Workplace Groups, internal

 9    web pages, company Wikis, and O365.  Facebook is

10    also preserving identified data stored on specific   01:26:36

11    individual devices, including laptops, desktops,

12    mobile devices, and tablets."

13             Do you see that?

14        A.   Yes.

15        Q.   Were WeChat messages achieved in            01:26:47

16    Proofpoint?

17        A.   WeChat messages are not archived in

18    Proofpoint.

19        Q.   Are WhatsApp messages archive in

20    Proofpoint?                                           01:27:12

21        A.   No.

22        Q.   Are they archived anywhere?

23        A.   WhatsApp messages are stored on -- on a

24    user's phone.  It is up to the custodian to

25    preserve any -- any messages that would be relevant  01:27:34
```

Page 118

CONFIDENTIAL

```
 1    to the legal hold notice issued to the custodians.      01:27:45

 2         Q.   Okay.

 3              I'll ask you to turn back to 3 --

 4    Exhibit 385.  And I'm looking at the definition of

 5    "relevant information" again.                            01:28:13

 6         A.   Okay.

 7         Q.   And specifically, there's that long list

 8    of items where it begins with "email, Workplace

 9    Chats and Groups."

10              Do you see that?                               01:28:22

11         A.   Yes.

12         Q.   I'd like to just go through and give

13    those kinds of ESI, if you don't mind.

14              So email, we discussed.  That is archived

15    in Proofpoint; is that right?                           01:28:32

16         A.   It is, correct.

17         Q.   Workplace Chats and Groups, is that

18    archived in Proofpoint?

19         A.   Workplace Chats are -- are archived in

20    Proofpoint.  Groups are not.                            01:28:47

21         Q.   And what are Groups?

22         A.   I use that sort of Groups example for

23    Facebook.  Similarly Workplace, which is a Meta

24    product used within the company that is very

25    similar to Facebook in that you can join groups        01:29:14
```

CONFIDENTIAL

1    relevant to your work or interests and -- and          01:29:23

2    that's what Groups are in reference to -- in this

3    definition of "relevant information."

4          Q.   Were Groups searched for and preserved in

5    the collection of ESI related to this litigation?      01:29:47

6               MR. FALCONER:  Objection.  Form.

7               THE DEPONENT:  Yes.  When a custodian

8    identifies a Workplace Group or Workplace Groups

9    relevant to a matter, the E-discovery team will

10   take a snapshot of that Workplace Group and            01:30:17

11   preserve it.

12              Otherwise, Workplace Groups are not

13   subject to a retention period.  Posts within a

14   Workplace Group remain unless deleted by a user who

15   has access to that point.                              01:30:49

16         Q.   (By Ms. Weaver)  And why aren't they

17   subject to retention?

18         A.   Because --

19              MR. FALCONER:  Objection.  Form.

20              But go ahead.                                01:30:59

21              THE DEPONENT:  There is no retention

22   period.  They will live in perpetuity unless a

23   person who posts within that group deletes

24   information within that Workplace Group.

25         Q.   (By Ms. Weaver)  Okay.  Were OneDrive,       01:31:25

                                                     Page 120

CONFIDENTIAL

```
1    Dropbox, Axe, SharePoint, and Google Drive all        01:31:32

2    subject to litigation hold in this case?

3         A.   They are data sources that company

4    personnel uses.  These are cloud-based third-party

5    data sources that are, again, not subject to a         01:32:05

6    retention period, disposition period.  Those

7    documents and within those cloud sources remain

8    accessible unless -- unless deleted from -- from

9    those data sources.

10        Q.   And the same is true for Quips?             01:32:38

11        A.   That's correct.

12             I do want to say one clarifying thing:

13   That all -- all custodians are, you know, told to

14   preserve any relevant information stored in any

15   data source, including all of these cloud-based       01:33:03

16   sources.  The E-discovery team has the ability to

17   collect deleted items as well.

18        Q.   And how do they collect deleted items?

19        A.   They would be collected through the admin

20   tool for these particular cloud sources.              01:33:29

21        Q.   And do you mean each cloud source has its

22   own admin tool?

23        A.   I believe that's correct.

24        Q.   Were any -- was any deleted ESI collected

25   in this case?                                          01:33:48
```

CONFIDENTIAL

```
 1              MR. FALCONER:  Objection.  Beyond the        01:33:52

 2    scope of the notice.

 3              Go ahead, Mike.

 4              THE DEPONENT:  I'm not aware of any

 5    instance where a custodian indicated that a           01:34:09

 6    relevant ESI would have been deleted.  So I'm not

 7    sure I can answer that question.

 8         Q.   (By Ms. Weaver)  And is the reference

 9    here to Facebook messages the same as Facebook

10    Messenger?                                            01:34:41

11         A.   Yeah, I -- I believe it's in reference to

12    Facebook Messenger messages.

13         Q.   And you see a reference here to hard copy

14    files; is that right?

15         A.   Yes.                                        01:34:59

16         Q.   What does that mean?

17         A.   Paper files, written notes, not

18    electronic files.

19         Q.   Were hard copy files preserved and

20    searched for production in this litigation?          01:35:19

21         A.   Yes.  Our custodians are instructed to

22    preserve all relevant information, and that

23    includes hard copy files.  If a custodian

24    identifies that they have hard copy files relevant,

25    then the E-discovery team would collect and scan      01:35:46
```

Veritext Legal Solutions
866 299-5127

```
 1    and preserve those relevant hard copy files.           01:35:51

 2         Q.   Do you know if Facebook has preserved any

 3    notebooks or notes in hard copy files in response

 4    to this litigation?

 5         A.   Can you repeat the question.                  01:36:17

 6         Q.   Do you know if Facebook preserved any

 7    notebooks or notes in hard copy files in connection

 8    with this litigation?

 9         A.   I believe so.

10         Q.   And what -- what do you recall about          01:36:34

11    that?

12         A.   As I mentioned, through the custodian

13    interview process, if a custodian identifies hard

14    copy files as something they have and is relevant

15    to a matter, the E-discovery team would collect and   01:36:58

16    scan those materials.

17         Q.   And I'm asking, I guess, specifically,

18    are you aware of any specific hard copy documents

19    that you know were preserved for this case?

20         A.   I believe that we have collected hard         01:37:28

21    copy files.  I couldn't tell you the names of the

22    custodians or what the content of those hard copy

23    files were, but I do recall that that was -- that

24    is -- that has been a data -- data source that we

25    have collected from.                                   01:37:50
```

CONFIDENTIAL

```
  1          Q.   Are you aware of whether or not there was      01:37:53

  2     a search in 2018 for notebooks maintained by

  3     Mr. Zuckerberg?

  4          A.   I don't know that.

  5          Q.   Are you aware of it at all?                     01:38:07

  6          A.   No.

  7          Q.   Turning back to Exhibit 390.

  8          A.   Okay.

  9          Q.   Turning to page 7 at No. 7, do you see it

 10     says "the relevant subject matter identified in the      01:39:03

 11     litigation holds and any updates thereto"?

 12               Do you see that?

 13          A.   I do.

 14          Q.   And then do you see the paragraph that

 15     says "Without waiving Facebook's attorney-client         01:39:13

 16     privilege, Facebook responds that the litigation

 17     hold notice requires the preservation of documents

 18     potentially relevant to the litigation and

 19     regulatory proceedings stemming from the

 20     Cambridge Analytica events, including Aleksandr         01:39:28

 21     Kogan's use of the Facebook Platform and

 22     collaboration with Cambridge Analytica; access to

 23     and potential misuse of Facebook user data by

 24     Cambridge Analytica and other third-party apps;

 25     Facebook's device integration partnerships;            01:39:47
```

```
 1    agreements between Facebook and third parties              01:39:51

 2    regarding access to user data; and internal

 3    investigations or audits into alleged misuse of

 4    user data by third parties."

 5          Do you see that?                                     01:40:04

 6          A.   Yes.

 7          Q.   Do you know if Facebook updated the

 8    relevant subject matter and litigation holds to

 9    include, for example, discussions of exchange of

10    data with data brokers?                                    01:40:15

11             MR. FALCONER:  So, again, I'm going to

12    instruct Mr. Duffey not to any question about the

13    language that was included in any version of the

14    legal hold on privilege and work product basis.

15             MS. WEAVER:  And to clarify, even though          01:40:28

16    he wrote a letter in 2019 defining what was in the

17    litigation hold?

18             SPECIAL MASTER GARRIE:  Noted for the

19    record.  We will move forward.

20             Counsel [sic] Duffey received instruction         01:40:44

21    from counsel.  Please advise if you want to respond

22    accordingly.

23             MR. FALCONER:  So, Mr. Duffey, my

24    instruction to you is not to answer that question

25    on work product and privilege grounds.                     01:40:58
```

Page 125

```
 1            THE DEPONENT:  I'll take counsel's        01:41:02

 2     instructions.

 3         Q.   (By Ms. Weaver)  And going back to

 4     Exhibit 386.

 5            Do you see -- I'm looking back at the     01:41:32

 6     sixth issued litigation hold sent on September 3,

 7     2021.  And you have a bullet point there that says

 8     "reference ephemeral messaging (do not use it or

 9     take steps to preserve)."

10            Do you see that?                          01:41:45

11         A.   Yes.

12         Q.   Do you know whether WhatsApp added

13     ephemeral messages as an optional feature in

14     November of 2020?

15            MR. FALCONER:  Objection.  Beyond the     01:42:00

16     scope of the notice.

17            THE DEPONENT:  I do not know that.

18         Q.   (By Ms. Weaver)  Do you know if anyone

19     subject to the litigation hold in this case used

20     ephemeral messaging on WhatsApp during the pendency  01:42:10

21     of this case?

22            MR. FALCONER:  Objection.  Beyond the

23     scope.

24            THE DEPONENT:  Other than my earlier

25     testimony, I'm -- I'm not aware of any custodians   01:42:38
```

Page 126

CONFIDENTIAL

```
 1    using ephemeral messaging.                          01:42:43

 2         Q.   (By Ms. Weaver)  Okay.

 3              Did Facebook send litigation holds or

 4    preservation letters to any third parties relating

 5    to this case?                                        01:42:55

 6         A.   I don't know.

 7         Q.   Do you know if Facebook sent preservation

 8    letters to FTI or Stroz?

 9              MR. FALCONER:  I'm going to object to

10    that as beyond the scope of the notice.              01:43:24

11              THE DEPONENT:  Can you -- can you repeat

12    the question.

13         Q.   (By Ms. Weaver)  Yes.  No problem.

14              Did Facebook send preservation letters to

15    FTI Consulting or Stroz?                             01:43:39

16              MR. FALCONER:  Same objection.

17              THE DEPONENT:  Yes, I believe so.  The --

18    the individuals from either FTI or Stroz who had

19    an -- who had an FB.com email address received

20    litigation holds, preservation notices.              01:44:27

21         Q.   (By Ms. Weaver)  And did anyone from PwC

22    or EY also receive preservation notices in

23    connection with this litigation?

24         A.   I don't know.

25         Q.   Do you know if members of the ADI          01:44:56
```

Page 127

```
 1    custodian list created by Facebook received the       01:44:59

 2    litigation hold in this case?

 3            MR. FALCONER:  Objection.  Form.

 4            But you can go ahead, Mike.

 5            THE DEPONENT:  Do you mind repeating the       01:45:17

 6    question, please.

 7        Q.  (By Ms. Weaver)  Are you aware of a group

 8    of custodians being identified by Facebook as "EDI

 9    custodians"?

10            MR. FALCONER:  Objection.  Form.              01:45:26

11            THE DEPONENT:  I know -- I know there is

12    a legal hold notice called "the app developer

13    investigation."

14        Q.  (By Ms. Weaver)  And do you know when the

15    legal hold notice was sent to EDI custodians in       01:45:45

16    this case?

17            MR. FALCONER:  Objection.  Form.

18            But go ahead, Mike.

19            THE DEPONENT:  I -- I -- I couldn't

20    answer when EDI custodians would have received the    01:46:00

21    Cambridge Analytica litigation hold notice.

22        Q.  (By Ms. Weaver)  Thank you.  I apologize

23    for interrupting.

24            Do you know whether they received the

25    first litigation hold letter, or was it later in      01:46:16
```

Page 128

CONFIDENTIAL

```
1    time?                                              01:46:20

2         A.   I don't know.

3         Q.   Do you know who would know?

4         A.   We have a reporting mechanism within the

5    Legal Hold Pro tool that would show -- generate a   01:46:37

6    list of legal hold custodians and when they first

7    received the preservation notice.

8              MS. WEAVER:  Okay.  Thank you.  Let's --

9              We're going to mark as Exhibit 391.

10             (Exhibit 391 was marked for              01:47:05

11   identification by the court reporter and is

12   attached hereto.)

13             MS. WEAVER:  This will be tab 32,

14   Mr. Samra.  This is a document bearing Bates

15   numbers ADVANCE-META -504 through -509.            01:47:11

16        Q.   (By Ms. Weaver)  And when it's up, if you

17   could just tell me what it is, that would be

18   helpful.

19        A.   It still hasn't arrived.

20        Q.   I have --                                01:48:29

21        A.   I just got it.

22             Is it Exhibit 391?

23        Q.   Exactly, yes.

24        A.   This is US privacy program records

25   management policy.                                 01:48:40
```

Page 129

CONFIDENTIAL

```
 1        Q.    And when did it first take effect?        01:48:42

 2        A.    April 20, 2021.

 3        Q.    And was there such a policy prior to that

 4   time?

 5        A.    I'm not aware of a prior version of the   01:49:16

 6   US privacy program records management policy.

 7        Q.    And was there an informal policy that

 8   addressed the issues covered in the US privacy

 9   program records management policy prior to the time

10   that -- when Exhibit 32 was implemented?            01:49:32

11             MR. FALCONER:  Objection.  Beyond the

12   scope.

13             THE DEPONENT:  I'm aware of the -- the

14   existence of a US privacy program prior to this

15   policy going into effect, but I'm not aware of --    01:49:52

16   of a written formal policy that existed prior to

17   this.

18             (Exhibit 392 was marked for

19   identification by the court reporter and is

20   attached hereto.)                                    01:50:00

21             MS. WEAVER:  And now we're marking

22   Exhibit 392, which for the record is

23   ADVANCE-META -516 through -531.

24             THE DEPONENT:  I have it now.

25        Q.    (By Ms. Weaver)  And what is Exhibit 392? 01:50:40
```

```
 1        A.   Exhibit 392 is the US privacy program        01:50:45

 2   records retention schedule.

 3        Q.   And when did it first take effect?

 4        A.   April 20th, 2021.

 5        Q.   And prior to April 20th, 2021, was there     01:51:13

 6   a records retention schedule similar to the one

 7   reflected in Exhibit 392?

 8             MR. FALCONER:  Objection.  Form.

 9             THE DEPONENT:  I don't believe so.

10        Q.   (By Ms. Weaver)  And so do you see in the    01:51:42

11   first paragraph it says, in the second sentence,

12   "The records that the US privacy program must

13   retain are audit records and reports, consumer

14   inquiry and response records, contracts/agreements

15   and third-party assessment records, data subject     01:52:01

16   requests, government relations and policy records,

17   incident and investigation records (permanent),

18   incident and investigation records (temporary),

19   policies and procedures, privacy program operations

20   records, privacy review and decision records, risk   01:52:20

21   assessments and remediation and response records,

22   training records, user consent records, and user

23   privacy communications and statements external"?

24             Do you see that?

25        A.   I do.                                         01:52:37
```

Page 131

CONFIDENTIAL

```
 1        Q.   And so this paragraph reflects that as of      01:52:37

 2    April 20th, 2021, Facebook required that the

 3    company retain those records that I just read into

 4    the record, correct?

 5        A.   Yes, under the retention schedule that is      01:53:05

 6    laid out throughout the document.

 7        Q.   So prior to the time that Exhibit 392

 8    took effect, what was the retention schedule for

 9    consumer inquiry and response records?

10             MR. FALCONER:  Objection.  Form.               01:53:24

11             THE DEPONENT:  I'm not aware of -- of a,

12    you know, similar retention schedule that preceded

13    this document, so I -- I don't know the answer to

14    the question.

15        Q.   (By Ms. Weaver)  Do you see a reference        01:54:03

16    to "user consent records"?

17        A.   I do.

18        Q.   What -- what does that mean?

19        A.   "User consent records are records related

20    to user consents, preferences, and settings           01:54:48

21    specific to legal, regulatory obligations, which

22    constitutes user consent, preference, and setting

23    records responsive to the FTC order."

24        Q.   And are you reading from the record

25    series description at page 529?                        01:55:06
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1        A.   I am.                                         01:55:11

2        Q.   Prior to the time that Exhibit 392 took

3   effect in April 20th, 2021, did Facebook preserve

4   those records that you just described?

5             MR. FALCONER:  Objection.  Form.             01:55:24

6             THE DEPONENT:  If they were the subject

7   of legal or regulatory obligations or the subject

8   of legal hold, they would have been preserved.  I'm

9   not aware of a -- a prior retention disposition

10  schedule for these types of records.                   01:56:02

11       Q.   (By Ms. Weaver)  And do you know for this

12  case whether these records were preserved?

13            MR. FALCONER:  Objection.  Form.

14            But go ahead, Mike.

15            THE DEPONENT:  I don't know.                  01:56:26

16       Q.   (By Ms. Weaver)  Who would know?

17       A.   I think that would be like an -- an

18  inquiry that would be conducted between our

19  in-house and outside counsel and the E-discovery

20  team and any custodians working on these types of     01:56:59

21  records.

22       Q.   And with regard to these records, where

23  it says "user consent," does that mean every

24  Facebook user?

25       A.   I'd -- I'd want to look at the file plan     01:57:31
```

Page 133

CONFIDENTIAL

```
 1   associated with the US privacy program records        01:57:35

 2   management policy to confirm that.  I don't know

 3   the answer.

 4        Q.   What is a file plan?

 5        A.   That is a spreadsheet that is part of the   01:57:58

 6   US privacy program records management policy.

 7   It's --

 8             MS. WEAVER:  Josh --

 9             That's fine.  I think we have.

10             Josh, can you mark, please, tabs 37 and     01:58:18

11   38.

12             (Exhibit 393 was marked for

13   identification by the court reporter and is

14   attached hereto.)

15             (Exhibit 394 was marked for                 01:58:22

16   identification by the court reporter and is

17   attached hereto.)

18             MS. WEAVER:  These, for the record, will

19   be Exhibits 392 and 393.  Exhibit 392 bears the

20   words "US privacy program records retention           01:58:53

21   schedule" and bears Bates numbers ADVANCE-META -555

22   through -568.

23             And Exhibit 393 is a spreadsheet that

24   says "Meta US privacy program records file plan"

25   bearing Bates number -569 to -577.                    01:59:12
```

```
 1              THE DEPONENT:  I'm not sure -- can we          01:59:26

 2    read that back?  Because I'm not mapping to the

 3    exhibit number and the Bates numbers that you

 4    just --

 5         Q.   (By Ms. Weaver)  Oh -- yeah, Mr. Duffey.       01:59:31

 6    I'm marking two new exhibits for you to look at.

 7    I'm sorry for being unclear.  So they're going to

 8    load, and you're looking at Exhibit 391, I think,

 9    but Exhibits --

10         A.   I'm sorry.  I was looking -- I think you      01:59:44

11    already marked 392 --

12              MR. FALCONER:  Yeah.

13              THE DEPONENT:  -- as the schedule -- as

14    the schedule plan.

15              MS. WEAVER:  I see.  And it will be 393        01:59:52

16    and 394.  I apologize.

17         Q.   (By Ms. Weaver)  And 393, I believe, is

18    up.

19         A.   Oh, I'm loading -- it's uploading right

20    now.                                                    02:00:20

21         Q.   And so the -- first I want to comment on

22    what those exhibits are, and then we'll return to

23    the question of the records relating to user

24    consents.

25              Do you have Exhibit 393?                       02:00:48
```

CONFIDENTIAL

```
 1        A.   I have it, but I'm still a little        02:00:50

 2   confused, because I think 392 and 393 are the same

 3   document.

 4        Q.   I see.  And then when you see 394, you'll

 5   see that the spreadsheet attached bears a            02:01:08

 6   consecutive Bates number.

 7             Well, you know what, Mr. Duffey?  This is

 8   your expertise.

 9             Exhibit 392 didn't have a corresponding

10   spreadsheet in the production that you gave us, and   02:01:20

11   so I'm trying to copy -- or mark for the record the

12   version of the privacy program records retention

13   schedule that was followed immediately by a

14   spreadsheet.  And maybe you can --

15        A.   I see.                                     02:01:31

16        Q.   -- authenticate that one.  Right.

17        A.   Okay.

18        Q.   So Exhibit 394 is up.

19        A.   I see it.

20        Q.   Okay.  And then let me just go back to     02:01:45

21   Exhibit 393 and ask you:  What is Exhibit 393?

22        A.   Okay.  Just a moment.

23             3 -- Exhibit 393 is the US privacy

24   program records retention schedule.

25        Q.   And what is Exhibit 394?                   02:02:21
```

Page 136

CONFIDENTIAL

```
 1        A.   Exhibit 394 is the US privacy program        02:02:49

 2   records file plan.

 3        Q.   And is this the document that you were

 4   testifying you would need to seek to answer the

 5   question about what records relating to user          02:03:00

 6   consents constitute?

 7        A.   That's correct.

 8        Q.   And if I direct your attention to the

 9   page ending in Bates number -576 on the lower

10   left-hand corner, do you see where it says "user      02:03:16

11   consent records"?

12        A.   Yes.

13        Q.   So the question is:  Do these user

14   consent records relate to every Facebook user?

15             While you're reading, I'll read into the    02:04:16

16   record that in the fourth column in that row, it

17   reads:  "Records relating to Meta's attempt to

18   obtain the consent of users referred to in part 2

19   of the order titled Changes to Sharing of Covered

20   Information, which constitutes a copy of each         02:04:33

21   relevant screenshot/screen cast of user consent

22   statements, consent flows, and privacy settings, a

23   copy of each relevant record sufficient to show

24   each user's consent in a part 3 scenario and a copy

25   of each relevant report sufficient to demonstrate     02:04:51
```

CONFIDENTIAL

```
 1    on an aggregate basis the number of users for whom        02:04:54

 2    each such privacy setting was in effect at any time

 3    Meta has attempted to obtain or has been required

 4    to obtain such consent in a" -- I think it says

 5    "part 2 scenario."                                         02:05:08

 6              Do you see that?

 7        A.   I do see it.

 8        Q.   Prior to the time -- well, strike that.

 9              When did Exhibits 393 and 394 take

10    effect?                                                    02:05:22

11        A.   I don't know when Exhibit 394 went into

12    effect.  Exhibit 393 is -- is loading now.  And I

13    believe it went into effect on April 20th -- yes,

14    April 20th, 2021.

15        Q.   And Exhibit 394, is that an explication,         02:06:16

16    if you will, of the kinds of documents identified

17    in Exhibit 393?

18        A.   I don't know if I understand what that --

19    that word is.

20        Q.   It means --                                      02:06:32

21        A.   Sorry.

22        Q.   -- explanation, I guess.  Right?

23              Let me ask the question again.

24              Is Exhibit 394 a part of Exhibit 393?

25        A.   It's -- it's -- they all -- 393 and 394          02:06:53
```

Page 138

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | are part -- you know, part of the US privacy | 02:06:56 |
| 2 | program records management policy.  I would | |
| 3 | consider them separate documents, but the file plan | |
| 4 | provides additional information including the -- | |
| 5 | you know, the record class, records category, | 02:07:23 |
| 6 | approved repository, and maybe -- maybe some | |
| 7 | additional columns that are not referenced in -- in | |
| 8 | the retention schedule. | |
| 9 | Q.   And with regard to the records described | |
| 10 | in the cell that I just read into the record about | 02:07:50 |
| 11 | user consents, prior of April of 2021, did Facebook | |
| 12 | maintain such records? | |
| 13 | A.   I don't know. | |
| 14 | Q.   Did Facebook preserve the documents | |
| 15 | described in that cell for purposes of this | 02:08:20 |
| 16 | litigation? | |
| 17 | A.   I don't know. | |
| 18 | Q.   Who would know? | |
| 19 | A.   I can't name a specific individual, but I | |
| 20 | would -- I would suggest that -- that -- going to | 02:09:17 |
| 21 | somebody working on the, you know, US privacy | |
| 22 | program or somebody within the privacy team. | |
| 23 | Q.   And can you name anybody by name who is | |
| 24 | on that team or involved with that program? | |
| 25 | A.   I can't.  But somebody on -- on our | 02:09:54 |

Page 139

CONFIDENTIAL

```
 1    information governance team could.              02:10:02

 2         Q.   And who --

 3         A.   I would imagine.

 4         Q.   Sorry.

 5              And who on your information governance   02:10:09

 6    team by name might be able to let us know how to

 7    find out if those documents relating to user

 8    consents were preserved or collected prior to

 9    April 21st, 2021?

10         A.   Two people come to mind.  One would be  02:10:32

11    Yodi, Y-O-D-I, Hailemariam, H-A-I-L-E-M-A-R-I-A-M.

12    And Daniel Proko, D-A-N-I-E-L P-R-O-K-O.

13         Q.   Mr. Hailemariam is identified on Exhibit

14    386, correct?

15         A.   Yes.  Yodi is a woman --               02:11:06

16         Q.   I'm sorry.

17         A.   -- but that's correct.

18         Q.   My apologies.

19         A.   No, it's fine.  I just wanted to clarify.

20         Q.   That's nice.                           02:11:15

21              You spoke with Yodi in preparation for

22    your deposition; is that correct?

23         A.   I did speak with her, yes.

24         Q.   And the second person you identified, is

25    that person also listed in your notes?           02:11:27
```

Page 140

CONFIDENTIAL

```
 1        A.    No.                                        02:11:32

 2        Q.    And did you speak with that person to

 3   prepare for your deposition today?

 4        A.    No.

 5        Q.    Looking a little further ahead and         02:11:46

 6   turning back to Exhibit 394, there's a category of

 7   documents called "User Privacy Communications and

 8   Statements."

 9              Do you see that?

10              That's at Bates number ending at -577.     02:11:56

11        A.    Yes, I see it.

12        Q.    And do you see in the fifth column it

13   describes those as "records of external statements

14   made by Meta that describe the extent to which Meta

15   maintains and protects the privacy, security, and     02:12:25

16   confidentiality of any covered information

17   according to the FTC order, including but not

18   limited to any statement related to a change in any

19   website or service controlled by Meta that relates

20   to the privacy of such information along with all     02:12:42

21   materials relied upon in making such" -- and then

22   it looks like it's an incomplete sentence.

23              Do you see that?

24        A.    I do.

25        Q.    Do you know if prior to April 2021          02:12:54
```

```
 1    Facebook maintained these kind of records?              02:12:59

 2             MR. FALCONER:  Objection.  Beyond the

 3    scope of the notice.

 4             THE DEPONENT:  I -- I don't know.

 5        Q.  (By Ms. Weaver)  Do you know who would?         02:13:42

 6        A.  I would -- I would start with Yodi and

 7    Daniel.

 8        Q.  Okay.  Thank you.

 9             I'll ask you to look now at what we're

10    marking as Exhibit 395.                                 02:13:56

11             (Exhibit 395 was marked for

12    identification by the court reporter and is

13    attached hereto.)

14             MS. WEAVER:  That's tab 39.  That bears

15    Bates number ADVANCE-META -578 through -585.            02:14:03

16             And for the record, it bears the words

17    "FTC order records management policy."

18             THE DEPONENT:  I have it up.

19        Q.  (By Ms. Weaver)  What is Exhibit 395?

20        A.  It is the FTC order records management          02:14:38

21    policy that went into effect April 28th, 2020.

22        Q.  And did you review it in preparing for

23    your deposition today?

24        A.  I did review it, yes.

25        Q.  And to what issue did you find it               02:14:57
```

CONFIDENTIAL

```
 1    relevant to prepare for your deposition today?        02:15:02

 2              MR. FALCONER:  Objection.  Beyond the

 3    scope of the notice.

 4              And, Mike -- or excuse me -- Mr. Duffey,

 5    don't reveal the contents of any conversations you    02:15:16

 6    had with counsel in the course of giving an answer.

 7    If the only thing that you know about that question

 8    is something you learned from counsel, I would

 9    instruct you not to answer the question.

10              THE DEPONENT:  I'll follow my counsel's     02:15:35

11    instruction.

12         Q.   (By Ms. Weaver)  Do you have an

13    understanding as to what Exhibit 395 is?

14         A.   Yes.  This is the policy that was put in

15    place in compliance to the FTC's order that went     02:15:51

16    into effect on April 28th, 2020.

17         Q.   And turning to the second page.

18              Do you see a definition there called

19    "covered information"?

20         A.   Yes.                                        02:16:21

21         Q.   And is it your understanding that under

22    this order there is a records retention schedule

23    that addresses whether covered information is

24    retained by Facebook?

25         A.   I'm not sure I understood the question.     02:16:52
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1          Q.   What is the purpose of the policy with        02:16:55

 2    regard to covered information?

 3               MR. FALCONER:  Objection.  Form.

 4               Go ahead, Mike.

 5               THE DEPONENT:  I would -- I would have to       02:17:11

 6    refer to the policy itself.  The covered

 7    information looks to be, you know, referenced in --

 8    in multiple places on this records management

 9    policy.

10          Q.   (By Ms. Weaver)  So there's a definition        02:17:49

11    for "covered information."

12               Do you see that?

13          A.   I do.

14          Q.   And a definition for "covered third

15    party."                                                   02:17:55

16               Do you see that?

17          A.   Yes.

18          Q.   And the definition for "covered

19    information" includes "information from or about an

20    individual consumer, including but not limited to         02:18:03

21    first or last name; geolocation information

22    sufficient to identify a street name and name of

23    city or town; email address or other online contact

24    information, such as instant messaging identifier

25    or screen name; mobile or other telephone number;         02:18:21
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    photos and videos; IP address, user ID, or other        02:18:24

 2    persistent identifier that can be used to

 3    recognized a user over time and across different

 4    device, websites, or online services; social

 5    security number, driver's license, or other             02:18:39

 6    government-issued identification number; financial

 7    account number; credit or debit information; date

 8    of birth, biometric information, any information

 9    combined with any of the above or nonpublic user

10    information."                                            02:18:53

11          Do you see that?

12       A.   Yes, I do.

13       Q.   Excluding nonpublic user information, is

14    it -- does Facebook understand covered information

15    to be personal information?                              02:19:04

16          MR. FALCONER:  Objection.  Form and

17    beyond the scope of the notice.

18          Go ahead, Mike.

19          THE DEPONENT:  I've seen some of these

20    descriptions in the covered information definition       02:19:46

21    used to define personal information.

22       Q.   (By Ms. Weaver)  What is Facebook's

23    understanding of what personal information is?

24          MR. FALCONER:  Objection.  Beyond the

25    scope of the notice.                                     02:20:06
```

Page 145

CONFIDENTIAL

```
 1              THE DEPONENT:  I would -- I would define      02:20:39

 2     "personal information" as information that you

 3     could use to identify a specific person, like an

 4     email address or phone number, social security

 5     information, bank information, driver's license,      02:21:00

 6     and, you know, govern -- government-issued

 7     identification number.  Also credit card

 8     information.

 9         Q.   (By Ms. Weaver)  Looking at definition

10     9 in Exhibit 384, which is the deposition notice.     02:21:15

11              Do you see that it defines "personal

12     information" in the notice?

13              You have to go back to the very first

14     exhibit that we marked today, Mr. Duffey.

15         A.   Okay.  I see it.                             02:21:38

16         Q.   Is the definition of "personal

17     information" set forth in definition

18     No. 9 consistent with your understanding of what

19     Facebook's understanding personal information is?

20              MR. FALCONER:  Objection.  Beyond the        02:22:02

21     scope of the notice.

22              MS. WEAVER:  It's literally in the

23     notice, Russ.

24              THE DEPONENT:  The definition in the

25     30(b)(6) notice seems to be a fair and accurate       02:22:23
```

CONFIDENTIAL

```
 1    definition of what personal information is.          02:22:33

 2        Q.   (By Ms. Weaver)  And going back to

 3    Exhibit 395.

 4        A.   Okay.

 5        Q.   Do you see there's a definition there for    02:22:48

 6    "nonpublic user information"?

 7        A.   I see.

 8        Q.   Do you see it's defined as "any user

 9    profile information (i.e., information that a user

10    adds to or is listed on a user's Facebook profile),   02:23:10

11    or user-generated content (e.g., status updates,

12    photos) that is restricted by one or more privacy

13    settings."

14             Do you see that?

15        A.   Yes.                                          02:23:25

16        Q.   Is that Facebook's understanding of what

17    nonpublic user information is?

18             MR. FALCONER:  Objection.  Form.

19             Go ahead, Mike.

20             THE DEPONENT:  Yes.                           02:23:40

21        Q.   (By Ms. Weaver)  And then turning to the

22    page ending at -581.

23             Do you see where it says "scope of FTCO

24    records"?

25        A.   Yes.                                          02:24:01
```

```
 1         Q.   And is this describing categories of          02:24:01

 2    records which must be created and retained by

 3    Facebook or Meta?

 4         A.   These are the -- the scope of records

 5    that must be created and maintained and retained        02:24:17

 6    for a certain period of time as part of the FTC's

 7    order that went into effect on -- on April 28th,

 8    2020.

 9         Q.   And there's a reference below to "covered

10    third party," correct?                                  02:24:44

11         A.   In section B?

12         Q.   Yes.

13         A.   Yes, I see it.

14         Q.   And "covered third party" is defined

15    earlier at page ending -579 as "any individual or       02:25:04

16    entity that uses or receives covered information

17    obtained by or on behalf of Facebook outside of a

18    user-initiated transfer of covered information,"

19    and then it lists a few exceptions.

20              Do you see that?                               02:25:26

21         A.   I do.

22         Q.   Is that Facebook's definition of a

23    covered third party?

24              MR. FALCONER:  Objection.  Form and

25    beyond the scope of the notice.                         02:25:33
```

Page 148

CONFIDENTIAL

1          Go ahead, Mike.                                    02:25:35

2          THE DEPONENT:  Yes, this is Facebook's

3     definition of a covered third party.

4          Q.   (By Ms. Weaver)  And so going back to the

5     page ending at -581, is Meta currently required to     02:25:43

6     retain documents sufficient to identify the types

7     of covered information that Facebook provides or

8     makes available to any covered third party, subject

9     to the requirements set forth there?

10         MR. FALCONER:  Objection.  Form.                   02:26:09

11         Go ahead, Mike.

12         THE DEPONENT:  Yes, I believe so.  I

13    would want to review -- there's also a schedule

14    plan and a file plan attached to -- to this policy

15    as well that further provides information about the   02:26:34

16    types of records that would be covered by -- the

17    section that you just went by -- went off of -- the

18    documents sufficient to identify the types of

19    covered information that Facebook provides to any

20    covered third party.                                   02:27:03

21         Q.   (By Ms. Weaver)  And for all of the kinds

22    of documents listed here in subtopics A through G,

23    which describes the scope of the FTCO records, is

24    Meta complying with retention requirements?

25         A.   Yes, I believe so.                            02:27:25

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              MR. FALCONER:  We've been going a little      02:27:28

 2     more than an hour.  When you get to a stepping

 3     point --

 4              MS. WEAVER:  I'd just like to finish

 5     this --                                                02:27:34

 6              MR. FALCONER:  Yeah, you're fine.

 7       Q.  (By Ms. Weaver)  Would it be possible for

 8     Meta to produce these retained documents in this

 9     litigation without any technical difficulty?

10              MR. FALCONER:  Objection.  Beyond the         02:27:45

11     scope of the notice.

12              THE DEPONENT:  There are -- there are a

13     number of approved repositories that are listed in

14     the -- FTC or records management file plan.  I

15     can't speak to the effort that would be needed to     02:28:08

16     collect all records.

17              So I don't know that I can -- that I can

18     answer that specific question.

19       Q.  (By Ms. Weaver)  Prior to April 2021, did

20     Facebook preserve documents of the type described     02:28:33

21     in subcategory B?

22              MR. FALCONER:  Objection.  Form.

23              Go ahead.

24              MS. WEAVER:  Oh, I misspoke.

25              THE DEPONENT:  I don't know.                  02:29:04
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.   (By Ms. Weaver)  Prior to April 2020, did      02:29:04

 2   Facebook preserve documents of the type described

 3   in subcategory B?

 4            MR. FALCONER:  Same objection.

 5            THE DEPONENT:  I don't know the answer.         02:29:27

 6            MS. WEAVER:  Okay.  We can take a break

 7   now.

 8            THE VIDEOGRAPHER:  Okay.  Now we're off

 9   the record.  It's 2:29 p.m.

10            (Recess taken.)                                02:29:34

11            THE VIDEOGRAPHER:  Okay.  We're back on

12   the record.  It's 2:43 p.m.

13        Q.   (By Ms. Weaver)  Mr. Duffey, for

14   custodians who received the litigation hold letter

15   relating to this case, did Facebook preserve their    02:43:25

16   devices as well?

17        A.   Any data stored on a device in use by a

18   custodian, that data is -- you know, custodians are

19   instructed to preserve any data stored on either --

20   on a device potentially relevant to a matter.  We     02:44:02

21   have a policy, legal hold policy, where if a device

22   is being replaced, that device is preserved.  The

23   same is true for departing employees on legal hold

24   as well.

25        Q.   And when you say the device is preserved,    02:44:38
```

Page 151

CONFIDENTIAL

```
 1    what do you mean?  Do you mean a physical device is        02:44:40

 2    preserved, or is there a forensic image, or how it

 3    is preserved?

 4         A.   The physical device is preserved.

 5         Q.   Ensuring that the litigation hold was           02:45:01

 6    complied with in this case, did Facebook ask

 7    custodians if they used text to communicate?

 8         A.   Yes.

 9         Q.   And did Facebook preserve texts for the

10    custodians identified for this case?                      02:45:30

11         A.   Any text messages that are deemed

12    potentially relevant by the custodian, the

13    custodian is obligated to preserve those text

14    messages.  When we conduct custodian interviews and

15    text messages are identified, the E-discovery team       02:46:01

16    will collect those text messages.

17         Q.   Does that include texts on phones and

18    tablets and any other devices?

19         A.   It would cover any devices, yes.

20         Q.   Does Facebook provide devices or did            02:46:22

21    Facebook provide devices to any of the custodians

22    related to this litigation?

23              MR. FALCONER:  Object to that --

24              THE DEPONENT:  Yes.

25              MR. FALCONER:  -- as beyond the scope.           02:46:42
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | But go ahead and answer the best you can. | 02:46:45 |
| 2 | THE DEPONENT:  Yes. | |
| 3 | Q.   (By Ms. Weaver)  And what devices are | |
| 4 | those? | |
| 5 | MR. FALCONER:  Same objections. | 02:47:00 |
| 6 | THE DEPONENT:  Typically Facebook will | |
| 7 | provide a laptop and a phone.  Through the course | |
| 8 | of my work, I have experienced some custodians | |
| 9 | using a desktop computer or a tablet. | |
| 10 | Q.   (By Ms. Weaver)  And were all such | 02:47:30 |
| 11 | devices searched and had responsive data preserved | |
| 12 | for this litigation? | |
| 13 | MR. FALCONER:  Objection.  Form. | |
| 14 | THE DEPONENT:  Again, the custodian is | |
| 15 | obligated to preserve all relevant information, | 02:47:51 |
| 16 | potentially relevant information, related to a | |
| 17 | matter, no matter where it's stored.  If a | |
| 18 | custodian identifies relevant data on a device, the | |
| 19 | E-discovery team will collect from those devices, | |
| 20 | yes. | 02:48:12 |
| 21 | Q.   (By Ms. Weaver)  Are you aware of any | |
| 22 | failures of any custodian related to this | |
| 23 | litigation to preserve relevant information? | |
| 24 | A.   I'm not. | |
| 25 | Q.   Okay.  Are you aware of whether Facebook | 02:48:25 |

Page 153

CONFIDENTIAL

```
 1    preserved account level privacy settings for the        02:48:43

 2    named plaintiffs' accounts in this case?

 3         A.   We discussed this morning the snapshots

 4    that Facebook undertook to preserve account

 5    information through Switchboard and DYI.  I believe      02:49:09

 6    there are privacy settings captured in Switchboard,

 7    so I believe my answer would be -- would be yes.

 8         Q.   And those privacy settings also

 9    maintained in Hive or TAO?

10              MR. FALCONER:  Objection.  Beyond the          02:49:50

11    scope of the notice.

12              But go ahead, Mike.

13              THE DEPONENT:  I'm not sure.

14         Q.   (By Ms. Weaver)  Did Facebook preserve

15    account level privacy settings for the named            02:50:04

16    plaintiffs' accounts prior to 2020?

17         A.   I'm not sure if historical privacy

18    settings are captured in either the DYI or

19    Switchboard snapshot.  I also am not sure whether

20    or not account level privacy settings have been         02:50:53

21    preserved within the 137 Hive tables that we have

22    on legal hold.

23              Long answer is -- you know, short answer

24    is I -- I don't know.

25         Q.   And are you familiar with the phrase "set     02:51:14
```

CONFIDENTIAL

```
 1    permissions"?                                    02:51:16

 2         A.   No.

 3         Q.   Do you know whether account level

 4    permission settings on posts have been preserved

 5    prior to 2020 for the named plaintiffs?          02:51:31

 6         A.   I don't know.

 7         Q.   Are you familiar with what an identifier

 8    is?

 9              MR. FALCONER:  Objection.  Form.

10              THE DEPONENT:  I've heard of the term   02:52:15

11    used.  If -- if you could give me some context

12    about --

13         Q.   (By Ms. Weaver)  Yes.

14         A.   -- what you mean by "identifier."

15         Q.   Well, it's really what Facebook means   02:52:23

16    that I'm worried about.  But fair enough.  It's not

17    a great question.

18              You're familiar with the Facebook user

19    ID, correct?

20         A.   Yes.                                    02:52:33

21         Q.   And are you familiar with the replacement

22    ID?

23         A.   I'm familiar with it, yes.

24         Q.   And are you familiar with other

25    identifiers such as the ASID or ADID that can be   02:52:46
```

| | | |
|---|---|---|
| 1 | associated with users? | 02:52:50 |
| 2 | A.   No. | |
| 3 | Q.   Do you know if Facebook took any steps to | |
| 4 | preserve identifiers associated with the named | |
| 5 | plaintiffs in this case? | 02:53:00 |
| 6 | A.   If -- if that information is part of the | |
| 7 | 137 Hive tables that we have placed on legal hold, | |
| 8 | then -- then the answer would be yes. | |
| 9 | Q.   Are you familiar with what a cookie is? | |
| 10 | A.   Yes. | 02:53:31 |
| 11 | Q.   Did Facebook preserve cookies that are | |
| 12 | associated with the named plaintiffs in this case, | |
| 13 | including the full name of datr cookies, for | |
| 14 | example? | |
| 15 | A.   I'm not sure if that information is | 02:53:55 |
| 16 | captured in a Switchboard or DYI snapshot or if it | |
| 17 | was -- if it is information that we are preserving | |
| 18 | as part of the, you know, Hive tables that we have | |
| 19 | on legal hold for this matter.  If that information | |
| 20 | is contained with -- within any of those snapshots | 02:54:13 |
| 21 | or tables that are being preserved, then yes, we | |
| 22 | would have. | |
| 23 | Q.   You're aware that hashed versions of the | |
| 24 | datr cookie values are contained, or at least some | |
| 25 | of them, in the DYI files; is that true? | 02:54:32 |

CONFIDENTIAL

```
1              MR. FALCONER:  Objection.              02:54:37

2              THE DEPONENT:  I don't know.

3              MR. FALCONER:  Beyond the scope.

4              THE DEPONENT:  I don't know.

5         Q.  (By Ms. Weaver)  Okay.                   02:54:46

6              For the named plaintiffs who are active

7    on Facebook, are there objects and associations

8    that were once in TAO but are no longer there?

9         A.  Can you repeat the question, please.

10        Q.  Yes.                                     02:55:15

11             For the named plaintiffs who are still

12   active on Facebook, are there objects and

13   associations that were once in TAO but are no

14   longer there?

15        A.  Yes, potentially.  TAO is part of our    02:55:33

16   production system, and it's a live system.

17   Facebook does not have a tool that prevents user

18   from interacting with the product.  An example of

19   object in association that may no longer be

20   available through a snapshot would be something   02:56:05

21   that was deleted by the user or, in the instance of

22   an interaction, by the user's friends.

23        Q.  What has Facebook done to maintain the

24   objects and associations since the onset of this

25   litigation?                                       02:56:31
```

Page 157

CONFIDENTIAL

```
 1          A.   We've taken snapshots in the Switchboard      02:56:45
 2   tool and the DYI tool for -- for each of the named
 3   plaintiffs that had data available at the time of
 4   the snapshot.
 5          Q.   Does Switchboard also record app setting       02:57:02
 6   for named plaintiffs?
 7          A.   I don't know.
 8          Q.   Has Facebook taken any steps to identify
 9   and preserve data relating to the named plaintiffs
10   that Facebook received from third parties?            02:57:44
11          A.   If that data is part of the data
12   contained within the 137 Hive tables that we are
13   preserving, then the answer is yes.
14          Q.   Do you know if the 137 tables includes
15   data received from companies like data brokers such   02:58:17
16   as Acxiom?
17          A.   I don't know the answer to that.  That
18   analysis would -- would be required from somebody
19   on our E-discovery data science team.
20          Q.   Has Facebook taken any steps to preserve      02:58:39
21   information sufficient to show if any data relating
22   to the named plaintiffs has been sent to third
23   parties for academic research?
24          A.   I don't know.  That would be another
25   answer -- the same answer where our -- our           02:59:05
```

Page 158

CONFIDENTIAL

```
 1    E-discovery data science team would have to do that      02:59:09

 2    analysis within the preserved Hive tables.

 3         Q.   For example, Aleksandr Kogan was a

 4    researcher, correct?  And he received data from

 5    Facebook separate from the This is Your Digital          02:59:24

 6    Life app, right?

 7              MR. FALCONER:  I'm going to object to

 8    this as beyond the scope of the notice and also

 9    object to form.

10              THE DEPONENT:  I am aware that               02:59:37

11    Aleksandr Kogan was an app developer.

12         Q.   (By Ms. Weaver)  Did Facebook preserve

13    information showing which users' data Kogan

14    received?

15         A.   I'm not sure, but that would be             03:00:02

16    information that I think would be captured in Hive,

17    and if it were part of the tables that we have

18    placed on hold, the answer would be yes.

19         Q.   Did Facebook take any steps to preserve

20    data which would show which users received the        03:00:36

21    notice that they may have had their data viewed by

22    Cambridge Analytica?

23         A.   If -- if that information or data is in

24    the custody or control of any of the custodians

25    on -- on legal hold, they're under the obligation    03:01:19
```

Page 159

| | | |
|---|---|---|
| 1 | to preserve that information.  And then the same | 03:01:23 |
| 2 | would be true for the Hive data tables that we have | |
| 3 | preserved for this matter. | |
| 4 | Q.   Did Facebook preserve the list of users | |
| 5 | who downloaded the This is Your Digital Life app? | 03:01:41 |
| 6 | A.   The same answer.  If any of the | |
| 7 | custodians on legal hold for this matter have that | |
| 8 | information, they would be instructed to preserve | |
| 9 | that list.  If that information is contained within | |
| 10 | the preserved Hive data tables, those would be -- | 03:02:13 |
| 11 | that information would also be preserved. | |
| 12 | Q.   Did Facebook preserve any information | |
| 13 | regarding whose data was sent to Aleksandr Kogan | |
| 14 | beyond the named plaintiffs? | |
| 15 | A.   I don't know. | 03:02:46 |
| 16 | Q.   Are there logs that reflect whether or | |
| 17 | not Cambridge Analytica received named plaintiffs' | |
| 18 | data that can be sorted by user ID? | |
| 19 | MR. FALCONER:  I'm going to object to | |
| 20 | that as outside the scope of the notice. | 03:03:04 |
| 21 | But go ahead. | |
| 22 | THE DEPONENT:  I don't know. | |
| 23 | Q.   (By Ms. Weaver)  And if there were, do | |
| 24 | you know if they were preserved? | |
| 25 | MR. FALCONER:  Objection.  Form. | 03:03:13 |

Page 160

CONFIDENTIAL

```
 1          THE DEPONENT:  If that data was part of       03:03:19

 2   137 data -- Hive tables that we have preserved,

 3   then yes.  But I don't know the answer to that

 4   specific question.

 5      Q.  (By Ms. Weaver)  And if they were not        03:03:31

 6   preserved in those 137 tables, is the answer no?

 7      A.   Unless that information is in the

 8   possession, custody, or control of one of our legal

 9   hold custodians, it's possible that that

10   information could be preserved through custodial    03:03:58

11   preservation.

12      Q.   Is there any other kind of data that

13   could identify which Facebook users could have had

14   their data viewed by Cambridge Analytica other than

15   what you have just described?                        03:04:48

16          MR. FALCONER:  Objection.  Beyond the

17   scope of the notice.

18          THE DEPONENT:  I don't know.

19      Q.  (By Ms. Weaver)  What steps has Facebook

20   taken in this case to preserve information relating  03:05:08

21   to the identification of class members?

22          MR. FALCONER:  Objection.  Form.

23          THE DEPONENT:  I -- I don't know what the

24   term "class members" means.

25      Q.  (By Ms. Weaver)  Does Facebook have a         03:05:30
```

CONFIDENTIAL

```
 1     record of who was signed up for a Facebook account      03:05:31
 2     from 2007 to the present?
 3             MR. FALCONER:  Objection.  Beyond the
 4     scope of the notice.
 5             THE DEPONENT:  I don't know.                      03:05:48
 6        Q.   (By Ms. Weaver)  At the time the
 7     litigation hold was sent, did Facebook make any
 8     attempt to preserve a record of every person who
 9     had signed up for a Facebook account prior to that
10     time?                                                    03:05:59
11             MR. FALCONER:  Objection.  Form.
12             Go ahead, Mike.
13             THE DEPONENT:  Can you repeat the
14     question, please.
15        Q.   (By Ms. Weaver)  Yeah.                           03:06:16
16             At the time the first litigation hold was
17     sent relating to this matter, did Facebook make any
18     attempt to preserve a record that identified every
19     person who signed up for a Facebook account prior
20     to the time the litigation hold was sent?                03:06:28
21             MR. FALCONER:  Objection.  Form.
22             THE DEPONENT:  I don't know.
23        Q.   (By Ms. Weaver)  What steps has Facebook
24     taken to preserve data relating to what is shared
25     about the class members in this case?                    03:06:53
```

```
 1              MR. FALCONER:  Objection.  Form.          03:06:59

 2              THE DEPONENT:  I don't know -- I don't

 3    know what you mean by "class members."

 4         Q.   (By Ms. Weaver)  Okay.  For your

 5    edification, everybody who held a Facebook account    03:07:15

 6    from January 1, 2007 forward is a class member in

 7    the terms of our complaint.

 8              So --

 9         A.   Okay.

10         Q.   The question is:  What steps has Facebook    03:07:28

11    taken to preserve information which would identify

12    what information is shared about class members in

13    this case?

14         A.   I don't know.

15         Q.   Has Facebook made an attempt to preserve    03:07:51

16    data or logs that -- which would show what

17    information third parties have received about the

18    class members in this case?

19         A.   I don't know.

20         Q.   Has Facebook made any attempt to preserve    03:08:12

21    data or logs which would show what information

22    third parties have received about the named

23    plaintiffs in this case?

24         A.    As I mentioned, we -- we have 137 Hive

25    data tables preserved and on legal hold for this     03:08:33
```

```
 1    matter.  If that data is within those tables, that        03:08:42

 2    information would be preserved.  I'm not sure

 3    whether or not that data is -- or that information

 4    is contained within a Switchboard or DYI snapshot,

 5    but if it is, we would have preserved it at the         03:09:06

 6    time of this snapshot.

 7         Q.   Has Facebook taken any steps to preserve,

 8    for example, API call logs or records that would

 9    reflect what information third parties received

10    about the named plaintiffs in this case?               03:09:22

11              MR. FALCONER:  Objection.  Form.

12              THE DEPONENT:  Russ, I don't know if this

13    one of those potentially privileged questions or

14    answers.

15              MR. FALCONER:  Okay.                          03:09:54

16              MS. WEAVER:  You can consult.  You want

17    to go to a breakout room or --

18              MR. FALCONER:  Sure.

19              Yeah, why we don't we do -- we'll go off

20    the record for a second.                               03:10:06

21              Mike, can you go into the breakout room?

22              MS. WEAVER:  We can go off the record.

23              THE VIDEOGRAPHER:  We're off the record,

24    3:10 p.m.

25              (Recess taken.)                              03:10:29
```

Page 164

CONFIDENTIAL

```
1              THE VIDEOGRAPHER:  Okay.  We're back on      03:18:20

2      the record.  It's 3:18 p.m.

3         Q.   (By Ms. Weaver)  I'll restate the

4      question.

5              Mr. Duffey, has Facebook taken any steps     03:18:30

6      to preserve, for example, API call logs or records

7      that could reflect what information third parties

8      received about the named plaintiffs in this case?

9              MR. FALCONER:  I'm going to object to the

10     form of the question.                                03:18:47

11             And then, Mr. Duffey, I'll instruct you

12     to limit your answer to this question to

13     nonprivileged information.

14             THE DEPONENT:  Understood.

15             If -- if -- if that information regarding     03:19:00

16     API call logs is stored within any of the 137 Hive

17     tables we have preserved for this matter or is

18     information stored by or by any of other legal hold

19     custodians, that information would be preserved for

20     this matter.                                         03:19:42

21        Q.   (By Ms. Weaver)  But specifically with

22     regard to API call logs, has Facebook preserved any

23     information in API call logs that would reflect

24     what information about class members was shared

25     with third parties?                                  03:20:02
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1            MR. FALCONER:  Objection.  Form.          03:20:07

 2            And, again, same instruction, Mr. Duffey,

 3    not to reveal any privileged communications or

 4    privileged information in the course of your

 5    answer.                                           03:20:18

 6            THE DEPONENT:  Same -- same answer in

 7    respect to class members as I answered with respect

 8    to the named plaintiffs.

 9        Q.   (By Ms. Weaver)  What steps has Facebook

10    taken to preserve data that could be associated     03:20:33

11    with the named plaintiffs from systems that have

12    been deprecated since the onset of the litigation?

13        A.   I'm not aware of any systems that have

14    been deprecated since the onset of the litigation.

15    I was informed that Facebook is in the process of    03:21:02

16    deprecating one system called EverStore, which --

17    which stores, from what I'm told, large files like

18    photos and videos.

19            That -- that EverStore system, we're in

20    the process of migrating that data over to a new     03:21:35

21    system called Manifold, and common practice for

22    Facebook is to -- for any deprecated system to

23    ensure that the data is -- is appropriately

24    migrated to the new system.

25        Q.   Are you aware of any deprecated            03:22:07
```

CONFIDENTIAL

```
 1   practices?                                            03:22:09

 2          MR. FALCONER:  Objection.  Form.  And

 3   beyond the scope of the notice.

 4          But go ahead, Mike.

 5          THE DEPONENT:  I'm not sure what you mean      03:22:21

 6   by "practice."

 7      Q.   (By Ms. Weaver)  Do you know what

 8   whitelisting is as it is used in this case?

 9      A.   I've heard the term "whitelisting"

10   before.  As it's used in this case, I'm not sure.     03:22:39

11      Q.   What is your understanding --

12      A.   If I --

13      Q.   Oh, I'm sorry, Mr. Duffey.

14          What were you saying?  I didn't mean to

15   cut you off.                                          03:22:57

16      A.   Yeah, I've heard the term "whitelisting,"

17   but I'm just -- I don't have an understanding of --

18   of what that term means in context with this

19   matter.  But if you could explain it to me, I can

20   attempt to answer your question.                      03:23:11

21      Q.   At some point in time, did Facebook

22   transition from Graph API version 1.0 to 2.0?

23          MR. FALCONER:  Objection.  Beyond the

24   scope of the notice.

25          THE DEPONENT:  I understand that that did      03:23:30
```

CONFIDENTIAL

```
 1    happen, yes.                                          03:23:33

 2          Q.   (By Ms. Weaver)  And you understand that

 3    part of the allegations in this complaint, for

 4    which you were partly responsible for identifying

 5    custodians and preserving evidence, is that certain  03:23:40

 6    third parties were whitelisted or exempted from

 7    being cut off from certain data available in Graph

 8    API version 1.0; is that right?

 9              MR. FALCONER:  Objection.  Beyond the

10    scope.                                                03:24:01

11              Again, go ahead, Mike.

12              THE DEPONENT:  I have general minimum

13    understanding of this, yes.

14          Q.   (By Ms. Weaver)  Did Facebook preserve a

15    list of the third parties who were whitelisted       03:24:18

16    after the transition from Graph API version 1.0 to

17    2.0?

18          A.   If any of the 469 custodians placed on

19    legal hold for this matter have that information of

20    the -- of the companies that were whitelisted, they  03:24:51

21    would have preserved that information.  I'm not

22    sure whether or not that information is contained

23    within any of our Hive tables, but if it were part

24    of the 137 Hive tables that we have preserved for

25    this matter, again, that -- that information would   03:25:13
```

Page 168

```
 1    be preserved in those -- the Hive tables on legal        03:25:15

 2    hold.

 3         Q.   Did Facebook take any -- any steps to

 4    preserve records of which third parties received

 5    the named plaintiffs' data after they were              03:25:28

 6    whitelisted?

 7         A.   Same answer.

 8         Q.   There are logs that reflect what third

 9    parties have accessed in terms of user data,

10    correct?                                                03:25:49

11              MR. FALCONER:  Objection.  Form.

12              THE DEPONENT:  Can you repeat the

13    question, please.

14         Q.   (By Ms. Weaver)  Sure.

15              There are APIs or interfaces that             03:26:03

16    reflect -- strike that.

17              Are there logs or records that reflect

18    what data third parties have accessed from Facebook

19    that existed at the time the litigation hold in

20    this case was set --                                    03:26:27

21              MR. FALCONER:  Objection.  Beyond the

22    scope.

23         Q.   (By Ms. Weaver)  -- correct?

24         A.   I don't know.

25         Q.   So other than the Hive tables and the         03:26:33
```

Page 169

CONFIDENTIAL

```
 1    snapshots we've discussed, did Facebook take any          03:26:38

 2    steps to preserve data in Facebook's systems that

 3    could be used to identify what information third

 4    parties received from Facebook about users?

 5         A.   I just want to make sure I understand the       03:27:17

 6    question.  Do you mind repeating it one more time,

 7    please.

 8         Q.   No problem.

 9              Other than Hive tables and the snapshots

10    we have discussed and other than custodial files,         03:27:26

11    did Facebook take any steps to preserve data in

12    Facebook's systems, for example, APIs or logs, that

13    could be used to identify what information third

14    parties received from Facebook about class members?

15              MR. FALCONER:  Objection.  Form.                03:27:53

16              THE DEPONENT:  I don't know.

17         Q.   (By Ms. Weaver)  You're aware that as

18    part of the ADI investigation, Facebook disallowed

19    access to user data for certain third parties,

20    correct?                                                  03:28:22

21              MR. FALCONER:  Objection.  Beyond the

22    scope of the notice.

23              THE DEPONENT:  I didn't -- I wasn't -- I

24    don't think I was aware of that, no.

25         Q.   (By Ms. Weaver)  Do you know if Facebook        03:28:32
```

CONFIDENTIAL

```
 1     maintained a list of the third parties whose access      03:28:33

 2     to Facebook's data was cut off following Cambridge

 3     Analytica?

 4              MR. FALCONER:  Objection.  Beyond the

 5     scope.                                                    03:28:51

 6              THE DEPONENT:  I don't understand the

 7     question.

 8         Q.  (By Ms. Weaver)  Following the

 9     Cambridge Analytica scandal, what steps did

10     Facebook take to preserve information relating to         03:29:05

11     which third parties were improperly accessing class

12     members' data?

13         A.   We sent legal hold notifications to

14     custodians in the Cambridge Analytica matter as

15     well as legal hold custodians in the app developer        03:29:35

16     investigation matter and instructed those

17     custodians to preserve all relevant data related to

18     those matters.

19              We also placed Hive tables on legal hold

20     for both the Cambridge Analytica matter as well as        03:29:59

21     the app developer investigation matter.

22         Q.   Does Facebook maintain a record of what

23     third parties are accessing information through its

24     APIs?

25              MR. FALCONER:  Objection.  Beyond the            03:30:22
```

Page 171

CONFIDENTIAL

```
1    scope of the notice.                              03:30:22

2           THE DEPONENT:  I don't know.

3      Q.   (By Ms. Weaver)  Did Facebook make any

4    attempt to preserve in back-end logs data that

5    would allow Facebook to identify whether class   03:30:32

6    members' data was accessed by third parties?

7           MR. FALCONER:  Objection to form.

8           THE DEPONENT:  I don't know what the term

9    "back-end logs" means.

10     Q.   (By Ms. Weaver)  So front-end logs are     03:30:53

11   where data is received and back-end logs is where

12   it is sent out through the platform.

13          Does Facebook maintain a record of which

14   third parties are accessing the data of class

15   members?                                          03:31:10

16          MR. FALCONER:  I'm going to object to the

17   form of the question and also object as beyond the

18   scope of the notice.

19          THE DEPONENT:  I don't know.

20     Q.   (By Ms. Weaver)  What steps has Facebook    03:31:23

21   taken since the filing of this lawsuit to track or

22   monitor what third parties have been receiving

23   named plaintiffs' data?

24          MR. FALCONER:  Objection.  Beyond the

25   scope of the notice.                              03:31:38
```

CONFIDENTIAL

```
 1              THE DEPONENT:  We have sent the legal        03:31:42

 2   hold notification to -- the legal hold notice to

 3   469 custodians as well as placed 137 tables on

 4   legal hold.  Those were the -- the preservation

 5   steps.                                                03:32:04

 6              MR. FALCONER:  Lesley, you're on mute.

 7              THE DEPONENT:  I can hear you.

 8              (Discussion off the stenographic record.)

 9        Q.   (By Ms. Weaver)  Okay.  I'll direct your

10   attention to page 3 of Exhibit 389 please.           03:32:28

11              And for the record, it reads in point 8

12   there:  "Please provide definitions for the

13   departments identified in your August 17th letter."

14              And I'll note for the record --

15              MR. FALCONER:  Can you give me just a      03:32:47

16   second to get there?  I'm sorry.

17              MS. WEAVER:  No problem.

18              MR. FALCONER:  Can you state where you

19   are again.

20              MS. WEAVER:  Exhibit 389, page 3.          03:32:53

21              MR. FALCONER:  Page 3.  Okay.

22        Q.   (By Ms. Weaver)  And for the record, this

23   lists the departments that Gibson Dunn identified

24   as having received the legal hold notice in 2018.

25              Do you see that?                           03:33:14
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.   Okay.  I do. | 03:33:15 |
| 2 | Q.   And it lists management which are members | |
| 3 | of the leadership team. | |
| 4 | Do you see that? | |
| 5 | A.   Uh-huh.  Yes. | 03:33:23 |
| 6 | Q.   Do you know who in management received | |
| 7 | the legal hold notice? | |
| 8 | A.   I don't recall the names of all of the | |
| 9 | individuals on the leadership team as of | |
| 10 | September 6th, 2018. | 03:33:59 |
| 11 | I can confirm, though, that we do have | |
| 12 | members of the leadership team on -- on legal hold. | |
| 13 | Q.   And do you know by name who? | |
| 14 | A.   I just don't recall who was -- who was | |
| 15 | part of the leadership team at that time.  I can | 03:34:29 |
| 16 | confirm that both Mark Zuckerberg and | |
| 17 | Sheryl Sandberg were on the -- the Cambridge legal | |
| 18 | hold at that time.  But -- but other management | |
| 19 | members, I'm not sure. | |
| 20 | Q.   Do you know if Javier Olivan was? | 03:34:43 |
| 21 | A.   I can't confirm that at the time of this | |
| 22 | letter.  I do believe Mr. Olivan is on legal hold | |
| 23 | for Cambridge Analytica. | |
| 24 | Q.   And then legal -- the legal department | |
| 25 | also received a legal hold notice; is that right? | 03:35:14 |

CONFIDENTIAL

```
 1        A.   Members of the legal department I believe      03:35:22

 2   received the legal hold notice, yes.

 3        Q.   And then members of the policy department

 4   and communications department received the legal

 5   hold notice; is that correct?                            03:35:37

 6        A.   I have no reason to believe that this --

 7   that statement -- those two statements are

 8   inaccurate.

 9        Q.   And do you see it refers here to

10   "platform and development operations"?                   03:35:53

11        A.   I do.

12        Q.   And did they receive the legal hold

13   notice?

14        A.   Members of the platform team development

15   operations team did -- did receive a copy of the         03:36:08

16   legal hold notice, yes.

17        Q.   And what is platform operations?

18        A.   I believe that at one time it was

19   called -- if -- I feel like this might be a -- a

20   typo here.  I think what was intended to say is          03:36:44

21   "developer operations" instead of "development

22   operations."

23             And I know that that team formally

24   referred to as "developer operations" is now

25   referred to as "platform operations."                    03:37:01
```

Page 175

```
1        Q.   And what does platform operations do?        03:37:07

2        A.   I'm not sure of their -- their job

3   function.

4        Q.   So other than --

5             MR. FALCONER:  I'm sorry.                     03:37:53

6             Mike, are you done?

7             THE DEPONENT:  Yeah, I'm just -- I'm just

8   trying to think if there's -- there's a summary or

9   a description that I can provide.

10            MR. FALCONER:  While you're thinking, I       03:38:06

11  just had -- did not an objection out before you

12  started your answer.

13            This question is beyond the scope of the

14  notice.  But I wanted to put that objection in.

15            Go ahead.  Keep thinking.  You can           03:38:17

16  answer.  I just wanted to make that record.

17            THE DEPONENT:  Yeah, I'm sorry.  I don't

18  know that I can -- can provide like an accurate

19  description of what the platform operations team

20  does.                                                  03:38:52

21       Q.   (By Ms. Weaver)  Do you know if platform

22  and development operations teams as described here

23  took any steps to preserve on a systemwide basis

24  information that would allow Facebook to identify

25  what information it was sending to third parties       03:39:09
```

Page 176

CONFIDENTIAL

```
1    about the class members in this case?              03:39:14

2            MR. FALCONER:  Objection.  Form.

3            THE DEPONENT:  If through the course of

4    our custodian interviews of members of either of

5    these two teams identified Hive tables relevant    03:39:36

6    to -- to your question, those Hive tables would

7    have been placed on legal hold for preservation.

8        Q.   (By Ms. Weaver)  Anything else you can

9    think of?

10       A.   Members of those teams who received the    03:40:07

11   legal hold notice would be instructed to preserve

12   any and all data related to the topics listed in

13   the legal hold notice.

14       Q.   When you say "any and all data," what do

15   you mean?                                           03:40:23

16       A.   All ESI, hard copy materials, or

17   structured data like the data that is stored in

18   Hive tables.

19       Q.   Are you aware of any data not kept in

20   Hive tables and not kept in custodial files that   03:40:40

21   was preserved that could identify what information

22   third parties received about class members in this

23   case?

24           MR. FALCONER:  Objection.  Form.

25           THE DEPONENT:  In general, most of our --   03:41:02
```

```
 1    our data or ESI is not under a retention schedule        03:41:05

 2    or deletion schedule, so unless -- unless an

 3    employee were to proactively delete that

 4    information, we would have preserved that

 5    information through our various data sources that        03:41:44

 6    we use within the company.

 7        Q.   (By Ms. Weaver)  Okay.  I understand your

 8    answer, but I'm really trying to ask something

 9    very, very specific.

10          Did Facebook take any steps on a systemic          03:42:03

11    basis to preserve information in logs such as the

12    API call logs that would identify what data third

13    parties received about the class members in this

14    case?

15          MR. FALCONER:  I'm going to object to the          03:42:24

16    form of that question.

17          And then, again, Mr. Duffey, remind you

18    to exclude any privileged information or contents

19    of any privileged communications in your answer.

20          THE DEPONENT:  Beyond the data that is on          03:42:41

21    legal hold in the 137 tables that we have on -- on

22    hold, Hive tables, I'm not aware of any, you know,

23    additional measures to preserve that data.

24        Q.   (By Ms. Weaver)  And then is it your

25    understanding that members of the advertising,          03:43:11
```

Page 178

CONFIDENTIAL

```
 1    sales, and marketing departments, the security          03:43:13

 2    department, the privacy team, human resources,

 3    growth, academic research, engineering, and user

 4    research all received litigation hold notices in

 5    this case on or around March of 2018?                    03:43:33

 6              MR. FALCONER:  Objection.  Form.

 7              THE DEPONENT:  This -- this letter is

 8    dated December 6th, 2018.  I have no reason to --

 9    to not believe or -- that the accuracy of these

10    statements as it pertains to the various teams          03:44:05

11    within our organization that were placed on legal

12    hold.

13              So by -- by the September 6th, 2018, I

14    would agree that -- that members from all of these

15    groups or teams were placed on legal hold.              03:44:24

16       Q.   (By Ms. Weaver)  Are you aware of any

17    other departments that received the legal hold

18    notice in 2018?

19              MR. FALCONER:  Objection.  Form.

20              Go ahead, Mike.                                03:44:43

21              THE DEPONENT:  No, this seems like --

22    like a comprehensive list.

23       Q.   (By Ms. Weaver)  Okay.

24              MS. WEAVER:  We'll take a quick break and

25    we'll be back in like five.  We can go off the          03:45:14
```

Page 179

CONFIDENTIAL

```
 1   record.                                          03:45:17

 2              THE VIDEOGRAPHER:  Okay.  We're off the

 3   record.  It's 3:45 p.m.

 4              (Recess taken.)

 5              THE VIDEOGRAPHER:  Okay.  We're back on   03:51:22

 6   the record.  It's 3:51 p.m.

 7        Q.   (By Ms. Weaver)  Mr. Duffey, were you

 8   aware of a motion that Facebook brought in this

 9   case that (inaudible) permission not to preserve

10   data?                                             03:51:36

11              MR. FALCONER:  Objection.  Form and

12   outside the scope of the notice.

13              And, Mr. Duffey, I want to exclude from

14   your answer anything you learned from conversations

15   with counsel in this case, privileged             03:51:45

16   conversations.

17              THE DEPONENT:  No, I'm not.

18        Q.   (By Ms. Weaver)  Do you know what a

19   method table is?

20        A.   I've heard of -- I've heard of the -- the   03:52:05

21   term "method table."  I -- I do not know what it

22   is, no.

23        Q.   When Facebook was implementing its

24   preservation program in response to this lawsuit,

25   did it consult with engineers to consider whether   03:52:30
```

```
 1   API call logs should be preserved in order to keep        03:52:34

 2   a record of what data third parties obtained about

 3   the plaintiffs in this case?

 4         MR. FALCONER:  So objection to form.

 5         And, again, Mr. Duffey, if there were any         03:52:51

 6   privileged conversations that you were part of that

 7   would otherwise be responsive to that question, you

 8   should exclude from your answer.

 9         THE DEPONENT:  I heard you mention that

10   phrase "preservation programs," and I'm not sure I        03:53:08

11   understand what that means.  I just want to make

12   sure I get clarity on that before I attempt to

13   answer your question.

14      Q.   (By Ms. Weaver)  I just mean attempts to

15   preserve.  But I can restate the question.            03:53:18

16         When Facebook implemented its retention

17   policy in response to this lawsuit, did Facebook

18   consult with engineers to consider whether API call

19   logs should be preserved in order to keep a record

20   of what data third parties obtained about class        03:53:36

21   members in this case?

22         MR. FALCONER:  Again, objection.  Form.

23         And, Mr. Duffey, the same instruction on

24   privilege, which I can repeat if you need me to.

25         THE DEPONENT:  I don't know.            03:54:05
```

Page 181

CONFIDENTIAL

```
 1        Q.   (By Ms. Weaver)  Who would know?        03:54:06

 2        A.   Custodian interviews are conducted by our

 3   outside counsel and in-house counsel.  I think -- I

 4   think they would be the appropriate people to ask

 5   that question.                                    03:54:47

 6        Q.   Other than custodial linked data sources,

 7   did Facebook preserve ESI in central repositories?

 8        A.   What do you mean by "central repository"?

 9        Q.   For example, is financial information

10   preserved at Facebook in a centralized repository  03:55:34

11   that is not custodially limited?

12        A.   I'm aware of teams that use central

13   repositories like a Google Drive or a SharePoint or

14   a network share.  So if you can repeat the question

15   I -- I think I -- I can attempt to answer.         03:56:28

16        Q.   Other than custodial data sources, did

17   Facebook preserve ESI in central repositories?

18        A.   I think I mentioned this before.  Central

19   repositories like Google Drive or like a network

20   share or like a SharePoint are not under any        03:56:54

21   auto-deletion or retention period.  Data that lives

22   within a central repository would have to be

23   deleted by some lady who had access to those

24   central repositories.

25             And as I stated earlier, I'm not aware -- 03:57:26
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | I have never -- our E-discovery team has not been | 03:57:29 |
| 2 | made aware of any deletion that has occurred in a | |
| 3 | central repository for this matter. | |
| 4 | Q.   Did Facebook take any steps to preserve | |
| 5 | logs that reflect what data SDKs were obtaining | 03:57:57 |
| 6 | that related to class member data? | |
| 7 | MR. FALCONER:  Objection.  Form. | |
| 8 | THE DEPONENT:  I don't know what an SDK | |
| 9 | is, but if that were data that is part of the Hive | |
| 10 | tables that have been preserved for this matter, | 03:58:25 |
| 11 | then yes, we would have preserved it. | |
| 12 | Q.   (By Ms. Weaver)  Okay.  Is it Facebook's | |
| 13 | usual practice that data in Hive tables subject to | |
| 14 | legal holds are automatically put in cold storage? | |
| 15 | MR. FALCONER:  Objection.  Form. | 03:58:59 |
| 16 | THE DEPONENT:  It has been the | |
| 17 | E-discovery -- E-discovery data science team's | |
| 18 | approach or mechanism for placing Hive tables on | |
| 19 | legal hold to move that data into cold storage. | |
| 20 | Q.   (By Ms. Weaver)  How long does it take to | 03:59:34 |
| 21 | get data out of cold storage? | |
| 22 | MR. FALCONER:  Objection.  Beyond the | |
| 23 | scope of the notice. | |
| 24 | THE DEPONENT:  I think it would depend | |
| 25 | on -- on the size of the data that would be needed | 03:59:51 |

Page 183

CONFIDENTIAL

```
 1    to -- be taken out of cold storage.  So I -- so I        03:59:56

 2    don't know -- I don't know how long it would take.

 3    But it -- it certainly would depend on the size of

 4    the -- the data or the Hive table.

 5         Q.   (By Ms. Weaver)  Do you know whether the        04:00:17

 6    data in the 137 Hive tables is available anywhere

 7    else at Facebook?

 8         A.   I don't know -- I don't know that I can

 9    answer that question.  I don't know.

10         Q.   When you said it would depend on the size       04:00:55

11    of the data, can you give a rough estimate as to

12    how long it would take to get Hive tables out of

13    cold storage?

14              MR. FALCONER:  Objection.  Beyond the

15    scope.                                                    04:01:07

16              THE DEPONENT:  I can't -- I can't.  I

17    mean Hive tables, especially ones that are on legal

18    hold, grow in size every single day that new data

19    is put into cold storage.  I'm -- I -- I have no

20    idea how long it would take, but I know that it           04:01:30

21    would be dependent on -- on the size of the tables.

22         Q.   (By Ms. Weaver)  Is --

23         A.   Our data science -- I would ask our data

24    science team on -- on sort of a timetable depending

25    on which tables were -- were -- you're referring          04:01:49
```

```
 1    to.                                               04:01:52

 2         Q.   Are we talking weeks or months?

 3              MR. FALCONER:  Same objection.

 4              THE DEPONENT:  Possibly.  I don't know.

 5         Q.   (By Ms. Weaver)  Has Facebook ever      04:02:07

 6    brought tables out of cold storage that have been

 7    put in there on a litigation hold?

 8              MR. FALCONER:  Same objection.

 9              THE DEPONENT:  I believe so.

10         Q.   (By Ms. Weaver)  On how many occasions? 04:02:33

11              MR. FALCONER:  Objection.  Beyond the

12    scope.

13              THE DEPONENT:  I don't -- I don't know.

14    I've only work on a subset of a total number of

15    active regulatory and litigation matters within -- 04:02:47

16    within our legal department, so I don't know the

17    answer to that question.

18         Q.   (By Ms. Weaver)  How many times are you

19    aware of that Facebook has brought data out of cold

20    storage?                                           04:03:00

21              MR. FALCONER:  Objection.  Beyond the

22    scope.

23              THE DEPONENT:  I don't have a number.

24         Q.   (By Ms. Weaver)  Is it more than ten?

25              MR. FALCONER:  Same objection.           04:03:14
```

Page 185

CONFIDENTIAL

```
 1                THE DEPONENT:  I don't know.              04:03:18

 2        Q.   (By Ms. Weaver)  Have you ever personally

 3   been involved in a matter where Facebook brought

 4   data out of cold storage?

 5                MR. FALCONER:  Objection.  Beyond the     04:03:34

 6   scope.

 7                THE DEPONENT:  Yeah, I'm -- I'm

 8   struggling with this question because I've never

 9   heard sort of the term "taking data out of cold

10   storage."                                             04:04:26

11            I am aware of our E-discovery data

12   science team producing structured data in -- in

13   matters.  Whether or not it was taken out of cold

14   storage or not, I'm -- I'm just not clear on that

15   process.                                              04:04:52

16        Q.   (By Ms. Weaver)  And in what matters did

17   Facebook's data science team produce structured

18   data out of cold storage?

19                MR. FALCONER:  Objection.  Beyond the

20   scope.                                                04:05:08

21                THE DEPONENT:  No -- no specific matters

22   come to mind that I can -- I can tell you sitting

23   here.

24        Q.   (By Ms. Weaver)  Who is involved with

25   producing the structured data out of cold storage?    04:05:57
```

Page 186

```
 1              MR. FALCONER:  Objection.  Beyond the        04:06:05

 2    scope.

 3              THE DEPONENT:  Any -- any data that is

 4    produced from Hive tables goes through a stat

 5    review process that involves different            04:06:26

 6    cross-functional partners within the company,

 7    including E -- E-discovery, legal.  It depends

 8    on -- on what the data is and who the owners of

 9    that data are.

10        Q.   (By Ms. Weaver)  Does putting Hive logs     04:07:02

11    in cold storage make it less accessible?

12              MR. FALCONER:  Objection.  Form and

13    beyond the scope of the notice.

14              THE DEPONENT:  When data is put into cold

15    storage, only the E-discovery team would -- would    04:07:27

16    have access to that data.  So I -- I believe it

17    does make it more difficult to access the data,

18    yes.

19        Q.   (By Ms. Weaver)  What is cold storage,

20    exactly?                                            04:07:53

21              MR. FALCONER:  Same objection.

22              THE DEPONENT:  I'm not a data scientist.

23    All I know is that that's the storage space for

24    which, for instance, legal hold data, Hive data is

25    preserved.                                          04:08:20
```

```
 1        Q.   (By Ms. Weaver)  You understand that you      04:08:23

 2    were to testify today regarding the

 3    Special Master's question "were any high Hive

 4    tables containing named plaintiff data placed in

 5    cold storage during the pendency of this            04:08:32

 6    litigation," right?

 7        A.   Yes.

 8        Q.   So what does it mean to place Hive tables

 9    in cold storage?

10        A.   That is our -- our mechanism for placing    04:08:44

11    Hive data on legal hold so that it cannot be

12    altered, modified, or deleted.

13        Q.   Does placing it in cold storage make it

14    less accessible, meaning in terms of being able to

15    search or access the data?                           04:09:07

16             MR. FALCONER:  Objection.  Beyond the

17    scope.

18             But go ahead.

19             THE DEPONENT:  I don't know.  I -- I

20    would have to ask our -- our data science team that  04:09:20

21    specific question.

22             MS. WEAVER:  Okay.  I have no further

23    questions at this time.  We will seek a deponent to

24    answer on the questions that the witness was not

25    able to answer.                                      04:09:38
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | But, Mr. Duffey, I want to thank you | 04:09:39 |
| 2 | very, very much for your time and effort and the | |
| 3 | time you took to prepare for this deposition. | |
| 4 | THE DEPONENT:  And thank you, Ms. Weaver. | |
| 5 | MR. FALCONER:  We'll reserve all rights. | 04:09:48 |
| 6 | We'd like to read and sign, and mark the transcript | |
| 7 | "Confidential" pending the final confidentiality | |
| 8 | designations. | |
| 9 | MS. WEAVER:  Okay.  We can go off the | |
| 10 | record. | 04:09:58 |
| 11 | THE VIDEOGRAPHER:  Thank you. | |
| 12 | We're off the record.  It's 4:10 p.m. | |
| 13 | (TIME NOTED:  4:10 p.m.) | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | ---o0o--- | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 189

CONFIDENTIAL

1          I, Rebecca L. Romano, a Registered

2     Professional Reporter, Certified Shorthand

3     Reporter, Certified Court Reporter, do hereby

4     certify:

5          That the foregoing proceedings were taken

6     before me remotely at the time and place herein set

7     forth; that any deponents in the foregoing

8     proceedings, prior to testifying, were administered

9     an oath; that a record of the proceedings was made

10    by me using machine shorthand which was thereafter

11    transcribed under my direction; that the foregoing

12    transcript is true record of the testimony given.

13         Further, that if the foregoing pertains to the

14    original transcript of a deposition in a Federal

15    Case, before completion of the proceedings, review

16    of the transcript [ ] was [X] was not requested.

17         I further certify I am neither financially

18    interested in the action nor a relative or employee

19    of any attorney or any party to this action.

20         IN WITNESS WHEREOF, I have this date

21    subscribed my name this 7th day of June, 2022.

22

23         _Rebecca L. Romano_

24         Rebecca L. Romano, RPR, CCR

25         CSR. No 12546

                                    Page 190

CONFIDENTIAL

1    RUSSELL H. FALCONER

2    rfalconer@gibsondunn.com

3                                              June 7, 2022

4    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

5    JUNE 2, 2022, MICHAEL DUFFEY, JOB NO. 5234611

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                              Page 191

1  xx Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2     Transcript - The witness should review the transcript and

3     make any necessary corrections on the errata pages included

4     below, noting the page and line number of the corrections.

5     The witness should then sign and date the errata and penalty

6     of perjury pages and return the completed pages to all

7     appearing counsel within the period of time determined at

8     the deposition or provided by the Federal Rules.

9  __ Federal R&S Not Requested - Reading & Signature was not

10    requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 192

CONFIDENTIAL

1        I, MICHAEL DUFFEY, do hereby declare under

2    penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as

4    appear notes; that my testimony as contained

5    herein, as corrected, is true and correct.

6        Executed this _____ day of _____,

7    2022, at  _____,_____.

8

9

10

11            _____

12                    MICHAEL DUFFEY

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 193

1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   MICHAEL DUFFEY (JOB NO. 5234611)

3                    E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____      _____

24  MICHAEL DUFFEY                     Date

25

                                        Page 194

CONFIDENTIAL

**[& - 2nd]**

**&**

**&**   1:14 2:19 3:5
4:16 5:5 6:5 9:14
12:16 15:15,15,22
117:13 191:23
192:9

**0**

**00003256**   9:8
**00003259**   9:12
**0000462**   9:23
**0000470**   9:24
**0000489**   8:21 9:7
9:11 33:4
**0000493**   8:22
**0000504**   10:13
**0000509**   10:14
**0000516**   10:19
**0000531**   10:20
**0000555**   11:7
**0000568**   11:8
**0000578**   11:15
**0000585**   11:16
**0000692**   9:17
**0000694**   9:18
**02843**   1:6 2:4

**1**

**1**   1:25 29:23 31:8
31:9,20,23 163:6
192:1
**1.0**   167:22 168:8
168:16
**100**   117:18
**103**   9:14
**104**   9:20
**10:19**   48:19
**10:35**   48:22
**10th**   35:10 81:12
81:16,23
**11**   21:2 117:24
118:1

**114**   10:4
**116**   10:7
**11:29**   79:23
**11:42**   80:1
**1201**   4:8
**12546**   1:21 190:25
**129**   10:10
**12:44**   113:8
**12th**   3:10
**130**   10:16
**134**   11:4,10
**137**   69:13,19,23
70:13 72:21 73:18
75:10,19 77:17
79:6,7,16 82:25
83:23 84:5 154:21
156:7 158:12,14
161:2,6 163:24
165:16 168:24
173:3 178:21
184:6
**14**   8:5
**142**   11:13
**15**   90:16
**16**   9:22
**1600**   3:11
**16th**   96:18,24
98:18 99:1,5
108:20
**17**   8:11
**17th**   115:13
173:13
**18**   1:6 2:4
**1801**   5:16
**18th**   26:16 36:13
**194**   1:25
**1:18**   113:11

**2**

**2**   1:16 12:1 115:7
137:18 138:5
191:5

**2.0**   167:22 168:17
**20**   8:20 9:6,10
10:12,18 11:6
79:12 130:2
**20-0466**   1:22
**2001**   4:19
**2007**   96:22 162:2
163:6
**2017**   14:21 49:21
50:2,4 68:3 86:20
**2018**   10:5 16:25
22:18 25:15 27:2
27:11 29:11 35:8
38:3,24 50:2,5
75:2,12,22 76:5,12
91:25 92:6 109:9
109:18 114:13
116:4 124:2
173:24 174:10
179:5,8,13,18
**2019**   10:8 39:8
87:3 110:14
117:13 125:16
**2020**   8:20 9:6,10
11:15 35:10 36:14
38:23 39:3,8,10
44:16 46:14 52:1
60:10,13,15 61:11
61:19 62:24 66:7
66:15,24 81:9,12
81:16,23 87:3
90:14,16,22 96:18
96:24 98:18 99:2
99:5 126:14
142:21 143:16
148:8 151:1
154:16 155:5
**2021**   9:22 10:12,18
11:6 14:19,22
15:2 52:2 59:1,6
60:6,9,14,16,20

**61**:3 87:2 108:20
126:7 130:2 131:4
131:5 132:2 133:3
138:14 139:11
140:9 141:25
150:19
**2022**   1:16 2:18
9:16 12:1,6 26:16
36:14 82:16 84:8
90:17 190:21
191:3,5 193:7
**20221**   47:8
**2025.520**   191:9,12
**206**   4:11
**20th**   90:21 131:4,5
132:2 133:3
138:13,14
**2100**   4:20
**213**   5:10 6:20
**214**   4:22
**21st**   140:9
**229-7907**   5:10
**22nd**   91:25 92:6
**23**   66:6
**23rd**   90:13
**253-9706**   6:20
**26**   104:20
**27th**   47:8 52:2
**28**   9:16 11:14
**2843**   1:4 2:3
**285**   109:22
**28th**   142:21
143:16 148:7
**29**   32:19
**298-5700**   5:19
**2:29**   151:9
**2:43**   151:12
**2nd**   12:6

**[3 - 9th]**

| 3 |
|---|

**3**   2:18 25:19,21
26:12 30:12,16
35:4 119:3 126:6
136:23 137:24
173:10,20,21
**3.2**   105:13
**3.3**   105:8
**30**   1:12 8:15 9:4
17:18 36:12 37:14
146:25 192:1
**3000**   6:9
**303**   5:19
**31**   82:16
**31st**   84:8
**32**   8:19 129:13
130:10
**3200**   4:9
**3256**   82:14
**3257**   63:5,19 66:5
68:22 96:13
**3258**   52:23 63:13
65:5 67:21
**3259**   70:19
**32nd**   6:18
**333**   5:8
**3491**   1:23
**37**   134:10
**38**   36:3 134:11
**384**   8:11 17:17,21
20:12 29:21,23
30:6 146:10
**385**   8:19 32:15,19
32:20 33:3,19
34:7,17,23 80:11
81:6,10 91:12
92:3 102:25 109:3
109:23 119:4
**386**   9:4 52:8,9,16
52:23 63:6 67:22
80:25 81:19 82:4

82:13 83:20 84:5
92:25 96:12
101:16 126:4
140:14
**387**   9:14 103:19,23
104:6,16
**388**   9:20 104:20,21
105:2
**389**   10:4 114:7,8
173:10,20
**39**   142:14
**390**   10:7 116:16,20
117:9 124:7
**391**   10:10 129:9,10
129:22 135:8
**392**   10:16 99:18
130:18,22,25
131:1,7 132:7
133:2 134:19,19
135:11 136:2,9
**393**   11:4 134:12,19
134:23 135:15,17
135:25 136:2,21
136:21,23 138:9
138:12,17,24,25
**393-8247**   6:11
**394**   11:10 134:15
135:16 136:4,18
136:25 137:1
138:9,11,15,24,25
141:6
**395**   11:13 142:10
142:11,19 143:13
147:3
**3:10**   164:24
**3:18**   165:2
**3:45**   180:3
**3:51**   180:6

| 4 |
|---|

**415**   3:13 6:11
**4200**   5:17
**445-4003**   3:13
**463**   105:6
**466**   105:24
**467**   105:24
**469**   82:15 83:25
84:7 94:16 168:18
173:3
**48**   103:22
**490**   80:14
**493**   33:4
**4:10**   189:12,13

| 5 |
|---|

**5**   117:24
**50**   20:1
**504**   129:15
**509**   129:15
**516**   130:23
**52**   9:4 58:25 59:17
60:4,13 61:2
**5234611**   1:24
191:5 194:2
**529**   132:25
**531**   130:23
**555**   3:10 6:8,17
134:21
**568**   134:22
**569**   134:25
**576**   137:9
**577**   134:25 141:10
**578**   142:15
**579**   148:15
**581**   147:22 149:5
**585**   142:15
**5th**   6:17

| 6 |
|---|

**6**   1:12 8:15 9:4
10:5 17:18 36:12
37:14 105:24
114:12 115:10
116:4 146:25
**6.1**   105:24
**6/2/2022**   9:5
**623-1900**   4:11
**698-3170**   4:22
**6th**   174:10 179:8
179:13

| 7 |
|---|

**7**   21:1 30:12,16
124:9,9 191:3
**7321**   190:23
**75201**   4:21
**77**   116:19
**7th**   190:21

| 8 |
|---|

**8**   29:23 30:9,14,25
173:11
**80202-2642**   5:18
**827**   1:22
**84**   25:20

| 9 |
|---|

**9**   10:8 61:19 62:24
90:16 117:12
146:10,18
**90**   74:18 77:24,24
**90013**   6:19
**90071-3197**   5:9
**90th**   74:21
**94105-0921**   6:10
**94607**   3:12
**98101**   4:10
**9:14**   2:18 12:2,6
**9th**   38:23,23 39:3
39:10 44:16 46:14
52:1 60:10,13,15

Page 2

[9th - analytics]

61:11

**a**

**a.m.** 2:18 12:2
48:19,22 79:23
80:1
**ability** 41:18 42:4
56:10,17 57:21
58:12 71:2 111:3
111:13 121:16
**able** 58:20 60:25
79:14 140:6
188:14,25
**absolutely** 18:24
**academic** 158:23
179:3
**access** 57:12 77:8
83:4 85:6 86:1
87:1 120:15
124:22 125:2
170:19 171:1
182:23 187:16,17
188:15
**accessed** 169:9,18
172:6
**accessible** 86:15
121:8 187:11
188:14
**accessing** 171:11
171:23 172:14
**account** 38:2,5,15
38:17,21,24 39:25
44:15 45:17 46:11
47:6,8 52:2 57:13
61:21,23 62:3,18
62:19 84:19 86:9
86:12,12 90:6
145:7 154:1,4,15
154:20 155:3
162:1,9,19 163:5
**accounts** 39:7 40:6
40:9,14,16,19,23

50:17 53:5 55:4
55:16 59:1,11
60:11,16,18 61:12
61:19,20 62:9,10
62:17,17,24 66:6
90:20 154:2,16
**accuracy** 179:9
**accurate** 75:5
146:25 176:18
**achieved** 118:15
**acronym** 32:8
**act** 73:9
**action** 26:3 31:14
32:3 44:7 46:11
47:10 59:18 83:1
93:2 96:15 108:13
190:18,19
**actions** 1:8 2:7
57:16 84:4 95:24
**active** 73:1 74:23
157:6,12 185:15
**activities** 85:3
**activity** 42:6 54:5
67:19
**actual** 82:7 97:21
98:9
**acxiom** 158:16
**adavis** 3:15
**added** 96:21 97:9
126:12
**addition** 84:4
**additional** 29:16
40:4 54:1 65:3
75:13,14 84:19
118:7 139:4,7
178:23
**address** 17:16
25:18 74:17 86:8
108:9 127:19
144:23 145:1
146:4

**addressed** 130:8
**addresses** 143:23
**addressing** 108:19
**adds** 147:10
**adi** 127:25 170:18
**adid** 155:25
**admin** 121:19,22
**administered** 14:2
190:8
**administrator**
40:12
**admins** 59:2,9
60:18
**ads** 40:17,20 59:1
60:18 86:11
**advance** 8:21,22
9:7,8,11,12,17,18
9:23,24 10:13,14
10:19,20 11:7,8,15
11:16 33:4 129:15
130:23 134:21
142:15
**advertisers** 40:19
**advertising** 40:6,9
40:14,15,23 53:5
55:4,16 59:11
178:25
**advise** 125:21
**ag** 23:12 93:7
**aggregate** 58:24
138:1
**ago** 15:23 36:6
37:6 67:6 69:6
80:3
**agree** 179:14
**agreed** 13:9,11
**agreements** 125:1
131:14
**ahead** 16:5 24:11
35:21,23 58:15
88:11,24 89:19

108:3 110:20
120:20 122:3
128:4,18 133:14
141:5 144:4
145:18 147:19
149:1,11 150:23
153:1 154:12
160:21 162:12
167:4 168:11
176:15 179:20
188:18
**akins** 46:15
**aleksandr** 124:20
159:3,11 160:13
**allegations** 168:3
**alleged** 125:3
**allen** 38:13 53:9
53:10 54:20 60:25
**allow** 83:15 172:5
176:24
**allows** 62:13 70:20
71:2
**altered** 188:12
**alto** 1:15 2:17 12:1
**amended** 8:11
17:18 20:18
**amount** 71:14
**analysis** 158:18
159:2
**analytica** 16:23
17:9 22:2,24
23:13 29:9,15
69:15 75:23 76:5
82:15 93:4,10,12
101:10 124:20,22
124:24 128:21
159:22 160:17
161:14 171:3,9,14
171:20 174:23
**analytics** 67:19

[angeles - automatically]

angeles 5:9 6:19
anne 3:7 12:18
anon 78:17,20,24
anonymization
45:23
anonymized 45:13
73:14
answer 16:5 18:21
18:25 29:2 35:24
43:2 47:22,24
56:15 58:20 61:5
61:7,8 64:5 66:20
70:5,14 75:5
77:20 78:10 79:5
79:15 85:20,22
92:19,22 93:20
94:10,14 97:17,19
100:12,13 101:5
106:16,17 109:12
112:22 122:7
125:24 128:20
132:13 134:3
137:4 143:6,9
150:18 151:5
153:1 154:7,23,23
156:8 158:13,17
158:25,25 159:18
160:6 161:3,6
165:12 166:5,6
167:20 169:7
176:12,16 178:8
178:19 180:14
181:8,13 182:15
184:9 185:17
188:24,25
answered 166:7
answering 18:16
23:25 41:13 66:19
78:8 81:4
answers 19:1
164:14

anthony 47:2
anybody 29:7 43:3
139:23
api 164:8 165:6,16
165:22,23 167:22
168:8,16 178:12
181:1,18
apis 169:15 170:12
171:24
apologies 26:9
104:2 140:18
apologize 62:21
128:22 135:16
app 58:4 94:7
99:15 128:12
158:5 159:6,11
160:5 171:15,21
appear 193:4
appearances 3:1
4:1 5:1 6:1 7:1
appeared 104:1
114:17
appearing 3:2 4:2
5:2 6:2 7:2 191:18
192:7
applied 92:5
applies 115:23
apply 115:18
approach 183:18
appropriate 54:22
71:1 86:2 182:4
appropriately
166:23
approved 139:6
150:13
approximately
36:3
apps 57:22 58:2,9
58:12 124:24
april 10:12,18
11:6,14 90:21

130:2 131:4,5
132:2 133:3
138:13,14 139:11
140:9 141:25
142:21 143:16
148:7 150:19
151:1
archive 72:2,6
110:13,15 118:19
archived 71:7
72:12 118:5,17,22
119:14,18,19
archiving 116:22
117:2
area 71:7 72:3,12
ariciu 47:2
arrived 129:19
asid 155:25
aside 42:7
asked 88:2 102:6
asking 26:18 30:5
31:2,20 55:8 74:7
81:25 99:1 123:17
asserted 95:18
asserts 94:22
assessment 131:15
assessments
131:21
assist 29:16
assisting 12:19
associate 7:5
associated 26:2
45:14 60:18 93:25
134:1 156:1,4,12
166:10
association 157:19
associations 64:9
65:7,9 67:7 157:7
157:13,24
attached 17:23
32:17 52:11

103:21 104:23
114:10 116:18
129:12 130:20
134:14,17 136:5
142:13 149:14
attempt 17:1
18:21 38:16 44:22
137:17 162:8,18
163:15,20 167:20
172:4 181:12
182:15
attempted 38:22
39:5 44:13 87:16
138:3
attempts 39:2,9
45:16 181:14
attention 21:3
25:21 115:7
117:23 137:8
173:10
attorney 4:18 5:7
6:7 12:14 13:7,7
98:8 124:15
190:19
attorneys 3:9 4:7
5:15 21:9,14,15,23
22:2 27:16
audibly 18:25
audit 131:13
audits 125:3
august 115:13
173:13
auld 3:5 12:16
authenticate
136:16
auto 98:16,19 99:2
99:7,16 103:9
182:21
automatically
105:9 118:5
183:14

**[available - bunch]**

**available** 38:25
41:19,23 44:14,18
44:20 45:5,6,7,8
49:23 61:24 65:15
66:3 85:16 86:16
149:8 157:20
158:3 168:7 184:6
**avenue** 4:8,19 5:8
**aware** 48:6 58:8
59:25 84:15 98:22
99:6 102:11
103:11 108:18
111:2,9,12,19
112:1,3,11 116:6
122:4 123:18
124:1,5 126:25
128:7 130:5,13,15
132:11 133:9
153:21,25 156:23
159:10 166:13,25
170:17,24 177:19
178:22 179:16
180:8 182:12,25
183:2 185:19
186:11
**axe** 121:1

**b**

**b** 1:12 6:15 8:8,15
9:1,4 10:1 11:1
17:18 36:12 37:14
146:25 148:11
150:21 151:3
192:1
**back** 23:16,18
26:25 29:20 48:21
63:13,19 67:8
68:21 69:5 76:6
79:25 80:11 90:10
91:11 102:25
109:3 113:10
119:3 124:7 126:3

126:5 135:2
136:20 141:6
146:13 147:2
149:4 151:11
165:1 172:4,9,11
179:25 180:5
**bad** 73:7
**bank** 146:5
**barring** 90:5
**based** 53:9 121:4
121:15
**basic** 86:3,5,12
**basis** 56:16,19
91:2 94:13 100:6
117:5 125:14
138:1 176:23
178:11
**bates** 32:23,25
33:1,3 52:22
80:13 82:14 96:13
105:6,24 129:14
134:21,25 135:3
136:6 137:9
141:10 142:15
**bearing** 129:14
134:25
**bears** 33:3 134:19
134:21 136:5
142:14,16
**began** 116:7
**beginning** 12:13
91:24
**begins** 119:8
**behalf** 2:16 12:17
12:23 13:4 14:16
19:14,18,24 21:13
26:11 34:6 112:18
148:17
**belief** 49:24 100:7
**believe** 18:7 19:15
19:21 20:9 29:12

34:10 35:2,5,9
36:4,6 37:18
38:24 39:7 40:13
42:9 43:8,17 44:4
44:20 45:5 47:16
52:6 53:12,13,25
56:12 59:21 64:19
65:2 73:24 75:25
76:3 99:10 100:4
107:4,9 108:17
110:14,17,21,21
116:5 121:23
122:11 123:9,20
127:17 131:9
135:17 138:13
149:12,25 154:5,7
174:22 175:1,6,18
179:9 185:9
187:16
**bell** 47:2
**best** 93:20 153:1
**beth** 43:10
**beyond** 16:3,18
17:4 21:20 22:20
25:6 27:4,13 38:6
41:8 42:20 43:21
43:23 45:18 47:12
47:19 48:4 49:7
49:18 50:22 51:3
58:13 59:19 63:22
88:9 89:6,18 91:3
99:21 100:18,25
101:22 102:19
106:13 108:1,4,15
110:18 111:5,15
111:23 112:7
113:2,25 116:9
122:1 126:15,22
127:10 130:11
142:2 143:2
145:17,24 146:20

148:25 150:10
152:25 154:10
157:3 159:8
160:14 161:16
162:3 167:3,23
168:9 169:21
170:21 171:4,25
172:17,24 176:13
178:20 183:22
184:14 185:11,21
186:5,19 187:1,13
188:16
**bfalaw.com** 3:14
3:15,16
**biometric** 145:8
**birth** 145:8
**bit** 78:19
**bleichmar** 3:5
12:16
**box** 59:15 111:4
111:14 112:20
**boxes** 111:22
**break** 19:8,9 48:14
48:16 49:1 79:19
113:4 151:6
179:24
**breakout** 164:17
164:21
**breaks** 19:6
**bridgett** 47:2,5
52:2 90:19,23
**brokers** 125:10
158:15
**brought** 180:8
185:6,19 186:3
**bullet** 65:7 67:8,13
68:21 70:19 71:6
76:20 77:23 97:8
99:8 126:7
**bunch** 73:6

[burke - collect]

**burke** 47:3,5 52:2
90:19,23
**business** 105:13
105:17 107:23

**c**

**ca** 191:9,12,20
**california** 1:2,15
1:21 2:2,17 3:12
5:9,16 6:10,19
12:1
**call** 38:19 64:12,15
164:8 165:6,16,22
165:23 178:12
181:1,18
**called** 39:12 64:14
83:4 84:25 85:5
116:23 128:12
141:7 143:18
166:16,21 175:19
**cambridge** 16:23
17:9,11 21:23
22:2,24 23:13
29:9,15 46:4
69:15 75:23 76:5
82:15 93:4,10,12
101:10 124:20,22
124:24 128:21
159:22 160:17
161:14 171:2,9,14
171:20 174:17,23
**campen** 4:5
**capability** 87:15
**capable** 18:16
**captured** 40:3
42:7,14 59:12
62:4 67:9 68:24
85:17 110:12
154:6,18 156:16
159:16
**captures** 54:1
67:18

**card** 146:7
**cari** 4:5 12:20
**case** 1:5 2:4 14:11
14:23 15:3,5,7
21:14 37:19 38:12
48:3 51:25 69:2,9
69:12 72:22 83:3
89:5 91:24 92:5,8
93:5,6 102:4
107:6,17 108:23
109:9 113:22
114:4,14 117:14
121:2,25 123:19
126:19,21 127:5
128:2,16 133:12
151:15 152:6,10
154:2 156:5,12
161:20 162:25
163:13,18,23
164:10 165:8
167:8,10 169:20
177:1,23 178:14
179:5 180:9,15
181:3,21 190:15
**cast** 137:21
**catch** 31:16
**categories** 148:1
**category** 139:5
141:6
**cause** 72:12
**caution** 23:23
41:10 61:5 78:6
92:16 93:15 100:9
**ccp** 191:9,12
**ccr** 1:20,22,23
190:24
**cell** 139:10,15
**centra** 85:5,7,23
86:2,14,15,22 87:1
87:10 88:14,17,21
89:4,11,23 90:2,7

**central** 182:7,8,12
182:17,18,22,24
183:3
**centralized** 182:10
**certain** 86:21
107:22 111:2
148:6 168:5,7
170:19
**certainly** 24:25
184:3
**certified** 2:20,21
190:2,3
**certify** 190:4,17
**cetera** 21:7 31:11
31:25
**chance** 114:16
**change** 141:18
194:4,7,10,13,16
194:19
**changed** 34:12
**changes** 137:19
**chart** 66:5
**chat** 9:14 104:17
110:13 117:1
**chats** 117:6 119:9
119:17,19
**chen** 7:5 13:2 17:6
**cheryl** 47:3
**city** 144:23
**civil** 8:15 191:19
191:20
**clarification** 95:14
95:20
**clarify** 125:15
140:19
**clarifying** 89:10
98:4 121:12
**clarity** 13:6 22:25
59:13 181:12
**clark** 22:8 25:10

**class** 139:5 161:21
161:24 162:25
163:3,6,12,18
165:24 166:7
170:14 171:11
172:5,14 177:1,22
178:13 181:20
183:6
**claufenberg** 4:12
**clean** 46:25
**clear** 18:17,22
61:10 62:22 73:7
84:3 186:14
**client** 98:8 124:15
**cloud** 121:4,7,15
121:20,21
**cocounsel** 12:20
**code** 191:9,12,19
191:20
**cogent** 18:17
**cold** 71:23 72:3,7
72:13,15,17,22,25
73:11,15 74:9,13
74:14,22 84:13
87:7 183:14,19,21
184:1,13,19 185:6
185:19 186:4,9,13
186:18,25 187:11
187:14,19 188:5,9
188:13
**collaborate** 28:25
29:5
**collaboration**
124:22
**collaborative** 25:1
27:20
**colleagues** 12:25
**collect** 16:2 42:17
56:10,14,17,24
57:22 65:2,3
121:17,18 122:25

Page 6

[collect - copy]

123:15 150:16
152:16 153:19
**collected** 65:4
121:19,24 123:20
123:25 140:8
**collecting** 21:13
27:1,11
**collection** 15:10
16:8,14,16 21:18
24:4 31:12 32:1
120:5
**colorado** 5:18
**column** 137:16
141:12
**columns** 139:7
**combined** 145:9
**come** 22:6 85:10
86:19,22 90:10
140:10 186:22
**comes** 76:16
**comfortable** 46:17
**commencing** 2:17
**comment** 135:21
**comments** 95:22
**common** 166:21
**commonly** 50:20
**communicate**
103:7 152:7
**communicating**
105:16,16
**communication**
94:13 101:4
105:13 106:16
**communications**
9:20 23:24 32:13
32:13 41:11 47:23
78:8 99:15 100:11
103:12 104:14
105:3,14 106:24
107:3,5,16 108:7
118:4 131:23

141:7 166:3 175:4
178:19
**community** 87:25
88:5,8
**companies** 158:15
168:20
**company** 29:13
32:14 34:1,3,11
36:16 41:13 49:20
68:2 85:21 101:8
118:9 119:24
121:3 132:3 178:6
187:6
**company's** 33:22
33:23
**compared** 53:3
54:15
**complaint** 163:7
168:3
**completed** 191:7
191:17 192:6
**completion** 190:15
192:10
**compliance**
143:15
**complied** 152:6
**complies** 13:17
**complying** 149:24
**comprehensive**
179:22
**computer** 68:5
153:9
**conduct** 152:14
**conducted** 133:18
182:2
**conducting** 94:23
105:17
**conducts** 70:8
**conferred** 68:18
**confidential** 1:10
189:7

**confidentiality**
141:16 189:7
**confirm** 134:2
174:11,16,21
**confirmation** 38:2
**confused** 62:9
136:2
**connection** 99:19
109:17 123:7
127:23
**consecutive** 136:6
**consent** 131:22
132:16,19,22
133:23 137:11,14
137:18,21,22,24
138:4
**consents** 132:20
135:24 137:6
139:11 140:8
**consider** 139:3
180:25 181:18
**consistent** 92:3
146:18
**constantly** 72:24
**constitute** 137:6
**constituted** 98:8
**constitutes** 132:22
137:20
**construct** 94:2
**consult** 164:16
180:25 181:18
**consulting** 52:3
75:5 127:15
**consumer** 1:5 2:4
12:8 131:13 132:9
144:20 191:4
194:1
**cont'd** 5:1 6:1 7:1
9:1 10:1 11:1
**contact** 144:23
191:9

**contain** 40:8 64:24
74:13,14 84:24
85:11
**contained** 42:4
61:23 82:10
111:14 156:20,24
158:12 160:9
164:4 168:22
193:4
**containing** 188:4
**contains** 85:2
**content** 26:1,22
31:13 32:2 123:22
147:11
**contents** 92:16
93:16 94:11 96:2
97:21 143:5
178:18
**context** 93:18
155:11 167:18
**continue** 36:25
74:10
**continued** 52:20
**continuing** 23:9
**contracts** 131:14
**control** 159:24
161:8
**controlled** 141:19
**controls** 57:10
**conversations**
66:18 92:17 95:8
95:12 143:5
180:14,16 181:6
**cookie** 156:9,24
**cookies** 156:11,13
**copies** 13:11
**copy** 72:25 91:17
122:13,19,23,24
123:1,3,7,14,18,21
123:22 136:11
137:20,23,24

[copy - data]

175:15 177:16
**cor**  37:9
**corner**  137:10
**corporate**  1:13
14:15 19:14
**correct**  14:16,23
14:24 15:18,21
18:1 21:15 22:10
22:15 30:21 32:25
40:21 43:16 48:24
52:4 53:12 59:15
59:16 60:6,7 63:6
63:7,11,12,16,17
66:11 68:11,20
69:23 78:22 81:9
82:22 84:7,9 88:6
90:17,25 93:2,3
94:24 98:11,12
101:21 105:6,11
105:12 107:17
109:6 110:7,25
113:18 114:4
119:16 121:11,23
132:4 137:7
140:14,17,22
148:10 155:19
159:4 169:10,23
170:20 175:5
193:5
**corrected**  81:14
193:5
**corrections**  191:14
191:15 192:3,4
193:3
**correspondence**
30:4 36:7,13 37:9
114:3 115:1,11
**corresponding**
136:9
**counsel**  3:1 4:1 5:1
6:1 7:5 12:13

13:11,13 15:8
16:10,10,22,24
17:7,8,10 21:17
23:11,14 25:2
26:15 27:20,21
28:18 30:1 31:17
35:14 36:2 37:18
39:4 64:2 70:8
75:16 76:7 82:9
92:17,19 95:2,3,14
95:19 96:7 98:3
98:11 114:4
115:10,14,22
116:13 125:20,21
133:19 143:6,8
180:15 182:3,3
191:18,21 192:7
**counsel's**  126:1
143:10
**couple**  98:21
**course**  23:25
33:17 36:3 41:12
52:18 66:19 70:5
107:23 143:6
153:7 166:4 177:3
**court**  1:1 2:1,21
13:5,15,18 17:22
32:16 46:19 52:10
103:20 104:22
114:9 116:17
129:11 130:19
134:13,16 142:12
190:3
**cover**  152:19
**covered**  130:8
137:19 141:16
143:19,23 144:2,6
144:11,14,18
145:14,20 148:9
148:14,16,18,23
149:3,7,8,16,19,20

**covid**  87:2
**created**  51:25 56:2
107:7 128:1 148:2
148:5
**credit**  145:7 146:7
**cross**  187:6
**crutcher**  4:16 5:5
6:5 117:13
**csr**  1:20,21,22
190:25
**curb**  95:21
**current**  34:7 43:15
43:17 81:7
**currently**  17:7
44:24 63:8 149:5
**custodial**  161:10
170:10 177:20
182:6,16
**custodially**  182:11
**custodian**  70:9
99:24 102:7 109:2
109:19,25 110:6,9
118:24 120:7
122:5,23 123:12
123:13 128:1
151:18 152:12,13
152:14 153:14,18
153:22 177:4
182:2
**custodians**  16:12
16:13 24:21,23,25
25:14 27:1,10,18
28:9,12,17,19,22
29:10,15,16 70:7
82:16 83:25 84:7
92:11 97:1 99:19
101:25 102:3,8,10
103:6 119:1
121:13 122:21
123:22 126:25
128:8,9,15,20

129:6 133:20
151:14,18 152:7
152:10,21 153:8
159:24 160:7
161:9 165:19
168:5,18 171:14
171:15,17 173:3
**custody**  159:24
161:8
**cut**  167:15 168:7
171:2

**d**

**d**  8:1 14:11 46:5
140:11,12
**daily**  117:5
**dallas**  4:21
**daniel**  6:15 140:12
142:7
**data**  26:1,21 31:13
32:2,13 38:25
44:23 45:12,17,25
46:3 64:15,17,20
67:9,17,18 68:3,5
68:8,24 69:1,8,11
69:19,20,24 70:17
71:14,16,19,22,23
72:6,12,19 73:12
73:15,24 74:9,13
74:20,23 75:6,16
76:8,11 77:12,14
80:10 82:9 83:7,9
83:10,19 84:11,16
84:20,24 85:12
88:3,5,8,14 89:12
89:22 90:2 97:9
98:21 102:8 106:8
118:7,10 121:3,5,9
121:15 123:24,24
124:23 125:2,4,10
125:10 131:15
151:17,18,19

**[data - deponent]**

153:11,18 158:3,9
158:11,11,15,15
158:19,21 159:1,4
159:13,20,21,23
160:2,10,13,18
161:1,2,12,14
162:24 163:16,21
163:25 164:1,3
166:10,20,23
168:7 169:5,9,18
170:2,11,19 171:2
171:12,17 172:4,6
172:11,14,23
177:12,14,17,17
177:19 178:1,5,12
178:20,23 180:10
181:2,20 182:6,16
182:21 183:5,6,9
183:13,17,19,21
183:25 184:4,6,11
184:18,23,23
185:19 186:4,9,11
186:12,17,18,25
187:3,8,9,14,16,17
187:22,24,24
188:4,11,15,20
**database** 64:10,12
64:14
**date** 37:7 59:22
81:13 86:7 96:21
96:25 97:2 116:3
145:7 190:20
191:16 192:5
194:24
**dated** 10:4,7
114:12 117:12
179:8
**dates** 73:20
**datr** 156:13,24
**davis** 3:7 12:18

**day** 42:11 66:12
71:17,18 74:21
184:18 190:21
193:6
**dayna** 5:13
**dayne** 12:25 22:14
**days** 74:18 77:24
77:24
**debit** 145:7
**december** 10:8
117:12 179:8
**decision** 30:12,16
131:20
**decisions** 30:17,18
30:19
**declaration** 20:2
**declarations** 19:23
**declare** 193:1
**deemed** 152:11
**defendant** 8:13
20:19 21:5,5
110:25
**defending** 13:8
**define** 145:21
146:1
**defined** 109:5
147:8 148:14
**defines** 91:13,16
103:1 105:5,13
146:11
**defining** 95:16
125:16
**definition** 45:12
72:17 80:12 92:2
109:4 119:4 120:3
143:18 144:10,14
144:18 145:20
146:9,16,17,24
147:1,5 148:22
149:3

**definitions** 173:12
**degree** 15:12
**delete** 42:12 80:18
84:18 92:11 102:8
103:9 109:25
111:3,13,17,21
178:3
**deleted** 38:3,24
42:5,14 65:9 71:7
71:12,21,23 72:20
73:14,16,16 74:21
74:23 77:15,25
102:12,13 112:14
112:18 120:14
121:8,17,18,24
122:6 157:21
182:23 188:12
**deletes** 42:10
120:23
**deleting** 90:5
**deletion** 98:16,19
99:2,7,16 178:2
182:21 183:2
**delightful** 113:13
**demonstrate**
137:25
**denver** 5:18
**departing** 151:23
**department** 14:12
174:24 175:1,3,4
179:2 185:16
**departments**
173:13,23 179:1
179:17
**depend** 183:24
184:3,10
**dependent** 184:21
**depending** 31:4
87:14 184:24
**depends** 79:3
88:25 187:7

**deponent** 2:16 8:2
13:17,23 16:20
19:19,20 21:22
22:22 23:10 24:1
24:12 25:12 27:6
27:15 28:1,5,8,15
30:9 31:16 32:5
34:1,10 38:8 40:2
41:14 42:22,25
43:25 45:1,20
47:14,25 48:6
49:9,20 50:14,24
51:5,8,15 57:25
58:16 59:21 60:3
60:23 61:8 62:1
63:24 66:20 70:6
72:9 73:4 75:4,10
77:20 78:10 79:11
83:22 84:15 88:12
88:23,25 89:8,14
89:25 90:5 91:5
92:22 93:21 97:15
99:10,23 100:4,13
100:20 101:6,24
102:21 106:17
108:4,11,17
109:15 110:3,21
111:7,17,25 112:8
112:16,22 114:1
116:11 117:5
120:7,21 122:4
126:1,17,24
127:11,17 128:5
128:11,19 130:13
130:24 131:9
132:11 133:6,15
135:1,13 142:4,18
143:10 144:5
145:19 146:1,24
147:20 149:2,12
150:12,25 151:5

Veritext Legal Solutions
866 299-5127

**[deponent - document]**

152:24 153:2,6,14
154:13 155:10
157:2,4 159:10
160:22 161:1,18
161:23 162:5,13
162:22 163:2
164:12 165:14
166:6 167:5,25
168:12 169:12
170:16,23 171:6
172:2,8,19 173:1,7
176:7,17 177:3,25
178:20 179:7,21
180:17 181:9,25
183:8,16,24
184:16 185:4,9,13
185:23 186:1,7,21
187:3,14,22
188:19,23 189:4
**deponent's** 1:15
**deponents** 190:7
**deposed** 17:25
18:6
**deposition** 1:12
2:15 8:12 9:4
12:20 13:8,14,20
17:19 18:13 19:7
20:8,19 34:16,21
35:13,21 37:17,20
37:25 46:20 52:18
54:25 68:4,13,19
74:4 92:8 93:19
93:23 95:11
107:11,21 114:23
115:3 116:15
140:22 141:3
142:23 143:1
146:10 189:3
190:14 191:19,22
191:24 192:8,10

**depositions** 12:7
**deprecate** 65:13
**deprecated** 65:24
166:12,14,22,25
**deprecates** 65:8
**deprecating**
166:16
**deprecation** 65:17
66:2
**derek** 4:6 12:20
**describe** 31:9,23
71:1,13 85:5
89:14 95:25
141:14
**described** 71:17
94:5 133:4 139:9
139:15 150:20
151:2 161:15
176:22
**describes** 141:13
149:23
**describing** 148:1
**description** 8:10
9:3 10:3 11:3
30:17 69:16,16
96:14 97:24
132:25 176:9,19
**descriptions**
145:20
**designations** 189:8
**desktop** 153:9
**desktops** 118:11
**destroy** 80:18
**destruction**
113:23 115:16
116:8
**detail** 54:19 63:3
**detailed** 36:18
**determine** 71:2
102:3

**determined**
191:18,22 192:7
**develop** 67:24
68:12
**developer** 94:8
128:12 159:11
171:15,21 175:21
175:24
**development**
175:10,14,21
176:22
**device** 124:25
145:4 151:17,20
151:21,22,25
152:1,4 153:18
**devices** 118:11,12
151:16 152:18,19
152:20,21 153:3
153:11,19
**dgarrie** 6:21
**differ** 60:13
**difference** 14:25
62:10
**differences** 62:2,5
62:7 65:1
**different** 39:23
61:13,24 62:12
64:20 85:21 87:13
87:15,20 93:1
145:3 187:5
**difficult** 43:6
187:17
**difficulty** 150:9
**digital** 159:5 160:5
**direct** 15:3 21:3
25:21 115:7
117:23 137:8
173:9
**direction** 82:8
190:11

**directors** 113:20
115:18,23
**disallowed** 170:18
**disappear** 103:9
**disappears** 105:10
**disclosures** 37:19
**discovery** 14:11
14:19,22 15:4
27:17 38:12 45:25
50:16 64:4 69:20
70:17 73:24 75:17
76:8,11,17 80:9
82:8 83:3,10
92:10 97:5 102:11
102:15 120:9
121:16 122:25
123:15 133:19
152:15 153:19
158:19 159:1
183:1,17,17
186:11 187:7,15
**discuss** 95:7,10
101:15 117:21
**discussed** 119:14
154:3 170:1,10
**discussing** 49:1
70:12 78:21
**discussion** 113:16
173:8
**discussions** 28:23
53:9 68:3 77:3
125:9
**disposition** 121:6
133:9
**district** 1:1,2 2:1,2
16:23 23:11 93:6
101:10
**dloeser** 4:13
**document** 1:7 2:6
20:16 34:24 80:13
91:14 94:18,23

**[document - entails]**

103:17 104:11
105:20,22 117:16
129:14 132:6,13
136:3 137:3
**documents**   23:4
25:25 26:21 29:7
31:13 32:2,12
35:25 36:5,10
37:3,4,12 91:17
102:12 121:7
123:18 124:17
138:16 139:3,14
140:7 141:7 149:6
149:18,22 150:8
150:20 151:2
**download**   41:18
41:24 56:6,8
62:14 112:3,12
**downloaded**   57:23
58:12 160:5
**drive**   121:1 182:13
182:19
**driver's**   145:5
146:5
**dropbox**   118:8
121:1
**duffey**   1:13 2:15
8:3 12:7 13:15
14:1,7,10,14 17:25
23:22 32:22 33:17
35:25 41:10 47:21
48:23 61:4 66:17
70:3 78:6 80:2
92:16 93:14 94:10
96:11 97:16 98:16
100:9 106:14
113:12 125:12,20
125:23 135:5
136:7 143:4
146:14 151:13
165:5,11 166:2

167:13 178:17
180:7,13 181:5,23
189:1 191:5 193:1
193:12 194:2,24
**dunn**   4:16 5:5 6:5
10:4,7 12:23,25
16:24 21:16,23
22:3 23:10 25:1,3
26:15 30:1 36:2,8
36:11 37:10,13
39:5 64:3 114:4
114:13 115:9,12
117:13 173:23
**dyi**   38:16,20 40:2
40:5,9,10,13 41:7
41:18,23 42:5,7,10
43:22 47:11 49:5
49:11,17,22,25
50:5,7,11,16,19
51:2,20 53:3 54:9
54:15 55:7,13,14
61:12,24 62:4,10
62:13,25 63:4,8,10
63:21 64:17 65:4
65:23 66:6,10,12
83:17 84:2 85:17
86:16 90:21 154:5
154:18 156:16,25
158:2 164:4
**dzhauser**   5:20

**e**

**e**   3:6 8:1,8 9:1 10:1
11:1 14:11,11,19
14:22 15:4 22:5
27:17 38:12,13
45:25 46:5,5
50:16 64:4 69:20
70:17 73:24 75:17
76:8,11,17 80:9
82:8 83:3,10
92:10 97:5 102:11

102:15 120:9
121:16 122:25
123:15 133:19
140:11,12 152:15
153:19 158:19
159:1 183:1,17,17
186:11 187:7,7,15
191:9,12 192:1
194:3,3,3
**e.g.**   147:11
**earlier**   34:25 35:1
35:6 42:8 49:10
51:19 105:21,23
126:24 148:15
182:25
**early**   39:8 87:3
**edi**   128:8,15,20
**edification**   163:5
**effect**   30:18 34:11
80:4 106:20 107:3
130:1,15 131:3
132:8 133:3 138:2
138:10,12,13
142:21 143:16
148:7
**effected**   24:4
**effective**   8:19 9:6
9:9,15,21 10:11,17
11:5,14
**effort**   25:1 27:20
38:18 150:15
189:2
**efforts**   23:4,6
25:24 26:20 38:14
47:10
**eight**   18:4 19:21
63:8
**either**   25:12 61:16
90:7 104:4 127:18
151:19 154:18
177:4

**electronic**   9:20
32:13 103:11
104:14 105:3,14
106:24 107:2,4,16
108:6 122:18
**electronically**   32:8
32:10
**email**   9:14 37:15
74:17 77:4 86:7
104:17 110:13
117:1 119:8,14
127:19 144:23
146:4
**emails**   114:22
117:5
**employed**   76:17
**employee**   110:11
110:11 178:3
190:18
**employees**   29:13
36:15 43:15,17
95:25 101:8
111:17 115:16
151:23
**employer**   30:14
**employment**   14:8
**enforcement**
39:18 40:25 41:1
41:4,6,16,21,22
42:16 43:1,4,20
53:25 54:22 58:20
**engaged**   29:11
54:5
**engineer**   68:6
**engineering**   179:3
**engineers**   180:25
181:18
**ensure**   166:23
**ensuring**   152:5
**entails**   31:20

**[enthusiasm - facebook]**

enthusiasm 95:21
entity 148:16
ephemeral 99:11
   99:12,14,20,25
   100:5,16,23
   101:21 102:1,4,17
   103:1,4,6,13 105:5
   105:8 106:22
   108:9,19,22 126:8
   126:13,20 127:1
errata 191:14,16
   192:3,5
escaping 22:4
esi 8:17 15:11 16:2
   16:9,14,17 20:20
   21:13,18 22:19
   24:4,17 25:25
   26:21 27:1,11
   31:12 32:1,7,8
   36:9 37:11 38:5
   38:15 44:2,6,12,18
   44:19,23 45:5
   49:17 91:17 94:6
   99:3,19 102:12
   109:2 119:13
   120:5 121:24
   122:6 177:16
   178:1 182:7,17
especially 184:17
established 56:1
estimate 184:11
et 21:7 31:11,25
events 36:20
   124:20
everstore 166:16
   166:19
everybody 12:15
   46:17 163:5
evidence 168:5
evolved 68:1

exact 19:25 37:7
   40:22 89:1
exactly 129:23
   187:20
examination 8:2
   14:5
examined 14:2
example 42:5
   74:15 94:6 97:9
   97:13 119:22
   125:9 156:14
   157:18 159:3
   164:8 165:6
   170:12 182:9
examples 42:8
excellent 96:10
   113:15
exceptions 90:19
   90:24 103:12
   106:1,2,5 148:19
exchange 118:3
   125:9
exchanged 112:4
   112:14
exclude 178:18
   180:13 181:8
excluding 145:13
exclusively 24:24
excuse 87:3 143:4
executed 193:6
executive 100:16
executives 111:13
   113:21 115:19,23
exempted 106:10
   168:6
exhibit 8:11,19 9:4
   9:14,20 10:4,7,10
   10:16 11:4,10,13
   17:17,21 20:6,12
   25:19 29:21,21,23
   30:6 32:15,19,20

33:3,19 34:7,17,23
   52:7,8,9,14,16,23
   63:6 67:22 80:11
   80:25 81:6,10,19
   82:4 83:20 91:12
   92:3,25 96:12
   101:16 102:25
   103:19,23 104:6
   104:16,20,21
   105:2 109:3,22
   114:7,8 116:16,20
   116:20 117:9
   119:4 124:7 126:4
   129:9,10,22
   130:10,18,22,25
   131:1,7 132:7
   133:2 134:12,15
   134:19,23 135:3,8
   135:25 136:9,18
   136:21,21,23,25
   137:1 138:11,12
   138:15,17,24,24
   140:13 141:6
   142:10,11,19
   143:13 146:10,14
   147:3 173:10,20
exhibits 20:7
   134:19 135:6,9,22
   138:9
exist 35:1 45:12
   74:10
existed 44:24 45:9
   45:11 130:16
   169:19
existence 56:2
   130:14
existing 74:12
   103:8
experience 50:25
   51:22

experienced 153:8
expertise 136:8
expires 105:10
explain 167:19
explained 118:2
explanation 115:8
   138:22
explication 138:15
extent 29:1 47:21
   76:9 93:17 141:14
external 131:23
   141:13
ey 127:22

**f**

f 14:11,11
facebook 1:4 2:3
   4:15 5:4 6:4 8:13
   12:8,24 13:2
   14:16 15:6,14
   16:1,7 17:19
   19:24 20:19 21:5
   21:5,13 26:11
   28:17 29:8,10
   33:24 34:6,12
   35:7 39:17,22
   40:5,8,12,17,20
   41:5 44:1,5,11
   47:9,15 50:10
   55:19,21 58:9,25
   61:21 62:3,4,14,16
   62:17,19 63:20
   65:6,8 69:22
   72:21 73:22 81:8
   81:16 83:19 84:4
   84:7,10 85:6,7
   86:4,13 91:1 92:4
   94:16,21,22
   100:16 101:14
   102:2 109:23
   110:1,10,12 111:4
   111:12,13,18,21

[facebook - financial]

112:2,4,12,13,19
118:3,3,4,6,9
119:23,25 122:9,9
122:12 123:2,6
124:16,21,23
125:1,7 127:3,7,14
128:1,8 132:2
133:3,24 137:14
139:11,14 142:1
143:24 145:14
147:10 148:3,17
149:7,19 150:20
151:2,15 152:6,9
152:20,21 153:6
153:25 154:4,14
155:15,18 156:3
156:11 157:7,12
157:17,23 158:8
158:10,20 159:5
159:12,19 160:4
160:12 161:13,19
161:25 162:1,7,9
162:17,19,23
163:5,10,15,20
164:7 165:5,22
166:9,15,22
167:21 168:14
169:3,18 170:1,4
170:11,14,18,25
171:10,22 172:3,5
172:13,20 176:24
178:10 180:8,23
181:16,17 182:7
182:10,17 183:4
184:7 185:5,19
186:3 191:4 194:1
**facebook's**  1:12
19:14,18 26:20
31:10,24 34:7
84:17 91:7 94:17
124:15,25 145:22

146:19 147:16
148:22 149:2
170:2,12 171:2
183:12 186:17
**facial**  18:10
**facilities**  106:8
**fact**  20:3 38:20
**failures**  153:22
**fair**  18:23,24 19:3
19:4,10,11 31:6,9
31:23 32:5 44:10
50:18 53:16 57:7
58:3 64:12,15
67:3,4 77:17
146:25 155:16
**fairly**  107:21
**falconer**  4:17
12:22,23 16:3,18
17:4 21:20,24
22:20 23:8,22
24:10 25:6,11
27:4,13,25 28:4,7
28:14 30:8 31:15
32:4 33:11,14,25
34:9 38:6 40:1
41:8 42:20,24
43:23 44:25 45:18
47:12,19 48:4,9,13
49:7,18 50:13,22
51:3,7,14 57:24
58:13 59:19 60:2
60:22 61:4,25
63:22 66:16 70:3
72:8 73:3 74:1,3
75:3,9 77:19 78:6
79:10,21 83:21
84:14 88:9,22,24
89:6,13,16,21,24
90:4 91:3 92:15
93:14 94:9,19,25
95:4,19,23 97:14

97:16 98:1,11,12
99:9,21 100:3,8,18
100:25 101:22
102:19 106:12
108:1,10,15
109:11 110:2,18
111:5,15,23 112:6
112:15,21 113:2,6
113:24 114:22
115:1 116:9 117:4
117:20 120:6,19
122:1 125:11,23
126:15,22 127:9
127:16 128:3,10
128:17 130:11
131:8 132:10
133:5,13 135:12
142:2 143:2 144:3
145:16,24 146:20
147:18 148:24
149:10 150:1,6,10
150:22 151:4
152:23,25 153:5
153:13 154:10
155:9 157:1,3
159:7 160:19,25
161:16,22 162:3
162:11,21 163:1
164:11,15,18
165:9 166:1 167:2
167:23 168:9
169:11,21 170:15
170:21 171:4,25
172:7,16,24 173:6
173:15,18,21
176:5,10 177:2,24
178:15 179:6,19
180:11 181:4,22
183:7,15,22
184:14 185:3,8,11
185:21,25 186:5

186:19 187:1,12
187:21 188:16
189:5 191:1
**fall**  59:1,6 60:6,9
60:14,16,20 61:3
**falls**  97:9
**familiar**  20:6
78:17 85:11,13
116:22 117:17
154:25 155:7,18
155:21,23,24
156:9
**fb.com**  127:19
**feature**  65:18,24
66:1,4 116:8
126:13
**features**  65:8
113:23 115:16
**federal**  8:14
190:14 192:1,8,9
**feel**  175:19
**fields**  69:16 87:18
**fifth**  96:17 141:12
**file**  11:11 33:8
43:22 133:25
134:4,24 137:2
139:3 149:14
150:14
**filed**  37:19
**files**  51:21 122:14
122:17,18,19,23
122:24 123:1,3,7
123:14,21,23
156:25 166:17
170:10 177:20
**filing**  16:9,17
111:10 172:21
**final**  189:7
**financial**  145:6
182:9

Veritext Legal Solutions
866 299-5127

**[financially - going]**

financially 190:17
find 29:7 64:1 97:4
  108:13 140:7
  142:25
fine 48:12,17
  81:14 95:15 134:9
  140:19 150:6
finish 150:4
firm 12:19 23:15
  23:21 24:6,22
first 19:15 22:4
  49:5 50:15 60:6
  66:12 81:11,15
  86:19,22 87:1
  91:24 92:6 106:20
  107:3,7 128:25
  129:6 130:1 131:3
  131:11 135:21
  144:21 146:13
  162:16
fischer 47:3 90:21
  90:23
five 179:25
floor 6:18
flown 87:4
flows 137:22
focus 15:9
focused 23:3
follow 97:25 112:9
  143:10
followed 136:13
following 111:10
  171:2,8
follows 14:3 191:8
fonti 3:5 12:16
foregoing 190:5,7
  190:11,13 193:2
forensic 152:2
form 24:10 30:8
  31:15 32:4 33:25
  34:9 40:1 44:25

50:13 57:24 60:22
  61:25 72:8 73:3
  75:3,9 77:19
  79:10 83:21 84:14
  88:22 99:9 100:12
  101:5 110:2 112:6
  113:24 117:4
  120:6,19 128:3,10
  128:17 131:8
  132:10 133:5,13
  144:3 145:16
  147:18 148:24
  149:10 150:22
  153:13 155:9
  159:9 160:25
  161:22 162:11,21
  163:1 164:11
  165:10 166:1
  167:2 169:11
  170:15 172:7,17
  177:2,24 178:16
  179:6,19 180:11
  181:4,22 183:7,15
  187:12
formal 35:9 81:8
  130:16
formally 175:23
former 66:4
forth 92:3 146:17
  149:9 190:7
forward 91:2
  95:10 96:9 125:19
  163:6
four 36:3
fourth 137:16
framework 93:19
francisco 6:10
frcp 192:1
frequently 79:9,13
friends 54:3,4 56:5
  56:8 157:22

front 35:15 103:17
  172:10
ftc 11:13 23:13
  93:8 132:23
  141:17 142:17,20
  150:14
ftc's 143:15 148:6
ftco 147:23 149:23
fti 127:8,15,18
full 14:8 156:13
function 20:7
  117:3 176:3
functional 187:6
functions 21:10
further 95:22
  141:5 149:15
  188:22 190:13,17

**g**

g 46:5,5,5,6 149:22
garrie 6:15 13:3,4
  37:16 95:2,5,6,17
  96:5 98:2,6,13
  125:18
gay 15:15
general 7:5 24:2
  30:17,24 31:1,19
  70:6 79:7 87:12
  93:23 94:2 96:1
  106:11 168:12
  177:25
generally 30:7
generate 129:5
generated 101:17
  147:11
geolocation
  144:21
gerardo 46:5
  68:10 76:13,16
getting 81:12
gibson 4:16 5:5
  6:5 10:4,7 12:23

12:25 16:24 21:16
  21:23 22:3 23:10
  25:1,3 26:15 30:1
  36:2,7,11 37:9,13
  39:5 64:3 114:4
  114:13 115:9,12
  117:13 173:23
gibsondunn.com
  4:23 5:11,20,21
  6:12 191:2
give 13:20 33:11
  67:12 75:4 79:5
  119:12 155:11
  173:15 184:11
given 74:4 190:12
giving 143:6
go 16:5 24:11
  35:23 58:15 69:5
  88:11,13,24 89:19
  108:3 110:20
  119:12 120:20
  122:3 128:4,18
  133:14 136:20
  144:4 145:18
  146:13 147:19
  149:1,11 150:23
  153:1 154:12
  160:21 162:12
  164:17,19,21,22
  167:4 168:11
  176:15 179:20,25
  188:18 189:9
goes 43:21 77:4
  83:24 187:4
going 26:25 32:22
  43:6 48:10 67:16
  68:21 71:19 73:6
  74:2,25 91:2
  92:15 94:9,14
  95:7 106:12
  109:11 125:11

**[going - hold]**

126:3 127:9 129:9
130:15 135:7
139:20 147:2
149:4 150:1 159:7
160:19 165:9
172:16 178:15
**good** 12:15,22
14:7 73:7 74:7
**google** 121:1
182:13,19
**govern** 146:6
**governance** 140:1
140:5
**government**
131:16 145:6
146:6
**grand** 5:8
**graph** 167:22
168:7,16
**gray** 15:15
**great** 15:24 22:16
33:10 104:8
155:17
**grounds** 94:11
125:25
**group** 40:12 55:24
56:1 120:8,10,14
120:23,24 128:7
**groups** 40:6,8 53:4
55:4,13,15,17,19
55:21 59:1,9,10
60:17 118:8 119:9
119:17,20,21,22
119:25 120:2,4,8
120:12 179:15
**grow** 184:18
**growth** 179:3
**guess** 123:17
138:22
**guidance** 108:5

**guidelines** 31:10
31:24

**h**

**h** 4:17 8:8 9:1 10:1
11:1 140:11 191:1
194:3
**hailemariam**
140:11,13
**hand** 13:16 137:10
**handful** 36:10
**handled** 191:8
**hannah** 5:14 12:25
22:14
**happen** 35:20
168:1
**happened** 59:6
81:22
**happens** 65:10
**happy** 94:25 95:24
**hard** 91:17 122:13
122:19,23,24
123:1,3,7,13,18,20
123:22 177:16
**hashed** 156:23
**hauser** 5:13 12:25
22:14
**head** 19:2
**heading** 65:6
**hear** 97:18 104:3,4
173:7
**heard** 155:10
167:9,16 180:20
180:20 181:9
186:9
**held** 163:5
**help** 36:16 70:9
**helpful** 31:22 68:6
77:16 129:18
**hereto** 17:23 32:17
52:11 103:21
104:23 114:10

116:18 129:12
130:20 134:14,17
142:13
**high** 188:3
**highly** 106:5
**hipchat** 113:22
115:15
**historical** 154:17
**hive** 67:9,15,17,25
68:1,7,13,18,24
69:1,9,11,13,17,23
70:1,10,11,20 71:3
71:3,16,18,19,25
72:7,19,19 73:13
73:18 74:23 75:1
75:8,11,11,14,17
75:21 76:21 77:5
77:8,10,11,18
78:17,20,24 79:3,8
79:12 80:4,10
81:2,2,5,20 82:5
82:10,25 83:5,9,23
83:23 84:5,12
154:9,21 156:7,18
158:12 159:2,16
160:2,10 161:2
163:24 165:16
168:23,24 169:1
169:25 170:9
171:19 177:5,6,18
177:20 178:22
183:9,13,18 184:4
184:6,12,17 187:4
187:10,24 188:3,8
188:11
**hold** 8:19 9:5,9
15:12 16:12 27:18
33:22 34:8,17,17
34:22 35:7,10
36:8 37:10 67:10
68:24 69:2,9,12,14

69:17 70:10,13,21
71:4,8,15,20 72:6
72:11,19,19 73:9
73:19,21 74:21
75:2,8,12,18,22
76:22 77:6,10,14
78:4,13,16,24 79:4
79:6,8,17 80:4,7,8
80:12,23,24,25
81:3,7,8,15,20,21
81:22 82:5,12,15
82:16,20,23,24
83:2,4,10,15,23,24
84:6,6 92:5,7,9,13
93:1,5,10,13,16,23
94:3,5,12,15 96:1
96:17 97:6,10,22
101:10,15,18
102:4 103:5
108:23 109:8,14
110:22,23 113:21
115:17 119:1
121:2 124:17
125:14,17 126:6
126:19 128:2,12
128:15,21,25
129:5,6 133:8
151:14,21,23
152:5 154:22
156:7,19 159:18
159:25 160:7
161:9 162:7,16,20
163:25 165:18
168:19 169:2,19
171:13,15,19
173:2,2,4,24 174:7
174:12,18,22,25
175:2,5,12,16
177:7,11,13
178:21,22 179:4
179:12,15,17

**[hold - information]**

183:19 184:18
185:7 187:24
188:11
**holds** 83:4,13
91:23 96:14 98:20
117:7 124:11
125:8 127:3,20
183:14
**hopefully** 31:22
**hour** 48:11 79:20
150:2
**hours** 36:3
**house** 15:7 16:10
16:22 17:7,8,10
25:2 27:16,21
28:18 70:8 75:15
133:19 182:3
**howrey** 15:19,22
**hregan** 5:21
**huh** 53:22 78:2
174:5
**human** 179:2

**i**

**i.e.** 147:9
**ian** 7:5 13:2 17:6
**idata** 70:20,24
77:9
**idea** 184:20
**identifiable** 74:16
88:16
**identification**
15:10 16:8,16
17:22 22:18 24:21
25:14 26:25 27:9
28:9,11 29:10
32:16 52:10
103:20 104:22
114:9 116:17
129:11 130:19
134:13,16 142:12
145:6 146:7

161:21
**identified** 16:13
24:25 28:17 29:23
42:8 47:6 63:20
75:14 83:20 84:5
91:18 99:19
114:21 115:1
118:10 124:10
128:8 138:16
140:13,24 152:10
152:15 162:18
173:13,23 177:5
**identifier** 144:24
145:2 155:7,14
**identifiers** 155:25
156:4
**identifies** 59:2
120:8 122:24
123:13 153:18
**identify** 12:13
16:1,11 21:17
24:17,22 25:17,24
26:20 28:19,21
30:14 39:6 43:3
58:12 69:1,22,25
70:9 101:19,24
109:1 144:22
146:3 149:6,18
158:8 161:13
163:11 170:3,13
172:5 176:24
177:21 178:12
**identifying** 16:11
21:12 22:12 29:16
70:7 168:4
**image** 152:2
**imagine** 75:11
140:3
**immediate** 35:19
48:7

**immediately**
136:13
**impediment** 48:2
59:25 67:2
**implemented** 49:6
130:10 181:16
**implementing**
180:23
**improperly**
171:11
**inaccurate** 175:8
**inaudible** 180:9
**incident** 131:17,18
**include** 42:5 54:3
79:8 109:20
110:15 115:15
125:9 152:17
**included** 94:6
125:13 191:14
192:3
**includes** 117:7
122:23 144:19
158:14
**including** 26:1
29:14 45:11 110:7
118:8,11 121:15
124:20 139:4
141:17 144:20
156:13 187:7
**incomplete** 141:22
**indicated** 117:20
122:5
**indicates** 35:3
70:21 81:11
**individual** 41:5
51:21 86:4 106:8
118:11 139:19
144:20 148:15
**individuals** 22:13
27:22 54:4 59:14
101:20 127:18

174:9
**informal** 130:7
**information** 23:24
25:25 26:1,21,22
31:13,14 32:2,3,9
32:11 36:18 38:18
39:5,8,17,22 40:3
40:5,11,13,19,23
41:19 42:4,18
43:21 44:14 45:9
53:3,4,20 54:1,8
54:12 55:3,6,12,15
56:10,13,18,23
57:2,13,15,22 61:1
62:14,16 64:1,4,24
65:3,25 66:3,18
73:25 74:2,16,17
78:7 80:19 85:2,7
85:16 86:3,3,5,10
86:13,15 87:18
88:16 89:1 90:6,9
91:14,16,23 92:3,4
92:12 94:7 96:25
97:6 100:11 101:3
102:8,11 103:7,8
106:6,15 109:4,20
110:6 112:3,13
119:5 120:3,24
121:14 122:22
137:20 139:4
140:1,5 141:16,20
143:19,23 144:2,7
144:11,19,19,21
144:24 145:7,8,8
145:10,13,14,15
145:20,21,23
146:2,2,5,5,8,12
146:17,19 147:1,6
147:9,9,17 148:16
148:18 149:7,15
149:19 153:15,16

**[information - know]**

153:23 154:5
156:6,15,17,19
158:21 159:13,16
159:23 160:1,8,9
160:11,12 161:7
161:10,20 163:11
163:12,17,21
164:2,3,9 165:7,13
165:15,18,19,23
165:24 166:4
168:19,21,22,25
170:3,13 171:10
171:23 176:24,25
177:21 178:4,5,11
178:18 182:9
**informed**  33:7
76:21 77:2 166:15
**initial**  37:18
**initially**  110:25
**initiated**  148:18
**inquiries**  94:23
**inquiry**  131:14
132:9 133:18
**instagram**  18:9
86:12
**instance**  42:12
50:15 55:25 57:11
73:13 77:9 86:1,7
86:11 87:22 88:1
90:19 99:16 106:5
122:5 157:21
187:24
**instant**  144:24
**instinct**  51:9
**instruct**  94:9,14
97:16 102:7,9
109:12 125:12
143:9 165:11
**instructed**  95:9,25
97:1 98:7,14
122:21 151:19

160:8 171:16
177:11
**instruction**  66:16
70:4 80:17 101:2
125:20,24 143:11
166:2 181:23
**instructions**  126:2
**instructs**  92:10
**integration**  124:25
**intended**  175:20
**intending**  91:1
**intentions**  91:7
**interact**  56:3,7
**interacting**  54:2
157:18
**interaction**  157:22
**interest**  55:25 56:6
**interested**  190:18
**interests**  120:1
**interfaces**  169:15
**internal**  62:15
84:17,20,21,22
85:11 118:8 125:2
**interposed**  115:10
**interrupting**
128:23
**interview**  29:6
109:2 123:13
**interviews**  70:9
102:7 152:14
177:4 182:2
**investigation**  93:9
94:8 128:13
131:17,18 170:18
171:16,21
**investigations**
106:6 125:3
**investigative**
39:16 85:5,23
**involved**  17:9
21:13,18 23:14

24:16 27:2,12
28:3,8,11 29:9
30:15 38:4,9,10
76:12 139:24
186:3,24
**involvement**  29:14
**involves**  187:5
**involving**  15:9
18:9 23:13
**ip**  145:1
**issue**  36:17 95:13
95:17 142:25
**issued**  91:23,25
96:15,18 98:20
109:8 115:17,24
119:1 126:6 145:6
146:6
**issues**  23:16,20
24:3,8,12 130:8
**italics**  115:11
**items**  119:8
121:17,18

**j**

**j**  43:11 46:5
**jams**  6:14
**jamsadr.com**  6:21
**january**  66:6,15
66:24 90:13 163:6
**jarvis**  43:10
**jason**  47:2
**javier**  174:20
**jen**  53:9
**jennifer**  38:13
53:10 54:20 60:25
**ji**  46:4 68:9 77:4
**job**  1:24 176:2
191:5 194:2
**jog**  74:25
**john**  7:7 12:10
**join**  56:3 119:25

**jordan**  47:3
**josh**  12:19 28:2
104:19 134:8,10
**joshua**  3:8
**jsamra**  3:16
**jsc**  1:6 2:4
**june**  1:16 2:18
8:20 9:6,9 12:1,6
14:19 15:2 35:10
81:12,16,23 96:18
96:24 98:18 99:1
99:5 190:21 191:3
191:5

**k**

**k**  3:7 140:12
**katie**  13:1 22:13
**keep**  176:15 181:1
181:19
**keller**  4:4
**kellerrohrback.c...**
4:12,13
**kept**  177:19,20
**kind**  142:1 161:12
**kinds**  42:6 119:13
138:16 149:21
**king**  37:20,25
44:18 45:14
**king's**  38:5,15,17
38:21,23 44:2,12
44:15,23 45:17
**know**  16:21 19:6,7
19:25 22:1 24:24
28:5,24,25 30:10
31:4 32:12,24
33:1,5 37:2,6,7
39:4,4 41:14,15,16
42:2,22,23 43:1,25
44:19 45:20,21
46:3,8,10 47:17,25
48:14 49:9 50:3
50:15,19,24 51:8

**[know - letter]**

53:8 54:6,7 55:11
56:3,9,15,19,20,22
56:25 57:14,18,25
58:16,17,18 60:23
60:24 62:5 63:24
63:25 64:2,4,5,13
64:13,25 66:14,22
69:18 70:1,15,25
70:25 71:18,18,24
72:16 73:18,20
74:24,24 75:1,5,7
75:13,13,21 76:1,7
77:20 78:10 79:2
79:2,7,12,13,15,16
83:6 84:17 85:22
85:25 86:14,23,25
87:10,17,23 88:12
88:15 89:2,3,8,9
89:25 90:1,8,20
91:5,7 92:18,20
93:8,9,25 94:4
97:13 98:18 99:18
100:15 101:3,9
104:24 106:17
107:6,20,23 108:5
108:11,24,25
109:8,15 111:1
112:16,17,22,24
112:25 113:20
114:15,21,25
115:4 116:2,11
121:13 123:2,6,19
124:4 125:7
126:12,17,18
127:6,7,24,25
128:11,11,14,24
129:2,3,3 132:12
132:13 133:11,15
133:16 134:2
136:7 138:11,18
139:1,5,13,17,18

139:21 140:6
141:25 142:4,5
143:7 144:7 146:6
150:17,25 151:5
151:18 154:23,24
155:3,6 156:3,18
157:2,4 158:7,14
158:17,24 160:15
160:22,24 161:3
161:18,23 162:5
162:22 163:2,3,14
163:19 164:12
167:7 169:24
170:16,25 172:2,8
172:19 174:6,13
174:20 175:23
176:18,21 178:22
180:18,21 181:25
182:1 183:8 184:2
184:2,5,8,8,9,20
185:4,13,16 186:1
187:23 188:19
**knowledge**   15:25
  30:23,24 31:1
  46:2 57:4 101:4
**knows**   46:17
**kogan**   159:3,11,13
  160:13
**kogan's**   124:21
**kutscher**   22:8
  25:10

**l**

**l**   1:20 2:20 38:13
  38:13 140:11,12
  190:1,24
**l.l.p.**   4:4
**lady**   182:23
**laid**   26:14 132:6
**lana**   43:8
**language**   93:16
  97:22 109:14

125:13
**laptop**   153:7
**laptops**   118:11
**large**   166:17
**late**   39:8
**laufenberg**   4:5
  12:21
**laura**   21:24
**law**   3:9 4:7,18 5:7
  5:15 6:7 39:18
  40:24 41:1,4,6,15
  41:20,22 42:16
  43:1,4,20 53:24
  54:22 58:19
**lawsuit**   16:9,17
  111:11 172:21
  180:24 181:17
**lawyers**   13:9
**lead**   16:24 17:6
  23:11
**leadership**   174:3,9
  174:12,15
**leading**   31:21
**learn**   36:16
**learned**   92:18
  143:8 180:14
**left**   137:10
**legal**   8:19 9:5,8
  14:12 15:8,12
  16:12 27:18 33:22
  34:7,16,17,22 35:7
  35:9 36:8 37:10
  56:21 67:10 68:24
  69:2,9,11,14 70:10
  70:13 71:3,15,20
  72:6,11,19,19 73:9
  73:19,21 74:21
  75:12,17,22 77:10
  77:14 78:4,13,16
  78:24 79:4,6,8,17
  80:4,7,8,12,17,19

80:23,24,25 81:3,7
81:8,15,20,21,22
82:5,9,11,15,20,23
82:24 83:2,4,4,10
83:12,15,23,24
84:6,6 91:19,23
92:5,7,9,13 93:1,5
93:9,13,16,23 94:3
94:5,15 96:14
97:6 101:9,15,18
102:4,9,10 103:5
106:4 110:22,23
117:7 119:1
125:14 128:12,15
129:5,6 132:21
133:7,8 151:21,23
154:22 156:7,19
159:25 160:7
161:8 163:25
165:18 168:19
169:1 171:13,15
171:19 173:1,2,4
173:24 174:7,12
174:17,22,24,24
174:25 175:1,2,4
175:12,16 177:7
177:11,13 178:21
179:11,15,17
183:14,19 184:17
185:16 187:7,24
188:11 191:7
**lesley**   3:6 12:16
  48:10 173:6
**letter**   10:4,7 26:15
  30:1 114:12,19
  115:5,8,9,13 116:3
  117:12 125:16
  128:25 151:14
  173:13 174:22
  179:7

**[letters - marked]**

**letters** 117:20
127:4,8,14
**level** 54:19 56:5
96:1 154:1,15,20
155:3
**license** 145:5
146:5
**life** 159:6 160:5
**limit** 95:21 165:12
**limited** 26:2
141:18 144:20
182:11
**line** 81:1 191:15
192:4 194:4,7,10
194:13,16,19
**linked** 182:6
**links** 86:9 88:17
**lipshutz** 28:2
**list** 101:12,13,14
101:17,19,25
119:7 128:1 129:6
160:4,9 168:15
171:1 179:22
**listed** 29:25 30:6
36:22 37:3 59:14
140:25 147:10
149:22 150:13
177:12
**listing** 36:24 93:25
**lists** 148:19 173:23
174:2
**literally** 146:22
**litigation** 1:6 2:4
12:9 14:22 15:8
15:16,17 16:23
19:18,23 21:19
22:17 23:5,11,18
59:23 93:7 98:20
99:20 100:17,24
101:11 108:23
109:8,17 113:21

115:17,24 120:5
121:2 122:20
123:4,8 124:11,16
124:18 125:8,17
126:6,19 127:3,20
127:23 128:2,21
128:25 139:16
150:9 151:14
152:5,22 153:12
153:23 157:25
162:7,16,20
166:12,14 169:19
179:4 185:7,15
188:6 191:4 194:1
**little** 48:10 58:23
62:8 78:19 136:1
141:5 150:1
**live** 120:22 157:16
**lives** 182:21
**llp** 3:5 4:16 5:5 6:5
15:19
**load** 135:8
**loaded** 33:8
**loading** 17:25
135:19 138:12
**located** 2:16
**location** 1:15
**locked** 191:12
192:1
**loeser** 4:6 12:20
114:13 117:14
**logs** 160:16 163:16
163:21 164:8
165:6,16,22,23
169:8,17 170:12
172:4,9,10,11
178:11,12 181:1
181:19 183:5
187:10
**long** 88:20 119:7
154:23 183:20

184:2,12,20
**longer** 65:15 77:24
112:5 157:8,14,19
**look** 29:6 31:8
52:6 86:3 114:6
133:25 135:6
142:9
**looking** 20:12,16
25:19,22 29:21
35:4 52:14,22
58:23 63:13,19
66:5 67:21 70:18
80:11 81:10 82:13
92:24 96:11,13
102:25 109:3
119:4 126:5 135:8
135:10 141:5
146:9
**looks** 90:20 117:17
141:22 144:7
**los** 5:9 6:19
**lots** 21:22 51:21
**lower** 58:23 137:9
**lunch** 113:5,13
**lweaver** 3:14

**m**

**m** 22:5 46:5
140:11,11
**macdonell** 7:7
12:10
**machine** 190:10
**maggie** 46:4 68:9
77:4
**main** 85:9,12
**maintain** 55:15
69:15 139:12
157:23 171:22
172:13
**maintained** 124:2
142:1 148:5 154:9
171:1

**maintains** 141:15
**making** 30:12,16
141:21
**manage** 15:3
**management**
10:11 11:13 14:12
129:25 130:6,9
134:2,6 139:2
142:17,20 144:8
150:14 174:2,6,18
**manager** 14:11,18
14:23 38:12
**managers** 15:3,5,7
83:3
**manifold** 166:21
**manner** 18:17
**mapping** 135:2
**march** 35:8 38:23
38:23 39:3,10
44:16,16 46:14
52:1 60:10,13,15
61:11,19 62:24
76:5 81:8,13
90:16,16 91:25
92:6 109:9,18
110:14 179:5
**mark** 17:17 100:4
103:22 104:20
106:10 108:22
110:22 112:5
116:7,19 129:9
134:10 136:11
174:16 189:6
**marked** 17:21
32:15 52:8,9
103:19 104:21
114:7,8 116:16
129:10 130:18
134:12,15 135:11
142:11 146:14

**[marketing - misuse]**

marketing 179:1
marking 32:18
  130:21 135:6
  142:10
martie 22:5,8
master 6:16 13:3,4
  37:16 95:2,5,6,17
  96:5 98:2,6,13
  125:18
master's 188:3
materials 91:18
  123:16 141:21
  177:16
matter 12:8 15:11
  16:2 17:9,11 18:8
  18:9 20:3 21:24
  22:2 23:6,13 24:4
  25:2 26:23 27:2
  27:11 28:20 29:11
  29:14,18 37:24
  69:15 70:7 75:15
  79:17 80:10,20
  91:19 92:10,12,14
  93:12,24 94:1,5
  98:20 99:4 102:9
  110:22 120:9
  123:15 124:10
  125:8 151:20
  153:17,17 156:19
  160:3,7 162:17
  164:1 165:17,20
  167:19 168:19,25
  171:14,16,20,21
  183:3,10 186:3
matters 15:9
  19:23 22:23 23:12
  23:12,18 46:4
  56:21 76:5 93:8
  171:18 185:15
  186:13,16,21

maximum 77:24
md 1:6 2:4
mdl 1:4 2:3 16:25
  17:7 22:24 23:2
mean 24:9 25:5
  29:4,8 33:24 34:2
  34:2 40:16 42:1
  44:8 45:2,6,8 50:2
  51:18 53:23 55:18
  57:9,10 58:1
  59:14 61:12,13,17
  61:20 62:9 65:13
  65:21 67:1 71:11
  76:24 79:13 80:7
  80:25 81:21 82:6
  82:11 85:24 86:6
  87:21 98:1 121:21
  122:16 132:18
  133:23 152:1,1
  155:14 163:3
  167:5,14 177:15
  181:14 182:8
  184:17 188:8
meaning 55:3
  188:14
means 21:5 93:5,6
  93:7 105:9 138:20
  155:15 161:24
  167:18 172:9
  181:11
meant 50:4,4
  76:25
measures 178:23
mechanism 50:17
  129:4 183:18
  188:10
member 163:6
  183:6
members 38:9
  127:25 161:21,24
  162:25 163:3,12

163:18 165:24
166:7 170:14
171:12 172:6,15
174:2,12,19 175:1
175:3,14 177:1,4
177:10,22 178:13
178:25 179:14
181:21
memory 74:25
  76:9
mention 181:9
mentioned 29:24
  36:13 37:2 51:19
  64:22 83:22 87:13
  123:12 163:24
  182:18
message 111:14
messages 86:10
  99:17 108:22
  109:5,10,16,21,23
  110:1,7,10,12
  111:4,14,18,21
  112:4,13,19
  118:15,17,19,23
  118:25 122:9,12
  126:13 152:11,14
  152:15,16
messaging 99:11
  99:13,14,20,25
  100:5,16,23
  101:21 102:1,5,17
  103:1,4,6,13 105:5
  105:9,9 106:22
  108:9,19 126:8,20
  127:1 144:24
messenger 110:10
  110:12 111:4,18
  112:20 118:4
  122:10,12
met 36:2

meta 7:6 8:21,22
  9:7,8,11,12,17,18
  9:23,24 10:13,14
  10:19,20 11:7,8,10
  11:15,16 14:12
  15:9 33:4,24 34:2
  34:12 105:15,17
  119:23 129:15
  130:23 134:21,24
  138:3 141:14,14
  141:19 142:15
  148:3 149:5,24
  150:8
meta's 137:17
method 180:19,21
michael 1:13 2:15
  8:3 14:1,10 191:5
  193:1,12 194:2,24
migrated 166:24
migrating 166:20
mike 12:7 58:15
  108:3 122:3 128:4
  128:18 133:14
  143:4 144:4
  145:18 147:19
  149:1,11 154:12
  162:12 164:21
  167:4 168:11
  176:6 179:20
million 79:12
mind 22:6 34:19
  76:16 85:10
  119:13 128:5
  140:10 170:6
  186:22
minimum 168:12
mission 6:8
misspoke 150:24
misuse 124:23
  125:3

[mobile - number]

**mobile** 118:12
144:25
**modified** 71:7,12
71:21,24 72:20
77:14 188:12
**modify** 77:12
80:19
**moment** 29:20
31:8 32:22 33:17
33:18 67:6 80:3
104:15 136:22
**monday** 52:20
**monitor** 172:22
**month** 60:21
**monthly** 91:2
**months** 185:2
**morning** 12:15,22
14:7 154:3
**motion** 180:8
**move** 95:10 97:19
125:19 183:19
**multi** 16:23 23:11
93:6 101:10
**multiple** 144:8
**mumm** 21:24 25:9
**munn** 21:24
**mute** 173:6

**n**

**n** 8:1 38:13 140:12
**name** 14:8,10
16:15 17:2 21:17
22:4,4,4 25:4,17
27:3,12,22,23
28:12 30:10,14
31:3 34:12 38:13
43:4,7,10,14 46:1
87:9 139:19,23,23
140:6 144:21,22
144:22,25 156:13
174:13 190:21

**named** 26:3 39:6
44:6 46:11,13
51:25 59:2,8,11,13
60:11,17,19 61:21
62:20 63:9 83:18
84:11,16,19,24
88:2,4,7,13 89:4
89:12 90:13,15,24
110:24 154:2,15
155:5 156:4,12
157:6,11 158:2,6,9
158:22 160:14,17
163:22 164:10
165:8 166:8,11
169:5 172:23
188:4
**names** 16:21 17:2
17:12 21:25 22:6
23:17 27:18 46:16
123:21 174:8
**naming** 101:8
**natalie** 17:10
**naugle** 17:10
**navigating** 88:18
**necessarily** 56:4
**necessary** 24:16
39:6 95:11 191:14
192:3
**need** 19:6,8 101:9
137:4 181:24
**needed** 69:18
150:15 183:25
**negative** 24:13
**neither** 190:17
**network** 56:8
182:14,19
**nevada** 1:22
**never** 183:1 186:8
**new** 135:6 166:20
166:24 184:18

**nice** 140:20
**nine** 18:4 19:21
**nodding** 53:17
**nonprivileged**
165:13
**nonpublic** 145:9
145:13 147:6,17
**normal** 107:23
**northern** 1:2 2:2
**notating** 191:15
192:4
**note** 58:24 96:7
173:14
**notebooks** 123:3,7
124:2
**noted** 95:6,9 96:5
125:18 189:13
**notes** 9:4 35:14
36:19,21 37:3
52:3,7,17,19,21
63:2 64:8 67:16
68:7 70:18 97:24
122:17 123:3,7
140:25 193:4
**notice** 8:12 16:4
16:19 17:5,18,18
20:18,23 21:21
36:12 37:14 38:7
41:9 42:21 43:24
45:19 47:13,20
48:5 49:8 50:23
51:4 59:20 63:23
80:12,25 81:3
82:21,23 83:2
84:6 89:18 91:4,9
92:7,14 93:1,13,17
93:22 94:12,12,16
96:1,2 97:22
98:10 99:25
106:13 108:2,16
109:14 110:19,23

111:6,16,24 112:7
113:3,25 115:24
119:1 122:2
124:17 126:16
127:10 128:12,15
128:21 129:7
142:3 143:3
145:17,25 146:10
146:12,21,23,25
148:25 150:11
154:11 159:8,21
160:20 161:17
162:4 167:3,24
170:22 172:1,18
172:25 173:2,24
174:7,25 175:2,5
175:13,16 176:14
177:11,13 179:18
180:12 183:23
187:13
**notices** 34:17 92:9
93:23 94:3,5
115:17 127:20,22
179:4
**noticing** 12:14
**notification** 77:4,9
77:13 83:24 173:2
**notifications**
101:15 171:13
**notify** 102:10
**november** 9:21
108:20 126:14
**number** 8:9 9:2
10:2 11:2 19:25
32:25 33:1 36:21
52:23 80:14 82:14
86:8 96:13 105:6
105:24 134:25
135:3 136:6 137:9
138:1 141:10
142:15 144:25

**[number - organization]**

145:5,6,7 146:4,7
150:13 185:14,23
191:15 192:4
**numbers**  32:23
33:4 129:15
134:21 135:3

**o**

**o**  46:5,6 140:11,12
140:12
**o'hara**  47:3
**o0o**  12:3 189:17
**o365**  118:9
**oakland**  3:12
**oath**  14:2 48:24
113:18 190:9
**object**  106:12
127:9 152:23
157:19 159:7,9
160:19 165:9
172:16,17 178:15
**objected**  98:6
**objection**  16:3,18
17:4,16 21:20
22:20 23:8 24:10
25:6,11,18 27:4,13
27:25 28:4,7,14
30:8 31:15 32:4
33:25 34:9 38:6
40:1 41:8 42:20
42:24 43:23 44:25
45:18 47:12,19
48:4 49:7,18
50:13,22 51:3,14
57:24 58:13 59:19
60:2,22 61:25
63:22 72:8 73:3
75:3,9 77:19
79:10 83:21 84:14
88:9,22 89:6,13,17
89:24 90:4 91:3
95:6 99:9,21

100:3,8,18,25
101:22 102:19
108:1,10,15 110:2
111:5,15,23 112:6
113:2,24 116:9
117:4 120:6,19
122:1 126:15,22
127:16 128:3,10
128:17 130:11
131:8 132:10
133:5,13 142:2
143:2 144:3
145:16,24 146:20
147:18 148:24
149:10 150:10,22
151:4 153:13
154:10 155:9
157:1 160:25
161:16,22 162:3
162:11,21 163:1
164:11 166:1
167:2,23 168:9
169:11,21 170:15
170:21 171:4,25
172:7,24 176:11
176:14 177:2,24
179:6,19 180:11
181:4,22 183:7,15
183:22 184:14
185:3,8,11,21,25
186:5,19 187:1,12
187:21 188:16
**objections**  51:7
95:8 112:15,21
153:5
**objects**  64:9 65:6,9
67:7 157:7,12,24
**obligated**  152:13
153:15
**obligation**  159:25

**obligations**  132:21
133:7
**obtain**  39:5 85:7
137:18 138:3,4
**obtained**  148:17
181:2,20
**obtaining**  183:5
**occasions**  18:3
185:10
**occupying**  21:9
**occur**  66:15,24
**occurred**  66:11,13
75:19 183:2
**october**  9:16
**office**  191:11
**oh**  37:1 104:5
135:5,19 150:24
167:13
**okay**  12:5 15:24
19:5,12 20:5,11,21
20:25 21:16 25:16
29:3,19 31:6,18
33:10 34:4 35:11
35:15 46:22,23
47:1 48:18,21
53:19 56:16 57:5
57:19 58:7,22
62:8 63:18 64:7
67:5 78:20 79:18
79:22,25 80:11
81:6,14,25 87:20
89:21 91:11 92:24
94:15 96:5,16,17
103:18 104:15
113:4,6,7,10
114:17,18 116:12
117:8,23,25 118:1
119:2,6 120:25
124:8 127:2 129:8
136:17,20,22
142:8 146:15

147:4 151:6,8,11
153:25 157:5
163:4,9 164:15
165:1 173:9,21
174:1 178:7
179:23 180:2,5
183:12 188:22
189:9
**olivan**  174:20,22
**once**  18:7 23:10
95:10 103:5 157:8
157:13
**onedrive**  120:25
**ones**  76:1 85:9,12
184:17
**ongoing**  22:22
91:7
**online**  118:7
144:23 145:4
**onset**  23:18 157:24
166:12,14
**open**  20:9
**operating**  78:25
**operations**  87:23
88:1,5,8 131:19
175:10,15,17,21
175:22,24,25
176:1,19,22
**operative**  74:12
**opposed**  41:7
44:23 49:17 57:16
**optional**  126:13
**order**  11:13 13:10
44:13 132:23
137:19 141:17
142:17,20 143:15
143:22 148:7
181:1,19
**oregon**  1:22
**organization**
179:11

**[original - pillar]**

original  110:23
190:14 191:10,21
outset  22:17
outside  15:8 16:10
21:17 27:20 28:18
56:8 70:8 75:16
76:7 93:18 116:15
133:19 148:17
160:20 180:12
182:3
overall  57:16
overarching  93:9
overlap  23:5
overlapped  22:23
overwritten  72:24
74:11
owner  71:25,25
73:17 77:1,11
owners  77:5,7
187:8

**p**

p  140:12
p.m.  113:8,11
151:9,12 164:24
165:2 180:3,6
189:12,13
pacific  12:6
page  8:3,9 9:2
10:2 11:2 21:1
26:5 35:3 52:22
58:23 63:2,5,13,19
65:5 67:21 70:18
77:23 80:13 82:13
96:12 115:7
117:23 124:9
132:25 137:9
143:17 147:22
148:15 149:5
173:10,20,21
191:15 192:4
194:4,7,10,13,16

194:19
pages  1:25 35:14
53:4 55:4,7,8 59:1
59:9,10 60:17
118:9 191:14,17
191:17 192:3,6,6
palo  1:15 2:17
12:1
paper  122:17
paragraph  21:2
105:8,25 118:1
124:14 131:11
132:1
paralegal  15:16,17
15:22
parents  21:7
part  28:23 51:9
100:12 101:5,6
102:7 107:22
134:5 137:18,24
138:5,24 139:1,1
148:6 156:6,18
157:15 158:11
159:17 161:1
168:3,23 170:18
174:15 181:6
183:9
partial  97:24
particular  25:4
40:12 42:11 89:1
94:1 95:13 121:20
parties  3:2 4:2 5:2
6:2 7:2 125:1,4
127:4 158:10,23
163:17,22 164:9
165:7,25 168:6,15
169:4,9,18 170:4
170:14,19 171:1
171:11,23 172:6
172:14,22 176:25
177:22 178:13

181:2,20
partition  71:11,13
71:17,21 73:14
74:19,22
partitions  71:6
partly  168:4
partner  12:18
partners  187:6
partnerships
124:25
party  121:4
124:24 131:15
144:15 148:10,14
148:23 149:3,8,20
190:19
pdf  42:2 51:23
191:12 192:1
pdfs  48:2,8
penalty  13:19
191:16 192:5
193:2
pendency  100:17
100:23 107:5,17
126:20 188:5
pending  19:9
189:7
people  23:17 29:6
36:21 56:5 68:17
77:8 94:16 140:10
182:4
people's  21:25
percent  117:18
performing  21:10
period  23:16
25:15 49:23 50:2
71:25 103:10
105:11 117:7
120:13,22 121:6,6
148:6 182:21
191:18 192:7

perjury  13:19
191:17 192:6
193:2
permanent  131:17
permission  46:19
155:4 180:9
permissions  155:1
perpetuity  120:22
persistent  145:2
person  28:10 43:9
88:21 120:23
140:24,25 141:2
146:3 162:8,19
personal  15:25
25:25 26:21 31:13
32:2 145:15,21,23
146:2,11,16,19
147:1
personally  38:8
186:2
personnel  85:6
105:15 121:4
persons  21:9
30:11,15 31:2
pertaining  40:5
86:4
pertains  30:12
179:10 190:13
phone  58:6 86:8
118:24 146:4
153:7
phones  152:17
photos  145:1
147:12 166:18
phrase  154:25
181:10
physical  152:1,4
piece  74:7
pieces  114:25
pillar  87:15,23,24
87:25

Veritext Legal Solutions
866 299-5127

[pillars - preserve]

**pillars**  85:21 87:14
87:21
**place**  35:8,10
46:14 75:17 82:5
143:15 188:8
190:6
**placed**  16:12
27:18 67:10 68:24
69:2,9,11,14,17
70:10,13 77:5
83:13 156:7
159:18 168:18
171:19 173:3
177:7 179:11,15
188:4
**places**  84:16 144:8
**placing**  79:4
183:18 188:10,13
**plaintiff**  44:6
84:16,20,24 88:2,4
88:8,13 89:12
90:13 188:4
**plaintiff's**  20:18
26:15 30:1 46:11
**plaintiffs**  2:16 3:4
8:11 12:17 26:3
36:6,8,11 37:6,10
37:12,19 39:6
46:13 51:25 59:2
59:8,11,14 60:11
60:18,19 61:22
62:20 63:9 83:18
84:11 89:5 90:16
90:24 114:3
115:10 154:2,16
155:5 156:5,12
157:6,11 158:3,6,9
158:22 160:14,17
163:23 164:10
165:8 166:8,11
169:5 172:23

181:3
**plan**  11:11 133:25
134:4,24 135:14
137:2 139:3
149:14,14 150:14
**platform**  34:13
58:9 102:17
124:21 172:12
175:10,14,17,25
176:1,19,21
**platforms**  7:6
14:13 15:9 34:2
**please**  12:13,14
13:16 14:8 17:3
27:7 33:18 35:23
36:25 61:7 92:1
104:19 125:21
128:6 134:10
157:9 162:14
169:13 170:7
173:10,12
**point**  48:13 50:10
65:7 67:8,13
68:21 70:19 71:6
76:20 77:23 81:16
96:7 97:8 99:8
107:2 111:2,10,20
112:2,11 116:6
120:15 126:7
150:3 167:21
173:11
**policies**  31:10,24
34:18,22 37:5
108:6 131:19
**policy**  8:19 9:5,9
9:15,21 10:11
11:14 33:22 34:8
34:11,25 35:6,7,10
81:7,8,11,15,21
103:3,12 104:14
104:18 105:4

106:10,19,21,22
106:24 107:3,5,8
107:13,16,25
108:8,13,19
129:25 130:3,6,7,9
130:15,16 131:16
134:2,6 139:2
142:17,21 143:14
144:1,6,9 149:14
151:21,21 175:3
181:17
**portal**  35:4
**portion**  37:20,25
**position**  30:11,14
31:3 94:17 95:16
98:5
**positions**  21:10
**possession**  161:8
**possible**  69:22
108:12 150:7
161:9
**possibly**  35:5
185:4
**post**  42:12,13
**posted**  81:11
**posts**  42:6 57:11
57:16 86:9 120:13
120:23 155:4
**potential**  124:23
**potentially**  65:3
74:15 79:4 84:19
124:18 151:20
152:12 153:16
157:15 164:13
**power**  111:21
**practical**  67:2
**practice**  166:21
167:6 183:13
**practices**  31:10,24
167:1

**pre**  87:2
**preauthorize**
106:4
**preceded**  132:12
**predecessors**  21:6
**preference**  132:22
**preferences**
132:20
**preparation**  34:15
34:21 52:18 54:25
68:4,13,18 92:8
93:22 107:10,21
115:2 140:21
**prepare**  35:12,22
52:19 68:7 141:3
143:1 189:3
**prepared**  30:7
117:21
**preparing**  93:18
114:22 142:22
**present**  7:4 12:21
22:3,13 78:15
86:14 96:22 162:2
**presented**  17:20
51:11,18 60:1
**preservation**  8:16
15:10 20:20 22:19
23:15,20 24:3,8
31:12 32:1 36:9
37:11 38:18 45:7
50:6,8,12,16,20
51:2 80:8 82:7
83:9,15 91:8
124:17 127:4,7,14
127:20,22 129:7
161:11 173:4
177:7 180:24
181:10
**preserve**  23:4
24:17 25:25 26:21
38:5,15,18 44:14

**[preserve - protects]**

62:16 80:9,18
82:9 84:11 90:9
92:11 94:6 97:1
99:19 103:7,8
109:19 110:6,9
118:25 120:11
121:14 122:22
123:1 126:9 133:3
139:14 150:20
151:2,15,19 152:9
152:13 153:15,23
154:4,14 156:4,11
158:9,20 159:12
159:19 160:1,4,8
160:12 161:20
162:8,18,24
163:11,15,20
164:7 165:6
166:10 168:14
169:4 170:2,11
171:10,17 172:4
176:23 177:11
178:11,23 180:9
181:15 182:7,17
183:4
**preserved** 58:25
65:16 67:9 68:23
90:3,7 109:17
120:4 122:19
123:2,6,19 133:8
133:12 140:8
151:22,25 152:2,3
152:4 153:11
154:1,21 155:4
156:21 159:2
160:3,10,11,24
161:2,6,10 163:25
164:2,5 165:17,19
165:22 168:21,24
169:1 177:21
178:4 181:1,19

182:10 183:10,11
187:25
**preserving** 27:10
99:3 118:3,6,10
156:17 158:13
168:5
**prevent** 72:20
78:4,13
**prevents** 71:21,22
78:24 94:23
157:17
**previously** 118:2
**prior** 14:21 15:2
15:14,19 35:10
60:9 65:17 81:22
95:12 96:24 97:3
98:18 99:1 107:5
107:16 108:20
130:3,5,9,14,16
131:5 132:7 133:2
133:9 138:8
139:11 140:8
141:25 150:19
151:1 154:16
155:5 162:9,19
190:8
**privacy** 10:10,16
11:4,10 12:8
56:10,14,18,23
57:2,8,15,20 87:23
129:24 130:6,8,14
131:1,12,19,20,23
134:1,6,20,24
136:12,23 137:1
137:22 138:2
139:1,21,22 141:7
141:15,20 147:12
154:1,6,8,15,17,20
179:2
**privilege** 94:10,22
96:3 98:9 101:4

109:13 124:16
125:14,25 181:24
**privileged** 23:23
23:24 41:11 47:23
61:6 66:17,18
70:5 78:7,8 92:21
94:12,17 100:10
100:11 101:3
106:15,15 164:13
166:3,4 178:18,19
180:15 181:6
**pro** 83:4 97:6
129:5
**proactively** 90:8
178:3
**problem** 22:11
33:13 34:20 55:23
69:7 127:13 170:8
173:17
**procedure** 8:15
83:12 191:19,20
**procedures** 31:11
31:25 131:19
**proceed** 96:9
**proceeding** 93:8
**proceedings**
124:19 190:5,8,9
190:15
**proceeds** 20:8
**process** 27:3,12
28:16 29:4,10,18
71:20 76:12 78:4
78:18,20,21,25
123:13 166:15,20
186:15 187:5
**produce** 41:21
47:9 108:13 150:8
186:17
**produced** 20:22
35:21 36:6 37:5
47:15 59:18,22

63:20 187:4
**producing** 48:2
186:12,25
**product** 58:5
65:17,24 66:1,4
94:13,19 96:4
109:13 119:24
125:14,25 157:18
**production** 15:11
16:2 35:19 37:7
48:8 60:1 122:20
136:10 157:16
**products** 65:8
67:18
**professional** 2:21
190:2
**proficient** 18:16
**profile** 1:5 2:4
12:9 147:9,10
191:4 194:1
**program** 10:10,16
11:4,10 129:24
130:6,9,14 131:1
131:12,19 134:1,6
134:20,24 136:12
136:24 137:1
139:2,22,24
180:24
**programs** 113:22
115:15 116:7
181:10
**proko** 140:12
**pronouncing** 43:7
**proofpoint** 116:23
117:1,6 118:5,16
118:18,20 119:15
119:18,20
**protect** 106:5,7
**protective** 13:10
**protects** 141:15

Veritext Legal Solutions
866 299-5127

**[protocol - record]**

protocol   13:9
provide   13:11
  42:18 60:25 72:16
  73:25 93:24,24
  152:20,21 153:7
  173:12 176:9,18
provided   13:10
  36:11 37:13 51:22
  191:19 192:8
provides   43:21
  63:3 139:4 149:7
  149:15,19
providing   27:17
pseudonymized
  45:13
pull   64:17,20
pulling   114:11
purpose   27:1,10
  144:1
purposes   45:7
  50:12 67:20
  105:16 139:15
pursuant   8:14
  13:8 71:24 95:11
put   34:11 72:18,22
  72:23,25 73:11,14
  73:19,21 74:9,22
  75:1,8,12,22 78:4
  83:23 84:5 143:14
  176:14 183:14
  184:19 185:7
  187:14
puts   71:22
putting   73:9 78:12
  84:12 187:10
pwc   127:21

**q**

question   19:9
  22:25 23:1,3,9,25
  26:18 27:7 30:5
  31:4,17,21 34:14

34:19 35:24 39:9
40:24 41:13 43:2
44:10 45:24 47:14
47:22,24 50:9
54:10,17,22 55:8
58:1,21 61:5,7,9
61:15 64:6 66:19
66:21 68:15 69:6
69:20 70:16 72:10
73:5 78:9,11
79:15 82:3 85:19
85:22 89:10 90:14
92:1,19,23 94:10
94:14 97:17 98:3
98:25 100:14,21
101:7 106:13,16
106:18 107:12
109:12 110:4
111:8 112:9
114:24 116:14
122:7 123:5
125:12,24 127:12
128:6 132:14
135:23 137:5,13
138:23 143:7,9,25
150:18 155:17
157:9 161:4
162:14 163:10
165:4,10,12
167:20 169:13
170:6 171:7
172:17 176:13
177:6 178:16
181:7,13,15 182:5
182:14 184:9
185:17 186:8
188:3,21
questioning   81:2
questions   18:20
  37:16 69:5 73:7
  74:7 81:5 95:1

97:25 102:6 115:9
164:13 188:23,24
quick   48:14
  179:24
quip   118:8
quips   121:10
quite   45:2
quote   115:11

**r**

r   22:5 43:11 46:5,5
  46:6 140:11,12
  194:3,3
r&s   192:1,9
raise   13:16 94:24
range   96:21,25
  97:2
read   21:3,8 25:22
  30:3 32:22 67:8
  132:3 135:2
  137:15 139:10
  189:6 193:2
reading   132:24
  137:15 191:23
  192:9
reads   137:17
  173:11
really   35:19 73:8
  79:2 155:15 178:8
reason   51:12
  66:23 78:3 79:3
  101:7 109:13
  116:4 175:6 179:8
  194:6,9,12,15,18
  194:21
reasons   41:15
reassociate   45:17
rebecca   1:20 2:20
  190:1,24
recall   17:13 18:12
  20:4 21:25 23:16
  24:1,7,14 25:8,12

25:13 27:19,21,23
38:14 39:13 49:3
49:13,14,15,22
50:5,15 76:7 80:5
97:2 108:4 114:20
115:6 123:10,23
174:8,14
receive   77:8
  127:22 175:12,15
received   39:7
  101:14 105:15
  125:20 127:19
  128:1,20,24 129:7
  151:14 158:10,15
  159:4,14,20
  160:17 163:17,22
  164:9 165:8 169:4
  170:4,14 172:11
  173:24 174:6,25
  175:2,4 177:10,22
  178:13 179:4,17
receives   41:3
  148:16
receiving   103:5
  172:22
recess   48:20 79:24
  113:9 151:10
  164:25 180:4
recipient's   105:10
recognition   18:10
recognize   20:13
  33:19,20 104:9
recognized   145:3
record   12:6 13:6,6
  14:9 18:15,22
  19:1 21:4 22:7
  25:23 30:13 32:20
  32:23 40:18 42:2
  48:19,22 52:15
  55:20 58:4 62:22
  65:14 79:23 80:1

[record - repeat]

89:17 90:12 95:7
96:6,8 113:8,11,16
114:12 117:12
125:19 130:22
132:4,24 134:18
136:11 137:16,23
139:5,10 142:16
151:9,12 158:5
162:1,8,18 164:20
164:22,23 165:2
171:22 172:13
173:8,11,14,22
176:16 180:1,3,6
181:2,19 189:10
189:12 190:9,12
**records** 10:10,16
11:4,11,13 41:21
129:24 130:6,9
131:2,6,12,13,14
131:15,16,17,18
131:20,20,21,22
131:22 132:3,9,16
132:19,19,23
133:4,10,12,21,22
134:1,6,20,24
135:23 136:12,24
137:2,5,11,14,17
139:2,5,9,12
141:13 142:1,17
142:20 143:22
144:8 147:24
148:2,4 149:16,23
150:14,16 164:8
165:6 169:4,17
**redgrave** 23:15,21
24:6,15,22,24
**refer** 35:15 45:22
58:19 64:9 67:7
67:16 99:7 144:6
**reference** 52:24
99:11 109:22

120:2 122:8,11,13
126:8 132:15
148:9
**referenced** 39:12
109:9 139:7 144:7
191:6
**referred** 60:5
68:22 96:17
137:18 175:24,25
**referring** 21:14,15
22:9 30:20,22
60:21 62:19 68:9
80:23,24 81:4,20
82:5,20 84:23
104:11,13 105:21
105:22 106:21
184:25
**refers** 175:9
**reflect** 160:16
164:9 165:7,23
169:8,16,17 183:5
**reflected** 131:7
**reflects** 57:15
63:10,14 66:10
132:1
**refuse** 92:19
**regan** 5:14 13:1
22:14
**regard** 17:14
26:11 27:9 30:24
44:12,18,23 46:9
59:6 83:18 85:15
87:5,8 98:19 99:3
133:22 139:9
144:2 165:22
**regarding** 8:16
20:19 26:20 31:11
31:25 36:8 37:10
37:16 40:19 41:5
44:15 68:18
105:25 106:22

125:2 160:13
165:15 188:2
**registered** 2:21
190:1
**registration** 86:7
**regulatory** 15:8
22:23 23:12
124:19 132:21
133:7 185:15
**reidentification**
45:23
**reidentify** 45:16
**reiterate** 97:20
**relate** 137:14
**related** 29:17
39:17 40:11,13
53:4 55:4 56:2
57:13 62:16 80:10
85:2,7 93:10,11
96:15 99:3 105:14
106:6 108:5 120:5
132:19 141:18
152:22 153:16,22
171:17 177:12
183:6
**relates** 1:7 2:6
94:11 141:19
**relating** 23:5
26:22 30:16 31:14
32:3 38:5,15 40:8
40:23 80:19 93:2
94:7 98:20 127:4
135:23 137:5,17
140:7 151:15
158:9,21 161:20
162:17,24 171:10
**relations** 131:16
**relationships**
64:24
**relative** 190:18

**released** 191:21
**relevant** 8:17
15:11 20:20 24:17
24:21,23,25 28:9
28:12,19 29:17
70:7,10 75:14
80:10,19 82:9
91:13,16,18,22
92:2,4,12 93:25
94:7 96:25 102:9
103:7,8 109:2,4,20
110:6 118:25
119:5 120:1,3,9
121:14 122:6,22
122:24 123:1,14
124:10,18 125:8
137:21,23,25
143:1 151:20
152:12 153:15,16
153:18,23 171:17
177:5
**relied** 141:21
**rely** 35:24
**remain** 120:14
121:7
**remediation**
131:21
**remember** 16:20
16:21 27:15 93:17
**remind** 106:14
178:17
**remote** 18:13
**remotely** 1:14
2:18 190:6
**remove** 65:6
**repeat** 27:6 68:15
72:9 92:1 114:24
123:5 127:11
157:9 162:13
169:12 181:24
182:14

**[repeating - routines]**

repeating 128:5
170:6
replaced 78:14
151:22
replacement
155:21
replaces 77:25
78:5,21
replica 73:10
report 137:25
reported 1:14,19
2:19
reporter 2:20,21
2:22 12:12 13:15
13:18 17:22 32:16
52:10 103:20
104:22 114:9
116:17 129:11
130:19 134:13,16
142:12 190:2,3,3
reporter's 46:19
reporting 129:4
reports 15:3
131:13
repositories
150:13 182:7,13
182:17,19,24
repository 89:12
139:6 182:8,10,22
183:3
represent 34:7
representative
1:13 14:15 19:14
request 35:18,20
48:7 94:6
requested 190:16
192:1,9,10
requests 41:4
131:16
required 87:18
132:2 138:3 149:5

158:18
requirements
149:9,24
requires 124:17
research 87:22
158:23 179:3,4
researcher 159:4
reserve 189:5
reside 88:3
resources 179:2
respect 25:4 166:7
166:7
respond 95:20
116:13 125:21
responded 88:3
115:22
responding 115:9
responds 124:16
response 16:9,17
20:22 39:18 40:25
41:1,6,16,21,22
42:16,18 43:1,4,19
43:20 53:25 54:23
58:20 123:3
131:14,21 132:9
180:24 181:17
responsibilities
15:6
responsible 16:8
16:11,16 22:18
27:17 30:11,15
39:18 168:4
responsive 132:23
153:11 181:7
restate 165:3
181:15
restating 34:19
restricted 147:12
results 44:3
retain 131:13
132:3 149:6

retained 24:6
74:18 90:7 143:24
148:2,5 150:8
retention 9:15
10:17 11:5 31:12
32:1 71:24 98:23
104:18 117:7
120:13,17,21
121:6 131:2,6
132:5,8,12 133:9
134:20 136:12,24
139:8 143:22
149:24 178:1
181:16 182:21
retrieve 42:4 44:2
44:5,9,22 45:3
47:11
return 29:20
135:22 191:17
192:6
returning 46:7
91:11
reveal 23:23 41:11
66:17 92:16 93:15
96:2 106:15 143:5
166:3
revealing 47:22
61:6 70:4 78:7
review 20:7 33:17
34:16,22,25 37:4
85:2,15,20 114:16
115:5 131:20
142:22,24 149:13
187:5 190:15
191:8,10,13 192:2
reviewed 34:24
36:5,7,10,12 37:2
37:12,14,15 38:1
92:7,13 93:22
107:13,19,20,22
114:3 115:2

reviewing 36:19
reyzis 5:6 13:1
22:13
rfalconer 4:23
191:2
rhetorical 98:3
rid 77:25 78:5,21
rids 78:14
right 13:16 14:20
15:16,20 21:14
22:10 26:17 28:13
53:15 54:20 58:9
60:1 68:10 72:24
73:2,19,23 78:18
78:25 81:17 82:21
83:8 87:7 93:5
94:18 119:15
122:14 135:19
136:16 138:22
159:6 168:8
174:25 188:6
rights 189:5
ring 6:6 22:1
risk 131:20
road 18:19
rohrback 4:4
roles 15:1,6
romano 1:20 2:20
18:22 46:22 190:1
190:24
room 164:17,21
ropes 15:15,15
rose 22:1
rosemarie 6:6
ross 4:19
rough 184:11
roughly 14:21
49:15 75:8
routine 98:16 99:7
routines 98:19
99:2

**[row - seek]**

row 137:16
rpr 1:20 190:24
rring 6:12
rule 8:14 95:7
rules 18:18 31:11
31:25 192:8
run 87:16 88:14
88:21 89:4
russ 12:23 21:24
35:19 89:20 91:6
146:23 164:12
russell 4:17 191:1

**s**

s 8:8 9:1 10:1 11:1
43:11 194:3
safety 106:7
sales 179:1
samples 102:14
samra 3:8 12:19
32:19 129:14
san 6:10
sandberg 100:22
174:17
sandeep 17:8
27:15
saw 37:15
saying 30:23 56:16
167:14
says 21:4,9 30:14
58:24 63:8 65:8
65:16 66:6 67:9
68:23 70:20 71:6
72:2 77:24 80:17
96:21 97:8 98:16
103:5 105:8
115:13 118:2
124:10,15 126:7
131:11 133:23
134:24 137:10
138:4 147:23

scan 122:25
123:16
scandal 171:9
scenario 137:24
138:5
schednenko 43:8
schedule 10:17
11:5 98:23 99:17
131:2,6 132:5,8,12
133:10 134:21
135:13,14 136:13
136:24 139:8
143:22 149:13
178:1,2 191:10
scheduled 73:13
73:16 74:20
science 45:25 68:4
68:6 69:21,24
70:17 73:24 75:6
75:16 83:7,11
158:19 159:1
183:17 184:23,24
186:12,17 188:20
scientist 68:5
187:22
scientists 46:3
68:9 76:8,11
scope 16:4,19 17:5
17:16 21:21 22:21
25:7 27:5,14 38:7
41:9 42:21 43:22
43:24 45:19 47:13
47:20 48:5 49:8
49:19 50:23 51:4
58:14 59:20 63:23
88:10 89:7,18
91:4,8 99:22
100:19 101:1,23
102:20 106:13
108:2,16 110:18
111:6,16,24 112:7

113:3,25 116:10
122:2 126:16,23
127:10 130:12
142:3 143:3
145:17,25 146:21
147:23 148:4,25
149:23 150:11
152:25 154:11
157:3 159:8
160:20 161:17
162:4 167:3,24
168:10 169:22
170:22 171:5
172:1,18,25
176:13 180:12
183:23 184:15
185:12,22 186:6
186:20 187:2,13
188:17
screen 105:10
137:21 144:25
screenshot 137:21
sdk 183:8
sdks 183:5
search 87:12,15,18
88:7,13,15,21 89:2
89:23 90:2 124:2
188:15
searchable 87:8
87:11
searched 77:18
120:4 122:20
153:11
searches 87:16
89:4
searching 70:20
seattle 4:10
second 33:12 47:6
47:8 52:1 67:12
77:23 80:13 82:18
96:12 131:11

140:24 143:17
164:20 173:16
seconds 89:2
section 105:23,24
148:11 149:17
secured 71:7 72:2
72:12
security 106:7,7
141:15 145:5
146:4 179:1
see 21:8,11 26:4,8
33:8 52:12,24
53:2,6 55:2 57:11
58:24 59:3 64:8
65:5,11,19 66:8
67:11,14 68:23
70:22 71:5,9 72:4
74:25 76:20 77:10
77:22 78:1 80:15
80:21 82:17 91:13
91:20 96:19,22
97:11 98:15
105:18 109:4,22
112:12 115:20,25
118:1,13 119:10
122:13 124:9,12
124:14 125:5
126:5,10 131:10
131:24 132:15
135:15 136:4,4,5
136:15,19 137:10
138:6,7 141:9,11
141:12,23 143:18
144:12,16 145:11
146:11,15 147:5,7
147:8,14,23
148:13,20 173:25
174:4 175:9
seek 95:20 137:4
188:23

Veritext Legal Solutions
866 299-5127

[seeking - speak]

**seeking** 38:4 95:14
**seen** 107:10
　114:19 117:15
　145:19
**selected** 70:2
**self** 113:23 115:16
　116:8
**sell** 40:20
**selling** 40:17
**send** 127:3,14
**sending** 176:25
**senko** 47:4
**sense** 24:3
**sensitive** 106:6
**sent** 83:2 92:6,9,14
　93:1 94:16 115:11
　126:6 127:7
　128:15 158:22
　160:13 162:7,17
　162:20 171:13
　172:12 173:1
**sentence** 131:11
　141:22
**sentences** 53:15
**separate** 83:1
　139:3 159:5
**separately** 83:6
**september** 10:5
　47:8 52:2 114:12
　116:4 126:6
　174:10 179:13
**series** 132:25
**service** 141:19
**services** 67:19
　145:4
**sessions** 36:4
**set** 57:11 71:14,14
　73:17 92:3 99:16
　146:17 149:9
　154:25 169:20
　190:6

**sets** 72:1
**setting** 42:7 57:17
　132:22 138:2
　158:5
**settings** 56:11,14
　56:18,24 57:3,8,12
　57:15 132:20
　137:22 147:13
　154:1,6,8,15,18,20
　155:4
**shake** 19:1
**share** 20:6 52:7
　57:6 92:21 182:14
　182:20
**shared** 162:24
　163:12 165:24
**sharepoint** 121:1
　182:13,20
**sharing** 137:19
**sheryl** 100:22
　174:17
**shield** 94:24
**short** 37:20 103:10
　154:23
**shorter** 46:21
**shorthand** 2:20
　190:2,10
**show** 129:5 137:23
　158:21 159:20
　163:16,21
**showed** 37:18
**showing** 159:13
**sic** 125:20
**sign** 86:8 189:6
　191:16 192:5
**signature** 190:23
　191:21,23,23
　192:9
**signed** 13:10 162:1
　162:9,19

**similar** 21:10,10
　40:3 42:10 60:8
　62:6 70:6 83:12
　115:15 119:25
　131:6 132:12
**similarly** 119:23
**simon** 15:23
**single** 71:16,18
　85:1,1,15,20
　184:18
**sit** 56:23 64:6
**sitting** 64:2 186:22
**six** 92:25
**sixth** 126:6
**size** 183:25 184:3
　184:10,18,21
**skip** 46:20,24
**smaller** 76:15
**smith** 5:14,21 13:1
　22:14
**snapshot** 38:17,20
　39:1,24 40:4
　42:11,13 44:13,24
　45:10 46:7,8,10
　47:7 49:23 51:10
　51:17,22 59:12
　62:2,23 65:4,17,22
　65:25 66:2,13
　67:3 73:10 90:21
　120:10 154:19
　156:16 157:20
　158:4 164:4,6
**snapshots** 38:22
　39:2,10,21 47:10
　49:17 50:6,11,21
　51:2,24 53:10
　58:25 59:7,9,17,22
　60:5,8,11,12,14,15
　60:17 61:2,11,18
　63:4,11,15,20
　64:23 66:10,14,23

　83:16,20 84:2,5,12
　90:12,15 91:1
　154:3 156:20
　158:1 170:1,9
**social** 145:4 146:4
**software** 97:7
**solanki** 17:8 27:15
　28:12
**solemnly** 13:18
**solutions** 191:7
**somebody** 42:25
　42:25 139:21,22
　139:25 158:18
**sorry** 31:17 33:12
　33:14 36:25 39:20
　46:8 53:14 55:22
　57:20 67:13 88:23
　89:20 90:14 104:3
　135:7,10 138:21
　140:4,16 167:13
　173:16 176:5,17
**sort** 22:25 24:13
　45:23 51:20 73:1
　85:4,10 94:2
　119:22 184:24
　186:9
**sorted** 160:18
**sounds** 14:20
**source** 64:15 97:9
　121:15,21 123:24
**sources** 89:22 90:2
　98:22 118:7 121:3
　121:5,7,9,16,20
　178:5 182:6,16
**south** 5:8
**space** 72:18 77:9
　187:23
**speak** 29:7 54:24
　98:7 140:23 141:2
　150:15

Veritext Legal Solutions
866 299-5127

**[speaking - sure]**

**speaking** 26:14
68:13
**special** 6:16 13:3,4
37:16 95:2,5,5,17
96:5 98:2,6,13
125:18 188:3
**specialist** 15:17
**specific** 23:1 24:15
24:18 54:14 55:25
56:13 57:3,16
71:3 75:23 79:5
81:2 86:1 88:13
118:10 123:18
132:21 139:19
146:3 150:18
161:4 178:9
186:21 188:21
**specifically** 16:15
21:2 25:4 40:7
46:1 54:7,13 55:9
56:22,25 65:1
105:23 108:9,19
109:5 119:7
123:17 165:21
**specifics** 79:16
**spell** 46:16
**spelling** 43:7
46:20,25
**spoke** 36:15,22
140:21
**spreadsheet** 134:5
134:23 136:5,10
136:14
**square** 70:19 71:5
**srt** 84:25 85:15,16
86:19 87:5,8,10,12
87:14,16,19,23,24
88:1,4,13,17 89:23
90:2,7
**stand** 81:14

**standing** 35:20
**stands** 85:1
**start** 13:14 106:25
142:6
**started** 49:20 50:4
52:20 68:2 176:12
**starting** 75:12
**stat** 187:4
**state** 13:19 14:8
23:12 55:20 93:7
117:11 173:18
191:9,12
**stated** 24:14 93:21
182:25
**statement** 115:18
115:23 141:18
175:7
**statements** 131:23
137:22 141:8,13
175:7 179:10
**states** 1:1 2:1
115:13
**status** 147:11
**stemming** 124:19
**stenographic**
113:16 173:8
**stenographically**
1:19
**step** 80:8 82:7
**stepping** 150:2
**steps** 16:1 24:16
24:18,20 90:8
102:2,14 126:9
156:3 158:8,20
159:19 161:19
162:23 163:10
164:7 165:5 166:9
169:3 170:2,11
171:9 172:20
173:5 176:23
178:10 183:4

**steve** 46:15
**stipulation** 191:20
**stop** 71:11
**stopped** 87:6
**stops** 71:6
**storage** 71:8,23
72:3,7,13,15,17,18
72:22,23,25 73:11
73:15 74:9,13,14
74:22 84:13 87:7
183:14,19,21
184:1,13,19 185:6
185:20 186:4,10
186:14,18,25
187:11,15,19,23
188:5,9,13
**stored** 32:9,10
84:17 117:6 118:7
118:10,23 121:14
151:17,19 153:17
165:16,18 177:17
**stores** 67:18
166:17
**street** 3:10 5:16
6:8,17 144:22
**strike** 17:15 25:17
46:8 50:8 97:19
101:13 102:24
107:14 111:11
138:8 169:16
**stroz** 127:8,15,18
**structured** 177:17
186:12,17,25
**struggle** 31:5
**struggling** 101:7
186:8
**subcategory**
150:21 151:3
**subject** 37:24
91:23 93:12 94:5
96:3 102:3 108:23

113:21 120:13,17
121:2,5 124:10
125:8 126:19
131:15 133:6,7
149:8 183:13
**submitted** 13:10
19:22 20:2
**subpoena** 41:22
43:20
**subpoenas** 41:4
42:19
**subscribed** 190:21
**subset** 185:14
**subsidiaries** 21:7
**substance** 98:9,10
107:24 108:5
**substantive**
105:14
**subtopics** 149:22
**successors** 21:6
**sufficient** 137:23
137:25 144:22
149:6,18 158:21
**suggest** 139:20
**suite** 3:11 4:9,20
5:17 6:9
**summary** 93:24
176:8
**sure** 14:10 40:22
44:21 55:22 68:16
73:4 79:21 81:12
86:18 98:24
100:20 106:25
108:21 112:10
117:18,22 122:7
135:1 143:25
154:13,17,19
156:15 159:15
164:2,18 167:5,10
168:22 169:14
170:5 174:19

Veritext Legal Solutions
866 299-5127

**[sure - tell]**

176:2 181:10,12
**surfing**  56:1,3
**surrounding**
108:6
**suspend**  98:16
**suspended**  98:19
99:3,4
**swears**  12:12
**switchboard**
38:19 39:12,15,16
39:23 40:2,4,8,18
40:24 41:7,16,17
42:3,10,13,14,17
44:2,5,11 46:9
47:7,9,15 48:3,15
49:2,11,16,21,24
50:20 51:1,21,24
52:24 53:24 54:1
54:8 55:3,6,12
56:9,14,24 57:1,14
57:21 58:11,25
59:7,12,17,22 60:4
60:8,13 61:2 62:3
62:15 63:15 64:17
64:23 65:2,23
66:14,23 83:17
84:2 85:18 86:16
154:5,6,19 156:16
158:1,5 164:4
**synonymous**
62:12
**system**  116:22
157:16,16 166:16
166:19,21,22,24
**systemic**  178:10
**systems**  84:18,21
84:23 166:11,13
170:2,12
**systemwide**
176:23

**t**

**t**  6:6 8:8 9:1 10:1
11:1 22:5 194:3,3
**tab**  32:19 103:22
104:20 116:19
129:13 142:14
**table**  63:3,9,10,14
63:14 70:21 71:3
71:18,19,25,25
73:1,10,13,17
74:12,16,23 75:22
76:21 77:1,5,5,7,8
77:10,12,13 78:12
79:3 80:10 180:19
180:21 184:4
**tables**  69:14,17,19
69:23,25 70:1,10
70:12,20 72:21,22
73:19,21 74:10,14
75:1,8,11,11,14,17
77:18 78:3,16
79:6,7,8,12,16
80:4 81:2,20 82:6
82:10,25 83:9,23
84:6,12 154:21
156:7,18,21
158:12,14 159:2
159:17 160:2,10
161:2,6 163:25
164:1 165:17
168:23,24 169:1
169:25 170:9
171:19 173:3
177:5,6,18,20
178:21,22 183:10
183:13,18 184:6
184:12,17,21,25
185:6 187:4 188:4
188:8
**tablet**  153:9

**tablets**  118:12
152:18
**tabs**  134:10
**take**  19:6,8 33:16
38:16,22 39:2,10
39:21,24 42:13
44:13,24 45:10
46:10 48:14,16
49:17 50:11 73:12
74:21 79:19 83:16
83:19 88:21 90:8
91:1 95:25 102:2
106:20 107:3
114:6 120:10
126:1,9 130:1
131:3 138:9 151:6
159:19 169:3
170:1,11 171:10
178:10 179:24
183:4,20 184:2,12
184:20
**taken**  2:15 23:4
24:16 38:21,25
39:2 47:7 48:20
59:10 60:6,8,12,14
61:3,18 63:4,11,15
63:21 65:23 66:3
79:24 82:8 84:4
90:12,15,21 113:9
151:10 158:1,8,20
161:20 162:24
163:11 164:7,25
165:5 166:10
172:21 180:4
184:1 186:13
190:5
**talk**  18:21 74:3
91:10
**talked**  29:12
**talking**  46:18 67:6
74:19 75:10 80:3

106:23 185:2
**tangible**  91:17
**tao**  64:9,18,20
65:3 83:13,16
154:9 157:8,13,15
**team**  15:4 27:17
38:9,13 39:18
40:25 41:2,3,7,16
41:17,21 42:16
43:1,5,10,20 45:25
46:2 50:16 53:25
54:23 58:20 64:4
68:4 69:21,24
70:17 73:25 75:6
75:16 76:15,17
80:9 82:8 83:8,11
87:22 92:10 97:5
102:10,16 120:9
121:16 122:25
123:15 133:20
139:22,24 140:1,6
152:15 153:19
158:19 159:1
174:3,9,12,15
175:14,15,23
176:19 179:2
183:1 184:24
186:12,17 187:15
188:20
**team's**  183:17
**teams**  76:21,24,25
86:1 176:22 177:5
177:10 179:10,15
182:12
**technical**  48:1
59:25 66:23 150:9
**telephone**  144:25
**tell**  33:18 73:23
75:20 123:21
129:17 186:22

**[temporary - transcribed]**

**temporary** 131:18
**ten** 36:4 185:24
**term** 155:10
  161:24 167:9,16
  167:18 172:8
  180:21 186:9
**terms** 15:5 62:11
  163:7 169:9
  188:14
**terry** 47:3 90:20
  90:23
**testified** 14:3
  19:13,17 49:10
  61:11 81:6 107:15
  114:2
**testify** 26:19 29:22
  30:7 97:23 188:2
**testifying** 14:15
  26:11 34:5 137:4
  190:8
**testimony** 13:19
  18:16 44:17 49:14
  80:3 97:21 126:25
  190:12 193:4
**texas** 4:21
**text** 152:7,11,13
  152:15,16
**texts** 152:9,17
**thank** 19:11 22:10
  33:15 36:1 53:11
  76:19 77:16 85:14
  113:14 128:22
  129:8 142:8 189:1
  189:4,11
**thereto** 124:11
**thick** 62:21
**thing** 121:12 143:7
**things** 24:15 35:20
**think** 18:4 26:16
  28:11 31:20 41:20
  43:12 45:24,24

46:2 51:13 52:20
54:21 56:17 64:22
79:12,14,19 84:1
85:1 87:2 88:18
90:10,18 91:6,8
99:23 100:13
101:6 102:22
104:1 113:4
133:17 134:9
135:8,10 136:2
138:4 159:16
170:24 175:20
176:8 177:9 182:3
182:4,15,18
183:24
**thinking** 24:19,20
  76:6 87:25 88:3
  105:23 176:10,15
**third** 4:8 8:11
  17:18 20:18 67:13
  121:4 124:24
  125:1,4 127:4
  131:15 144:14
  148:10,14,23
  149:3,8,20 158:10
  158:22 163:17,22
  164:9 165:7,25
  168:6,15 169:4,8
  169:18 170:3,13
  170:19 171:1,11
  171:23 172:6,14
  172:22 176:25
  177:22 178:12
  181:2,20
**thought** 68:6 88:4
**three** 15:3 68:22
  86:24
**thursday** 12:1
**tied** 86:13
**time** 12:6 14:21
  19:15,16 23:16

25:15 42:11 43:7
44:15,16 45:10
49:23 50:2,10
68:2 76:6,8,15,18
81:16 83:17 87:4
99:25 103:10
105:11 106:20
107:2 111:3,10,20
112:2,12 116:6
129:1 130:4,9
132:7 133:2 138:2
138:8 145:3 148:6
158:3 162:6,10,16
162:20 164:6
167:21 169:19
170:6 174:15,18
174:21 175:18
188:23 189:2,3,13
190:6 191:10,18
191:24 192:7
**timeline** 49:16
**times** 18:4,5 19:13
  19:17,21,22 20:1
  110:14,22
**timetable** 73:17
  184:24
**timing** 30:18
  36:20
**title** 30:11,14 31:3
**titled** 137:19
**titles** 15:1
**today** 12:18 13:4
  14:15 17:20 18:16
  20:22 22:3,13
  34:16,21 35:13
  107:11 109:18
  114:23 115:3
  117:21 141:3
  142:23 143:1
  146:14 188:2

**today's** 13:8
**told** 121:13 166:17
**tool** 38:19,19
  39:12,16,20,21,24
  41:7,17 42:3,7
  46:7,9 47:11,15
  48:3 49:2,5,11,12
  49:16,17 50:6,7,7
  50:11,19,20 51:1,2
  55:7,12,14 56:9,14
  56:24 57:1,14
  58:11 61:12,24
  62:13,15,15,25
  63:15,21 70:24
  71:1 83:2,14
  84:25 85:2,5,16,17
  85:18,20,24,25
  88:14 89:11,15
  101:18 112:3,13
  117:2 121:20,22
  129:5 157:17
  158:2,2
**tools** 42:17 84:21
  84:22 85:11 86:17
  88:19
**top** 77:23
**topic** 25:21 26:12
  30:6,9,13,20,22,25
  31:2,8,9,20,23
  55:25
**topics** 26:14 29:17
  29:23,25 30:12,16
  36:16 93:25
  177:12
**total** 82:15 185:14
**tough** 85:19
**town** 144:23
**track** 172:21
**training** 131:22
**transcribed**
  190:11

Page 33

[transcript - veritext]

**transcript** 37:21
  37:25 189:6
  190:12,14,16
  191:6,8,10,13,13
  191:21 192:2,2
  193:3
**transfer** 148:18
**transition** 167:22
  168:16
**tried** 44:1 45:10
**triggered** 82:24
**true** 53:12,13
  116:2,5 121:10
  151:23 156:25
  160:2 190:12
  193:5
**truth** 13:21,21,22
**try** 17:1 69:8 73:7
**trying** 16:20 29:3
  31:19 54:11 62:22
  136:11 176:8
  178:8
**turn** 21:1 119:3
**turning** 13:13
  124:7,9 141:6
  143:17 147:21
**two** 35:5 42:7 46:3
  68:17 69:5 85:9
  85:12 88:19 90:20
  90:24 112:15,21
  135:6 140:10
  175:7 177:5
**tyler** 37:20,25
**type** 91:22 150:20
  151:2
**types** 133:10,20
  149:6,16,18
**typically** 153:6
**typo** 175:20

**u**

**u** 14:11
**uh** 53:22 78:2
  174:5
**uid** 77:18,25 78:5
  78:15,22 86:2
  87:9
**uids** 78:13
**uii** 77:24,24
**ultimately** 16:13
**unaware** 115:14
**unclear** 135:7
**underneath** 63:10
**understand** 14:14
  14:17 18:18 20:21
  20:24 23:7 26:19
  29:4,13,22 30:3
  31:7 44:8 45:2
  48:24,25 54:10,11
  57:1,9 58:1 61:14
  62:1 67:1 69:6,13
  69:19 73:4,8 74:8
  77:11 98:24,25
  100:21 106:2
  107:12 110:3
  111:7 113:17
  117:19 138:18
  145:14 167:25
  168:2 170:5 171:6
  178:7 181:11
  188:1
**understanding**
  26:10,13 31:19
  32:7 40:10 43:19
  47:5 51:20 55:14
  59:5 62:6 64:23
  67:25 68:1,12
  77:3 81:18 83:14
  106:9 107:18
  143:13,21 145:23
  146:18,19 147:16

  167:11,17 168:13
  178:25
**understands** 94:21
**understood** 29:25
  48:9 74:5 81:1
  143:25 165:14
**undertake** 102:15
**undertakes** 80:9
**undertook** 154:4
**united** 1:1 2:1
**update** 52:21
**updated** 71:16
  125:7
**updates** 124:11
  147:11
**uploading** 135:19
**upwards** 79:11
**usable** 41:23 42:1
**use** 41:7 42:17
  44:2,5 50:11
  65:15 79:9,14
  86:19,22 87:14
  97:7 99:11 100:22
  103:6,13 115:14
  119:22 124:21
  126:8 146:3
  151:17 178:6
  182:12
**user** 1:5 2:4 12:9
  39:22 40:11,17
  42:9,12 50:17
  54:2,5 57:10,13
  60:11,16 61:12,19
  61:19,23 62:3,4,9
  62:10,17,18,24
  64:25 66:6 67:19
  74:16,17 84:18
  85:12 86:4,11,13
  87:9 88:15,15
  89:1 90:5 99:15
  120:14 124:23

  125:2,4 131:22,22
  132:16,19,20,22
  133:23,24 135:23
  137:5,10,13,14,21
  139:11 140:7
  141:7 145:1,3,9,13
  147:6,8,9,11,17
  148:18 155:18
  157:17,21 160:18
  169:9 170:19
  179:3 191:4 194:1
**user's** 40:14,15
  57:22 118:24
  137:24 147:10
  157:22
**users** 39:17 40:19
  41:5,19 42:18
  43:21 53:3,21,23
  54:3,8,12 58:8,12
  62:14 85:3,3,8
  111:22 112:2,12
  112:20 137:18
  138:1 156:1
  159:13,20 160:4
  161:13 170:4
**uses** 41:16 121:4
  148:16
**usual** 109:1
  183:13

**v**

**v** 43:11
**values** 156:24
**variety** 56:20
**various** 19:23
  36:15,16 93:7
  96:14 178:5
  179:10
**vc** 1:6 2:4
**veritext** 12:11
  191:7,9,11

Veritext Legal Solutions
866 299-5127

[version - witness]

**version**  35:4 74:10
125:13 130:5
136:12 167:22
168:8,16
**versions**  34:25
35:1,6 93:1
156:23
**versus**  62:3
**video**  1:14 2:19
**videoconference**
1:14 2:19 3:2 4:2
5:2 6:2 7:2
**videographer**  7:7
12:5,10 48:18,21
79:22,25 113:7,10
151:8,11 164:23
165:1 180:2,5
189:11
**videos**  145:1
166:18
**viewed**  159:21
161:14
**virtually**  12:21
**volume**  1:17 8:3
74:4

**w**

**w**  4:6 6:17
**waiting**  103:25
**waived**  191:23,23
**waiving**  124:15
191:20
**want**  22:24 74:8
86:20 89:16 97:21
121:12 125:21
133:25 135:21
149:13 164:16
170:5 180:13
181:11 189:1
**wanted**  140:19
176:14,16

**warehouse**  67:17
**washington**  1:23
4:10
**way**  24:13 41:23
42:1 45:13 51:10
51:17 56:7 69:8
71:13 87:11 88:18
96:1 99:14 109:1
115:8
**ways**  77:7
**we've**  48:10 95:6
95:12 107:4 114:7
150:1 158:1 170:1
**weaver**  3:6 8:5
12:15,16 14:6
16:7 17:3,14,17,24
22:7 23:3,19 24:2
24:18 25:9,16
27:8,23 28:2,6,10
28:16 30:13 31:18
32:6,18,21 33:3,5
33:7,10,13,16 34:4
34:15 35:18,23
38:11 40:7 41:25
42:23 43:3 44:1
45:4,21 46:22,24
47:17 48:1,7,12,16
48:23 49:10 50:1
50:18,25 51:6,12
51:16 52:12 58:3
58:17 59:24 60:4
60:24 61:10 62:8
63:25 66:22 70:11
72:11 73:6 74:1,6
75:7,21 77:22
78:12 79:18 80:2
84:3,22 88:20
89:3,10,20,22 90:1
90:10 91:6,11
92:24 94:4,15,21
95:14,15 96:7,10

96:11 97:23 98:3
98:4,15 99:12
100:2,6,15,22
101:12 102:2,23
103:22,24 104:19
104:24 106:19
108:8,12,18
109:16 110:5,24
111:9,19 112:1,10
112:17,24 113:4
113:12,17 114:2
114:11,15 116:12
116:19,21 117:8
117:11,15 120:16
120:25 122:8
125:15 126:3,18
127:2,13,21 128:7
128:14,22 129:8
129:13,16 130:21
130:25 131:10
132:15 133:11,16
134:8,18 135:5,15
135:17 142:5,14
142:19 143:12
144:10 145:22
146:9,22 147:2,21
149:4,21 150:4,7
150:19,24 151:1,6
151:13 153:3,10
153:21 154:14
155:13 157:5
159:12 160:23
161:5,19,25 162:6
162:15,23 163:4
164:16,22 165:3
165:21 166:9
167:7 168:2,14
169:14,23 170:17
170:25 171:8
172:3,10,20 173:9
173:17,20,22

176:21 177:8
178:7,24 179:16
179:23,24 180:7
180:18 181:14
182:1 183:12,20
184:5,22 185:5,10
185:18,24 186:2
186:16,24 187:10
187:19 188:1,22
189:4,9
**web**  1:14 2:19 3:2
4:2 5:2 6:2 7:2
118:9
**website**  141:19
**websites**  145:4
**wechat**  118:15,17
**wednesday**  1:16
2:18
**week**  36:6 37:6
**weeks**  36:4 185:2
**went**  74:11 99:25
110:23 138:11,13
142:21 143:15
148:7 149:17,17
**whatsapp**  99:16
102:22 109:5,9,16
109:21 110:7
118:19,23 126:12
126:20
**whereof**  190:20
**whitelisted**  168:6
168:15,20 169:6
**whitelisting**  167:8
167:9,16
**wickr**  113:22
115:14
**wikis**  118:9
**wilmerhale**  23:14
**witness**  12:12,24
16:6 17:6,20
20:22 25:8 33:9

Page 35

[witness - zuckerberg's]

| | x |
|---|---|
| 95:9,24 98:7,14 109:12 188:24 190:20 191:13,16 192:2,5 | **x**  8:1,8 9:1 10:1 11:1 190:16 |
| | **xx**  192:1 |
| **woman**  43:10 140:15 | y |
| **word**  45:3 138:19 | **y**  14:11 140:11 |
| **words**  134:20 142:16 | **yeah**  44:16 50:3 69:7 74:3,3,5 82:1 82:2 95:4,23 98:12 122:11 135:5,12 150:6 162:15 164:19 167:16 176:7,17 186:7 |
| **work**  15:7 28:19 28:21,25 29:5 41:12 75:15 93:18 94:13,16,19 96:3 105:14 109:13 110:13 117:1,6 120:1 125:14,25 153:8 185:14 | |
| | **year**  18:5 30:2 75:7 |
| **worked**  15:14 16:22 23:15,17,20 29:17 56:20,20 | **years**  15:23 16:24 86:24 |
| | **yekaterina**  5:6 |
| **working**  17:10 21:23 24:14 25:2 25:14 46:4 68:2 76:4,7,17 133:20 139:21 | **yesterday**  52:21 |
| | **yield**  44:3 |
| | **yodi**  140:11,15,21 142:6 |
| | **yreyzis**  5:11 |
| **workplace**  9:14 104:17 118:4,8 119:8,17,19,23 120:8,8,10,12,14 120:24 | z |
| | **z**  46:6,6 |
| | **zaragoza**  46:6 68:10 76:13 |
| **works**  22:1 | **zolle**  5:13 22:14 |
| **worried**  155:16 | **zoom**  1:12 |
| **writing**  107:19 | **zuckerberg**  100:4 102:18 106:10 110:16 111:3,20 112:5,14,18,19 116:7 124:3 174:16 |
| **written**  53:2 107:8 107:13 122:17 130:16 | |
| **wrote**  53:14,15,20 55:2 61:18 76:21 82:14 92:25 99:8 125:16 | **zuckerberg's** 108:22 |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.