# Plaintiffs' Exhibit 106

CONFIDENTIAL

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4

5       IN RE:  FACEBOOK, INC.        MDL No. 2843

6       CONSUMER PRIVACY USER         Case No. 18-md-02843-VC-JSC

7       PROFILE LITIGATION

8       ------------------------/

9

10

11

12

13                         CONFIDENTIAL

14

15             REMOTE DEPOSITION OF JACKIE CHANG

16              Thursday, December 16, 2021

17

18

19

20

21

22      Job No. 4976949

23      Reported Remotely and Stenographically by:

24      JANIS JENNINGS, CSR No. 3942, CLR, CCRR

25      Pages 1 - 312

                                               Page 1

CONFIDENTIAL

1

2

3

4

5

6

7

8              REMOTE DEPOSITION OF JACKIE CHANG, located

9      in Hillsborough, California, taken on behalf of the

10      Plaintiffs, beginning at 9:43 a.m., on Thursday,

11      December 16, 2021, sworn remotely by Janis Jennings,

12      Certified Shorthand Reporter No. 3942, CLR, CCRR,

13      located in the City of Walnut Creek, County of

14      Contra Costa, State of California.

15

16

17

18

19

20

21

22

23

24

25

Page  2

1      REMOTE APPEARANCES:

2

3          For Plaintiffs:

4              KELLER ROHRBACK L.L.P.

5              BY:  DEREK W. LOESER, ESQ.

6                   DAVID KO, ESQ.

7                   ADELE A. DANIEL, ESQ.

8              1201 Third Avenue, Suite 3200

9              Seattle, Washington  98101

10             206.623.1900

11             dloeser@kellerrohrback.com

12             dko@kellerrohrback.com

13             adaniel@kellerrohrback.com

14

15         BLEICHMAR FONTI & AULD LLP

16             BY:  LESLEY E. WEAVER, ESQ.

17                  ANNE K. DAVIS, ESQ.

18                  MATTHEW S. MELAMED, ESQ.

19             555 12th Street, Suite 1600

20             Oakland, California  94607

21             415.445.4003

22             lweaver@bfalaw.com

23             adavis@bfalaw.com

24             mmelamed@bfalaw.com

25

Page 3

CONFIDENTIAL

```
1       APPEARANCES:

2

3           FOR DEFENDANT FACEBOOK, INC.:

4                   GIBSON, DUNN & CRUTCHER LLP

5                   BY:  RUSSELL H. FALCONER, ESQ.

6                        LAURA C. MUMM, ESQ.

7                        MATT BUONGIORNO, ESQ.

8                   2001 Ross Avenue, Suite 2100

9                   Dallas, Texas 75201

10                  214.698.3100

11                  rfalconer@gibsondunn.com

12                  lmumm@gibsondunn.com

13                  mbuongiorno@gibsondunn.com

14

15          Also Remotely Present:

16                  DANIEL GARRIE, SPECIAL MASTER

17                  JAMS

18                  555 W. 5th Street, 32nd Floor

19                  Los Angeles, California 90013

20

21                  IAN CHEN, ESQ., Facebook, Inc.

22                  SHAWNA HAYNES, Videographer

23

24

25
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1                          I N D E X

2

3      WITNESS                                        PAGE

4      JACKIE CHANG

5

6

7              EXAMINATION BY MR. LOESER                13

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  5

```
 1                    E X H I B I T S

 2

 3     EXHIBIT                                         PAGE

 4     Exhibit 1   Plaintiffs' Amended Notice of        15

 5                 Deposition to Jackie Chang

 6     Exhibit 2   LinkedIn web page Jackie Chang        21

 7     Exhibit 3   Email thread dated 9/30/13 from Ime   57

 8                 Archibong Re: Product Partnerships

 9                 & BD: Bi-Weekly Update;

10                 FB-CA-MDL-02187146 - 2187149

11     Exhibit 4   Email thread dated 5/3/13 from Marie  71

12                 Hagman Re: FQL question;

13                 FB-CA-MDL-00191044 - 191047

14     Exhibit 5   Email thread dated 8/16/13 from       86

15                 Constantin Koumouzelis Re: Platform

16                 3.0 2nd rev;

17                 FB-CA-MDL-00195621 - 195626

18     Exhibit 6   Platform 3.0;                         88

19                 FB-CA-MDL-00195627 - 195631

20     Exhibit 7   Email thread dated 8/21/13 from       97

21                 Konstantinos Papamiltiadis Re:  T0/

22                 Special Cases for P3 consideration;

23                 FB-CA-MDL-01128015 - 1128017

24     Exhibit 8   Excel spreadsheet; FB-CA-MDL-01128018 122

25
```

Page 6

```
 1                    E X H I B I T S

 2

 3     EXHIBIT                                      PAGE

 4     Exhibit 9    Message summary dated 4/24/13 from    138

 5                  Brendan Moore;

 6                  FB-CA-MDL-02135819 - 2135824

 7     Exhibit 10   Email thread dated 8/23/13 from       151

 8                  Konstantinos Papamiltiadis Re: T0/

 9                  Special Cases for P3 consideration;

10                  FB-CA-MDL-01754048 - 01754052

11     Exhibit 11   Email thread dated 9/3/13 from Simon   159

12                  Cross Re: P3.0 Rollout Planning;

13                  FB-CA-MDL-00197163

14     Exhibit 12   PowerPoint Platform 3.0 Planning,     160

15                  Preparation & Execution;

16                  FB-CA-MDL-00197164 - 197176

17     Exhibit 13   Email thread dated 12/10/13 from      165

18                  Simon Cross Re: Simon's Update - 6th

19                  Dec; FB-CA-MDL-00200696 - 200700

20     Exhibit 14   Email thread dated 2/9/14 from Ime    171

21                  Archibong Subject: Our teams next

22                  steps for PS12n;

23                  FB-CA-MDL-00202562 - 202563

24     Exhibit 15   [PS12N] Product Update - What Are We  181

25                  Announcing; FB-CA-MDL-00202569_native
```

Page 7

CONFIDENTIAL

```
1                    E X H I B I T S

2

3     EXHIBIT                                        PAGE

4     Exhibit 16  f8 Keynote Section.mp4              189

5     Exhibit 17  Facebook's CEO Mark Zuckerberg F8   189

6                 2014 Keynote (Full Transcript)

7     Exhibit 18  Email thread dated 3/23/14 from     198

8                 Jackie Chang Re: Amazon: Platform

9                 agreement amendment;

10                FB-CA-MDL-01688164 - 1688168

11    Exhibit 19  Email thread dated 9/4/12 from Ime  206

12                Archibong Re: Amazon: Cloud Drive

13                Photo Importing from FB;

14                FB-CA-MDL-01680930 - 1680937

15    Exhibit 20  Email dated 10/24/13 from Simon     223

16                Cross Subject: Capabilities Tool:

17                Improvement requests;

18                FB-CA-MDL-00199729 - 199730

19    Exhibit 21  Message summary dated 9/3/19 from   229

20                Paul Stepnowsky;

21                FB-CA-MDL-02089985 - 89988

22    Exhibit 22  Email thread dated 3/27/14 from Simon  236

23                Cross Subject: API depreciation;

24                FB-CA-MDL-01943707 - 1943709

25

                                            Page 8
```

CONFIDENTIAL

```
 1                    E X H I B I T S
 2
 3      EXHIBIT                                      PAGE
```

```
 4      Exhibit 23  Email dated 11/21/13 from Jackie      245
 5                  Chang Subject: Capabilities
 6                  Requirements post-PS12n &
 7                  privatization; FB-CA-MDL-01684546
 8      Exhibit 24  Email thread dated 3/28/14 from        266
 9                  Konstantinos Papamiltiadis Re:
10                  Product Partnerships:  Bi-Weekly
11                  Update;
12                  FB-CA-MDL-01129621 - 1129649
13      Exhibit 25  New York Times article "Facebook       270
14                  Gave Device Makers Deep Access to
15                  Data on Users and Friends"
16      Exhibit 26  Email thread dated 8/28/14 from        273
17                  Charlotte Edelson Subject: Head
18                  Partner Apps: Proactive Policy
19                  Review;
20                  FB-CA-MDL-00220376 - 220377
21      Exhibit 27  Quip Business Portal - Messages for    280
22                  WSUAAAHa3pE;
23                  FB-CA-MDL-01198438 - 1198446
24      Exhibit 28  Message summary dated 10/16/19 from    287
25                  Jackie Chang; FB-CA-MDL-02090193
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1                     E X H I B I T S

2

3      EXHIBIT                                           PAGE

4      Exhibit 29  Email dated 3/22/18 from Jack Rooney    297

5                  Subject: Q&A Briefing for March 23,

6                  2018; FB-CA-MDL-02163394 - 2163397

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 10

CONFIDENTIAL

1          THURSDAY, DECEMBER 16, 2021; 9:43 A.M.

2

3

4          THE VIDEOGRAPHER:  Good morning.  We are

5    going on the record at 9:43 a.m. on December 16th,      09:43

6    2021.  Please note that the microphones may pick up     09:43

7    background noise, private conversations and             09:43

8    interference if unmuted.  When muted, remember to       09:43

9    unmute to speak on the record.  Audio and video         09:44

10   recording will continue to take place unless all        09:44

11   parties agree to go off the record.                     09:44

12          This is media unit 1 of the video recorded       09:44

13   deposition of Jackie Chang taken by counsel for         09:44

14   plaintiff in the matter of In Re Facebook, Inc.         09:44

15   Consumer Privacy User Profile Litigation, all           09:44

16   related actions, filed in the United States             09:44

17   District Court, Northern District of California,        09:44

18   MDL No. 2843, case No. 18-md-02843-VC-JSC.              09:44

19          This deposition is being conducted via           09:44

20   Veritext Virtual Zoom Technology and all parties are    09:44

21   appearing remotely.  My name is Shawna Haynes from      09:44

22   the firm Veritext Legal Solutions and I'm the           09:44

23   videographer.  The court reporter is Janis Jennings     09:45

24   from the firm Veritext Legal Solutions.  I am not       09:45

25   related to any party in this action, nor am I           09:45

Page 11

| | | |
|---|---|---|
| 1 | financially interested in the outcome. | 09:45 |
| 2 | Counsel and everyone attending remotely will | 09:45 |
| 3 | state their appearances and affiliations for the | 09:45 |
| 4 | record.  If there are any objections to proceeding, | 09:45 |
| 5 | please state them at the time of your appearance | 09:45 |
| 6 | beginning with the noticing attorney. | 09:45 |
| 7 | MR. LOESER:  Good morning.  My name is Derek | 09:45 |
| 8 | Loeser for the plaintiffs from the firm of Keller | 09:45 |
| 9 | Rohrback. | |
| 10 | MS. WEAVER:  Good morning.  This is Lesley | 09:45 |
| 11 | Weaver from Bleichmar Fonti.  With me is Matt | 09:45 |
| 12 | Melamed and Anne Davis, also of my firm, on behalf | 09:45 |
| 13 | of plaintiffs.  Good morning, everybody. | 09:45 |
| 14 | MR. LOESER:  And I also have Adele Daniel | 09:45 |
| 15 | from Keller Rohrback. | 09:45 |
| 16 | MR. FALCONER:  Good morning.  This is Russ | 09:46 |
| 17 | Falconer, with Gibson Dunn & Crutcher, here on | 09:46 |
| 18 | behalf of the defendant and on behalf of the | 09:46 |
| 19 | witness.  I'm here with my colleagues Laura Mumm and | 09:46 |
| 20 | Colin Davis, as well as Ian Chen from Facebook. | 09:46 |
| 21 | SPECIAL MASTER GARRIE:  Last, Daniel Garrie | 09:46 |
| 22 | with JAMS.  I'm the special master. | 09:46 |
| 23 | THE VIDEOGRAPHER:  Okay.  Anyone else? | 09:46 |
| 24 | Thank you.  Will the court reporter please | 09:46 |
| 25 | swear in the witness. | 09:46 |

Page 12

CONFIDENTIAL

```
 1                    JACKIE CHANG,

 2          the witness herein, was sworn and

 3          testified as follows:

 4                                              09:46

 5     DEPOSITION REPORTER:  Thank you.         09:46

 6     Please begin, Counsel.                   09:46

 7

 8                    EXAMINATION                09:46

 9  BY MR. LOESER:                              09:46

10     Q.   Good morning, Miss Chang.  Could you please  09:46

11  state and spell your last name for the record?       09:46

12     A.   Chang, C-h-a-n-g.                   09:46

13     Q.   Miss Chang, have you ever had your  09:46

14  deposition taken before?                    09:47

15     A.   No.                                 09:47

16     Q.   Okay.  Well, there are some ground rules  09:47

17  that make the -- that really are designed to make  09:47

18  the record clear.  The first is that we should try  09:47

19  not to talk over each other.  I will ask a question.  09:47

20  I'll try to ask a clear question.  If you don't  09:47

21  understand the question, please ask me to restate  09:47

22  it.  And if you answer the question, I will assume  09:47

23  that you understood the question.           09:47

24          Is that okay?                       09:47

25     A.   Yes.                                09:47
```

Page 13

| | | |
|---|---|---|
| 1 | Q.   And, again, we need to try not to speak at | 09:47 |
| 2 | the same time because it tortures the court | 09:47 |
| 3 | reporter.  She can't take down our testimony if we | 09:47 |
| 4 | are talking over each other. | 09:47 |
| 5 | If at any point you need to take a break, | 09:47 |
| 6 | please let me know.  I may finish asking a few | 09:47 |
| 7 | questions but, of course, if you would like to take | 09:47 |
| 8 | a break, we will make sure to allow you to take | 09:47 |
| 9 | breaks. | 09:47 |
| 10 | During the testimony, your counsel may | 09:47 |
| 11 | interpose objections and he has every right to do | 09:47 |
| 12 | that.  You should answer the question unless you're | 09:47 |
| 13 | instructed not to do so by your counsel. | 09:47 |
| 14 | Do you understand that? | 09:47 |
| 15 | A.   Yes. | 09:48 |
| 16 | Q.   And you understand that your obligation here | 09:48 |
| 17 | today is to testify honestly and truthfully? | 09:48 |
| 18 | A.   Yes. | 09:48 |
| 19 | Q.   And that you are under oath? | 09:48 |
| 20 | A.   Yes. | 09:48 |
| 21 | Q.   Your testimony today is going to cover the | 09:48 |
| 22 | time period from 2007 through 2021.  Do you | 09:48 |
| 23 | understand that? | 09:48 |
| 24 | A.   Yes. | 09:48 |
| 25 | Q.   And that will be the time period that's | 09:48 |

Page 14

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | covered unless I specifically state otherwise. | 09:48 |
| 2 | Okay? | 09:48 |
| 3 | A. Yes. | 09:48 |
| 4 | MR. LOESER: I'm going to show you what will | 09:48 |
| 5 | be marked as Exhibit No. 1 and that is your | 09:48 |
| 6 | deposition notice. And bear with us while we work | 09:48 |
| 7 | out the clunkiness of the platform here. We are | 09:48 |
| 8 | going to get the document up so you can see it, and | 09:48 |
| 9 | it will also be published via Veritext platform. So | 09:48 |
| 10 | it will be on a screen with the screen share, but | 09:48 |
| 11 | also you will have access to the document via the | 09:48 |
| 12 | Veritext platform. | 09:48 |
| 13 | (Exhibit 1 marked for identification.) | 09:49 |
| 14 | MR. LOESER: We need -- in the world of | 09:49 |
| 15 | Zoom, things always start interestingly. We need to | 09:49 |
| 16 | enable screen sharing so that we can do that. | 09:49 |
| 17 | THE VIDEOGRAPHER: It's enabled now. | 09:49 |
| 18 | BY MR. LOESER: | 09:49 |
| 19 | Q. Miss Chang, this is the deposition notice | 09:49 |
| 20 | that requires your attendance. Have you seen this | 09:49 |
| 21 | before? | 09:49 |
| 22 | A. No. | 09:49 |
| 23 | Q. Do you understand that you're testifying | 09:49 |
| 24 | today in response to a subpoena directing you to | 09:49 |
| 25 | appear to have your deposition taken? | 09:49 |

Page 15

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection.  Foundation. | 09:49 |
| 2 | Go ahead. | 09:49 |
| 3 | THE WITNESS:  Sorry.  Can you repeat the | 09:49 |
| 4 | question? | 09:49 |
| 5 | BY MR. LOESER: | 09:49 |
| 6 | Q.   Sure.  Do you understand that your testimony | 09:49 |
| 7 | today is being taken in response to a subpoena that | 09:49 |
| 8 | requires your -- a deposition notice that requires | 09:49 |
| 9 | your attendance? | 09:50 |
| 10 | A.   Yes. | 09:50 |
| 11 | MR. LOESER:  We can stop sharing that. | 09:50 |
| 12 | BY MR. LOESER: | 09:50 |
| 13 | Q.   Miss Chang, what did you do to prepare today | 09:50 |
| 14 | for your deposition? | 09:50 |
| 15 | A.   I met with counsel, Mr. Falconer and Miss | 09:50 |
| 16 | Mumm and Mr. Chen, and I can't remember the other | 09:50 |
| 17 | one. | 09:50 |
| 18 | Q.   And how many times did you meet with them? | 09:50 |
| 19 | A.   I met with them about three times. | 09:50 |
| 20 | Q.   And for how much time each time? | 09:50 |
| 21 | A.   About three hours. | 09:50 |
| 22 | Q.   And did you speak to anyone at Facebook | 09:50 |
| 23 | about your testimony today? | 09:50 |
| 24 | A.   No.  I mean, Mr. -- Mr. Chen, the counsel | 09:50 |
| 25 | or... | 09:51 |

Page 16

CONFIDENTIAL

```
 1        Q.    Mr. Chen is in-house counsel at Facebook?    09:51

 2        A.    Yes.  I think so.                            09:51

 3        Q.    And did you review any documents to prepare  09:51

 4   for your testimony today?                               09:51

 5        A.    Yes.                                         09:51

 6        Q.    And what documents?  Can you generally       09:51

 7   describe the documents that you reviewed?               09:51

 8        A.    They appeared to be emails and an Excel      09:51

 9   spreadsheet.                                            09:51

10        Q.    And any other types of documents that you    09:51

11   reviewed?                                               09:51

12        A.    Not that I recall.                           09:51

13        Q.    And how many documents would you say in      09:51

14   total did you review?                                   09:51

15        A.    About maybe four or five.                    09:51

16        Q.    And were those documents selected by         09:51

17   counsel?                                                09:51

18        A.    Yes.                                         09:51

19        Q.    And did they refresh your recollection as to 09:51

20   any events during the time period that we're            09:52

21   covering today?                                         09:52

22        A.    Sorry, can you -- sorry, in what sense?      09:52

23        Q.    Did it remind you of events or occurrences   09:52

24   or whether you saw things you remembered from your      09:52

25   experience with them?                                   09:52
```

Page 17

CONFIDENTIAL

```
 1       A.    Well, I saw the emails, but some of them I    09:52

 2   don't really recall too well since it was -- it was    09:52

 3   a little far back for me.                               09:52

 4       Q.    And were these all emails that were -- where  09:52

 5   you were the sender or the recipient?                   09:52

 6       A.    I believe I was cc'd on them.                 09:52

 7            MR. LOESER:  And, Counsel, we would ask that   09:52

 8   you would, obviously, make sure that any material       09:52

 9   that Miss Chang reviewed to prepare for this            09:52

10   deposition is produced or has been produced.  Do you   09:52

11   know --                                                 09:53

12            Counsel, do you know if those materials have  09:53

13   all been produced?                                      09:53

14            MR. FALCONER:  Yeah, they have.               09:53

15   BY MR. LOESER:                                          09:53

16       Q.    And Miss Chang, did you review any of the    09:53

17   pleadings or filings in this case to prepare today?    09:53

18       A.    No.                                           09:53

19       Q.    Miss Chang, what is your understanding of    09:53

20   what this case is about?                                09:53

21            MR. FALCONER:  And, Miss Chang, I'm going to  09:53

22   instruct you here.  If the only understanding you      09:53

23   have of what the case is about is something you        09:53

24   learned in conversations with counsel, don't reveal    09:53

25   what you learned in those conversations.               09:53
```

Page 18

| | | |
|---|---|---|
| 1 | If you have an independent understanding | 09:53 |
| 2 | outside of conversations with counsel, you're free | 09:53 |
| 3 | to share that. | 09:53 |
| 4 | THE WITNESS:  Well, I believe everything I | 09:53 |
| 5 | know is from counsel. | 09:53 |
| 6 | BY MR. LOESER: | 09:53 |
| 7 | Q.   Okay.  You've never read anything about this | 09:53 |
| 8 | case in the newspaper or online or anything like | 09:53 |
| 9 | that? | 09:53 |
| 10 | A.   Not specifically, no. | 09:53 |
| 11 | MR. LOESER:  Counsel, I will just note for | 09:53 |
| 12 | the record that two days ago, Tuesday, December | 09:54 |
| 13 | 14th, at 7:09 p.m. Pacific Time, Facebook made | 09:54 |
| 14 | production of 1,807 documents.  That production | 09:54 |
| 15 | included 1,204 documents for which this deponent was | 09:54 |
| 16 | a custodian, an additional 65 documents where this | 09:54 |
| 17 | deponent was identified in the metadata or its | 09:54 |
| 18 | directed text. | 09:54 |
| 19 | The produced documents from Miss Chang make | 09:54 |
| 20 | up over 25 percent of all the custodial documents we | 09:54 |
| 21 | have received for this deponent. | 09:54 |
| 22 | And I will just note for the record that we | 09:54 |
| 23 | reserve our right to recall this witness because of | 09:54 |
| 24 | this late production. | 09:54 |
| 25 | MR. FALCONER:  Great.  We'll reserve all | 09:54 |

Page 19

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | rights as well. | 09:54 |
| 2 | BY MR. LOESER: | 09:54 |
| 3 | Q.   Miss Chang, what is your current position at | 09:54 |
| 4 | Facebook? | 09:54 |
| 5 | A.   Director of academic partnerships. | 09:54 |
| 6 | Q.   And how long have you had that position? | 09:54 |
| 7 | A.   Since March. | 09:54 |
| 8 | Q.   And who do you report to in that position? | 09:54 |
| 9 | A.   Currently or... | 09:54 |
| 10 | Q.   Yes, currently. | 09:55 |
| 11 | A.   Alvin Bowles. | 09:55 |
| 12 | Q.   And what is his position? | 09:55 |
| 13 | A.   VP of business ecosystem partnerships. | 09:55 |
| 14 | Q.   And who reports to you currently? | 09:55 |
| 15 | A.   Brina Collins, Christina Fan and Rachel | 09:55 |
| 16 | Mersey. | 09:55 |
| 17 | Q.   And what are each of their jobs? | 09:55 |
| 18 | A.   Product programs, research of partnerships | 09:55 |
| 19 | and academic programs. | 09:55 |
| 20 | Q.   Miss Chang, what's the total amount of time | 09:55 |
| 21 | you've worked for Facebook? | 09:55 |
| 22 | A.   14 years, a little over. | 09:55 |
| 23 | MR. LOESER:  We're going to show you what | 09:55 |
| 24 | will be marked Exhibit 2, which is your LinkedIn | 09:55 |
| 25 | resume, and we'll screen share that as well. | 09:55 |

Page 20

CONFIDENTIAL

```
 1              (Exhibit 2 marked for identification.)      09:56

 2    BY MR. LOESER:                                         09:56

 3        Q.   Miss Chang, I just want to quickly walk       09:56

 4    through your resume.  I would like to start at the     09:56

 5    bottom at your initial experience at Facebook, which   09:56

 6    is user operations and the time period is April 2007   09:56

 7    to September 2007.  Is that accurate?                  09:56

 8        A.   Yes.                                          09:56

 9        Q.   And what is it that you did in user           09:56

10    operations during that timeframe?                      09:56

11        A.   I answered user tickets which were emailed    09:56

12    questions.                                             09:56

13        Q.   So questions from Facebook users?             09:56

14        A.   Correct.                                      09:56

15        Q.   And what are the kinds of questions that      09:56

16    Facebook users would ask you?                          09:56

17        A.   I got locked out of my account.  How do I     09:56

18    use this feature?                                      09:56

19        Q.   And were you asked any questions about user   09:56

20    privacy and concerns users had about what was          09:57

21    happening to their content and information?            09:57

22        A.   I don't remember specifically.                09:57

23        Q.   And after user operations, you were the       09:57

24    global accounts manager, national direct sales, and    09:57

25    that's from 2007 to 2010; is that correct?             09:57
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   Yes. | 09:57 |
| 2 | Q.   And what is it that you did in that | 09:57 |
| 3 | position? | 09:57 |
| 4 | A.   I was the account manager for advertising | 09:57 |
| 5 | clients on the ad agency side and brands like -- | 09:57 |
| 6 | like Nike. | 09:57 |
| 7 | Q.   And what does it mean that you were the | 09:57 |
| 8 | account manager? | 09:57 |
| 9 | A.   I would support the ad agency or brands | 09:57 |
| 10 | whenever they made an advertising buy to ensure that | 09:57 |
| 11 | their ad campaign ran as they bought it on our | 09:57 |
| 12 | platform. | 09:57 |
| 13 | Q.   And were you involved in determining how | 09:57 |
| 14 | user content information was used in these ad | 09:58 |
| 15 | campaigns? | 09:58 |
| 16 | A.   No. | 09:58 |
| 17 | Q.   Did you have an understanding of what | 09:58 |
| 18 | content and information was used in ad campaigns? | 09:58 |
| 19 | A.   Sorry, in what sense? | 09:58 |
| 20 | Q.   How were ad campaigns operated? | 09:58 |
| 21 | MR. FALCONER:  Objection.  Form. | 09:58 |
| 22 | THE WITNESS:  Sorry.  I'm not sure.  I guess | 09:58 |
| 23 | that's hard to answer in a -- answer.  In what | 09:58 |
| 24 | sense?  In how I supported it or -- | 09:58 |
| 25 | / / / | 09:58 |

Page 22

| | | |
|---|---|---|
| 1 | BY MR. LOESER: | 09:58 |
| 2 | Q.   Yes.   Explain to me what you did -- pick a | 09:58 |
| 3 | client, Nike.   Nike was one of your accounts that | 09:58 |
| 4 | you managed? | 09:58 |
| 5 | A.   Yes. | 09:58 |
| 6 | Q.   Okay.   What did you do for Nike | 09:58 |
| 7 | specifically? | 09:58 |
| 8 | A.   So I would support an account executive at | 09:58 |
| 9 | Facebook so that's considered a seller, and they | 09:58 |
| 10 | would, you know, go into an advertising agreement | 09:58 |
| 11 | with that client.   And my team -- well, I didn't | 09:59 |
| 12 | have a team, but our group, account managers, would | 09:59 |
| 13 | come in to help support that ad buy. | 09:59 |
| 14 | So at that time, we would have to manually | 09:59 |
| 15 | schedule the advertising and run that.   So we were | 09:59 |
| 16 | there to help answer questions to the partner -- | 09:59 |
| 17 | sorry, the client, and just ensure that their ad | 09:59 |
| 18 | campaign ran on our website. | 09:59 |
| 19 | Q.   And were you involved at all in figuring out | 09:59 |
| 20 | who -- what Facebook users would be exposed to that | 09:59 |
| 21 | ad campaign? | 09:59 |
| 22 | A.   No.   That's -- that would be outside of my | 09:59 |
| 23 | scope.   I was focused on supporting the ad campaign. | 09:59 |
| 24 | Q.   Okay.   So who would be involved in figuring | 09:59 |
| 25 | out what users were exposed to the campaign?   Is | 09:59 |

Page 23

CONFIDENTIAL

```
 1    that how it would work, someone would advertise on     10:00

 2    the platform, that ad would not go to everybody on      10:00

 3    the platform, would it?                                 10:00

 4       A.   I'm not sure about the technical mechanics.     10:00

 5    I would imagine the product team would know.            10:00

 6       Q.   And was being a global accounts manager a       10:00

 7    promotion from user operations?                         10:00

 8       A.   It was a lateral movement.                      10:00

 9       Q.   And then from 2010 to 2014, you were the        10:00

10    strategic partner manager, social commerce and          10:00

11    developer platform.  Tell me what you did there.        10:00

12       A.   At that time, I would work with partners        10:00

13    like a Levi's, where when we released like a social     10:00

14    plugin like the "Like" button, work with them to        10:00

15    integrate that plugin into their website.               10:00

16       Q.   And was that position a promotion from          10:01

17    global accounts manager or a lateral?                   10:01

18       A.   Lateral.                                        10:01

19       Q.   And how many different partners did you work    10:01

20    with in your capacity as the manager?                   10:01

21       A.   I don't remember the specific number.           10:01

22       Q.   Was it like hundreds, or a few, or what's       10:01

23    your recollection?                                      10:01

24       A.   Sorry.  Over -- over what period of time?       10:01

25       Q.   [Audio distortion] 2007 to...                   10:01
```

Page 24

| | | |
|---|---|---|
| 1 | A.   Sorry.  2010 to 2014 or... | 10:01 |
| 2 | Q.   I'm sorry.  2010 to 2014, yeah. | 10:01 |
| 3 | A.   I -- again, I don't remember the numbers | 10:01 |
| 4 | specifically, but could be in there, in maybe around | 10:01 |
| 5 | a hundred, I guess, over time.  But not all managed | 10:01 |
| 6 | at once or anything. | 10:02 |
| 7 | Q.   And, Miss Chang, what is social commerce and | 10:02 |
| 8 | developer platform? | 10:02 |
| 9 | A.   Sorry.  Can you -- can you repeat that? | 10:02 |
| 10 | Q.   Yeah.  I'm looking at your job title.  It | 10:02 |
| 11 | includes the words "social commerce and developer | 10:02 |
| 12 | platform."  Can you tell me what that is? | 10:02 |
| 13 | A.   So the developer platform was something we | 10:02 |
| 14 | launched in 2007 which -- which provided APIs and | 10:02 |
| 15 | social plugins.  And my group was focused on serving | 10:02 |
| 16 | the commerce vertical, meaning, for example, like a | 10:02 |
| 17 | Levi's or a Walmart, if they choose to integrate | 10:02 |
| 18 | those plugins for -- you know, to serve their | 10:02 |
| 19 | commerce vertical, we would work with them there. | 10:02 |
| 20 | Q.   And can you please define what a "commerce | 10:03 |
| 21 | vertical" is? | 10:03 |
| 22 | A.   Sure.  It's brands engaging in online | 10:03 |
| 23 | commerce like a Walmart or Levi's, for example. | 10:03 |
| 24 | Q.   And are there other types of verticals other | 10:03 |
| 25 | than commerce verticals? | 10:03 |

Page 25

| | | |
|---|---|---|
| 1 | A.   That I managed directly or -- | 10:03 |
| 2 | Q.   No, that just exist at Facebook. | 10:03 |
| 3 | A.   Yes.  There could be gaming, for example. | 10:03 |
| 4 | Q.   And as best as you recall, can you just | 10:03 |
| 5 | describe for me the different verticals at Facebook | 10:03 |
| 6 | presently. | 10:03 |
| 7 | A.   So presently, it's a bit different. | 10:03 |
| 8 | Q.   Okay. | 10:03 |
| 9 | A.   Yeah. | |
| 10 | Q.   At this time, how many different verticals | 10:04 |
| 11 | were there in 2010 to 2014? | 10:04 |
| 12 | A.   So I don't remember the specific number, but | 10:04 |
| 13 | an example is like gaming, social media, I guess. | 10:04 |
| 14 | Sorry, I can't -- I can't remember all of them. | 10:04 |
| 15 | Q.   Can you remember, what did you view as the | 10:04 |
| 16 | main categories of verticals at this time? | 10:04 |
| 17 | A.   I was just mostly focused on social | 10:04 |
| 18 | commerce, which was the specific vertical I was | 10:04 |
| 19 | focused on.  So I probably have less recollection | 10:04 |
| 20 | around other ones, but the ones that I can recall | 10:04 |
| 21 | right now is gaming, for example. | 10:04 |
| 22 | Q.   Let's move to your next position, manager, | 10:04 |
| 23 | Internet.org and mobile inclusion partnerships, and | 10:04 |
| 24 | that's from 2014 to 2017; is that correct? | 10:05 |
| 25 | A.   Correct. | 10:05 |

Page 26

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   And was that a lateral move also? | 10:05 |
| 2 | A.   It was a lateral move with a promotion. | 10:05 |
| 3 | Q.   And what did you do in that position, | 10:05 |
| 4 | Miss Chang? | 10:05 |
| 5 | A.   My focus was to work with our Internet.org | 10:05 |
| 6 | product team, which was focused on launching new | 10:05 |
| 7 | connectivity initiatives to help connect parts of | 10:05 |
| 8 | the world that didn't have Internet access. | 10:05 |
| 9 | My group was specifically focused on content | 10:05 |
| 10 | so that when we enabled access, you know, we would | 10:05 |
| 11 | be able to bring in relevant local content. | 10:05 |
| 12 | Q.   And so this was not just in the | 10:05 |
| 13 | United States, but in other countries as well? | 10:05 |
| 14 | A.   Correct. | 10:05 |
| 15 | Q.   So you were involved in content in other | 10:06 |
| 16 | countries that was published on the Facebook | 10:06 |
| 17 | platform? | 10:06 |
| 18 | A.   No, I wouldn't state it that way.  Content | 10:06 |
| 19 | in the sense of websites that we would enable access | 10:06 |
| 20 | via the Free Basics or Internet.org service.  So it | 10:06 |
| 21 | wasn't related to the developer platform. | 10:06 |
| 22 | Q.   And what are "mobile inclusion | 10:06 |
| 23 | partnerships"? | 10:06 |
| 24 | A.   Mobile inclusion partnerships consisted of | 10:06 |
| 25 | working with non-profits.  So, for example, we would | 10:06 |

Page  27

| | | |
|---|---|---|
| 1 | work with like the WHO, who would focus on creating | 10:06 |
| 2 | content that was localized to help, you know, | 10:06 |
| 3 | perhaps a -- perhaps a very specific region within | 10:06 |
| 4 | Africa to drive awareness around malaria. | 10:06 |
| 5 | And so we would work with groups where there | 10:07 |
| 6 | wasn't content available to be able to localize it | 10:07 |
| 7 | and help address more of, like, you know, global | 10:07 |
| 8 | health issues or localized issues. | 10:07 |
| 9 | Q.   And did you work with foreign governments in | 10:07 |
| 10 | this role as well? | 10:07 |
| 11 | A.   I've interacted with them, but I didn't | 10:07 |
| 12 | formally do business or anything with them. | 10:07 |
| 13 | Q.   So your next position was head of business | 10:07 |
| 14 | platform partnerships.  Was that a promotion?  It | 10:07 |
| 15 | sounds like a promotion. | 10:07 |
| 16 | A.   I would say it was a lateral movement with a | 10:07 |
| 17 | promotion. | 10:07 |
| 18 | Q.   And that was from 2017 through September of | 10:07 |
| 19 | 2019; is that correct? | 10:07 |
| 20 | A.   Correct. | 10:07 |
| 21 | Q.   And tell me what you did in that role. | 10:07 |
| 22 | A.   Sure.  Shifting from Internet.org, I moved | 10:07 |
| 23 | over to focus around how we can enable more local | 10:08 |
| 24 | and small businesses through -- through like | 10:08 |
| 25 | features and offerings. | 10:08 |

Page  28

| | | |
|---|---|---|
| 1 | So, for example, you know, a local | 10:08 |
| 2 | restaurant, being able to help connect their -- | 10:08 |
| 3 | their online reservation system through Open Table | 10:08 |
| 4 | so people can make reservations via their page. | 10:08 |
| 5 | Q.   And did you have particular clients or were | 10:08 |
| 6 | you just overseeing the operation? | 10:08 |
| 7 | A.   So I didn't work with clients because this | 10:08 |
| 8 | was just platform offerings, so it was more of | 10:08 |
| 9 | integration with APIs.  This is different than | 10:08 |
| 10 | advertising sales, which I haven't been in for a | 10:08 |
| 11 | while. | 10:09 |
| 12 | Q.   Okay.  And we'll get into questions about | 10:09 |
| 13 | APIs. | 10:09 |
| 14 | But so were you helping design what APIs | 10:09 |
| 15 | were made available to these partners on the | 10:09 |
| 16 | platform? | 10:09 |
| 17 | A.   I did not design it.  I'm not on the product | 10:09 |
| 18 | team.  I was mostly working with partners to help | 10:09 |
| 19 | drive adoption. | 10:09 |
| 20 | Q.   And what did you do help drive adoption? | 10:09 |
| 21 | A.   I would meet with, for example, Open Table | 10:09 |
| 22 | and help, you know, provide them context around the | 10:09 |
| 23 | benefits of enabling their service for small | 10:09 |
| 24 | businesses on the Facebook -- on the Facebook | 10:09 |
| 25 | platform and helping to extend their reservation | 10:09 |

Page 29

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | systems there so that local businesses can drive | 10:09 |
| 2 | direct reservations on Facebook. | 10:09 |
| 3 | Q.   And then moving to your -- the next job from | 10:09 |
| 4 | that is the job you currently hold; is that right, | 10:09 |
| 5 | director of platform product partnerships? | 10:09 |
| 6 | A.   Correct. | 10:10 |
| 7 | Q.   And that entry in your resume starts with | 10:10 |
| 8 | "Research Platform/Academic Partnerships/Developer | 10:10 |
| 9 | Platform & Business Platform." | 10:10 |
| 10 | Can you explain what all that means -- | 10:10 |
| 11 | [Simultaneous talking] | 10:10 |
| 12 | BY MR. LOESER? | |
| 13 | Q.   -- the tasks that you performed as the | 10:10 |
| 14 | director of platform product partnerships; is that | 10:10 |
| 15 | right? | 10:10 |
| 16 | DEPOSITION REPORTER:  Excuse me.  Can you | 10:10 |
| 17 | repeat your question, please. | 10:10 |
| 18 | BY MR. LOESER: | 10:10 |
| 19 | Q.   Yes.  Are -- the line in your resume that | 10:10 |
| 20 | starts, "Research Platform/Academic Partnerships, | 10:10 |
| 21 | Developer Platform & Business Platform," is that a | 10:10 |
| 22 | description of what it is that you are doing as the | 10:10 |
| 23 | director of platform product partnerships? | 10:10 |
| 24 | A.   Correct.  But I haven't updated it to my | 10:10 |
| 25 | most recent, which is now I'm fully focused on | 10:10 |

Page 30

```
 1    academic partnerships since March.                    10:10
 2        Q.    Okay.  Well, let's talk about what's in your 10:10
 3    LinkedIn resume right now.                             10:10
 4            Can you please explain to me what it is that  10:11
 5    you are doing as the director of platform product     10:11
 6    partnerships before your current transition to just   10:11
 7    dealing with academic partnerships?                   10:11
 8        A.    Yes.  I would work with product teams,      10:11
 9    product teams that include business platform, which   10:11
10    is that, yeah, the example I gave you around Open      10:11
11    Table.  I came back to support the developer          10:11
12    platform through its login service, and what that     10:11
13    meant was working with the product team to help them  10:11
14    with their go-to-market strategy so that we could     10:11
15    work with the actual partnerships' teams that were    10:11
16    in market to ensure that they had the right           10:11
17    materials to be able to connect and -- connect with   10:11
18    partners and, you know, help them to adopt these      10:11
19    products.                                             10:11
20        Q.    What do you mean by the "right materials"?  10:11
21        A.    "Right materials" meaning ensuring that they 10:12
22    had the right marketing language, meaning just        10:12
23    because you create something, if you can't talk       10:12
24    about it and market it correctly, people wouldn't be  10:12
25    able to understand it.                                10:12
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              So ensuring that partner managers who are on    10:12

 2      the ground would have the right information to          10:12

 3      connect with partners to help them understand what     10:12

 4      the product was.                                        10:12

 5         Q.    And this describes your role as to research    10:12

 6      these different platforms.  What did you do to          10:12

 7      research the platforms?                                 10:12

 8         A.    So currently, I work with the Facebook Open    10:12

 9      Research and Transparency Team, where they've           10:12

10      developed researcher APIs so that we can now enable     10:12

11      privacy preserved measures to allow researchers to      10:12

12      use that data for their studies.                        10:12

13         Q.    And what are -- explain to me what             10:13

14      privacy -- what was the description, of the             10:13

15      measures?  Privacy what?                                10:13

16         A.    Privacy preserving measures.  So I'm not the   10:13

17      technical or product owner, so I'll specify that.       10:13

18      But high level, you know, in ensuring that, you         10:13

19      know, information is going through a virtual clean       10:13

20      room, differential privacy applied.  I am not an        10:13

21      expert in this, so I don't know the details of how      10:13

22      it all works.                                           10:13

23         Q.    And is this a new task or is this something    10:13

24      that someone else did before you did it?                10:13

25         A.    I'm not sure I understand.                     10:13
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1        Q.    This privacy preserving structure, is that      10:13

2    something new, or is that something that previously       10:13

3    existed?                                                  10:13

4        A.    So that was created by the product team.        10:13

5    What my team focused on is working with researchers       10:13

6    to drive adoption for that product.  So I can't           10:14

7    speak to that -- the specifics of the history of          10:14

8    that product.                                             10:14

9        Q.    And how do researchers drive adoption of the    10:14

10   product?                                                  10:14

11       A.    They're able to go through the Facebook Open    10:14

12   Research and Transparency, or FORT, environment and,      10:14

13   you know, they can apply for access.  And we work         10:14

14   with researchers when they apply for access and help      10:14

15   get them set up so they can access those APIs -- or       10:14

16   sorry, not APIs, datasets.                                10:14

17       Q.    Miss Chang, when did you transition to your     10:14

18   current role?                                             10:14

19       A.    March --                                        10:14

20       Q.    I'm sorry.  Go ahead.                           10:14

21       A.    March 2021.                                     10:14

22       Q.    Okay.  And so did someone take over the task    10:14

23   that you previously were responsible for?                 10:14

24       A.    Yes.  It transferred over to another team.      10:15

25       Q.    And what team was that?                         10:15
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.    The -- the acronym is PPM, but I'm trying to | 10:15 |
| 2 | recall what the "PPM" stands for.  Product partner | 10:15 |
| 3 | marketing. | 10:15 |
| 4 | Q.    And who runs that team? | 10:15 |
| 5 | A.    Kelly Stonelake. | 10:15 |
| 6 | Q.    Have you worked with -- is Kelly a man or a | 10:15 |
| 7 | woman? | 10:15 |
| 8 | A.    I believe she -- she's a she. | 10:15 |
| 9 | Q.    And had you worked with her before as the | 10:15 |
| 10 | director of platform product partnerships? | 10:15 |
| 11 | A.    Yes. | 10:15 |
| 12 | Q.    Are there any other jobs or roles that you | 10:15 |
| 13 | performed at Facebook that are not covered by the | 10:15 |
| 14 | resume that we just went through? | 10:16 |
| 15 | A.    In what sense?  Do you mean like -- sorry. | 10:16 |
| 16 | Q.    Did you have any other positions other than | 10:16 |
| 17 | the ones that are listed there? | 10:16 |
| 18 | A.    No. | 10:16 |
| 19 | Q.    During the time that you have worked for | 10:16 |
| 20 | Facebook, what software systems have you used to | 10:16 |
| 21 | communicate with your colleagues? | 10:16 |
| 22 | A.    Sorry.  I don't understand. | 10:16 |
| 23 | Q.    How did you communicate with your colleagues | 10:16 |
| 24 | over the past 14 years at Facebook? | 10:16 |
| 25 | A.    Well, I think it depends on what year it | 10:16 |

Page 34

CONFIDENTIAL

| | |
|---|---|
| 1 | was.  When I first started, you know, we would | 10:16 |
| 2 | have -- we would use Facebook Chat, and then we | 10:16 |
| 3 | would -- we evolved to Workplace Chat, and then | 10:16 |
| 4 | email. | 10:16 |

1   was.  When I first started, you know, we would        10:16

2   have -- we would use Facebook Chat, and then we        10:16

3   would -- we evolved to Workplace Chat, and then        10:16

4   email.                                                 10:16

5        Q.   Okay.  So you have described three different 10:16

6   things.  Are there any other -- I'm calling them       10:17

7   "systems," you might call them something else.         10:17

8        Are there any other systems that you used to      10:17

9   communicate with your colleagues?                      10:17

10       A.   Not that I recall.                           10:17

11       Q.   For example, did you use Slack?              10:17

12       A.   No.  Well, I haven't used Slack, but I can't 10:17

13   speak for others.                                     10:17

14       Q.   WIP, do you use WIP?                         10:17

15       A.   Yes.  But I don't think that's a             10:17

16   communication tool.  More of a document tool.         10:17

17       Q.   Okay.  Let's expand -- have we covered all   10:17

18   the different communication tools that you've used    10:17

19   over the last 14 years?                               10:17

20       A.   To my understanding.  I don't know if you    10:17

21   would classify other types but, yes, email and work  10:17

22   chat.                                                 10:17

23       Q.   I assume you talk to your employees; right,  10:17

24   to your --                                            10:17

25       A.   Oh, yes.  I guess, yeah, verbal.             10:17

Veritext Legal Solutions
866 299-5127

```
 1        Q.    And did you chat with them using your phone? 10:18

 2        A.    Through apps like Workplace.              10:18

 3        Q.    But not just using -- what kind of phone   10:18

 4   have you had over the last 14 years?  Is it an        10:18

 5   iPhone?                                               10:18

 6        A.    An Apple iPhone.                           10:18

 7        Q.    And did you use the chat feature on your   10:18

 8   iPhone to communicate with others?                    10:18

 9        A.    Sorry, which chat feature?                 10:18

10        Q.    On your iPhone -- is there a chat feature on 10:18

11   your iPhone?                                          10:18

12        A.    I've used -- I've used the Workplace Chat   10:18

13   application.                                          10:18

14        Q.    How about texting?  Did you text on your   10:18

15   iPhone with your colleagues regarding work?           10:18

16        A.    No.                                        10:18

17        Q.    You never texted your colleagues with your 10:18

18   iPhone?                                               10:18

19             MR. FALCONER:  Objection.  Asked and        10:18

20   answered.                                             10:18

21   BY MR. LOESER:                                        10:18

22        Q.    I'm sorry.  You did not text your colleagues 10:18

23   for work-related matters on your iPhone --            10:18

24        A.    Oh, for work, no.                          10:19

25        Q.    Did you ever utilize a personal email      10:19
```

Page 36

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | account for work-related communications? | 10:19 |
| 2 | A. No. | 10:19 |
| 3 | Q. Did you ever send anything from your work | 10:19 |
| 4 | account to your home account to save it for any | 10:19 |
| 5 | particular reason? | 10:19 |
| 6 | A. I mean, I believe I've accidentally sent | 10:19 |
| 7 | something to my personal email just because it may | 10:19 |
| 8 | have auto-populated, but not intentionally. | 10:19 |
| 9 | Q. Okay. So you never thought this is worth | 10:19 |
| 10 | saving or this is important, I'm going to send it to | 10:19 |
| 11 | my home address? | 10:19 |
| 12 | A. No. | 10:19 |
| 13 | Q. Now, we went over your whole time and work | 10:19 |
| 14 | for Facebook. And it sounds like you have done some | 10:19 |
| 15 | work directly involving users; is that right? | 10:19 |
| 16 | That's where you started? | 10:19 |
| 17 | A. Yes, interacting with users in user | 10:19 |
| 18 | operation. | 10:19 |
| 19 | Q. And you also had a position where you | 10:19 |
| 20 | interacted with advertisers; is that right? | 10:19 |
| 21 | A. Correct. Working with advertisers in the | 10:19 |
| 22 | global national sales. | 10:20 |
| 23 | Q. And you also had positions where you | 10:20 |
| 24 | interacted with partners; is that right? | 10:20 |
| 25 | A. Correct. | 10:20 |

Page 37

CONFIDENTIAL

```
 1        Q.    Now, is there any other category of entities   10:20

 2   that utilize Facebook that you interacted with other      10:20

 3   than those?  Does that cover everything, or are           10:20

 4   there other types of Facebook partners or actors?         10:20

 5   Do you understand what I'm asking?                        10:20

 6        A.    Can you give an example?                       10:20

 7        Q.    You've interacted with users, you've           10:20

 8   interacted with advertisers, you've interacted with       10:20

 9   partners.                                                 10:20

10             Is there any other category you've              10:20

11   interacted with or does that cover everything?            10:20

12        A.    I think so.                                    10:20

13        Q.    You think that covers everything?              10:20

14        A.    Well, I don't know how you -- sorry, I'm       10:20

15   trying to understand the full definition.  But to my      10:20

16   knowledge, yes.  Yeah.                                    10:20

17        Q.    And you clearly have a lot of experience       10:20

18   with working with partners; is that right?                10:20

19        A.    Correct.                                       10:20

20        Q.    Have you been involved in helping form any     10:21

21   policies or procedures at Facebook?                       10:21

22        A.    In what sense?                                 10:21

23        Q.    In any of the different types of users,        10:21

24   advertisers, partners, were you involved in helping       10:21

25   create policy for any of those groups?                    10:21
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1      A.   No.                                        10:21

 2      Q.   Do you have particular things that you would 10:21

 3  consider major accomplishments for yourself at     10:21

 4  Facebook?                                           10:21

 5      A.   I would say the time here in itself and, you 10:21

 6  know, working with -- you know, working with       10:21

 7  partners on new innovative things, you know, such as 10:21

 8  the "Like" button with Levi's, that was the first of 10:21

 9  its kind.  Working with Ticketmaster, you know,    10:22

10  first of its kind in terms of being able to sell   10:22

11  tickets.  Working on Internet.org, enabling, you   10:22

12  know, new access in different regions of the world. 10:22

13  And then now working with researchers trying to    10:22

14  enable that -- that area too.                      10:22

15      Q.   And do you feel like you have been able to 10:22

16  influence how Facebook does business with its      10:22

17  partners?                                          10:22

18      A.   In what sense?                            10:22

19      Q.   In the sense of evolving or changing their 10:22

20  practices or innovating their practices.           10:22

21      A.   I guess it's a little broad, but in the   10:22

22  sense that I'm able to help the partners achieve the 10:22

23  goals where it makes sense, yes.                   10:22

24      Q.   How is the term "partner" used by Facebook? 10:22

25      A.   Partner is someone that Facebook is working 10:23
```

Page 39

CONFIDENTIAL

```
 1   with.  It doesn't necessarily mean that there's a        10:23
 2   monetary exchange, but someone that we would             10:23
 3   collaborate with for a larger goal or objective.         10:23
 4       Q.   And sometimes there's a monetary exchange       10:23
 5   with partners?                                           10:23
 6       A.   Advertisers, for example, would be a            10:23
 7   partner.                                                 10:23
 8       Q.   Are there other types of partners for which     10:23
 9   there is a monetary exchange?                            10:23
10       A.   I don't know in full depth.  It's possible.     10:23
11       Q.   What do you mean by "monetary exchange"?        10:23
12       A.   I guess that's what I meant by I don't know     10:23
13   fully.  So my understanding in terms of advertising,     10:23
14   like if you buy advertising, in that sense.              10:23
15       Q.   So people spending money -- paying Facebook     10:23
16   money; right?  Is that what advertisers do?              10:23
17       A.   Yeah.  Not people, but advertisers.            10:24
18       Q.   Okay.  And are there partners where Facebook    10:24
19   pays the partners money?                                 10:24
20       A.   I imagine there is, but I don't work on that    10:24
21   directly.                                                10:24
22       Q.   But can you identify any of those types of      10:24
23   partners?                                                10:24
24       A.   No, I don't know specifically.                  10:24
25       Q.   What are the different types of partners        10:24
```

Page 40

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that you're aware of? | 10:24 |
| 2 | A.   I would say the ones you've listed, | 10:24 |
| 3 | advertisers -- advertisers, developers, anyone that | 10:24 |
| 4 | we worked with in that sense. | 10:24 |
| 5 | Q.   So you mentioned Nike, for example, and -- | 10:24 |
| 6 | A.   Yeah. | 10:24 |
| 7 | Q.   What type of partner is Nike? | 10:24 |
| 8 | A.   I guess we don't have like special labels. | 10:25 |
| 9 | They -- they're just a partner that we would work | 10:25 |
| 10 | with, someone who's used our products in different | 10:25 |
| 11 | ways; for example, they've used our advertising | 10:25 |
| 12 | product.  They've used APIs.  So in that sense, | 10:25 |
| 13 | they're a partner. | 10:25 |
| 14 | Q.   So partners can be advertisers; right? | 10:25 |
| 15 | A.   Yes, correct. | 10:25 |
| 16 | Q.   And can you think of -- you mentioned | 10:25 |
| 17 | Levi's, for example.  That's something -- you put | 10:25 |
| 18 | that in the same kind of general category as Nike. | 10:25 |
| 19 | And is that category that they're an | 10:25 |
| 20 | advertiser or they're some other type of partner? | 10:25 |
| 21 | A.   So, again, I think it depends on who's | 10:25 |
| 22 | working with them.  But in my experience working | 10:25 |
| 23 | with them, I worked with them in the capacity as an | 10:25 |
| 24 | advertiser when I was in national sales, you know, | 10:25 |
| 25 | between that time. | 10:25 |

Page 41

```
 1              And then I also worked with them when I      10:26

 2    moved over to developer platform when they            10:26

 3    integrated the Like button plugin.                    10:26

 4       Q.   So when you're working with a company like    10:26

 5    Levi's as an advertiser, is the -- is Levi's able to  10:26

 6    access user content information through Facebook       10:26

 7    APIs?                                                  10:26

 8       A.   I don't -- I'm not sure I understand.         10:26

 9       Q.   Well, in your relationship with Levi's, was   10:26

10    Levi's able to access Facebook APIs and obtain user    10:26

11    content information?                                   10:26

12       A.   I don't know -- sorry.                         10:26

13            MR. FALCONER:  Objection.  Form.               10:26

14            THE WITNESS:  Sorry.

15            MR. FALCONER:  I -- objection.  Form.          10:26

16            Go ahead.                                      10:26

17    BY MR. LOESER:

18       Q.   Do you have --

19       A.   I don't know.                                  10:26

20       Q.   Yeah.  And I mentioned Levi's only because    10:26

21    you mentioned it.                                      10:26

22            So when you have a partnership arrangement     10:26

23    with Levi's, is there something that Levi's is         10:26

24    getting from Facebook?                                 10:26

25       A.   So I don't -- oh --                            10:26
```

                                              Page 42

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Sorry.  Objection.  Form. | 10:26 |
| 2 | Go ahead. | 10:27 |
| 3 | THE WITNESS:  So I don't know.  When I | 10:27 |
| 4 | worked with them on the Like button, they -- they | 10:27 |
| 5 | implemented a plugin, so I don't -- I can't speak | 10:27 |
| 6 | for them holistically because I only worked with | 10:27 |
| 7 | them at that moment in time. | 10:27 |
| 8 | BY MR. LOESER: | 10:27 |
| 9 | Q.   You worked with various partners | 10:27 |
| 10 | specifically having to do with the API commissions | 10:27 |
| 11 | that they had; is that right? | 10:27 |
| 12 | A.   Sorry.  It's a little generalized.  What do | 10:27 |
| 13 | you mean? | 10:27 |
| 14 | Q.   Well, again, did Levi's have any access to | 10:27 |
| 15 | any Facebook APIs that you're aware of? | 10:27 |
| 16 | A.   So at that time I worked with them, I worked | 10:27 |
| 17 | specifically on the plugin, the Like button plugin. | 10:27 |
| 18 | Q.   How about Nike?  Did Nike have any access to | 10:27 |
| 19 | any Facebook APIs? | 10:27 |
| 20 | A.   To my knowledge, when I worked with them, | 10:27 |
| 21 | they had access to a publishing API so that when a | 10:27 |
| 22 | person went on a run, via their Nike fuel band, they | 10:28 |
| 23 | were able to publish that story onto Facebook if | 10:28 |
| 24 | they opted into that. | 10:28 |
| 25 | Q.   Okay.  So Nike, as a partner, was able to | 10:28 |

Page 43

CONFIDENTIAL

```
 1   access particular APIs for which they had          10:28

 2   permission; right?                                 10:28

 3       A.   Yes.                                       10:28

 4       Q.   And Nike, like Levi's, was considered an  10:28

 5   advertiser; is that right?                         10:28

 6            MR. FALCONER:  Objection.  Form.           10:28

 7            Go ahead.                                  10:28

 8            THE WITNESS:  Oh, yes, they were            10:28

 9   advertisers, but I don't know if it always          10:28

10   overlapped perfectly, but...                        10:28

11   BY MR. LOESER:                                      10:28

12       Q.   Are app developers considered partners?    10:28

13       A.   Yes, if -- yes.                            10:28

14       Q.   And do you know what "data brokers" are?   10:28

15       A.   Like generally or...                       10:28

16       Q.   Yes, generally.                            10:29

17       A.   Yes.                                       10:29

18       Q.   What are data brokers?                     10:29

19       A.   They are an entity that may facilitate the 10:29

20   trade of data.                                      10:29

21       Q.   Okay.  And they're considered partners as  10:29

22   well at Facebook?                                   10:29

23       A.   I don't know.  I don't work with data      10:29

24   brokers.                                            10:29

25       Q.   Do you know -- you mentioned the monetary  10:29
```

Page  44

CONFIDENTIAL

```
 1    exchange aspect.  Do you know if there was a          10:29
 2    monetary exchange between Facebook and data brokers?  10:29
 3        A.    I don't know.                                10:29
 4        Q.    Are advertisers sometimes also app           10:29
 5    developers?                                            10:29
 6        A.    Yes.                                          10:29
 7        Q.    Miss Chang, why does Facebook have partners? 10:29
 8        A.    I think that depends in terms of -- so       10:29
 9    Facebook is hard to generalize as one entity.  It's   10:30
10    made up of, you know, different groups trying to      10:30
11    drive different goals.  And I would say related to    10:30
12    different goals, they may partner to help achieve     10:30
13    that goal.  So I can't speak to what every            10:30
14    individual team's goals are.                          10:30
15        Q.    So let's just think in terms of the partners 10:30
16    with which you've been involved.                      10:30
17        A.    Okay.                                        10:30
18        Q.    Why does Facebook have those partnerships?   10:30
19            DEPOSITION REPORTER:  Excuse me.  I lost the   10:30
20    last word.  "Why does Facebook..."                    10:30
21    BY MR. LOESER:                                         10:30
22        Q.    -- have those partnerships?                  10:30
23        A.    So, for example, when I worked with Levi's   10:30
24    on the Like button, you know, there was an -- at the  10:30
25    time, we wanted to be able to show how expression     10:30
```

Page 45

| | | |
|---|---|---|
| 1 | outside of Facebook could be possible because at | 10:31 |
| 2 | that time, you know, all interactions were contained | 10:31 |
| 3 | within a website, meaning like if you liked | 10:31 |
| 4 | something, it would only be within Facebook.  And so | 10:31 |
| 5 | something innovative like the Like plugin at the | 10:31 |
| 6 | time was to help connect, you know, websites out of | 10:31 |
| 7 | Facebook to be able to interact and be represented | 10:31 |
| 8 | on Facebook. | 10:31 |
| 9 | And so for that specific example, you know, | 10:31 |
| 10 | the goal was to be able to show that -- show that | 10:31 |
| 11 | value through an integration where people can | 10:31 |
| 12 | experience that. | 10:31 |
| 13 | Q.   And wasn't another purpose for Facebook to | 10:31 |
| 14 | collect information about the user for its own use? | 10:31 |
| 15 | A.   I don't know.  That would be a bit outside | 10:31 |
| 16 | of my -- my specific role. | 10:31 |
| 17 | Q.   Facebook shared user content information | 10:32 |
| 18 | with partners; is that right? | 10:32 |
| 19 | A.   In what sense? | 10:32 |
| 20 | Q.   Well, I'm asking you, in your role involved | 10:32 |
| 21 | in all the capacities dealing with partners, was | 10:32 |
| 22 | there a sharing of user content information -- | 10:32 |
| 23 | MR. FALCONER:  Objection.  Form. | 10:32 |
| 24 | THE WITNESS:  So we would have public APIs, | 10:32 |
| 25 | where if people consented, you know, I believe they | 10:32 |

Page 46

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | would be able to provide that data to the | 10:32 |
| 2 | application developer. | 10:32 |
| 3 | BY MR. LOESER: | 10:32 |
| 4 | Q.   Okay.  And so through the API, a partner | 10:32 |
| 5 | could obtain user content information about users; | 10:32 |
| 6 | is that right? | 10:32 |
| 7 | MR. FALCONER:  Objection.  Form. | 10:32 |
| 8 | THE WITNESS:  I think that depends.  I | 10:32 |
| 9 | wouldn't generalize it to that because it would be | 10:32 |
| 10 | dependent on what the developer created and what | 10:33 |
| 11 | they were approved to use. | 10:33 |
| 12 | BY MR. LOESER: | 10:33 |
| 13 | Q.   Okay.  But there were partners that were | 10:33 |
| 14 | approved to have access to various API permissions; | 10:33 |
| 15 | is that right? | 10:33 |
| 16 | MR. FALCONER:  Objection.  Form. | 10:33 |
| 17 | THE WITNESS:  I imagine so. | 10:33 |
| 18 | BY MR. LOESER: | 10:33 |
| 19 | Q.   And don't you, in fact, know so from your -- | 10:33 |
| 20 | from the work you did with partners? | 10:33 |
| 21 | MR. FALCONER:  Objection.  Form and asked | 10:33 |
| 22 | and answered. | 10:33 |
| 23 | THE WITNESS:  So for specific partners for | 10:33 |
| 24 | specific permissions, yes, but I thought you were | 10:33 |
| 25 | trying to speak to it more generally, which I didn't | 10:33 |

Page 47

```
 1   manage generally.  There was an operations team for      10:33
 2   that.                                                    10:33
 3   BY MR. LOESER:                                           10:33
 4      Q.   And when Facebook shares -- when Facebook        10:33
 5   shares user information with a third party, what         10:33
 6   does that mean to you?                                   10:33
 7      A.   I think it depends on what specific -- what      10:33
 8   specific group.  So in the context of my experience     10:34
 9   on the developer platform, it would be through the       10:34
10   developer APIs and the permissions there.                10:34
11      Q.   Okay.  And I just want to make sure I            10:34
12   understand how you use the terminology.                  10:34
13           Through the APIs -- APIs are a way for a         10:34
14   third party that has permission to obtain various        10:34
15   categories of information that Facebook has              10:34
16   collected about the user; is that right?                 10:34
17           MR. FALCONER:  Objection.  Form.                 10:34
18           Go ahead.                                        10:34
19           THE WITNESS:  Sorry.  Can you restate that?      10:34
20           MR. LOESER:  Why don't we just repeat the        10:34
21   question.  Would you read the question back, please,     10:34
22   Miss Jennings.                                           10:34
23           (Record read as follows:                        10:34
24            "Q.   Okay.  And I just want to make sure       10:34
25             I understand how you use the terminology.      10:34
```

Page 48

| | | |
|---|---|---|
| 1 | Through the APIs -- APIs are a way for a | 10:34 |
| 2 | third party that has permission to obtain | 10:34 |
| 3 | various categories of information that | 10:34 |
| 4 | Facebook has collected about the user; | 10:34 |
| 5 | is that right?") | |
| 6 | THE WITNESS:  No. | 10:35 |
| 7 | MR. FALCONER:  Same objection. | 10:35 |
| 8 | BY MR. LOESER: | 10:35 |
| 9 | Q.   So APIs are a way for a third party to | 10:35 |
| 10 | obtain various categories of information that | 10:35 |
| 11 | Facebook has collected about a user; correct? | 10:35 |
| 12 | A.   Yes.  It's a -- it's a vehicle, but I | 10:35 |
| 13 | wouldn't necessarily say -- again, I'm not a | 10:35 |
| 14 | technical person.  I don't know if that's all | 10:35 |
| 15 | technically how it's done, but to my understanding, | 10:35 |
| 16 | it sounds right. | 10:35 |
| 17 | Q.   Are you familiar with the concept at | 10:35 |
| 18 | Facebook of reciprocity? | 10:35 |
| 19 | A.   Yes. | 10:35 |
| 20 | MR. FALCONER:  Objection.  Form. | 10:35 |
| 21 | Go ahead. | 10:35 |
| 22 | BY MR. LOESER: | 10:35 |
| 23 | Q.   Can you explain to me how Facebook uses the | 10:35 |
| 24 | term reciprocity with -- particularly with respect | 10:35 |
| 25 | to partners? | 10:36 |

Page  49

CONFIDENTIAL

```
 1              MR. FALCONER:  Same objection.              10:36

 2              THE WITNESS:  My understanding of           10:36

 3      reciprocity is a value exchange.                    10:36

 4      BY MR. LOESER:                                      10:36

 5          Q.  And explain what you mean by that.          10:36

 6          A.  "Value" meaning -- and it doesn't           10:36

 7      necessarily mean monetary.  So, you know, going back 10:36

 8      to partnerships, ensuring that if we're going to    10:36

 9      partnerships, there's value in that experience.     10:36

10              So, for example, in working with Levi's, the 10:36

11      value they provided in integrating with the Like    10:36

12      plugin is being able to allow users to interact with 10:36

13      the website and be able to publish stories around   10:36

14      things they like back to Facebook.                  10:36

15          Q.  So is value another way of saying           10:36

16      information?  So when there's value -- when there is 10:36

17      reciprocity with a partner, that means that Facebook 10:36

18      is giving that partner some information about users, 10:36

19      and Facebook is obtaining from that partner some     10:37

20      information about users; is that right?             10:37

21          A.  Not to my understanding.                    10:37

22          Q.  It's not your understanding that in exchange 10:37

23      for providing information, Facebook gets back        10:37

24      information?                                         10:37

25          A.  Well, I think it's dependent.  So when I was 10:37
```

                                              Page 50

| | | |
|---|---|---|
| 1 | talking about the value exchange, it doesn't have to | 10:37 |
| 2 | be information.  Value can be in the sense of like | 10:37 |
| 3 | experience.  So if the experience is making the user | 10:37 |
| 4 | experience better, meaning it brings like delight to | 10:37 |
| 5 | a user, then that's also an exchange in value. | 10:37 |
| 6 | Q.   However, it is sometimes an exchange of | 10:37 |
| 7 | information; is that correct? | 10:37 |
| 8 | A.   Yes.  It could be. | 10:37 |
| 9 | Q.   Give me an example of what an exchange of | 10:37 |
| 10 | information would be, for example, with Amazon. | 10:37 |
| 11 | What would an exchange of information be? | 10:37 |
| 12 | A.   So for example, with the Kindle integration, | 10:37 |
| 13 | an exchange would be the ability for people to | 10:37 |
| 14 | publish back to Facebook things they've highlighted. | 10:37 |
| 15 | So if they are asking for, you know, permissions | 10:38 |
| 16 | from the user to make that more -- the experience | 10:38 |
| 17 | more personalized, you know, our hope is that it's | 10:38 |
| 18 | not purely just to extract information, but also to | 10:38 |
| 19 | publish back, so allowing users who choose to | 10:38 |
| 20 | publish, you know, their experience back to | 10:38 |
| 21 | Facebook. | 10:38 |
| 22 | Q.   Okay.  And what does Facebook do with the | 10:38 |
| 23 | information that's published back? | 10:38 |
| 24 | A.   I don't know. | 10:38 |
| 25 | Q.   Do you know anything about how it studies -- | 10:38 |

Page 51

 1    Facebook studies that information or analyzes it?    10:38

 2        A.   No.   That would be outside my scope.    10:38

 3        Q.   Do you know if, in fact, information that is 10:38

 4    published back is studied and analyzed by Facebook?    10:38

 5        A.   I don't know.    10:38

 6        Q.   You don't know if that happens, or you just 10:38

 7    don't know anything about it?    10:38

 8        A.   I just don't know.   It is outside my scope    10:38

 9    so I can't really speak to it.    10:38

10        Q.   And Miss Chang, you worked with partners    10:38

11    with whom there was reciprocity; is that right?    10:39

12        A.   In what sense?    10:39

13            MR. FALCONER:   Objection to form.    10:39

14    BY MR. LOESER:    10:39

15        Q.   In the sense that we have just been    10:39

16    discussing, information was published back to you --    10:39

17    published back to Facebook after Facebook provided    10:39

18    information to the partner.    10:39

19        A.   Yes.   So if Kindle is an example, we worked 10:39

20    with partners in that sense, but I wouldn't say    10:39

21    reciprocity is like -- it's not a product.    10:39

22        Q.   Right.    10:39

23        A.   It's more of a concept.    10:39

24        Q.   It's an important concept to Facebook;    10:39

25    right?    10:39

Page 52

1      A.    I don't know.                              10:39

2      Q.    Were you involved in making sure that there  10:39

3  was reciprocity with partners with whom you worked?  10:39

4      A.    I don't know in the sense that I -- I'm not  10:39

5  sure I understand.                                   10:39

6      Q.    Well, did you ever, for example, communicate  10:39

7  to your colleagues that some interaction with a      10:39

8  partner was positive because there was progress with  10:40

9  reciprocity?                                          10:40

10      A.    I'm not sure I understand.  So when I would  10:40

11  work with a partner, I would try to ensure that I'm   10:40

12  always representing the voice of a partner            10:40

13  holistically, meaning the different ways that we're   10:40

14  working with them, the things that would impact       10:40

15  their business.  Not necessarily in the scope of      10:40

16  reciprocity.                                          10:40

17      Q.    But you would also want to make sure that if  10:40

18  Facebook was giving content information to the        10:40

19  partner, that Facebook was getting back some          10:40

20  information; isn't that correct?                      10:40

21      A.    I didn't regulate that.  Well, I guess I'm   10:40

22  having a hard time understanding.  Like I don't       10:40

23  regulate that.                                        10:40

24      Q.    You don't recall any examples of where you   10:40

25  were endeavoring to encourage reciprocity?           10:41

Page 53

```
 1        A.    I'm not sure I understand.              10:41

 2        Q.    Miss Chang, are some partners considered  10:41

 3   more valuable to Facebook than other partners?    10:41

 4        A.    I guess in the -- I guess it depends on what  10:41

 5   specific initiative or project.  I wouldn't say it's  10:41

 6   one holistic stack rank.                          10:41

 7        Q.    Okay.  Can you think of any -- any       10:41

 8   characteristics of a partner that would make it more  10:41

 9   valuable to Facebook than other partners?         10:41

10        A.    So, again, I think it depends.  So in the  10:41

11   capacity where I've worked with them so, for       10:41

12   example, we used the Like button, in that specific  10:41

13   experience like, you know, to us it was valuable   10:41

14   working with Levi's in order to be able to exemplify  10:41

15   like the product that we were trying to build and  10:42

16   ship.  So in that context, they were valuable to us,  10:42

17   but I can't speak to just every other --          10:42

18   partnerships in every other capacity.             10:42

19        Q.    So is a partner that publishes back a lot of  10:42

20   content information considered a valuable partner  10:42

21   for Facebook?                                      10:42

22             MR. FALCONER:  Objection.  Form.         10:42

23   BY MR. LOESER:                                     10:42

24        Q.    Taking into account on determining whether  10:42

25   that was a valuable partner?                       10:42
```

Page 54

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Same objection. | 10:42 |
| 2 | THE WITNESS:  Again, I don't know.  And I | 10:42 |
| 3 | guess it's kind of hard to generalize it, so I don't | 10:42 |
| 4 | know. | 10:42 |
| 5 | BY MR. LOESER: | 10:42 |
| 6 | Q.   So is the value of a partner based on how | 10:42 |
| 7 | much user content information Facebook obtains from | 10:42 |
| 8 | a partner? | 10:42 |
| 9 | MR. FALCONER:  Objection.  Form.  And asked | 10:42 |
| 10 | and answered. | 10:42 |
| 11 | THE WITNESS:  I don't know. | 10:42 |
| 12 | BY MR. LOESER: | 10:42 |
| 13 | Q.   Miss Chang, are some partners considered | 10:43 |
| 14 | vendors? | 10:43 |
| 15 | A.   Yes.  Yeah. | 10:43 |
| 16 | Q.   So what would a "vendor" be? | 10:43 |
| 17 | A.   A vendor would be -- sorry.  A vendor would | 10:43 |
| 18 | be someone we buy services from. | 10:43 |
| 19 | Q.   Okay.  And can you think of any examples of | 10:43 |
| 20 | services that Facebook buys? | 10:43 |
| 21 | A.   Yes.  Like a Salesforce; they could be an | 10:43 |
| 22 | advertiser and we could use their enterprise | 10:43 |
| 23 | software. | 10:43 |
| 24 | Q.   So they would provide a service?  That | 10:43 |
| 25 | particular type of partner would provide a service | 10:43 |

Page 55

CONFIDENTIAL

```
 1    to Facebook?                                         10:43

 2        A.    That partner in the advertising capacity   10:43

 3    could also be a vendor.                              10:43

 4        Q.    And a lot of partner arrangements, the     10:43

 5    information the partner obtains from Facebook is     10:44

 6    used to support that partner's business; is that     10:44

 7    right?                                               10:44

 8            MR. FALCONER:  Objection.  Form.             10:44

 9            THE WITNESS:  Sorry.  I don't understand.    10:44

10    Can you -- can you say it another way or...          10:44

11    BY MR. LOESER:                                       10:44

12        Q.    What is your understanding of what a partner 10:44

13    does when it obtains user content information from   10:44

14    Facebook?                                            10:44

15            MR. FALCONER:  Objection.  Form.             10:44

16            THE WITNESS:  I don't know.  If there's      10:44

17    something more specific...                           10:44

18    BY MR. LOESER:                                       10:44

19        Q.    Do you know anything about how Facebook uses 10:44

20    user content information in its advertising          10:44

21    business?                                            10:44

22        A.    No, not technically.                       10:44

23        Q.    Do you know anything about how Facebook     10:44

24    monetizes information that it obtains from its       10:45

25    partners?                                            10:45
```

Page 56

```
 1            MR. FALCONER:  Objection.  Form.        10:45

 2        Go ahead.                                   10:45

 3            THE WITNESS:  Not specifically.         10:45

 4   BY MR. LOESER:                                   10:45

 5       Q.   Well, generally, do you know?           10:45

 6       A.   No.  I don't -- well, I don't know in the   10:45

 7   capacity that -- sorry, if you can give me an    10:45

 8   example.                                         10:45

 9       Q.   Was that something that you ever discussed   10:45

10   with your colleagues, how Facebook monetizes     10:45

11   information?                                     10:45

12       A.   No, not that I -- that I recall.        10:45

13       Q.   Do you know what group at Facebook managed   10:45

14   the relationship with data brokers?             10:45

15       A.   No.                                     10:45

16       Q.   Do you know if data brokers were ever app   10:45

17   developers for Facebook?                        10:46

18       A.   I don't know.                           10:46

19       Q.   Do you know if data brokers were ever   10:46

20   advertisers for Facebook?                       10:46

21       A.   I don't know.                           10:46

22            MR. LOESER:  I will show you what we will   10:46

23   mark as Exhibit 3.  We will screen share that as   10:46

24   well.                                           10:46

25            (Exhibit 3 marked for identification.)  10:46
```

Page 57

| | | |
|---|---|---|
| 1 | BY MR. LOESER: | 10:46 |
| 2 | Q.   This is an email from -- and I'm not sure | 10:46 |
| 3 | I'm saying this name right.  Ime Archibong.  Do you | 10:46 |
| 4 | know who that is? | 10:46 |
| 5 | A.   Yes, Ime Archibong. | 10:46 |
| 6 | Q.   Ime Archibong.  What is Ime Archibong's job? | 10:46 |
| 7 | A.   At this time or... | 10:46 |
| 8 | Q.   Yes. | 10:46 |
| 9 | A.   I believe he was the director of platform | 10:47 |
| 10 | partnerships. | 10:47 |
| 11 | Q.   Okay.  So someone who had the job before | 10:47 |
| 12 | you? | 10:47 |
| 13 | A.   I didn't have that job. | 10:47 |
| 14 | Q.   So the Exhibit 3 is an email from Ime | 10:47 |
| 15 | Archibong to you, dated September 30th, 2013; right? | 10:47 |
| 16 | A.   Sorry.  Can you repeat that?  I was also | 10:47 |
| 17 | reading the email. | 10:47 |
| 18 | Q.   I'm just identifying this exhibit for the | 10:47 |
| 19 | record.  And it is an email from Ime Archibong to | 10:47 |
| 20 | you dated September 30th, 2013; is that correct? | 10:47 |
| 21 | A.   Yes, correct. | 10:47 |
| 22 | Q.   And do you see the subject line on that | 10:47 |
| 23 | email? | 10:47 |
| 24 | A.   Yes. | 10:47 |
| 25 | Q.   And it says, "Re:  Product Partnerships & | 10:47 |

Page 58

1    BD:  Bi-weekly Update"; is that right?                10:47

2        A.   Yes.                                          10:47

3        Q.   Now, is this -- this is an update regarding  10:47

4    a variety of actions.  Are you familiar with these    10:48

5    updates?  Was this something that was regularly       10:48

6    circulated?                                            10:48

7        A.   May I -- may I read this first?              10:48

8        Q.   [Inaudible]                                   10:48

9        A.   Okay.  Sorry.                                 10:48

10       Q.   Down the email string, this is -- you        10:48

11   provided Ime with what you describe as an "updated    10:48

12   structure for goals and progress."  Do you see that?  10:48

13       A.   Correct.                                      10:48

14       Q.   And is this something that you regularly did 10:48

15   updating progress on a variety of goals, partnership  10:48

16   goals?                                                 10:49

17       A.   Yes.                                          10:49

18       Q.   And you provided a progress report with      10:49

19   that?                                                  10:49

20       A.   Yes.                                          10:49

21       Q.   Okay.  Can you look at the first entry in    10:49

22   your updates.  It says, "Updated H2'13 Product        10:49

23   Partnerships Goals/Progress:  *Entities."             10:49

24            What does "H2'13" mean?                       10:49

25       A.   Second half 2013.                             10:49

Page 59

CONFIDENTIAL

1      Q.   Okay.  And what's the first entry?  If you      10:49

2  could just read the first entry under that update.      10:49

3      A.   "Entities."      10:49

4      Q.   Yeah.  Under "Entities," what does that say?  10:49

5      A.   "Data Deals."      10:49

6      Q.   Can you read the rest of that line?      10:49

7      A.   "4 data acquisition deals."      10:49

8      Q.   Okay.  What is that referring to?      10:49

9      A.   That's referring to data deals to build out  10:49

10  our repository of movie titles.      10:49

11      Q.   Okay.  And so does that suggest that      10:49

12  Facebook was purchasing that information?      10:49

13      A.   Yes.      10:50

14      Q.   Okay.  And then it lists the source of that  10:50

15  acquisition; is that right, CinemaSource,      10:50

16  EventSource, and Sports Data?      10:50

17      A.   Yes.      10:50

18      Q.   And do you know if the fourth data deal, the 10:50

19  one described there as "In Progress," occurred?      10:50

20      A.   I don't remember all of them.      10:50

21      Q.   Okay.  And tell me what specifically was the 10:50

22  data that was acquired?      10:50

23      A.   From what I recall, they were information to  10:50

24  help our page datas.  So, for example, movie titles  10:50

25  to ensure that we had more robust movie titles, and   10:50

Page 60

```
 1    also robust events -- event information.  So like if    10:50

 2    Ticketmaster had a concert, we would be able to get      10:51

 3    more details around it so that users would be able       10:51

 4    to get information about the concert.                    10:51

 5        Q.   Okay.  So that's an example of data that was    10:51

 6    purchased by Facebook; is that right?                    10:51

 7        A.   Yes.                                            10:51

 8        Q.   And can you think of other examples of data     10:51

 9    that was purchased by Facebook?                          10:51

10        A.   I -- I only probably know more specifically     10:51

11    this.                                                    10:51

12        Q.   What about data that was sold by Facebook?      10:51

13    Were you involved at all with that?                      10:51

14        A.   No.                                             10:51

15        Q.   And are you aware of any data that was sold     10:51

16    by Facebook?                                             10:51

17        A.   Not to my knowledge, no.                        10:51

18             MR. FALCONER:  Derek, can we take a quick       10:52

19    break whenever you are done with this document?          10:52

20             MR. LOESER:  Sure.  Now is fine.                10:52

21             MR. FALCONER:  All right.                       10:52

22             MR. LOESER:  You want 10 minutes?  15           10:52

23    minutes?                                                 10:52

24             MR. FALCONER:  Yeah.                            10:52

25             THE VIDEOGRAPHER:  This marks the end of        10:52
```

Page 61

| | | |
|---|---|---|
| 1 | media No. 1 in the deposition of Jackie Chang. | 10:52 |
| 2 | Going off the record.  The time is 10:52. | 10:52 |
| 3 | (Off the record.) | 10:52 |
| 4 | THE VIDEOGRAPHER:  This marks the beginning | 11:14 |
| 5 | of media No. 2 in the deposition of Jackie Chang. | 11:14 |
| 6 | We are back on the record.  The time is 11:14. | 11:14 |
| 7 | BY MR. LOESER: | 11:14 |
| 8 | Q.   Miss Chang, Facebook collects content and | 11:14 |
| 9 | information about its users from its partners and | 11:14 |
| 10 | uses that information in its advertising business; | 11:14 |
| 11 | is that correct? | 11:14 |
| 12 | MR. FALCONER:  Objection.  Form. | 11:14 |
| 13 | THE WITNESS:  I can't speak to that broadly, | 11:14 |
| 14 | meaning I don't know the technical specifics to be | 11:14 |
| 15 | able to support that statement. | 11:15 |
| 16 | BY MR. LOESER: | 11:15 |
| 17 | Q.   But do you know that generally to be the | 11:15 |
| 18 | case, Miss Chang? | 11:15 |
| 19 | A.   No.  I -- I don't really feel comfortable | 11:15 |
| 20 | answering because I don't know. | 11:15 |
| 21 | Q.   Do you know how Facebook makes money? | 11:15 |
| 22 | A.   My understanding is advertising. | 11:15 |
| 23 | Q.   And do you know whether advertising collects | 11:15 |
| 24 | and uses user content and information? | 11:15 |
| 25 | MR. FALCONER:  Objection.  Form. | 11:15 |

Page 62

CONFIDENTIAL

```
 1              THE WITNESS:  I don't know, meaning I don't    11:15
 2   understand the product mechanics around that.            11:15
 3   BY MR. LOESER:                                           11:15
 4      Q.    What do you understand about the advertising    11:15
 5   business at Facebook?                                    11:15
 6      A.    Not much since I haven't worked on it since     11:15
 7   2010.                                                    11:15
 8      Q.    Do you know what portion of Facebook's          11:15
 9   revenue comes from its advertising business?             11:15
10      A.    Not specifically.                               11:15
11      Q.    Do you have any idea at all?                    11:15
12      A.    I think a good portion.                         11:16
13      Q.    And does the advertising business utilize in    11:16
14   any way, as far as you understand it, content and        11:16
15   information that Facebook collects from its              11:16
16   partners?                                                11:16
17              MR. FALCONER:  Objection.  Form.              11:16
18              THE WITNESS:  Again, I don't know enough       11:16
19   about the technical specifics to make that              11:16
20   assertion.  I don't know.                                11:16
21   BY MR. LOESER:                                           11:16
22      Q.    Well, I'm not asking about the technical        11:16
23   specifics, just the general concept.  Is that            11:16
24   something you understand?                                11:16
25      A.    I don't know.                                   11:16
```

Page 63

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Miss Chang, are people who create apps for | 11:16 |
| 2 | Facebook called "developers"? | 11:16 |
| 3 | A.   Yes. | 11:16 |
| 4 | Q.   Are there other types of developers? | 11:16 |
| 5 | A.   I only know of app developers. | 11:16 |
| 6 | Q.   And we mentioned APIs before, but can you | 11:17 |
| 7 | please just explain what "APIs" are. | 11:17 |
| 8 | A.   Application programming interface.  It's a | 11:17 |
| 9 | way for, you know, two -- two services to connect | 11:17 |
| 10 | and speak to each other. | 11:17 |
| 11 | Q.   And how does Facebook use APIs with regard | 11:17 |
| 12 | to user content and information? | 11:17 |
| 13 | A.   I'm not sure I understand the question. | 11:17 |
| 14 | Q.   Do you understand how Facebook uses APIs at | 11:17 |
| 15 | all? | 11:17 |
| 16 | A.   Well, Facebook doesn't use the APIs.  The | 11:17 |
| 17 | developer -- so, sorry, can you be a little more | 11:17 |
| 18 | specific? | 11:17 |
| 19 | Q.   Yeah.  How do APIs work at Facebook on its | 11:17 |
| 20 | platform? | 11:17 |
| 21 | A.   I think that depends because APIs can be | 11:17 |
| 22 | used in a lot of different cases.  Are you speaking | 11:17 |
| 23 | to developer platform or? | 11:18 |
| 24 | Q.   Yes.  How are -- how do third parties access | 11:18 |
| 25 | user content information through APIs? | 11:18 |

Veritext Legal Solutions
866 299-5127

1      A.    So they can go through our developer        11:18

2  platform and go through the process of approvals and  11:18

3  submitting their app to access APIs.                  11:18

4      Q.    Explain that process in as much detail as   11:18

5  you can.                                              11:18

6      A.    Unfortunately, I can't.  I don't work on the 11:18

7  operations side.  So generally, we prefer them to go  11:18

8  through the flow, and that flow is managed by -- on   11:18

9  the product and operation side.  So I can't speak to  11:18

10  the exact process.                                   11:18

11      Q.    Okay.  You are familiar with the different  11:18

12  sorts of APIs that Facebook provides for its         11:18

13  third-party access to --                             11:18

14      A.    Sorry, you broke up.  Can you say that      11:18

15  again?                                               11:18

16      Q.    Have you ever looked at a list of APIs that 11:18

17  are -- that app developers can use if they have      11:19

18  permission to do so?                                 11:19

19      A.    I have looked at developer.Facebook.com,    11:19

20  which has a list of APIs.                            11:19

21      Q.    Okay.  And are you familiar with any of     11:19

22  those APIs?                                          11:19

23      A.    I don't -- probably not, since it's been a  11:19

24  couple years since I've worked on that directly.     11:19

25      Q.    For example, are you familiar with the     11:19

Page 65

```
 1    friends permission APIs?                              11:19

 2         A.    I know what the name is, but I don't know  11:19

 3    like the specifics around it.                         11:19

 4         Q.    What do you know about it?                 11:19

 5         A.    I've heard of it, like I've seen the name  11:19

 6    like in emails, but I don't remember what it exactly  11:19

 7    does and the technical specifics of it.               11:19

 8         Q.    Do you know what information the friends API 11:19

 9    permissions allow a third party to access?           11:20

10         A.    I don't recall specifically.              11:20

11         Q.    In order to have access to APIs, what does a 11:20

12    developer need to do?                                 11:20

13         A.    So I think that depends.  Are you talking  11:20

14    about just the developer platform workflow or...      11:20

15         Q.    We can start there, yeah.                 11:20

16         A.    Sure.  On developer platform, they would go 11:20

17    to developer.Facebook.com, go through the documents   11:20

18    and, generally, they would follow the workflow for    11:20

19    approval.                                             11:20

20         Q.    And is there a team that evaluates those  11:20

21    approvals?                                            11:20

22         A.    Yes.                                       11:20

23         Q.    And what about partners?  Do they just -- is 11:20

24    that just the only system that exists for them, too,  11:20

25    or is there something else?                           11:20
```

Page 66

```
 1              MR. FALCONER:  Objection.  Form.         11:20

 2              THE WITNESS:  I'm not sure I understand.  11:21

 3    BY MR. LOESER:                                      11:21

 4       Q.   Do partners just go through the developer   11:21

 5    platform you just described, or is there another way 11:21

 6    for them to negotiate API permissions?              11:21

 7       A.   So --                                       11:21

 8              MR. FALCONER:  Objection.  Form.          11:21

 9              THE WITNESS:  So they go through that      11:21

10    process.                                            11:21

11    BY MR. LOESER:                                      11:21

12       Q.   So there's -- so there's no difference      11:21

13    between how partners access and make use of APIs and 11:21

14    the public, the public --                           11:21

15       A.   Sorry I --                                  11:21

16              MR. FALCONER:  Objection.  Form.          11:21

17    BY MR. LOESER:                                      11:21

18       Q.   I'm just trying to understand.  We will get 11:21

19    into some documents that maybe will flush this out.  11:21

20              But in terms of the different ways that APIs 11:21

21    are accessed, you have described a way that          11:21

22    developers just go on a platform.  And I'm asking    11:21

23    you:  Is there a different way for partners that     11:21

24    interact with Facebook?                             11:21

25              MR. FALCONER:  Objection.  Form.          11:21
```

Page 67

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  So I -- like I think it's a | 11:21 |
| 2 | little broad.  So I -- I'm struggling to know | 11:21 |
| 3 | exactly.  But, yes, they -- depending on specific | 11:21 |
| 4 | need, they could go through a partnership | 11:22 |
| 5 | organization. | 11:22 |
| 6 | BY MR. LOESER: | 11:22 |
| 7 | Q.   And were you involved at all in working with | 11:22 |
| 8 | partners and specifically with regard to the APIs | 11:22 |
| 9 | that they sought permission to utilize? | 11:22 |
| 10 | MR. FALCONER:  Objection.  Form. | 11:22 |
| 11 | THE WITNESS:  Sorry.  I don't understand, | 11:22 |
| 12 | like going through the developer platform or... | 11:22 |
| 13 | BY MR. LOESER: | 11:22 |
| 14 | Q.   No.  Just in your role working with | 11:22 |
| 15 | partners, have you ever had occasion to discuss with | 11:22 |
| 16 | partners the permissions that they wanted for APIs? | 11:22 |
| 17 | A.   Yes. | 11:22 |
| 18 | Q.   Okay.  And explain that process. | 11:22 |
| 19 | A.   So I don't remember in detail because it's | 11:22 |
| 20 | been a long time.  But they could email us about it, | 11:22 |
| 21 | and we would generally refer them to where they | 11:22 |
| 22 | needed to go. | 11:22 |
| 23 | Q.   And do you know when Facebook first started | 11:23 |
| 24 | using APIs with its partners? | 11:23 |
| 25 | A.   Sorry.  Can you say that -- state that | 11:23 |

Page 68

| | | |
|---|---|---|
| 1 | again? | 11:23 |
| 2 | Q.   Do you know when Facebook first started | 11:23 |
| 3 | using APIs with its partners? | 11:23 |
| 4 | A.   I'm not sure I understand that question. | 11:23 |
| 5 | Technically, I don't know. | 11:23 |
| 6 | Q.   Do you know who came up with the various | 11:23 |
| 7 | APIs that Facebook has? | 11:23 |
| 8 | A.   No. | 11:23 |
| 9 | Q.   Are you familiar with the concept of Friend | 11:23 |
| 10 | Sharing on the Facebook platform? | 11:23 |
| 11 | A.   I think I've heard of it, but I don't know | 11:23 |
| 12 | what it is. | 11:23 |
| 13 | Q.   Are you aware that on the Facebook platform | 11:23 |
| 14 | for a period of time, when a friend downloaded an | 11:24 |
| 15 | app, that app could obtain access to that person's | 11:24 |
| 16 | friends via Friend Sharing APIs? | 11:24 |
| 17 | MR. FALCONER:  Objection.  Form. | 11:24 |
| 18 | Go ahead. | 11:24 |
| 19 | THE WITNESS:  I don't remember. | 11:24 |
| 20 | BY MR. LOESER: | 11:24 |
| 21 | Q.   You don't remember anything about that? | 11:24 |
| 22 | A.   No. | 11:24 |
| 23 | Q.   That's not something you were involved at | 11:24 |
| 24 | all in? | 11:24 |
| 25 | A.   I don't remember. | 11:24 |

Page 69

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   That wasn't a significant part of the work | 11:24 |
| 2 | that you did for Facebook? | 11:24 |
| 3 | A.   I don't understand.   Sorry, I -- I worked on | 11:24 |
| 4 | a lot of things, so I don't know the meaning of | 11:24 |
| 5 | that. | 11:24 |
| 6 | Q.   But the work that you did with regard to | 11:24 |
| 7 | Friend Sharing in particular does not stand out for | 11:24 |
| 8 | you as being particularly meaningful? | 11:24 |
| 9 | MR. FALCONER:  Objection -- | |
| 10 | THE WITNESS:  I don't think I worked on | 11:24 |
| 11 | Friend Sharing. | 11:24 |
| 12 | BY MR. LOESER: | |
| 13 | Q.   Do you know what sort of information is | 11:24 |
| 14 | generally made available through friends | 11:25 |
| 15 | permissions? | 11:25 |
| 16 | A.   No, I don't. | 11:25 |
| 17 | Q.   Are you aware of whether an app can obtain | 11:25 |
| 18 | information about a person's friends who did not | 11:25 |
| 19 | download the app? | 11:25 |
| 20 | MR. FALCONER:  Objection.  Form. | 11:25 |
| 21 | THE WITNESS:  I don't know. | 11:25 |
| 22 | BY MR. LOESER: | 11:25 |
| 23 | Q.   Do you know how many different friends | 11:25 |
| 24 | permissions APIs there are? | 11:25 |
| 25 | A.   I don't know. | 11:25 |

Page 70

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Are you familiar with the term "high-signal | 11:25 |
| 2 | APIs"? | 11:25 |
| 3 | A.   No. | 11:25 |
| 4 | Q.   Are you familiar with the read_stream | 11:25 |
| 5 | permissions APIs? | 11:25 |
| 6 | A.   I've heard of it. | 11:25 |
| 7 | Q.   Okay.  What do you know about that? | 11:25 |
| 8 | A.   I can't recall.  It's been so long, I don't | 11:25 |
| 9 | know. | 11:26 |
| 10 | Q.   Do you know who came up with the idea of | 11:26 |
| 11 | friends permissions APIs? | 11:26 |
| 12 | A.   No, I don't. | 11:26 |
| 13 | Q.   Do you know what purpose it served? | 11:26 |
| 14 | A.   No. | 11:26 |
| 15 | Q.   Do you know if it was controversial? | 11:26 |
| 16 | A.   I don't know. | 11:26 |
| 17 | Q.   Do you know if that was a API -- the friends | 11:26 |
| 18 | APIs were often misused or abused by app developers? | 11:26 |
| 19 | A.   I don't know. | 11:26 |
| 20 | MR. LOESER:  I will show you Exhibit -- what | 11:26 |
| 21 | we marked as Exhibit 4. | 11:26 |
| 22 | (Exhibit 4 marked for identification.) | 11:26 |
| 23 | BY MR. LOESER: | 11:26 |
| 24 | Q.   We will share that as well. | 11:26 |
| 25 | Exhibit 4 is an email from Marie Hagman to | 11:26 |

Page 71

| | | |
|---|---|---|
| 1 | Chris Daniels, with a cc to you, dated May 3rd, | 11:27 |
| 2 | 2013, "Subject:  Re: FQL question." | 11:27 |
| 3 | Do you see that, Miss Chang? | 11:27 |
| 4 | A.   Yes.  May I read it? | 11:27 |
| 5 | Q.   Yes, of course.  I'm going to ask you some | 11:27 |
| 6 | specific questions about different parts of the | 11:27 |
| 7 | email string, but -- so we will go through it, but | 11:27 |
| 8 | if you want to take a look at it, go ahead. | 11:27 |
| 9 | A.   Okay. | 11:27 |
| 10 | Q.   Miss Chang, what is "FQL"? | 11:27 |
| 11 | A.   I believe it's something like SQL, but I | 11:27 |
| 12 | don't know enough of the technical -- I don't know | 11:27 |
| 13 | what the term means. | 11:28 |
| 14 | Q.   Okay.  And if this email was cc'd to you, | 11:28 |
| 15 | does that mean that you received the email? | 11:28 |
| 16 | A.   Yes. | 11:28 |
| 17 | Q.   As we go through a lot of these emails, if | 11:28 |
| 18 | you are on the email as a recipient, you don't have | 11:28 |
| 19 | any reason to believe you didn't receive the emails; | 11:28 |
| 20 | right? | 11:28 |
| 21 | A.   Sorry.  I didn't what? | 11:28 |
| 22 | Q.   If you're on an email as a recipient -- we | 11:28 |
| 23 | are going to go through a number of emails -- there | 11:28 |
| 24 | is no reason for you to believe that you did not | 11:28 |
| 25 | actually receive the email; correct? | 11:28 |

Page 72

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    I don't think so. | 11:28 |
| 2 | Q.    Okay.  And this particular email string has | 11:28 |
| 3 | to do with capabilities that Amazon wanted in its | 11:28 |
| 4 | relationship with Facebook; is that right? | 11:28 |
| 5 | A.    Yes. | 11:28 |
| 6 | Q.    Do you understand what a "capability" is? | 11:28 |
| 7 | A.    Not in technical detail. | 11:28 |
| 8 | Q.    What's your general understanding of what a | 11:28 |
| 9 | capability means in the context of a Facebook | 11:28 |
| 10 | partner? | 11:28 |
| 11 | A.    It's like a permission. | 11:28 |
| 12 | Q.    Okay.  When you say a "permission," that | 11:29 |
| 13 | means permission to access and use an API; is that | 11:29 |
| 14 | right? | 11:29 |
| 15 | A.    Again, I don't know the technical specifics. | 11:29 |
| 16 | Q.    Can you use an API if you don't have | 11:29 |
| 17 | permission to use the API? | 11:29 |
| 18 | A.    I don't know. | 11:29 |
| 19 | Q.    You don't have any understanding of what | 11:29 |
| 20 | "permissions" means in connection with an API? | 11:29 |
| 21 | A.    I don't think I understand in -- how the | 11:29 |
| 22 | context you're referring it to. | 11:29 |
| 23 | Q.    Okay.  Nonetheless, this email string | 11:29 |
| 24 | discusses the capabilities Amazon has access to; is | 11:29 |
| 25 | that right? | 11:29 |

Page 73

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   It looks like it. | 11:29 |
| 2 | Q.   Okay.  So if you look down the first page | 11:29 |
| 3 | there, in an email from Marie Hagman to you, it | 11:29 |
| 4 | says: | 11:29 |
| 5 | "Thanks Jackie, will do. | 11:29 |
| 6 | "If it's helpful, here is a list of | 11:29 |
| 7 | all the capabilities Amazon currently | 11:30 |
| 8 | has, including the ones in addition | 11:30 |
| 9 | to the auto-grants." | 11:30 |
| 10 | Do you see that list? | 11:30 |
| 11 | A.   Yes. | 11:30 |
| 12 | Q.   And do those appear to be APIs that are | 11:30 |
| 13 | listed? | 11:30 |
| 14 | A.   I don't know enough where I would classify | 11:30 |
| 15 | them that.  I don't know the technical specifics to | 11:30 |
| 16 | make that assertion. | 11:30 |
| 17 | Q.   Okay.  So when you look at a list of | 11:30 |
| 18 | capabilities and, for example, one of the items is | 11:30 |
| 19 | "auto_granted_friends_likes via Amazon," you don't | 11:30 |
| 20 | have any understanding of whether that's an API? | 11:30 |
| 21 | A.   Yeah, I don't -- I don't know. | 11:30 |
| 22 | Q.   Go down that list and you will see a list -- | 11:30 |
| 23 | you will see a capability that's called | 11:30 |
| 24 | "auto_granted_user_videos via Amazon." | 11:30 |
| 25 | Do you know what information is provided by | 11:30 |

Page 74

| | | |
|---|---|---|
| 1 | that capability? | 11:30 |
| 2 | A.   No, I don't. | 11:30 |
| 3 | Q.   Was Amazon a client that -- or a partner | 11:30 |
| 4 | that you were working -- you had any involvement | 11:31 |
| 5 | with? | 11:31 |
| 6 | A.   Yes, I supported them. | 11:31 |
| 7 | Q.   And what does that mean? | 11:31 |
| 8 | A.   I supported them with their questions and | 11:31 |
| 9 | inquiries at the time as a partner manager. | 11:31 |
| 10 | Q.   And what kinds of questions and inquiries | 11:31 |
| 11 | did they -- did they have? | 11:31 |
| 12 | A.   It could be from troubleshooting to requests | 11:31 |
| 13 | around wanting to build integrations. | 11:31 |
| 14 | Q.   Okay.  Was it also around what permissions | 11:31 |
| 15 | they could obtain and what capabilities they wanted | 11:31 |
| 16 | access to? | 11:31 |
| 17 | A.   Yes.  Like I said, questions around | 11:31 |
| 18 | integrations that they wanted to build. | 11:31 |
| 19 | Q.   And by "integrations," do you mean access to | 11:31 |
| 20 | APIs? | 11:31 |
| 21 | A.   That's part of it.  But integrations | 11:31 |
| 22 | typically means like building out experiences. | 11:31 |
| 23 | Q.   And in order to support that partner, you | 11:31 |
| 24 | needed to be knowledgeable about what they were | 11:31 |
| 25 | asking for; right? | 11:31 |

Page 75

| | | |
|---|---|---|
| 1 | A.   Not necessarily.  We worked with partner | 11:31 |
| 2 | engineering, who did more of the technical list. | 11:31 |
| 3 | Q.   But as a general matter, if they came to you | 11:32 |
| 4 | and they said, "We want to access these | 11:32 |
| 5 | capabilities," you did something to understand what | 11:32 |
| 6 | those were. | 11:32 |
| 7 | A.   Not necessarily.  So, again, I'm not the | 11:32 |
| 8 | technical experts, which is why there's product | 11:32 |
| 9 | managers involved and also partner engineering | 11:32 |
| 10 | involved. | 11:32 |
| 11 | Q.   I understand you're not the technical | 11:32 |
| 12 | expert, but do you have a general understanding of | 11:32 |
| 13 | how this operated? | 11:32 |
| 14 | A.   I don't understand what your definition of | 11:32 |
| 15 | general, like, understanding is. | 11:32 |
| 16 | Q.   Well, here is an email string that's about | 11:32 |
| 17 | capabilities.  Do you have a general understanding | 11:32 |
| 18 | of what "capabilities" are? | 11:32 |
| 19 | A.   No, I don't. | 11:32 |
| 20 | Q.   And do you have a general understanding of | 11:32 |
| 21 | what "auto_granted" means? | 11:32 |
| 22 | A.   I don't recall. | 11:32 |
| 23 | Q.   So they were asking for these things and you | 11:32 |
| 24 | were communicating what they were asking for, but | 11:32 |
| 25 | you didn't have any idea what it meant? | 11:32 |

Page 76

1    A.   At that time, I -- I imagine I -- I was        11:32

2    helping to support it, but I don't remember it now.  11:33

3    Q.   Looking, again, at the -- on the list where     11:33

4    it says, "auto_granted_user_videos via Amazon," is   11:33

5    it your testimony that you have no understanding     11:33

6    whatsoever of what information Amazon could obtain   11:33

7    about users via the auto_granted_user_videos via     11:33

8    Amazon?                                              11:33

9    A.   So I don't know what technically came          11:33

10   through.  I can see what it says, but I don't know   11:33

11   what technically is shared.                          11:33

12   Q.   And who would know the answer to that at       11:33

13   Facebook?                                            11:33

14   A.   A product manager or a partner engineer.       11:33

15   Well, I don't know if it's a partner engineer, but   11:33

16   engineering and product managers.                    11:33

17   Q.   And are they assigned to particular            11:33

18   partners, or they are just general positions at     11:33

19   Facebook?                                            11:33

20   A.   General positions.                             11:33

21   Q.   And so if in the context of this email, in     11:33

22   which you apparently don't understand any of the    11:34

23   technical aspects, if someone emailed you and said,  11:34

24   "Jackie, what does auto_granted_friends_likes via    11:34

25   Amazon mean?" who specifically would you ask to      11:34

                                                Page  77

```
 1    answer that question?                            11:34

 2        A.   I don't remember.  I don't know off the top   11:34

 3    of my head.                                      11:34

 4        Q.   If you can flip back in the string to    11:34

 5    page 3.  You will see an email from Sorin Gherman at   11:34

 6    Amazon to Jessica Jenks at Facebook, dated May 3rd,   11:34

 7    2013.  Do you see that in the string?            11:35

 8        A.   Yes.                                      11:35

 9        Q.   So if you read that email, it says:      11:35

10             "Hi Marie,                               11:35

11             "We are looking into using FQL to sync   11:35

12             Facebook friends since that is much      11:35

13             more efficient than fetching all the     11:35

14             friends each time.  We found an issue    11:35

15             though:  We are not able to get back     11:35

16             the phone field anymore (to which we     11:35

17             got access earlier via the normal        11:35

18             Graph API after Vikas Gupta helped us    11:35

19             with whitelisting.)                      11:35

20             "Can you please tell us how to get       11:35

21             the phone field in the User table via    11:35

22             FQL, since it's not part of the public   11:35

23             API?"                                    11:35

24             Do you see that?                         11:35

25        A.   Yes.                                      11:35
```

Page 78

CONFIDENTIAL

```
 1      Q.    What is the "public API"?              11:35

 2      A.    Developer.Facebook.com.                11:35

 3      Q.    Okay.  So those are APIs that are available  11:35

 4  to every developer; right?                       11:35

 5      A.    Available to apply to.  It doesn't mean that  11:35

 6  they'll get access to it.                        11:35

 7      Q.    Now, this phone -- the phone field that  11:35

 8  they're discussing is not available via the public  11:36

 9  API; is that right?                              11:36

10      A.    From what the email says.  I don't know  11:36

11  specifically --                                 11:36

12      Q.    So how would --                        11:36

13      A.    -- if there was a way.                 11:36

14      Q.    How would an API be available to Amazon if  11:36

15  it's not available through a public API?         11:36

16      A.    I don't know.  I don't understand what  11:36

17  the -- what do you mean by that?                 11:36

18      Q.    Well, I guess, look at the email --    11:36

19      A.    Uh-huh.                                11:36

20      Q.    -- this is information that wasn't available  11:36

21  for the public API, but Amazon was able to receive  11:36

22  it; right?  That's what they're saying.          11:36

23      A.    Yes, I see that.                       11:36

24      Q.    And the way they were able to receive it is  11:36

25  they "got access earlier via the normal Graph API  11:36
```

Page 79

| | | |
|---|---|---|
| 1 | after Vikas Gupta helped us with whitelisting." | 11:36 |
| 2 | What does that mean? | 11:36 |
| 3 | A.   So I don't know.  I wasn't in that | 11:36 |
| 4 | interaction. | 11:37 |
| 5 | Q.   So you don't know what "whitelisting" is? | 11:37 |
| 6 | A.   As a concept or... | 11:37 |
| 7 | Q.   As expressed in this email, do you know what | 11:37 |
| 8 | "whitelisting" is? | 11:37 |
| 9 | A.   I know of it as a concept, but not specific | 11:37 |
| 10 | to that scenario because I wasn't there. | 11:37 |
| 11 | Q.   So as a concept, how would it have enabled | 11:37 |
| 12 | Amazon to get information that wasn't available to | 11:37 |
| 13 | the public API? | 11:37 |
| 14 | A.   Well, so I can't make any assertions about | 11:37 |
| 15 | this scenario, but at a high level, around the | 11:37 |
| 16 | concepts of whitelisting, it's to grant access. | 11:37 |
| 17 | Q.   Explain that. | 11:37 |
| 18 | A.   In -- I don't know the technical details, so | 11:37 |
| 19 | that's as much as I know. | 11:37 |
| 20 | Q.   So what you can tell from this email is that | 11:37 |
| 21 | Amazon was able to obtain this phone information via | 11:37 |
| 22 | whitelisted access to the phone field; is that | 11:37 |
| 23 | right? | 11:37 |
| 24 | MR. FALCONER:  Objection.  Foundation. | 11:37 |
| 25 | THE WITNESS:  Sorry.  Can you say that | 11:37 |

Page 80

| | | |
|---|---|---|
| 1 | again? | 11:38 |
| 2 | BY MR. LOESER: | 11:38 |
| 3 | Q.   Can you tell from this email that Amazon was | 11:38 |
| 4 | able to access this phone field via whitelisting as | 11:38 |
| 5 | opposed to via the public API? | 11:38 |
| 6 | A.   So, again, I was not there, so I don't -- I | 11:38 |
| 7 | don't know beyond what the email says. | 11:38 |
| 8 | Q.   Well, let's move up the string, and if you | 11:38 |
| 9 | look at the email from you, Jackie Chang, to | 11:38 |
| 10 | Marie -- | 11:38 |
| 11 | A.   Uh-huh. | 11:38 |
| 12 | Q.   -- dated May 3rd, subject same, "FQL | 11:38 |
| 13 | question."  So you were personally involved in this | 11:38 |
| 14 | email string; right? | 11:38 |
| 15 | A.   It looks that way, yes. | 11:38 |
| 16 | Q.   Okay.  And why don't you read what you wrote | 11:38 |
| 17 | that starts with No. 1.  Let me start it for you, it | 11:38 |
| 18 | says, at the top of your email: | 11:38 |
| 19 | "Chris Daniel to help set expectation | 11:38 |
| 20 | at the highest level & Bryan who's | 11:39 |
| 21 | also now working with Amazon." | 11:39 |
| 22 | And then why don't you read what comes under | 11:39 |
| 23 | that? | 11:39 |
| 24 | A.   "1/We should not be consulting on | 11:39 |
| 25 | deep mobile integration beyond SSO | 11:39 |

Page 81

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | offerings for their developers until | 11:39 |
| 2 | Amazon commits to developing on | 11:39 |
| 3 | Open Graph for Kindle, etc.  @Chris | 11:39 |
| 4 | & Bryan, we should be emphasizing | 11:39 |
| 5 | this understanding as it seems like | 11:39 |
| 6 | they're under the impression that | 11:39 |
| 7 | we're going to work with them on | 11:39 |
| 8 | this front. | 11:39 |
| 9 | "2/If they're asking for this | 11:39 |
| 10 | permission to be added into their | 11:39 |
| 11 | autogrant list - def. no.  Even if | 11:39 |
| 12 | they're going to ask this as separate | 11:39 |
| 13 | permissions, I don't think we're | 11:39 |
| 14 | going to approve them for this." | 11:39 |
| 15 | Q.   You can stop there. | 11:39 |
| 16 | Does that refresh your recollection at all | 11:39 |
| 17 | as to what the conversation below that concerned | 11:39 |
| 18 | with these phone permissions? | 11:39 |
| 19 | A.   I don't remember. | 11:39 |
| 20 | Q.   Okay.  And what is it that you're saying you | 11:39 |
| 21 | want from Amazon in exchange for providing this | 11:39 |
| 22 | phone permission? | 11:40 |
| 23 | A.   It says: | 11:40 |
| 24 | "We should not be consulting on deep | 11:40 |
| 25 | mobile integration beyond SSO | 11:40 |

Page 82

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | offerings for their developers until" | 11:40 |
| 2 | they "commit to developing on Open | 11:40 |
| 3 | Graph for Kindle..." | 11:40 |
| 4 | Q.   Okay.  So what are you saying there?  What | 11:40 |
| 5 | does that mean? | 11:40 |
| 6 | A.   I don't remember at this point. | 11:40 |
| 7 | Q.   So you can see the words, and are you -- | 11:40 |
| 8 | A.   Yes. | 11:40 |
| 9 | Q.   -- saying to Amazon that, we're not going to | 11:40 |
| 10 | give you these phone permissions unless you commit | 11:40 |
| 11 | to developing an Open Graph for Kindle? | 11:40 |
| 12 | MR. FALCONER:  Objection. | 11:40 |
| 13 | BY MR. LOESER: | 11:40 |
| 14 | Q.   Earlier we talked a bit about reciprocity. | 11:40 |
| 15 | Would this be an example of reciprocity, that you | 11:40 |
| 16 | will give them certain information if they give you | 11:40 |
| 17 | back something? | 11:40 |
| 18 | MR. FALCONER:  Objection.  Form. | 11:40 |
| 19 | THE WITNESS:  So I don't remember this since | 11:40 |
| 20 | this was in 2013, so I can't make that assertion. | 11:40 |
| 21 | BY MR. LOESER: | 11:41 |
| 22 | Q.   Well, I understand it was in 2013, but you | 11:41 |
| 23 | just read the email that you wrote, and you | 11:41 |
| 24 | understand what you wrote; right? | 11:41 |
| 25 | A.   Not from 2013. | 11:41 |

Page 83

1    Q.   So is it fair to say that you want something   11:41

2    from Amazon before you'll give something to Amazon?   11:41

3    Is that clear from this email?   11:41

4    A.   Well, it says that we just shouldn't be   11:41

5    consulting.   11:41

6    Q.   Okay.  And, then, if Amazon commits to   11:41

7    developing an Open Graph, does that mean, as you   11:41

8    look at this, that if they commit to that, then you   11:41

9    will consult with them on what you refer to here as   11:41

10   "deep mobile integration"?   11:41

11   A.   I don't know.   11:41

12   Q.   So, Miss Chang, are you telling the jury   11:41

13   that as you read the email that you wrote, you have   11:41

14   no understanding of what you meant?   11:41

15        MR. FALCONER:  Objection.  Form.   11:41

16        THE WITNESS:  So I don't know now, given   11:41

17   that that was in 2013.  I don't remember enough to   11:41

18   make that assertion.   11:42

19   BY MR. LOESER:   11:42

20   Q.   So does the phrase "until Amazon commits"   11:42

21   mean something different now than it meant in 2013?   11:42

22   A.   I'm not sure I understand.   11:42

23   Q.   Well, the way your sentence is structured,   11:42

24   it starts with something you will do for them and   11:42

25   ends with something that they will do for you; is   11:42

Page 84

1    that right?                                          11:42

2         A.    So it says we should not be consulting on  11:42

3    deep mobile integrations beyond SSO offering for    11:42

4    their developers until Amazon commits to open --    11:42

5    developing on Open Graph.                           11:42

6         Q.    Okay.  So you didn't say, We should never  11:42

7    consult with them on deep mobile integration; right?  11:42

8         A.    It says we "should not."                  11:42

9         Q.    It doesn't say you should never.  It says  11:42

10   until Amazon commits; right?  So if Amazon committed  11:42

11   to developing Open Graph, then the way you -- the    11:42

12   information you wrote and expressed to all the       11:42

13   people that are on this email, you were setting up a  11:42

14   structure where you were giving them something if    11:43

15   they were giving you something; right?              11:43

16         And isn't that just the basic structure of    11:43

17   the relationship that Facebook had with its         11:43

18   partners?  It was sharing information as long as it  11:43

19   got information; right?                             11:43

20         MR. FALCONER:  Objection.  Form.              11:43

21         THE WITNESS:  No.  I can't make that          11:43

22   assertion broadly about all partnerships.          11:43

23   BY MR. LOESER:                                      11:43

24         Q.    Okay.  What about this partnership,      11:43

25   Miss Chang?  The Amazon partnership.  Isn't that   11:43

```
 1    what this email clearly indicates?              11:43

 2            MR. FALCONER:  Objection.  Form and asked   11:43

 3    and answered.                                   11:43

 4            THE WITNESS:  So, again, I -- I see what it  11:43

 5    says, but I don't recall from that time, so I can't  11:43

 6    make that assertion.                            11:43

 7            MR. LOESER:  Okay.  We can go to the next  11:43

 8    exhibit, which should be tab 5.                 11:44

 9            Actually, if we can go off the record for  11:44

10    one second.  Give us three minutes.             11:44

11            THE VIDEOGRAPHER:  Okay.  Going off the   11:44

12    record.  The time is 11:44.                     11:44

13            (Off the record.)                       11:44

14            THE VIDEOGRAPHER:  We are back on the     11:48

15    record.  The time is 11:48.                     11:48

16            (Exhibit 5 marked for identification.)   11:48

17    BY MR. LOESER:                                  11:48

18       Q.   Miss Chang, we are showing you what's now  11:48

19    been marked Exhibit 5, which we will screen share as  11:48

20    well, which is an email from Constantin, and I'm   11:48

21    sure I will get this last name wrong, but        11:49

22    Koumouzelis.  Is that how you say that?         11:49

23       A.   Sorry.  I'm also trying to update the    11:49

24    Egnyte.  I can't even say his last name.  I call him  11:49

25    "KP."                                           11:49
```

Page 86

```
 1        Q.    Okay.  So an email from KP to Visha Gupta -- 11:49

 2        A.    Oh, sorry.  Wrong person.  Not the same       11:49

 3    person.                                                 11:49

 4        Q.    How do you say this person's last name?       11:49

 5        A.    I don't know how to say his last name.        11:49

 6        Q.    Call him "CK."  How about that?               11:49

 7        A.    Okay.                                         11:49

 8        Q.    And it is an email sent Friday, August 16th, 11:49

 9    and it goes to a number of people.                      11:49

10              Visha Gupta, do you know who that is?         11:49

11        A.    I think I know.  I think I could see his      11:49

12    face, but I don't know well.                            11:49

13        Q.    Okay.  And it also went to Douglas Purdy.     11:49

14    Do you know who that is; right?                         11:49

15        A.    Yes.                                          11:49

16        Q.    And his job was what?                         11:49

17        A.    Director of Platform Product, I think.        11:49

18        Q.    And there are several other people that       11:50

19    received this email, and you're familiar with who      11:50

20    these people are; right?                                11:50

21        A.    Yes, I know who they are.                     11:50

22        Q.    And these are people that you worked with     11:50

23    regularly at the time?                                  11:50

24        A.    Not necessarily regularly.  I probably know   11:50

25    them more via emails.                                   11:50
```

Page 87

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Who is Eddie O'Neil? | 11:50 |
| 2 | A.   I believe in 2013, he was a product manager. | 11:50 |
| 3 | Q.   And do you see the subject line says "Re: | 11:50 |
| 4 | Platform 3.0 2nd rev"? | 11:50 |
| 5 | A.   Yes, I see that. | 11:50 |
| 6 | Q.   An attachment "Platform 3.0.docx."  Do you | 11:50 |
| 7 | see that? | 11:50 |
| 8 | A.   Yes. | 11:50 |
| 9 | Q.   Now, you're not a recipient of this email, | 11:50 |
| 10 | but do you recall Platform 3.0, what that was all | 11:50 |
| 11 | about? | 11:50 |
| 12 | A.   Not specifically. | 11:50 |
| 13 | MR. LOESER:  Okay.  Well, why don't we look | 11:50 |
| 14 | at the attachment.  Maybe that will refresh your | 11:51 |
| 15 | recollection. | 11:51 |
| 16 | We will mark Exhibit 6. | 11:51 |
| 17 | (Exhibit 6 marked for identification.) | 11:51 |
| 18 | THE WITNESS:  Sorry.  Am I supposed to open | 11:51 |
| 19 | it? | 11:51 |
| 20 | BY MR. LOESER: | |
| 21 | Q.   Yes.  We can go to Exhibit 6. | 11:51 |
| 22 | A.   I don't see anything. | 11:51 |
| 23 | Q.   It takes a minute.  It's traveling through | 11:51 |
| 24 | space. | 11:51 |
| 25 | A.   Oh, okay. | 11:51 |

Page 88

1      Q.    If you can take a minute to familiarize        11:51

2    yourself with the document.                            11:51

3      A.    Yes, may I have a minute?  Thank you.          11:51

4      Q.    So I will have a couple of questions about a   11:53

5    few paragraphs of this.  So when you have had enough   11:53

6    time to familiarize yourself with the document --      11:53

7      A.    Do I need to read the whole thing or...        11:53

8      Q.    No.                                            11:53

9      A.    Okay.  Okay.                                   11:53

10     Q.    In looking at this document and reading what   11:53

11   you have read, do you recall what Platform 3.0 was?    11:53

12     A.    Not specifically.                              11:53

13     Q.    Do you recall being involved in discussions    11:53

14   about the evolution to Platform 3.0?                   11:53

15     A.    Not specifically.                              11:53

16     Q.    Do you recall in general?                      11:54

17     A.    I don't just because it's been a really long   11:54

18   time so I don't know --                                11:54

19     Q.    Well, let's look at the --                     11:54

20     A.    -- specific to 3.0.  Sorry.                    11:54

21     Q.    Okay.  Was it referred to in ways other than   11:54

22   "Platform 3.0"?                                        11:54

23     A.    I don't know.                                  11:54

24     Q.    Do you recall the transition from Graph API    11:54

25   version 1 to Graph API version 2?                      11:54

Page 89

CONFIDENTIAL

```
 1        A.   I recall a transition, but I don't know if      11:54
 2   it was specifically that.                                 11:54
 3        Q.   You don't recall if that was what the           11:54
 4   introduction of the Platform 3.0 is?                      11:54
 5        A.   I don't just because Platform has spanned a     11:54
 6   long period of time, so I don't -- I don't remember       11:54
 7   all the specific changes.                                 11:54
 8        Q.   Well, let's look at the beginning of this       11:54
 9   document on "Overview."  It says:                         11:54
10             "Platform 3.0 (WT) is a focus on                11:54
11             user trust.  We received a lot of               11:54
12             feedback from users about how they              11:54
13             feel about using Facebook connected             11:54
14             apps -- what information is shared              11:54
15             with developers?  Why do they need              11:55
16             it?  Why are their friends spamming             11:55
17             them?  Are they spamming their                  11:55
18             friends?"                                       11:55
19             Did you receive any of that feedback?           11:55
20        A.   Not directly.                                   11:55
21        Q.   Okay.  How about indirectly?                    11:55
22        A.   What do you mean by that?                       11:55
23        Q.   Were you aware of that feedback?                11:55
24        A.   I -- I'm not -- well, I guess, I don't like     11:55
25   recall anything specific.  But I've heard it             11:55
```

Page 90

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | mentioned, but I don't know anything specific about | 11:55 |
| 2 | that feedback. | 11:55 |
| 3 | Q.   Okay.  Well, let's read on. | 11:55 |
| 4 |      "We're listening.  Our goal is create | 11:55 |
| 5 |      a platform for developers focused on | 11:55 |
| 6 |      great user experiences, where users | 11:55 |
| 7 |      feel comfortable with the information | 11:55 |
| 8 |      the app has access to and feel safe | 11:55 |
| 9 |      from over sharing or spamming their | 11:55 |
| 10 |      friends." | 11:55 |
| 11 |      Do you see that? | 11:55 |
| 12 | A.   Yes. | 11:55 |
| 13 | Q.   Then down below, the next paragraph says: | 11:55 |
| 14 |      "After a lot of consideration we've | 11:55 |
| 15 |      decided to make some changes to the | 11:55 |
| 16 |      Facebook platform to act on this | 11:56 |
| 17 |      feedback." | 11:56 |
| 18 |      Do you see that? | 11:56 |
| 19 | A.   Yes. | 11:56 |
| 20 | Q.   It says: | 11:56 |
| 21 |      "This is not a decision we've taken | 11:56 |
| 22 |      lightly and some of these changes | 11:56 |
| 23 |      will be painful for our developers | 11:56 |
| 24 |      in the short term.  However, in the | 11:56 |
| 25 |      process of providing users with the | 11:56 |

Page 91

| | | |
|---|---|---|
| 1 | control they want/need we are | 11:56 |
| 2 | working towards a shared goal" -- | 11:56 |
| 3 | DEPOSITION REPORTER:  "However, in the | 11:56 |
| 4 | process of providing users with the control..."  Go | 11:56 |
| 5 | ahead, please. | |
| 6 | BY MR. LOESER. | |
| 7 | Q.   "...they want/need, we are working | |
| 8 | towards a shared goal of greater | 11:56 |
| 9 | engagement and long-term health of | 11:56 |
| 10 | the ecosystem that will mutually | 11:56 |
| 11 | benefit both users and our | 11:56 |
| 12 | developers." | 11:56 |
| 13 | Do you see that? | 11:56 |
| 14 | A.   Yes. | 11:56 |
| 15 | Q.   Now, Miss Chang, do you recall being | 11:56 |
| 16 | involved in the -- making the changes that are | 11:56 |
| 17 | referred to here? | 11:56 |
| 18 | A.   I don't. | 11:56 |
| 19 | Q.   Why don't we go down this document to | 11:56 |
| 20 | page 2, under the heading "Breaking Changes." | 11:56 |
| 21 | Do you remember your involvement and the | 11:56 |
| 22 | conversation about breaking changes? | 11:56 |
| 23 | A.   I remember breaking changes as a concept, | 11:56 |
| 24 | but I don't remember specific conversations. | 11:57 |
| 25 | Q.   Okay.  What was "breaking changes" as a | 11:57 |

Page 92

```
 1   concept?                                              11:57

 2       A.    Breaking changes is changes that the        11:57

 3   platform would make that would potentially break the  11:57

 4   experience of the -- of what the developer built.     11:57

 5       Q.    Do you see below "Breaking Changes" it says, 11:57

 6   "Deprecate friend permissions."  Is that right?       11:57

 7       A.    Sorry, where is that one?                    11:57

 8       Q.    It's on screen share, as well, if that's     11:57

 9   easier.                                                11:57

10       A.    Okay.  Oh, sorry.  Yes.                      11:57

11       Q.    Okay.  And if you read what it says, it      11:57

12   says:                                                  11:57

13              "We are removing the ability for            11:57

14              users to share data that belongs to         11:57

15              their friends who have not installed        11:57

16              the app.  Our philosophy is that            11:57

17              users should be empowered to share          11:58

18              their data with an app when they            11:58

19              have expressed intent.  Users should        11:58

20              not be able to act as a proxy to            11:58

21              access personal information about           11:58

22              friends that have not expressed any         11:58

23              intent in using the app."                   11:58

24              Do you see that?                            11:58

25       A.    Yes.                                         11:58
```

Page 93

| | | | |
|---|---|---|---|
| 1 | Q. | "Apps can still power great, | 11:58 |
| 2 | | meaningful social experiences for | 11:58 |
| 3 | | their users and prompt a user to | 11:58 |
| 4 | | invite their friends to participate | 11:58 |
| 5 | | in the experience.  Once a friend | 11:58 |
| 6 | | has installed the app, they can | 11:58 |
| 7 | | determine how much information they | 11:58 |
| 8 | | are willing to share at their | 11:58 |
| 9 | | discretion." | 11:58 |
| 10 | | Do you see that? | 11:58 |
| 11 | A. | Yes. | 11:58 |
| 12 | Q. | Do you recall conversations around | 11:58 |
| 13 | deprecating friends permissions? | | 11:58 |
| 14 | A. | I don't. | 11:58 |
| 15 | Q. | You have no memory of that? | 11:58 |
| 16 | A. | Not specifically. | 11:58 |
| 17 | Q. | Do you know what "deprecate" means? | 11:58 |
| 18 | A. | Yes.  To -- to remove or wind down or end. | 11:58 |
| 19 | Q. | And so what Platform 3.0 was intended to | 11:58 |
| 20 | introduce was the concept of empowering users to | | 11:59 |
| 21 | share their data with an app when they have | | 11:59 |
| 22 | expressed intent; is that right? | | 11:59 |
| 23 | A. | Whatever was stated there. | 11:59 |
| 24 | Q. | And so if a user hadn't expressed that | 11:59 |
| 25 | intent, their information shouldn't be shared, and | | 11:59 |

Page 94

| 1 | that's what would be taken away by deprecating | 11:59 |
| 2 | friend permissions.  Is that your -- is that your | 11:59 |
| 3 | understanding? | 11:59 |

4        A.   I don't know specifically to make that        11:59

5     assertion beyond what I'm reading.                     11:59

6        Q.   You have no independent memory of the          11:59

7     deprecation of friend permissions?                     11:59

8        A.   No.                                            11:59

9        Q.   That wasn't a significant event in your        11:59

10    mind?                                                   11:59

11       A.   No.                                            11:59

12       Q.   Why don't we go down the document to the       11:59

13    heading that says, "Deprecate read_stream              11:59

14    permissions."                                          11:59

15            Do you see that?                               12:00

16       A.   Yes.                                           12:00

17       Q.   And this says:                                 12:00

18            "We will be deprecating the ability            12:00

19            for developers to request access to           12:00

20            a users news feed.  This is an                 12:00

21            extremely powerful API that exposes            12:00

22            a large amount of personal data.               12:00

23            Users are often unclear how this               12:00

24            information is used and unaware of             12:00

25            exactly how much information they              12:00

Page 95

| | | |
|---|---|---|
| 1 | are releasing to apps.  There is no | 12:00 |
| 2 | good way to make this functionality | 12:00 |
| 3 | work with our enhanced focus on user | 12:00 |
| 4 | trust and we will be removing it in | 12:00 |
| 5 | the upcoming months." | 12:00 |
| 6 | Do you remember a conversation regarding the | 12:00 |
| 7 | read_stream permission? | 12:00 |
| 8 | A.   I don't believe I was in any specific | 12:00 |
| 9 | conversations around it. | 12:00 |
| 10 | Q.   You don't recall any involvement you had in | 12:00 |
| 11 | figuring out which partners would continue to have | 12:00 |
| 12 | read_stream permissions and which would not? | 12:00 |
| 13 | A.   I don't recall specifically. | 12:00 |
| 14 | Q.   And you don't recall any conversations with | 12:00 |
| 15 | partners about which ones would continue to have | 12:00 |
| 16 | friends permissions and which ones do not? | 12:00 |
| 17 | A.   I don't recall specifically. | 12:01 |
| 18 | Q.   Do you have any recollection of audits that | 12:01 |
| 19 | were done in 2013 to determine whether to revoke API | 12:01 |
| 20 | permissions for large numbers of apps and | 12:01 |
| 21 | developers? | 12:01 |
| 22 | A.   I don't specifically remember. | 12:01 |
| 23 | Q.   Do you generally remember? | 12:01 |
| 24 | A.   I remember a general ask, but I don't | 12:01 |
| 25 | remember the details of it. | 12:01 |

Page 96

1      Q.   Was misuse of APIs by partners something      12:01

2    that you ever discussed with your colleagues?        12:01

3      A.   I don't remember.                              12:01

4      Q.   Do you recall audits in 2013 that showed       12:01

5    that friends permissions APIs were widely abused?    12:01

6      A.   I don't remember.                              12:01

7      Q.   You have no recollection of that whatsoever?   12:02

8      A.   No.                                            12:02

9      Q.   Do you remember what your job was in 2013?     12:02

10     A.   I believe it was a partner manager.            12:02

11          MR. LOESER:  I will move to Exhibit 7.         12:02

12          (Exhibit 7 marked for identification.)         12:02

13   BY MR. LOESER:                                        12:02

14     Q.   It will show up shortly and we will screen     12:02

15   share the exhibit as well.  It's thinking.  You will  12:02

16   get it.  We're waiting for the document to load.      12:02

17          Okay.  Do you have it?  Can you see the        12:03

18   document?  There we go.                               12:04

19          All right.  I'm showing you Exhibit 7, which   12:04

20   is an email from KP.  We can agree to call this       12:04

21   person "KP"; right?                                   12:04

22     A.   Yes.                                           12:04

23     Q.   You know who I'm talking to when I say "KP"?   12:04

24     A.   Yes.                                           12:04

25     Q.   Okay.  And it's an email to Ime Archibong      12:04

                                          Page 97

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | and yourself; is that right? | 12:04 |
| 2 | A. Yes. | 12:04 |
| 3 | Q. And it's dated August 21st, 2013. The | 12:04 |
| 4 | subject "Re: T0/Special Cases for P3 | 12:04 |
| 5 | consideration." Is that right? | 12:04 |
| 6 | A. Yes. | 12:04 |
| 7 | Q. There is an attachment that says, "All apps | 12:04 |
| 8 | with friends permissions." | 12:04 |
| 9 | Do you see that? | 12:04 |
| 10 | A. Yes. | 12:04 |
| 11 | Q. Can you tell me what "T0/special Cases for | 12:04 |
| 12 | P3 consideration" relates to? | 12:04 |
| 13 | A. "T0" means important, like top priority, | 12:04 |
| 14 | special cases -- I don't know what "P3" is referring | 12:05 |
| 15 | to. | 12:05 |
| 16 | Q. Do you think that might refer to Platform 3 | 12:05 |
| 17 | that we just went through? | 12:05 |
| 18 | A. I -- I don't recall specifically. | 12:05 |
| 19 | Q. Okay. Do you want to take -- | 12:05 |
| 20 | MR. FALCONER: My apologies. My mic was | 12:05 |
| 21 | muted. I had a form objection to that last | 12:05 |
| 22 | question. Sorry. I was late on that. | 12:05 |
| 23 | BY MR. LOESER: | 12:05 |
| 24 | Q. I'm going to ask you some questions about | 12:05 |
| 25 | this email string, and I can just jump right in or | 12:05 |

Page 98

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | if you want to flip through the document first, | 12:05 |
| 2 | that's fine too. | 12:05 |
| 3 |     A.   Yes.  If I can have one minute to look, that | 12:05 |
| 4 | would be great.  Thank you. | 12:05 |
| 5 |        Yes, okay. | 12:06 |
| 6 |     Q.   Okay.  Why don't we go to the beginning of | 12:06 |
| 7 | the email string, so if you flip through to the end | 12:06 |
| 8 | of this document, on the second-to-the-last page, | 12:06 |
| 9 | there's an email from Ime Archibong to you, dated | 12:06 |
| 10 | August 21st, 2013.  Do you see that? | 12:06 |
| 11 |     A.   Yes. | 12:06 |
| 12 |     Q.   And it has the same subject line we read | 12:06 |
| 13 | before? | 12:06 |
| 14 |     A.   Yes. | 12:06 |
| 15 |     Q.   And that email forwards a string -- forwards | 12:06 |
| 16 | an email that you sent down in the paragraph below | 12:07 |
| 17 | it.  Do you see that?  You sent it at 2:30 a.m. | 12:07 |
| 18 |     A.   Yes. | 12:07 |
| 19 |     Q.   Okay.  Let's look at that email.  Why don't | 12:07 |
| 20 | you read the first paragraph of what you wrote to | 12:07 |
| 21 | Ime and Chris. | 12:07 |
| 22 |     A.   "Working with KP to further synthesize | 12:07 |
| 23 |         P3 impact by breaking out T0 partners | 12:07 |
| 24 |         with non-standard agreements and | 12:07 |
| 25 |         specific categories of impact that" | 12:07 |

Page 99

```
 1                would -- "that we should address.        12:07

 2                KP is working on the pulling the same    12:07

 3                analysis of the friend data, but         12:07

 4                we're also working in parallel to        12:07

 5                parse out key partnerships/scenarios      12:07

 6                that we should be solving for."           12:07

 7        Q.    And so does this refresh your recollection  12:07

 8   about your involvement in the Platform 3?             12:07

 9        A.    Not too much because this was the period I  12:07

10   was moving off of this and working on Internet.org,   12:08

11   so I don't recall a lot of the specifics at this      12:08

12   time since I was handing it off.                      12:08

13        Q.    Okay.  But looking at this email, it's fair 12:08

14   to say that this discussion is in the context of the  12:08

15   changes to the Facebook platform that would           12:08

16   deprecate certain APIs including friends              12:08

17   permissions; is that right?                           12:08

18        A.    So I don't remember.                       12:08

19        Q.    You just went through the P3 document we    12:08

20   looked at before, which described the deprecation of  12:08

21   friends permissions; right?                           12:08

22        A.    Correct.                                    12:08

23        Q.    And do you have any reason to now think that 12:08

24   the Platform 3 did not involve the deprecation of     12:08

25   friend permissions?                                    12:08
```

Page 100

```
 1      A.    So I --                               12:08

 2            MR. FALCONER:  Objection to form.     12:08

 3            THE WITNESS:  So I don't remember enough to  12:08

 4    make that connection.                         12:08

 5    BY MR. LOESER:                                 12:08

 6      Q.    So looking at your email, it looks like you  12:08

 7    came up with a format for dealing with T0 partners  12:08

 8    with non-standard agreements and specific      12:09

 9    categories; is that right?                     12:09

10            DEPOSITION REPORTER:  Excuse me.  There was  12:09

11    an interruption in the audio.  Can you repeat your  12:09

12    question, please, Counsel.                     12:09

13    BY MR. LOESER:                                 12:09

14      Q.    Yeah.  Looking at your email, it appears  12:09

15    that you're sorting out which partners would lose  12:09

16    access to friends and would reach with permissions  12:09

17    and which ones would not; right?               12:09

18      A.    So, then, I don't remember enough to make  12:09

19    that assertion.                                12:09

20      Q.    Okay.  Well, let's just look through your  12:09

21    tabs.  The first tab you have -- these are your  12:09

22    words; right?  You wrote this email?           12:09

23      A.    It looks like it, yes.                 12:09

24      Q.    The T0 tab -- and, again, "T0" means    12:09

25    something --
```

Page 101

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | A. | T0. | 12:09 |
| 2 | Q. | T0, that means important? | 12:09 |
| 3 | A. | I believe top priority. | 12:09 |
| 4 | Q. | Okay.  So you have three bullets there; | 12:09 |
| 5 | right? | | 12:09 |
| 6 | A. | Yes. | 12:09 |
| 7 | Q. | Okay.  The first bullet is: | 12:09 |
| 8 | | "Partners with non-standard agreement | 12:10 |
| 9 | | and their backward compatibility | 12:10 |
| 10 | | clause." | 12:10 |
| 11 | | Do you know what that refers to? | 12:10 |
| 12 | A. | I don't remember. | 12:10 |
| 13 | Q. | The second bullet says: | 12:10 |
| 14 | | "Existing integrations impacted." | 12:10 |
| 15 | | Do you know what that refers to? | 12:10 |
| 16 | A. | I don't remember. | 12:10 |
| 17 | Q. | And the third bullet is: | 12:10 |
| 18 | | "Future integrations in planning." | 12:10 |
| 19 | | Do you know what that refers to? | 12:10 |
| 20 | A. | I don't remember. | 12:10 |
| 21 | Q. | Okay.  But looking at this email, and read | 12:10 |
| 22 | the email, see if it refreshes your recollection. | | 12:10 |
| 23 | It appears that you are talking about the impact | | 12:10 |
| 24 | that would occur because of the deprecation of | | 12:10 |
| 25 | certain permissions; right?  That's what this email | | 12:10 |

Page 102

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | is about? | 12:10 |
| 2 | A.    Sorry.  Can you say that question again? | 12:10 |
| 3 | Q.    Yeah.  Looking at this email, it appears | 12:10 |
| 4 | that you were involved in making recommendations for | 12:10 |
| 5 | how partners should be impacted by the deprecation | 12:11 |
| 6 | of these permissions that are discussed here. | 12:11 |
| 7 | A.    I believe I was asked to pull together a | 12:11 |
| 8 | spreadsheet for analysis, but I don't really recall | 12:11 |
| 9 | like in-depth details around that. | 12:11 |
| 10 | Q.    Do you recall your involvement in coming up | 12:11 |
| 11 | with a recommendation for how to determine if a | 12:11 |
| 12 | partner should continue to have access to friends | 12:11 |
| 13 | permissions or not? | 12:11 |
| 14 | A.    I don't remember.  Again, I was | 12:11 |
| 15 | transitioning so I -- this was not the top of my | 12:11 |
| 16 | mind. | 12:11 |
| 17 | Q.    This didn't seem important to you? | 12:11 |
| 18 | A.    No. | 12:11 |
| 19 | Q.    Let's look under your "Risk Assessment Tab." | 12:11 |
| 20 | Your first bullet says: | 12:11 |
| 21 | "PR risk:  Potential partners/cases | 12:11 |
| 22 | that may cause negative press." | 12:11 |
| 23 | What are you saying there? | 12:11 |
| 24 | A.    I am saying what it states, which is "PR | 12:11 |
| 25 | risk:  Potential partners/cases that may cause | 12:12 |

Page 103

```
 1    negative press."                                  12:12
 2        Q.   And what you mean there is when you take  12:12
 3    away these friends and read permissions, there could 12:12
 4    be negative press?                                 12:12
 5        A.   Again, I --                               12:12
 6             MR. FALCONER:  Objection.  Form.          12:12
 7             THE WITNESS:  -- I don't recall at the time 12:12
 8    to specify exactly what it is connected to.        12:12
 9    BY MR. LOESER:                                      12:12
10        Q.   Just a blank slate for you?               12:12
11             MR. FALCONER:  Objection.  Form.          12:12
12             THE WITNESS:  Sorry.  Is that a question  12:12
13    or...                                              12:12
14    BY MR. LOESER:                                      12:12
15        Q.   Yeah.  Yeah.  Even looking at the email that 12:12
16    you wrote about this, you just can't remember      12:12
17    anything about it?                                 12:12
18        A.   Yes.  So, again, I was transitioning to a  12:12
19    new role, so this was not the top of my mind, and I 12:12
20    don't remember this.                               12:12
21        Q.   Is it fair to say that it was at the top of 12:12
22    your mind when you wrote this?                     12:12
23        A.   I don't remember at that time.            12:12
24        Q.   Well, let's look at the next bullet:      12:12
25             "Strategic value:  Key integrations       12:13
```

Page 104

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that use read stream or friend data | 12:13 |
| 2 | and drive value to Facebook.  Should | 12:13 |
| 3 | decide if we allow certain use cases | 12:13 |
| 4 | that are of strategic value to | 12:13 |
| 5 | Facebook." | 12:13 |
| 6 | What does it mean if something is of | 12:13 |
| 7 | "strategic value to Facebook"? | 12:13 |
| 8 | A.   So I can't infer what it meant at that time, | 12:13 |
| 9 | but strategic value generally means something that | 12:13 |
| 10 | is of business value. | 12:13 |
| 11 | Q.   Okay.  And so you're making a recommendation | 12:13 |
| 12 | here for how to deal with integrations that involve | 12:13 |
| 13 | strategic value; is that right? | 12:13 |
| 14 | A.   I don't remember specifically, so I don't | 12:13 |
| 15 | know how to answer that. | 12:13 |
| 16 | Q.   Okay.  It looks like in the email, you knew | 12:13 |
| 17 | enough about what read stream was or friend data to | 12:13 |
| 18 | use those words in this email and talk about what | 12:13 |
| 19 | should happen with that? | 12:14 |
| 20 | A.   So, again, I don't remember enough at the | 12:14 |
| 21 | time to say that was the state of my mind.  I don't | 12:14 |
| 22 | know. | 12:14 |
| 23 | Q.   And what do you mean when you say, "Should | 12:14 |
| 24 | decide if we allow certain use cases that are of | 12:14 |
| 25 | strategic value to Facebook"? | 12:14 |

Page 105

```
 1            MR. FALCONER:  Objection.  Asked and      12:14

 2     answered.                                        12:14

 3            THE WITNESS:  Sorry.  What was the question  12:14

 4     again?                                           12:14

 5     BY MR. LOESER:                                   12:14

 6        Q.   So this conversation, as this email string  12:14

 7     shows, is about the deprecation of the read stream  12:14

 8     and friend data permissions; right?             12:14

 9        A.   Again, I don't remember enough to say that.  12:14

10     I don't know.                                    12:14

11        Q.   Okay.  You understand from the Platform 3  12:14

12     document we just went through that those were the  12:14

13     permissions that were going to be deprecated with  12:14

14     Platform 3?                                      12:14

15            MR. FALCONER:  Objection.  Form and       12:15

16     foundation.                                      12:15

17            THE WITNESS:  So, yes, I read that, but I  12:15

18     don't know or remember enough to connect the two  12:15

19     directly.                                        12:15

20     BY MR. LOESER:                                   12:15

21        Q.   What does it mean to "drive value to      12:15

22     Facebook"?                                       12:15

23        A.   Meaning there's business value.          12:15

24        Q.   Okay.  When you say "key integrations," what  12:15

25     are key integrations?  What does "integrations"   12:15
```

Page 106

| | | |
|---|---|---|
| 1 | refer to? | 12:15 |
| 2 | A.   Like generally or... | 12:15 |
| 3 | Q.   They're your words and your email so... | 12:15 |
| 4 | A.   Right.  So I don't -- I don't know | 12:15 |
| 5 | specifically in that context, but "key integrations" | 12:15 |
| 6 | generally would mean integrations with apps. | 12:15 |
| 7 | Q.   Okay.  So you're referring to integrations | 12:16 |
| 8 | with apps that use read stream and friend data. | 12:16 |
| 9 | Do you know what that means, to use read | 12:16 |
| 10 | stream and friend data? | 12:16 |
| 11 | MR. FALCONER:  Objection.  Form. | 12:16 |
| 12 | THE WITNESS:  Again, I don't remember. | 12:16 |
| 13 | BY MR. LOESER: | 12:16 |
| 14 | Q.   You don't remember what "read stream and | 12:16 |
| 15 | friend data" means in the email you wrote? | 12:16 |
| 16 | A.   No. | 12:16 |
| 17 | Q.   And so looking at these words all put | 12:16 |
| 18 | together in this sentence, give me your best | 12:16 |
| 19 | understanding of what you meant when you said, "key | 12:16 |
| 20 | integrations with read stream and friend data and | 12:16 |
| 21 | drive value to Facebook." | 12:16 |
| 22 | A.   Again, I can't really speculate like, at | 12:16 |
| 23 | that time, what I was thinking.  It was in 2013, so | 12:16 |
| 24 | I don't remember. | 12:16 |
| 25 | Q.   Okay.  And looking at the email you wrote, | 12:16 |

Page 107

CONFIDENTIAL

| 1 | it doesn't refresh your recollection at all?  Just a | 12:16 |
| 2 | blank slate what this email is about? | 12:16 |
| 3 |     A.   Yes.   Again, I was moving to another role so | 12:16 |
| 4 | this was not top of my mind. | 12:16 |
| 5 |     Q.   But right now, you read the email; right? | 12:17 |
| 6 | You're not moving to another role right now, are | 12:17 |
| 7 | you? | 12:17 |
| 8 |     A.   No. | 12:17 |
| 9 |     Q.   So you're able to focus right now on what | 12:17 |
| 10 | this email says; right? | 12:17 |
| 11 |     A.   Yes, I can read it. | 12:17 |
| 12 |     Q.   And reading these words right now, you have | 12:17 |
| 13 | no understanding of what it referred to? | 12:17 |
| 14 |     A.   Correct. | 12:17 |
| 15 |     Q.   You understand that you're under oath; | 12:17 |
| 16 | right? | 12:17 |
| 17 |     A.   Yes. | 12:17 |
| 18 |          MR. FALCONER:  Objection.  Argumentative. | 12:17 |
| 19 | BY MR. LOESER: | 12:17 |
| 20 |     Q.   Let's go to the beginning of this string. | 12:17 |
| 21 | Let's look at the -- is KP an important person at | 12:17 |
| 22 | Facebook? | 12:17 |
| 23 |          MR. FALCONER:  Objection.  Form. | 12:17 |
| 24 |          THE WITNESS:  He's no longer at Facebook. | 12:17 |
| 25 | / / / | 12:17 |

Page 108

CONFIDENTIAL

```
 1    BY MR. LOESER:                                    12:17

 2        Q.   When he was there, if he sent you an email,  12:17

 3    is that something you likely would just ignore?  12:17

 4        A.   I don't understand.  What do you mean by  12:17

 5    that?  I generally try not to ignore --          12:17

 6        Q.   So on August 21st, 2013 --              12:18

 7        A.   -- email.                               12:18

 8        Q.   -- when you received an email from KP, it's  12:18

 9    likely that you read it; right?                  12:18

10        A.   I don't recall.  He's at this time a partner  12:18

11    manager, so I've already moved on to working on  12:18

12    Internet.org.                                    12:18

13        Q.   So are you saying maybe you just didn't even  12:18

14    read his email?                                  12:18

15        A.   I don't -- I don't remember.  I think it's  12:18

16    possible.  I don't -- I just don't remember      12:18

17    specifically.                                    12:18

18        Q.   Well, let's look at -- he read your email,  12:18

19    so let's look at what he said about it.  If you look  12:18

20    at the second paragraph he writes:               12:18

21            "A little update from my end, and how     12:18

22            I think we should tie this to what        12:18

23            Jackie has put together."                 12:18

24            Now, the "Jackie" he is referring to is you;  12:18

25    right?                                           12:18
```

Page 109

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | A. | Correct. | 12:18 |
| 2 | Q. | "Simon managed to pull a list of 40k+ | 12:18 |
| 3 | | apps." | 12:18 |
| 4 | | That means 40,000; right? | 12:18 |
| 5 | A. | I believe so. | 12:18 |
| 6 | Q. | "...40k+ apps that request and make | 12:19 |
| 7 | | use of the friends_permissions.  You | 12:19 |
| 8 | | can see all those apps in the | 12:19 |
| 9 | | attached.  The most interesting data | 12:19 |
| 10 | | points, having reviewed the top 250 | 12:19 |
| 11 | | apps are the following." | 12:19 |
| 12 | | Do you see that? | 12:19 |
| 13 | A. | Yes. | 12:19 |
| 14 | Q. | Okay.  Let's go down to No. 3.  Can you read | 12:19 |
| 15 | the paragraph that's No. 3. | | 12:19 |
| 16 | A. | "Strategic (12.5%:  From Microsoft to | 12:19 |
| 17 | | Yahoo to Pinterest, Path, Klout and the | 12:19 |
| 18 | | likes.  Some of them should obvious not | 12:19 |
| 19 | | have access such as MySpace, Twitter, | 12:19 |
| 20 | | YouTube, etc.  In particular for | 12:19 |
| 21 | | Strategic partners, we should use the | 12:19 |
| 22 | | framework developed by Jackie. | 12:19 |
| 23 | | Recommendation:  User Jackie's | 12:19 |
| 24 | | framework." | 12:19 |
| 25 | Q. | Okay.  So KP was endorsing the framework | 12:20 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that you came up with; right? | 12:20 |
| 2 | A.   That's how it reads, yes. | 12:20 |
| 3 | Q.   And that framework is the one that started | 12:20 |
| 4 | this email string; is that right? | 12:20 |
| 5 | A.   That's what it seems to be. | 12:20 |
| 6 | Q.   And strategic partners, those are the | 12:20 |
| 7 | really -- those are really important partners; | 12:20 |
| 8 | right? | 12:20 |
| 9 | A.   Yes.  I believe so, yeah. | 12:20 |
| 10 | Q.   Those are the ones that drive value to | 12:20 |
| 11 | Facebook then? | 12:20 |
| 12 | MR. FALCONER:  Objection.  Form. | 12:20 |
| 13 | THE WITNESS:  I guess that's a little broad, | 12:20 |
| 14 | so I don't know.  I think it depends. | 12:20 |
| 15 | BY MR. LOESER: | 12:20 |
| 16 | Q.   Okay.  But these strategic partners that are | 12:20 |
| 17 | listed here, Microsoft, Yahoo, Pinterest, Path, | 12:20 |
| 18 | CLOUT, those drove value to Facebook? | 12:20 |
| 19 | A.   I believe so. | 12:20 |
| 20 | Q.   And in -- KP's recommendation is to use | 12:20 |
| 21 | Jackie's framework; right? | 12:21 |
| 22 | A.   That's what it says, yes. | 12:21 |
| 23 | Q.   And your framework involved deciding if you | 12:21 |
| 24 | allow certain use cases that are of strategic value | 12:21 |
| 25 | to Facebook; right? | 12:21 |

Page 111

```
 1              MR. FALCONER:  Objection.  Form.         12:21
 2              THE WITNESS:  So I don't remember enough 12:21
 3     beyond what it says in the email.                 12:21
 4     BY MR. LOESER:                                    12:21
 5         Q.   All right.  But what it says in the email is 12:21
 6     to use your framework and that was part of your   12:21
 7     framework; right?                                 12:21
 8              MR. FALCONER:  Objection.  Form and      12:21
 9     foundation.                                       12:21
10              THE WITNESS:  So I don't remember the    12:21
11     specific framework.                               12:21
12     BY MR. LOESER:                                    12:21
13         Q.   I'm not asking you if you remember this  12:21
14     specific framework.  I'm asking you if, when he says 12:21
15     "use Jackie's framework," that refers to the      12:21
16     framework in the email; right?  That's -- that's  12:21
17     there --                                          12:21
18         A.   I --                                     12:21
19              MR. FALCONER:  Same objections.          12:21
20              THE WITNESS:  So, again, I don't know what 12:22
21     the framework is referenced to.                   12:22
22     BY MR. LOESER:                                    12:22
23         Q.   Well, now you don't know that -- when he 12:22
24     says "use Jackie's framework," you're saying you  12:22
25     don't know that that's the framework that begins  12:22
```

Page 112

CONFIDENTIAL

```
 1    this email string?                             12:22
 2        A.   Yes.  It was 2013.  I don't remember that.  12:22
 3        Q.   Okay.  But you just read this whole string  12:22
 4    and it starts with a framework you proposed and ends  12:22
 5    with KP saying use your framework.  And --     12:22
 6        A.   It wasn't -- I think that email --    12:22
 7             MR. FALCONER:  Objection.  Objection.  Form  12:22
 8    and foundation, but go ahead.                  12:22
 9             THE WITNESS:  I think that email is   12:22
10    referring to a spreadsheet, so I don't know what  12:22
11    specific framework.                            12:22
12    BY MR. LOESER:                                 12:22
13        Q.   Miss Chang, we went through the email that  12:22
14    starts this string; right?  And that's the email you  12:22
15    sent.                                          12:22
16        A.   Correct.                              12:22
17        Q.   Okay.  In the email you sent you describe a  12:22
18    framework for dealing with, in particular, key  12:22
19    integrations that use read_stream or friend data and  12:23
20    drive value to Facebook.  That was included in your  12:23
21    framework; right?                              12:23
22             MR. FALCONER:  Objection.  Form and   12:23
23    foundation.                                    12:23
24             THE WITNESS:  So I wouldn't classify it as a  12:23
25    framework.  It was -- it looks to be a spreadsheet  12:23
```

Page 113

1   requested by Ime and Chris for me to pull together.   12:23

2   BY MR. LOESER:   12:23

3       Q.   I think the email makes it pretty clear the   12:23

4   spreadsheet is a list of the 40,000 apps that used   12:23

5   friends permissions; right?  Isn't that what we   12:23

6   read?   12:23

7       A.   I don't know what is specifically on that   12:23

8   spreadsheet.   12:23

9       Q.   Well, it says right in the email what's on   12:23

10  it.  It says:   12:23

11            "Simon managed to pull a list of   12:23

12            40,000 apps that requested to make   12:23

13            use of friends permissions.  You can   12:23

14            see all of the apps in the attached."   12:23

15            So that is what the spreadsheet is; right?   12:23

16            MR. FALCONER:  Objection.  Form.   12:23

17  BY MR. LOESER:   12:23

18      Q.   That is how it is described in this   12:23

19  document.   12:23

20      A.   I --   12:23

21            MR. FALCONER:  Same objection.   12:23

22            THE WITNESS:  So I don't know.  It sounds   12:23

23  like he's referring to a separate list that Simon   12:24

24  pulled together.   12:24

25  / / /   12:24

```
 1    BY MR. LOESER:                                      12:24

 2        Q.   Right.  It's attached, "all apps with      12:24

 3    friends permissions."  Do you see that?             12:24

 4        A.   Correct.                                    12:24

 5        Q.   Okay.  So let's look at the bottom of KP's  12:24

 6    email in which he -- under No. 3 he says, "...use   12:24

 7    the framework developed by Jackie," and then let's  12:24

 8    go to the bottom of this email he writes:           12:24

 9             "As a general note, I think we need         12:24

10             to carry on with this exercise to          12:24

11             figure out if there are more apps          12:24

12             falling under different verticals          12:24

13             that we have not" yet -- "we have          12:24

14             not identified yet, before we can          12:24

15             make a decision for all the apps in        12:24

16             this vertical.  For both the Newfeed       12:24

17             and the Friends permission audit, we       12:24

18             can use Jackie's framework to assess       12:24

19             KEEP/REMOVE for those partners             12:24

20             falling under the Strategic tabs and       12:24

21             then make up a decision based on the       12:24

22             criteria outlined by Jackie below."        12:24

23             So does that make it pretty clear that what 12:24

24    KP is referring to is what you outlined below?      12:25

25        A.   Yes.                                        12:25
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection.  Form. | 12:25 |
| 2 | BY MR. LOESER: | 12:25 |
| 3 | Q.    I'm sorry.  Your answer was what? | 12:25 |
| 4 | A.    I see that's what he wrote. | 12:25 |
| 5 | Q.    Your answer was yes; right? | 12:25 |
| 6 | A.    Well, what was the question? | 12:25 |
| 7 | MR. LOESER:  Will you re-read the question. | 12:25 |
| 8 | (Record read as follows: | 12:25 |
| 9 | "Q.  So does that make it pretty clear | 12:24 |
| 10 | that what KP is referring to is what you | 12:25 |
| 11 | outlined before?") | 12:25 |
| 12 | DEPOSITION REPORTER:  And I got an answer, | |
| 13 | "yes." | 12:25 |
| 14 | MR. LOESER:  As long as you got that answer. | 12:25 |
| 15 | MR. FALCONER:  Derek, just a reminder, we | 12:25 |
| 16 | have about five minutes until we need to break. | 12:25 |
| 17 | MR. LOESER:  I will just note for the record | 12:25 |
| 18 | that the attachment to this -- to Exhibit 7, "all | 12:26 |
| 19 | apps with friends permissions" that was produced in | 12:26 |
| 20 | a native format and we have not added it as an | 12:26 |
| 21 | exhibit because the app that collects all apps with | 12:26 |
| 22 | friends permissions which has 40,000-plus apps | 12:26 |
| 23 | covers 7,246 pages and has information on 42,222 | 12:26 |
| 24 | apps. | 12:26 |
| 25 | / / / | 12:26 |

Page 116

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. LOESER: | 12:26 |
| 2 | Q.   And Miss Chang, do you recall looking at the | 12:26 |
| 3 | attachment to this email and paging through all | 12:26 |
| 4 | those apps? | 12:26 |
| 5 | A.   No. | 12:26 |
| 6 | MR. LOESER:   Okay.   We can move on from that | 12:26 |
| 7 | exhibit. | 12:26 |
| 8 | BY MR. LOESER: | 12:26 |
| 9 | Q.   Now, Miss Chang, you are aware that Graph | 12:26 |
| 10 | API version 1 was replaced with Graph API version 2; | 12:27 |
| 11 | right? | 12:27 |
| 12 | A.   I don't know specifically. | 12:27 |
| 13 | Q.   You're aware based upon the work you did | 12:27 |
| 14 | coming up with a format for how to deal with | 12:27 |
| 15 | strategic partners that in the transition to | 12:27 |
| 16 | Platform 3, friends permissions and read permissions | 12:27 |
| 17 | were deprecated from the public APIs; right? | 12:27 |
| 18 | A.   So, again, I don't remember. | 12:27 |
| 19 | Q.   You don't remember now, but you were | 12:27 |
| 20 | involved in that -- in those discussions in that | 12:27 |
| 21 | process then; right? | 12:27 |
| 22 | A.   No, I can't make that assertion as I don't | 12:27 |
| 23 | remember. | 12:27 |
| 24 | Q.   Okay.   We just went through and spent quite | 12:27 |
| 25 | a bit of time on an email that included a format | 12:27 |

Page 117

CONFIDENTIAL

```
 1    that you came up with for dealing with, among        12:27
 2    others, strategic partners and that was in the       12:27
 3    context of Platform 3 implementation; right?         12:27
 4          MR. FALCONER:  Objection.  Argumentative.      12:27
 5          THE WITNESS:  So, again, I don't know.         12:27
 6    BY MR. LOESER:                                       12:27
 7       Q.   Now, Miss Chang, you were directly involved  12:28
 8    in making the determination -- coming up with a      12:28
 9    framework for the determination of what partners     12:28
10    would continue to have access to friends             12:28
11    permissions; right?                                  12:28
12       A.   So, again, I don't remember enough to say    12:28
13    that it was a determination.  I just prepared a      12:28
14    spreadsheet that was requested by Ime and Chris, as  12:28
15    it said in the email.                                12:28
16       Q.   Tell me everything you can remember about    12:28
17    your involvement in figuring out which partners      12:28
18    should continue to have access to friends            12:28
19    permissions.                                         12:28
20       A.   So, again, I don't remember.  I moved on to  12:28
21    Internet.org.  I don't know what happened after that 12:28
22    spreadsheet.                                         12:28
23       Q.   I didn't ask you if you remember what        12:28
24    happened after that.  I am just asking you to        12:28
25    describe for me, what is the sum total of what you   12:28
```

Veritext Legal Solutions
866 299-5127

```
 1    remember about your role in figuring out which        12:28
 2    partners would continue to have access to friends     12:28
 3    permissions.                                           12:29
 4          A.   I don't remember.                           12:29
 5          Q.   Did you receive annual performance reviews? 12:29
 6          A.   In what year?                                12:29
 7          Q.   In any year.                                 12:29
 8          A.   I received a performance review.             12:29
 9          Q.   And in connection with your performance      12:29
10    review, were you required to describe what you did     12:29
11    during the year that was being reviewed?               12:29
12          A.   I believe so, yes.                           12:29
13          Q.   And in those performance reviews, were you   12:29
14    careful to make sure that you described all of the     12:29
15    important, or at least the most important things,      12:29
16    you worked on?                                          12:29
17          A.   At that time, yes.                           12:29
18          Q.   And so if this transition to Platform 3 and  12:29
19    your role in determining which partners would          12:29
20    continue to have access to friends permissions was     12:29
21    an important part of that year, that would be likely   12:29
22    discussed in the performance review?                   12:30
23          A.   I don't know.  I can't speculate that.       12:30
24          Q.   Okay.  Would that be generally an accurate   12:30
25    statement, though, that the tasks that you performed   12:30
```

Page 119

CONFIDENTIAL

```
 1    that were important were likely the tasks that were      12:30

 2    discussed in your review?                                12:30

 3         A.   I'm not sure.  I don't know.                   12:30

 4         Q.   What's the documentation that's created for    12:30

 5    performance reviews?                                     12:30

 6         A.   I'm not sure I understand.                     12:30

 7         Q.   Do you fill something out to describe the      12:30

 8    work you've done?                                        12:30

 9         A.   So we have a tool, a performance tool, but I   12:30

10    don't know if that was -- I don't remember if that      12:30

11    was there that year.                                     12:30

12         Q.   Do you recall -- well, what years do you       12:30

13    recall that being there?                                 12:30

14         A.   I don't know -- I don't know specifically      12:30

15    what year, but it's -- I mean, I know it exists, but     12:30

16    I don't remember what year exactly it started.          12:30

17         Q.   Do you recall that you generally were          12:30

18    reviewed every year?                                     12:31

19         A.   I don't -- I don't think so.                   12:31

20         Q.   Okay.  And do you recall any paperwork         12:31

21    whatsoever being handed to you in connection with       12:31

22    your performance reviews?                                12:31

23         A.   Paperwork or...                                12:31

24         Q.   Did you fill anything out at all?  Did you     12:31

25    write anything down to describe the work you did        12:31
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | that was being reviewed? | 12:31 |
| 2 | A.   So, again, I think it depends on what year, | 12:31 |
| 3 | but there is a tool.  We fill it out, so I don't -- | 12:31 |
| 4 | I guess if you can be more specific. | 12:31 |
| 5 | Q.   When you're being reviewed, do the people | 12:31 |
| 6 | you report to write something about you? | 12:31 |
| 7 | A.   Generally? | 12:31 |
| 8 | Q.   Generally. | 12:31 |
| 9 | A.   Yes. | 12:31 |
| 10 | MR. LOESER:  Counsel, I don't think we have | 12:31 |
| 11 | received any performance reviews from Miss Chang, | 12:31 |
| 12 | and to the extent any of them discuss any of the | 12:31 |
| 13 | topics related to this case, we would ask to make | 12:31 |
| 14 | sure that those are produced. | 12:32 |
| 15 | MR. FALCONER:  Great.  And we have just hit | 12:32 |
| 16 | 12:30, so let's go ahead and take our lunch break. | 12:32 |
| 17 | It's going to be an hour, so we'll be back at 1:30. | 12:32 |
| 18 | Maybe 1:35, but somewhere in there. | 12:32 |
| 19 | MR. LOESER:  Okay.  Can we get a count on | 12:32 |
| 20 | time remaining? | 12:32 |
| 21 | THE VIDEOGRAPHER:  Sure.  Would you like me | 12:32 |
| 22 | to do that once we go off the record or right now? | 12:32 |
| 23 | MR. LOESER:  Yeah, that's fine. | 12:32 |
| 24 | THE VIDEOGRAPHER:  Okay.  This marks the end | 12:32 |
| 25 | of media No. 2 in the deposition of Jackie Chang. | 12:32 |

Page 121

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Off the record.  The time is 12:32. | 12:32 |
| 2 | (Lunch recess.) | 12:32 |
| 3 | THE VIDEOGRAPHER:  This marks the beginning | 13:35 |
| 4 | of media No. 3 in the deposition of Jackie Chang. | 13:35 |
| 5 | We are back on the record.  The time is 1:35. | 13:35 |
| 6 | BY MR. LOESER: | 13:35 |
| 7 | Q.   Good afternoon, Miss Chang.  When we left | 13:35 |
| 8 | off, we were talking about Exhibit 7.  And as we | 13:35 |
| 9 | saw, there was an attachment indicated in that | 13:35 |
| 10 | exhibit that, in Exhibit 7, is described as "all | 13:35 |
| 11 | apps with friends permissions." | 13:35 |
| 12 | Do you recall our discussion of that? | 13:35 |
| 13 | A.   Sorry.  I'm just opening it up.  Yes. | 13:36 |
| 14 | MR. LOESER:  I would like to introduce as | 13:36 |
| 15 | Exhibit 8 the actual attachment, which we will | 13:36 |
| 16 | introduce as the native file Excel spreadsheet.  And | 13:36 |
| 17 | then I will screen share and we can look through | 13:36 |
| 18 | some folders.  This might take two hours to upload. | 13:36 |
| 19 | (Exhibit 8 marked for identification.) | 13:36 |
| 20 | MR. LOESER:  Oh, look.  It's already there. | 13:36 |
| 21 | BY MR. LOESER: | 13:36 |
| 22 | Q.   And, Miss Chang, I will represent to you | 13:36 |
| 23 | that this is the attached spreadsheet that is | 13:36 |
| 24 | referred to in KP's August 21st, 2013 email.  And if | 13:36 |
| 25 | you look at the bottom of the spreadsheet, there's a | 13:36 |

Page 122

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | series of folders.  Are you familiar at all with | 13:37 |
| 2 | Excel? | 13:37 |
| 3 | A.   Yes, the service, yeah. | 13:37 |
| 4 | Q.   And is that something -- do you use Excel | 13:37 |
| 5 | regularly? | 13:37 |
| 6 | A.   I guess.  Not lately, but yeah. | 13:37 |
| 7 | Q.   Do you know how to navigate your way around | 13:37 |
| 8 | an Excel file? | 13:37 |
| 9 | A.   Yes. | 13:37 |
| 10 | Q.   Now, if you look at the bottom, there's a | 13:37 |
| 11 | series of folders that are identified; is that | 13:37 |
| 12 | right? | 13:37 |
| 13 | A.   Yes. | 13:37 |
| 14 | Q.   And do you see that it says, "All apps"? | 13:37 |
| 15 | A.   Yes. | 13:37 |
| 16 | Q.   And then there is a series of folders; the | 13:37 |
| 17 | first one "in-house apps," the second one "mobile" | 13:37 |
| 18 | apps, the next one, "Games," the next one | 13:37 |
| 19 | "Strategic" and it goes on.  And there's a whole | 13:37 |
| 20 | bunch of folders. | 13:37 |
| 21 | Is it fair to say that those folders are | 13:37 |
| 22 | different kinds of apps? | 13:37 |
| 23 | A.   If you're referring to the tabs, the tabs do | 13:37 |
| 24 | list app IDs. | 13:38 |
| 25 | Q.   And are those also different kinds of | 13:38 |

Page 123

CONFIDENTIAL

```
 1    partners?  So there's --                        13:38

 2           MR. FALCONER:  Objection.  Form.          13:38

 3    BY MR. LOESER:                                   13:38

 4       Q.   Would that be fair, there's mobile partners  13:38

 5    and game partners and strategic partners?  Are  13:38

 6    those -- are the words "partners" and "apps" kind of  13:38

 7    synonymous?                                      13:38

 8       A.   I don't know.                            13:38

 9       Q.   Okay.  But if you looked at these folders,  13:38

10    you would refer to them as different kinds of apps?  13:38

11       A.   Yes, they are apps, or the ones with app  13:38

12    IDs.                                             13:38

13       Q.   It looks like there's a list -- 1, 2, 3, 4,  13:38

14    5, 6, 7 -- there is a large number of different  13:38

15    types of apps indicated by these folders; right?  13:38

16       A.   As I can see -- sorry, a question.  Do I  13:38

17    have access to this fully or --                  13:39

18       Q.   No.  Unfortunately, we are just screen   13:39

19    sharing.                                         13:39

20       A.   Oh, okay.  Got it.                       13:39

21           MR. FALCONER:  It is in the Exhibit Share if  13:39

22    you want to look at it.                          13:39

23           THE WITNESS:  Okay.  Got it.  I am going to  13:39

24    open it.  Okay.                                  13:39

25           Sorry, can you repeat your question?      13:39
```

Page 124

1    BY MR. LOESER:

2        Q.   Yeah.  If you look down at the bottom where    13:39

3    it lists all those different categories or types of     13:39

4    apps, which of those types did you interact with in     13:39

5    your role with partners?                                13:39

6        A.   I can't make that assertion because I          13:39

7    wouldn't say I'm tied to a tab.                         13:39

8        Q.   Did you work with partners that were mobile    13:39

9    apps?                                                   13:39

10       A.   I worked with partners that may have had a     13:39

11   mobile app, but I did not work holistically on          13:39

12   mobile apps.                                            13:39

13       Q.   Okay.  And over the long time that you have    13:40

14   been working with partners, I gather that there were    13:40

15   lots of different types of partners that you worked     13:40

16   with that may have had a number of these different      13:40

17   types of apps.  Is that fair to say?                    13:40

18       A.   Sorry.  I don't understand that.  You mean     13:40

19   that fall into different categories or...               13:40

20       Q.   Yeah.  You work maybe with some mobile apps    13:40

21   and some game apps.  You work with partners that had    13:40

22   these different types of apps; right?                   13:40

23       A.   No.  I don't know where I could classify       13:40

24   that with specificity.                                  13:40

25       Q.   Can you just generally describe to me -- if    13:40

Page 125

```
 1    you look at these different tabs, did you -- were        13:40
 2    you involved in working with any of these different      13:40
 3    types of apps?                                           13:40
 4         A.   I recognize applications.                      13:40
 5         Q.   Well, let me just pick a few and ask you.      13:40
 6    Did you interact with any partners that had fitness      13:41
 7    apps?                                                    13:41
 8         A.   Yes.  I've worked with Nike.                   13:41
 9         Q.   Okay.  Did you interact with any partners      13:41
10    that have games apps?                                    13:41
11         A.   I worked with -- let me see.  I don't          13:41
12    remember.                                                13:41
13         Q.   Okay.  Let's look at the "Strategic Apps"      13:41
14    folder.  Now, if we look at this folder and we go up     13:41
15    to the top, it has an "Application Name," do you see     13:41
16    that?  So, for example, "Trip Advisor."                  13:41
17         A.   Yes.                                           13:42
18         Q.   And then there is an "app ID"; right?          13:42
19         A.   Yes.                                           13:42
20         Q.   And is that an ID maintained by Facebook       13:42
21    that identifies Trip Advisor?                            13:42
22         A.   It's their application ID that's created       13:42
23    when they set up an application via the developer        13:42
24    Facebook platform.                                       13:42
25         Q.   So that's like a number that's associated      13:42
```

Page 126

```
 1    with a partner that is Trip Advisor?              13:42
 2        A.   It's an identification.                  13:42
 3        Q.   Okay.  And the next column says "MAUs."  Do  13:42
 4    you know what MAUs are?                           13:42
 5        A.   Monthly active users.                    13:42
 6        Q.   Okay.  And the next column says          13:42
 7    "Permissions."  Do you know what permissions are?  13:42
 8        A.   Yes.                                      13:42
 9        Q.   Okay.  What are permissions?             13:42
10        A.   Permissions are permissions that they have  13:42
11    access to.                                        13:42
12        Q.   When you say "have access to," those are  13:42
13    APIs that they have access to; is that right?     13:42
14        A.   So, again, I don't know the technical    13:43
15    specificity where I can make that association.  But  13:43
16    my general understanding is a permission that's   13:43
17    associated with what they've submitted to the     13:43
18    developer platform they've been granted access to,  13:43
19    so that they can request that permission from users  13:43
20    in their application experience.                  13:43
21        Q.   Okay.  So staying with Trip Advisor, the  13:43
22    first permission is "friends_checkins."  You know  13:43
23    what --                                           13:43
24        A.   Sorry, I can't -- oh, wait.  I will look at  13:43
25    yours.  Sorry.                                    13:43
```

Page 127

CONFIDENTIAL

1    Q.   You see the Permissions, the first one is   13:43

2    "friends_checkins"?  Like, do you have an   13:43

3    understanding what information that would provide   13:43

4    about Facebook users to Trip Advisor?   13:43

5    A.   I don't remember.   13:43

6    Q.   What about "friends videos"?  What do you   13:43

7    think that tells Trip Advisor about Facebook users?   13:44

8    A.   So, again, I don't remember the, like,   13:44

9    specificity of each permission.   13:44

10   Q.   Can you hazard any kind of an educated   13:44

11   answer as to what friends_videos would provide   13:44

12   access to?   13:44

13   A.   I don't feel --   13:44

14        MR. FALCONER:  Objection.   13:44

15        THE WITNESS:  Sorry.  I don't feel   13:44

16   comfortable just because I don't know the technical   13:44

17   specifics.   13:44

18   BY MR. LOESER:   13:44

19   Q.   Something about videos?   13:44

20   A.   Again, I don't want to assume that.   13:44

21        MR. LOESER:  Okay.  We can leave this   13:44

22   document, as fascinating as it is.   13:44

23        If we can go back to Exhibit 7, which is   13:44

24   your August 21st, 2013 email.   13:44

25   / / /   13:44

Page 128

CONFIDENTIAL

```
 1    BY MR. LOESER:                                      13:44

 2        Q.   And if you go to the end of the email string 13:44

 3    where the -- the email that you wrote, that lays out  13:44

 4    the framework, I have a few questions about that.     13:44

 5            First of all, you say at the beginning of     13:44

 6    your email, "We're working in parallel to parse out   13:45

 7    key partnerships/scenarios that we should be solving  13:45

 8    for," and then there is -- there's a link there.      13:45

 9    Can you tell me what that link is?                     13:45

10            MR. FALCONER:  Objection.  Form.              13:45

11            Go ahead, Jackie.                             13:45

12            THE WITNESS:  I don't know specifically.      13:45

13    BY MR. LOESER:                                        13:45

14        Q.   And I gather in this email in native, if you 13:45

15    clicked on that hyperlink, it would take you to a     13:45

16    document?  Is that how that works?                    13:45

17        A.   Yes, that's my understanding.                13:45

18            MR. LOESER:  Counsel, I don't believe we      13:45

19    have received this document, so please make sure      13:45

20    it's been produced.                                   13:45

21            MR. FALCONER:  We'll -- yeah.  We'll look     13:45

22    into it.                                              13:45

23            MR. LOESER:  Well, I'm asking you to do a     13:45

24    little more than look into it.  If you can please     13:45

25    make sure it's produced, I would appreciate it.      13:45
```

Page 129

1          MR. FALCONER:  Yeah.  I mean, I'm not going      13:46

2     to make that commitment to you, but like I said,     13:46

3     I'll look into it.                                    13:46

4     BY MR. LOESER:                                        13:46

5          Q.   And, Miss Chang, do you have any            13:46

6     recollection of what that hyperlink is for or what   13:46

7     it contains?                                          13:46

8          A.   No, I don't remember.                       13:46

9          Q.   Now, again focusing on the email that you  13:46

10    wrote and you said that you couldn't remember much   13:46

11    about it.  Is it fair to say that when you write an  13:46

12    email, including this email, you intend to portray   13:46

13    accurate information in your email?                   13:46

14         A.   I'm not sure I understand.                  13:46

15         Q.   Is it your practice to send email that     13:46

16    includes false information?                          13:46

17         A.   I -- I don't know.  I don't really         13:46

18    understand that question.                            13:46

19         Q.   Is it your general practice when you're    13:46

20    communicating with your colleagues to send them an  13:46

21    email that contains false information?               13:46

22         A.   I -- I don't know.  I -- I usually don't   13:47

23    have that intention.                                 13:47

24         Q.   And so when you wrote this email, is it fair 13:47

25    to assume that you were endeavoring to communicate   13:47

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1   accurate information?                              13:47

 2          MR. FALCONER:  Objection.  Form.            13:47

 3          THE WITNESS:  So, again, I don't -- like I  13:47

 4   don't remember this.  I don't want to assume like --  13:47

 5   yeah, I don't want to assume anything.             13:47

 6   BY MR. LOESER:                                     13:47

 7      Q.   I'm not asking you if you remember this    13:47

 8   email.  I'm asking you if -- you sent this email;  13:47

 9   right?                                             13:47

10      A.   That's what it says.                       13:47

11      Q.   And it was your general practice when      13:47

12   sending email to communicate accurate information;  13:47

13   right?                                             13:47

14      A.   Yes.                                       13:47

15      Q.   And it was not your general practice to    13:47

16   communicate information that you knew to be false;  13:47

17   right?                                             13:47

18      A.   Again, I feel like that's -- I don't know.  13:47

19   Like I don't know what the information is, so my   13:47

20   intent generally is not -- I don't know the        13:47

21   information itself.                                13:48

22      Q.   Right.  I'm not asking you if the          13:48

23   information is or isn't false.  I'm asking you if it  13:48

24   is your intent to generally communicate accurate   13:48

25   information in your --                             13:48
```

Page 131

1      A.    It is my intent to, yes, provide        13:48

2    information.                                      13:48

3      Q.    And you testified you couldn't recall most  13:48

4    of what we talked about with regard to this email.  13:48

5          Is there something else that you can think  13:48

6    of that would refresh your recollection regarding  13:48

7    the events discussed in this email?               13:48

8      A.    Not that I know of.                       13:48

9      Q.    And so would you agree that this email is  13:48

10   the best evidence, that you're aware of, of what you  13:48

11   knew and were thinking at the time regarding these  13:48

12   topics?                                           13:48

13          MR. FALCONER:  Objection.  Form and       13:48

14   foundation.                                       13:48

15          THE WITNESS:  So, again, I can't make that  13:48

16   assumption.                                       13:48

17   BY MR. LOESER:                                     13:48

18     Q.    You can't make the assumption that this   13:48

19   email is the best evidence of what you were thinking  13:48

20   at the time you wrote the email?                  13:48

21     A.    Correct.  I don't know.                   13:49

22     Q.    But you can't remember -- you can't identify  13:49

23   anything else that would be a more accurate        13:49

24   reflection of what you were thinking at the time you  13:49

25   wrote this email?                                 13:49

Veritext Legal Solutions
866 299-5127

```
 1      A.    Correct.  I don't -- I don't know, so I      13:49
 2   don't know what the expanse is.                       13:49
 3      Q.    Is it fair to say that if this email doesn't 13:49
 4   refresh your recollection of the events at the time,  13:49
 5   you're not aware of anything else that would?         13:49
 6      A.    I don't -- I don't know.                      13:49
 7      Q.    You don't know if there is any other         13:49
 8   evidence that would refresh your recollection?        13:49
 9      A.    That question would assume I would know,     13:49
10   which I don't know.                                   13:49
11      Q.    But I'm asking you, do you know of any other 13:49
12   evidence that would refresh your recollection?        13:49
13      A.    I don't know.                                 13:49
14      Q.    You don't know if there is any other         13:49
15   evidence that would refresh your recollection?        13:49
16      A.    Again, I don't know what I don't know, so I  13:49
17   can't make that assumption that I would know.         13:49
18      Q.    And if there were something else that might  13:50
19   refresh your recollection, what might that be?        13:50
20            MR. FALCONER:  Objection.  Asked and         13:50
21   answered.  Lack of foundation.                        13:50
22   BY MR. LOESER:                                         13:50
23      Q.    You didn't -- there's not like a recorded    13:50
24   transcripts of communications that you had, as far    13:50
25   as you know, is there?                                13:50
```

Page 133

1      A.   I don't -- to my knowledge, I don't think      13:50

2    so.                                                   13:50

3      Q.   Is it fair to say that if someone wanted to    13:50

4    figure out what you were thinking about these topics  13:50

5    at the time of this email, this email would be a      13:50

6    good guide for what you were thinking?                13:50

7          MR. FALCONER:  Objection.  Form and             13:50

8    foundation.                                           13:50

9          THE WITNESS:  Again, I can't speculate on       13:50

10   that.                                                 13:50

11   BY MR. LOESER:                                        13:50

12     Q.   I'm not asking you to speculate on anything.   13:50

13   I'm just asking you if you think this email would be  13:50

14   a good guide of what you were thinking about the      13:50

15   topics discussed in the email --                      13:50

16     A.   Well, that would require me to speculate.      13:51

17     Q.   What would it require you to speculate at?     13:51

18     A.   You're asking me if I know if this is the      13:51

19   best, which would assume I know what everything is    13:51

20   and I don't know what everything is, so I don't       13:51

21   know.  So I can't make that assumption.               13:51

22     Q.   Let me be specific.  Would you agree that      13:51

23   this email is a good guide of what you were thinking  13:51

24   about the topics discussed in the email at the time   13:51

25   you sent the email?                                   13:51

Page 134

CONFIDENTIAL

```
 1          MR. FALCONER:  Objection.  Form.  Foundation  13:51
 2   and asked and answered.                             13:51
 3          THE WITNESS:  Again, when you say "good," I   13:51
 4   don't know where I could like -- where I could say I 13:51
 5   know what a definition of good means.                13:51
 6   BY MR. LOESER:                                       13:51
 7      Q.   I will try one more time.  Would you agree   13:51
 8   that the email that you wrote is evidence of what    13:51
 9   you were thinking about the subjects discussed in    13:51
10   your email at the time you sent the email?           13:52
11          MR. FALCONER:  Objection.  Excuse me.         13:52
12   Objection.  Form.                                    13:52
13          THE WITNESS:  Again, I don't remember.  I     13:52
14   know the email is there, so I don't want to          13:52
15   speculate what I was thinking because I don't know.  13:52
16   BY MR. LOESER:                                       13:52
17      Q.   Do you ever go back and read your old emails 13:52
18   to try and understand what you were thinking at some 13:52
19   earlier time?                                        13:52
20      A.   Generally, no.  I have a lot of emails.      13:52
21      Q.   Have you ever done that?                     13:52
22      A.   Have I ever looked at an email?              13:52
23      Q.   Have you ever gone back and looked at an     13:52
24   email you wrote earlier to refresh your recollection 13:52
25   about what you were thinking at the time on a        13:52
```

Page 135

| | | |
|---|---|---|
| 1 | subject? | 13:52 |
| 2 | A.   I have done that. | 13:52 |
| 3 | Q.   And when you've done that, have you found | 13:52 |
| 4 | that you're able to refresh your recollection about | 13:53 |
| 5 | something you were thinking by reading your old | 13:53 |
| 6 | email? | 13:53 |
| 7 | A.   That depends.  It depends on whether that | 13:53 |
| 8 | situation was relevant to me at the time.  So if | 13:53 |
| 9 | it's tied to this specific scenario, again, I was | 13:53 |
| 10 | working on a lot of different things, so I don't | 13:53 |
| 11 | remember this specific -- and I don't know if that | 13:53 |
| 12 | would be relevant for that specific type of example. | 13:53 |
| 13 | Q.   So I looked through your communication here | 13:53 |
| 14 | to folks, Chris Daniels, KP, Ime Archibong.  I don't | 13:53 |
| 15 | see any reference here -- there is nothing in this | 13:53 |
| 16 | string that tells them not to rely on the | 13:53 |
| 17 | information that you wrote because you were | 13:53 |
| 18 | transitioning to another job; is that right? | 13:53 |
| 19 | A.   I don't think I understand. | 13:53 |
| 20 | Q.   Do you need the question read back? | 13:53 |
| 21 | A.   Well, I can tell you, I don't understand the | 13:54 |
| 22 | intent of the question. | 13:54 |
| 23 | Q.   How about just answer the question. | 13:54 |
| 24 | A.   I don't know. | 13:54 |
| 25 | Q.   You don't know if you said somewhere in this | 13:54 |

Page 136

| | | |
|---|---|---|
| 1 | email to your colleagues not to rely on the | 13:54 |
| 2 | information that you provided in the email? | 13:54 |
| 3 | Wouldn't that be -- if you had said that, wouldn't | 13:54 |
| 4 | that be like visible on the page we are looking at? | 13:54 |
| 5 | A.   So I didn't write that, but I don't know | 13:54 |
| 6 | what the intent of the question is.  I don't think I | 13:54 |
| 7 | write emails with caveats in mind. | 13:54 |
| 8 | Q.   The question is really simple.  Did you tell | 13:54 |
| 9 | your colleagues when you sent them this email, did | 13:54 |
| 10 | you write in the email, "Don't rely on the | 13:54 |
| 11 | information I'm providing because I'm transitioning | 13:54 |
| 12 | to the job"?  It is a yes-or-no question. | 13:54 |
| 13 | A.   I didn't write that specifically as -- as | 13:54 |
| 14 | it's in the document. | 13:54 |
| 15 | MR. FALCONER:  Sorry, I think my audio is | 13:54 |
| 16 | out.  I had an objection to that last question as | 13:55 |
| 17 | argumentative. | 13:55 |
| 18 | MR. LOESER:  We can go to Exhibit 9.  I will | 13:55 |
| 19 | have this document marked as Exhibit 9.  This is an | 13:55 |
| 20 | email from Brendan Moore to you, dated April 24th, | 13:55 |
| 21 | 2013. | 13:55 |
| 22 | MR. FALCONER:  Derek, I apologize.  I'm | 13:55 |
| 23 | having a hard time hearing you.  Is there any way | 13:55 |
| 24 | you can turn up your audio or move closer to the mic | 13:55 |
| 25 | or anything? | 13:55 |

Page 137

```
 1          MR. LOESER:  Let me try and change -- is      13:55
 2    that any clearer?                                   13:55
 3          MR. FALCONER:  Yeah.  That's a little         13:55
 4    better.  Thank you.                                 13:55
 5          (Exhibit 9 marked for identification.)        13:55
 6    BY MR. LOESER:                                       13:55
 7    Q.   Miss Chang, you are looking at an email from   13:55
 8    Brendan Moore to, it looks like, himself and also to 13:56
 9    you, dated April 24th, 2013.  Subject, "Message     13:56
10    Summary" with a long number.                        13:56
11          Do you see that?                              13:56
12    A.   Yes.                                            13:56
13    Q.   Who is Brendan Moore?                           13:56
14    A.   He was a colleague of mine.                     13:56
15    Q.   Okay.  Do you know what his job was at the     13:56
16    time?                                               13:56
17    A.   He was a data analyst.  I don't know if he     13:56
18    was an intern or full time at the time.             13:56
19    Q.   And this email, it looks like it forwards a    13:56
20    chat; is that -- is that right?                     13:56
21    A.    It looks to be.  I'm not sure.                13:56
22    Q.   Okay.  And it appears that you had -- you      13:56
23    were communicating with Mr. Moore via chat and that 13:56
24    he sent that communication to himself and to you; is 13:56
25    that right?                                          13:56
```

CONFIDENTIAL

```
 1          MR. FALCONER:  Objection.  Foundation.      13:56

 2          THE WITNESS:  I don't know what his intent   13:57

 3   was.  I don't know if that was true or not.         13:57

 4   BY MR. LOESER:                                       13:57

 5      Q.   Well, I'm not asking about his intent.  I'm  13:57

 6   just looking at the document and trying to           13:57

 7   understand what it is.  Does it appear to reproduce  13:57

 8   a chat that you had with Mr. Moore?                  13:57

 9      A.   I don't know.                                13:57

10      Q.   Okay.                                        13:57

11          MR. FALCONER:  Derek, can I -- if I           13:57

12   represent that this is just how chats get produced   13:57

13   in discovery, does that help?  Is that helpful?      13:57

14          MR. LOESER:  That is.  Thank you.             13:57

15   BY MR. LOESER:                                       13:57

16      Q.   If you look at the first line of the chat,   13:57

17   it's from you and it says:                           13:57

18          "Question - so for the ACU dashboard -        13:57

19          I noticed a lot of partner app IDs not        13:57

20          showing up."                                  13:57

21          Do you recall what the ACU dashboard was?     13:57

22      A.   No, I don't.                                 13:57

23      Q.   And you don't have any recollection of the   13:57

24   problem of partner IDs not showing up on the ACU     13:57

25   dashboard?                                           13:57
```

Page 139

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   No. | 13:57 |
| 2 | Q.   If we page down the chat, there's a line in | 13:57 |
| 3 | which you say: | 13:58 |
| 4 | "None of these app IDs show up." | 13:58 |
| 5 | That's on the second page, about the middle | 13:58 |
| 6 | of the page.  Actually, I think it is the third | 13:58 |
| 7 | page.  Third page.  I'm sorry.  There it is. | 13:58 |
| 8 | Do you see that? | 13:58 |
| 9 | A.   Yes. | 13:58 |
| 10 | Q.   And do you recall anything about this | 13:58 |
| 11 | conversation about these particular apps not showing | 13:58 |
| 12 | up? | 13:58 |
| 13 | A.   I don't recall this. | 13:58 |
| 14 | Q.   And if you look down, right below your | 13:58 |
| 15 | identification of the apps that don't show up, | 13:58 |
| 16 | Mr. Moore says: | 13:59 |
| 17 | "Some of those are in the GK." | 13:59 |
| 18 | Do you recall what the "GK" was? | 13:59 |
| 19 | A.   I know what GK is generally, but I don't | 13:59 |
| 20 | know which one he's referring to. | 13:59 |
| 21 | Q.   Okay.  What is GK generally? | 13:59 |
| 22 | A.   A gatekeeper. | 13:59 |
| 23 | Q.   Okay.  And what is that? | 13:59 |
| 24 | A.   I don't know the technicals behind that, so | 13:59 |
| 25 | I'm sure I'm explaining incorrectly, but from what I | 13:59 |

Page 140

CONFIDENTIAL

```
1    understand, it's some sort of permissioning --        13:59
2    permissioning system.                                  13:59
3        Q.   Permissioning for partners to get access to  13:59
4    permissions; is that right?                            13:59
5        A.   Again, I don't know where I can make that    13:59
6    assertion.  It's more technical than I'm familiar      13:59
7    with.                                                  13:59
8        Q.   Okay.  And right after he says, "Some of      13:59
9    those are in the GK," Mr. Moore says, "The rest        13:59
10   don't technically count towards our completeness       13:59
11   metric."                                               14:00
12        Do you know what the "completeness metric"        14:00
13   is?                                                    14:00
14        A.   No.                                          14:00
15        Q.   Okay.  Paging down a little further,         14:00
16   Mr. Moore says:                                        14:00
17             "My personal belief is that unless           14:00
18             the app is contributing towards a            14:00
19             valuable vertical, they shouldn't            14:00
20             count."                                      14:00
21        Do you know what a "valuable vertical"            14:00
22   refers to?                                             14:00
23        A.   No.                                          14:00
24        Q.   No idea?  That is not a term you ever used?  14:00
25   No understanding of it whatsoever?                     14:00
```

Page 141

CONFIDENTIAL

```
 1      A.   I just don't remember.              14:00

 2      Q.   Do you know what a "vertical" is?    14:00

 3      A.   A vertical, I think it depends on what  14:00

 4   context it's being used.                     14:00

 5      Q.   Well, here it's being used in the context of  14:00

 6   apps.  So do you know what it means in that context?  14:00

 7      A.   Again, I don't remember.             14:00

 8      Q.   Just no idea at all; is that what you are  14:00

 9   saying?                                      14:00

10      A.   Correct.                             14:00

11           MR. FALCONER:  Objection.  Asked and  14:00

12   answered.                                    14:00

13   BY MR. LOESER:                               14:00

14      Q.   Okay.  And then you respond:         14:00

15           "We don't support a lot of valuable  14:01

16           verticals today like commerce."      14:01

17           So do you know what you were talking about  14:01

18   there?                                       14:01

19      A.   Again, I don't remember.             14:01

20      Q.   On the next page, you say:           14:01

21           "From developer and platform growth,  14:01

22           on our end there are a lot of valuable  14:01

23           partnerships out there."             14:01

24           What did you mean by "valuable       14:01

25   partnerships"?  Let me help you with that.  Your  14:01
```

Page 142

| | | |
|---|---|---|
| 1 | next line says "that are contributing a lot of good | 14:01 |
| 2 | info." | 14:01 |
| 3 | So what do you mean by "valuable | 14:01 |
| 4 | partnerships that are contributing a lot of good | 14:01 |
| 5 | info." | 14:01 |
| 6 | A.   Sorry.  I hear some background sounds. | 14:01 |
| 7 | So, again, I don't know. | 14:02 |
| 8 | Q.   Okay.  What do you think you meant by | 14:02 |
| 9 | "partnerships that contribute a lot of good info"? | 14:02 |
| 10 | You worked with a lot of partners over a long period | 14:02 |
| 11 | of time.  Do you have any understanding of what it | 14:02 |
| 12 | is for a partnership -- for a partner to contribute | 14:02 |
| 13 | a lot of good info? | 14:02 |
| 14 | A.   So, again, I don't remember, so I don't | 14:02 |
| 15 | really -- I can't really guess. | 14:02 |
| 16 | Q.   So if someone said to you today, "Jackie, | 14:02 |
| 17 | this partner is contributing a lot of good info," | 14:02 |
| 18 | would you have any idea what they meant? | 14:02 |
| 19 | A.   Probably not. | 14:02 |
| 20 | Q.   If you turn to the next page of the chat, in | 14:02 |
| 21 | the middle, Mr. Moore writes: | 14:02 |
| 22 | "We don't want the tail to wag the dog. | 14:02 |
| 23 | The first priority is gaining valuable | 14:02 |
| 24 | data on users.  The second priority is | 14:02 |
| 25 | pretty boxes." | 14:02 |

Page 143

```
 1              Did you agree that the first priority for    14:02

 2    Facebook was gaining valuable data on users?          14:03

 3         A.   So, again, I don't really remember this     14:03

 4    conversation, so I don't really recall this.          14:03

 5         Q.   Let's keep going.  Right below that you say: 14:03

 6              "To be honest -- I don't think music         14:03

 7              is valuable data.  No one has found          14:03

 8              use for it on the advertising side."         14:03

 9              So what were you saying there?               14:03

10         A.   Again, I can't really speculate because I    14:03

11    don't remember.                                        14:03

12         Q.   Do you think that music is valuable data for 14:03

13    Facebook?                                              14:03

14         A.   Again, I don't remember the context.  I      14:03

15    don't know.                                            14:03

16         Q.   And you say:                                 14:03

17              "It's not even good targeting metrics."      14:03

18              So did you know what those words meant?      14:03

19         A.   Again, I don't remember, so I don't -- I     14:03

20    can't really assume.                                   14:03

21         Q.   So let's just look at this conversation      14:04

22    though and think for a minute.  When you wrote these   14:04

23    words "to be honest -- I don't think music is          14:04

24    valuable data.  No one has found use for it on the     14:04

25    advertising side," you are telling the jury that you   14:04
```

Page 144

```
 1   have utterly no understanding of what you meant by      14:04

 2   that?                                                    14:04

 3          MR. FALCONER:  Objection.  Form and asked        14:04

 4   and answered.                                            14:04

 5          THE WITNESS:  So I don't remember this chat      14:04

 6   specifically.                                            14:04

 7   BY MR. LOESER:                                           14:04

 8      Q.   I'm not asking you if you remember this chat    14:04

 9   specifically.  Do you need me to read the question      14:04

10   back?                                                    14:04

11      A.   Yes.                                             14:04

12          MR. LOESER:  Miss Jennings, would you please     14:04

13   read that question back.                                 14:04

14          (Record read as follows:                         14:04

15           "Q.  So let's just look at this                  14:04

16           conversation though and think for a             14:04

17           minute.  When you wrote these words 'to be      14:04

18           honest, I don't think music is valuable         14:04

19           data.  No one has found use for it on the       14:04

20           advertising side,' you are telling the          14:04

21           jury that you have utterly no                    14:04

22           understanding what you meant by that?")         14:04

23          MR. FALCONER:  Same objections.                  14:05

24          THE WITNESS:  Yes.  Because I don't              14:05

25   remember.                                                14:05
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MR. LOESER:                                    14:05

 2         Q.    Go down a little further in your chat.  You  14:05

 3    say:                                              14:05

 4              "Well, I think music falls into         14:05

 5              Facebook goal #1:  Keeping users        14:05

 6              engaged on Facebook.  But it doesn't    14:05

 7              help with #2:  Get monetizable data.    14:05

 8              Sorry for my rant."                     14:05

 9              So, Miss Chang, what did you mean by    14:05

10    Facebook "Goal #1, keeping users engaged on       14:05

11    Facebook"?                                        14:05

12         A.    So, again, I don't remember.           14:05

13         Q.    And as you sit here today, you have utterly  14:05

14    no understanding of what it would mean to keep users  14:05

15    engaged on Facebook?                              14:05

16         A.    Not in this context of this message.   14:05

17         Q.    Do you have any understanding of it in any  14:05

18    context?                                          14:05

19         A.    Well, keeping users engaged in terms of what  14:05

20    it actually says directly in there, I know what that  14:06

21    means, but I don't know it in the context of this  14:06

22    message.                                          14:06

23         Q.    What does that mean?                   14:06

24         A.    It means I don't remember this conversation.  14:06

25         Q.    I know, but you said you didn't understand  14:06
```

Page 146

```
 1    it in this context.  But what does it mean to you     14:06
 2    right now, as you sit here today, to keep users       14:06
 3    engaged on Facebook?                                  14:06
 4        A.   It means -- it means the same exact thing as 14:06
 5    it says, which is to keep them engaged on Facebook.   14:06
 6        Q.   What does "engaged" mean?                     14:06
 7        A.   Interacting.                                  14:06
 8        Q.   Okay.  So to keep users on the platform; is  14:06
 9    that right?                                            14:06
10        A.   Not necessarily.  To me, it means like       14:06
11    interacting.                                           14:06
12        Q.   Interacting with Facebook?                    14:06
13        A.   Interacting with each other.                  14:06
14        Q.   On Facebook?                                  14:06
15        A.   On Facebook.                                  14:06
16        Q.   Okay.  And when you say, "Get monetizable    14:06
17    data," what does that mean to you?  What does it      14:06
18    mean to "get monetizable data"?                       14:06
19        A.   I don't remember.                             14:06
20        Q.   Well, you still work at Facebook.  So as you 14:07
21    sit here today right now, what does "get monetizable  14:07
22    data" mean to you?                                     14:07
23        A.   It doesn't mean a lot because I don't work   14:07
24    on -- I don't work on ads, and I don't work on the   14:07
25    platform.                                              14:07
```

Page 147

CONFIDENTIAL

1      Q.   So are you telling the jury that the phrase   14:07

2   "get monetizable data" has utterly no meaning to you   14:07

3   now?                                                   14:07

4      A.   Yes.                                           14:07

5           MR. FALCONER:  Objection.  Asked and           14:07

6   answered and argumentative.                            14:07

7   BY MR. LOESER:                                         14:07

8      Q.   Which part of it, is it the "monetizable" or   14:07

9   the "data" that has no meaning to you?                 14:07

10      A.   Both.  I just don't remember this             14:07

11   conversation, so I don't know what the context of it  14:07

12   is.                                                    14:07

13      Q.   Right.  I'm not asking about the              14:07

14   conversation.  I'm asking you about the words         14:07

15   "monetizable data" and I just want to make sure it's  14:07

16   clear for the jury what you are saying.               14:07

17           You have no understanding whatsoever about    14:07

18   what "monetizable data" means?                        14:07

19           MR. FALCONER:  Same objections.               14:07

20           THE WITNESS:  Correct.  In this context, I    14:07

21   don't know what it means.                             14:07

22   BY MR. LOESER:                                        14:08

23      Q.   I'm not asking you about this context.  I'm   14:08

24   asking you at all.  Do you have an understanding of   14:08

25   those terms at all?                                   14:08

Page 148

CONFIDENTIAL

```
 1      A.   I think --                          14:08

 2           MR. FALCONER:  Same objection.      14:08

 3           THE WITNESS:  I think it depends.   14:08

 4  BY MR. LOESER:                               14:08

 5      Q.   Okay.  What does it depend on?      14:08

 6      A.   I think it depends on -- I don't know -- the 14:08

 7  interpretation of it.                        14:08

 8      Q.   Okay.  What's your interpretation of it?  If 14:08

 9  someone were to say to you today, "Miss Chang, can  14:08

10  you tell me what monetizable data is for Facebook?"  14:08

11  How would you answer that question?          14:08

12      A.   I honestly don't know.  I don't work on this 14:08

13  anymore, so I don't know what monetizable data is at 14:08

14  this point.                                  14:08

15      Q.   Okay.  Is this something that you perhaps  14:08

16  knew when you wrote this chat?               14:08

17      A.   I -- I can't speculate on that.     14:08

18      Q.   So would you have used the terms    14:08

19  "monetizable data" if you didn't know what they  14:08

20  meant?                                       14:08

21      A.   I'm not sure I understand.          14:08

22      Q.   Well, you wrote it.  So I'm wondering if  14:08

23  when you wrote it, is that your practice to use  14:09

24  terms you have no understanding of when you write to 14:09

25  people?                                      14:09
```

Page 149

```
 1      A.   So, again, I don't remember this        14:09
 2  conversation so I don't -- I don't know in that   14:09
 3  context.                                           14:09
 4      Q.   I'm not asking you about it in this context.  14:09
 5  I'm trying to understand how you communicate to    14:09
 6  people.                                            14:09
 7          You used the term "monetizable data."  You  14:09
 8  don't remember what it means now, but is it fair to  14:09
 9  say you knew what it meant when you wrote this chat?  14:09
10          MR. FALCONER:  Objection.  Foundation.    14:09
11          THE WITNESS:  Again, I don't know.        14:09
12  BY MR. LOESER:                                      14:09
13      Q.   What don't you know?                     14:09
14      A.   I don't know what your question means.   14:09
15      Q.   Really?                                  14:09
16      A.   Yes.                                      14:09
17      Q.   My question is if you understand -- when you  14:09
18  wrote the words "monetizable data" if you understood  14:09
19  what that meant when you wrote it?                 14:09
20          MR. FALCONER:  Objection.  Asked and      14:09
21  answered.                                          14:09
22          THE WITNESS:  So I don't know what the state  14:10
23  of my mind was at that time, so I can't speculate  14:10
24  that.                                              14:10
25  / / /                                              14:10
```

Page 150

CONFIDENTIAL

```
 1    BY MR. LOESER:                                        14:10

 2        Q.   But it's fair to say it was not your general 14:10

 3    practice to use words that you didn't understand;     14:10

 4    right?                                                14:10

 5        A.   I don't -- again, I don't -- I don't know    14:10

 6    what you mean by that.                                14:10

 7        Q.   It might have been your general practice to  14:10

 8    use words you don't understand?                       14:10

 9        A.   I think it's possible to use words I don't   14:10

10    fully understand, yes.                                14:10

11        Q.   Do you recall ever talking to any of your    14:10

12    other colleagues ever about what monetizable data     14:10

13    means to Facebook?                                    14:10

14        A.   I don't remember.                            14:10

15             MR. LOESER:   The next exhibit is Exhibit 10. 14:11

16             (Exhibit 10 marked for identification.)      14:11

17    BY MR. LOESER:                                        14:11

18        Q.   For the record, Exhibit 10 is an email from  14:11

19    KP to Miss Chang, dated August 23rd, 2013, Subject    14:11

20    line, "Re:   T0/Special Cases for P3 Consideration."  14:11

21             And looking at the subject line, which is    14:12

22    one we've seen before, can you explain what           14:12

23    "T0/Special Cases for P3 consideration" means?        14:12

24        A.   I think, like I said before, I mean, it      14:12

25    means like T0, top priority.                          14:12
```

Page 151

```
 1        Q.   And the reference to "special cases," take a    14:12
 2   minute to look at the email string.  It might help        14:12
 3   you answer the questions if you haven't already.          14:12
 4        A.   Okay.  Okay.                                     14:12
 5        Q.   Okay.  Now, as we -- as I mentioned a moment     14:14
 6   ago, this is an email from KP to you that starts an        14:14
 7   email string.  And the subject is the same as the         14:14
 8   subject of the earlier August 21st email that we          14:14
 9   talked about.                                             14:14
10             And if you go down to the email at the          14:14
11   bottom of the first page, or midway through the           14:14
12   first page, it's an email from you to Chris Daniels,      14:14
13   Ime Archibong and KP, with a CC to Simon Cross,           14:14
14   dated August 22nd, 2013.  Do you see that?               14:14
15        A.   Yes.                                            14:14
16        Q.   And it has that same subject, "T0/Special       14:14
17   Cases for P3 consideration"; right?                       14:14
18        A.   Yes.                                            14:14
19        Q.   And if you look at the second paragraph --      14:15
20   let's look at the first paragraph.  You write:           14:15
21             "I don't think we should approach any           14:15
22             partnership/sales team yet until we             14:15
23             are in agreement with Product (Vernal/          14:15
24             Constantin) and PMM on an appropriate           14:15
25             communication plan (as it'll just              14:15
```

Page 152

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | create unnecessary anxiety).  For | 14:15 |
| 2 | tomorrow's meeting, I promised | 14:15 |
| 3 | Constantin that I'd provide him a | 14:15 |
| 4 | recommendation for our team - if you | 14:15 |
| 5 | don't see any issues, I'm going to | 14:15 |
| 6 | give him our top-level doc." | 14:15 |
| 7 | Do you see that? | 14:15 |
| 8 | A.   Yes. | 14:15 |
| 9 | Q.   So this shows, again, your involvement in | |
| 10 | this subject of important cases for P3 | |
| 11 | consideration; right? | |
| 12 | A.   It appears so, yes. | 14:15 |
| 13 | Q.   Okay.  And if you look down your email a | 14:15 |
| 14 | little further, you say: | 14:15 |
| 15 | "For this meeting, I'd like to ensure | 14:15 |
| 16 | a couple things are accomplished." | 14:15 |
| 17 | Could you read your first paragraph there, | 14:16 |
| 18 | No. 1? | 14:16 |
| 19 | A.   "Immediate feedback re:  Sales and | 14:16 |
| 20 | Platform partners planning to launch | 14:16 |
| 21 | integrations (i.e., Royal Bank, | 14:16 |
| 22 | NetFlix, Starbucks).  I need to | 14:16 |
| 23 | provide feedback for RB and Starbucks | 14:16 |
| 24 | by Monday and how they should move | 14:16 |
| 25 | forward. | 14:16 |

Page 153

```
 1                    "RB and NetFlix were approved for        14:16
 2            Titan API - it seems our general            14:16
 3            recommendation will be for these
 4            partners to proceed; however, it
 5            would be good to understand our
 6            long-term rationale strategy in
 7            handling these partners.  Starbucks      14:16
 8            is an interesting case, where our        14:16
 9            sales team sold them an integration      14:16
10            reliant on friend data and are           14:16
11            getting close to launch."                14:16
12      Q.    Okay.  So you are discussing particular  14:16
13   partners and that -- fair to say that these are   14:16
14   referred to as important special cases for P3     14:16
15   consideration?                                     14:16
16      A.    Again, I don't remember, so I don't know if  14:16
17   these are specifically special cases.             14:16
18      Q.    Okay.  But that's the subject of the email  14:16
19   and that's the information that's below that      14:16
20   subject; right?                                    14:16
21      A.    That is the subject, but I don't know if   14:16
22   that's still the context.                          14:17
23      Q.    Okay.  And when you say, "RB and NetFlix  14:17
24   were approved for Titan API," what was "Titan API"?  14:17
25      A.    I don't remember.                         14:17
```

Page 154

```
 1        Q.   Utterly no recollection whatsoever what      14:17

 2   "Titan API" was?                                       14:17

 3        A.   Correct.                                     14:17

 4        Q.   And when you say, "Starbucks is an           14:17

 5   interesting case where our sales team sold them an     14:17

 6   integration reliant on friend data and are getting     14:17

 7   close to launch," does that mean that when the sales   14:17

 8   team worked up the partnership with Starbucks, the     14:17

 9   information that Starbucks was going to obtain in       14:17

10   that partnership included friends data?                14:17

11        A.   Again, I don't remember, so I don't know     14:17

12   specifically if it's the intent you laid out.          14:17

13        Q.   Is that what those words mean to you that I  14:17

14   just read on the page?  Do you want me to read --      14:17

15        A.   No.                                          14:18

16        Q.   I will read it again.  You tell me if that's 14:18

17   what those words seem to mean to you, words that you   14:18

18   wrote.                                                 14:18

19             "Starbucks is an interesting case            14:18

20             where our sales team sold them on an         14:18

21             integration reliant on friend data          14:18

22             and are getting close to launch."           14:18

23             What do those words mean to you right now    14:18

24   when you read them?                                    14:18

25        A.   It means what it says.  That "Starbucks is   14:18
```

Page 155

```
1    an interesting case where our sales team sold them    14:18
2    on an integration reliant on friend data and are      14:18
3    getting close to launch."                             14:18
4         Q.   So that perhaps made it problematic to stop 14:18
5    letting them access friend data; right?               14:18
6         A.   So I don't remember, so I don't -- I can't  14:18
7    draw that conclusion.  I don't know.                  14:18
8         Q.   Can you read No. 2 item in your email.      14:18
9         A.   "2/General approach on exceptions or        14:18
10             wind-down for these major categories:        14:19
11             "T0 Partnerships.                            14:19
12             "Device/Hardware - Strategic (i.e.           14:19
13             Feature phones).                             14:19
14             "Device/Hardware - Non-Strategic             14:19
15             (i.e. Social TV).                            14:19
16             "Web/Mobile Apps - Strategic (i.e.           14:19
17             Titan Partners).                             14:19
18             "Web/Mobile Apps - Non-Strategic             14:19
19             (i.e. Gifting, Aggregators, etc.)"           14:19
20        Q.   You can stop there.                          14:19
21             And you indicate that you need to determine  14:19
22   a general approach on exceptions for these major       14:19
23   categories.  And those categories that you just        14:19
24   read, those are the major categories that you were     14:19
25   referring to?                                          14:19
```

Page 156

1      A.    So, again, I don't remember, so I don't know   14:19

2   if that's -- if that's all categories or whatever   14:19

3   it's saying.   14:20

4      Q.    And what did you mean by "exceptions"?   14:20

5      A.    I don't remember the context of it, so I   14:20

6   don't -- I don't know.   14:20

7      Q.    And can you explain the difference between   14:20

8   "strategic" and "non-strategic" as that's used in   14:20

9   the -- when you describe different categories?   14:20

10      A.    No, I don't remember.   14:20

11      Q.    And as you sit here today, as someone still   14:20

12   working for Facebook, can you explain the difference   14:20

13   between strategic and non-strategic partners?   14:20

14      A.    So I think it would depend on the context in   14:20

15   terms of how we're working with them.   14:20

16      Q.    So what would it mean in the context of   14:20

17   considering exceptions to the elimination of friends   14:20

18   permissions?   14:20

19         MR. FALCONER:  Objection.  Asked and   14:20

20   answered.   14:20

21         THE WITNESS:  So, again, I don't remember,   14:20

22   so I don't -- I can't speculate on that.   14:21

23   BY MR. LOESER:   14:21

24      Q.    And, then, next in your email you say:   14:21

25         "We should also ensure that we actively   14:21

Page 157

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | collaborate with Product & PMM..." | 14:21 |
| 2 | What is "Product and PMM"? | 14:21 |
| 3 | A.   Product managers and PMM, partner marketing | 14:21 |
| 4 | managers. | 14:21 |
| 5 | Q.   Okay.  So looking at the beginning of your | 14:21 |
| 6 | email, you communicate to your -- the recipients of | 14:21 |
| 7 | this email that you would like to "ensure a couple | 14:21 |
| 8 | things are accomplished"; is that right? | 14:21 |
| 9 | A.   For the meeting. | 14:21 |
| 10 | Q.   Okay. | 14:21 |
| 11 | A.   Yeah, for the meeting tomorrow, yeah. | 14:21 |
| 12 | Q.   And you were involved enough in this process | 14:21 |
| 13 | to communicate to your colleagues what you would | 14:21 |
| 14 | like to see accomplished; is that right? | 14:21 |
| 15 | A.   Well, like I said, it says "for a meeting | 14:21 |
| 16 | tomorrow" and what I want to accomplish for that | 14:22 |
| 17 | meeting. | 14:22 |
| 18 | Q.   Okay.  And then down below when you say, | 14:22 |
| 19 | "We should also ensure that we actively collaborate | 14:22 |
| 20 | with Product & PMM," is that a recommendation from | 14:22 |
| 21 | you that you want to -- when you say we want to | 14:22 |
| 22 | "ensure that we actively collaborate," is that you | 14:22 |
| 23 | instructing or guiding this group of people on | 14:22 |
| 24 | something that should happen? | 14:22 |
| 25 | A.   It sounds like it's a recommendation. | 14:22 |

Page 158

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. LOESER:  We can put that document aside, | 14:22 |
| 2 | and I will introduce Exhibit 11, which for the | 14:22 |
| 3 | record is an email from Simon Cross to Ime | 14:22 |
| 4 | Archibong, Jackie Chang, and KP, dated September | 14:22 |
| 5 | 3rd, 2013, with the subject line "Re: P3.0 Rollout | 14:22 |
| 6 | Plan." | 14:23 |
| 7 | (Exhibit 11 marked for identification.) | 14:23 |
| 8 | BY MR. LOESER: | 14:23 |
| 9 | Q.   So, Miss Chang, if you look at this email, | 14:23 |
| 10 | who is Simon Cross? | 14:23 |
| 11 | A.   He was a colleague. | 14:23 |
| 12 | Q.   Okay.  Was he in the same department or do | 14:23 |
| 13 | you recall what his position was? | 14:23 |
| 14 | A.   I think he was a partner manager at this | 14:23 |
| 15 | time. | 14:23 |
| 16 | Q.   Okay.  Does that mean you were reporting to | 14:23 |
| 17 | him or he was reporting to you? | 14:23 |
| 18 | A.   I was reporting to Ime and I had no reports. | 14:23 |
| 19 | Q.   Okay.  And so Simon Cross sends a slide deck | 14:23 |
| 20 | about P3 rollout planning and it goes to, among | 14:23 |
| 21 | other people, yourself; is that right? | 14:23 |
| 22 | A.   That's what it looks like. | 14:23 |
| 23 | Q.   Okay.  And if you look down the page a bit, | 14:24 |
| 24 | it looks like they're planning a meeting for P3 | 14:24 |
| 25 | rollout planning and they reschedule it so you can | 14:24 |

Page 159

| | | |
|---|---|---|
| 1 | make it; is that right? | 14:24 |
| 2 | A.    That's what it looks like. | 14:24 |
| 3 | MR. FALCONER:  Objection.  Foundation. | 14:24 |
| 4 | MR. LOESER:  All right.  Let's turn to the | 14:24 |
| 5 | attachment, which we will introduce as Exhibit 12. | 14:24 |
| 6 | (Exhibit 12 marked for identification.) | 14:24 |
| 7 | BY MR. LOESER: | 14:24 |
| 8 | Q.    And I will represent for the record, | 14:24 |
| 9 | Miss Chang, that Exhibit 12 is the document that was | 14:24 |
| 10 | attached to Mr. Cross' email that went to you, among | 14:24 |
| 11 | others. | 14:24 |
| 12 | And this slide deck is titled, "Platform 3.0 | 14:24 |
| 13 | Planning, Preparation & Execution." | 14:24 |
| 14 | Did I read that right? | 14:25 |
| 15 | A.    Yes. | 14:25 |
| 16 | Q.    And you received this slide deck, as | 14:25 |
| 17 | reflected in the cover email, on September 3rd, | 14:25 |
| 18 | 2013; right? | 14:25 |
| 19 | A.    If that's what it says in the email. | 14:25 |
| 20 | Q.    So if you go to the second page of the slide | 14:25 |
| 21 | deck, after the -- first page after the title page, | 14:25 |
| 22 | and the slide is captioned "2 separate pieces of | 14:25 |
| 23 | work." | 14:25 |
| 24 | Do you see that? | 14:25 |
| 25 | A.    Yes. | 14:25 |

Page 160

CONFIDENTIAL

1    Q.   And under the heading, "Capabilities      14:25

2  Cleanup," can -- the first bullet says, "Audit    14:25

3  existing private API whitelists," then "who has what  14:25

4  and why?" "GOAL:  Cleaner, more equitable, more   14:25

5  supportable Platform."                             14:26

6       Do you see that?                              14:26

7    A.   Yes.                                        14:26

8    Q.   And, Miss Chang, do you recall being       14:26

9  involved in the audit of existing private API      14:26

10  whitelists?                                        14:26

11    A.   No, I don't recall.                        14:26

12    Q.   And do you recall the effort to figure out  14:26

13  what partners or apps were whitelisted and why?    14:26

14    A.   I don't remember.                          14:26

15    Q.   Do you remember anything at all about any  14:26

16  involvement you had in the subject matter of       14:26

17  whitelists?                                        14:26

18    A.   Sorry.  Can you state that question again?  14:26

19    Q.   Do you remember being involved in any way in  14:26

20  figuring out what partners were whitelisted and why?  14:26

21    A.   Not -- I don't remember.                   14:26

22    Q.   This slide over on the right side refers to  14:27

23  "Gracefully manage this huge transition. "        14:27

24       Was the rollout to Platform 3.0 a huge       14:27

25  transition?                                        14:27

                                        Page 161

CONFIDENTIAL

```
 1      A.   Again, I don't remember.                14:27

 2      Q.   Turn to the next slide.  The heading is,  14:27

 3   "P3.0 Launches/Deprecations."                     14:27

 4           Do you see that?                           14:27

 5      A.   Yes.                                       14:27

 6      Q.   And if you look, there is a table in the  14:27

 7   middle for "Public API Deprecations," and it states:  14:27

 8           "Currently, public APIs which will        14:28

 9           become whitelist only or deprecated       14:28

10           entirely."                                14:28

11           Do you see that?                          14:28

12      A.   Yes.                                       14:28

13      Q.   And do you remember the role you played in  14:28

14   evaluating these different deprecations?          14:28

15      A.   No.                                        14:28

16           MR. FALCONER:  Objection.  Foundation.    14:28

17           THE WITNESS:  No.                          14:28

18   BY MR. LOESER:                                     14:28

19      Q.   Okay.  We can go to the next slide.  Oh,  14:28

20   actually, sorry, go back up to the...             14:28

21           Do you see on here that the deprecations  14:28

22   included "Feed API and read_stream permission"?   14:28

23      A.   I see it written there, yes.              14:28

24      Q.   Do you see the next deprecation is        14:28

25   "friends_permissions"?                            14:28
```

Page 162

```
 1        A.    Yes, I see that there.                14:28
 2        Q.    And do you see that those are -- those two   14:28
 3   deprecations are the deprecations of permissions    14:29
 4   that are most widely used by apps on this table.  Is  14:29
 5   that your understanding?                          14:29
 6        A.    So -- yeah, so I don't know the context of  14:29
 7   that, so I don't -- I don't know if it really is or  14:29
 8   isn't.                                            14:29
 9        Q.    Okay.  But you see that for "Feed API and  14:29
10   read_stream," it says, "Number of apps requesting    14:29
11   these permissions per day," and it says, "7,003"?   14:29
12        A.    Yes, I see that.                       14:29
13        Q.    And do you see under "friends_permissions,"  14:29
14   it says, "Number of apps requesting these         14:29
15   permissions today," it says "18,067"?             14:29
16        A.    Yes, I see that.                       14:29
17        Q.    Okay.  Go to the next slide.           14:29
18              Now, Miss Chang, you were involved in   14:29
19   preparing for the deprecations of these permissions,  14:29
20   were you not?                                     14:29
21        A.    Again, I -- I don't remember.          14:30
22        Q.    Okay.  If you look at the first bullet, it  14:30
23   says:                                             14:30
24              "Pre-enforce use existing policies to    14:30
25              revoke app access (note:  No appetite    14:30
```

Page 163

CONFIDENTIAL

```
 1              to do this at present)."              14:30

 2         Do you recall there being no appetite to use 14:30

 3    existing policies to revoke app access?        14:30

 4      A.   Again, I don't remember this.           14:30

 5      Q.   Okay.  And you look at the next one:     14:30

 6           "Standard Apps are notified on P-day     14:30

 7           and have n-days to comply (vast         14:30

 8           majority of apps)."                     14:30

 9         Do you recall what that refers to?        14:30

10      A.   No.                                      14:30

11      Q.   This next bullet item is:               14:30

12           "Extension Apps given n+x days to       14:30

13           comply due to long upgrade cycles -     14:30

14           e.g., devices (SmartTV, in-car,         14:30

15           mobile OS's)."                          14:30

16         Do you have an understanding of what      14:30

17    "extensions" are?                              14:30

18      A.   I know what an extension is, but I don't -- 14:30

19    I don't recognize in this context.             14:30

20      Q.   Yeah.  You don't recall in any way your 14:30

21    involvement in sorting out whether any partners were 14:30

22    given extensions of the friends permission     14:31

23    deprecation?                                   14:31

24      A.   I don't remember.                       14:31

25      Q.   Okay.  And:                             14:31
```

Page 164

| | | |
|---|---|---|
| 1 | "Exception Apps to be whitelisted | 14:31 |
| 2 | indefinitely due to their strategic | 14:31 |
| 3 | value to Facebook." | 14:31 |
| 4 | That must be something that you remember; | 14:31 |
| 5 | right? | 14:31 |
| 6 | A.   I don't remember it. | 14:31 |
| 7 | Q.   Okay.  You don't recall the role you played | 14:31 |
| 8 | in determining which whitelisted apps -- which apps | 14:31 |
| 9 | should be whitelisted indefinitely due to their | 14:31 |
| 10 | strategic value to Facebook? | 14:31 |
| 11 | A.   Correct.  I don't remember. | 14:31 |
| 12 | Q.   As you sit here today, can you recall the | 14:31 |
| 13 | difference between providing an app with an | 14:31 |
| 14 | extension versus an exception? | 14:31 |
| 15 | A.   No, I can't. | 14:31 |
| 16 | Q.   Do you think you ever knew what the | 14:31 |
| 17 | difference was? | 14:31 |
| 18 | A.   I don't know. | 14:31 |
| 19 | MR. LOESER:  We can go to the next exhibit. | 14:31 |
| 20 | (Exhibit 13 marked for identification.) | 14:32 |
| 21 | BY MR. LOESER: | 14:32 |
| 22 | Q.   This will be Exhibit 13, which is an | 14:32 |
| 23 | email from Simon Cross to you and others, dated | 14:32 |
| 24 | December 10th, 2013, the subject "Re:  Simon's | 14:32 |
| 25 | updates - 6th of December." | 14:32 |

Page 165

```
 1              Do you see this document, Miss Chang?     14:32

 2       A.   Now, I do.  Can I have time to read through  14:32

 3   it?                                                   14:33

 4       Q.   Sure.                                        14:33

 5       A.   Okay.                                        14:33

 6       Q.   And if you flip through this email string,  14:33

 7   you have probably noticed that this is a string that  14:33

 8   has a series of updates called "Simon's updates."    14:33

 9              Did you see that?                          14:33

10       A.   Yes.                                         14:33

11       Q.   And do you recall that Simon Cross regularly 14:33

12   sent out updates that were dated?                     14:33

13       A.   I don't really remember the updates          14:34

14   specifically, but like it says in the email, it      14:34

15   looks like he sends it out regularly.                14:34

16       Q.   Okay.  And in the update, he runs through a  14:34

17   series of projects; is that right?                   14:34

18       A.   It looks that way, yes.                      14:34

19       Q.   Any reason to think that he was sending out  14:34

20   false information?                                    14:34

21       A.   I'm not sure I know what that means.         14:34

22       Q.   Well, you got these updates and you didn't   14:34

23   read them and go, wow, this is all untrue; right?    14:34

24   There is no email -- you wouldn't have an email back  14:34

25   to Simon saying, stop sending these updates, they    14:34
```

Page 166

```
 1   are all untrue?                                     14:34

 2        A.   Well, that would be rude of me, but...    14:34

 3        Q.   You don't recall doing that?              14:34

 4        A.   No, but I don't -- I don't really remember 14:34

 5   reading through these updates just because we all  14:34

 6   had to write updates so I don't really spend time  14:34

 7   reading other people's updates.                    14:34

 8        Q.   What did you write updates about?         14:35

 9        A.   The projects I was working on.            14:35

10        Q.   Okay.  And so let's look at -- go to the  14:35

11   third page of the email string.  There is a heading, 14:35

12   "Platform Simplification."                         14:35

13             Do you see that?                          14:35

14        A.   On page 3?                                14:35

15        Q.   On page 3.  Well, there is a heading      14:35

16   "Platform Simplification" on every single one of the 14:35

17   updates, but there is one for the one dated November 14:35

18   8th, 2013, as well.  Do you see that?              14:35

19        A.   Yes.                                      14:35

20        Q.   And tell me, what was "platform           14:35

21   simplification"?                                   14:35

22        A.   I don't remember.                         14:35

23        Q.   You remember absolutely nothing about a task 14:35

24   that you were involved in called "platform         14:35

25   simplification"?                                   14:35
```

Page 167

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection. | 14:35 |
| 2 | THE WITNESS:  I don't remember. | 14:35 |
| 3 | BY MR. LOESER: | 14:35 |
| 4 | Q.   Okay.  Well, let's look at what it says you | 14:35 |
| 5 | were doing -- | 14:36 |
| 6 | SPECIAL MASTER GARRIE:  Sorry.  When we get | 14:36 |
| 7 | to a breaking point -- any idea when that may be? | 14:36 |
| 8 | MR. FALCONER:  I was thinking after the | 14:36 |
| 9 | next -- after we are done with this document. | 14:36 |
| 10 | MR. LOESER:  That's fine. | 14:36 |
| 11 | SPECIAL MASTER GARRIE:  And then I would | 14:36 |
| 12 | like all the lawyers to be moved into another room. | 14:36 |
| 13 | Thank you. | 14:36 |
| 14 | BY MR. LOESER: | 14:36 |
| 15 | Q.   Miss Chang, if you look at the Platform | 14:36 |
| 16 | Simplification task, you will see the last bullet. | 14:36 |
| 17 | Can you read that last bullet, please? | 14:36 |
| 18 | A.   "Jackie leading on putting together | 14:36 |
| 19 | a new whitelist process with Legal | 14:36 |
| 20 | and Product." | 14:36 |
| 21 | Q.   And is that accurate? | 14:36 |
| 22 | A.   Again, I don't remember. | 14:36 |
| 23 | Q.   So as you sit here today, you have zero | 14:36 |
| 24 | recollection of your being tasked with leading on | 14:36 |
| 25 | putting together a new whitelist process with Legal | 14:36 |

Page 168

```
 1   and Product?                                        14:36

 2       A.   I don't remember this specifically.        14:36

 3       Q.   Do you remember anything at all about it?  14:36

 4       A.   No, I don't.                               14:36

 5       Q.   Okay.  Let's move up the string to page 2 of 14:37

 6   the string under the same heading, "Platform        14:37

 7   Simplification."                                    14:37

 8            You will see that this update, if you go   14:37

 9   farther up the string, is November 25th, 2013.  It  14:37

10   was sent by Simon Cross.  The first recipient in the 14:37

11   "to" list is you.                                   14:37

12            Do you see that?                           14:37

13       A.   Sorry.  What date?                         14:37

14       Q.   November 25th, 2013.                       14:37

15       A.   Okay.                                      14:37

16       Q.   First recipient, first person Simon put on 14:37

17   that "to" line was Jackie Chang; right?             14:37

18       A.   Well, I don't know if I'm -- I'm the first 14:37

19   person that shows up there.                         14:37

20       Q.   All right.  And let's go down to "Platform 14:37

21   Simplification."  So why don't you read the second  14:37

22   bullet.                                             14:37

23       A.   "New Whitelisting process -- Jackie        14:37

24            working closely with Marie and Legal       14:37

25            to design a fast but safe process          14:37
```

Page 169

| | | |
|---|---|---|
| 1 | for whitelisting apps.  Spec for | 14:38 |
| 2 | updates to tools in progress and | 14:38 |
| 3 | moving towards build-stage.  Audit | 14:38 |
| 4 | of existing Capabilities for legal | 14:38 |
| 5 | risk is underway." | 14:38 |
| 6 | Q.   So do you remember working closely with | 14:38 |
| 7 | Marie in legal? | 14:38 |
| 8 | A.   I don't. | 14:38 |
| 9 | Q.   And who is Marie? | 14:38 |
| 10 | A.   I don't know which Marie it may be referring | 14:38 |
| 11 | to. | 14:38 |
| 12 | Q.   Okay.  And so, Miss Chang, you're telling | 14:38 |
| 13 | the jury that even though this bullet indicates that | 14:38 |
| 14 | you were "working closely with Marie in Legal to | 14:38 |
| 15 | design a fast but safe process for whitelisting | 14:38 |
| 16 | apps," you have utterly no recollection of anything | 14:38 |
| 17 | relating to that task? | 14:38 |
| 18 | A.   Correct. | 14:38 |
| 19 | MR. LOESER:  This is a fine time to take a | 14:38 |
| 20 | break, as Special Master Garrie has requested. | 14:38 |
| 21 | THE VIDEOGRAPHER:  Okay.  This marks the end | 14:39 |
| 22 | of media No. 3 in the deposition of Jackie Chang. | 14:39 |
| 23 | Going off the record.  The time is 2:39. | 14:39 |
| 24 | (Off the record.) | 14:39 |
| 25 | THE VIDEOGRAPHER:  This marks the beginning | 15:04 |

Page 170

| | | |
|---|---|---|
| 1 | of media No. 4 in the deposition of Jackie Chang. | 15:04 |
| 2 | We are back on the record.  The time is 3:04. | 15:04 |
| 3 | MR. LOESER:  If we could mark as Exhibit 14 | 15:04 |
| 4 | the next document, which for the record is an email | 15:04 |
| 5 | from Ime Archibong to Eddie O'Neil and Simon Cross, | 15:04 |
| 6 | dated February 9th, 2014, Subject line "Forward: | 15:05 |
| 7 | Our teams next steps for PS12n.  Importance:  High." | 15:05 |
| 8 | (Exhibit 14 marked for identification.) | 15:05 |
| 9 | BY MR. LOESER: | 15:05 |
| 10 | Q.   Miss Chang, do you see this email? | 15:05 |
| 11 | A.   Yes. | 15:05 |
| 12 | Q.   And do you see that the email forwards an | 15:05 |
| 13 | email from Ime Archibong to you and Simon Cross on | 15:05 |
| 14 | the same day, February 9th, 2014? | 15:05 |
| 15 | A.   Yes. | 15:05 |
| 16 | Q.   What does it mean when an email is marked as | 15:05 |
| 17 | "Importance High"? | 15:05 |
| 18 | MR. FALCONER:  Objection.  Foundation. | 15:05 |
| 19 | THE WITNESS:  That it's of high importance. | 15:05 |
| 20 | BY MR. LOESER: | 15:05 |
| 21 | Q.   Okay.  And if we look down to the email in | 15:05 |
| 22 | the middle of the page, a little further, there's an | 15:05 |
| 23 | email from you, part of this string, to -- is it | 15:05 |
| 24 | Ime?  Ime Archibong?  Am I saying that right? | 15:06 |
| 25 | A.   Ime. | 15:06 |

Page 171

CONFIDENTIAL

1    Q.    Ime -- to Ime and Simon Cross, and that's      15:06

2    the email that's forwarded above and then forwarded  15:06

3    above that; is that right?                           15:06

4    A.    Yes.   Sorry, is it okay if I read the email?  15:06

5    Q.    Absolutely.   Yeah.                             15:06

6    A.    Okay.                                           15:07

7    Q.    Okay.   Let's start at the very beginning of   15:07

8    this string, if you go to the second page.   At the  15:07

9    very bottom of the string is an email from Ime to    15:07

10   you and Simon Cross on February 9th, 2014, "Subject: 15:07

11   Re:   Our teams next steps for PS12n."   And she asks: 15:07

12          "Can I have both of you join me for           15:08

13          the second half of a Dan update               15:08

14          tomorrow -- to talk a bit more about          15:08

15          PS12N and where we are from a product         15:08

16          perspective (Simon) and a partnerships        15:08

17          perspective (Jackie)."                        15:08

18          Do you see that?                              15:08

19   A.    Yes.                                            15:08

20   Q.    Can you tell me what "PS12N" refers to?        15:08

21   A.    I don't remember.                              15:08

22   Q.    Okay.   And so whatever it meant, you were     15:08

23   being asked to provide your perspective on the      15:08

24   partnership perspective; is that right?             15:08

25          MR. FALCONER:   Objection.   Foundation.       15:08

Page 172

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 15:08 |
| 2 | BY MR. LOESER: | 15:08 |
| 3 | Q.   Okay. | 15:08 |
| 4 | A.   It looks like that. | 15:08 |
| 5 | Q.   And so -- and above that is an email from | 15:08 |
| 6 | you at 2:19 p.m., where you say: | 15:08 |
| 7 | "Sure thing - can I call or VC as in | 15:08 |
| 8 | I'm working from LA?" | 15:09 |
| 9 | Do you see that? | 15:09 |
| 10 | A.   Yes. | 15:09 |
| 11 | Q.   Okay.  And then moving up, Ime sends another | 15:09 |
| 12 | email about this at 2:28 and indicates what -- is it | 15:09 |
| 13 | a he or a she? | 15:09 |
| 14 | A.   Sorry, who? | 15:09 |
| 15 | Q.   Ime.  It says -- well, whatever -- I think | 15:09 |
| 16 | it would be most helpful, Ime describes what -- what | 15:09 |
| 17 | in his or her view would be most helpful; right? | 15:09 |
| 18 | A.   His. | 15:09 |
| 19 | Q.   His, okay. | 15:09 |
| 20 | Is that right? | 15:09 |
| 21 | A.   (Witness nods.) | 15:09 |
| 22 | Q.   And the second bullet of what he thinks | 15:09 |
| 23 | would be helpful is directed to you; is that right? | 15:09 |
| 24 | A.   Yes. | 15:09 |
| 25 | Q.   And why don't you read that bullet? | 15:09 |

Page 173

```
 1      A.    "Jackie:  One slide that summarizes     15:09
 2            the Partnership's" work -- "team work    15:09
 3            in this launch.  Maybe a quick callout   15:09
 4            of the coordination work across all      15:09
 5            teams in his org, and then dive          15:10
 6            specifically into the work that our      15:10
 7            team has to do between now and launch."  15:10
 8      Q.    And do you recall, looking at this, whether 15:10
 9  the launch that is being referred to is the launch  15:10
10  of the new platform?  Is that what "PS12N" refers   15:10
11  to?                                                 15:10
12      A.    So I -- I don't remember.                 15:10
13      Q.    So and then you prepare a slide, if you look 15:10
14  up the string, at 2:46 p.m.  You say:               15:10
15            "Does this work for Partnerships          15:10
16            update?"                                  15:10
17            I assume that's in response to your       15:10
18  request -- the request for you to provide one slide 15:10
19  that summarizes the partnership teamwork?           15:10
20      A.    Yes.                                       15:10
21      Q.    Okay.                                      15:10
22      A.    Yeah.                                       15:10
23      Q.    All right.  And then Ime makes some comments 15:10
24  on some format and language suggestions, and states: 15:10
25            "The area where I've added a couple       15:11
```

Page 174

| | | |
|---|---|---|
| 1 | of works in, is in the 'Exemptions' | 15:11 |
| 2 | section.  This will be the area that | 15:11 |
| 3 | Dan will want to discuss the most. | 15:11 |
| 4 | Remember that he's of the mindset | 15:11 |
| 5 | that we shouldn't have a whitelist | 15:11 |
| 6 | for anything, so we'll have to | 15:11 |
| 7 | explain to him why these three | 15:11 |
| 8 | buckets are necessary." | 15:11 |
| 9 | Do you see that? | 15:11 |
| 10 | A.    Yes. | 15:11 |
| 11 | Q.    Okay.  And then you respond at 4:18 -- so | 15:11 |
| 12 | that email was sent at 3:54, and a little bit after | 15:11 |
| 13 | that, you respond. | 15:11 |
| 14 | Can you read your response in the email | 15:11 |
| 15 | that's next up in the string. | 15:11 |
| 16 | A.    "Actually - here's an updated version. | 15:11 |
| 17 | I'll explain on the call, but in | 15:11 |
| 18 | essence, we're not going to grant any | 15:11 |
| 19 | exceptions, only extensions based on | 15:11 |
| 20 | contract and partner sensitivity, | 15:11 |
| 21 | where I've labeled 'exemptions' are | 15:11 |
| 22 | actually private APIs today that | 15:11 |
| 23 | allow for friend data to be read | 15:11 |
| 24 | (mobile rcp & public content feed). | 15:11 |
| 25 | I believe we should keep maintaining | 15:11 |

Page 175

CONFIDENTIAL

```
 1              these APIs as private strategic          15:12
 2              ones, however, it's worthwhile           15:12
 3              acknowledging this as there's been       15:12
 4              some confusion by partnership teams      15:12
 5              on how we plan to maintain these         15:12
 6              moving forward."                         15:12
 7      Q.    Okay.  So this email that you wrote shows  15:12
 8   that you were involved in this discussion of whether 15:12
 9   it ran exceptions or exemptions to partners for      15:12
10   friends data to be read; is that right?             15:12
11      A.    It looks like it, yes.                     15:12
12      Q.    Okay.  And you draw a distinction between  15:12
13   exceptions and extensions.  And before we looked at 15:12
14   the slide, you couldn't recall what those terms      15:12
15   mean.                                               15:12
16           Does this refresh your recollection of what 15:12
17   you viewed as the distinction between exceptions and 15:12
18   extensions?                                         15:12
19      A.    No.                                        15:12
20      Q.    Okay.  So even though it is a paragraph that 15:12
21   describes the difference between extensions and      15:12
22   exemptions, it doesn't refresh your recollection at  15:12
23   all as to what those terms mean to you?             15:12
24      A.    I think it would mean -- "extension" meaning 15:12
25   to extend and "exemptions" mean to like to exempt.  15:13
```

Page 176

1      Q.   Okay.                                        15:13

2      A.   To -- to not allow or...                     15:13

3      Q.   All right.  Well, specifically, what you     15:13

4   said is, "We're not going to grant any exceptions,   15:13

5   only extensions based on contract and partner        15:13

6   sensitivity."                                         15:13

7          And so it appears that what you are saying    15:13

8   is that with regard to friends data to be read by    15:13

9   partners, you're not going to grant any exceptions,  15:13

10  but you were going to grant extensions based on      15:13

11  contract and partner sensitivity.                    15:13

12         Is that a fair reading?                        15:13

13         MR. FALCONER:  Objection to the form.         15:13

14  BY MR. LOESER:                                        15:13

15     Q.   Does that appear to be what you wrote?        15:13

16         MR. FALCONER:  Same objection.                15:13

17         THE WITNESS:  Can I read it one more time?    15:13

18  Sorry.                                                15:13

19         So, again, I don't remember in detail, but    15:14

20  it sounds like I could be referring to a couple      15:14

21  different things, so I'm not sure if it's specific   15:14

22  to friend data.                                       15:14

23  BY MR. LOESER:                                        15:14

24     Q.   Okay.  Well, let's look very carefully at     15:14

25  what you wrote.  You say:                             15:14

                                          Page 177

| | | |
|---|---|---|
| 1 | "Where I've labeled 'exemptions' are | 15:14 |
| 2 | actually private APIs today that | 15:14 |
| 3 | allow for friend data to be read." | 15:14 |
| 4 | Do you see that? | 15:14 |
| 5 | A.   Yes. | 15:14 |
| 6 | Q.   And so there are partners that are going to | 15:14 |
| 7 | continue to have access to friend data because of | 15:14 |
| 8 | what you've labeled "exemptions"; is that right? | 15:14 |
| 9 | A.   So, again, I don't know what the outcome | 15:14 |
| 10 | was, but I see what I wrote. | 15:14 |
| 11 | Q.   Okay.  And what are "private APIs"? | 15:14 |
| 12 | A.   To my understanding, it's APIs that aren't | 15:15 |
| 13 | public. | 15:15 |
| 14 | Q.   Okay.  And so this is referring to private | 15:15 |
| 15 | APIs that allowed access to friend data; is that | 15:15 |
| 16 | right? | 15:15 |
| 17 | A.   I think that's what it says, yeah. | 15:15 |
| 18 | Q.   Okay.  And when this says "private strategic | 15:15 |
| 19 | ones," you say, "I believe we should be maintaining | 15:15 |
| 20 | these APIs as private strategic ones," and that | 15:15 |
| 21 | means that for -- it's an API.  It's not public, | 15:15 |
| 22 | it's private.  And "strategic" refers to the partner | 15:15 |
| 23 | that would be obtaining that permission; is that | 15:15 |
| 24 | right? | 15:15 |
| 25 | A.   Sorry.  Can you state your question again? | 15:15 |

Page 178

1      Q.   Sure.  I'm just trying to understand the      15:15

2   terminology that you're using when you're making      15:15

3   your recommendation about exemptions or exceptions,   15:15

4   and what you are saying is that, as you indicate      15:16

5   here, you believed "we should keep maintaining these  15:16

6   APIs as private strategic ones."                      15:16

7           And by "these APIs," that refers to friend   15:16

8   data to be read; is that right?                       15:16

9      A.   I think so, but I don't know.  Like I don't   15:16

10   remember in specificity.                              15:16

11     Q.   Okay.  But that appears to be what the email  15:16

12   that you wrote on February 9th, 2014 indicates;       15:16

13   right?                                                15:16

14     A.   It could be, yes.                              15:16

15     Q.   Well, it's more than it could be.  It is      15:16

16   what you wrote; right?                                15:16

17     A.   Well, I know what I wrote, but I don't know   15:16

18   the inference behind that.                            15:16

19     Q.   So when you say but, in essence, "we are not  15:16

20   going to grant any exceptions, only extensions based  15:16

21   on a contract and partner sensitivity," what do you   15:16

22   mean by "extensions based on contract and partner     15:16

23   sensitivity"?                                         15:16

24     A.   So "contracts" means if we have a written     15:16

25   agreement in place.  "Partner sensitivity," I don't   15:16

Page 179

| | | |
|---|---|---|
| 1 | remember specifically what that -- what that could | 15:17 |
| 2 | be. | 15:17 |
| 3 |     Q.   Okay.  And whatever it means, partner | 15:17 |
| 4 | sensitivity was a characteristic that you're | 15:17 |
| 5 | suggesting Facebook take into account when deciding | 15:17 |
| 6 | whether to continue to allow friend data to be read | 15:17 |
| 7 | by the partner? | 15:17 |
| 8 |     A.   It sounds that way, yes. | 15:17 |
| 9 |     Q.   Okay.  And if you look up to the next email | 15:17 |
| 10 | in the string, Ime Archibong says: | 15:17 |
| 11 |          "Thanks.  That makes it more clear. | 15:17 |
| 12 |          I've cleaned up the chart to reflect | 15:17 |
| 13 |          that." | 15:17 |
| 14 |          Do you see that? | 15:17 |
| 15 |     A.   Yes. | 15:17 |
| 16 |     Q.   So Ime didn't have any problem understanding | 15:17 |
| 17 | what you meant in that email we just went through; | 15:17 |
| 18 | right? | 15:17 |
| 19 |     A.   It looks like that, yes. | 15:17 |
| 20 |          MR. FALCONER:  Lacks foundation. | 15:17 |
| 21 | BY MR. LOESER: | 15:17 |
| 22 |     Q.   I'm sorry.  I didn't hear your answer. | 15:17 |
| 23 |     A.   It looks like that. | 15:17 |
| 24 |     Q.   Okay.  Now, the email refers -- to your | 15:17 |
| 25 | email on February 9th, 2014, 4:18 p.m., states: | 15:18 |

Page 180

| | | |
|---|---|---|
| 1 | "Actually - here's an updated version." | 15:18 |
| 2 | So it appears to attach a document; is that | 15:18 |
| 3 | right? | 15:18 |
| 4 | A.   I don't see an attachment, but I'm guessing, | 15:18 |
| 5 | yes, if it's referring to it. | 15:18 |
| 6 | MR. LOESER:   Okay.   And I will represent to | 15:19 |
| 7 | you that the next document is the attachment to that | 15:19 |
| 8 | email.   And I don't -- I don't see a reference to | 15:19 |
| 9 | attachment either, so I'm not sure how that works. | 15:19 |
| 10 | But I think in the manner it was produced, this was | 15:19 |
| 11 | attached to that email. | 15:19 |
| 12 | And we'll confirm that for the record later, | 15:19 |
| 13 | Russ, just to make sure that we are right about | 15:19 |
| 14 | that, but that's my understanding. | 15:19 |
| 15 | So if we could look at Exhibit 15. | 15:19 |
| 16 | (Exhibit 15 marked for identification.) | 15:19 |
| 17 | BY MR. LOESER: | 15:19 |
| 18 | Q.   And before we get to that, do you recall the | 15:19 |
| 19 | difference between a "whitelist" and a "private | 15:19 |
| 20 | API"? | 15:19 |
| 21 | A.   I don't recall if they're the same or not. | 15:19 |
| 22 | Q.   Okay.   Let's look at this attachment, which | 15:20 |
| 23 | has the heading, "[PS12N] Product Update - What Are | 15:20 |
| 24 | We Announcing?" | 15:20 |
| 25 | Do you see this slide? | 15:20 |

Page 181

CONFIDENTIAL

```
 1      A.   Yes.                                    15:20

 2      Q.   Okay.  If you could please read the third  15:20

 3  bullet.                                            15:20

 4      A.   "Removing access to non-app friends.     15:20

 5           Friend_permissions being deprecated -    15:20

 6           apps will only get data about people     15:20

 7           who've explicitly logged-in with         15:20

 8           Facebook, not that user's incognizant    15:20

 9           friends.  We're building new APIs to     15:20

10           handle tagging non-app friends and       15:20

11           inviting your friends to use/play the    15:20

12           app with you."                           15:20

13      Q.   Okay.  And do you recall the -- that as part  15:20

14  of this PS12 update, there was going to be the    15:20

15  removal of access to non-app friends permissions?  15:20

16      A.   So I don't remember.                     15:21

17      Q.   Okay.  And if you look at -- can you read  15:21

18  the next bullet.                                   15:21

19      A.   "Read_stream (timeline API, Newsfeed     15:21

20           API) being publicly deprecated.          15:21

21           Partner/contract only."                  15:21

22      Q.   Okay.  Do you know what that means and do  15:21

23  you recall that happening?                         15:21

24      A.   I know what I think partner and contract  15:21

25  only means that you have to have a contract, but I  15:21
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | don't remember what happened afterwards. | 15:21 |
| 2 | Q.   And according to the email, you worked on | 15:21 |
| 3 | this slide.  And, in fact, if you look back, what | 15:21 |
| 4 | the email said was -- you were asked specifically to | 15:21 |
| 5 | create the slide for -- one slide that summarizes | 15:21 |
| 6 | the partnership's team work on this launch. | 15:21 |
| 7 | Do you have any recollection of creating | 15:22 |
| 8 | anything having to do with this slide deck? | 15:22 |
| 9 | A.   I don't even know what page it would be. | 15:22 |
| 10 | I've been asked to create many slide decks, and I | 15:22 |
| 11 | was working on a lot of projects, so I don't | 15:22 |
| 12 | remember this specifically. | 15:22 |
| 13 | Q.   Let's go to the third page of the deck. | 15:22 |
| 14 | A.   Yeah. | 15:22 |
| 15 | Q.   Do you see the heading, "Partnerships | 15:22 |
| 16 | Update"? | 15:22 |
| 17 | A.   Yep.  Yes. | 15:22 |
| 18 | Q.   Do you recall creating this slide? | 15:22 |
| 19 | A.   I don't remember. | 15:22 |
| 20 | Q.   Nonetheless, it looks like the partnership | 15:22 |
| 21 | update that you were asked to prepare; is that | 15:22 |
| 22 | right? | 15:22 |
| 23 | A.   I would assume so. | 15:22 |
| 24 | Q.   Now, if -- the first bullet says, "Partner | 15:22 |
| 25 | Identification and Impact Assessment"; is that | 15:22 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | right? | 15:22 |
| 2 | A.    Yes. | 15:22 |
| 3 | Q.    And it says: | 15:22 |
| 4 | "Product identified the 26k App IDs | 15:22 |
| 5 | and 45+ affected APIs." | 15:23 |
| 6 | Do you see that? | 15:23 |
| 7 | A.    Yes. | 15:23 |
| 8 | Q.    And do you recall getting information from | 15:23 |
| 9 | products about the 26,000 app IDs and the 45-plus | 15:23 |
| 10 | affected APIs? | 15:23 |
| 11 | A.    I don't remember specifically. | 15:23 |
| 12 | Q.    Okay.  Let's look at that second bullet, | 15:23 |
| 13 | which has to do with that topic that you wrote so | 15:23 |
| 14 | clearly about to Ime, "Extensions."  That bullet | 15:23 |
| 15 | says, "Extensions and Private API Identification." | 15:23 |
| 16 | Do you see that? | 15:23 |
| 17 | A.    Sorry, say that again. | 15:23 |
| 18 | Q.    You see the bullet "Extensions and Private | 15:23 |
| 19 | API Identification"? | 15:23 |
| 20 | A.    Oh, yes. | 15:23 |
| 21 | Q.    Can you read the material that's under that | 15:23 |
| 22 | bullet. | 15:23 |
| 23 | A.    "Granting no exemptions, except in | 15:23 |
| 24 | the cases where we have: | 15:23 |
| 25 | "1.  Wind-down. | 15:23 |

Page 184

| | | |
|---|---|---|
| 1 | "Non-standard Platform Agreements | 15:23 |
| 2 | specifying unique Backwards | 15:23 |
| 3 | Compatibility (Amazon). | 15:23 |
| 4 | "Sensitive/strategic partner | 15:24 |
| 5 | integrations requiring extension | 15:24 |
| 6 | (Ford) | 15:24 |
| 7 | "2.  Private APIs. | 15:24 |
| 8 | "Private use-cases for exemption | 15:24 |
| 9 | (Mobile RCP)." | 15:24 |
| 10 | Q.   And do you recall coming up with that | 15:24 |
| 11 | approach to dealing with extensions and private API | 15:24 |
| 12 | identification? | 15:24 |
| 13 | A.   So, again, I don't remember this in | 15:24 |
| 14 | specificity.  I think this was like one of many | 15:24 |
| 15 | projects I was working on, and I think most of it | 15:24 |
| 16 | was aggregating information. | 15:24 |
| 17 | Q.   Okay.  But this -- that particular bullet | 15:24 |
| 18 | reflects what you indicated in the email you wrote | 15:24 |
| 19 | to Ime on February 9th, 2014, generally; right? | 15:24 |
| 20 | It's consistent with what you wrote to him about | 15:24 |
| 21 | what was going to happen with extensions and private | 15:24 |
| 22 | API identification? | 15:24 |
| 23 | A.   Yes.  If it was in the email, then yes. | 15:24 |
| 24 | MR. LOESER:  Okay.  Let's go to the next | 15:25 |
| 25 | exhibit is a video clip that I want to play to you. | 15:25 |

Page 185

1    And it's not very long.  And then we'll have a        15:25

2    transcript of it as well to the extent that it is     15:25

3    not clear.                                            15:25

4            DEPOSITION REPORTER:  Excuse me, Counsel,      15:25

5    are you going to want this reported?                  15:25

6            MR. LOESER:  I think you'll be able to.        15:25

7    It's not -- it's Mark Zuckerberg speaking and he's    15:25

8    not speaking terribly quickly, but we have a          15:25

9    transcript so -- you know what, I wouldn't bother     15:25

10   reporting it.  We will just have the transcript       15:25

11   admitted after we play the recording.                 15:25

12           DEPOSITION REPORTER:  Thank you.               15:25

13           MR. LOESER:  Actually, hang on one second      15:25

14   before we do that.  If we can go back to the last     15:26

15   exhibit.                                              15:26

16   BY MR. LOESER:                                        15:26

17       Q.   So I want to make sure I understand what     15:26

18   this slide indicates for access to the APIs that      15:26

19   were being deprecated in this new platform.           15:26

20           So under the first number, No. 1,             15:26

21   "Wind-down," so this describes the situations in      15:26

22   which the API -- for partners for which the API will  15:26

23   not be deprecated.                                    15:26

24           So it says, "Wind-down":                      15:26

25           "Granting no exceptions, except in            15:26

Page 186

```
 1                   cases where we have:"                    15:26

 2                   Number 1 is "Wind-down."                 15:27

 3                   So the first group of partners for which the 15:27

 4     friend permissions would not be deprecated are          15:27

 5     "Non-standard Platform Agreements specifying unique      15:27

 6     Backwards Compatibility."                                15:27

 7                   Do you see that?                          15:27

 8        A.    Yes.                                           15:27

 9        Q.    And then the second category of partners for  15:27

10     which the friends permissions would not be              15:27

11     deprecated were "Sensitive/strategic partner            15:27

12     integrations requiring extension."                      15:27

13                   Do you see that?                          15:27

14        A.    Yes.                                           15:27

15        Q.    And then the third category of partners for   15:27

16     which the friends permissions would not be              15:27

17     deprecated were "Private APIs."  And that indicates     15:27

18     "private use-cases for exemption."                      15:27

19                   Is that right?                            15:27

20        A.    It looks like that, yes.                      15:27

21        Q.    And so based on the work that you did in      15:27

22     this project of working with partners to identify       15:27

23     which should have the friends deprecated and which      15:27

24     not, you certainly knew that there was a group of       15:28

25     partners for whom the friends permissions were not      15:28
```

Page 187

| | | |
|---|---|---|
| 1 | going to be taken away; right? | 15:28 |
| 2 | A.    I mean, I don't really remember in detail, | 15:28 |
| 3 | but if it's what it says, yes. | 15:28 |
| 4 | Q.    Yeah, that's what these various email that | 15:28 |
| 5 | you were involved -- the projects that you were | 15:28 |
| 6 | involved in, that's what -- that's what that showed; | 15:28 |
| 7 | right?  It showed that there was this population of | 15:28 |
| 8 | partners, and even though the public API was | 15:28 |
| 9 | deprecated for those partners, they would continue | 15:28 |
| 10 | to have access to the friends permissions; right? | 15:28 |
| 11 | A.    Well, I don't know specifically, because it | 15:28 |
| 12 | sounds like there's different categories, and I just | 15:28 |
| 13 | don't want to assume like -- like blanket assume | 15:28 |
| 14 | across the board. | 15:28 |
| 15 | Q.    But you -- | 15:28 |
| 16 | A.    Because I don't -- I don't know in detail. | 15:28 |
| 17 | Q.    Yeah.  But you can state clearly and | 15:28 |
| 18 | affirmatively that when the friends permissions were | 15:28 |
| 19 | deprecated, it did not take away that permission | 15:28 |
| 20 | from all partners and developers that interacted | 15:28 |
| 21 | with Facebook; right? | 15:29 |
| 22 | MR. FALCONER:  Objection.  Form. | 15:29 |
| 23 | THE WITNESS:  So, again, I don't know what | 15:29 |
| 24 | the timing of everything was, so I don't know like | 15:29 |
| 25 | when things intersected. | 15:29 |

Page 188

```
 1   BY MR. LOESER:                                      15:29

 2       Q.   Miss Chang, you know from the work that you  15:29

 3   did that there was going to be a group of partners   15:29

 4   for whom there would be exemptions to the            15:29

 5   deprecation of friend sharing; right?                15:29

 6       A.   It looks like that in the email, yes.       15:29

 7            MR. LOESER:   Okay.   We can go to the next  15:29

 8   exhibit.                                             15:29

 9            (Exhibit 16 and Exhibit 17 marked for       15:29

10            identification.)                            15:29

11   BY MR. LOESER:                                       15:29

12       Q.   Now, having gone through all these emails   15:29

13   now, do you remember the connection between the      15:29

14   introduction of the new platform and the transition  15:30

15   from Graph API version 1 to version 2?               15:30

16       A.   I don't remember in specificity like what   15:30

17   date and things around that.  This was a lot of      15:30

18   stuff going on that's all blurred together, so not   15:30

19   with like full certainty.                            15:30

20       Q.   And do you remember, as a general matter,   15:30

21   that when the new platform came on and there was a   15:30

22   transition from the older Graph to the new Graph,    15:30

23   that two of the things specifically that happened    15:30

24   was that friends permissions were publicly           15:30

25   deprecated; right?                                   15:30
```

Page 189

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection.  Form. | 15:30 |
| 2 | BY MR. LOESER: | 15:30 |
| 3 | Q.   I'm sorry.  Let me ask again. | 15:30 |
| 4 | Putting aside the terminology and what Graph | 15:30 |
| 5 | version it was and what platform it was, there was a | 15:30 |
| 6 | new platform that was introduced.  And in that | 15:30 |
| 7 | new -- that new platform, Facebook publicly | 15:30 |
| 8 | announced that it was -- that it was deprecating | 15:30 |
| 9 | friend permissions; right? | 15:30 |
| 10 | MR. FALCONER:  Objection.  Form. | 15:30 |
| 11 | THE WITNESS:  I think so.  I don't -- I | 15:31 |
| 12 | don't remember specifically like which announcement. | 15:31 |
| 13 | Sorry, there's a lot of F8s, so I think this is what | 15:31 |
| 14 | the picture is, so I don't remember. | 15:31 |
| 15 | MR. LOESER:  Yeah.  Let's go ahead and play | 15:31 |
| 16 | this.  Maybe it will jog your memory. | 15:31 |
| 17 | (Video played.) | 15:31 |
| 18 | MR. LOESER:  Let's try this again because | 15:31 |
| 19 | there is an echo. | 15:31 |
| 20 | (Video played.) | 15:31 |
| 21 | BY MR. LOESER: | 15:32 |
| 22 | Q.   We'll go through the transcript itself | 15:32 |
| 23 | because there was some echo there. | 15:32 |
| 24 | But you know what an "F8 Conference" is? | 15:32 |
| 25 | A.   Yes. | 15:32 |

Page 190

| | | |
|---|---|---|
| 1 | Q.   And what we just showed you was from the | 15:32 |
| 2 | April 30th, 2014 F8 Conference.  And do you recall, | 15:32 |
| 3 | did you attend that conference? | 15:33 |
| 4 | MR. FALCONER:  Objection.  Form. | 15:33 |
| 5 | THE WITNESS:  I -- actually, I don't | 15:33 |
| 6 | remember.  I've been to many, but I don't know the | 15:33 |
| 7 | exact dates of which ones I've gone to, and I've | 15:33 |
| 8 | also missed some, as well, so I don't know which | 15:33 |
| 9 | one. | 15:33 |
| 10 | BY MR. LOESER: | 15:33 |
| 11 | Q.   Okay.  And I'm going to read for you what | 15:33 |
| 12 | Mr. Zuckerberg just said, and you can tell me if | 15:33 |
| 13 | this refreshes your recollection of whether you were | 15:33 |
| 14 | in attendance at this conference. | 15:33 |
| 15 | What Mr. Zuckerberg said was: | 15:33 |
| 16 | "We've also heard that sometimes you | 15:33 |
| 17 | can be surprised when one of your | 15:33 |
| 18 | friends shares some of your data with | 15:33 |
| 19 | an app.  So now we're going to change | 15:33 |
| 20 | this and we're going to make it so | 15:33 |
| 21 | that now everyone has to choose to | |
| 22 | share their own data with an app | 15:33 |
| 23 | themselves.  We think this is really" | 15:33 |
| 24 | important -- "a really important step | 15:33 |
| 25 | for giving people power and control | 15:33 |

Page 191

```
 1              over how they share their data in          15:33

 2              apps."                                      15:33

 3         Do you recall Mr. Zuckerberg saying that?       15:33

 4      A.   Again, I don't remember.  A lot of these all  15:33

 5   blurred together, so I don't remember that specific   15:34

 6   one.                                                  15:34

 7      Q.   Now, as we just went through looking at your  15:34

 8   email, you were very involved in figuring out which   15:34

 9   partners would have friend sharing deprecated and     15:34

10   which would not; right?  That's what those emails     15:34

11   showed.                                               15:34

12      A.   Not specific to friends.  I think to a lot    15:34

13   of permissions.                                       15:34

14      Q.   But including the friends permissions;        15:34

15   right?                                                15:34

16      A.   Yes, that seems to be one of them.            15:34

17      Q.   Okay.  And so when Mr. Zuckerberg is talking  15:34

18   about how friends permissions were going away, at     15:34

19   the time he was saying that in April 30th, 2018       15:34

20   [verbatim], that was shortly after the email that we  15:34

21   went through in which you were talking about the      15:34

22   partners for whom friend sharing was not going to go  15:34

23   away.  Isn't that right?                              15:34

24      A.   I -- if that's what it shows.  I don't        15:34

25   recall specifically.                                  15:35
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.    Let's go back to your February 9th, 2014      15:35

 2   email, which is Exhibit 14.  And, again, what you       15:35

 3   wrote was:                                              15:35

 4             "I'll explain on the call but, in             15:35

 5             essence we're not going to grant any          15:35

 6             exceptions, only extensions based on          15:35

 7             contract and partner sensitivity.             15:35

 8             Where I've labeled 'exemptions' are           15:35

 9             actually private APIs today that allow        15:35

10             for friend data to be read.  I believe       15:35

11             we should keep maintaining these APIs         15:35

12             as private strategic ones."                   15:35

13             Right?  So that pretty clearly indicates      15:35

14   that for those private strategic ones, for those       15:35

15   partners, the friends data was going to be             15:35

16   continued -- they were going to continue to be         15:35

17   allowed to read that data; right?                      15:35

18        A.    I'm sorry.  What was the date of the video? 15:35

19        Q.    The video was April 30th, 2014.             15:35

20        A.    So this is before or...                     15:36

21        Q.    Yes.  Your email was before that video.     15:36

22   Your email is describing the partners for whom         15:36

23   access to friend data would continue; right?           15:36

24        A.    I guess.  Sorry, continued for what?  I...  15:36

25        Q.    To continue for -- you know full well from  15:36
```

Page 193

```
1   the work you did that there were partners that would   15:36

2   continue to have access to friend permissions;        15:36

3   right?                                                 15:36

4       A.   Again, I don't know when you say "continue," 15:36

5   like -- like what specific dates, but this seems to   15:36

6   be said before the video.                              15:36

7       Q.   Okay.  So before the video, you were         15:37

8   involved in a project to figure out which partners    15:37

9   would continue to have access to friends              15:37

10  permissions; right?                                    15:37

11      A.   Yes -- or not specific to friends, but like  15:37

12  a bunch of different permissions, it looks like.      15:37

13      Q.   Including friends; right?                     15:37

14      A.   Yes.                                          15:37

15      Q.   Okay.  And, then, on April 30th,              15:37

16  Mr. Zuckerberg publicly announced that friends        15:37

17  permissions were going away; right?                    15:37

18      A.   Per that video, yes.                          15:37

19      Q.   And, in fact, he said, "We're going to make  15:37

20  it so that now everyone has to choose to share their  15:37

21  own data with an app themselves"; right?               15:37

22      A.   Yes.                                          15:37

23      Q.   And so that would mean that no app would get 15:37

24  access to data about anyone other than the Facebook   15:37

25  user using the app.  Isn't that what he described?    15:37
```

Page 194

```
 1      A.    Yes.                                         15:37

 2      Q.    Now, Mr. Chang, you knew at the time --      15:37

 3      A.    Sorry, Mrs.                                  15:37

 4      Q.    Miss Chang.  I'm sorry.                       15:37

 5      A.    Yeah.                                        15:38

 6      Q.    You knew at the time that it was not true    15:38

 7   that after -- that friends permissions had gone away  15:38

 8   for all apps; right?                                  15:38

 9      A.    Sorry, can you say it again?                 15:38

10      Q.    You knew at the time of the F8 presentation  15:38

11   in April of 2014 that some app developers and         15:38

12   partners with nonstandard platform agreements were    15:38

13   given continued access to friend permission; right?   15:38

14      A.    It sounds like they had the ability to have  15:38

15   that, yes.                                            15:38

16      Q.    Okay.  And you knew at the time of           15:38

17   Mr. Zuckerberg's April 2014 presentation that some    15:38

18   sensitive and strategic partners were given           15:38

19   continued access to friends permissions; right?       15:38

20      A.    Well, again, I don't remember the dates, but 15:38

21   per whatever the email says.                          15:39

22      Q.    So that's a yes?                             15:39

23            MR. FALCONER:  Objection.  Foundation and    15:39

24   form.                                                 15:39

25   / / /                                                 15:39
```

Page 195

CONFIDENTIAL

```
 1    BY MR. LOESER:                                        15:39

 2       Q.   I'll ask again.  You knew at the time of     15:39

 3    Mr. Zuckerberg's April 2014 keynote address that     15:39

 4    some sensitive and strategic partners were given     15:39

 5    continued access to friends permissions; right?      15:39

 6       A.   I don't know if I knew at that moment        15:39

 7    specific to what he was saying.  I don't even know   15:39

 8    if I was there so...                                 15:39

 9       Q.   Right.  But you knew, based on the work that 15:39

10    you did and the framework that you discussed with    15:39

11    your colleagues, that there was a group of sensitive 15:39

12    and strategic partners who were going to be given    15:39

13    continued access to friends permissions; right?      15:39

14       A.   Yes.  That's what it looks like.             15:39

15       Q.   Okay.  And at the time of Mr. Zuckerberg's   15:39

16    presentation in April 2014, you also knew that there 15:39

17    were some app developers and partners with private   15:40

18    APIs that were given continued access to friends     15:40

19    permission; right?                                   15:40

20       A.   I don't know.  I can't really speculate at   15:40

21    that moment in time in terms of how you're trying to 15:40

22    connect the two.                                     15:40

23       Q.   Well, prior to April, in the February and    15:40

24    the timeframe in the emails that we went through,    15:40

25    you discussed a framework of what types of partners  15:40
```

Page 196

1    would continue receiving friend data.  Isn't that        15:40

2    right?                                                    15:40

3        A.   Yes, the framework.  But I think you're          15:40

4    connecting it to something else, and I don't know         15:40

5    that.                                                     15:40

6        Q.   Okay.  And your framework had continued          15:40

7    access to friend data for what you described as           15:40

8    "private APIs"; right?                                    15:40

9        A.   That's what it looks like in terms of a          15:40

10   proposal.                                                 15:40

11       Q.   Now, Mr. Zuckerberg said:                        15:40

12            "We're going to make it so that now              15:41

13            everyone has to choose to share their           15:41

14            own data with an app themselves."               15:41

15            Is that right?                                   15:41

16       A.   Correct.                                         15:41

17       Q.   And yet, for those apps and developers that     15:41

18   had continued access to friend data, that wasn't         15:41

19   true; right?                                              15:41

20       A.   I -- I don't think so, because I think what     15:41

21   you're saying is that users have to choose.  And a        15:41

22   permission, from my understanding, is the ability to     15:41

23   generate dialogue to ask for permission.  So the         15:41

24   user would still have to choose to provide it.           15:41

25       Q.   So when a private API provides a partner         15:41

Page 197

CONFIDENTIAL

```
 1   with access to friend data permissions, right, that    15:41
 2   partner can access friend data through that            15:41
 3   permission; is that right?                             15:41
 4      A.   My understanding --                            15:41
 5           MR. FALCONER:  Objection.  Objection.  Form.   15:42
 6           THE WITNESS:  My understanding is that it's    15:42
 7   the ability to ask a user for that.                    15:42
 8   BY MR. LOESER:                                         15:42
 9      Q.   And -- now, you didn't hear Mr. Zuckerberg     15:42
10   say at that keynote address that there was a           15:42
11   population of partners that would continue to have     15:42
12   access to friends data, did you?                       15:42
13      A.   No, I didn't hear that.                        15:42
14      Q.   And, Miss Chang, do you recall that you --     15:42
15   that you attended that conference and you were         15:42
16   involved in -- you had a presentation yourself         15:42
17   there?                                                 15:42
18      A.   I don't know if it was that year.  I have      15:42
19   been involved at F8.  I have been a couple years.  I   15:42
20   don't know if it was that specific one.                15:42
21           So, yes, it could be possible.  I just -- I    15:43
22   don't remember that specific one.                      15:43
23           MR. LOESER:  Okay.  We can go to the next      15:43
24   exhibit.  It's Exhibit 18.                             15:43
25           (Exhibit 18 marked for identification.)        15:43
```

Page 198

```
 1    BY MR. LOESER:                                      15:43

 2        Q.    Miss Chang, you are looking at an email from 15:43

 3    yourself to Deborah Liu, among others, dated March   15:44

 4    23rd, 2014.  The subject, "Re: Amazon:  Platform     15:44

 5    agreement amendment."                                15:44

 6            Do you see that?                             15:44

 7        A.    Yes.                                       15:44

 8        Q.    And this email string concerns a discussion 15:44

 9    about a platform agreement with Amazon; is that      15:44

10    right?                                               15:44

11        A.    Yes.                                       15:44

12        Q.    And what is a "platform agreement"?        15:44

13        A.    Well, it says "platform agreement          15:44

14    amendment."                                          15:44

15        Q.    Okay.  Can you tell me what a "platform     15:44

16    agreement" is?                                       15:44

17        A.    It's an agreement related to platform use. 15:44

18        Q.    And does it describe the types of APIs that 15:45

19    the partner is able to access?                       15:45

20        A.    I think that depends on the agreement.     15:45

21        Q.    Is that one of the things that partnership  15:45

22    agreements tend to cover?                            15:45

23        A.    Again, I don't -- I can't speak for all    15:45

24    agreements.  I don't know about all agreements.      15:45

25        Q.    Well, let's talk about this particular     15:45
```

Page 199

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | agreement. | 15:45 |
| 2 | A.    Amendment to an agreement, yes. | 15:45 |
| 3 | Q.    You were obviously involved in the | 15:45 |
| 4 | discussions about the amendment to the Amazon | 15:45 |
| 5 | partnership agreement in March of 2014; is that | 15:45 |
| 6 | right? | 15:45 |
| 7 | A.    Yes. | 15:45 |
| 8 | Q.    Why don't we go back into the string, and | 15:45 |
| 9 | look at the third page. | 15:46 |
| 10 | A.    Is it okay if I read through? | 15:46 |
| 11 | Q.    Yeah, please. | 15:46 |
| 12 | A.    Thank you. | 15:46 |
| 13 | Q.    I just have a couple questions, so if you | 15:46 |
| 14 | want to skim it, you can probably save yourself some | 15:46 |
| 15 | time. | 15:46 |
| 16 | A.    Okay.  Yes.  Okay. | 15:46 |
| 17 | Q.    So this is a discussion about the | 15:46 |
| 18 | permissions that -- well, let's go to page 3 and | 15:47 |
| 19 | just look at -- there's an email from -- it starts | 15:47 |
| 20 | at the bottom of page 2, Rob Daniel to Mike Vernal, | 15:47 |
| 21 | dated March 22nd, 2014. | 15:47 |
| 22 |         Do you recall who Rob Daniel is? | 15:47 |
| 23 | A.    Yes, he was in business development. | 15:47 |
| 24 | Q.    Okay.  Was he -- it appears he was | 15:47 |
| 25 | responsible for the Amazon contract; is that right? | 15:47 |

Veritext Legal Solutions
866 299-5127

1    A.    The agreement, yes.  Well, I don't know for    15:47

2    the original agreement, but from what it's          15:47

3    referencing here, the amendment.                     15:47

4    Q.    Okay.  And who was Mike Vernal?                15:47

5    A.    He was the engineering director for the       15:47

6    platform.                                            15:47

7    Q.    Okay.  So if you look at the top of page 3    15:47

8    it states:                                           15:48

9         "Hi Mike, We've settled on terms with          15:48

10        Amazon for our amended platform                15:48

11        agreement.  Far below are the detailed         15:48

12        terms and overall value exchange."             15:48

13        Can you tell me what is meant by a "value      15:48

14   exchange" in a partnership agreement?                15:48

15   A.    So like I mentioned earlier, it's, you know,  15:48

16   being able to provide a value, like if a -- if a    15:48

17   user found value to the experience and, you know,   15:48

18   the other side had access to API, that's a good     15:48

19   value exchange.                                      15:48

20   Q.    Okay.  So it's information -- one way of      15:48

21   having value exchange is when Facebook provides     15:48

22   information to the partner, like Amazon, and Amazon  15:48

23   provides information back to Facebook; right?        15:48

24   A.    I wouldn't classify it that.  So I would say  15:48

25   it's -- it could be like API, like in terms of if   15:48

Veritext Legal Solutions
866 299-5127

```
 1    it's permissioned for people.  So like the example    15:49

 2    with Kindle, so if a person is agreeing to have more   15:49

 3    of a personalized experience, and then they can        15:49

 4    publish back to Facebook, it's in that sense.          15:49

 5          But it's -- I wouldn't classify it as            15:49

 6    information.  It's the person choosing that, and       15:49

 7    then the experience is the integration itself being    15:49

 8    built.                                                 15:49

 9       Q.   Okay.  So you wouldn't classify that as        15:49

10    information?                                           15:49

11       A.   No.                                            15:49

12       Q.   Okay.                                          15:49

13       A.   That would be an oversimplification.           15:49

14       Q.   Okay.  Well, let's look at the email from --   15:49

15    to Mike from Bob Daniel.  It says again:               15:49

16            "We've settled on terms with Amazon            15:49

17            for our amended platform agreement.            15:49

18            Far below are the detailed terms and           15:49

19            overall value exchange.  Immediately           15:49

20            below is a quick summary.                      15:49

21            "Term:  2 years."                              15:49

22            Do you see the second bullet?                  15:49

23       A.   "Increased the information Amazon              15:49

24            provides us during the app approval            15:50

25            process."                                      15:50
```

Page  202

CONFIDENTIAL

```
 1        Q.    Okay.  So that's how the -- what's provided  15:50

 2   is characterized by Mike to -- or to Mike by Rob      15:50

 3   Daniel as information; right?                          15:50

 4            MR. FALCONER:  Objection.  Form.             15:50

 5            THE WITNESS:  So the information here would   15:50

 6   be what Amazon provides us like wire frames.          15:50

 7   BY MR. LOESER:                                        15:50

 8        Q.    What do you mean by "wire frames"?         15:50

 9        A.    The detailed workflow of the integration.  15:50

10        Q.    Okay.  And then you read down, you said:   15:50

11            "Aligned our breaking change notice          15:50

12            requirement for non-device integrations      15:50

13            with our standard developer promise."        15:50

14            Do you know what that means?                 15:50

15        A.    I don't remember specifically.             15:50

16        Q.    Okay.  And if you keep reading, it goes into 15:50

17   some detail on the information that is provided by    15:50

18   this partnership agreement.  And it states:           15:50

19            "Provides Facebook allowances for (a)        15:51

20            social content API and (b) our ability       15:51

21            to extract high level 'interest'             15:51

22            categories from Amazon OG data (e.g.,        15:51

23            A user is interested in 'thrillers' or       15:51

24            'mysteries')."                               15:51

25            So what does it mean to say "our ability to  15:51
```

Page 203

| | | |
|---|---|---|
| 1 | extract high level 'interest' categories from Amazon | 15:51 |
| 2 | OG data"? | 15:51 |
| 3 | A.   So -- | 15:51 |
| 4 | MR. FALCONER:  Objection.  Foundation. | 15:51 |
| 5 | Go ahead. | 15:51 |
| 6 | THE WITNESS:  So I believe it's what they | 15:51 |
| 7 | publish back to Facebook. | 15:51 |
| 8 | BY MR. LOESER: | 15:51 |
| 9 | Q.   Okay.  So it's information that Facebook is | 15:51 |
| 10 | getting from Amazon about users; right? | 15:51 |
| 11 | A.   I wouldn't classify it that way.  I would | 15:51 |
| 12 | say it's based off of a user publishing it back to | 15:51 |
| 13 | Facebook and containing attributes that have better | 15:51 |
| 14 | classifications. | 15:52 |
| 15 | Q.   Okay.  Why don't you explain what you mean | 15:52 |
| 16 | by that. | 15:52 |
| 17 | A.   I think how you're describing it sounds more | 15:52 |
| 18 | passive versus what -- I think the intent here is | 15:52 |
| 19 | saying that if a user publishes back, it would have | 15:52 |
| 20 | more detailed attributes to it like what book title | 15:52 |
| 21 | it -- the person read, if they're publishing a quote | 15:52 |
| 22 | from the Kindle. | 15:52 |
| 23 | Q.   Okay.  That's how you interpret the phrase | 15:52 |
| 24 | "our ability to extract high level interest | 15:52 |
| 25 | categories from Amazon OG data"? | 15:52 |

Page 204

CONFIDENTIAL

```
 1        A.    Yes.                                   15:52

 2        Q.    And what is "OG data"?                 15:52

 3        A.    Open Graph.                            15:52

 4        Q.    And so how would Facebook extract high level  15:52

 5    interest categories from Amazon Open Graph data?  15:52

 6    How does that work?                              15:52

 7        A.    Yeah.  So it would -- through how it's  15:52

 8    published, meaning if you publish back something --  15:53

 9    so, again, I'm not technical, so I think like from  15:53

10    my understanding of it, when it publishes back, you  15:53

11    can incorporate attributes, so like a book title.  15:53

12    So you're able to --                             15:53

13        Q.    Publish back.  I'm sorry to interrupt, but  15:53

14    when you say "publish back," what does that mean?  15:53

15              MR. FALCONER:  Yeah.  Can you -- go ahead  15:53

16    and finish your last answer if you weren't finished.  15:53

17              THE WITNESS:  Oh, sorry.               15:53

18    BY MR. LOESER:                                   15:53

19        Q.    Sorry for interrupting.  Go ahead.     15:53

20        A.    So, for example, if a user decided to  15:53

21    highlight and share a quote from the Kindle and they  15:53

22    published it back, meaning they chose to share it,  15:53

23    when it published back, it would tell us like what  15:53

24    book that it was pertaining to.                  15:53

25        Q.    So you're talking about activity on the  15:53
```

Page 205

CONFIDENTIAL

```
 1    Amazon platform, that a user interacts with an        15:53
 2    Amazon platform, and then Facebook can obtain that    15:53
 3    information from the Amazon platform through the OG    15:53
 4    Graph?                                                 15:54
 5        A.   So, again, I wouldn't put it that way         15:54
 6    because I think what -- how you're describing it      15:54
 7    makes it sound like we can just magically pull        15:54
 8    anything.                                              15:54
 9            So my understanding is if a user publishes a  15:54
10    quote, for example, so they actively clicked on a     15:54
11    share button for a quote they highlighted, it would   15:54
12    contain more attributes to that -- that highlighted   15:54
13    portion shared.                                        15:54
14        Q.   And then Facebook would get that             15:54
15    information?                                            15:54
16        A.   It would be published back to Facebook.       15:54
17        Q.   Okay.                                          15:54
18            MR. LOESER:   Exhibit 19.                       15:54
19            (Exhibit 19 marked for identification.)         15:55
20    BY MR. LOESER:                                          15:55
21        Q.   This is an email -- Exhibit 19 is an email    15:55
22    string from Ime Archibong to, among others, you,      15:55
23    dated September 4th, 2012, Subject, "Re: Amazon:       15:55
24    Cloud Drive Photo Importing from Facebook."  And it   15:55
25    is very long string, and I'm going to start at the    15:55
```

Page 206

CONFIDENTIAL

```
 1    very, very end of it and work through it.          15:55

 2           So first, if you want to take a minute to   15:55

 3    familiarize yourself with it, that's fine, and I   15:55

 4    will ask you some specific questions that --       15:55

 5       A.   Yes, please.                               15:55

 6       Q.   Okay.  Are you ready to answer a few       15:59

 7    questions about this document?                     15:59

 8       A.   I didn't read it fully, but sure.          15:59

 9       Q.   Okay.  And then, I think you'll -- we will 15:59

10    work our way through it.                           15:59

11       A.   Okay.                                      15:59

12       Q.   If you need to look at it more, that's, of 15:59

13    course, fine.                                      15:59

14           Okay.  So the string ends on September 4,   15:59

15    2012.  To go all the way back to the beginning of  15:59

16    the string, there is an email from Cory Toedebus,  15:59

17    dated October 31st, 2012, and the email is to you. 15:59

18    And he says:                                       15:59

19           "Jackie, Per our conversation,              15:59

20           attached are screenshots of the Cloud       15:59

21           Drive photo integration.  This was          15:59

22           the demo that Lenn and Aaron saw, also      16:00

23           a few other shots for reference.  Let       16:00

24           us know what else you need.  Reminder,      16:00

25           this is highly confidential and             16:00
```

Page 207

```
 1              sensitive so please treat appropriately."
 2              Do you see that?                          16:00
 3     A.   Yes.                                          16:00
 4     Q.   And then you have an email that you send      16:00
 5   back to Mr. Toedebus in which you state:
 6              "Do you have a screenshot of the          16:00
 7              permissions dialogue that the user        16:00
 8              will see?  Also, do you have any          16:00
 9              sharing feature back to Facebook in       16:00
10              relations to photos?  This just looks     16:00
11              like pure import correct?"                16:00
12              So when you say "this just looks like pure 16:00
13   import," are you saying that it looks like Amazon is  16:00
14   just getting information from Facebook and not a     16:00
15   sharing of information; right?                       16:00
16              MR. FALCONER:  Objection.  Form.          16:00
17              THE WITNESS:  I wouldn't say -- so I think 16:00
18   how you are stating it sounds passive.  I think what 16:00
19   we are trying to say is like having an actual like   16:00
20   feature, a feature that allows users to share back.  16:00
21   BY MR. LOESER:                                       16:01
22     Q.   Okay.  And that sharing back and forth        16:01
23   between these two platforms, that's something that   16:01
24   you would call reciprocity; right?                   16:01
25     A.   Yes.                                          16:01
```

Page 208

```
 1      Q.    Okay.  And, in fact, if you move up the      16:01
 2   string to -- there is an entry -- on August 31st,     16:01
 3   2012, there is an email from you.  And at this         16:01
 4   point, you are having a conversation with Chris        16:01
 5   Daniels about this photos issue with Amazon.  And      16:01
 6   you write:                                             16:01
 7              "Agreed on getting more clarity             16:01
 8              around reciprocity as we are going          16:01
 9              to see this more and more with Amazon.      16:01
10              They're strategically looking for more     16:01
11              entry points to get users to connect       16:01
12              and to pull as much data in their          16:01
13              words to 'pre-process their FB share       16:01
14              data in conjunction with Amazon data       16:02
15              to improve their shopping experience       16:02
16              in that visit'; however, making no         16:02
17              promises on publishing back."              16:02
18      A.    I believe you added the word "share" in      16:02
19   there but, yes, I see what you are saying.            16:02
20      Q.    Okay.  That's -- I'm not sure where I added  16:02
21   that word, but what I read, minus that word, is what  16:02
22   you wrote in this email; right?                       16:02
23      A.    Yes.                                          16:02
24      Q.    Okay.  And then you go on and say:            16:02
25              "They also making no promises or           16:02
```

Page 209

| | | |
|---|---|---|
| 1 | indication that they want to move | 16:02 |
| 2 | forward with publishing read action | 16:02 |
| 3 | from Kindle or converting post- | 16:02 |
| 4 | purchase sharing.  At this point, | 16:02 |
| 5 | they have not contributed anything | 16:02 |
| 6 | of value back to the Open Graph, but | 16:02 |
| 7 | has taken more than enough value | 16:02 |
| 8 | from our data." | 16:02 |
| 9 | Can you explain to you -- explain to me what | 16:02 |
| 10 | you mean there? | 16:02 |
| 11 | A.   In terms of -- I think -- so I don't | 16:02 |
| 12 | remember specifically, but I think what I'm | 16:03 |
| 13 | referencing to is like publishing instances, like | 16:03 |
| 14 | the ability to produce dialogues for users to agree | 16:03 |
| 15 | to sharing back. | 16:03 |
| 16 | Q.   All right.  And when you say "at this point, | 16:03 |
| 17 | they have -- they have not contributed anything of | 16:03 |
| 18 | value back to Open Graph," what do you mean?  What | 16:03 |
| 19 | would be contributing value back to Open Graph? | 16:03 |
| 20 | A.   So like I said in there, converting | 16:03 |
| 21 | post-purchase share, so offering the user the | 16:03 |
| 22 | ability to share that they bought something on | 16:03 |
| 23 | Facebook. | 16:03 |
| 24 | Q.   And so that would be information that then | 16:03 |
| 25 | Facebook acquires about that user's activity with | 16:03 |

Page 210

CONFIDENTIAL

```
 1    Amazon; right?                                        16:03

 2        A.   So, I wouldn't say it's about Facebook       16:03

 3    acquiring.  It would be the user publishing it back   16:04

 4    to Facebook.                                          16:04

 5        Q.   Right.  And then Facebook has that           16:04

 6    information; right?  It doesn't just --               16:04

 7        A.   In Facebook --                               16:04

 8        Q.   -- Facebook collects that information about  16:04

 9    that user; right?                                     16:04

10        A.   Well, it's based on the user publishing it.  16:04

11        Q.   Okay.  It adds to the information Facebook   16:04

12    has about the user.                                   16:04

13        A.   It's based off of what the user has decided  16:04

14    to share back to Facebook.                            16:04

15        Q.   Okay.  We can go up the string.  On the next 16:04

16    page, there's an email from Mike Vernal, September    16:04

17    1st, 2012, and he writes:                             16:04

18             "This seems strictly good for them           16:04

19             and bad for us, right?  They're              16:04

20             pulling data out of the system               16:04

21             permanently into their cloud store,          16:04

22             which has infrastructure costs,              16:04

23             potential engagement costs (if               16:05

24             people consume these more here than          16:05

25             from a Facebook experience) and,             16:05
```

Page 211

| | | |
|---|---|---|
| 1 | hence, revenue costs (lost inventory)." | 16:05 |
| 2 | Do you understand what he is saying there? | 16:05 |
| 3 | A.   I don't understand his intent behind that. | 16:05 |
| 4 | Q.   Do you understand what he means by "pulling | 16:05 |
| 5 | data out of the system"? | 16:05 |
| 6 | A.   No, I don't. | 16:05 |
| 7 | Q.   Okay.  That -- to you, that doesn't mean | 16:05 |
| 8 | Amazon collecting information about Facebook users? | 16:05 |
| 9 | MR. FALCONER:  Objection.  Asked and | 16:05 |
| 10 | answered. | 16:05 |
| 11 | THE WITNESS:  I -- yeah.  I don't know. | 16:05 |
| 12 | BY MR. LOESER: | 16:05 |
| 13 | Q.   Okay.  Let's go down.  He says: | 16:05 |
| 14 | "I really think two things: | 16:05 |
| 15 | "1/There needs to be some kind of | 16:05 |
| 16 | reciprocity here; either they need to | 16:05 |
| 17 | be contributing data back to the Graph, | 16:05 |
| 18 | or they need to be exposing API end | 16:05 |
| 19 | points we can call to reciprocate." | 16:05 |
| 20 | Do you understand that? | 16:05 |
| 21 | A.   I don't understand it in the context that | 16:05 |
| 22 | he's saying it, which is probably more technical | 16:06 |
| 23 | than I'm familiar with it. | 16:06 |
| 24 | Q.   Okay.  Isn't he saying that in its -- | 16:06 |
| 25 | Facebook's relationship with Amazon, Facebook wants | 16:06 |

Page 212

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to obtain information from Amazon about users that | 16:06 |
| 2 | would contribute data back to the Facebook Graph; | 16:06 |
| 3 | right?  Isn't that pretty clear? | 16:06 |
| 4 | A.   So I wouldn't state it that way.  So, again, | 16:06 |
| 5 | like I mentioned earlier, it's about creating | 16:06 |
| 6 | sharing options on both sides, so users can choose | 16:06 |
| 7 | to share -- share stories back and forth.  So | 16:06 |
| 8 | creating opportunities for users to share. | 16:06 |
| 9 | Q.   Okay.  Then we can go to the first page of | 16:06 |
| 10 | the string.  And this conversation has continued for | 16:06 |
| 11 | quite a while about what information Amazon was | 16:06 |
| 12 | pulling from the Facebook Graph and what information | 16:06 |
| 13 | Facebook wants to pull from the Amazon Graph. | 16:07 |
| 14 | And if you look at your email on September | 16:07 |
| 15 | 3rd, 2012, from you to Justin Osofsky and Douglas | 16:07 |
| 16 | Purdy, among others, you write: | 16:07 |
| 17 | "UPDATE - positive conversation | 16:07 |
| 18 | around reciprocity." | 16:07 |
| 19 | Is that right? | 16:07 |
| 20 | A.   Correct. | 16:07 |
| 21 | Q.   And reciprocity was an important concept for | 16:07 |
| 22 | Facebook with its partners; right? | 16:07 |
| 23 | A.   So, again, I can't reflect on that | 16:07 |
| 24 | generally, but in the case of Amazon, yes. | 16:07 |
| 25 | MR. LOESER:  Why don't we take a 10-minute | 16:08 |

Page 213

```
 1   break.                                              16:08

 2          THE VIDEOGRAPHER:  This marks -- this marks  16:08

 3   the end of media No. 4 in the deposition of Jackie  16:08

 4   Chang.  Going off the record.  The time is 4:08.    16:08

 5          (Off the record.)                            16:08

 6          THE VIDEOGRAPHER:  This marks the beginning  16:22

 7   of media No. 5 in the deposition of Jackie Chang.   16:22

 8   We are back on the record.  The time is 4:22.       16:22

 9   BY MR. LOESER:                                      16:22

10     Q.   Miss Chang, we've talked a lot about the     16:22

11   planning for the rollout of Platform 3, and I want  16:22

12   to make sure the record is clear on what happened in 16:23

13   that planning and after the rollout.                16:23

14          As we saw in the materials we went through,  16:23

15   the new Platform 3 deprecated friends permissions   16:23

16   and read permissions; is that right?               16:23

17     A.   Sorry.  What are you referencing to?  Or am  16:23

18   I supposed to look at a document?                   16:23

19     Q.   No, you don't need to look at a document.  I 16:23

20   just -- we have been through the documents.  I just 16:23

21   want to make sure it's clear to the -- clear on the 16:23

22   record that those documents showed that with        16:23

23   Platform 3, friends permissions and read permissions 16:23

24   were deprecated; right?                             16:23

25     A.   Again, I don't know specifically so whatever 16:23
```

Page 214

```
 1    was reflected in the document.                16:23
 2        Q.   Okay.   And as the documents show as well,   16:23
 3    certain apps and partners continued to have access   16:23
 4    to these deprecated permissions; right?       16:23
 5            MR. FALCONER:   Objection.   Form.    16:23
 6            THE WITNESS:   Again, I don't -- I don't   16:23
 7    remember where I could say with precise like a   16:23
 8    hundred percent certainty.   I don't know.    16:24
 9    BY MR. LOESER:                                16:24
10        Q.   But you could say generally that these   16:24
11    friends and read permissions were deprecated?   16:24
12        A.   Again, I don't feel comfortable because I   16:24
13    don't remember.                               16:24
14        Q.   Okay.   And the apps and partners that were   16:24
15    given continued access to these permissions fell   16:24
16    into categories, three categories, that you   16:24
17    described in your email and the slide you prepared   16:24
18    on that topic; right?                         16:24
19            MR. FALCONER:   Objection.            16:24
20    BY MR. LOESER:                                16:24
21        Q.   Let me remind you what the categories were.   16:24
22    There was nonstandard platform agreements, sensitive   16:24
23    and strategic partners and private APIs.      16:24
24        Do you remember that slide that showed those   16:24
25    categories?                                   16:24
```

Page 215

```
 1        A.    Yes.   I remember the slide.              16:24

 2        Q.    Right.   And you helped develop those     16:24

 3   categories; right?                                   16:24

 4        A.    I don't remember specifically.            16:24

 5        Q.    But your email appears to indicate that you  16:24

 6   helped to develop those categories; right?           16:24

 7        A.    So, again, whatever the email says, but I    16:24

 8   don't remember that specific moment in time.         16:25

 9        Q.    And Miss Chang, do you know how many total   16:25

10   apps and partners were given continued access to     16:25

11   friends permissions?                                 16:25

12        A.    No, I don't.                              16:25

13        Q.    How about read permissions?               16:25

14        A.    I don't.                                  16:25

15        Q.    Do you know if there were records kept of 16:25

16   all the apps and partners that were given continued  16:25

17   access to friends and read permissions?             16:25

18        A.    I don't know.                             16:25

19        Q.    Who would know that?                      16:25

20        A.    I don't -- I don't know.                  16:25

21        Q.    Okay.   You have no idea?                 16:25

22        A.    Not for an individual person, no.         16:25

23        Q.    And so in your work now with academic     16:25

24   partnerships, if you wanted to figure out if an      16:25

25   academic partner had continued access to friends     16:25
```

Page 216

1    permissions, for example, who would you go ask to       16:25

2    find that out?                                           16:25

3        A.   That's not possible.                            16:25

4        Q.   It's not possible for an academic researcher    16:25

5    to have access to friends permissions?                   16:26

6        A.   No.  We don't offer that through the            16:26

7    researcher API.                                          16:26

8        Q.   And when you were working with other types      16:26

9    of partners, if you wanted to find out if that           16:26

10   partner had access to friends permissions, do you        16:26

11   have any recollection at all as to who you would go      16:26

12   to to find that out?                                     16:26

13       A.   I don't know -- I don't know specifically       16:26

14   off the top of my head.  I don't know, but I             16:26

15   don't -- yeah.                                           16:26

16       Q.   So, again, I want to make sure I understand     16:26

17   and use the right terminology.  If a developer or        16:26

18   partner continued to have access to deprecated           16:26

19   permissions, does that by definition mean that the       16:26

20   app or partner was whitelisted?                          16:26

21       A.   Say that again, please.                         16:26

22       Q.   If a developer or partner continued to have     16:26

23   access to deprecated permissions after Platform 3        16:26

24   was implemented, does that by definition mean that       16:26

25   the app or partner was whitelisted?                      16:27

Page  217

CONFIDENTIAL

```
 1           MR. FALCONER:  Objection.  Form.          16:27

 2           THE WITNESS:  I don't know.               16:27

 3           MR. FALCONER:  Go ahead.                  16:27

 4           THE WITNESS:  Sorry.  I don't know in     16:27

 5     specificity in terms of like what you're referring  16:27

 6     to, meaning the technical language, I don't know.  I  16:27

 7     don't know if it's a whitelist.  I don't know.   16:27

 8     BY MR. LOESER:                                  16:27

 9       Q.   Okay.  Do you know if whitelisting is one  16:27

10     way the developer or partner continue to have access  16:27

11     to deprecated permissions, but that there are other  16:27

12     ways as well?                                   16:27

13       A.   I don't know.                            16:27

14       Q.   And is it your understanding that a partner  16:27

15     that has a private API, and through that private API  16:27

16     gets access to friends permission, is that       16:27

17     considered a whitelist, or is that something     16:27

18     different?                                      16:27

19       A.   So, again, I don't -- I don't remember or  16:27

20     know what that would be.                        16:27

21       Q.   Okay.  Do you know if Facebook whitelisted  16:28

22     certain app developers so that they had continued  16:28

23     access to friends permissions after Platform 3 was  16:28

24     implemented?                                    16:28

25       A.   So, again, I don't remember it so I don't  16:28
```

Page 218

| | | |
|---|---|---|
| 1 | know if it could be classified as whitelist. | 16:28 |
| 2 | Q.   The term "whitelist" is not one you have | 16:28 |
| 3 | used so frequently that you remember to this day | 16:28 |
| 4 | what it means? | 16:28 |
| 5 | A.   No. | 16:28 |
| 6 | Q.   Do you have any idea of the process that's | 16:28 |
| 7 | used to determine if an app developer or partner is | 16:28 |
| 8 | whitelisted so that they have continued access to | 16:28 |
| 9 | friends permissions? | 16:28 |
| 10 | A.   Yeah.  I don't recall it. | 16:28 |
| 11 | Q.   Do you know if Facebook keeps records of | 16:28 |
| 12 | whitelisted developers/partners? | 16:28 |
| 13 | A.   I don't know. | 16:28 |
| 14 | Q.   You have no recollection at all as to | 16:28 |
| 15 | whether that information is collected and maintained | 16:29 |
| 16 | in one place so that someone could easily find out | 16:29 |
| 17 | who are all of the whitelisted partners or | 16:29 |
| 18 | developers? | 16:29 |
| 19 | A.   So again -- | 16:29 |
| 20 | MR. FALCONER:  Asked and answered. | 16:29 |
| 21 | THE WITNESS:  -- that's outside my scope, so | 16:29 |
| 22 | I don't know. | 16:29 |
| 23 | BY MR. LOESER: | 16:29 |
| 24 | Q.   Now, if we go back to slide -- I'm sorry, | 16:29 |
| 25 | deck -- Exhibit 12 for a minute.  And if you look at | 16:29 |

Page  219

| | | |
|---|---|---|
| 1 | the fourth page "Preparing for the Deprecations." | 16:29 |
| 2 | This indicates that of these categories here, "Pre | 16:29 |
| 3 | Enforce," "Standard" and "Extension," "Exception," | 16:29 |
| 4 | under "Standard," "apps are notified on P-day," I | 16:30 |
| 5 | assume that is platform day, "and have a certain -- | 16:30 |
| 6 | N days to comply"; right? | 16:30 |
| 7 | A.   So I don't know. | 16:30 |
| 8 | MR. FALCONER:   Objection to form. | 16:30 |
| 9 | BY MR. LOESER: | 16:30 |
| 10 | Q.   And then on Extension, that also seems to | 16:30 |
| 11 | indicate that that would last for a certain amount | 16:30 |
| 12 | of time, right, "apps given n + x days to comply"; | 16:30 |
| 13 | right? | 16:30 |
| 14 | A.   Again, I don't remember. | 16:30 |
| 15 | Q.   And then if you look at the last one, | 16:30 |
| 16 | "Exceptions," which your email talked about quite a | 16:30 |
| 17 | bit.  Those are -- those grant access to whitelisted | 16:30 |
| 18 | apps and partners indefinitely; is that right?  That | 16:30 |
| 19 | means there is no end date that's predetermined; | 16:30 |
| 20 | right? | 16:30 |
| 21 | A.   I don't know. | 16:30 |
| 22 | Q.   And you have no recollection whatsoever | 16:30 |
| 23 | about which apps or partners fell into each one of | 16:30 |
| 24 | these categories? | 16:31 |
| 25 | A.   Correct.  I don't remember. | 16:31 |

Page 220

```
 1            MR. FALCONER:  Derek, you're on mute.  I     16:32
 2    don't know if you did that on purpose.             16:32
 3            MR. LOESER:  I did not do that on purpose.  16:32
 4    BY MR. LOESER:                                     16:32
 5       Q.   So if we can go back to Exhibit 8.         16:32
 6            DEPOSITION REPORTER:  Excuse me, Counsel,
 7    which exhibit?
 8            MR. LOESER:  This is Exhibit 8.  This is an 16:32
 9    Excel file.                                        16:32
10    BY MR. LOESER:
11       Q.   I want to make sure I understand.  This is 16:32
12    an exhibit of apps that are whitelisted for friends 16:32
13    permission; right?  This is attached to a document  16:32
14    that explained that that's what this is.            16:32
15            MR. FALCONER:  Objection.  Form.            16:32
16    BY MR. LOESER:                                      16:33
17       Q.   I'll just refer -- Exhibit 7 is an email    16:33
18    from KP to, among others, you, and it attaches a    16:33
19    spreadsheet with all apps with friends permissions. 16:33
20    Sorry.                                              16:33
21            So these are the friends permissions that   16:33
22    are provided.  And, again, I just want to make sure 16:33
23    if you have any understanding of what these         16:33
24    different friends permissions, how they operate and 16:33
25    what they provide.                                  16:33
```

Page  221

| | | |
|---|---|---|
| 1 | So if an app -- let's take Socialcam because | 16:33 |
| 2 | it's short.  If an app has friends_permissions, | 16:33 |
| 3 | friends_location, friends_videos, friends_photos, | 16:33 |
| 4 | what does that mean that app can get from Facebook? | 16:33 |
| 5 | A.   So again, I don't -- | 16:33 |
| 6 | MR. FALCONER:  Objection.  Form. | 16:33 |
| 7 | Go ahead. | 16:33 |
| 8 | THE WITNESS:  Sorry.  I don't think -- I | 16:33 |
| 9 | don't know if that's the document that was being | 16:33 |
| 10 | referenced so I -- and I don't know specifically. | 16:33 |
| 11 | BY MR. LOESER: | 16:34 |
| 12 | Q.   Okay.  Do you have any understanding of how | 16:34 |
| 13 | these friends permissions work with any of these | 16:34 |
| 14 | apps or partners?  And, again, looking at Socialcam, | 16:34 |
| 15 | and this is a list of the friends permissions that | 16:34 |
| 16 | Socialcam has. | 16:34 |
| 17 | Do you understand what Socialcam can obtain | 16:34 |
| 18 | from the Facebook Graph based upon these | 16:34 |
| 19 | permissions? | 16:34 |
| 20 | A.   No, not specifically. | 16:34 |
| 21 | Q.   Would it be a fair assumption that if | 16:34 |
| 22 | Socialcam has access to the friends_location API, it | 16:34 |
| 23 | can obtain location about someone's friends from the | 16:34 |
| 24 | Facebook Graph? | 16:34 |
| 25 | MR. FALCONER:  Objection.  Form. | 16:34 |

Page 222

```
 1              THE WITNESS:  So, again, I don't -- I don't    16:34

 2     remember, so I can't assume.                            16:34

 3     BY MR. LOESER:                                          16:34

 4        Q.   Did you have any interaction with a partner    16:35

 5     in a discussion of the information -- the               16:35

 6     permissions the partner was interested in, where       16:35

 7     they said to you, Hey, we want to arrange so that we    16:35

 8     have permission to access friends_video?                16:35

 9        A.   I don't remember specifically like              16:35

10     individual permissions.                                 16:35

11        Q.   Okay.  Do you remember any conversations at     16:35

12     all about friends permissions with any partner?        16:35

13        A.   I don't remember specifically anything about   16:35

14     friends permission.                                     16:35

15        Q.   Do you remember anything generally about       16:35

16     friends permissions?  And particularly, I'm asking     16:35

17     if any partner that you have worked with raised that   16:35

18     as a permission that they were interested in gaining   16:35

19     access to.                                              16:35

20        A.   I don't -- I don't -- I don't recall.          16:35

21              MR. LOESER:  Okay.  We can go to Exhibit 21.   16:36

22              (Exhibit 20 marked for identification.)       16:36

23              MR. LOESER:  Oh, is it 20?  Yeah.              16:36

24              While that's being loaded, for the record,    16:36

25     this is an email from Simon Cross to, among others,    16:36
```

Page 223

| | | |
|---|---|---|
| 1 | yourself, dated October 24th, 2013, "Subject: | 16:37 |
| 2 | Capabilities tool improvement request - feedback by | 16:37 |
| 3 | end of day Sunday, please."  With attachment, | 16:37 |
| 4 | "Capability audit 24 October 2013," attaching an | 16:37 |
| 5 | Excel spreadsheet. | 16:37 |
| 6 | BY MR. LOESER: | 16:37 |
| 7 | Q.   Do you see that document, Miss Chang? | 16:37 |
| 8 | A.   I see the email, yes. | 16:37 |
| 9 | Q.   So this email starts with Mr. Cross saying: | 16:37 |
| 10 | "Hi guys, Over the last few weeks, | 16:37 |
| 11 | you'll have noticed Engineering have | 16:37 |
| 12 | moved many app-based GKs over to the new | 16:37 |
| 13 | Capabilities tool.  Going forward, this | 16:37 |
| 14 | tool is going to be a much larger part | 16:37 |
| 15 | of our lives -- it's where the vast | 16:37 |
| 16 | majority of whitelists will be managed. | 16:37 |
| 17 | Platform Simplification is about to | 16:37 |
| 18 | introduce even more whitelists -- such | 16:38 |
| 19 | as allowing apps to be exempt from the | 16:38 |
| 20 | transition to hashed UIDs, or to be | 16:38 |
| 21 | able to continue using read_stream or | 16:38 |
| 22 | friends_permissions." | 16:38 |
| 23 | Did I read that accurately? | 16:38 |
| 24 | A.   Yes, you -- yes. | 16:38 |
| 25 | Q.   Do you recall receiving this email and the | 16:38 |

Page  224

CONFIDENTIAL

```
 1   attachment that it provides?                      16:38

 2        A.    I don't recall it specifically.        16:38

 3        Q.    Do you recall it at all?               16:38

 4        A.    No, I don't.                           16:38

 5        Q.    And can you tell me what "app-based GKs" 16:38

 6   are?                                              16:38

 7        A.    I don't know.                          16:38

 8        Q.    You have no recollection whatsoever?   16:38

 9        A.    No.  Again, I'm not -- I'm not the technical 16:38

10   person, so I just don't -- I don't know technically 16:38

11   what it would mean.                               16:38

12        Q.    Okay.  Do you know what the Capabilities 16:38

13   tool was?                                         16:38

14        A.    Not specifically.  I've heard of it, but I 16:38

15   don't know it in detail.                          16:39

16        Q.    Well, what have you heard about it?    16:39

17        A.    It looks like some sort of permissioning 16:39

18   tool.                                             16:39

19        Q.    And what does that mean?               16:39

20        A.    It grants permissions.                 16:39

21        Q.    Who does it grant permissions to?      16:39

22        A.    So, again, I don't -- I don't know the 16:39

23   technical specifics, so I don't feel comfortable  16:39

24   talking about it in depth because I might         16:39

25   mischaracterize it.                               16:39
```

Page 225

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Okay.  You've said all that you feel | 16:39 |
| 2 | comfortable saying about it? | 16:39 |
| 3 | A.   Well, like all that I know about it. | 16:39 |
| 4 | Q.   And before I asked you if there was a place | 16:39 |
| 5 | where whitelists were managed, and this seems to | 16:39 |
| 6 | indicate that the Capabilities tool is where the | 16:39 |
| 7 | vast majority of whitelists will be managed. | 16:39 |
| 8 | Does that refresh your recollection about | 16:39 |
| 9 | where whitelists are managed? | 16:39 |
| 10 | A.   No. | 16:39 |
| 11 | Q.   Okay.  And this uses the term "platform | 16:40 |
| 12 | simplification," which previously we saw you were | 16:40 |
| 13 | tasked with various things having to do with | 16:40 |
| 14 | platform simplification. | 16:40 |
| 15 | Can you provide any more information on your | 16:40 |
| 16 | understanding of platform simplification? | 16:40 |
| 17 | MR. FALCONER:  Objection.  Form. | 16:40 |
| 18 | THE WITNESS:  No.  Again, this wasn't the | 16:40 |
| 19 | top of like my -- my focus, so I don't really have a | 16:40 |
| 20 | lot of recollection around this. | 16:40 |
| 21 | BY MR. LOESER: | 16:40 |
| 22 | Q.   Do you recall that based on the information | 16:40 |
| 23 | that was sent to you here and the description of | 16:40 |
| 24 | this email, there were thousands of different app | 16:40 |
| 25 | developers and partners that had been whitelisted by | 16:40 |

Page  226

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Facebook? | 16:40 |
| 2 | A.   I -- I don't know technically. | 16:40 |
| 3 | Q.   Do you recall whether you were concerned | 16:40 |
| 4 | about the number of whitelisted partners or app | 16:41 |
| 5 | developers? | 16:41 |
| 6 | A.   I don't remember. | 16:41 |
| 7 | Q.   And you see in that first paragraph that as | 16:41 |
| 8 | part of platform simplification, there were going to | 16:41 |
| 9 | be even more whitelists?  Do you see where it says | 16:41 |
| 10 | that those whitelists, among other things, were | 16:41 |
| 11 | going to allow apps to be exempt from the transition | 16:41 |
| 12 | to hashed UIDs, or to be able to continue using | 16:41 |
| 13 | read_stream or friends_permissions? | 16:41 |
| 14 | So is that indicating to you that these | 16:41 |
| 15 | whitelists were going to extend read and friend | 16:41 |
| 16 | permissions to a number of apps and partners? | 16:41 |
| 17 | A.   Can I read -- sorry, can I have one moment | 16:41 |
| 18 | to read?  I just haven't had a chance.  Are you | 16:41 |
| 19 | looking at the second paragraph? | 16:41 |
| 20 | Q.   I'm just looking at the first paragraph | 16:41 |
| 21 | where it says. | 16:42 |
| 22 | A.   Okay.  Sorry, can you repeat the question? | 16:42 |
| 23 | Q.   Yeah, I'm trying to make sure I understand | 16:42 |
| 24 | your knowledge of whitelisting that allowed partners | 16:42 |
| 25 | or apps to continue having access to read_stream or | 16:42 |

Page 227

```
 1   friends_permissions.                              16:42

 2       A.   So I --                                   16:42

 3            MR. FALCONER:  Objection.  Form.          16:42

 4            Go ahead.                                 16:42

 5            THE WITNESS:  I don't remember enough to be  16:42

 6   able to make those conclusions, and I also just   16:42

 7   don't know if you're interchanging technical terms 16:42

 8   that I can't really speak to.                      16:42

 9   BY MR. LOESER:                                     16:42

10       Q.   So what was your job in October of 2013?  16:42

11       A.   I believe it was partner manager.         16:42

12       Q.   And so if you look at the next paragraph it 16:43

13   says:                                              16:43

14            "Today there are 315 capabilities,        16:43

15            5147 apps and 22,432 capability-app-      16:43

16            pairs in the system.  Capabilities        16:43

17            are important -- they expose some of      16:43

18            our most sensitive features, and          16:43

19            additional user data to third-parties."   16:43

20            Do you understand what "capabilities" are? 16:43

21       A.   Not in -- not in the technical sense, no. 16:43

22       Q.   Do you understand it in any sense?         16:43

23       A.   Other than what I said earlier, which is  16:43

24   it's some permissioning tool.                      16:43

25       Q.   This says:                                 16:43
```

Page 228

| | | |
|---|---|---|
| 1 | "This tool will be the primary way we | 16:44 |
| 2 | manage the private part of platform, | 16:44 |
| 3 | so it should codify our processes and | 16:44 |
| 4 | allow us to manage the risk of | 16:44 |
| 5 | exposing private features/data to | 16:44 |
| 6 | third-party developers." | 16:44 |
| 7 | Do you see that? | 16:44 |
| 8 | A.   Yes, I see that. | 16:44 |
| 9 | Q.   Now, as the partner manager, were you aware | 16:44 |
| 10 | of that use for capabilities? | 16:44 |
| 11 | A.   I'm not sure I understand. | 16:44 |
| 12 | Q.   Did you use the capabilities tool at all in | 16:44 |
| 13 | your position at the time? | 16:44 |
| 14 | A.   I don't remember.  There's a lot of tools, | 16:44 |
| 15 | so I don't remember this one specifically. | 16:44 |
| 16 | Q.   So you don't remember the tool that was the | 16:44 |
| 17 | primary way Facebook managed the private part of the | 16:44 |
| 18 | platform so it could "manage the risk of exposing | 16:44 |
| 19 | private features/data to third-party developers"? | 16:44 |
| 20 | MR. FALCONER:  Objection.  Form. | 16:44 |
| 21 | THE WITNESS:  Yes.  Again, I don't remember. | 16:44 |
| 22 | MR. LOESER:  If we can go to Exhibit 22? | 16:45 |
| 23 | (Exhibit 21 marked for identification.) | 16:45 |
| 24 | MR. FALCONER:  This is Exhibit 21; right? | 16:46 |
| 25 | MR. LOESER:  Yeah. | 16:46 |

Page  229

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. LOESER: | 16:46 |
| 2 |     Q.    Miss Chang, I'm showing you Exhibit 21, | 16:46 |
| 3 | which is an email from Paul Stepnowsky to, among | 16:46 |
| 4 | others, you.  This is dated September 3rd, 2019, and | 16:46 |
| 5 | it contains a chat message; is that right? | 16:46 |
| 6 |     A.    Yes, I see that. | 16:46 |
| 7 |     Q.    And so in 2019, what was your position at | 16:46 |
| 8 | Facebook? | 16:46 |
| 9 |     A.    I believe it was product partnerships. | 16:46 |
| 10 |     Q.    Who is Paul Stepnowsky? | 16:46 |
| 11 |     A.    I don't remember specifically. | 16:46 |
| 12 |     Q.    Okay.  So on September 3rd of 2019, there | 16:46 |
| 13 | was this chat, and it starts with Paul Stepnowsky | 16:47 |
| 14 | writing, "Hi Eli, Riana and I are working on a | 16:47 |
| 15 | TechCrunch inquiry, asking about a publicly exposed | 16:47 |
| 16 | data set that contains user phone numbers." | 16:47 |
| 17 |     Do you -- first of all, is "TechCrunch" a | 16:47 |
| 18 | publication? | 16:47 |
| 19 |     A.    Yes. | 16:47 |
| 20 |     Q.    Are you familiar with that publication? | 16:47 |
| 21 |     A.    I know what it is, yes. | 16:47 |
| 22 |     Q.    And a "publicly exposed data set that | 16:47 |
| 23 | contains user phone numbers," what does that mean? | 16:47 |
| 24 |     A.    I don't know. | 16:47 |
| 25 |     Q.    Do you know what a "publicly exposed data | 16:47 |

Veritext Legal Solutions
866 299-5127

```
 1   set" is?                                         16:47

 2       A.   I don't know in this context.           16:47

 3       Q.   Mr. Stepnowsky writes:                  16:47

 4            "We are trying to understand the        16:47

 5            user_mobile_phone permission.  We       16:47

 6            understand this permission is           16:47

 7            restricted to a limited set of          16:47

 8            partners, and we are hoping to learn    16:47

 9            a bit more about who is granted this    16:48

10            permission and how they get it."        16:48

11            Do you see that?                        16:48

12       A.   Yes.                                     16:48

13       Q.   And you see down below, Paul Stepnowsky  16:48

14   adds, "Adding Jackie in case she knows."  Right?  16:48

15       A.   Yes.                                     16:48

16       Q.   So Mr. Stepnowsky thought that you would be  16:48

17   knowledge about this permission and how a partner   16:48

18   could get it; right?                                16:48

19       A.   Yes.  It seems so.                        16:48

20       Q.   Down below a little bit, Amit Sangani says,  16:48

21   "This is used for Facebook login.  This permission   16:49

22   allows our Facebook login partners --               16:49

23            (Clarification requested by Reporter.)

24   BY MR. LOESER:

25       Q.   Amit Sangani writes:
```

Page  231

```
 1                "This is used for Facebook login.  This

 2                permission allows our Facebook login

 3                partners to request phone numbers from      16:49

 4                users.  Eddie O'Neil, PM Director, is       16:49

 5                the owner of this capa."                    16:49

 6           Do you see that?                                 16:49

 7      A.   Yes.                                             16:49

 8      Q.   And Eddie O'Neil was the product manager         16:49

 9  director, is that what that means?                        16:49

10      A.   Yes.                                             16:49

11      Q.   And what does it mean to be the owner -- and 16:49

12  I assume that's capability.  What does it mean to be      16:49

13  the "owner of a capability"?                              16:49

14      A.   I believe it's your name is mapped to it.        16:49

15      Q.   Okay.  And is that because you provided          16:49

16  permission to that partner to use that capability or      16:49

17  you were responsible for creating that capability?        16:49

18      A.   So I don't know enough around the rules for      16:49

19  that to -- I don't know.                                  16:50

20      Q.   If you look down a little further in the         16:50

21  chat, Mr. Stepnowsky says:                                16:50

22                "We are having trouble determining if       16:50

23                the data was obtained from an app."         16:50

24           Can you explain why it would be hard to          16:50

25  determine if data was obtained from an app?               16:50
```

                                               Page 232

CONFIDENTIAL

```
 1          MR. FALCONER:  Objection.  Form.          16:50
 2          THE WITNESS:  So I don't know specifically.  16:50
 3   Again, I'm not technical, which is why I believe I  16:50
 4   referred to partner engineering.                 16:51
 5   BY MR. LOESER:                                    16:51
 6      Q.   All right.  We can run down the chat, to the 16:51
 7   next page.  Alonso Fernandez Baptista, on September 16:51
 8   3rd, 2019, writes:                                16:51
 9          "In 2011 we opened up the user_mobile_     16:51
10          phone permission to developers, only      16:51
11          to remove it a few days later after       16:51
12          what I assume was negative feedback.      16:51
13          At around Q4 2016 and Q2 2017 we          16:51
14          started whitelisting beta partners to     16:51
15          access user_mobile_phone once again       16:51
16          as we wanted to open it back" up "to      16:51
17          developers.  We wanted to get a sense     16:51
18          of how it helped Facebook keep an         16:51
19          updated phone graph, how it helped        16:51
20          developers log people into their          16:51
21          account and how it helped users stay      16:51
22          in touch with businesses that required    16:51
23          their phone."                             16:52
24          And then I'm moving forward a bit:        16:52
25          "In Q4 2017 we decided to not open it     16:52
```

Page 233

1                    to the public and migrate it into a

2                    capability.  All beta testing partners        16:52

3                    who were whitelisted were grandfathered        16:52

4                    into this capability."                         16:52

5           So do you have any understanding at all of    16:52

6    what happened here?                                            16:52

7       A.    Not specifically.  I believe at that time, I 16:52

8    was just moving out of Internet.org back into                 16:52

9    product partnerships, so I don't -- I don't know the 16:52

10   history of a lot of it.                                        16:52

11      Q.    So is it a fair read to say that this         16:52

12   capability was whitelisted to what I refer to as      16:52

13   "beta partners" and because of that, they were able  16:52

14   to continue using a permission that had been          16:52

15   publicly deprecated?                                           16:52

16           MR. FALCONER:  Objection.  Form and            16:52

17   foundation.                                                    16:53

18           THE WITNESS:  Again, I don't know the          16:53

19   history, and I don't know like the whole background  16:53

20   that Alonso is providing, so I can't speak on his    16:53

21   behalf.                                                        16:53

22   BY MR. LOESER:                                                 16:53

23      Q.    All right.  If you go down a bit farther,    16:53

24   Mr. Stepnowsky says:                                           16:53

25                    "Got it.  I also think that on the            16:53

```
 1              dev website it might be behind a          16:53

 2              gatekeeper, so it isn't publicly          16:53

 3              accessible."                              16:53

 4         Can you tell me what it means for a            16:53

 5    permission to be behind a gatekeeper?              16:53

 6         A.   I -- again, a lot of these are very       16:53

 7    technically nuanced, so I don't know what the      16:53

 8    difference is of them or what they are.            16:53

 9         Q.   You understand that if a permission or an 16:53

10    API is publicly accessible, that means that anyone 16:53

11    can determine publicly what in it exists?          16:53

12         A.   Say that again.                          16:53

13         Q.   If a developer wants to know what are all 16:53

14    the publicly available APIs, that is something that 16:53

15    they can presumably go online or get from Facebook 16:53

16    from public sources?                               16:54

17         A.   So they can go to Face- --               16:54

18    developer.Facebook.com.  They could read about it  16:54

19    and then they can apply through the developer      16:54

20    platform process.                                  16:54

21         Q.   Okay.  And if a -- if a permission is not 16:54

22    publicly available, then an app developer can't -- 16:54

23    won't know what those permissions are, absent some 16:54

24    direct discussion with Facebook?                   16:54

25         A.   So, again, I am not the technical expert 16:54
```

Page  235

| 1 | here, and I don't know in that nuance of how you're | 16:54 |
| 2 | referring if they could be used interchangeably, | 16:54 |
| 3 | meaning permission and whatever else you were | 16:54 |
| 4 | referring to. | 16:54 |
| 5 | MR. LOESER:  We can go to the next exhibit. | 16:54 |
| 6 | This should be Exhibit 22 by my count.  My tabs are | 16:55 |
| 7 | off now, so I will be making a lot of mistakes, I'm | 16:55 |
| 8 | sure. | 16:55 |
| 9 | MR. FALCONER:  They are off by 1.  It would | 16:55 |
| 10 | be easier if they were off by like 46. | 16:55 |
| 11 | (Exhibit 22 marked for identification.) | 16:55 |
| 12 | BY MR. LOESER: | 16:55 |
| 13 | Q.   Miss Chang, I'm showing you what's been | 16:55 |
| 14 | marked Exhibit 22, which is an email from Simon | 16:55 |
| 15 | Cross to Eddie O'Neil, dated March 27, 2014. | 16:55 |
| 16 | "Subject:  Forward:  API deprecation," "Attachments: | 16:55 |
| 17 | Events Privatization_2013," and some other letters. | 16:56 |
| 18 | Do you see that? | 16:56 |
| 19 | A.   Yes. | 16:56 |
| 20 | Q.   And the email below that indicates that | 16:56 |
| 21 | there's a thread about "Events API deprecation." | 16:56 |
| 22 | A.   Can I read that? | 16:56 |
| 23 | Q.   Sure. | 16:56 |
| 24 | A.   Thank you.  Okay. | 16:57 |
| 25 | Q.   Miss Chang, this is another email thread | 16:57 |

Page  236

| | | |
|---|---|---|
| 1 | about deprecations of certain permissions in | 16:57 |
| 2 | connection with the new platform.  And do you see | 16:57 |
| 3 | the reference to -- well, let's look at the email at | 16:57 |
| 4 | the top.  It says: | 16:57 |
| 5 | "Here's the whole thread about | 16:57 |
| 6 | Events API deprecation.  Given the | 16:57 |
| 7 | other stuff, I guess we need to tell | 16:57 |
| 8 | them we should NOT deprecate the | 16:57 |
| 9 | Events API at F8.  Concur?" | 16:57 |
| 10 | Do you see that? | 16:57 |
| 11 | A.   Yes. | 16:57 |
| 12 | Q.   And then in the email below from you to | 16:58 |
| 13 | Aditya Koolwal and Simon Cross, among others, dated | 16:58 |
| 14 | March 24, 2014, "Subject:  Re: API deprecation," you | 16:58 |
| 15 | provide some fairly specific information about the | 16:58 |
| 16 | topic of API deprecation; is that right? | 16:58 |
| 17 | A.   Yes. | 16:58 |
| 18 | Q.   Okay.  So this shows your involvement in | 16:58 |
| 19 | this -- in this task of sorting out API removals; | 16:58 |
| 20 | right? | 16:58 |
| 21 | A.   Yes, but I don't recall specifically. | 16:58 |
| 22 | Q.   Okay.  And it looks like you did some pretty | 16:58 |
| 23 | detailed work here.  You say that you, "synced up | 16:58 |
| 24 | with Simon and we agree with the API removal list | 16:58 |
| 25 | you outlined.  I went ahead and cleaned up the list | 16:58 |

Page  237

| | | |
|---|---|---|
| 1 | of APIs for removal and outlined the API calls in | 16:58 |
| 2 | the attached.  Could you look over and verify that | 16:59 |
| 3 | it's all correct as Simon is going to translate this | 16:59 |
| 4 | into a task for engineering?  Additionally, can you | 16:59 |
| 5 | provide some additional clarifications/confirmations | 16:59 |
| 6 | for the below:" | 16:59 |
| 7 | Did I read that correctly? | 16:59 |
| 8 | A.    Yes. | 16:59 |
| 9 | Q.    Can you read your first bullet there in your | 16:59 |
| 10 | email. | 16:59 |
| 11 | A.    "Since some partners (i.e. Mobile) | 16:59 |
| 12 | require access to APIs beyond the | 16:59 |
| 13 | 12 month outlined for PS12N, do you | 16:59 |
| 14 | want to privatize these APIs instead | 16:59 |
| 15 | of maintain them as capabilities? | 16:59 |
| 16 | This will allow us maintain access to | 16:59 |
| 17 | a few devs while publicly deprecating | 16:59 |
| 18 | it." | 16:59 |
| 19 | Q.    So can you explain what you are describing | 16:59 |
| 20 | here? | 16:59 |
| 21 | A.    I don't remember in detail where -- it would | 16:59 |
| 22 | be hard for me to explain in detail.  I don't know. | 17:00 |
| 23 | Q.    Okay.  So what you say here is that -- and | 17:00 |
| 24 | again, this appears to be part of the process of | 17:00 |
| 25 | deprecating permissions when Facebook transitioned | 17:00 |

Page  238

```
 1    to the new platform; right, which it looks like you      17:00
 2    were involved in a lot of ways in that process.          17:00
 3    Another one concerns this API removal list; right?       17:00
 4         MR. FALCONER:  Objection.  Form.                     17:00
 5         THE WITNESS:  So I don't know, but, yeah, I          17:00
 6    see the email.                                            17:00
 7    BY MR. LOESER:                                            17:00
 8    Q.    Okay.  And this suggests that -- that "some         17:00
 9    partners require access to APIs beyond 12 months         17:00
10    outlined for PS12N."                                      17:00
11         And so as you recall, when we went through          17:00
12    the different categories of partners that were           17:00
13    getting extended permissions, some were extended         17:00
14    permissions for a limited amount of time and some        17:00
15    were extended permissions indefinitely; right?           17:00
16    A.    Sorry.  In that -- in that PowerPoint slide?  17:01
17    Q.    Right.                                              17:01
18    A.    Yes, I remember the PowerPoint slide.              17:01
19    Q.    Okay.  So this appears to be indicating that 17:01
20    Mobile as private -- because Mobile requires access     17:01
21    beyond 12 months, that your idea was to privatize       17:01
22    those apps so that their access to these deprecated     17:01
23    permissions would not end in 12 months; is that         17:01
24    right?                                                    17:01
25    A.    So I don't remember specifically, but --          17:01
```

Page  239

| | | |
|---|---|---|
| 1 | yes, it seems like I'm posing the question. | 17:01 |
| 2 | Q.   So, certainly, as of the date of this email, | 17:01 |
| 3 | March 24, 2014, you knew that there would be some | 17:02 |
| 4 | partners that would require access to deprecated | 17:02 |
| 5 | APIs for more than 12 months after the new platform | 17:02 |
| 6 | was introduced; right? | 17:02 |
| 7 | A.   So I don't know, at that moment in time. | 17:02 |
| 8 | Q.   So looking at what you wrote, you're telling | 17:02 |
| 9 | me you can't determine, based on what you wrote, | 17:02 |
| 10 | that there were some partners that would require | 17:02 |
| 11 | access to APIs beyond the 12 months outlined for | 17:02 |
| 12 | PS12N? | 17:02 |
| 13 | A.   I know what I wrote, but I don't remember it | 17:02 |
| 14 | in specificity where I would know the full context | 17:02 |
| 15 | of what you're implying. | 17:02 |
| 16 | Q.   Okay.  Do you have any reason to believe | 17:02 |
| 17 | that the information that you wrote in this email is | 17:02 |
| 18 | inaccurate? | 17:02 |
| 19 | A.   I don't know. | 17:02 |
| 20 | Q.   You don't have any reason to believe that, | 17:02 |
| 21 | do you? | 17:02 |
| 22 | A.   I mean, there's always a possibility of | 17:02 |
| 23 | inaccuracy, but I don't know.  It's not my intent to | 17:02 |
| 24 | be inaccurate. | 17:03 |
| 25 | Q.   Did you have any involvement at any point in | 17:03 |

Page 240

CONFIDENTIAL

```
 1    your career at Facebook with screening third-party    17:03
 2    developers before -- well, strike that.               17:03
 3            Do you know whether Facebook screened         17:03
 4    third-party developers or their apps before granting  17:03
 5    them access to Graph API?                             17:03
 6        A.   I --                                         17:03
 7            MR. FALCONER:  Object to form.                17:03
 8            THE WITNESS:  Sorry.  I don't understand.     17:03
 9    Can you give me an example.                            17:04
10    BY MR. LOESER:                                        17:04
11        Q.   Sure.  Let me ask again.  Do you know        17:04
12    whether Facebook screens apps or developers before    17:04
13    allowing them to access the Facebook Graph?           17:04
14            MR. FALCONER:  Objection.  Form.              17:04
15            Go ahead.                                     17:04
16            THE WITNESS:  So we have like a public        17:04
17    workflow that has a developer operations team that    17:04
18    reviews the apps, so I don't -- I don't know if       17:04
19    that's what you're referring to.                      17:04
20    BY MR. LOESER:                                        17:04
21        Q.   And do you know anything about the process   17:04
22    for reviewing apps, how that's done?                  17:04
23        A.   Not in detail.                               17:04
24        Q.   Do you know if that process changed after    17:04
25    2012?                                                 17:04
```

Page 241

 1      A.    So I can't really speak to that process.  I    17:04
 2  don't know.                                               17:04
 3      Q.    Do you know if Facebook reviewed privacy        17:04
 4  policies of third-party apps to ensure that they          17:05
 5  complied with Facebook's own policies before              17:05
 6  providing those apps access to Facebook Graph?            17:05
 7          MR. FALCONER:  Objection.  Form.                  17:05
 8          THE WITNESS:  Sorry.  Can you say that            17:05
 9  again?                                                    17:05
10  BY MR. LOESER:                                            17:05
11      Q.    Do you know if Facebook reviewed the privacy   17:05
12  policies of third-party apps?                             17:05
13      A.    I -- I don't know.                              17:05
14          MR. FALCONER:  Objection.                        17:05
15          THE WITNESS:  I'm sorry.                          17:05
16          MR. FALCONER:  Yeah.  Just same objection.       17:05
17  BY MR. LOESER:                                            17:05
18      Q.    Are you familiar with the Facebook data use    17:05
19  policy?                                                   17:05
20      A.    Not in -- not -- not specifically.  I guess    17:05
21  it's in what context?                                     17:05
22      Q.    Well, have you ever read any version of        17:05
23  Facebook's data use policies?                             17:06
24      A.    So I don't remember that specifically, but     17:06
25  if you're talking about like a -- like a platform        17:06

                                           Page  242

```
 1   usage, I mean, I know we have platform terms.        17:06
 2       Q.   Well, do you -- have you ever reviewed      17:06
 3   Facebook's platform policies, platform developer     17:06
 4   policies?                                            17:06
 5       A.   I mean, I have read it, but I don't remember 17:06
 6   all the details of it.                               17:06
 7       Q.   And what about the Facebook data use        17:06
 8   policies specifically?  Is that something you recall 17:06
 9   ever reading?                                        17:06
10       A.   I don't remember.                           17:06
11       Q.   During all your time working with Facebook  17:06
12   partners, did you ever become aware of any violation 17:06
13   of Facebook policies by any app developer or         17:06
14   partner?                                             17:06
15       A.   Sorry.  In what sense?                       17:06
16       Q.   In any sense.                                17:06
17       A.   I mean, I've heard that it's happened, but I 17:06
18   don't recall anything specific.                      17:07
19       Q.   Can you recall any specific instance of a    17:07
20   partner with whom you worked violating any Facebook   17:07
21   platform policy?                                      17:07
22       A.   Again, I don't remember specifically but,    17:07
23   yeah, it's definitely possible.                       17:07
24       Q.   But you never saw it happen; is that what    17:07
25   you are saying?                                        17:07
```

Page 243

CONFIDENTIAL

| 1 | A.   I don't remember.  I don't remember every | 17:07 |
| 2 | instance of my interactions so I don't know. | 17:07 |
| 3 | Q.   And there was no platform policy violation | 17:07 |
| 4 | of any partner with whom you worked that you can | 17:07 |
| 5 | specifically recall? | 17:07 |
| 6 | A.   Not specifically. | 17:07 |
| 7 | Q.   Do you remember generally any platform | 17:07 |
| 8 | violations by any of the partners with whom you | 17:07 |
| 9 | worked? | 17:07 |
| 10 | A.   I know that platform violations is possible, | 17:07 |
| 11 | but I don't know specifically who or what. | 17:07 |
| 12 | Q.   Are you aware that the data use policy has a | 17:08 |
| 13 | provision that states, "If an application asks | 17:08 |
| 14 | permission from someone else to access your | 17:08 |
| 15 | information, the application will be allowed to use | 17:08 |
| 16 | that information only in connection with the person | 17:08 |
| 17 | that gave the permission and no one else"? | 17:08 |
| 18 | MR. FALCONER:  Objection.  Form. | 17:08 |
| 19 | THE WITNESS:  I don't know that line | 17:08 |
| 20 | specifically off the top of my head.  So I'll -- | 17:08 |
| 21 | assuming if you're reading it from an actual thing, | 17:08 |
| 22 | yeah, that's -- | 17:08 |
| 23 | BY MR. LOESER: | 17:08 |
| 24 | Q.   And did you observe any situation in which | 17:08 |
| 25 | that specific policy I mentioned was violated by any | 17:08 |

Page 244

| | | |
|---|---|---|
| 1 | app or partner? | 17:08 |
| 2 | MR. FALCONER:  Objection.  Form. | 17:08 |
| 3 | THE WITNESS:  So I don't remember. | 17:08 |
| 4 | MR. LOESER:  It we can go to tab 25. | 17:09 |
| 5 | (Exhibit 23 marked for identification.) | 17:09 |
| 6 | BY MR. LOESER: | 17:09 |
| 7 | Q.  Miss Chang, I'm showing you what's been | 17:09 |
| 8 | marked Exhibit 23, which is an email from you to | 17:10 |
| 9 | Eddie O'Neil, Marie Hagman and Simon Cross, dated | 17:10 |
| 10 | November 21, 2013, "Subject:  Capability | 17:10 |
| 11 | Requirements Post-PS12n & privatization" and there | 17:10 |
| 12 | is an attachment "Capability_Legal&Privacy." | 17:10 |
| 13 | Do you see that? | 17:10 |
| 14 | A.  Yes. | 17:10 |
| 15 | Q.  And so you wrote an email and you provided | 17:10 |
| 16 | an attachment specifically regarding "Capability | 17:10 |
| 17 | Requirements post-PS12n & privatization." | 17:10 |
| 18 | And take a minute to look at your email and | 17:10 |
| 19 | tell me if you recall what you are referring to in | 17:10 |
| 20 | the subject line of this email. | 17:10 |
| 21 | A.  Sorry.  I'm pulling up the document.  Okay. | 17:10 |
| 22 | Q.  So I'm looking at the subject of your email | 17:12 |
| 23 | that you wrote, "Capability requirements post-PS12n | 17:12 |
| 24 | & privatization." | 17:12 |
| 25 | Do you understand what that refers to? | 17:12 |

Page 245

CONFIDENTIAL

1      A.   Not specifically, but I -- I see the email.   17:12

2      Q.   Okay.  And do you remember your role in      17:13

3   coming up with a new process for capabilities?       17:13

4      A.   I don't remember.  I would say there's been  17:13

5   a lot of processes through the years.  They blend     17:13

6   together so I don't remember this one specifically.   17:13

7      Q.   Okay.  So let's go through your email.  You   17:13

8   start:                                                17:13

9           "I went through a review with the            17:13

10          privacy XFN, legal, and policy team          17:13

11          this week and have agreed upon the           17:13

12          new process for capabilities."               17:13

13          So that's work that you did collecting       17:13

14   information from these other groups; is that right?  17:13

15     A.   No.  It sounds like I reviewed with those    17:13

16   groups and have aggregated their feedback.           17:13

17     Q.   Okay.  And then your next sentence says:      17:13

18          "Attached are supporting slides for          17:13

19          my findings and recommendations              17:13

20          around the capability creation and           17:13

21          approval process post-PS12n and (2)          17:14

22          privatization of existing APIs.              17:14

23          Below are the key points."  [As read.]       17:14

24          So this email presents the -- your findings  17:14

25   and recommendation around those two topics based     17:14

Page  246

CONFIDENTIAL

1    upon your review with the privacy, XFN, legal and      17:14

2    policy team; is that right?                            17:14

3        A.    I believe so, but I -- again, I don't        17:14

4    remember this specifically.                            17:14

5        Q.    Okay.  So at the time that you wrote this     17:14

6    email, you appeared to have a good understanding of    17:14

7    capability, creation and approval process post-PS12N   17:14

8    & privatization of existing apps; is that right?       17:14

9        A.    I wouldn't assume that.                       17:14

10       Q.    You wouldn't assume you had a good            17:14

11   understanding, even though in this email you present   17:14

12   your findings and recommendations regarding those      17:14

13   topics?                                                17:14

14       A.    Correct.  I wouldn't assume that because I'm 17:14

15   working with many different groups, so I'm usually      17:14

16   aggregating knowledge across, so I would not say I      17:14

17   am the expert.                                          17:14

18       Q.    Okay.  But they were your findings and your  17:14

19   recommendations; is that right?                        17:15

20       A.    Based off of what I collected at the time.   17:15

21       Q.    Your first key point here -- by the way,     17:15

22   reviewing this email, do you recall what the -- what   17:15

23   is referenced by post-PS12N?                           17:15

24       A.    Looking at that now, and I think you've been 17:15

25   pointing out platform simplification, I do connect     17:15

Veritext Legal Solutions
866 299-5127

```
 1    the two now.                                         17:15

 2        Q.   Okay.  And you were very involved in tasks  17:15

 3    relating to platform simplification; right?          17:15

 4        A.   I wouldn't assume that.                     17:15

 5        Q.   You were involved enough to be responsible  17:15

 6    for aspects of platform simplification; right?       17:15

 7        A.   I wouldn't assume that.                     17:15

 8        Q.   Even for --

 9        A.   Being I supported -- I supported the work   17:15

10    stream, but I can't characterize because I don't     17:15

11    remember if that was my position, so that's why I    17:15

12    wouldn't assume that.                                17:15

13        Q.   But we have looked at email where you were  17:15

14    assigned a particular task with regard to platform   17:16

15    simplification; right?                               17:16

16        A.   So assigning to task doesn't mean I -- I own 17:16

17    that.                                                17:16

18        Q.   What does it mean?                          17:16

19        A.   It means I'm assigned to task.              17:16

20        Q.   Having been assigned the task, presumably   17:16

21    you learned something about it?                      17:16

22        A.   I guess.  But, again, I don't know from that 17:16

23    moment in time.  It's 2013, so I don't remember at   17:16

24    that moment in time.                                 17:16

25        Q.   Okay.  Well, let's look at what your key    17:16
```

Page 248

```
 1    points were in your findings and recommendations.    17:16
 2    The first one was:                                    17:16
 3            "Capability creation should not be            17:16
 4            gated by approval.  We should put             17:16
 5            the same requirements/trust as we             17:16
 6            do with GK - this will ensure the             17:16
 7            most optimal adoption by engineering."        17:16
 8            What did you mean by that?                     17:16
 9       A.   Again, I don't know.                           17:17
10       Q.   No memory whatsoever of what that finding      17:17
11    and recommendation meant?                              17:17
12       A.    I don't know between capability and GK how    17:17
13    it's blended, where I -- I don't know -- like I        17:17
14    don't recall enough between the two, the               17:17
15    differences.                                           17:17
16       Q.   Okay.  And what is "GK"?                        17:17
17       A.   Gatekeeper.                                     17:17
18       Q.   Okay.  And then, in your second key point      17:17
19    from your findings and recommendations you state:      17:17
20            "Capabilities fall into two major              17:17
21            buckets:  Internally-used and                  17:17
22            externally-used."   [As read.]                 17:17
23            Do you recall dividing capabilities into       17:17
24    those two buckets?                                      17:17
25       A.   I don't remember.                               17:17
```

Page  249

CONFIDENTIAL

```
 1        Q.    Do those -- do capabilities fall into those    17:17
 2   two buckets?                                              17:17
 3        A.    I don't know generally for them, but what it   17:17
 4   says in the email is what it says.  But I don't -- I      17:17
 5   don't know if that's -- I don't know enough to know       17:17
 6   if that classification is true.                           17:17
 7        Q.    But, presumably, when you wrote this email,     17:17
 8   you believed that that was true; right?                   17:18
 9        A.    I don't know.                                  17:18
10        Q.    Okay.  You might have written an email in      17:18
11   which you had no idea whether that information was        17:18
12   true or not?                                              17:18
13        A.    Again, I don't know.  I don't remember that,   17:18
14   so I don't want to make assertions for a moment in        17:18
15   time that I can't remember.                               17:18
16        Q.    Okay.  But it would be pretty unusual, don't   17:18
17   you think, for you to write an email in which you         17:18
18   make knowingly untrue assertions?                         17:18
19        A.    I wouldn't position it that way because this   17:18
20   stuff is highly technical, so I think there's a high      17:18
21   possibility for me not to know at all -- to all           17:18
22   extent to say that it's completely true.                  17:18
23        Q.    So any email we pick up from this time         17:18
24   period, maybe everything you said was wrong, maybe        17:18
25   right.  What I am asking is:  You wouldn't knowingly      17:18
```

Page 250

```
 1    present false information; right?                    17:18

 2        A.    Not to my -- yeah, I wouldn't -- if I knew, 17:18

 3    I wouldn't make an assertion.                        17:18

 4        Q.    So if you could read what you've written for 17:18

 5    "externally-used" down after your description of     17:19

 6    "Capabilities falling into two major buckets," your  17:19

 7    second bucket is "externally-used," and if you go    17:19

 8    down to that bullet, could you read that bullet?     17:19

 9        A.    "Externally-Used:  These capabilities       17:19

10              generally break out to" -- "breakout to    17:19

11              user (i.e. Autogrants) and non-user        17:19

12              functionality (i.e. Unlimited API          17:19

13              calls).  They are typically riskier        17:19

14              because we're putting a lot of trust       17:19

15              into the hands of developers and           17:19

16              hoping they understand the intended        17:19

17              use and never alter the experience         17:19

18              without our approval."                     17:19

19        Q.    And what did you mean by -- explain what you 17:19

20    meant by that sentence.                              17:19

21        A.    Again, I don't remember in that specific   17:19

22    moment, so I don't -- I -- I don't know enough to be 17:20

23    able to -- to interpret that.                        17:20

24        Q.    So as you sit here today, reading this     17:20

25    language means nothing to you?                       17:20
```

Page 251

| | | |
|---|---|---|
| 1 | A.   A lot of it doesn't look familiar. | 17:20 |
| 2 | Q.   I asked you if it meant anything to you. | 17:20 |
| 3 | Can you discern the meaning of what you wrote when | 17:20 |
| 4 | you wrote this email describing the externally-used | 17:20 |
| 5 | capabilities? | 17:20 |
| 6 | A.   I can't because a lot of things aren't that | 17:20 |
| 7 | familiar, which would require me to assume and | 17:20 |
| 8 | speculate about things. | 17:20 |
| 9 | Q.   So at the time that you wrote this email, as | 17:20 |
| 10 | the email reflects, you went through a review with | 17:20 |
| 11 | privacy, XFN, legal and the policy team, and you | 17:20 |
| 12 | made these recommendations. | 17:20 |
| 13 | So fair to say that when you wrote this | 17:20 |
| 14 | email, you had an adequate understanding of the | 17:20 |
| 15 | topics that you were discussing in this email? | 17:21 |
| 16 | A.   I -- I don't know. | 17:21 |
| 17 | Q.   If you read further down your key points, | 17:21 |
| 18 | the fourth one is, "Capabilities meant to support | 17:21 |
| 19 | external apps," and you write, "Capabilities meant | 17:21 |
| 20 | to support external apps should," and could you read | 17:21 |
| 21 | that first bullet, please? | 17:21 |
| 22 | A.   "Should ALWAYS require an agreement/ | 17:21 |
| 23 | light-weight confirmation.  Depending | 17:21 |
| 24 | on how strategic or data sensitive the | 17:21 |
| 25 | capability, we will require the | 17:21 |

Page 252

| | | |
|---|---|---|
| 1 | appropriate coverage.  At the very | 17:21 |
| 2 | least, this will put adequate notice | 17:21 |
| 3 | for developers that (1) capabilities | 17:21 |
| 4 | can go away at any time, (2) you | 17:21 |
| 5 | cannot launch without our approval, | 17:21 |
| 6 | and (3) you cannot materially change | 17:22 |
| 7 | your integration without our approval." | 17:22 |
| 8 | Q.   So what did you mean when you said | 17:22 |
| 9 | "depending on how strategic or data sensitive the | 17:22 |
| 10 | capability, we will require the appropriate | 17:22 |
| 11 | coverage"? | 17:22 |
| 12 | A.   So I don't remember -- I don't remember at | 17:22 |
| 13 | that time what that would be inferring to. | 17:22 |
| 14 | Q.   As you sit here today, reading the words | 17:22 |
| 15 | that you wrote, can you understand how the -- how | 17:22 |
| 16 | strategic or data sensitive the capability, how that | 17:22 |
| 17 | would relate to whether you need appropriate | 17:22 |
| 18 | coverage? | 17:22 |
| 19 | A.   So, again, over time, my -- my | 17:22 |
| 20 | understanding, things have changed.  So I don't feel | 17:22 |
| 21 | comfortable saying that I know what it meant back | 17:22 |
| 22 | then. | 17:22 |
| 23 | And looking at it now, I would say | 17:22 |
| 24 | "strategic" just means, you know, of strategic | 17:22 |
| 25 | value, but I don't know specifically what the | 17:22 |

Page  253

```
 1   criteria would be.                                  17:22

 2       Q.   And what is -- what do you mean by "how data 17:22

 3   sensitive the capability"?  What does that pertain   17:22

 4   to?                                                  17:22

 5       A.   Again, I don't know.                        17:22

 6       Q.   Would that suggest that some capabilities   17:23

 7   provide access to more sensitive information than    17:23

 8   other capabilities?                                  17:23

 9       A.   So that would require me to assume.  I don't 17:23

10   know.                                                17:23

11       Q.   So, again, we're looking at another document 17:23

12   in which you're providing a recommendation about a   17:23

13   subject on which it appears you did a fair amount of 17:23

14   work, but sitting here today, you have utterly no    17:23

15   understanding of what you wrote.                     17:23

16       A.   Correct.                                    17:23

17            MR. FALCONER:  Objection to form.           17:23

18            THE WITNESS:  I mean, it was in 2013.  I    17:23

19   worked on a lot of projects, so I don't remember     17:23

20   this in specificity.                                 17:23

21   BY MR. LOESER:                                       17:23

22       Q.   And, then, if you look down to paragraph 5, 17:23

23   you write:                                           17:23

24            "For APIs becoming privatized, Aldo         17:23

25            King would like to run a personal           17:23
```

Page 254

CONFIDENTIAL

```
 1              review of these and help us determine      17:23
 2              if we should require a new confirmation    17:23
 3              from devs that we're granting these        17:23
 4              capabilities to."                          17:24
 5         So do you recall what you meant by "APIs        17:24
 6    becoming privatized"?                                17:24
 7         A.   If an API became private -- from public to 17:24
 8    private.                                             17:24
 9         Q.   Yeah.  These are your words that you wrote, 17:24
10    so do you have an understanding of what that means?  17:24
11         A.   Not in the context of that time because I  17:24
12    don't remember at that very moment.                  17:24
13         Q.   Well, what would it mean to you today?     17:24
14         A.   From public to private.                    17:24
15         Q.   And what does that mean?                   17:24
16         A.   If it was a public API and now it's private 17:24
17    API.                                                 17:24
18         Q.   And why did APIs become private?           17:24
19         A.   I don't know.                              17:24
20         Q.   Despite your work in this area, you have no 17:24
21    recollection whatsoever about why certain partners   17:24
22    entered into private APIs with Facebook?             17:24
23         A.   No.  I can't generalize across the board, so 17:24
24    I don't know.                                        17:25
25         Q.   I'm not asking you to generalize across the 17:25
```

Page 255

1    board.  I'm asking if you have any understanding at    17:25

2    all.    17:25

3            MR. FALCONER:  Objection.  Form.    17:25

4            THE WITNESS:  Again, I don't remember, so I    17:25

5    don't -- I can't really speak to it.    17:25

6    BY MR. LOESER:    17:25

7        Q.    So if someone called you up today and said,    17:25

8    Miss Chang, can you explain to me what the    17:25

9    difference between a private and a public API is,    17:25

10   and why a Facebook partner would have a private API,    17:25

11   you have no answer that you could provide?    17:25

12       A.    Correct.  I would -- I don't know because    17:25

13   there is a lot of technical nuance, and I don't know    17:25

14   what it would mean today.    17:25

15       Q.    And you don't know what it would mean today    17:25

16   and you don't know what it meant in 2013; right?    17:25

17       A.    I don't remember.    17:25

18       Q.    And the email outlining your findings and    17:25

19   recommendations, based upon all the work you did to    17:25

20   develop them, doesn't refresh your recollection in    17:25

21   any way as to what that term means?    17:25

22           MR. FALCONER:  Objection.  Form.    17:26

23           THE WITNESS:  Yes, it doesn't.  Again, this    17:26

24   wasn't -- this wasn't really like my -- I didn't    17:26

25   really recall a lot around this because it wasn't my    17:26

Page 256

| | | |
|---|---|---|
| 1 | main thing I was focused on, so I -- I just don't | 17:26 |
| 2 | recall a lot of it. | 17:26 |
| 3 | BY MR. LOESER: | 17:26 |
| 4 | Q.   So, Miss Chang, it appears from the email | 17:26 |
| 5 | that we went through that you were involved with | 17:26 |
| 6 | deprecating -- working with partners for whom | 17:26 |
| 7 | friends and reads permissions were deprecated over | 17:26 |
| 8 | the course of a couple of years.  And based on your | 17:26 |
| 9 | testimony today, it sounds like you have no | 17:26 |
| 10 | recollection of any of those efforts, | 17:26 |
| 11 | notwithstanding working on those matters for a | 17:26 |
| 12 | couple of years.  Can you explain that? | 17:26 |
| 13 | A.   So I wouldn't -- | 17:26 |
| 14 | MR. FALCONER:  Objection to form. | 17:26 |
| 15 | THE WITNESS:  So I wouldn't generalize it to | 17:26 |
| 16 | that.  So as you said, it's been over like -- it's | 17:26 |
| 17 | been over eight years, so I don't remember that. | 17:26 |
| 18 | I've worked on a lot of different projects, a lot of | 17:26 |
| 19 | them blend together, so I don't remember this | 17:27 |
| 20 | specifically. | 17:27 |
| 21 | BY MR. LOESER: | 17:27 |
| 22 | Q.   Deprecating friends permissions was a pretty | 17:27 |
| 23 | big deal for Facebook, wasn't it? | 17:27 |
| 24 | A.   I don't know. | 17:27 |
| 25 | Q.   At the keynote address of the F8 that | 17:27 |

Page  257

| | | |
|---|---|---|
| 1 | year -- the F8 is a big deal, isn't it? | 17:27 |
| 2 | A.   The event is. | 17:27 |
| 3 | Q.   Yeah.  And Mark Zuckerberg gave the keynote | 17:27 |
| 4 | address in 2014; right? | 17:27 |
| 5 | A.   Like we saw, yes. | 17:27 |
| 6 | Q.   And that's a big deal; right? | 17:27 |
| 7 | A.   I -- I don't know if it was back then. | 17:27 |
| 8 | Q.   Okay.  And in his keynote address, one of | 17:27 |
| 9 | the things he talked about was deprecating friends | 17:27 |
| 10 | permissions; right? | 17:27 |
| 11 | A.   I don't know if he used those words exactly, | 17:27 |
| 12 | but whatever the video said. | 17:27 |
| 13 | Q.   Okay.  What the video said is that Facebook | 17:27 |
| 14 | was going to stop sharing friends data; right? | 17:27 |
| 15 | A.   If that's what the video said.  I don't | 17:27 |
| 16 | remember it specifically. | 17:27 |
| 17 | Q.   We just watched the video, Miss Chang. | 17:27 |
| 18 | A.   Right, but I didn't memorize -- | 17:27 |
| 19 | MR. FALCONER:  Objection.  Argumentative. | 17:28 |
| 20 | BY MR. LOESER: | 17:28 |
| 21 | Q.   Okay.  So you can't remember what | 17:28 |
| 22 | Mr. Zuckerberg said in the video clip that we showed | 17:28 |
| 23 | you a couple hours ago? | 17:28 |
| 24 | A.   Not exactly. | 17:28 |
| 25 | Q.   Okay.  And we went through the transcript -- | 17:28 |

Page 258

CONFIDENTIAL

```
1        A.    We can play it again, I guess.            17:28

2        Q.    I read the transcript to you.  And in the  17:28

3   transcript, Mr. Zuckerberg says that Facebook was    17:28

4   going to stop letting apps access the content        17:28

5   information of a person's friends who didn't use the 17:28

6   app; right?                                          17:28

7        A.    Is that an exact -- is that an exact       17:28

8   reading?  I don't know.                              17:28

9        Q.    Okay.  So that's all --                    17:28

10       A.    I --                                       17:28

11       Q.    None of that made any sense to you         17:28

12   whatsoever?                                          17:28

13       A.    Again, I don't know if that was specifically 17:28

14   how he said, so I think you've been using things     17:28

15   interchangeably where I don't feel comfortable       17:28

16   agreeing to that.  So I don't know what was exactly  17:28

17   said.  I don't have the transcript in front of me to 17:28

18   be able to say that's exactly what he said.          17:28

19       Q.    Well, fortunately, we have the transcript as 17:28

20   an exhibit.  So why don't we go back to that         17:28

21   exhibit.                                             17:29

22            DEPOSITION REPORTER:  Counsel, I don't think 17:29

23   you actually marked the transcript.                  17:29

24            MR. LOESER:  I think it is Exhibit 17.      17:29

25            DEPOSITION REPORTER:  Okay.  It is.  You're  17:29
```

Page 259

| | | |
|---|---|---|
| 1 | right.  I apologize. | 17:29 |
| 2 | BY MR. LOESER: | 17:29 |
| 3 |    Q.   If you look at that second highlighted | 17:29 |
| 4 | paragraph.  Why don't you read that again, | 17:29 |
| 5 | Miss Chang. | 17:30 |
| 6 |    A.   "And in the past, when one of your | 17:30 |
| 7 | friend" -- | 17:30 |
| 8 |    Q.   Go ahead.  Sorry. | 17:30 |
| 9 |    A.   "And in the past, when one of your | 17:30 |
| 10 | friend blogged into an app, in this | 17:30 |
| 11 | case, Ilya, the app could ask him | 17:30 |
| 12 | not only to share his data, but also | 17:30 |
| 13 | data that his friends had shared | 17:30 |
| 14 | with him -- like photos and friend | 17:30 |
| 15 | lists here.  So now we're going to | 17:30 |
| 16 | change this, and we're going to make | 17:30 |
| 17 | it so that now everyone has to choose | 17:30 |
| 18 | to share their own data with an app | 17:30 |
| 19 | themselves. | 17:30 |
| 20 | "So we think that this is a really | 17:30 |
| 21 | important step for giving people power | 17:30 |
| 22 | and control over how they share their | 17:30 |
| 23 | data with the apps.  And as developers, | 17:30 |
| 24 | this is going to allow you to keep | 17:31 |
| 25 | building apps with all the same great | 17:31 |

Page 260

```
 1              social features while also giving      17:31
 2              people power and control first.  So    17:31
 3              I am really happy that we're doing      17:31
 4              this."                                  17:31
 5       Q.   Now, I want to make sure that you understand 17:31
 6    what he said here because this is something that  17:31
 7    Mr. Zuckerberg included in his keynote address.  And 17:31
 8    as he says, he was really happy they were doing   17:31
 9    this, and the "this" was eliminating friend sharing; 17:31
10    right?  Is that -- is that a description that you  17:31
11    agree with?                                        17:31
12       A.   No, I --                                   17:31
13              MR. FALCONER:  Object.  Foundation.     17:31
14              THE WITNESS:  No.  I don't know if it's 17:31
15    specifically related to that.  I can't assume that. 17:31
16    BY MR. LOESER:                                     17:31
17       Q.   Okay.  Let's read a sentence and see if we 17:31
18    can develop a common understanding.                17:31
19              "So now we're going to change this      17:31
20              and we're going to make it so that      17:32
21              now everyone has to choose their own    17:32
22              data with a" -- I'm sorry, "That now    17:32
23              everyone has to choose to share their   17:32
24              own data with an app themselves."       17:32
25              Do you understand what that means?      17:32
```

Page 261

| | | |
|---|---|---|
| 1 | A.   Yes. | 17:32 |
| 2 | Q.   What does that mean? | 17:32 |
| 3 | A.   It means that people have to opt in to share | 17:32 |
| 4 | information.  So if they publish something, they | 17:32 |
| 5 | have to opt in to do that. | 17:32 |
| 6 | Q.   So that means that if one person downloads | 17:32 |
| 7 | an app, that app can't get access to that person's | 17:32 |
| 8 | friends, unless those friends also opt into that | 17:32 |
| 9 | sharing; is that right? | 17:32 |
| 10 | A.   So I don't know specifically if it means to | 17:32 |
| 11 | that. | 17:32 |
| 12 | Q.   Okay.  So, Miss Chang, all that work you did | 17:32 |
| 13 | over at least a year period figuring out which | 17:32 |
| 14 | partners were going to get continued access to | 17:32 |
| 15 | friend sharing, are you telling the jury that you | 17:32 |
| 16 | don't have any understanding of what that would | 17:33 |
| 17 | enable those partners to continue doing? | 17:33 |
| 18 | MR. FALCONER:  Objection.  Form and | 17:33 |
| 19 | foundation. | 17:33 |
| 20 | THE WITNESS:  So, again, I wasn't just | 17:33 |
| 21 | working on that.  It would -- sounded like it was | 17:33 |
| 22 | working on a lot of different capabilities, so I | 17:33 |
| 23 | don't remember that specifically and how you're | 17:33 |
| 24 | positioning that. | 17:33 |
| 25 | / / / | 17:33 |

Page 262

```
 1    BY MR. LOESER:                                   17:33
 2        Q.   Do you remember at all when you were working 17:33
 3    to develop a format for what partners would continue 17:33
 4    having access to friend sharing -- so stop there.  17:33
 5    Do you remember that at all?                     17:33
 6        A.   No, beyond what we were just reading earlier 17:33
 7    today.                                           17:33
 8        Q.   Okay.  And what we were reading earlier  17:33
 9    today showed your involvement in developing that  17:33
10    format; right?                                   17:33
11        A.   That's -- that's what the email -- if that's 17:33
12    what the email said, yeah.                       17:33
13        Q.   And so when Mr. Zuckerberg stood up and gave 17:33
14    this presentation and he touched on a topic on which 17:33
15    you had been working for over a year, you don't have 17:33
16    any recollection of noticing that?               17:33
17        A.   I don't know if he's specifically referring 17:34
18    to what I am working on.                         17:34
19        Q.   Well, he was specifically referring to    17:34
20    getting rid of the ability of apps to access friend 17:34
21    permissions; right?                              17:34
22             MR. FALCONER:  Objection.  Form and      17:34
23    foundation.                                      17:34
24             THE WITNESS:  I don't believe that's what he 17:34
25    said.  He said:                                  17:34
```

Page 263

```
 1              "So now we're going to change this      17:34

 2               and we're going to make it so that     17:34

 3               everyone has to choose to share        17:34

 4               their own data with an app             17:34

 5               themselves."                           17:34

 6     BY MR. LOESER:                                   17:34

 7        Q.   So, Miss Chang, how do you think Facebook 17:34

 8     made that change?  What do you think they did?   17:34

 9              MR. FALCONER:  Objection.  Form.        17:34

10              THE WITNESS:  They changed the permissioning 17:34

11     model, I'm guessing.                             17:34

12     BY MR. LOESER:                                   17:34

13        Q.   Right.  Doesn't that mean that they      17:34

14     eliminated the friend sharing APIs?  Isn't that what 17:34

15     he's saying?                                     17:34

16        A.   I don't --                               17:34

17              MR. FALCONER:  Objection to form and    17:34

18     foundation.                                      17:34

19     BY MR. LOESER:                                   17:34

20        Q.   Right?                                   17:34

21        A.   So, again, I don't know specifically because 17:34

22     I think you're referring to one thing and I don't 17:35

23     know.                                            17:35

24        Q.   Okay.  So looking at this language, you  17:35

25     don't draw any line between making it so everyone 17:35
```

Page 264

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | has to choose to share their own data with an app | 17:35 |
| 2 | themselves; you draw no connection in your mind | 17:35 |
| 3 | between that and eliminating friend sharing? | 17:35 |
| 4 | A.   Again, I don't know what Mark is | 17:35 |
| 5 | specifically referring to, so I can't make that | 17:35 |
| 6 | assumption or connection. | 17:35 |
| 7 | Q.   And having gone through all these emails | 17:35 |
| 8 | that we went through and looking at this language, | 17:35 |
| 9 | you still can't make that connection? | 17:35 |
| 10 | A.   I can't. | 17:35 |
| 11 | MR. FALCONER:  Derek, we have been going a | 17:35 |
| 12 | little more than an hour.  Whenever you hit a | 17:36 |
| 13 | stopping point, can we take a break? | 17:36 |
| 14 | MR. LOESER:  Now is fine. | 17:36 |
| 15 | THE VIDEOGRAPHER:  This marks the end of | 17:36 |
| 16 | media No. 5 in the deposition of Jackie Chang. | 17:36 |
| 17 | Going off the record.  The time is 5:36. | 17:36 |
| 18 | (Off the record.) | 17:36 |
| 19 | THE VIDEOGRAPHER:  This marks the beginning | 17:56 |
| 20 | of media No. 6 in the deposition of Jackie Chang. | 17:56 |
| 21 | We are back on the record.  The time is 5:57. | 17:57 |
| 22 | BY MR. LOESER: | 17:57 |
| 23 | Q.   Miss Chang, before we were talking about the | 17:57 |
| 24 | 2014 F8 Conference and I want to make sure I | 17:57 |
| 25 | understand your testimony.  Do you generally attend | 17:57 |

Page 265

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the F8 Conferences? | 17:57 |
| 2 | A.   Not generally.  I've been to them, but I | 17:57 |
| 3 | haven't been to all. | 17:57 |
| 4 | Q.   And do -- you generally just don't have much | 17:57 |
| 5 | of a role there, so you can't remember much about | 17:57 |
| 6 | it? | 17:57 |
| 7 | A.   That depends on which F8.  I've spoken at F8 | 17:57 |
| 8 | before. | 17:57 |
| 9 | Q.   What are the topics on which you've spoken? | 17:57 |
| 10 | A.   On Internet.org. | 17:57 |
| 11 | Q.   Okay.  And what year?  Do you recall what | 17:57 |
| 12 | year that was? | 17:57 |
| 13 | A.   I don't remember what year exactly. | 17:57 |
| 14 | MR. LOESER:  We're going to show you the | 17:57 |
| 15 | next exhibit, which should be -- I know I'm going to | 17:57 |
| 16 | say it wrong, but I think it is Exhibit 24. | 17:57 |
| 17 | (Exhibit 24 marked for identification.) | 17:58 |
| 18 | BY MR. LOESER: | 17:58 |
| 19 | Q.   Miss Chang, you should be looking at | 17:58 |
| 20 | Exhibit 24, which is an email from KP to Simon | 17:58 |
| 21 | Cross, and it's dated March 28th, 2014:  Subject: | 17:58 |
| 22 | Re:  Product Partnerships:  Bi-Weekly Update." | 17:58 |
| 23 | Do you see that? | 17:58 |
| 24 | A.   Yes.  Can I read it? | 17:58 |
| 25 | Q.   I'm just going to ask you just about one | 17:58 |

Page 266

| | | |
|---|---|---|
| 1 | sentence.  So why don't we go to that and then if | 17:59 |
| 2 | you need more context to understand it, then, by all | 17:59 |
| 3 | means, take your time, but... | 17:59 |
| 4 | A.   Okay. | 17:59 |
| 5 | Q.   So in this update -- if you move down this | 17:59 |
| 6 | document, there's an update for "Login V4 (f8)." | 17:59 |
| 7 | Do you see that? | 17:59 |
| 8 | A.   (Witness nods.) | 17:59 |
| 9 | Q.   Then, it states "Platform" with two | 17:59 |
| 10 | asterisks and in parentheses "(KP and Jackie)." [As | 17:59 |
| 11 | read.] | |
| 12 | And I read that to suggest that you were | 17:59 |
| 13 | responsible for that information. | 17:59 |
| 14 | MR. FALCONER:  Objection.  Form. | 17:59 |
| 15 | THE WITNESS:  Can I read this document | 17:59 |
| 16 | first? | 17:59 |
| 17 | BY MR. LOESER: | 17:59 |
| 18 | Q.   Yes, please.  Well, that's the only -- | 17:59 |
| 19 | that's the only section I want to ask you about, so | 17:59 |
| 20 | if you want to just look at that, I will give you a | 17:59 |
| 21 | second.  We could speed this up. | 17:59 |
| 22 | A.   Okay. | 17:59 |
| 23 | Q.   But look -- go ahead and look and see what | 17:59 |
| 24 | this -- what this email is and familiarize yourself | 18:00 |
| 25 | with it.  That's the only part I am going to be | 18:00 |

Page  267

```
 1    asking you about.                                    18:00

 2         A.   Yes, I see our names next to that.         18:00

 3         Q.   Okay.  And so on the task that you're      18:00

 4    assigned to here, or for which you appear to be      18:00

 5    responsible with KP, the second bullet is:           18:00

 6              "Planning PR briefing dry-runs and         18:00

 7              Partnership head/strategic partner         18:00

 8              briefings prior to F8 to test out          18:00

 9              PR messaging and maintain relationships    18:00

10              accordingly."                              18:00

11              So it appears from this -- and if you look 18:00

12    at the top of the email, this is from 2014, that you 18:00

13    were specifically responsible for -- we can go back  18:01

14    to the section -- for the PR relating to the F8      18:01

15    Conference; is that right?                           18:01

16         A.   No.  I wouldn't --                         18:01

17              MR. FALCONER:  Objection.  Form.           18:01

18              THE WITNESS:  Again, I wouldn't classify   18:01

19    that as that.                                        18:01

20    BY MR. LOESER:                                       18:01

21         Q.   Okay.  Tell me how you would explain the   18:01

22    second bullet which says, "Planning PR briefing      18:01

23    dry-runs and partnerships head/strategic partner     18:01

24    briefings prior to F8 to test out PR messaging and   18:01

25    maintain relationships accordingly."                 18:01
```

Page 268

| | | |
|---|---|---|
| 1 | What does that mean? | 18:01 |
| 2 | MR. FALCONER:  Objection.  Form and | 18:01 |
| 3 | foundation. | 18:01 |
| 4 | THE WITNESS:  So I don't remember | 18:01 |
| 5 | specifically, which is why I wouldn't say I'm tasked | 18:01 |
| 6 | with it.  Me and KP are assigned to it, so it could | 18:01 |
| 7 | be a lot of different folks contributing to it.  So | 18:01 |
| 8 | I don't remember if that's specifically me or not. | 18:01 |
| 9 | BY MR. LOESER: | 18:01 |
| 10 | Q.   Okay.  Well, your name is there; right? | 18:02 |
| 11 | A.   Along with KP, yes. | 18:02 |
| 12 | Q.   Okay.  And there is a reference to "PR" for | 18:02 |
| 13 | the -- relating to the F8; right?  Do you understand | 18:02 |
| 14 | that that's the F8 Conference? | 18:02 |
| 15 | A.   Correct. | 18:02 |
| 16 | Q.   And it references "PR briefing dry-runs." | 18:02 |
| 17 | Do you recall being involved in dry-runs of | 18:02 |
| 18 | messaging relating to that F8? | 18:02 |
| 19 | A.   Not specifically to this F8. | 18:02 |
| 20 | Q.   And so looking at this, this does not | 18:02 |
| 21 | refresh your recollection, not one little bit, about | 18:02 |
| 22 | your role in connection with the 2014 F8? | 18:02 |
| 23 | A.   No. | 18:02 |
| 24 | Q.   So, Miss Chang, do you recall that there was | 18:02 |
| 25 | articles written about the fact that Facebook | 18:02 |

Page 269

```
 1   partners continued to have access to friends data      18:02

 2   after the implementation of Graph API version 2?       18:03

 3       A.   No.  I don't know what articles you're       18:03

 4   referencing to.                                        18:03

 5           MR. LOESER:  Let's go to the next exhibit.     18:03

 6           (Exhibit 25 marked for identification.)        18:03

 7   BY MR. LOESER:                                         18:03

 8       Q.   And this is Exhibit 25.  Miss Chang, this is  18:03

 9   a New York Times article from December 16th of --      18:03

10   June 3rd, 2018.  "Facebook Gave Device Makers Deep     18:04

11   Access to Data on Users and Friends."                  18:04

12           Do you recall when this article came out?      18:04

13       A.   No.                                           18:04

14       Q.   And would it be your normal course to find    18:04

15   out if an article was written about an area that       18:04

16   concerned work that you did at Facebook?               18:04

17       A.   No.  I think I would be reading articles for  18:04

18   a very long time, so I don't focus a lot on            18:04

19   articles.  That would be our communications team.      18:04

20       Q.   Okay.  So when this article -- and the        18:04

21   subheading is:                                         18:04

22           "The company formed data-sharing               18:04

23           partnerships with Apple, Samsung and           18:04

24           dozens of other device makers,                 18:04

25           raising new concerns about its privacy         18:04
```

Page  270

| | | |
|---|---|---|
| 1 | protections." | 18:04 |
| 2 | As we saw in the email, you were very | 18:04 |
| 3 | involved in the partnerships and the providing of | 18:04 |
| 4 | extended access to deprecated permissions. | 18:04 |
| 5 | But no one sent this to you and said, hey, | 18:04 |
| 6 | weren't you involved in this? | 18:05 |
| 7 | A.   No. | 18:05 |
| 8 | MR. FALCONER:  Objection.  Form. | 18:05 |
| 9 | BY MR. LOESER: | 18:05 |
| 10 | Q.   You've never read this article? | 18:05 |
| 11 | A.   No. | 18:05 |
| 12 | Q.   And you've never communicated with anyone | 18:05 |
| 13 | about the scandal that surfaced when people figured | 18:05 |
| 14 | out that this had happened? | 18:05 |
| 15 | A.   So I don't -- I don't know. | 18:05 |
| 16 | Q.   So now, it's not news to you that Facebook | 18:05 |
| 17 | reached data-sharing partnerships with at least 60 | 18:05 |
| 18 | device makers; right?  That was work you were doing | 18:05 |
| 19 | at Facebook, wasn't it? | 18:05 |
| 20 | A.   No.  Specifically, I didn't work in that -- | 18:05 |
| 21 | on devices. | 18:05 |
| 22 | Q.   Okay.  But we had -- as we went through, you | 18:05 |
| 23 | categorized the different types of partners that | 18:05 |
| 24 | would continue to have access to friends | 18:05 |
| 25 | permissions.  And having done that work, this was | 18:05 |

Page  271

1    not an article that anyone brought to your          18:05

2    attention?                                           18:05

3        A.   I don't remember and, again, I didn't work  18:05

4    on devices.                                          18:06

5        Q.   So this is -- you're learning for the first 18:06

6    time as we talk right now that there was a scandal   18:06

7    regarding Facebook continuing to provide friends     18:06

8    data to various partners?                            18:06

9        A.   Again, I don't remember.                    18:06

10       Q.   A front-page New York Times article was not  18:06

11   something that came to your attention at Facebook?   18:06

12       A.   There's been many, so I don't remember this 18:06

13   specific one.                                        18:06

14       Q.   The scandals are so many that the scandal   18:06

15   with which you were personally involved doesn't      18:06

16   stand out for you?                                   18:06

17            MR. FALCONER:  Objection --                 18:06

18            THE WITNESS:  I would not classify it that  18:06

19   way.                                                 18:06

20            MR. FALCONER:  -- form, foundation and it   18:06

21   misstates prior testimony.                           18:06

22   BY MR. LOESER:                                       18:06

23       Q.   I'm sorry.  You can answer.                 18:06

24       A.   I would not state it the way you did.       18:06

25            MR. LOESER:  All right.  We can go to the   18:06

Page  272

```
 1    next exhibit, 26.                             18:06

 2           (Exhibit 26 marked for identification.)   18:06

 3    BY MR. LOESER:                                 18:07

 4       Q.   Miss Chang, we're showing you Exhibit 26,   18:07

 5    which is an email from Charlotte Edelson to several   18:07

 6    people, including yourself, dated August 28th, 2014:   18:07

 7    Subject line, "Forward:  Head Partner Apps:        18:07

 8    Protective Policy Review."                      18:07

 9           Do you see that?                         18:07

10       A.   Sorry.  Let me update.  I see what you're   18:07

11    displaying.                                     18:08

12       Q.   Do you know who Charlotte Edelson is?   18:08

13       A.   No, I don't -- I don't remember.        18:08

14       Q.   And do you know what "head partner apps"   18:08

15    are?                                            18:08

16       A.   I don't know specifically.  I just know that  18:08

17    it's likely apps that are being managed.        18:08

18       Q.   Managed by Facebook people?             18:08

19       A.   Managed by Facebook people, but I don't know  18:08

20    specifically --                                18:08

21       Q.   Okay.                                   18:08

22       A.   -- like which ones or who.              18:08

23       Q.   All right.  Let's go down the string a bit  18:08

24    to the August 13, 2014 email from Miss Edelson to,  18:08

25    among others, yourself.  And you will see that  18:09
```

Page 273

```
1    Miss Edelson writes:                          18:09

2            "Hi, As part of our team's Proactive   18:09

3            Policy Review efforts, we would like   18:09

4            to begin vetting head partner apps     18:09

5            for policy compliance.                 18:09

6            "Our hope is that by vetting head      18:09

7            partner apps, we will be able to       18:09

8            catch violations upstream, reach       18:09

9            out to you directly, and improve       18:09

10           our internal processes and external    18:09

11           communications with developers.        18:09

12           Additionally, ensuring head partner    18:09

13           app compliance will help us clean up   18:09

14           entire Platform ecosystem (since       18:09

15           well-intentioned developers will       18:09

16           likely follow suit)."                  18:09

17           Do you recall this effort to vet head  18:09

18   partner apps for policy compliance?           18:09

19      A.   Not specifically.                      18:09

20      Q.   Do you remember anything at all about it?  18:09

21      A.   Not -- not specifically.               18:09

22      Q.   What about other than specifically?  Do you  18:09

23   remember anything --                          18:10

24      A.   I mean, I see the email, but I don't   18:10

25   remember this.                                18:10
```

Page 274

1      Q.   Okay.  And this email doesn't refresh your      18:10

2    recollection in any way about this subject matter?      18:10

3      A.   No.                                              18:10

4      Q.   Do you recall the effort to try to clean up      18:10

5    the entire platform ecosystem?                          18:10

6      A.   I -- yes, I've heard it.                          18:10

7      Q.   Okay.  What does that refer to?                  18:10

8      A.   I -- so I don't remember specifically like      18:10

9    what year and in what reference.  I know I've heard      18:10

10   the term.                                                18:10

11     Q.   Okay.  Well, this year for this email is          18:10

12   2014, and the reference is to "vetting head partner      18:10

13   apps for compliance."  So can you describe what          18:10

14   needed to be done to clean up -- or what the            18:10

15   problems were with the ecosystem that were mentioned    18:10

16   in this email?                                           18:11

17     A.   No, I don't know.                                18:11

18     Q.   Okay.  In what context have you referred --      18:11

19   or heard the expression to "clean up the ecosystem      18:11

20   for the platform"?                                       18:11

21     A.   So I don't remember.  I just know I heard        18:11

22   the term.                                               18:11

23     Q.   Do you know what the term means?                 18:11

24     A.   To clean up, which is like to review things.     18:11

25     Q.   And so what would be -- what needed to be        18:11

Page  275

```
 1    cleaned up?                                          18:11

 2         A.    So almost anything can be cleaned up, like   18:11

 3    code could be cleaned up, you know, apps in terms of   18:11

 4    like, you know -- you know, in Salesforce -- I don't   18:11

 5    know.  It can be used in many ways.                  18:11

 6         Q.    What are "head partner apps"?             18:11

 7         A.    I -- I don't know specifically.           18:11

 8         Q.    Do you have any notion of what head partner   18:11

 9    apps are?                                            18:11

10         A.    A head partner, I would say, is like a     18:11

11    partner being managed, as I mentioned.  Again, like   18:12

12    a managed partner.                                   18:12

13         Q.    Okay.  And is there something special about   18:12

14    a partner if it's the head partner?                  18:12

15         A.    I don't remember the criteria or what is    18:12

16    classified as head.                                  18:12

17         Q.    And what do you think this means or refers   18:12

18    to "well-intentioned developers likely following     18:12

19    suit"?                                               18:12

20         A.    I don't know.                             18:12

21         Q.    Okay.  Did you respond to this email and    18:12

22    tell Miss Edelson that you had no idea what she's     18:12

23    talking about?                                       18:12

24         A.    I don't know if I responded to her.  I don't   18:12

25    even remember this email.                            18:12
```

Page  276

| | | |
|---|---|---|
| 1 | Q.   Do you have any understanding about how head | 18:12 |
| 2 | partners were vetted? | 18:12 |
| 3 | A.   No, I don't know. | 18:13 |
| 4 | Q.   Doesn't this email explain to you how to vet | 18:13 |
| 5 | the head partners? | 18:13 |
| 6 | A.   So this email is from the developer | 18:13 |
| 7 | operations team, which I'm not part of, so I don't | 18:13 |
| 8 | know their processes. | 18:13 |
| 9 | Q.   Okay.  Do you see that underline bolded | 18:13 |
| 10 | thing that says, "What we need from YOU" and there's | 18:13 |
| 11 | a big exclamation point? | 18:13 |
| 12 | A.   Yes. | 18:13 |
| 13 | Q.   Okay.  This email was sent to you, so did | 18:13 |
| 14 | you read that to mean that there was something that | 18:13 |
| 15 | you needed to do? | 18:13 |
| 16 | A.   Well, it was sent to me amongst other | 18:13 |
| 17 | people, so I don't know.  There's a lot of emails | 18:13 |
| 18 | that are sent to me that I never responded back to | 18:13 |
| 19 | either.  So I don't know.  I don't remember | 18:13 |
| 20 | specifically. | 18:13 |
| 21 | Q.   And in 2014, did you manage any apps? | 18:13 |
| 22 | A.   I think so.  I'm not sure. | 18:13 |
| 23 | Q.   Okay.  Well, that's a pretty good clue that | 18:13 |
| 24 | the "you" might have been you, because the next line | 18:14 |
| 25 | says: | 18:14 |

Page  277

```
 1              "As a first step, we are asking that      18:14
 2              you fill out a Zoho with the following    18:14
 3              information for the apps you manage."      18:14
 4         So do you recall ever filling out this         18:14
 5    information?                                         18:14
 6         A.   I don't.  So again, it says "hi," dash,   18:14
 7    which is not even specific to anyone, so I don't    18:14
 8    read it as to me, Jackie.                           18:14
 9         Q.   Okay.  The email ends and it says:        18:14
10              "Don't hesitate to reach out if you       18:14
11              have any questions or concerns about      18:14
12              this process."                            18:14
13         And do you have any recollection of reaching   18:14
14    out and expressing any questions or concerns about  18:14
15    the process?                                         18:14
16         A.   I don't remember.                          18:14
17         Q.   If you had filled out the information as you 18:14
18    were asked to do for any app that you managed, is   18:14
19    that something that would be saved somewhere at     18:14
20    Facebook?                                            18:14
21         A.   Well, it says, I think, in the email to -- 18:14
22    to use that document.                               18:14
23         Q.   Okay.  So if you clicked on that hyperlink, 18:15
24    that would take you somewhere where you could store 18:15
25    the document?                                        18:15
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.    So I'm not storing the document, but it is | 18:15 |
| 2 | through the Zoho service. | 18:15 |
| 3 | Q.    Okay.  What's the "Zoho service"? | 18:15 |
| 4 | A.    It is a document service like Google Docs. | 18:15 |
| 5 | Q.    Okay.  Let's look at No. 2, after the "What | 18:15 |
| 6 | we need from you."  It states: | 18:15 |
| 7 | "Once you complete step 1, we will | 18:15 |
| 8 | review the apps and flag any policy | 18:15 |
| 9 | violations to you (no action will be | 18:15 |
| 10 | taken on the apps)." | 18:15 |
| 11 | So can you explain to me why if policy | 18:15 |
| 12 | violations were identified, no action would be taken | 18:15 |
| 13 | on the apps? | 18:15 |
| 14 | A.    Again, I don't know.  I didn't write this | 18:15 |
| 15 | email. | 18:15 |
| 16 | Q.    Do you recall the earlier presentation that | 18:15 |
| 17 | we went through that noted that there was no | 18:15 |
| 18 | appetite to enforce the policies against -- for | 18:16 |
| 19 | existing use of the friends permissions? | 18:16 |
| 20 | MR. FALCONER:  Objection.  Form. | 18:16 |
| 21 | THE WITNESS:  Sorry, which -- which | 18:16 |
| 22 | document? | 18:16 |
| 23 | BY MR. LOESER: | 18:17 |
| 24 | Q.    I would like to refer you back to | 18:17 |
| 25 | Exhibit 12.  If you look at the fourth page, | 18:17 |

Page  279

```
 1      "Preparing for the Deprecations."  The first bullet:   18:17

 2              "Pre-Enforce use existing policies               18:18

 3              to revoke apps access (note:  No                 18:18

 4              appetite to do this at present)."                18:18

 5          Do you recall a conversation about there not         18:18

 6      being any appetite to use existing policies to

 7      revoke apps' access to deprecated features?             18:18

 8      A.    I don't remember.                                 18:18

 9              MR. LOESER:  We can go to the next exhibit,      18:18

10      which I believe is 27.                                  18:18

11              (Exhibit 27 marked for identification.)         18:19

12              MR. LOESER:  We're uploading the exhibit,        18:19

13      but it's taking a minute.                               18:19

14      BY MR. LOESER:                                           18:19

15      Q.    Okay.  We're showing you "Quip Business           18:19

16      Portal," dated June 13th, 2018.  Are you familiar       18:19

17      with the Quip business portal and how it works?         18:19

18      A.    I know Quip, the service.                         18:19

19      Q.    And we mentioned it previously, but tell me,       18:19

20      what is the Quip service?                               18:19

21      A.    It's a document-sharing service like Google       18:19

22      Docs.                                                   18:19

23      Q.    So it allows you to work with other people        18:19

24      on a document in real time?                             18:20

25      A.    Yes.                                              18:20
```

Page  280

CONFIDENTIAL

```
 1        Q.   And is this something that you frequently    18:20
 2   use or not?                                            18:20
 3        A.   I've used it.  I used it at whatever time    18:20
 4   the service was available just because we have a lot   18:20
 5   of rotating services.                                  18:20
 6        Q.   And is the -- is the service searchable?     18:20
 7        A.   Yes.                                          18:20
 8        Q.   How does that work?                           18:20
 9        A.   There's a search header in the service and   18:20
10   you can search for topics.                             18:20
11        Q.   Do you know when Facebook started using the  18:20
12   Quip service?                                          18:20
13        A.   I don't know exactly when.                   18:20
14        Q.   And is it something that's widely used at    18:20
15   Facebook?                                              18:20
16        A.   Not now.                                     18:20
17        Q.   When was it widely used?                     18:20
18        A.   I don't remember the years, but there was a  18:20
19   time where it was being used before us getting --      18:21
20   before Google Docs.                                    18:21
21        Q.   And so it's something that Facebook stopped  18:21
22   using?                                                 18:21
23        A.   Well, they're encouraging people to stop     18:21
24   using it, but I think there are still documents        18:21
25   there.                                                 18:21
```

Page  281

CONFIDENTIAL

```
 1        Q.    Okay.  And what are people now using instead  18:21
 2    for the same type of functionality?                     18:21
 3        A.    Google Docs.                                   18:21
 4        Q.    And do you use Google Docs now?                18:21
 5        A.    Yes.                                           18:21
 6        Q.    And when did you start using Google Docs?      18:21
 7        A.    I don't remember the year specifically.        18:21
 8        Q.    Now, somewhere in that enormous list of        18:21
 9    names, you are identified.  So is it unusual to have     18:21
10    so many people participating at the same time in the     18:22
11    Quip service?                                            18:22
12        A.    So I wouldn't call it "participating."         18:22
13    People can just access it or read it.                    18:22
14        Q.    Okay.
15        A.    It doesn't mean that you are participating     18:22
16    in anything.                                             18:22
17        Q.    So all those names on there are people that    18:22
18    access this particular -- I don't want to call it        18:22
19    conversation -- but work?                                18:22
20        A.    So I don't know enough about this service to   18:22
21    tell you how to classify -- how people are               18:22
22    referenced, so I don't know.                             18:22
23        Q.    If we can go to the fifth page of this         18:22
24    document, to the -- I'm going to call it an "entry"      18:22
25    because I have no idea what the terminology is, but      18:23
```

Veritext Legal Solutions
866 299-5127

```
 1    there is a -- there's work by Suvrat Joshi.  It        18:23
 2    says, "Edited May 28, 2017."                           18:23
 3            Do you see that?                                18:23
 4       A.   May -- May 29th, sorry, 2017?                   18:23
 5       Q.   I think it is May 28th, but...                  18:23
 6       A.   Oh.                                             18:23
 7       Q.   Yeah, look at the -- there we go.               18:23
 8       A.   Sorry.  Oh, okay.  Got it.                      18:23
 9       Q.   So do you know who Suvrat Joshi is?             18:23
10       A.   No.                                             18:23
11       Q.   This outline he's creating, it says:           18:23
12            "1.  Prevent public access to                   18:23
13            user_id from Pages API for comments,            18:24
14            visitor posts and likes.                        18:24
15            "a. Use Case/Problem to solve:                  18:24
16            "i.  Partner's access..."                       18:24
17       Do you recall there being a problem with            18:24
18    partner access to Pages API?                            18:24
19            MR. FALCONER:  Objection to form.               18:24
20            THE WITNESS:  No.  And I think how he is        18:24
21    referencing it here is "problem to solve," not -- I     18:24
22    think you're trying to infer it differently.           18:24
23    BY MR. LOESER:                                          18:24
24       Q.   Okay.  Well, I'm just reading it.  But "Use    18:24
25    Case/Problem to solve" and Roman numeral i is           18:24
```

Page 283

1    "Partners access."                                    18:24
2            What was your job at this time with regard    18:24
3    to partners?                                          18:24
4       A.   2017, sorry.  Sorry.  I almost would need a   18:24
5    refresh of my LinkedIn.  [Counting to self].          18:24
6            I think I was working on Internet.org.        18:25
7       Q.   2017 -- I can't tell from your LinkedIn, but  18:25
8    2007 through September 2019, it says "Head of
9    business partner business platform partnerships."
10           DEPOSITION REPORTER:  Can you repeat that
11   again?
12   BY MR. LOESER:
13      Q.   It looks like in 2017, you started with       18:25
14   Internet.org and then you transitioned to head of     18:25
15   business platform partnerships.                        18:25
16           Do you know when in the year you              18:25
17   transitioned to head of business platform             18:25
18   partnerships?                                          18:25
19      A.   So I don't know the specific dates, and I     18:25
20   didn't come in as head of business partnership.  I    18:25
21   was a partner manager and then eventually left the    18:25
22   role as head.                                          18:26
23      Q.   Let's move down a little bit farther to the   18:26
24   1:13 p.m. work by Suvrat Joshi, at the bottom of the  18:26
25   page we are looking at.                                18:26

                                              Page  284

```
 1        A.    Okay.                                    18:26

 2        Q.    So it says:                              18:26

 3              "Prevent public access to user_ID        18:26

 4              from Pages API for comments, visitor

 5              posts and likes."

 6              And then below that it says:              18:26

 7              "a.  Use," "b" is edited, and "c" is      18:26

 8        "Case/Problem to solve."  And this states:      18:26

 9              "Partners access user level information    18:26

10              from comments, visitor posts and likes    18:26

11              from Pages API.                            18:26

12              "ii.  They aggregate user information      18:26

13              to create profiles and industry           18:26

14              analysis.                                  18:26

15              "iii.  This information is used for        18:26

16              value added services like industry        18:26

17              analysis and best practices.              18:26

18              "iv.  This information at times is         18:27

19              misused to create user packages for       18:27

20              sharing with other partners."             18:27

21              And was this ever something, this problem 18:27

22        with pages API, something that was raised with you? 18:27

23        A.    So, again, I don't believe it's a problem. 18:27

24        It says "problem to solve."  Doesn't mean that it's 18:27

25        an actual problem, but I don't -- so I don't know 18:27
```

                                              Page  285

| | | |
|---|---|---|
| 1 | what the -- I have not seen this document, I don't | 18:27 |
| 2 | believe. | 18:27 |
| 3 | Q.   Okay.  So would you agree with me that where | 18:27 |
| 4 | this says, "This information at times is misused to | 18:27 |
| 5 | create user packages for sharing with other | 18:27 |
| 6 | partners," that that would be a problem for | 18:27 |
| 7 | Facebook? | 18:27 |
| 8 | A.   So, again, I don't know how to infer what | 18:27 |
| 9 | Suvrat Joshi was meaning when he wrote that. | 18:27 |
| 10 | Q.   Do you know what a "profile" is?  How | 18:27 |
| 11 | does Facebook -- I'm sorry. | 18:28 |
| 12 |     How does Facebook use the term "profile"? | 18:28 |
| 13 | A.   So it can mean different things.  There | 18:28 |
| 14 | could be a Facebook profile on the Facebook service. | 18:28 |
| 15 | You could have a profile through your internal | 18:28 |
| 16 | tools.  You could also have like, you know, a | 18:28 |
| 17 | profile in enterprise software.  So I don't know | 18:28 |
| 18 | what specifically is being referenced. | 18:28 |
| 19 | Q.   So just to clarify the record, we've looked | 18:28 |
| 20 | through the list of names and we can't actually find | 18:28 |
| 21 | your name on that, but... so I just want to make the | 18:28 |
| 22 | record clear on that. | 18:28 |
| 23 |     But nonetheless, in your role with partners, | 18:28 |
| 24 | this is not a problem that was ever something that | 18:28 |
| 25 | you evaluated? | 18:28 |

Page 286

```
 1              DEPOSITION REPORTER:  I'm sorry.  I lost the
 2    tail on that.  "That you..."
 3              MR. LOESER:  Evaluated.                    18:28
 4              THE WITNESS:  So, again, I -- I feel like  18:28
 5    it's kind of generalized, so I don't -- I don't     18:28
 6    know.  I have not seen this, so no.                 18:28
 7              MR. LOESER:  Okay.  We can move on.        18:29
 8              Exhibit 28 is an email that will materialize 18:29
 9    momentarily.                                        18:29
10              (Exhibit 28 marked for identification.)   18:29
11    BY MR. LOESER:                                      18:29
12       Q.   So, Miss Chang, we are showing you an email 18:29
13    dated October 16th, 2019, that appears like it was  18:29
14    sent to yourself, sent from you to you and also to  18:29
15    Joel Yawili, that includes a chat message.          18:29
16              Who is Joel Yawili?                        18:30
17       A.   Joel.                                        18:30
18       Q.   Joel.                                        18:30
19       A.   He was someone on the team and reported to  18:30
20    me at some point in time.  I don't remember the     18:30
21    exact period of time.                               18:30
22       Q.   Okay.  This chat says, "Hi Jackie, re:  The 18:30
23    Groups SEV that Eli mentioned to you."              18:30
24              What is that "groups SEV"?                 18:30
25       A.   Groups SEV.                                  18:30
```

Page 287

```
 1      Q.   What does that mean?                        18:30

 2      A.   Severe -- severe -- so I don't know the     18:30

 3  specific acronym.                                    18:30

 4      Q.   Whatever it is, it is severe?               18:30

 5      A.   It's an -- it's an issue, like if something 18:30

 6  breaks.                                              18:30

 7      Q.   Okay.  And take a minute to look at the     18:30

 8  chat, and then you can tell me what it is that broke 18:30

 9  that is being discussed here.                        18:31

10      A.   Okay.                                       18:32

11      Q.   Okay.  So do you have an understanding of   18:32

12  what the "Groups SEV" discussed in this chat is?     18:32

13      A.   I don't know it in specific details, but I  18:32

14  can glean from the TLDR section.                     18:32

15      Q.   Okay.  What have you gleaned?               18:32

16      A.   It says that when -- or sorry, we then -- or 18:32

17  sorry -- April 2018, we announced that we were       18:32

18  removing user data from the groups API.  We then     18:32

19  created GKs to allow a subset of apps to retain      18:32

20  access to the fields we had deprecated.  This GK was 18:32

21  later migrated over to capabilities.  This week we   18:32

22  found out that, unfortunately, those capabilities    18:32

23  are still allowing those apps to access the user     18:32

24  data we had stated were deprecated last year."       18:32

25      Q.   Okay.  And do you know what the "Groups API" 18:32
```

Page 288

```
 1   is?                                                 18:32

 2      A.   Not the -- I don't -- I don't know enough to 18:33

 3   know what it does exactly.                          18:33

 4      Q.   Okay.  If you look up the chat a bit, at one 18:33

 5   point, you state:                                   18:33

 6            "I don't need to be on the thread but      18:33

 7            would love a TLDR to better understand     18:33

 8            the issue."                                 18:33

 9            What does that mean?                        18:33

10      A.   I just wanted to get an understanding of     18:33

11   what exactly the issue was, since I think at that   18:33

12   time, I was just starting to, I guess, jump back in 18:33

13   to some of the platform stuff, so I didn't have full 18:33

14   context on a lot of things.                         18:33

15      Q.   Okay.  And do you recall getting a better    18:33

16   understanding of this issue?                         18:33

17      A.    I don't think so because I -- I mean, what I 18:33

18   said is probably just to point him to KP, since KP  18:33

19   was working on it, and I figured he would have more  18:33

20   historical context.                                 18:33

21      Q.   What does "this GK was later migrated over   18:33

22   to capabilities" mean?                              18:34

23      A.   I don't know.                                18:34

24      Q.   And "GK" is gatekeeper, you testified        18:34

25   earlier; right?                                      18:34
```

Page 289

CONFIDENTIAL

```
 1      A.    Yes.                                    18:34

 2      Q.    And so you don't have any understanding of   18:34

 3   what it means to migrate gatekeeper over to        18:34

 4   capabilities?                                      18:34

 5      A.    Correct.  I'm not the engineer who does it,  18:34

 6   so I don't know what it exactly means or entails.  18:34

 7      Q.    Okay.  And what you read at the bottom of   18:34

 8   that chat was:                                     18:34

 9           "We then created GKs to allow a           18:34

10           subset of apps to retain access to        18:34

11           the fields we had deprecated...This       18:34

12           week we found out that unfortunately      18:34

13           those capabilities are still allowing     18:34

14           those apps to access the user data we     18:34

15           had stated were deprecated last year."    18:34

16           So do you have any idea of how this problem  18:35

17   was solved?                                        18:35

18      A.    I don't specifically.                     18:35

19      Q.    So who would be responsible for           18:35

20   investigating why a deprecated capability would   18:35

21   still be working?                                  18:35

22      A.    So I don't know specifically, but I would go  18:35

23   to an engineer.  But I don't know specific to this   18:35

24   case.                                              18:35

25      Q.    Miss Chang, what do you know about the    18:35
```

Page 290

| | | |
|---|---|---|
| 1 | Cambridge Analytica scandal on Facebook? | 18:35 |
| 2 | A.   What I know is what I've read, which is | 18:36 |
| 3 | dealing with like a researcher taking the | 18:36 |
| 4 | information and selling it to, I believe, a | 18:36 |
| 5 | Cambridge Analytica, which is a political agency. | 18:36 |
| 6 | Q.   And the researcher was Aleksandr Kogan; is | 18:36 |
| 7 | that right? | 18:36 |
| 8 | A.   I believe that's his name. | 18:36 |
| 9 | Q.   And the problem started with an app that | 18:36 |
| 10 | obtained a whole lot of friends data; is that right? | 18:36 |
| 11 | A.   So I don't know the specifics of it. | 18:36 |
| 12 | Q.   And how many articles would you say you've | 18:36 |
| 13 | read about the Cambridge Analytica scandal? | 18:36 |
| 14 | A.   I don't know. | 18:36 |
| 15 | Q.   Have there been any briefings internal to | 18:36 |
| 16 | Facebook that you attended to which the Cambridge | 18:37 |
| 17 | Analytica scandal was discussed? | 18:37 |
| 18 | A.   I don't recall. | 18:37 |
| 19 | Q.   Do you recall whether it was -- that was a | 18:37 |
| 20 | significant event at Facebook? | 18:37 |
| 21 | A.   Yes. | 18:37 |
| 22 | Q.   And did you ever cross paths with Aleksandr | 18:37 |
| 23 | Kogan or Cambridge Analytica in your work with | 18:37 |
| 24 | partners or researchers? | 18:37 |
| 25 | A.   Sorry, like him physically or... | 18:37 |

Page 291

```
 1        Q.    No, just in your work.  Or the partners or    18:37

 2    was that a researcher that you ever interacted with   18:37

 3    in your job at Facebook?                              18:37

 4        A.    No.                                          18:37

 5        Q.    Are you --                                   18:37

 6        A.    I did not interact with him.  Sorry.         18:37

 7        Q.    I'm sorry.  Go ahead.                        18:37

 8        A.    Oh, I said, I did not interact with him.     18:37

 9        Q.    Have you ever worked with political          18:37

10    advertisers?                                          18:37

11        A.    Not to my knowledge.                         18:37

12        Q.    Are you aware that Facebook worked with      18:37

13    Cambridge Analytica during the 2016 Presidential      18:38

14    campaign?                                             18:38

15        A.    So I don't know the details enough to -- I   18:38

16    don't know.                                           18:38

17        Q.    That's not something that you were           18:38

18    particularly interested in learning about?            18:38

19        A.    No.                                          18:38

20        Q.    Now, you understand that the Cambridge       18:38

21    Analytica scandal had to do with the ability of an    18:38

22    app to obtain content information about the app       18:38

23    user's friends; right?                                18:38

24        A.    So, again, I don't know the details enough   18:38

25    where I would say I know that.                        18:38
```

Veritext Legal Solutions
866 299-5127

```
 1      Q.   So that's not something that you've gleaned    18:38
 2  from the pending article you have read about the        18:38
 3  Cambridge Analytica scandal?                            18:39
 4      A.   I don't feel comfortable making that           18:39
 5  assumption, so I don't know.  I don't remember those    18:39
 6  words exactly or anything.                              18:39
 7      Q.   Okay.  Did you read that it started with a     18:39
 8  This is a Your Digital Life app that a hundred and      18:39
 9  something thousand people downloaded, and from that,    18:39
10  content information was obtained for 87 million         18:39
11  Facebook users?                                         18:39
12      A.   I don't know that specifically.                18:39
13      Q.   Is that generally your understanding of what  18:39
14  happened?                                               18:39
15      A.   Not to that specificity, but so like I said   18:39
16  earlier, the information that he sold.                  18:39
17      Q.   Okay.  But is it your general understanding   18:39
18  that a relatively small number of people used an       18:39
19  app, and from that app, a very large number of         18:39
20  people ended up having their information obtained by   18:39
21  that app?                                               18:39
22      A.   So, again, I -- I don't know specifically.    18:39
23      Q.   I'm not asking you specifically.  I'm just    18:40
24  asking just for the very most basic of your            18:40
25  understanding of the problem.                          18:40
```

Page 293

| | | |
|---|---|---|
| 1 | And do you have any understanding that a | 18:40 |
| 2 | small number or relatively small number of app users | 18:40 |
| 3 | caused a relatively large number of Facebook users | 18:40 |
| 4 | to share their information with the app? | 18:40 |
| 5 | A.   So as you said, it's all relative, which is | 18:40 |
| 6 | why I don't feel comfortable making assertions on | 18:40 |
| 7 | how relative it is because I don't know in detail to | 18:40 |
| 8 | make that assumption. | 18:40 |
| 9 | Q.   So you're saying that you can't testify to | 18:40 |
| 10 | any degree or in any way about whether the This is | 18:40 |
| 11 | Your Digital Life app was downloaded by a relatively | 18:40 |
| 12 | small number of people and, because of that, a whole | 18:40 |
| 13 | lot of people had their information shared with the | 18:40 |
| 14 | app who did not download the app?  That's not | 18:40 |
| 15 | something that kind of jumped out at you from | 18:40 |
| 16 | reading anything about this scandal? | 18:40 |
| 17 | MR. FALCONER:  Objection.  Asked and | 18:40 |
| 18 | answered. | 18:40 |
| 19 | THE WITNESS:  So those are your words and I | 18:40 |
| 20 | don't know if that's what was stated.  I don't know | 18:40 |
| 21 | in specificity where I would stand behind that, | 18:41 |
| 22 | especially if I'm supposed to testify to what I | 18:41 |
| 23 | know.  So I don't know that specifically. | 18:41 |
| 24 | BY MR. LOESER: | 18:41 |
| 25 | Q.   And do you understand that it was friends | 18:41 |

Page 294

```
 1   permissions that are at the heart of the ability of      18:41

 2   the This is Your Digital Life app to obtain content      18:41

 3   information for so many Facebook users?                  18:41

 4        A.   So I don't know.                               18:41

 5        Q.   Okay.  And that's not something that you       18:41

 6   thought you should look into, notwithstanding all        18:41

 7   the work you did with the deprecation of friends         18:41

 8   permissions?                                             18:41

 9        A.   So I didn't work on that specifically and      18:41

10   that's not my job to investigate.                        18:41

11        Q.   You did a lot of work on sorting out which     18:41

12   partners should continue to have access to friends       18:41

13   permissions; right?                                      18:41

14        A.   So I sorted, but I think you were implying I   18:41

15   was investigating, which I was not.                      18:41

16        Q.   Okay.  You say you "sorted."  But you          18:41

17   provided recommendations, you dealt with format, you     18:42

18   did a lot of work to figure out how Facebook should      18:42

19   decide which partners continued having access to         18:42

20   friends permissions; right?                              18:42

21        A.   I did it within that context, but I think      18:42

22   what you're inferring is that, and I did not work on     18:42

23   that Cambridge Analytica.                                18:42

24        Q.   I understand you didn't work on Cambridge      18:42

25   Analytica.  I'm just trying to understand your           18:42
```

Page 295

```
 1    reaction to Cambridge Analytica.  Cambridge          18:42
 2    Analytica had to do with friends sharing and friends 18:42
 3    permissions, and you did an extraordinary amount of  18:42
 4    work, as your emails show, sorting out which         18:42
 5    partners should continue to have access to friends   18:42
 6    permissions.
 7            So is that true that you did, in fact, work  18:42
 8    on sorting out which partners should continue to     18:42
 9    have access to friends permissions?                  18:42
10            MR. FALCONER:  Objection to form.            18:42
11            THE WITNESS:  So I think you are connecting  18:42
12    the two, and I don't know enough to make that        18:42
13    assertion.  And I wouldn't position it as that, as   18:42
14    how you are framing it.                              18:43
15    BY MR. LOESER:                                       18:43
16        Q.    Okay.  So after the Cambridge Analytica    18:43
17    scandal broke and there were articles written about  18:43
18    how it was through friends permissions that          18:43
19    Cambridge Analytica got so much information, you     18:43
20    never went back and thought to yourself, you know, I 18:43
21    have been doing all this work on extending access to 18:43
22    friends permissions, maybe I should revisit this     18:43
23    subject?                                             18:43
24            MR. FALCONER:  Objection.  Form.             18:43
25            THE WITNESS:  No.  I -- I was not focused on 18:43
```

Page 296

```
 1    Cambridge Analytica to do any exploration around it.   18:43

 2          MR. LOESER:  We can go to Exhibit 29.            18:43

 3          (Exhibit 29 marked for identification.)          18:43

 4    BY MR. LOESER:                                          18:44

 5       Q.   Miss Chang, Exhibit 29 is an email from        18:44

 6    Jackie Rooney, dated March 22nd, 2018, to the mteam.   18:44

 7          What is the "mteam"?                             18:44

 8       A.   I don't know the exact definition, but it's    18:44

 9    the leadership group.                                  18:44

10       Q.   Okay.  Are you in that group?                  18:44

11       A.   No.                                            18:44

12       Q.   Okay.  And "Internal Comms DL," do you know    18:44

13    what that is?                                          18:44

14       A.   No.                                            18:44

15       Q.   This subject is, "Q & A Briefing for March     18:44

16    23, 2018."                                             18:44

17          Is this the kind of briefing that you would      18:44

18    attend or that you would listen to?  How are these Q   18:45

19    and A briefings handled?                               18:45

20       A.   So I don't know.  I don't attend all of        18:45

21    them.                                                  18:45

22       Q.   Do you attend any of them?                     18:45

23       A.   Probably a couple.                             18:45

24       Q.   And why don't you spend a minute to look       18:45

25    through this one, and you can tell me if you           18:45
```

Page 297

| | | |
|---|---|---|
| 1 | attended this one. | 18:45 |
| 2 | A. I don't know. | 18:45 |
| 3 | Q. Why don't we go to the very last page of | 18:45 |
| 4 | that briefing. It says at the top of the page, | 18:45 |
| 5 | "Cheryl will tell her 10-year" -- I don't know how | 18:46 |
| 6 | to say that -- "Faceversary story from MPK." | 18:46 |
| 7 | And then it says, "11 years Jackie Chang." | 18:46 |
| 8 | So it appears they were going to celebrate | 18:46 |
| 9 | your 11 years at Facebook? | 18:46 |
| 10 | A. Yes. | 18:46 |
| 11 | Q. Do you recall anyone congratulating you in a | 18:46 |
| 12 | briefing on your 11 years at Facebook? | 18:46 |
| 13 | A. I mean, I don't know that one specifically. | 18:46 |
| 14 | They tend you call you out every Faceversary, so I | 18:46 |
| 15 | don't know if this specific one. | 18:46 |
| 16 | Q. Okay. Let's go to the first page. March | 18:46 |
| 17 | 22nd, 2018, this is obviously right on the heels of | 18:46 |
| 18 | the Cambridge Analytica scandal. And the first -- | 18:46 |
| 19 | second heading down at the bottom of the page is | 18:46 |
| 20 | "Suggested Guidance." | 18:46 |
| 21 | "What is the message we would like | 18:46 |
| 22 | to send out from employees to their | 18:47 |
| 23 | friends and family without constituting | 18:47 |
| 24 | a leak of internal info?" | 18:47 |
| 25 | Could you read the third bullet. | 18:47 |

Page 298

```
 1     A.    "We took action in 2014 to dramatically      18:47
 2           limit the data apps could access but we      18:47
 3           also made mistakes.  This was a              18:47
 4           violation of trust between Facebook and      18:47
 5           the people who use our service."            18:47
 6     Q.    Now, this reference to taking action in 2014 18:47
 7    "to dramatically limit the data apps could access," 18:47
 8    does that appear to you to be the reference to the  18:47
 9    deprecation of various permissions, including       18:47
10    friends permissions, with the introduction of the  18:47
11    new platform?                                       18:47
12           MR. FALCONER:  Objection.  Form.             18:47
13           THE WITNESS:  I don't know specifically if   18:47
14    it's referencing that.  It could be referencing a   18:47
15    lot of different initiatives.                       18:47
16    BY MR. LOESER:                                      18:47
17     Q.    Can you think of any other initiative, other 18:47
18    than the one that we just spent hours going through,18:47
19    that related to limiting the data apps could access?18:47
20           MR. FALCONER:  Objection.  Form.             18:48
21           THE WITNESS:  So I don't know what the       18:48
22    product teams and engineering teams would do in     18:48
23    detail.  I don't track every single thing.          18:48
24    BY MR. LOESER:                                      18:48
25     Q.    But as a Facebook employee working in        18:48
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | partners, working on the transition to the new | 18:48 |
| 2 | platform, you're certainly aware that in 2014, a new | 18:48 |
| 3 | platform was introduced and that platform deprecated | 18:48 |
| 4 | a number of permissions; right? | 18:48 |
| 5 | A.   I don't know specifically if that's what | 18:48 |
| 6 | it's communicating in this email. | 18:48 |
| 7 | Q.   Now, this says, "But we also made mistakes." | 18:48 |
| 8 | Do you know what mistakes this bullet is | 18:48 |
| 9 | referring to in connection with dramatically | 18:48 |
| 10 | limiting the data apps could access? | 18:48 |
| 11 | MR. FALCONER:  Objection.  Form and | 18:48 |
| 12 | foundation. | 18:48 |
| 13 | THE WITNESS:  I don't know what specific | 18:48 |
| 14 | mistakes it's referring to. | 18:48 |
| 15 | BY MR. LOESER: | 18:48 |
| 16 | Q.   And this says: | 18:48 |
| 17 | "This was a violation of trust between | 18:49 |
| 18 | Facebook and the people who use our | 18:49 |
| 19 | service." | 18:49 |
| 20 | Now, is that a reference to continuing to | 18:49 |
| 21 | allow access to permissions that Facebook stated | 18:49 |
| 22 | would no longer be provided? | 18:49 |
| 23 | MR. FALCONER:  Same objections. | 18:49 |
| 24 | THE WITNESS:  Again, I don't know to make | 18:49 |
| 25 | that conclusion.  I don't -- I don't know if that's | 18:49 |

Page 300

| | | |
|---|---|---|
| 1 | the intention of whoever wrote this. | 18:49 |
| 2 | BY MR. LOESER: | 18:49 |
| 3 | Q.   So this is a blank slate for you as well | 18:49 |
| 4 | then, whether -- whether mistakes were made with the | 18:49 |
| 5 | introduction in 2014 of a platform that dramatically | 18:49 |
| 6 | limited the data apps to access? | 18:49 |
| 7 | A.   In the context of making assumptions of what | 18:49 |
| 8 | I know, the person who wrote this, I don't know. | 18:49 |
| 9 | Q.   And you don't recall any briefing in which | 18:49 |
| 10 | anyone at Facebook talked about mistakes being made | 18:49 |
| 11 | with regard to the continued access that some | 18:49 |
| 12 | partners had to friends permissions? | 18:49 |
| 13 | A.   So, again, I don't remember specifically. | 18:50 |
| 14 | Q.   Now, Miss Chang, you're certainly aware that | 18:50 |
| 15 | exceptions were made that allowed some apps and | 18:50 |
| 16 | partners to continue having access to deprecated | |
| 17 | permissions; right? | |
| 18 | DEPOSITION REPORTER:  I'm sorry.  Excuse me. | |
| 19 | I need that question again. | |
| 20 | "Now, Miss Chang, you're certainly aware | 18:50 |
| 21 | exceptions were made that allowed..." | 18:50 |
| 22 | MR. LOESER:  Some apps and partners to have | 18:50 |
| 23 | access to deprecated permissions. | 18:50 |
| 24 | THE WITNESS:  To what that email said, | 18:50 |
| 25 | whatever we were looking in the past. | 18:50 |

Page 301

| | | |
|---|---|---|
| 1 | BY MR. LOESER: | 18:50 |
| 2 | Q.   So that's yes, you're aware that exceptions | 18:50 |
| 3 | were made that allowed some apps and partners to | 18:50 |
| 4 | continue to having access to deprecated permissions, | 18:50 |
| 5 | specifically -- | 18:50 |
| 6 | A.   I wasn't -- I wasn't aware personally as I | 18:50 |
| 7 | don't remember, but I've read the emails you've been | 18:51 |
| 8 | sharing. | 18:51 |
| 9 | Q.   And you see that that, in fact, happened; | 18:51 |
| 10 | correct? | 18:51 |
| 11 | MR. FALCONER:  Objection.  Form and | 18:51 |
| 12 | foundation. | 18:51 |
| 13 | THE WITNESS:  I don't know.  I don't know | 18:51 |
| 14 | what happened after. | 18:51 |
| 15 | BY MR. LOESER: | 18:51 |
| 16 | Q.   Miss Chang, please tell the jury what you | 18:51 |
| 17 | did to make sure that Facebook users were notified | 18:51 |
| 18 | that after friend permissions were deprecated, a | 18:51 |
| 19 | number of developers and partners continued to have | 18:51 |
| 20 | access to friend permissions. | 18:51 |
| 21 | MR. FALCONER:  Objection.  Form and | 18:51 |
| 22 | foundation. | 18:51 |
| 23 | THE WITNESS:  So, again, I don't know. | 18:51 |
| 24 | BY MR. LOESER: | 18:51 |
| 25 | Q.   You don't know what you did to inform users | 18:51 |

Page 302

1    of the -- that some apps and partners had continued    18:51

2    access to friend permissions?                          18:51

3        A.   Yes, I don't know.  I think you're -- I      18:51

4    think the question is very broad, so I don't know      18:51

5    what you're inferring.                                 18:51

6        Q.   Miss Chang, did you do anything at all to     18:52

7    make sure that Facebook users were notified that       18:52

8    after friend permissions were deprecated, a number     18:52

9    of developers and partners continued to have access    18:52

10   to friend permissions?                                 18:52

11           MR. FALCONER:  Same objections.                18:52

12           THE WITNESS:  So I don't think I personally    18:52

13   did anything.  I don't know.                           18:52

14   BY MR. LOESER:                                         18:52

15       Q.   You either did something or you didn't.       18:52

16       A.   Or I don't know.                              18:52

17       Q.   How could you not know whether you did        18:52

18   something or not?                                      18:52

19           MR. FALCONER:  Objection.  Argumentative.      18:52

20           THE WITNESS:  Because I don't remember.        18:52

21   BY MR. LOESER:                                         18:52

22       Q.   Okay.  So are you saying to the jury that     18:52

23   you might have done something to inform Facebook       18:52

24   users that after friend permissions were deprecated,   18:52

25   the number of developers, partners continued to have   18:52

Page 303

| | | |
|---|---|---|
| 1 | access to friend permissions? | 18:52 |
| 2 | A.    No. | 18:52 |
| 3 | MR. FALCONER:  Objection.  Form.  Asked and | 18:52 |
| 4 | answered. | 18:52 |
| 5 | THE WITNESS:  No.  I'm saying I don't | 18:52 |
| 6 | remember. | 18:52 |
| 7 | BY MR. LOESER: | 18:52 |
| 8 | Q.    Isn't it a fact, Miss Chang, that you did | 18:52 |
| 9 | not do anything to inform Facebook users that after | 18:52 |
| 10 | friend permissions were deprecated, a number of | 18:53 |
| 11 | partners and developers continued to have access to | 18:53 |
| 12 | friend permissions? | 18:53 |
| 13 | MR. FALCONER:  Objection.  Form.  Objection. | 18:53 |
| 14 | Asked and answered. | 18:53 |
| 15 | THE WITNESS:  Again, I don't remember. | 18:53 |
| 16 | MR. LOESER:  Why don't we take a 10-minute | 18:53 |
| 17 | break.  We'll go through -- | 18:53 |
| 18 | MR. FALCONER:  Can we make it 5?  I know | 18:53 |
| 19 | Miss Chang has some obligations she needs to attend | 18:53 |
| 20 | to this evening, so the quicker we can finish up, | 18:53 |
| 21 | the better. | 18:53 |
| 22 | MR. LOESER:  Sure.  That's fine. | 18:53 |
| 23 | THE VIDEOGRAPHER:  This marks the end of | 18:53 |
| 24 | media No. 6 in the deposition of Jackie Chang.  Off | 18:53 |
| 25 | the record.  The time is 6:53. | 18:53 |

Page 304

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | (Off the record.) | 18:53 |
| 2 | THE VIDEOGRAPHER:  This marks the beginning | 18:59 |
| 3 | of media No. 7 in the deposition of Jackie Chang. | 18:59 |
| 4 | Back on the record.  The time is 6:59. | 18:59 |
| 5 | MR. LOESER:  Miss Chang, I have no further | 18:59 |
| 6 | questions for you at this time.  However, I will | 18:59 |
| 7 | note for the record that we are evaluating the | 18:59 |
| 8 | transcript and the testimony in light of Special | 19:00 |
| 9 | Master Garrie's comments, and we will communicate | 19:00 |
| 10 | with your counsel as to whether we intend to recall | 19:00 |
| 11 | you. | 19:00 |
| 12 | And with that, I know you have something | 19:00 |
| 13 | else to do for tonight so we can close for the | 19:00 |
| 14 | evening. | 19:00 |
| 15 | MR. FALCONER:  Yeah, I mean, if there are | 19:00 |
| 16 | other questions, I think Miss Chang is available to | 19:00 |
| 17 | answer them now. | 19:00 |
| 18 | MR. LOESER:  Well, Counsel, a couple minutes | 19:00 |
| 19 | ago, you told me that she needed to leave so I was | 19:00 |
| 20 | trying to do her the courtesy of allowing that to | 19:00 |
| 21 | happen. | 19:00 |
| 22 | If we have other questions, it would be | 19:00 |
| 23 | based upon our review of the testimony and the | 19:00 |
| 24 | discussion of certain exhibits, so it will take us a | 19:00 |
| 25 | bit to sort that out.  And I don't want to make a | 19:00 |

Page 305

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | rash decision, so we will just reserve our rights | 19:00 |
| 2 | under that and with regard to Special Master | 19:00 |
| 3 | Garrie's comments and get back to you. | 19:00 |
| 4 | MR. FALCONER:  Sure.  And we will reserve | 19:00 |
| 5 | all rights as well.  I can't remember what the | 19:00 |
| 6 | protocol says about whether we need to say we are | 19:00 |
| 7 | going to read and sign, so I will state it, we will | 19:01 |
| 8 | read and sign, and we will reserve questions. | 19:01 |
| 9 | MR. LOESER:  Okay.  Thank you, Miss Chang, I | 19:01 |
| 10 | appreciate your time today.  And, Russ, I appreciate | 19:01 |
| 11 | your involvement as well.  It is a good start to a | 19:01 |
| 12 | lot of depositions that will be taken in terms of | 19:01 |
| 13 | the counsel communicating clearly and effectively | 19:01 |
| 14 | without wasting a lot of time on the record, so I | 19:01 |
| 15 | really appreciate that. | 19:01 |
| 16 | THE VIDEOGRAPHER:  Is there anything else we | 19:01 |
| 17 | need on the record before I close out? | 19:01 |
| 18 | DEPOSITION REPORTER:  Counsel, I need | 19:01 |
| 19 | orders.  I know Gibson Dunn has a three-day expedite | |
| 20 | and a rough.  What is your order? | |
| 21 | MS. WEAVER:  We'd like the same. | |
| 22 | DEPOSITION REPORTER:  Thank you.  Who was | |
| 23 | it that said that?  I'm sorry. | |
| 24 | MS. WEAVER:  It's God.  No, it's Lesley | |
| 25 | Weaver, and I apologize. | |

Page 306

CONFIDENTIAL

```
 1              DEPOSITION REPORTER:  Thank you.  I'm        19:01
 2   ready.                                                  19:01
 3              THE VIDEOGRAPHER:  Okay.  We are off the     19:01
 4   record at 7:01 p.m. and this concludes today's         19:01
 5   testimony given by Jackie Chang.  The total number     19:01
 6   of media units used was seven and will be retained     19:01
 7   by Veritext Legal Solutions.                           19:02
 8              (Off the record.)                            19:02
 9              DEPOSITION REPORTER:  We're back on the      19:02
10   record.                                                 19:02
11              MR. FALCONER:  Facebook requests a           19:02
12   provisional confidentiality designation for the        19:02
13   transcript from today.                                  19:02
14              MR. LOESER:  Understood.                     19:02
15              (Ending time: 7:02 p.m.)
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1

2

3

4

5          I, Jackie Chang, do hereby declare under

6     penalty of perjury that I have read the foregoing

7     transcript; that I have made corrections as appear

8     noted, in ink, initialed by me, or attached hereto; that

9     my testimony as contained herein, as corrected, is true

10    and correct.

11          EXECUTED this _____ day of _____,

12    2021, at _____, _ _____.

13                    (City)                    (State)

14

15

16

17                    Jackie Chang

18

19

20

21

22

23

24

25

                                          Page 308

CONFIDENTIAL

1          I, JANIS JENNINGS, CSR No. 3942, Certified

2     Shorthand Reporter, certify:

3          That the foregoing proceedings were taken

4     before me at the time and place therein set forth, at

5     which time the witness was duly sworn by me;

6          That the testimony of the witness, the

7     questions propounded, and all objections and statements

8     made at the time of the examination were recorded

9     stenographically by me and were thereafter transcribed;

10          That the foregoing pages contain a full, true

11     and accurate record of all proceedings and testimony.

12          Pursuant to F.R.C.P. 30(e)(2) before

13     completion of the proceedings, review of the transcript

14     [X] was [ ] was not requested.

15          I further certify that I am not a relative or

16     employee of any attorney of the parties, nor financially

17     interested in the action.

18          I declare under penalty of perjury under the

19     laws of California that the foregoing is true and

20     correct.

21     Dated: 12/21/2021

22

23     _____

24          JANIS JENNINGS, CSR NO. 3942

25          CLR, CCRR

                                        Page 309

1   RUSSELL H. FALCONER, ESQ.

2   rfalconer@gibsondunn.com

3                                    December 21, 2021

4   RE: IN RE:  FACEBOOK, INC. CONSUMER

5       PRIVACY USER PROFILE LITIGATION

6   12/16/2021, JACKIE CHANG, JOB NO. 49769494

    The above-referenced transcript has been

7   completed by Veritext Legal Solutions and

8   review of the transcript is being handled as follows:

9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10     to schedule a time to review the original transcript at

11     a Veritext office.

12  __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13     Transcript - The witness should review the transcript and

14     make any necessary corrections on the errata pages included

15     below, notating the page and line number of the corrections.

16     The witness should then sign and date the errata and penalty

17     of perjury pages and return the completed pages to all

18     appearing counsel within the period of time determined at

19     the deposition or provided by the Code of Civil Procedure.

20  __ Waiving the CA Code of Civil Procedure per Stipulation of

21     Counsel - Original transcript to be released for signature

22     as determined at the deposition.

23  __ Signature Waived - Reading & Signature was waived at the

24     time of the deposition.

25

                                            Page 310

CONFIDENTIAL

```
 1    _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

 2        Transcript - The witness should review the transcript and

 3        make any necessary corrections on the errata pages included

 4        below, noting the page and line number of the corrections.

 5        The witness should then sign and date the errata and penalty

 6        of perjury pages and return the completed pages to all

 7        appearing counsel within the period of time determined at

 8        the deposition or provided by the Federal Rules.

 9    __ Federal R&S Not Requested - Reading & Signature was not

10        requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 311

```
 1    IN RE:  FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION

 2    JACKIE CHANG (JOB NO. 4976949)

 3                    E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____   _____

24    WITNESS                          Date

25
```

Veritext Legal Solutions
866 299-5127

**[& - 2013]**

| & | 1 | 13th 280:16 | 2 |
|---|---|---|---|

**&**   3:15 4:4 6:9
7:15 9:6 12:17
30:9,21 58:25
81:20 82:4 158:1
158:20 160:13
175:24 245:11,17
245:24 247:8
297:15 310:23
311:9

**0**

**00191044**   6:13
**00195621**   6:17
**00195627**   6:19
**00197163**   7:13
**00197164**   7:16
**00199729**   8:18
**00200696**   7:19
**00202562**   7:23
**00202569**   7:25
**00220376**   9:20
**01128015**   6:23
**01128018**   6:24
**01129621**   9:12
**01198438**   9:23
**01680930**   8:14
**01684546**   9:7
**01688164**   8:10
**01754048**   7:10
**01754052**   7:10
**01943707**   8:24
**02089985**   8:21
**02090193**   9:25
**02135819**   7:6
**02163394**   10:6
**02187146**   6:10
**02843**   1:6 11:18

**1**   1:25 6:4 11:12
15:5,13 62:1
81:17,24 89:25
117:10 124:13
146:5,10 153:18
184:25 186:20
187:2 189:15
212:15 236:9
253:3 279:7
283:12 311:1
**1,204**   19:15
**1,807**   19:14
**10**   7:7 61:22
151:15,16,18
213:25 298:5
304:16
**10/16/19**   9:24
**10/24/13**   8:15
**10th**   165:24
**11**   7:11 159:2,7
298:7,9,12
**11/21/13**   9:4
**1128017**   6:23
**1129649**   9:12
**1198446**   9:23
**12**   7:14 160:5,6,9
219:25 238:13
239:9,21,23 240:5
240:11 279:25
**12.5**   110:16
**12/10/13**   7:17
**12/16/2021**   310:6
**12/21/2021**   309:21
**1201**   3:8
**122**   6:24
**12th**   3:19
**13**   5:7 7:17 165:20
165:22 273:24
**138**   7:4

**13th**   280:16
**14**   7:20 20:22
34:24 35:19 36:4
171:3,8 193:2
**14th**   19:13
**15**   6:4 7:24 61:22
181:15,16
**151**   7:7
**159**   7:11
**16**   1:16 2:11 8:4
11:1 189:9
**160**   7:14
**1600**   3:19
**165**   7:17
**1680937**   8:14
**1688168**   8:10
**16th**   11:5 87:8
270:9 287:13
**17**   8:5 189:9
259:24
**171**   7:20
**18**   1:6 8:7 11:18
198:24,25
**18,067**   163:15
**181**   7:24
**189**   8:4,5
**19**   8:11 206:18,19
206:21
**191047**   6:13
**1943709**   8:24
**195626**   6:17
**195631**   6:19
**197176**   7:16
**198**   8:7
**199730**   8:18
**1:13**   284:24
**1:30**   121:17
**1:35**   121:18 122:5
**1st**   211:17

**2**   6:6 20:24 21:1
62:5 82:9 89:25
92:20 117:10
121:25 124:13
146:7 156:8,9
160:22 169:5
185:7 189:15
200:20 202:21
246:21 253:4
270:2 279:5
309:12
**2/9/14**   7:20
**20**   8:15 223:22,23
**2001**   4:8
**2007**   14:22 21:6,7
21:25 24:25 25:14
284:8
**200700**   7:19
**2010**   21:25 24:9
25:1,2 26:11 63:7
**2011**   233:9
**2012**   206:23
207:15,17 209:3
211:17 213:15
241:25
**2013**   58:15,20
59:25 72:2 78:7
83:20,22,25 84:17
84:21 88:2 96:19
97:4,9 98:3 99:10
107:23 109:6
113:2 122:24
128:24 137:21
138:9 151:19
152:14 159:5
160:18 165:24
167:18 169:9,14
224:1,4 228:10
236:17 245:10
248:23 254:18

Page 1

**[2013 - 5]**

256:16
**2014**  8:6 24:9 25:1
  25:2 26:11,24
  171:6,14 172:10
  179:12 180:25
  185:19 191:2
  193:1,19 195:11
  195:17 196:3,16
  199:4 200:5,21
  236:15 237:14
  240:3 258:4
  265:24 266:21
  268:12 269:22
  273:6,24 275:12
  277:21 299:1,6
  300:2 301:5
**2016**  233:13
  292:13
**2017**  26:24 28:18
  233:13,25 283:2,4
  284:4,7,13
**2018**  10:6 192:19
  270:10 280:16
  288:17 297:6,16
  298:17
**2019**  28:19 230:4,7
  230:12 233:8
  284:8 287:13
**2021**  1:16 2:11
  11:1,6 14:22
  33:21 308:12
  310:3
**2025.520**  310:9,12
**202563**  7:23
**206**  8:11
**206.623.1900**  3:10
**21**  6:6 8:19 223:21
  229:23,24 230:2
  245:10 310:3
**2100**  4:8

**2135824**  7:6
**214.698.3100**  4:10
**2163397**  10:6
**2187149**  6:10
**21st**  98:3 99:10
  109:6 122:24
  128:24 152:8
**22**  8:22 229:22
  236:6,11,14
**22,432**  228:15
**220377**  9:20
**223**  8:15
**229**  8:19
**22nd**  152:14
  200:21 297:6
  298:17
**23**  9:4 10:5 245:5
  245:8 297:16
**236**  8:22
**23rd**  151:19 199:4
**24**  9:8 224:4
  237:14 240:3
  266:16,17,20
**245**  9:4
**24th**  137:20 138:9
  224:1
**25**  9:13 19:20
  245:4 270:6,8
**250**  110:10
**25th**  169:9,14
**26**  9:16 273:1,2,4
**26,000**  184:9
**266**  9:8
**26k**  184:4
**27**  9:21 236:15
  280:10,11
**270**  9:13
**273**  9:16
**28**  9:24 283:2
  287:8,10

**280**  9:21
**2843**  1:5 11:18
**287**  9:24
**28th**  266:21 273:6
  283:5
**29**  10:4 297:2,3,5
**297**  10:4
**29th**  283:4
**2:19**  173:6
**2:28**  173:12
**2:30**  99:17
**2:39**  170:23
**2:46**  174:14
**2nd**  6:16 88:4

**3**

**3**  6:7 57:23,25
  58:14 78:5 98:16
  100:8,24 106:11
  106:14 110:14,15
  115:6 117:16
  118:3 119:18
  122:4 124:13
  167:14,15 170:22
  200:18 201:7
  214:11,15,23
  217:23 218:23
  253:6
**3.0**  6:16,18 7:14
  88:4,10 89:11,14
  89:22 90:4,10
  94:19 160:12
  161:24
**3.0.**  89:20
**3.0.docx.**  88:6
**3/22/18**  10:4
**3/23/14**  8:7
**3/27/14**  8:22
**3/28/14**  9:8
**30**  309:12 311:1
**30th**  58:15,20
  191:2 192:19

193:19 194:15
**312**  1:25
**315**  228:14
**31st**  207:17 209:2
**3200**  3:8
**32nd**  4:18
**3942**  1:24 2:12
  309:1,24
**3:04**  171:2
**3:54**  175:12
**3rd**  72:1 78:6
  81:12 159:5
  160:17 213:15
  230:4,12 233:8
  270:10

**4**

**4**  6:11 60:7 71:21
  71:22,25 124:13
  171:1 207:14
  214:3
**4/24/13**  7:4
**40,000**  110:4 114:4
  114:12 116:22
**40k**  110:2,6
**415.445.4003**  3:21
**42,222**  116:23
**45**  184:5,9
**46**  236:10
**4976949**  1:22
  312:2
**49769494**  310:6
**4:08**  214:4
**4:18**  175:11
  180:25
**4:22**  214:8
**4th**  206:23

**5**

**5**  6:14 86:8,16,19
  124:14 214:7
  254:22 265:16

**[5 - accurately]**

304:18
**5/3/13**   6:11
**5147**   228:15
**555**   3:19 4:18
**57**   6:7
**5:36**   265:17
**5:57**   265:21
**5th**   4:18

**6**

**6**   6:18 88:16,17,21
124:14 265:20
304:24
**60**   271:17
**6044**   309:23
**65**   19:16
**6:53**   304:25
**6:59**   305:4
**6th**   7:18 165:25

**7**

**7**   6:20 97:11,12,19
116:18 122:8,10
124:14 128:23
221:17 305:3
**7,003**   163:11
**7,246**   116:23
**71**   6:11
**75201**   4:9
**7:01**   307:4
**7:02**   307:15
**7:09**   19:13

**8**

**8**   6:24 122:15,19
221:5,8
**8/16/13**   6:14
**8/21/13**   6:20
**8/23/13**   7:7
**8/28/14**   9:16
**86**   6:14
**87**   293:10

**88**   6:18
**89988**   8:21
**8th**   167:18

**9**

**9**   7:4 137:18,19
138:5
**9/3/13**   7:11
**9/3/19**   8:19
**9/30/13**   6:7
**9/4/12**   8:11
**90013**   4:19
**94607**   3:20
**97**   6:20
**98101**   3:9
**9th**   171:6,14
172:10 179:12
180:25 185:19
193:1

**a**

**a.m.**   2:10 11:1,5
99:17
**aaron**   207:22
**ability**   51:13 93:13
95:18 195:14
197:22 198:7
203:20,25 204:24
210:14,22 263:20
292:21 295:1
**able**   27:11 28:6
29:2 31:17,25
33:11 39:10,15,22
42:5,10 43:23,25
45:25 46:7,10
47:1 50:12,13
54:14 61:2,3
62:15 78:15 79:21
79:24 80:21 81:4
93:20 108:9 136:4
186:6 199:19
201:16 205:12

224:21 227:12
228:6 234:13
251:23 259:18
274:7
**absent**   235:23
**absolutely**   167:23
172:5
**abused**   71:18 97:5
**academic**   20:5,19
30:8,20 31:1,7
216:23,25 217:4
**access**   9:14 15:11
27:8,10,19 33:13
33:14,15 39:12
42:6,10 43:14,18
43:21 44:1 47:14
64:24 65:3,13
66:9,11 67:13
69:15 73:13,24
75:16,19 76:4
78:17 79:6,25
80:16,22 81:4
91:8 93:21 95:19
101:16 103:12
110:19 118:10,18
119:2,20 124:17
127:11,12,13,18
128:12 141:3
156:5 163:25
164:3 178:7,15
182:4,15 186:18
188:10 193:23
194:2,9,24 195:13
195:19 196:5,13
196:18 197:7,18
198:1,2,12 199:19
201:18 215:3,15
216:10,17,25
217:5,10,18,23
218:10,16,23
219:8 220:17

222:22 223:8,19
227:25 233:15
238:12,16 239:9
239:20,22 240:4
240:11 241:5,13
242:6 244:14
254:7 259:4 262:7
262:14 263:4,20
270:1,11 271:4,24
280:3,7 282:13,18
283:12,16,18
284:1 285:3,9
288:20,23 290:10
290:14 295:12,19
296:5,9,21 299:2,7
299:19 300:10,21
301:6,11,16,23
302:4,20 303:2,9
304:1,11
**accessed**   67:21
**accessible**   235:3
235:10
**accidentally**   37:6
**accomplish**   158:16
**accomplished**
153:16 158:8,14
**accomplishments**
39:3
**account**   21:17
22:4,8 23:8,12
37:1,4,4 54:24
180:5 233:21
**accounts**   21:24
23:3 24:6,17
**accurate**   21:7
119:24 130:13
131:1,12,24
132:23 168:21
309:11
**accurately**   224:23

**[achieve - amazon]**

**achieve**  39:22
  45:12
**acknowledging**
  176:3
**acquired**  60:22
**acquires**  210:25
**acquiring**  211:3
**acquisition**  60:7
  60:15
**acronym**  34:1
  288:3
**act**  91:16 93:20
**action**  11:25 210:2
  279:9,12 299:1,6
  309:17
**actions**  11:16 59:4
**active**  127:5
**actively**  157:25
  158:19,22 206:10
**activity**  205:25
  210:25
**actors**  38:4
**actual**  31:15
  122:15 208:19
  244:21 285:25
**acu**  139:18,21,24
**ad**  22:5,9,11,14,18
  22:20 23:13,17,21
  23:23 24:2
**adaniel**  3:13
**adavis**  3:23
**added**  82:10
  116:20 174:25
  209:18,20 285:16
**adding**  231:14
**addition**  74:8
**additional**  19:16
  228:19 238:5
**additionally**  238:4
  274:12

**address**  28:7
  37:11 100:1 196:3
  198:10 257:25
  258:4,8 261:7
**adds**  211:11
  231:14
**adele**  3:7 12:14
**adequate**  252:14
  253:2
**aditya**  237:13
**admitted**  186:11
**adopt**  31:18
**adoption**  29:19,20
  33:6,9 249:7
**ads**  147:24
**advertise**  24:1
**advertiser**  41:20
  41:24 42:5 44:5
  55:22
**advertisers**  37:20
  37:21 38:8,24
  40:6,16,17 41:3,3
  41:14 44:9 45:4
  57:20 292:10
**advertising**  22:4
  22:10 23:10,15
  29:10 40:13,14
  41:11 56:2,20
  62:10,22,23 63:4,9
  63:13 144:8,25
  145:20
**advisor**  126:16,21
  127:1,21 128:4,7
**affiliations**  12:3
**affirmatively**
  188:18
**africa**  28:4
**afternoon**  122:7
**agency**  22:5,9
  291:5

**aggregate**  285:12
**aggregated**  246:16
**aggregating**
  185:16 247:16
**aggregators**
  156:19
**ago**  19:12 152:6
  258:23 305:19
**agree**  11:11 97:20
  132:9 134:22
  135:7 144:1
  210:14 237:24
  261:11 286:3
**agreed**  209:7
  246:11
**agreeing**  202:2
  259:16
**agreement**  8:9
  23:10 102:8
  152:23 179:25
  199:5,9,12,13,16
  199:17,20 200:1,2
  200:5 201:1,2,11
  201:14 202:17
  203:18 252:22
**agreements**  99:24
  101:8 185:1 187:5
  195:12 199:22,24
  199:24 215:22
**ahead**  16:2 33:20
  42:16 43:2 44:7
  48:18 49:21 57:2
  69:18 72:8 92:5
  113:8 121:16
  129:11 190:15
  204:5 205:15,19
  218:3 222:7 228:4
  237:25 241:15
  260:8 267:23
  292:7

**aldo**  254:24
**aleksandr**  291:6
  291:22
**aligned**  203:11
**allow**  14:8 32:11
  50:12 66:9 105:3
  105:24 111:24
  175:23 177:2
  178:3 180:6 193:9
  227:11 229:4
  238:16 260:24
  288:19 290:9
  300:21
**allowances**  203:19
**allowed**  178:15
  193:17 227:24
  244:15 301:15,21
  302:3
**allowing**  51:19
  224:19 241:13
  288:23 290:13
  305:20
**allows**  208:20
  231:22 232:2
  280:23
**alonso**  233:7
  234:20
**alter**  251:17
**alvin**  20:11
**amazon**  8:8,12
  51:10 73:3,24
  74:7,19,24 75:3
  77:4,6,8,25 78:6
  79:14,21 80:12,21
  81:3,21 82:2,21
  83:9 84:2,2,6,20
  85:4,10,10,25
  185:3 199:4,9
  200:4,25 201:10
  201:22,22 202:16
  202:23 203:6,22

**[amazon - appears]**

204:1,10,25 205:5
206:1,2,3,23
208:13 209:5,9,14
211:1 212:8,25
213:1,11,13,24
**amended** 6:4
201:10 202:17
**amendment** 8:9
199:5,14 200:2,4
201:3
**amit** 231:20,25
**amount** 20:20
95:22 220:11
239:14 254:13
296:3
**analysis** 100:3
103:8 285:14,17
**analyst** 138:17
**analytica** 291:1,5
291:13,17,23
292:13,21 293:3
295:23,25 296:1,2
296:16,19 297:1
298:18
**analyzed** 52:4
**analyzes** 52:1
**angeles** 4:19
**anne** 3:17 12:12
**announced** 190:8
194:16 288:17
**announcement**
190:12
**announcing** 7:25
181:24
**annual** 119:5
**answer** 13:22
14:12 22:23,23
23:16 77:12 78:1
105:15 116:3,5,12
116:14 128:11
136:23 149:11

152:3 180:22
205:16 207:6
256:11 272:23
305:17
**answered** 21:11
36:20 47:22 55:10
86:3 106:2 133:21
135:2 142:12
145:4 148:6
150:21 157:20
212:10 219:20
294:18 304:4,14
**answering** 62:20
**anxiety** 153:1
**anymore** 78:16
149:13
**api** 8:23 43:10,21
47:4,14 66:8 67:6
71:17 73:13,16,17
73:20 74:20 78:18
78:23 79:1,9,14,15
79:21,25 80:13
81:5 89:24,25
95:21 96:19
117:10,10 154:2
154:24,24 155:2
161:3,9 162:7,22
163:9 178:21
181:20 182:19,20
184:15,19 185:11
185:22 186:22,22
188:8 189:15
197:25 201:18,25
203:20 212:18
217:7 218:15,15
222:22 235:10
236:16,21 237:6,9
237:14,16,19,24
238:1 239:3 241:5
251:12 255:7,16
255:17 256:9,10

270:2 283:13,18
285:4,11,22
288:18,25
**apis** 25:14 29:9,13
29:14 32:10 33:15
33:16 41:12 42:7
42:10 43:15,19
44:1 46:24 48:10
48:13,13 49:1,1,9
64:6,7,11,14,16,19
64:21,25 65:3,12
65:16,20,22 66:1
66:11 67:13,20
68:8,16,24 69:3,7
69:16 70:24 71:2
71:5,11,18 74:12
75:20 79:3 97:1,5
100:16 117:17
127:13 162:8
175:22 176:1
178:2,11,12,15,20
179:6,7 182:9
184:5,10 185:7
186:18 187:17
193:9,11 196:18
197:8 199:18
215:23 235:14
238:1,12,14 239:9
240:5,11 246:22
254:24 255:5,18
255:22 264:14
**apologies** 98:20
**apologize** 137:22
260:1 306:25
**app** 44:12 45:4
57:16 64:5 65:3
65:17 69:15,15
70:17,19 71:18
91:8 93:16,18,23
94:6,21 116:21
123:24 124:11

125:11 126:18
139:19 140:4
141:18 163:25
164:3 165:13
182:4,10,12,15
184:4,9 191:19,22
194:21,23,25
195:11 196:17
197:14 202:24
217:20,25 218:22
219:7 222:1,2,4
224:12 225:5
226:24 227:4
228:15 232:23,25
235:22 243:13
245:1 259:6
260:10,11,18
261:24 262:7,7
264:4 265:1
274:13 278:18
291:9 292:22,22
293:8,19,19,21
294:2,4,11,14,14
295:2
**apparently** 77:22
**appear** 15:25
74:12 139:7
177:15 268:4
299:8 308:7
**appearance** 12:5
**appearances** 3:1
4:1 12:3
**appeared** 17:8
247:6
**appearing** 11:21
310:18 311:7
**appears** 101:14
102:23 103:3
138:22 153:12
177:7 179:11
181:2 200:24

**[appears - assume]**

216:5 238:24
239:19 254:13
257:4 268:11
287:13 298:8
**appetite** 163:25
164:2 279:18
280:4,6
**apple** 36:6 270:23
**application** 36:13
47:2 64:8 126:15
126:22,23 127:20
244:13,15
**applications** 126:4
**applied** 32:20
**apply** 33:13,14
79:5 235:19
**appreciate** 129:25
306:10,10,15
**approach** 152:21
156:9,22 185:11
**appropriate**
152:24 253:1,10
253:17
**appropriately**
208:1
**approval** 66:19
202:24 246:21
247:7 249:4
251:18 253:5,7
**approvals** 65:2
66:21
**approve** 82:14
**approved** 47:11
47:14 154:1,24
**apps** 9:18 36:2
64:1 90:14 94:1
96:1,20 98:7
107:6,8 110:3,6,8
110:11 114:4,12
114:14 115:2,11
115:15 116:19,21

116:22,24 117:4
122:11 123:14,17
123:18,22 124:6
124:10,11,15
125:4,9,12,17,20
125:21,22 126:3,7
126:10,13 140:11
140:15 142:6
156:16,18 161:13
163:4,10,14 164:6
164:8,12 165:1,8,8
170:1,16 182:6
192:2 195:8
197:17 215:3,14
216:10,16 220:4
220:12,18,23
221:12,19 222:14
224:19 227:11,16
227:25 228:15
239:22 241:4,12
241:18,22 242:4,6
242:12 247:8
252:19,20 259:4
260:23,25 263:20
273:7,14,17 274:4
274:7,18 275:13
276:3,6,9 277:21
278:3 279:8,10,13
280:3,7 288:19,23
290:10,14 299:2,7
299:19 300:10
301:6,15,22 302:3
303:1
**april** 21:6 137:20
138:9 191:2
192:19 193:19
194:15 195:11,17
196:3,16,23
288:17
**archibong** 6:8
7:21 8:12 58:3,5,6

58:15,19 97:25
99:9 136:14
152:13 159:4
171:5,13,24
180:10 206:22
**archibong's** 58:6
**area** 39:14 174:25
175:2 255:20
270:15
**argumentative**
108:18 118:4
137:17 148:6
258:19 303:19
**arrange** 223:7
**arrangement**
42:22
**arrangements**
56:4
**article** 9:13 270:9
270:12,15,20
271:10 272:1,10
293:2
**articles** 269:25
270:3,17,19
291:12 296:17
**aside** 159:1 190:4
**asked** 21:19 36:19
47:21 55:9 86:2
103:7 106:1
133:20 135:2
142:11 145:3
148:5 150:20
157:19 172:23
183:4,10,21 212:9
219:20 226:4
252:2 278:18
294:17 304:3,14
**asking** 14:6 38:5
46:20 51:15 63:22
67:22 75:25 76:23
76:24 82:9 112:13

112:14 118:24
129:23 131:7,8,22
131:23 133:11
134:12,13,18
139:5 145:8
148:13,14,23,24
150:4 223:16
230:15 250:25
255:25 256:1
268:1 278:1
293:23,24
**asks** 172:11
244:13
**aspect** 45:1
**aspects** 77:23
248:6
**assertion** 63:20
74:16 83:20 84:18
85:22 86:6 95:5
101:19 117:22
125:6 141:6 251:3
296:13
**assertions** 80:14
250:14,18 294:6
**assess** 115:18
**assessment** 103:19
183:25
**assigned** 77:17
248:14,19,20
268:4 269:6
**assigning** 248:16
**associated** 126:25
127:17
**association** 127:15
**assume** 13:22
35:23 128:20
130:25 131:4,5
133:9 134:19
144:20 174:17
183:23 188:13,13
220:5 223:2

[assume - benefits]

232:12 233:12
247:9,10,14 248:4
248:7,12 252:7
254:9 261:15
**assuming** 244:21
**assumption**
132:16,18 133:17
134:21 222:21
265:6 293:5 294:8
**assumptions** 301:7
**asterisks** 267:10
**attach** 181:2
**attached** 110:9
114:14 115:2
122:23 160:10
181:11 207:20
221:13 238:2
246:18 308:8
**attaches** 221:18
**attaching** 224:4
**attachment** 88:6
88:14 98:7 116:18
117:3 122:9,15
160:5 181:4,7,9,22
224:3 225:1
245:12,16
**attachments**
236:16
**attend** 191:3
265:25 297:18,20
297:22 304:19
**attendance** 15:20
16:9 191:14
**attended** 198:15
291:16 298:1
**attending** 12:2
**attention** 272:2,11
**attorney** 12:6
309:16
**attributes** 204:13
204:20 205:11

206:12
**audio** 11:9 24:25
101:11 137:15,24
**audit** 115:17 161:2
161:9 170:3 224:4
**audits** 96:18 97:4
**august** 87:8 98:3
99:10 109:6
122:24 128:24
151:19 152:8,14
209:2 273:6,24
**auld** 3:15
**auto** 37:8 74:9,19
74:24 76:21 77:4
77:7,24
**autogrant** 82:11
**autogrants** 251:11
**available** 28:6
29:15 70:14 79:3
79:5,8,14,15,20
80:12 235:14,22
281:4 305:16
**avenue** 3:8 4:8
**aware** 41:1 43:15
61:15 69:13 70:17
90:23 117:9,13
132:10 133:5
229:9 243:12
244:12 292:12
300:2 301:14,20
302:2,6
**awareness** 28:4

**b**

**b** 6:1 7:1 8:1 9:1
10:1 203:20 285:7
311:1
**back** 18:3 31:11
48:21 50:7,14,23
51:14,19,20,23
52:4,16,17 53:19
54:19 62:6 78:4

78:15 83:17 86:14
121:17 122:5
128:23 135:17,23
136:20 145:10,13
162:20 166:24
171:2 183:3
186:14 193:1
200:8 201:23
202:4 204:7,12,19
205:8,10,13,14,22
205:23 206:16
207:15 208:5,9,20
208:22 209:17
210:6,15,18,19
211:3,14 212:17
213:2,7 214:8
219:24 221:5
233:16 234:8
253:21 258:7
259:20 265:21
268:13 277:18
279:24 289:12
296:20 305:4
306:3 307:9
**background** 11:7
143:6 234:19
**backward** 102:9
**backwards** 185:2
187:6
**bad** 211:19
**band** 43:22
**bank** 153:21
**baptista** 233:7
**based** 55:6 115:21
117:13 175:19
177:5,10 179:20
179:22 187:21
193:6 196:9
204:12 211:10,13
222:18 224:12
225:5 226:22

240:9 246:25
247:20 256:19
257:8 305:23
**basic** 85:16 293:24
**basics** 27:20
**bd** 6:9 59:1
**bear** 15:6
**becoming** 254:24
255:6
**beginning** 2:10
12:6 62:4 90:8
99:6 108:20 122:3
129:5 158:5
170:25 172:7
207:15 214:6
265:19 305:2
**begins** 112:25
**behalf** 2:9 12:12
12:18,18 234:21
**belief** 141:17
**believe** 18:6 19:4
34:8 37:6 46:25
58:9 72:11,19,24
88:2 96:8 97:10
102:3 103:7 110:5
111:9,19 119:12
129:18 175:25
178:19 193:10
204:6 209:18
228:11 230:9
232:14 233:3
234:7 240:16,20
247:3 263:24
280:10 285:23
286:2 291:4,8
**believed** 179:5
250:8
**belongs** 93:14
**benefit** 92:11
**benefits** 29:23

**[best - cambridge]**

**best** 26:4 107:18
132:10,19 134:19
285:17
**beta** 233:14 234:2
234:13
**better** 51:4 138:4
204:13 289:7,15
304:21
**beyond** 81:7,25
82:25 85:3 95:5
112:3 238:12
239:9,21 240:11
263:6
**bfalaw.com** 3:22
3:23,24
**bi** 6:9 9:10 59:1
266:22
**big** 257:23 258:1,6
277:11
**bit** 26:7 46:15
83:14 117:25
159:23 172:14
175:12 220:17
231:9,20 233:24
234:23 269:21
273:23 284:23
289:4 305:25
**blank** 104:10
108:2 301:3
**blanket** 188:13
**bleichmar** 3:15
12:11
**blend** 246:5
257:19
**blended** 249:13
**blogged** 260:10
**blurred** 189:18
192:5
**board** 188:14
255:23 256:1

**bob** 202:15
**bolded** 277:9
**book** 204:20
205:11,24
**bother** 186:9
**bottom** 21:5 115:5
115:8 122:25
123:10 125:2
152:11 172:9
200:20 284:24
290:7 298:19
**bought** 22:11
210:22
**bowles** 20:11
**boxes** 143:25
**brands** 22:5,9
25:22
**break** 14:5,8 61:19
93:3 116:16
121:16 170:20
214:1 251:10
265:13 304:17
**breaking** 92:20,22
92:23,25 93:2,5
99:23 168:7
203:11
**breakout** 251:10
**breaks** 14:9 288:6
**brendan** 7:5
137:20 138:8,13
**briefing** 10:5
268:6,22 269:16
297:15,17 298:4
298:12 301:9
**briefings** 268:8,24
291:15 297:19
**brina** 20:15
**bring** 27:11
**brings** 51:4
**broad** 39:21 68:2
111:13 303:4

**broadly** 62:13
85:22
**broke** 65:14 288:8
296:17
**brokers** 44:14,18
44:24 45:2 57:14
57:16,19
**brought** 272:1
**bryan** 81:20 82:4
**bucket** 251:7
**buckets** 175:8
249:21,24 250:2
251:6
**build** 54:15 60:9
75:13,18 170:3
**building** 75:22
182:9 260:25
**built** 93:4 202:8
**bullet** 102:7,13,17
103:20 104:24
161:2 163:22
164:11 168:16,17
169:22 170:13
173:22,25 182:3
182:18 183:24
184:12,14,18,22
185:17 202:22
238:9 251:8,8
252:21 268:5,22
280:1 298:25
300:8
**bullets** 102:4
**bunch** 123:20
194:12
**buongiorno** 4:7
**business** 9:21
20:13 28:12,13
30:9,21 31:9
39:16 53:15 56:6
56:21 62:10 63:5
63:9,13 105:10

106:23 200:23
280:15,17 284:9,9
284:15,17,20
**businesses** 28:24
29:24 30:1 233:22
**button** 24:14 39:8
42:3 43:4,17
45:24 54:12
206:11
**buy** 22:10 23:13
40:14 55:18
**buys** 55:20

**c**

**c** 4:6 13:12 285:7
**ca** 6:10,13,17,19
6:23,24 7:6,10,13
7:16,19,23,25 8:10
8:14,18,21,24 9:7
9:12,20,23,25 10:6
310:9,12,20
**california** 1:2 2:9
2:14 3:20 4:19
11:17 309:19
**call** 35:7 86:24
87:6 97:20 173:7
175:17 193:4
208:24 212:19
282:12,18,24
298:14
**called** 64:2 74:23
166:8 167:24
256:7
**calling** 35:6
**callout** 174:3
**calls** 238:1 251:13
**cambridge** 291:1
291:5,13,16,23
292:13,20 293:3
295:23,24 296:1,1
296:16,19 297:1
298:18

Veritext Legal Solutions
866 299-5127

**[campaign - chat]**

campaign 22:11
23:18,21,23,25
292:14
campaigns 22:15
22:18,20
capa 232:5
capabilities 8:16
9:5 73:3,24 74:7
74:18 75:15 76:5
76:17,18 161:1
170:4 224:2,13
225:12 226:6
228:14,16,20
229:10,12 238:15
246:3,12 249:20
249:23 250:1
251:6,9 252:5,18
252:19 253:3
254:6,8 255:4
262:22 288:21,22
289:22 290:4,13
capability 73:6,9
74:23 75:1 224:4
228:15 232:12,13
232:16,17 234:2,4
234:12 245:10,12
245:16,23 246:20
247:7 249:3,12
252:25 253:10,16
254:3 290:20
capacities 46:21
capacity 24:20
41:23 54:11,18
56:2 57:7
captioned 160:22
car 164:14
career 241:1
careful 119:14
carefully 177:24
carry 115:10

case 1:6 11:18
18:17,20,23 19:8
62:18 121:13
154:8 155:5,19
156:1 213:24
231:14 260:11
283:15,25 285:8
290:24
cases 6:22 7:9
64:22 98:4,11,14
103:21,25 105:3
105:24 111:24
151:20,23 152:1
152:17 153:10
154:14,17 184:24
185:8 187:1,18
catch 274:8
categories 26:16
48:15 49:3,10
99:25 101:9 125:3
125:19 156:10,23
156:23,24 157:2,9
188:12 203:22
204:1,25 205:5
215:16,16,21,25
216:3,6 220:2,24
239:12
categorized
271:23
category 38:1,10
41:18,19 187:9,15
cause 103:22,25
caused 294:3
caveats 137:7
cc 72:1 152:13
cc'd 18:6 72:14
ccp 310:9,12
ccrr 1:24 2:12
309:25
celebrate 298:8

ceo 8:5
certain 83:16
100:16 102:25
105:3,24 111:24
215:3 218:22
220:5,11 237:1
255:21 305:24
certainly 187:24
240:2 300:2
301:14,20
certainty 189:19
215:8
certified 2:12
309:1
certify 309:2,15
chance 227:18
chang 1:15 2:8 5:4
6:5,6 8:8 9:5,25
11:13 13:1,10,12
13:13 15:19 16:13
18:9,16,19,21
19:19 20:3,20
21:3 25:7 27:4
33:17 45:7 52:10
54:2 55:13 62:1,5
62:8,18 64:1 72:3
72:10 81:9 84:12
85:25 86:18 92:15
113:13 117:2,9
118:7 121:11,25
122:4,7,22 130:5
138:7 146:9 149:9
151:19 159:4,9
160:9 161:8
163:18 166:1
168:15 169:17
170:12,22 171:1
171:10 189:2
195:2,4 198:14
199:2 214:4,7,10
216:9 224:7 230:2

236:13,25 245:7
256:8 257:4
258:17 260:5
262:12 264:7
265:16,20,23
266:19 269:24
270:8 273:4
287:12 290:25
297:5 298:7
301:14,20 302:16
303:6 304:8,19,24
305:3,5,16 306:9
307:5 308:5,17
310:6 312:2
change 138:1
191:19 203:11
253:6 260:16
261:19 264:1,8
312:4,7,10,13,16
312:19
changed 241:24
253:20 264:10
changes 90:7
91:15,22 92:16,20
92:22,23,25 93:2,2
93:5 100:15
changing 39:19
characteristic
180:4
characteristics
54:8
characterize
248:10
characterized
203:2
charlotte 9:17
273:5,12
chart 180:12
chat 35:2,3,22
36:1,7,9,10,12
138:20,23 139:8

[chat - compatibility]

139:16 140:2
143:20 145:5,8
146:2 149:16
150:9 230:5,13
232:21 233:6
287:15,22 288:8
288:12 289:4
290:8
**chats** 139:12
**checkins** 127:22
128:2
**chen** 4:21 12:20
16:16,24 17:1
**cheryl** 298:5
**choose** 25:17
51:19 191:21
194:20 197:13,21
197:24 213:6
260:17 261:21,23
264:3 265:1
**choosing** 202:6
**chose** 205:22
**chris** 72:1 81:19
82:3 99:21 114:1
118:14 136:14
152:12 209:4
**christina** 20:15
**cinemasource**
60:15
**circulated** 59:6
**city** 2:13 308:13
**civil** 310:19,20
**ck** 87:6
**clarification**
231:23
**clarifications**
238:5
**clarify** 286:19
**clarity** 209:7
**classification**
250:6

**classifications**
204:14
**classified** 219:1
276:16
**classify** 35:21
74:14 113:24
125:23 201:24
202:5,9 204:11
268:18 272:18
282:21
**clause** 102:10
**clean** 32:19 274:13
275:4,14,19,24
**cleaned** 180:12
237:25 276:1,2,3
**cleaner** 161:4
**cleanup** 161:2
**clear** 13:18,20
84:3 114:3 115:23
116:9 148:16
180:11 186:3
213:3 214:12,21
214:21 286:22
**clearer** 138:2
**clearly** 38:17 86:1
184:14 188:17
193:13 306:13
**clicked** 129:15
206:10 278:23
**client** 23:3,11,17
75:3
**clients** 22:5 29:5,7
**clip** 185:25 258:22
**close** 154:11 155:7
155:22 156:3
305:13 306:17
**closely** 169:24
170:6,14
**closer** 137:24
**cloud** 8:12 206:24
207:20 211:21

**clout** 111:18
**clr** 1:24 2:12
309:25
**clue** 277:23
**clunkiness** 15:7
**code** 276:3 310:9
310:12,19,20
**codify** 229:3
**colin** 12:20
**collaborate** 40:3
158:1,19,22
**colleague** 138:14
159:11
**colleagues** 12:19
34:21,23 35:9
36:15,17,22 53:7
57:10 97:2 130:20
137:1,9 151:12
158:13 196:11
**collect** 46:14
**collected** 48:16
49:4,11 219:15
247:20
**collecting** 212:8
246:13
**collects** 62:8,23
63:15 116:21
211:8
**collins** 20:15
**column** 127:3,6
**come** 23:13 284:20
**comes** 63:9 81:22
**comfortable** 62:19
91:7 128:16
215:12 225:23
226:2 253:21
259:15 293:4
294:6
**coming** 103:10
117:14 118:8
185:10 246:3

**comments** 174:23
283:13 285:4,10
305:9 306:3
**commerce** 24:10
25:7,11,16,19,20
25:23,25 26:18
142:16
**commissions**
43:10
**commit** 83:2,10
84:8
**commitment**
130:2
**commits** 82:2 84:6
84:20 85:4,10
**committed** 85:10
**common** 261:18
**comms** 297:12
**communicate**
34:21,23 35:9
36:8 53:6 130:25
131:12,16,24
150:5 158:6,13
305:9
**communicated**
271:12
**communicating**
76:24 130:20
138:23 300:6
306:13
**communication**
35:16,18 136:13
138:24 152:25
**communications**
37:1 133:24
270:19 274:11
**company** 42:4
270:22
**compatibility**
102:9 185:3 187:6

**[complete - contributed]**

**complete**  279:7
**completed**  310:7
  310:17 311:6
**completely**  250:22
**completeness**
  141:10,12
**completion**  309:13
  311:10
**compliance**  274:5
  274:13,18 275:13
**complied**  242:5
**comply**  164:7,13
  220:6,12
**concept**  49:17
  52:23,24 63:23
  69:9 80:6,9,11
  92:23 93:1 94:20
  213:21
**concepts**  80:16
**concerned**  82:17
  227:3 270:16
**concerns**  21:20
  199:8 239:3
  270:25 278:11,14
**concert**  61:2,4
**concludes**  307:4
**conclusion**  156:7
  300:25
**conclusions**  228:6
**concur**  237:9
**conducted**  11:19
**conference**  190:24
  191:2,3,14 198:15
  265:24 268:15
  269:14
**conferences**  266:1
**confidential**  1:13
  207:25
**confidentiality**
  307:12

**confirm**  181:12
**confirmation**
  252:23 255:2
**confirmations**
  238:5
**confusion**  176:4
**congratulating**
  298:11
**conjunction**
  209:14
**connect**  27:7 29:2
  31:17,17 32:3
  46:6 64:9 106:18
  196:22 209:11
  247:25
**connected**  90:13
  104:8
**connecting**  197:4
  296:11
**connection**  73:20
  101:4 119:9
  120:21 189:13
  237:2 244:16
  265:2,6,9 269:22
  300:9
**connectivity**  27:7
**consented**  46:25
**consider**  39:3
**consideration**  6:22
  7:9 91:14 98:5,12
  151:20,23 152:17
  153:11 154:15
**considered**  23:9
  44:4,12,21 54:2,20
  55:13 218:17
**considering**
  157:17
**consisted**  27:24
**consistent**  185:20
**constantin**  6:15
  86:20 152:24

153:3
**constituting**
  298:23
**consult**  84:9 85:7
**consulting**  81:24
  82:24 84:5 85:2
**consume**  211:24
**consumer**  1:6
  11:15 310:4 312:1
**contact**  310:9
**contain**  206:12
  309:10
**contained**  46:2
  308:9
**containing**  204:13
**contains**  130:7,21
  230:5,16,23
**content**  21:21
  22:14,18 27:9,11
  27:15,18 28:2,6
  42:6,11 46:17,22
  47:5 53:18 54:20
  55:7 56:13,20
  62:8,24 63:14
  64:12,25 175:24
  203:20 259:4
  292:22 293:10
  295:2
**context**  29:22 48:8
  54:16 73:9,22
  77:21 100:14
  107:5 118:3 142:4
  142:5,6 144:14
  146:16,18,21
  147:1 148:11,20
  148:23 150:3,4
  154:22 157:5,14
  157:16 163:6
  164:19 212:21
  231:2 240:14
  242:21 255:11

267:2 275:18
  289:14,20 295:21
  301:7
**continue**  11:10
  96:11,15 103:12
  118:10,18 119:2
  119:20 178:7
  180:6 188:9
  193:16,23,25
  194:2,4,9 197:1
  198:11 218:10
  224:21 227:12,25
  234:14 262:17
  263:3 271:24
  295:12 296:5,8
  301:16 302:4
**continued**  193:16
  193:24 195:13,19
  196:5,13,18 197:6
  197:18 213:10
  215:3,15 216:10
  216:16,25 217:18
  217:22 218:22
  219:8 262:14
  270:1 295:19
  301:11 302:19
  303:1,9,25 304:11
**continuing**  272:7
  300:20
**contra**  2:14
**contract**  175:20
  177:5,11 179:21
  179:22 182:21,24
  182:25 193:7
  200:25
**contracts**  179:24
**contribute**  143:9
  143:12 213:2
**contributed**  210:5
  210:17

**[contributing - data]**

**contributing**
141:18 143:1,4,17
210:19 212:17
269:7
**control**  92:1,4
191:25 260:22
261:2
**controversial**
71:15
**conversation**
82:17 92:22 96:6
106:6 140:11
144:4,21 145:16
146:24 148:11,14
150:2 207:19
209:4 213:10,17
280:5 282:19
**conversations**
11:7 18:24,25
19:2 92:24 94:12
96:9,14 223:11
**converting**  210:3
210:20
**coordination**
174:4
**correct**  21:14,25
26:24,25 27:14
28:19,20 30:6,24
37:21,25 38:19
41:15 49:11 51:7
53:20 58:20,21
59:13 62:11 72:25
100:22 108:14
110:1 113:16
115:4 132:21
133:1 142:10
148:20 155:3
165:11 170:18
197:16 208:11
213:20 220:25
238:3 247:14

254:16 256:12
269:15 290:5
302:10 308:10
309:20
**corrected**  308:9
**corrections**  308:7
310:14,15 311:3,4
**correctly**  31:24
238:7
**cory**  207:16
**costa**  2:14
**costs**  211:22,23
212:1
**counsel**  11:13 12:2
13:6 14:10,13
16:15,24 17:1,17
18:7,12,24 19:2,5
19:11 101:12
121:10 129:18
186:4 221:6
259:22 305:10,18
306:13,18 310:18
310:21 311:7
**count**  121:19
141:10,20 236:6
**counting**  284:5
**countries**  27:13,16
**county**  2:13
**couple**  65:24 89:4
153:16 158:7
174:25 177:20
198:19 200:13
257:8,12 258:23
297:23 305:18
**course**  14:7 72:5
207:13 257:8
270:14
**court**  1:1 11:17,23
12:24 14:2
**courtesy**  305:20

**cover**  14:21 38:3
38:11 160:17
199:22
**coverage**  253:1,11
253:18
**covered**  15:1
34:13 35:17
**covering**  17:21
**covers**  38:13
116:23
**create**  31:23 38:25
64:1 91:4 153:1
183:5,10 285:13
285:19 286:5
**created**  33:4 47:10
120:4 126:22
288:19 290:9
**creating**  28:1
183:7,18 213:5,8
232:17 283:11
**creation**  246:20
247:7 249:3
**creek**  2:13
**criteria**  115:22
254:1 276:15
**cross**  7:12,18 8:16
8:23 152:13 159:3
159:10,19 160:10
165:23 166:11
169:10 171:5,13
172:1,10 223:25
224:9 236:15
237:13 245:9
266:21 291:22
**crutcher**  4:4 12:17
**csr**  1:24 309:1,24
**current**  20:3 31:6
33:18
**currently**  20:9,10
20:14 30:4 32:8
74:7 162:8

**custodial**  19:20
**custodian**  19:16
**cycles**  164:13

**d**

**d**  5:1
**dallas**  4:9
**dan**  172:13 175:3
**daniel**  3:7 4:16
12:14,21 81:19
200:20,22 202:15
203:3
**daniels**  72:1
136:14 152:12
209:5
**dash**  278:6
**dashboard**  139:18
139:21,25
**data**  9:15 32:12
44:14,18,20,23
45:2 47:1 57:14
57:16,19 60:5,7,9
60:16,18,22 61:5,8
61:12,15 93:14,18
94:21 95:22 100:3
105:1,17 106:8
107:8,10,15,20
110:9 113:19
138:17 143:24
144:2,7,12,24
145:19 146:7
147:17,18,22
148:2,9,15,18
149:10,13,19
150:7,18 151:12
154:10 155:6,10
155:21 156:2,5
175:23 176:10
177:8,22 178:3,7
178:15 179:8
180:6 182:6
191:18,22 192:1

**[data - deprecating]**

193:10,15,17,23
194:21,24 197:1,7
197:14,18 198:1,2
198:12 203:22
204:2,25 205:2,5
209:12,14,14
210:8 211:20
212:5,17 213:2
228:19 229:5,19
230:16,22,25
232:23,25 242:18
242:23 243:7
244:12 252:24
253:9,16 254:2
258:14 260:12,13
260:18,23 261:22
261:24 264:4
265:1 270:1,11,22
271:17 272:8
288:18,24 290:14
291:10 299:2,7,19
300:10 301:6
**datas**  60:24
**datasets**  33:16
**date**  169:13
189:17 193:18
220:19 240:2
310:16 311:5
312:24
**dated**  6:7,11,14,20
7:4,7,11,17,20 8:7
8:11,15,19,22 9:4
9:8,16,24 10:4
58:15,20 72:1
78:6 81:12 98:3
99:9 137:20 138:9
151:19 152:14
159:4 165:23
166:12 167:17
171:6 199:3
200:21 206:23

207:17 224:1
230:4 236:15
237:13 245:9
266:21 273:6
280:16 287:13
297:6 309:21
**dates**  191:7 194:5
195:20 284:19
**david**  3:6
**davis**  3:17 12:12
12:20
**day**  163:11 164:6
171:14 219:3
220:4,5 224:3
306:19 308:11
**days**  19:12 164:7
164:12 220:6,12
233:11
**deal**  60:18 105:12
117:14 257:23
258:1,6
**dealing**  31:7 46:21
101:7 113:18
118:1 185:11
291:3
**deals**  60:5,7,9
**dealt**  295:17
**deborah**  199:3
**dec**  7:19
**december**  1:16
2:11 11:1,5 19:12
165:24,25 270:9
310:3
**decide**  105:3,24
295:19
**decided**  91:15
205:20 211:13
233:25
**deciding**  111:23
180:5

**decision**  91:21
115:15,21 306:1
**deck**  159:19
160:12,16,21
183:8,13 219:25
**decks**  183:10
**declare**  308:5
309:18
**deep**  9:14 81:25
82:24 84:10 85:3
85:7 270:10
**def**  82:11
**defendant**  4:3
12:18
**define**  25:20
**definitely**  243:23
**definition**  38:15
76:14 135:5
217:19,24 297:8
**degree**  294:10
**delight**  51:4
**demo**  207:22
**department**
159:12
**depend**  149:5
157:14
**dependent**  47:10
50:25
**depending**  68:3
252:23 253:9
**depends**  34:25
41:21 45:8 47:8
48:7 54:4,10
64:21 66:13
111:14 121:2
136:7,7 142:3
149:3,6 199:20
266:7
**deponent**  19:15,17
19:21

**deposition**  1:15
2:8 6:5 11:13,19
13:5,14 15:6,19,25
16:8,14 18:10
30:16 45:19 62:1
62:5 92:3 101:10
116:12 121:25
122:4 170:22
171:1 186:4,12
214:3,7 221:6
259:22,25 265:16
265:20 284:10
287:1 301:18
304:24 305:3
306:18,22 307:1,9
310:19,22,24
311:8,10
**depositions**  306:12
**deprecate**  93:6
94:17 95:13
100:16 237:8
**deprecated**  106:13
117:17 162:9
182:5,20 186:19
186:23 187:4,11
187:17,23 188:9
188:19 189:25
192:9 214:15,24
215:4,11 217:18
217:23 218:11
234:15 239:22
240:4 257:7 271:4
280:7 288:20,24
290:11,15,20
300:3 301:16,23
302:4,18 303:8,24
304:10
**deprecating**  94:13
95:1,18 190:8
238:17,25 257:6
257:22 258:9

Veritext Legal Solutions
866 299-5127

[deprecation - directly]

**deprecation** 95:7
100:20,24 102:24
103:5 106:7
162:24 164:23
189:5 236:16,21
237:6,14,16 295:7
299:9
**deprecations**
162:3,7,14,21
163:3,3,19 220:1
237:1 280:1
**depreciation** 8:23
**depth** 40:10 103:9
225:24
**derek** 3:5 12:7
61:18 116:15
137:22 139:11
221:1 265:11
**describe** 17:7 26:5
59:11 113:17
118:25 119:10
120:7,25 125:25
157:9 199:18
275:13
**described** 35:5
60:19 67:5,21
100:20 114:18
119:14 122:10
194:25 197:7
215:17
**describes** 32:5
173:16 176:21
186:21
**describing** 193:22
204:17 206:6
238:19 252:4
**description** 30:22
32:14 226:23
251:5 261:10
**design** 29:14,17
169:25 170:15

**designation**
307:12
**designed** 13:17
**despite** 255:20
**detail** 65:4 68:19
73:7 177:19 188:2
188:16 203:17
225:15 238:21,22
241:23 294:7
299:23
**detailed** 201:11
202:18 203:9
204:20 237:23
**details** 32:21 61:3
80:18 96:25 103:9
243:6 288:13
292:15,24
**determination**
118:8,9,13
**determine** 94:7
96:19 103:11
156:21 219:7
232:25 235:11
240:9 255:1
**determined**
310:18,22 311:7
**determining** 22:13
54:24 119:19
165:8 232:22
**dev** 235:1
**develop** 216:2,6
256:20 261:18
263:3
**developed** 32:10
110:22 115:7
**developer** 24:11
25:8,11,13 27:21
30:8,21 31:11
42:2 47:2,10 48:9
48:10 64:17,23
65:1 66:12,14,16

67:4 68:12 79:4
93:4 126:23
127:18 142:21
203:13 217:17,22
218:10 219:7
235:13,19,22
241:17 243:3,13
277:6
**developer.faceb...**
65:19 66:17
**developer.faceb...**
79:2 235:18
**developers** 41:3
44:12 45:5 57:17
64:2,4,5 65:17
67:22 71:18 82:1
83:1 85:4 90:15
91:5,23 92:12
95:19 96:21
188:20 195:11
196:17 197:17
218:22 219:12,18
226:25 227:5
229:6,19 233:10
233:17,20 241:2,4
241:12 251:15
253:3 260:23
274:11,15 276:18
302:19 303:9,25
304:11
**developing** 82:2
83:2,11 84:7 85:5
85:11 263:9
**development**
200:23
**device** 9:14 156:12
156:14 203:12
270:10,24 271:18
**devices** 164:14
271:21 272:4

**devs** 238:17 255:3
**dialogue** 197:23
208:7
**dialogues** 210:14
**difference** 67:12
157:7,12 165:13
165:17 176:21
181:19 235:8
256:9
**differences** 249:15
**different** 24:19
26:5,7,10 29:9
32:6 35:5,18
38:23 39:12 40:25
41:10 45:10,11,12
53:13 64:22 65:11
67:20,23 70:23
72:6 84:21 115:12
123:22,25 124:10
124:14 125:3,15
125:16,19,22
126:1,2 136:10
157:9 162:14
177:21 188:12
194:12 218:18
221:24 226:24
239:12 247:15
257:18 262:22
269:7 271:23
286:13 299:15
**differential** 32:20
**differently** 283:22
**digital** 293:8
294:11 295:2
**direct** 21:24 30:2
235:24
**directed** 19:18
173:23
**directing** 15:24
**directly** 26:1
37:15 40:21 65:24

**[directly - email]**

90:20 106:19
118:7 146:20
274:9
**director** 20:5 30:5
30:14,23 31:5
34:10 58:9 87:17
201:5 232:4,9
**discern** 252:3
**discovery** 139:13
**discretion** 94:9
**discuss** 68:15
121:12 175:3
**discussed** 57:9
97:2 103:6 119:22
120:2 132:7
134:15,24 135:9
196:10,25 288:9
288:12 291:17
**discusses** 73:24
**discussing** 52:16
79:8 154:12
252:15
**discussion** 100:14
122:12 176:8
199:8 200:17
223:5 235:24
305:24
**discussions** 89:13
117:20 200:4
**displaying** 273:11
**distinction** 176:12
176:17
**distortion** 24:25
**district** 1:1,2
11:17,17
**dive** 174:5
**dividing** 249:23
**dko** 3:12
**dl** 297:12
**dloeser** 3:11

**doc** 153:6
**docs** 279:4 280:22
281:20 282:3,4,6
**document** 15:8,11
35:16 61:19 89:2
89:6,10 90:9
92:19 95:12 97:16
97:18 99:1,8
100:19 106:12
114:19 128:22
129:16,19 137:14
137:19 139:6
159:1 160:9 166:1
168:9 171:4 181:2
181:7 207:7
214:18,19 215:1
221:13 222:9
224:7 245:21
254:11 267:6,15
278:22,25 279:1,4
279:22 280:21,24
282:24 286:1
**documentation**
120:4
**documents** 17:3,6
17:7,10,13,16
19:14,15,16,19,20
66:17 67:19
214:20,22 215:2
281:24
**dog** 143:22
**doing** 30:22 31:5
167:3 168:5 261:3
261:8 262:17
271:18 296:21
**douglas** 87:13
213:15
**download** 70:19
294:14
**downloaded** 69:14
293:9 294:11

**downloads** 262:6
**dozens** 270:24
**dramatically**
299:1,7 300:9
301:5
**draw** 156:7 176:12
264:25 265:2
**drive** 8:12 28:4
29:19,20 30:1
33:6,9 45:11
105:2 106:21
107:21 111:10
113:20 206:24
207:21
**drove** 111:18
**dry** 268:6,23
269:16,17
**due** 164:13 165:2
165:9
**duly** 309:5
**dunn** 4:4 12:17
306:19

**e**

**e** 3:16 5:1 6:1 7:1
8:1 9:1 10:1
309:12 310:9,12
311:1 312:3,3,3
**e.g.** 164:14 203:22
**earlier** 78:17
79:25 83:14
135:19,24 152:8
201:15 213:5
228:23 263:6,8
279:16 289:25
293:16
**easier** 93:9 236:10
**easily** 219:16
**echo** 190:19,23
**ecosystem** 20:13
92:10 274:14
275:5,15,19

**eddie** 88:1 171:5
232:4,8 236:15
245:9
**edelson** 9:17 273:5
273:12,24 274:1
276:22
**edited** 283:2 285:7
**educated** 128:10
**effectively** 306:13
**efficient** 78:13
**effort** 161:12
274:17 275:4
**efforts** 257:10
274:3
**egnyte** 86:24
**eight** 257:17
**either** 181:9
212:16 277:19
303:15
**eli** 230:14 287:23
**eliminated** 264:14
**eliminating** 261:9
265:3
**elimination**
157:17
**email** 6:7,11,14,20
7:7,11,17,20 8:7
8:11,15,22 9:4,8
9:16 10:4 35:4,21
36:25 37:7 58:2
58:14,17,19,23
59:10 68:20 71:25
72:7,14,15,18,22
72:25 73:2,23
74:3 76:16 77:21
78:5,9 79:10,18
80:7,20 81:3,7,9
81:14,18 83:23
84:3,13 85:13
86:1,20 87:1,8,19
88:9 97:20,25

Veritext Legal Solutions
866 299-5127

**[email - event]**

98:25 99:7,9,15,16
99:19 100:13
101:6,14,22
102:21,22,25
103:3 104:15
105:16,18 106:6
107:3,15,25 108:2
108:5,10 109:2,7,8
109:14,18 111:4
112:3,5,16 113:1,6
113:9,13,14,17
114:3,9 115:6,8
117:3,25 118:15
122:24 128:24
129:2,3,6,14 130:9
130:12,12,13,15
130:21,24 131:8,8
131:12 132:4,7,9
132:19,20,25
133:3 134:5,5,13
134:15,23,24,25
135:8,10,10,14,22
135:24 136:6
137:1,2,9,10,20
138:7,19 151:18
152:2,6,7,8,10,12
153:13 154:18
156:8 157:24
158:6,7 159:3,9
160:10,17,19
165:23 166:6,14
166:24,24 167:11
171:4,10,12,13,16
171:21,23 172:2,4
172:9 173:5,12
175:12,14 176:7
179:11 180:9,17
180:24,25 181:8
181:11 183:2,4
185:18,23 188:4
189:6 192:8,20

193:2,21,22
195:21 199:2,8
200:19 202:14
206:21,21 207:16
207:17 208:4
209:3,22 211:16
213:14 215:17
216:5,7 220:16
221:17 223:25
224:8,9,25 226:24
230:3 236:14,20
236:25 237:3,12
238:10 239:6
240:2,17 245:8,15
245:18,20,22
246:1,7,24 247:6
247:11,22 248:13
250:4,7,10,17,23
252:4,9,10,14,15
256:18 257:4
263:11,12 266:20
267:24 268:12
271:2 273:5,24
274:24 275:1,11
275:16 276:21,25
277:4,6,13 278:9
278:21 279:15
287:8,12 297:5
300:6 301:24
**emailed**  21:11
77:23
**emails**  17:8 18:1,4
66:6 72:17,19,23
87:25 135:17,20
137:7 189:12
192:10 196:24
265:7 277:17
296:4 302:7
**emphasizing**  82:4
**employee**  299:25
309:16

**employees**  35:23
298:22
**empowered**  93:17
**empowering**
94:20
**enable**  15:16
27:19 28:23 32:10
39:14 262:17
**enabled**  15:17
27:10 80:11
**enabling**  29:23
39:11
**encourage**  53:25
**encouraging**
281:23
**endeavoring**  53:25
130:25
**ended**  293:20
**endorsing**  110:25
**ends**  84:25 113:4
207:14 278:9
**enforce**  163:24
220:3 279:18
280:2
**engaged**  146:6,10
146:15,19 147:3,5
147:6
**engagement**  92:9
211:23
**engaging**  25:22
**engineer**  77:14,15
290:5,23
**engineering**  76:2,9
77:16 201:5
224:11 233:4
238:4 249:7
299:22
**enhanced**  96:3
**enormous**  282:8
**ensure**  22:10
23:17 31:16 53:11

60:25 153:15
157:25 158:7,19
158:22 242:4
249:6
**ensuring**  31:21
32:1,18 50:8
274:12
**entails**  290:6
**entered**  255:22
**enterprise**  55:22
286:17
**entire**  274:14
275:5
**entirely**  162:10
**entities**  38:1 59:23
60:3,4
**entity**  44:19 45:9
**entry**  30:7 59:21
60:1,2 209:2,11
282:24
**environment**
33:12
**equitable**  161:4
**errata**  310:14,16
311:3,5
**especially**  294:22
**esq**  3:5,6,7,16,17
3:18 4:5,6,7,21
310:1
**essence**  175:18
179:19 193:5
**evaluated**  286:25
287:3
**evaluates**  66:20
**evaluating**  162:14
305:7
**evening**  304:20
305:14
**event**  61:1 95:9
258:2 291:20

Veritext Legal Solutions
866 299-5127

**[events - exposes]**

events  17:20,23
61:1 132:7 133:4
236:17,21 237:6,9
eventsource  60:16
eventually  284:21
everybody  12:13
24:2
evidence  132:10
132:19 133:8,12
133:15 135:8
evolution  89:14
evolved  35:3
evolving  39:19
exact  65:10 147:4
191:7 259:7,7
287:21 297:8
exactly  66:6 68:3
95:25 104:8
120:16 258:11,24
259:16,18 266:13
281:13 289:3,11
290:6 293:6
examination  5:7
13:8 309:8
example  25:16,23
26:3,13,21 27:25
29:1,21 31:10
35:11 38:6 40:6
41:5,11,17 45:23
46:9 50:10 51:9
51:10,12 52:19
53:6 54:12 57:8
60:24 61:5 65:25
74:18 83:15
126:16 136:12
202:1 205:20
206:10 217:1
241:9
examples  53:24
55:19 61:8

excel  6:24 17:8
122:16 123:2,4,8
221:9 224:5
exception  165:1
165:14 220:3
exceptions  156:9
156:22 157:4,17
175:19 176:9,13
176:17 177:4,9
179:3,20 186:25
193:6 220:16
301:15,21 302:2
exchange  40:2,4,9
40:11 45:1,2 50:3
50:22 51:1,5,6,9
51:11,13 82:21
201:12,14,19,21
202:19
exclamation
277:11
excuse  30:16
45:19 101:10
135:11 186:4
221:6 301:18
executed  308:11
execution  7:15
160:13
executive  23:8
exemplify  54:14
exempt  176:25
224:19 227:11
exemption  185:8
187:18
exemptions  175:1
175:21 176:9,22
176:25 178:1,8
179:3 184:23
189:4 193:8
exercise  115:10
exhibit  6:3,4,6,7
6:11,14,18,20,24

7:3,4,7,11,14,17
7:20,24 8:3,4,5,7
8:11,15,19,22 9:3
9:4,8,13,16,21,24
10:3,4 15:5,13
20:24 21:1 57:23
57:25 58:14,18
71:20,21,22,25
86:8,16,19 88:16
88:17,21 97:11,12
97:15,19 116:18
116:21 117:7
122:8,10,10,15,19
124:21 128:23
137:18,19 138:5
151:15,15,16,18
159:2,7 160:5,6,9
165:19,20,22
171:3,8 181:15,16
185:25 186:15
189:8,9,9 193:2
198:24,24,25
206:18,19,21
219:25 221:5,7,8
221:12,17 223:21
223:22 229:22,23
229:24 230:2
236:5,6,11,14
245:5,8 259:20,21
259:24 266:15,16
266:17,20 270:5,6
270:8 273:1,2,4
279:25 280:9,11
280:12 287:8,10
297:2,3,5
exhibits  305:24
exist  26:2
existed  33:3
existing  102:14
161:3,9 163:24
164:3 170:4

246:22 247:8
279:19 280:2,6
exists  66:24
120:15 235:11
expand  35:17
expanse  133:2
expectation  81:19
expedite  306:19
experience  17:25
21:5 38:17 41:22
46:12 48:8 50:9
51:3,3,4,16,20
54:13 93:4 94:5
127:20 201:17
202:3,7 209:15
211:25 251:17
experiences  75:22
91:6 94:2
expert  32:21 76:12
235:25 247:17
experts  76:8
explain  23:2 30:10
31:4 32:13 49:23
50:5 64:7 65:4
68:18 80:17
151:22 157:7,12
175:7,17 193:4
204:15 210:9,9
232:24 238:19,22
251:19 256:8
257:12 268:21
277:4 279:11
explained  221:14
explaining  140:25
explicitly  182:7
exploration  297:1
expose  228:17
exposed  23:20,25
230:15,22,25
exposes  95:21

[exposing - falconer]

| | | | |
|---|---|---|---|
| **exposing** 212:18 | 257:25 258:1 | 107:21 108:22,24 | 302:17 303:7,23 |
| 229:5,18 | 265:24 266:1,7,7 | 111:11,18,25 | 304:9 307:11 |
| **expressed** 80:7 | 267:6 268:8,14,24 | 113:20 126:20,24 | 310:4 312:1 |
| 85:12 93:19,22 | 269:13,14,18,19 | 128:4,7 144:2,13 | **facebook's** 8:5 |
| 94:22,24 | 269:22 | 146:5,6,10,11,15 | 63:8 212:25 242:5 |
| **expressing** 278:14 | **f8s** 190:13 | 147:3,5,12,14,15 | 242:23 243:3 |
| **expression** 45:25 | **face** 87:12 235:17 | 147:20 149:10 | **faceversary** 298:6 |
| 275:19 | **facebook** 1:5 4:3 | 151:13 157:12 | 298:14 |
| **extend** 29:25 | 4:21 9:13 11:14 | 165:3,10 180:5 | **facilitate** 44:19 |
| 176:25 227:15 | 12:20 16:22 17:1 | 182:8 188:21 | **fact** 47:19 52:3 |
| **extended** 239:13 | 19:13 20:4,21 | 190:7 194:24 | 183:3 194:19 |
| 239:13,15 271:4 | 21:5,13,16 23:9,20 | 201:21,23 202:4 | 209:1 269:25 |
| **extending** 296:21 | 26:2,5 27:16 | 203:19 204:7,9,13 | 296:7 302:9 304:8 |
| **extension** 164:12 | 29:24,24 30:2 | 205:4 206:2,14,16 | **fair** 84:1 100:13 |
| 164:18 165:14 | 32:8 33:11 34:13 | 206:24 208:9,14 | 104:21 123:21 |
| 176:24 185:5 | 34:20,24 35:2 | 210:23,25 211:2,4 | 124:4 125:17 |
| 187:12 220:3,10 | 37:14 38:2,4,21 | 211:5,7,8,11,14,25 | 130:11,24 133:3 |
| **extensions** 164:17 | 39:4,16,24,25 | 212:8,25 213:2,12 | 134:3 150:8 151:2 |
| 164:22 175:19 | 40:15,18 42:6,10 | 213:13,22 218:21 | 154:13 177:12 |
| 176:13,18,21 | 42:24 43:15,19,23 | 219:11 222:4,18 | 222:21 234:11 |
| 177:5,10 179:20 | 44:22 45:2,7,9,18 | 222:24 227:1 | 252:13 254:13 |
| 179:22 184:14,15 | 45:20 46:1,4,7,8 | 229:17 230:8 | **fairly** 237:15 |
| 184:18 185:11,21 | 46:13,17 48:4,4,15 | 231:21,22 232:1,2 | **falconer** 4:5 12:16 |
| 193:6 | 49:4,11,18,23 | 233:18 235:15,24 | 12:17 16:1,15 |
| **extent** 121:12 | 50:14,17,19,23 | 238:25 241:1,3,12 | 18:14,21 19:25 |
| 186:2 250:22 | 51:14,21,22 52:1,4 | 241:13 242:3,6,11 | 22:21 36:19 42:13 |
| **external** 252:19,20 | 52:17,17,24 53:18 | 242:18 243:7,11 | 42:15 43:1 44:6 |
| 274:10 | 53:19 54:3,9,21 | 243:13,20 255:22 | 46:23 47:7,16,21 |
| **externally** 249:22 | 55:7,20 56:1,5,14 | 256:10 257:23 | 48:17 49:7,20 |
| 251:5,7,9 252:4 | 56:19,23 57:10,13 | 258:13 259:3 | 50:1 52:13 54:22 |
| **extract** 51:18 | 57:17,20 60:12 | 264:7 269:25 | 55:1,9 56:8,15 |
| 203:21 204:1,24 | 61:6,9,12,16 62:8 | 270:10,16 271:16 | 57:1 61:18,21,24 |
| 205:4 | 62:21 63:5,15 | 271:19 272:7,11 | 62:12,25 63:17 |
| **extraordinary** | 64:2,11,14,16,19 | 273:18,19 278:20 | 67:1,8,16,25 68:10 |
| 296:3 | 65:12 67:24 68:23 | 281:11,15,21 | 69:17 70:9,20 |
| **extremely** 95:21 | 69:2,7,10,13 70:2 | 286:7,11,12,14,14 | 80:24 83:12,18 |
| | 73:4,9 77:13,19 | 291:1,16,20 292:3 | 84:15 85:20 86:2 |
| **f** | 78:6,12 85:17 | 292:12 293:11 | 98:20 101:2 104:6 |
| **f.r.c.p.** 309:12 | 90:13 91:16 | 294:3 295:3,18 | 104:11 106:1,15 |
| **f8** 8:4,5 190:24 | 100:15 105:2,5,7 | 298:9,12 299:4,25 | 107:11 108:18,23 |
| 191:2 195:10 | 105:25 106:22 | 300:18,21 301:10 | 111:12 112:1,8,19 |
| 198:19 237:9 | | | |

Veritext Legal Solutions
866 299-5127

[falconer - first]

113:7,22 114:16
114:21 116:1,15
118:4 121:15
124:2,21 128:14
129:10,21 130:1
131:2 132:13
133:20 134:7
135:1,11 137:15
137:22 138:3
139:1,11 142:11
145:3,23 148:5,19
149:2 150:10,20
157:19 160:3
162:16 168:1,8
171:18 172:25
177:13,16 180:20
188:22 190:1,10
191:4 195:23
198:5 203:4 204:4
205:15 208:16
212:9 215:5,19
218:1,3 219:20
220:8 221:1,15
222:6,25 226:17
228:3 229:20,24
233:1 234:16
236:9 239:4 241:7
241:14 242:7,14
242:16 244:18
245:2 254:17
256:3,22 257:14
258:19 261:13
262:18 263:22
264:9,17 265:11
267:14 268:17
269:2 271:8
272:17,20 279:20
283:19 294:17
296:10,24 299:12
299:20 300:11,23
302:11,21 303:11

303:19 304:3,13
304:18 305:15
306:4 307:11
310:1
**fall** 125:19 249:20
250:1
**falling** 115:12,20
251:6
**falls** 146:4
**false** 130:16,21
131:16,23 166:20
251:1
**familiar** 49:17
59:4 65:11,21,25
69:9 71:1,4 87:19
123:1 141:6
212:23 230:20
242:18 252:1,7
280:16
**familiarize** 89:1,6
207:3 267:24
**family** 298:23
**fan** 20:15
**far** 18:3 63:14
133:24 201:11
202:18
**farther** 169:9
234:23 284:23
**fascinating** 128:22
**fast** 169:25 170:15
**fb** 6:10,13,17,19
6:23,24 7:6,10,13
7:16,19,23,25 8:10
8:13,14,18,21,24
9:7,12,20,23,25
10:6 209:13
**feature** 21:18 36:7
36:9,10 156:13
208:9,20,20
**features** 28:25
228:18 229:5,19

261:1 280:7
**february** 171:6,14
172:10 179:12
180:25 185:19
193:1 196:23
**federal** 311:1,8,9
**feed** 95:20 162:22
163:9 175:24
**feedback** 90:12,19
90:23 91:2,17
153:19,23 224:2
233:12 246:16
**feel** 39:15 62:19
90:13 91:7,8
128:13,15 131:18
215:12 225:23
226:1 253:20
259:15 287:4
293:4 294:6
**fell** 215:15 220:23
**fernandez** 233:7
**fetching** 78:13
**field** 78:16,21 79:7
80:22 81:4
**fields** 288:20
290:11
**fifth** 282:23
**figure** 115:11
134:4 161:12
194:8 216:24
295:18
**figured** 271:13
289:19
**figuring** 23:19,24
96:11 118:17
119:1 161:20
192:8 262:13
**file** 122:16 123:8
221:9
**filed** 11:16

**filings** 18:17
**fill** 120:7,24 121:3
278:2
**filled** 278:17
**filling** 278:4
**financially** 12:1
309:16
**find** 217:2,9,12
219:16 270:14
286:20
**finding** 249:10
**findings** 246:19,24
247:12,18 249:1
249:19 256:18
**fine** 61:20 99:2
121:23 168:10
170:19 207:3,13
265:14 304:22
**finish** 14:6 205:16
304:20
**finished** 205:16
**firm** 11:22,24 12:8
12:12
**first** 13:18 35:1
39:8,10 59:7,21
60:1,2 68:23 69:2
74:2 99:1,20
101:21 102:7
103:20 123:17
127:22 128:1
129:5 139:16
143:23 144:1
152:11,12,20
153:17 160:21
161:2 163:22
169:10,16,16,18
183:24 186:20
187:3 207:2 213:9
227:7,20 230:17
238:9 247:21
249:2 252:21

**[first - friends]**

261:2 267:16
272:5 278:1 280:1
298:16,18
**fitness**  126:6
**five**  17:15 116:16
**flag**  279:8
**flip**  78:4 99:1,7
166:6
**floor**  4:18
**flow**  65:8,8
**flush**  67:19
**focus**  27:5 28:1,23
90:10 96:3 108:9
226:19 270:18
**focused**  23:23
25:15 26:17,19
27:6,9 30:25 33:5
91:5 257:1 296:25
**focusing**  130:9
**folder**  126:14,14
**folders**  122:18
123:1,11,16,20,21
124:9,15
**folks**  136:14 269:7
**follow**  66:18
274:16
**following**  110:11
276:18 278:2
**follows**  13:3 48:23
116:8 145:14
310:8
**fonti**  3:15 12:11
**ford**  185:6
**foregoing**  308:6
309:3,10,19
**foreign**  28:9
**form**  22:21 38:20
42:13,15 43:1
44:6 46:23 47:7
47:16,21 48:17
49:20 52:13 54:22

55:9 56:8,15 57:1
62:12,25 63:17
67:1,8,16,25 68:10
69:17 70:20 83:18
84:15 85:20 86:2
98:21 101:2 104:6
104:11 106:15
107:11 108:23
111:12 112:1,8
113:7,22 114:16
116:1 124:2
129:10 131:2
132:13 134:7
135:1,12 145:3
177:13 188:22
190:1,10 191:4
195:24 198:5
203:4 208:16
215:5 218:1 220:8
221:15 222:6,25
226:17 228:3
229:20 233:1
234:16 239:4
241:7,14 242:7
244:18 245:2
254:17 256:3,22
257:14 262:18
263:22 264:9,17
267:14 268:17
269:2 271:8
272:20 279:20
283:19 296:10,24
299:12,20 300:11
302:11,21 304:3
304:13
**formally**  28:12
**format**  101:7
116:20 117:14,25
174:24 263:3,10
295:17

**formed**  270:22
**fort**  33:12
**forth**  208:22 213:7
309:4
**fortunately**
259:19
**forward**  153:25
171:6 176:6 210:2
224:13 233:24
236:16 273:7
**forwarded**  172:2,2
**forwards**  99:15,15
138:19 171:12
**found**  78:14 136:3
144:7,24 145:19
201:17 288:22
290:12
**foundation**  16:1
80:24 106:16
112:9 113:8,23
132:14 133:21
134:8 135:1 139:1
150:10 160:3
162:16 171:18
172:25 180:20
195:23 204:4
234:17 261:13
262:19 263:23
264:18 269:3
272:20 300:12
302:12,22
**four**  17:15
**fourth**  60:18 220:1
252:18 279:25
**fql**  6:12 72:2,10
78:11,22 81:12
**frames**  203:6,8
**framework**
110:22,24,25
111:3,21,23 112:6
112:7,11,14,15,16

112:21,24,25
113:4,5,11,18,21
113:25 115:7,18
118:9 129:4
196:10,25 197:3,6
**framing**  296:14
**frcp**  311:1
**free**  19:2 27:20
**frequently**  219:3
281:1
**friday**  87:8
**friend**  69:9,14,16
70:7,11 93:6 94:5
95:2,7 100:3,25
105:1,17 106:8
107:8,10,15,20
113:19 154:10
155:6,21 156:2,5
175:23 177:22
178:3,7,15 179:7
180:6 182:5 187:4
189:5 190:9 192:9
192:22 193:10,23
194:2 195:13
197:1,7,18 198:1,2
227:15 260:7,10
260:14 261:9
262:15 263:4,20
264:14 265:3
302:18,20 303:2,8
303:10,24 304:1
304:10,12
**friends**  9:15 66:1,8
69:16 70:14,18,23
71:11,17 74:19
77:24 78:12,14
90:16,18 91:10
93:15,22 94:4,13
96:16 97:5 98:8
100:16,21 101:16
103:12 104:3

Veritext Legal Solutions
866 299-5127

**[friends - go]**

110:7 114:5,13
115:3,17 116:19
116:22 117:16
118:10,18 119:2
119:20 122:11
127:22 128:2,6,11
155:10 157:17
162:25 163:13
164:22 176:10
177:8 182:4,9,10
182:11,15 187:10
187:16,23,25
188:10,18 189:24
191:18 192:12,14
192:18 193:15
194:9,11,13,16
195:7,19 196:5,13
196:18 198:12
214:15,23 215:11
216:11,17,25
217:5,10 218:16
218:23 219:9
221:12,19,21,24
222:2,3,3,13,15
222:22,23 223:8
223:12,14,16
224:22 227:13
228:1 257:7,22
258:9,14 259:5
260:13 262:8,8
270:1,11 271:24
272:7 279:19
291:10 292:23
294:25 295:7,12
295:20 296:2,2,5,9
296:18,22 298:23
299:10 301:12
**front**  82:8 259:17
272:10
**fuel**  43:22

**full**  8:6 38:15
40:10 138:18
189:19 193:25
240:14 289:13
309:10
**fully**  30:25 40:13
124:17 151:10
207:8
**functionality**  96:2
251:12 282:2
**further**  99:22
141:15 146:2
153:14 171:22
232:20 252:17
305:5 309:15
**future**  102:18

## g

**g**  13:12
**gaining**  143:23
144:2 223:18
**game**  124:5
125:21
**games**  123:18
126:10
**gaming**  26:3,13,21
**garrie**  4:16 12:21
12:21 168:6,11
170:20
**garrie's**  305:9
306:3
**gated**  249:4
**gatekeeper**  140:22
235:2,5 249:17
289:24 290:3
**gather**  125:14
129:14
**general**  41:18
63:23 73:8 76:3
76:12,15,17,20
77:18,20 89:16
96:24 115:9

127:16 130:19
131:11,15 151:2,7
154:2 156:9,22
189:20 293:17
**generalize**  45:9
47:9 55:3 255:23
255:25 257:15
**generalized**  43:12
287:5
**generally**  17:6
44:15,16 47:25
48:1 57:5 62:17
65:7 66:18 68:21
70:14 96:23 105:9
107:2,6 109:5
119:24 120:17
121:7,8 125:25
131:20,24 135:20
140:19,21 185:19
213:24 215:10
223:15 244:7
250:3 251:10
265:25 266:2,4
293:13
**generate**  197:23
**getting**  42:24
53:19 154:11
155:6,22 156:3
184:8 204:10
208:14 209:7
239:13 263:20
281:19 289:15
**gherman**  78:5
**gibson**  4:4 12:17
306:19
**gibsondunn.com**
4:11,12,13 310:2
**gifting**  156:19
**give**  38:6 51:9 57:7
83:10,16,16 84:2
86:10 107:18

153:6 241:9
267:20
**given**  84:16
164:12,22 195:13
195:18 196:4,12
196:18 215:15
216:10,16 220:12
237:6 307:5
**giving**  50:18 53:18
85:14,15 191:25
260:21 261:1
**gk**  140:17,18,19
140:21 141:9
249:6,12,16
288:20 289:21,24
**gks**  224:12 225:5
288:19 290:9
**glean**  288:14
**gleaned**  288:15
293:1
**global**  21:24 24:6
24:17 28:7 37:22
**go**  11:11 16:2
23:10 24:2 31:14
33:11,20 42:16
43:2 44:7 48:18
49:21 57:2 65:1,2
65:7 66:16,17
67:4,9,22 68:4,22
69:18 72:7,8,17,23
74:22 86:7,9
88:21 92:4,19
95:12 97:18 99:6
108:20 110:14
113:8 115:8
121:16,22 126:14
128:23 129:2,11
135:17 137:18
146:2 152:10
160:20 162:19,20
163:17 165:19

Veritext Legal Solutions
866 299-5127

**[go - happening]**

166:23 167:10
169:8,20 172:8
183:13 185:24
186:14 189:7
190:15,22 192:22
193:1 198:23
200:8,18 204:5
205:15,19 207:15
209:24 211:15
212:13 213:9
217:1,11 218:3
219:24 221:5
222:7 223:21
228:4 229:22
234:23 235:15,17
236:5 241:15
245:4 246:7 251:7
253:4 259:20
260:8 267:1,23
268:13 270:5
272:25 273:23
280:9 282:23
283:7 290:22
292:7 297:2 298:3
298:16 304:17
**goal** 40:3 45:13
46:10 91:4 92:2,8
146:5,10 161:4
**goals** 39:23 45:11
45:12,14 59:12,15
59:16,23
**god** 306:24
**goes** 87:9 123:19
159:20 203:16
**going** 11:5 14:21
15:4,8 18:21
20:23 32:19 37:10
50:7,8 62:2 68:12
72:5,23 82:7,12,14
83:9 86:11 98:24
106:13 121:17

124:23 130:1
144:5 153:5 155:9
170:23 175:18
177:4,9,10 178:6
179:20 182:14
185:21 186:5
188:1 189:3,18
191:11,19,20
192:18,22 193:5
193:15,16 194:17
194:19 196:12
197:12 206:25
209:8 214:4
224:13,14 227:8
227:11,15 238:3
258:14 259:4
260:15,16,24
261:19,20 262:14
264:1,2 265:11,17
266:14,15,25
267:25 282:24
298:8 299:18
306:7
**good** 11:4 12:7,10
12:13,16 13:10
63:12 96:2 122:7
134:6,14,23 135:3
135:5 143:1,4,9,13
143:17 144:17
154:5 201:18
211:18 247:6,10
277:23 306:11
**google** 279:4
280:21 281:20
282:3,4,6
**governments** 28:9
**gracefully** 161:23
**grandfathered**
234:3
**grant** 80:16
175:18 177:4,9,10

179:20 193:5
220:17 225:21
**granted** 74:19,24
76:21 77:4,7,24
127:18 231:9
**granting** 184:23
186:25 241:4
255:3
**grants** 74:9 225:20
**graph** 78:18 79:25
82:3 83:3,11 84:7
85:5,11 89:24,25
117:9,10 189:15
189:22,22 190:4
205:3,5 206:4
210:6,18,19
212:17 213:2,12
213:13 222:18,24
233:19 241:5,13
242:6 270:2
**great** 19:25 91:6
94:1 99:4 121:15
260:25
**greater** 92:8
**ground** 13:16 32:2
**group** 23:12 25:15
27:9 48:8 57:13
158:23 187:3,24
189:3 196:11
297:9,10
**groups** 28:5 38:25
45:10 246:14,16
247:15 287:23,24
287:25 288:12,18
288:25
**growth** 142:21
**guess** 22:22 25:5
26:13 35:25 39:21
40:12 41:8 53:21
54:4,4 55:3 79:18
90:24 111:13

121:4 123:6
143:15 193:24
237:7 242:20
248:22 259:1
289:12
**guessing** 181:4
264:11
**guidance** 298:20
**guide** 134:6,14,23
**guiding** 158:23
**gupta** 78:18 80:1
87:1,10
**guys** 224:10

**h**

**h** 4:5 6:1 7:1 8:1
9:1 10:1 13:12
310:1 312:3
**h2'13** 59:22,24
**hagman** 6:12
71:25 74:3 245:9
**half** 59:25 172:13
**handed** 120:21
**handing** 100:12
**handle** 182:10
**handled** 297:19
310:8
**handling** 154:7
**hands** 251:15
**hang** 186:13
**happen** 105:19
158:24 185:21
243:24 305:21
**happened** 118:21
118:24 183:1
189:23 214:12
234:6 243:17
271:14 293:14
302:9,14
**happening** 21:21
182:23

Veritext Legal Solutions
866 299-5127

**[happens - impact]**

happens 52:6
happy 261:3,8
hard 22:23 45:9
    53:22 55:3 137:23
    232:24 238:22
hardware 156:12
    156:14
hashed 224:20
    227:12
haynes 4:22 11:21
hazard 128:10
head 9:17 28:13
    78:3 217:14
    244:20 268:7,23
    273:7,14 274:4,6
    274:12,17 275:12
    276:6,8,10,14,16
    277:1,5 284:8,14
    284:17,20,22
header 281:9
heading 92:20
    95:13 161:1 162:2
    167:11,15 169:6
    181:23 183:15
    298:19
health 28:8 92:9
hear 143:6 180:22
    198:9,13
heard 66:5 69:11
    71:6 90:25 191:16
    225:14,16 243:17
    275:6,9,19,21
hearing 137:23
heart 295:1
heels 298:17
help 23:13,16 27:7
    28:2,7 29:2,18,20
    29:22 31:13,18
    32:3 33:14 39:22
    45:12 46:6 60:24
    81:19 139:13

142:25 146:7
152:2 255:1
274:13
helped 78:18 80:1
    216:2,6 233:18,19
    233:21
helpful 74:6
    139:13 173:16,17
    173:23
helping 29:14,25
    38:20,24 77:2
hereto 308:8
hesitate 278:10
hey 223:7 271:5
hi 78:10 201:9
    224:10 230:14
    274:2 278:6
    287:22
high 32:18 71:1
    80:15 171:7,17,19
    203:21 204:1,24
    205:4 250:20
highest 81:20
highlight 205:21
highlighted 51:14
    206:11,12 260:3
highly 207:25
    250:20
hillsborough 2:9
historical 289:20
history 33:7
    234:10,19
hit 121:15 265:12
hold 30:4
holistic 54:6
holistically 43:6
    53:13 125:11
home 37:4,11
honest 144:6,23
    145:18

honestly 14:17
    149:12
hope 51:17 274:6
hoping 231:8
    251:16
hour 121:17
    265:12
hours 16:21
    122:18 258:23
    299:18
house 17:1 123:17
huge 161:23,24
huh 79:19 81:11
hundred 25:5
    215:8 293:8
hundreds 24:22
hyperlink 129:15
    130:6 278:23

**i**

i.e. 153:21 156:12
    156:15,16,19
    238:11 251:11,12
ian 4:21 12:20
idea 63:11 71:10
    76:25 141:24
    142:8 143:18
    168:7 216:21
    219:6 239:21
    250:11 276:22
    282:25 290:16
identification
    15:13 21:1 57:25
    71:22 86:16 88:17
    97:12 122:19
    127:2 138:5
    140:15 151:16
    159:7 160:6
    165:20 171:8
    181:16 183:25
    184:15,19 185:12
    185:22 189:10

198:25 206:19
223:22 229:23
236:11 245:5
266:17 270:6
273:2 280:11
287:10 297:3
identified 19:17
    115:14 123:11
    184:4 279:12
    282:9
identifies 126:21
identify 40:22
    132:22 187:22
identifying 58:18
ids 123:24 124:12
    139:19,24 140:4
    184:4,9
ignore 109:3,5
ii 285:12
iii 285:15
ilya 260:11
imagine 24:5
    40:20 47:17 77:1
ime 6:7 7:20 8:11
    58:3,5,6,6,14,19
    59:11 97:25 99:9
    99:21 114:1
    118:14 136:14
    152:13 159:3,18
    171:5,13,24,24,25
    172:1,1,9 173:11
    173:15,16 174:23
    180:10,16 184:14
    185:19 206:22
immediate 153:19
immediately
    202:19
impact 53:14
    99:23,25 102:23
    183:25

[impacted - integrations]

**impacted**  102:14
103:5
**implementation**
118:3 270:2
**implemented**  43:5
217:24 218:24
**implying**  240:15
295:14
**import**  208:11,13
**importance**  171:7
171:17,19
**important**  37:10
52:24 98:13 102:2
103:17 108:21
111:7 119:15,15
119:21 120:1
153:10 154:14
191:24,24 213:21
228:17 260:21
**importing**  8:13
206:24
**impression**  82:6
**improve**  209:15
274:9
**improvement**  8:17
224:2
**inaccuracy**  240:23
**inaccurate**  240:18
240:24
**inaudible**  59:8
**include**  31:9
**included**  19:15
113:20 117:25
155:10 162:22
261:7 310:14
311:3
**includes**  25:11
130:16 287:15
**including**  74:8
100:16 130:12
192:14 194:13

273:6 299:9
**inclusion**  26:23
27:22,24
**incognizant**  182:8
**incorporate**
205:11
**incorrectly**  140:25
**increased**  202:23
**indefinitely**  165:2
165:9 220:18
239:15
**independent**  19:1
95:6
**indicate**  156:21
179:4 216:5
220:11 226:6
**indicated**  122:9
124:15 185:18
**indicates**  86:1
170:13 173:12
179:12 186:18
187:17 193:13
220:2 236:20
**indicating**  227:14
239:19
**indication**  210:1
**indirectly**  90:21
**individual**  45:14
216:22 223:10
**industry**  285:13
285:16
**infer**  105:8 283:22
286:8
**inference**  179:18
**inferring**  253:13
295:22 303:5
**influence**  39:16
**info**  143:2,5,9,13
143:17 298:24
**inform**  302:25
303:23 304:9

**information**  21:21
22:14,18 32:2,19
42:6,11 46:14,17
46:22 47:5 48:5
48:15 49:3,10
50:16,18,20,23,24
51:2,7,10,11,18,23
52:1,3,16,18 53:18
53:20 54:20 55:7
56:5,13,20,24
57:11 60:12,23
61:1,4 62:9,10,24
63:15 64:12,25
66:8 70:13,18
74:25 77:6 79:20
80:12,21 83:16
85:12,18,19 90:14
91:7 93:21 94:7
94:25 95:24,25
116:23 128:3
130:13,16,21
131:1,12,16,19,21
131:23,25 132:2
136:17 137:2,11
154:19 155:9
166:20 184:8
185:16 201:20,22
201:23 202:6,10
202:23 203:3,5,17
204:9 206:3,15
208:14,15 210:24
211:6,8,11 212:8
213:1,11,12
219:15 223:5
226:15,22 237:15
240:17 244:15,16
246:14 250:11
251:1 254:7 259:5
262:4 267:13
278:3,5,17 285:9
285:12,15,18

286:4 291:4
292:22 293:10,16
293:20 294:4,13
295:3 296:19
**infrastructure**
211:22
**initial**  21:5
**initialed**  308:8
**initiative**  54:5
299:17
**initiatives**  27:7
299:15
**ink**  308:8
**innovating**  39:20
**innovative**  39:7
46:5
**inquiries**  75:9,10
**inquiry**  230:15
**installed**  93:15
94:6
**instance**  243:19
244:2
**instances**  210:13
**instruct**  18:22
**instructed**  14:13
**instructing**  158:23
**integrate**  24:15
25:17
**integrated**  42:3
**integrating**  50:11
**integration**  29:9
46:11 51:12 81:25
82:25 84:10 85:7
154:9 155:6,21
156:2 202:7 203:9
207:21 253:7
**integrations**  75:13
75:18,19,21 85:3
102:14,18 104:25
105:12 106:24,25
106:25 107:5,6,7

Veritext Legal Solutions
866 299-5127

**[integrations - job]**

107:20 113:19
153:21 185:5
187:12 203:12
**intend** 130:12
305:10
**intended** 94:19
251:16
**intent** 93:19,23
94:22,25 131:20
131:24 132:1
136:22 137:6
139:2,5 155:12
204:18 212:3
240:23
**intention** 130:23
301:1
**intentionally** 37:8
**intentioned**
274:15 276:18
**interact** 46:7
50:12 67:24 125:4
126:6,9 292:6,8
**interacted** 28:11
37:20,24 38:2,7,8
38:8,11 188:20
292:2
**interacting** 37:17
147:7,11,12,13
**interaction** 53:7
80:4 223:4
**interactions** 46:2
244:2
**interacts** 206:1
**interchangeably**
236:2 259:15
**interchanging**
228:7
**interest** 203:21
204:1,24 205:5
**interested** 12:1
203:23 223:6,18

292:18 309:17
**interesting** 110:9
154:8 155:5,19
156:1
**interestingly**
15:15
**interface** 64:8
**interference** 11:8
**intern** 138:18
**internal** 274:10
286:15 291:15
297:12 298:24
**internally** 249:21
**internet** 27:8
**internet.org** 26:23
27:5,20 28:22
39:11 100:10
234:8 284:14
**internet.org.**
109:12 118:21
266:10 284:6
**interpose** 14:11
**interpret** 204:23
251:23
**interpretation**
149:7,8
**interrupt** 205:13
**interrupting**
205:19
**interruption**
101:11
**intersected** 188:25
**introduce** 94:20
122:14,16 159:2
160:5 224:18
**introduced** 190:6
240:6 300:3
**introduction** 90:4
189:14 299:10
301:5

**inventory** 212:1
**investigate** 295:10
**investigating**
290:20 295:15
**invite** 94:4
**inviting** 182:11
**involve** 100:24
105:12
**involved** 22:13
23:19,24 27:15
38:20,24 45:16
46:20 53:2 61:13
68:7 69:23 76:9
76:10 81:13 89:13
92:16 103:4
111:23 117:20
118:7 126:2
158:12 161:9,19
163:18 167:24
176:8 188:5,6
192:8 194:8
198:16,19 200:3
239:2 248:2,5
257:5 269:17
271:3,6 272:15
**involvement** 75:4
92:21 96:10 100:8
103:10 118:17
153:9 161:16
164:21 237:18
240:25 263:9
306:11
**involving** 37:15
**iphone** 36:5,6,8,10
36:11,15,18,23
**issue** 78:14 209:5
288:5 289:8,11,16
**issues** 28:8,8 153:5
**it'll** 152:25
**item** 156:8 164:11

**items** 74:18
**iv** 285:18

**j**

**jack** 10:4
**jackie** 1:15 2:8 5:4
6:5,6 8:8 9:4,25
11:13 13:1 62:1,5
74:5 77:24 81:9
109:23,24 110:22
115:7,22 121:25
122:4 129:11
143:16 159:4
168:18 169:17,23
170:22 171:1
172:17 174:1
207:19 214:3,7
231:14 265:16,20
267:10 278:8
287:22 297:6
298:7 304:24
305:3 307:5 308:5
308:17 310:6
312:2
**jackie's** 110:23
111:21 112:15,24
115:18
**jams** 4:17 12:22
**janis** 1:24 2:11
11:23 309:1,24
**jenks** 78:6
**jennings** 1:24 2:11
11:23 48:22
145:12 309:1,24
**jessica** 78:6
**job** 1:22 25:10
30:3,4 58:6,11,13
87:16 97:9 136:18
137:12 138:15
228:10 284:2
292:3 295:10
310:6 312:2

Veritext Legal Solutions
866 299-5127

**[jobs - know]**

**jobs** 20:17 34:12
**joel** 287:15,16,17
  287:18
**jog** 190:16
**join** 172:12
**joshi** 283:1,9
  284:24 286:9
**jsc** 1:6 11:18
**jump** 98:25
  289:12
**jumped** 294:15
**june** 270:10
  280:16
**jury** 84:12 144:25
  145:21 148:1,16
  170:13 262:15
  302:16 303:22
**justin** 213:15

**k**

**k** 3:17
**keep** 115:19 144:5
  146:14 147:2,5,8
  175:25 179:5
  193:11 203:16
  233:18 260:24
**keeping** 146:5,10
  146:19
**keeps** 219:11
**keller** 3:4 12:8,15
**kellerrohrback.c...**
  3:11,12,13
**kelly** 34:5,6
**kept** 216:15
**key** 100:5 104:25
  106:24,25 107:5
  107:19 113:18
  129:7 246:23
  247:21 248:25
  249:18 252:17
**keynote** 8:4,6
  196:3 198:10

257:25 258:3,8
  261:7
**kind** 36:3 39:9,10
  41:18 55:3 124:6
  128:10 212:15
  287:5 294:15
  297:17
**kindle** 51:12 52:19
  82:3 83:3,11
  202:2 204:22
  205:21 210:3
**kinds** 21:15 75:10
  123:22,25 124:10
**king** 254:25
**klout** 110:17
**knew** 105:16
  131:16 132:11
  149:16 150:9
  165:16 187:24
  195:2,6,10,16
  196:2,6,9,16 240:3
  251:2
**know** 14:6 18:11
  18:12 19:5 23:10
  24:5 25:18 27:10
  28:2,7 29:1,22
  31:18 32:18,19,21
  33:13 35:1,20
  38:14 39:6,6,7,9
  39:12 40:10,12,24
  41:24 42:12,19
  43:3 44:9,14,23,25
  45:1,3,10,24 46:2
  46:6,9,15,25 47:19
  49:14 50:7 51:15
  51:17,20,24,25
  52:3,5,6,7,8 53:1,4
  54:13 55:2,4,11
  56:16,19,23 57:5,6
  57:13,16,18,19,21
  58:4 60:18 61:10

62:14,17,20,21,23
  63:1,8,18,20,25
  64:5,9 66:2,2,4,8
  68:2,23 69:2,5,6
  69:11 70:4,13,21
  70:23,25 71:7,9,10
  71:13,15,16,17,19
  72:12,12 73:15,18
  74:14,15,21,25
  77:9,10,12,15 78:2
  79:10,16 80:3,5,7
  80:9,18,19 81:7
  84:11,16 87:5,10
  87:11,12,14,21,24
  89:18,23 90:1
  91:1 94:17 95:4
  97:23 98:14
  102:11,15,19
  105:15,22 106:10
  106:18 107:4,9
  111:14 112:20,23
  112:25 113:10
  114:7,22 117:12
  118:5,21 119:23
  120:3,10,14,14,15
  123:7 124:8
  125:23 127:4,7,14
  127:22 128:16
  129:12 130:17,22
  131:18,19,20
  132:8,21 133:1,2,6
  133:7,9,10,11,13
  133:14,16,16,17
  133:25 134:18,19
  134:20,21 135:4,5
  135:14,15 136:11
  136:24,25 137:5
  138:15,17 139:2,3
  139:9 140:19,20
  140:24 141:5,12
  141:21 142:2,6,17

143:7 144:15,18
  146:20,21,25
  148:11,21 149:6
  149:12,13,19
  150:2,11,13,14,22
  151:5 154:16,21
  155:11 156:7
  157:1,6 163:6,7
  164:18 165:18
  166:21 169:18
  170:10 178:9
  179:9,17,17
  182:22,24 183:9
  186:9 188:11,16
  188:23,24 189:2
  190:24 191:6,8
  193:25 194:4
  196:6,7,20 197:4
  198:18,20 199:24
  201:1,15,17
  203:14 207:24
  212:11 214:25
  215:8 216:9,15,18
  216:19,20 217:13
  217:13,14 218:2,4
  218:6,7,7,9,13,20
  218:21 219:1,11
  219:13,22 220:7
  220:21 221:2
  222:9,10 225:7,10
  225:12,15,22
  226:3 227:2 228:7
  230:21,24,25
  231:2 232:18,19
  233:2 234:9,18,19
  235:7,13,23 236:1
  238:22 239:5
  240:7,13,14,19,23
  241:3,11,18,21,24
  242:2,3,11,13
  243:1 244:2,10,11

**[know - list]**

244:19 248:22
249:9,12,13 250:3
250:5,5,5,9,13,21
251:22 252:16
253:21,24,25
254:5,10 255:19
255:24 256:12,13
256:15,16 257:24
258:7,11 259:8,13
259:16 261:14
262:10 263:17
264:21,23 265:4
266:15 270:3
271:15 273:12,14
273:16,16,19
275:9,17,21,23
276:3,4,4,5,7,20
276:24 277:3,8,17
277:19 279:14
280:18 281:11,13
282:20,22 283:9
284:16,19 285:25
286:8,10,16,17
287:6 288:2,13,25
289:2,3,23 290:6
290:22,23,25
291:2,11,14
292:15,16,24,25
293:5,12,22 294:7
294:20,20,23,23
295:4 296:12,20
297:8,12,20 298:2
298:5,13,15
299:13,21 300:5,8
300:13,24,25
301:8,8 302:13,13
302:23,25 303:3,4
303:13,16,17
304:18 305:12
306:19

**knowingly**   250:18
250:25
**knowledge**   38:16
43:20 61:17 134:1
227:24 231:17
247:16 292:11
**knowledgeable**
75:24
**knows**   231:14
**ko**   3:6
**kogan**   291:6,23
**konstantinos**   6:21
7:8 9:9
**koolwal**   237:13
**koumouzelis**   6:15
86:22
**kp**   86:25 87:1
97:20,21,23 99:22
100:2 108:21
109:8 110:25
113:5 115:24
116:10 136:14
151:19 152:6,13
159:4 221:18
266:20 267:10
268:5 269:6,11
289:18,18
**kp's**   111:20 115:5
122:24

**l**

**l.l.p.**   3:4
**la**   173:8
**labeled**   175:21
178:1,8 193:8
**labels**   41:8
**lack**   133:21
**lacks**   180:20
**laid**   155:12
**language**   31:22
174:24 218:6
251:25 264:24

265:8
**large**   95:22 96:20
124:14 293:19
294:3
**larger**   40:3 224:14
**late**   19:24 98:22
**lately**   123:6
**lateral**   24:8,17,18
27:1,2 28:16
**launch**   153:20
154:11 155:7,22
156:3 174:3,7,9,9
183:6 253:5
**launched**   25:14
**launches**   162:3
**launching**   27:6
**laura**   4:6 12:19
**laws**   309:19
**lawyers**   168:12
**lays**   129:3
**leadership**   297:9
**leading**   168:18,24
**leak**   298:24
**learn**   231:8
**learned**   18:24,25
248:21
**learning**   272:5
292:18
**leave**   128:21
305:19
**left**   122:7 284:21
**legal**   11:22,24
168:19,25 169:24
170:4,7,14 246:10
247:1 252:11
307:7 310:7
**legal&privacy**
245:12
**lenn**   207:22
**lesley**   3:16 12:10
306:24

**letters**   236:17
**letting**   156:5 259:4
**level**   32:18 80:15
81:20 153:6
203:21 204:1,24
205:4 285:9
**levi's**   24:13 25:17
25:23 39:8 41:17
42:5,5,9,10,20,23
42:23 43:14 44:4
45:23 50:10 54:14
**life**   293:8 294:11
295:2
**light**   252:23 305:8
**lightly**   91:22
**liked**   46:3
**likes**   74:19 77:24
110:18 283:14
285:5,10
**limit**   299:2,7
**limited**   231:7
239:14 301:6
**limiting**   299:19
300:10
**line**   30:19 58:22
60:6 88:3 99:12
139:16 140:2
143:1 151:20,21
159:5 169:17
171:6 244:19
245:20 264:25
273:7 277:24
310:15 311:4
312:4,7,10,13,16
312:19
**link**   129:8,9
**linkedin**   6:6 20:24
31:3 284:5,7
**list**   65:16,20 74:6
74:10,17,22,22
76:2 77:3 82:11

Veritext Legal Solutions
866 299-5127

**[list - look]**

| | | | |
|---|---|---|---|
| 110:2 114:4,11,23 | 16:12 18:7,15 | 160:4,7 162:18 | 302:1,15,24 |
| 123:24 124:13 | 19:6,11 20:2,23 | 165:19,21 168:3 | 303:14,21 304:7 |
| 169:11 222:15 | 21:2 23:1 30:12 | 168:10,14 170:19 | 304:16,22 305:5 |
| 237:24,25 239:3 | 30:18 36:21 42:17 | 171:3,9,20 173:2 | 305:18 306:9 |
| 282:8 286:20 | 43:8 44:11 45:21 | 177:14,23 180:21 | 307:14 |
| **listed**  34:17 41:2 | 47:3,12,18 48:3,20 | 181:6,17 185:24 | **log**  233:20 |
| 74:13 111:17 | 49:8,22 50:4 | 186:6,13,16 189:1 | **logged**  182:7 |
| **listen**  297:18 | 52:14 54:23 55:5 | 189:7,11 190:2,15 | **login**  31:12 231:21 |
| **listening**  91:4 | 55:12 56:11,18 | 190:18,21 191:10 | 231:22 232:1,2 |
| **lists**  60:14 125:3 | 57:4,22 58:1 | 196:1 198:8,23 | 267:6 |
| 260:15 | 61:20,22 62:7,16 | 199:1 203:7 204:8 | **long**  20:6 68:20 |
| **litigation**  1:7 | 63:3,21 67:3,11,17 | 205:18 206:18,20 | 71:8 85:18 89:17 |
| 11:15 310:5 312:1 | 68:6,13 69:20 | 208:21 212:12 | 90:6 92:9 116:14 |
| **little**  18:3 20:22 | 70:12,22 71:20,23 | 213:25 214:9 | 125:13 138:10 |
| 39:21 43:12 64:17 | 81:2 83:13,21 | 215:9,20 218:8 | 143:10 154:6 |
| 68:2 109:21 | 84:19 85:23 86:7 | 219:23 220:9 | 164:13 186:1 |
| 111:13 129:24 | 86:17 88:13,20 | 221:3,4,8,10,16 | 206:25 270:18 |
| 138:3 141:15 | 92:6 97:11,13 | 222:11 223:3,21 | **longer**  108:24 |
| 146:2 153:14 | 98:23 101:5,13 | 223:23 224:6 | 300:22 |
| 171:22 175:12 | 104:9,14 106:5,20 | 226:21 228:9 | **look**  59:21 72:8 |
| 231:20 232:20 | 107:13 108:19 | 229:22,25 230:1 | 74:2,17 79:18 |
| 265:12 269:21 | 109:1 111:15 | 231:24 233:5 | 81:9 84:8 88:13 |
| 284:23 | 112:4,12,22 | 234:22 236:5,12 | 89:19 90:8 99:3 |
| **liu**  199:3 | 113:12 114:2,17 | 239:7 241:10,20 | 99:19 101:20 |
| **lives**  224:15 | 115:1 116:2,7,14 | 242:10,17 244:23 | 103:19 104:24 |
| **llp**  3:15 4:4 | 116:17 117:1,6,8 | 245:4,6 254:21 | 108:21 109:18,19 |
| **lmumm**  4:12 | 118:6 121:10,19 | 256:6 257:3,21 | 109:19 115:5 |
| **load**  97:16 | 121:23 122:6,14 | 258:20 259:24 | 122:17,20,25 |
| **loaded**  223:24 | 122:20,21 124:3 | 260:2 261:16 | 123:10 124:22 |
| **local**  27:11 28:23 | 125:1 128:18,21 | 263:1 264:6,12,19 | 125:2 126:1,13,14 |
| 29:1 30:1 | 129:1,13,18,23 | 265:14,22 266:14 | 127:24 129:21,24 |
| **localize**  28:6 | 130:4 131:6 | 266:18 267:17 | 130:3 139:16 |
| **localized**  28:2,8 | 132:17 133:22 | 268:20 269:9 | 140:14 144:21 |
| **located**  2:8,13 | 134:11 135:6,16 | 270:5,7 271:9 | 145:15 152:2,19 |
| **location**  222:3,22 | 137:18 138:1,6 | 272:22,25 273:3 | 152:20 153:13 |
| 222:23 | 139:4,14,15 | 279:23 280:9,12 | 159:9,23 162:6 |
| **locked**  21:17 | 142:13 145:7,12 | 280:14 283:23 | 163:22 164:5 |
| 310:12 311:1 | 146:1 148:7,22 | 284:12 287:3,7,11 | 167:10 168:4,15 |
| **loeser**  3:5 5:7 12:7 | 149:4 150:12 | 294:24 296:15 | 171:21 174:13 |
| 12:8,14 13:9 15:4 | 151:1,15,17 | 297:2,4 299:16,24 | 177:24 180:9 |
| 15:14,18 16:5,11 | 157:23 159:1,8 | 300:15 301:2,22 | 181:15,22 182:17 |

Veritext Legal Solutions
866 299-5127

**[look - marketing]**

183:3 184:12
200:9,19 201:7
202:14 207:12
213:14 214:18,19
219:25 220:15
228:12 232:20
237:3 238:2
245:18 248:25
252:1 254:22
260:3 267:20,23
267:23 268:11
279:5,25 283:7
288:7 289:4 295:6
297:24
**looked** 65:16,19
100:20 124:9
135:22,23 136:13
176:13 248:13
286:19
**looking** 25:10 77:3
78:11 89:10
100:13 101:6,14
102:21 103:3
104:15 107:17,25
117:2 137:4 138:7
139:6 151:21
158:5 174:8 192:7
199:2 209:10
222:14 227:19,20
240:8 245:22
247:24 253:23
254:11 264:24
265:8 266:19
269:20 284:25
301:25
**looks** 74:1 81:15
101:6,23 105:16
113:25 124:13
138:8,19,21
159:22,24 160:2
166:15,18 173:4

176:11 180:19,23
183:20 187:20
189:6 194:12
196:14 197:9
208:10,12,13
225:17 237:22
239:1 284:13
**los** 4:19
**lose** 101:15
**lost** 45:19 212:1
287:1
**lot** 38:17 54:19
56:4 64:22 70:4
72:17 90:11 91:14
100:11 135:20
136:10 139:19
142:15,22 143:1,4
143:9,10,13,17
147:23 183:11
189:17 190:13
192:4,12 214:10
226:20 229:14
234:10 235:6
236:7 239:2 246:5
251:14 252:1,6
254:19 256:13,25
257:2,18,18
262:22 269:7
270:18 277:17
281:4 289:14
291:10 294:13
295:11,18 299:15
306:12,14
**lots** 125:15
**love** 289:7
**lunch** 121:16
122:2
**lweaver** 3:22

**m**

**magically** 206:7
**main** 26:16 257:1
**maintain** 176:5
238:15,16 268:9
268:25
**maintained**
126:20 219:15
**maintaining**
175:25 178:19
179:5 193:11
**major** 39:3 156:10
156:22,24 249:20
251:6
**majority** 164:8
224:16 226:7
**makers** 9:14
270:10,24 271:18
**making** 51:3 53:2
92:16 103:4
105:11 118:8
179:2 209:16,25
236:7 264:25
293:4 294:6 301:7
**malaria** 28:4
**man** 34:6
**manage** 48:1
161:23 229:2,4,18
277:21 278:3
**managed** 23:4
25:5 26:1 57:13
65:8 110:2 114:11
224:16 226:5,7,9
229:17 273:17,18
273:19 276:11,12
278:18
**manager** 21:24
22:4,8 24:6,10,17
24:20 26:22 75:9
77:14 88:2 97:10
109:11 159:14

228:11 229:9
232:8 284:21
**managers** 23:12
32:1 76:9 77:16
158:3,4
**manner** 181:10
**manually** 23:14
**mapped** 232:14
**march** 10:5 20:7
31:1 33:19,21
199:3 200:5,21
236:15 237:14
240:3 266:21
297:6,15 298:16
**marie** 6:11 71:25
74:3 78:10 81:10
169:24 170:7,9,10
170:14 245:9
**mark** 8:5 57:23
88:16 171:3 186:7
258:3 265:4
**marked** 15:5,13
20:24 21:1 57:25
71:21,22 86:16,19
88:17 97:12
122:19 137:19
138:5 151:16
159:7 160:6
165:20 171:8,16
181:16 189:9
198:25 206:19
223:22 229:23
236:11,14 245:5,8
259:23 266:17
270:6 273:2
280:11 287:10
297:3
**market** 31:14,16
31:24
**marketing** 31:22
34:3 158:3

Page 29

**[marks - migrated]**

**marks**  61:25 62:4
121:24 122:3
170:21,25 214:2,2
214:6 265:15,19
304:23 305:2
**master**  4:16 12:21
12:22 168:6,11
170:20 305:9
306:2
**material**  18:8
184:21
**materialize**  287:8
**materially**  253:6
**materials**  18:12
31:17,20,21
214:14
**matt**  4:7 12:11
**matter**  11:14 76:3
161:16 189:20
275:2
**matters**  36:23
257:11
**matthew**  3:18
**maus**  127:3,4
**mbuongiorno**  4:13
**md**  1:6 11:18
**mdl**  1:5 6:10,13,17
6:19,23,24 7:6,10
7:13,16,19,23,25
8:10,14,18,21,24
9:7,12,20,23,25
10:6 11:18
**mean**  16:24 22:7
31:20 34:15 37:6
40:1,11 43:13
48:6 50:5,7 59:24
72:15 75:7,19
77:25 79:5,17
80:2 83:5 84:7,21
90:22 104:2 105:6
105:23 106:21

107:6 109:4
120:15 125:18
130:1 142:24
143:3 146:9,14,23
147:1,6,17,18,22
147:23 151:6,24
155:7,13,17,23
157:4,16 159:16
171:16 176:15,23
176:24,25 179:22
188:2 194:23
203:8,25 204:15
205:14 210:10,18
212:7 217:19,24
222:4 225:11,19
230:23 232:11,12
240:22 243:1,5,17
248:16,18 249:8
251:19 253:8
254:2,18 255:13
255:15 256:14,15
262:2 264:13
269:1 274:24
277:14 282:15
285:24 286:13
288:1 289:9,17,22
298:13 305:15
**meaning**  25:16
31:21,22 46:3
50:6 51:4 53:13
62:14 63:1 70:4
106:23 148:2,9
176:24 205:8,22
218:6 236:3 252:3
286:9
**meaningful**  70:8
94:2
**means**  30:10 50:17
72:13 73:9,13,20
75:22 76:21 94:17
98:13 101:24

102:2 105:9 107:9
107:15 110:4
135:5 142:6
146:21,24 147:4,4
147:10 148:18,21
150:8,14 151:13
151:23,25 155:25
166:21 178:21
179:24 180:3
182:22,25 203:14
212:4 219:4
220:19 232:9
235:4,10 248:19
251:25 253:24
255:10 256:21
261:25 262:3,6,10
267:3 275:23
276:17 290:3,6
**meant**  31:13 40:12
76:25 84:14,21
105:8 107:19
143:8,18 144:18
145:1,22 149:20
150:9,19 172:22
180:17 201:13
249:11 251:20
252:2,18,19
253:21 255:5
256:16
**measures**  32:11,15
32:16
**mechanics**  24:4
63:2
**media**  11:12 26:13
62:1,5 121:25
122:4 170:22
171:1 214:3,7
265:16,20 304:24
305:3 307:6
**meet**  16:18 29:21

**meeting**  153:2,15
158:9,11,15,17
159:24
**melamed**  3:18
12:12
**memorize**  258:18
**memory**  94:15
95:6 190:16
249:10
**mentioned**  41:5,16
42:20,21 44:25
64:6 91:1 152:5
201:15 213:5
244:25 275:15
276:11 280:19
287:23
**mersey**  20:16
**message**  7:4 8:19
9:24 138:9 146:16
146:22 230:5
287:15 298:21
**messages**  9:21
**messaging**  268:9
268:24 269:18
**met**  16:15,19
**metadata**  19:17
**metric**  141:11,12
**metrics**  144:17
**mic**  98:20 137:24
**microphones**  11:6
**microsoft**  110:16
111:17
**middle**  140:5
143:21 162:7
171:22
**midway**  152:11
**migrate**  234:1
290:3
**migrated**  288:21
289:21

Veritext Legal Solutions
866 299-5127

**[mike - new]**

**mike** 200:20 201:4
201:9 202:15
203:2,2 211:16
**million** 293:10
**mind** 95:10 103:16
104:19,22 105:21
108:4 137:7
150:23 265:2
**mindset** 175:4
**mine** 138:14
**minus** 209:21
**minute** 88:23 89:1
89:3 99:3 144:22
145:17 152:2
207:2 213:25
219:25 245:18
280:13 288:7
297:24 304:16
**minutes** 61:22,23
86:10 116:16
305:18
**mischaracterize**
225:25
**missed** 191:8
**misstates** 272:21
**mistakes** 236:7
299:3 300:7,8,14
301:4,10
**misuse** 97:1
**misused** 71:18
285:19 286:4
**mmelamed** 3:24
**mobile** 26:23
27:22,24 81:25
82:25 84:10 85:3
85:7 123:17 124:4
125:8,11,12,20
156:16,18 164:15
175:24 185:9
231:5 233:9,15
238:11 239:20,20

**model** 264:11
**moment** 43:7
152:5 196:6,21
216:8 227:17
240:7 248:23,24
250:14 251:22
255:12
**momentarily**
287:9
**monday** 153:24
**monetary** 40:2,4,9
40:11 44:25 45:2
50:7
**monetizable** 146:7
147:16,18,21
148:2,8,15,18
149:10,13,19
150:7,18 151:12
**monetizes** 56:24
57:10
**money** 40:15,16
40:19 62:21
**month** 238:13
**monthly** 127:5
**months** 96:5 239:9
239:21,23 240:5
240:11
**moore** 7:5 137:20
138:8,13,23 139:8
140:16 141:9,16
143:21
**morning** 11:4 12:7
12:10,13,16 13:10
**move** 26:22 27:1,2
81:8 97:11 117:6
137:24 153:24
169:5 209:1 210:1
267:5 284:23
287:7
**moved** 28:22 42:2
109:11 118:20

168:12 224:12
**movement** 24:8
28:16
**movie** 60:10,24,25
**moving** 30:3
100:10 108:3,6
170:3 173:11
176:6 233:24
234:8
**mpk** 298:6
**mteam** 297:6,7
**mumm** 4:6 12:19
16:16
**music** 144:6,12,23
145:18 146:4
**mute** 221:1
**muted** 11:8 98:21
**mutually** 92:10
**myspace** 110:19
**mysteries** 203:24

**n**

**n** 5:1 13:12 164:7
164:12 220:6,12
**name** 11:21 12:7
13:11 58:3 66:2,5
86:21,24 87:4,5
126:15 232:14
269:10 286:21
291:8
**names** 268:2 282:9
282:17 286:20
**national** 21:24
37:22 41:24
**native** 7:25 116:20
122:16 129:14
**navigate** 123:7
**necessarily** 40:1
49:13 50:7 53:15
76:1,7 87:24
147:10

**necessary** 175:8
310:14 311:3
**need** 14:1,5 15:14
15:15 66:12 68:4
89:7 90:15 92:1,7
115:9 116:16
136:20 145:9
153:22 156:21
207:12,24 212:16
212:18 214:19
237:7 253:17
267:2 277:10
279:6 284:4 289:6
301:19 306:6,17
306:18
**needed** 68:22
75:24 275:14,25
277:15 305:19
**needs** 212:15
304:19
**negative** 103:22
104:1,4 233:12
**negotiate** 67:6
**netflix** 153:22
154:1,23
**never** 19:7 36:17
37:9 85:6,9
243:24 251:17
271:10,12 277:18
296:20
**new** 9:13 27:6
32:23 33:2 39:7
39:12 104:19
168:19,25 169:23
174:10 182:9
186:19 189:14,21
189:22 190:6,7,7
214:15 224:12
237:2 239:1 240:5
246:3,12 255:2
270:9,25 272:10

**[new - offerings]**

299:11 300:1,2
**newfeed** 115:16
**news** 95:20 271:16
**newsfeed** 182:19
**newspaper** 19:8
**nike** 22:6 23:3,3,6
41:5,7,18 43:18,18
43:22,25 44:4
126:8
**nods** 173:21 267:8
**noise** 11:7
**non** 27:25 99:24
101:8 102:8
156:14,18 157:8
157:13 182:4,10
182:15 185:1
187:5 203:12
251:11
**nonstandard**
195:12 215:22
**normal** 78:17
79:25 270:14
**northern** 1:2
11:17
**notating** 310:15
311:4
**note** 11:6 19:11,22
115:9 116:17
163:25 280:3
305:7
**noted** 279:17
308:8
**notice** 6:4 15:6,19
16:8 203:11 253:2
**noticed** 139:19
166:7 224:11
**noticing** 12:6
263:16
**notified** 164:6
220:4 302:17
303:7

**notion** 276:8
**notwithstanding**
257:11 295:6
**november** 167:17
169:9,14 245:10
**nuance** 236:1
256:13
**nuanced** 235:7
**number** 24:21
26:12 72:23 87:9
124:14 125:16
126:25 138:10
163:10,14 186:20
187:2 227:4,16
293:18,19 294:2,2
294:3,12 300:4
302:19 303:8,25
304:10 307:5
310:15 311:4
**numbers** 25:3
96:20 230:16,23
232:3
**numeral** 283:25

**o**

**o'neil** 88:1 171:5
232:4,8 236:15
245:9
**oakland** 3:20
**oath** 14:19 108:15
**object** 241:7
261:13
**objection** 16:1
22:21 36:19 42:13
42:15 43:1 44:6
46:23 47:7,16,21
48:17 49:7,20
50:1 52:13 54:22
55:1,9 56:8,15
57:1 62:12,25
63:17 67:1,8,16,25
68:10 69:17 70:9

70:20 80:24 83:12
83:18 84:15 85:20
86:2 98:21 101:2
104:6,11 106:1,15
107:11 108:18,23
111:12 112:1,8
113:7,7,22 114:16
114:21 116:1
118:4 124:2
128:14 129:10
131:2 132:13
133:20 134:7
135:1,11,12
137:16 139:1
142:11 145:3
148:5 149:2
150:10,20 157:19
160:3 162:16
168:1 171:18
172:25 177:13,16
188:22 190:1,10
191:4 195:23
198:5,5 203:4
204:4 208:16
212:9 215:5,19
218:1 220:8
221:15 222:6,25
226:17 228:3
229:20 233:1
234:16 239:4
241:14 242:7,14
242:16 244:18
245:2 254:17
256:3,22 257:14
258:19 262:18
263:22 264:9,17
267:14 268:17
269:2 271:8
272:17 279:20
283:19 294:17
296:10,24 299:12

299:20 300:11
302:11,21 303:19
304:3,13,13
**objections** 12:4
14:11 112:19
145:23 148:19
300:23 303:11
309:7
**objective** 40:3
**obligation** 14:16
**obligations** 304:19
**observe** 244:24
**obtain** 42:10 47:5
48:14 49:2,10
69:15 70:17 75:15
77:6 80:21 155:9
206:2 213:1
222:17,23 292:22
295:2
**obtained** 232:23
232:25 291:10
293:10,20
**obtaining** 50:19
178:23
**obtains** 55:7 56:5
56:13,24
**obvious** 110:18
**obviously** 18:8
200:3 298:17
**occasion** 68:15
**occur** 102:24
**occurred** 60:19
**occurrences** 17:23
**october** 207:17
224:1,4 228:10
287:13
**offer** 217:6
**offering** 85:3
210:21
**offerings** 28:25
29:8 82:1 83:1

[office - outline]

office 310:11
og 203:22 204:2,25
205:2 206:3
oh 35:25 36:24
42:25 44:8 87:2
88:25 93:10
122:20 124:20
127:24 162:19
184:20 205:17
223:23 283:6,8
292:8
okay 12:23 13:16
13:24 15:2 19:7
23:6,24 26:8
29:12 31:2 33:22
35:5,17 37:9
40:18 43:25 44:21
45:17 47:4,13
48:11,24 51:22
54:7 55:19 58:11
59:9,21 60:1,8,11
60:14,21 61:5
65:11,21 68:18
71:7 72:9,14 73:2
73:12,23 74:2,17
75:14 79:3 81:16
82:20 83:4 84:6
85:6,24 86:7,11
87:1,7,13 88:13,25
89:9,9,21 90:21
91:3 92:25 93:10
93:11 97:17,25
98:19 99:5,6,19
100:13 101:20
102:4,7,21 105:11
105:16 106:11,24
107:7,25 110:14
110:25 111:16
113:3,17 115:5
117:6,24 119:24
120:20 121:19,24

124:9,20,23,24
125:13 126:9,13
127:3,6,9,21
128:21 138:15,22
139:10 140:21,23
141:8,15 142:14
143:8 147:8,16
149:5,8,15 152:4,4
152:5 153:13
154:12,18,23
158:5,10,18
159:12,16,19,23
162:19 163:9,17
163:22 164:5,25
165:7 166:5,16
167:10 168:4
169:5,15 170:12
170:21 171:21
172:4,6,7,22 173:3
173:11,19 174:21
175:11 176:7,12
176:20 177:1,24
178:11,14,18
179:11 180:3,9,24
181:6,22 182:2,13
182:17,22 184:12
185:17,24 189:7
191:11 192:17
194:7,15 195:16
196:15 197:6
198:23 199:15
200:10,16,16,24
201:4,7,20 202:9
202:12,14 203:1
203:10,16 204:9
204:15,23 206:17
207:6,9,11,14
208:22 209:1,20
209:24 211:11,15
212:7,13,24 213:9
215:2,14 216:21

218:9,21 222:12
223:11,21 225:12
226:1,11 227:22
230:12 232:15
235:21 236:24
237:18,22 238:23
239:8,19 240:16
245:21 246:2,7,17
247:5,18 248:2,25
249:16,18 250:10
250:16 258:8,13
258:21,25 259:9
259:25 261:17
262:12 263:8
264:24 266:11
267:4,22 268:3,21
269:10,12 270:20
271:22 273:21
275:1,7,11,18
276:13,21 277:9
277:13,23 278:9
278:23 279:3,5
280:15 282:1,14
283:8,24 285:1
286:3 287:7,22
288:7,10,11,15,25
289:4,15 290:7
293:7,17 295:5,16
296:16 297:10,12
298:16 303:22
306:9 307:3
old 135:17 136:5
older 189:22
once 25:6 94:5
121:22 233:15
279:7
ones 26:20,20
34:17 41:2 74:8
96:15,16 101:17
111:10 124:11
176:2 178:19,20

179:6 191:7
193:12,14 273:22
online 19:8 25:22
29:3 235:15
open 29:3,21
31:10 32:8 33:11
82:3 83:2,11 84:7
85:4,5,11 88:18
124:24 205:3,5
210:6,18,19
233:16,25
opened 233:9
opening 122:13
operate 221:24
operated 22:20
76:13
operation 29:6
37:18 65:9
operations 21:6,10
21:23 24:7 48:1
65:7 241:17 277:7
opportunities
213:8
opposed 81:5
opt 262:3,5,8
opted 43:24
optimal 249:7
options 213:6
order 54:14 66:11
75:23 306:20
orders 306:19
org 174:5
organization 68:5
original 201:2
310:10,21
os's 164:15
osofsky 213:15
outcome 12:1
178:9
outline 283:11

**[outlined - partners]**

**outlined**  115:22,24
116:11 237:25
238:1,13 239:10
240:11
**outlining**  256:18
**outside**  19:2 23:22
46:1,15 52:2,8
219:21
**overall**  201:12
202:19
**overlapped**  44:10
**overseeing**  29:6
**oversimplification**
202:13
**overview**  90:9
**owner**  32:17 232:5
232:11,13

**p**

**p**  164:6 220:4
**p.m.**  19:13 173:6
174:14 180:25
284:24 307:4,15
**p3**  6:22 7:9 98:4
98:12,14 99:23
100:19 151:20,23
152:17 153:10
154:14 159:20,24
**p3.0**  7:12 159:5
162:3
**pacific**  19:13
**packages**  285:19
286:5
**page**  5:3 6:3,6 7:3
8:3 9:3 10:3 29:4
60:24 74:2 78:5
92:20 99:8 137:4
140:2,5,6,7,7
142:20 143:20
152:11,12 155:14
159:23 160:20,21
160:21 167:11,14

167:15 169:5
171:22 172:8
183:9,13 200:9,18
200:20 201:7
211:16 213:9
220:1 233:7
272:10 279:25
282:23 284:25
298:3,4,16,19
310:15 311:4
312:4,7,10,13,16
312:19
**pages**  1:25 116:23
283:13,18 285:4
285:11,22 309:10
310:14,17,17
311:3,6,6
**paging**  117:3
141:15
**painful**  91:23
**pairs**  228:16
**papamiltiadis**
6:21 7:8 9:9
**paperwork**  120:20
120:23
**paragraph**  91:13
99:16,20 109:20
110:15 152:19,20
153:17 176:20
227:7,19,20
228:12 254:22
260:4
**paragraphs**  89:5
**parallel**  100:4
129:6
**parentheses**
267:10
**parse**  100:5 129:6
**part**  70:1 75:21
78:22 112:6
119:21 148:8

171:23 182:13
224:14 227:8
229:2,17 238:24
267:25 274:2
277:7
**participate**  94:4
**participating**
282:10,12,15
**particular**  29:5
37:5 39:2 44:1
55:25 70:7 73:2
77:17 110:20
113:18 140:11
154:12 185:17
199:25 248:14
282:18
**particularly**  49:24
70:8 223:16
292:18
**parties**  11:11,20
64:24 228:19
309:16
**partner**  9:18
23:16 24:10 32:1
34:2 39:24,25
40:7 41:7,9,13,20
43:25 45:12 47:4
50:17,18,19 52:18
53:8,11,12,19 54:8
54:19,20,25 55:6,8
55:25 56:2,4,5,12
73:10 75:3,9,23
76:1,9 77:14,15
97:10 103:12
109:10 127:1
139:19,24 143:12
143:17 158:3
159:14 175:20
177:5,11 178:22
179:21,22,25
180:3,7 182:21,24

183:24 185:4
187:11 193:7
197:25 198:2
199:19 201:22
216:25 217:10,18
217:20,22,25
218:10,14 219:7
223:4,6,12,17
228:11 229:9
231:17 232:16
233:4 243:14,20
244:4 245:1
256:10 268:7,23
273:7,14 274:4,7
274:12,18 275:12
276:6,8,10,11,12
276:14,14 283:18
284:9,21
**partner's**  56:6
283:16
**partners**  24:12,19
29:15,18 31:18
32:3 37:24 38:4,9
38:18,24 39:7,17
39:22 40:5,8,18,19
40:23,25 41:14
43:9 44:12,21
45:7,15 46:18,21
47:13,20,23 49:25
52:10,20 53:3
54:2,3,9 55:13
56:25 62:9 63:16
66:23 67:4,13,23
68:8,15,16,24 69:3
77:18 85:18 96:11
96:15 97:1 99:23
101:7,15 102:8
103:5,21,25
110:21 111:6,7,16
115:19 117:15
118:2,9,17 119:2

[partners - permissions]

119:19 124:1,4,5,5
124:6 125:5,8,10
125:14,15,21
126:6,9 141:3
143:10 153:20
154:4,7,13 156:17
157:13 161:13,20
164:21 176:9
177:9 178:6
186:22 187:3,9,15
187:22,25 188:8,9
188:20 189:3
192:9,22 193:15
193:22 194:1,8
195:12,18 196:4
196:12,17,25
198:11 213:22
215:3,14,23
216:10,16 217:9
219:12,17 220:18
220:23 222:14
226:25 227:4,16
227:24 231:8,22
232:3 233:14
234:2,13 238:11
239:9,12 240:4,10
243:12 244:8
255:21 257:6
262:14,17 263:3
270:1 271:23
272:8 277:2,5
284:1,3 285:9,20
286:6,23 291:24
292:1 295:12,19
296:5,8 300:1
301:12,16,22
302:3,19 303:1,9
303:25 304:11
**partnership** 42:22
59:15 68:4 85:24
85:25 143:12

152:22 155:8,10
172:24 174:19
176:4 183:20
199:21 200:5
201:14 203:18
268:7 284:20
**partnership's**
174:2 183:6
**partnerships** 6:8
9:10 20:5,13,18
26:23 27:23,24
28:14 30:5,8,14,20
30:23 31:1,6,7,15
34:10 45:18,22
50:8,9 54:18
58:10,25 59:23
85:22 100:5 129:7
142:23,25 143:4,9
156:11 172:16
174:15 183:15
216:24 230:9
234:9 266:22
268:23 270:23
271:3,17 284:9,15
284:18
**parts** 27:7 72:6
**party** 11:25 48:5
48:14 49:2,9
65:13 66:9 229:6
229:19 241:1,4
242:4,12
**passive** 204:18
208:18
**path** 110:17
111:17
**paths** 291:22
**paul** 8:20 230:3,10
230:13 231:13
**paying** 40:15
**pays** 40:19

**pdf** 310:12 311:1
**penalty** 308:6
309:18 310:16
311:5
**pending** 293:2
**people** 29:4 31:24
40:15,17 46:11,25
51:13 64:1 85:13
87:9,18,20,22
121:5 149:25
150:6 158:23
159:21 182:6
191:25 202:1
211:24 233:20
260:21 261:2
262:3 271:13
273:6,18,19
277:17 280:23
281:23 282:1,10
282:13,17,21
293:9,18,20
294:12,13 299:5
300:18
**people's** 167:7
**percent** 19:20
215:8
**perfectly** 44:10
**performance**
119:5,8,9,13,22
120:5,9,22 121:11
**performed** 30:13
34:13 119:25
**period** 14:22,25
17:20 21:6 24:24
69:14 90:6 100:9
143:10 250:24
262:13 287:21
310:18 311:7
**perjury** 308:6
309:18 310:17
311:6

**permanently**
211:21
**permission** 44:2
48:14 49:2 65:18
66:1 68:9 73:11
73:12,13,17 82:10
82:22 96:7 115:17
127:16,19,22
128:9 162:22
164:22 178:23
188:19 195:13
196:19 197:22,23
198:3 218:16
221:13 223:8,14
223:18 231:5,6,10
231:17,21 232:2
232:16 233:10
234:14 235:5,9,21
236:3 244:14,17
**permissioned**
202:1
**permissioning**
141:1,2,3 225:17
228:24 264:10
**permissions** 47:14
47:24 48:10 51:15
66:9 67:6 68:16
70:15,24 71:5,11
73:20 75:14 82:13
82:18 83:10 93:6
94:13 95:2,7,14
96:12,16,20 97:5
98:8 100:17,21,25
101:16 102:25
103:6,13 104:3
106:8,13 110:7
114:5,13 115:3
116:19,22 117:16
117:16 118:11,19
119:3,20 122:11
127:7,7,9,10,10

[permissions - plugin]

128:1 141:4
157:18 162:25
163:3,11,13,15,19
182:5,15 187:4,10
187:16,25 188:10
188:18 189:24
190:9 192:13,14
192:18 194:2,10
194:12,17 195:7
195:19 196:5,13
198:1 200:18
208:7 214:15,16
214:23,23 215:4
215:11,15 216:11
216:13,17 217:1,5
217:10,19,23
218:11,23 219:9
221:19,21,24
222:2,13,15,19
223:6,10,12,16
224:22 225:20,21
227:13,16 228:1
235:23 237:1
238:25 239:13,14
239:15,23 257:7
257:22 258:10
263:21 271:4,25
279:19 295:1,8,13
295:20 296:3,6,9
296:18,22 299:9
299:10 300:4,21
301:12,17,23
302:4,18,20 303:2
303:8,10,24 304:1
304:10,12
**person** 43:22
49:14 87:2,3
97:21 108:21
169:16,19 202:2,6
204:21 216:22
225:10 244:16

262:6 301:8
**person's** 69:15
70:18 87:4 259:5
262:7
**personal** 36:25
37:7 93:21 95:22
141:17 254:25
**personalized**
51:17 202:3
**personally** 81:13
272:15 302:6
303:12
**perspective**
172:16,17,23,24
**pertain** 254:3
**pertaining** 205:24
**philosophy** 93:16
**phone** 36:1,3
78:16,21 79:7,7
80:21,22 81:4
82:18,22 83:10
230:16,23 231:5
232:3 233:10,15
233:19,23
**phones** 156:13
**photo** 8:13 206:24
207:21
**photos** 208:10
209:5 222:3
260:14
**phrase** 84:20
148:1 204:23
**physically** 291:25
**pick** 11:6 23:2
126:5 250:23
**picture** 190:14
**pieces** 160:22
**pinterest** 110:17
111:17
**place** 11:10 179:25
219:16 226:4

309:4
**plaintiff** 11:14
**plaintiffs** 2:10 3:3
6:4 12:8,13
**plan** 152:25 159:6
176:5
**planning** 7:12,14
102:18 153:20
159:20,24,25
160:13 214:11,13
268:6,22
**platform** 6:15,18
7:14 8:8 15:7,9,12
22:12 24:2,3,11
25:8,12,13 27:17
27:21 28:14 29:8
29:16,25 30:5,8,9
30:9,14,20,21,21
30:23 31:5,9,12
34:10 42:2 48:9
58:9 64:20,23
65:2 66:14,16
67:5,22 68:12
69:10,13 87:17
88:4,6,10 89:11,14
89:22 90:4,5,10
91:5,16 93:3
94:19 98:16 100:8
100:15,24 106:11
106:14 117:16
118:3 119:18
126:24 127:18
142:21 147:8,25
153:20 160:12
161:5,24 167:12
167:16,20,24
168:15 169:6,20
174:10 185:1
186:19 187:5
189:14,21 190:5,6
190:7 195:12

199:4,9,12,13,15
199:17 201:6,10
202:17 206:1,2,3
214:11,15,23
215:22 217:23
218:23 220:5
224:17 226:11,14
226:16 227:8
229:2,18 235:20
237:2 239:1 240:5
242:25 243:1,3,3
243:21 244:3,7,10
247:25 248:3,6,14
267:9 274:14
275:5,20 284:9,15
284:17 289:13
299:11 300:2,3,3
301:5
**platforms** 32:6,7
208:23
**play** 182:11
185:25 186:11
190:15 259:1
**played** 162:13
165:7 190:17,20
**pleadings** 18:17
**please** 11:6 12:5
12:24 13:6,10,21
14:6 25:20 30:17
31:4 48:21 64:7
78:20 92:5 101:12
129:19,24 145:12
168:17 182:2
200:11 207:5
208:1 217:21
224:3 252:21
267:18 302:16
**plugin** 24:14,15
42:3 43:5,17,17
46:5 50:12

**[plugins - proactive]**

**plugins** 25:15,18
**plus** 116:22 184:9
**pm** 232:4
**pmm** 152:24 158:1
   158:2,3,20
**point** 14:5 83:6
   149:14 168:7
   209:4 210:4,16
   240:25 247:21
   249:18 265:13
   277:11 287:20
   289:5,18
**pointing** 247:25
**points** 110:10
   209:11 212:19
   246:23 249:1
   252:17
**policies** 38:21
   163:24 164:3
   242:4,5,12,23
   243:3,4,8,13
   279:18 280:2,6
**policy** 9:18 38:25
   242:19 243:21
   244:3,12,25
   246:10 247:2
   252:11 273:8
   274:3,5,18 279:8
   279:11
**political** 291:5
   292:9
**populated** 37:8
**population** 188:7
   198:11
**portal** 9:21 280:16
   280:17
**portion** 63:8,12
   206:13
**portray** 130:12
**posing** 240:1

**position** 20:3,6,8
   20:12 22:3 24:16
   26:22 27:3 28:13
   37:19 159:13
   229:13 230:7
   248:11 250:19
   296:13
**positioning** 262:24
**positions** 34:16
   37:23 77:18,20
**positive** 53:8
   213:17
**possibility** 240:22
   250:21
**possible** 40:10
   46:1 109:16 151:9
   198:21 217:3,4
   243:23 244:10
**post** 9:6 210:3,21
   245:11,17,23
   246:21 247:7,23
**posts** 283:14 285:5
   285:10
**potential** 103:21
   103:25 211:23
**potentially** 93:3
**power** 94:1 191:25
   260:21 261:2
**powerful** 95:21
**powerpoint** 7:14
   239:16,18
**ppm** 34:1,2
**pr** 103:21,24 268:6
   268:9,14,22,24
   269:12,16
**practice** 130:15,19
   131:11,15 149:23
   151:3,7
**practices** 39:20,20
   285:17

**pre** 163:24 209:13
   220:2 280:2
**precise** 215:7
**predetermined**
   220:19
**prefer** 65:7
**preparation** 7:15
   160:13
**prepare** 16:13
   17:3 18:9,17
   174:13 183:21
**prepared** 118:13
   215:17
**preparing** 163:19
   220:1 280:1
**present** 4:15 164:1
   247:11 251:1
   280:4
**presentation**
   195:10,17 196:16
   198:16 263:14
   279:16
**presently** 26:6,7
**presents** 246:24
**preserved** 32:11
**preserving** 32:16
   33:1
**presidential**
   292:13
**press** 103:22 104:1
   104:4
**presumably**
   235:15 248:20
   250:7
**pretty** 114:3
   115:23 116:9
   143:25 193:13
   213:3 237:22
   250:16 257:22
   277:23

**prevent** 283:12
   285:3
**previously** 33:2,23
   226:12 280:19
**primary** 229:1,17
**prior** 196:23 268:8
   268:24 272:21
**priority** 98:13
   102:3 143:23,24
   144:1 151:25
**privacy** 1:6 11:15
   21:20 32:11,14,15
   32:16,20 33:1
   242:3,11 246:10
   247:1 252:11
   270:25 310:5
   312:1
**private** 11:7 161:3
   161:9 175:22
   176:1 178:2,11,14
   178:18,20,22
   179:6 181:19
   184:15,18 185:7,8
   185:11,21 187:17
   187:18 193:9,12
   193:14 196:17
   197:8,25 215:23
   218:15,15 229:2,5
   229:17,19 239:20
   255:7,8,14,16,18
   255:22 256:9,10
**privatization** 9:7
   236:17 245:11,17
   245:24 246:22
   247:8
**privatize** 238:14
   239:21
**privatized** 254:24
   255:6
**proactive** 9:18
   274:2

**[probably - publishing]**

**probably** 26:19
61:10 65:23 87:24
143:19 166:7
200:14 212:22
289:18 297:23
**problem** 139:24
180:16 283:15,17
283:21,25 285:8
285:21,23,24,25
286:6,24 290:16
291:9 293:25
**problematic** 156:4
**problems** 275:15
**procedure** 310:19
310:20
**procedures** 38:21
**proceed** 154:4
**proceeding** 12:4
**proceedings** 309:3
309:11,13
**process** 65:2,4,10
67:10 68:18 91:25
92:4 117:21
158:12 168:19,25
169:23,25 170:15
202:25 209:13
219:6 235:20
238:24 239:2
241:21,24 242:1
246:3,12,21 247:7
278:12,15
**processes** 229:3
246:5 274:10
277:8
**produce** 210:14
**produced** 18:10
18:10,13 19:19
116:19 121:14
129:20,25 139:12
181:10

**product** 6:8 7:24
9:10 20:18 24:5
27:6 29:17 30:5
30:14,23 31:5,8,9
31:13 32:4,17
33:4,6,8,10 34:2
34:10 41:12 52:21
54:15 58:25 59:22
63:2 65:9 76:8
77:14,16 87:17
88:2 152:23 158:1
158:2,3,20 168:20
169:1 172:15
181:23 184:4
230:9 232:8 234:9
266:22 299:22
**production** 19:14
19:14,24
**products** 31:19
41:10 184:9
**profile** 1:7 11:15
286:10,12,14,15
286:17 310:5
312:1
**profiles** 285:13
**profits** 27:25
**programming**
64:8
**programs** 20:18
20:19
**progress** 53:8
59:12,15,18,23
60:19 170:2
**project** 54:5
187:22 194:8
**projects** 166:17
167:9 183:11
185:15 188:5
254:19 257:18
**promise** 203:13

**promised** 153:2
**promises** 209:17
209:25
**promotion** 24:7,16
27:2 28:14,15,17
**prompt** 94:3
**proposal** 197:10
**proposed** 113:4
**propounded** 309:7
**protections** 271:1
**protective** 273:8
**protocol** 306:6
**provide** 29:22
47:1 55:24,25
128:3,11 132:1
153:3,23 172:23
174:18 197:24
201:16 221:25
226:15 237:15
238:5 254:7
256:11 272:7
**provided** 25:14
50:11 52:17 59:11
59:18 74:25 137:2
203:1,17 221:22
232:15 245:15
295:17 300:22
310:19 311:8
**provides** 65:12
197:25 201:21,23
202:24 203:6,19
225:1
**providing** 50:23
82:21 91:25 92:4
137:11 165:13
234:20 242:6
254:12 271:3
**provision** 244:13
**provisional** 307:12
**proxy** 93:20

**ps12** 182:14
**ps12n** 7:22,24 9:6
171:7 172:11,15
172:20 174:10
181:23 238:13
239:10 240:12
245:11,17,23
246:21 247:7,23
**public** 46:24 67:14
67:14 78:22 79:1
79:8,15,21 80:13
81:5 117:17 162:7
162:8 175:24
178:13,21 188:8
234:1 235:16
241:16 255:7,14
255:16 256:9
283:12 285:3
**publication**
230:18,20
**publicly** 182:20
189:24 190:7
194:16 230:15,22
230:25 234:15
235:2,10,11,14,22
238:17
**publish** 43:23
50:13 51:14,19,20
202:4 204:7 205:8
205:13,14 262:4
**published** 15:9
27:16 51:23 52:4
52:16,17 205:8,22
205:23 206:16
**publishes** 54:19
204:19 205:10
206:9
**publishing** 43:21
204:12,21 209:17
210:2,13 211:3,10

Veritext Legal Solutions
866 299-5127

**[pull - reason]**

pull 103:7 110:2
  114:1,11 206:7
  209:12 213:13
pulled 114:24
pulling 100:2
  211:20 212:4
  213:12 245:21
purchase 210:4,21
purchased 61:6,9
purchasing 60:12
purdy 87:13
  213:16
pure 208:11,12
purely 51:18
purpose 46:13
  71:13 221:2,3
pursuant 309:12
put 41:17 107:17
  109:23 159:1
  169:16 206:5
  249:4 253:2
putting 168:18,25
  190:4 251:14

**q**

q&a 10:5
q2 233:13
q4 233:13,25
question 6:12
  13:19,20,21,22,23
  14:12 16:4 30:17
  48:21,21 64:13
  69:4 72:2 78:1
  81:13 98:22
  101:12 103:2
  104:12 106:3
  116:6,7 124:16,25
  130:18 133:9
  136:20,22,23
  137:6,8,12,16
  139:18 145:9,13
  149:11 150:14,17

161:18 178:25
  227:22 240:1
  301:19 303:4
questions 14:7
  21:12,13,15,19
  23:16 29:12 72:6
  75:8,10,17 89:4
  98:24 129:4 152:3
  200:13 207:4,7
  278:11,14 305:6
  305:16,22 306:8
  309:7
quick 61:18 174:3
  202:20
quicker 304:20
quickly 21:3 186:8
quip 9:21 280:15
  280:17,18,20
  281:12 282:11
quite 117:24
  213:11 220:16
quote 204:21
  205:21 206:10,11

**r**

r 312:3,3
r&s 311:1,9
rachel 20:15
raised 223:17
  285:22
raising 270:25
ran 22:11 23:18
  176:9
rank 54:6
rant 146:8
rash 306:1
rationale 154:6
rb 153:23 154:1,23
rcp 175:24 185:9
reach 101:16
  274:8 278:10

reached 271:17
reaching 278:13
reaction 296:1
read 19:7 48:21,23
  59:7 60:2,6 71:4
  72:4 78:9 81:16
  81:22 83:23 84:13
  89:7,11 91:3
  93:11 95:13 96:7
  96:12 99:12,20
  102:21 104:3
  105:1,17 106:7,17
  107:8,9,14,20
  108:5,11 109:9,14
  109:18 110:14
  113:3,19 114:6
  116:7,8 117:16
  135:17 136:20
  145:9,13,14
  153:17 155:14,14
  155:16,24 156:8
  156:24 160:14
  162:22 163:10
  166:2,23 168:17
  169:21 172:4
  173:25 175:14,23
  176:10 177:8,17
  178:3 179:8 180:6
  182:2,17,19
  184:21 191:11
  193:10,17 200:10
  203:10 204:21
  207:8 209:21
  210:2 214:16,23
  215:11 216:13,17
  224:21,23 227:13
  227:15,17,18,25
  234:11 235:18
  236:22 238:7,9
  242:22 243:5
  246:23 249:22

251:4,8 252:17,20
  259:2 260:4
  261:17 266:24
  267:11,12,15
  271:10 277:14
  278:8 282:13
  290:7 291:2,13
  293:2,7 298:25
  302:7 306:7,8
  308:6
reading 58:17
  89:10 95:5 108:12
  136:5 167:5,7
  177:12 203:16
  243:9 244:21
  251:24 253:14
  259:8 263:6,8
  270:17 283:24
  294:16 310:23
  311:9
reads 111:2 257:7
ready 207:6 307:2
real 280:24
really 13:17 18:2
  52:9 62:19 89:17
  103:8 107:22
  111:7,7 130:17
  137:8 143:15,15
  144:3,4,10,20
  150:15 163:7
  166:13 167:4,6
  188:2 191:23,24
  196:20 212:14
  226:19 228:8
  242:1 256:5,24,25
  260:20 261:3,8
  306:15
reason 37:5 72:19
  72:24 100:23
  166:19 240:16,20
  312:6,9,12,15,18

**[reason - reflect]**

312:21
**recall** 17:12 18:2
19:23 26:4,20
34:2 35:10 53:24
57:12 60:23 66:10
71:8 76:22 86:5
88:10 89:11,13,16
89:24 90:1,3,25
92:15 94:12 96:10
96:13,14,17 97:4
98:18 100:11
103:8,10 104:7
109:10 117:2
120:12,13,17,20
122:12 132:3
139:21 140:10,13
140:18 144:4
151:11 159:13
161:8,11,12 164:2
164:9,20 165:7,12
166:11 167:3
174:8 176:14
181:18,21 182:13
182:23 183:18
184:8 185:10
191:2 192:3,25
198:14 200:22
219:10 223:20
224:25 225:2,3
226:22 227:3
237:21 239:11
243:8,18,19 244:5
245:19 247:22
249:14,23 255:5
256:25 257:2
266:11 269:17,24
270:12 274:17
275:4 278:4
279:16 280:5
283:17 289:15
291:18,19 298:11

301:9 305:10
**receive** 72:19,25
79:21,24 90:19
119:5
**received** 19:21
72:15 87:19 90:11
109:8 119:8
121:11 129:19
160:16
**receiving** 197:1
224:25
**recess** 122:2
**recipient** 18:5
72:18,22 88:9
169:10,16
**recipients** 158:6
**reciprocate**
212:19
**reciprocity** 49:18
49:24 50:3,17
52:11,21 53:3,9,16
53:25 83:14,15
208:24 209:8
212:16 213:18,21
**recognize** 126:4
164:19
**recollection** 17:19
24:23 26:19 82:16
88:15 96:18 97:7
100:7 102:22
108:1 130:6 132:6
133:4,8,12,15,19
135:24 136:4
139:23 155:1
168:24 170:16
176:16,22 183:7
191:13 217:11
219:14 220:22
225:8 226:8,20
255:21 256:20
257:10 263:16

269:21 275:2
278:13
**recommendation**
103:11 105:11
110:23 111:20
153:4 154:3
158:20,25 179:3
246:25 249:11
254:12
**recommendations**
103:4 246:19
247:12,19 249:1
249:19 252:12
256:19 295:17
**record** 11:5,9,11
12:4 13:11,18
19:12,22 48:23
58:19 62:2,3,6
86:9,12,13,15
116:8,17 121:22
122:1,5 145:14
151:18 159:3
160:8 170:23,24
171:2,4 181:12
214:4,5,8,12,22
223:24 265:17,18
265:21 286:19,22
304:25 305:1,4,7
306:14,17 307:4,8
307:10 309:11
**recorded** 11:12
133:23 309:8
**recording** 11:10
186:11
**records** 216:15
219:11
**refer** 68:21 84:9
98:16 107:1
124:10 221:17
234:12 275:7
279:24

**reference** 136:15
152:1 181:8
207:23 237:3
269:12 275:9,12
299:6,8 300:20
**referenced** 112:21
222:10 247:23
282:22 286:18
310:6
**references** 269:16
**referencing** 201:3
210:13 214:17
270:4 283:21
299:14,14
**referred** 89:21
92:17 108:13
122:24 154:14
174:9 233:4
275:18
**referring** 60:8,9
73:22 98:14 107:7
109:24 113:10
114:23 115:24
116:10 123:23
140:20 156:25
170:10 177:20
178:14 181:5
218:5 236:2,4
241:19 245:19
263:17,19 264:22
265:5 300:9,14
**refers** 102:11,15
102:19 112:15
141:22 161:22
164:9 172:20
174:10 178:22
179:7 180:24
245:25 276:17
**reflect** 180:12
213:23

[reflected - report]

**reflected** 160:17
215:1
**reflection** 132:24
**reflects** 185:18
252:10
**refresh** 17:19
82:16 88:14 100:7
108:1 132:6 133:4
133:8,12,15,19
135:24 136:4
176:16,22 226:8
256:20 269:21
275:1 284:5
**refreshes** 102:22
191:13
**regard** 64:11 68:8
70:6 132:4 177:8
248:14 284:2
301:11 306:2
**regarding** 36:15
59:3 96:6 132:6
132:11 245:16
247:12 272:7
**region** 28:3
**regions** 39:12
**regularly** 59:5,14
87:23,24 123:5
166:11,15
**regulate** 53:21,23
**relate** 253:17
**related** 11:16,25
27:21 36:23 37:1
45:11 121:13
199:17 261:15
299:19
**relates** 98:12
**relating** 170:17
248:3 268:14
269:13,18
**relations** 208:10

**relationship** 42:9
57:14 73:4 85:17
212:25
**relationships**
268:9,25
**relative** 294:5,7
309:15
**relatively** 293:18
294:2,3,11
**released** 24:13
310:21
**releasing** 96:1
**relevant** 27:11
136:8,12
**reliant** 154:10
155:6,21 156:2
**rely** 136:16 137:1
137:10
**remaining** 121:20
**remember** 11:8
16:16 21:22 24:21
25:3 26:12,14,15
60:20 66:6 68:19
69:19,21,25 77:2
78:2 82:19 83:6
83:19 84:17 90:6
92:21,23,24 96:6
96:22,23,24,25
97:3,6,9 100:18
101:3,18 102:12
102:16,20 103:14
104:16,20,23
105:14,20 106:9
106:18 107:12,14
107:24 109:15,16
112:2,10,13 113:2
117:18,19,23
118:12,16,20,23
119:1,4 120:10,16
126:12 128:5,8
130:8,10 131:4,7

132:22 135:13
136:11 142:1,7,19
143:14 144:3,11
144:14,19 145:5,8
145:25 146:12,24
147:19 148:10
150:1,8 151:14
154:16,25 155:11
156:6 157:1,5,10
157:21 161:14,15
161:19,21 162:1
162:13 163:21
164:4,24 165:4,6
165:11 166:13
167:4,22,23 168:2
168:22 169:2,3
170:6 172:21
174:12 175:4
177:19 179:10
180:1 182:16
183:1,12,19
184:11 185:13
188:2 189:13,16
189:20 190:12,14
191:6 192:4,5
195:20 198:22
203:15 210:12
215:7,13,24 216:1
216:4,8 218:19,25
219:3 220:14,25
223:2,9,11,13,15
227:6 228:5
229:14,15,16,21
230:11 238:21
239:18,25 240:13
242:24 243:5,10
243:22 244:1,1,7
245:3 246:2,4,6
247:4 248:11,23
249:25 250:13,15
251:21 253:12,12

254:19 255:12
256:4,17 257:17
257:19 258:16,21
262:23 263:2,5
266:5,13 269:4,8
272:3,9,12 273:13
274:20,23,25
275:8,21 276:15
276:25 277:19
278:16 280:8
281:18 282:7
287:20 293:5
301:13 302:7
303:20 304:6,15
306:5
**remembered**
17:24
**remind** 17:23
215:21
**reminder** 116:15
207:24
**remote** 1:15 2:8
3:1
**remotely** 1:23
2:11 4:15 11:21
12:2
**removal** 182:15
237:24 238:1
239:3
**removals** 237:19
**remove** 94:18
115:19 233:11
**removing** 93:13
96:4 182:4 288:18
**repeat** 16:3 25:9
30:17 48:20 58:16
101:11 124:25
227:22 284:10
**replaced** 117:10
**report** 20:8 59:18
121:6

[reported - right]

**reported** 1:23
186:5 287:19
**reporter** 2:12
11:23 12:24 13:5
14:3 30:16 45:19
92:3 101:10
116:12 186:4,12
221:6 231:23
259:22,25 284:10
287:1 301:18
306:18,22 307:1,9
309:2
**reporting** 159:16
159:17,18 186:10
**reports** 20:14
159:18
**repository** 60:10
**represent** 122:22
139:12 160:8
181:6
**represented** 46:7
**representing**
53:12
**reproduce** 139:7
**request** 95:19
110:6 127:19
174:18,18 224:2
232:3
**requested** 114:1
114:12 118:14
170:20 231:23
309:14 311:1,9,10
**requesting** 163:10
163:14
**requests** 8:17
75:12 307:11
**require** 134:16,17
238:12 239:9
240:4,10 252:7,22
252:25 253:10
254:9 255:2

**required** 119:10
233:22
**requirement**
203:12
**requirements** 9:6
245:11,17,23
249:5
**requires** 15:20
16:8,8 239:20
**requiring** 185:5
187:12
**reschedule** 159:25
**research** 20:18
30:8,20 32:5,7,9
33:12
**researcher** 32:10
217:4,7 291:3,6
292:2
**researchers** 32:11
33:5,9,14 39:13
291:24
**reservation** 29:3
29:25
**reservations** 29:4
30:2
**reserve** 19:23,25
306:1,4,8
**respect** 49:24
**respond** 142:14
175:11,13 276:21
**responded** 276:24
277:18
**response** 15:24
16:7 174:17
175:14
**responsible** 33:23
200:25 232:17
248:5 267:13
268:5,13 290:19
**rest** 60:6 141:9

**restate** 13:21
48:19
**restaurant** 29:2
**restricted** 231:7
**resume** 20:25 21:4
30:7,19 31:3
34:14
**retain** 288:19
290:10
**retained** 307:6
**return** 310:17
311:6
**rev** 6:16 88:4
**reveal** 18:24
**revenue** 63:9
212:1
**review** 9:19 17:3
17:14 18:16 119:8
119:10,22 120:2
246:9 247:1
252:10 255:1
273:8 274:3
275:24 279:8
305:23 309:13
310:8,10,13 311:2
**reviewed** 17:7,11
18:9 110:10
119:11 120:18
121:1,5 242:3,11
243:2 246:15
**reviewing** 241:22
247:22
**reviews** 119:5,13
120:5,22 121:11
241:18
**revisit** 296:22
**revoke** 96:19
163:25 164:3
280:3,7
**rfalconer** 4:11
310:2

**riana** 230:14
**rid** 263:20
**right** 14:11 19:23
26:21 30:4,15
31:3,16,20,21,22
32:2 35:23 37:15
37:20,24 38:18
40:16 41:14 43:11
44:2,5 46:18 47:6
47:15 48:16 49:5
49:16 50:20 52:11
52:22,25 56:7
58:3,15 59:1
60:15 61:6,21
72:20 73:4,14,25
75:25 79:4,9,22
80:23 81:14 83:24
85:1,7,10,15,19
87:14,20 93:6
94:22 97:19,21
98:1,5,25 100:17
100:21 101:9,17
101:22 102:5,25
105:13 106:8
107:4 108:5,5,6,9
108:10,12,16
109:9,25 110:4
111:1,4,8,21,25
112:5,7,16 113:14
113:21 114:5,9,15
115:2 116:5
117:11,17,21
118:3,11 121:22
123:12 124:15
125:22 126:18
127:13 131:9,13
131:17,22 136:18
138:20,25 140:14
141:4,8 144:5
147:2,9,21 148:13
151:4 152:17

**[right - says]**

153:11 154:20
155:23 156:5
158:8,14 159:21
160:1,4,14,18
161:22 165:5
166:17,23 169:17
169:20 171:24
172:3,24 173:17
173:20,23 174:23
176:10 177:3
178:8,16,24 179:8
179:13,16 180:18
181:3,13 183:22
184:1 185:19
187:19 188:1,7,10
188:21 189:5,25
190:9 192:10,15
192:23 193:13,17
193:23 194:3,10
194:13,17,21
195:8,13,19 196:5
196:9,13,19 197:2
197:8,15,19 198:1
198:3 199:10
200:6,25 201:23
203:3 204:10
208:15,24 209:22
210:16 211:1,5,6,9
211:19 213:3,19
213:22 214:16,24
215:4,18 216:2,3,6
217:17 220:6,12
220:13,18,20
221:13 229:24
230:5 231:14,18
233:6 234:23
237:16,20 239:1,3
239:15,17,24
240:6 246:14
247:2,8,19 248:3,6
248:15 250:8,25

251:1 256:16
258:4,6,10,14,18
259:6 260:1
261:10 262:9
263:10,21 264:13
264:20 268:15
269:10,13 271:18
272:6,25 273:23
289:25 291:7,10
292:23 295:13,20
298:17 300:4
301:17
**rights**   20:1 306:1,5
**risk**   103:19,21,25
170:5 229:4,18
**riskier**   251:13
**rob**   200:20,22
203:2
**robust**   60:25 61:1
**rohrback**   3:4 12:9
12:15
**role**   28:10,21 32:5
33:18 46:16,20
68:14 104:19
108:3,6 119:1,19
125:5 162:13
165:7 246:2 266:5
269:22 284:22
286:23
**roles**   34:12
**rollout**   7:12 159:5
159:20,25 161:24
214:11,13
**roman**   283:25
**room**   32:20
168:12
**rooney**   10:4 297:6
**ross**   4:8
**rotating**   281:5
**rough**   306:20

**royal**   153:21
**rude**   167:2
**rules**   13:16 232:18
311:8
**run**   23:15 43:22
233:6 254:25
**runs**   34:4 166:16
268:6,23 269:16
269:17
**russ**   12:16 181:13
306:10
**russell**   4:5 310:1

**s**

**s**   3:18 6:1 7:1 8:1
9:1 10:1 312:3
**safe**   91:8 169:25
170:15
**sales**   21:24 29:10
37:22 41:24
152:22 153:19
154:9 155:5,7,20
156:1
**salesforce**   55:21
276:4
**samsung**   270:23
**sangani**   231:20,25
**save**   37:4 200:14
**saved**   278:19
**saving**   37:10
**saw**   17:24 18:1
122:9 207:22
214:14 226:12
243:24 258:5
271:2
**saying**   50:15 58:3
79:22 82:20 83:4
83:9 103:23,24
109:13 112:24
113:5 142:9 144:9
148:16 157:3
166:25 171:24

177:7 179:4 192:3
192:19 196:7
197:21 204:19
208:13 209:19
212:2,22,24 224:9
226:2 243:25
253:21 264:15
294:9 303:22
304:5
**says**   58:25 59:22
74:4 77:4,10 78:9
79:10 81:7,18
82:23 84:4 85:2,8
85:9 86:5 88:3
90:9 91:13,20
93:5,11,12 95:13
95:17 98:7 102:13
103:20 108:10
111:22 112:3,5,14
112:24 114:9,10
115:6 123:14
127:3,6 131:10
139:17 140:16
141:8,9,16 143:1
146:20 147:5
155:25 158:15
160:19 161:2
163:10,11,14,15
163:23 166:14
168:4 173:15
178:17,18 180:10
183:24 184:3,15
186:24 188:3
195:21 199:13
202:15 207:18
212:13 216:7
227:9,21 228:13
228:25 231:20
232:21 234:24
237:4 246:17
250:4,4 259:3

[says - set]

261:8 268:22
277:10,25 278:6,9
278:21 283:2,11
284:8 285:2,6,24
286:4 287:22
288:16 298:4,7
300:7,16 306:6
**scandal** 271:13
272:6,14 291:1,13
291:17 292:21
293:3 294:16
296:17 298:18
**scandals** 272:14
**scenario** 80:10,15
136:9
**scenarios** 100:5
129:7
**schedule** 23:15
310:10
**scope** 23:23 52:2,8
53:15 219:21
**screen** 15:10,10,16
20:25 57:23 86:19
93:8 97:14 122:17
124:18
**screened** 241:3
**screening** 241:1
**screens** 241:12
**screenshot** 208:6
**screenshots**
207:20
**search** 281:9,10
**searchable** 281:6
**seattle** 3:9
**second** 59:25
86:10 99:8 102:13
109:20 123:17
140:5 143:24
152:19 160:20
169:21 172:8,13
173:22 184:12

186:13 187:9
202:22 227:19
249:18 251:7
260:3 267:21
268:5,22 298:19
**section** 175:2
267:19 268:14
288:14
**section.mp4** 8:4
**see** 15:8 58:22
59:12 72:3 74:10
74:22,23 77:10
78:5,7,24 79:23
83:7 86:4 87:11
88:3,5,7,22 91:11
91:18 92:13 93:5
93:24 94:10 95:15
97:17 98:9 99:10
99:17 102:22
110:8,12 114:14
115:3 116:4
123:14 124:16
126:11,15 128:1
136:15 138:11
140:8 152:14
153:5,7 158:14
160:24 161:6
162:4,11,21,23,24
163:1,2,9,12,13,16
166:1,9 167:13,18
168:16 169:8,12
171:10,12 172:18
173:9 175:9 178:4
178:10 180:14
181:4,8,25 183:15
184:6,16,18 187:7
187:13 199:6
202:22 208:2,8
209:9,19 224:7,8
227:7,9 229:7,8
230:6 231:11,13

232:6 236:18
237:2,10 239:6
245:13 246:1
261:17 266:23
267:7,23 268:2
273:9,10,25
274:24 277:9
283:3 302:9
**seen** 15:20 66:5
151:22 286:1
287:6
**selected** 17:16
**self** 284:5
**sell** 39:10
**seller** 23:9
**selling** 291:4
**send** 37:3,10
130:15,20 208:4
298:22
**sender** 18:5
**sending** 131:12
166:19,25
**sends** 159:19
166:15 173:11
**sense** 17:22 22:19
22:24 27:19 34:15
38:22 39:18,19,22
39:23 40:14 41:4
41:12 46:19 51:2
52:12,15,20 53:4
202:4 228:21,22
233:17 243:15,16
259:11
**sensitive** 185:4
187:11 195:18
196:4,11 208:1
215:22 228:18
252:24 253:9,16
254:3,7
**sensitivity** 175:20
177:6,11 179:21

179:23,25 180:4
193:7
**sent** 37:6 87:8
99:16,17 109:2
113:15,17 131:8
134:25 135:10
137:9 138:24
166:12 169:10
175:12 226:23
271:5 277:13,16
277:18 287:14,14
**sentence** 84:23
107:18 246:17
251:20 261:17
267:1
**separate** 82:12
114:23 160:22
**september** 21:7
28:18 58:15,20
159:4 160:17
206:23 207:14
211:16 213:14
230:4,12 233:7
284:8
**series** 123:1,11,16
166:8,17
**serve** 25:18
**served** 71:13
**service** 27:20
29:23 31:12 55:24
55:25 123:3 279:2
279:3,4 280:18,20
280:21 281:4,6,9
281:12 282:11,20
286:14 299:5
300:19
**services** 55:18,20
64:9 281:5 285:16
**serving** 25:15
**set** 33:15 81:19
126:23 230:16,22

**[set - sorry]**

231:1,7 309:4
**setting** 85:13
**settled** 201:9
202:16
**sev** 287:23,24,25
288:12
**seven** 307:6
**severe** 288:2,2,4
**share** 15:10 19:3
20:25 57:23 71:24
86:19 93:8,14,17
94:8,21 97:15
122:17 124:21
191:22 192:1
194:20 197:13
205:21,22 206:11
208:20 209:13,18
210:21,22 211:14
213:7,7,8 260:12
260:18,22 261:23
262:3 264:3 265:1
294:4
**shared** 46:17
77:11 90:14 92:2
92:8 94:25 206:13
260:13 294:13
**shares** 48:4,5
191:18
**sharing** 15:16
16:11 46:22 69:10
69:16 70:7,11
85:18 91:9 124:19
189:5 192:9,22
208:9,15,22 210:4
210:15 213:6
258:14 261:9
262:9,15 263:4
264:14 265:3
270:22 271:17
280:21 285:20
286:5 296:2 302:8

**shawna** 4:22 11:21
**shifting** 28:22
**ship** 54:16
**shopping** 209:15
**short** 91:24 222:2
**shorthand** 2:12
309:2
**shortly** 97:14
192:20
**shots** 207:23
**show** 15:4 20:23
45:25 46:10,10
57:22 71:20 97:14
140:4,15 215:2
266:14 296:4
**showed** 97:4 188:6
188:7 191:1
192:11 214:22
215:24 258:22
263:9
**showing** 86:18
97:19 139:20,24
140:11 230:2
236:13 245:7
273:4 280:15
287:12
**shows** 106:7 153:9
169:19 176:7
192:24 237:18
**side** 22:5 65:7,9
144:8,25 145:20
161:22 201:18
**sides** 213:6
**sign** 306:7,8
310:16 311:5
**signal** 71:1
**signature** 309:23
310:21,23,23
311:9
**significant** 70:1
95:9 291:20

**simon** 7:11,18
8:15,22 110:2
114:11,23 152:13
159:3,10,19
165:23 166:11,25
169:10,16 171:5
171:13 172:1,10
172:16 223:25
236:14 237:13,24
238:3 245:9
266:20
**simon's** 7:18
165:24 166:8
**simple** 137:8
**simplification**
167:12,16,21,25
168:16 169:7,21
224:17 226:12,14
226:16 227:8
247:25 248:3,6,15
**simultaneous**
30:11
**single** 167:16
299:23
**sit** 146:13 147:2,21
157:11 165:12
168:23 251:24
253:14
**sitting** 254:14
**situation** 136:8
244:24
**situations** 186:21
**skim** 200:14
**slack** 35:11,12
**slate** 104:10 108:2
301:3
**slide** 159:19
160:12,16,20,22
161:22 162:2,19
163:17 174:1,13
174:18 176:14

181:25 183:3,5,5,8
183:10,18 186:18
215:17,24 216:1
219:24 239:16,18
**slides** 246:18
**small** 28:24 29:23
293:18 294:2,2,12
**smarttv** 164:14
**social** 24:10,13
25:7,11,15 26:13
26:17 94:2 156:15
203:20 261:1
**socialcam** 222:1
222:14,16,17,22
**software** 34:20
55:23 286:17
**sold** 61:12,15
154:9 155:5,20
156:1 293:16
**solutions** 11:22,24
307:7 310:7
**solve** 283:15,21,25
285:8,24
**solved** 290:17
**solving** 100:6
129:7
**someone's** 222:23
**sorin** 78:5
**sorry** 16:3 17:22
17:22 22:19,22
23:17 24:24 25:1
25:2,9 26:14
33:16,20 34:15,22
36:9,22 38:14
42:12,14 43:1,12
48:19 55:17 56:9
57:7 58:16 59:9
64:17 65:14 67:15
68:11,25 70:3
72:21 80:25 86:23
87:2 88:18 89:20

**[sorry - spend]**

93:7,10 98:22
103:2 104:12
106:3 116:3
122:13 124:16,25
125:18 127:24,25
128:15 137:15
140:7 143:6 146:8
161:18 162:20
168:6 169:13
172:4 173:14
177:18 178:25
180:22 184:17
190:3,13 193:18
193:24 195:3,4,9
205:13,17,19
214:17 218:4
219:24 221:20
222:8 227:17,22
239:16 241:8
242:8,15 243:15
245:21 260:8
261:22 272:23
273:10 279:21
283:4,8 284:4,4
286:11 287:1
288:16,17 291:25
292:6,7 301:18
306:23
**sort**  70:13 141:1
225:17 305:25
**sorted**  295:14,16
**sorting**  101:15
164:21 237:19
295:11 296:4,8
**sorts**  65:12
**sought**  68:9
**sound**  206:7
**sounded**  262:21
**sounds**  28:15
37:14 49:16
114:22 143:6

158:25 177:20
180:8 188:12
195:14 204:17
208:18 246:15
257:9
**source**  60:14
**sources**  235:16
**space**  88:24
**spamming**  90:16
90:17 91:9
**spanned**  90:5
**speak**  11:9 14:1
16:22 33:7 35:13
43:5 45:13 47:25
52:9 54:17 62:13
64:10 65:9 199:23
228:8 234:20
242:1 256:5
**speaking**  64:22
186:7,8
**spec**  170:1
**special**  4:16 6:22
7:9 12:21,22 41:8
98:4,11,14 151:20
151:23 152:1,16
154:14,17 168:6
168:11 170:20
276:13 305:8
306:2
**specific**  24:21
26:12,18 28:3
46:9,16 47:23,24
48:7,8 54:5,12
56:17 64:18 68:3
72:6 80:9 89:20
90:7,25 91:1
92:24 96:8 99:25
101:8 112:11,14
113:11 121:4
134:22 136:9,11
136:12 177:21

192:5,12 194:5,11
196:7 198:20,22
207:4 216:8
237:15 243:18,19
244:25 251:21
272:13 278:7
284:19 288:3,13
290:23 298:15
300:13
**specifically**  15:1
19:10 21:22 23:7
25:4 27:9 40:24
43:10,17 57:3
60:21 61:10 63:10
66:10 68:8 77:25
79:11 88:12 89:12
89:15 90:2 94:16
95:4 96:13,17,22
98:18 105:14
107:5 109:17
114:7 117:12
120:14 129:12
137:13 145:6,9
154:17 155:12
166:14 169:2
174:6 177:3 180:1
183:4,12 184:11
188:11 189:23
190:12 192:25
203:15 210:12
214:25 216:4
217:13 222:10,20
223:9,13 225:2,14
229:15 230:11
233:2 234:7
237:21 239:25
242:20,24 243:8
243:22 244:5,6,11
244:20 245:16
246:1,6 247:4
253:25 257:20

258:16 259:13
261:15 262:10,23
263:17,19 264:21
265:5 268:13
269:5,8,19 271:20
273:16,20 274:19
274:21,22 275:8
276:7 277:20
282:7 286:18
290:18,22 293:12
293:22,23 294:23
295:9 298:13
299:13 300:5
301:13 302:5
**specificity**  125:24
127:15 128:9
179:10 185:14
189:16 218:5
240:14 254:20
293:15 294:21
**specifics**  33:7
62:14 63:19,23
66:3,7 73:15
74:15 100:11
128:17 225:23
291:11
**specify**  32:17
104:8
**specifying**  185:2
187:5
**speculate**  107:22
119:23 134:9,12
134:16,17 135:15
144:10 149:17
150:23 157:22
196:20 252:8
**speed**  267:21
**spell**  13:11
**spend**  167:6
297:24

[spending - subject]

spending 40:15
spent 117:24
   299:18
spoken 266:7,9
sports 60:16
spreadsheet 6:24
   17:9 103:8 113:10
   113:25 114:4,8,15
   118:14,22 122:16
   122:23,25 221:19
   224:5
sql 72:11
sso 81:25 82:25
   85:3
stack 54:6
stage 170:3
stand 70:7 272:16
   294:21
standard 99:24
   101:8 102:8 164:6
   185:1 187:5
   203:13 220:3,4
stands 34:2
starbucks 153:22
   153:23 154:7
   155:4,8,9,19,25
start 15:15 21:4
   66:15 81:17 172:7
   206:25 246:8
   282:6 306:11
started 35:1 37:16
   68:23 69:2 111:3
   120:16 233:14
   281:11 284:13
   291:9 293:7
starting 289:12
starts 30:7,20
   81:17 84:24 113:4
   113:14 152:6
   200:19 224:9
   230:13

state 2:14 12:3,5
   13:11 15:1 27:18
   68:25 105:21
   150:22 161:18
   178:25 188:17
   208:5 213:4
   249:19 272:24
   289:5 306:7
   308:13 310:9,12
stated 94:23
   288:24 290:15
   294:20 300:21
statement 62:15
   119:25
statements 309:7
states 1:1 11:16
   27:13 103:24
   162:7 174:24
   180:25 201:8
   203:18 244:13
   267:9 279:6 285:8
stating 208:18
stay 233:21
staying 127:21
stenographically
   1:23 309:9
step 191:24 260:21
   278:1 279:7
stepnowsky 8:20
   230:3,10,13 231:3
   231:13,16 232:21
   234:24
steps 7:22 171:7
   172:11
stipulation 310:20
stonelake 34:5
stood 263:13
stop 16:11 82:15
   156:4,20 166:25
   258:14 259:4
   263:4 281:23

stopped 281:21
stopping 265:13
store 211:21
   278:24
stories 50:13
   213:7
storing 279:1
story 43:23 298:6
strategic 24:10
   104:25 105:4,7,9
   105:13,25 110:16
   110:21 111:6,16
   111:24 115:20
   117:15 118:2
   123:19 124:5
   126:13 156:12,14
   156:16,18 157:8,8
   157:13,13 165:2
   165:10 176:1
   178:18,20,22
   179:6 185:4
   187:11 193:12,14
   195:18 196:4,12
   215:23 252:24
   253:9,16,24,24
   268:7,23
strategically
   209:10
strategy 31:14
   154:6
stream 71:4 95:13
   96:7,12 105:1,17
   106:7 107:8,10,14
   107:20 113:19
   162:22 163:10
   182:19 224:21
   227:13,25 248:10
street 3:19 4:18
strictly 211:18
strike 241:2

string 59:10 72:7
   73:2,23 76:16
   78:4,7 81:8,14
   98:25 99:7,15
   106:6 108:20
   111:4 113:1,3,14
   129:2 136:16
   152:2,7 166:6,7
   167:11 169:5,6,9
   171:23 172:8,9
   174:14 175:15
   180:10 199:8
   200:8 206:22,25
   207:14,16 209:2
   211:15 213:10
   273:23
structure 33:1
   59:12 85:14,16
structured 84:23
struggling 68:2
studied 52:4
studies 32:12
   51:25 52:1
stuff 189:18 237:7
   250:20 289:13
subheading
   270:21
subject 7:21 8:16
   8:23 9:5,17 10:5
   58:22 72:2 81:12
   88:3 98:4 99:12
   136:1 138:9
   151:19,21 152:7,8
   152:16 153:10
   154:18,20,21
   159:5 161:16
   165:24 171:6
   172:10 199:4
   206:23 224:1
   236:16 237:14
   245:10,20,22

Veritext Legal Solutions
866 299-5127

**[subject - techcrunch]**

254:13 266:21
273:7 275:2
296:23 297:15
**subjects** 135:9
**submitted** 127:17
**submitting** 65:3
**subpoena** 15:24
16:7
**subset** 288:19
290:10
**suggest** 60:11
254:6 267:12
**suggested** 298:20
**suggesting** 180:5
**suggestions**
174:24
**suggests** 239:8
**suit** 274:16 276:19
**suite** 3:8,19 4:8
**sum** 118:25
**summarizes** 174:1
174:19 183:5
**summary** 7:4 8:19
9:24 138:10
202:20
**sunday** 224:3
**support** 22:9 23:8
23:13 31:11 56:6
62:15 75:23 77:2
142:15 252:18,20
**supportable** 161:5
**supported** 22:24
75:6,8 248:9,9
**supporting** 23:23
246:18
**supposed** 88:18
214:18 294:22
**sure** 14:8 16:6
18:8 22:22 24:4
25:22 28:22 32:25
42:8 48:11,24

53:2,5,10,17 54:1
58:2 61:20 64:13
66:16 67:2 69:4
84:22 86:21
119:14 120:3,6
121:14,21 129:19
129:25 130:14
138:21 140:25
148:15 149:21
166:4,21 173:7
177:21 179:1
181:9,13 186:17
207:8 209:20
214:12,21 217:16
221:11,22 227:23
229:11 236:8,23
241:11 261:5
265:24 277:22
302:17 303:7
304:22 306:4
**surfaced** 271:13
**surprised** 191:17
**suvrat** 283:1,9
284:24 286:9
**swear** 12:25
**sworn** 2:11 13:2
309:5
**sync** 78:11
**synced** 237:23
**synonymous**
124:7
**synthesize** 99:22
**system** 29:3 66:24
141:2 211:20
212:5 228:16
**systems** 30:1
34:20 35:7,8

**t**

**t** 6:1 7:1 8:1 9:1
10:1 312:3,3

**t0** 6:21 7:8 98:4,11
98:13 99:23 101:7
101:24,24 102:1,2
151:20,23,25
152:16 156:11
**tab** 86:8 101:21,24
103:19 125:7
245:4
**table** 29:3,21
31:11 78:21 162:6
163:4
**tabs** 101:21
115:20 123:23,23
126:1 236:6
**tagging** 182:10
**tail** 143:22 287:2
**take** 11:10 14:3,5
14:7,8 33:22
61:18 72:8 89:1
98:19 104:2
121:16 122:18
129:15 152:1
170:19 180:5
188:19 207:2
213:25 222:1
245:18 265:13
267:3 278:24
288:7 304:16
305:24
**taken** 2:9 11:13
13:14 15:25 16:7
91:21 95:1 188:1
210:7 279:10,12
306:12 309:3
**takes** 88:23
**talk** 13:19 31:2,23
35:23 105:18
172:14 199:25
272:6
**talked** 83:14 132:4
152:9 214:10

220:16 258:9
301:10
**talking** 14:4 30:11
51:1 66:13 97:23
102:23 122:8
142:17 151:11
192:17,21 205:25
225:24 242:25
265:23 276:23
**targeting** 144:17
**task** 32:23 33:22
167:23 168:16
170:17 237:19
238:4 248:14,16
248:19,20 268:3
**tasked** 168:24
226:13 269:5
**tasks** 30:13 119:25
120:1 248:2
**team** 23:11,12
24:5 27:6 29:18
31:13 32:9 33:4,5
33:24,25 34:4
48:1 66:20 152:22
153:4 154:9 155:5
155:8,20 156:1
174:2,7 183:6
241:17 246:10
247:2 252:11
270:19 277:7
287:19
**team's** 45:14
274:2
**teams** 7:21 31:8,9
31:15 171:7
172:11 174:5
176:4 299:22,22
**teamwork** 174:19
**techcrunch** 230:15
230:17

**[technical - third]**

**technical** 24:4
32:17 49:14 62:14
63:19,22 66:7
72:12 73:7,15
74:15 76:2,8,11
77:23 80:18
127:14 128:16
141:6 205:9
212:22 218:6
225:9,23 228:7,21
233:3 235:25
250:20 256:13
**technically** 49:15
56:22 69:5 77:9
77:11 141:10
225:10 227:2
235:7
**technicals** 140:24
**technology** 11:20
**tell** 24:11 25:12
28:21 60:21 78:20
80:20 81:3 98:11
118:16 129:9
136:21 137:8
149:10 155:16
167:20 172:20
191:12 199:15
201:13 205:23
225:5 235:4 237:7
245:19 268:21
276:22 280:19
282:21 284:7
288:8 297:25
298:5 302:16
**telling** 84:12
144:25 145:20
148:1 170:12
240:8 262:15
**tells** 128:7 136:16
**tend** 199:22
298:14

**term** 39:24 49:24
71:1 72:13 91:24
92:9 141:24 150:7
154:6 202:21
219:2 226:11
256:21 275:10,22
275:23 286:12
**terminology** 48:12
48:25 179:2 190:4
217:17 282:25
**terms** 39:10 40:13
45:8,15 67:20
146:19 148:25
149:18,24 157:15
176:14,23 196:21
197:9 201:9,12,25
202:16,18 210:11
218:5 228:7 243:1
276:3 306:12
**terribly** 186:8
**test** 268:8,24
**testified** 13:3
132:3 289:24
**testify** 14:17 294:9
294:22
**testifying** 15:23
**testimony** 14:3,10
14:21 16:6,23
17:4 77:5 257:9
265:25 272:21
305:8,23 307:5
308:9 309:6,11
**testing** 234:2
**texas** 4:9
**text** 19:18 36:14
36:22
**texted** 36:17
**texting** 36:14
**thank** 12:24 13:5
89:3 99:4 138:4
139:14 168:13

186:12 200:12
236:24 306:9,22
307:1
**thanks** 74:5
180:11
**thing** 89:7 147:4
173:7 244:21
257:1 264:22
277:10 299:23
**things** 15:15 17:24
35:6 39:2,7 50:14
51:14 53:14 70:4
76:23 119:15
136:10 153:16
158:8 177:21
188:25 189:17,23
199:21 212:14
226:13 227:10
252:6,8 253:20
258:9 259:14
275:24 286:13
289:14
**think** 17:2 34:25
35:15 38:12,13
41:16,21 45:8,15
47:8 48:7 50:25
54:7,10 55:19
61:8 63:12 64:21
66:13 68:1 69:11
70:10 73:1,21
82:13 87:11,11,17
98:16 100:23
109:15,22 111:14
113:6,9 114:3
115:9 120:19
121:2,10 128:7
132:5 134:1,13
136:19 137:6,15
140:6 142:3 143:8
144:6,12,22,23
145:16,18 146:4

149:1,3,6 151:9,24
152:21 157:14
159:14 165:16
166:19 173:15
176:24 178:17
179:9 181:10
182:24 185:14,15
186:6 190:11,13
191:23 192:12
197:3,20,20
199:20 204:17,18
205:9 206:6 207:9
208:17,18 210:11
210:12 212:14
222:8 234:25
247:24 250:17,20
259:14,22,24
260:20 264:7,8,22
266:16 270:17
276:17 277:22
278:21 281:24
283:5,20,22 284:6
289:11,17 295:14
295:21 296:11
299:17 303:3,4,12
305:16
**thinking** 97:15
107:23 132:11,19
132:24 134:4,6,14
134:23 135:9,15
135:18,25 136:5
168:8
**thinks** 173:22
**third** 3:8 48:5,14
49:2,9 64:24
65:13 66:9 102:17
140:6,7 167:11
182:2 183:13
187:15 200:9
228:19 229:6,19
241:1,4 242:4,12

**[third - transitioning]**

298:25
**thought**   37:9
  47:24 231:16
  295:6 296:20
**thousand**   293:9
**thousands**   226:24
**thread**   6:7,11,14
  6:20 7:7,11,17,20
  8:7,11,22 9:8,16
  236:21,25 237:5
  289:6
**three**   16:19,21
  35:5 86:10 102:4
  175:7 215:16
  306:19
**thrillers**   203:23
**thursday**   1:16
  2:10 11:1
**ticketmaster**   39:9
  61:2
**tickets**   21:11
  39:11
**tie**   109:22
**tied**   125:7 136:9
**time**   12:5 14:2,22
  14:25 16:20,20
  17:20 19:13 20:20
  21:6 23:14 24:12
  24:24 25:5 26:10
  26:16 34:19 37:13
  39:5 41:25 43:7
  43:16 45:25 46:2
  46:6 53:22 58:7
  62:2,6 68:20
  69:14 75:9 77:1
  78:14 86:5,12,15
  87:23 89:6,18
  90:6 100:12 104:7
  104:23 105:8,21
  107:23 109:10
  117:25 119:17

121:20 122:1,5
125:13 132:11,20
132:24 133:4
134:5,24 135:7,10
135:19,25 136:8
137:23 138:16,18
138:18 143:11
150:23 159:15
166:2 167:6
170:19,23 171:2
177:17 192:19
195:2,6,10,16
196:2,15,21
200:15 214:4,8
216:8 220:12
229:13 234:7
239:14 240:7
243:11 247:5,20
248:23,24 250:15
250:23 252:9
253:4,13,19
255:11 265:17,21
267:3 270:18
272:6 280:24
281:3,19 282:10
284:2 287:20,21
289:12 304:25
305:4,6 306:10,14
307:15 309:4,5,8
310:10,18,24
311:7
**timeframe**   21:10
  196:24
**timeline**   182:19
**times**   9:13 16:18
  16:19 270:9
  272:10 285:18
  286:4
**timing**   188:24
**titan**   154:2,24,24
  155:2 156:17

**title**   25:10 160:21
  204:20 205:11
**titled**   160:12
**titles**   60:10,24,25
**tldr**   288:14 289:7
**today**   14:17,21
  15:24 16:7,13,23
  17:4,21 18:17
  142:16 143:16
  146:13 147:2,21
  149:9 157:11
  163:15 165:12
  168:23 175:22
  178:2 193:9
  228:14 251:24
  253:14 254:14
  255:13 256:7,14
  256:15 257:9
  263:7,9 306:10
  307:13
**today's**   307:4
**toedebus**   207:16
  208:5
**told**   305:19
**tomorrow**   158:11
  158:16 172:14
**tomorrow's**   153:2
**tonight**   305:13
**tool**   8:16 35:16,16
  120:9,9 121:3
  224:2,13,14
  225:13,18 226:6
  228:24 229:1,12
  229:16
**tools**   35:18 170:2
  229:14 286:16
**top**   78:2 81:18
  98:13 102:3
  103:15 104:19,21
  108:4 110:10
  126:15 151:25

153:6 201:7
217:14 226:19
237:4 244:20
268:12 298:4
**topic**   184:13
  215:18 237:16
  263:14
**topics**   121:13
  132:12 134:4,15
  134:24 246:25
  247:13 252:15
  266:9 281:10
**tortures**   14:2
**total**   17:14 20:20
  118:25 216:9
  307:5
**touch**   233:22
**touched**   263:14
**track**   299:23
**trade**   44:20
**transcribed**   309:9
**transcript**   8:6
  186:2,9,10 190:22
  258:25 259:2,3,17
  259:19,23 305:8
  307:13 308:7
  309:13 310:6,8,10
  310:13,13,21
  311:2,2
**transcripts**   133:24
**transferred**   33:24
**transition**   31:6
  33:17 89:24 90:1
  117:15 119:18
  161:23,25 189:14
  189:22 224:20
  227:11 300:1
**transitioned**
  238:25 284:14,17
**transitioning**
  103:15 104:18

Veritext Legal Solutions
866 299-5127

[transitioning - updates]

136:18 137:11
**translate** 238:3
**transparency** 32:9
33:12
**traveling** 88:23
**treat** 208:1
**trip** 126:16,21
127:1,21 128:4,7
**trouble** 232:22
**troubleshooting**
75:12
**true** 139:3 195:6
197:19 250:6,8,12
250:22 296:7
308:9 309:10,19
**trust** 90:11 96:4
249:5 251:14
299:4 300:17
**truthfully** 14:17
**try** 13:18,20 14:1
53:11 109:5 135:7
135:18 138:1
190:18 275:4
**trying** 34:1 38:15
39:13 45:10 47:25
54:15 67:18 86:23
139:6 150:5 179:1
196:21 208:19
227:23 231:4
283:22 295:25
305:20
**tuesday** 19:12
**turn** 137:24
143:20 160:4
162:2
**tv** 156:15
**twitter** 110:19
**two** 19:12 64:9,9
106:18 122:18
163:2 189:23
196:22 208:23

212:14 246:25
248:1 249:14,20
249:24 250:2
251:6 267:9
296:12
**type** 41:7,20 55:25
136:12 282:2
**types** 17:10 25:24
35:21 38:4,23
40:8,22,25 64:4
124:15 125:3,4,15
125:17,22 126:3
196:25 199:18
217:8 271:23
**typically** 75:22
251:13

**u**

**uh** 79:19 81:11
**uids** 224:20
227:12
**unaware** 95:24
**unclear** 95:23
**underline** 277:9
**understand** 13:21
14:14,16,23 15:23
16:6 31:25 32:3
32:25 34:22 38:5
38:15 42:8 48:12
48:25 53:5,10
54:1 56:9 63:2,4
63:14,24 64:13,14
67:2,18 68:11
69:4 70:3 73:6,21
76:5,11,14 77:22
79:16 83:22,24
84:22 106:11
108:15 109:4
120:6 125:18
130:14,18 135:18
136:19,21 139:7
141:1 146:25

149:21 150:5,17
151:3,8,10 154:5
179:1 186:17
212:2,3,4,20,21
217:16 221:11
222:17 227:23
228:20,22 229:11
231:4,6 235:9
241:8 245:25
251:16 253:15
261:5,25 265:25
267:2 269:13
289:7 292:20
294:25 295:24,25
**understanding**
18:19,22 19:1
22:17 35:20 40:13
49:15 50:2,21,22
53:22 56:12 62:22
73:8,19 74:20
76:12,15,17,20
77:5 82:5 84:14
95:3 107:19
108:13 127:16
128:3 129:17
141:25 143:11
145:1,22 146:14
146:17 148:17,24
149:24 163:5
164:16 178:12
180:16 181:14
197:22 198:4,6
205:10 206:9
218:14 221:23
222:12 226:16
234:5 247:6,11
252:14 253:20
254:15 255:10
256:1 261:18
262:16 277:1
288:11 289:10,16

290:2 293:13,17
293:25 294:1
**understood** 13:23
150:18 307:14
**underway** 170:5
**unfortunately**
65:6 124:18
288:22 290:12
**unique** 185:2
187:5
**unit** 11:12
**united** 1:1 11:16
27:13
**units** 307:6
**unlimited** 251:12
**unmute** 11:9
**unmuted** 11:8
**unnecessary** 153:1
**untrue** 166:23
167:1 250:18
**unusual** 250:16
282:9
**upcoming** 96:5
**update** 6:9 7:18,24
9:11 59:1,3 60:2
86:23 109:21
166:16 169:8
172:13 174:16
181:23 182:14
183:16,21 213:17
266:22 267:5,6
273:10
**updated** 30:24
59:11,22 175:16
181:1 233:19
**updates** 59:5,22
165:25 166:8,8,12
166:13,22,25
167:5,6,7,8,17
170:2

**[updating - videographer]**

**updating** 59:15
**upgrade** 164:13
**upload** 122:18
**uploading** 280:12
**upstream** 274:8
**usage** 243:1
**use** 21:18 32:12
  35:2,11,14 36:7
  46:14 47:11 48:12
  48:25 55:22 64:11
  64:16 65:17 67:13
  73:13,16,17 105:1
  105:3,18,24 107:8
  107:9 110:7,21
  111:20,24 112:6
  112:15,24 113:5
  113:19 114:13
  115:6,18 123:4
  144:8,24 145:19
  149:23 151:3,8,9
  163:24 164:2
  182:11 185:8
  187:18 199:17
  217:17 229:10,12
  232:16 242:18,23
  243:7 244:12,15
  251:17 259:5
  278:22 279:19
  280:2,6 281:2
  282:4 283:15,24
  285:7 286:12
  299:5 300:18
**user** 1:6 11:15
  21:6,9,11,19,23
  22:14 24:7 37:17
  42:6,10 46:14,17
  46:22 47:5 48:5
  48:16 49:4,11
  51:3,5,16 55:7
  56:13,20 62:24
  64:12,25 74:24

77:4,7 78:21
90:11 91:6 94:3
94:24 96:3 110:23
194:25 197:24
198:7 201:17
203:23 204:12,19
205:20 206:1,9
208:7 210:21
211:3,9,10,12,13
228:19 230:16,23
231:5 233:9,15
251:11,11 283:13
285:3,9,12,19
286:5 288:18,23
290:14 310:5
312:1
**user's** 182:8
  210:25 292:23
**users** 9:15 21:13
  21:16,20 23:20,25
  37:15,17 38:7,23
  47:5 50:12,18,20
  51:19 61:3 62:9
  77:7 90:12 91:6
  91:25 92:4,11
  93:14,17,19 94:3
  94:20 95:20,23
  127:5,19 128:4,7
  143:24 144:2
  146:5,10,14,19
  147:2,8 197:21
  204:10 208:20
  209:11 210:14
  212:8 213:1,6,8
  232:4 233:21
  270:11 293:11
  294:2,3 295:3
  302:17,25 303:7
  303:24 304:9
**uses** 49:23 56:19
  62:10,24 64:14

226:11
**usually** 130:22
  247:15
**utilize** 36:25 38:2
  63:13 68:9
**utterly** 145:1,21
  146:13 148:2
  155:1 170:16
  254:14

**v**

**v4** 267:6
**valuable** 54:3,9,13
  54:16,20,25
  141:19,21 142:15
  142:22,24 143:3
  143:23 144:2,7,12
  144:24 145:18
**value** 46:11 50:3,6
  50:9,11,15,16 51:1
  51:2,5 55:6
  104:25 105:2,4,7,9
  105:10,13,25
  106:21,23 107:21
  111:10,18,24
  113:20 165:3,10
  201:12,13,16,17
  201:19,21 202:19
  210:6,7,18,19
  253:25 285:16
**variety** 59:4,15
**various** 43:9 47:14
  48:14 49:3,10
  69:6 188:4 226:13
  272:8 299:9
**vast** 164:7 224:15
  226:7
**vc** 1:6 11:18 173:7
**vehicle** 49:12
**vendor** 55:16,17
  55:17 56:3

**vendors** 55:14
**verbal** 35:25
**verbatim** 192:20
**verify** 238:2
**veritext** 11:20,22
  11:24 15:9,12
  307:7 310:7,9,11
**vernal** 152:23
  200:20 201:4
  211:16
**version** 89:25,25
  117:10,10 175:16
  181:1 189:15,15
  190:5 242:22
  270:2
**versus** 165:14
  204:18
**vertical** 25:16,19
  25:21 26:18
  115:16 141:19,21
  142:2,3
**verticals** 25:24,25
  26:5,10,16 115:12
  142:16
**vet** 274:17 277:4
**vetted** 277:2
**vetting** 274:4,6
  275:12
**video** 11:9,12
  185:25 190:17,20
  193:18,19,21
  194:6,7,18 223:8
  258:12,13,15,17
  258:22
**videographer** 4:22
  11:4,23 12:23
  15:17 61:25 62:4
  86:11,14 121:21
  121:24 122:3
  170:21,25 214:2,6
  265:15,19 304:23

**[videographer - witness]**

305:2 306:16
307:3
**videos**   74:24 77:4
77:7 128:6,11,19
222:3
**view**   26:15 173:17
**viewed**   176:17
**vikas**   78:18 80:1
**violated**   244:25
**violating**   243:20
**violation**   243:12
244:3 299:4
300:17
**violations**   244:8
244:10 274:8
279:9,12
**virtual**   11:20
32:19
**visha**   87:1,10
**visible**   137:4
**visit**   209:16
**visitor**   283:14
285:4,10
**voice**   53:12
**vp**   20:13

**w**

**w**   3:5 4:18
**wag**   143:22
**wait**   127:24
**waiting**   97:16
**waived**   310:23,23
**waiving**   310:20
**walk**   21:3
**walmart**   25:17,23
**walnut**   2:13
**want**   21:3 48:11
48:24 53:17 61:22
72:8 76:4 82:21
84:1 92:1,7 98:19
99:1 124:22
128:20 131:4,5

135:14 143:22
148:15 155:14
158:16,21,21
175:3 185:25
186:5,17 188:13
200:14 207:2
210:1 214:11,21
217:16 221:11,22
223:7 238:14
250:14 261:5
265:24 267:19,20
282:18 286:21
305:25
**wanted**   45:25
68:16 73:3 75:15
75:18 134:3
216:24 217:9
233:16,17 289:10
**wanting**   75:13
**wants**   212:25
213:13 235:13
**washington**   3:9
**wasting**   306:14
**watched**   258:17
**way**   27:18 48:13
49:1,9 50:15
56:10 63:14 64:9
67:5,21,23 79:13
79:24 81:15 84:23
85:11 96:2 123:7
137:23 161:19
164:20 166:18
180:8 201:20
204:11 206:5
207:10,15 213:4
218:10 229:1,17
247:21 250:19
256:21 272:19,24
275:2 294:10
**ways**   41:11 53:13
67:20 89:21

218:12 239:2
276:5
**we've**   91:14,21
151:22 191:16
201:9 202:16
214:10 286:19
**weaver**   3:16 12:10
12:11 306:21,24
306:25
**web**   6:6 156:16,18
**website**   23:18
24:15 46:3 50:13
235:1
**websites**   27:19
46:6
**week**   246:11
288:21 290:12
**weekly**   6:9 9:10
59:1 266:22
**weeks**   224:10
**weight**   252:23
**went**   34:14 37:13
43:22 87:13 98:17
100:19 106:12
113:13 117:24
160:10 180:17
192:7,21 196:24
214:14 237:25
239:11 246:9
252:10 257:5
258:25 265:8
271:22 279:17
296:20
**whatsoever**   77:6
97:7 120:21
141:25 148:17
155:1 220:22
225:8 249:10
255:21 259:12
**whitelist**   162:9
168:19,25 175:5

181:19 218:7,17
219:1,2
**whitelisted**   80:22
161:13,20 165:1,8
165:9 217:20,25
218:21 219:8,12
219:17 220:17
221:12 226:25
227:4 234:3,12
**whitelisting**   78:19
80:1,5,8,16 81:4
169:23 170:1,15
218:9 227:24
233:14
**whitelists**   161:3,10
161:17 224:16,18
226:5,7,9 227:9,10
227:15
**who've**   182:7
**widely**   97:5 163:4
281:14,17
**willing**   94:8
**wind**   94:18 156:10
184:25 186:21,24
187:2
**wip**   35:14,14
**wire**   203:6,8
**witness**   5:3 12:19
12:25 13:2 16:3
19:4,23 22:22
42:14 43:3 44:8
46:24 47:8,17,23
48:19 49:6 50:2
55:2,11 56:9,16
57:3 62:13 63:1
63:18 67:2,9 68:1
68:11 69:19 70:10
70:21 80:25 83:19
84:16 85:21 86:4
88:18 101:3 104:7
104:12 106:3,17

Veritext Legal Solutions
866 299-5127

**[witness - wrote]**

| | | | |
|---|---|---|---|
| 107:12 108:24 | **wondering** 149:22 | 295:7,9,11,18,22 | **workplace** 35:3 |
| 111:13 112:2,10 | **word** 45:20 209:18 | 295:24 296:4,7,21 | 36:2,12 |
| 112:20 113:9,24 | 209:21,21 | **worked** 20:21 34:6 | **works** 32:22 |
| 114:22 118:5 | **words** 25:11 83:7 | 34:9,19 41:4,23 | 129:16 175:1 |
| 124:23 128:15 | 101:22 105:18 | 42:1 43:4,6,9,16 | 181:9 280:17 |
| 129:12 131:3 | 107:3,17 108:12 | 43:16,20 45:23 | **world** 15:14 27:8 |
| 132:15 134:9 | 124:6 144:18,23 | 52:10,19 53:3 | 39:12 |
| 135:3,13 139:2 | 145:17 148:14 | 54:11 63:6 65:24 | **worth** 37:9 |
| 145:5,24 148:20 | 150:18 151:3,8,9 | 70:3,10 76:1 | **worthwhile** 176:2 |
| 149:3 150:11,22 | 155:13,17,17,23 | 87:22 119:16 | **wow** 166:23 |
| 157:21 162:17 | 209:13 253:14 | 125:10,15 126:8 | **write** 120:25 121:6 |
| 168:2 171:19 | 255:9 258:11 | 126:11 143:10 | 130:11 137:5,7,10 |
| 173:1,21 177:17 | 293:6 294:19 | 155:8 183:2 | 137:13 149:24 |
| 188:23 190:11 | **work** 15:6 24:1,12 | 223:17 243:20 | 152:20 167:6,8 |
| 191:5 198:6 203:5 | 24:14,19 25:19 | 244:4,9 254:19 | 209:6 213:16 |
| 204:6 205:17 | 27:5 28:1,5,9 29:7 | 257:18 292:9,12 | 250:17 252:19 |
| 208:17 212:11 | 31:8,15 32:8 | **workflow** 66:14 | 254:23 279:14 |
| 215:6 218:2,4 | 33:13 35:21 36:15 | 66:18 203:9 | **writes** 109:20 |
| 219:21 222:8 | 36:23,24 37:1,3,13 | 241:17 | 115:8 143:21 |
| 223:1 226:18 | 37:15 40:20 41:9 | **working** 27:25 | 211:17 231:3,25 |
| 228:5 229:21 | 44:23 47:20 53:11 | 29:18 31:13 33:5 | 233:8 274:1 |
| 233:2 234:18 | 64:19 65:6 70:1,6 | 37:21 38:18 39:6 | **writing** 230:14 |
| 239:5 241:8,16 | 82:7 96:3 117:13 | 39:6,9,11,13,25 | **written** 162:23 |
| 242:8,15 244:19 | 120:8,25 125:8,11 | 41:22,22 42:4 | 179:24 250:10 |
| 245:3 254:18 | 125:20,21 147:20 | 50:10 53:14 54:14 | 251:4 269:25 |
| 256:4,23 257:15 | 147:23,24,24 | 68:7,14 75:4 | 270:15 296:17 |
| 261:14 262:20 | 149:12 160:23 | 81:21 92:2,7 | **wrong** 86:21 87:2 |
| 263:24 264:10 | 174:2,2,4,6,15 | 99:22 100:2,4,10 | 250:24 266:16 |
| 267:8,15 268:18 | 183:6 187:21 | 109:11 125:14 | **wrote** 81:16 83:23 |
| 269:4 272:18 | 189:2 194:1 196:9 | 126:2 129:6 | 83:24 84:13 85:12 |
| 279:21 283:20 | 205:6 207:1,10 | 136:10 157:12,15 | 99:20 101:22 |
| 287:4 294:19 | 216:23 222:13 | 167:9 169:24 | 104:16,22 107:15 |
| 296:11,25 299:13 | 237:23 246:13 | 170:6,14 173:8 | 107:25 116:4 |
| 299:21 300:13,24 | 248:9 254:14 | 183:11 185:15 | 129:3 130:10,24 |
| 301:24 302:13,23 | 255:20 256:19 | 187:22 217:8 | 132:20,25 135:8 |
| 303:12,20 304:5 | 262:12 270:16 | 230:14 243:11 | 135:24 136:17 |
| 304:15 309:5,6 | 271:18,20,25 | 247:15 257:6,11 | 144:22 145:17 |
| 310:13,16 311:2,5 | 272:3 280:23 | 262:21,22 263:2 | 149:16,22,23 |
| 312:24 | 281:8 282:19 | 263:15,18 284:6 | 150:9,18,19 |
| **woman** 34:7 | 283:1 284:24 | 289:19 290:21 | 155:18 176:7 |
| | 291:23 292:1 | 299:25 300:1 | 177:15,25 178:10 |

CONFIDENTIAL

**[wrote - zuckerberg's]**

179:12,16,17
184:13 185:18,20
193:3 209:22
240:8,9,13,17
245:15,23 247:5
250:7 252:3,4,9,13
253:15 254:15
255:9 286:9 301:1
301:8
**wsuaaaha3pe**   9:22
**wt**   90:10

---

**x**

**x**   5:1 6:1 7:1 8:1
9:1 10:1 164:12
220:12 309:14
311:1
**xfn**   246:10 247:1
252:11

---

**y**

**yahoo**   110:17
111:17
**yawili**   287:15,16
**yeah**   18:14 25:2
25:10 26:9 31:10
35:25 38:16 40:17
41:6 42:20 55:15
60:4 61:24 64:19
66:15 74:21
101:14 103:3
104:15,15 111:9
121:23 123:3,6
125:2,20 129:21
130:1 131:5 138:3
158:11,11 163:6
164:20 172:5
174:22 178:17
183:14 188:4,17
190:15 195:5
200:11 205:7,15
212:11 217:15

219:10 223:23
227:23 229:25
239:5 242:16
243:23 244:22
251:2 255:9 258:3
263:12 283:7
305:15
**year**   34:25 119:6,7
119:11,21 120:11
120:15,16,18
121:2 198:18
258:1 262:13
263:15 266:11,12
266:13 275:9,11
282:7 284:16
288:24 290:15
298:5
**years**   20:22 34:24
35:19 36:4 65:24
120:12 198:19
202:21 246:5
257:8,12,17
281:18 298:7,9,12
**yep**   183:17
**york**   9:13 270:9
272:10
**youtube**   110:20

---

**z**

**zero**   168:23
**zoho**   278:2 279:2,3
**zoom**   11:20 15:15
**zuckerberg**   8:5
186:7 191:12,15
192:3,17 194:16
197:11 198:9
258:3,22 259:3
261:7 263:13
**zuckerberg's**
195:17 196:3,15

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.