# Defendant's Exhibit 56

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12      **HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
13         ZOOM DEPOSITION OF FACEBOOK'S 30(b)(6)
14         CORPORATE REPRESENTATIVE - HARRISON FISK
15   (Reported Remotely via Video & Web Videoconference)
16        Menlo Park, California (Deponent's location)
17                 Tuesday, August 16, 2022
18                         Volume 1
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5345585
25  PAGES 1 - 206
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,       MDL No. 2843
 4  CONSUMER USER PROFILE         Case No.
    LITIGATION                    18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12
13
14
15           DEPOSITION OF HARRISON FISK, taken on
16  behalf of the Plaintiffs, with the deponent located
17  in Menlo Park, California, commencing at
18  9:12 a.m., Tuesday, August 16, 2022, remotely
19  reported via Video & Web videoconference before
20  REBECCA L. ROMANO, a Certified Shorthand Reporter,
21  Certified Court Reporter, Registered Professional
22  Reporter.
23
24
25
```

Page 2

```
 1              APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4    For the Plaintiffs:
 5         BLEICHMAR FONTI & AULD LLP
 6         BY:  JOSHUA SAMRA
 7         BY:  ANNE K. DAVIS
 8         BY:  LESLEY E. WEAVER
 9         Attorneys at Law
10         555 12th Street
11         Suite 1600
12         Oakland, California 94607
13         (415) 445-4003
14         jsamra@bfalaw.com
15         adavis@bfalaw.com
16         lweaver@bfalaw.com
17    and
18         KELLER ROHRBACK L.L.P.
19         BY:  CARI CAMPEN LAUFENBERG
20         Attorney at Law
21         1201 Third Avenue
22         Suite 3200
23         Seattle, Washington 98101
24         (206) 623-1900
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              APPEARANCES OF COUNSEL
 2   (All parties appearing via Web videoconference)
 3
 4   For Facebook, Inc.:
 5        GIBSON, DUNN & CRUTCHER LLP
 6        BY:   HEATHER L. RICHARDSON
 7        Attorney at Law
 8        333 South Grand Avenue
 9        Los Angeles, California 90071
10        (213) 229-7409
11        hrichardson@gibsondunn.com
12   and
13        BY:   ROSEMARIE T. RING
14        Attorney at Law
15        555 Mission Street
16        Suite 3000
17        San Francisco, California 94105-0921
18        (415) 393-8247
19        rring@gibsondunn.com
20
21
22
23
24
25   /////
```

Page 4

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2     (All parties appearing via Web videoconference)
 3
 4     For Facebook, Inc.:
 5          GIBSON, DUNN & CRUTCHER LLP
 6          BY:   MARTIE KUTSCHER CLARK
 7          BY:   PRACHI MISTRY
 8          Attorneys at Law
 9          1881 Page Mill Road
10          Palo Alto, California 94304-1211
11          (650) 849-5348
12          mkutscherclark@gibsondunn.com
13          pmistry@gibsondunn.com
14
15
16
17
18
19
20
21
22
23
24
25     /////
```

Page 5

| | | |
|---|---|---|
| 1 | part -- so in Scuba, you can view like the | 11:55:07 |
| 2 | structure of a table.  But you have to know which | |
| 3 | table you're interested in.  And so that's where | |
| 4 | you'd have to know the -- the table that's -- | |
| 5 | contains these ads -- I believe you're saying ads | 11:55:15 |
| 6 | clicks.  And once you have that, you can then look | |
| 7 | up the metadata associated with that specific | |
| 8 | table. | |
| 9 |     Q.   (By Mr. Samra)  Is there any document | |
| 10 | showing what the field names are in these -- the | 11:56:04 |
| 11 | tables associated with ads_clicked? | |
| 12 |         MS. RICHARDSON:  Objection.  Vague. | |
| 13 | Scope. | |
| 14 |         THE DEPONENT:  I mean, I'm not aware of a | |
| 15 | document like that.  Again, the team may have | 11:56:22 |
| 16 | something, but I don't know.  There's -- there's no | |
| 17 | like automatic thing that describes anything. | |
| 18 |     Q.   (By Mr. Samra)  And is that the same for | |
| 19 | ad clicks and revenue? | |
| 20 |     A.   Yes. | 11:56:50 |
| 21 |     Q.   Do third parties have access to analytics | |
| 22 | provided from Scuba? | |
| 23 |     A.   No. | |
| 24 |     Q.   Do third parties have access to Presto? | |
| 25 |     A.   No.  Whenever a third party could | 11:57:31 |

Page 95

```
 1   potentially have any sort of access, there's always      11:57:37
 2   a lot of controls in order to restrict and ensure
 3   that doesn't happen inappropriately.
 4        Q.   When could a third party have access?
 5        A.   Directly into Scuba or Hive, I'm not           11:58:01
 6   aware of any.
 7        Q.   What about Presto?
 8        A.   No, I'm not aware of any.
 9        Q.   You testified that whenever a third party
10   could potentially have access --                         11:58:12
11        A.   Yes.
12        Q.   -- it would be -- there would be a lot of
13   controls?
14        A.   Yes.
15        Q.   What were some of the instances of             11:58:20
16   potential access that you were referring to?
17        A.   Again, for access through those tools,
18   I'm not aware of any.
19        Q.   What about Spark, are you aware of any
20   access by third parties?                                 11:58:40
21        A.   No.
22        Q.   Diagraph?
23        A.   No.
24        Q.   Centra?
25        A.   No.                                            11:58:49
```

Page 96

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        Q.   SRT?                                      11:58:52

 2        A.   No.

 3             MR. SAMRA:  Okay.  Thank you.

 4             I think this is a good place for a break.

 5             We can go off the record.                 11:58:59

 6             MS. RICHARDSON:  Sure.  How -- how long

 7   do you want for a lunch, Josh?

 8             MR. SAMRA:  I'll leave it to Mr. Fisk and

 9   Rebecca and John.

10             Oh, I think we're still on the record,   11:59:07

11   though.

12             MS. RICHARDSON:  Do you want to go off

13   the record and we can talk about lunch.

14             THE VIDEOGRAPHER:  Sure.  Okay.  We're

15   off the record.  It's 11:59 a.m. .                 11:59:19

16             (Recess taken.)

17             THE VIDEOGRAPHER:  Okay.  We're back on

18   the record.  It's 1:03 p.m.

19        Q.   (By Mr. Samra)  Mr. Fisk, do you

20   understand you're still under oath?                01:03:11

21        A.   Yes.

22        Q.   We briefly discussed anonymization and

23   Hive.

24             Do you recall that?

25        A.   Yes.                                     01:03:26
```

Page 97

| | | |
|---|---|---|
| 1 | Q.   Okay.  So when it's generate -- when | 04:00:32 |
| 2 | it -- when the PDF is created -- | |
| 3 | A.   Yes. | |
| 4 | Q.   -- is it reflective of the privacy | |
| 5 | settings as of July 1st, 2022, or is it reflective | 04:00:42 |
| 6 | of the settings as of October 28th, 2020? | |
| 7 | A.   So there's two sets of settings here. | |
| 8 | The first settings will be the current settings | |
| 9 | when this was generated in July.  And then this set | |
| 10 | would be from the October 28th, 2020, instead. | 04:01:00 |
| 11 | So there's essentially two -- two copies | |
| 12 | of data.  One from the past and one from the | |
| 13 | current when this was taken. | |
| 14 | Q.   Thank you. | |
| 15 | Switching gears a bit. | 04:01:21 |
| 16 | I want to talk to you about APIs and how | |
| 17 | they interact with Facebook and -- or excuse me -- | |
| 18 | Hive and TAO. | |
| 19 | Are you aware generally of Graph API? | |
| 20 | A.   Yes. | 04:01:42 |
| 21 | Q.   And are you aware that Graph API allows | |
| 22 | applications to access users' information? | |
| 23 | A.   The Graph API has specific data that | |
| 24 | allows access to with user permissions and other | |
| 25 | sorts of controls, but yes. | 04:02:04 |

Page 184

| | | |
|---|---|---|
| 1 | Q. And using Graph API, as an example, what | 04:02:10 |
| 2 | happens in Hive when third parties make API | |
| 3 | requests for users' information? | |
| 4 | A. Yeah. So the Graph API cannot possibly | |
| 5 | access Hive. It's both a -- a policy. But also a | 04:02:25 |
| 6 | technical infeasibility for Graph API to access any | |
| 7 | sort of Hive data in the process. | |
| 8 | Q. What intermediate steps are taken, if | |
| 9 | any, on Hive, when an API request is made on | |
| 10 | Graph API? | 04:02:48 |
| 11 | A. So, again, there's no -- there's no | |
| 12 | interaction between Graph API accessing data and | |
| 13 | Hive. | |
| 14 | Q. Are API requests logged in Hive? | |
| 15 | A. I believe there could be logs that are | 04:03:10 |
| 16 | generated from these APIs that are ran into Hive. | |
| 17 | Q. Is there a log of the third parties that | |
| 18 | have access to Graph API? | |
| 19 | MS. RICHARDSON: Objection. Beyond the | |
| 20 | scope. | 04:03:31 |
| 21 | THE DEPONENT: Yeah. I'm not exactly | |
| 22 | sure how the third-party usage of these APIs are | |
| 23 | controlled. I know there's various logs and | |
| 24 | various controls that go into it. But I don't know | |
| 25 | all the specifics. | 04:03:44 |

```
 1           SPECIAL MASTER GARRIE:  Counsel Samra,        04:45:54

 2   any further questions?

 3                    EXAMINATION

 4   BY MR. SAMRA:

 5       Q.  Mr. Fisk, earlier you were testifying         04:45:59

 6   about AI researchers having access to Hive,

 7   correct?

 8       A.  Yes.

 9       Q.  Are you aware of any external researchers

10   having access to Hive?                                04:46:11

11       A.  No.

12       Q.  What about to TAO?

13       A.  No.

14       Q.  Are you aware of external researchers

15   having access to any of the tools that we discussed   04:46:21

16   today?

17       A.  No.

18           MR. SAMRA:  Okay.  No further questions.

19           MS. RICHARDSON:  And we're all -- we're

20   all done, too.                                        04:46:34

21           SPECIAL MASTER GARRIE:  Okay.  So

22   Counsel Richardson, would you like to designate the

23   transcript?

24           MS. RICHARDSON:  I would.  I'd like to

25   designate it as "Confidential" for now, and then      04:46:43
```