GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Austin V. Schwing (SBN 211696)
  aschwing@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
Heather L. Richardson (SBN 246517)
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF AUSTIN SCHWING IN SUPPORT OF FACEBOOK INC., GIBSON, DUNN & CRUTCHER LLP, AND ORIN SNYDER'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS** |

I, Austin Schwing, declare and state as follows:

1. This declaration is made in support of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions ("Motion").

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and work on the instant litigation ("Lawsuit").

4. Several attorneys at Gibson Dunn and inhouse counsel at Meta Platforms, Inc. have been involved with preparing witnesses for Rule 30(b)(6) depositions in this case. I have coordinated with the attorneys who have been involved with the Rule 30(b)(6) depositions and the witnesses. The 30(b)(6) designees have spent significant time preparing for the depositions, including reviewing materials and meeting with attorneys in advance of their depositions. I personally observed several witnesses prepare for their depositions, oftentimes meeting with numerous other employees to prepare. I also corresponded with the other attorneys at Gibson Dunn involved with the Rule 30(b)(6) depositions and witnesses. For example, based on my personal observations and discussions with counsel involved in his preparation, Simon Cross prepared for over 100 hours and met with fifteen (15) individuals at Meta in connection with his five-day Rule 30(b)(6) deposition. Steven Elia prepared for approximately thirty (30) hours and met with at least ten (10) individuals at Meta in connection with his Rule 30(b)(6) deposition. Michael Fahey prepared for almost thirty (30) hours and met with at least six (6) individuals at Meta in connection with his Rule 30(b)(6) deposition. David Miller prepared for approximately thirty (30) hours and met with seven (7) individuals at Meta in connection with his Rule 30(b)(6) deposition.

5. My conversations with the pertinent Gibson Dunn attorneys, documents that have been produced and/or introduced as exhibits at the depositions, and witnesses' testimony also indicate:

- Ali Hendrix prepared for over fifty (50) hours and met with at least six (6) individuals at Meta in connection with her two Rule 30(b)(6) depositions. Attached as **Exhibit 61** is a true and correct copy of Facebook's June 20, 2022 Correspondence to Plaintiffs; *see also* Hendrix Tr. excerpt, a true and correct copy of which is attached as **Exhibit 62**, at 362:10-367:16.

- Amy Lee prepared for approximately thirty-two (32) hours and met with thirteen (13) individuals at Meta in connection with her May 19, 2022 and August 18, 2022 Rule 30(b)(6) depositions. Attached as **Exhibit 63** is a true and correct copy of Facebook's June 14, 2022 Correspondence to Plaintiffs (20 hours for first deposition session); and attached as **Exhibit 64** is a true and correct copy of ADVANCE-META-00004124 (11-12 hours for second deposition session).

- Mayur Patel prepared for approximately nineteen (19) hours and met with six (6) individuals at Meta in connection with his Rule 30(b)(6) deposition. Attached as **Exhibit 65** is a true and correct copy of Exhibit 540 to the Rule 30(b)(6) Deposition of Mayur Patel.

- Mike Clark prepared for fifty-five (55) hours and met with seven (7) individuals at Meta in connection with his Rule 30(b)(6) deposition. Attached as **Exhibit 66** is a true and correct copy of Exhibit 339 to the Rule 30(b)(6) Deposition of Mike Clark; *see also* Clark Tr. excerpt, a true and correct copy of which is attached as **Exhibit 67**, at 26:1-23.

- Harrison Fisk prepared for approximately forty-eight (48) hours and met with eleven (11) individuals at Meta in connection with his Rule 30(b)(6) deposition.  Attached as **Exhibit 68** is a true and correct copy of Exhibit 715 to the Rule 30(b)(6) Deposition of Harrison Fisk; *see also* Fisk Tr. excerpt, a true and correct copy of which is attached as **Exhibit 69**, at 17:2-21:23.

- Chris Casorio prepared for approximately thirty-five (35) hours and met with nine (9) individuals at Meta in connection with his Rule 30(b)(6) deposition.  Attached as **Exhibit 70** is a true and correct copy of Exhibit 610 to the Rule 30(b)(6) Deposition of Chris Casorio.

- Isabella Leone prepared for approximately forty four (44) hours and met with eleven (11) individuals at Meta in connection with her Rule 30(b)(6) deposition.  Attached as **Exhibit 71** is a true and correct copy of Exhibit 655 to the Rule 30(b)(6) Deposition of Isabella Leone; *see also* Leone Tr. excerpt, a true and correct copy of which is attached as **Exhibit 72**, at 16:6-22:13.

- Mike Duffey prepared for approximately forty-eight (48) hours and met with seven (7) individuals in connection with his Rule 30(b)(6) deposition.  Attached as **Exhibit 73** is a true and correct copy of Exhibit 386 to the Rule 30(b)(6) Deposition of Mike Duffey; *see also* Duffey Tr. excerpt, a true and correct copy of which is attached as **Exhibit 74**, at 36:2-17.

6. Altogether, the conversations I have had with my colleagues and the documents that have been produced and/or introduced as exhibits at the depositions and the deposition testimony indicate that these witnesses prepared for approximately 521 hours in connection with their Rule 30(b)(6) depositions.  Gibson Dunn's billing records also indicate that counsel devoted more than 6,500 hours to tasks associated with preparing for the Rule 30(b)(6) depositions.

7. Plaintiffs oftentimes identified numerous documents in advance of Rule 30(b)(6) deposition. For example, Plaintiffs identified approximately 127 documents in advance of Ali Hendrix's May 5, 2022 Rule 30(b)(6) deposition. *See* **Exhibit 75** (Apr. 27, 2022 email from Plaintiffs) and a total of approximately 80 documents in advance of Simon Cross's Rule 30(b)(6) depositions. *See* **Exhibit 76** (Simon Cross email correspondence).

8. Attached as **Exhibit 77** is a true and correct copy of Plaintiffs' Rule 30(b)(6) notice covering ten different topics with multiple subparts.

9. Attached as **Exhibit 78** is a true and correct copy of the Deposition Protocol dated December 29, 2021.

10. Plaintiffs have taken nearly 100 hours of Rule 30(b)(6) testimony from 13 witnesses, and 30 fact depositions with another 14 scheduled.

11. Facebook also agreed to six apex depositions: Mark Zuckerberg, Sheryl Sandberg, Javier Olivan, Chris Cox, Andrew Bosworth, and Marc Andreessen.

12. Attached as **Exhibit 79** is a true and correct copy of select excerpts from Mike Clark's Rule 30(b)(6) deposition (Clark Tr. at 220:14-221:5).

13. Attached as **Exhibit 80** is a true and correct copy of select excerpts from Isabella Leone's Rule 30(b)(6) deposition (Leone Tr. at 324:15-329:14).

14. Attached as **Exhibit 81** is a true and correct copy of the Special Master's Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions.

15. Attached as **Exhibit 82** is a true and correct copy of select excerpts from Simon Cross's Rule 30(b)(6) deposition (Cross Tr. at 263:16-264:6, 269:8-13).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 22, 2022          By: _____
                                    Austin Schwing

                                GIBSON, DUNN & CRUTCHER LLP
                                555 Mission Street, Suite 3000
                                San Francisco, CA 94105-0921
                                Tel:    415-393-8210
                                Email:  aschwing@gibsondunn.com