# Defendant's Exhibit 50



**Sender:** Daniel Garrie
**Subject:** Stipulated Request for Extension of Time
**Message:**
Counsel

I grant the request for an extension of two business days to file a motion for reconsideration of the Supplemental ADI Order.

For the avoidance of doubt, the Supplemental ADI Order and the other ADI Orders do not add any new custodians.

Special Master Daniel Garrie

| Martie Kutscher
| 01/12/2022 5:48 PM
| Special Master Garrie,

The parties have stipulated that Facebook may have an extension of time of two business days to file a motion for reconsideration from the Special Master's January 10 Supplemental ADI Order. Does the Special Master approve the stipulated extension of time?

Respectfully,
Martie

**Liz Sainte**
Paralegal

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5251 • Fax +1 650.849.5051
LSainte@gibsondunn.com • www.gibsondunn.com

**From:** NoReply-Message@jamsaccess.com <NoReply-Message@jamsaccess.com>
**Sent:** Wednesday, January 12, 2022 3:04 PM
**To:** Sainte, Liz <LSainte@gibsondunn.com>
**Subject:** JAMS Access New Message Notification for In re: Facebook, Inc. Consumer Privacy User Profile Litigation (Special Master)- Ref #1200058674.

**[WARNING: External Email]**



Dear Elizabeth,

You have a new message within the JAMS Access for case: In re: Facebook, Inc. Consumer Privacy User Profile Litigation (Special Master)- Ref #1200058674.

**Sender:** Daniel Garrie
**Subject:** Stipulated Request for Extension of Time
**Message:**
Counsel

I grant the request for an extension of two business days to file a motion for reconsideration of the Supplemental ADI Order.

For the avoidance of doubt, the Supplemental ADI Order and the other ADI Orders do not add any new custodians.

Special Master Daniel Garrie

| Martie Kutscher
| 01/12/2022 5:48 PM
| Special Master Garrie,

The parties have stipulated that Facebook may have an extension of time of two business days to file a motion for reconsideration from the Special Master's January 10 Supplemental ADI Order.  Does the Special Master approve the stipulated extension of time?

Respectfully,

Martie

Click here to login to the JAMS Access to reply back to this message.

Thanks,
JAMS Access Team

Please do not reply directly to this email as you will not receive a response. For assistance, please visit our Contact Us center at access.jamsadr.com/support or call your Case Manager.

© Copyright 2021 JAMS. All Rights Reserved

JAMS Access