# Defendant's Exhibit 62

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE:  FACEBOOK, INC.,      MDL No. 2843

5    CONSUMER USER PROFILE         Case No.

6    LITIGATION                    18-md-02843-VC-JSC

     _____

7    This document relates to:

8    ALL ACTIONS

     _____

9                   **CONFIDENTIAL**

10

11      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

12     CORPORATE REPRESENTATIVE - ALLISON HENDRIX

13  (Reported Remotely via Video & Web Videoconference)

14      Palo Alto, California (Deponent's location)

15                Friday, June 3, 2022

16                    Volume II

17

18   STENOGRAPHICALLY REPORTED BY:

19   REBECCA L. ROMANO, RPR, CSR, CCR

20   California CSR No. 12546

21   Nevada CCR No. 827

22   Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 5178383

25   PAGES 348 - 669

                                        Page 348

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | otherwise, that you would like to change or revise? | 09:25:14 |
| 2 | A.   No, there's nothing from my prior | |
| 3 | testimony that I can think of that I would want to | |
| 4 | revise. | |
| 5 | Q.   I assume you stand by all the answers in | 09:25:28 |
| 6 | that deposition that you provided to -- or that you | |
| 7 | gave to me in response to my questions? | |
| 8 | A.   I do. | |
| 9 | Q.   Great. | |
| 10 | I assume you prepared for this deposition | 09:25:43 |
| 11 | today? | |
| 12 | A.   Yes. | |
| 13 | Q.   Tell me what you did to prepare. | |
| 14 | A.   I -- well, I -- I met with a number of | |
| 15 | our lawyers and -- and a number of colleagues.  I | 09:25:56 |
| 16 | had probably approximately ten hours of meetings, | |
| 17 | and then I also spent about nine hours | |
| 18 | independently reviewing documents. | |
| 19 | Q.   Okay.  Let's take each of those -- | |
| 20 | A.   Nine hours after the -- so not -- not | 09:26:19 |
| 21 | counting all the prep work prior for the first | |
| 22 | depo.  But since I found out that there would be | |
| 23 | this one today, ten hours of meetings and -- yes, | |
| 24 | so -- sorry.  Just wanted to clarify that. | |
| 25 | Q.   Sure.  Thank you for clarification. | 09:26:35 |

Page 362

CONFIDENTIAL

1          So let's take each of those buckets one          09:26:37

2    by one.

3          With respect to the ten hours that you

4    spent speaking with either counsel or other

5    individuals, can you tell me what individuals you          09:26:44

6    met with other counsel?

7          A.   Yes.   Simon Cross.   And Anjele Dihela

8    (phonetic).   Nona -- and I'm forgetting her last

9    name.   I apologize.   But I know we can get that to

10   -- to you and -- and the court reporter.          09:27:03

11          Constantin Koumouzelis.   We're going to

12   be needing to spell his name.

13          Let me just think here.   Ime Archibong.

14   I believe that's -- that's the list of individuals.

15          Q.   And previously you had identified, I          09:27:30

16   believe, six individuals that you had spoken to.

17          It sounds like these individuals are a

18   bit different, with the exception of one or two of

19   them; is that -- is that correct?

20          A.   That's -- that's -- that's right.   I had          09:27:45

21   not met prior to this with Ime or Constantin or

22   Nona or Anjele.

23          Q.   With respect to those four individuals,

24   why was it the case that you met with them and

25   not -- and you did not meet with them the first          09:27:58

Page 363

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | time? | 09:28:00 |
| 2 | A.   This was in response to the documents | |
| 3 | that you -- your team sent over that I wanted to | |
| 4 | ask them questions about.  I thought they could | |
| 5 | help me with questions that I had, after I had | 09:28:12 |
| 6 | reviewed the documents that you sent over. | |
| 7 | Q.   I see. | |
| 8 | So to be clear, after you had received | |
| 9 | the documents that we had notified your counsel | |
| 10 | that we may use at this deposition, you reached out | 09:28:25 |
| 11 | to them to seek further clarification on those | |
| 12 | documents; is that correct? | |
| 13 | A.   That's correct. | |
| 14 | Q.   And these communications and these | |
| 15 | meetings that you had with these individuals, did | 09:28:42 |
| 16 | you have them with -- did you have them in the | |
| 17 | presence with counsel or did you meet with them | |
| 18 | separately from counsel? | |
| 19 | A.   They joined the meetings that I had with | |
| 20 | counsel. | 09:28:53 |
| 21 | Q.   Did you have any meeting with these | |
| 22 | individuals, or anyone else in preparation for this | |
| 23 | deposition, outside of the presence of your lawyers | |
| 24 | at Gibson Dunn? | |
| 25 | A.   I did not. | 09:29:05 |

Page 364

CONFIDENTIAL

```
 1        Q.   Okay.  And with respect to -- so setting      09:29:07

 2   aside that ten hours that you spent meeting with

 3   certain individuals, with respect to the nine hours

 4   that you had spent -- approximately nine hours that

 5   you had spent reviewing documents, what documents      09:29:18

 6   did you review in connection with that nine hours?

 7        A.   I reviewed all of the documents that you

 8   had sent over, both in the context of the original

 9   set that -- that you guys had sent over, and then

10   the -- the other -- the -- the most recent ones.       09:29:43

11            I don't have the titles of the documents

12   memorized.  But at a high level, I reviewed a

13   number of policies, terms, tasks, emails, newsroom

14   posts, user app setting image -- image documents

15   that reflected the settings and the changes.  And      09:30:13

16   probably -- I think -- I think that might be -- I'm

17   not sure if that's comprehensive, but that's like

18   the -- the higher level.

19        Q.   Sure.

20            And certainly I -- I don't even know if        09:30:33

21   documents have a title.  So I'm not expecting you

22   to memorize the title of all these documents.

23            But -- but I am curious, with respect to

24   these documents -- and just so the record is

25   clear -- it's my understanding that you reviewed       09:30:43
```

Page 365

1    documents in addition to those that we sent over;          09:30:48

2    is that fair?

3          A.   I reviewed -- and I -- and I actually

4    just left out.  I -- I -- I've reviewed the notice.

5    And then my notes that I believe we've provided to         09:31:01

6    you.

7               I'm so sorry I left that out.

8               I -- what was your question again?  I'm

9    sorry.

10         Q.   I'm just trying to isolate the buckets or        09:31:20

11   categories of documents that you reviewed.

12              And you told me that you definitely

13   reviewed the documents that we had sent over,

14   correct?

15         A.   That's correct.  And I'm now recalling I         09:31:31

16   reviewed Simon Cross's testimony in this case --

17   two -- two different days of his testimony.  The

18   precise days, I'm not sure.  But they were for this

19   case.

20         Q.   All right.  And so in addition to               09:31:44

21   Simon Cross's deposition testimony, and in addition

22   to the documents that we had sent over, it sounds

23   like you reviewed additional documents as well; is

24   that correct?

25              MR. HUR:  And, David, at this point, I'll        09:31:58

Page 366

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | object.  And just instruct the witness not to | 09:31:59 |
| 2 | mention any specific documents that were identified | |
| 3 | for her at the instruction of counsel, on the | |
| 4 | grounds that that's privileged and work product. | |
| 5 | THE DEPONENT:  I don't recall receiving | 09:32:18 |
| 6 | any new documents that I hadn't reviewed from the | |
| 7 | first day from -- from our counsel.  But I -- I -- | |
| 8 | I'm not -- I'm not sure. | |
| 9 | As -- as I'm sure everyone knows, there's | |
| 10 | a lot of documents.  So I apologize for my lack of | 09:32:37 |
| 11 | certainty there.  But I -- I don't think that there | |
| 12 | was additional documents, beyond the ones that I've | |
| 13 | discussed. | |
| 14 | Q.   (By Mr. Ko)  So in connection with | |
| 15 | preparing for your May 5th deposition, you had told | 09:32:54 |
| 16 | me that you had reviewed additional documents | |
| 17 | beyond those that were provided to you by us. | |
| 18 | Do you recall that? | |
| 19 | A.   Yes.  Like those are -- those are the | |
| 20 | documents I know we've produced. | 09:33:09 |
| 21 | Q.   And when you say that you know you've | |
| 22 | produced them, are you simply saying that those are | |
| 23 | documents that you produced in discovery, or you | |
| 24 | believe that you produced them directly to us for | |
| 25 | purposes of this deposition? | 09:33:24 |

Page 367