# Defendant's Exhibit 65

CA MDL June 30, 2022 Deposition

How I prepared:

1. Six years relevant experience at FB
2. Approximately 15 hours with counsel
3. Approximately 4 hours preparing on my own
4. Reviewed background materials (Plaintiffs' questions, exhibit from Plaintiffs, internal Wikis, blog post, etc.)
5. Meetings with others:
    a. Tobias Wooldridge (~30 mins): Historic identifiers/Cookies
    b. Neil Poole (~20 mins): DATR Cookies
    c. Brad Hill (~20 mins): ASID, PSID
    d. Will Shackleton (~30 mins): Cookies
    e. Simon Cross (~15 mins): Inviteable Friends ID/Tageable Friends ID
    f. Kit Myhre (~15 mins): Cookies

**Exhibit 540**
30(b)(6) Patel

| Cookies for Deposition | |
| --- | --- |
| **Cookie** | **Date** |
| DATR cookie | 2008-present |
| fbp cookie | 2018-present |
| fbc cookie (fbclid) | 2018-present |
| XS/C cookie | ~2007-present |
| fr cookie | 2012-present |
| Lu Cookie | 2008-2018 |
| SB Cookie | 2016-present |
| ar Cookie | 2014-present |
| b_user Cookie | 2021-present |
| checkpoint Cookie | [between 2007-2010]-present |
| csrf Cookie | [between 2010-2016]-present |
| dbln Cookie | [between 2010-2016]-present |
| dnonce Cookie | 2017-present |
| fbl_ci Cookie | 2020-present |
| fbl_cs Cookie | 2020-present |
| fbl_st Cookie | 2020-present |
| gu Cookie | 2020-present |
| hckd Cookie | [between 2010-2016]-present |
| i_user Cookie | 2020-present |
| lp Cookie | [between 2010-2016]-present |
| lp3 Cookie | [between 2010-2016]-present |
| m_page_voice Cookie | 2021-present |
| mdcsrf Cookie | 2021-present |
| oo Cookie | [between 2010-2016]-present |
| presence Cookie | [between 2007-2010]-present |
| rs Cookie | 2017-present |
| sfau Cookie | [between 2010-2016]-present |
| sfiu Cookie | [between 2010-2016]-present |
| usida Cookie | 2021-present |
| x-referer Cookie | [between 2007-2010]-present |
| x-src Cookie | [between 2010-2016]-present |
| zsh Cookie | 2018-present |

| **Identifiers/Terms from Plaintiffs** |
| --- |
| |
| **Canonical FB Identifiers** |
| User ID (UID) |
| Replacement ID (RID) |
| Seperable ID (SID) |
| |
| **Other Identifiers** |
| Name |
| Username |
| App-Scoped ID (ASID) |
| Page-Scoped ID (PSID) |
| Third Party ID (TPID) |
| Payments ID (PAID) |
| Master ID (MAID) |
| External ID |
| Subscription ID |
| App Install ID (fka 'anonymous ID') |
| Lead ID |
| |
| **Browser Identifiers** |
| Browser ID |
| |
| **Device Identifiers** |
| Device ID (UDID) |
| Marauder ID |
| IP Address |
| Android ID |
| Attribution ID (Neko ID)--IOS and Android |
| MAC Address |
| IDFA (iOS) |
| AAID |
| IDFV |
| Family Device IDs |
| GAID |
| MSISDN |
| |
| **Other/Terms Identified by Plaintiffs** |
| Pixel Tags |
| Social Plugins |
| SDK |
| Inviteable Friends ID |
| Taggable Friends ID |

User Agent