# Defendant's Exhibit 67

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13    CORPORATE REPRESENTATIVE - MICHAEL PATRICK CLARK
14   (Reported Remotely via Video & Web Videoconference)
15          Denver, Colorado (Deponent's location)
16                 Wednesday, May 18, 2022
17                        Volume I
18
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5210145
25  PAGES 1 - 251
```

Page 1

| | | |
|---|---|---|
| 1 | So to recap briefly, you spoke with | 10:26:34 |
| 2 | Mr. Renfro for about an hour.  Mr. Papagiannis for | |
| 3 | about an hour.  Mr. Patel for about an hour and a | |
| 4 | half.  We're at about three and a half. | |
| 5 | Then Mr. Zarashaw for about 30 minutes. | 10:26:50 |
| 6 | And let's say 30 minutes for the -- each for the | |
| 7 | remaining four, so that's two -- so you spent about | |
| 8 | seven hours substantively preparing for this | |
| 9 | deposition.  And then you said you spent 35 hours | |
| 10 | preparing. | 10:27:05 |
| 11 | Was the remainder of the time spent | |
| 12 | talking to counsel? | |
| 13 | A.  Yes, in addition to 20 of -- hours of my | |
| 14 | own time reviewing material. | |
| 15 | Q.  And what materials did you review for | 10:27:14 |
| 16 | 20 hours? | |
| 17 | A.  Yeah.  I -- I reviewed approximately | |
| 18 | 45 documents.  The UDDP.  The relevant deletion | |
| 19 | controls from 2012 to present.  PwC's audits from | |
| 20 | 2013 to 200- -- I believe '17.  Wiki's describing | 10:27:33 |
| 21 | the technical details of deletion and the software | |
| 22 | associated with.  And then also reviewed the | |
| 23 | 25 documents which you had provided. | |
| 24 | Q.  And when you say you reviewed PwC's | |
| 25 | audits, what specifically are you referring to? | 10:27:56 |

Page 26