# Defendant's Exhibit 71

**I. Leone CA MDL August 5, 2022 Deposition**

**How I prepared:**

- 8 years relevant experience at FB
- Approximately 36 hours with counsel
- Approximately 8 hours preparing on my own
- Reviewed background materials (help center content, ad transparency tools, blog posts, etc.) and documents from Plaintiffs
- Meetings with others:
    - Nikhil Nawathe (~0.5 hours)
    - Nico Westerman (~0.5 hours)
    - Anne Franco (~0.5 hours)
    - Anne Lewis (~0.5 hours)
    - Alexander Martin (~0.5 hours)
    - Rob Sherman (~1.2 hours)
    - Victor Zhu (~0.5 hours)
    - Jill Barzilay (~0.5 hours)
    - Toby Roessingh (~0.5 hours)
    - Sagar Arora (~0.2 hours)
    - Mayur Patel (~0.7 hours)

**Exhibit 0655**
30(b)(6) Leone

Confidential                    ADVANCE-META-00003632