# Defendant's Exhibit 74

CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843
 5   CONSUMER USER PROFILE        Case No.
 6   LITIGATION                   18-md-02843-VC-JSC
     _____
 7   This document relates to:
 8   ALL ACTIONS
     _____
 9
10                  **CONFIDENTIAL**
11
12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13       CORPORATE REPRESENTATIVE - MICHAEL DUFFEY
14   (Reported Remotely via Video & Web Videoconference)
15       Palo Alto, California (Deponent's location)
16              Wednesday, June 2, 2022
17                      Volume I
18
19   STENOGRAPHICALLY REPORTED BY:
20   REBECCA L. ROMANO, RPR, CSR, CCR
21   California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5234611
25   PAGES 1 - 194
```

Page 1

| | | |
|---|---|---|
| 1 | A. Thank you. | 09:53:03 |
| 2 | I met with counsel for Gibson Dunn | |
| 3 | approximately for 38 hours over the course of four | |
| 4 | weeks. I believe that there were ten sessions. | |
| 5 | I reviewed the documents that were | 09:53:22 |
| 6 | produced to plaintiffs, I believe a week or so ago. | |
| 7 | I reviewed correspondence from Gibson | |
| 8 | Dunn to plaintiffs regarding legal hold and -- and | |
| 9 | preservation of ESI. | |
| 10 | I reviewed a handful of documents that | 09:53:53 |
| 11 | were provided from -- by plaintiffs to Gibson Dunn. | |
| 12 | I reviewed the 30(b)(6) notice and the | |
| 13 | correspondence that I mentioned from May 18th, | |
| 14 | 2020 -- 2022. | |
| 15 | I spoke with various employees at the | 09:54:25 |
| 16 | company to help learn more about the various topics | |
| 17 | at issue here. | |
| 18 | Q. And is all of this information detailed | |
| 19 | in the notes that you're reviewing? | |
| 20 | A. The -- the timing of the events, the | 09:54:56 |
| 21 | number is on -- on the notes. The people that I | |
| 22 | spoke with are -- are also listed. | |
| 23 | Q. Do you have -- | |
| 24 | A. There's listing -- | |
| 25 | Q. I'm so sorry. Please continue. | 09:55:15 |

Page 36