# Defendant's Exhibit 79

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
     IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4   CONSUMER USER PROFILE        Case No.
     LITIGATION                   18-md-02843-VC-JSC
 5   _____
 6   This document relates to:
 7   ALL ACTIONS
 8
     _____
 9
10
11
12         ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13     CORPORATE REPRESENTATIVE - MICHAEL PATRICK CLARK
14    (Reported Remotely via Video & Web Videoconference)
15           Denver, Colorado (Deponent's location)
16                  Wednesday, May 18, 2022
17                         Volume I
18
19
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5210145
25   PAGES 1 - 251
```

Page 1

```
 1        A.   As I said, I've worked with counsel on          05:07:32
 2   that.  I just -- I don't have it at the end of the
 3   day for you.
 4             If -- if you'd like to put it up, I can
 5   read what it is.  I just -- I don't have that         05:07:40
 6   answer right here in front of me.
 7        Q.   Okay.  So that's fine.
 8             So the answer is you don't know, right?
 9             MR. BLUME:  Same objections.
10             THE DEPONENT:  As a representative of        05:07:52
11   Facebook, I didn't prepare to answer that.  In my
12   personal experience, I work with it.  But I -- I
13   just -- I can't articulate it right now.  So I --
14        Q.   (By Ms. Weaver)  So the answer is, as you
15   sit here right now, you don't know what the           05:08:11
16   definition of personal information under the CCPA
17   is, correct?
18             In your personal or in the corporate
19   capacity; is that right?
20             MR. BLUME:  Objection.  Scope.              05:08:21
21             You can answer yes or no in your personal
22   capacity.
23             THE DEPONENT:  In -- in my personal
24   capacity, I work with product counsel on a regular
25   basis on the definition of what personal             05:08:31
```

```
 1   information is under CCPA, which is a long and              05:08:33
 2   nuanced answer in the context of working with that
 3   data every day, because I have come up with and
 4   developed that definition under guidance and
 5   direction of counsel.                                        05:08:45
 6          In my personal experience, I -- I -- I
 7   did not prepare to answer that question, so I
 8   cannot answer that I don't know.
 9       Q.  (By Ms. Weaver)  Okay.  Well, so -- we
10   have a 30(b)(6) deposition here.  You've asked for          05:09:03
11   this document that refers to personal information
12   under CCPA, which is part of the definition of UII,
13   which is within the scope of what data is deleted,
14   and I'm just answering -- I'm just asking, for
15   the jury, can you tell me today, as you sit here,           05:09:20
16   how does Facebook define personal information?
17          MR. BLUME:  Objection.  Form.  And scope.
18   And calls for a legal conclusion under the CCPA.
19          THE DEPONENT:  And I -- I really am
20   trying to be responsive.  And that's why I'm making         05:09:39
21   sure that it's on the record that I'm answering
22   that I don't know.  In --
23       Q.  (By Ms. Weaver)  Okay.
24       A.  -- preparation for this, I came prepared
25   to answer the things related to question 4.  And            05:09:48
```

Page 221