# Defendant's Exhibit 80

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843
 5   CONSUMER USER PROFILE        Case No.
 6   LITIGATION                   18-md-02843-VC-JSC
     _____
 7   This document relates to:
 8   ALL ACTIONS
     _____
 9
10   **CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER**
11
12        ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13       CORPORATE REPRESENTATIVE - ISABELLA LEONE
14   (Reported Remotely via Video & Web Videoconference)
15        Seattle, Washington (Deponent's location)
16                 Friday, August 5, 2022
17                       Volume 1
18
19   STENOGRAPHICALLY REPORTED BY:
20   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
21   Nevada CCR No. 827
     Oregon CSR No. 20-0466
22   Washington CCR No. 3491
23   JOB NO. 5345580
24
25   PAGES 1 - 369
```

Page 1

| | | |
|---|---|---|
| 1 | (Recess taken.) | 05:09:21 |
| 2 | THE VIDEOGRAPHER:  We are back on the | |
| 3 | record.  It's 5:19 p.m. | |
| 4 | Q.  (By Ms. Weaver)  Ms. Leone, I'll ask you | |
| 5 | to take a look at Exhibit 658. | 05:19:43 |
| 6 | A.  I have it up. | |
| 7 | Q.  And turning to the page we discussed | |
| 8 | earlier, on page 5. | |
| 9 | And there's a bullet point that says, "We | |
| 10 | don't share information with advertisers that | 05:19:59 |
| 11 | personally identifies individuals unless they've | |
| 12 | given us permission." | |
| 13 | Do you see that? | |
| 14 | A.  Yes. | |
| 15 | Q.  What is your understanding of information | 05:20:07 |
| 16 | that personally identifies individuals? | |
| 17 | A.  In the context of ads, it's that we do | |
| 18 | not share with the advertiser who saw their ad so | |
| 19 | that they understand who that user was. | |
| 20 | Q.  And when you say who -- "We do not share | 05:20:23 |
| 21 | who saw their ad," what do you mean? | |
| 22 | A.  The user who saw their ad.  We don't | |
| 23 | share the identity of that user with the | |
| 24 | advertiser. | |
| 25 | Q.  Does Facebook share information that | 05:20:38 |

Page 324

| | | |
|---|---|---|
| 1 | enables third parties to identify the user? | 05:20:41 |
| 2 |       MR. BENJAMIN: Objection to form. | |
| 3 |       THE DEPONENT: No. As I mentioned, our | |
| 4 | product -- the protections in our product, such as | |
| 5 | the performance metrics, are aggregated so to avoid | 05:20:58 |
| 6 | an advertiser reassociating and trying to identify | |
| 7 | the user who saw the ad. | |
| 8 |    Q. (By Ms. Weaver) And do you think that | |
| 9 | geo location is an example of information that | |
| 10 | personally identifies an individual? | 05:21:15 |
| 11 |       MR. BENJAMIN: Objection to form. | |
| 12 |       THE DEPONENT: In the context of ads, we | |
| 13 | don't share who viewed the ad or their location | |
| 14 | with an advertiser. | |
| 15 |    Q. (By Ms. Weaver) But if an advertiser is | 05:21:37 |
| 16 | seeking to advertise within a one-mile radius | |
| 17 | and/or if they are using their own customer list, | |
| 18 | doesn't the advertiser know who the person is? | |
| 19 |       MR. BENJAMIN: Objection to form and | |
| 20 | scope. | 05:21:54 |
| 21 |       THE DEPONENT: No. They -- for example, | |
| 22 | if someone selects a radius or selects their | |
| 23 | location targeting, they don't know who sees the | |
| 24 | ad. We don't share the information with them about | |
| 25 | who's seeing the ad. | 05:22:09 |

Page 325

```
 1         Q.   (By Ms. Weaver)  Okay.  So the -- then        05:22:11

 2    your testimony on behalf of Facebook is that

 3    because Facebook is not sharing who saw the ad, it

 4    is not sharing information that personally

 5    identifies individuals; is that correct?                05:22:22

 6              MR. BENJAMIN:  Objection to form.

 7    Misstates.

 8              THE DEPONENT:  We don't share information

 9    about who saw the ad to the advertiser so that they

10    can identify that user.                                 05:22:37

11         Q.   (By Ms. Weaver)  I understand that you

12    have to keep repeating the sentence, and I'm trying

13    to drill in by -- on what you mean by who saw the

14    ad.

15              When you say "we don't identify who," do      05:22:45

16    you mean by name?

17         A.   I mean individual users.  Their name is

18    an example, similar to Lesley Weaver saw this ad.

19    That is not what we share with advertisers.

20         Q.   Okay.  Can you give me the full list of       05:23:00

21    what you think it is that Facebook does not share,

22    such that it is not sharing information that

23    personally identifies individuals?

24              MR. BENJAMIN:  Objection to form.

25              THE DEPONENT:  I -- I can't define            05:23:18
```

Page 326

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | everything we don't share.  It's -- | 05:23:20 |
| 2 | Q.  (By Ms. Weaver)  Let me put it this way. | |
| 3 | What is that you think is information that | |
| 4 | personally identifies individuals? | |
| 5 | MR. BENJAMIN:  Objection to form. | 05:23:35 |
| 6 | THE DEPONENT:  In the context -- | |
| 7 | MR. BENJAMIN:  Sorry.  Objection to form | |
| 8 | and scope. | |
| 9 | I understand Counsel Weaver still to be | |
| 10 | examining you about Exhibit 658 and the language in | 05:23:45 |
| 11 | that document. | |
| 12 | You can answer. | |
| 13 | THE DEPONENT:  In the context of ads, | |
| 14 | it's that we do not provide advertisers with | |
| 15 | information to understand who saw their ad, | 05:23:56 |
| 16 | specifically which users saw their ad. | |
| 17 | Q.  (By Ms. Weaver)  Give me the examples of | |
| 18 | the information that you just referred to in that | |
| 19 | answer. | |
| 20 | A.  We don't -- in our -- as an example, in | 05:24:15 |
| 21 | our performance metrics, those are aggregated so | |
| 22 | that an advertiser doesn't know who specifically | |
| 23 | clicked or saw their ad. | |
| 24 | Q.  I understand. | |
| 25 | I'm asking you a different question. | 05:24:29 |

```
 1          What is the kind of information that you           05:24:31
 2   think would personally identify an individual?
 3          MR. BENJAMIN:  Objection to form.  Asked
 4   and answered.  Vague.
 5          THE DEPONENT:  In the context of ads,               05:24:44
 6   again, it's who saw your ad and which users those
 7   were, which would personally identify someone in
 8   the context of ads.
 9      Q.  (By Ms. Weaver)  So do you mean name, or
10   email, or what is the kind -- I need examples of          05:24:55
11   the kind of information that you say would
12   personally identify an individual.
13          MR. BENJAMIN:  Yeah.
14      Q.  (By Ms. Weaver)  What do you mean?
15          MR. BENJAMIN:  Objection to form and               05:25:08
16   scope.  And I'll just make a running objection for
17   the sake of the record.
18          And so as not to impede the deposition to
19   this entire line of questioning, I understand
20   Counsel Weaver to examining you about the language       05:25:19
21   within Exhibit 658 about information that
22   personally identifies individuals.
23          On that basis, you can answer.
24          THE DEPONENT:  As an example, we don't
25   share with advertisers the person who saw the ad,        05:25:36
```

| | | |
|---|---|---|
| 1 | which would include their name, their UID, or their | 05:25:39 |
| 2 | email, because that's not information we share with | |
| 3 | advertisers in delivering the ads that they've | |
| 4 | placed on Facebook. | |
| 5 |     Q.   (By Ms. Weaver)  What about IP address? | 05:25:51 |
| 6 | Is that an example of information that could be | |
| 7 | used to personally identify an individual? | |
| 8 |         MR. BENJAMIN:  Same objections to form | |
| 9 | and scope. | |
| 10 |         THE DEPONENT:  It's not information we | 05:26:05 |
| 11 | share with an advertiser, as a starting point.  In | |
| 12 | the context of ads -- again, it's not information | |
| 13 | we share with advertisers about who's seeing their | |
| 14 | ad. | |
| 15 |     Q.   (By Ms. Weaver)  If a advertiser wants to | 05:26:25 |
| 16 | target IP addresses or geo location, in your | |
| 17 | understanding, could that be used to identify an | |
| 18 | individual? | |
| 19 |     A.   Our targeting options -- | |
| 20 |         MR. BENJAMIN:  Sorry, Bella. | 05:26:39 |
| 21 |         Same objections. | |
| 22 |         THE DEPONENT:  Our targeting options | |
| 23 | aren't based on IP address.  That's not a targeting | |
| 24 | option we offer. | |
| 25 |     Q.   (By Ms. Weaver)  Okay.  It is something | 05:26:48 |