| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC <br><br> **NOTICE REGARDING REVISIONS TO PROPOSED ORDER GRANTING PRELIMINARY APPROVAL AND PROPOSED NOTICE OF CLASS ACTION SETTLEMENT** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

The Court ordered Plaintiffs' counsel to "review the proposed notice and proposed order to ensure that both comply fully with the Court's standing order." Order, Feb. 10, 2023, ECF No. 1105. Counsel were either to "submit any revised documents" or "file a notice affirming that all submitted documents [were] in compliance." *Id.*

In accordance with the order, Plaintiffs are submitting revised versions of the proposed order (initially filed at ECF No. 1096, Ex. 1-A) and proposed notice (initially filed at ECF No. 1096, Ex. 1-D). Redlined versions of the proposed order and proposed notice are attached hereto as **Appendices A** and **B**, respectively. Clean versions of the proposed order and proposed notice are attached hereto as **Appendices C** and **D**, respectively.

The two tables below identify each revision and, for each revision, the provision of the Court's standing order that required it.

*Revisions to Proposed Order*

| Location of revision | Relevant provision of the Court's civil standing order |
|---|---|
| Paragraph 14 | Page 15, second paragraph (substantial compliance) |
| Paragraph 17 | Page 15, second paragraph (excused for good cause) |

*Revisions to Proposed Notice*

| Location of revision | Relevant provision of the Court's civil standing order |
|---|---|
| Page 5, question 9 | Page 14, bottom paragraph (notice of "identical factual predicate") |
| Page 8, question 17 | Page 15, second paragraph (excused for good cause) |

| | |
|---|---|
| Dated: February 17, 2023 | Respectfully submitted, |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| By: */s/ Derek W. Loeser*<br>    Derek W. Loeser | By: */s/ Lesley E. Weaver*<br>    Lesley E. Weaver |

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February, 2023, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver
