UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>        Defendants. | Case No. 18-md-02843-VC<br><br>**ORDER RE REMAINING REQUESTS TO SEAL**<br><br>Re: Dkt. Nos. 1083, 1099 |

This order adjudicates the remaining requests to seal associated with the briefing on sanctions.

- *Facebook's Motion to Consider Whether Another Party's Materials Should be Sealed* (Dkt. No. 1083). On December 7, 2022, Facebook filed this motion regarding the billing records that the plaintiffs submitted in support of their supplemental brief on the amount of sanctions. The plaintiffs have not filed a statement in support of sealing, as required by Local Rule 79-5(f)(3). The motion is therefore denied.

- *Facebook's Motion to Seal ADI Communications* (Dkt. No. 1099). The motion is granted in part. Facebook may file Exhibit 5 under seal with the same redactions approved for Exhibit 66 (Dkt. No. 1103-6).

Facebook is ordered to file these documents on the docket within 7 days of this order.

//

//

//

**IT IS SO ORDERED.**

Dated: February 22, 2023

_____
VINCE CHHABRIA
United States District Judge