| | |
|---|---|
| **RAÚL TORREZ, Attorney General**<br>P. Cholla Khoury<br>Jacqueline N. Ortiz<br>Judy Paquin<br> Assistant Attorneys General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504<br>Tel: (505) 490-4060<br>ckhoury@nmag.gov<br>jortiz@nmag.gov<br>jpaquin@nmag.gov | **DICELLO LEVITT LLC**<br>Adam J. Levitt<br>Amy E. Keller<br>Ten North Dearborn St., Sixth Floor<br>Chicago, IL 60602<br>Tel.: (31) 214-7900<br>alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com<br><br>Corban Rhodes (*pro hac vice* forthcoming)<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel.: (646) 933-1000<br>crhodes@dicellolevitt.com |
| David M. Berger (SBN 277526)<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>dmb@classlawgroup.com | |

*Attorneys for Proposed Plaintiff-Intervenor*
*State of New Mexico*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843<br>Case No.: 3:18-md-02843-VC<br><br>**NOTICE OF APPEARANCE OF DAVID M. BERGER** |
| This document relates to:<br><br>ALL ACTIONS | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** David M. Berger of Gibbs Law Group LLP hereby appears as counsel for Proposed Plaintiff-Intervenor State of New Mexico ex rel. Raúl Torrez, in the above-captioned action. Mr. Berger is admitted to practice in the State of California and before this Court. His firm address, telephone, facsimile, and email address are as follows:

David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: dmb@classlawgroup.com

Please serve David M. Berger with all pleadings, orders, motions, notices, and other filings in this action.

Dated: February 28, 2023

Respectfully submitted,

By: /s/ *David M. Berger*

David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
dmb@classlawgroup.com

*Attorneys for Proposed Plaintiff-Intervenor State of New Mexico*