1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,

   Case No. _____

5

6  This document relates to:

   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
   (CIVIL LOCAL RULE 11-3)

7

8

9

10      I, _____, an active member in good standing of the bar of

11  _____, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: _____ in the

13  above-entitled action. My local co-counsel in this case is _____, an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California. Local co-counsel's bar number is: _____.

16  DiCello Levitt LLC
    485 Lexington Avenue
    New York, NY 10017
    MY ADDRESS OF RECORD

    Gibbs Law Group LLP
    1111 Broadway, Suite 2100
    Oakland, California 94607
    LOCAL CO-COUNSEL'S ADDRESS OF RECORD

17

18  MY TELEPHONE # OF RECORD

    (510) 350-9713
    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

19

20  MY EMAIL ADDRESS OF RECORD

    dmb@classlawgroup.com
    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: _____.

24      A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court _____ times in the 12 months

27  preceding this application.

28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE



*Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Corban Smith Rhodes

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 26, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 22, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00058763



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022