| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC <br><br> **FURTHER NOTICE REGARDING REVISIONS TO PROPOSED ORDER GRANTING PRELIMINARY APPROVAL, PROPOSED NOTICE OF CLASS ACTION SETTLEMENT, PROPOSED CLAIM FORM, PROPOSED LONG-FORM NOTICE, AND PROPOSED SHORT-FORM NOTICE** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

Pursuant the Court's February 28, 2023 Order Re Preliminary Approval Hearing, ECF No. 1109, Plaintiffs propose the following revisions to the proposed claim form, proposed order granting preliminary approval, proposed long-form notice, and proposed short-form notice. Plaintiffs previously submitted revised versions of the proposed order granting preliminary approval and the proposed notice of settlement. Notice Regarding Revisions, Feb. 17, 2023, ECF No. 1106 (proposed order and proposed notice); Further Notice Regarding Revisions, Feb. 27, 2023, ECF No. 1108 (proposed order). Only new revisions based on the Order Re Preliminary Approval Hearing are discussed below.

Claim Form: The heading of Section III has been changed from "PAYMENT SELECTION" to "METHOD FOR RECEIVING PAYMENT." The "REMINDER CHECKLIST" has been updated to clarify that the Claim Form can also be submitted online. The redline of the claim form revision is attached hereto as **Appendix A**. A clean version incorporating the revision is attached hereto as **Appendix B**.

Proposed Order: Page five is revised to more clearly state that objectors may appear at the final approval hearing without submitting a written objection upon a showing of good cause and that the final approval hearing will be held via video conference. Page one is also revised to fill in a missing citation. The redline of the proposed order revisions is attached hereto as **Appendix C**. A clean version incorporating the revisions is attached hereto as **Appendix D**.

Long-Form Notice: Page seven is revised to more clearly state that class members can opt out online or by mail, and to include a link to the relevant section of the settlement website. The same page is also revised to clearly state that opt outs submitted online are only valid if the class member verifies the request to opt out using the link sent to them. Page eight is revised to more clearly state that objectors may appear at the final approval hearing without submitting a written objection upon a showing of good cause. Page nine is revised to reflect that the final approval hearing will be held over Zoom. The redline of the revisions to the long-form notice is attached hereto as **Appendix E**. A clean version incorporating the revisions is attached hereto as **Appendix F**.

Short-Form Notice: Page two is revised to reflect that the final approval hearing will be held over Zoom. The redline of the revision to the short-form notice is attached hereto as **Appendix G**. A clean version incorporating the revision is attached hereto as **Appendix H**.

In addition, the parties will be prepared to address the Court's comments regarding the inclusion of an opt out form and an objection form on the settlement website.

Dated: March 1, 2023                                                   Respectfully submitted,

KELLER ROHRBACK L.L.P.                                    BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                                     By:   */s/ Lesley E. Weaver*
          Derek W. Loeser                                                      Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)              Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)  Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                          Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)                Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                              Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)              555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                              Oakland, CA 94607
Seattle, WA 98101                                                   Tel.: (415) 445-4003
Tel.: (206) 623-1900                                                Fax: (415) 445-4020
Fax: (206) 623-3384                                                lweaver@bfalaw.com
dloeser@kellerrohrback.com                                  adavis@bfalaw.com
claufenberg@kellerrohrback.com                          mmelamed@bfalaw.com
dko@kellerrohrback.com                                       aornelas@bfalaw.com
adaniel@kellerrohrback.com                                  jsamra@bfalaw.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2023, at Oakland, California.

            */s/ Lesley E. Weaver*
            Lesley E. Weaver