| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>    osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Rosemarie T. Ring (SBN 220769)<br>    rring@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>    mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>    dstein@gibsondunn.com<br>Heather Richardson<br>    hrichardson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>    jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S NOTICE OF FILING OF DOCUMENTS PURSUANT TO COURT'S FEBRUARY 22 ORDER** |

Per the Court's February 22, 2023 Order (Dkt. 1107) (the "Order"), Defendant Facebook, Inc. ("Facebook") hereby files unredacted versions of the documents listed below.

- Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Response to Plaintiffs' Supplemental Brief Regarding Fees and Costs Sought as Sanctions, Declaration of Gary Greenfield, Appendix A, Appendix B, and Exhibits 1-13 (Dkts. 1083-3, 1083-4, 1083-5, 1083-6).

Per the Order, Facebook hereby files a partially redacted version of the document listed below.

- Ex. 5 to Aycock Declaration ISO Motion to File under Seal ADI Documents (Dkt. 1099) (partially redacted to match redactions to Plaintiffs' Exhibit 66 (Dkt. 1103-6).

| | | |
|---|---|---|
| 1 | Dated:  March 1, 2023 | **GIBSON, DUNN & CRUTCHER, LLP** |

By: */s/ Deborah Stein*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
Heather Richardson
Hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Russell H. Falconer (*pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*