# APPENDIX A

# [PROPOSED] OPT-OUT FORM

| | | |
|---|---|---|
| **Your Opt-Out Form must postmarked by:** <br> **]OPT OUT DEADLINE** | **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** <br> *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* <br> Case No. 3:18-MD-02843-VC <br> **[INSERT WEBSITE]** | **FCP_OPT** |

# Opt-Out Form

## I. YOUR CONTACT INFORMATION

_____     _____
First Name                                    Last Name

_____
Street Address

_____     _____     _____
City                                      State                                   Zip Code

_____
Email address

| | | |
|---|---|---|
| Facebook Account Username(s) (if available) | Email Address(es) associated with Facebook account | Phone number(s) associated with Facebook account |

## II. SIGNATURE

I am a Settlement Class Member who is requesting to be excluded from the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation,* Case No. 3:18-MD-02843-VC (N.D. Cal.) class action settlement. I was an active Facebook user who resided in the United States at any point between May 24, 2007 and December 22, 2022. I understand that by submitting this Opt-Out Form I am requesting exclusion from this Settlement, and I will not receive a Settlement payment.

_____          Date: _____
Your signature                                                              MM        DD        YYYY

**If submitted electronically, this form must be submitted and verified using a link sent to you at the email address you have provided with your opt out request no later than 11:59 p.m. PST on [OPT OUT DEADLINE].**

**If submitted by U.S. mail, this form or any written request to opt-out must be sent to the Settlement Administrator at the address below and be <u>postmarked by</u> [OPT OUT DEADLINE].**

*Facebook Consumer Privacy User Profile Litigation*
ATTN: Exclusion Request
P.O. Box 58220
Philadelphia, PA 19102