# APPENDIX B

# [PROPOSED] OBJECTION FORM

| | | |
|---|---|---|
| **Your Opt-Out Form must postmarked by:** <br> **[OBJECTION DEADLINE** | UNITED STATES DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA <br> *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* <br> Case No. 3:18-MD-02843-VC <br> **[INSERT WEBSITE]** | **FCP_OPT** |

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

_____
**First Name**                                   **Last Name**

_____
**Street Address**

_____     _____     _____
**City**                **State**                **Zip Code**

_____     (\_\_\_\_) \_\_\_\_-_____
**Email address**        **Telephone number**

| | | |
|---|---|---|
| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

**Does your objection apply only to you, to a specific subset of the class, or the total class?**

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☐ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☐ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☐ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                                                ☐ YES   ☐ NO

**If so, please supply their name and contact information below:**

|   |
|---|
| **Please indicate if you and/or your attorney plan to appear at the final approval hearing.** |

### III.  SIGNATURE

| Your signature | Date |
|---|---|

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below; OR by filing it in person at any location of the United States District Court for the Northern District of California, and your objection must be filed or postmarked no later than [OBJECTION DEADLINE].**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489