# APPENDIX A

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

# CERTIFICATE OF SERVICE

I, Julie Law, declare as follows:

I am a citizen of the United States and a resident of the State of California. I am employed in Alameda County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Bleichmar Fonti & Auld LLP, 555 12th Street, Suite 1600, Oakland, California 94607.

On March 8, 2023, I hereby certify that I served a true and correct copy of the following document(s) in the manner(s) described below:

- **ORDER DENYING MOTION TO INTERVENE AND INVITING FURTHER BRIEFING** *(ECF No. 1127)*

☒ (BY ELECTRONIC MAIL) On the below-mentioned date, I served a full and complete copy of the above-referenced document(s) by electronic mail to the person(s) at the email address(es) indicated below. The transmission was reported as complete and without error.

☒ (BY OVERNIGHT DELIVERY) On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

on the following person(s) set forth below:

| | |
|---|---|
| Judith Paquin<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>P.O. Drawer 1508<br>Santa Fe, New Mexico 87504<br>Email: jpaquin@nmag.gov | *Counsel of Record for the State of New Mexico in State v. Facebook, Inc., No. D-101-cv-2021-00132 (Santa Fe County District Court)* |
| Adam J. Levitt<br>Amy E. Keller<br>Daniel R. Ferri<br>Sharon Cruz<br>John Frawley<br>DiCELLO LEVITT LLC<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Email: alevitt@dicellolevitt.com | *Counsel of Record for the State of New Mexico in State v. Facebook, Inc., No. D-101-cv-2021-00132 (Santa Fe County District Court)* |

Email: akeller@dicellolevitt.com
Email: dferri@dicellolevitt.com
Email: scruz@dicellolevitt.com
Email: jfrawley@dicellolevitt.com

| | |
|---|---|
| Corban Rhodes<br>DiCELLO LEVITT LLC<br>485 Lexington Ave., Tenth Floor<br>New York, NY 10017<br>Email: crhodes@dicellolevitt.com | *Counsel of Record for the State of New Mexico in State v. Facebook, Inc., No. D-101-cv-2021-00132 (Santa Fe County District Court)* |
| Marcus J. Rael, Jr.<br>Jessica L. Nixon<br>ROBLES, RAEL AND ANAYA, P.C<br>500 Marquette Avenue NW, Suite 700<br>Albuquerque, New Mexico 87102<br>Email: marcus@roblesrael.com<br>Email: jnixon@roblesrael.com | *Counsel of Record for the State of New Mexico in State v. Facebook, Inc., No. D-101-cv-2021-00132 (Santa Fe County District Court)* |

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2023, at Oakland, California.

*/s/ Julie Law*
Julie Law

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

# CERTIFICATE OF SERVICE

I, Julie Law, declare as follows:

I am a citizen of the United States and a resident of the State of California. I am employed in Alameda County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Bleichmar Fonti & Auld LLP, 555 12th Street, Suite 1600, Oakland, California 94607.

On March 8, 2023, I hereby certify that I served a true and correct copy of the following document(s) in the manner(s) described below:

- **ORDER DENYING MOTION TO INTERVENE AND INVITING FURTHER BRIEFING** *(ECF No. 1127)*

☒ (BY ELECTRONIC MAIL) On the below-mentioned date, I served a full and complete copy of the above-referenced document(s) by electronic mail to the person(s) at the email address(es) indicated below. The transmission was reported as complete and without error.

☒ (BY OVERNIGHT DELIVERY) On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

on the following person(s) set forth below:

| | |
|---|---|
| Adam Teitelbaum<br>Office of the Attorney General<br>400 Sixth Street N.W., 10th Floor<br>Washington, D.C. 20001<br>Email: adam.teitelbaum@dc.gov | *Counsel of Record for the District of Columbia in District of Columbia v. Facebook, Inc., Civil Action No. 2018 CA 008715 B (Superior Court for the District of Columbia, Civil Division)* |
| Jay Edelson<br>Email: jedelson@edelson.com<br>Jimmy Rock<br>Email: jrock@edelson.com<br>Benjamin H. Richman<br>Email: brichman@edelson.com<br>David Mindell<br>Email: dmindell@edelson.com<br>J. Eli Wade-Scott<br>Email: ewadescott@edelson.com | *Counsel of Record for the District of Columbia in District of Columbia v. Facebook, Inc., Civil Action No. 2018 CA 008715 B (Superior Court for the District of Columbia, Civil Division)* |

Theo Benjamin
Email: tbenjamin@edelson.com
Emily E. Penkowski
Email: epenkowski@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654

    I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

    Executed this 8th day of March, 2023, at Oakland, California.

                                                */s/ Julie Law*
                                                Julie Law

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

# CERTIFICATE OF SERVICE

I, Julie Law, declare as follows:

I am a citizen of the United States and a resident of the State of California. I am employed in Alameda County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Bleichmar Fonti & Auld LLP, 555 12th Street, Suite 1600, Oakland, California 94607.

On March 8, 2023, I hereby certify that I served a true and correct copy of the following document(s) in the manner(s) described below:

- **ORDER DENYING MOTION TO INTERVENE AND INVITING FURTHER BRIEFING *(ECF No. 1127)***

☒ (BY ELECTRONIC MAIL) On the below-mentioned date, I served a full and complete copy of the above-referenced document(s) by electronic mail to the person(s) at the email address(es) indicated below. The transmission was reported as complete and without error.

☒ (BY OVERNIGHT DELIVERY) On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

on the following person(s) set forth below:

| | |
|---|---|
| Elizabeth Blackston<br>Carolyn Friedman<br>Consumer Fraud Bureau<br>500 South Second Street<br>Springfield, IL 62701<br>Email: Elizabeth.blackston@ilag.gov<br>Email: Carolyn.friedman@ilag.gov | *Counsel of Record for the State of Illinois in People of the State of Illinois, ex. rel. Kimberly M. Foxx v. Facebook, Inc., Case No. 2018-CH-03868 (Circuit Court of Cook County, Illinois)* |
| Jay Edelson<br>Email: jedelson@edelson.com<br>Benjamin H. Richman<br>Email: brichman@edelson.com<br>Ari J. Scharg<br>Email: ascharg@edelson.com<br>Alfred K. Murray II<br>Email: amurray@edelson.com | *Counsel of Record for the State of Illinois in People of the State of Illinois, ex. rel. Kimberly M. Foxx v. Facebook, Inc., Case No. 2018-CH-03868 (Circuit Court of Cook County, Illinois)* |

EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654

Rafey S. Balabanian  *Counsel of Record for the State of Illinois*
Email: rbalabanian@edelson.com  *in People of the State of Illinois, ex. rel.*
EDELSON PC  *Kimberly M. Foxx v. Facebook, Inc., Case*
123 Townsend Street, Suite 100  *No. 2018-CH-03868 (Circuit Court of Cook*
San Francisco, California 94107  *County, Illinois)*

    I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

    Executed this 8th day of March, 2023, at Oakland, California.

*/s/ Julie Law*
Julie Law

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

# CERTIFICATE OF SERVICE

I, Julie Law, declare as follows:

I am a citizen of the United States and a resident of the State of California. I am employed in Alameda County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Bleichmar Fonti & Auld LLP, 555 12th Street, Suite 1600, Oakland, California 94607.

On March 8, 2023, I hereby certify that I served a true and correct copy of the following document(s) in the manner(s) described below:

- **ORDER DENYING MOTION TO INTERVENE AND INVITING FURTHER BRIEFING** *(ECF No. 1127)*

☒ (BY ELECTRONIC MAIL) On the below-mentioned date, I served a full and complete copy of the above-referenced document(s) by electronic mail to the person(s) at the email address(es) indicated below. The transmission was reported as complete and without error.

☒ (BY OVERNIGHT DELIVERY) On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

on the following person(s) set forth below:

| | |
|---|---|
| Sara Cable<br>Jared Rinehimer<br>Assistant Attorneys General<br>Data Privacy and Security Division<br>Public Protection & Advocacy Bureau<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>Email: sara.cable@mass.gov<br>Email: jared.rinehimer@mass.gov | *Counsel of Record for the Commonwealth of Massachusetts in Attorney General v. Facebook, Inc., No. 1984CV02897-BLS-1 (Suffolk County Superior Court)* |
| Peter Downing<br>Assistant Attorney General<br>Consumer Protection Division<br>Public Protection & Advocacy Bureau<br>One Ashburton Place<br>Boston, Massachusetts 02108 | *Counsel of Record for the Commonwealth of Massachusetts in Attorney General v. Facebook, Inc., No. 1984CV02897-BLS-1 (Suffolk County Superior Court)* |

Email: peter.downing@mass.gov

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2023, at Oakland, California.

*/s/ Julie Law*
Julie Law

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305)<br>BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

# CERTIFICATE OF SERVICE

I, Julie Law, declare as follows:

I am a citizen of the United States and a resident of the State of California. I am employed in Alameda County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Bleichmar Fonti & Auld LLP, 555 12th Street, Suite 1600, Oakland, California 94607.

On March 9, 2023, I hereby certify that I served a true and correct copy of the following document(s) in the manner(s) described below:

- **ORDER DENYING MOTION TO INTERVENE AND INVITING FURTHER BRIEFING *(ECF No. 1127)***

☒ (BY ELECTRONIC MAIL) On the below-mentioned date, I served a full and complete copy of the above-referenced document(s) by electronic mail to the person(s) at the email address(es) indicated below. The transmission was reported as complete and without error.

☒ (BY PERSONAL DELIVERY) On the above-mentioned date, I enclosed the documents in an envelope and personally delivered them to the person(s) at the address(es) shown below. For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the documents could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening.

on the following person(s) set forth below:

| | |
|---|---|
| Nicklas A. Akers<br>Email: nicklas.akers@doj.ca.gov<br>Senior Assistant Attorney General<br>Stacey D. Schesser<br>Supervising Deputy Attorney General<br>Email: stacey.schesser@doj.ca.gov<br>Micah C.E. Osgood<br>Email: mike.osgood@doj.ca.gov<br>Maneesh Sharma<br>Email: maneesh.sharma@doj.ca.gov<br>Joeseph M. Lake<br>Email: joseph.lake@doj.ca.gov<br>Deputy Attorneys General | *Counsel of Record for the People of the State of California in People of the State of California, ex. rel. Xavier Becerra v. Facebook, Inc., Case No. CPF-19-516916 (Superior Court of California, County of San Francisco)* |

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, California 94102

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of March, 2023, at Oakland, California.

*/s/ Julie Law*
Julie Law