| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **PLAINTIFFS' RESPONSE TO ORDER DENYING MOTION TO INTERVENE AND INVITING FURTHER BRIEFING** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

Following the March 2, 2023 hearing on Plaintiffs' Motion to Certify a Settlement Class and Grant Preliminary Settlement Approval, the Court issued an Order Denying Motion to Intervene and Inviting Further Briefing ("Order"), ECF No. 1127. The Order allowed any state with an interest in this matter until March 20 to file an objection to the settlement or request that the proposed class notice be amended, and allowed Plaintiffs and Facebook until March 27 to file any supplemental briefs. *See id.* at 2–3.

No state made any filing by March 20. Plaintiffs do not plan to make any supplemental filing and have confirmed with Facebook that it also does not plan to make any supplemental filing. Plaintiffs therefore respectfully renew their request that the Court issue preliminary approval of the proposed settlement. Tr. of Hr'g at 47:3–9 (Mar. 2, 2023).

Dated: March 23, 2023                                                  Respectfully submitted,

KELLER ROHRBACK L.L.P.                                    BLEICHMAR FONTI & AULD LLP

By:    */s/ Derek W. Loeser*                                    By:    */s/ Lesley E. Weaver*
       Derek W. Loeser                                                        Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)          Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)   Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                 Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*          Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                        Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice)*           555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                      Oakland, CA 94607
Seattle, WA 98101                                  Tel.: (415) 445-4003
Tel.: (206) 623-1900                               Fax: (415) 445-4020
Fax: (206) 623-3384                                lweaver@bfalaw.com
dloeser@kellerrohrback.com                         adavis@bfalaw.com
claufenberg@kellerrohrback.com                     mmelamed@bfalaw.com
dko@kellerrohrback.com                             aornelas@bfalaw.com
adaniel@kellerrohrback.com                         jsamra@bfalaw.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101

Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of March, 2023, at Louisville, Kentucky.

                                                */s/ Lesley E. Weaver*
                                                Lesley E. Weaver

**CERTIFICATE OF SERVICE**

      I, Julie Law, hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                        */s/ Julie Law*
                                        Julie Law