UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 18-md-02843-VC<br><br>**ORDER RE OBJECTIONS TO CLASS ACTION SETTLEMENT** |

      The Court will transmit all objections to the parties' counsel. Lead plaintiffs' counsel are ordered to redact any sensitive information from the objections such as addresses, phone numbers, or private information about a Facebook user's account, and then file a PDF that contains all the objections on the docket by July 30, 2023. The names of objectors should not be redacted absent extraordinary circumstances. The Court will confirm that all the objections are filed on the docket.

      **IT IS SO ORDERED.**

Dated: April 24, 2023

VINCE CHHABRIA
United States District Judge