UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, | Case No.  18-md-02843-VC |
| This document relates to: | **ORDER RE CLAIM FORMS SENT TO COURT** |
| ALL ACTIONS | |

Several claim forms have been sent to the Court rather than the settlement administrator. The Court will transmit any claim forms it receives to lead plaintiffs' counsel. Lead plaintiffs' counsel is ordered to forward these claim forms to the settlement administrator.

**IT IS SO ORDERED.**

Dated: May 11, 2023

_____

VINCE CHHABRIA
United States District Judge