Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE REGARDING AMENDMENT OF CLAIM FORM**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Plaintiffs give notice of an amendment to the claim form in this class settlement as well as additional information that will be provided to certain claimants.

The settlement's plan of allocation (Dkt. No. 1096-3), assigns each authorized claimant one point for each month in which the claimant had an activated Facebook account. The plan then allocates payments to class members based on the number of points they have been assigned.

Though the claim form allowed claimants to indicate they had deleted accounts, it has come to light through the claims process that it did not allow claimants to indicate that that they had activated but later deleted an account and subsequently activated another account during the class period. In accordance with the preliminary approval order (Dkt No. 1130), the parties, in consultation with the settlement administrator, have amended the claim form to address this scenario. The full amended claim form is attached to this notice.

In addition, class members who submitted claims using the previous claim form will receive a direct email from the settlement administrator explaining the issue and providing them an opportunity to amend their claim. This email notice will contain language substantially similar to the following:

> This message is intended to provide important additional information for certain people who have filed claims in this class settlement. Please read it carefully.
>
> The Settlement Website's "Submit Claim" form has been modified to accommodate claimants who created but then deleted one or more Facebook accounts during the class period, and then later created a new Facebook account during the class period. <u>If that description fits you, follow the instructions below on how to edit your claim</u>. If that description does not fit you, you do not need to edit your claim. Note that if you had multiple accounts at the same time, they won't be double counted.
>
> As a reminder, the class period runs from May 24, 2007 to December 22, 2022.
>
> Instructions For How To Edit Your Claim:
> 1. Go to the Settlement Website, www.FacebookUserPrivacySettlement.com
> 2. Click on "Submit Claim."
> 3. Click the link located at the top of the page to edit your claim ("Filed A Claim? Click Here to Edit Your Claim").

4. Provide the Notice ID and Confirmation Code provided at the top of this notice in order to access and edit your claim.
5. In the "Details" section of the form, proceed to the third question ("Are you filing a claim for a current account, a deleted account or a combination of both?").
6. Select from the options: "Current Account(s)", "Deleted Account(s)" or "Both Current and Deleted Accounts."
7. Complete the information requested regarding your account(s), as applicable.

The settlement administrator estimates that dissemination of this notice to the approximately 12 million persons who have thus far filed claims will cost $209,959.00 This notice will be in addition to the notice of which the Court has already approved.

Finally, the FAQs on the settlement website have been updated to answer questions from class members who received the new email notice or who simply deleted one or more accounts during the class period.

Dated: May 18, 2023                                              Respectfully submitted,

KELLER ROHRBACK L.L.P.                          BLEICHMAR FONTI & AULD LLP

By:   /s/ Derek W. Loeser                                 By:   /s/ Lesley E. Weaver
      Derek W. Loeser                                             Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)           Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)    Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                  Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*           Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                         Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice)*            1330 Broadway, Suite 630
1201 Third Avenue, Suite 3200                       Oakland, CA 94612
Seattle, WA 98101                                   Tel.: (415) 445-4003
Tel.: (206) 623-1900                                Fax: (415) 445-4020
Fax: (206) 623-3384                                 lweaver@bfalaw.com
dloeser@kellerrohrback.com                          adavis@bfalaw.com
claufenberg@kellerrohrback.com                      mmelamed@bfalaw.com
dko@kellerrohrback.com                              aornelas@bfalaw.com
adaniel@kellerrohrback.com                          jsamra@bfalaw.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**From Email**: DoNotReply@FacebookUserPrivacySettlement.com
**From Name**: Facebook Consumer Privacy User Profile Litigation Settlement Administrator
**Subject**: Facebook User Privacy Settlement Claim Submission

Notice ID:  XXX

Confirmation Code: XXX

Dear _____:

This message is intended to provide important additional information for certain people who have filed claims in this class settlement. Please read the following carefully.

The Settlement Website's "Submit Claim" form has been modified to accommodate claimants who created but then deleted one or more Facebook accounts during the class period, and then later created a *new* Facebook account during the class period. <u>If that description fits you, follow the instructions below on how to edit your claim</u>. If that description does not fit you, you do not need to edit your claim. Note that if you had multiple accounts at the same time, they won't be double counted.

As a reminder, the class period runs from May 24, 2007 to December 22, 2022.

Instructions For How To Edit Your Claim:

1. Go to the Settlement Website, [www.FacebookUserPrivacySettlement.com](www.FacebookUserPrivacySettlement.com)
2. Click on "Submit Claim."
3. Click the link located at the top of the page to edit your claim ("Filed A Claim? Click Here to Edit Your Claim").
4. Provide the Notice ID and Confirmation Code provided at the top of this notice in order to access and edit your claim.
5. In the "Details" section of the form, proceed to the third question ("Are you filing a claim for a current account, a deleted account or a combination of both?").
6. Select from the options: "Current Account(s)", "Deleted Account(s)" or "Both Current and Deleted Accounts."
7. Complete the information requested regarding your account(s), as applicable.