| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 1330 Broadway, Suite 630 |
| Seattle, WA 98101 | Oakland, California 94612 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **AMENDED CLAIM FORM**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

## CLAIM FORM INSTRUCTIONS

This Claim Form is for Settlement Class Members.  The Settlement Class includes the following: All Facebook users in the United States between May 24, 2007 and December 22, 2022.  To receive a payment from the Settlement, you must complete and submit this form.

### How To Complete This Claim Form

1. There are two ways to submit this Claim Form to the Settlement Administrator: (a) online at www.FacebookUserPrivacySettlement.com; or (b) by U.S. Mail to the following address: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  Your Claim Form must be submitted by **August 25, 2023**. If you submit your claim by U.S. mail, make sure the completed and signed Claim Form is postmarked by **August 25, 2023.**

2. You must complete the entire Claim Form.  Please type or write your responses legibly.

3. If your Claim Form is incomplete or missing information, the Settlement Administrator may contact you for additional information.  If you do not respond by the deadline provided by the Settlement Administrator for you to supply any such additional information, your claim will not be processed, and you will waive your right to receive money under the Settlement.

4. You may only submit one Claim Form.

5. Submission of the Claim Form does not guarantee payment.  Your Claim Form must be approved by the Settlement Administrator.

6. If you have any questions, please contact the Settlement Administrator by email at info@FacebookUserPrivacySettlement.com, by telephone at 1-855-556-2233 or by U.S. mail at the address listed above.

7. **You must notify the Settlement Administrator if your contact or payment information changes after you submit your Claim Form.  If you do not, even if you submit a valid claim under the Settlement, you may not receive your Settlement payment.**

8. **DEADLINE --** If you submit a claim by U.S. mail, the completed and signed Claim Form must be postmarked by **August 25, 2023**.  If submitting a Claim Form online, you must do so by **11:59 p.m. PDT on August 25, 2023.**

| | | |
|---|---|---|
| **Your claim must be submitted online or postmarked by: August 25, 2023** | **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*<br>Case No. 3:18-MD-02843-VC<br>www.FacebookUserPrivacySettlement.com | **FCP** |

# Claim Form

## I. YOUR CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form. NOTE: The personal information you provide below will be processed only for purposes of effectuating the Settlement.

**First Name**

**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Current Phone Number**

**Email Address**

## II. DETAILS

| | |
|---|---|
| Did you reside in the United States at any time between May 24, 2007 and December 22, 2022, inclusive? | Yes ☐<br>No ☐ |
| Were you a Facebook user at any time between May 24, 2007 and December 22, 2022? | Yes ☐<br>No ☐ |
| Are you filing a claim for a current account, a deleted account or a combination of both? | Current ☐<br>Deleted ☐<br>Both ☐ |

2

**CURRENT ACCOUNT**

Enter the email address(es), phone number(s), and/or username(s) associated with your Facebook account between May 24, 2007 and December 22, 2022:

**Current Email(s):**

1. _____
2. _____
3. _____

**Current Phone Number(s):**

1. _____
2. _____
3. _____

**Current Username(s):**

*For instructions about how to find your Facebook username, please see FAQ 17 at https://facebookuserprivacysettlement.com.*

1. _____
2. _____
3. _____

*DELETED ACCOUNT(S)*

*If you were a Facebook user at any time between May 24, 2007 and December 22, 2022, but have since <u>deleted</u> your account(s), complete the chart below for each deleted Facebook account.*

| # | Account ID Type (Select from: Phone Number, Username or Email Address) | Enter the Phone Number, Username or Email Address associated with your deleted account | Approximate Start Date | Approximate End Date |
|---|---|---|---|---|
| *Example* | *Phone Number* | *111-111-1111* | *1/1/2010* | *12/31/2010* |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

**III. METHOD FOR RECEIVING PAYMENT (choose one)**

Please make sure the email or phone number you provide to receive payment matches your contact information above.

Please select **one** of the following payment options:

☐ **Prepaid Mastercard –** Enter the **email address** where you will receive the Prepaid Mastercard:

_____

☐ **PayPal** - Enter your **PayPal email address**: _____

☐ **Venmo -** Enter the **mobile number** associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐ **Zelle -** Enter the **email address or mobile number** associated with your Zelle account:

_____

☐ **Physical Check -** Payment will be mailed to the address provided above.

**IV. VERIFICATION AND ATTESTATION UNDER OATH**

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified above and the information provided in this Claim Form is true and correct.

_____        Date: _____
Your signature                                                                MM        DD        YYYY

_____
Your name

**REMINDER CHECKLIST**

1. Please make sure you answered all the questions on the Claim Form. Be sure to select only **one** payment option.
2. Please make sure that you signed and dated the Claim Form.
3. Please keep a copy of your completed claim form for your own records.
4. Please submit your completed Claim Form online OR by mail by August 25, 2023 to: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103