Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
Additional counsel listed on signature page

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.:  213.229.7000
Fax:  213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Meta Platforms, Inc.*
Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

By and through their respective undersigned counsel, Plaintiffs and Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), submit this stipulated request for an order to extend the page limit for the briefing on the forthcoming motion for attorneys' fees, expenses, and service awards.

Whereas, on March 29, 2023, the Court granted preliminary settlement approval in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (the "Action"), and ordered Class Counsel to file all papers in support of the application for Attorneys' Fees and an Expenses Award and/or for Service Awards by June 21, 2023 (ECF No. 1130);

Whereas, the standard 15-page limit applies to motions for attorneys' fees (Standing Order for Civil Cases Before Judge Vince Chhabria, at ¶ 35); and

Whereas, the Parties believe that an enlargement of the page limits for the briefing on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards and any opposition by Meta thereto is reasonable in light of the nature of the case.

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, through their respective counsel, subject to approval and order of the Court, that Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards shall not exceed 45 pages, and that any opposition thereto by Meta shall not exceed 45 pages.

| | |
|---|---|
| Dated: June 13, 2023 | Respectfully submitted, |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| By:   */s/ Derek W. Loeser*<br>       Derek W. Loeser | By:   */s/ Lesley E. Weaver*<br>       Lesley E. Weaver |
| Derek W. Loeser (admitted *pro hac vice*)<br>Cari Campen Laufenberg (admitted *pro hac vice*)<br>David Ko (admitted *pro hac vice*)<br>Adele A. Daniel (admitted *pro hac vice*)<br>Benjamin Gould (SBN 250630)<br>Emma M. Wright (admitted *pro hac vice*)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900 | Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Matthew S. Melamed (SBN 260272)<br>Angelica M. Ornelas (SBN 285929)<br>Joshua D. Samra (SBN 313050)<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020 |

| | |
|---|---|
| Fax: (206) 623-3384<br>dloeser@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>dko@kellerrohrback.com<br>adaniel@kellerrohrback.com<br>bgould@kellerrohrback.com<br>ewright@kellerrohrback.com | lweaver@bfalaw.com<br>adavis@bfalaw.com<br>mmelamed@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| Dated: June 13, 2023 | Respectfully submitted,<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>By:   */s/ Rosemarie T. Ring*<br>         Rosemarie T. Ring |
| Orin Snyder (admitted *pro hac vice*)<br>osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Deborah Stein (SBN 224570)<br>dstein@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Rosemarie T. Ring (SBN 220769)<br>rring@gibsondunn.com<br>Kristin A. Linsley (SBN 154148)<br>klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Joshua S. Lipshutz (SBN 242557)<br>jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W. |

2

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR BRIEFING ON PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS
CASE NO. 3:18-MD-02843-VC

| | |
|---|---|
| Russell H. Falconer (admitted *pro hac vice*) | Washington, DC 20036-5306 |
| rfalconer@gibsondunn.com | Telephone:  202.955.8500 |
| 2100 McKinney Avenue, Suite 1100 | Facsimile:  202.467.0539 |
| Dallas, TX 75201 | |
| Telephone: 214.698.3170 | |
| Facsimile: 214.571.2958 | |

*Attorneys for Defendant Meta Platforms, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2023

_____
VINCE CHHABRIA
United States District Judge

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June, 2023, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver