| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Orin Snyder (admitted *pro hac vice*) <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 <br> Tel.: 212.351.4000 <br> Fax: 212.351.4035 <br> osnyder@gibsondunn.com |
| Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 1330 Broadway, Suite 630 <br> Oakland, CA 94612 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com | Deborah Stein (SBN 224570) <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> Tel.:  213.229.7000 <br> Fax:  213.229.7520 <br> dstein@gibsondunn.com |
| *Plaintiffs' Co-Lead Counsel* <br> *Additional counsel listed on signature page* | *Attorneys for Defendant Meta Platforms, Inc.* <br> *Additional counsel listed on signature page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PAGE LIMIT FOR BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** <br><br> Judge:  Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

By and through their respective undersigned counsel, Plaintiffs and Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), submit this stipulated request for an order to extend the page limit for the briefing on the forthcoming motion for attorneys' fees, expenses, and service awards.

Whereas, on March 29, 2023, the Court granted preliminary settlement approval in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (the "Action"), and ordered Class Counsel to file all papers in support of the application for Attorneys' Fees and an Expenses Award and/or for Service Awards by June 21, 2023 (ECF No. 1130);

Whereas, the standard 15-page limit applies to motions for attorneys' fees (Standing Order for Civil Cases Before Judge Vince Chhabria, at ¶ 35); and

Whereas, the Parties believe that an enlargement of the page limits for the briefing on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards and any opposition by Meta thereto is reasonable in light of the nature of the case.

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, through their respective counsel, subject to approval and order of the Court, that Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards shall not exceed 45 pages, and that any opposition thereto by Meta shall not exceed 45 pages.

Dated: June 13, 2023                                                Respectfully submitted,

KELLER ROHRBACK L.L.P.                                 BLEICHMAR FONTI & AULD LLP

By:    */s/ Derek W. Loeser*                                  By:    */s/ Lesley E. Weaver*
         Derek W. Loeser                                                   Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)              Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)   Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                         Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)                Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                                Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)              1330 Broadway, Suite 630
1201 Third Avenue, Suite 3200                                 Oakland, CA 94612
Seattle, WA 98101                                                   Tel.: (415) 445-4003
Tel.: (206) 623-1900                                                Fax: (415) 445-4020

1

Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

Dated: June 13, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Rosemarie T. Ring*
         Rosemarie T. Ring

Orin Snyder (admitted *pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.

2
STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING PAGE LIMIT FOR BRIEFING ON PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS
CASE NO. 3:18-MD-02843-VC

Russell H. Falconer (admitted *pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Meta Platforms, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ___June 15_____, 2023

_____
VINCE CHHABRIA
United States District Judge

3
STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR BRIEFING ON PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS
CASE NO. 3:18-MD-02843-VC