# Exhibit A

In Re: Facebook, Inc. Consumer Privacy User Profile Litigation

Class Counsel Timekeepers

| Professional | Firm | Prof Type | Year of First Bar Admission | Years of Practice as of 2023 | Billing Rate | Total Time Billed | Total Lodestar |
|---|---|---|---|---|---|---|---|
| Aldridge, Emily | BFA | Associate | 2014 | 9 | $ 625.00 | 607.00 | $ 379,375.00 |
| Bard, Robert J. | KR | Discovery Analyst | 1982 | 41 | $ 480.00 | 576.70 | $ 276,816.00 |
| Bertero, Anthony | BFA | Staff Associate | 2012 | 11 | $ 450.00 | 3,344.00 | $ 1,504,800.00 |
| Bleichmar, Javier | BFA | Partner | 1999 | 24 | $ 1,150.00 | 148.40 | $ 170,660.00 |
| Bradley, Vera L. | KR | Discovery Analyst | 2017 | 6 | $ 475.00 | 513.10 | $ 243,722.50 |
| Cibulka, Britt | BFA | Special Projects Associate | 2002 | 20 | $ 470.00 | 74.30 | $ 34,921.00 |
| Coleman, Timothy | BFA | Staff Associate | 1992 | 30 | $ 470.00 | 797.30 | $ 374,731.00 |
| Cullen, Mark | KR | Discovery Analyst | 2014 | 9 | $ 475.00 | 246.00 | $ 116,850.00 |
| Culpepper, DeAnna | KR | Paralegal | n/a | 4 | $ 260.00 | 1,544.50 | $ 401,570.00 |
| Curran, Whitney | KR | Discovery Analyst | 2004 | 19 | $ 480.00 | 1,752.40 | $ 841,152.00 |
| Daniel, Adele A. | KR | Attorney | 2018 | 5 | $ 650.00 | 2,490.80 | $ 1,619,020.00 |
| Dao, William | KR | Discovery Analyst | 2016 | 7 | $ 480.00 | 1,525.20 | $ 732,096.00 |
| Davis, Anne | BFA | Partner | 2009 | 14 | $ 895.00 | 6,105.20 | $ 5,464,154.00 |
| Dillman, Jason | KR | Paralegal | n/a | 23 | $ 425.00 | 436.90 | $ 185,682.50 |
| Erickson, Karyn | BFA | Staff Associate | 2008 | 15 | $ 460.00 | 2,095.50 | $ 963,930.00 |
| Evans, John | KR | Paralegal | n/a | 14 | $ 330.00 | 1,844.90 | $ 608,817.00 |
| Fay, Alexandra V. | KR | Discovery Analyst | 2021 | 2 | $ 475.00 | 431.30 | $ 204,867.50 |
| Fierro, Eric | KR | Partner | 2009 | 14 | $ 875.00 | 968.00 | $ 847,000.00 |
| Fonti, Joseph | BFA | Partner | 2000 | 23 | $ 1,150.00 | 154.60 | $ 177,790.00 |
| Garfield, Christopher | KR | Discovery Analyst | 2005 | 18 | $ 480.00 | 4,495.70 | $ 2,157,936.00 |
| Garland, David | KR | Discovery Analyst | 2002 | 21 | $ 475.00 | 2,026.70 | $ 962,682.50 |
| Geisheimer, Ann | KR | Discovery Analyst | 2001 | 22 | $ 475.00 | 1,652.90 | $ 785,127.50 |
| Gerend, Matthew M. | KR | Partner | 2010 | 13 | $ 795.00 | 151.60 | $ 120,522.00 |
| Gonzalez, Sandy | BFA | Associate | 2020 | 3 | $ 665.00 | 61.80 | $ 41,097.00 |
| Gotto, Alex | KR | Paralegal | n/a | 8 | $ 330.00 | 262.20 | $ 86,526.00 |
| Gotto, Maxwell | KR | Paralegal | n/a | 5 | $ 305.00 | 294.20 | $ 89,731.00 |
| Gould, Benjamin B. | KR | Partner | 2007 | 16 | $ 895.00 | 2,503.60 | $ 2,240,722.00 |
| Graver, Christopher T. | KR | Partner | 1990 | 33 | $ 1,095.00 | 131.10 | $ 143,554.50 |
| Guglielmelli, Joseph | BFA | Staff Associate | 1982 | 40 | $ 495.00 | 668.80 | $ 331,056.00 |
| Horowitz, Amy | BFA | Staff Associate | 2004 | 18 | $ 395.00 | 165.80 | $ 65,491.00 |

**In Re: Facebook, Inc. Consumer Privacy User Profile Litigation**

**Class Counsel Timekeepers**

| Professional | Firm | Prof Type | Year of First Bar Admission | Years of Practice as of 2023 | Billing Rate | Total Time Billed | Total Lodestar |
|---|---|---|---|---|---|---|---|
| Jones, Kris C. | KR | Discovery Analyst | 2007 | 16 | $ 475.00 | 987.90 | $ 469,252.50 |
| Kilner, Paige | KR | Paralegal | n/a | 11 | $ 350.00 | 52.70 | $ 18,445.00 |
| King, Kevin | BFA | Staff Associate | 2009 | 13 | $ 395.00 | 148.80 | $ 58,776.00 |
| Kish, Charles M. | KR | Discovery Analyst | 1997 | 26 | $ 480.00 | 222.90 | $ 106,992.00 |
| Ko, David | KR | Partner | 2006 | 17 | $ 895.00 | 2,672.20 | $ 2,391,619.00 |
| Koo, Jooyoung | BFA | Projects Associate | 2013 | 10 | $ 525.00 | 148.60 | $ 78,015.00 |
| Korkhov, Tanya X. | KR | Attorney | 2001 | 22 | $ 660.00 | 243.90 | $ 160,974.00 |
| Korkhov, Tanya X. | KR | Attorney | 2001 | 22 | $ 440.00 | 185.00 | $ 81,400.00 |
| Kruse, Jordan | KR | Discovery Analyst | 2011 | 12 | $ 475.00 | 555.70 | $ 263,957.50 |
| LaDuca, Kimberly W. | KR | Attorney | 2014 | 7 | $ 400.00 | 55.30 | $ 22,120.00 |
| Lantz, Benjamin J. | KR | Partner | 1995 | 28 | $ 475.00 | 711.00 | $ 337,725.00 |
| Laufenberg, Cari Campen | KR | Partner | 2003 | 20 | $ 1,095.00 | 5,170.50 | $ 5,661,697.50 |
| Law, Julie | BFA | Paralegal | n/a | 7 | $ 385.00 | 486.50 | $ 187,302.50 |
| Lee, Zachary | BFA | Staff Associate | 1997 | 25 | $ 425.00 | 4,476.10 | $ 1,902,342.50 |
| Lenaburg, Harry J. | KR | Discovery Analyst | 1979 | 44 | $ 475.00 | 1,274.20 | $ 605,245.00 |
| Loeser, Derek W. | KR | Partner | 1994 | 29 | $ 1,200.00 | 3,887.10 | $ 4,664,520.00 |
| Long, Vanessa | KR | Discovery Analyst | 2017 | 6 | $ 475.00 | 953.50 | $ 452,912.50 |
| Mai, Luan | KR | Discovery Analyst | 2013 | 10 | $ 415.00 | 277.30 | $ 115,079.50 |
| Mankowski, Andrew | KR | Discovery Analyst | 1993 | 30 | $ 475.00 | 3,871.00 | $ 1,838,725.00 |
| Markham, Cynthia | BFA | Staff Associate | 2013 | 12 | $ 435.00 | 957.60 | $ 416,556.00 |
| Matteson, Eric N. | KR | Discovery Analyst | 2012 | 11 | $ 480.00 | 538.70 | $ 258,576.00 |
| McAdoo, Lori | KR | Paralegal | n/a | 27 | $ 395.00 | 801.80 | $ 316,711.00 |
| Melamed, Matthew | BFA | Partner | 2008 | 15 | $ 895.00 | 3,681.90 | $ 3,295,300.50 |
| Mensher, Ian J. | KR | Attorney | 2007 | 16 | $ 595.00 | 174.90 | $ 104,065.50 |
| Mittenthal, Robert | KR | Paralegal | n/a | 41 | $ 425.00 | 1,015.20 | $ 431,460.00 |
| Montgomery, Matthew | BFA | Of Counsel | 1996 | 26 | $ 740.00 | 1,293.80 | $ 957,412.00 |
| Moody, Janelle | BFA | Projects Associate | 2003 | 20 | $ 525.00 | 5,850.30 | $ 3,071,407.50 |
| Moran, Renee | KR | Paralegal | n/a | 9 | $ 260.00 | 65.30 | $ 16,978.00 |
| Morowitz, Rachel E. | KR | Attorney | 2018 | 5 | $ 525.00 | 74.60 | $ 39,165.00 |

In Re: Facebook, Inc. Consumer Privacy User Profile Litigation

Class Counsel Timekeepers

| Professional | Firm | Prof Type | Year of First Bar Admission | Years of Practice as of 2023 | Billing Rate | Total Time Billed | Total Lodestar |
|---|---|---|---|---|---|---|---|
| Myhr, Elizabeth | KR | Paralegal | n/a | 12 | $ 255.00 | 89.80 | $ 22,899.00 |
| Onaga, Naomi | BFA | Staff Associate | 2003 | 20 | $ 425.00 | 3,891.30 | $ 1,653,802.50 |
| Ornelas, Angelica | BFA | Associate | 2012 | 11 | $ 760.00 | 1,384.00 | $ 1,051,840.00 |
| Pacheco, Tessa | KR | Discovery Analyst | 2015 | 8 | $ 475.00 | 2,788.50 | $ 1,324,537.50 |
| Parrilla, Cavin | KR | Paralegal | n/a | 11 | $ 330.00 | 307.90 | $ 101,607.00 |
| Patrikios, Peter | BFA | Projects Associate | 2007 | 16 | $ 525.00 | 568.80 | $ 298,620.00 |
| Perez, Gayle C. | KR | Discovery Analyst | 2005 | 18 | $ 475.00 | 75.90 | $ 36,052.50 |
| Riel, Edward | BFA | Staff Associate | 2003 | 20 | $ 460.00 | 3,091.20 | $ 1,421,952.00 |
| Robertson, Kelsey | BFA | Paralegal | n/a | 7 | $ 350.00 | 474.20 | $ 165,970.00 |
| Saas, Hildja | KR | Discovery Analyst | 2006 | 17 | $ 440.00 | 1,776.10 | $ 781,484.00 |
| Sakthivel, Ravi K. | KR | Discovery Analyst | 2005 | 18 | $ 475.00 | 1,137.20 | $ 540,170.00 |
| Samra, Joshua | BFA | Associate | 2016 | 7 | $ 665.00 | 5,907.50 | $ 3,928,487.50 |
| Sarko, Lynn Lincoln | KR | Partner | 1981 | 42 | $ 1,320.00 | 438.40 | $ 578,688.00 |
| Scown, S.L. | KR | Paralegal | n/a | 3 | $ 295.00 | 72.30 | $ 21,328.50 |
| Simnowitz, Sara | BFA | Special Counsel | 2002 | 21 | $ 860.00 | 1,759.70 | $ 1,513,342.00 |
| Smith, Tyrone | KR | Discovery Analyst | 2008 | 15 | $ 480.00 | 2,466.00 | $ 1,183,680.00 |
| Springer, Christopher L. | KR | Partner | 2013 | 10 | $ 695.00 | 4,849.40 | $ 3,370,333.00 |
| Strakosch, Margaret | BFA | Projects Associate | 2018 | 15 | $ 525.00 | 3,614.70 | $ 1,897,717.50 |
| Strosky, Beth M. | KR | Attorney | 2001 | 22 | $ 475.00 | 219.90 | $ 104,452.50 |
| Sullivan, Kasey | BFA | Projects Associate | 2000 | 23 | $ 525.00 | 3,171.60 | $ 1,665,090.00 |
| Sum, Sylvia | BFA | Staff Associate | 2000 | 23 | $ 470.00 | 3,084.70 | $ 1,449,809.00 |
| Tamondong, Cesar | BFA | Paralegal | n/a | 19 | $ 350.00 | 201.00 | $ 70,350.00 |
| Tate, Ken L. | KR | Discovery Analyst | 2014 | 9 | $ 475.00 | 208.00 | $ 98,800.00 |
| Teller, Ralph | KR | Discovery Analyst | 1980 | 43 | $ 475.00 | 3,130.70 | $ 1,487,082.50 |
| Terlap, Michael F. | KR | Paralegal | n/a | 1 | $ 320.00 | 129.00 | $ 41,280.00 |
| Tiezazu, Y. Tizzy | KR | Paralegal | n/a | 6 | $ 305.00 | 491.20 | $ 149,816.00 |
| Trimble, Lynne | KR | Discovery Analyst | 1995 | 28 | $ 480.00 | 4,885.40 | $ 2,344,992.00 |
| Tsurudome, Glen | BFA | Staff Associate | 2005 | 18 | $ 495.00 | 2,764.50 | $ 1,368,427.50 |
| Tuato'o, Jennifer | KR | Paralegal | n/a | 24 | $ 425.00 | 4,204.70 | $ 1,786,997.50 |

**In Re: Facebook, Inc. Consumer Privacy User Profile Litigation**

**Class Counsel Timekeepers**

| Professional | Firm | Prof Type | Year of First Bar Admission | Years of Practice as of 2023 | Billing Rate | Total Time Billed | Total Lodestar |
|---|---|---|---|---|---|---|---|
| Tunkkari, Katja | KR | Paralegal | n/a | 4 | $ 330.00 | 2,102.10 | $ 693,693.00 |
| Ulmer, Daniel | BFA | Projects Associate | 2011 | 12 | $ 395.00 | 1,360.40 | $ 537,358.00 |
| Wax, David | BFA | Staff Associate | 2006 | 17 | $ 460.00 | 85.50 | $ 39,330.00 |
| Weaver, Lesley | BFA | Partner | 1997 | 26 | $ 1,150.00 | 4,814.40 | $ 5,536,560.00 |
| Weiler, Matthew | BFA | Associate | 2004 | 19 | $ 655.00 | 835.90 | $ 547,514.50 |
| Williams, Franklyn | BFA | Senior Projects Associate | 2007 | 16 | $ 545.00 | 656.80 | $ 357,956.00 |
| Willott, Brenna L. | KR | Discovery Analyst | 2012 | 11 | $ 480.00 | 445.90 | $ 214,032.00 |
| Wilson, S. Carolyn | KR | Discovery Analyst | 2014 | 9 | $ 440.00 | 130.90 | $ 57,596.00 |
| Wright, Emma M. | KR | Attorney | 2020 | 3 | $ 595.00 | 2,659.10 | $ 1,582,164.50 |
| | | | | | | **149,179.40** | **$ 90,522,944.00** |

4888-1539-3131, v. 2