| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF AMENDED PROPOSED ORDER AWARDING ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: September 7, 2023<br>Hearing Time: 1:00 pm |

Plaintiffs give notice of an amendment to the proposed order granting their Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. 1139). The amendment, which is attached hereto, contains an express provision for accrued interest at paragraph 10, refers to total fees as a percentage at paragraphs 1 and 10, and eliminates an adjective at paragraph 3. This filing will be posted to the Settlement Website today.

Dated: July 11, 2023                                  Respectfully submitted,

KELLER ROHRBACK L.L.P.                                BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                           By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                       Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)             Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)      Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                    Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)             Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                           Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)              1330 Broadway, Suite 630
1201 Third Avenue, Suite 3200                         Oakland, CA 94612
Seattle, WA 98101                                     Tel.: (415) 445-4003
Tel.: (206) 623-1900                                  Fax: (415) 445-4020
Fax: (206) 623-3384                                   lweaver@bfalaw.com
dloeser@kellerrohrback.com                            adavis@bfalaw.com
claufenberg@kellerrohrback.com                        mmelamed@bfalaw.com
dko@kellerrohrback.com                                aornelas@bfalaw.com
adaniel@kellerrohrback.com                            jsamra@bfalaw.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July, 2023, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## CERTIFICATE OF SERVICE

  I, Sarah Skaggs, hereby certify that on July 11, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

            /s/ *Sarah Skaggs*
            Sarah Skaggs