# Exhibit A

# Objections 1–43

Objection 1 .......... 1

Objection 2 .......... 14

Objection 3 .......... 18

Objection 4 .......... 24

Objection 5 .......... 29

Objection 6 .......... 55

Objection 7 .......... 61

Objection 8 .......... 68

Objection 9 .......... 74

Objection 10 .......... 80

Objection 11 .......... 86

Objection 12 .......... 90

Objection 13 .......... 93

Objection 14 .......... 98

Objection 15 .......... 103

Objection 16 .......... 111

Objection 17 .......... 114

Objection 18 .......... 127

Objection 19 .......... 132

Objection 20 .......... 193

**Objection 21** .......... **204**

**Objection 22** .......... **232**

**Objection 23** .......... **235**

**Objection 24** .......... **241**

**Objection 25** .......... **246**

**Objection 26** .......... **251**

**Objection 27** .......... **258**

**Objection 28** .......... **263**

**Objection 29** .......... **269**

**Objection 30** .......... **296**

**Objection 31** .......... **303**

**Objection 32** .......... **307**

**Objection 33** .......... **313**

**Objection 34** .......... **319**

**Objection 35** .......... **324**

**Objection 36** .......... **334**

**Objection 37** .......... **340**

**Objection 38** .......... **354**

**Objection 39** .......... **361**

**Objection 40** .......... **365**

**Objection 41** .......... **370**

**Objection 42** .......... **381**

**Objection 43** .......... **386**

# OBJECTION 1

RECEIVED
APR 24 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

(i)Facebook, Inc Consumer Privacy User Profile Litigation,
Case No. 3:18-md-02843-VC (N.D. Cal.)
(ii) William Hendrix
(iii)
(iv) no counsel
(v) I William Hendrix was involved in the data privacy leak between the dates involved (2009) - (2023)
(vi) I William Hendrix without counsel consider this objection statement only applies to a specific subset of the class.
(vii) I William Hendrix without counsel have made an objection not of this standard form of documentation but in ethics boundaries surrounding myself in regards to this specific objection
(viii) I William Hendrix have not sold, transferred, or otherwise given the right to any other entity to act on the behalf of my interest or the interest of petitioners. In regards to the interest of people noted in a signed documented petition in which I William Hendrix will be the sole provider only on the behalf of the certain selected petitioners whom have created the upmost ethical environment that they surround themselves that have without the upmost respect for the United States and it's legal system.
(ix) I William Hendrix have created files attached to this objection in regard to legal exposures and infractions in regards to the FBI Director Christopher Ray and ex FBI Director James B. Comey in a big picture over witness testimony mission objectives. More statements have been located on said facebook profile listed above.
Objection continued; Cambridge Analytical has been solely responsible for interpreting data and misleading consumers while violating the 1st amendment right of the constitution along with others. In my statement Cambridge Analytical has stolen various information, places, and motives while selling these to various big screen film producers in attempt sell and manipulate the general population along with juries and judges. Any attempt to bring proper witness testimony only concluded in threatening behavior by said company in injunctions to illegal jurisdictions along the lines of tampering of witness to the potential use of contract hitman to procure the testimony unusable. Note fig 1. The movie Transformers released in 2014 have developed the attendance of the Long Beach State Pyramid to create race generated confusion. In fig 1 while generated confusion I William Hendrix was to attend as a . Having generated race based confusion we can follow up on the experience that has the following fig .1 attached located at . While the years persisted at more movies have been produced in intent to sway the general public in acknowledged actions produced at . In order to move and inject false building blocks that produce only for Cambridge Analytical it's political partners and not the consumer.
(x) I William Hendrix do intend to appear at Final Approval Hearing through Zoom or in person. Counsel is wanted but can be waved if necessary.
(xi) William Hendrix



Fig. 1

Class 2014-2015 Issues, Conflicts

# The problem

## People

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- William Hendrix

## Places

[redacted]

[redacted]

Dorm location:
[redacted]

Floor plan: 2 doubles, 2 singles

## Problem statement

Primary Hispanic University promoting gang violence revolving around barters and trades for information.

1992-2016 President:
[redacted]
Specialized: 4th amendment

# Challenges deep-dive

## Challenge 1

**Expand audience**

Our job if successfully implemented with the proper use of the dorm backdrop would create a safety net of intel to derive proper solutions to policy questions

## Challenge 2

**Find information**

Initial target: [redacted] [redacted] 3rd string pitcher biochemist

6 years to complete his 4 year degree. On campus %40

## Challenge 3

**Increase conversion**

The Aim

Find [redacted] with the use of [redacted]

[redacted] roommate 3rd string catcher and find more information on VIP.

# Solution

Recieve the Intel
Find the VIP





Join and initiate Club rowing at [redacted]
Initiate program catchers dilema.
No leads semester ends
Semester Ends No Intel
09.05.14
10.05.14
11.01.14
03.15.15
06.16.15
[redacted].
Located in [redacted] [redacted] Dorm removes himself after 3 weeks
[redacted] On Sick Roster

# The team

President
Team 1
Freshman Dorm
Team 2
VIP trap
VIP
VIP
Pitcher
William Hendrix
Rower
$-120 million over
Back End Lead



# Impact

VIP has issues with campus police report not filed with detectives. [redacted] [redacted] replaces [redacted] initiating the idea that a judge is needed to unseal report.

Ref.. ROB BONTA Attorney General report

After AG report the next available reports continue investigation into environmental culture and wrongdoings associated with a negative [redacted] balance of $120 million



Attorney General Bonta Announces Final Approval of $575 Million Settlement with Sutter Health Resolving Allegations of Anti-Competitive Practices
Press Release Attorney General Bonta Announces Final Approval of $575 Mill…
print buttonemail buttonfacebook buttontwitter buttonmessenger button
Friday, August 27, 2021
Contact: (916) 210-6000, agpressoffice@doj.ca.gov
OAKLAND – California Attorney General Rob Bonta today lauded Judge Massullo's final approval of a landmark $575 million settlement with Sutter Health (Sutter). The settlement agreement was reached in 2019, and resolves allegations by the Attorney General's office, the United Food and Commercial Workers and Employers Benefit Trust (UEBT), and class action plaintiffs that Sutter's anticompetitive practices led to higher healthcare costs for consumers in Northern California compared to other places in the state. The settlement requires Sutter to pay $575 million in compensation, prohibits anticompetitive conduct, and requires Sutter to follow certain practices to restore competition in California's healthcare markets.

"This is a groundbreaking settlement and a win for Californians," said Attorney General Bonta. "Sutter will no longer have free rein to engage in anticompetitive practices that force patients to pay more for health services. Under the terms of our agreement, Sutter's transparency must increase, and practices that decrease the accessibility and affordability of healthcare must end. A competitive healthcare market is essential to ensuring patients and families aren't bearing the brunt of healthcare costs while one company dominates the market."

Sutter is the largest hospital system in Northern California. The Sutter network consists of some 24 acute care hospitals, 36 ambulatory surgery centers, and 16 cardiac and cancer centers. It also includes some 12,000 physicians and over 53,000 employees. In addition, Sutter negotiates contracts on behalf of the Palo Alto Medical Foundation and many affiliated physician groups.

This settlement is the result of litigation that began in 2014 when UEBT filed a class action lawsuit that challenged Sutter's practices in rendering services and setting prices. They sought compensation for and an end to what they alleged were unlawful, anticompetitive business practices, which caused them to pay more than necessary for healthcare services and products. In March 2018, the Attorney General's office filed a similar lawsuit against Sutter on behalf of the people of California, seeking injunctive relief to compel Sutter to correct its anticompetitive business practices moving forward. The separate lawsuits were combined by the court into one case. In October 2019, one day before the trial, the parties reached an agreement to settle. The settlement was filed with the court on December 19, 2019, and in March, Judge Massullo granted preliminary approval.

Today's finalized settlement requires Sutter to:

Pay $575 million to compensate employers, unions, and others covered under the class action, and to cover costs and fees associated with the legal efforts;

Limit what it charges patients for out-of-network services, helping ensure that patients visiting an out-of-network hospital do not face outsized, surprise medical bills;
Increase transparency by permitting insurers, employers, and self-funded payers to provide plan members with access to pricing, quality, and cost information, which helps patients make better care decisions;
Halt measures that deny patients access to lower-cost plans, thus allowing health insurers, employers, and self-funded payers to offer and direct patients to more affordable health plan options for networks or products;
Stop all-or-nothing contracting deals, thus allowing insurers, employers, and self-funded payers to include some but not necessarily all of Sutter's hospitals, clinics, or other commercial products in their plans' network.
Cease anticompetitive bundling of services and products which forced insurers, employers, and self-funded payers to purchase for their plan offerings more services or products from Sutter than were needed. Sutter must now offer a stand-alone price that must be lower than any bundled package price to give insurers, employers, and self-funded payers more choice;
Cooperate with a court-approved compliance monitor to ensure that Sutter is following the terms of the settlement for at least 10 years. The monitor will receive and investigate complaints and may present evidence to the court; and
Prevent anticompetitive practices by clearly defining clinical integration to include patient quality of care. The settlement makes clear that for Sutter to claim it has clinically integrated a system, it must meet strict standards beyond regional similarities or the mere sharing of an electronic health record, and must be integrating care in a manner that takes into consideration the quality of care to the patient population. This is important because clinical integration can be used to mask market consolidation efforts by hospital systems, when in fact there is no true integration of a patient's care. For example, saying that hospitals are regionally close or that hospitals are sharing electronic health records is not enough, there must be close coordination that will lead to less costly, higher quality care for local communities.
A report by the University of California Berkeley showed that over-consolidation drives up prices for consumers. According to the study, outpatient cardiology procedures in Southern California cost nearly $18,000 compared to almost $29,000 in Northern California. For inpatient hospital procedures, the cost in Southern California is nearly $132,000 compared to more than $223,000 in Northern California, a more than $90,000 difference. A 2016 study found that a cesarean delivery in Sacramento, where Sutter is based, costs more than $27,000, nearly double what it costs in Los Angeles or New York, making Northern California one of the most expensive places in the country to have a baby.

A copy of the final approval order and judgment are available here and here.

###
State of California Department of Justice - Office of the Attorney General
STATE OF CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
Search

FROM:
William Hendrix

UNITED STATES POSTAL SERVICE
RDC 99
94102
U.S. POSTAGE PAID
FCM LG ENV
9 23
AMOUNT
$1.50
R2305M149257-14

RECEIVED

APR 24 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SCANNED

TO:

Class Action Clerk
United States District Court for the
Northern District of California
450 Golden Gate Ave, #36060
San Francisco, CA 94102-3489

Utility Mailer
10 1/2" x 16"

ReadyPost

PULL TAB TO OPEN

93300007
Utility Mailer
10" x 14" (usable inside dimension)

Please Recycle

Utility Mailer

UNITED STATES
POSTAL SERVICE ®

0 15645 97296 4
AIC-093
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

# OBJECTION 2

Sarah Hays

Friday, April 21, 2023

To whom it may concern:

I, Sarah Hays, am writing *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.) to object to the proposed settlement. I am not represented by counsel.

I was a Facebook user during the class period from the creation of my account around August / September 2004 until the requested deletion of my account on March 17, 2018. The email associated with my account was [redacted] I no longer have access to the URL associated with my account.

My objection applies to the entire class.

I have never previously objected to a class action settlement.

I have not sold or otherwise transferred the right to my recovery in this Action to another person or entity.

I object to the proposed settlement because I do not feel that Facebook, Inc. is acting in good faith in this instance to remedy the harm done to users during the class period and that their proposed settlement is instead an effort to prevent further discovery to avoid incurring additional civil and potentially criminal actions.

I do not intend to appear at the Final Approval Hearing.

Sincerely,

Sarah Hays

Hays

24 APR 2023 PM 2 L

RECEIVED

APR 25 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102-3489

94102-348999



17

# OBJECTION 3

**Your Objection Form must be postmarked by: JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

**First Name** | **Last Name**

**Street Address**

**City** | **State** | **Zip Code**

**Email address** | (___) ___- ______ **Telephone number**

**Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone nmnber(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I object to this court, Facebook, Cambridge Analytica, Donald Trump, or the general public knowing any of the above or these: name, address, email address, telephone #, State, zip code, user name.

I further object to any government entity from knowing any of the above.

Facebook's dossier of ~~all~~ user account info should not be public.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

It applies to everyone, no matter if they have a Facebook account ~~or not~~. Facebook tracked both users and non-users? If so, then the class should be broadened and de-identified.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☐ YES ☐ NO ☒ I object

**If so, when were you a Facebook user? (Please indicate years of use)**

Facebook's Non-user data should be deleted and not sold, shared, or given.

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☐ NO ☒ I object

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

☒ I object

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☐ NO ☒ I object

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☒ I object ☐ YES ☐ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

Yes, I object.

## III. SIGNATURE

[signature] Your signature

4/22/2023 Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



20 APR 2023 PM 4 L
April 22nd
FOREVER
USA

RECEIVED

APR 25 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
U.S. District for the Northern District of California
450 Golden Gate Ave
Box 36060
San Francisco, CA 94102-3489

94102-348999



23

# OBJECTION 4

Rose Whitcomb
[redacted]
[redacted] (associated with Facebook account below)
[redacted]

April 19, 2023

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Dear Mr. Gandhi, Mr. Chhabria, and the Court,

As a Settlement Class Member for the case of *In re: Facebook, Inc. Consumer Privacy User Profile Litigation,* Case No. 3:18-md-02843-VC (N.D. Cal.), I would like to ask the Court to deny an approval for the settlement of this case for the following reasons stated in this objection. My relevant contact and social media information is included at the top of this letter.

I was a Facebook user during the dates of May 24, 2007 through December 22, 2022, and so was my late father, [redacted] who died in 2021. I am not represented by legal counsel at this time, and I have never objected to a class action lawsuit before. I have not sold or otherwise transferred the right to my recovery in this Action to another person or entity. My premises and complaints causing me to write a letter of objection for this settlement are:

-Settlement members **should** be able to file a claim **again** for a different reason or a different lawsuit in the future. Because of new emerging technology and Facebook's construction of the Metaverse and new developments in the company's technology, there are going to be new and unpredictable ways that members' rights to privacy could be breached. This could infringe upon the consumer's right to know (cited in CPRA) about how their information is being used in new and unpredictable ways. It is unjust for settlement members to be asked to forgo the right to sue in the future because of this current agreement. Settlement members should be able to continue to file lawsuits after this one in accordance with the California Privacy Rights Act (CPRA).

-Settlement members **should** be able to sue Facebook on behalf of information used from deceased direct family members who were directly affected by the lack of consumer privacy in Facebook's data collection during the time period from May 24, 2007 through December 22, 2022. I bring this point up because Facebook's lack of ethics on collecting personal information directly

affected the mental health of my father who was battling cancer during this time period. Facebook's collection of personal information about my father led their algorithms creating inciting political content that my father watched and found deeply troubling. Many conversations had between our family members with my father should have been focused on restoring his physical and mental health to fight against his cancer; but instead we discussed the troubling misinformation and political catastrophes that we all bore witness to online during the time from 2012-2021. Facebook's harmful, unethical, and predatory data collection practices led to the creation of algorithms that created content that deeply upset my father during a time where he needed to focus on his health.

Evidence has been cited from news reports on Cambridge Analytica's harmful practices indicating that emotional manipulation of voters and political activists was precisely Facebook's aim in designing algorithms to manipulate consumer's content in their Facebook newsfeeds so it would become more influential and affect political outcomes. The awful ads and harmful rhetoric that my father viewed on this platform wasted precious final moments of his life spent in discomfort and agony rather than peaceful rest. He lost sleep and endured these disturbances, which affected his mental health as he prepared for death. There are a plethora of reasons that [redacted] should be compensated for a lack of permissions with information gathering, skewed algorithms, and political information affecting mental health at a time of crisis. This troubling fate befell him and many other Americans. More information about the harmful affects social media has on the mental health of older adults can be found through the National Library of Medicine's report, *The Effects of Social Media Use on the Health of Older Adults: An Empirical Analysis Based on 2017 Chinese General Social Survey.* Article links are listed here: https://socialmediavictims.org/mental-health/ https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8465959/.

-Finally, I ask the Court to reject this settlement because the course of action and guarantees that Facebook will take to protect consumers in the future as related to their future technological developments remains unclear to the majority of the population. Assuming that their privacy laws have been bolstered since the passage of CPRA, what guarantees are available to users not located in California? What guarantees will stay in place as the method of information gathering changes with technological advances? I think that these questions should be directly answered in the settlement documentation in writing.

I would be glad to appear at the Final Approval Hearing via Zoom if my presence is necessary. I hope the plaintiffs have good luck and good funding with the outcome of this case on the unlawful and unethical infringement of consumer rights. Thank you for considering my needs.

Sincerely,

Rose Whitcomb

Rose Whitcomb

[redacted]



Rose Whitcomb
Your Return Address

20 APR 2023 PM 2

1820
Maine

Class Action Clerk
US District Court for the
Northern District of California
450 Golden Gate Ave
Box 36060
San Francisco CA 94102-3489

94102-348999



RECEIVED

APR 25 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# OBJECTION 5

**Your Objection Form must be postmarked by: JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

DENISE
**First Name**

PEREZ
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

→ LANDLINE
**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

PLEASE SEE ATTACHMENT: 15 PAGES TOTAL

**Does your objection apply only to you, to a specific subset of the class or the total class?**

TOTAL CLASS

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)** 10 YEARS

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

| |
|---|
| |
| **Please indicate if you and/or your attorney plan to appear at the final approval hearing.** |

**III. SIGNATURE**

Denise E. Perez
Your signature

4/23/2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



Re: **Objection**
**Case 3:18-md-02843-VC**
Mrs. Denise E. Perez
[redacted]
[redacted] Landline.
[redacted]
Username: [redacted]; Class period: 2009 - 2019

4/23/2023

Honorable Vince Chhabria, United States District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489

Honorable Chhabria,

When during the course of exercising our God given right to freedom by way of self-determination in our pursuits in our every day lives it becomes necessary for a natural person, to stand with and for the people to defend and protect our fundamental basic human rights enshrined in the bill of rights and to publicly decisively point out in a single reasoned voice, objection to the insidious enemy of evil that works in darkness against our way of life and affirm that "the Constitution protects the sanctity of the family precisely because the institution of the family is deeply rooted in the nation's history and tradition."[ Moore v. East (1977)] further, I speak against the creeping methodology of ongoing **conflation** in interpretation of established law which has become to mean what is convenient, given for reason in terms of personal expectation enrichment, while **obfuscating** the true nature of the crimes, clearly diminishing if not destroying, the operation of the mind governing the rightful interpretation thereof but also it's proper application in relation to the carriage of justice. An undignified, abhorrent and repugnant individual disposition; devoid of integrity which must be disallowed as it contravenes and subverts existing laws.
Clearly an invisible enemy, namely the heart and mind of a person irrespective of gender or cultural constraints forms the collective mindset, or "birds of a feather, flock together" adage simply who become enticed with the lure of expectation of personal enrichment; whether real monetarily or career oriented by advancement forms or given by imaginary forms of appealing flattering words of promise, framed for another future form of perceived personal security thus expectation. In where such ideas none-the-less are bribery and criminal specific intent. Given that the resultant conventional crime involved is the conscious decision on the part of one party, or a collective mindset, to injure or deprive another has been established and where sadly the focus now of the political process has been allowed to become subverted thus seditious by malicious foreign actors; namely through the United Nations forums in where the people have previously been lulled into a false sense of security under the oratory of Obama Administration, all the while undermining the Constitution itself with continued policies namely of immigration, foreign and economic reforms to which obviously all aim to fracture the deeply rooted sanctity

of the family and the very fabric of our society obiously and where the contours to our rule of law are very clear: Smith Act of 1940, 54 Stat. 670, 18 U.S.C. §2385. Dennis v. United States, 341 U.S. 494; 341 U.S. at 510; 341 U.S. at 509; 341 U.S. at 510 - 11; 341 U.S. at 517, 542; 341 U.S. at 561, 572,575 (1951). Yates v. United States, 354 U.S. 298; 354 U.S. at 314, 315 - 16, 320, 324 -25 (1957) in where the required advocacy of action is self-evident; none-the-less, advocacy formulation standard strengthened by Brandenburg v. Ohio, 395 U.S. 444 (1969).

Clearly the United Nations as well as those falsely installed members within the United States government as a whole collectively contravene and subvert (obfuscation and conflation respectively clearly) existing laws and have further vacated all personal sense of reason, honor and respect for themselves much less have any regard for others as well and have further abdicated jurisdictional authority over government agencies themselves further causing a repugnant fiduciary breach in the very relationship the governed people hold for and with leaders in government; as well as through our institutions and industries as further demonstrated by the discovery of multiple volitional failures specifically by our government leaders set forth by petitioner Lisa McGee, filed on April 12, 2023 by Todd S. Callender, Esq., and Kenneth W. Ferguson, Esq. to the U.S. Attorney. But where clearly, and importantly, otherwise demonstrated that their volitional actions are not predicated on any allegiance to our country. Much less to and in upholding any and all principles set forth by our Constitution; as this insidious evil permeates continually and moves collectively procedural towards world communist dominion expansion, and not to the mission to peace itself. Nor to the principles which govern individual dignity to which specifically the United Nations was established on after the war with Germany which clearly suppressed and oppressed the most fundamental individual right to simply exist. With that being said, these malicious nefarious influences by foreign actors in collusion with our own strategically seduced and appointed/installed American citizens, who includes leaders in industry in all forms; healthcare, educational and labor institutions as well as in our markets of supply which includes the technological arenas or "technocrats" as they have been referred to in the public square - but where all hold an implied fiduciary relationship with the general public at large governed by the Constitution of the United States specifically in that they provide service or goods to the American people as well as on a global scale and therefore must be held to a very high standard; and are the literal trustee's or executors in our relationship serving to protect our interests of our "estate", our Constitutional Republic. Where again on their own accord have violated the fundamental right for an individual to simply exist as given by the U.N. sponsored population control agendas as was established and witnessed with the fear mongering advent campaign to usher in what clearly has been established through the trans-humanism vaccine mandates; to which patent law clearly establishes that such individuals are now the property of the patent holders corporations and not "natural persons", thus enslaving them and is not only an intolerable act of deceit but is loathsomely abhorrent, and again repulsively repugnant and vile. 19 U.S, Code §4372 - Collection of Information on evasion of Trade Remedy Laws: (b) (A) (B) (iii) (c) (2) (c).

To which furthermore, by their own self-determined volition, this policy course of actions implemented against the people qualifies simply as acts of treason and should be so set forth in punishment; Art III.53.C2.1 Punishment of treason clause, as well as the Confiscation Act of 1862, 12 Stat. 589,§5; 12 Stat. 627. Carlisle v. United States 83 U.S. (16 Wall.) 147, 154 - 155 (1873). 12 Stat. 820 (1863). United States v. Wiltberger, 18 U.S. (5 Wheat.) 76, 97 (1820). Given this posteriori assumption to their guilt is as established beyond a reasonable doubt to which any reasonable person could similarly draw the same conclusions.

Clearly the political process has been commandeered [Garcia v. San Antonio Metropolitan Transit Authority] functions and operations of the federal and state levels of government as well as to through institutions, industries and markets which have obviously repeatedly violated multiple enumerated Bill of Rights of an individual rendering a "plain statement" structural rule moot; given similarly moot, "the approach requiring states to look primarily to the political process for protection" where similarly, Raland J. Brunson v. Alma S. Adams (2023) was clearly denied.
Not-with-standing, New York v. United States, 505 U.S. 144(1992) declared that "the Constitution does not protect the sovereignty of States for the benefit of the States or State governments, [but instead] for the protection of individuals;" therefore, "State officials cannot consent to the enlargement of the powers of congress beyond those enumerated in the Constitution." Nor may any member take refuge in claims of immunity given the discovered [by Lisa McGee] failures to oath's of office jurisdictional abdications as well those thresholds to duty of care, Smith v. VanGorkem, 488 A. 2d 858 (1985) in where furthermore they had "sufficient opportunity to acquire knowledge ..." Moran v. Household, 490 A. 2 d 1059 (1985). But where specifically narrowly applied, "Breach of Allegiance is treason" - "Chief Justice Marshall going beyond the necessities of the case stated that treason 'is a breach of allegiance , and can be committed by him only who owes allegiance either perpetual or temporary,' United States v. Wiltberger 18 U.S. (5 Wheat.) (1820)." Source: Cornell Law School/Legal Information Institute - online. Consequently, the "truism" that "all is retained which has not been surrendered" - New York v. United States, 505 U.S. 144, 156 (1992) (quoting United States v. Darby, 312 U.S. 100, 124 (1941); in that "what is not conferred is withheld, and belongs to the state authorities, if invested by their Constitutions of governments respectively in them; and if not so in vested, it is retained By the People, as part of their residuary sovereignty" - 3 Joseph Story, Commentaries on the Constitution of the United States §1900 (1833). Clearly, James Madison's remarks: "Interference with the power of the States was no constitutional criterion of the power of Congress. If the power was not given, Congress could not exercise it; if given, they might exercise it, although it should interfere with the laws, or even the Constitutions of the States". Therefore, in Raland J. Brunson v. Alma S. Adams (2023), although denied by the Supreme Court, clearly demonstrably showed the "interference" with power given by **conflation** and **obfuscation** in the duty of care fiduciary relationship responsibility with the States as well as the people.

"In Reno v. Condon, 528 U.S. 141 (2000), the court distinguished New York and Printz in upholding the Driver's Privacy Protection Act of 1994 (DPPA), a federal

law that restricted the disclosure and resale of personal information contained in the records of state motor vehicles departments. The court returned to a principle articulated in South Carolina v. Baker that distinguished between laws that improperly seek to control the manner in which states regulate private parties, and those that merely regulate state activities directly, 485 U.S. 505, 514 - 15 (1988). In Condon, the court found that the DPPA did 'not require the States in their sovereign capacities to regulate their own citizens,' but rather 'regulate[d] the States as the owners of data bases,' Condon, 528 U.S. at 151. The court saw no need to decide whether a federal law may regulate the states exclusively, because the DPPA was a law of general applicability that regulated private resellers of information as well as States, Id." Source: Cornell Law School/Legal Information Institute - online. Therefore Facebook, as well as any other business for profit models which collects data is constrained to follow, uphold and defend the principles of our Constitutional Republic firstly, and what ever operational "policies" second; being ever mindful to the principles enshrined and set forth under fiduciary duties of care, loyalty, good faith, confidentiality, prudence, disclosure as well exercise extreme caution and forethought in matters to confidential relations; given that "confidence is reposed on one side in a contractual relationship, so as to allow that side to exert influence and dominance over the other." ... and as such, Secretaries of State must take extra precautions in securing our elections given suspicion rests on the communist adage that "those who vote decide nothing. Those who count the vote decide everything." and must be above scrutiny in transparency.

In conclusion, pursuant to the theory of recovery which includes negligence, tortious misrepresentation, breach of warranty, and strict liability torts, the following exhibits shows violations which go beyond the scope of merely making personal data accessible to third parties; in that a question raised in the public square brought forth by Epoch Times, April 17. 2023, poses to the general public and worth consideration: whether "Facebook gave Obama campaign access to valuable data worth millions of dollars?" To which by the documents I provide, the answer is yes. Obama thus the Democrat party did gain an untrustworthy advantage deceitfully in fact conspired and premeditated a method or means on which ballot harvesting could take place away from public view elsewhere and is another form of interference which took place during our 2020 presidential elections - given multiple Democrat leaders themselves openly admitted that "President Trump would not be President."

Exhibit 1 shows page 1 to the operation commencement memorialized by an "Assurance Letter".
Pages 2 and 3 shows captured screen shot hard copies to "program coordinator."
Pages 4, 5, 6 shows captured screen shot hard copies to "chat" session.
Pages 7, 8, 9 shows captured screen shot hard copies page source code.
I do not include duplicate profile page source code for "[redacted]" given by id=[redacted].
Page 10 shows a captured screen shot hard copy in where my duty before God is to warn others; thereby I exercised duty of care and prudence by reporting the

incident to the authorities but where clearly now the people are becoming aware of the insidious relationship in the politicization of our agencies.

Employment within government agencies, or any other business for profit for that matter, primarily are employed for the sole purpose of utilizing a person's skill, experience, knowledge and expertise to their fullest potential is serving the people as a whole regardless of any political party affiliations, gender or cultural attributes, to which personal problems which include party discourse persuasions to current societal issues are limited to the forums to where they belong and not to be visited on fellow employees; and least of which to disparage the agency itself with poor performance as to undermine and subvert agency accuracy objectives and more importantly, which clearly destroys confidence of the American People to doubt the very skills, experience, knowledge and expertise demonstrated as a whole by said agencies.

Lastly your Honor, respectfully, I object to the exclusion from the Settlement Class the group who are (I) Meta and its employees, alleged co-conspirators, officers, directors, legal representatives, heirs, successors, and wholly or partly owned subsidiaries or affiliated companies on the grounds that "ordinary care involves the foresee-ability, in that a reasonable person exercising ordinary care would have foreseen injury as a consequence of his act." Greiten v. LaDow, 70 Wis. 2d [589] at 602, 235 N. W. 2d 677; Osborn v. Montgomery, 203 Wis. 223. 234, N.W. 372 (1931).
Respectfully your Honor, given the material facts I show here, similarly materially changes the nature of this case.

Please note your Honor, that I have no intentions of personally appearing at the Final Approval Hearing and I pray that these words will be heard and considered carefully; as my resolve to protect our rights to privacy is further demonstrated by my absolute control over any images to my likeness. Nor do I participate in zoom calls with corresponding audio, given the cloning capabilities to voice technologies exist as well, and where drafting legislation to protect adequately the people remains to be done in the wake of a very unstable and problematic technology which seems to have put the cart before the horse so to speak and where I further limit my interactions to correspondence or text format only.

Thank you for your time.

Sincerely,

Denise E. Perez

Denise E. Perez

***Total number of pages: 15.***



Congratulations to you dear Facebook Winner
This is an approval letter to show the authenticity of your winnings.

This is to also assure you that a total some of Five Hundred Thousand United State Dollars $500,000.00 has been issued to your name. Meanwhile to claim your winnings, we have officially assigned one of our accredited agent to guide you through the claim proceed in order to receive your winnings like other winners.

Facebook is the largest Social Networking site valued more than $100 Billion Dollars and also expecting its One Billion Users to come mainly from Mobile devices than desktop Users by 2015, Facebook founder Mark Zuckerberg has decided to boost Users and Companies a WINDOW OF OPPORTUNITY by Lottery Program and

mage to other people in separate messages.

...e is to follow the easy and simple ... by the agent assigned to you so that you can have your winnings delivered to you.

Thank you for using Facebook Social Media

f 2

5/5/2016 3:41 PM

Denise
Home 4
Find Friends
9
March 16
English (US) · Español · Français (France) ·
Português (Brasil) · Deutsch · Italiano
Privacy · Terms · Cookies · Advertising · Ad Choices
More
Facebook © 2016
Sponsored
VISA
Mother's Day made easy
Treat yourself to $25 off qualifying orders of $50+ at HSN.com when you pay with Visa Chec...
Type a message...
Chat (4)



view-source:

view-source:

view-

f 3

5/5/2016 3:45 PM

46

**From:** no-reply@ic3.gov
**Sent:** Monday, March 21, 2016 6:28 AM
**To:** [redacted]
**Subject:** IC3 Complaint: [redacted]

Thank you for filing a complaint with the Internet Crime Complaint Center (IC3).

This is the only reply you will receive from the IC3. Because we receive thousands of complaints per week, we cannot reply to every complaint received or to every request for updates.

However, once we forward your complaint to investigators in the field, they may contact you for further information. Consequently, it is important that you maintain any evidence you have relating to your complaint. Evidence can include canceled checks, credit card receipts, phone bills, mailing envelopes, mail receipts, printed copies of websites, copies of emails, or similar items.

If you wish to view, download, or add information to your complaint, go to
* https://complaint.ic3.gov/update and log in with the following:
Complaint Id: [redacted]
Password: [redacted]

5/5/2016
– put all info into a zip file but unable to load
– asked to further abuse?

11:40 p.m.
forged to [redacted]
email: [redacted]

– money exchange
* amount of information asked for

– no action or warning given by "news" source?



**Re: Adendum**
**Case 3:18-md-02843-VC**
Mrs. Denise E. Perez
[redacted]
[redacted] Landline.
[redacted]
Username: [redacted]; Class period: 2009 - 2019

4/23/2023

Honorable Vince Chhabria, United States District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489

Honorable Chhabria,

Please excuse the "quality" of the previous exhibit given I have taken all steps necessary which includes , new ink cartridges and re-installing my printer (Hewlett Packard). However I have long suspected manipulation ["Create problem. Sell solution." - a means to their wealth obviously beyond conjecture] by interference of not only the functionality of the devices themselves but in the frequency of replacement - with costs passed to consumers unfairly but generating vast amounts of wealth periodically; but also in the very operation of it to which the aim or objective I suspect is to deliberately frustrate the public into thinking it needs replacement.
Since this "invention of evil" instrument, to which the people, as well as myself, acquiesced to it in the interest of "making our lives easier" - to which I do continue to protest privately in my displeasure of it all - but where I have "had" to learn to use it since the late eighties, early nineties as I pursued education in Architecture ([redacted]) and where "Auto-cad" was the primary application from which designs would be carried out, therefore as a "consumer" the evolution to it is given by both observation and experience.

Therefore this "technology" I liken simply:
Microsoft is like a venue [windows operating system] which controls the ambient temperature [devices such as printers, phones, watches, Bluetooth speakers, etc.] within the edifice, but also controls the utilities [browsers, throttling speeds, connectivity, servers, chips, etc.] like water and electricity, in where multiple caterers [applications] may further carry out their specific functions. Clearly this whole system must be reigned in with punitive actions governing business practices, but also move against the monopolization of it.
Given that the attached exhibit shows that I again reported nefarious activity in terms of a ransomware[?] incident recorded in progress and where the people and various government agencies were required to pay to release the operation of it. I recorded what I believe is the "cloning" of my desktop by an outsourced labor representative of HP and can be found as listed. These "connectivity"

issues persist as shown and where again, are clearly frustrating, but end objective for me ... to "give up"?

Thank you for time and consideration.

Sincerely,

Denise E. Perez

Denise E. Perez

*** Total pages = 5 ***



## Complaint Referral Form
## Internet Crime Complaint Center

This form is for the reporting of **Ransomware related incidents** only, for all other complaints please file here. Please make every effort to complete the complaint form in its entirety. The items in blue text and accompanied by a diamond ( ) are especially important in ransomware related complaints. Providing this information assists the FBI in preventing others from being further victimized.

### Victim Information

Name: Denise Perez
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business operations? [None]
Age:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
County:
Country: United States of America
State: [None]
Zip Code/Route:
Phone Number:
Email Address:
Business IT/Remediation Company POC, if applicable:
Other Business/Remediation Company POC, if applicable:

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form, including the following: Ransomware variant name (if known); file extension of the encrypted file(s); cryptocurrency type and address; email address utilized by attackers; website(s) / URL(s) provided by attackers; ransom demand amount; whether the ransom was paid and if so, the amount paid.

Which of the following were used in this incident? (Check all that apply.)

- Spoofed Email
- Similar Domain
- Email Intrusion
- Other Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*



Sent Mail - Gmail    4/22/2023 - 3:40 P.M.    —   □   ✕

Format    Insert    Draw   ∨    🗑 Discard    ⯈ Send

A   ≡¶    Heading 1    ∨   ↺ Undo

From: █████████████████

To: █████ ████████

## Ongoing connectivity issues

I forwarded copy to mimecast as well and have not heard from them for a couple of days, regardless I have reviewed all documents related to this case and will complete the process and proceed "old school" as it were, given the unstable nature of technology itself as currently experienced through hard copy correspondence. Thank you for your time.

Sent from Mail for Windows



2018 -    OneLaunch

11 **B** *I* U Headin

From: [REDACTED]

To: it@mimecast.com;

Devise Authentication code process

I have repeatedly tried to complete the authentication process and have been met with error messages as shown.

4/19/23, 8:35 PM

Mimecast TTP Web Portal

 Device enrollment

## Mimecast requires you to enroll this device to access message links

Your IT department has enabled Targeted Threat Protection for all users. This is a service that protects you from email attacks and provides live security training.

Enter your email address and we'll send you an authentication code to verify your identity.

[REDACTED]

Get Authentication Code

An error has occurred. Try again to complete the process => desktop rejected *

**You'll only see this message again on new devices, or if you delete your cookies. If you have any questions, contact your IT department.**

Targeted Threat Protection
Your decision will be logged for
tracking and audit purposes





Perez

CERTIFIED MAIL

RDC 20

94102

U.S. POSTAGE PAID
APR 24 23
AMOUNT
$9.72
R2304M110735-88

RECEIVED

APR 27 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Ave Box 36060
San Francisco, California
94102-3489

RETURN RECEIPT REQUESTED



# OBJECTION 6

**Your Objection Form must be postmarked by: JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Waris
**First Name**

ALLie
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

Facebook disregarded my privacy as a user. Someone working there looked me out of my account with no warning. I submitted a birth certificate for proof of my identity in order for someone to unlock me. It was unlocked and then some time later I was restricted to certain features due to violations. I looked at the violations and there was nothing listed. I didn't post anything during this time nor do I have any friends and my posts can only be seen by friends. I did have to change my password multiple times from third party hacking or using it without my permission. I don't want to waive my right to sue them for a crime.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

This objection applies only to me (Waris allie)

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2009 - current

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☑ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

I, Waris Allie, have no plans to appear at the final approval hearing

## III. SIGNATURE

Waris Allie
Your signature

4/27/23
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



Waris Ali
27 APR 2023 PM 5 L
FOREVER / USA
RECEIVED
APR 28 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489
94102-348999



# OBJECTION 7

**Your Objection Form must be postmarked by: JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Kristina
**First Name**

Schweyer
**Last Name**

[redacted]
**Street Address**

[redacted]
**City**

[redacted]
**State**

[redacted]
**Zip Code**

**Email address**

[redacted]
**Telephone number**

[redacted]
**Facebook Account Username(s) (if available)**

[redacted]
**Email Address(es) associated with Facebook account**

[redacted]
**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I helped develop the idea behind MetaVerse. I ensured compliance with tort laws, antitrust litigation, and intellectual property as well as asking the President and the NSA to amend the Communications Act and the Communications Decency Act. General Society, including Wall Street Brokers, need an outlet for the time to relax or vent. I have asked for a certain level of autonomy and to be able to create a universe branded by Meta where they can be free to express without nudity. The sexuality for the adult platform should remain PG-17. It is online "Horrible Bosses" that proves intent if they happen to commit their online purging in the real world. I have proposed this to satisfy the algorithm whistleblower and decrease FCC fines. I have liaisoned with Congress to ensure compliance with the artists and I have worked with the end-point security company that is responsible for my policy among other million-dollar policies to control tort liability. I have worked in conjunction with the Hatch Act Office to ensure compliance during elections. I proved that the torture and tortious interference was not under the authority of the NSA for the economic espionage that was committed. Trade secrets are not given under any circumstance. I am working in conjunction with multiple agencies to reform multilateral agreements with CISA. I developed the idea of creating custom animated reels for musicians or other clientele. The countries that offer the graphics do not enforce the Digital Millennium Copyright Act and/or provide license agreements. I do not provide the counseling services.

They needed to analyize market risks for start-up costs.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

No. It applies to anyone using animated reels, sound sync, YouTube Album Art, and any user that may use MetaVerse for cognitive repair or anger management. It does not apply to gaming. The violence that was incited in the real world is why I'm insistent upon it.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**   ☐ YES   ☒ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

I prefer remote work and electronic communication.

**III. SIGNATURE**

Your signature

04/22/2023

Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



Kristina Schweyer
24 APR 2023 P 1 L
RECEIVED
APR 28 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
Class Action Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489
94102$3489



# OBJECTION 8

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

JohN — **First Name**

Cuneo — **Last Name**

[redacted] — **Street Address**

[redacted] — **City**

[redacted] — **State**

[redacted] — **Zip Code**

[redacted] — **Email address**

[redacted] — **Telephone number**

[redacted] — **Facebook Account Username(s) (if available)**

[redacted] — **Email Address(es) associated with Facebook account**

[redacted] — **Phone number(s) associated with Facebook account**

## II. OBJECTION

| What are the reasons you object to the Settlement? Please provide any supporting materials. |
|---|
| illegally Sharing info |
| **Does your objection apply only to you, to a specific subset of the class or the total class?** |
| total class |
| **Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**<br>☒ YES ☐ NO 2010<br>**If so, when were you a Facebook user? (Please indicate years of use)**<br>2010 |
| **Have you (or your counsel, if applicable) previously made objections to a class action settlement?**<br>☐ YES ☒ NO<br>**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).** |
| **Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**<br>☐ YES ☒ NO<br>**If so, please indicate that person or entity.** |
| **Are you represented by an attorney?** ☐ YES ☒ NO |
| **If so, please supply their name and contact information below:** |

NO

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

## III. SIGNATURE

[signature] 4-20-23

Your signature Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



RECEIVED

MAY 01 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court For the Northern district of California
450 Golden Gate Ave. Box 36060
San Francisco, C.A 94102-3489



# OBJECTION 9

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

First Name: CINDY

Last Name: Jenkins

Street Address:

City:

State:

Zip Code:

Email address:

Telephone number:

Facebook Account Username(s) (if available):

Email Address(es) associated with Facebook account: " "

Phone number(s) associated with Facebook account: " "

TV is not proper notice as I never watch TV. It was on the news they didn't do

## II. OBJECTION

URL: [redacted]

**What are the reasons you object to the Settlement? Please provide any supporting materials.** I received no notification of this lawsuit. I am on FaceBook DAILY as a Web Designer & Social Media Manger. I Have several Groups - one of which is 161K mmbers. I admin pages for businesses and I would have seen a notice if it were sent. I Have been unduly omitted from this Class through lack of proper notification. I scan & process very well!

**Does your objection apply only to you, to a specific subset of the class or the total class?**

to those who were not duly notified. Subset

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)** June 30 July, 2008 - Present

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

I am not able to attend due to cost of travel.

**III. SIGNATURE**

[signature]
Your signature

April 28, 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



Cindy Jenkins
28 APR 2023 PM 5 L
Earth Day
April 22
USA
FOREVER
Class Action Clerk
US District Court for The Northern District of Calif.
450 Golden Gate Av, BOX 36060
San Francisco, CA 94102-3489
RECEIVED
MAY 01 2023
94102-348999

# OBJECTION 10

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Tina
**First Name**

Vischio
**Last Name**

**Street Address**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

illegally sharing information

**Does your objection apply only to you, to a specific subset of the class or the total class?**

total class

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2009

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

NO

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

**III. SIGNATURE**

[signature] 4-20-23

Your signature Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



PM
FRI 21 APR 2023

RECEIVED
MAY 01 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court For the Northern
district of California
450 Golden Gate Ave. Box 36060
San Francisco. C.A 94102-3489

# OBJECTION 11

Persephone Zephyr

4/26/23

In re: Facebook, inc. Consumer Privacy User Profile Litigation
Case # 3:18-MD-02843-VC

Today I received payment for a class action settlement:

Likewise I have supporting documentation for this objection; which can be traced back to October 17, 2010 at 11:37 pm: Wherein I was a victim of as an unidentified assailant had posted a page of my . At the time of the crime I was just . Therefore, this objection pertains to me specifically.

I can be available for court appearance with reasonable indigent support, as I am pro-se.

Finally, in order to assist with locating the data above mentioned I submitted several reports regarding a text thread from the account administrator in question (today). If it is possible to track an IP address then you should be able to do so with what I provided.

Persephone Zephyr

Perseph                    r





27 APR 2023   PM 2   L



Class Action Clerk
United States District Court for the N. District of Calif.
450 Golden Gate Ave.
Box 36060
San Francisco, CA
94102 - 3489

94102-348999



RECEIVED

MAY 02 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# OBJECTION 12

Jennifer Kamenides





RECEIVED

MAY 03 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

April 24, 2023

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

In re: Facebook, Inc. Consumer Privacy User Profile Litigation, Case No. 3:18-md-02843-VC (N.D. Cal.);

Class Action Clerk:

I object to the settlement on the grounds that Facebook, a multi billion dollar company, has a current market cap value of $573 billion, due to its underhanded and deceitful business practices based on harvesting and selling user data. Facebook/Meta will not be deterred from future perfidious, unscrupulous and deceitful actions unless they are made to pay, in a clear-cut and unambiguous fashion.

The damage done to US democracy, the social fabric in our country, journalism, and the spillover of these harms to the rest of the world is immeasurable. The harm continues with the very system of Facebook wielding outsized influence in politics, news, social issues and the intercommunication between its users and advertisers. A mere $473 million, (which is a mere .08% of Meta's "value") is a slap in the face to the millions of Facebook users whose privacy was repeatedly violated and personal data used to destabilize social and democratic institutions around the world.

I am not represented by counsel. I am a member of the class for this lawsuit. I was a Facebook user during the Class Period. I no longer have a Facebook account, but I did have accounts from 2010 through 2016.

This is my personal statement. I have never before objected to a class action settlement. I have not sold or otherwise transferred the right to their recovery in this Action to another person or entity.

Sincerely,

Jennifer Kamenides

Kamenides

28 APR 2023 PM 3 L

RECEIVED

2023

ICT COURT
F CALIFORNIA

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

94102-348999

# OBJECTION 13

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Kimberly
**First Name**

Baker
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

| What are the reasons you object to the Settlement? Please provide any supporting materials. |
|---|
| Does your objection apply only to you, to a specific subset of the class or the total class? |
| Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?<br>☒ YES ☐ NO<br>If so, when were you a Facebook user? (Please indicate years of use) |
| Have you (or your counsel, if applicable) previously made objections to a class action settlement?<br>☒ YES ☒ NO<br>If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection). |
| Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?<br>☐ YES ☒ NO<br>If so, please indicate that person or entity. |
| Are you represented by an attorney? ☐ YES ☒ NO |
| If so, please supply their name and contact information below: |

NO

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

**III. SIGNATURE**

Kim Barker
Your signature

4-22-23
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Kim Barnes

01 MAY 2023 PM 1 L

Class Action Clerk
United States District Court for the
northern District of California
450 Golden Gate Avenue Box 36060
San Francisco, Ca
94102-3489

RECEIVED

MAY 04 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

941023489

# OBJECTION 14

Your Objection Form must be postmarked by: **JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Raymond
**First Name**

Baker JR.
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

| What are the reasons you object to the Settlement? Please provide any supporting materials. |
|---|
| Does your objection apply only to you, to a specific subset of the class or the total class? |
| Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?<br>☒ YES ☐ NO<br>If so, when were you a Facebook user? (Please indicate years of use) |
| Have you (or your counsel, if applicable) previously made objections to a class action settlement?<br>☐ YES ☒ NO<br>If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection). |
| Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?<br>☐ YES ☒ NO<br>If so, please indicate that person or entity. |
| Are you represented by an attorney? ☐ YES ☒ NO |
| If so, please supply their name and contact information below: |

| NO |
|---|
| **Please indicate if you and/or your attorney plan to appear at the final approval hearing.** |

## III. SIGNATURE

Raymond E Baker Jr

Your signature

Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



Raymond Barry

RECEIVED

MAY 04 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

01 MAY 2023 PM 1 L

Class Action Clerk
United States District Court for
the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA
94102-3489

# OBJECTION 15

Nyree Hinton

Class Action Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION

Case No.: 3:18-md-02843-VC (N.D. Cal.)

4/27/2023

Final Approval Hearing: 1 p.m. PDT on September 7, 2023

**<u>Re: Objection to Settlement in Case No.: 3:18-md-02843-VC (N.D. Cal.)</u>**

Dear Clerk of the Court,

I am writing to formally object to the proposed settlement in the above-referenced class action lawsuit against Meta Platforms, Inc. (formerly Facebook, Inc.). As a Settlement Class Member, I believe that the proposed settlement is inadequate and unfair, particularly in light of my long-standing membership on the platform.

I have been <u>a member of Facebook since 2010,</u> which is a longer period than many other users included in the Settlement Class. The proposed settlement does not appear to adequately account for the differences in users' duration on the platform, which may have resulted in varying degrees of harm and exposure to unauthorized data sharing or access by third parties.

Given that the Settlement Class spans from May 24, 2007, to December 22, 2022, I believe it is essential for the distribution of the settlement fund to be more appropriately

tailored to reflect the varying levels of potential harm experienced by different users, especially those like myself who have been members for a longer period. The longer a user has been on the platform, the more likely it is that their data has been accessed or shared without their consent, and the proposed settlement should consider this factor when determining the payout for each class member.

Moreover, I would like to request the opportunity to attend the hearing to voice my concerns in person. I believe that my presence at the hearing will help to illustrate the importance of fair and just compensation for all Settlement Class Members who have been affected by Meta Platforms, Inc.'s alleged data-sharing practices.

In conclusion, I respectfully request that the Court carefully consider my objection to the proposed settlement and take into account the varying degrees of harm experienced by Settlement Class Members based on the duration of their membership on the platform. I also request that the Court provide me with the opportunity to attend the hearing and express my concerns in person. I look forward to receiving further information regarding the date and time of the hearing.

If you have any questions or require additional information, please feel free to contact me at [redacted].

Thank you for your assistance in this matter.

Sincerely,

Nyree Hinton

[redacted]

4/27/2023

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Nyree
**First Name**

Hinton
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

Please see attached material

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Only me

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

Text

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                                                    ☐ YES   ☒ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

Yes

## III. SIGNATURE

Your signature

04/27/2023

Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

RDC 22

94102

U.S. POSTAGE PAID
PM
MAY 02, 23
AMOUNT
$9.65
R2305E125920-01

UNITED STATES
POSTAL SERVICE®

PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

U.S. MARSHALS SERVICE
MAY 04 2023
INSPECTED BY

RECEIVED
MAY 04 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FROM: Nyree Hinton

TO:
Class Action Clerk
District Court of North CA
450 Golden Gate Ave
Box 36060
San Francisco, CA, 94102-3489

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EXPECTED DELIVERY DAY: 05/04/23
USPS TRACKING® #

2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.



PRIORITY®
MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F July 2022
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

# OBJECTION 16

5-2-23

Roland Howard,

[redacted]

I need a 1983 Right

Facebook Information

Roland Howard



Roland Howard
Y 2023 PM
FIRST-CLASS
PITNEY BOWES
US POSTAGE
$ 000.60⁰
02 1P
0001201147 MAY 02 2023
MAILED FROM ZIP CODE
Clerk's Office
RECEIVED
MAY 04 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
U.S. District Court
Northern District of
Cal. 450 Golden Gate Ave
San Francisco CA 94102
94102-34

# OBJECTION 17

**Your Objection Form must be postmarked by:**
**JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Maria
**First Name**

Otero Rivera
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

MON

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**
I do not object to the monetary settlement agreement. But in addition to the monetary agreement, I want Facebook to reinstate access to my accounts that were hacked. See Attachement.

**Does your objection apply only to you, to a specific subset of the class or the total class?**
Yes, it applies only to me.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

June 2007 until September 16, 2022.

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

MOR

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☑ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

No. We will not appear, unless the Court give us the opportunity to have a virtual hearing.

Hence, if it is a virtual hearing, I would like to appear.

## III. SIGNATURE

Your signature

4/21/2023

Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Attachment

Marilu Otero [REDACTED]

## Facebook account hacked. Please help.

2 messages

**Marilu Otero** [REDACTED] Mon, Oct 10, 2022 at 4:50 PM
To: appeals@fb.com, disabled@fb.com.trataste
Cc: [REDACTED]

Dear Sir or Madam,

On 9/16/2022, My account was hacked and I was penalized by Facebook. Lost all access to my personal profile and pages, IG accounts and my phone was banned in whatsapp.

On top of all, the hacker got o hold of my credit card and committed fraud.

Attached please find a report I prepared about this vile action for which I'm a victim.

Please return the access to my accounts.

I'm available for a phone call at your earliest convenience.

Respectfully,
María de Lourdes Otero Rivera
(Marilú Otero Rivera - Green)

4/21/23, 9:48 AM Gmail - Facebook account hacked. Please help.

8:45

Enter Your Phone Number Done

WhatsApp will send an SMS message to verify your phone number (carrier charges may apply).

United States

+1 [redacted]

Your phone number
+1 [redacted]
is banned from using WhatsApp Business.
Please contact customer support for assistance.

https://mail.google.com/mail/u/0/?ik=666d7b4196&view=pt&search=all&permthid=thread-a:r9100183260253982290&simpl=msg-a:r-5840299468939569434&simp… 2/3

119

###

María de Lourdes Otero Rivera, Esq.

**OteroRiveraMaria-Hacked-FraudReport-Facebook-Letter-9-25-22.pdf**
25145K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Mon, Oct 10, 2022 at 4:51 PM
To: [redacted]

## Address not found

Your message wasn't delivered to **disabled@fb.com.trataste** because the domain fb.com.trataste couldn't be found. Check for typos or unnecessary spaces and try again.

LEARN MORE

The response was:

```
DNS Error: DNS type 'mx' lookup of fb.com.trataste responded with code NXDOMAIN Domain
name not found: fb.com.trataste Learn more at https://support.google.com/mail/?p=BadRcptDomain
```

Final-Recipient: rfc822; disabled@fb.com.trataste
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of fb.com.trataste responded with code NXDOMAIN Domain name not found: fb.com.trataste Learn more at https://support.google.com/mail/?p=BadRcptDomain
Last-Attempt-Date: Mon, 10 Oct 2022 14:51:01 -0700 (PDT)

---------- Forwarded message ----------
From: Marilu Otero [redacted]
To: appeals@fb.com, disabled@fb.com.trataste
Cc: [redacted]
Bcc:
Date: Mon, 10 Oct 2022 16:50:44 -0500
Subject: Facebook account hacked. Please help.
----- Message truncated -----

Sunday, September 25, 2022.

Dear Facebook sir and/or madam:

I hope this communication finds you well. Allow me to introduce myself. My name is María de Lourdes Otero Rivera and have been a member of Facebook since 2007. My profile name is [REDACTED]. In addition to my personal profile for which I had over 4,900 connections, I also have two Business Pages of my own: [REDACTED], and [REDACTED]. Additionally, I used to manage and created content for a third parties: [REDACTED], and [REDACTED] (an Olympic athlete).

I have always followed Facebook rules, regulations, and community standards and have never had any problems or issues with my personal profile account or any of the Pages I manage until last 9/16/22.

Sadly on 9/16/2022, early in the morning I received two text messages from friends telling me that my personal account had been hacked because they saw a post with porn pictures. Immediately, I went into Facebook, and it didn't let me log in. It prompted me to upload my ID, which I did, to verify my identity.

Finally, I got an email from you stating that I was ineligible to use Facebook for violating Facebook's Community Standards and indicated that the said determination was final. I was devastated. I lost my access to all my account, pages and Instagram accounts. My account was hacked, and I was being penalized for it. I went on to try to find a way to contact you so that you can reconsider you decision. Since you don't have a Customer Service phone number or chat, I tried through every link I could find for Facebook to get in contact with you to no avail.

But things have gotten worst. My daughter-in-law was able to get into [REDACTED] page because she has page access with all powers. And there she found that somebody unknown to us had gotten access to our Page.

His Facebook name [redacted]. We do not know this person, nor did we give access to him to our account. This is the hacker.

I proceeded to open a new account (which was disabled by Facebook also) to see if I could somehow report this person. My daughter-in-law and I were able to remove and block him at least from [redacted] page, because unfortunately, I was the only one with access to the [redacted] page. But it was too late. He had already gotten access and stolen to my credit card.

In the early hours of Friday, September 23, 2022, I received fraud alerts from my Bank.



As soon as I saw the notifications, I called my bank, explained that my Facebook account had been hacked, that I did not make those transactions and filed a claim.



But I wasn't the only victim of this fraud by this hacker. My former client and friend, [redacted] is also a victim of this hacker. Since I still had page access to [redacted] The hacker also stole their credit card for their commercial bank account and made transactions for total of $1,750.00.



Needless to say, we are really angry, sad, and frustrated. I, myself, feel that my house (my Facebook accounts) was violated. But what hurts the most, is that I have not been able to get through to Facebook about this situation. I have been banned from Facebook, even though I'm a victim of a criminal that not only hacked my account, but that stole from me, and my friend.

All I want from Facebook is that I get my personal account back. I didn't do anything wrong. I need to get access to all my Facebook and Instagram accounts. You see during fall and winter season; I bake and sale dog treats through my [REDACTED] page. And almost two months ago, I have been using my [REDACTED] page for sharing my recipes and cooking YouTube videos.

Consequently, please, reconsider your decision and grant reactive my accounts again and grant me access to Facebook and Instagram.

Waiting for your response, I remain.

Respectfully,

María de Lourdes Otero Rivera
([REDACTED])
[REDACTED]
[REDACTED]

M. Otero Rivera

U.S. POSTAGE PAID
FCM LETTER
MA 02, 23
AMOUNT
$0.87
R2307M152693-07

RECEIVED
MAY 08 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court
For the Northern District of California
450 Golden Gate Ave., Box 36060
San Francisco, CA 94102-3489

94102-348999

# OBJECTION 18

To:

Class Action Clerk:

I have already submitted my information in my Class Action suit against Facebook, since I have been a user of Facebook for over 15 years. My name is Raffaele Paolucci, and my E-Mail Address is:

[redacted]

My address is [redacted]

To my regret, ever since I have been using Facebook, I have been inundated with all kinds of Scam Artists; people calling at all hours of of the day, & evening. I have had a nervous breakdown & am seeing a Therapist: [redacted] at [redacted].

While answering one of these calls, I have injured my toes & cannot get around as I once used to. I am 81 years old and would like to (over)

purchase a wheelchair. As for these call that are bombarding me, I am being scattergunned by all sorts of individuals. I dont know which calls to answer + which calls to ignore. These callers are as bad as a Chinese water torture I have read about. I cannot nap without being harassed at all hours of the day. If I knew that I would be mentally tortured as I have been, I would never have used a computer. Please help me, for I am at my wits end.

Respectfully
Raffaele Paolucci

2 MAY 2023 PM 1 L

EarthDay April 22nd 2023

Class Action Clerk
United States District Court for the Northern District of Cal.
450 Golden Gate Avenue, Box 36060
San Francisco, Ca 94102 3489?

RECEIVED

MAY 08 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102$3489 C004



Raffaele Paolucci

# OBJECTION 19

the case name and number: *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.)

your full name, address, telephone number, and email address; Patrick Turner, [redacted]

your Facebook account URL (if reasonably available) and the email address associated with your Facebook account; [redacted]

the full name, address, telephone number, and email address of your counsel (if you are represented by counsel); N/A, NONE

a statement that you were a Facebook user during the Class Period and the dates of such use; [redacted] was my prior account that got hacked & permanent banned by ANTIFA / JIHAD PRICKS ~ MEMORIES ~ Facebook refuses to restore account that joined in 2010; I can verify with full backup 2016 (police/others/hackers somehow obtained access) and forced me to make new account re-Joined August 2019 after blacklisted with a different email.

a statement of whether your objection applies only to you, to a specific subset of the class, or to the entire class; my specific objection to not taking a settlement compared to suing is due to what was told me as a privacy leak and sharing of information by Facebook to other companies/entities also includes putting me on trial, plus sharing to law enforcement and medical professionals private message mostly applies to me but also applies to the entire class.

a statement of the number of times in which you (and, where applicable, your counsel) have objected to a class action settlement, along with the caption of each case in which you (or your counsel) made such objection; N/A, NONE

a statement of whether the objector has sold or otherwise transferred the right to their recovery in this Action to another person or entity, and, if so, the identity of that person or entity; N/A, NONE

a statement of the specific grounds for the objection, including any legal or factual support and any evidence in support of the objection; Evidence used on cases, police and medical reports came from Facebook! 5/2/2023 at 11:56 AM incoming threatening call from UTAH [redacted] and claimed to be from the IRS following up from whistleblower office. Similar to received letters who also confirmed claim number(s): [redacted] that we're certified mail. Final Determination under Internal Revenue Code (IRC) Section 7623(a) - Denial! I was told no evidence and will continue to deny when I told them that the IRS refuses TAX COLLECTION. Fraud / ID theft report, ransom. Our family is victim to human trafficking. Fake medical conditions. Family move into my home 2016. Lied to me. Gave fake Canada "family" name. Faked death. Escaped immigration. Travel expenses and passport purchase. Mail forwarding error 9/11/16. FRAUD Mail stop by USPS on 9/11/19 - General delivery reported. Alleged violation of Income tax, Organized crime, public/political corruption, estate & gift tax. I named my parents as [redacted] (from Canada) and [redacted]; my sister as [redacted] (new job moved into my dad's house 2020) and EX [redacted] (refuses to pay taxes).

Void Death Certificate State Department of Health RE Case No. , Clerk, , AAG, , Presiding Officer, Case Manager, Advised of FBI of and of undercover with PD case # (detective said I was a British-American) asked who you run with, if your in a gang, independent, and races are split up in what are called cars. A white individual runs with the whites if he's not in a specific gang that have their own car, blacks with blacks, mexican with the mexican car, Rice Burner, etc. They gave me Superior Court Case on 3/29/19 with legal/medical fees but refused by IRS. Proof of estate contracts written in code for kill hit list from est. 1997 - 2017

a statement of whether you intend to appear at the Final Approval Hearing, and if so, whether personally or through counsel; I don't plan on attending the Final Approval Hearing due to at my own expenses.

your signature.

Patricia Gunn 5/5/23



OFF

FILED

147









154



[redacted]

**From:** [redacted]
**Sent:** Tuesday, March 26, 2019 11:31 PM
**To:** [redacted]
**Subject:** F d: Patrick Turner

External Email Alert!
This email originated from a source outside of the City's network. Use caution before clicking on links or opening attachments.

---------- Forwarded message ----------
From: [redacted]
Date: Mar 26, 2019 12:53 PM
Subject: Patrick Turner
To: [redacted]
Cc:





















[redacted]

14



15





17



19

174



175

# " Social Media Disputes & Take Down Notices "

JANUARY 2019 - I'm still battling Facebook, Inc. to get my account www.facebook.com/[redacted] reactivated (or a backup) as they claimed it was taken down due to " **violation** " because it was *reported* as a " **racist nazi** " account plus had uploaded music videos removed from my account due to suspected copyright claims with automatic content protection / algorithms (*February and March* 2019). I confirmed my **valid Driver's License** (**Photo ID**), **phone number** and **mailing address** as required. I explained that I was under investigation, *HACKED* and needed to ***change my password*** also. I was setup by the **F.B.I.** and then my account was **banned** that had my *business* sub-account attached to it ( including *a DJ profile with music www.facebook.com/*[redacted] ). After identity confirmation, Facebook ***permanently*** *DELETED* and said I **couldn't use that email anymore** - make a NEW account! I was without Facebook for a while and had to find family / friends / customers ... ***still searching today in 2021***

<registration@facebookmail.com> *Sat 8/3/2019 11:32 PM*

Hey Patrick,

You recently registered for Facebook. To complete your Facebook registration, please confirm your account.

Action Required: Confirm Your Facebook Account

Hey Patrick, You recently registered for Facebook. To complete your Facebook registration, please confirm your account. Confirm Your Account

You may be asked to enter this confirmation code: [redacted]

Facebook helps you communicate and stay in touch with all of your friends. Once you join Facebook, you'll be able to share photos, plan events, and more.

This message was sent to [redacted] at your request.

Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025

To help keep your account secure, please don't forward this email. ...











Patrick Turner

CERTIFIED MAIL

RDC 99

94102

U.S. POSTAGE PAID
FCM LG ENV
AMOUNT
$6.61
R2305K139164-24

CLASS ACTION CLERK
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

RECEIVED
MAY 08 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# OBJECTION 20

Facebook, Inc. Consumer Privacy (Asia Johnson)User Profile Litigation

**OBJECTION**

Dear Justice, My name is Asia Johnson I've been a Facebook user since 2011. Im personally a victim of my data / personal information being shared or otherwise made available by Meta to third parties without permission. Id like to file an objection Im asking the courts to deny the proposed settlement. As a class member its to my knowledge that everyone with an active Facebook account are able to submit a claim. Its to my knowledge that the net fund will include how many claims filed. Even if a user was not a victim they can file a claim. As a class member that personally suffered damages I could receive the same amount as a class member not affected. Back in 2018 I took to court pro sue a complaint Civil Action No. [REDACTED]

[REDACTED]

Also attached to the complaint is what appears to be a March 2, 2018 letter from President Donald J. Trump requesting a contribution to his re-election campaign and indicating that by making such a contribution plaintiff would be placed on a Presidential Honor Roll.

My data was improperly taken from Facebook to build a voter profile. My personal Facebook data was used in Former President Donald Trump political campaign. I was later mailed a certificate

Best owed to [REDACTED]. My case was dismissed and my data continued to be shared. I'm now asking to deny the proposed Settlement and continue the case. Please allow me to show you photographs of my personal data being shared on my feed. Reassuring you that Meta has some control over the content that shows up on it platform. I am not represented by any counsel. From 2011 to present I'm still using Meta services. This objection applies only to me. This is my first time objecting as a class member. Id like to inform the courts I'd be attending the final approval hearing for good cause. At this point I'm not sure if the lawyers are willing to assist me in objecting. I have not been able to show the courts how I'm personally victimized by Meta. The lawyers on this case are paid a big portion leaving the net fund divided to everyone with a claim even if not victimized. Im asking the courts to deny the proposed settlement. I personally would like to see a proposed settlement where the class member receives what the lawyers on this case collects. I want to bring to the courts attention as a class member I personally wanted to ask for 100 million in the Settlement. I don't believe the net funds divided correctly.

Asia Johnson

[REDACTED]

[REDACTED]

[REDACTED] old email to fb account

[REDACTED] current email

Deactivated account [REDACTED] current phone

5/13/23, 1:09 PM Case 3:18-md-02843-VC Document 1144-1 Filed 07/11/23 Page 199 of 393 [EXTERNAL SENDER] - - Outlook

197

about:blank 2/3



Business Plan

200

5/13/23, 1:09 PM Case 3:18-md-02843-VC Document 1144-1 Filed 07/11/23 Page 203 of 393
[EXTERNAL SENDER] - - Outlook

201
about:blank 2/3





 PRESS FIRMLY TO SEA... SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE — Retail

P

US POSTAGE PAID

$9.65

Origin: [redacted]
05/13/23
3508780354-42

PRIORITY MAIL®

0 Lb 2.80 Oz
RDC 04

EXPECTED DELIVERY DAY: 05/15/23

SHIP TO:
SAN FRANCISCO CA 94102

USPS TRACKING® #

[redacted]

- Expected delivery dat...
- Domestic shipments i...
- USPS Tracking® servi...
- Limited international i...
- When used internatior... ...nations.

*Insurance does not cover cer...
Domestic Mail Manual at http:...
** See International Mail Manu...

FLAT RATE
ONE RATE ■ ANY WI...

TRACKED ■ ...kup,

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM: [redacted]

...CEIVED
MAY 15 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TO:

Class Action Clerk
United States District
Court for the
North District of [illegible]
California

450 Golden Gate Ave
Box 36060
San Francisco, CA
94102-3483

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

PRIORITY®
MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F July 2022
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

# OBJECTION 21

In re: Facebook, Inc. Consumer Privacy (Asia Johnson)User Profile Litigation

18-MD-2843-VC

RECEIVED

MAY 17 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Dear honorable Judge Vince Chhabria

My name is Asia Johnson I've been a Facebook user since 2011. Im personally a victim of my data / personal information being shared or otherwise made available by Meta to third parties without permission. Id like to file an objection to the Settlement asking the courts to approve a new settlement including 100 million to Facebook user Asia Johnson Settlement class member. Back in 2018 I took to court pro sue a complaint Civil Action No. [redacted]

05-16-2018

Also attached to the complaint is what appears to be a March 2, 2018 letter from President Donald J. Trump requesting a contribution to his re-election campaign and indicating that by making such a contribution plaintiff would be placed on a Presidential Honor Roll.

My data was improperly taken from Facebook to build a voter profile. My personal Facebook data was used in Former President Donald Trump political campaign. I was later mailed a certificate

Best owed to [redacted]. My case was dismissed and my data continued to be shared. I'm now asking if I can be granted 100 million in a new Settlement including me against Meta. Please allow me to show you

photographs of my personal data being shared on my feed. Reassuring you that Meta has some control over the content that shows up on it platform. I am not represented by any counsel. From 2011 to present I'm still using Meta services. This objection applies only to me. This is my first time objecting as a class member. Id like to inform the courts I'd be attending the final approval hearing for good cause.

Asia Johnson

[redacted]

[redacted]

[redacted] old email to fb account

[redacted] current email

Deactivated account [redacted]

[redacted] current phone number

[redacted] fb account





212



215
https://outlook.office.com/mail/inbox/id/AAQkADhjN2ZkZGU4LTI3MDgtNDZhYi05NDY2LTZiNzFjZDJmMDFhMAAQAMVFqEybaFRJs5SALogXCwQ%... 3/3



Business Plan



217



218

Email Address 1: [REDACTED]
Phone Number 1: [REDACTED]
Username 1: [REDACTED]

Signature: **Asia Johnson**
Date: **4/26/2023 12:40:22**

If you would like to update any fields of your claim you can do so by clicking the edit claim link on top of the Submit Claim page on the Settlement Website. You can then log in to edit your claim using your Submitted Claim ID and Confirmation Code listed above.

If you have any questions regarding your Claim, please provide the Submitted Claim ID listed above and email us at: info@FacebookUserPrivacySettlement.com.

Thank You,
Settlement Administrator
Facebook Consumer Privacy User Profile Litigation
www.FacebookUserPrivacySettlement.com

3



222



223



224





227



228
https://outlook.office.com/mail/inbox/id/AAQkADhjN2ZkZGU4LTI3MDgtNDZhYi05NDY2LTZiNzFjZDJmMDFhMAAQAMVFqEybaFRJs5SALogXCwQ%... 2/3





PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL
U.S. POSTAGE PAID
PM
MAY 12 23
AMOUNT
$9.65
R2305H128461-4
RDC 04
94102
PRIORITY MAIL
DATE OF DELIVERY SPECIFIED*
EXPECTED DELIVERY DAY: 05/15/23
USPS TRACKING® #
FROM: Olsia Johnson
TO:
Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Ave Box 36060
San francisco, CA 94102-3489
WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.
RECEIVED
MAY 17 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
PS00001000014
EP14F July 2013
OD: 12.5 x 9.5
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
UNITED STATES POSTAL SERVICE®
This envelope is made from post-consumer waste. Please recycle - again.
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY®
★ MAIL ★

TRACKED*
★ ★ ★
INSURED*
★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

UNITED STATES
POSTAL SERVICE®

* Domestic only. * For International shipments, the maximum weight is 4 lbs.

# OBJECTION 22

Class Action Clerk **May 9, 2023**

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

340 Golden Gate Ave., Box 36060

San Francisco, CA 94102-3489

RECEIVED

MAY 15 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: CONSUMER PRIVACY USER PROFILE LITIGATION,

**CASE NO. 3-18-md-02843-vc (n.d. cal.)**

TO WHOM IT MAY CONCERN:

I object to the attorney's charging an outrageous SERVICE AWARD to EACH of those claimants of $10-$15,000!! I read that earlier, but unable to find that info now.

**Please go to: case 217-md-02785-DDC-TJJ,**

**DOCUMENT 2506, filed 11.17.21, page 6 of 23**

**Those attorneys were asking $5,000/claimant and the judge DENIED that amount.**

**"Instead as discussed below, the court adjusts the amount of the service award based on the time that EACH INDIVIDUAL devoted to the case."**

Betty Gordon

[redacted]

[redacted]

[redacted] after 3 pm CST

[redacted]

facebook url: [redacted]

[redacted]

I was a facebook user from around 2015+ to now 5.9.23.

**I object for the entire class of claimants! None of us should be charged that much for a "service award".**

Betty J Gordon

Betty Gordon, [redacted] ...rest of info is above



Mr. Betty Gordon

Class Action Clerk
US District Court for Northern District of California
340 Golden Gate, Box 36060
San Francisco, CA
94102-3489

RECEIVED

MAY 15 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999

# OBJECTION 23

**Your Objection Form must be postmarked by: JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Renee
**First Name**

Dufer - Stevens
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I was Sent a notification on my Facebook Feed.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Yes

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)** [redacted]

October 26 2009 to Present Date / October 28 2009

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I was sent a notification on my Facebook Feed.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

yes

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)** [redacted]

october 26 2009 to Present [redacted] october 28th 2009 to Present

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

| |
|---|
| |
| **Please indicate if you and/or your attorney plan to appear at the final approval hearing.**<br><br>I will not be Attending |

## III. SIGNATURE

Renee E. Dufer-Stevens
Your signature

April 25 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



K. Dufer-Stevens
26 APR 2023 PM 2 L
forever
usa
RECEIVED
MAY 19 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
Class Action Clerk
United States District Court For Northern District
OF California
450 Golden Gate Ave. Box 36060
San Francisco, CA
94102-3489

# OBJECTION 24

**Your Objection Form must be postmarked by: JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Gerald — **First Name**

Casteel — **Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

Correlation ID

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

Due To the Suberity of my Personal Information being Release without my Permisson I feel As If Im Entitled to The Full Settlement Amount without Shareing with other FaceBook users... Speaking For myself and NOT Other Facebook user's I Know the Amount my Privacy Is WORTH!!

**Does your objection apply only to you, to a specific subset of the class or the total class?**

yes,

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

13 plus years

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☑ YES ☐ NO

**If so, please supply their name and contact information below:**

Lesley E. Weaver ~~[illegible]~~ 415-445-4003 lweaver@bfalaw.com; Derek W. Loeser
555 12th St Suite 1600
Oakland, CA 94607
206-623-1900
dloeser@kellerrohrback.com
1201 Third Ave, Suite 3200
Seattle, WA 98101

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

Attorney plan to attend on my behalf, Unless Notified Difference.

**III. SIGNATURE**

Jerald S Carter Jr
Your signature

May 13, 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Gerald Scott Casteel Jr

15 MAY 2023 PM 1 L

FOREVER / USA

RECEIVED

MAY 18 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court For the Northen District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

94102-348999

# OBJECTION 25

**Your Objection Form must be postmarked by: JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Sean
**First Name**

McGregor
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

Meta Platforms, Inc. has approximately 3 billion users, Even when subsetting the userbase to the class members, the potential restitution per person harmed is not adequate for compensatory purposes. Further, it introduces a morale hazard since the compensation does not exceed the revenues derived from the dangerous privacy practices. without a significant expansion of the compensation fund, there will be a grave miscarriage of justice.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

The total class

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2005 through today

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

Not planned at this time

## III. SIGNATURE

[signature]
Your signature

5/17/23
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Sean McGregor

18 MAY 2023 PM 4 L

LUNAR NEW YEAR
FOREVER USA

RECEIVED

MAY 2 2 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

94102-348999

# OBJECTION 26

# United STATES District COURT NORTHERN District OF California

| | |
|---|---|
| Tyler D. Johnson, Plaintiff. | |
| VS. | Cause: # "Class Action" |
| "Meta", "Facebook Inc", Defendants. | |

## Motion FOR Joinder of claims And/OR Petition to Amend class Action complaint to include Plaintiffs claims

Comes Now Plaintiff Tyler D. Johnson and Via this Motion for Joinder of claims And/OR Petition to Amend class-Action complaint to include Plaintiffs claims, and states the following Below:

#① Plaintiff Tyler Darnell Johnson is litigating Against Facebook's Parent company "Meta", due to the social media Platform my data to be Accessed by third parties and they did this Knowingly Without my consent!

#② Plaintiff states that this Malevolent breach of his Rights by "Meta / Facebook consumer privacy USER profile infringements" Has caused plaintiff substantial [redacted] Plaintiff Requests $4 million.

#③ Due to the Massive Amount of damages Plaintiff has suffered, Plaintiff's Relief Requested is $4 million against "Meta" in this consumer privacy USER profile class Action Litigation. Plaintiff seeks such damages Relief in settlement.

RE: Petition for Joinder of claims

#(2)

#(4) Plaintiff seeks to recieve Joinder of his claims with the class Action litigation Against "Meta / Facebook" in the consumer privacy user profile litigation. Plaintiff seeks $4,000,000 in Relief due to the extensive level of [redacted] Plaintiff has suffered in this Malevolent breach of his profile privacy.

#(5) Plaintiff seeks to Amend Petition of class Action to also include the fact that "Meta" Facebook's Parent company Allowed the social Media Platform to permit wrongfully Malevolent Access to my data by 3rd parties without my consent! And hence caused substantial [redacted] Plaintiff notes he wishes to move the court to include such claim and Amend the hereof mentioned class Action if his Motion for Joinder of claims isn't obtained.

WHEREFORE, Plaintiff Tyler Darnell Johnson Prays to Move this Honorable court for relief and Any Action this court deems Just and proper.

Respectfully Submitted,

Tyler Darnell Johnson [redacted]

x Tyler Johnson 5/16/2023

United States District Court
Northern District Of California
- Clerk Of Court -

5/16/2023

• The current complaint motion and or Petition is pertinent to the "Facebook consumer Privacy user profile" class Action litigation Pending:

#(A) Please send me "2 - Motion for Forma Pauperis forms" "2 - Motions for counsel" And "2 - claims forms" so I can enter Joinder of claims unto the class Action thats pending Against "Meta" Facebook's Parent company for wrongfully Allowing third parties to Access my Data without my consent!

#(B) Also, Please send me the "Docket Text" from the class Action Already pending Against "Meta" As I am a classee litigant Against "Meta" for Malevolently Allowing the social media Facebook platform to grant Access to my data wrongfully to 3rd parties without my consent!

#(C) Please enclose to me the All court-orders, Memorandums, Entry of Appearences, Motions, and exhibits pertinent to this class Action Lawsuit Against "Meta" for the breach of my privacy in the "Facebook consumer privacy user profile litigation" in the U.S. District court currently. Please include the "preliminary Approval" of settlement deal for $725 million in which my relief is requested for $4-million in such litigation / class Action.

5/16/2023 Tyler Darnell Johnson

#(2) RE: Meta/FaceBook consumer privacy user profile litigation ClassAction Litigation Against Meta/FaceBook.

(P.S.) Please Forward All updates & paperwork to my Mailing Address. Please Include ClassAction cause #:

Tyler Darnell Johnson:



TYLER D. JOHNSON
MAY 2023 PM 6
FOREVER USA
MAILED FROM
MAY 17 2023
Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
Box # 36060
SAN FRANCISCO, CALIFORNIA. 94102
Leg
M

RECEIVED
MAY 22 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# OBJECTION 27

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Christopher
**First Name**

Ross
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

Facebook's sale of my information and others severely comprimised the security, reliability, and reputation of American democratic elections and adversely affected National security.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Total Class

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2009 – 2018

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☒ YES ☐ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

1, Martin Martinez Soto v. O'Reilly Auto Enterprises, LLC / Case no. 5:20-CV-00214-JGB-KK

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

| Please indicate if you and/or your attorney plan to appear at the final approval hearing. |
| --- |

## III. SIGNATURE

Cristopher J. Rau — Your signature

5/21/23 — Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Ross

22 MAY 2023 PM 3 L

RECEIVED

MAY 25 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Attn: Class Action Clerk
United States District Court for the
Northern District of California
450 Golden Gate Ave
Box 36060
San Francisco, CA 94102-3489

94102-348999

# OBJECTION 28

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Jack
**First Name**

Talbert
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

The settlement as written will not make any class member whole as the settlement does not address the on-going use of personally identifiable information that was collected without the full knowledge nor consent of the class members. A similar suit was settled in 2015 with the Office or Personnel Management when current and former armed services personnel had thier PII stolen. In order to fairly address the current and future harm the OPM paid for an online identity protection service for a two year period. Companies do exist which search and remove personal information from internet websites, for that reason I would ask the court to deny approval of this suit. This simply does not provide fair relief as compared to the activity for which this action exists.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

This objection applies to the total class.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

May 24, 2007 through December 22, 2022

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

NA

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☑ NO

**If so, please indicate that person or entity.**

NA

**Are you represented by an attorney?** ☐ YES ☑ NO

**If so, please supply their name and contact information below:**

NA

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

I plan to attend the final approval, virtually if possible; in person if not.

## III. SIGNATURE

[signature]
Your signature

22 MAY 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

**Class Action Clerk**

**United States District Court for the Northern District of California**

**450 Golden Gate Avenue, Box 36060**

**San Francisco, CA 94102-3489**



Jack Talbert

RECEIVED
MAY 30 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the
Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

# OBJECTION 29

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Attn:
Chief Justice John G. Roberts, Jr.
Associate Justice Clarence Thomas
Associate Justice Sonia Sotomayor
Associate Justice Samuel A. Alito, Jr.
Associate Justice Elena Kagan.
Associate Justice Amy Coney Barrett
Associate Justice Neil M. Gorsuch
Associate Justice Brett M. Kavanaugh
Associate Justice Ketanji Brown Jackson

RE: Brunson v. Alma S. Adams et al

No.: 22-380

Dear Justices,

This letter is to express my support of the above referenced case. I am concerned the United States has experienced a national security breach and a violation of every citizen's greatest power in a Republic: voting. I ask that you stand against the adherence of foreign and domestic enemies and uphold the supreme law of the land by granting this petition. You truly are in a position that represents a court system greater than the world has ever seen.

I, along with many others, seem to be witnessing our nation being captured and I am left to wonder if it might be by some of these very respondents. I pray for the right and just outcome and I am grateful for your time and consideration.

Sincerely,

Name: Denise E Perez Date: 6/8/2023

Re: Brunson v.Alma S. et al
No: 22-380

Mrs. Denise E. Perez
[redacted] Landline

06/08/2023

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Attn: Chief Justice John G. Roberts, Jr.
Associate Justice Clarence Thomas
Associate Justice Sonia Sotomayor
Associate Justice Samuel A. Alito, Jr.
Associate Justice Elena Kagan
Associate Justice Amy Coney Barrett
Associate Justice Neil M. Gorsuch
Associate Justice Brett M. Kavanaugh
Associate Justice Ketanji Brown Jackson

Dear Justices,

I would like to respectfully add congruence to what appears to be a spiders web built entirely by lies and irrespective of political parties as a whole.
Our nation is, as anyone with mind can see, is in a state of crisis. The state of our education system is in an unprecedented spiritual warfare battle against the mind but in where the actions of evil are personified as everyday individuals and especially in those given to positions of authority itself; in where the proverbial "they" have been further seduced into betraying the American people with no regard under the banner of "progressiveness" or other ideas of "globalism" and worse yet are given to ignore virtues of integrity which are clearly the steps towards recognition of the "person" in the light of **dignity** - a principle that cannot be purchased by money, fame or titles of accomplishments clearly but are given by the trans-formative power of the Holy Spirit in conduct and the third "person" of God - in which we the faithful people serve Him by serving others in our nation. But in where, if a person chooses to follow "religion" then unhampered are they to do so - but if they choose to seek to know God, there too are they unhampered to pursue the knowledge exercised in and by obedience and more importantly to understanding - in where many of us have concluded thru our own personal course of study that His Word is in fact a legally binding contract with humanity as a whole and where full disclosure has been provided into His ETERNAL "nature" as provided by the Old Testament, but where also into the scope of conduct expectation is practiced daily in this world, with the "consideration" towards "eternal life" in the next world for anyone to again, reject or accept for themselves - "no excuse".

The unmitigated "influence" that has come from the United Nations is the very root on which our principles of national sovereignty have been usurped under the guise of "health" spawned by the falsehood of a world epidemic as well as many others. At this point in time, it is clear that the UN has lost it's mission to peace and seeks world domination by the very same enemy thought to have been vanquished in World War I - the basic human right to simply exist. Given that Claus Swab, WEF, is the son of what was a powerful Nazi of the 3rd Reich, and it is clear that the aspirations towards "world dominion" never were vanquished but changed it's spots as it were, with pandering ideas of vanity to a NWO globalist agenda or the "4th Industrial Revolution" - or is that the rise of the 4th Reich given that all the world's forms of Communism are united on this front? The UN must be dissolved regardless and each nation at this time must "self-determine" for themselves what is or is not in their own people's best interest obviously given the fact that Noah Harai, "Intelligence Strategies" likewise arrogantly has publicly stated that "there is NO FREE WILL - THAT IS OVER" and where "humans are hack-able animals" and without a doubt where the rank and file members or more aptly are collaborators to this evil implemented without "full-disclosure" to the world's people given by the abhorrent trans-humanism and depopulation agendas on the world as a whole. An unprecedented repugnant, vile and abhorrent act of open murder and the maiming of humanity was clearly enticed by profit and typical of what was Nazi Germany - but is the U.N. method of operation to "peace" now, with the added twist of separating families now in terms of "progressive" ideas which wholly fracture the family obviously, and is the very fabric of our society clearly.

Beginning with the "least of these" - our children specifically and their "education" thereof, I stand in defense of: I have repeatedly commented on social media that the "brutal truth of the matter is that Nazi collaborator UN owned administrators and godless witless teachers are removing the elements of REASONING such as the process of elimination and correlation to push sensuality in it's place and USING the sexually dysfunctional to do it with - given they are self-serving 'wells without water ... clouds carried by any tempest' to begin with. It is in fact 'cruel and unusual punishment to inflict on the mind of a child REGARDLESS, but is OBVIOUS of subjugation and reductionism of a PERSON to be nothing more than a sexual "thing" to be used, abused and thrown away like them without consideration - typical of communism, given 'things' are objects incapable of rational thought and SUBJECT to repeated USE ... and eventual 'disposal' - once they have served their purpose of course. Irony or poetic? Given communism does not allow for homosexuality as a 'lifestyle'."

At our nation's core is of course our election process which clearly determines the path our nation is to move towards given by the platform ideologies set forth by persuasive arguments of each party obviously but where the American people were deprived and not given the opportunity to do so; but were instead hampered by nefarious persons paid off at every turn as it were. As such, in the pages that follow per attachment I pray I may offer further proof that this body of Congress mentioned by name must be removed in the interest of justice as they have chosen NOT to serve the people, but themselves and to affirm that WE THE PEOPLE DETERMINE OUR COURSE UNDER GOD.

While I am not educated in the nuances of PRACTICING law and come before you Pro Se, Mr. DiNofio said it best in an episode of "Criminal Intent" - "I read

the law others are paid to enforce" and therefore in the absence of correspondence or any other form of communication from the U.S. District Court in California in the class-action lawsuit disclosed or the law firm itself to my claim and objection set herein, I disclose these following documents as a formality demonstrable of my intent to sever this established decision jurisdiction; given that the alleged crime involves a common scheme and conspiracy as this multilayered enterprise was the outright deprivation of the American people vote COUNT, regardless of political affiliations, to a free and open election process. To which in joinder with Arizona election lawsuit Kari Lake, Judge Liddy determination that "Lake not only failed to prove the election was rigged by a clear and convincing standard, but also she did not bother attempting to prove the election was 'rigged' at trail." was given prematurely in that the proof of a scheme and clear conspiracy the documents reveal; I further have both ballets that were arbitrarily mailed to me but where obviously my name and address was obtained by Facebook in this "Lottery" scheme interference and where further causality follows by the unbroken sequence of events themselves in that various persons within our FBI acquiesced as well in the scheme against the people and must likewise be identified and terminated for cause against the people with the aforementioned members of Congress - given that in further joinder with Petitioner [redacted] to U.S. Attorney found multiple volitional failures which clearly abdicated jurisdictional authority and constitutes a fiduciary breach with the people as a whole, and is much like Pilot washing his hands of any guilt but where obviously the opposite is true. The ultimate test of "allegiance" was proved clearly and loyalty firmly and unmistakably established against the people.

What is "righteous" to do before the eyes of our God in Spirit, is never easy to do when measured thru the mind and heart compromised and manifested by the very flesh in which each of us must "live in" as given by the initial breath of life of the Spirit of God obviously - but it is the conscience which determines the true form to our Dignity or lack thereof as a PERSON clearly and I will continue to keep each of you in prayer.

Respectfully,

Denise E. Pery Date: 6/8/2023

[redacted]

Cc: Honorable Vince Chhabria

Re: **Objection**
**Case 3:18-md-02843-VC**
Mrs. Denise E. Perez
[redacted] Landline.

Username: [redacted]; Class period: 2009 - 2019

4/23/2023

Honorable Vince Chhabria, United States District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489

Honorable Chhabria,

When during the course of exercising our God given right to freedom by way of self-determination in our pursuits in our every day lives it becomes necessary for a natural person, to stand with and for the people to defend and protect our fundamental basic human rights enshrined in the bill of rights and to publicly decisively point out in a single reasoned voice, objection to the insidious enemy of evil that works in darkness against our way of life and affirm that "the Constitution protects the sanctity of the family precisely because the institution of the family is deeply rooted in the nation's history and tradition."[ Moore v. East (1977)] further, I speak against the creeping methodology of ongoing **conflation** in interpretation of established law which has become to mean what is convenient, given for reason in terms of personal expectation enrichment, while **obfuscating** the true nature of the crimes, clearly diminishing if not destroying, the operation of the mind governing the rightful interpretation thereof but also it's proper application in relation to the carriage of justice. An undignified, abhorrent and repugnant individual disposition; devoid of integrity which must be disallowed as it contravenes and subverts existing laws.
Clearly an invisible enemy, namely the heart and mind of a person irrespective of gender or cultural constraints forms the collective mindset, or "birds of a feather, flock together" adage simply who become enticed with the lure of expectation of personal enrichment; whether real monetarily or career oriented by advancement forms or given by imaginary forms of appealing flattering words of promise, framed for another future form of perceived personal security thus expectation. In where such ideas none-the-less are bribery and criminal specific intent. Given that the resultant conventional crime involved is the conscious decision on the part of one party, or a collective mindset, to injure or deprive another has been established and where sadly the focus now of the political process has been allowed to become subverted thus seditious by malicious foreign actors; namely through the United Nations forums in where the people have previously been lulled into a false sense of security under the oratory of Obama Administration, all the while undermining the Constitution itself with continued policies namely of immigration, foreign and economic reforms to which obviously all aim to fracture the deeply rooted sanctity of the family and the very fabric of our society obiously and where the contours to our rule of law are very clear: Smith Act of 1940, 54 Stat. 670, 18 U.S.C. §2385. Dennis v. United States, 341 U.S. 494; 341 U.S. at 510; 341 U.S. at 509; 341 U.S.

at 510 - 11; 341 U.S. at 517, 542; 341 U.S. at 561, 572,575 (1951). Yates v. United States, 354 U.S. 298; 354 U.S. at 314, 315 - 16, 320, 324 -25 (1957) in where the required advocacy of action is self-evident; none-the-less, advocacy formulation standard strengthened by Brandenburg v. Ohio, 395 U.S. 444 (1969).

Clearly the United Nations as well as those falsely installed members within the United States government as a whole collectively contravene and subvert (obfuscation and conflation respectively clearly) existing laws and have further vacated all personal sense of reason, honor and respect for themselves much less have any regard for others as well and have further abdicated jurisdictional authority over government agencies themselves further causing a repugnant fiduciary breach in the very relationship the governed people hold for and with leaders in government; as well as through our institutions and industries as further demonstrated by the discovery of multiple volitional failures specifically by our government leaders set forth by petitioner [redacted], filed on April 12, 2023 by [redacted], and [redacted] to the U.S. Attorney. But where clearly, and importantly, otherwise demonstrated that their volitional actions are not predicated on any allegiance to our country. Much less to and in upholding any and all principles set forth by our Constitution; as this insidious evil permeates continually and moves collectively procedural towards world communist dominion expansion, and not to the mission to peace itself. Nor to the principles which govern individual dignity to which specifically the United Nations was established on after the war with Germany which clearly suppressed and oppressed the most fundamental individual right to simply exist. With that being said, these malicious nefarious influences by foreign actors in collusion with our own strategically seduced and appointed/installed American citizens, who includes leaders in industry in all forms; healthcare, educational and labor institutions as well as in our markets of supply which includes the technological arenas or "technocrats" as they have been referred to in the public square - but where all hold an implied fiduciary relationship with the general public at large governed by the Constitution of the United States specifically in that they provide service or goods to the American people as well as on a global scale and therefore must be held to a very high standard; and are the literal trustee's or executors in our relationship serving to protect our interests of our "estate", our Constitutional Republic. Where again on their own accord have violated the fundamental right for an individual to simply exist as given by the U.N. sponsored population control agendas as was established and witnessed with the fear mongering advent campaign to usher in what clearly has been established through the trans-humanism vaccine mandates; to which patent law clearly establishes that such individuals are now the property of the patent holders corporations and not "natural persons", thus enslaving them and is not only an intolerable act of deceit but is loathsomely abhorrent, and again repulsively repugnant and vile. 19 U.S, Code §4372 - Collection of Information on evasion of Trade Remedy Laws: (b) (A) (B) (iii) (c) (2) (c).
To which furthermore, by their own self-determined volition, this policy course of actions implemented against the people qualifies simply as acts of treason and should be so set forth in punishment; Art III.53.C2.1 Punishment of treason clause, as well as the Confiscation Act of 1862, 12 Stat. 589,§5; 12 Stat. 627. Carlisle v. United States 83 U.S. (16 Wall.) 147, 154 - 155 (1873). 12 Stat. 820 (1863). United States v. Wiltberger, 18 U.S. (5 Wheat.) 76, 97 (1820). Given this

posteriori assumption to their guilt is as established beyond a reasonable doubt to which any reasonable person could similarly draw the same conclusions.

Clearly the political process has been commandeered [Garcia v. San Antonio Metropolitan Transit Authority] functions and operations of the federal and state levels of government as well as to through institutions, industries and markets which have obviously repeatedly violated multiple enumerated Bill of Rights of an individual rendering a "plain statement" structural rule moot; given similarly moot, "the approach requiring states to look primarily to the political process for protection" where similarly, Raland J. Brunson v. Alma S. Adams (2023) was clearly denied.
Not-with-standing, New York v. United States, 505 U.S. 144(1992) declared that "the Constitution does not protect the sovereignty of States for the benefit of the States or State governments, [but instead] for the protection of individuals;" therefore, "State officials cannot consent to the enlargement of the powers of congress beyond those enumerated in the Constitution." Nor may any member take refuge in claims of immunity given the discovered [by Lisa McGee] failures to oath's of office jurisdictional abdications as well those thresholds to duty of care, Smith v. VanGorkem, 488 A. 2d 858 (1985) in where furthermore they had "sufficient opportunity to acquire knowledge ..." Moran v. Household, 490 A. 2 d 1059 (1985). But where specifically narrowly applied, "Breach of Allegiance is treason" - "Chief Justice Marshall going beyond the necessities of the case stated that treason 'is a breach of allegiance , and can be committed by him only who owes allegiance either perpetual or temporary,' United States v. Wiltberger 18 U.S. (5 Wheat.) (1820)." Source: Cornell Law School/Legal Information Institute - online. Consequently, the "truism" that "all is retained which has not been surrendered" - New York v. United States, 505 U.S. 144, 156 (1992) (quoting United States v. Darby, 312 U.S. 100, 124 (1941); in that "what is not conferred is withheld, and belongs to the state authorities, if invested by their Constitutions of governments respectively in them; and if not so in vested, it is retained By the People, as part of their residuary sovereignty" - 3 Joseph Story, Commentaries on the Constitution of the United States §1900 (1833). Clearly, James Madison's remarks: "Interference with the power of the States was no constitutional criterion of the power of Congress. If the power was not given, Congress could not exercise it; if given, they might exercise it, although it should interfere with the laws, or even the Constitutions of the States". Therefore, in Raland J. Brunson v. Alma S. Adams (2023), although denied by the Supreme Court, clearly demonstrably showed the "interference" with power given by **conflation** and **obfuscation** in the duty of care fiduciary relationship responsibility with the States as well as the people.

"In Reno v. Condon, 528 U.S. 141 (2000), the court distinguished New York and Printz in upholding the Driver's Privacy Protection Act of 1994 (DPPA), a federal law that restricted the disclosure and resale of personal information contained in the records of state motor vehicles departments. The court returned to a principle articulated in South Carolina v. Baker that distinguished between laws that improperly seek to control the manner in which states regulate private parties, and those that merely regulate state activities directly, 485 U.S. 505, 514 - 15 (1988). In Condon, the court found that the DPPA did 'not require the States in their sovereign capacities to regulate their own citizens,' but rather 'regulate[d] the States as the owners of data bases,' Condon, 528 U.S. at 151. The court saw no need to decide whether a federal law may regulate the states exclusively, because

the DPPA was a law of general applicability that regulated private resellers of information as well as States, Id." Source: Cornell Law School/Legal Information Institute - online. Therefore Facebook, as well as any other business for profit models which collects data is constrained to follow, uphold and defend the principles of our Constitutional Republic firstly, and what ever operational "policies" second; being ever mindful to the principles enshrined and set forth under fiduciary duties of care, loyalty, good faith, confidentiality, prudence, disclosure as well exercise extreme caution and forethought in matters to confidential relations; given that "confidence is reposed on one side in a contractual relationship, so as to allow that side to exert influence and dominance over the other." ... and as such, Secretaries of State must take extra precautions in securing our elections given suspicion rests on the communist adage that "those who vote decide nothing. Those who count the vote decide everything." and must be above scrutiny in transparency.

In conclusion, pursuant to the theory of recovery which includes negligence, tortious misrepresentation, breach of warranty, and strict liability torts, the following exhibits shows violations which go beyond the scope of merely making personal data accessible to third parties; in that a question raised in the public square brought forth by Epoch Times, April 17. 2023, poses to the general public and worth consideration: whether "Facebook gave Obama campaign access to valuable data worth millions of dollars?" To which by the documents I provide, the answer is yes. Obama thus the Democrat party did gain an untrustworthy advantage deceitfully in fact conspired and premeditated a method or means on which ballot harvesting could take place away from public view elsewhere and is another form of interference which took place during our 2020 presidential elections - given multiple Democrat leaders themselves openly admitted that "President Trump would not be President."

Exhibit 1 shows page 1 to the operation commencement memorialized by an "Assurance Letter".
Pages 2 and 3 shows captured screen shot hard copies to "program coordinator."
Pages 4, 5, 6 shows captured screen shot hard copies to "chat" session.
Pages 7, 8, 9 shows captured screen shot hard copies page source code.
I do not include duplicate profile page source code for "[REDACTED] given by id=[REDACTED]
Page 10 shows a captured screen shot hard copy in where my duty before God is to warn others; thereby I exercised duty of care and prudence by reporting the incident to the authorities but where clearly now the people are becoming aware of the insidious relationship in the politicization of our agencies.

Employment within government agencies, or any other business for profit for that matter, primarily are employed for the sole purpose of utilizing a person's skill, experience, knowledge and expertise to their fullest potential is serving the people as a whole regardless of any political party affiliations, gender or cultural attributes, to which personal problems which include party discourse persuasions to current societal issues are limited to the forums to where they belong and not to be visited on fellow employees; and least of which to disparage the agency itself with poor performance as to undermine and subvert agency accuracy objectives and more importantly, which clearly destroys confidence of the American People to

doubt the very skills, experience, knowledge and expertise demonstrated as a whole by said agencies.

Lastly your Honor, respectfully, I object to the exclusion from the Settlement Class the group who are (I) Meta and its employees, alleged co-conspirators, officers, directors, legal representatives, heirs, successors, and wholly or partly owned subsidiaries or affiliated companies on the grounds that "ordinary care involves the foresee-ability, in that a reasonable person exercising ordinary care would have foreseen injury as a consequence of his act." Greiten v. LaDow, 70 Wis. 2d [589] at 602, 235 N. W. 2d 677; Osborn v. Montgomery, 203 Wis. 223. 234, N.W. 372 (1931).
Respectfully your Honor, given the material facts I show here, similarly materially changes the nature of this case.

Please note your Honor, that I have no intentions of personally appearing at the Final Approval Hearing and I pray that these words will be heard and considered carefully; as my resolve to protect our rights to privacy is further demonstrated by my absolute control over any images to my likeness. Nor do I participate in zoom calls with corresponding audio, given the cloning capabilities to voice technologies exist as well, and where drafting legislation to protect adequately the people remains to be done in the wake of a very unstable and problematic technology which seems to have put the cart before the horse so to speak and where I further limit my interactions to correspondence or text format only.

Thank you for your time.


Sincerely,


Denise E. Perez



PROMOTIONAL PROGRAM ©2015
1 Hacker Way, Menlo Park, 94025

ASSURANCE LETTER

Congratulations to you dear Facebook Winner
This is an approval letter to show the authenticity of your winnings.

This is to also assure you that a total some of Five Hundred Thousand United State Dollars $500,000.00 has been issued to your name. Meanwhile to claim your winnings, we have officially assigned one of our accredited agent to guide you through the claim proceed in order to receive your winnings like other winners.

Facebook is the largest Social Networking site valued more than $100 Billion Dollars and also expecting its One Billion Users to come mainly from Mobile devices than desktop Users by 2015, Facebook founder Mark Zuckerberg has decided to boost Users and Companies a WINDOW OF OPPORTUNITY by Lottery Program and

mage to other people in separate messages.

...u is to follow the easy and simple ... by the agent assigned to you so that you can have your winnings delivered to you.

Thank you for using Facebook Social Media

Facebook Promotional Manager
October 5, 2015



9
Denise
Home 4
Find Friends
Friends
Following
Message
Timeline
About
Friends
Photos
More
Post
Photo / Video
Write something to ...
Post
Sponsored
Mother's Day
Treat yourself t
qualifying orde
HSN.com wher
Visa Chec...
Type a message...
Chat (4)

5/5/2016 3:41 1



9)
https://www.facebook.com/profile.php?id=
Denise
Home 4
Find Friends
9
Like
Comment
Share
English (US) · Español · Français (France) ·
Português (Brasil) · Deutsch · Italiano
Privacy · Terms · Cookies · Advertising · Ad Choices ·
More
Facebook © 2016
Sponsored
Mother's Day made easy
Treat yourself to $25 off
qualifying orders of $50+ at
HSN.com when you pay with
Visa Chec...
Type a message...
Chat (4)
5/5/2016 3:41 PM

[redacted]

283

Case 3:18-md-02843-VC   Document 1144-1   Filed 07/11/23   Page 287 of 393

**From:** no-reply@ic3.gov
**Sent:** Monday, March 21, 2016 6:28 AM
**To:** [redacted]
**Subject:** IC3 Complaint: [redacted]

Thank you for filing a complaint with the Internet Crime Complaint Center (IC3).

This is the only reply you will receive from the IC3. Because we receive thousands of complaints per week, we cannot reply to every complaint received or to every request for updates.

However, once we forward your complaint to investigators in the field, they may contact you for further information. Consequently, it is important that you maintain any evidence you have relating to your complaint. Evidence can include canceled checks, credit card receipts, phone bills, mailing envelopes, mail receipts, printed copies of websites, copies of emails, or similar items.

If you wish to view, download, or add information to your complaint, go to
* https://complaint.ic3.gov/update and log in with the following:
Complaint Id: [redacted]
Password: [redacted]

5/5/2016
- put all info into a zip file but unable to load
- added to further abuse?

11:46 p.m.
forwarded to [redacted]
email: KTHV investigator ⇒ warn people
- money exchange
* amount of information asked for
- no action or warning given by "news" source?

**Re: Adendum**
**Case 3:18-md-02843-VC**
Mrs. Denise E. Perez
[redacted] Landline.

Username: [redacted]; Class period: 2009 - 2019

4/23/2023

Honorable Vince Chhabria, United States District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489

Honorable Chhabria,

Please excuse the "quality" of the previous exhibit given I have taken all steps necessary which includes , new ink cartridges and re-installing my printer (Hewlett Packard). However I have long suspected manipulation ["Create problem. Sell solution." - a means to their wealth obviously beyond conjecture] by interference of not only the functionality of the devices themselves but in the frequency of replacement - with costs passed to consumers unfairly but generating vast amounts of wealth periodically; but also in the very operation of it to which the aim or objective I suspect is to deliberately frustrate the public into thinking it needs replacement.
Since this "invention of evil" instrument, to which the people, as well as myself, acquiesced to it in the interest of "making our lives easier" - to which I do continue to protest privately in my displeasure of it all - but where I have "had" to learn to use it since the late eighties, early nineties as I pursued education in Architecture [redacted]) and where "Auto-cad" was the primary application from which designs would be carried out, therefore as a "consumer" the evolution to it is given by both observation and experience.

Therefore this "technology" I liken simply:
Microsoft is like a venue [windows operating system] which controls the ambient temperature [devices such as printers, phones, watches, Bluetooth speakers, etc.] within the edifice, but also controls the utilities [browsers, throttling speeds, connectivity, servers, chips, etc.] like water and electricity, in where multiple caterers [applications] may further carry out their specific functions. Clearly this whole system must be reigned in with punitive actions governing business practices, but also move against the monopolization of it.
Given that the attached exhibit shows that I again reported nefarious activity in terms of a ransomware[?] incident recorded in progress and where the people and various government agencies were required to pay to release the operation of it. I recorded what I believe is the "cloning" of my desktop by an outsourced labor representative of HP and can be found as listed. These "connectivity"

issues persist as shown and where again, are clearly frustrating, but end objective for me ... to "give up"?

Thank you for time and consideration.

Sincerely,

Denise E. Perez

*** Total pages = 5 ***



## Complaint Referral Form
## Internet Crime Complaint Center

This form is for the reporting of **Ransomware related incidents** only, for all other complaints please file here. Please make every effort to complete the complaint form in its entirety. The items in blue text and accompanied by a diamond ( ) are especially important in ransomware related complaints. Providing this information assists the FBI in preventing others from being further victimized.

### Victim Information

Name: Denise Perez
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business operations? [None]
Age: [redacted]
Address: [redacted]
Address (continued):
Suite/Apt./Mail Stop:
City: [redacted]
County:
Country: United States of America
State: [None]
Zip Code/Route: [redacted]
Phone Number: [redacted]
Email Address: [redacted]
Business IT/Remediation Company POC, if applicable:
Other Business/Remediation Company POC, if applicable:

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form, including the following: Ransomware variant name (if known); file extension of the encrypted file(s); cryptocurrency type and address; email address utilized by attackers; website(s) / URL(s) provided by attackers; ransom demand amount; whether the ransom was paid and if so, the amount paid.

[redacted]

Which of the following were used in this incident? (Check all that apply.)

- Spoofed Email
- Similar Domain
- Email Intrusion
- Other Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

Manual TRIAL BY FIRE

Sent Mail - Gmail 4/22/2023 - 3:40 P.M.

Format Insert Draw Discard Send

Heading 1 Undo

From: [redacted]

To: [redacted] Cc & Bcc

Ongoing connectivity issues

I forwarded copy to mimecast as well and have not heard from them for a couple of days, regardless I have reviewed all documents related to this case and will complete the process and proceed "old school" as it were, given the unstable nature of technology itself as currently experienced through hard copy correspondence. Thank you for your time.

Sent from Mail for Windows

2018 - OneLaunch

B I U A Headir

From: [REDACTED]

To: it@mimecast.com;

Devise Authentication code process

I have repeatedly tried to complete the authentication process and have been met with error messages as shown.

4/18/23, 8:35 PM

Mimecast TTP Web Portal

Device enrollment

## Mimecast requires you to enroll this device to access message links

Your IT department has enabled Targeted Threat Protection for all users. This is a service that protects you from email attacks and provides live security training.

Enter your email address and we'll send you an authentication code to verify your identity.

[REDACTED]

Get Authentication Code

An error has occurred. Try again to complete the process ⇒ *[handwritten, partially legible] repeated*

You'll only see this message again on new devices, or if you delete your cookies. If you have any questions, contact your IT department

Targeted Threat Protection
Your decision will be logged for
tracking and audit purposes

Denise Perez

CERTIFIED MAIL

UNITED STATES POSTAL SERVICE

RDC 20

94102

U.S. POSTAGE PAID
FCM LG ENV
JUN 09, 23
AMOUNT
$9.72
R2301D155570-09

RETURN RECEIPT REQUESTED

RECEIVED

JUN 12 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Honorable Vince Chhabria U.S. District Judge
U.S. District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California
94102-3489



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# OBJECTION 30

The Facebook account [redacted] was hacked and a lady has been messaging me on Instagram demanding I pay her money and she will give me my account back.

She changed the name of my acct to [redacted] and on Instagram it says her name is [redacted] and email address is [redacted]

The acct has been reported by at least 35 friends and I have been reporting it and providing proof, but I get a message saying that is not viable proof.

She took my personal page, two business pages, two support group pages and 3 pages I was Admins to.

Facebook did nor has even attempted to help. I just wanted to provide this information so if they say I haven't had an account or anything like that.

[signature]

A police report was filed in regards to this as well.

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

LEO
First Name

RODRIGUEZ
Last Name

Street Address

City

State

Zip Code

Email address

Telephone number

Facebook Account Username(s) (if available)

Email Address(es) associated with Facebook account

Phone number(s) associated with Facebook account

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I think Facebook is and was neglagent with individuals information. I would always have new pop-ups saying that I had signed up for different things, which I didn't.

My Facebook account was hacked a few times, and trying to get Facebook to do any thing was impossable. It was like they didn't care as long as it wasn't affecting them.

My account was hacked so bad, and I had individual messaging me demanding I pay her and she would give me my acct. back.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

This only applies to my account and all the pages attached to my account. My business pages, my support group pages and three pages I was an admin to.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2007 – Current

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☑ YES ☐ NO

**If so, please supply their name and contact information below:**

Derek W. Loeser
Keller Rohrback LLP
1201 Third Ave, Suite 3200
Seattle, WA 98101

Lesley E. Weaver
Bleichmar Fonti and Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

Im assuming the attorney will be there. I'll be watching it online.

**III. SIGNATURE**

[signature]
Your signature

06/04/2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

 Leo Rodriguez

5 JUN 2023 PM 2 L

FREEDOM
FOREVER/USA
FREEDOM
FOREVER/USA

RECEIVED
JUN 09 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA
94102-3489

94102-348999

301

RECEIVED
JUN 09 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# OBJECTION 31



PATRICK WILCOX
[redacted]
Phone: [redacted]
e-mail: [redacted]

May 2, 2023

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

**Re:** ***In re: Facebook, Inc. Consumer Privacy User Profile Litigation***
**Case No. 3:18-md-02843-VC (N.D. Cal.)**

To Whom It May Concern:

My Facebook profile is located at [redacted]. I was a Facebook user during the Class Period, starting on September 12, 2008 and continuing through the end of the period, December 22, 2022. I am not an attorney and I am not represented by counsel. While my knowledge of the law and these kinds of cases is very limited, as I understand it I believe my objection applies to the entire class. I have never objected to a class action settlement before. I have not sold or otherwise transferred the right to recovery in this Action to another person or entity. My grounds for objection is that the settlement is unsatisfactory as Meta/Facebook is not required to acknowledge any wrongdoing – I fail to see how any sum paid by Meta/Facebook in connection with the above referenced class action could be equivalent to the justice that an acknowledgement by Meta/Facebook of its unscrupulous exploitation of its users' data would provide, and the settlement payment feels more like buying its users' silence than providing them with actual relief. Without acknowledgement of guilt there is every reason to believe that Meta/Facebook will not continue to surreptitiously exploit its users, as they have done in this particular instance. If Meta/Facebook contends they have done nothing wrong, they should have to prove that position in your court. I do not intend to appear at the Final Approval Hearing.

Thank you.

Respectfully,

Patrick Wilcox

Patrick Wilcox

2 JUN 2023 PM
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP
02 7H
0001250303
$ 000.60⁰
MAY 02 2023

RECEIVED

JUN -7 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

94102-348999



# OBJECTION 32

**Your Objection Form must be postmarked by: JULY 26, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Kati
**First Name**

Delegram
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I believe that the amount offered is inadequate to Compensate for the damages done. Facebook violated our trust and our rights I object ~~to the~~ ammount offered is nothing to the big Company Compared to what they made Selling off their Users data.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Total Class

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2007 - 2023

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

NO

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

## III. SIGNATURE

[signature]
Your signature

May 25 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Kati Delegram

United States District Court for the Northern District of California

450 Golden Gate Avenue,
Box 36060
San francisco, CA
94102-3489

RECEIVED
JUN 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# OBJECTION 33

United States District Court
Northern District of California

Chicory Griffin,
plaintiff,
vs.
Meta (parent company),
Defendant.

Cause: "class Action Against Meta"

Motion For Joinder of claims and Memorandum In support of litigational Petition Hereof

Comes now Plaintiff Griffin pursuant to the ClassAction litigation Against "Meta" the parent company of the social media profile and hereby submits his Motion For Joinder of claims and/or Memorandum in support of litigational Petition Hereof And states:

① Plaintiff Avers that he while being duly Aware of the Meta classAction, collectively accelerates toward the Relief of $700,000 due to the Amount of irrepairable Harm that "Meta caused him" by Allowing Access to his Personal Data by third parties without his consent.

② Plaintiff suffered [redacted] And "Actual damages" when Meta Allowed the third parties to Access his data Violating the consumer privacy user profile provisions.

WHEREFORE, Plaintiff prays for Relief and Any Action deemed Just And proper!

x [signature] 5-27-23

United States District Court
Northern District of California

-Clerk of Court- 5/27/2023

Please find the Herein Aspects quintessentially feasible to my litigational proclivities so that my Rights to Access to court is Honored and so I can diligently Join the "Class Action Lawsuit" that's Being duly litigated in my behalf Against "Meta":

#① Please Forward my Motion For Joinder of claims and Memorandum in support of litigational petition to the "Settlement Administrators" at the Address Listed Below As follows:

Settlement Administrators
1650 Arch St. Suite #2210
Philadelphia, PA. 19103

#② Please mail me "The Original complaint forms" and all Motions, Memorandums, Affidavits, court orders And/or Consent Judgments preliminaryly ~~Approved~~ APPROVED by any or All U.S.D.C: Northern District court.

#③ Please send me "2 - Motion to proceed in Forma pauperis and Affidavit in support of Finances" "2 - Motions for Counsel" "2 - claims forms, to file litigations" And send me the Actual Docket Text on Lawsuit Against Meta.

x [signature] 5-27-23



#2

PLEASE SEND All my Mail to the BELOW:

Mailing Address!

Chicory Griffin # [redacted]

[redacted]



Chicory Griffin #
RECEIVED
JUN 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
FOREVER USA
PURPLE HEART
MAILED FROM
MAY 30 2023
Legal M
SPECIES
PROTECT
Clerk of Court
United States District Court
450 Golden Gate Avenue
Box # 36060
San Francisco, CA. 94102-3489

# OBJECTION 34

May 12, 2023

To: Office of the Clerk
United States District Court
Northern District of Ca.
450 Golden Gate Ave.
San Francisco, Ca. 94102-3489

Fr: Ranny Grady
[redacted]

Re: Facebook Privacy Settlement Administrator

Dear Administrator:

I have already submitted my claim, online, and have received confirmation for it. For me, I do not trust Facebook for processing anything that includes honesty, for I know it was responsible for stealing the 2020 election. Zukerberg spent 400 million dollars suppressing the votes of Conservative and Independent voters with his money. If I were King, he and his Big Tech cohorts would have been executed for treason, and their businesses burnt to the ground.

THE VALUE OF A VOTE?

Facebook so cavalierly, censored my WordPress Blog for years anytime they did not like what I posted on Facebook regarding God's Bible's truth versus our Atheist foolish world and its culture of demonic people. They would ban me and put me in their jail, waiting for me to agree to accept their censors' opinions, which I did not ever accept.

Facebook must have considered me an strong Influencer, regarding the 2020 Election, for they banned/censored me for 30 days before the election, and 30 days after the election. In December, I chose to delete my accounts. I was told I could not do this for 30 days, and then they would delete them. I recently discovered they lied to me, and they did not delete my accounts. I am sure it was to cover their rear for their nefarious deeds of rigging the election and silencing my biblical voice on Facebook. You can search my accounts and you will discover I have not used Facebook since December of 2020!

I have no idea of how much I might receive from this BUY ME OUT OF MY TREASONOUS CRIMINAL DEEDS RATHER THAN BE HUNG FOR TREASON OR IMPRISONED FOR LIFE FOR BEING A TRATIOR, legal settlement, but it will never compensate for my Constitutional freedoms being violated and my Religious freedoms restricted, to meet Facebook's satisfaction.

If we had a just Judicial System, which we don't, those who were censored and harmed, would get some compensation, but Big Tech would still be put in prison and executed for treason.

What is the value of one vote? It may not be worth much, right? Perhaps one might include in the assessment of one vote, the signers of the Mayflower Pact, where half of the people died on the voyage, another third died before the first year passed with the Plymouth experiment. Might it include the men that died at Valley Forge in preparation for the great battle which drove the King George's military back to England. Might it be the fifty-three signers of the Declaration of Independence, where all but six of them died in poverty for they sacrificed their homes, lands, possessions, and families so America could live free from the Tranny of England.

Maybe it should include the World War II Red Ring-Tail black Tuskegee jet fighter Bomber escort flyers who won fame as one of the best group of protectors for our bombers, and this was during Jim Crow segregated days. I could include my Navy service, [redacted]! I have traveled halfway around the world, and I have visited Hiroshima and Nagasaki and have seen the devastation that the bombs left in Japan, Which won the War for America and as allies… which was the proper thing to do. Those who don't know the cost of freedom evidently do not respect it, Facebook owners employees and the other Big Tech maggots, certainly fill that bill.

By now, I'm sure you get my drift, no amount of money can compensate for any American citizens vote being nullified, particularly by communist supporters and lovers, which Facebook has proven they are this type of horrible business and people. However the compensation is divvied out, my name needs to be the top of the list. I will wager there are few normal common citizens that that is not associated with any type of political power structure that was censored for 60 days.

Sincerely

Ranny Grady

[redacted]

Fr: Ranny Grady

2 JUN 2023 PM 2 L

To: Office of the Clerk
United States District Court
Northern District of Ca.
450 Golden Gate Ave.
San Francisco, Ca. 94102-3489

RECEIVED

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-343206

# OBJECTION 35

"UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA."

In re: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION.

CASE NO.: 3:18-MD-02843-VC (N.D. Cal.)

FRANKLYN TARVER
PLAINTIFF

VS.

META PLATFORMS, INC.
DEFENDANT

"OBJECTION TO SETTLEMENT."

"PLAINTIFF, FRANKLYN TARVER, ADDRESS THE COURT, ASKING PERMISSION TO OBJECT TO THE, FACEBOOK USER PRIVACY SETTLEMENT, FOR THE ENTIRE CLASS, AND, CLASS REPRESENTATIVES ON GROUNDS IT DOES NOT SEEM FAIR AND PLAINTIFF OBJECTS TO THE SETTLEMENT IF IT DOES NOT INCLUDE COMPENSATION FOR PERSONAL INJURY, [redacted] [redacted] FOR THE ENTIRE CLASS.

Pg. 1.

"STATEMENT"

I, PLAINTIFF, FRANKLYN TARVER, STATE THAT THIS OBJECTION REPRESENTS ME, AND I STATE THAT I HAVE NOT SOLD MY RIGHTS TO ANY PERSON OR ENTITY, AND I STATE THAT I WILL NOT SHOW UP IN PERSON, AT THE FINAL SETTLEMENT HEARING.

FRANKLYN TARVER
(SIGNED)

PLAINTIFF: FRANKLYN TARVER
ADDRESS: [redacted]

PHONE:

EMAIL ADDRESS: [redacted]

p.(21)

"UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA."

IN RE: "FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION."

COURT CASE NO.: 3:18-MD-02843-VC (N.D. Cal.)

FRANKLYN TARVER
PLAINTIFF

VS.

META PLATFORMS, INC.
DEFENDANT

"PETITION"

"NOW COMES PLAINTIFF, FRANKLYN TARVER, CLASS MEMBER, FILING THIS CLAIM AGAINST, DEFENDANT, META PLATFORMS, INC., FOR PERSONAL INJURY OF, [redacted] ON GROUNDS DEFENDANT, META PLATFORMS, INC., SHARED AND DID MONITOR PLAINTIFF, FRANKLYN TARVER'S FACEBOOK USER INFORMATION, IT, META PLATFORMS, INC., SHARED WITH, THIRD PARTIES, CAMBRIDGE ANALYTICA, BUSINESS PARTNERS, DATA BROKERS, ADVERTISERS, WHITE LISTED PARTIES,

P(1)

AND, DEFENDANT, META PLATFORMS, INC., CAUSED PLAINTIFF, FRANKLYN TARVER, [redacted] AND PLAINTIFF, FRANKLYN TARVER STATES THAT DEFENDANT, META PLATFORMS, INC., IS LIABLE TO PLAINTIFF, FRANKLYN TARVER, FOR PERSONAL INJURY, AND PLAINTIFF, FRANKLYN TARVER, IS SEEKING RELIEF AND RECOVERY IN MONETARY DAMAGES, AGAINST DEFENDANT, META PLATFORMS, INC., IN THE AMOUNT OF, $100,000.00, ONE HUNDRED THOUSAND DOLLARS. VENUE, IS PROPER IN THE, "UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 450 - GOLDEN GATE AVENUE P.O. BOX 36060, SAN FRANCISCO, CA. 94102-3489."

"PETITION"

"PLAINTIFF, FRANKLYN TARVER, ALLEGE THAT THE DEFENDANT, META PLATFORMS, INC., SHARED PLAINTIFF, FRANKLYN TARVER'S, FACEBOOK USER PROFILE INFORMATION, WITH THIRD PARTIES, CAMBRIDGE ANALYTICA, DATA BROKERS, P(2)

ADVERTISERS, BUSINESS PARTNERS, WHITE LISTED PARTIES, AND DEFENDANT, META PLATFORMS, INC., FAILED TO MONITOR, PLAINTIFF, FRANKLYN TARVER'S, FACEBOOK USER PROFILE INFORMATION, THAT DEFENDANT SHARED WITH THIRD PARTIES, PUTTING PLAINTIFF'S FRANKLYN TARVER, FACEBOOK USER PROFILE INFORMATION AT RISK OF BEING USED BY THIRD PARTIES WITHOUT PLAINTIFF'S CONSENT AND APPROVAL, AND CAUSING PLAINTIFF, FRANKLYN TARVER, A PERSONAL INJURY, [redacted] DUE TO FACT THAT PLAINTIFF'S INFORMATION COULD BE USED WITHOUT PLAINTIFF'S CONSENT OR KNOWLEDGE OF, FOR AN UNDETERMINED TIME PERIOD THAT COULD POSSIBLY LAST, 50, FIFTY YEARS WITHOUT PLAINTIFF, FRANKLYN TARVER'S CONSENT OR APPROVAL. PLAINTIFF, FRANKLYN TARVER, ASSERTS THAT THE DEFENDANT, META PLATFORMS, INC., IS LIABLE TO PLAINTIFF, FRANKLYN TARVER, FOR CAUSING A PERSONAL INJURY. [redacted]

P. 31

AND PLAINTIFF ASSERTS THAT DEFENDANT, META PLATFORMS, INC., IS LIABLE TO PLAINTIFF FOR DAMAGES, AND PLAINTIFF IS SEEK RELIEF AND RECOVERY IN MONETARY DAMAGES IN THE AMOUNT OF, $ 100,000.00, ONE HUNDRED THOUSAND DOLLARS, AGAINST DEFENDANT, META PLATFORMS, INC. PLAINTIFF HAS SHOWN HOW THE DEFENDANT IS LIABLE TO PLAINTIFF.

"FINDINGS OF FACTS"

(1) DID DEFENDANT, META PLATFORMS, INC., SHARE PLAINTIFF, FRANKLYN TARVER'S, FACEBOOK USER PROFILE INFORMATION WITH A THIRD PARTY? PLEASE ANSWER YES OR NO.

(1a) IF ANSWER IS YES, IS DEFENDANT, META PLATFORMS, INC., LIABLE TO PLAINTIFF, FRANKLYN TARVER, FOR SHARING PLAINTIFF'S, FACEBOOK USER PROFILE INFORMATION WITH A THIRD PARTY WITHOUT PLAINTIFF'S CONSENT OR APPROVAL? PLEASE ANSWER, YES OR NO.

Pg (4)

"FINDINGS OF FACTS"

(2) DID DEFENDANT, META PLATFORMS, INC, CAUSE PLAINTIFF, FRANKLYN TARVER, A PERSONAL INJURY, [redacted] BY SHARING PLAINTIFF'S FACEBOOK USER PROFILE INFORMATION WITH A THIRD PARTY WITHOUT PLAINTIFF'S CONSENT AND APPROVAL? PLEASE ANSWER YES OR NO.

"CONCLUSIONS OF LAW"

(1) IF DEFENDANT, META PLATFORMS, INC., SHARED PLAINTIFF, FRANKLYN TARVER'S FACEBOOK USER PROFILE INFORMATION WITH A THIRD PARTY WITHOUT PLAINTIFF'S CONSENT OR APPROVAL, IS PLAINTIFF ENTITLED TO A DECISION AGAINST DEFENDANT? PLEASE ANSWER, YES OR NO.

(1a) IF ANSWER IS YES THEN ASSESS A JUDGMENT IN FAVOR OF PLAINTIFF, FRANKLYN TARVER AGAINST DEFENDANT, META PLATFORMS, INC..

(2.) IF DEFENDANT, META PLATFORMS, INC, IS LIABLE TO PLAINTIFF, FRANKLYN TARVER, FOR PERSONAL INJURY OF [redacted] THEN AWARD AWARD PLAINTIFF AMOUNT OF MONETARY DAMAGES, FOR PERSONAL INJURY. p.(5)

PLAINTIFF SIGNED

FRANKLYN TARVER

(SIGNED)

PLAINTIFF: FRANKLYN TARVER
ADDRESS:

PHONE:
EMAIL ADDRESS

U.S. CERT. MAIL

P. 6

F. TARV
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
CERTIFIED MAIL®
U.S. POSTAGE PAID
JUN 12 23
AMOUNT
$5.02
R2304M114251-08
UNITED STATES POSTAL SERVICE
RDC 99
94102
RECEIVED
JUN 16 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SCANNED
TO: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK OF CLASS ACTION
450-GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

# OBJECTION 36

MR. JEROME CLARKE

6-12-2023

RE: FACEBOOK, INC.
CONSUMER PRIVACY USER PROFILE LITIGATION CASE
NO. 3:18-MD-02843-VC
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PHILLIP BURTON FEDERAL
BUILDING U.S. COURTHOUSE 1300
CLAY STREET STE 300
OAKLAND, CALIFORNIA 94612

DEAR CLERK,

PLEASE FIND ENCLOSED REQUEST TO JOINDER OF FILED SETTLEMENT IN THE ABOVE-STYLED CASE AS A PARTY.

AND YOUR ATTENTION IS APPRECIATED TO ANY DEFECT THAT I MAY HAS SUBMITTED IN MY REQUEST AND THAT I BE ABREAST TO SUCH.

SINCERELY YOURS,

[signature]
JEROME CLARKE

IN RE:

FACEBOOK, ING. CONSUMER PRIVACY USER PROFILE LITIGATION CASE NO. 3:18-MD-02843-VC UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA PHILLIP BURTON FEDERAL BUILDING U.S. COURTHOUSE 1300 CLAY STREET STE 300 OAKLAND, CALIFORNIA 94612

CLAIM

CLAIMANT REQUEST JOINDER OF FILED SETTLEMENT IN THE ABOVE-STYLED CASE AS A PARTY.

CLAIMANT NAME: JEROME CLARKE

CLAIMANT ADDRESS:

CLAIMANT EMAIL:

CLAIMANT PHONE#

CLAIMANT RESIDED IN THE U.S. OF AMERICA BETWEEN MAY 24, 2007, AND DECEMBER 22, 2022,

CLAIMANT WAS FACEBOOK USER BETWEEN MAY 24, 2007 AND DECEMBER 22, 2022 AS EMAIL:

USER NAME
DELETED ACCOUNT.

WHEREFOR CLAIMANT INFURTHERENCE REQUEST THE COURT THAT ANY PAYMENTS MADE TO CLAIMANT THAT IT BE FORWARDED TO CLAIMANT AFOREMENTION PHYSICAL ADDRESS IN A CERTIFIED CHECK PAYABLE TO CLAIMANT.

RESPECTFULLY SUBMITTED
Jerome Clarke
JEROME CLARKE

VERIFICATION AND ATTESTATION UNDER OATH

BY SUBMITTING THIS CLAIM FORM, I HEREBY SWEAR UNDER PENALTY OF PERJURY THAT I AM THE PERSON IDENTIFIED ABOVE AND THE INFORMATION PROVIDED IN THIS CLAIM FORM IS TRUE AND CORRECT.

Jerome Clarke
JEROME CLARKE

• CERTIFICATE OF SERVICE •

I DO HEREBY CERTIFIES THAT I HAS THE UNDERSIGNED DATE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING - REQUEST JOINDER IN THE ABOVE - STYLED CASE AS A PARTY - OF FILED SETTLEMENT IN THE ABOVE - STYLED CASE AS A PARTY PRIOR TO FILING THE SAME IN THE U.S. MAIL SYSTEM WITH ADEQUATE AFFIXED POSTAGES PROPERLY UPON:

RESPECTFULLY SUBMITTED
Jerome Clarke
JEROME CLARKE

CLERK OF COURT / INCONSEQUENCE AND TO SERVED:

SETTLEMENT ADMINISTRATOR
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PHILLIP BURTON FEDERAL BUILDING
U.S. COURTHOUSE 1300 CLAY STREET
STE 300 OAKLAND, CALIFORNIA 94612

6 MAY / 2023

MR. JEROME CLARKE

20 JUN 2023 PM 1 L

SCANNED

OFFICE OF THE CLERK,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ALICIA BURTON FEDERAL
BUILDING U.S. COURTHOUSE 1300
CLAY STREET, STE 400
OAKLAND, CALIFORNIA 94612

RECEIVED

JUN 27 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



The enclosed letter was processed though special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the Writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to above address.

# OBJECTION 37

United States District Court
Northern District of Missouri

6/13/2023

Clerk of Court
– Mark B. Busby –, Please Note that this is Not a original Action As Plaintiff Never intended to file A New Action, but this cause is Apart of the "Facebook consumer privacy user profile litigation." Plaintiff Notes that the civil case # 23-2595 should have never been opened as an original proceeding but instead a Joinder of causes should have Be conveyed because the cause is Related to and the same cause filed under Rule 23, F.R.CV.P. As A class Action Against "Meta" prior to 2023 and before Plaintiff's complaint was filed.

Plaintiff Notes that a "Settlement Administrator" has Been Assigned by the court on this litigation:

Settlement Administrator
1650 Arch Street. Suite #2210
Philadelphia, Pennsylvania. 19103

Please send this settlement Administrator a copy of my complaint and All Documents filed by Plaintiff Tyler Johnson! Also, send A copy of the $ 725 million Deal or settlement Approval court order and all motions that were filed pertinent to the $ 725,000,000 settlement Deal Between "Plaintiff Tyler Johnson," "Meta," and the "other plaintiffs!" Also Note, that this Plaintiff Requests a extention of time to Reply with the 6-Month certified copy of my Inmate Account statement, due to the facility

Pg #2

delaying disclosure of the certified Account balance statement, so Plaintiff wishes for the court to take Judicial Notice of that obstacle!

Plaintiff Tyler Darnell Johnson Request "2-Forma pauperis forms under Rule 23, F.R. Cv. P." As this plaintiff is not filing pursuant to 42 U.S.C § 1983, Plaintiff is seeking to be granted Joinder under Rule 23, F.R. CV. P. class Action or to Join the original "FaceBook consumer privacy user Profile litigation" filed Against "Meta" prior to 2023! Please send me the Docket text of this litigation against "Meta" and/or against "Facebook."

Please send me a copy of the "Entry of Appearance" by Attorneys of Record on the Facebook consumer privacy user profile litigation filed and Approved for a settlement Deal of $725 Million between Plaintiff "Tyler Johnson," and "Meta" and the other plaintiffs!

Please Note My Mailing Address is listed Below:

{Tyler D. Johnson [redacted] }

God Bless You.

United States District Court
Northern District of California

Tyler D. Johnson
Petitioner,

v. "Meta," "FaceBook"
Respondent.

) Case No. "ClassAction"
{FaceBook consumer privacy user profile litigation.}

**MOTION TO PROCEED IN FORMA PAUPERIS AND AFFIDAVIT IN SUPPORT - Civil Action**

I Tyler Darnell Johnson declare (1) that I am the petitioner in this case; (2) that because of my poverty I am unable to pay the filing fee; and (3) that I believe I am entitled to relief. The nature of my action and the issues are briefly stated as follows.

In further support of this application, I answer the following questions:

1. Place of confinement of petitioner: {Tyler Darnell Johnson [redacted]}

2. Crime(s) for which you have been convicted, date and sentence on each: [redacted]

3. Are you presently employed? [redacted]

   a. If the answer is 'yes' state the amount of your salary or wages per month and give the name and address of your employer. [redacted]

b. If the answer is 'no' state the date of last employment and the amount of the salary and wages per month which you received.

4. Have you received within the past twelve (12) months, money from any of the following sources?

Business profession or form of self-employment,

Rent payments interest or dividend,

Pensions annuities or life insurance payments,

Gifts or inheritances,

Any other sources.

If the answer to any of the above is 'yes' describe the and amount of money received from each during the past twelve (12) months.

5. Do you own any cash or do you have money in a checking or savings account? Include any funds in your prison account.
Yes ✓ No ____

If the answer is 'yes' state the total amount of cash owned, and the balance in all checking savings or prison accounts.

6. Do you own real estate stocks bonds notes automobiles or other valuable property (excludin furnishings and clothing)

If the answer is 'yes' describe the property and state its approximate value.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this 12th day of JUNE, 2023.

x [signature]
(Signature of plaintiff)

TYLER D. JOHNSON [redacted]

[redacted]



Tyler Darnell Johnson

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was delivered to all parties via the Court's electronic filing system on this date.

x [signature]

UNITED States District Court
NORTHERN District OF California

Tyler D. Johnson

Plaintiff,

v.

"Meta" "FaceBook"

Defendant,

Case No. "ClassAction."

{FaceBook consumer privacy user profile litigation.}

ORIGINAL FILING FORM

THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.

☑ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER ? AND ASSIGNED TO THE HONORABLE JUDGE ?.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS ________________ AND THAT CASE WAS ASSIGNED TO THE HONORABLE ________________. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date: 6/12/2023

x Tyler Johnson
Signature of Filing Party

Plaintiff's Name TYLER JOHNSON

Prisoner No. [redacted]

Institutional Address [redacted]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYLER DARNELL JOHNSON
(Enter your full name)

v.

"META"
"FACEBOOK"

(Enter the full name(s) of all defendants in this action)

Case No. Class Action
(Provided by the clerk upon filing)

Filed Under Rule 23, F.R.CV.P.

{Facebook Consumer Privacy User Profile litigation.}

## I. Exhaustion of Administrative Remedies.

A. Place of present confinement [redacted]

B. Is there a grievance procedure in this institution? ☒ YES N/A ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☐ YES ☒ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: N/A "Facebook Consumer Privacy User Profile litigation" Filed Under Rule 23. F.R.CV.P.

2. First formal level: N/A "Class Action Against Meta" which is Facebooks Parent Company

3. Second formal level: N/A: "Facebook Privacy User Profile litigation filed under Rule 23 F.R.CV.P in a related cause and substantially equivalent complaint

4. Third formal level: N/A: Class Action Against "Meta" Facebook's Parent company in a related cause and substantially equivalent complaint under Rule 23, F.R.CV.P

E. Is the last level to which you appealed the highest level of appeal available to you?

☐ YES ☑ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

N/A "This is related to the original Facebook consumer privacy user profile litigation" file prior to this complaint in a related cause substantially equivalent to this.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

Tyler Darnell Johnson

B. For each defendant, provide full name, official position and place of employment.

"Meta": Facebook Apparent Parent Company
"Facebook" Social Media Platform

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I'm filing this claim against "Meta" which is the social media platform Facebook apparent parent company. Facebook wrongfully allowed my data to be accessed by 3rd parties malevolently without my consent, and hence

Has substantially caused a Plethora of Damages and/or Psychological injuries and "Emotional Harm" that had conveyed a Massive Amount of stress that has lefted Plaintiff Tyler Johnson with [redacted] that was induced by the deleterious individuals of "Meta" and/or "Facebook". Such Ruinous idiosyncratic behaviors and/or "Diabolical endeavors" of "Meta" and "Facebook" had caused Plaintiff Tyler Johnson to be stalked, orchestrated Against, and schemed upon via the Data from the user profile being Malevolently exposed to vile 3rd parties who then unduly spied upon Plaintiff and engaged in Data mining that horrendously harmed Tyler Johnson because his Data was exposed and mined nefariously. Such Data mining by third parties and Malevolent Access of plaintiff's Data by 3rd parties without Plaintiff's consent caused Plaintiff a myriad of Damages like [redacted] A $725,000,000 Settlement Deal Has been Approved between Plaintiff Tyler Johnson and "Meta" plus the other plaintiffs Against "Meta" in this classAction litigation.

Note: This is not a New Action. This is the FaceBook Consumer Privacy User Profile litigation and/or Related to that Cause. A settlement Deal for $725 million was Approved.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Plaintiff Tyler Darnell Johnson Request $4-million in Relief And the court Has Assigned a "Settlement Administrator":

Settlement Administrator
1650 Arch Street. Suite #2210
Philadelphia, Pennsylvania. 19103

$4,000,000 in Relief Requested for Psychological/Emotional harm.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 6/12/2023 (Date) × [signature] (Signature of Plaintiff)

UNITED States District Court
Northern District Of California

Tyler Johnson
Plaintiff,

v. "Meta" "FaceBook"
Defendant(s).

Case No. "ClassAction"
{"FaceBook Consumer privacy User profile litigation}

MOTION FOR APPOINTMENT OF COUNSEL AND AFFIDAVIT IN SUPPORT

I, Tyler D. Johnson, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made: Contact Assigned "Settlement Administrator:

{Settlement Administrator
1650 Arch Street. Suite #2210
Philadelphia, Pennsylvania. 19103}

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12th, 2023.

x Tyler Johnson
Signature of Plaintiff



Tyler B. Johnson [redacted]

the [redacted] Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at [redacted]

MAILED FROM

JUN 2 0 2023

SCANNED

Leg [redacted]
Mail

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
Box # 36060
San Francisco, CA 94102

94102-3483



RECEIVE
JUN 26 2023
U.S. DISTRICT COURT
NORTH DISTRICT OF CALIF

# OBJECTION 38

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Zimin
**First Name**

Hang
**Last Name**

[redacted]
**Street Address**

[redacted]
**City**

[redacted]
**State**

[redacted]
**Zip Code**

[redacted]
**Email address**

[redacted]
**Telephone number**

[redacted]
**Facebook Account Username(s) (if available)**

[redacted]
**Email Address(es) associated with Facebook account**

[redacted]
**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

Attached as Exhibit A.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

The total class.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

September 2006 - current

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☑ YES   ☐ NO

**If so, please indicate that person or entity.**

I have not sold my claim but I have authorized ClaimClam as my agent.

**Are you represented by an attorney?**              ☐ YES   ☑ NO

**If so, please supply their name and contact information below:**

| Please indicate if you and/or your attorney plan to appear at the final approval hearing. |
| --- |
| Yes. |

### III. SIGNATURE

Zimin Hang
Your signature

06/26/2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

**Exhibit A**

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I write to respectfully object to the settlement, as both a Class Member of the proposed settlement *In Re: Facebook, Inc. Consumer Privacy User Profile Litigation* and as the CEO of Communion Inc. (DBA ClaimClam), a company that helps class members to participate in consumer class actions.

My reasons for objecting are as follows:

On May 30, 2023, I emailed the Settlement Administrator regarding the submission of 45 claims on behalf of clients who are Class Members. However on June 14, 2023, the Settlement Administrator rejected them on the ground that "*the person submitting the Claim Form is not a Settlement Class Member*" and "*the person submitting the Claim Form requests that payment be made to a person or entity other than the Settlement Class Member for whom the Claim Form is submitted.*" *Id* at Paragraph 98.

As an individual and Class Member, I find this very concerning, as the right to representation and the opportunity to be heard are fundamental rights. The Settlement Administrator's refusal to accept claims submitted by an agent on the basis of Paragraph 98 of the Settlement Agreement is an interpretation that infringes upon Class Members' constitutional rights and frustrates public policy. Thus, I ask the Court to deny the settlement given this current interpretation (or to reinterpret or amend the Settlement Agreement to be consistent with established principles of agency and to allow third-party submission of claims by a claimant's agent).

Representation and due process are crucial interests in class action settlements because some people are not able to file a claim themselves, due to personal reasons, medical issues, or limited access to the internet, for example. Those people and others might need an agent in order to participate.

As such, should an agent file claims on behalf of a principal who is a Class Member, then that agent should also collect payment on behalf of the principal; I respectfully urge the Court to construe Paragraph 98 as prohibiting the misappropriation of funds or the prudent stewardship of funds, as opposed to limiting a claimant's right to representation or the agent-principal relationship.

One federal judge that encountered a similar issue, regarding the validity of Class Members participating through an agent, reached the same conclusion.

In *Snyder v. Ocwen Loan Servicing, LLC* (a memorandum can be found here: https://www.courthousenews.com/wp-content/uploads/2019/05/Ocwen-Loans.pdf), there were a total of 3,801 late claims submitted, including 385 filed by a third-party submitter named Reuben Metcalfe. *Id* at 7. Upon review, the court excused Metcalfe's lateness, reasoning that whatever neglect may exist is attributable to Metcalfe and not the clients, and accordingly allowed the late claims to proceed.

For context, Metcalfe is the principal of a company "*assisting class members in consumer class actions to exercise their rights to submit claims or opt-out of such litigation,*" *id* at 8, a company just like ClaimClam.

To summarize, not only did the *Snyder* Court express no concerns about the validity of third-party submitted claims, it was confident in its position in this conclusion, to such a degree that it accepted Metcalfe's claims despite the claims being filed a full month past the claims filing deadline. This is in clear support of the validity of third-party submitted claims by a claimant's agent, the preservation of the agent-principal relationship in the consumer class action context, and the freedom for individuals and Class Members to choose how they wish to participate.

Therefore, I respectfully object, and ask the Court to deny the settlement (unless the Settlement Administrator takes an interpretation that allows third-party submitted claims), so that other Class Members and I may avail ourselves to representation of our choosing, which ultimately serves the interest of Class Members by increasing access and participation.

Sincerely,

Zimin Hang



US POSTAGE AND FEES PAID
FIRST-CLASS
Jun 26 2023
Mailed from ZIP [redacted]
2 OZ FIRST-CLASS PARCEL RATE
ZONE 8 NO SURCHARGE
10581454
CommercialBasePrice

stamps
endicia

062S0001442192

FIRST-CLASS PKG SVC

ZIMIN HANG
[redacted]

C004 0006

RECEIVED

Shipped using PostalMate
Pkg:126857

JUL 03 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SHIP TO:

CLASS ACTION CLERK
U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF
450 GOLDEN GATE AVE STE 36060 CALIFORNIA
SAN FRANCISCO CA 94102-3432

USPS TRACKING #

# OBJECTION 39

United States District Court
Northern District of California

Chicory Griffin,
plaintiff,

vs.

"Meta" "Facebook"
Defendant

Cause: "Class Action"

# Motion For Proposed Consent Judgment

Comes now Plaintiff Chicory Griffin and hereby submits his Motion for proposed consent Judgment and hereby states the following Below:

#① Plaintiff Notes that "Meta" and "Facebook" violated his rights along with "Brittish company: Cambridge Analytical" by Not only malevolently Allowing thired parties to Access his Data but Also intentionally causing him substantial damages in which he Requests $700,000 in Relief from such thereof.

② Plaintiff Griffin Notes that a $725 million deal has Been Approved by a United States District Judge and this is "Res Adjudicata" in the litigation against "Meta" and the Plaintiff Hereby consents to a settlement Judgment that grants plaintiff chicory Griffin $700,000 in Relief.

WHEREFORE, Plaintiff Moves this court for consent Judgment or Any Action of the court deemed Just & proper.

x [signature] 6-26-23



Chicory Griffin [redacted]

27 JUN 2023 PM 9 L

This correspondence is from an inmate in the custody of the [redacted] The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at [redacted]

RECEIVED

JUL 03 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

MAILED FROM

JUN 27 2023

LE [redacted]

Clerk of Court
United States District Court
450 Golden Gate Ave., Box # 36060
San Francisco, CA. 94102-3489

94102-348999

# OBJECTION 40

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

First Name: Christopher

Last Name: Jeffreys

Street Address: [redacted]

City: [redacted]

State: [redacted]

Zip Code: [redacted]

Email address: [redacted]

Telephone number: [redacted]

Facebook Account Username(s) (if available): [redacted]

Email Address(es) associated with Facebook account: [redacted]

Phone number(s) associated with Facebook account: [redacted]

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

The people who received my information made a movie untitled [redacted] [redacted], Produced by [redacted]. It has me, my dog, my step mother and three females that i associate in my every day life, [redacted] is also a friend of mine on Facebook. The movie it self grossed around 500,000$
Also an attorney out of Africa contacted me and told me he had contacted me my through the contacts that these people had shared with me. They proceeded to try to get me to do some illegal activity, in return i would receive a certain amount of money that they said was left in a trust to some one in my family due to [redacted] a orphan that passed away in a car wreck with his wife and children. I know for a fact that they used my information for this matter.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Only me

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2006 - until present date

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☐ YES ☒ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

at the moment no, but i am a paralegal for a firm.

**III. SIGNATURE**

Your signature

06/28/2023

Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Christopher L. Jeffreys

29 JUN 2023 PM 4 L

RECEIVED
JUL 05 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
US District Court for the N. Dist. of California
450 Golden Gate Ave. Box 36060
San Francisco, CA 94102-3489

94102-348999

# OBJECTION 41

{Re: Facebook Consumer Privacy User Profile classee}

6/9/2023

Clerk of Court

Please note that I'm Chicory Griffin one of the classee Plaintiffs on the class Action litigational settlement and I'm requesting the below iterated material and or Actions as follows:

# (A) Please send me 2 complaints forms that are pursuant to "Rule 23, F.R. Cv. P.", As I am seeking for "Joinder of complaint" As A class Action litigant, not As A single litigant or to open up A new cause, Just to Join the class Action Lawsuit And settlement.

# (B) Additionally, Please forward A copy of my Complaint, Motions, Memorandums, Etc to the Settlement Administrator:

{ Settlement Administrator
1650 Arch Street Suite #2210
Philadelphia, Pennsylvania. 19103 }

# (C) Please note that "Chicory Griffin v. Meta" shall be inserted with the same Docket Number As the "Facebook consumer privacy user profile litigation settlement" in which plaintiff Griffin Has Requested Relief of $700,000 in thereof cause Due to Psychological & Emotional Damages.

Chicory Griffin

United States District Court
Northern District of California

Chicory Griffin
Plaintiff,

v.

Meta "FaceBook
Defendant(s).

Case No. Class Action
{"FaceBook Consumer privacy user profile litigation settlement...}

MOTION FOR APPOINTMENT OF COUNSEL AND AFFIDAVIT IN SUPPORT

I, Chicory Griffin, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:
Please forward to the request or Address of Settlement Administrator: → Settlement Administrator
1650 Arch Street. suite #2210
Philadelphia, Pennsylvania 19130

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9th, 2023.

X [signature]
Signature of Plaintiff

UNITED States District Court
NORTHERN District Of California

*This form must be submitted in paper format and cannot be filed electronically.*

**IMPORTANT: Return this form to the Clerk's office promptly, but not later than twenty-one days after your appearance, answer or responsive pleading**

Chicory Griffin
Plaintiff(s),

"vs.

"Meta" "FaceBook"
Defendant(s)

Case No. "Class Action"
{"FaceBook consumer privacy user profile litigation settlement}

**NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION**

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

☐ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☑ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties (please type or print):

Chicory Griffin : [redacted]

Submitted By: [signature]
*Signature of Counsel or Party if Pro Se*

Dated: 6/9/2023

**Note: Corporations may execute this election only by counsel.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served (by mail) (by hand delivery) on all parties of record in this cause, this 9th day of June, 2023.

Signature X

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chicory Griffin

Plaintiff,

v.

"Meta" ("FaceBook")

Defendant(s).

CASE NUMBER Class Action $725 million Settlement

**PRISONER'S APPLICATION AND DECLARATION TO PROCEED *IN FORMA PAUPERIS***

{"Facebook Consumer privacy user profile litigation settlement..."}

I, (print your name) Chicory Griffin, declare under penalty of perjury that I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof.

In support of this application, I provide true, correct nd omplete answers to all of the following questions:

1. Are you presently employed in prison? [redacted]

   The number of hours you work per week: [redacted] The hourly rate of pay: [redacted]

2. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or self-employment $ [redacted]
   b. Income from rent, interest or dividends $ [redacted]
   c. Pensions, annuities or life insurance payments $ [redacted]
   d. Disability, Social Security or other government source $ [redacted]
   e. Gifts or inheritances $ [redacted]
   f. Describe any other source of income: [redacted] $ [redacted]

3. List the amount for each of the following (include prison account funds):

   Cash on hand $ [redacted] Checking account $ [redacted] Savings account [redacted]

4. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   If Yes, describe the property and state its approximate value:

   [redacted] $

Printed By:

Page 3 of 4 377 Printed By:

Chicory Giffin #

This correspondence is from an inmate in the custody of the [redacted] Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at [redacted]

RECEIVED

3 JUL 2023 PM 2 L

JUL 07 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

MAILED FROM

03 2023

{Legal Mail}

– Clerk of Courthouse –
U.S. District Court
Northern District of California
450 Golden Gate Avenue
P.O. Box #36060
San Francisco CA. 94102

94102-343210

# OBJECTION 42

Your Objection Form must be postmarked by: JULY 26, 2023

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Raul
**First Name**

Gallardo
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

The reason why, I respectfully object to the settlement, is because i believe its unfair, that the class action representative members are the only ones being highly compensated for their submitted claims. I submitted the same similar claims against Facebook regarding user privacy. I believe in getting true, fair and equal compensation Just like the representative members in this matter. My user privacy rights were affected on two diffrent accounts But im only wanting to get the same equal and fair compensation like the representative members. The harm I Sustained regarding my accounts affects my social life but exposes my personal life. My information was used, Compromised and or stolen. To what degree il never know. Facebooks negligent violations on both my accounts, Tells me that facebook has no interest in protecting my information or privacy. Facebook compromised their trust Business and integrity with me. It also made it harder for me to trust other big businesses and or big corporations Alike.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

My objection applies to me and a specific subset of the class only.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

I been a facebook user since November 2009.(13 years 6 months)

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** ☑ YES ☐ NO

**If so, please supply their name and contact information below:**

Lesley E. Weaver(SBN191305) Tel:(415)445-4003 Fax:(415)445-4020 lweaver@bfalaw.com
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

We both will be appearing at the final approval hearing.

**III. SIGNATURE**

Raul Gallardo
Your signature

June 21, 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Raul Gallardo

22 JUN 2023 PM 1 L

CLASS ACTION CLERK
United UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF Columbia
450 Golden Gate Avenue, Box 36060
SAN FRANCISCO, CA. 94102 - 3489

RECEIVED

JUN 26 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-348999

# OBJECTION 43

Your Objection Form must be postmarked by: JULY 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

FCP_OBJ

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Kenneth
**First Name**

Schafermeyer
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

6/18/2023 [signature]

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

(1) I believe the settlement is to low a value for estimated participation settlement offer;

**Does your objection apply only to you, to a specific subset of the class or the total class?**

only to me;

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)** = 23 years (About = 2000 to 2023 and ongoing;)

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

Not applicable;

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES ☑ NO

**If so, please indicate that person or entity.** NOT applicable;

**Are you represented by an attorney?** ☐ YES ☑ NO

**If so, please supply their name and contact information below:** NOT applicable;

6/10/2023 [signature]

| |
|---|
| |
| **Please indicate if you and/or your attorney plan to appear at the final approval hearing.**<br>I will NOT appear AT the final Approval hearing; |

## III. SIGNATURE

[signature]
Your signature

06/10/2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Kenneth Schafermeyer
[redacted]
[redacted]

 6/10/2023

Kenneth Schafermeyer

RDC 99

94102

U.S. POSTAGE PAID

20, 23

AMOUNT

$4.78

R2304H108452-07

RECEIVED

JUN 26 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk

United States District Court for the Northern District of California

450 Golden Gate Avenue, Box 36060

San Francisco, Ca 94102-3489

9410283489 C004

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE