# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, | Case No. 3:18-MD-02843-VC |
| This document relates to: | **DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| ALL ACTIONS | |

I, Steven Weisbrot, Esq., declare under penalty of perjury as follows:

1.      I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts attested to herein based upon my personal knowledge.

2.      My credentials were previously reported to this Court in my prior declaration that was filed with Plaintiffs' Notice of Motion and Motion to Certify a Settlement Class and Grant Preliminary Settlement Approval (Dkt 1096-2) (the "Notice Plan Declaration").

3.      The purpose of this declaration is to provide the Parties and the Court with a summary of the Notice Program.

4.      Angeion was retained by the Parties and appointed by this Court pursuant to this Court's Order Certifying Settlement Class; Granting Preliminary Approval of Class Action Settlement Pursuant to Federal Rule of Civil Procedure 23(e)(1); and Approving Form and Content of Class Notice (the "Preliminary Approval Order") dated March 29, 2023, to serve as the Claims Administrator in connection with the above-captioned litigation. In that role, among other tasks, Angeion is responsible for (1) the implementation and effectuation of the Notice Program; (2) processing Claim Forms; (3) receiving and maintaining any requests for exclusion from the Settlement; (4) administering Claim Settlement Payments; and (5) performing other duties pursuant to the Preliminary Approval Order and the Class Action Settlement and Release (the "Settlement Agreement").

## SETTLEMENT CLASS DATA

5.      On May 16, 2023, counsel for Defendant provided Angeion with multiple files containing a total of 699,693,067 records combined.  The data consisted of usernames (provided for 501,270,713 records), user IDs (provided for 699,693,067 records), account creation date (provided for 699,523,266 records), emails (provided for 497,098,772 records) and phone numbers (provided for 395,871,348 records) for current Facebook accounts. Angeion will use the data for claims analysis.

## NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT 28 U.S.C. § 1715

6.      On December 30, 2022, Angeion, on behalf of Defendant, caused notice of the proposed class action settlement to be sent to the Attorney Generals of all states and territories, as well as the Attorney

General of the United States ("CAFA Notice"). A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A**.

7.      On January 6, 2023, Angeion, on behalf of Defendant, sent an update on the CAFA Notice to the Attorney Generals of all states and territories, as well as the Attorney General of the United States. A true and accurate copy of the CAFA Notice update is attached hereto as **Exhibit B**.

## DIRECT NOTICE

### Platform / In-App Notification

8.      Angeion has been made aware by Counsel for Defendant that the in-app notice campaign was completed.

## MEDIA NOTICE

9.      Angeion implemented a comprehensive media notice program designed to deliver an approximate 92.44% reach with an average frequency of 3.00 times—i.e., 92.44% of Target Audience would see an advertisement concerning the Settlement an average of 3.00 times each. *See* Notice Plan Declaration ¶ 13. The media notice program ultimately exceeded these expectations by delivering a 93.43% reach with an average frequency of 3.16 times. The 93.43% reach was achieved via programmatic display advertising, social media advertising, the paid search campaign and publication efforts (discussed below), and is separate and apart from, and in addition to, the in-app notices sent by Defendant, the earned media, claim stimulation efforts, the settlement website, or the toll-free hotline, all of which are difficult to measure in terms of reach percentage.

10.     To our knowledge, the notification program undertaken in this matter is one of the largest, most voluminous, and most advanced notice effort ever undertaken.  This notice program utilized advanced digital and social media tactics and targeting, including the use of paid and organic influencers, direct in-app notice, traditional publication notice, as well as advanced media monitoring and garnered millions of dollars of earned media from national, regional and local press.  As outlined below, the number of claim form submissions is likely to be among the most submissions ever received in a class action settlement.

### Programmatic Display Advertising

11.     Beginning on April 12, 2023, Angeion ran digital banner ads for 60 days on desktop and mobile

---

devices to reach the most qualified audience on the websites where Class Members were likely to shop and browse[1]. Angeion's media team used data from 2022 comScore Multi-Platform/MRI Simmons USA Fusion to develop a profile of the Settlement Class and arrive at an appropriate Target Audience based on criteria pertinent to this Settlement. *See* Notice Plan Declaration ¶ 19.

12.     Class Members who saw the ads were able to click on the ads to be transferred directly to the Settlement Website. Copies of the banner ads are attached hereto as **Exhibit C**.

13.     The online banner ad program resulted in 521,626,755 impressions served and resulted in 519,049 click throughs to the Settlement Website. An additional 30,299,047 impressions directed at the parents/guardians of Class Members between the ages of 13-18 years old were served and resulted in 25,606 click throughs to the Settlement Website.

**Social Media**

14.     Beginning on April 13, 2023, Angeion ran social media ads on Facebook, Instagram, Reddit, Twitter and TikTok.  The social media campaign ran for 60 days.  The social media campaign used an interest-based approach which focused on the interests that users exhibit while on these social media platforms.

15.     Class Members who saw the ads were able to click on the ads to be transferred directly to the Settlement Website. Copies of the social media ads are attached hereto as **Exhibit D**.

16.     The social media ad program resulted in 190,431,335 impressions served and 170,799 click throughs to the Settlement Website. An additional 25,727,616 impressions directed at the parents/guardians of Class Members between the ages of 13-18 years old were served and resulted in 12,451 click throughs to the Settlement Website.

17.     Combined, the programmatic display advertising and social media notice efforts resulted in 712,058,090 impressions served to the Target Audience, exceeding Angeion's original estimate of 577,000,000 impressions. An additional 56,026,663 impressions served were directed at the

---

[1]  Examples of the websites that the digital ads ran on include www.dailymotion.com, www.usatoday.com, www.spotify.com, www.nypost.com, www.yahoo.com, www.detroitnews.com, weather.com, www.huffpost.com, www.msn.com, www.ebay.com, www.accuweather.com, www.espn.com, www.flightaware.com, www.outlook.live.com, www.foxbusiness.com, www.finance.yahoo.com, www.forbes.com, www.cbsnews.com, www.businessinsider.com, www.nydailynews.com, and www.cnn.com.

---

parents/guardians of potential Class Members.

**Paid Search Campaign**

18.    Beginning on April 12, 2023, Angeion ran a paid search campaign on Google to help drive Settlement Class Members who are actively searching for information about the Settlement to the dedicated Settlement Website.

19.    The paid search campaign resulted in 493,010 impressions and 193,306 click throughs.

20.    An example of the paid search posting is attached hereto as **Exhibit E**.

<div align="center"><strong>PUBLICATION NOTICE</strong></div>

21.    Angeion caused the Published Notice of the Settlement to be published in *People Magazine* and *USA Today*. A one-half page black and white ad was published in the May 5, 2023 national edition of *People Magazine* and ran in both the print and digital edition[2]. Additionally, a one-quarter page black and white ad was published in the April 13, 2023 national edition of *USA Today*. The chart below illustrates the circulation and total audience size for *People* and *USA Today*.

| Publication | Circulation | Total Audience |
|---|---|---|
| *People* | 2.5 million | 24.6 million |
| *USA Today* | 674,000 | 11.8 million |

22.    Copies of the tear sheets showing the Published Notice in *People Magazine* and *USA Today* are attached hereto as **Exhibit F** and **Exhibit G** respectively.

<div align="center"><strong>CLAIMS STIMULATION PROGRAM</strong></div>

23.    In addition to the above-described notice efforts, beginning on April 12, 2023, Angeion implemented a Claims Stimulation package.

**Sponsored Class Action Website Listings**

24.    Angeion caused listings to be posted on two leading class action settlement websites, www.topclassactions.com and www.classaction.org. These listings resulted in 97,924 click throughs to the Settlement Website. Copies of the listings are attached hereto as **Exhibit H**.

**Active Listening**

---

[2] The May 5, 2023 national edition of *People Magazine* was on sale beginning on April 28, 2023.

<div align="center">DECLARATION OF STEVEN WEISBROT</div>

25.     Angeion commenced active listening on Facebook, Instagram, Twitter, TikTok and Reddit, where traffic on these social media platforms was monitored by Angeion for discussion of the Settlement.  Where appropriate, Angeion responded by directing Class Members to the  Settlement Website where Class Members can view answers to frequently asked questions about the Settlement, including important dates and deadlines.

**Legal Influencer**

26.     Angeion caused a video to be distributed by Law by Mike, a social media legal influencer, via Facebook, Instagram, YouTube, and TikTok to further diffuse news of the Settlement. As of July  10, 2023, this video has had a total of 6,665,289 views across these platforms.

**Media Monitoring**

27.     Members of our media team used advanced software to garner the impact of the earned media in this Settlement.  Through that software it was determined that the Settlement has received approximately 110,000,000 coverage views, 284,000 engagements[3] and 2.93 billion in online readership. In practice, this means that combined, approximately 2.93 billion people visited the online websites where the Settlement received coverage, but since not everyone who visits a particular website reviews the specific coverage at issue, it was estimated that 110 million users reviewed the 3,720 pieces of coverage. Attached hereto as **Exhibit I** is a summary of the earned media garnered, as well as highlights of the earned media.

**SETTLEMENT WEBSITE & TOLL-FREE TELEPHONE SUPPORT**

28.     On or about April 12, 2023, Angeion established the following website devoted to this Settlement:  www.FacebookUserPrivacySettlement.com ("Settlement Website"). The Settlement Website contains general information about the Settlement, including answers to frequently asked questions and important dates and deadlines pertinent to this matter. The Frequently Asked Questions page was updated to provide greater clarity throughout the settlement administration process. Visitors to the Settlement Website can download the (1) Long-Form Notice, (2) Claim Form, (3) Opt-Out Form, (4) Objection Form, (5) Preliminary Approval Order, (6) Settlement Agreement, (7) Second Amended Consolidated, (8) Plan of Allocation, and (9) Plaintiffs' Motion for Attorneys' Fees,

---

[3] Engagements represent the combined total of likes, comments and shares on social media platforms.

DECLARATION OF STEVEN WEISBROT

Expenses, and Service Awards, and the declaration and expert reports supporting that motion. Settlement Class Members are also able to submit a Claim Form or a request to be excluded from the Settlement through the Settlement Website.

29.     The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address and a chatbot option to streamline responses to questions.  The chatbot assisted users in real time and guided them with topics on frequently asked questions while users were also able to input their own inquiry. 1,955,596 visitors to the website engaged with the chatbot.

30.     The Settlement Website (including the Long Form Notice, Claim Form, Opt-out Form and Objection Form) is available in both English and Spanish.  As of July 10, 2023, Angeion has received and answered 145,661 email inquiries.  These inquiries consist of various questions related to the Settlement.

31.     Copies of the Long Form Notice, Claim Form[4], Opt-out Form and Objection Form are attached hereto as **Exhibit J**, **Exhibit K**, **Exhibit L** and **Exhibit M** respectively.

32.     The Settlement Website was designed to meet Level AA conformance in the Web Content Accessibility Guidelines ("WCAG")[5].

33.     On May 18 and May 19, 2023, the Notice Re: Amendment of Claim Form and Amended Claim Form were filed with the Court (*See* Dkts 1134 and 1136). Angeion updated the Settlement Website's electronic and hard copy Claim Forms, to allow claimants, as already contemplated by the Settlement, to indicate that that they had activated but later deleted an account and subsequently activated another account during the class period.  A copy of the revised Claim Form is attached hereto as **Exhibit N**.

34.     From May 17 through May 23, 2023, Angeion sent email notices to 14,451,080 Claimants that had already filed a Claim Form and advised them of the amended Claim Form, providing them the opportunity to go back to their original form and revise it, if necessary.  Detailed instructions on how to access and edit their existing claim were provided to make this a simple process.  Angeion responded to any inquiries received from Class Members in response to this Email Notice. A copy of the Email

---

[4] This Claim Form (Exhibit K) was the original Claim Form posted prior to Amendment of Claim.
[5] Refer to https://www.w3.org/TR/WCAG21/.

Notice is attached hereto as **Exhibit O**.

35.     After dissemination of this Email Notice, 271,969 Class Members who were sent the Email Notice updated their Claim Form.

36.     Though July 10, 2023, the Settlement Website has had 53,439,963 unique visitors[6] and 80,736,712 page views.

37.     On or about April 12, 2023, Angeion established the following toll-free hotline devoted to this case: 1-855-556-2233. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions, the ability to request a Claim Form or Long Form Notice be mailed to them and provides essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week, and is available in English and Spanish.

38.     Through July 10, 2023, the toll-free line has received approximately 29,062 calls, totaling 137,250 minutes. 2,559 Class Members left a voicemail for the Settlement Administrator requesting a copy of the Long Form Notice and/or Claim Form to be mailed to them. Accordingly, Angeion has fulfilled these requests for Long Form Notices and/or Claim Forms.

## CLAIMS ADMINISTRATION

**Claim Form Submissions**

39.     The deadline for Class Members to submit a claim is August 25, 2023. As of July 10, 2023, Angeion received a total of 15,835,711 Claim Form submissions (15,818,309 online submissions and 17,402 submissions by mail).

40.     Angeion performed an initial preliminary review of the 15,754,373 online claims received by July 9, 2023 and identified 960,313 claims as duplicative of another claim submitted.  The remaining claims are still subject to final auditing, including a full assessment of each claim's validity and a review for additional duplicative and/or fraudulent claim submissions. The above figures will therefore likely change between the date of this declaration and the date of the final fairness hearing. Angeion will provide the Parties and the Court with a report and subsequent declaration regarding the

---

[6] Google Analytics creates a unique ID, stored in a browser's cookies, which is used to determine the number of unique visitors to a website. Unique visitors represent how many of these unique IDs access the Settlement Website.

1    total number of valid claims it received after the deadline has passed.

2    **Requests For Exclusion**

3    41.      The deadline for Class Members to request exclusion from the Settlement is July 26, 2023. As

4    of July 10, 2023, Angeion has received 20,431 requests for exclusion.[7] Angeion has performed a

5    preliminary deduplication of the exclusion requests received and has identified that 19,514 unique

6    Class Members have submitted an exclusion request. These submissions are still subject to final

7    auditing, including a full assessment of each exclusion request's validity and a review for duplicative

8    and/or fraudulent submissions. Angeion will provide the Parties and the Court with a report and

9    subsequent declaration regarding the total number of valid exclusion requests it received after the

10   deadline has passed.

11                                              **CONCLUSION**

12   42.      It is my opinion that the Notice Program described herein met the requirements of due process,

13   Fed. R. Civ. P. 23 and the Northern District's Procedural Guidance for Class Action Settlements,

14   provided the best notice that was practicable under the circumstances, and incorporated contemporary

15   media and best practices to alert and engage the participation of Class Members in the proposed

16   Settlement. Moreover, in my experience, the claims filing volume in this case far exceeds other privacy

17   settlements and is truly exceptional. By utilizing an innovative notice program and a tech-forward,

18   streamlined administrative process, the entire process reached a very high percentage of the estimated

19   Class, made it easy on claimants to exercise their rights, and resulted in a very high percentage of the

20   estimated Class having filed claims.

21          I hereby declare under penalty of perjury that the foregoing is true and correct.

22   Dated:  July 11, 2023

23                                                                _____
                                                                  STEVEN WEISBROT
24

25

26

27

28
     _____
     [7] The exclusions received have not been deduplicated against the claims received.

     DECLARATION OF STEVEN WEISBROT

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

December 30, 2022

**VIA USPS PRIORITY MAIL EXPRESS**

United States Attorney General &
Appropriate Officials

**Re:**   **Notice of Class Action Settlement Under 28 U.S.C. § 1715:**
**_In re: Facebook, Inc. Consumer Privacy User Profile Litigation._, No. 3:18-md-02843-VC**
**(N.D. Cal.)**

To Whom It May Concern:

Angeion Group, an independent claim administrator, on behalf of Meta Platforms, Inc., the defendant in the above-referenced matter pending in the United States District Court for the Northern District of California before the Honorable Vince Chhabria, and in compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, hereby serves you with notice that a proposed settlement of this action has been filed with the Court.  A copy of this Notice is being provided concurrently to the Attorney General of the United States and the Attorneys General of every state, the District of Columbia, Puerto Rico, and every U.S. territory.

The consolidated putative nationwide class action lawsuit alleges that Facebook (now Meta) shared or otherwise made accessible to third parties (including but not limited to third-party developers, whitelisted parties, business partners, advertisers, and data brokers) user data and data about users' friends, and did not sufficiently monitor and enforce third-party access to such data.  Meta strongly disputes those claims, but it has agreed to settle this lawsuit to avoid the expenses, uncertainties, distractions, and other risks inherent in further litigation.  The proposed settlement class consists of all Facebook users in the United States between May 24, 2007 and December 16, 2022, inclusive.

**Notice and Enclosed Copies of Settlement Materials**

As required by 28 U.S.C. § 1715(b), we have enclosed a CD containing the following materials relating to the proposed settlement:

1.  A copy of all complaints, including amended complaints, and the materials filed with these complaints;

2.  The rulings on Meta's motions to dismiss;

December 30, 2022
Page 2

3.  The motion for preliminary approval of class action settlement, filed on December 22, 2022;

4.  The Settlement Agreement, filed on December 22, 2022;

5.  The proposed preliminary approval order, attached as Exhibit A to the Settlement Agreement, filed on December 22, 2022;

6.  The proposed settlement administration protocol and notice plan, attached as Exhibit B to the Settlement Agreement, filed on December 22, 2022

7.  The proposed summary and long-form notices to settlement class members advising them of their right to request exclusion from the settlement and the details of the proposed settlement of the class action, attached as Exhibits C and D, respectively, to the Settlement Agreement, filed on December 22, 2022;

8.  The proposed in-application notice to settlement class members, informing them of the proposed settlement of the class action and providing a link to the Settlement Website with further details of the proposed settlement of the class action, attached as Exhibit E to the Settlement Agreement, filed on December 22, 2022

9.  The proposed claim form, attached as Exhibit F to the Settlement Agreement, filed on December 22;

10. The proposed final approval order and final judgment, attached as Exhibits G and H, respectively, to the Settlement Agreement, filed on December 22, 2022;

11. The Escrow Agreement, filed on December 22, 2022;

12. Defendant's explanation as to why the reasonable estimate of the number of settlement class members residing in each State as described at 28 U.S.C. § 1715(b)(7), cannot be provided; and

13. Defendant's estimated proportionate share of recovery by State, pursuant to 28 U.S.C. § 1715(b)(7).

Any materials relating to the proposed settlement filed after service of this Notice can be found by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.cand.uscourts.gov/cgi-bin/login.pl.

**Other Agreements**

Pursuant to 28 U.S.C. § 1715(b)(5), there is no "settlement or other agreement contemporaneously made between class counsel and counsel for" Defendant, other than the Settlement Agreement and all attachments thereto.

**Hearing Dates**

Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement on December 16, 2022, and requested that Motion be heard on February 16, at 1:00 p.m. Pacific.  The final approval hearing

December 30, 2022
Page 3

remains to be scheduled by the Court.  The most up-to-date information for both hearings may be found by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.cand.uscourts.gov/cgi-bin/login.pl .

**Written Judicial Opinions**

Pursuant to 28 U.S.C. § 1715(b)(8), there are no written judicial opinions relating to the proposed notice to the class, the preliminary or final approval of the settlement, or the other matters discussed in 28 U.S.C. § 1715(b)(3)–(6).  The enclosed CD contains copies of the proposed preliminary approval order, as well as other orders in the case relating to pretrial motions.

Please do not hesitate to contact us with any questions you may have regarding these materials.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**
cc:  Attached Service List

December 30, 2022
Page 4

## Service List

*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
No. 3:18-md-02843-VC (N.D. Cal.)

---

### The Court
The Honorable Vince Chhabria
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom 4, 17th Floor
4500 Golden Gate Avenue
San Francisco, CA 94102

---

### Plaintiffs' Counsel

| | |
|---|---|
| Lesley E. Weaver | Derek W. Loeser |
| Anne K. Davis | Cari Campen Laufenberg |
| Matthew S. Melame | David Ko |
| Angelica M. Ornelas | Adele A. Daniel |
| Joshua D. Samra | Benjamin Gould |
| Bleichmar Fonti & Auld LLP | Keller Rohrback LLP |
| 555 12th Street, Suite 1600 | 1201 Third Avenue, Suite 3200 |
| Oakland, CA 94607 | Seattle, WA 98101 |

Christopher Springer
Keller Rohrback LLP
801 Garden Street, Suite 301
Santa Barbara, CA 93101

Eric Fierro
Keller Rohrback LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012

### Defendant's Counsel

| | |
|---|---|
| Orin Snyder | Kristin A. Linsley |
| GIBSON, DUNN & CRUTCHER LLP | Martie Kutscher Clark |
| 200 Park Avenue | GIBSON, DUNN & CRUTCHER LLP |
| New York, NY 10166-0193 | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105-0921 |
| Joshua S. Lipshutz | |
| GIBSON, DUNN & CRUTCHER LLP | Deborah Stein |
| 1050 Connecticut Avenue, N.W. | GIBSON, DUNN & CRUTCHER LLP |
| Washington, DC 20036-5306 | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |

# Exhibit B



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

January 6, 2023

**VIA USPS PRIORITY MAIL EXPRESS**

United States Attorney General &
Appropriate Officials

**Re:   Update to December 30, 2022 Notice of Class Action Settlement Under 28 U.S.C. § 1715:**
_**In re: Facebook, Inc. Consumer Privacy User Profile Litigation**_**, No. 3:18-md-02843-VC**
**(N.D. Cal.)**

To Whom It May Concern:

Angeion Group, on behalf of Meta Platforms, Inc., writes to correct the following dates contained in the notice served on December 30, 2022.

- The proposed settlement class consists of all Facebook users in the United States between May 24, 2007 and December **22**, 2022, inclusive.

- Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement on December **22**, 2022, which will be heard on **March 2, 2023, at 10:00 a.m. Pacific**.

Please do not hesitate to contact us with any questions you may have regarding this notice.

Sincerely,

Angeion Group

**Enclosures**
cc:  Attached Service List

January 6, 2023
Page 2

## Service List

*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
No. 3:18-md-02843-VC (N.D. Cal.)

---

### The Court

The Honorable Vince Chhabria
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom 4, 17th Floor
4500 Golden Gate Avenue
San Francisco, CA 94102

---

### Plaintiffs' Counsel

| | |
|---|---|
| Lesley E. Weaver | Derek W. Loeser |
| Anne K. Davis | Cari Campen Laufenberg |
| Matthew S. Melamed | David Ko |
| Angelica M. Ornelas | Adele A. Daniel |
| Joshua D. Samra | Benjamin Gould |
| Bleichmar Fonti & Auld LLP | Keller Rohrback LLP |
| 555 12th Street, Suite 1600 | 1201 Third Avenue, Suite 3200 |
| Oakland, CA 94607 | Seattle, WA 98101 |

Christopher Springer
Keller Rohrback LLP
801 Garden Street, Suite 301
Santa Barbara, CA 93101

Eric Fierro
Keller Rohrback LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012

### Defendant's Counsel

January 6, 2023
Page 3

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Joshua S. Lipshutz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Kristin A. Linsley
Martie Kutscher Clark
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Deborah Stein
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

# Exhibit C



You may be eligible for a cash paym if you used Facebook between May 2007 and December 2022.

**CLICK HERE** for more information 



You may be eligible for a cash paym
if your child used Facebook betwee
May 2007 and December 2022.

**CLICK HERE** for more information 



You may be eligible for a cash paym
if you used Facebook between May
2007 and December 2022.

**CLICK HERE** for more information 



You may be eligible for a cash paym
if your child used Facebook betwee
May 2007 and December 2022.

**CLICK HERE** for more information 



You may be eligible for a cash paym
if you used Facebook between May
2007 and December 2022.

**CLICK HERE** for more information 



You may be eligible for a cash paym
if your child used Facebook betwee
May 2007 and December 2022.

**CLICK HERE** for more information 

# Exhibit D



**Angeion Group**
Sponsored ·

···

If you used Facebook between May 24, 2007 and December 22, 2022, a Class Action Settlement may affect your rights.



FACEBOOKUSERPRIVACYSETTLEMENT.COM

**Facebook Consumer Privacy User Profile Litigation**

Learn more



**Angeion Group**
Sponsored · 🌐

···

If you used Facebook between May 24, 2007 and December 22, 2022, a Class Action Settlement may affect your rights.



FACEBOOKUSERPRIVACYSETTLEMENT.COM

**Facebook Consumer Privacy User Profile Litigation**

Learn more



**Angeion Group**
Sponsored · 🌐

···

If you used Facebook between May 24, 2007 and December 22, 2022, a Class Action Settlement may affect your rights.



FACEBOOKUSERPRIVACYSETTLEMENT.COM

**Facebook Consumer Privacy User Profile Litigation**

Learn more

 **Angeion Group**
Sponsored · 

···   ✕

If you used Facebook between May 24, 2007 and December 22, 2022, a Class Action Settlement may affect your rights.



facebookuserprivacysettleme…
**Facebook Consumer Privacy User Profile…**

Learn more

 **Angeion Group**
Sponsored · 

···   ✕

If you used Facebook between May 24, 2007 and December 22, 2022, a Class Action Settlement may affect your rights.



facebookuserprivacysettleme…
**Facebook Consumer Privacy User Profile…**

**Learn more**

 **Angeion Group**
Sponsored · 

···   ✕

If you used Facebook between May 24, 2007 and December 22, 2022, a Class Action Settlement may affect your rights.



facebookuserprivacysettleme…
**Facebook Consumer Privacy User Profile…**

Learn more

# Exhibit E



# Exhibit F



May 8, 2023

# People

*the*
**BEAUTIFUL**
*issue*
**2023**

*Plus! 124*
*More Women*
*We Adore*

'Beauty
Is Owning
Who You
Are'

## Melissa McCarthy!

The gorgeous, hilarious
star on how compassion
became her superpower and
the real-world advice she
gives her two teen girls

## People picks

### MOVIE | Polite Society

COMEDY Ria Khan (Priya Kansara), a British Pakistani high schooler who wants to grow up to be a stuntwoman, blows a gasket when older sister Lena (Ritu Arya) abandons her own dreams of a painting career. Instead, Lena will marry a smoothly handsome doctor (Akshay Khanna). Ria, as kid sisters are apt to do in comedies, decides to sabotage the wedding. The surprise is how often—and rigorously—she'll have to use her martial arts skills (while pausing for a musical number). Energetic and brashly ridiculous, *Society* is a bit like the Indian hit *RRR* but for teenage girls. (*In theaters April 28, PG-13*)



Kansara and Arya.

## New Movies to Stream!



### 80 for Brady
COMEDY
Rita Moreno, Jane Fonda, Sally Field and Lily Tomlin star in an easygoing charmer about four friends obsessed with Tom Brady. (*Paramount+*)



### Living
DRAMA
Bill Nighy was Oscar-nominated for his performance— understated, delicately mournful—as a terminally ill British civil servant. (*Apple TV*)



### Cocaine Bear
COMEDY-HORROR
This gory, dumb-fun hit is the shaggy-dog story of a drug-addled bear hungry for its next fix. Many people wind up clawed, mauled and dead in the woods. (*Peacock*)

FROM TOP: PARISA TAGHIZADEH/FOCUS FEATURES; SCOTT GARFIELD/PARAMOUNT PICTURES; ROSS FERGUSON/NUMBER 9 FILMS/SONY PICTURES CLASSICS; UNIVERSAL STUDIOS

This is a Court approved Legal Notice. You are not being sued.
This is not a solicitation from a lawyer.

*Para el notificación en Español visitor nuestro sitio web.*

United States District Court for the Northern District of California
In re: Facebook, Inc. Consumer Privacy User Profile Litigation,
Case No. 3:18-md-02843-VC
www.FacebookUserPrivacySettlement.com.

### NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**If you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive, you may be eligible for a cash payment from a Class Action Settlement.**

**What Is the Lawsuit About?**
Numerous lawsuits were brought on behalf of Facebook users who allege that Facebook, Inc. (now Meta Platforms, Inc.) shared or otherwise made accessible to third parties (including but not limited to third-party app developers, "whitelisted" parties, business partners, advertisers, and data brokers) user data and data about users' friends without permission of the users' whose  data was shared, and did not sufficiently monitor or enforce third-party access to or use of that data.  Settlement Class Members include all Facebook users in the United States between May 24, 2007, and December 22, 2022, inclusive (the "Class Period").  Meta expressly denies any liability or wrongdoing.

**Who Is Part of the Settlement Class?**
The Settlement Class includes all Facebook users in the United States between May 24, 2007, and December 22, 2022, inclusive.

**What Does the Settlement Provide?**
If the Settlement is approved by the Court, Meta will establish a Settlement Fund of seven hundred twenty-five million dollars ($725,000,000.00). The Settlement Fund will be used to pay all valid claims submitted by the Settlement Class Members, as well as notice and administration expenses, any attorneys' fees and costs, and any Service Awards for the Settlement Class Representatives.

**How Do I Submit a Claim and Get a Cash Payment?**
There are three ways to submit a Claim Form.  First, a Claim Form may be submitted online at www.FacebookUserPrivacySettlement.com by 11:59 p.m. PST on August 25, 2023. Second, a Claim Form may be printed from the Settlement Website and mailed to the Settlement Administrator at: Facebook Consumer Privacy User Profile Litigation c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 post-marked by August 25, 2023. Third, you may also contact the Settlement Administrator to request a Claim Form by telephone 1-855-556-2233, by email info@FacebookUserPrivacySettlement.com, or by U.S. mail at Facebook Consumer Privacy User Profile Litigation c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103; the completed Claim Form must be postmarked by August 25, 2023.

**Do I Have a Lawyer in the Case?**
The Court has appointed Derek W. Loeser of Keller Rohrback L.L.P. and Lesley E. Weaver of Bleichmar Fonti & Auld LLP to represent the Settlement Class as Class Counsel.

**Your Other Options**
If you are a Settlement Class Member and you do nothing, your rights will be affected, and you will not receive a Settlement payment. If you do not want to be legally bound by the Settlement, you must exclude yourself from it by opting out. The deadline to exclude yourself is July 26, 2023.

Unless you exclude yourself, you will give up any right to sue Facebook based on the legal and factual issues that this Settlement resolves. If you exclude yourself, you cannot get a payment from this Settlement.

If you stay in the Settlement (meaning that you do not exclude yourself), you may object to the Settlement, Class Counsel's fees and expenses, and/or Service Awards for the Settlement Class Representatives by July 26, 2023 and give reasons for your objection. The Court will consider your views. You can't ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court does not approve the Settlement, no Settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you should object.

More information can be found in the Frequently Asked Questions and Class Action Settlement Agreement and Release, which are available at www.FacebookUserPrivacySettlement.com. If you have additional questions, you may contact the Settlement Administrator.

**The Court's Final Approval Hearing**
The Court has scheduled a Final Approval Hearing at 1:00 p.m. PST on September 7, 2023. The hearing will proceed by video conference. A link to the video conference is at the following address: https://www.cand.uscourts.gov/judges/chhabria-vince-vc/. Please check the Settlement Website often to confirm the date, time and video login information. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve it. The Court will also consider whether to approve Class Counsel's request for an award of attorneys' fees and expenses, as well as the Settlement Class Representatives' Service Awards. If there are objections, the Court will consider them.

**This Notice is only a summary. For more detailed information about the Settlement: Please call 1-855-556-2233 or visit www.FacebookUserPrivacySettlement.com**

# Exhibit  G

# Fall PGA Tour schedule: 7 events, $56.6M in purses

**Victoria Hernandez**
USA TODAY

The PGA Tour announced its fall schedule Wednesday. Seven events "will provide greater drama and more immediate consequence than ever before" with purses totaling $56.6 million.

The fall slate, which is a continuation of the spring season for the first time since 2013, will run from September through November with a break for the Ryder Cup.

**Added incentives**

Besides the $56.6 million that will be handed out to the winners of the seven PGA Tour events this fall, there is a two-year exemption and entry into the first designated event and the Sentry Tournament of Champions. There will be 500 FedExCup points awarded to the winner of each event. There is also an increased chance of players earning eligibility to participate in The Players Championship.

**Fall schedule**

● Sept. 11-17 - Fortinet Championship, Silverado Resort in Napa, California
● Oct. 2-8 - Sanderson Farms Championship, The Country Club of Jackson in Jackson, Mississippi
● Oct. 9-15 - Shriners Children's Open, TPC Summerlin in Las Vegas
● Oct. 16-22 - ZOZO Championship, in Chiba, Japan
● Oct. 30-Nov. 5 - World Wide Technology Championship, in Mexico

● Nov. 6-12 - Butterfield Bermuda Championship, Port Royal Golf Course
● Nov. 13-19 - The RSM Classic, Sea Island Golf Club, in Georgia

**Challenge Season schedule**

Nov. 27-Dec. 3 - Hero World Challenge, Bahamas
Dec. 4-10 - Grant Thornton Invitational, Naples, Florida
Dec. 11-17 - PNC Championship, Orlando, Florida



Damian Lillard averaged 32.2 points, 7.2 assists and 4.8 rebounds this season. SOOBUM IM/USA TODAY SPORTS

# Lillard has 'no appetite' for waiting to compete



**Jaylon Thompson**
USA TODAY

Portland Trail Blazers star Damian Lillard wants to see results.

Lillard recommitted to the Trail Blazers when he signed a two-year, $122 million extension last offseason. However, he now faces the reality of another potential rebuild, and he's not interested.

"I don't have much of an appetite for bringing in guys two and three years away from really going after it," Lillard told reporters during exit interviews after a season-ending loss to Golden State. "This is not a secret. I want a chance to go for it. And if the route is to do that, then that's not my route."

In an ever-changing NBA landscape, Lillard has remained loyal to the Trail Blazers organization. He has spent 10 seasons in Portland and built a legacy.

There was a string of eight consecutive postseason appearances. In 2018, Lillard led the Trail Blazers to a 53-29 record and a Western Conference finals berth. He followed that up with his highest scoring output of 32.2 points per game this season.

Portland hasn't followed Lillard in that progression. The organization has faltered in the past four seasons with a 137-173 record. Key contributors, like Lillard's longtime backcourt mate CJ McCollum, were replaced with young, unproven talent.

The Trail Blazers are now at a crossroads.

**Trail Blazers could add more young talent in draft**

With the potential to land a top-10 selection in the draft, Portland can build for the future with another young standout, adding to a roster that includes emerging talent in Shaedon Sharpe, 19; Anfernee Simons, 23; and Trendon Watford, 22.

While those players are talented, Lillard, 32, doesn't want to wait any longer for young players to develop into championship contenders.

"I think we get Shaedon at 19 and he's just different. Just being around him, his disposition, how he listens, his frame, his natural talent and his ability," Lillard said. "I think, that's enough 19-year-olds. You probably don't find one that will come along the way he has. I'm just not interested in that."

Lillard spearheads a roster with just four players with at least five years of NBA experience. The other veterans are Jerami Grant, Jusuf Nurkic and Justise Winslow.

"The goal is to get better as soon as possible," Trail Blazers general manager Cronin said. "The pick itself, we'll see where it lands. We'll see what its value is. You have to go through that whole process, kind of like we did last year with the pick.

"But timeline-wise, it's time for us to start moving quicker towards having a roster that's ready to compete at the highest level. So, if that means using that pick or other picks in deals, where it's getting aggressive to go get stuff done, yeah, we're open-minded to that."

The Trail Blazers will pick in the lottery and have another first-round selection, via the New York Knicks. Both picks are a chance to add future talent for the long haul.

**Will Trail Blazers work trade market?**

Portland is not known as a major destination for free agents. The organization typically builds through the draft or with trades.

The NBA trade market for top stars includes multiple first-round picks and elite young prospects.

For example, the Phoenix Suns gave up young players Mikal Bridges, Cameron Johnson and a multitude of first-round picks for Kevin Durant.

Will Portland do the same for another star to put alongside Lillard?

According to Spotrac, Lillard will make $45.6 million next season. He can make upward of $63.2 million during the 2026-27 campaign.

"If we're committed to winning now, we have to be able to live with what the future holds for some player that we've traded," Cronin said.

Those are buzz-worthy words to say at the beginning of the offseason. It can be completely different trying to actually make a move, according to Lillard.

"I've been in the league long enough to know that things don't always work out the way you want to see it all work out," Lillard said. "There's a lot of moving pieces. So, I feel like over the last few years I go into it with these high expectations that it's going to be different.

"I think that the optimism is there. I feel optimistic about it. But I think it's just time to just get the work done for all of us."



**MARKETPLACE TODAY**

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

**NOTICES**

**LEGAL NOTICE**

*This is a Court approved Legal Notice. This is not being sued.
This is not a solicitation from a lawyer.*

*Para el notificación en Español visitar nuestro sitio web.*

United States District Court for the Northern District of California
In re: Facebook, Inc. Consumer Privacy User Profile Litigation,
Case No. 3:18-md-02843-VC
www.FacebookUserPrivacySettlement.com

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

If you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive, you may be eligible for a cash payment from a Class Action Settlement.

**What Is the Lawsuit About?**
Numerous lawsuits were brought on behalf of Facebook users who allege that Facebook, Inc. (now Meta Platforms, Inc.) shared or otherwise made accessible to third parties (including but not limited to third-party app developers, "whitelisted" parties, business partners, advertisers, and data brokers) user data and data about users' friends without permission of the users' whose data was shared, and did not sufficiently monitor or enforce third-party access to or use of that data. Settlement Class Members include all Facebook users in the United States between May 24, 2007, and December 22, 2022, inclusive (the "Class Period"). Meta expressly denies any liability or wrongdoing.

**Who Is Part of the Settlement Class?**
The Settlement Class includes all Facebook users in the United States between May 24, 2007, and December 22, 2022, inclusive.

**What Does the Settlement Provide?**
If the Settlement is approved by the Court, Meta will establish a Settlement Fund of seven hundred twenty-five million dollars ($725,000,000.00). The Settlement Fund will be used to pay all valid claims submitted by the Settlement Class Members, as well as notice and administration expenses, any attorneys' fees and costs, and any Service Awards for the Settlement Class Representatives.

**How Do I Submit a Claim and Get a Cash Payment?**
There are three ways to submit a Claim Form. First, a Claim Form may be submitted online at www.FacebookUserPrivacySettlement.com by 11:59 p.m. PDT on August 25, 2023. Second, a Claim Form may be printed from the Settlement Website and mailed to the Settlement Administrator at: Facebook Consumer Privacy User Profile Litigation c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 postmarked by August 25, 2023. Third, you may also contact the Settlement Administrator to request a Claim Form by telephone 1-855-556-2233, by email info@FacebookUserPrivacySettlement.com, or by U.S. mail at Facebook Consumer Privacy User Profile Litigation c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103; the completed Claim Form must be postmarked by August 25, 2023.

**Do I Have a Lawyer in the Case?**
The Court has appointed Derek W. Loeser of Keller Rohrback L.L.P. and Lesley E. Weaver of Bleichmar Fonti & Auld LLP to represent the Settlement Class as Class Counsel.

**Your Other Options**
If you are a Settlement Class Member and you do nothing, your rights will be affected, and you will not receive a Settlement payment. If you do not want to be legally bound by the Settlement, you must exclude yourself from it by opting out. The deadline to exclude yourself is July 26, 2023.

Unless you exclude yourself, you will give up any right to sue Facebook based on the legal and factual issues that this Settlement resolves. If you exclude yourself, you cannot get a payment from this Settlement.

If you stay in the Settlement (meaning that you do not exclude yourself), you may object to the Settlement, Class Counsel's fees and expenses, and/or Service Awards for the Settlement Class Representatives by July 26, 2023 and give reasons for your objection. The Court will consider your views. You can't ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court does not approve the Settlement, no Settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you should object.

More information can be found in the Frequently Asked Questions and Class Action Settlement Agreement and Release, which are available at www.FacebookUserPrivacySettlement.com. If you have additional questions, you may contact the Settlement Administrator.

**The Court's Final Approval Hearing**
The Court has scheduled a Final Approval Hearing at 1:00 p.m. PST on September 7, 2023. The hearing will proceed by video conference. A link to the video conference is at the following address: https://www.cand.uscourts.gov/judges/chhabria-vince-vc/. Please check the Settlement Website often to confirm the date, time and video login information. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve it. The Court will also consider whether to approve Class Counsel's request for an award of attorneys' fees and expenses, as well as the Settlement Class Representatives' Service Awards. If there are objections, the Court will consider them.

This Notice is only a summary. For more detailed information about the Settlement: Please call 1-855-556-2233 or visit www.FacebookUserPrivacySettlement.com

---

**U-verse**

The rights of DIRECTV, LLC ("DIRECTV") to display the channels listed below in alphabetical order) in U-verse are set to expire. While DIRECTV has these rights for U-verse, these channels will continue to be available to U-verse TV subscribers. If reasonable agreements cannot be reached with the programmers, these channels will no longer be available on U-verse. DIRECTV also may modify these channel locations by moving them to channels between 9501 - 9599.

*Previously carried channels (Channel numbers listed below in parentheses):*
Americas Value Channel (142 and 1142); Centroamerica TV (2044); Cinelatino (3126); CRAVE (159 and 1159); CTi-Zhong Tian (9604); Dazzle (82 and 371 and 1082 and 1371); GMA Pinoy (5683); Go 4 It (3 and 1003 and 1084); Hot Buy (31 and 33 and 150 and 1031 and 1033 and 1150 and 1367); i24 News (223 and 1223 in HD); Idea (172 and 1172); LOOK (186 and 1186); Lucky (144 and 1144); NBC America (3643); Pasiones (3018); Phoenix InfoNews (3605); Phoenix North America Chinese Channel (3606); PX Sports (3120); ShopHQ (35 and 1035 in HD); ShopTV (37 and 162 and 1037 and 1162); SonLife Broadcasting Network (580 and 1580); Sony Entertainment Television Asia (SET Asia) (3704); Spark (198 and 1198 and 1429); Spectrum SportsNet (777 and 1777 in HD); Spectrum SportsNet Alternate (779 and 1779 in HD); Spectrum SportsNet LA (780 and 1780 in HD); Stingray 60 (5147); Stingray Adult Alternative (5118); Stingray Alt Rock Classics (5104); Stingray Alt-Country Americana (5130); Stingray Arabian Nights (5164); Stingray Asian Hits (5167); Stingray Bluegrass (5149); Stingray Bollywood Hits (5159); Stingray Classic RnB and Soul (5107); Stingray Classic Rock (5118); Stingray Classical India (5160); Stingray Country Classics (5133); Stingray Dance Clubbin (5102); Stingray Easy Listening (5145); Stingray Eclectic Electronic (5103); Stingray Euro Hits (5108); Stingray Fanz (5165); Stingray Flashback 70s (5128); Stingray Franco Pop (5170); Stingray Freedom (5120); Stingray Gospel (5111); Stingray Greatest Hits (5100); Stingray Groove (Disco and Funk) (5106); Stingray Guangdong (5166); Stingray Heavy Metal (5114); Stingray Hindi Gold (5161); Stingray Hip Hop (5105); Stingray Hit List (5101); Stingray Holiday Hits (5139); Stingray Hot Country (5131); Stingray Jammin (5112); Stingray Jazz Masters (5142); Stingray Jukebox Oldies (5129); Stingray Karaoke (96 and 1096); Stingray Kids Stuff (5124); Stingray Latino Tropical (5138); Stingray Latino Urbana (5136); Stingray Mambo Popular (5168); Stingray Maximum Party (5121); Stingray Music (500 and 1500 and 1531); Stingray New Age (5151); Stingray No Fences (5132); Stingray Nothin but 90s (5126); Stingray OMG (5123); Stingray Pop Adult (5119); Stingray Pop Classics (5146); Stingray Popcorn (5122); Stingray Punjabi (5162); Stingray Remember the 80s (5127); Stingray Retro Latino (5137); Stingray Retro RnB (5109); Stingray Rock (5113); Stingray Rock Anthems (5117); Stingray Roots Reggae (5116); Stingray Salsa y Merengue (5135); Stingray Samba and Pagode (5157); Stingray Silk (Love Songs) (5150); Stingray Smooth Jazz (5141); Stingray Solo Para Peques (5156); Stingray Soul Storm (5110); Stingray Sounds of South India (5163); Stingray Southern Jams (5148); Stingray Swinging Standards (5144); Stingray Tagalog (5158); Stingray The Blues (5143); Stingray The Light (5134); Stingray The Spa (5140); Stingray Today's Latin Pop (5135); Stingray Total Hits – France (5171); Stingray Total Hits – Italy (5172); Stingray Total Hits – Poland (5174); Stingray Total Hits – Russia (5173); Stingray Trance (5152); Stingray Urban Beats (5169); Stingray Y2K (5125); TODAY (228 and 448 and 1228 and 1448); Value (196 and 247 and 1196 and 1247); WAPA America (3013); World Fishing Network HD (1679); Wow (249 and 467 and 1249 and 1467); Z Living (459 and 1459 in HD); Zee TV (3702). Local Channels: Augusta-Aiken area, WFXG (11 and 1011 in HD); Bakersfield area, KERO (23 and 1023 in HD); KZKC (42 and 1042 in HD); Baton Rouge area, WVLA (33 and 1033 in HD); Cleveland-Akron (Canton) area, WEWS (5 and 1005 in HD); Columbus, OH area, WSYX/29 (28 and 1028 in HD); Corpus Christi area, KAJA (17 and 3007); KRIS (6 and 1006 in HD); KRISD2 (23 and 1023 in HD); Detroit area, WMYD (20 and 1020 in HD); WXYZ (7 and 1007 in HD); Grand Rapids-Kalamazoo-Battle Creek area, WXMI (17 and 1017 in HD); Green Bay-Appleton area, WACY (32 and 1032 in HD); WGBA (26 and 1026 in HD); Indianapolis area, WRTV (6 and 1006 in HD); Kansas City area, KMCI (38 and 1038 in HD); KSHB (41 and 1041 in HD); Knoxville area, WKNX (7 and 1007 in HD); WTNZ (43 and 1043 in HD); Lafayette, LA area, KATC (3 and 1003 in HD); KATCD2 (4 and 1004 in HD); Lansing area, WLAJ (53 and 1053 in HD); WLAJD2 (54 and 1054 in HD); WSYM (47 and 1047 in HD); Little Rock-Pine Bluff area, KASN (38 and 1038 in HD); KLRT (16 and 1016 in HD); Lubbock area, KAMC (28 and 1028 in HD); Miami-Ft. Lauderdale area, WPTV (5 and 1005 in HD); WSFL (39 and 1039 in HD); Milwaukee area, WTMJ (4 and 1004 in HD); Mobile-Pensacola (Ft. Walton Beach) area, WJTC (44 and 1044 in HD); WPMI (15 and 1015 in HD); Nashville area, WTVF (5 and 1005 in HD); Odessa-Midland area, KPEJ (24 and 1024 in HD); Oklahoma City area, KSBI (52 and 1052 in HD); KWTV (9 and 1009 in HD); Palm Springs area, KESQ (42 and 1042 in HD); San Diego area, KGTV (10 and 1010 in HD); Tulsa area, KJRH (2 and 1002 in HD); KOKI (23 and 1023 in HD); KQCW-D2 (19 and 1019 in HD); KTUL (8 and 1008 in HD); Springfield, MO area, KOLR (10 and 1010 in HD); Tulsa area, KJRH (2 and 1002 in HD); Wichita-Hutchinson Plus area, KAKE (10 and 1010 in HD).

Rights set to expire on or after June 2023 (Channel numbers listed below in parentheses):
Baby First TV (310); Baby First TV en Español (3063); CGTN (3602); MGM+ (581 and 1581 in HD); MGM+ DRIVE-IN (896); MGM+ HITS (883 and 1883 in HD); MGM+ MARQUEE (1894); MGM+ West (892 and 1892 in HD). Local Channels: Greensboro-High Point-Winston Salem area, WGSRLD (47).

# Exhibit H

ENGLISH        INTERNATIONAL NEWS        USER LOGIN

Lawsuits & Settlements    Legal News    Class Actions Explained    Shopping    I Am a Lawyer    About Us

# Facebook user profile data privacy $725M class action settlement



Lawsuit Filed          Class Certified          Settlement Approved          Open for Claims

Top Class Actions  |  July 6, 2023

FOLLOW ARTICLE

Category: Facebook Class Action Lawsuit and Settlement News

Top Class Actions's website and social media posts use affiliate links. If you make a purchase using such links, we may receive a commission, but it will not result in any additional charges to you. Please review our Affiliate Link Disclosure for more information.



## GET OUR NEWSLETTER

We tell you about **cash** you can **claim** every week! Subscribe to our free newsletter today.

**Email** •

Email

**Country** •

United States

**State** •

SUBSCRIBE NOW

(Photo Credit: Kaspars Grinvalds/Shutterstock)

*EDITOR'S NOTE: This content has been sponsored and edited for clarity in collaboration with the sponsor.*

**Meta Platforms Inc.** has agreed to a $725 million class action settlement resolving claims that Facebook (now Meta Platforms Inc.) shared or otherwise made accessible to third parties Facebook user data and data about users' friends without permission of the users whose data was shared and did not sufficiently monitor and enforce third-party access or use of that data.

The settlement class includes all Facebook users in the United States between May 24, 2007, and Dec. 22, 2022, inclusive (the "class period"). The settlement class does not include: (i) all persons who are directors, officers, legal representatives, alleged co-conspirators and agents of defendant or its wholly or partly owned subsidiaries or affiliated companies or employees of defendant or its subsidiaries and affiliated companies; (ii) counsel for any plaintiff whose case was consolidated into this MDL and their employees, including but not limited to class counsel for plaintiffs and their employees; (iii) the special master, discovery mediators and settlement mediator who participated in this case and their staff; and the judges and court staff, as well as any appellate court to which this matter is ever assigned; and (iv) eligible persons who elect to opt out of the settlement class.

Meta Platforms **is a technology company** that owns Facebook, Instagram, WhatsApp and other platforms.

If the court approves the settlement, Meta will establish a settlement fund of $725 million to pay all valid claims submitted by the settlement class members, as well as notice and administration expenses, any attorneys' fees and costs and any service awards for the settlement class representatives.

The amount class members will be paid depends on how many class members submit valid claims and how long they were users on Facebook during the class period.

The court has scheduled a final approval hearing for Sept. 7, 2023.

Class members who wish to exclude themselves from or object to the Facebook class action settlement must do so no later than July 26, 2023.

The deadline to submit a claim form is Aug. 25, 2023.

## Who's Eligible

All Facebook users in the United States between May 24, 2007, and Dec. 22, 2022,



**Cell phone wrong-number robocalls could be worth $500-$1,500 per violation of the federal TCPA**

JULY 7, 2023 | TCPA CLASS ACTION LAWSUITS

READ MORE



**Patients who received faulty Exactech knee and hip devices can seek compensation**

JULY 6, 2023 | OPEN LAWSUITS

READ MORE

## Potential Award

**Varies**.

## Proof of Purchase

N/A

## Claim Form

<div style="border:1px solid #4a90d9; padding:20px; text-align:center;">CLICK HERE TO FILE A CLAIM »</div>

**NOTE:** If you do not qualify for this settlement do NOT file a claim.

Remember: you are submitting your claim *under penalty of perjury*. You are also harming other eligible Class Members by submitting a fraudulent claim. If you're unsure if you qualify, please read the FAQ section of the Settlement Administrator's website to ensure you meet all standards (Top Class Actions is not a Settlement Administrator). If you don't qualify for this settlement, check out our database of other **open class action settlements** you may be eligible for.

## Claim Form Deadline

08/25/2023

## Case Name

*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC, in the United States District Court for the Northern District of California

## Final Hearing

09/07/2023

## Settlement Website

**FacebookUserPrivacySettlement.com**

## Claims Administrator

1650 Arch Street, Suite 2210

Philadelphia, PA 19103

info@FacebookUserPrivacySettlement.com

855-556-2233

## Class Counsel

KELLER ROHRBACK LLP

BLEICHMAR FONTI & AULD LLP

## Defense Counsel

GIBSON DUNN & CRUTCHER LLP



# Exhibit I



# In re: Facebook Inc. Consumer Privacy User Profile Litigation

Case No. 3:18-md-02843, in the U.S. District Court for the Northern District of California.



# Summary

---

### 3.72K
**Pieces of Coverage**

Total number of online, offline and social clips in this book

### 110M
**Estimated Views**

Prediction of lifetime views of coverage, based on audience reach & engagement rate on social

### 2.93B
**Audience**

Combined total of publication wide audience figures for all outlets featuring coverage

### 284K
**Engagements**

Combined total of likes, comments and shares on social media platforms

### 58
**Avg. Domain Authority**

A 0-100 measure of the authority of the site coverage appears on. Provided by Moz

### 95
**Max. Domain Authority**

A 0-100 measure of the authority of the site coverage appears on. Provided by Moz

### 9.16K
**Twitter Shares**

Number of times the online articles have been shared on Twitter

### 239K
**Facebook Shares**

Number of times the online articles have been shared on Facebook

### 284K
**Social Shares**

Number of times the online articles have been shared on social media

### 35.6K
**Pinterest Shares**

Number of times the online articles have been shared on Pinterest

## Highlights



**MSN**

Deadline to file a claim in the new Facebook settlement is coming up this summer

◎ 484K  ⚇ 157M  ⤳ 0



**-**

The deadline to file a claim in the new Facebook settlement is this summer - NBC Chicago -

◎ 5  ⚇ 659  ⤳ 0



**NBC Chicago**

Deadline to file a claim in the new Facebook settlement is this summer – and eligibility...

◎ 12.2K  ⚇ 3.62M  ⤳ 99



**Knowledia News - United States**

Facebook's $725 Million Privacy Settlement: How to Get Your Share of the Money

◎ 16.5K  ⚇ 130K  ⤳ 0



**CNET**

Get Money From Facebook's $725 Million Settlement

◎ 29.7K  ⚇ 94.8M  ⤳ 12



**WPLG**

Facebook parent settles suit in Cambridge Analytica scandal

◎ 7.7K  ⚇ 2.1M  ⤳ 0



## NBC4 Washington

Facebook Parent Settles Suit in Cambridge Analytica Scandal

👁 5.78K   👥 1.44M   ✎ 2



## MarketWatch

Facebook agrees to settlement in Cambridge Analytica user-privacy case

👁 63.5K   👥 16.6M   ✎ 1



## New York Post

Facebook parent company Meta settles Cambridge Analytica lawsuit

👁 177K   👥 651M   ✎ 78



## The Morning Call

Facebook parent Meta will pay $725M to settle Cambridge Analytica case

👁 4.55K   👥 889K   ✎ 0



## Sun Sentinel

Facebook parent Meta will pay $725M to settle Cambridge Analytica case

👁 4.91K   👥 1.69M   ✎ 0



## https://www.keyc.com

Facebook parent Meta will pay $725M to settle user data case

👁 687   👥 70.4K   ✎ 0



## Meta agrees to pay $725 million to settle lawsuit over Cambridge Analytica data leak

### CNN

Meta agrees to pay $725 million to settle lawsuit over Cambridge Analytica data leak | CNN Business

411K    132M    0



## Facebook parent Meta will pay $725M to settle user data case

### Metro US

Facebook parent Meta will pay $725M to settle user data case – Metro US

508    102K    0



## Meta Paying $725M To Settle Cambridge Analytica Lawsuit By Facebook Users Who Said Their Personal Data Was Improperly Accessed

### Deadline

Meta Paying $725M To Settle Cambridge Analytica Lawsuit By Facebook Users Who Said Their Person...

37.3K    14.9M    160



## Facebook parent Meta will pay $725M to settle user data case

### CBS News - Breaking news, 24/7 live strea...

Facebook parent Meta will pay $725M to settle user data case

52.9K    37.8M    78



## Facebook parent Meta will pay $725M to settle user data case

### San Diego Union-Tribune

Facebook parent Meta will pay $725M to settle user data case

10.7K    2.69M    0



## Facebook parent Meta will pay $725M to settle user data case

### The Denver Post

Facebook parent Meta will pay $725M to settle user data case

10.6K    3.09M    0



**MarketBeat: Stock Market News and Resear...**

Facebook parent Meta will pay $725M to settle user data case

15K   1.84M   0



**The Daily Wire**

Facebook's Parent Company Settles Cambridge Analytica Lawsuit For $725 Million | The Daily Wire

60.1K   5.34M   1.75K



**California18**

Cambridge Analytica scandal: Facebook pays $725 million to end lawsuit - California18

6.72K   44.8K   0



**cbs8.com**

Facebook parent Meta will pay $725M to settle user data case

7.04K   1.11M   61



**Popular Science**

Meta will pay $725 million for a single Cambridge privacy settlement

6.38K   3.27M   24



**Market Wire News**

META - Meta to Settle Cambridge Analytica Case for $725 Million

3.27K   14.2K   0



## FOX 2

Facebook parent Meta will pay $725M to settle user data case

👁 11K   👥 1.86M   ⬲ 0



## Tech Times | Tech News, Science, Health, Re...

Meta Will Pay $725 Million to Settle Cambridge Analytica Class-Action Lawsuit

👁 1.33K   👥 333K   ⬲ 12



## Yahoo News - Latest News & Headlines

Facebook parent Meta will pay $725M to settle user data case

👁 206K   👥 58.9M   ⬲ 17



## Los Angeles Times

Meta agrees to pay $725 million over Cambridge Analytica scandal

👁 44K   👥 26.4M   ⬲ 108



## Yahoo Finance - Stock Market Live, Quotes, ...

Stock market today: Dow ends higher in choppy week as earnings, Fed worries sway

👁 207K   👥 42.4M   ⬲ 0



## Fortune

Facebook parent Meta pays record $725 million to settle Cambridge Analytica scandal

👁 271K   👥 14.3M   ⬲ 858



**Hypebeast. Driving Culture Forward**

Meta To Pay $725M USD in Settlement Over Cambridge Analytica Scandal

15.9K    5.86M    7



**Business News**

inflation, the natural gas plunge, tesla - Business News

13.1K    207K    0



**CNET**

Meta Settles Cambridge Analytica Scandal Lawsuit for $725M

29.9K    94.8M    132



**CNN**

Meta agrees to pay $725 million to settle lawsuit over Cambridge Analytica data leak | CNN Business

51.2K    22M    0



**The Week**

Meta to settle Cambridge Analytica lawsuit for $725 million

8.56K    1.69M    47



**New York Post**

Facebook parent Meta paying $725M to settle Cambridge Analytica suit

177K    65.1M    61



HuffPost

Facebook Parent Meta Will Pay $725M To Settle User Data Case

45.9K   15.6M   31



Chicago Tribune

Facebook parent Meta will pay $725M to settle user data case

13.1K   6.06M   26



Seeking Alpha

Meta Platforms rises as Facebook parent agrees to pay $725M Cambridge Analytica lawsuit

31.4K   7.05M   15



The New York Times - Breaking News, US N...

How to Claim Your Share of Facebook's $725 Million Privacy Settlement

441K   135M   15.3K



USA TODAY

Facebook parent Meta Platforms to pay $725M to settle Cambridge Analytica case

122K   66.5M   58



Yahoo News - Latest News & Headlines

Facebook settles data privacy suit for $725 mln

206K   58.9M   3



### Washington Post

How Facebook users can apply for a share of $725 million settlement

◎ 130K   👥 52.7M   ⦉ 2.44K



### CNBC

Facebook parent settles suit in Cambridge Analytica scandal

◎ 142K   👥 50.1M   ⦉ 82



### TechRadar

Good news, Facebook probably owes you money

◎ 26.5K   👥 49.2M   ⦉ 46



### Business Insider

Meta will pay $725 million to settle a privacy lawsuit that accused Facebook of sharing users' data with...

◎ 76.2K   👥 48.3M   ⦉ 1.83K



### The Verge

Meta agrees to pay $725 million to settle Cambridge Analytica class action lawsuit

◎ 36.2K   👥 47.3M   ⦉ 314



### NPR

Facebook parent Meta will pay $725M to settle a privacy suit over Cambridge Analytica

◎ 108K   👥 44M   ⦉ 1.44K



**New York Daily News**

Facebook to pay $725M to settle Cambridge Analytica lawsuit

👁 9.04K    👥 4.87M    🔗 93



**The Mercury News**

You can now apply for your share of a $725 million Facebook data privacy settlement. Here's how

👁 11.6K    👥 4.61M    🔗 78



**complex**

U.S. Facebook Users With Active Accounts Between 2007 and 2022 Can Claim Share of Historic $725...

👁 8.74K    👥 4.16M    🔗 0



**The Detroit News**

Are you a Facebook user? You could get some settlement cash

👁 15K    👥 3.73M    🔗 17



**6abc Philadelphia**

Facebook users can now apply for their share of $725 million data privacy settlement. Here's how

👁 20.6K    👥 3.22M    🔗 1.26K



**TechSpot**

Here's how to claim your share of Meta's $725 million privacy lawsuit settlement

👁 9.77K    👥 3.26M    🔗 43

# Exhibit J

*This is a Court approved Legal Notice. You are not being sued.*
*This is not a solicitation from a lawyer.*

*Para el notificación en Español visite nuestro sitio web.*

United States District Court for the Northern District of California

*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC

## <u>NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION</u>

---

## If you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive, you may be eligible for a cash payment from a Class Action Settlement.

---

- A Settlement[1] has been reached between Defendant Facebook, Inc., now known as Meta Platforms, Inc., ("Meta" or "Defendant") and Plaintiffs in a class action lawsuit pending in the United States District Court for the Northern District of California.

- You are included in this Settlement as a Settlement Class Member if you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive.

- The lawsuit is known as *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.). Defendant denies that it violated any law but has agreed to the Settlement to avoid the costs and risks associated with continuing this case.

- Your rights are affected whether you act or don't act. Please read this Notice carefully.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM** | The only way to receive a cash payment from this Settlement is by submitting a timely and properly completed Claim Form that obtains approval from the Settlement Administrator. The Claim Form must be submitted no later than **August 25, 2023**.<br><br>You can submit your Claim Form online at www.FacebookUserPrivacySettlement.com or download the Claim Form from the Settlement Website and mail it to the | **AUGUST 25, 2023** |

---

[1] All capitalized terms not defined in this document have the same meaning as in the Settlement Agreement, which can be viewed at www.FacebookUserPrivacySettlement.com.

**Questions? Call 1-855-556-2233 Toll-Free or Visit www.FacebookUserPrivacySettlement.com**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| | Settlement Administrator. You may also call the Settlement Administrator to receive a paper copy of the Claim Form. If your claim is approved by the Settlement Administrator, you will give up the right to sue the Defendant in a separate lawsuit about the legal claims or factual allegations this Settlement resolves. For more information see **Question 10.** | |
| **OPT OUT OF THE SETTLEMENT** | You can choose to opt out of the Settlement and receive no payment. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims and factual allegations resolved by this Settlement. You can choose to hire your own legal counsel at your own expense. For more information see **Question 16.** | **JULY 26, 2023** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for a payment. For more information see **Question 17.** | **JULY 26, 2023** |
| **DO NOTHING** | Unless you opt out of the settlement, you are automatically part of the Settlement. If you do nothing, you will not get a payment from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims or factual allegations resolved by this Settlement. | No Deadline |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement.

<table>
<tr><td align="center"><b>WHAT THIS NOTICE CONTAINS</b></td></tr>
</table>

BASIC INFORMATION ................................................................................................................ 3

WHO IS IN THE SETTLEMENT ................................................................................................. 4

THE SETTLEMENT BENEFITS ................................................................................................. 4

HOW TO GET A PAYMENT—MAKING A CLAIM ................................................................. 5

THE LAWYERS REPRESENTING YOU ................................................................................... 6

EXCLUDING YOURSELF FROM THE SETTLEMENT ........................................................... 7

COMMENTING ON OR OBJECTING TO THE SETTLEMENT .............................................. 7

**Questions? Call 1-855-556-2233 Toll-Free or Visit www.FacebookUserPrivacySettlement.com**

The Court's Final Approval Hearing ................................................................................................. 9

If I Do Nothing ................................................................................................................................ 9

Getting More Information ............................................................................................................. 10

**BASIC INFORMATION**

## 1. Why was this Notice issued?

A federal court authorized this Notice because you have a right to know about the proposed Settlement of this class action lawsuit and about all of your options before the Court decides whether to grant final approval of the Settlement. This Notice explains the lawsuit, your legal rights, what benefits are available, and who can receive them.

For information on how to determine if you are a Settlement Class Member, and therefore eligible for benefits under this settlement, see **Question 5**.

## 2. What is this lawsuit about?

Numerous lawsuits were brought on behalf of Facebook users who allege that Facebook (now Meta Platforms, Inc.) shared or otherwise made accessible to third parties (including but not limited to third-party app developers, "whitelisted" parties, business partners, advertisers, and data brokers) user data and data about users' friends without permission of the users whose data was shared, and did not sufficiently monitor and enforce third-party access or use of that data. The Honorable Vince Chhabria of the United States District Court for the Northern District of California was appointed to oversee these lawsuits, which have been consolidated as *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.). The people that filed this lawsuit are called the "Plaintiffs" and the company they sued, Facebook, Inc. (now Meta Platforms, Inc.) is called the "Defendant." Settlement Class Members include all Facebook users in the United States between May 24, 2007, and December 22, 2022, inclusive. Meta expressly denies any liability or wrongdoing.

## 3. What is a class action?

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are known as "class representatives." Together, the people included in the class action are called a "class" or "class members." One court resolves the lawsuit for all class members, except for those who opt out from a settlement. In this Settlement, the Settlement Class Representatives are Plaintiffs Steven Akins, Jason Ariciu, Anthony Bell, Bridgett Burk, Terry Fischer, Tyler King, Jordan O'Hara, and Cheryl Senko.

3

Questions? Call 1-855-556-2233 Toll-Free or Visit www.FacebookUserPrivacySettlement.com

## 4. Why is there a Settlement?

The Court did not decide in favor of Plaintiffs or Defendant. Defendant denies all claims and that it violated any law. Plaintiffs and Defendant agreed to a Settlement to avoid the costs and risks of a trial, and to allow the Settlement Class Members to receive payments from the Settlement. The Settlement Class Representatives and their attorneys think the Settlement is best for all Settlement Class Members.

### WHO IS IN THE SETTLEMENT?

## 5. Who is in the Settlement?

The Settlement Class includes all Facebook users in the United States between May 24, 2007, and December 22, 2022, inclusive (the "Class Period").

You may file a claim if you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive. Each Settlement Class Member may only file one claim.

## 6. Are there exceptions to being included?

Yes. The Settlement Class does not include: (i) all persons who are directors, officers, legal representatives, alleged co-conspirators, and agents of Defendant or its wholly or partly owned subsidiaries or affiliated companies or employees of Defendant or its subsidiaries and affiliated companies; (ii) counsel for any plaintiff whose case was consolidated into this MDL and their employees, including but not limited to Class Counsel for Plaintiffs and their employees; (iii) the Special Master, Discovery Mediators, and Settlement Mediator who participated in this case and their staff; and the Judges and Court staff, as well as any appellate court to which this matter is ever assigned; and (iv) eligible persons who elect to opt out of the Settlement Class.

You may file a claim if you were a Facebook user in the United States between May 24, 2007, and December 22, 2022, inclusive.

If you are not sure whether you are included in the Settlement Class, you can ask for free help by emailing the Settlement Administrator at info@FacebookUserPrivacySettlement.com or calling the Settlement Administrator at 1-855-556-2233. You may also view the Settlement Agreement at www.FacebookUserPrivacySettlement.com.

### THE SETTLEMENT BENEFITS

## 7. What does the Settlement provide?

If the Settlement is approved by the Court, Meta will establish a Settlement Fund of seven hundred twenty-five million dollars ($725,000,000.00) to pay all valid claims submitted by the Settlement Class

Members, as well as notice and administration expenses, any attorneys' fees and costs, and any Service Awards for the Settlement Class Representatives.

## 8. How much will my payment be?

The answer depends on how many Settlement Class Members submit valid claims and how long you were a user on Facebook during the Class Period.

First, the total amount distributed will be the Settlement Fund minus the Administrative Costs, any amount awarded by the Court as fees and costs to Class Counsel, and any Service Awards to the Settlement Class Representatives. The resulting amount is called the "Net Settlement Fund." The Net Settlement Fund is the amount of money available to be distributed to Settlement Class Members.

Next, the Net Settlement Fund will be allocated to Settlement Class Members who submit valid claims, also called "Authorized Claimants." The Settlement Administrator will assign each Authorized Claimant one point for each month in which the Authorized Claimant had an activated Facebook account during the Class Period.

After the deadline for submitting a claim (see **Question 11** below), the Settlement Administrator will add up all the points assigned to all the Authorized Claimants and divide the Net Settlement Amount by that number. The result will be the amount of the Net Settlement Fund available for each point. Each Authorized Claimant will receive that per-point amount multiplied by the number of points they were assigned.

## 9. What claims am I releasing if I stay in the Settlement Class?

Unless you exclude yourself from the Settlement, you cannot sue, continue to sue, or be part of any other lawsuit against the Defendant about any of the legal claims this Settlement resolves or the factual allegations on which this case is based. The "Released Claims" section in the Settlement Agreement describes the legal claims that you give up ("release") if you remain in the Settlement Class. In summary, unless you exclude yourself from the Settlement, you will release any and all claims of any type based on any theory of recovery that are based on, relate to, or arise out of the identical factual predicate as the allegations in this Action. The Released Claims language section is in paragraph 73 of the Settlement Agreement, which can be found at www.FacebookUserPrivacySettlement.com.

### HOW TO GET A PAYMENT—MAKING A CLAIM

## 10. How do I submit a claim and get a cash payment?

You may file a claim if you were a Facebook user in the United States between May 24, 2007 and December 22, 2022, inclusive.

Claim Forms may be submitted online at www.FacebookUserPrivacySettlement.com or printed from the Settlement Website and mailed to the Settlement Administrator at: Facebook Consumer Privacy

User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

You may also contact the Settlement Administrator to request a Claim Form by telephone 1-855-556-2233, by email info@FacebookUserPrivacySettlement.com, or by U.S. mail at Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

## 11. What is the deadline for submitting a claim?

If you submit a claim by U.S. mail, the completed and signed Claim Form must be postmarked by **August 25, 2023**. If submitting a Claim Form online, you must do so by **11:59 p.m. PDT on August 25, 2023**.

## 12. When will I get my payment?

The Court has scheduled a Final Approval Hearing for the Settlement of this case on **September 7, 2023 at 1 p.m. PDT** to consider: (1) whether to approve the Settlement; (2) any objections to the Settlement or any of its terms submitted to the Court; (3) the requests for awards to the Settlement Class Representatives; and (4) the request for an award of attorneys' fees and costs to Class Counsel for their work in this litigation. If the Court approves the Settlement, there may be appeals. It is always uncertain whether appeals will be filed and, if so, how long it will take to resolve them. Settlement payments will be distributed as soon as possible if the Court grants Final Approval of the Settlement and after any appeals are resolved.

The briefs and declarations in support of the Final Approval of the Settlement and the requests described above will be posted on the Settlement Website, www.FacebookUserPrivacySettlement.com, after they are filed. You may ask to appear at the Final Approval Hearing but you do not have to appear. The date and time of the Final Approval Hearing is also subject to modification by the Court. Please review the Settlement Website for any updated information regarding the Final Approval Hearing.

### THE LAWYERS REPRESENTING YOU

## 13. Do I have a lawyer in the case?

Yes. The Court has appointed Derek W. Loeser of Keller Rohrback L.L.P. and Lesley E. Weaver of Bleichmar Fonti & Auld LLP to represent the Settlement Class as Class Counsel. You will not be charged for their services.

| | |
|---|---|
| Derek W. Loeser | Lesley E. Weaver |
| Keller Rohrback L.L.P. | Bleichmar Fonti & Auld LLP |
| 1201 Third Ave., Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |

## 14. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel works for you. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 15. How will the lawyers be paid?

Class Counsel will ask the Court for an award of attorneys' fees not to exceed 25% of the Settlement Fund, as well as reasonable expenses incurred in the litigation. They will also ask the Court to approve a Service Award for each of the Settlement Class Representatives not to exceed $15,000 each. The Court may award less than these amounts. If approved, these fees, expenses and awards will be paid from the Settlement Fund.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

## 16. How do I opt out of the Settlement?

If you do not want to receive any benefits from the Settlement, and you want to keep your right, if any, to separately sue the Defendant about the legal issues or factual allegations in this case, you must take steps to exclude yourself from the Settlement Class. This is called "opting out" of the Settlement Class. The deadline for requesting to opt out is **July 26, 2023**.

To exclude yourself from the Settlement, you may submit a completed and signed opt out request online at www.FacebookUserPrivacySettlement.com or by U.S. mail at the below address. You may also submit a written request for exclusion by U.S. mail at the below address that includes the following information: (i) the case name of the Action, *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.); (ii) your name and current address; (iii) your personal signature; (iv) a statement clearly indicating your intent to be excluded from the Settlement (the request can only be made for you, not on another person's behalf unless made by a person who has legal guardianship); (v) your Facebook account URL (if reasonably available) and the email address and telephone number associated with your Facebook account; and (vi) a statement that you were a Facebook user during the Class Period.

<div align="center">

Facebook Consumer Privacy User Profile Litigation
c/o Settlement Administrator
Attn: Exclusion
P.O. Box 58220
Philadelphia, PA 19102

</div>

If you exclude yourself, you are stating to the Court that you do not want to be part of the Settlement. You will not be eligible to receive a payment if you exclude yourself. You may only exclude yourself – not any other person, unless that person is under your legal guardianship (such as a minor child). Opt-out requests seeking exclusion on behalf of more than one individual will be found invalid by the Settlement Administrator.

If submitted electronically, your request to opt-out must be submitted and verified using a link sent to the email you provide with your opt-out request no later than 11:59 p.m. PDT on or before **July 26, 2023**.

If submitted by U.S. mail, the written request to opt-out must be postmarked no later than **July 26, 2023**.

<p style="text-align:center">COMMENTING ON OR OBJECTING TO THE SETTLEMENT</p>

| 17. How do I tell the Court if I like or do not like the Settlement? |
| --- |

If you are a Settlement Class Member, you can choose to object to the Settlement if you do not like it or a portion of it. You can ask the Court to deny approval by filing an objection. You can give reasons why you think the Court should not approve it. The Court will consider your views. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court denies approval, no settlement payments will be sent out, and the lawsuit will continue. If that is what you want to happen, you should object.

Any comments or objections from Settlement Class Members regarding the proposed Settlement Agreement must be submitted in writing to the Court either by mailing them to the Class Action Clerk, United States District Court for the Northern District of California; or by filing them in person at any location of the United States District Court for the Northern District of California, and they must be filed or postmarked on or before **July 26, 2023**.

<p style="text-align:center">**Class Action Clerk**<br>**United States District Court for the Northern District of California**<br>**450 Golden Gate Avenue, Box 36060**<br>**San Francisco, CA 94102-3489**</p>

Your objection must include: (i) the case name and number: *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.); (ii) your full name, address, telephone number, and email address; (iii) your Facebook account URL (if reasonably available) and the email address associated with your Facebook account; (iv) the full name, address, telephone number, and email address of your counsel (if you are represented by counsel); (v) a statement that you were a Facebook user during the Class Period and the dates of such use; (vi) a statement of whether your objection applies only to you, to a specific subset of the class, or to the entire class; (vii) a statement of the number of times in which you (and, where applicable, your counsel) have objected to a class action settlement, along with the caption of each case in which you (or your counsel) made such objection; (viii) a statement of whether the objector has sold or otherwise transferred the right to their recovery in this Action to another person or entity, and, if so, the identity of that person or entity; (ix) a statement of the specific grounds for the objection, including any legal or factual support and any evidence in support of the objection; (x) a statement of whether you intend to appear at the Final Approval Hearing, and if so, whether personally or through counsel; and (xi) your signature. These requirements may be excused by the Court upon a showing of good cause.

You or your attorney may speak at the Final Approval Hearing about your objection. To do so, you must include a statement in your objection indicating whether you or your attorney intend to appear at

the Final Approval Hearing. This requirement may be excused upon a showing of good cause. You may also appear at the Final Approval Hearing without submitting a written objection upon a showing of good cause.

## 18. What is the difference between objecting and excluding?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is opting out and stating to the Court that you do not want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because the Settlement no longer affects you.

### THE COURT'S FINAL APPROVAL HEARING

## 19. When is the Court's Final Approval Hearing?

The Court has scheduled a Final Approval Hearing at **1 p.m. PDT on September 7, 2023** The hearing will proceed by video conference. A link to the video conference is available at the following address: https://www.cand.uscourts.gov/judges/chhabria-vince-vc/.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Class Counsel's request for an award of attorneys' fees and expenses, as well as the Settlement Class Representatives' Service Awards. If there are objections, the Court will consider them. Judge Chhabria will listen to people who have asked to speak at the hearing (see **Question 17** above). After the hearing, the Court will decide whether to approve the Settlement.

The date or time of the Final Approval Hearing may change. Please check the Settlement Website, www.FacebookUserPrivacySettlement.com, for any updates, and to find out whether the Final Approval Hearing will be held in person or by video conference.

## 20. Do I have to come to the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish. If you file an objection, you do not have to come to the Final Approval Hearing to talk about it. If you file your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but such attendance is not necessary for the Court to consider your objection if it was filed on time.

### IF I DO NOTHING

## 21. What happens if I do nothing at all?

If you are a Settlement Class Member and you do nothing, you will give up the rights explained in **Question 9**, including your right to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against the Defendant and the Released Parties about the legal issues or factual allegations resolved by this Settlement. In addition, you will not receive a payment from this Settlement.

### GETTING MORE INFORMATION

| 22. How do I get more information? |
| --- |

This Notice summarizes the proposed Settlement. Complete details are provided in the Settlement Agreement. The Settlement Agreement and other related documents are available at the Settlement Website, www.FacebookUserPrivacySettlement.com.

If you have additional questions, you may contact the Settlement Administrator by email, phone, or mail:

Email: info@FacebookUserPrivacySettlement.com

Toll-Free: 1-855-556-2233

Mail: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

Publicly filed documents can also be obtained by:
- accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov;
- reviewing the Court's online docket: https://www.cand.uscourts.gov/judges/chhabria-vince-vc/in-re-facebook-inc-consumer-privacy-user-profile-litigation/; or
- visiting the office of the Clerk of the United States District Court for the Northern District of California at: Office of the Clerk, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102-3489 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

***Please do not telephone the Court, the Clerk's Office, or Meta to inquire about the Settlement or the Claims Process.***

# Exhibit  K

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

## CLAIM FORM INSTRUCTIONS

This Claim Form is for Settlement Class Members.  The Settlement Class includes the following: All Facebook users in the United States between May 24, 2007 and December 22, 2022.  To receive a payment from the Settlement, you must complete and submit this form.

## How To Complete This Claim Form

1.  There are two ways to submit this Claim Form to the Settlement Administrator: (a) online at www.FacebookUserPrivacySettlement.com; or (b) by U.S. Mail to the following address: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  Your Claim Form must be submitted by **August 25, 2023**. If you submit your claim by U.S. mail, make sure the completed and signed Claim Form is postmarked by **August 25, 2023.**

2.  You must complete the entire Claim Form.  Please type or write your responses legibly.

3.  If your Claim Form is incomplete or missing information, the Settlement Administrator may contact you for additional information.  If you do not respond by the deadline provided by the Settlement Administrator for you to supply any such additional information, your claim will not be processed, and you will waive your right to receive money under the Settlement.

4.  You may only submit one Claim Form.

5.  Submission of the Claim Form does not guarantee payment.  Your Claim Form must be approved by the Settlement Administrator.

6.  If you have any questions, please contact the Settlement Administrator by email at info@FacebookUserPrivacySettlement.com, by telephone at 1-855-556-2233 or by U.S. mail at the address listed above.

7.  **You must notify the Settlement Administrator if your contact or payment information changes after you submit your Claim Form.  If you do not, even if you submit a valid claim under the Settlement, you may not receive your Settlement payment.**

8.  **DEADLINE --** If you submit a claim by U.S. mail, the completed and signed Claim Form must be postmarked by **August 25, 2023**.  If submitting a Claim Form online, you must do so by **11:59 p.m. PDT on August 25, 2023.**

<table>
<tr><td>

**Your claim must be submitted online or postmarked by: August 25, 2023**

</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

# Claim Form

</td><td>

**FCP**

</td></tr>
</table>

## I. YOUR CONTACT INFORMATION

Provide your name and contact information below.  You must notify the Settlement Administrator if your contact information changes after you submit this form.  NOTE: The personal information you provide below will be processed only for purposes of effectuating the Settlement.

| | |
|---|---|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| **Current Phone Number** | **Email Address** |

## II. DETAILS

| | |
|---|---|
| Did you reside in the United States at any time between May 24, 2007 and December 22, 2022, inclusive? | Yes ☐ <br> No ☐ |
| Were you a Facebook user at any time between May 24, 2007 and December 22, 2022? | Yes ☐ <br> No ☐ |
| Enter the email address(es), phone number(s), and/or username(s) associated with your Facebook account between May 24, 2007 and December 22, 2022: <br><br> Email(s): <br><br> 1. _____ <br> 2. _____ <br> 3. _____ | |

Phone Number(s):

        1. _____

        2. _____

        3. _____

Username(s):

*This information can be found on the Facebook mobile application or the website by navigating to "Account" > "Settings and Privacy" > "General Account Settings" > "Username."*

        1. _____

        2. _____

        3. _____

        4. _____

        5. _____

| | |
|---|---|
| ***IF YOU CURRENTLY HAVE A FACEBOOK ACCOUNT, YOU DO <u>NOT</u> NEED TO ANSWER THIS QUESTION AND CAN PROCEED TO SECTION III.***<br><br>***If you were a Facebook user at any time between May 24, 2007 and December 22, 2022, but have since <u>deleted</u> your account:***<br><br>Provide the date range you were a Facebook user.<br><br>Enter dates as MM/YY (e.g., 01/10 for January 2010). | Start Date:<br><br>___ ___ / ___ ___<br>MM    YY<br><br>End Date:<br><br>___ ___ / ___ ___<br>MM    YY |

## III.  METHOD FOR RECEIVING PAYMENT (choose one)

Please select <u>**one**</u> of the following payment options:

☐  **Prepaid Mastercard –** Enter the **email address** where you will receive the Prepaid Mastercard:

   **_____**

☐  **PayPal** - Enter your **PayPal email address**: _____

☐  **Venmo -** Enter the **mobile number** associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐  **Zelle -** Enter the **email address or mobile number** associated with your Zelle account:

   _____

☐  **Physical Check -** Payment will be mailed to the address provided above.

## IV.  VERIFICATION AND ATTESTATION UNDER OATH

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified above and the information provided in this Claim Form is true and correct.

_____        Date: _____
Your signature                                              MM        DD        YYYY

_____
Your name

### REMINDER CHECKLIST

1.  Please make sure you answered all the questions on the Claim Form. Be sure to select only **one** payment option.

2.  Please make sure that you signed and dated the Claim Form.

3.  Please keep a copy of your completed claim form for your own records.

4.  Please submit your completed Claim Form online OR by mail by August 25, 2023 to: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

# Exhibit L

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**Your Opt-Out Form must be postmarked by: JULY 26, 2023**

**FCP_OPT**

# Opt-Out Form

## I. YOUR CONTACT INFORMATION

**First Name**

**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. SIGNATURE

I am a Settlement Class Member who is requesting to be excluded from the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation,* Case No. 3:18-MD-02843-VC (N.D. Cal.) class action settlement. I was an active Facebook user who resided in the United States at any point between May 24, 2007 and December 22, 2022. I understand that by submitting this Opt-Out Form I am requesting exclusion from this Settlement, and I will not receive a Settlement payment.

_____
Your signature

Date: _____
MM          DD          YYYY

**If submitted electronically, this form must be submitted and verified using a link sent to you at the email address you have provided with your opt out request no later than 11:59 p.m. PDT on July 26, 2023.**

**If submitted by U.S. mail, this form or any written request to opt-out must be sent to the Settlement Administrator at the address below and be <u>postmarked by</u> July 26, 2023.**

*Facebook Consumer Privacy User Profile Litigation*
ATTN: Exclusion Request
P.O. Box 58220
Philadelphia, PA 19102

# Exhibit M

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**Your Objection Form must be postmarked by:** <u>**JULY 26, 2023**</u>

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class.  I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection.  You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I.  YOUR INFORMATION

**First Name**

**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

(____) ____-_____

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

**Does your objection apply only to you, to a specific subset of the class or the total class?**

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☐ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☐ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☐ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                                    ☐ YES   ☐ NO

**If so, please supply their name and contact information below:**

| |
|---|
| **Please indicate if you and/or your attorney plan to appear at the final approval hearing.** |

---

## III.  SIGNATURE

<br>

_____              _____
               Your signature                                                            Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below
OR by filing it in person at any location of the United States District Court for the Northern District of
California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

# Exhibit N

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

## CLAIM FORM INSTRUCTIONS

This Claim Form is for Settlement Class Members. The Settlement Class includes the following: All Facebook users in the United States between May 24, 2007 and December 22, 2022. To receive a payment from the Settlement, you must complete and submit this form.

### How To Complete This Claim Form

1. There are two ways to submit this Claim Form to the Settlement Administrator: (a) online at www.FacebookUserPrivacySettlement.com; or (b) by U.S. Mail to the following address: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Your Claim Form must be submitted by **August 25, 2023**. If you submit your claim by U.S. mail, make sure the completed and signed Claim Form is postmarked by **August 25, 2023.**

2. You must complete the entire Claim Form. Please type or write your responses legibly.

3. If your Claim Form is incomplete or missing information, the Settlement Administrator may contact you for additional information. If you do not respond by the deadline provided by the Settlement Administrator for you to supply any such additional information, your claim will not be processed, and you will waive your right to receive money under the Settlement.

4. You may only submit one Claim Form.

5. Submission of the Claim Form does not guarantee payment. Your Claim Form must be approved by the Settlement Administrator.

6. If you have any questions, please contact the Settlement Administrator by email at info@FacebookUserPrivacySettlement.com, by telephone at 1-855-556-2233 or by U.S. mail at the address listed above.

7. **You must notify the Settlement Administrator if your contact or payment information changes after you submit your Claim Form. If you do not, even if you submit a valid claim under the Settlement, you may not receive your Settlement payment.**

8. **DEADLINE --** If you submit a claim by U.S. mail, the completed and signed Claim Form must be postmarked by **August 25, 2023**. If submitting a Claim Form online, you must do so by **11:59 p.m. PDT on August 25, 2023.**

<table>
<tr><td>

**Your claim must be submitted online or postmarked by: August 25, 2023**

</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

# Claim Form

</td><td>

**FCP**

</td></tr>
</table>

## I. YOUR CONTACT INFORMATION

Provide your name and contact information below.  You must notify the Settlement Administrator if your contact information changes after you submit this form.  NOTE: The personal information you provide below will be processed only for purposes of effectuating the Settlement.

|  |  |
|---|---|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| **Current Phone Number** | **Email Address** |

## II. DETAILS

| | |
|---|---|
| Did you reside in the United States at any time between May 24, 2007 and December 22, 2022, inclusive? | Yes ☐<br><br>No ☐ |
| Were you a Facebook user at any time between May 24, 2007 and December 22, 2022? | Yes ☐<br><br>No ☐ |
| Are you filling a claim for a current account, a deleted account or a combination of both? | Current ☐<br><br>Deleted ☐<br><br>Both ☐ |

**CURRENT ACCOUNT**

Enter the email address(es), phone number(s), and/or username(s) associated with your Facebook account between May 24, 2007 and December 22, 2022:

**Current Email(s):**

1. _____
2. _____
3. _____

**Current Phone Number(s):**

1. _____
2. _____
3. _____

**Current Username(s):**

*For instructions about how to find your Facebook username, please see FAQ 17 at https://facebookuserprivacysettlement.com.*

1. _____
2. _____
3. _____

---

*DELETED ACCOUNT(S)*

**If you were a Facebook user at any time between May 24, 2007 and December 22, 2022, but have since <u>deleted</u> your account(s), complete the chart below for each deleted Facebook account.**

| # | Account ID Type (Select from: Phone Number, Username or Email Address) | Enter the Phone Number, Username or Email Address associated with your deleted account | Approximate Start Date | Approximate End Date |
|---|---|---|---|---|
| *Example* | *Phone Number* | *111-111-1111* | *1/1/2010* | *12/31/2010* |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

---

### III.  METHOD FOR RECEIVING PAYMENT (choose one)

---

Please make sure the email or phone number you provide to receive payment matches your contact information above.

Please select **<u>one</u>** of the following payment options:

☐ **Prepaid Mastercard –** Enter the **email address** where you will receive the Prepaid Mastercard:

_____

☐ **PayPal** - Enter your **PayPal email address**: _____

☐ **Venmo** - Enter the **mobile number** associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐ **Zelle** - Enter the **email address or mobile number** associated with your Zelle account:

_____

☐ **Physical Check** - Payment will be mailed to the address provided above.

---

### IV.  VERIFICATION AND ATTESTATION UNDER OATH

---

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified above and the information provided in this Claim Form is true and correct.


_____          Date: _____
Your signature                                                              MM          DD          YYYY


_____
Your name




### <u>REMINDER CHECKLIST</u>

1.  Please make sure you answered all the questions on the Claim Form. Be sure to select only **<u>one</u>** payment option.

2.  Please make sure that you signed and dated the Claim Form.

3.  Please keep a copy of your completed claim form for your own records.

4.  Please submit your completed Claim Form online OR by mail by August 25, 2023 to: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

# Exhibit  O

**From Email**: DoNotReply@FacebookUserPrivacySettlement.com
**From Name**: Facebook Consumer Privacy User Profile Litigation Settlement Administrator
**Subject**:  Facebook User Privacy Settlement Claim Submission

Notice ID:  XXX

Confirmation Code: XXX

Dear _____:

This message is intended to provide important additional information for certain people who have filed claims in this class settlement. Please read the following carefully.

The Settlement Website's "Submit Claim" form has been modified to accommodate claimants who created but then deleted one or more Facebook accounts during the class period, and then later created a *new* Facebook account during the class period. If that description fits you, follow the instructions below on how to edit your claim. Note that if you had multiple accounts at the same time, they won't be double counted.

As a reminder, the class period runs from May 24, 2007 to December 22, 2022.

Instructions For How To Edit Your Claim:

1. Go to the Settlement Website, [www.FacebookUserPrivacySettlement.com](www.FacebookUserPrivacySettlement.com)
2. Click on "Submit Claim."
3. Click the link located at the top of the page to edit your claim ("Filed A Claim? Click Here to Edit Your Claim").
4. Provide the Notice ID and Confirmation Code provided at the top of this notice in order to access and edit your claim.
5. In the "Details" section of the form, proceed to the third question ("Are you filing a claim for a current account, a deleted account or a combination of both?").
6. Select from the options: "Current Account(s)", "Deleted Account(s)" or "Both Current and Deleted Accounts."
7. Complete the information requested regarding your account(s), as applicable.