# EXHIBIT 3

**AUTHORIZED AGENT AGREEMENT**

By using this website, the Services and/or The Platform, The User agrees to This Service Agreement (this "Agreement") made by and between Communion, Inc. (d/b/a ClaimClam) and The User.

(1) Purpose
The User wishes to engage ClaimClam to provide the following services, which include, but are not limited to: acting as the User's exclusive representative in connection with procuring any of the User's buyback and restitution payment(s) for any and all claims pertaining to class action settlements. (together referred to as the "Settlement Agreements") in the United States. (the "Services"). ClaimClam shall be the User's exclusive representative for purposes of obtaining any buyback and restitution payments owed to the User under the Settlement Agreements.

(2) Service Fee
In consideration of ClaimClam's provision of the Services to the User, the User shall compensate ClaimClam as follows: **15%** of the User's gross Buyback payment and / or restitution payments, or the total amount of reasonable and related processing fees, whichever is higher, under the Settlement Agreements (i.e., before deductions for costs and expenses) in connection with information supplied by the User, hereto (the "Service Fees"). Such Service Fees shall be contingent upon ClaimClam receiving on the User's behalf, the buyback and restitution payments under the Settlement Agreements. If no buyback or restitution payments are received by ClaimClam on the User's behalf, no fees shall be paid to ClaimClam in connection with the Services.

(a) Costs and Expenses: ClaimClam may incur various costs and expenses in performing the Services under this Agreement. The User agrees to pay for all costs, disbursements and expenses paid or owed by the User in connection with this Agreement, or which have been advanced by ClaimClam on the User's behalf and which have not been previously paid or reimbursed to ClaimClam (it being agreed and understood that the User shall only be responsible for reimbursement of such costs in the event of a recovery. If no recovery is obtained, the User shall NOT be responsible for reimbursement of costs). Such costs and expenses shall be paid by the User from the restitution payment(s) received by ClaimClam on its behalf.

(3) Limitation of Liability
IN NO EVENT SHALL COMMUNION INC. (D/B/A CLAIMCLAM) BE LIABLE TO USER FOR INCIDENTAL, SPECIAL, INDIRECT, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, ANY DAMAGES RELATING TO LOST PROFITS OR LOSS OF BUSINESS OPPORTUNITY) UNDER ANY CIRCUMSTANCES EVEN IF USER OR COMMUNION INC. (D/B/A CLAIMCLAM) HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE LIABILITY OF COMMUNION INC. (D/B/A CLAIMCLAM), WHETHER IN TORT, CONTRACT, OR OTHERWISE, IS LIMITED TO THE AMOUNT OF FEES PAID TO COMMUNION INC. (D/B/A CLAIMCLAM) FOR SERVICES PURSUANT TO THIS AGREEMENT.

(4) Disclaimer of Guarantee
Nothing in this Agreement and nothing in ClaimClam's statements to User, statements to third parties, or ClaimClam's marketing materials, will be construed as a promise or guarantee about the

outcome of this matter. ClaimClam makes no such promises or guarantees. There can be no assurance that User will ultimately achieve the results contemplated by this Agreement notwithstanding ClaimClam's best efforts. User acknowledges that ClaimClam has made no promise or guarantees about the outcome.

(5) Miscellaneous

(a) Governing Law; Arbitration: This Agreement, and all claims or causes of action (whether in contract or tort) that may be based upon, arise out of or relate to this Agreement, or the negotiation, execution or performance of this Agreement (including without limitation any claim or cause of action based upon, arising out of or related to any representation or warranty made in or in connection with this Agreement or as an inducement to enter into this Agreement) ("Claims"), shall be governed by and construed in accordance with the internal laws of the State of New York, without reference to choice of law doctrine. Each of the Parties hereto (a) hereby irrevocably submits to the exclusive jurisdiction of the American Arbitration Association ("AAA") or any successor organization or body thereto, for the purpose of resolving any Claims, and (b) hereby irrevocably agrees that all Claims in respect of such proceedings will be heard and determined in Kings County, New York, in accordance with the Commercial Arbitration Rules of the AAA, before a single arbitrator to be mutually agreed upon by the Parties.

(b) Notices: Any notice given hereunder shall be in writing and delivered by hand, overnight courier or by first class mail, addressed as follows:
Communion Inc. (d/b/a ClaimClam)
℅ Zim Hang
12 Park St
Brooklyn, NY 11206

(c) Electronic Signatures: The parties agree that the electronic signature, whether digital or encrypted, of a party to this Agreement shall be as valid as an original signature of such party and shall be effective to bind such party to this Agreement. The parties agree that any electronically signed document (including this Agreement) shall be deemed (i) to be "written" or "in writing," (ii) to have been signed and (iii) to constitute a record established and maintained in the ordinary course of business and an original written record when printed from electronic files. Such paper copies or "printouts," if introduced as evidence in any judicial, arbitral, mediation or administrative proceeding, will be admissible as between the parties to the same extent and under the same conditions as other original business records created and maintained in documentary form. Neither party shall contest the admissibility of true and accurate copies of electronically signed documents on the basis of the best evidence rule or as not satisfying the business records exception to the hearsay rule. For purposes hereof, "electronic signature" means a manually-signed original signature that is then transmitted by electronic means; "transmitted by electronic means" means sent in the form of a facsimile or sent via the internet as a "pdf" (portable document format) or other replicating image; and, "electronically signed document" means a document transmitted by electronic means and containing, or to which there is affixed, an electronic signature, whether digital or encrypted.

(d) Entire Agreement: This Agreement contains the entire agreement of the Parties respecting the subject

matter of this Agreement and supersedes in all respects and for all purposes all prior agreements (written or oral) between the Parties and any of their respective controlled-affiliates respecting the subject matter of this Agreement. Neither Party (nor any of its representatives) has made any representation or warranty on which the other Party has relied or is entitled to rely other than as expressly set forth in this Agreement. ClaimClam is not responsible for performing any services not specifically described in the Agreement or in a subsequent writing signed by the parties.

(e) Amendment and Waiver: Except as otherwise provided herein, this Agreement may not be amended or modified except by a writing executed by the Parties. Waiver by a Party of any provision or any breach of any provision of this Agreement shall not be deemed to be a waiver of such provision in any other instance, or of any other breach of any provision hereof.

(f) Authorized Agent Agreement: The User hereby designates and appoints ClaimClam, as their authorized agent in the United States to accept and acknowledge on their behalf service of any and all process which may be served upon The User in connection with any suit, action or proceeding regarding injunctive or other equitable relief in connection with or under this Agreement or to enforce any award under this Agreement, and agrees that service of process upon said agent at said address and written notice of said service mailed or delivered in the manner provided herein shall be deemed in every respect effective service of process upon The User and/or Guarantor in connection with any suit, action or proceeding regarding injunctive or other equitable relief in connection with or under this Agreement or to enforce any award in connection with or under this Agreement. The User hereby agrees to provide ClaimClam with all supporting documents and authorizations necessary to procure the User's buyback and restitution payment(s) including, but not limited to: identification information, financial records, use records, purchase records, and authorization to obtain relevant records from third parties. User hereby agrees to indemnify and hold harmless ClaimClam for any and all claim denials, loss of restitution, restitution reductions, and loss of business opportunity due to incorrect claim information provided to ClaimClam by the User.

(g) Assignee Agreement: The User hereby acknowledges and agrees that ClaimClam may collect funds on behalf of the User as the assignee for the User. ClaimClam will collect its fee from any funds received and then disburse the remaining funds to the User.

(h) Severability: Any term of provision of this Agreement that is or may become invalid or unenforceable in any applicable jurisdiction shall be, as to such jurisdiction, deemed modified so as to allow enforceability of the Parties' original intent, as well as of the remaining terms and provisions of this Agreement. The User and ClaimClam hereto agree that failure by either party to strictly enforce any provision of this agreement shall not constitute a waiver or an estoppel, nor preclude either party from subsequent strict enforcement of any or all provisions hereof.

(i) Transfer: ClaimClam may assign the Agreements or any part of them, and ClaimClam may delegate any of its obligations under the Agreements. You may not assign the Agreements or any part of them, nor transfer or sub-license your rights under the Agreements, to any third party.

(j) No Partnership: This Agreement is not intended to create or evidence any partnership, joint venture, agency, or similar relationship of any kind whatsoever.

(k) Termination of use: The Agreements will continue to apply to the User until terminated by either the User or ClaimClam. However, you acknowledge and agree that the perpetual license granted by you in relation to User Content, including Feedback, is irrevocable and will therefore continue after expiry or termination of any of the Agreements for any reason. ClaimClam may terminate the Agreements or suspend the User's access to the ClaimClam Service at any time, including in the event of the User's actual or suspected unauthorised use of the ClaimClam Service and/or Content, or non-compliance with the Agreements. If the User or ClaimClam terminate the Agreements, or if ClaimClam suspends the User's access to the ClaimClam Service, the User agrees that ClaimClam shall have no liability or responsibility to the User except for disbursing any collected funds owed to the User . To terminate this agreement, simply send us an email with the subject 'I'd like to terminate our agreement' and ClaimClam, Inc will reply with a confirmation within 5 business days. This section will be enforced to the extent permissible by applicable law. The User may terminate the Agreements at any time.

(l) Headings: The heading to any paragraph in this Agreement in no way defines, limits, extends or interprets the scope of this Agreement.

(m) Counterparts and Execution: This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original but all of which will constitute one and the same agreement. This Agreement may be executed by facsimile and/or phone-recorded signatures and such signature will be deemed binding for all purposes of this Agreement, without delivery of an original signature being thereafter required.

Review
The User understands and acknowledges that User is engaging ClaimClam as their authorized agent to file on their behalf in class action settlements. User acknowledges and understands that User is not required to use a third party agent for filing and prior to retaining ClaimClam to file on their behalf, may choose to file without assistance. The User also understands and acknowledges that ClaimClam will act as the assignee on the behalf of the User. This will allow ClaimClam to receive funds on behalf of the User, collect ClaimClam fee for services in connection with the transaction, and disburse remaining funds owed to the User.

Contact Information
If you have any questions or comments about our User Agreement as outlined above, you can contact us at support@getclaimclam.com


**I agree to be bound by the terms set forth in this Authorized Agent Agreement:**

**Name**

_███████████████_ _____

Date: 05/07/2023

## TERMS OF SERVICE

Legal Information is NOT Legal Advice
This site provides information and open source news about legal proceedings, the law and class action lawsuit settlements as a Resource to provide content and concepts for users to address their needs. Legal information is NOT the same as legal advice – the application of law to an individual's specific circumstances. Although we go to great lengths to make sure our information is accurate and useful, we recommend you consult a lawyer if you want professional assurance that our information, and your interpretation of it, is appropriate to your particular situation. You should consider all postings or writings at getclaimclam.com by staff or others as personal opinion only and NOT the advice of a lawyer.

Non-commercial Use by Members
The Resources are for personal use only. Users may not use the Resources in connection with any commercial endeavors. Organizations, companies, agencies, and/or businesses may not become registrants and should not use the Resources for any purpose. Illegal and/or unauthorized uses of the Resources, including collecting usernames and/or email addresses of users by electronic or other means for the purpose of sending unsolicited email and unauthorized framing of or linking to the Resources may be investigated, and appropriate legal action may be taken, including without limitation, civil, criminal, and injunctive redress.

Copyrights/Trademarks
All Resources, content and materials available on getclaimclam.com including but not limited to text, graphics, website name, code, images and logos are the intellectual property of Communion, Inc. (d/b/a ClaimClam) and are protected by applicable copyright and trademark law. Any inappropriate use, including but not limited to the reproduction, distribution, display or transmission of any content on this site is strictly prohibited, unless specifically authorized by Communion, Inc. (d/b/a ClaimClam)

Governing Law
This website is controlled by Communion, Inc. (d/b/a ClaimClam) from our offices located in the state of NY, USA. It can be accessed by most countries around the world. As each country has laws that may differ from those of NY, by accessing our website, you agree that the statutes and laws of NY, without regard to the conflict of laws and the United Nations Convention on the International Sales of Goods, will apply to all matters relating to the use of this website and the purchase of any products or services through this site. Furthermore, any action to enforce this User Agreement shall be brought in the federal or state courts located in USA, NY. You hereby agree to personal jurisdiction by such courts, and waive any jurisdictional, venue, or inconvenient forum objections to such courts.

Communications
By using our websites and/or the Platform, you consent to receiving electronic and print communications from us. These communications may include notices about applicable fees and charges, transactional information and other information concerning or related to the website and/or Platform. These communications are part of your relationship with us. You agree that any notices, agreements, disclosures or other communications that we send you electronically or via traditional

mail services will satisfy any legal communication requirements, including that such communications be in writing.

Registration and security
Some aspects of the Services, may require you to register with Communion, Inc. (d/b/a ClaimClam) and set a password and user name ("User ID"). You shall provide Communion, Inc. (d/b/a ClaimClam) with accurate, complete, and updated registration information. Failure to do so shall constitute a breach of this Agreement, which may result in immediate termination of your account. You may not (i) select or use as a User ID a name of another person with the intent to impersonate that person; or (ii) use as a User ID a name subject to any rights of a person other than you without appropriate authorization. Communion, Inc. (d/b/a ClaimClam) reserves the right to refuse registration of or cancel a User ID in its discretion. You shall be responsible for maintaining the confidentiality of your password.

Fees and payment
Communion, Inc. (d/b/a ClaimClam) reserves the right to require payment of fees for certain or all Services. You shall pay all applicable fees, as described on the Website in connection with such Services selected by you. Communion, Inc. (d/b/a ClaimClam) reserves the right to change its price list and to institute new charges at any time, upon notice to you, which may be sent by email or posted on the Website. Your use of the Services following such notification constitutes your acceptance of any new or increased charges. Any fees paid hereunder are non-refundable.

Proprietary rights
You agree that all Resources and Materials are protected by copyright, trademark, and other laws of the United States and foreign countries. Except as expressly provided in these terms, we and our licensors exclusively own all right, title and interest in and to the Platform, all Materials, and all intellectual property rights therein, including, but not limited to: (i) the information, features, text, content, files, graphics, art work, icons, audio, sounds, copyrighted text, works of authorship, descriptions, and user and visual interfaces; (ii) the Platform; (iii) the design, appearance, structure, selection, coordination, expression, look and feel, and arrangement of the Platform; and (iv) the domain names, trademarks, service marks, proprietary logos and other distinctive brand features found on, or in, our websites and the Platform. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying our websites, the Platform or any part thereof.

Miscellaneous
The failure of either party to exercise, in any respect, any right provided for herein shall not be deemed a waiver of any further rights hereunder. If any provision of this Agreement is found to be unenforceable or invalid, that provision shall be limited or eliminated to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect and enforceable. This Agreement is not assignable, transferable or sublicensable by you except with prior written consent from Communion, Inc. (d/b/a ClaimClam). Communion, Inc. (d/b/a ClaimClam) may transfer, assign or delegate this Agreement and its rights and obligations without consent. No agency, partnership, joint venture, or employment is created as a result of this Agreement and you do not have any authority of any kind to bind Communion, Inc. (d/b/a ClaimClam) in any respect whatsoever. Headings for each section have been included above for your convenience, but such

headings do not have any legal meaning, and may not accurately reflect the content of the provisions they precede.

This website/platform may contain links to third party websites not controlled by Communion, Inc. (d/b/a ClaimClam) Any links on this website/platform to third party websites does not imply that Communion, Inc. (d/b/a ClaimClam) endorses or accepts responsibility for the content or use of the third party website, and such links are provided for informational purposes only. Communion, Inc. (d/b/a ClaimClam) does not guarantee the content or accuracy of any information or data displayed on any third party website. Communion, Inc. (d/b/a ClaimClam) shall not be liable in any way to the reader or any other person, firm or corporation whatsoever for any delays, inaccuracies, errors in or omissions of any information or data or the transmission thereof. The use of a third party web site may be subject to "Terms of Use", "Disclaimers" or similar legal conditions which can be substantially different from those associated with those of this website/platform. When using third party websites, you should familiarize yourself with the terms, conditions and policies implicated by the use of that site. It is your responsibility to take precautions to ensure that whatever you select for your use is free of viruses or other items of a destructive nature.

Guarantee
UNLESS OTHERWISE EXPRESSED, COMMUNION INC. (D/B/A CLAIMCLAM) EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

Contact Information
If you have any questions or comments about these our Terms of Service outlined above, please contact us at support@getclaimclam.com

**I agree to be bound by the terms and conditions set forth in this Terms of Service Agreement:**

**Name**

_[REDACTED]_____

Date: 5/7/2023 14:44:56