# EXHIBIT 4

**Exhibit D – Electronic Claim Form**

*Snyder, et al. v. Ocwen Loan Servicing, LLC*
U.S.D.C., Northern District of Illinois, Case No. 1:14-cv-08461

**Settlement Administrator**
**PO Box [_____]**
**[_____]**

**Toll Free Number: x-xxx-xxx-xxxx**
**Website: www.OcwenTCPASettlement.com**

<<mail id>>
<<Name1>>
<<Name2>>
<<Address1>>
<<Address2>>
<<City>><<State>><<Zip>>

## ELECTRONIC CLAIM FORM

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE
ALL OF THE INFORMATION BELOW AND YOU MUST ELECTRONICALLY SIGN THIS CLAIM FORM.**

**YOUR CLAIM FORM MUST BE SUBMITTED BY _____, 2017.**

1. **CLAIMANT INFORMATION:**

   _____  _____  _____
   FIRST NAME              MIDDLE NAME     LAST NAME

   _____
   ADDRESS 1

   _____
   ADDRESS 2

   _____   _____  _____ - _____
   CITY                                             STATE   ZIP          (optional)

   CONTACT PHONE NUMBER:        CELL PHONE NUMBER TO WHICH YOU RECEIVED A CALL:

   (XXX) XXX – XXXX             (XXX) XXX - XXXX

2. **CERTIFICATION:**

By signing and submitting this Claim Form, I certify that I received a call from Ocwen on the above cell phone number, and was the subscriber or user of the cell phone number.

   Signature: _____

   Date: _____

**Para ver este aviso en español, visite www.OcwenTCPASettlement.com.**

**For more information, visit www.OcwenTCPASettlement.com.**