Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE IN COUNSEL** |

PLEASE TAKE NOTICE that Angelica M. Ornelas hereby respectfully withdraws as attorney of record for all Plaintiffs. Counsel of record for Plaintiffs otherwise remains the same.

Dated: July 19, 2023							Respectfully submitted,

									BLEICHMAR FONTI & AULD LLP

									By:	*/s/ Lesley E. Weaver*
										Lesley E. Weaver

									Lesley E. Weaver (SBN 191305)
									Anne K. Davis (SBN 267909)
									Matthew S. Melamed (SBN 260272)
									Angelica M. Ornelas (SBN 285929)
									Joshua D. Samra (SBN 313050)
									1330 Broadway, Suite 630
									Oakland, CA 94612

Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023, I caused a copy of the foregoing document to be electronically filed using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

                                                        */s/ Angelica M. Ornelas*
                                                        Angelica M. Ornelas