| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC-JSC |
| This document relates to: <br><br> ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR PARTIAL RELIEF FROM STAY** |

# [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Administrative Motion for Partial Relief from Stay. Good cause appearing, the Court dissolves the stay for the limited purpose of permitting Plaintiffs to conduct targeted discovery from objectors whose role as objectors, or whose counsel's role in filing objections, has been criticized by other courts as potentially lacking good faith or not acting in furtherance of a class's best interests.

**IT IS SO ORDERED.**

Date: _____  _____

Hon. Vince Chhabria
United States District Judge