| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR PARTIAL RELIEF FROM STAY** |

I, Cari Campen Laufenberg, declare and state as follows:

1.      I am a partner at the law firm of Keller Rohrback L.L.P. ("Keller Rohrback") and one of the attorneys representing Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Administrative Motion for Partial Relief from Stay. I have personal knowledge of the information contained herein, and, if called as a witness, could and would testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of an email I received on July 20, 2023 from Kendrick Jan.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 20, 2023

By: _____
Cari Campen Laufenberg