# Exhibit 1

# Cari Laufenberg

| | |
|---|---|
| **From:** | Kendrick Jan <kj@jan-law.com> |
| **Sent:** | Thursday, July 20, 2023 10:31 AM |
| **To:** | Lesley Weaver; Cari Laufenberg |
| **Cc:** | jjpentz3@gmail.com |
| **Subject:** | Facebook Consumer Privacy |

Counsel:

After our July 20 telephone conversation, I looked at the preliminary approval order and found no aspect of the order allowing for depositions of objectors. Further, there is nothing in the notice to Class members advising that objectors will be subjected to deposition or other discovery. On what authority are you seeking to depose Class member/objectors Feldman and Mahaney? Though we will comply with an order of the Court, we certainly are not agreeing to produce our clients for depositions without such an order.

I look forward to hearing from you.

Kendrick Jan
Kendrick Jan, APC

1