Kendrick Jan, CA SBN 105149
Kendrick Jan, APC
225 Broadway, Suite 2220
San Diego, CA 92101
Telephone:  (619) 607-9750
kj@jan-law.com

John J. Pentz, Esq., MA Bar No. 561907
18 Damon Street,
Wayland, MA 01778
Telephone: (978) 261-5725
jjpentz3@gmail.com
(*pro hac vice* forthcoming)

Counsel for Objectors Sarah Feldman and Cameron Jan

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK INC. CONSUMER PRIVACY USER PROFILE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2843<br><br>Case No. 18-md-2834-VC<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR PARTIAL RELIEF FROM STAY |
| This Document Relates to:<br><br>ALL ACTIONS | | |

# [PROPOSED] ORDER

This matter came before the Court on Plaintiffs' Administrative Motion for Partial Relief from Stay. The proposed discovery from objectors Feldman and Mahaney being unnecessary to the matters to be decided by this Court, and the burden of complying with the proposed discovery clearly outweighing any likely benefit therefrom, Plaintiffs' Administrative Motion is hereby DENIED.

Date:_____

_____
Hon. Vince Chhabria
United States District Judge.