Shana E. Scarlett (Bar No. 217895)
shanas@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000

*Counsel for the Klein Plaintiffs (Interim Consumer Class Counsel in the Klein Litigation)*

[*Additional Counsel Listed in Signature Block*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843<br>Case No. 18-md-02843-VC<br><br>Hon. Vince Chhabria<br><br>***KLEIN* PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
| This Document Relates To: All Actions | |

Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs in the action *Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.) ("*Klein* Plaintiffs"), hereby submit this Administrative Motion for Leave to File Under Seal ("Motion") declarations in support of the *Klein* Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement filed simultaneously with this Motion.

In support, the *Klein* Plaintiffs state that the Declaration of Maximilian Klein, Declaration of Sarah Grabert, and Declaration of Rachel Banks Kupcho in Support of *Klein* Plaintiffs' Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement contains personally identifiable information relative to each *Klein* Plaintiff Objector, such as home address, email address, and phone number. Personal identifying information is good cause for partially sealing these declarations. *See Snapkeys, Ltd. v. Google LLC*, No. 19-CV-02658-LHK, 2021 WL 1951250, at *3 (N.D. Cal. May 14, 2021) (noting that "home address, phone number, and email address" are sealable); *see also Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, No. 17-CV-03874-LHK, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (sealing "names, addresses, phone numbers, and email addresses").

*Klein* Plaintiffs respectfully request that the Court grant their Administrative Motion to File Under Seal pursuant to Civil L.R. 7-11 and seal the aforementioned information from the public record.

| | |
|---|---|
| DATED: July 26, 2023 | Respectfully submitted, |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Shana E. Scarlett* <br> Shana E. Scarlett (Bar No. 217895) <br> shanas@hbsslaw.com <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br><br> Steve W. Berman (admitted *pro hac vice*) <br> steve@hbsslaw.com <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br><br> **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** <br> W. Joseph Bruckner (admitted *pro hac vice*) <br> wjbruckner@locklaw.com <br> Robert K. Shelquist (admitted *pro hac vice*) <br> rkshelquist@locklaw.com <br> Brian D. Clark (admitted *pro hac vice*) <br> bdclark@locklaw.com <br> Rebecca A. Peterson (Bar No. 241858) <br> rapeterson@locklaw.com <br> Arielle S. Wagner (admitted *pro hac vice*) <br> aswagner@locklaw.com <br> Kyle Pozan (admitted *pro hac vice*) <br> kjpozan@locklaw.com <br> Laura M. Matson (admitted *pro hac vice*) <br> lmmatson@locklaw.com <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-6900 | By: */s/ Kevin T. Teruya* <br> Kevin Y. Teruya (Bar No. 235916) <br> kevinteruya@quinnemanuel.com <br> Adam B. Wolfson (Bar No. 262125) <br> adamwolfson@quinnemanuel.com <br> Claire D. Hausman (Bar No. 282091) <br> clairehausman@quinnemanuel.com <br> Brantley I. Pepperman (Bar No. 322057) <br> brantleypepperman@quinnemanuel.com <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017-2543 <br> Telephone: (213) 443-3000 <br><br> Michelle Schmit <br> michelleschmit@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br><br> Manisha M. Sheth (admitted *pro hac vice*) <br> manishasheth@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> Telephone: (212) 849-7000 |

*Interim Co-Lead Counsel for the Consumer Class*

**ATTESTATION OF SHANA E. SCARLETT**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Shana E. Scarlett. By her signature, Ms. Scarlett attests that she has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: July 26, 2023                         */s/ Shana E. Scarlett*
                                                          Shana E. Scarlett

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2023, the foregoing document was served on all attorneys of record by electronic mail.

Dated: July 26, 2023                         */s/ Shana E. Scarlett*
                                                          Shana E. Scarlett