Shana E. Scarlett (Bar No. 217895)
shanas@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000

*Counsel for the Klein Plaintiff Objectors (Interim Consumer Class Counsel in the Klein Litigation)*

[*Additional Counsel Listed in Signature Block*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This Document Relates To: All Actions | MDL NO. 2843<br>Case No. 18-md-02843-VC<br><br>Hon. Vince Chhabria<br><br>**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF *KLEIN* PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILED UNDER SEAL** |

Case No. 18-MD-02843-VC
SCARLETT DECL. ISO ADMINISTRATIVE MOTION FOR LEAVE

010975-11/2316058 V1

I, Shana Scarlett, state under oath, as follows:

1. I am a partner at the law firm of Hagens Berman Sobol Shapiro LLP and serve as counsel for the *Klein* Plaintiffs (Maximilian Klein, Sarah Grabert, and Rachel Banks Kupcho), as well as court-appointed interim co-lead Consumer Class counsel in the case captioned *Klein v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.). I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would competently testify as follows.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Maximilian Klein in Support of *Klein* Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement in unredacted form. The portions of the declaration sought to be sealed have been highlighted.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Sarah Grabert in Support of *Klein* Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement in unredacted form. The portions of the declaration sought to be sealed have been highlighted.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Rachel Banks Kupcho in Support of *Klein* Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement in unredacted form. The portions of the declaration sought to be sealed have been highlighted.

5. *Klein* Plaintiffs seek leave to seal portions of their declarations in support of *Klein* Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement because the information contained therein is their personal identifying information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of July, 2023, in Berkeley, California.

                                        */s/ Shana E. Scarlett*
                                         Shana E. Scarlett