UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This Document Relates To: All Actions | MDL NO. 2843<br>Case No. 18-md-02843-VC<br><br>Hon. Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING *KLEIN* PLAINTIFF OBJECTORS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

Case No. 18-MD-02843-VC
[Proposed] Order

010975-11/2316058 V1

# [PROPOSED] ORDER

On July 26, 2023, plaintiffs in the action *Klein. v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.) (collectively, "*Klein* Plaintiffs") filed an administrative motion requesting authorization to file certain documents under seal. Having considered *Klein* Plaintiffs' motion, the Court **GRANTS** *Klein* Plaintiffs' motion and **ORDERS** sealed the documents listed below as follows:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Declaration of Maximilian Klein in Support of *Klein* Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement | Address, telephone number, email address |
| Declaration of Sarah Grabert in Support of *Klein* Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement | Address, telephone number, email address |
| Declaration of Rachel Banks Kupcho in Support of *Klein* Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile Litigation* Settlement Agreement | Address, telephone number, email address |

**IT IS SO ORDERED.**

Dated: _____, 2023

Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE