Shana E. Scarlett (Bar No. 217895)
shanas@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000

*Counsel for the Klein Plaintiff Objectors (Interim
Consumer Class Counsel in the Klein Litigation)*

[*Additional Counsel Listed in Signature Block*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843<br>Case No. 18-md-02843-VC<br><br>Hon. Vince Chhabria<br><br>**DECLARATION OF MAXIMILIAN KLEIN IN SUPPORT OF *KLEIN* PLAINTIFFS' STATEMENT OF OBJECTION TO RELEASE IN *FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION* SETTLEMENT AGREEMENT**<br><br>**[REDACTED VERSION]** |
| This Document Relates To: All Actions | |

1     I, Maximilian Klein, state under oath, as follows:

2     1.      I make this declaration of my own personal, firsthand knowledge, and if called and

3     sworn as a witness, I could and would competently testify as follows.

4     2.      I am a named plaintiff and proposed representative of the Consumer Class in the

5     case captioned *Klein et al. v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.).

6     3.      I believe I am a member of the proposed Settlement Class in *In Re: Facebook, Inc.*

7     *Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.).

8     4.      I object to the Settlement and its release for the reasons set forth in the submission

9     being filed by my attorneys entitled "*Klein* Plaintiffs' Statement of Objection to *Facebook, Inc.*

10    *Consumer Privacy User Profile Litigation* Settlement Agreement," including that the *Consumer*

11    *Privacy User Profile* release is so broad that it may release distinct claims based on a different set

12    of facts and legal theories which are currently being litigated before Judge Donato as part of the

13    *Klein* litigation (in which I serve as a proposed class representative for the Consumer Class).

14    5.      I am represented by counsel, and their full names, telephone numbers, and email

15    addresses are listed in the caption page of this filing, as well as in the filing entitled "Klein

16    Plaintiffs' Statement of Objection to Release in *Facebook, Inc. Consumer Privacy User Profile*

17    *Litigation* Settlement Agreement".

18    6.      My address is ████████████████████████    My telephone number is

19    ████████████    My email address is ████████████████

20    7.      To the best of my knowledge, I believe that my Facebook account URL is

21    ████████████████████████ that the email address associated with my Facebook account is

22    ████████████████ and that the phone number associated with my Facebook account is ██████

23    ██████

24    8.      I have maintained a Facebook account since 2006 and therefore understand that I

25    have been a Facebook user during the *Facebook User Profile* Settlement Class Period.

26    9.      My objection applies to all *Facebook User Profile* Settlement Class members, on

27    behalf of the Consumer Class in *Klein v. Meta*.

28

- 1 –                            Case No. 18-MD-02843-VC

1   10.    I have previously objected to one class action settlement; specifically, to *In Re*

2   *Facebook Internet Tracking Litigation*, Case No. 5:12-md-02314-EJD (N.D. Cal.).

3   11.    I have not sold or otherwise transferred the right to my recovery in this Action to

4   another person or entity.

5   12.    I intend to appear at the Final Approval Hearing through counsel.

6

7   I declare under penalty of perjury that the foregoing is true and correct.

8   Executed on this 26th day of July, 2023, in

9

10

11                         Maximilian Klein

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2023-07-24 DRAFT Klein Decl. ISO Klein Consumer Plaintiffs Objections to Cambridge Analytica Settlementdocx 7/25/2023