

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Benjamin J. Verrria, P47693 of Washington, District of Columbia is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on December 28, 1992 in Washtenaw County and became a member of the State Bar of Michigan on February 12, 1993.

Peter W. Cunningham, Executive Director
July 24, 2023