Roy M. Bartlett (SBN101563)
BARTLETT LAW FIRM
2872 Ygnacio Valley Rd.
Ste. 451
Walnut Creek CA 94598
Tel.: (925) 324-5150
roy@lawrmb.com

Benjamin J. Vernia*
Michigan Bar No. P47693
District of Columbia Bar No. 441287
THE VERNIA LAW FIRM
1455 Pennsylvania Ave., N.W., Suite 400
Washington, D.C. 20004
Tel. (202) 349-4053
Fax (866) 572-6728
bvernia@vernialaw.com
* *Pro hac vice application pending*

*Attorneys for Objectors,*
    *Stewart Harris and Ryan Cino*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Civil Action No. 3:2018md02843 |

**DECLARATION OF RYAN CINO IN SUPPORT OF OBJECTIONS**

NOW COMES Settlement Class Member Ryan Cino, and declares:

1. I submit this Declaration in support of the Objections filed on my behalf and that of Stewart Harris.

2. I am over 21 years of age and am competent to testify to the following facts, all of which stated herein are true and correct to the best of my knowledge, information, and belief.

3. The information required by Fed. R. Civ. P. 23(e)(5)(A) and Paragraph 15 of the Court's Order Granting Preliminary Approval of Class Action Settlement [ECF 1130] at 4 ¶ 15, is as follows:

   a. *Full Name:* Ryan Cino

   b. *Mailing Address:* 101 Ridley Lane, Decatur, Georgia 30030

   c. *Telephone Number:* 770-597-6192

   d. *Email Address:* cino.ryan@gmail.com

   e. *Facebook Account URL:* https://www.facebook.com/ryan.cino

   f. *Email Address(es) Associated With the Facebook Account:* cino.ryan@gmail.com and cino@gatech.edu

   g. *Telephone Number(s) Associated With the Facebook Account:* 770-597-6192

   h. *Dates of Use of Facebook:* I was a Facebook user during the Class Period. I joined Facebook in or about 2005, and have used Facebook continuously since then.

   i. *Number of Times I Have Objected to A Class Action Settlement:* Zero.

   My counsel, Benjamin J. Vernia, has informed me that he represented Objectors in the class action lawsuit titled *Haney, et al. v. Genworth Life Ins. Co., et al.*, No. 3:22-CV-00055-REP (E.D.Va.). Final judgment, including approval of class-wide amendments Mr. Vernia negotiated in that case, was rendered on February 15, 2023. [ECF 158].

   j. *Whether I Have Sold or Otherwise Transferred My Right to Recovery in This Class Action to Someone Else, and If So, Their Identity:* I have not done so.

4. The scope of each of the Objections made on my behalf is stated in the text of that document.

5. The grounds for each of the Objections made on my behalf is stated with specificity in the text of that document.

6. I do not intend to appear in person at the Final Approval Hearing, but my counsel will do so.

I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Date: July 26, 2023

_____
Ryan Cino
Decatur, Georgia