| Your Objection Form must be postmarked by: **JULY 26, 2023** | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*<br>Case No. 3:18-MD-02843-VC<br>www.FacebookUserPrivacySettlement.com | FCP_OBJ |

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

| Dorsey | Nunn |
|---|---|
| **First Name** | **Last Name** |

| 4400 Market Street |
|---|
| **Street Address** |

| Oakland | CA | 94608 |
|---|---|---|
| **City** | **State** | **Zip Code** |

| dorsey@prisonerswithchildren.org | ( 415 ) 255 - 7036 | |
|---|---|---|
| **Email address** | **Telephone number** | |

| https://www.facebook.com/dorsey.nunn | dorsey@prisonerswithchildren.org | |
|---|---|---|
| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

The reasons for the objection are described in the accompanying document dated July 26, 2023 "Objection to Final Approval by All of Us or None et al."

**Does your objection apply only to you, to a specific subset of the class or the total class?**

The objection applies to the total class insofar as it includes objection to the class definition.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2013-2022

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☒ YES   ☐ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

I have objected on behalf of Legal Services for Prisoners with Children to the settlement in Babu v County of Alameda (N.D.Cal), and my counsel is counsel on behalf of some of the Objectors in the pending appeal of the Babu case before the Ninth Circuit in (consolidated) 22-15275.

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**   ☒ YES   ☐ NO

**If so, please supply their name and contact information below:**   Eric C. Sapp (sbn 240372)
Legal Services for Prisoners with Children  4400 Market St. Oakland CA 94608  erics@prisonerswithchildren.org

| |
|---|
| Please indicate if you and/or your attorney plan to appear at the final approval hearing. |
| Counsel will appear at the hearing |

## III. SIGNATURE

_Dorsey E.␣␣␣_            July 26, 2023
Your signature           Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489