AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | ) | |
|---|---|---|
| In Re: Facebook Inc. Consumer Privacy User Profile Litigation | ) ) ) ) ) | Case No. 3:18-MD-02843-VC<br>Judge: Hon. Vince Chhabria |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All of Us or None (Objector), Dorsey Nunn (Objector), and Objector Roe 1.

Date: July 26, 2023

/s/ Eric C. Sapp
*Attorney's signature*

Eric C. Sapp    (SBN 240372)
*Printed name and bar number*

Legal Services for Prisoners with Children
4400 Market Street
Oakland CA 94608
*Address*

erics@prisonerswithchildren.org
*E-mail address*

415-625-7046
*Telephone number*

*FAX number*