Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Rosemarie T. Ring (SBN 220769)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel: 415.393.8200
Fax: 415.393.8306
rring@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

By and through their respective undersigned counsel, Plaintiffs and Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), submit this stipulated request for an order extending the page limit to no more than 30 pages for a consolidated reply in support of two pending motions related to the proposed settlement.

1. On June 21, 2023, Plaintiffs filed their Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. 1139). On July 11, Plaintiffs filed their Motion for Final Settlement Approval (Dkt. 1145).

2. Objections to the first motion were due July 21. (Dkt. 1130, ¶ 19.) Objections to the second motion were due July 26. (*Id.* ¶ 15.) Several objections have been filed by represented class members (Dkts. 1147, 1152, 1154), in addition to other objections by *pro se* class members.

3. Plaintiffs' replies in support of the two motions are due August 4. (Dkt. 1130, ¶¶ 19-20.) In Plaintiffs' view, a consolidated reply in support of both motions will prevent unnecessary repetition and promote clarity.

4. This Court's Civil Standing Order notes that if the parties believe more pages are necessary for motions for final approval of class settlements, the request is "likely to be granted." Civil Standing Order ¶ 51.

5. The Court previously granted a stipulated request that Plaintiffs be allowed to file a motion for attorneys' fees, expenses, and service awards of no more than 45 pages, although ultimately, that motion was 31 pages.

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, through their respective counsel, subject to approval and order of the Court, that Plaintiffs be permitted to file a Consolidated Reply in Support of Motions for Attorneys' Fees, Expenses, and Service Awards, and for Settlement Approval, not to exceed 30 pages.

| | |
|---|---|
| Dated: July 28, 2023 | Respectfully submitted, |

| | |
|---|---|
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| By:   */s/ Derek W. Loeser*<br>       Derek W. Loeser | By:   */s/ Lesley E. Weaver*<br>       Lesley E. Weaver |
| Derek W. Loeser (admitted *pro hac vice*)<br>Cari Campen Laufenberg (admitted *pro hac vice*)<br>David Ko (admitted *pro hac vice*)<br>Adele A. Daniel (admitted *pro hac vice)*<br>Benjamin Gould (SBN 250630)<br>Emma M. Wright (admitted *pro hac vice)*<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>dko@kellerrohrback.com<br>adaniel@kellerrohrback.com<br>bgould@kellerrohrback.com<br>ewright@kellerrohrback.com | Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Matthew S. Melamed (SBN 260272)<br>Joshua D. Samra (SBN 313050)<br>1330 Broadway, Suite 630<br>Oakland, California 94612<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>mmelamed@bfalaw.com<br>jsamra@bfalaw.com |
| Christopher Springer (SBN 291180)<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Tel.: (805) 456-1496<br>Fax: (805) 456-1497<br>cspringer@kellerrohrback.com | |
| Eric Fierro (admitted *pro hac vice*)<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Tel: (602) 248-0088<br>Fax: (602) 248-2822<br>efierro@kellerrohrback.com | |

*Plaintiffs' Co-Lead Counsel*

|  | GIBSON, DUNN, & CRUTCHER LLP |
|---|---|
| Deborah Stein (SBN 224570)<br>dstein@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | By: */s/ Rosemarie T. Ring*<br>Rosemarie T. Ring (SBN 220769)<br>rring@gibsondunn.com<br>Kristin A. Linsley (SBN 154148)<br>klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>mkutscherclark@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |
| Russell H. Falconer (*pro hac vice*)<br>rfalconer@gibsondunn.com<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3170<br>Facsimile: 214.571.2958 | Joshua S. Lipshutz (SBN 242557)<br>jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____

_____
VINCE CHHABRIA
United States District Judge

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July, 2023, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Sarah Skaggs*
Sarah Skaggs