# **Exhibit A**

# **Objections 44–51**

Objection 44......................................................................................................................1

Objection 45......................................................................................................................7

Objection 46....................................................................................................................11

Objection 47....................................................................................................................16

Objection 48....................................................................................................................21

Objection 49....................................................................................................................26

Objection 50....................................................................................................................31

Objection 51....................................................................................................................34

Objection 52....................................................................................................................43

Objection 53....................................................................................................................52

Objection 54....................................................................................................................57

# OBJECTION 44

<table>
<tr><td>

**Your Objection Form must be postmarked by: JULY 26, 2023**

</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

</td><td>

**FCP_OBJ**

</td></tr>
</table>

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Otis
First Name

Bonaparte, Sh
Last Name

[redacted]
Street Address

[redacted]
City

[redacted]
State

[redacted]
Zip Code

[redacted]
Email address

[redacted]
Telephone number

unknown
Facebook Account Username(s) (if available)

Email Address(es) associated with Facebook account

[redacted]
Phone number(s) associated with Facebook account

2

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

1) I never signed up with FaceBook'

2) Someone used my address and personal data to apply on FaceBook.

3) I was never notified by FaceBook

4) I information is still being used!

**Does your objection apply only to you, to a specific subset of the class or the total class?**

I never used FaceBook nor signed up for FaceBook!

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☐ YES   ☑ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

NO!

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☑ NO     Not yet

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**     Not yet     ☐ YES   ☑ NO

**If so, please supply their name and contact information below:**

Pending.

*I want to appear at the final hearing*

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

## III. SIGNATURE

_Otis S. Dompury_
Your signature

07/07/2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

4



Otis S. Bonaparte, JR

**CERTIFIED MAIL**

*Retail*

U.S. POSTAGE PAID
FCM LG. ENV
JUL 11, 2023
$5.94
RDC 99     R2304P118728-5
94102

Class Action Clerk
United States District Court for the
Northern District of California

450 Golden Gate Avenue Box 36060

San Francisco, CA   94102-3489

RECEIVED
JUL 17 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
JUL 17 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



# OBJECTION

# 45

*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No.
3:18-md-02843-VC (N.D. Cal.)

Markus Booker-Benitez



I had a facebook account and have had a facebook account during the "Class
Period." That is to say between May 24, 2007, and December 22, 2022 and
even now.

I have never objected to a class action lawsuit before, and am not sure if this
objection applies only to me or to a specific subset of the class, or to the
entire class.

I want to also state, I do not have counsel accept for those whom have already
been appointed to me, Mr. Derek W. Loeser and Ms. Lesley E. Weaver.

My objection is to the amount being awarded. I feel it's far too low based on
Facebook's previous history of violations. The fact that there is yet another
case against them for something they continue to do, shows they have no
intention of changing. They do not have any respect for the courts, or for the
laws of this nation. And even worse they have no respect for the privacy or
rights of their customers/users.

I am not a lawyer and have not sought legal counsel please forgive any lack of
proper written structure, legal terms, etc. Thank you for taking the time to
address my concerns.

Class Action Clerk
United States District Court for the Northern District
of California
450 Golden Gate Avenue Box 36060
San Francisco, CA 94102- 3489



Markus Benitez

RECEIVED
20 JUL 2023   PM 1  L
JUL 24 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

forever

94102-343210

# OBJECTION 46

<table>
<tr><td>

**Your Objection
Form must be
postmarked by:
JULY 26, 2023**

</td><td>

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

</td><td>

**FCP_OBJ**

</td></tr>
</table>

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

### DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT

## I. YOUR INFORMATION

*MATT*
**First Name**

*DE VRIES*
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

**Does your objection apply only to you, to a specific subset of the class or the total class?**

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

APRIL 2009 to CURRENT TIME   &   SEPT. 6 2018 TO PRESENT

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                                   ☐ YES   ☒ NO

**If so, please supply their name and contact information below:**

*No*

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

---

**III. SIGNATURE**

_____          7-17-2023
Your signature                                                    Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

MDV







RECEIVED

JUL 2 4 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CLASS ACTION CLERK
UNITED STATES DISTRICT COURT for the
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
BOX 36060
SAN FRANCISCO, CA 94102-3489

94102-348999

15

# OBJECTION 47

United States District Court
Northern District of California

Chicory Griffin,
              Plaintiff,

              V.                          Case No. # 3:18-md-02843-Vc

Facebook, Inc.,
              Defendant.

REQUEST FOR OBJECTION OF PROPOSED SETTLEMENT
AND OR MOTION FOR PROPOSED CONSENT JUDGMENT
Comes Now Plaintiff Chicory Griffin and hereby submits his Request
For Objection of Proposed Settlement and or in Alternative Motion
For Proposed Consent Judgment and states below:

# ① Plaintiff Notes that he was and is a Facebook User during the
class period and that Facebook, Inc. violated his Rights by Allowing
third Parties to Access his data Malenolently.

# ② Plaintiff states "that "Meta" and or "Facebook, Inc" caused ███
███████████████████████████████████ deriving from such Vile
████████████████████████████ uch infringements Plaintiff
Feels that only $700,000 or More will be a competent payment
For such deprivational orchestrations conveyed by Facebook, Inc.

# ③ Hence, Plaintiff objects to the total amount of the "Net Settlement
Fund" per point Amount system, and in Alternative Motions this court
For a Proposed Consent Judgment Awarding Plaintiff $700,000.
              WHEREFORE, Plaintiff prays For Relief And or any
Action this court deems Just and proper.

                    x _____ 17 _____         7-14-2023
                       Plaintiff / Signature          Date

NORThERN DisTricT OF CaliforNia

*This form must be submitted in paper format and cannot be filed electronically.*

**IMPORTANT:** Return this form to the Clerk's office promptly, but not later than twenty-one days after your appearance, answer or responsive pleading

ChicoRY GriffiN,

Plaintiff(s),

vs.

FacEBooK, INC.

Defendant(s)

Case No. #3:18-md-02843-Vc

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

☐ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☑ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties (please type or print):

ChicoRY GriffiN

Submitted By: ✗ _____    Dated: 7-14-23
*Signature of Counsel or Party if Pro Se*

Note: **Corporations may execute this election only by counsel.**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served (by mail) (by hand delivery) on all parties of record in this cause, this _14_ day of _July_, 2023.

Signature ✗ _____



Chicory Griffin#

9410283402 0004

RECEIVED

JUL 24 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CLERK of the court
United States District Court
Northern District of California
450 Golden Gate Ave. Box 36060
San Francisco, CA. 94102-3489

MAILED FROM

023

Legal
Mail

9410283489 0004



# OBJECTION 48

<table>
<tr><td>

**Your Objection
Form must be
postmarked by:
JULY 26, 2023**

</td><td>

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

</td><td>

**FCP_OBJ**

</td></tr>
</table>

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

| Gang | Hao |
|------|-----|
| **First Name** | **Last Name** |

| |
|---|
| **Street Address** |

| Columbus | ███ | ███ |
|----------|-----|-----|
| **City** | **State** | **Zip Code** |

| ███ | ███ |
|-----|-----|
| **Email address** | **Telephone number** |

| ███ | ███ | ███ |
|-----|-----|-----|
| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |

22

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

1 have an unique IP link to my facebook page at ███████

1 understand there is specific setting for all kinds of Facebook users

The purpose 1 am in facebook is to have fellowship with other

███████ In order to lower the online cyber security risk, 1

request the court to investigate the facebook technology.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Apply only to me.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES  ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES  ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES  ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                    ☐ YES  ☑ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

Yes.

## III. SIGNATURE

Gang Mao

Your signature

07/17/2023

Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Gang Hao

███████████████

**RECEIVED**

**JUL 24 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



18 JUL 2023   PM 1  4

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

94102-348999

# OBJECTION

# 49

<table>
<tr><td>

**Your Objection
Form must be
postmarked by:
JULY 26, 2023**

</td><td align="center">

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

</td><td align="center">

**FCP_OBJ**

</td></tr>
</table>

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## L YOUR INFORMATION

*LORIE*
**First Name**

*Merrill*
**Last Name**

**Street Address**

**Zip Code**

**Email address**

**Telephone number** *SORRY!*

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

*There were other emails & phone #'s I
believe, just can't recall them all*

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

First objection - Americans that missed the 24 hr notice should not have their Right to sue violated by this "Class Action" suit.

Second Objection - The monetary Amount put forth is unacceptable in Relation to the number of companies & the crimes they committed

Third Objection - This settlement should be denied.

Forth Objection - The Lawyers should be paid separately-not out of the settlement Amount. by the companies

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Total Class

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

Everyday from 07 - 2022 to present.

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** Only the one that Represents my Class in this suit   ☐ YES   ☐ NO

**If so, please supply their name and contact information below:**

I will not be—though I will watch what is streamed

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

The Lawyers that are part of this suit will attend the hearing.

## III. SIGNATURE

_Your signature_                                  7/14/23
_Date_

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



Lorie Merrill

RECEIVED
JUL 24 2023
CLERK U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

17 JUL 2023   PM 2   L

Class Action Clerk
United States District Court for the N. District California
450 Golden Gate Ave. Box 36060
San Francisco, CA 94102-3489

94102348S 0004

# OBJECTION 50

In re: Facebook, Inc. Consumer Privacy User Profile Litigation, Case No. 3:18-md-02843-VC (N.D.Cal)

Full name: Daniella Isabelle Nunnemaker
Address: █████████████████████████
Phone Number: █████████
Email: ████████████████
Facebook URL: ██████████████████████████████ associated email ████████████████
Not represented by counsel.
I was a Facebook user between Nov 20, 2009 and Dec. 22, 2022, on a daily basis for personal use.
My objection to the agreement applies to the entire class.
Neither I or any associated counsel have objected to a class action settlement previously.

My grounds for objecting to the settlement are laid out in the four points below:

1) The settlement is not an equitable amount compared to the amount of Americans 355+ million Americans this settlement may affect.
725M minus all costs spread around the population of America that may be affected (which is around 300M+) in my view does not give a commensurate amount per individual potentially affected.

2) The settlement amount in the agreement does not affect the defendant in any kind of meaningful way, this is like asking a millionaire to pay a 1,000 dollar parking fine, to the common man this is ludicrous, but to the millionaire this is nothing. The amount of the settlement in the agreement does not punish the defendant for their mis-use of personal information or even dissuade them from recommitting the offense.

The Defendant gained net income of 68+ Billion just in 2020 and 2021 alone, not accounting for the other 14 years of net profit and the pay out is only a fraction of that.
These figures are according to the defendant's own Fourth Quarter and Full year results for 2021
https://investor.fb.com/investor-news/press-release-details/2022/Meta-Reports-Fourth-Quarter-and-Full-Year-2021-Results/default.aspx

3) In my estimation the settlement will not equal the amount made by the Defendant over the 15 year period from the sales gathered per person.
Even taking into the account the settlement of 725M, the Defendant will undoubtedly still have made a profit on the sale of information without explicit permission or knowledge, which is not in itself a punishment. I would request that the court investigate the profit made by the Defendant from this mis-use of information and the settlement amount should be no less than equal to this sum.

4) In my opinion there is a national security risk posed with giant corporations beholden to themselves by sharing this information to 3rd parties.
This information was sent to undisclosed, insufficiently monitored to third parties by the Defendant and, as such, could easily have been given to foreign nationals.
Due to the Defendants' failure to enforce third-party access, the information could have been shared with foreign nationals and nothing could be done to stop them reusing it.

Court appearance statement: I do not intend on appearing

Signature:

*Daniella Isabel Nunnemaker*

Daniella Isabelle Nunnemaker
07/15/2023



CLASS ACTION CLERK
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA,
450 GOLDEN GATE AVENUE,
BOX 36060,
SAN FRANCISCO, C.A.
94102 - 3489.

**RECEIVED**

JUL 25 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# OBJECTION

# 51

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT of CALIFORNIA."

IN RE: FACE BOOK.INC. CONSUMER PRIVACY
USER ProFile

LITIGATION.
CASE NO. : 3:18-MD-02843-VC (N.D. Cal.)

Delia Tarver-Stinson
        Plaintiff
    VS.
META PLATFORMS, INC.
    DEFENDANT

"OBJECTION TO SETTLEMENT"

Plaintiff, Delia Tarver-Stinson, Address The Court
Asking Permission TO OBJECT To The Face Book User
Privacy Settlement FOR The Entire Settlement,
For The Entire Class, and Class Representatives.
On Ground It Does Not seem FaiR and
PlainTiFF OBJECT To the Settlement IF
It Does Not Include Compensation FoR Personal
INJURY FoR mental TRauma FoR the "Entire Class.
    "Statement"

I plaintiff, Delia Tarver-Stinson State that
This OBJECTION Represents me, and I state that
I have not sold my Right to Any Person or Entity
and I state that I will not show up in person At
The Final settlement Hearing.

Email: ▮▮▮▮▮▮▮
Delia Tarver-Stinson
Delia Tarver-Stinson

Phone ▮▮▮▮▮▮

plantiFF! Delia Tarver-Stinson

35

①

"United States District Court Northern District of California."

IN RE: www. FaCe Book INC. Consumer Privacy User Profile Litigation.

Court Case No: 3:18- m D - 02843 - VC (N.D. Cal.)

DELIA TARVER - STINSON
PlainTiFF
vs.
META PLATFORM. INC.
DeFendant

"PETITION"

"Now Come PlainTiFF, Delia TaRVeR - stinson, Class memBER Filing This claim Against De Fendant, META PlaTForm, INC., FoR Personal InjuRy oF ███████████

███████████ on Grounds De Fendant, meta PlatForm INC., shared and Did moniTor PlanTiFF, Delia Tarver - Stinson FaceBook UseR InFoRmation meta PlaTFoRm INC., shared with, ThiRD Parties, CamBRiDGE AnaLyTiCA, Business PaRTNeRs, DATA BRokeRs, Business PaRTneRs, DATA BRokeRs, ADVER TISeRs, wHITE Listed PaRTies, AND De FENDANT, META PLATFORMS, INC., Caused PLAINTIFF, Delia TaRver - stinson, A Personal INJURy, ███████████

███████████ AND PLAINTIFF,

STATES That DeFendant, META PLATFORM, INC.,
IS LIABLE To Plantiff Delia Tarver-Stinson FOR
Personal Injury and Plaintiff, Delia Tarver-Stinson
Is seeking Relief And Recovery IN monetary Damag
Against DeFendant, META PLATFORM INC., IN
The Amount oF. $100,000.00, ONE Hundred Thousand
Dollars. VENUE, Is Proper IN the
"UNITED STATES District Court, NORTHERN
District oF CaLiForNia,"
450- GOLDEN GaTE AVENUE
P.O. Box 36060, SAN FRANCISCO, CA
94102-3489.

'PETITION"

"PLAINTIFF, DELiA TARVER-STiNson ALLEGE
That The DEFENDANT, META PLATFORM, INC.
Shared PLAINTIFF, Delia Tarver-Stinson,
FaceBOOK USER ProFile InFormATion, with
THIRD ParTies, CAMBridges ANALYTICA,
DATA Brokers, ADVERTISERS. BUSINESS
PARTNERS. BUSINESS PARTNERS, WHITES
Listed PARTIES. AND DEFENDANT, META
PLATFORMS, INC., FAILED To MONITOR,
PLAINTIFF, Delia Tarver-Stinson,
FACEBOOK USER ProFiLE INFORMATION,
That DEFENDANT SHARED with THIRD
PARTIES, Putting PLAINTIFF

Delia Tarver-Stinson, FACEBOOK USER ProFile INFORMATION AT Risk OF Being used By THIRD Parties without Plaintiffs consent AND APPROVAL AND Causing PLAINTIFFS ███████ Delia Tarver-Stinson, A Personal Injury, A █████████

████████████████████████████████

██████████████████████ InFormation Due to Fact That PLAINTIFF's Information Could Be used without Plaintiff's Consent or Knowledge OF, FOR an undetermined Time Period That could Possibly Last, 50 Fifty years without Plaintiff, Delia Tarver-Stinson Consent or approval, Plaintiff, Delia Tarverstin Asserts That The DeFenDant, meta PLATFORMS, INC.) IS LIABLE To PLAINTIFF, Delia Tarver-Stinson FOR Causing A Personal Injury OF ████████████████

████████ and Plaintiff Asserts, that DeFendant meTA PLATFORMS, INC., Is Liable To Plaintiff FoR Damages and Plaintiff Is seek Relief and Recovery in monetary Damages in The Amount OF, $100,000.00 ONE HUNDRed Thousand Dollas, Against

META PLATFORMS, INC., PLAINTIFF HAS
SHOWN HOW THE DEFENDANT IS LIABLE TO
PLAINTIFF.

①

"FINDINESS OF FACTS"

① Did DEFENDANT, META PLATFORMS, INC.,
SHARE PLAINTIFF, Delia TARVER-STINSON,
FACEBOOK USER ProFile INFORMATION with
A THIRD PARTY? Please ANSWER YES OR NO.

② IF ANSWER is YES, Is DEFENDANT, META
PLATFORM, INC., LIABLE TO PLAINTIFF,
Delia TARVER-STINSON, FOR SHARING PLAINTIFF'S
FaceBook USER ProFile INFORMATION with a
THIRD Party without PLAINTIFF'S CONSENT OR
approval? Please ANSWER, YES OR NO.

"FINDINGS OF FACTS"

② Did DeFendant, META PLATFORMS, INC.,
Cause PLAINTIFF, Delia Tarver-Stinson
A Personal INjury, ███████████
████████████████████████████
███████████   By Sharing PLAINTIFF'S
FaceBook USER ProFile INFORMATION
with a THIRD Party without PLAINTIFF'S
Consent and Apporoval? Please ANSWER
YES OR NO

"Conclusions of Law"

(5)

1) IF DEFENDANT META PLATFORMS INC.,
SHARED PLAINTIFF, Delia Tarver-Stinson
FaceBook User Profile Information with,
THIRD Party without Plaintiffs Consent
OR Approval, Is Plaintiff's Entitled To
A Decision Against Defendant? Please
answer, yes or No.

1.a) IF ANSWER is yes Then Assess A Judgment
in Favor of Plaintiff, Delia Tarver-Stinson
Against Defendant, META PLatFORMS, INC.,

2) IF DEFENDANT, META PLATFORMS, INC.,
Is Liable To Plaintiff, Delia Tarver-Stinson
For Personal Injury of ████████████
████████████████████████████████
████████ Then award Award Plaintiff
Amount of Monetary Damages. FOR Personal
Injury.

PLaiNTiFF Signed ⑥

Delia Tarver - Stinson
Delia de Tarver - Stinson

PLaiNTiFF: Delia Tarver - Stinson

Address:

Phone:

Email Address



DELLA TARVER-STINSON

Retail

U.S. POSTAGE PAID
R

JUL 15, 2023

$0.90

94102

RDC 99

R2305H128185-11

RECEIVED

JUL 26 2023

CLERK US DISTRICT
NORTH DISTRICT CALIF

UNITED STATES DISTRICT COURT
NORTHERN District OF CALiFORNiA
Class Action Clerk

450 - Golben Gate Avenue

San FRANCISOO, CA.
94102

# OBJECTION

# 52

‹ INRE: Facebook consumer privacy user profile Litigation ›

Cause: #23-CV-02595-AMO
Cause: #3:18-Md-02843-Vc

CLERK OF COURT

— Mark B. Busby —, Please Note that these two causes ARE pending Before the court As seperate cases, As they shall be due to Plaintiff Tyler Johnson Being IN objection to the "Per-point Amount system" pertinent to the "Net settlement fund" iN #3:18-Md-02843-Vc (N.D.Cal). Plaintiff has suffered A Vast Array of severe damages and irreparable Harm and Requests $4,000,000 iN Relief due to the Vile and diabolical Orchestrations by "Facebook, Inc" & "Meta" and Various Malevolent 3rd parties. Plaintiff Tyler D. Johnson is Represented by Attorney:

> (Lesley E. Weaver: (Atty At Law)
> Bleichmar Fonti & Auld L.L.P
> 555 12th Street Suite #1600
> Oakland, CA. 94607

Plaintiff Tyler Darnell Johnson Requests A printout of the Docket Text for Case: #3:18-md-02843-Vc, And the Cause #23-CV-02595-AMO, "Docket texts" And any Relevant Files on both causes! Plaintiff plans to Attend the "Final Approval Hearing Via "Video conference" @ the Web Address:
• http://www.cand.uscourts.gov/Judges/chhabria-Vince Vcl. 1 p.m. PDT on September 7th, 2023. Please contact Heather Cofer: Warden Office-2727 Hwy K. Bonne Terre, mo. 63628 to schedule Video court conference?

Please send my Attorney "Lesley E. Weaver" on copy of this correspondence at: 555 12th St. suite #1600, oakland california 94607 (94607) And A Copy of the objection Motion.

44

#(2)

Plaintiff's current Mailing Address is listed below:

{ TYLER DARNELL JOHNSON ███████

███████████████████

Please send All documents pertinent to Both causes
to me, Plaintiff Tyler Johnson at the Above Address!

Tyler Johnson

7/16/2023

# United States District Court
## Northern District of California

Tyler D. Johnson,
**Plaintiff.**

V.                          Case No. # 3:18-md-02843-VC

FaceBook, Inc.,      (INre: FaceBook consumer privacy user profile litigation)
Defendant.

## Plaintiff's Objection to Proposed Settlement And/Or Motion For Proposed Consent Judgment

Comes Now Plaintiff Tyler Darnell Johnson and Hereby submits his Objection to Proposed settlement and/or in Alternative Motion For Proposed Consent Judgment and states the below Facts pertinent to thereof as follows:

#① Plaintiff Tyler Darnell Johnson Currently Resides at ███████
████████████████████████████████

#● Plaintiff Tyler Johnson Facebook Account lists him as being from ███████ and Attended ████████████ His E-mail Address is: ████████████████ and Plaintiff hopes to keep his privacy Rights to such knowledge of his E-mail info.

#③ Plaintiff Tyler Johnson consents to Representation by Attorney Lesley E. Weaver: Bleichmar Fonti & Auld L.L.P 555 12th Street Suite #1600 - Oakland, California. 94607. Appointed Counsel.

#④ Plaintiff Tyler D. Johnson Notes that he objects to the proposed settlement point system pertinent to his total amount that Will be Recieve Regarding a per-point amount system that will be used to distribute the "Net Settlement Funds." Plaintiff Requests a $4,000,000 Award in Relief From damages he suffered.

46

#⑤ Plaintiff Notes that he suffered severe damages caused by "Facebook, Inc" and OR "Meta." Plaintiff Johnson Notes that he suffered ███████████████ "and ███████████████ etc! The Plethora of irrepairable Harm and OR suffering includes ███████████████ and concern" ███████████████ "Bio-Metrical infringements" "deleterous cyberstalkings" etc.

#⑥ Plaintiff Hereby for those reasons and severe Damages and OR irrepairable Harm presently objects to the per-point amount system and OR proposed settlement and instead Motions this Honorable court for Relief of $4,000,000 from the "Net Settlement Fund", OR the $725,000,000 (settlement Fund.)

#⑦ Plaintiff Tyler Johnson Moves this court for $4,000,000 in Relief as part of his "Proposed consent Judgment Request" and this is a Alternative to such proposed settlement Agreement, as Plaintiff Tyler Darnell Johnson Notes that he has suffered very severe damages and has been unduly subjected to vile deprivations orchestrated by "Meta" "Facebook, Inc" and "third parties" who has used Plaintiff's Data to "cyberstalk" with "Bio-Metics" and "Technological Analysis" that violates plaintiff's privacy Rights and Has caused substantial irrepairable Harm and damages by sharing his Data with 3rd party culprits without his consent OR Knowledge.

WHEREFORE, Plaintiff Moves this Honorable court for Relief and OR Any Action that the court deems Just and proper.

x _Tylure Johnson_                    7/16/2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*This form must be submitted in paper format and cannot be filed electronically.*

**IMPORTANT:** Return this form to the Clerk's office promptly, but not later than twenty-one days after your appearance, answer or responsive pleading

TYLER DARNELL JOHNSON )
Plaintiff(s),                                )
                                             )
                                             )
          vs.                                )      Case No. #3:18-Md-02843-VC
                                             )
FACEBOOK, INC.,                              )
                                             )
Defendant(s)                                 )

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

☐       The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☑       The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties (please type or print):

TYLER DARNELL JOHNSON

_____

_____

Submitted By: _Tyler Johnson_          Dated: 7/16/2023
          Signature of Counsel or Party if *Pro Se*

**Note:** Corporations may execute this election only by counsel.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served (by mail) (by hand delivery) on all parties of record in this cause this _16th_ day of _July_____, 2023

                    Signature_Tyler Johnson_

48

United States District Court
Northern District of California

Tyler Johnson                        )
      Plaintiff,            )
                               )
                               )
                               )   Case No. #3:18-md-02843-VC
v.                                   )
FaceBook, Inc,                       )
      Defendant(s).         )
                               )

## MOTION FOR APPOINTMENT OF COUNSEL
### AND AFFIDAVIT IN SUPPORT

I, Tyler Darnell Johnson, hereby apply for appointment
of Counsel. In support of my application I declare under penalty of
perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe
I am entitled to redress.

(2) Because of my poverty, I am unable to pay a
reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel,
but because of my poverty I have been unable to secure same.
Following is a description of the efforts I have made:
THE COURT HAS APPOINTED ME COUNSEL BELOW:

    LESLEY E. WEAVER
    Bleichmar Fonti & Auld LLP
    555 12th Street, Suite # 1600
    Oakland, California 94607

I declare under penalty of perjury that the foregoing is true and
correct. Executed on July 16th, 2023          , 2023.

_____
Signature of Plaintiff

49



Tyler D. Johnson

MAILED FROM

JUL 18 2023

Mail

RECEIVED

18 JUL 2023  PM 9  L

JUL 27 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the court
United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA. 94102-348



# OBJECTION

# 53

Erica Lehner



July 22. 2023

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Re: *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-md-02843-VC (N.D. Cal.)

To Whom It May Concern:

I am writing to voice my opposition to the settlement agreement reached in the above-captioned matter.

The basic information requested on facebookuserprivacysettlement.com is as follows:

1.  Please see my name and contact information above.
2.  My Facebook account URL is ███████████████████ and the associated email is ███████
3.  I am not represented by counsel.
4.  I was a Facebook user during the Class Period. I first created my account during 2007 and continue to use Facebook through present.
5.  I have never objected to a class action settlement.
6.  I have not sold or otherwise transferred the right to recovery in this action to another person or entity.
7.  I do not intend to appear at the Final Approval Hearing.

According to Meta's Q1 2023 results report, the company earned over $5.7 billion in net income in that quarter alone. The settlement fund to be established per the terms of the settlement agreement is less than 13% of what Meta earned in a mere *three months*. The amount of money that Meta/Facebook has made during the Class Period is exponentially larger than this, meaning the amount that Meta will pay pursuant to the terms of the agreement is not even a drop in their proverbial bucket—it is a drop in an ocean.

Plaintiffs state in their July 11, 2023 filing that they anticipate that each Class Member will receive compensation of approximately $35. While it is difficult to put a price on what appropriate recompense would be for Facebook's and Cambridge Analytica's violation of a Facebook users' privacy, that is not really what is at issue here. The most important factor to be considered when determining the amount defendants must pay is: is this dollar amount an effective deterrent to future illegal actions on the part of defendants? Accordingly, will this judgment further serve as a deterrent against similar behavior by

other companies? Based on the above publicly-available financial information, I firmly believe that it is not, and therefore will not. Seven hundred twenty-five million dollars, for a company the size of Meta, is merely the cost of doing business.

The fact that the settlement is for an apparently historic amount, according to Reuters and other news outlets, is irrelevant. With all due respect, the Court must set a precedent that is actually meaningful, and shows that Meta's actions, as well as corporate malfeasance as a whole, will not be tolerated. This is an ongoing problem with court settlements and government-levied fines for wrongdoing by large companies, and this suit is as good a place to begin to address the issue as any. The present practice of giving companies a financial slap on the wrist for illegal activity or other harms committed communicates that not only are there are no real consequences for their actions, but that the legislature and judicial system essentially give tacit approval for these actions to continue.

At the very minimum—even if the Court finds the settlement fund amount to be reasonable—court costs and attorneys' fees should absolutely not be paid therefrom. The settlement amount is already comically low. Further reducing what minimal amount of restitution Facebook users will receive and effectively reducing Meta's financial liability by allowing Meta to pay these expenses using fund money is unacceptable.

I appreciate that you have spent the time to read this and others' objections to the settlement agreement, especially in light of the time-consuming nature of complex litigation such as this. As such, it is understandable that the Court's first preference would be to allow the parties to settle in the interest of administrative efficiency. In spite of this, I urge the Court to reject, or at least modify, the settlement agreement. Given the high-profile and far-reaching nature of this case, it is extremely important to send a message of deterrence to Meta and other companies in deciding what damages should be awarded. In its current form, the settlement agreement fails to convey that this message.

Please do not hesitate to contact me should you have any questions or need any additional information. Thank you again, and enjoy your day.


Sincerely,

Erica Lehner



Ms. Erica Lehner



24 JUL 2023   PM 8   L

Class Action Clerk
US District Court For the Northern District of CA
450 Golden Gate Ave., Box 36060
San Francisco, CA 94102-3489

**RECEIVED**

JUL 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-348999

# OBJECTION

# 54

FROM THE DESK OF

## ADAM MICHAEL KEELEY

████████████████████████████

███████████████████

██████████████████████

May 24, 2023

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

In re: Facebook, Inc. Consumer Privacy User Profile Litigation, Case No. 3:18-md-02843-VC (N.D. Cal.),

I object to the Facebook User Privacy Settlement case. My objection should not be interpreted as accusing the Defendant of any wrongdoing.

My Facebook account URL is not reasonably available, despite attempts having been made. I believe the email address associated with my Facebook account is or was ███████████████. Please note that I refuse to interact with Facebook to the extent need to retrieve or verify the URL or account, and I do not maintain an account to the present day.

I was a Facebook user during the Class Period and the applicable dates of such use.

I believe my objection applies only to a specific subset of the class. The class affected are Facebook users who, being citizens of the United States and of the State wherein they reside, had an active cellular network telephone service contract inclusive of their own legal name (subject to the jurisdiction thereof) during the Class Period.

I have not previously objected to any class action settlement, nevertheless I have carefully considered one opportunity to do so in the past, so mentioned to illustrate how seriously I weigh these matters in my affairs.

I, the objector, have not sold or otherwise transferred my right to recovery in this Action to another person or entity.

I specifically ground my objection in my belief that Facebook's conduct was not a violation under Cal. Bus. & Prof. Code §§ 17200 et seq. (West 2018), citing █████████ ████ Police Case Number█████████████████████████ as evidence. The case consists of a ████████████████████████████ ████████████████████████████████████████. I was an active Facebook user at the time, and reported the injustice promptly to local law enforcement. My personal cell phone was stolen, linked to a ████████ service plan ████████████ taken out, in good faith, under my own legal name. My cell phone was directly linked to my

Facebook user account activities, and to the account activities of implicated third-party app developers, such as music streaming services I recall using at the time of the incident (such as my ███████ account, ████████████████████).

The fact the incident occurred in a ██████████, I assert, is relevant. Humbly, I admit the proximate cause of the ████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ █████████████████████████. I relied on a sense of "Privacy," like designating a Facebook post "Private." I was simply mistaken. ████████████████████████ ████████████████████████████████████████████████ ███████████████████████████████████. No other souls were within my perception.

To my knowledge, no professional follow-up has been conducted; ████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████. The sole item of personal business I had at the time with the police was not mentioned, as the case number was not verified between parties. I found it to be a very strange interaction.

I support my "humble" assertion and "strange interaction" in the knowledge that since the both incidents, I have discovered ████████████████████████, evidence of ████████████████████████████████, calling into doubt my judgement and perception skills I relied on at the time.

The Plaintiffs have not shown any "allegedly deceptive or misleading statement" made by Defendants "was an immediate cause" of their or my injury(s). (*Kwikset Corp. v. Superior Court* (2011) 51 Cal.4th 326-327.), both elements being required for Plaintiff to have standing. If it pleases the court, if we imagine my phone was a "physical" Facebook post and combine it with the realization that any third party observer would have proximate knowledge of my "phone" and subsequent unawareness of my surroundings with my head down searching inside my car for my DVD player, the Causes of Action and Prayer for Relief are simply mistaken in their assertion that their complaint fulfills both the aforementioned requirements. I therefore, request that Your Honor reject the settlement.

I intend to appear, *pro se,* at the Final Approval Hearing, as necessary and prudent.

Sincerely yours,



