| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 1330 Broadway, Suite 630 |
| Seattle, WA 98101 | Oakland, CA 94612 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **SUPPLEMENTAL NOTICE OF FILING OF OBJECTIONS RECEIVED AFTER JULY 30, 2023**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Pursuant to the Order re Objections to Class Action Settlement (the "Order"), Dkt. 1131, Plaintiffs submitted 43 objections to the Class Settlement that they received as of July 10, 2023. Dkt. 1144. Plaintiffs submitted an additional 11 objections that they received after July 10, 2023. Dkt. 1158. Four objectors also filed objections via ECF. Dkts. 1147, 1152, 1154, 1155.

Plaintiffs hereby submit an additional 18 objections that they received after July 30, 2023. The objections are redacted in compliance with the Court's Order. Dkt. 1131.[1] Seven of the objections, attached hereto as Objection Nos. 53, 67, 68, 69, 70, 71, and 72, were postmarked after the July 26, 2023 deadline.

Dated: August 4, 2023

KELLER ROHRBACK L.L.P.

By:    */s/ Derek W. Loeser*
       Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice)*
Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice)*
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496

Respectfully submitted,

BLEICHMAR FONTI & AULD LLP

By:    */s/ Lesley E. Weaver*
       Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
jsamra@bfalaw.com

---

[1] Plaintiffs have not filed a motion to seal because the redactions have been made pursuant to a prior court order in this case that requires Plaintiff to redact all sensitive information within the objections. Civ. L.R. 79-5(b).

Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of August, 2023, at Oakland, California.

                                          */s/ Lesley E. Weaver*
                                          Lesley E. Weaver