# Exhibit A

# Objections 55–72

Objection 55.................................................................................................................1

Objection 56.................................................................................................................7

Objection 57...............................................................................................................20

Objection 58...............................................................................................................25

Objection 59...............................................................................................................32

Objection 60...............................................................................................................35

Objection 61...............................................................................................................41

Objection 62...............................................................................................................47

Objection 63...............................................................................................................53

Objection 64...............................................................................................................58

Objection 65...............................................................................................................64

Objection 66...............................................................................................................70

Objection 67...............................................................................................................76

Objection 68...............................................................................................................84

Objection 69...............................................................................................................88

Objection 70...............................................................................................................92

Objection 71...............................................................................................................98

Objection 72.............................................................................................................103

# OBJECTION

# 55

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

RECEIVED
JUL 31 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Your Objection Form must be postmarked by: JULY 26, 2023**

**FCP_OBJ**

## Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

| | |
|---|---|
| Tyrah | Figueroa |
| **First Name** | **Last Name** |

| **Street Address** |
|---|

| **City** | **State** | **Zip Code** |
|---|---|---|

| **Email address** | **Telephone number** |
|---|---|

| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |
|---|---|---|

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

The Settlement itself is to vague as to the terms of the Settlement. The proposed settlement is not fair reasonable or adequate. I am not sure what you want me to agree to. I am willing to settle out of court for $15,000. Fifteen thousand dollars.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Self

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                    ☐ YES   ☒ NO

**If so, please supply their name and contact information below:**

Please indicate if you and/or your attorney plan to appear at the final approval hearing.

No

---

## III. SIGNATURE

_Tyriah Figueroa_
Your signature

_07-26-2023_
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Tyrah figueroa



U.S. POSTAGE PAID

JUL 26, 2023

**$4.35**

R2305H129859-95

94102

RECEIVED

94102-348999



To Class Action Clerk        District
U.S. District Court Northern Distéd of California
456 Golden Gate Ave
Box 36060
San francisco CA 94102-3489



Retail

RDC 99

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

FSC
MIX
Envelope
FSC® C137131

# OBJECTION

# 56

John C. Kress (53396 MO)
Kress Law, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

Attorney for Objector Jonathan E Fortman

RECEIVED

JUL 3 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK INC. CONSUMER PRIVACY USER PROFILE LITIGATION SECURITY BREACH LITIGATION | )   MDL. 2843<br>) Case No. 18-md-2834-VC<br>)<br>) **OBJECTION OF CLASS**<br>) **MEMBER JONATHAN E**<br>) **FORTMAN TO CLASS**<br>) **ACTION SETTLEMENT**<br>)<br>) Date:Sept. 7, 2023<br>) Time:          1:00 p.m.<br>) Courtroom:  4, 17th Floor<br>) Judge:  Hon. Vince Chhabria<br>) |

Comes now class member Jonathan E. Fortman and hereby objects to the proposed class settlement in this case.  The signed Declaration of Mr. Fortman is attached hereto, and incorporated by reference herein which supports his right to object to this settlement. Objector Fortman maintained a Facebook account from the period of August 16, 2011 under the username of " █████████████ " along with an associated e-mail address of ███████████████ and phone of ██████████ . Objector Fortman recalls objecting to a class action involving Farmers Insurance somewhere in the State of California, and in another class action concerning Southwest Airlines in the Northern District of Illinois.

Mr. Fortman has also represented objectors in various cases, along with his counsel of

record in this underlying matter. The last such case was <u>In Re Yahoo! Customer Data Security</u> <u>Breach Litigation</u>, No. 16-md-02752-LHK in 2020, which was appealed, <u>*Miller v. Yahoo! Inc., et*</u> <u>*al., No. 20-16633, (9th Cir., 2022)*</u>.  Objector Fortman intends to submit his claim(s) on or before the claims deadline of August 25, 2023. Undersigned counsel does not intend on appearing at the fairness hearing, and Fortman objects to the approval of this settlement, service awards, attorneys' fees and expenses.  This Settlement should be denied for the reasons set forth below, and applies to the entire class.

## LEGAL STANDARD

"[T]he district judge has a heavy duty to ensure that any settlement is 'fair, reasonable, and adequate' and that the fee awarded plaintiffs' counsel is entirely appropriate." <u>*Piambino v. Bailey*</u>, 757 F.2d 1112, 1139 (11th Cir. 1985) ("*Piambino II*"). This duty is "akin to the high duty of care that the law requires of fiduciaries." <u>*Figueroa*</u> <u>*v. Sharper Image Corp.*</u>, 517 F. Supp. 2d 1292, 1320 (S.D. Fla. 2007) (quoting <u>*Synfuel*</u> <u>*Techs., Inc. v. DHL Express (USA), Inc.*</u>, 463 F.3d 646, 652 (7th Cir. 2006)). This judicial duty to protect the rights of the absent plaintiffs extends to the class certification decision, obliging district courts to conduct a "rigorous analysis" to ensure compliance with Rule 23 certification prerequisites. <u>*Wal-Mart Stores, Inc. v. Dukes*</u>, 131 S. Ct. 2541, 2551 (2011). The burden of proving these prerequisites resides with certification proponents. <u>*Valley Drug Co. v. Geneva Pharms., Inc.*</u>, 350 F.3d 1181, 1187 (11th Cir. 2003). Aside from trial manageability concerns, that burden is no lighter for a settlement-only class certification. Rule 23(a) and (b)(3) requirements are "designed to protect absentees by blocking unwarranted or overbroad class definition" and "demand undiluted, even

heightened attention in the settlement context." *Amchem Prods., Inc. v. Windsor,* 521 US.

591, 620 (1997).

**I. The proposed Settlement should be denied as the relief provided to the class members is inadequate to compensate them for the harm caused by Defendant's actions, as the relief offered is vastly disproportionate to damages available to the class members.**

Facebook or "Meta" is a colossal corporation that generated revenue of 28.65

Billion Dollars during the first quarter of 2023, and expect second quarter revenue to be

somewhere between 29.5 and 32 Billion Dollars, claiming total costs and expenses of

21.42 Billion Dollars ("Meta Reports First Quarter 2023 Results", April 26, 2023,

https://investor.fb.com, Press Releases). In their Motion for Final Settlement Approval,

Class Counsel touts what appears to be approximately 15 million Facebook class

members who "support" this settlement, because they have filed claims (Doc # 1145,

p.8).  However, such enthusiasm can only be the result of class members who are not

apprised of how much money they receive due to the convoluted formula involving how

claims are calculated ("FAQs).  Realistically, Class Counsel knows the value paid to each

class member who files a claim is woefully inadequate to even address the violations

engaged in by Defendant.

At best, Class Counsel acknowledges a total cash payout to each class member of

$35 (Doc #1145, p. 9).  Yet, such unimpressive payment is foreshadowed by language

that such amount is a "preliminary average" and "may be significantly less or more

depending on the total number of valid claims received." *Id.*  And such amounts paid to

class members are further reduced by "the Settlement Administrator's final costs for notice and administration services." <u>Id.</u>

  This creates the false sense that the settlement is somehow fair and reasonable for each class member, particularly when the expectation that the amount will increase is tempered by the fact that each class member's recovery not only depends on the total number of claims, but the amount of time each class member spent on Facebook, further watering down the paltry amount offered to millions of class members. And finally, the Settlement Administrator gets its cut of the Meta bucks, before class members receive barely enough money to purchase an extra large pizza in many cities across the United States (but not enough for delivery and tip).

  The paucity of any legitimate recovery to class members across the United States, obscured by a complicated formula for arriving at the value of a class member's claim is a basis for this court to deny the settlement. In the Ninth Circuit,

> "the assumption in scrutinizing a class action settlement agreement must be, and has always been, that the members of the class retain an interest in assuring that the fees to be paid class counsel are not unreasonably high, the likelihood is that the defendant obtained an economically beneficial concession with regard to the merits provisions, in the form of lower monetary payments to class members or less injunctive relief for the class than could otherwise obtain."

<u>Staton v. Boeing,</u> *327 F.3d 938, 964 (9th Cir., 2003), see Court Awarded Attorney Fees, Report of the Third Circuit Task Force, 108 F.R.D 237, 266 (1985).*  Here, the fees sought by Class Counsel are unreasonably high, given the low benefit to the class members described above. Indeed, even if the actual number of claims remains around 15 million, the fact that some claimants spent more time on Facebook would serve to tilt the

scale further to pennies instead of Dollars.  Yet Class Counsel seeks $180,449,782.62 for attorneys' fees (Doc # 1139-1, p. 3-4).  Did Facebook receive an "economically beneficial concession" on the merits?

Given the valuation of Meta/Facebook described above, and the strength of the claims against Defendant, it is cannot be overlooked that Defendant is the successful litigant, having placed enough money on the table to impress and satiate Class Counsel, but not enough to provide recovery for the class.

Here, the Video Privacy Protection Act -18 U.S. C Section 2710, et al., gives class members a minimum, or a least a recovery of $2,500 per class member, for each violation.  With only consideration of the 15 Million class members who appear to be filing claims, that would bring a recovery of 37.5 Billion Dollars to just a fraction of the class members who exist.  And this is just one claim, and only the minimum payable. Here, Class Counsel were guaranteed a recovery of $2,500 for each class member, despite the fact that the actual damages suffered for each class member may in fact have been significantly less. (18 U.S.C. Section 2710 provides for a recovery "for actual damages, but not less than liquidated damages of $2,500.).

The statutory scheme was designed for class action litigation, and to maximize the recovery of injured persons, providing for an award of "reasonable attorneys' fees". However, in this case Class Counsel seeks reward for compromising the recovery of the class members by offering a pittance of recovery, and what is likely to be a recovery of only a few Dollars by class members.  Class Counsel claims the settlement "provides an excellent outcome for the class" (Doc # 1145, p. 8).  Not an accurate statement, but the

settlement does provide an excellent outcome for class counsel. Facebook/Meta is free to go about violating various laws, all the while having only to pay what for Defendant might simply be considered a tax placed upon it for the privilege of abusing the class members for over a decade without interference. Facebook has a history of being the target of class action litigation, and such settlements historically were viewed with a jaundiced eye by the Ninth Circuit. It is true that "when a large attorney's fee means a smaller recovery to plaintiff, a significant conflict of interest between client and attorney is created." _Staton, 327 F.3d at 964_.

 This Court has an obligation to review the compromise made on behalf of the class members and stand it against the likely "rewards of litigation." _Independent Stockholders of TMT Ferry, Inc., v. Anderson,_ 390 U.S. 414, 424 (1968); accord _Acosta v. Trans Union, LLC,_ 240 F.R.D. 564 (C.D.Cal., 2007). Class Counsel boasts "More than 50 Million unique visitors have visited the Settlement Website to date . . ." (Doc # 1145, p. 8). The inference, or take away for the Court is that quite possibly more than 15 million class members will make claims-possibly 50 million. This language is meaningless, and resonates best with a carnival barker waiving his or her hand taking your money, while letting you inside the tent promising more than will be delivered inside. Loudly crying out "this is among the largest number of claims in a class action settlement" ( come inside the tent . . .). Other distractions abound that are referenced to minimize scrutiny of the settlement that disenfranchises the class members. Here, "No attorney general has objected to the settlement to date" (Doc #1145, p. 9)- as if this somehow makes up for, or excuses Class Counsels' sell out of the class claims for enrichment of the attorneys. The

similarity of carnival barkers cannot be ignored, when Class Counsel attempt to show that the settlement should be approved, by crying out that "Major media entities, including the New York Times, CNN, the Washington Post, Today, CNBC, and many others, have directly encouraged participation." *Id.* Notably absent is any reference that these "Major media entities" were advised of the exorbitant attorneys' fees sought, or that the Class Members are likely to receive pennies on the dollar for their claims, or perhaps $35.00, despite the existence of a minimum claim of $2,500 under the Video Privacy Protection Act. None of these bombastic pronouncements are relevant. Instead, "the new Rule 23(e) makes clear that courts must balance the 'proposed award of attorneys' fees vis-à-vis the relief provided for the class, in determining whether or not the settlement is 'adequate' for class members." *Razo v. AT & T Mobility Services, LLC,* Case No. 1:20-cv-0172 JLT HBK (E.D. Cal. April 26, 2023).

Class Counsel would like this Court to enter its judgment that they should be awarded $181,250,000 as attorneys' fees (Doc # 1139-1, p. 2). However, the proposed order provided to this Court is devoid of any mention of the actual relief provided to the class members, and instead states "The 725 Million Settlement Fund is a substantial portion of the maximum monetary relief that the class could realistically recover after a trial, post -trial motions, and an appeal." (Doc # 1139-1, p. 2). Payment of perhaps $35.00 per claimant (most likely less) yields a ratio of approximately payment of .014% on a claim worth a minimum of $2,500. If this is the realistic recovery, Class Counsels' fees must be adjusted downward as discussed below. However, this Court should deny the settlement in its entirety because class members are not adequately compensated for

their claims.

**II. This Settlement should be denied because the named class representatives each receive a service award of $15,000 while class members likely receives less than $35 each.**

These service awards to each of the named plaintiffs should be denied outright by the Court. The service award, or incentive award is viewed in the Ninth Circuit by looking to the "Proportion of the representative payment[s] relative to the settlement amount, and the size of each payment." *In re Online DVD-Rental Antitrust Litig.,* 779 *F.3d 934, 947 (9th Cir. 2015); accord Razo v. Mobility Services, LLC (E.D. Cal.).* When a service award is more than 150 times the average award of $65.90 to class members, the court should reduce or eliminate entirely the service award. Here, $15,000 for each named plaintiff is approximately 425 times the average award that will be dispensed to each class member as "relief". Allegedly the named plaintiffs spent 100 hours working on this particular matter (#1145, p. 30). This is insufficient, where the court awards a service payment of $15,000 when a named plaintiff worked 271 hours on the action. *Razo, supra.*

Given the disparity between what named plaintiffs' receive and class members, such service award, or incentive award should be denied.

**III.  The attorneys' fees sought by Class Counsel are not supported by the result obtained for the class members and should be denied.**

Class Counsel seek a fee of 25% of the settlement amount of 725 Million Dollars despite enthusiastically reporting that class members will likely receive no more than $35.00, and likely that such amount will be less.  A negative multiplier should be applied

to the fee award sought. The application of a multiplier is "appropriate only in rare or exceptional cases." *Perdue v. Kenny*, 559 U.S. 542, 554 (2010); *accord In re Hyundai and Kia Fuel Economy Litigation*, 926 F.3d 539, 581 (9th Cir. 2019) (dissenting opinion). The primary consideration among factors driving whether or not to apply a positive or negative multiplier is "the benefit obtained for the class." *Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 942 (9th Cir. 2011). A multiplier of less than one, or a negative multiplier "suggests that the negotiated fee award is reasonable and fair valuation of the services rendered to the class by class counsel." *Chun-Hoon v. McKee Foods Corp.*, 716 F.Supp 2d 848, 854 (N.D. Cal. 2010). When the result achieved is not the expected outcome, "a negative multiplier evinces that undertaking this litigation was not a wise use of class counsel's time and resources." *Id.*

Here, Class Counsel claims a multiplier of 1.99, with over 4 Million Dollars in expenses over the course of a five (5) year period that resulted in the class members receiving the maximum of .014% of the value of their minimum damages of $2,500, or $35.00 (Doc #1139, p. 8). Utilizing time of 149,928.65 hours and hemorrhaging over 4 Million Dollars over 5 years to reach a result that is will not cover a parking ticket for each class member in San Francisco is worthy of a negative multiplier to be utilized by this Court. As of July 11, 2023, Class Counsel reported "more than 14.8 million Class Members have already submitted non-duplicative claims." (Doc #1145, p.18). By Class Counsels' own admission, the amount paid per class member is minimal, and does not seek justification of an enhancement upward, but instead downward. A negative multiplier should be applied by the court, acknowledging the low value of the settlement

to the class members who submit a claim.

Moreover, awarding 25% of the value of a "megafund" constitutes a windfall for Class Counsel when evaluated against the actual time invested and result obtained. In re *Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 942-943 (9th Cir. 2011). Other courts recognize the larger the fund, a downward turn of such percentage occurs as the amount of the settlement climbs above 100 Million Dollars. *High Tech Emp. Antitrust Litig.*, No. 11-CV-02509 (N.D. Cal. Sept. 2015) (fees awarded of 10.5 percent of $435 Million Dollar settlement).

**CONCLUSION:**

This Court should deny the proposed settlement, and either order the parties to provide increased monetary recovery for the class members, or enter an order that carves out more of the fund to be utilized to pay claims. If settlement is approved, the named plaintiffs should be denied the service awards of $15,000 each, or such amounts should be reduced as described above. Fees awarded should be subject to a negative multiplier that reflects the value of the settlement to each class member and should a common fund percentage be awarded on this "megafund" the fees awarded should not exceed 72 Million Dollars.

Respectfully submitted,

John C. Kress (#53396 MO)
Kress Law, LLC
P.O. Box 6525
St. Louis, MO 63125
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

Comes now Jonathan E. Fortman who states and declares as follows:

1. My name is Jonathan E. Fortman and I currently reside at ███████████████████████████
   ████.

2. My email address is ██████████████ and my telephone number is ██████████.

3. I have maintained a Facebook account since at least August 16, 2011 under the username
   ████████████ with an associated email address of ██████████████ and a phone number of
   ██████████.

4. I declare that I am a member of the settlement class in this matter.

5. I object to the proposed settlement of this case for the reasons set forth in this memorandum and state
   that I have fully reviewed and approve of the matters stated therein.

6. My objection applies to the total class.

7. I have previously objected to two class actions to my recollection. The first was a class action involving
   Farmers Insurance which I believe was in the state of California and the second related to claims against
   Southwest Airlines in a matter pending in the United States Northern District of Illinois. These are the
   only objections I recall making to any class action settlements.

8. I have not sold or transferred my right to recovery in this Action to another person or entity.

9. I am represented by John C. Kress whose contact information is contained in the attached memorandum.

10. I do not intend on appearing at the fairness hearing.

*Jonathan E. Fortman*

Jonathan E. Fortman
Dated this 26th day of July, 2023

18



# OBJECTION

# *57*

<table>
<tr><td>

**Your Objection Form must be postmarked by: JULY 26, 2023**

</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-V~~C~~ RECEIVED
**www.FacebookUserPrivacySettlement.com**

JUL 3 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

</td><td>

**FCP_OBJ**

</td></tr>
</table>

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I.  YOUR INFORMATION

| Cheryl | Gallagher |
|---|---|
| **First Name** | **Last Name** |

| ███████████ |
|---|
| **Street Address** |

| ████ | ████ | ████ |
|---|---|---|
| **City** | **State** | **Zip Code** |

| ████████ | (___) - _____ |
|---|---|
| **Email address** | **Telephone number** |

| ████████████████ | ████ | ████ |
|---|---|---|
| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

The damage to my privacy is greater rhan the damages offered, the cost of maintaing data Protection services exceeds the amounts offered, not to mention that the act of violating privacy without knowledge or permission cannot ever be fully remedied or reversed

This suit sets precedent on remediation of this type of offense and it needs to be severe enough to deter others from the same actions, pervasive currwntly, so it must be more severe penalty..

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Total class

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2007-2022 the entire time of the suit

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**    ☐ YES   ☒ NO

No

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

Not sure.

**III. SIGNATURE**

_____
Your signature

July 26, 2023
_____
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

GALLAGHER



ԱԲ 6ЯԲ5ՇՏՕԻԲ6



RECEIVED

JUL 31 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CLASS ACTION CLERK
US DISTRICT COURT FOR
NORTHERN DIST. OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA 94102-3489

# OBJECTION 58

<table>
<tr><td>

**Your Objection Form must be postmarked by:**

**JULY 26, 2023**

</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843 **RECEIVED**
www.FacebookUserPrivacySettlement.com

JUL 3 1 2023

**Objection Form** U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

</td><td>

**FCP_OBJ**

</td></tr>
</table>

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

| Taun | Harrell |
|---|---|
| **First Name** | **Last Name** |

| | |
|---|---|
| **Street Address** | |

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| **Email address** | **Telephone number** |

| | | |
|---|---|---|
| | | |
| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

See supporting document enclosed with these documents.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Objection applies to ~~entire~~ the total class

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

Aug. 2008 - Present, 13 years covered under the above time period

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                                   ☐ YES   ☑ NO

**If so, please supply their name and contact information below:**

Please indicate if you and/or your attorney plan to appear at the final approval hearing.

I will be unable to attend due to financial + Job Constraints

## III. SIGNATURE

_[signature]_
Your signature

4/25/23
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

July 25, 2023

Telvin Harrell



Personal Email: ███████████
Phone Number: ███████████
Facebook Email; ███████████
Facebook Username: ███████████
Phone Number: ███████████

I am writing to object to the class action lawsuit against Facebook Inc. (Meta Platforms, Inc.), known as Facebook, Inc. Consumer Privacy User profile litigation case No. 3:18-md-02843-VC (N.C. Cal). The objection to this claim is based on the lack of protection for Facebook Inc. users covered by this class action lawsuit, the legal immunity and lack of accountability awarded to Facebook, Inc., and the ability of Facebook, Inc. to continue to sell, utilize, exploit user data without proper acknowledgment or permission. The reason for each of these objections is outlined in detail below.

1. **Lack of protection for citizens.** By accepting the settlement, Facebook, Inc. users will lose a significant amount of their ability to legally act against Facebook, Inc., as outlined in a comprehensive release section of the settlement agreement. The blanket inclusion of this class action lawsuit and the silent acceptance of the legal proceedings further compounds the need to extend these protections to Facebook, Inc. users.

2. **Legal Immunity.** This settlement provides near blanket legal immunity to Facebook, Inc. by absolving them of legal proceedings that could arise from "facts other than, different from, or in addition to, those that they know or believe to be true with respect to the claims released by this Settlement Agreement".

3. **Lack of Accountability.** Although Facebook, Inc. has entered into a class action lawsuit, the defendant "denies the material factual allegations and legal claims asserted in the Action, including any and all charges of wrongdoing or liability arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in the Action". This act solely benefits the defendant and implies to online users that Facebook, Inc. is free of any wrongdoing.

4. **Future use of online user data.** The settlement's conclusions, as is, fail to protect Facebook users from future exploitation by Facebook, Inc. As stated in paragraph 76, "Nothing in this Settlement Agreement is intended to alter the standard terms and conditions for the use of Defendant's products or services by its users, or Defendant's enforcement of the standard terms and conditions for the use of its products or services.".

5. **Financial.** The amount of the class action accounts for less than 1% of Facebook, Inc. profits between May 24, 2007 – Dec. 22, 2022. This amount does little to deter future exploitation or alter Facebook, Inc.'s handling of user data with regard to third parties. With few outlined protections for Facebook, Inc. users or alteration of Facebook, Inc.'s handling of user data, this class action outlines how much a company can pay to violate online users' privacy and exploit user data without permission.

Overall, this class action lawsuit fails to protect the Facebook users covered under these proceedings properly. The legal proceedings outlined throughout predominantly safeguard Facebook, Inc. from admittance of wrongdoing and of future legal proceedings that may arise in the wake of additional information regarding the misuse of Facebook user data between May 24, 2007 – Dec. 22, 2022. I ask the Court to deny approval as the settlement resolution does little to protect Facebook, Inc. users' rights, online data, and privacy.





Teixan Harrell

RECEIVED
JUL 31 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the Northern
District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

94102-348999



# OBJECTION

# 59

David Nels Mielke

████████████████

███████████████

███████████████

██████████

7/26/2023

**RECEIVED**

JUL **3 1** 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

Re: Objection to Class Action Settlement - Case No. 3:18-md-02843-VC (N.D. Cal.)

In re: Facebook, Inc. Consumer Privacy User Profile Litigation

Dear United States District Court Northern District of California,

I hope this letter finds you well. I am writing to formally object to the proposed settlement in the class action lawsuit against Facebook, Inc. regarding the Consumer Privacy User Profile Litigation, Case No. 3:18-md-02843-VC, currently pending in the Northern District of California.

As a defendant in this case, Facebook, Inc. submits this objection to express my concerns regarding the proposed settlement, which I believe should not be approved due to the following grounds:

Inadequate Compensation: The proposed settlement fails to adequately compensate class members for any alleged damages. The amount offered to affected users is disproportionate to the claims made and the extent of harm alleged, leading to an unfair and insufficient resolution for the class.

Inadequate Notice and Communication: There are indications that some class members did not receive adequate notice of the proposed settlement, leading to potential gaps in communication and understanding of their rights and options.

Based on the aforementioned grounds, I respectfully reject to the proposed settlement

Thank you for your attention to this matter. I remain open to discussions aimed at finding a more equitable and appropriate resolution for all parties involved in the litigation.

Sincerely,

David Nels Mielke

26 JUL 2023 PM 10

NEOPOST
FIRST-CLASS MAIL
$000.63⁰
07/26/2023 ZIP
042L14831128
US POSTAGE

Mark B. Busby
4150 Golden Gate Ave.
Box 36060
San Francisco, CA 94102

**RECEIVED**

JUL 3 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-343210

# OBJECTION

# 60

*July 25, 2023*

Melanie Milroe

███████████████

███████████████
Personal Email: ███████████████
Phone Number: ███████
Facebook Email: ███████████████
Facebook Username: █████████
Phone Number: ███████

**RECEIVED**

JUL 3 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I am writing to object to the class action lawsuit against Facebook Inc. (Meta Platforms, Inc.), known as Facebook, Inc. Consumer Privacy User profile litigation case No. 3:18-md-02843-VC (N.C. Cal). The objection to this claim is based on the lack of protection for Facebook Inc. users covered by this class action lawsuit, the legal immunity and lack of accountability awarded to Facebook, Inc., and the ability of Facebook, Inc. to continue to sell, utilize, exploit user data without proper acknowledgment or permission. The reason for each of these objections is outlined in detail below.

1. **Lack of protection for citizens.** By accepting the settlement, Facebook, Inc. users will lose a significant amount of their ability to legally act against Facebook, Inc., as outlined in a comprehensive release section of the settlement agreement. The blanket inclusion of this class action lawsuit and the silent acceptance of the legal proceedings further compounds the need to extend these protections to Facebook, Inc. users.

2. **Legal Immunity.** This settlement provides near blanket legal immunity to Facebook, Inc. by absolving them of legal proceedings that may arise from "facts other than, different from, or in addition to, those that they know or believe to be true with respect to the claims released by this Settlement Agreement".

3. **Lack of Accountability.** Although Facebook, Inc. has entered into a class action lawsuit, the defendant "denies the material factual allegations and legal claims asserted in the Action, including any and all charges of wrongdoing or liability arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in the Action". This act solely benefits the defendant and implies to online users that Facebook, Inc. is absolved of any wrongdoing.

4. **Future use of online user data.** The settlement's conclusions, as is, fail to protect Facebook users from future exploitation by Facebook, Inc. As stated in paragraph 76, "Nothing in this Settlement Agreement is intended to alter the standard terms and conditions for the use of Defendant's products or services by its users, or Defendant's enforcement of the standard terms and conditions for the use of its products or services.".

5. **Financial.** The amount of the class action accounts for less than 1% of Facebook, Inc. profits between May 24, 2007 – Dec. 22, 2022. This amount does little to deter or alter Facebook, Inc.'s handling of user data. With few outlined protections for Facebook, Inc. users or alteration of Facebook, Inc.'s handling of user data, this class action outlines the price a company can pay to violate online users' privacy and exploit user data without permission.

Overall, this class action lawsuit fails to properly protect the Facebook users covered under these proceedings. The legal proceedings outlined throughout predominantly safeguard Facebook, Inc. from admittance of wrongdoing and of future legal proceedings that may arise in the wake of additional information regarding the misuse of Facebook user data between May 24, 2007 – Dec. 22, 2022. I ask the Court to deny approval as the settlement resolution does little to protect Facebook, Inc. users' rights, online data, and privacy.

<table>
<tr><td>
**Your Objection Form must be postmarked by: JULY 26, 2023**
</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

</td><td>

**FCP_OBJ**

</td></tr>
</table>

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

### DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT

## I. YOUR INFORMATION

Melanie
**First Name**

Milroe
**Last Name**

███████████
**Street Address**

███████████
**City**

███████████
**State**

███████████
**Zip Code**

███████████
**Email address**

███████████
**Telephone number**

███████████
**Facebook Account Username(s) (if available)**

███████████
**Email Address(es) associated with Facebook account**

███████████
**Phone number(s) associated with Facebook account**

37

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

1. Lack of protection for citizens
2. Legal immunity
3. Lack of accountability
4. Future use of online user data
5. Financial

Supporting explanations are found in the letter.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

My objection only applies to me.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES  ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

6·13·2009 - Present (14 years)

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES  ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES  ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                                    ☐ YES  ☑ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

No

---

## III. SIGNATURE

_Melanie M Benov_
Your signature

7·25·23
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Melanie Milroe



Retail

U.S. POSTAGE PAID

JUL 26, 2023

94102

$5.01

R2305K132630-10

RDC 99

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



RECEIVE

Class Action Clerk

United States District Court for the Northern District of
California

450 Golden Gate Avenue, Box 36060

San Francisco, CA 94102-3489

94102-348999

# OBJECTION

# 61

<table>
<tr><td>

**Your Objection
Form must be
postmarked by:
JULY 26, 2023**

</td><td>

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com** RECEIVED

JUL 31 2023

</td><td>

**FCP_OBJ**

</td></tr>
</table>

## Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

### DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT

### I. YOUR INFORMATION

Aitza
**First Name**

Natal
**Last Name**

▮▮▮▮▮▮
**Street Address**

▮▮▮▮▮▮
**City**

▮▮▮▮
**State**

▮▮▮▮
**Zip Code**

▮▮▮▮▮▮
**Email address**

▮▮▮▮▮▮
**Telephone number**

▮▮▮▮▮▮
**Facebook Account Username(s) (if available)**

▮▮▮▮▮▮
**Email Address(es) associated with Facebook account**

▮▮▮▮▮▮
**Phone number(s) associated with Facebook account**

42

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.** In

In light of the harm suffered by members of the class and the extent of the defendents wrongdoing the proposed settlement is not fair, reasonable or adequate, the notice of settlement itself is to vague as to the terms of the settlement. It is impossible for me to agree and understand what you want me to agree to. I be willing to Sette for fifteen thousand dollar, 15,000

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Self

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

before 2007 to present.

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**   ☐ YES   ☒ NO

**If so, please supply their name and contact information below:**

Please indicate if you and/or your attorney plan to appear at the final approval hearing.

No

**III. SIGNATURE**

aitza Natal
Your signature

7-26-2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Aitzar Natal



CERTIFIED MAIL





U.S. POSTAGE PAID

JUL 26, 2023

**$4.35**

94102

R2305H129859-95

RECEIVED

CLERK
NORTH

To: Class Action Clerk
United States District Court for Northern district of
California
450 Golden Gate Ave
Box 36060
San francisco CA 94102-3489

94102-348999

45



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**Retail**

UNITED STATES
POSTAL SERVICE®

**RDC 99**

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

# OBJECTION
# 62

<table>
<tr><td rowspan="2">

**Your Objection
Form must be
postmarked by:
JULY 26, 2023**

</td><td>

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

RECEIVED

JUL 3 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

</td><td>

**FCP_OBJ**

</td></tr>
</table>

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class.  I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection.  You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

## DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT

## I. YOUR INFORMATION

| Jonathon | Natal |
|---|---|
| **First Name** | **Last Name** |

| ▮▮▮▮▮▮ |
|---|
| **Street Address** |

| ▮▮▮▮ | ▮▮ | ▮▮▮ |
|---|---|---|
| **City** | **State** | **Zip Code** |

| ▮▮▮▮▮▮ | ▮▮▮▮ |
|---|---|
| **Email address** | **Telephone number** |

| ▮▮▮▮ | | ▮▮▮ |
|---|---|---|
| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

The notice of Settlement is to vague as to the term of the Settlement itself. Its impossible for me to understand what you are asking me to agree too. a penny or fifteen thousand dollars. This is not fair or adequate. I am willing to settle out of court for fifteen thousand dollars $15,000.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Self

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2007 - Current

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                              ☐ YES   ☒ NO

**If so, please supply their name and contact information below:**

Please indicate if you and/or your attorney plan to appear at the final approval hearing.

No

## III. SIGNATURE

Jonathan Natal
Your signature

7-26-2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Jonathan Natal

**CERTIFIED MAIL**

.35

05H-128858-95

POSTAGE PAID


USA ★ FOREVER

**RECEIVED**

JUL 31 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To Class Action Clerk
U.S. District Court Northern district of
California
450 Golden Gate Ave Box 36060
San Francisco CA 94102-3489

9410233489 C004

51

U.S.

94102

Retail

RDC 99

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

# OBJECTION 63

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**Your Objection Form must be postmarked by: JULY 26, 2023**

**FCP_OBJ**

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

| | |
|---|---|
| Andy | Obinna |
| **First Name** | **Last Name** |

c/o Law Offices of Christopher G. Hook, 1801 Century Park E., 25th Floor
**Street Address**

| | | |
|---|---|---|
| Los Angeles | CA | 90067 |
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| chris@cghlaw.com | ( ) - 13272-8566 |
| **Email address** | **Telephone number** |

| | | |
|---|---|---|
| | | |
| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |

**RECEIVED**

JUL 3 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**
Amount of settlement is insufficient to adequately compensate the class members, including objector.

**Does your objection apply only to you, to a specific subset of the class or the total class?**
Specific subset of the class, including Objector.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**
                2007 - 2022

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                          ☑ YES   ☐ NO

**If so, please supply their name and contact information below:**
Christopher G. Hook, Law Offices of Christopher G. Hook, 1801 Century Park E., 25th Floor, Los Angeles, CA
90067, (310) 272-8566

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**
Yes

---

## III. SIGNATURE

j/a/ Andy Obinna                                July 25, 2023

Your signature                                          Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



**Law Offices of Christopher G. Hook**
1801 Century Park East, 25th Floor
Los Angeles, CA 90067

LOS ANGELES CA 900

27 JUL 2023 PM 9 L



$0.63 0
US POSTAGE
FIRST-CLASS
062S0014950436
90067



RECEIVED

JUL 31 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CLASS ACTION CLERK
USDC FOR N. DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102-3489

94102-348999

# OBJECTION 64

<table>
<tr><td>

**Your Objection
Form must be
postmarked by:
JULY 26, 2023**

</td><td>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

**RECEIVED**

JUL 3 1 2023

# Objection Form

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

</td><td>

FCP_OBJ

</td></tr>
</table>

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

## DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT

## I. YOUR INFORMATION

Angel

**First Name**

Kioslaboy

**Last Name**

**Street Address**

**City**     **State**     **Zip Code**

**Email address**     **Telephone number**

**Facebook Account Username(s) (if
available)**

**Email Address(es)
associated with Facebook
account**

**Phone number(s) associated
with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I object to being part of the Small Settlement, I would like to be added to the lawsuits as plaintiffs as well, and would like for the Judge to enter in my favor the Sum of $15,000. Fifteen thousand dollars. Thank you

**Does your objection apply only to you, to a specific subset of the class or the total class?**

This objection applys only to me.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

before 2007 - Currently using it

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                    ☐ YES   ☒ NO

**If so, please supply their name and contact information below:**

Please indicate if you and/or your attorney plan to appear at the final approval hearing.

Yes via internet .

## III. SIGNATURE

_____
Your signature

July 26 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Angel Rios/day

CERTIFIED MAIL

305H1 28859-95

4.35

JL 26, 2023
TAC
OF
26 JUL 2023

S. POSTAGE PAID



USA ★ FOREVER ★

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
JUL 31 2023

To: Class Action Clerk
U.S. District court of Northern district of California
450 Golden Gate Ave  Box 36060
San Francisco CA   94102-3489

94102-348999



# OBJECTION 65

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

**Your Objection
Form must be
postmarked by:
JULY 26, 2023**

RECEIVED

FCP_OBJ

JUL 3 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Carmen

**First Name**

Kioslaboy

**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if
available)**

**Email Address(es)
associated with Facebook
account**

**Phone number(s) associated
with Facebook account**

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

In light of the harm suffered by members of the class and the extent of the defendants wrong doing the proposed settlement is not fair reasonable or adequate. The notice itself is to vague as to the terms of the settlement and details are not readily available on line. I dont understand what you are asking me to agree to However I am willing to settle for fifteen thousand dollars the same amount the Plaintiffs on this case are getting that you and me awarderful Deg

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Self

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

before 5-2007   Currently

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**                                    ☐ YES   ☒ NO

**If so, please supply their name and contact information below:**

Please indicate if you and/or your attorney plan to appear at the final approval hearing.

Yes

---

**III. SIGNATURE**

_Carmen E. Riada_
Your signature

07 / 26 / 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

67

Carmen Risolsby

RECEIVED

JUL 31 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CERTIFIED MAIL

POSTAGE PAID



USA FOREVER

To Class Action Clerk
U.S. District court Northern district of California
450 Golden Gate Ave Box 36060
San Francisco CA   94102-3489

94102-348999



# OBJECTION
# 66

| | | |
|---|---|---|
| **Your Objection Form must be postmarked by:** **JULY 26, 2023** | **UNITED STATES DISTRICT COURT** **NORTHERN DISTRICT OF CALIFORNIA** *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* Case No. 3:18-MD-02843-VC www.FacebookUserPrivacySettlement.com **RECEIVED** **Objection Form** JUL 31 2023 | **FCP_OBJ** |

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

Carmen
**First Name**

Rodriguez
**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email address**

**Telephone number**

**Facebook Account Username(s) (if available)**

**Email Address(es) associated with Facebook account**

**Phone number(s) associated with Facebook account**

71

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

In light of the harm suffered by members of the class and the extent of the defendants wrongdoings the proposed settlement is not fair, reasonable or adequate the notice of settlement itself is to vague as to the terms of the settlement and details are not readily Available on line; so it is impossible for me to understand what you are asking me to agree too. I am willing to settle out of court for the amount of fifteen thousand dollars $15,000.00. Thank you for your time.

**Does your objection apply only to you, to a specific subset of the class or the total class?**

Myself

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☒ YES    ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

before 2007 thru currently

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES    ☒ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES    ☒ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**    ☐ YES    ☒ NO

**If so, please supply their name and contact information below:**

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

no

---

**III. SIGNATURE**

_Carmen C. Rodriguez_
Your signature

_07-26-2023_
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



Carmen Rodriguez

CERTIFIED MAIL

U.S. POSTAGE PAID
JUL 26, 2023
**$4.35**
R2305H129859-95

94102

RECEIV
JUL 31 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To Class Action Clerk
United States District court Northern Dis of
California
450 Golden Gate Ave
Box 36060
San Francisco CA 94102-3489

94102-348999



# OBJECTION 67

UNITED States District Court
NORTHERN District of California

**RECEIVED**

AUG 0 1 2023

Tyler D. Johnson,
            Plaintiff.

            V.

Facebook, INC,
            Defendant.

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CASE # 3:18-md-02843-Vc (N.D.cal.)

Motion For Certification as Class Representative
and/or in Alternative Request for settlement class Representative
Service Awards from "Net Settlement Fund:"
Comes Now Plaintiff Tyler Darnell Johnson and hereby
Submits his Motion For Certification as settlement
Class Representative and/or in Alternative Request
For settlement Class Representative Service
Awards from "Net Settlement Fund" and states
the following facts pursuant to Rule 23, F.R.CV.P.

#① Plaintiff Tyler Darnell Johnson is a plaintiff
and/or a settlement class member with the lawsuit
known as INRE: Facebook, INC. Consumer Privacy
User Profile litigation, case # 3:18-md-02843-Vc
(N.D.Cal.).

#② Plaintiff Tyler Johnson alleges that Facebook
(Now Meta platforms, INC.) shared and/or otherwise
made accessible to third parties (including but not
limited to third-party app developers, whitelisted
parties, business parties, Advertisers, and data brokers)
user data and data about plaintiffs friends without
plaintiff's permission to share of sale plaintiff data, and
Facebook Malevolently Refused to Monitor or enforce

77



third party wrongful access to plaintiff's Data, and other settlement class Representatives in this settlement who are, Bridgett Burk, Tyler King, Cheryl Senko, Jordan O'Hara, Steven Akins, Terry Fischer, Jason Ariciu, Anthony Bell, etc.

#③ Plaintiff Tyler Darnell Johnson Notes that he "suffered more severe damages and irreparable harm than any of the class Representatives including "Cheryl Senko," "Jason Ariciu," "Tyler King" or "Bridgett Burk" and "Jordan O'Hara" such levels of severe ██████████████████

████████████████████████
████████████████████████

Sufficient grounds to Approve Plaintiff Tyler Johnson as a settlement class Representative as plaintiffs litigation (case: #3:23-CV-02595-Amo) was in the United States District court in front of "Araceli Martinez-Olquin: United States District Judge for Northern District of California) Judge Araceli Olguin with a full Request and Motion for Joinder of claims or in the Alternative Petition for Joinder of complaint, which the court should have consolidated cause #3:23-CV-02595-Amo with the cause #3:18-md-02843-VC (N.D.Cal.) but the court Mistakenly construed my request as improvidently filed, when Plaintiff should have been granted consolidation of his lawsuit as a settlement class Representative with this current cause against Facebook.

#④ Plaintiff Tyler Darnell Johnson Notes
that he was subjected to a Plethora of ████
█████████████████████████████████████
█████████████ at the Hands of thied parties who
Facebook, INC illegally and Malevolently Allowed
access to plaintiff Tyler Johnson's Data on
the USER profile of their social media Platform.

#⑤ Plaintiff Notes that Despite his lawsuit
against "Facebook, INC," "Meta Platforms, INC"
(SEE: Case #3:23-CV-02595-Amo (N.D. Cal.), he
has Not has his complaint or claims consolidated
as this was the Reason that plaintiff filed a motion
for Joinder of complaint and/or in Alternative
Motion for Joinder of claims, and then duly
asked the court to take Judicial Notice that the
Petition Was apart of case #3:18-md-02843-
VC (N.D. Cal.) and Not a Newly opened litigation
but sought Joinder of complaints (consolidation)
Which should have been consolidated like the other
Settlement class Representatives: Cheryl Senko,
Tyler King, Steven Akins, Terry Fischer, Jordan
O'Hara, Bridgett Burk, Jason Ariciu, and Anthony
Bell. Plaintiff Notes that the court have Acted sua sponte



to terminate the cause #3:23-CV-02,595-Amo (N.D.-Cal.) when the court was being asked and or motioned for joinder of complaints and could have granted consolidation of complaints Sua Sponte which would have made plaintiff Tyler Darnell Johnson a settlement class Representative, but instead Plaintiff was prejudicially denied consolidation and or also denied unduly, status of settlement class Representative which would award Plaintiff for services as settlement class Representative.

#6 Presently, Plaintiff Johnson requests this court to certify him as a "Settlement Class Representative" and or in Alternative Requests for this Honorable court to grant him settlement Class Representative Service Awards from the "Net Settlement Fund," As Plaintiff has objected to any amount Under $4,000,000 due to substantial Damages and irrepairable Harm Mr. Johnson suffered severely.

WHEREFORE, Plaintiff prays for Relief any actions deemed Just and proper.

x  Tyler Johnson                7/24/2023

United States District Court
Northern District of California

*This form must be submitted in paper format and cannot be filed electronically.*

**IMPORTANT:** Return this form to the Clerk's office promptly, but not later than twenty-one days after your appearance, answer or responsive pleading

Tyler Darnell Johnson )
Plaintiff(s), )
 )
 )
 )
vs. )   Case No. 3:18-md-02843-VC (N.D.Cal.)
 )
Facebook, Inc )
Defendant(s) )

### NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

☐ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☑ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties (please type or print):

Tyler Darnell Johnson ███████████████

███████████████████████████████████

███████████████████████████████████

Submitted By: **x** _Tyler Johnson_          Dated: 7/24/2023
  *Signature of Counsel or Party if Pro Se*

**Note: Corporations may execute this election only by counsel.**

---

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served (by mail) (by hand delivery) on all parties of record in this cause, this 24th day of July , 2023

  Signature **x** _Tyler Johnson_



# OBJECTION 68

Letter to The court. Settlement Agreement
I Marcus Buser Do hereby Agree to settle my
interest in case # 18 MD 2843 VC in RE Facebook
inc. consumer privacy user profile litigation
For The Amount of $51,000.00 Made payable By
cashiers check to Marcus Buser Mailed to
The Address Below no Later Than Aug 15.2023

Respectfully submitted on This 31st Day
of July 2023 x. Marcus Buser

MARCUS BUSER

RECEIVED

AUG 01 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



eLivs Buser



31 JUL 2023   PM 2  L

RECEIVED

AUG 01 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

US courthouse
Court Clerk
450 GoLDen GATE Ave
SAnFrAncisco, CA 94102

94102-348999



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

# OBJECTION 69

Letter to The court    CASE# 18 MD 2843 vc

I Ryan crowDer Do hereBy Request And Agree to settle my interest in CASE no 18 MD 2843 vc in RE FAceBook Inc Consumer privAcy User proFile Litigation. I Agree to settle DAmAges AgAinst me For The Amount OF $51,000.00 MAde payABle By Cashiers check mAiled to

Ryan CrowDer

▇▇▇▇▇▇▇▇▇▇▇▇

no LAter Than 8-15-23

RespectFuLy submitted on This 29th DAy OF July 2023

X _Ryan CrowDer_         7/29/23

**RECEIVED**

AUG 01 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RYAN CROWDER



31 JUL 2023   PM 2  L



RECEIVED
AUG 01 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Attention Court Clerk
450 Golden Gate Ave
San Fransico, CA 94102

94102-343210



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

# OBJECTION 70

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

**FCP_OBJ**

**Your Objection Form must be postmarked by:**
**JULY 26, 2023**

*RECEIVED*
*AUG 0 1 2023*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF COURT*
*CALIFORNIA*

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

### DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT

## I. YOUR INFORMATION

Esther
**First Name**

Jackson previously Miller
**Last Name**

**Street Address**

**State**

**Zip Code**

**Telephone number**

**e(s) (if available)**

**associated with Facebo account**

**Phone number(s) associated with Facebook account**

and others I cannot remember because I had to change my numbers so many times because of FB Damage.

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

Unbelievable damages and costs caused by sharing/selling my data. These damages ar still ongoing. The FBI has been contacted and I have been filling reports with IC3.gov since 2020. Given the amount of damages and the size of this never ending cyber attacks, I feel that this class action settlement agreement is taking place far to early. Personally, I am not sure if I will ever fully recover and this week ███████████████████████████

**Does your objection apply only to you, to a specific subset of the class or the total class?**

This applies to me, the family of my significant other, my business, my domestic animals, my immediate family and my deceased family. My entire community of (in my previous address), the Entire United States as an entity, and the rest of the world.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

Spring/Summer 2008 through current

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

Never before have I filed an objection. I will not stop objecting to this or any other suit against FB until I feel satisfied with the end result. This life threatening result is not foreseeable.

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?** I am looking for one   ☐ YES   ☑ NO

**If so, please supply their name and contact information below:**

Any and ALL communications related to this class action or future payments, suites related to myself, the general public and or other claimants, facebook administrators or other representatives must be →

Mailed to me ~~in mail~~ and addresse to me at:
Esther Jackson, ▓▓▓▓▓▓▓▓▓▓

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

am unable to be ▓▓▓▓▓▓▓ the approval hearing and hope before I see Facebook's owner go to prison. This company and the actions of Zuckerburg have Torn this country and the individual citizens in the U.S. into shreds. No way in this settlement can there be **III. SIGNATURE** enough information to consider this process to be complete

_____
your signature

_____
June 21, 2023
Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Do not rely on communications
with me via telephone, email, text
messages because I cannot rely on
these technical devices nor systems
for the transfer, back up, delivery,
recieving, or even successful connections.

June 21, 2023

Esther Jackson

▓▓▓▓▓▓▓▓▓▓▓▓▓▓



Esther Jackson

**Retail**

U.S. POSTAGE PAID

94102

JUL 27, 2023   PM 6

**$4.35**

**RDC 99**

R2307M152706-21

Class Action Clerk
United States District Court for Northern District of California
USDC Golden State Ave Box 36060
San Francisco, CA 94102-3489

94102-348999



**RECEIVED**

AUG 01 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# OBJECTION 71

<table>
<tr><td>

**Your Objection Form must be postmarked by:**
<u>**JULY 26, 2023**</u>

</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

RECEIVED
AUG 03 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Objection Form**

</td><td>

**FCP_OBJ**

</td></tr>
</table>

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class.  I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection.  You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I.  YOUR INFORMATION

David

**First Name**

Euliss

**Last Name**

▉▉▉▉▉▉▉▉▉▉▉▉

**Street Address**

▉▉▉▉▉▉

**City**

▉▉▉▉

**State**

▉▉▉▉

**Zip Code**

▉▉▉▉▉▉▉▉

**Email address**

▉▉▉▉▉

**Telephone number**

▉▉▉▉▉

**Facebook Account Username(s) (if available)**

▉▉▉▉▉▉

**Email Address(es) associated with Facebook account**

▉▉▉▉▉

**Phone number(s) associated with Facebook account**

RECEIVED
AUG -3 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

My portion of the current total of settlement would not be adequate compensation

**Does your objection apply only to you, to a specific subset of the class or the total class?**

To me, but I would argue in support of the total class

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

Prior to May 24, 2007 to current date (account still active)

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☑ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**   ☑ YES   ☐ NO

**If so, please supply their name and contact information below:**

Derek W. Loeser
Keller Rohrback L.L.P
1201 Third Ave Suite 3200
Seattle WA 98101

Lesley E. Weaver
Bleichmar Fonti & Auld LLP
555 12th Street Suite 1600
Oakland CA 94607

100

Please indicate if you and/or your attorney plan to appear at the final approval hearing.

**III.  SIGNATURE**

Your signature

David Euliss

Date  7/10/2023

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489





# OBJECTION

# 72

Letter to court CASE # 3:18 MD 02843 VC   RE Marcus Boser
Meta-Facebook User profile Litigation

**RECEIVED**

AUG 04 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Settlement Agreement
Notice oF intent
Notice oF no Prior
OBJections in Any CASE

First And Foremost I send my utmost Respect to The court And Humbly request it's Broad powers to Navigate My Agreement And Resolution Through ALL oF The obstacles I Am indigent without Regular communication channels But every Bit A Paused FireFighter, A Lover oF my Country A Collector oF my goth And A Decendent oF The Founders oF These Colonies. I wish Good Fortune on FaceBook-meta And Do not plan Any other Future Recourse other Than This presented Resolution Agreement. As A FaceBook user During The times Specified I would Like to release ALL interest in This CASE without Further OBJection upon The Arrival OF A CAshiers check For $51,000.00
MADE PAYAB
Me + ████████████████████████████
████████████.

I would greatly Appreciate The Courts one time Assistance in Directing This Agreement to it's Simple Arival, At The proper place So That The proper paperwork Agreement iF Further is needed to me here So That I Move on with my liFe And A Fresh Start To Be trued And squired Away.

TruthFully, Marcus Aurelius Boser ████████
+ Marcus Boser   7-31-23
████████████████████████████  ( No Access to )
                                ( internet Now  )





**RECEIVED**

AUG 0 4 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FACeBook- Privacy negotiated Settlement
US courthouse HonorAble Presiding on FACeBook
450 Golden Gate Ave
SAn FrANcisco, CA 94102

9410233661



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019