| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 1330 Broadway, Suite 630 |
| Seattle, WA 98101 | Oakland, CA 94612 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **SUPPLEMENTAL NOTICE OF FILING OF OBJECTIONS RECEIVED AFTER AUGUST 4, 2023**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Pursuant to the Order re Objections to Class Action Settlement (the "Order"), Dkt. 1131, Plaintiffs submitted 43 objections to the Class Settlement that they received as of July 10, 2023. Dkt. 1144. On July 30, 2023, Plaintiffs submitted 11 additional objections that they received after July 10, 2023. Dkt. 1158. On August 4, 2023, Plaintiffs submitted 18 additional objections that they received after July 30, 2023. Dkt. 1160.[1]

Plaintiffs hereby submit 13 additional objections that they received after August 4, 2023. The objections are redacted in compliance with the Court's Order. Dkt. 1131.[2] Eleven of the objections, attached hereto as Objection Nos. 74, 76, 77, 78, 79, 80, 81, 82, 83, 84, and 85, were postmarked after the July 26, 2023 deadline. Three objections, Objection Nos. 76, 79, and 85, do not state that the objector was a Facebook user during the Class Period and should therefore not be considered.

Plaintiffs' Motion for Final Settlement Approval, Dkt. 1145, and the Consolidated Reply in Support of Plaintiffs' (1) Motion for Final Approval and (2) Motion for Attorneys' Fees, Expenses, and Service Awards, Dkt. 1161, have already addressed the issues raised by these objections, as reflected in the table below.

| *Subject Matter of Objection* | *Where Addressed* |
|---|---|
| Objections regarding the Settlement amount. *See* Obj. 73 (requests an individual payment of between $8 million and $900 million); Obj. 74 (requests an individual payment of "$250,000 or less"); Obj. 75 (states that the settlement amount is not enough in light of Facebook's net worth, and it "generated all of its money because of its users"); Obj. 76 (seeks an "amount of $51,000"); Obj. 77 (seeks an individual payment of $4 million); Obj. 79 (requests an individual payment of $51,000); Obj. 80 (seeks an amount of $700,000); Obj. 81 (asks to receive $50,000); Obj. 82 (requests a payment of "$250,000 or less"); Obj. 85 (seeking an amount of $100,000,000). | Dkt. 1145 at 16-18; Dkt. 1161 at 6-11. |

---

[1] Four objectors also filed objections via ECF. Dkts. 1147, 1152, 1154, 1155.
[2] Plaintiffs have not filed a motion to seal because the redactions have been made pursuant to a prior court order in this case that requires Plaintiff to redact all sensitive information within the objections. Civ. L.R. 79-5(b).

| **Subject Matter of Objection** | **Where Addressed** |
|---|---|
| Objections that the Settlement releases criminal claims. Objs. 75, 83. | Dkt. 1145 at 21-22. |

In addition, objection nos. 75, 83, 84, and 85 assert objections based on individualized injuries due to alleged behaviors by Facebook, but the alleged behaviors are not based on the identical factual predicate as this action and are therefore not released by the Settlement.

Plaintiffs will be prepared to address these objections further at the September 7, 2023 final approval hearing.

Dated: September 1, 2023

KELLER ROHRBACK L.L.P.

By:  /s/ Derek W. Loeser
     Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice)*
Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice)*
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400

Respectfully submitted,

BLEICHMAR FONTI & AULD LLP

By:  /s/ Lesley E. Weaver
     Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
jsamra@bfalaw.com

Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of September, 2023, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver
