# Exhibit A

# Objections 73–85

Objection 73.................................................................................................................1

Objection 74.................................................................................................................7

Objection 75...............................................................................................................13

Objection 76...............................................................................................................21

Objection 77...............................................................................................................24

Objection 78...............................................................................................................32

Objection 79...............................................................................................................39

Objection 80...............................................................................................................44

Objection 81...............................................................................................................49

Objection 82...............................................................................................................62

Objection 83...............................................................................................................67

Objection 84...............................................................................................................75

Objection 85...............................................................................................................89

# OBJECTION

# 73

*1*

July 1, 2023

SK   CLASS Action
CASE NO 3:18 Md
02843 VC

Dear The CLERK
Dear Class Action CLERK

I am Writing your office of The CLERK
This Letter Today I Hope that This
Court Can Help Mr Houck to Get
All my Money So Mr Houck Hope
that Your Court Will Sign a Good
Attorney to All my Case to The Class
Action Lawsuit. I am Asking This Court
to Add my Name James Houck #014944m
to The Class Action Settlement
because Mr James Houck Was
on Facebook And Mr Houck
Was user Facebook from May 27 2007
And December 2, 2022 and are user
Facebook Now. Please Look
Mr James Houck Facebook Account
Then your office will see that Mr Houck
Was user Facebook from May 27, 2007 and December 2, 2022

So I am Asking, This Court to Sign
MR Houck a Good Attorney for
This Class Action Settlement.
James Houck Was Using Facebook
from May 24, 2007 and December
22, 2022. MR Houck are Willing
to Take a Settlement for $ 900,000,000
or $ 8 Million or $ 600,000,000
or $ 10 Million. Or $ 800,000,0000.

MR James Houck have been Using Facebook
from May 24, 2007 and December 22, 2022
"YES" I have been Using Facebook

1. Your                 "JAMES Houck –
2. Your
3. Your – E – Mail
4. Your Facebook User Name

I am Ask, The Class Action Clerk
to Call          Case Manager Office to
Set up a Call or a Court Video Visit
With MR Houck to Talk About The Class Action
→
                    So Please Call us
to Set up a Call to Talk to
MR James Houck
to Court All my Money $ 900,000000

3

When if We Win Please Take your
Money off The Top and Send a Check
With my █████████████████████████
to Put on All The Check to Send
All My Check to MR JAMES E. Houck SR.
████████████████████████████████
████████████████████████████████
████████████████████████████████

I Hope The court on The Clerk
Will Sign MR Houck n Good
Attorney to Will Take my Facebook
Class Action SRTH Amend Case
to Will Try to call ████████████
to Talk to MR Houck About my case
to Get Mr Houck $ 900, 000, 0000 Ex
$ 800, 000, 0000 ok.

Please Write Mr Back Real Soon



4

James R. Houck

12 JUL 2023 · PM 4 L

United States District
Court for the Northern
District of California

Atho Class Action Clerk
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**RECEIVED**

**JUN 17 2023**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410283489  C004  5

OUTGOING
INM ATR MAT.
JUL 1 2 2023

6

# OBJECTION 74

COVER LETTER

No.:18-md-2843-VC

Anwar L Holmes
Plaintiff
Individually and on behalf of
all others Similary Situated.
(Class Action) Settelment

v.

META,FACEBOOK,INC
(Defendent).,

**FILED**

AUG 0 8 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

§

§

§

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

MOTION FOR JOINER OF CLAIMS
OR
IN THE ALTERNATIVE
PETITION FOR JOINDER OF COMPLAINT

See:Johnson v.Meta,2023 U.S.Dist
LEXIS 118217(July 10,2023)

TO THE HONORABLE COURT:

I Anwar L Holmes                    ,the Plaintiff,above styled in his--
properself., FACEBOOK PAGE[ Anwar Holmes    ] name,complains of META,FACEBOOK
INC,the defendant and for Cause of Action shows:

1.
Selection of Discovery Level

The Plaintiff in this Settlement Agreement was reached after extensive investigation
and motion pratice in the Action,and was the result of protracted negotiation con-
ducted by the parties,over course of serveral months was certified on March 29,2023.
See Dkt.1130 in Case no.:18-md-2843-VC,including with the assistance of a neutral
mediator. The damages sought are within the jurisdiction limits of this court, Rule
23(b)(2). The Settlement Class is so numerous that joinder of all members is im-
practicale...

2.
Parties and Service of Citation

The Plaintiff is a ███████████████████████. The defendant is FACEBOOK,INC/META in located
in California.

3.
Exemplary Damages
Settlement

The basis for the settlement is because the gross negligent violation of the defendant
to allow CAMBRIDGE ANALYTICA a [f]irm with ties to Trump political strategist  Steve
Bannon,had paid a Facebook App developer for access to the personal information of
about 87 million users of Facebook. As a result,the Plaintiff and other--members of
this Class Action simiary situated is entitled to recover damages in the jurisdiction
limits of the Court...

Prayer
Conclusion

WHEREFORE,the Plaintiff in his proper-self request he is Granted Relief sought----
that he seeks in the aggregating $250,000 or less along with post judgment interest
as provided by Law and such other further relief to which the plaintiff may be justly
entitled in this Class Action Settlement in Good Faith...

Respectfully Submitted
'/s/' ████████████  Pro se
████████████████████

Note:[Forward to;
       Attorney Class Counsel]

UCC 1-207,208
All Rights Reserved 2023

Apeendix[1]

ORDER

I HEREBY DECLARE THAT THIS MOTION FOR JOINER OF CLAIMS OR IN THE
ALTERNATIVE PETITION FOR JOINDER OF COMPLAINT BE ___ GRANTED OR
___ DENIED.

█████████ TED on the ____ day of _____ 20__ A.D.

AUG 0 3 2023

'S' _____
    _Judge Signature

████████ Clerk of Court

UNSWORN DECLARATION

I Anwar L Holmes _____ plaintiff hereby declare under pains and penalty
of perjury have read everything in this Motion for Joiner of Claims or
Petition for Joinder of Complaint is true and complete to my knowledge.
I have been a member of Facebook for 15 years. To hear that my personal
information has been invaded without my permission is harmful. This
Legal Notice has been forwarded to the United States District Court for
                          of California from █████████
████████ on this 31 day of July  2023 A.D. 28 U.S.C§1746

Respectfully Submitted
'/s/' Anwar L Holmes Pro se

████████████████████

CERTIFICATE SERVICE

I DO HEREBEY CERTIFY THAT A TRUE AND COMPLETE MOTION FOR JOINER OF

CLAIMS OR PETITION FOR JOINDER OF COMPLAINT IS TRUE AND COMPLETE TO

MY KNOWLEDGE HAS BEEN FOWARED TO THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA FROM ████████████████

████████████ on this 31 day of July  2023 A.D.

Respectfully Submitted
'/s/' Anwar L Holmes Pro se

████████████████████

Pleas Note: Litigant only seek to
            join this class Action
            and not to file a new
            one...

pg[2]

UCC 1-207,208                                          ALL RIGHTS RESERVED 2023*



Fellow: Anwar L. Holmes

1 AUG 2023   PM 4   L

Civil Cause No.:18-md-2843-VC
(Joiner Claim)

UNITED STATES DISTRICT COURT

AUG Ċ 3 2023

, Clerk of **Court**

10



**CLERK**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



US POSTAGE ᵐᵒ PITNEY BOWES

ZIP
02
0001374615 AUG 03 2023      $ 000.63⁰



RECEIVED

AUG 08 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

9410283432 C004

# OBJECTION

# 75

<table>
<tr><td>

**Your Objection Form must be postmarked by:**
**JULY 26, 2023**

</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

</td><td>

**FCP_OBJ**

</td></tr>
</table>

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I.  YOUR INFORMATION

| Rushi | Pandya |
|---|---|
| **First Name** | **Last Name** |

| | | |
|---|---|---|
| ████ | ███ | ██ |
| **City** | **tate** | **Zip Code** |
| ████████ | █████ | |
| **Email address** | **Telephone number** | |

| | | |
|---|---|---|
| ███ | ██████ | ████████ |
| **Facebook Account Username(s) (if available)** | **Email Address(es) associated with Facebook account** | **Phone number(s) associated with Facebook account** |

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

I want this statement to be read in Court.

I want the Court to deny the settlement. I'm objecting to the settlement because I can't agree with the settlement terms and the settlement amount. The payout amount is not nearly enough for me as a settlement for the claims it seeks to settle. My reasons are that facebook's net worth is far more than the settlement amount (a small fraction) and it has generated all of its money because of its users, and seeks to 'address' some severe accepted criminal claims by the settlement which I have been personally affected by. Almost all 'prioritized claims', 'priority consumer protection act' claims, and 'non-prioritized' claims, except those not concerning New York, New Jersey and Pennsylvania, as well as other claims which I may have.

The stipulated amount to me is far too less of a settlement to an individual to do justice for some of the 'prioritized' criminal claims and aims of the settlement. Selling of all of my facebook data and daily activities and routinely tracking ridiculously personal data and selling to third parties criminally without consent, for theirs and another party's eventual monetary gains. It is absurd to me to accept the amount for some of the criminal (most) claims it seeks to settle which, I believe what is implied, according to the settlement terms, one can't contest if you don't appropriately act on this lawsuit.

Also, the settlement is definitely not enough justice for me specifically from Facebook for sure because I'm a targeted victim of ▮▮▮▮▮▮▮▮▮ (see attached link of a UN document and attached document itself), which has s▮▮▮▮▮▮▮▮▮ defaming social aspects and the company was validly and indeed repeatedly used as a tool for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I can't humanly accept the settlement amoun

I urge the Court to deny the settlement.
To summarize, based on these two core reasons – (i) not enough and disproportionate stipulated remuneration for the gravity of the claims. To consider - the company, which depends on its users in entirety for its net worth, and proportionating with the settlement and settlement claims of the lawsuit. (ii) can't accept the settlement amount being a victim of ▮▮▮▮▮▮▮▮ – as mentioned above.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Does your objection apply only to you, to a specific subset of the class or the total class?**
I would want it to be known to the total class, but I can't speak for others, being a victim of ▮▮▮▮▮ unlike hopefully all other class members, so I have to apply the objection just for myself.

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES    ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

2009 (or before) to 2023. Active user every single year.

15

Requisite information - I resided in the US (New Jersey) for 7 months between 2015 and 2016 with my sister (blood relative), who is a tax paying US citizen. I visited multiple states and gained education while being in the US and have a good job because of it.

---

Have you (or your counsel, if applicable) previously made objections to a class action settlement?

☐ YES    ☑ NO

If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).

---

Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?

☐ YES    ☑ NO

If so, please indicate that person or entity.

---

Are you represented by an attorney?    ☐ YES    ☑ NO

If so, please supply their name and contact information below:

---

Please indicate if you and/or your attorney plan to appear at the final approval hearing.

No. But I will be attending on video conference.

---

## III. SIGNATURE

_Pandya_ (signature)

Your signature

**25-07-2023**

Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

16







TO,

    CLASS ACTION CLERK
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE, BOX 36060
  SAN FRANCISCO, CA 94102 — 3489
  UNITED STATES OF AMERICA

RECEIVED

AUG 0 8 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FROM,
RUSHI PANDYA

19



Counter No :3.26/07/2023.13:58

Amt:2,147.60(Cash)

Wt:32gms

To:SAN FRANCISCO.USA <94102-3499>

20

# OBJECTION 76

Letter To The court! CLASS counsel    7-28-23
    I CARLy Berube who resides At ███████
███████████████████ Do hereBy notiFy And Agree
to settle my interest And DAmages AgAinst me
in CAse # 18 MD 2843 VC  in RE  FACeBooK inc.
Consumer pRivAcy User proFile LitigAtion  For The
unDisputed Amount oF $51,000.00  MADe pAyABle
By CAshiers Check  And mAiled to My ADDRess
no LAter Than 8-15-23

    RespectFully submitted on This 28th DAy
    OF July 2023

X Carly Berube  DAte 7-28-2023

        CARL  Berube
        ███████████████████
        ███████████████████

22

Carly Berube



7 AUG 2023   PM 6  L

RECEIVED

AUG 0 9 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Courthouse Clerk
450 Golden Gate Ave.
San Francisco. Ca
94102

94102-349599

# OBJECTION
# 77

United States District Court
Northern District of California

Tyler D. Johnson,
    Plaintiff,

V.

Case: # 3:18-MD-02843-VC (N.D.Cal.)

Facebook, Inc,
    Defendant

## Motion For Consent Judgment

Comes Now ~~Plaintiff~~ and hereby submits his
Motion for Consent Judgment and states the
following facts pursuant to Rule 23, F.R. CV.P :

#① Plaintiff Tyler Darnell Johnson is a class Action
member in this litigation against Facebook, Inc
for their Malevolent proclivities and deleterous
Endeavors that were diabolically conveyed against
Plaintiff Tyler D. Johnson That resulted in a
Vast Array of severe Damages and irrepairable
Harm caused by Facebook (Now meta Platforms, Inc)
Sharing and making accessible to third parties the
Data of Tyler Johnson's user profile illegally.

#② Plaintiff Tyler Johnson notes that he has
suffered substantial ████████████████████████
████████████████████████████████████████████████
and/or ███████████████████████████████  As a Result
of Facebook, Inc sharing Plaintiff's Data with
third party data brokers, government entities,
White listed third parties, third party app developers,
Business partners, advertisers, analytical agencies,

25



and companies or offices unknown, without the Plaintiff Tyler Darnell Johnson's permission, and such Damages caused by this substantial Infringement can only be Remedied with relief in the Amount of $4,000,000 ($4-Million) as a class Action settlement MEMBER, and any awards as a "class Representative" due to the fact that the court should have made Joinder of complaints or Consolidated case #3:23-CV-02595-AMO(N.D. Cal.) with this current litigational cause.

#③ Plaintiff Tyler Darnell Johnson Notes that he requests and or moves for this court to approve consent by plaintiff Tyler Johnson of a Judgment granting plaintiff Tyler Johnson $4,000,000 in relief ($4-Million Dollars) for the Severe Damages caused by Facebook, Inc (now Meta Platforms, Inc) by wrongfully disclosing Plaintiff's Data to third party culprits without Plaintiff consent.

#④ Plaintiff Tyler Johnson consents additionally to any settlement class Representative Awards and for the court to compel Plaintiff Johnson's attendence at the "Final Approval Hearing" at 1 p.m. PDT on September 7, 2023 via video conference in front of District Judge: Vince Chhabria.
          WHEREFORE, Plaintiff Approves this Honorable court Judgment and any action this court deems Just and Proper.
   × _Tyler Johnson_                    8/7/2023

United States District Court
Northern District Of California

Tyler Darnell Johnson,
        Plaintiff,

    V.

Facebook, Inc,
        Defendant.

Case: 3:18-MD-02843-VC

Memorandum IN SUPPORT OF Objection to Subsection terms of class Action Settlement
Comes Now Plaintiff and hereby submits this Memorandum in support of objection to subsection terms of class Action settlement and states below:

#① Plaintiff Tyler Darnell Johnson Mailed and filed a Objection to the class Action Settlement terms in June-July 2023 prior to this Hereof Memorandum and in such objection Plaintiff Noted that he shall be certified Settlement class Representative Status due to Plaintiff Tyler D. Johnson seeking to have Joinder of complaints or in Alternative Joinder of claims in cause # 3:23-CV-02595-Amo(N.D.cal.) in which the court should have "Sua Sponte" order the cases consolidated, like the court did for the class Representatives: "Jason Ariciu, Cheryl Senko, Tyler King, Bridgett Burk, Anthony Bell, Steven Akins, Jordan O'Hara, but the court Misconstrued the Requests of Plaintiff's and Prejudicially terminated the Litigation # 3:23-CV-02595-Amo (N.D.cal.) instead of diligently consolidating this cause with the cause # 3:23-CV-02595-Amo (N.D.cal.) thereof.


Page #(2)

#(2) Plaintiff Tyler Darnell Johnson notes that he suffered severe ███████████ ███████████████████████████ ████████████████████████ that has derived from FACEBOOK (NOW Meta Platforms) sharing and making accessible MALEVOLENTLY Plaintiffs' data to diabolical third parties, whitelisted parties, business parties, data Brokers, government culprits, third party APP developers, advertisers, Etc and causing Plaintiff Tyler Johnson to be ████████████████████████ ███████ along with Malignantly administered Biometric Technology.

#(3) To conclude, Plaintiff Tyler D. Johnson Requests Relief in the Amount of $4-Million for the plethora of damages and or irrepairable Harm caused by Facebook, INC (Meta platforms) deleterous endeavors or malevolently Vile dispositions, and Plaintiff's Objection shall duly be heard at the scheduled "Final Approval Hearing" at 1 p.m. PDT on September 7, 2023 Via Video conference in front of District Judge chhabria to be considered for settlement class representative Service Awards, and my Relief Requests, and also to object to the $750 Million not being Enough Funds.
             WHEREFORE, Plaintiff prays for Relief and any action the court deems Just and proper.

x _Tyler Johnson_                    8/7/2023

28

United States District Court
Northern District of California

Tyler Johnson                      )
        Plaintiff,                 )
                                   )
                                   )
                                   )
v.                                 )    Case No. #3:18-MD-02843-VC(N.D.Cal)
                                   )
Facebook, INC.                     )
        Defendant(s).              )
                                   )

### MOTION FOR APPOINTMENT OF COUNSEL
### AND AFFIDAVIT IN SUPPORT

I, Tyler D. Johnson, hereby apply for appointment
of Counsel. In support of my application I declare under penalty of
perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe
I am entitled to redress.

(2) Because of my poverty, I am unable to pay a
reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel,
but because of my poverty I have been unable to secure same.
Following is a description of the efforts I have made:
Communication With: — Attorney At Law —
LESLEY E. WEAVER
555 12th St. Suite #1600
Oakland, CA. 94607

I declare under penalty of perjury that the foregoing is true and
correct. Executed on ___8 / 7 / 2023___, 2023.

                                      x _Tyler Johnson_
                                        Signature of Plaintiff



Darnell Johnson

'10 AUG 2023 PM 9  L
AUG 15 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FROM

AUG 09 2023

CLERK OF COURT
United States District Court
Northern District of California
450 Golden Gate Ave. Box 36060
San Francisco CA
94102-3480

{ LEg
MaiL }



# OBJECTION 78

UNITED STATES DISTRICT COURT
NortherN District of California

Tyler Darnell Johnson.
        Plaintiff,

Vs.

                                Cause: 3:18-MD-02843-VC(N. D. Cal.)

Facebook, INC,
    DEFENDANT.

## Motion For Order For Release of Records

COMES Now Plaintiff Tyler D. Johnson and hereby
Moves for an Order for Release of records. IN
Support of this Motion, the Plaintiff Tyler
D. Johnson States as Follows:

#①. By court order the court Allowed Plaintiffs'
Preliminary discovery on August 27, 2018 for
purposes of drafting a consolidated complaint;
Plaintiffs Filed a consolidated complaint on the
date of September 21st, 2018 by and through
Counsel Appointed by the court "Lesley Weaver"
and "Derek Loeser."

#② Plaintiff Tyler Johnson Notes that the
court ordered. Plaintiffs to file an amended
complaint, And on August 4, 2020 Plaintiffs
Filed such Amend complaint consolidated, but on



Page #②

November 10, 2020 the court dismissed the Claims brought by the other plaintiff's who were Located in the United Kingdom thereof.

#③ WHEREAS, the parties engaged in extensive discovery, including the production of over one million documents and other electronic discovery by Meta, Production of tens of thousands of documents, thousands of pages of written discovery Requests and Responses, over 110 hours of 30(b)(6) deposition testimony from over 54 witnesses, class member Reps, and corporate officials, etc.

#④ NOW THEREFORE, Pursuant to RULE 23 of the Federal RULES of civil Procedure and Due Process, 28 U.S.C. §1715, OR class Action Fairness Act, Plaintiff Tyler D. Johnson is Requesting All discovery Records, transcripts, documents, 30(b)(6) deposition texts or transcripts, technological files and analytical footage, Artificial intelligence Monitoring data.
      WHEREFORE, Plaintiff prays for Relief and any action this court deems Just and proper.
   x _____        8/9/2023

34

United States District Court
Northern District of California

Tyler D. Johnson,
    Plaintiff,

V.

Facebook, Inc.,
    Defendant.

Case: # 3:18-md-02843-VC (N.D. Cal)

## Notice of Plaintiff's intention to Appear at Settle Class Final Approval Hearings

Comes Now the Plaintiff Tyler D. Johnson and duly Moves this court by hereby submitting a Notice of Plaintiffs' intention to appear at Settlement class Final approval Hearings and states the following in support of this Notice:

#① By order of this Honorable court on or About August 26th, 2022 there was a Preliminary Settlement class Agreement and Release issued by this court, and such Settlement Agreement is dated as December 22nd, 2022 as "Exhibit A" (Proposed Preliminary Approval order).

#② Pursuant to the provisions of 28 U.S.C. § 1715 (d) Plaintiff Requests that this Honorable court schedules the Final Approval Hearing for a date in compliance with such united states code captioned above hereof.

#③ Plaintiff Tyler Darnell Johnson prays that this Honorable court takes Judicial Notice to the fact that

35



He Has Filed a "Motion to object to settlement Agreement" prior to objection deadline, as specified in the courts preliminary Approval order.

#④ Plaintiff Tyler Darnell Johnson Notes that he has also Requested for Judicial Notice of his intention to Attend the final Approval hearing pursuant to the "Rule 23 of the Federal Rules of civil procedure" and such Request was made prior to July 25th, 2023.

#⑤ Additionally, Plaintiff Notes that Not only did the Defendant's Malevolent proclivities cause Plaintiff a plethora of [redacted] and "social Harm," but then the settlement Administrator have/has to date Violated the "class Action Fairness Act" and/or 28 U.S.C. §1715 by Refusing to send plaintiff the class Notice, claims forms, etc, and court Appointed counsel "Derek W. Loeser" of Keller Rohrback L.L.P prejudicially waited untill the objection deadline had expired to send plaintiff the "objection forms" on or about July 27th, 2023, and the "35-pages" of the 134 page class Action settlement Agreement was incomplete.

WHEREFORE, Plaintiff hereby prays that this Honorable court grants Relief or Any Action deemed Just & proper.

x Tyler Johnson 8/9/2023



Tyler Darnell Johnson

RECEIVED
11 AUG 2023 PM 6 1
AUG 1 5 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MAILED FROM**

AUG 11 2023

Mail

— CLERK OF THE COURT —
United States District Court
NORTHERN District OF California
450 Golden Gate Avenue, Box 36060
San Francisco, CA.
94102-3489



# OBJECTION 79

**RECEIVED**

AUG 2 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

MARCUS AURELIUS BUSER PLAINTIFF

V

FACEBOOK - Meta PLATFORM AND CO APPS DEFENDENT
CAMBRIGE ANAYLitiCA MARK ZUCKERBEG

I marcus Aurelius Buser Am Bringing Action
Against The ABove etitys in pro se I Request
Authorization to proceed in Forma pauperis I
Am Submitting A signed Declaration That
I Am

[redacted]

[redacted]

And unable to pay Costs of Court.

Marcus     BS Buser

[redacted]

Submitted on This 17th Day OF Aug 2023

ADDitionally: Judge Swain iF possible I would
Like to settle This Case For $51,000 For
The DiscraceFull careless Stonewallin Case OF
rser profile Litigation - My intent is not
to Clog The Court only to Sting The Defadents
For The Violation oF trust - iF The Court Canl
Direct This unique Situation to Somewhere I
Can settle my Claim, I would Be happy -
Thank you.,
            Marcus

Clerk oF The Court. The Name AND ADDress
to The Attorney That Represents FaceBook And
has The ABility to Convey A Settlement From
me would Save Resources oF This OFFice
. And court -

                 Regards,

                      Marcus Buser

Nam Marcus

Address_____

City/State/Zip_____

18 AUG 2023  PM 5  L



★ USA ★ FOREVER ★

**RECEIVED**

AUG 2 1 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of Court
450 GoLDen Gate Ave
SAn Francisco 94102
CA

94102-343210

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

# OBJECTION
# 80

United States District Court
Northern District of California

Chicory Griffin,
        Plaintiff,

        vs.

Facebook, Inc,
        Defendent.

Case: #3:18-Md-02843-VC

## Motion to Appear at Final Approval Hearing

Comes Now Plaintiff Chicory Griffin and hereby submits his Motion to Appear at Final Approval Hearing and states the following Below Heretofore:

#① Plaintiff Chicory Griffin Aver Currently Resides at        address: ███████████
████████████        Whereas, He is A Class Action Member who petitioned this Honorable court for awards and Relief in the amount of $700,000 dollars.

#② Additionally, Plaintiff Griffin has already filed objection to settlement terms due to the vast array of Damages Chicory Griffin suffered at the Hands of Defendants, and such injury and Damages can only be Remedied with a minimum of $700,000 in Relief due to the inherent deleterous endeavors being so vile and deprivational that even the doctrines of unJust Enrichment applys for Equitable Relief. Quantum Meruit, stating that a benefit was conferred upon the defendant, (2) such benefit was at the Expense of plaintiff, and (3) it would be unJust to allow these

45



Page #2

defendants to Retain such benefits. As a vile
Judgment was conveyed by defendants which was
conferred by the false terms of Facebook, Inc
within the profile user Agreement pertinent to
Data privacy, and such terms were not only false
but were fraud misrepresentations exercised in a
illegal deception conveyed by Facebook, Inc.

#③ Plaintiff Chicory Griffin notes also that he
has suffered Due process violation due to the
idiosyncratic Violations of the "Class Action fairness
Act of 2005" and Breaches of 28 U.S.C § 1715, and
therefore he requests that the court orders
at the Final Approval hearing that plaintiff's
check be mailed directly to his mailing Address
from the "Hunting National Bank" and check be
backed by the full faith and credit of the United
State government or fully insured by the (FDIC)
"Federal Deposit Insurance corporation."

WHEREFORE, Plaintiff Chicory Griffin
prays for a order of this Honorable court that
grants his Attendance at the Final Approval hearing
and any other action deemed Just and proper.

x _____         8-10-23

46



Chicory Griffin

MAILED

15 AUG 2023

AUG 1 4 2023

VFD

AUG 2 1 2023

CLERK, U.S. ...
NORTHERN DISTRICT C... ...

Legal Mail

— Clerk of Court —
United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA.
94102-3489

**RECEIVED**

AUG 2 1 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# OBJECTION

# 81

# IN THE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

AUG 22 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

OKANG K. ROCHELLE,

    Claimant,

v.                   Case No. _____

META PLATFORMS, INC.,

    Respondent.

---

## PETITION FOR SHARE BY META PLATFORMS, INC. IN $725,000,000.00 (725 million dollars) PRIVACY SETTLEMENT FOR FACEBOOK ACCOUNT HOLDERS

---

NOW COMES the claimant, Okang K. Rochelle, pro se, with a request for a portion of the $725,000,000.00 (Seven hundred and twenty-five million dollar) settlement for the accusation that employees of Meta Platforms, Inc. had

1

invaded the privacy of Mr. Rochelle, amongst countless other Facebook account holders, when permitting Cambridge Analytica–a British political consulting firm–to access his personal information as a Facebook user during the Presidential campaign of 2016.

## JURISDICTIONAL STATEMENT

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## NATURE OF CIVIL SUIT

In the year of 2016 through 2022, it is believed that employees of Meta Platforms, Inc. had allowed members of Cambridge Analytica, a British political consulting firm, to access the personal information of millions of Facebook account holders for the purpose of voter profiling designed to

2

target the electorate during Donald Trump's successful presidential campaign in the year of 2016.

## ACTUAL CASE AND CONTROVERSY

Being that Mark Zuckerberg, the CEO (Chief Executive Officer) of Facebook, has agreed to pay out $725,000,000.00 to resolve a class-action lawsuit which alleged that Meta Platforms, Inc.–the parent company of Facebook–had allowed third parties, to include Cambridge Analytica, to access Facebook account holders personal information there is *a case and controversy* in the matter at bar because, as a party to this settlement, Mr. Rochelle asserts as a Facebook account holder[1] that he has suffered some actual or threatened injury, that injury is fairly traced to the challenged action of respondent, and the injury is likely

---

[1] Mr. Rochelle has had a Facebook account since July 10, 2020. <u>See</u> **Petitioner's Exhibit A**, Screenshot of *Facebook Accounts Center*.

to be redressed by a favorable decision. **Allen v. Wright**, 468 U.S. 737, 751, 82 L. Ed. 2d 556, 104 S. Ct. 3315 (1984)("The requirement of standing, however, has a core component derived directly from the Constitution. *A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief.*")(opinion by O'Connor, J.) (citing **Valley Forge Christian College v. Americans United for Separation of Church and State, Inc.**, 454 U.S. 464, 472, 70 L. Ed. 2d 700, 102 S. Ct. 752 (1982)). Accordingly, Mr. Rochelle has shown that he is entitled to a portion of the funds associated with the payout by Meta Platforms, Inc. for privacy act violations.

## RELIEF SOUGHT

4

If the tribunal of the United States District court accepts the distribution of funds agreed to be paid out to eligible Facebook account holders by Meta Platforms, Inc. for its employees breach of the public's trust, Mr. Rochelle is asking that he receive a portion of the settlement in the amount of $50,000.00 (Fifty thousand dollars) for their breach of his privacy as a trusted Facebook account user.

## CONCLUSION

Based upon the foregoing facts to this cause of action, the judiciary should grant the instant petition, and award the monetary amount sought  for relief by Mr. Rochelle herein.[2]

---

[2] The funds requested by Mr. Rochelle can be sent to his person by an employee of Meta Platforms, Inc. can be sent to his person by check or money order to the foregoing mailing address or, if more convenient, through Mr. Rochelle's online ███████████████ by using the following information:

███████████████████

███████████████████

Respectfully submitted,



Okang Rochelle
Claimant

Executed on the 21st day of August, 2023.

6

# CERTIFICATE OF SERVICE

Pursuant to the provisions governing Section 1008(e) of Title 1 to the California Code of Regulations that I, Okang Rochelle, the claimant in this matter, have forwarded a copy of the foregoing petition to Meta Platforms, Inc. via the United States Postal Service with first-class postage prepaid to:

Meta Platforms, Inc.
1 Hacker Way
Menlo Park, California 94025



Okang Rochelle
Claimant

7

Executed on the 21st day of August, 2023.

8

# Petitioner's Exhibit A



59





**UNITED STATES POSTAL SERVICE®**

# PRIORITY
# MAIL
# EXPRESS®

**EMS**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

## GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

# OBJECTION 82

cover sheet

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA

FILED
RECEIVED
AUG 24 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

ROSS THOMAS BRANTLEY III
PLAINTIFF
Individually and on behalf
of all others Similary situated
(Class Action) Settlement

V.

META, FACEBOOK, INC
Defendant

§
§   MOTION FOR JOINER OF CLAIMS
§                OR
§   IN THE ALTERNATIVE
§   PETITION FOR JOINER OF COMPLAINT
§
§   Civil Cause No.: 18-md-2843-VC
                      DKT No.: 1130

"Publish"

TO THE HONORABLE COURT!

I Ross Thomas Brantley III ▓▓▓▓▓▓ the Plaintiff above, Facebook
Page is [Thomas B. Ross] complains of META, FACEBOOK, INC, the defendant and
for Cause of action Shows!

## I. [Selection of Discovery Level]

The Plaintiffs in the Settlement Agreement was reached after extensive investigation
and motion Pratice in the Action, and was the result of Protracted negotiables
conducted by the Parties, over course of several months was Certified on
March 29. 2023. See Dkt 1130 in Case No.: 18-md-2843-VC, including with the
assistance of a neutral mediator. The damages Sought are within the
Jurisdiction limits of this Court, Rule 23 (b)(2). The Settlement Class of
$725,000,000 million Dollars is So numerous that Joinder of all members is
Impracticale.

## II. [Parties and Service of Citation]

The Plaintiff Brantley is a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. the
defendant is FACEBOOK, INC/META IS located in California.

## III. Exemplars Damages settlement

The basis for the settlement is because the Errors negligent violation of the
defendant to allow CAMBRIDGE ANALYTICIA a [F]irm with ties to President TRUMP's
Political stratasist Steve Bannon, had Paid a Facebook APP developer for
access to the Personal information of about 87 million users. As a result,
the Plaintiff and other members of this Class Action Similary Situated is
entitled to recover damages in the Juridiction limits of the Court under
both our Fifth and Fourteenth Amendment Due Process Rights.

Appendix L1[7]

All RIGHTS RESERVED 2023
4 USCS § 41

ucc 1-207

63

PG#2

Civil Cause No.: 18-md-2843-VC

## Conclusion

WHEREFORE, the Plaintiff in his Proper-self request he is Granted Relief Sought that he seeks in the aggregating $250.000 or LESS along with Post Judgment interest as Provided by Law and such other further relief to which the Plaintiff may be Justly entitled in this Class Action Settlement in Good Faith.

Respectfully Submitted ▮▮▮▮▮▮ Prose

Cc: Forward to
Attorney Class Counsel

▮▮▮▮▮▮▮▮▮▮▮▮

## ORDER

It is hereby declared that this Motion for Joinder of Claims or in the alternative petition for Joinder of Complaint shall be ___ GRANTED OR ___ Denied

Executed on the ___ day of _____ 20 ___ A.D

_____
Judge Fredina

## Unsworn Declaration

I Ross Thomas Brattlee ▮ Plaintiff hereby declares under pain and penalty of Perjury have read everything in this Petition is true and complete to my knowledge and belief. I am over the age of 21 and is allowed to make this Unsworn declaration On my behalf. I am a member of Facebook Since 2009. I use my Page to keep in contact with Pro Boxing fans and friends and family. I have not been able to access my Page due to incarceration and lack of internet; My Son and Family Still Post and view my Page. Photo's have been taken down. My Power of Attorney ▮▮▮▮▮ notified me of that information. To hear that my information has been invaded like others without our knowledge is unexpected and harmfull. This has been forwarded to the United States Dist Court for the Northern District of California on the 28 day of July 2023

/s/ Ross Thomas Brattlee

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND COMPLETE COPY OF THIS MOTION FOR JOINDER HAS BEEN FORWARDED TO U.S. Courthouse 450 Golden Gate Avenue, San Francisco CA 94102 on this 28 days of July 2023.

/s/ Ross Thomas Brattlee

DOB 11/28/1977
TDCJ# D185130 C3 1-56

64

Appendix 27





18 AUG 2023  PM 3  L

*Bartlett II*

LEGAL MAIL
mailed 7/26/2023

RECEIVED

AUG 2 4 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410283432

Northern District
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102



# OBJECTION

# 83

1





AUG 2 8 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Honorable Chhabria and Clerk of Court Busby,

Re: Facebook, Inc. Consumer Privacy User Profile Litigation 18-MD-2843-VC

I am writing to the Court to request a Motion for Extension of Time in regards to the Facebook, Inc. Consumer Privacy User Profile Litigation, case number 18-MD-2843-VC. I am going to die from injuries suffered by the individuals that bribed Facebook employees to illegally manipulate and use private user information on Facebook. My facebook account goes back to my first real post dated October 1, 2009, but I only found out about this particular court case after the July 26, 2023 deadline. I still would like to object to the filing, which requires a postmark by July 26, 2023 with a claim dead line on August 25, 2023. I deserve money for damages. The group ███████████████ involved in killing me are the ones who bribed Facebook and its employees to post bait-and-switch advertising banners for people to click on a Facebook banner if the person liked Joseph Biden for President, usually a Facebook labeled banner loaded on top of a webpage or search engine such as Yahoo, in order to effect the 2020 United States Presidential election. The account that paid the Facebook employees and Facebook's company accounts to create the bait and switch advertising whereby clickbait suggesting one click if the person liked Joseph Biden for President generated a mail-in ballot. This illegal mail-in ballot was generated by a user-not guaranteed to be the voter-clicking on the Facebook banner at the top of a webpage. The monies paid to the Facebook employees (usually billions to each) to generate the mail-in ballots was discovered to be the $1.6 trillion dollar Ukrainian feeder account tied to the stolen uranium by-product nuclear waste water that is missing from ██████████████████. These local ███████████████████████████████████████. Three times over $200 billion has been seized and now three times $40 billion has been seized with the last round being seized by the state of Mississippi at ████████████████ Dec 2019. The 80+ million Facebook accounts' data with uploaded federal and state identity cards with digitized signatures were illegally utilized to create fraudulent mail-in ballots for President Biden—not President Trump. The Cambridge Analytica firm and President Biden's cousins, ██████████████████, are financially tied together. Moreover, ███████████████████ ███████ and Biden were working together ████████████████████ ████████████████████

This matter was locally recognized here in ████████████████████, because Facebook generated 42 mail-in ballots for ████████████. ████████ gave me one of her old phones before Covid-19 lock-down and I had it through the Presidential election cycle in 2020. However, ████████████████████████. She could not possible have signed her name. ████████████ ████████████████████████████████████. The 42 mail-in ballots in her name were, I suspect generated by the fraudulently posited number of days allowed for mail-in ballots, as locally we are only allowed one mail-in ballot per day, but the locals listed our original national election day as the first Monday before Thanksgiving. They never reposted any correction. We actually just voted on Election Day, same as everyone else the first week of November, with only KNOETV8, I think, covering the blooper on the webpage. That mistake appears to provide 42 days with one mail-in ballot allowed per day, generating 42 possible mail-in ballots for a person, as from the October to November 2020 mistakenly listed dates, there are 42 days. These mail-in ballots were generated by Chinese

Facebook workers and China has actually executed a manager for interfering with our elections. However, the money was paid to American citizens. Mark Zuckerberg admitted in Congress that he knew of Cambridge Analytica's ability to generate psychoanalyzed profiles, but that is NOT the end of the story. FACEBOOK GENERATED MAIL-IN BALLOTS, INCLUDING THE FRAUDULENT 42 ███████████ BALLOTS THAT HAVE BEEN PROVEN TO BE ILLEGAL. ██████████████████████

████. The signature was real but illegally used. It was Facebook employees who directly received the billions in money laundered funds tied to the feeder accounts for the stolen uranium by-product and heroin monies awarded for the "purity" of the processed uranium sold illegally to China and Ukraine. Facebook knew going back to its 2019 Federal Trade Commission settlement that this constituted illegal use of Facebook users' personal information for personal gain through bribes to the Facebook employees for the purpose of fraud. The new privacy measures did not work because they were bribed to commit fraud. This is not the first time they lied over these matters, as even in 2017 Mark Zuckerberg fraudulently posited in media that Russian actors were overthrowing the election, when in fact, these were Ukrainians, as the group responsible for the bribes and illegally trafficking the stolen heroin and uranium by-product, ██████████████ Biden, ██████████, all had Odessa Port of Authority stamps dating back to the USSR, allowing for the word "Russian" in ethnicity at the time, but not nationality now. In a livestream, Mark Zuckerberg alluded to the Cambridge Analytica firm, stating that investigations were on-going into "organizations like the campaigns, to further our understanding of how they used our tools." Mark Zuckerberg's testimony to the SEC contradicts some of his deposition to the House Financial Services Committee in 2019, but he was aware by March 2018, per his statements, that this Cambridge Analytica was potential issue, it seems, albeit further SEC comments point to his knowing of Cambridge Analytica to the first he commented in an email, he suggests, in 2017 due to an article in *Motherboard*. My point is that the media wrongly prescribed this to be used by President Trump. Frankly, both could have used it—BUT PRESIDENT BIDEN'S COUSINS PAID MONEY TO FACEBOOK TO ENSURE THAT THE CRIMINAL ORGANIZATION'S ACTIVITIES WERE NOT PROPERLY INVESTIGATED. President Trump does not have the billions to give each Facebook employee in the upper echelon of Facebook that was bribed. He is a billionaire but he does not have that much money. This was a violation of campaign finance reform laws and specifically was after process service in the 2019 Federal Trade Commission settlement, whereby Facebook was ORDERED to pay fines and FACEBOOK EMPLOYEES WERE RECOGNIZED AS RESPONSIBLE FOR THESE "PRIVACY MISSTEPS" FROM THERE ON, WHEREBY ZUCKERBERG BECAME LEGALLY PERSONALLY RESPONSBILE FOR PRIVACY FAILINGS, as of July 2019 before the 2020 election cycle, meaning that the Facebook attempts to create a Facebook banner and interfere with the US Presidential 2020 election was AFTER the settlement and process service occurred, whereby jeopardy was attached. My point is that there is fraud; a reasonable man could infer fraud has occurred. It is not just the US Securities and Exchange Commission document reporting on their finding that Meta CEO Mark Zuckerberg misled Congress and the American public about how early he knew the threat Cambridge Analytica posed to Facebook user privacy and security with sworn deposition obtained by Zamaan Qureshi, policy advisor of Real Facebook Oversight Board. The Facebook company was put into bankruptcy after bribes allowed for bait and switch advertising, which resulted in clickbait scheme to generate phony mail-in ballots stored by at least ██████████ Clerk of Court, whereby over 42 ballots were discovered for ████████████████████████. Furthermore, I used her old phone and the top banner of Facebook urging people to click on Facebook to go to Facebook or to "like" Joseph Biden for President, did not ever represent itself as printing mail-in ballots that would only be destroyed if a person showed up in person. I am a registered Democrat, but I would NEVER vote for President Biden. His family killed 8 million Jews. I am not kidding. ██████████████████████████, whose family ran a German duchy for 300 years, killing 8 million Jews from 1890-1920, removing over $200 billion in hard securities from the same Canary Island bank the same week the $200 billion went missing from the Israel-Palestine land purchase was supposed to occur, resulting in a 50 year payment to Palestine through World Court's recognition that Israel had in fact paid the money, but the bank lost it. The ████████████████ hate Jews and frequently have called me a "████████████████." They do not like me. I am going to die from injuries due to their network of accomplices. I AM HORRIFICALLY OFFENDED AND HAVE COMPLAINED TO THE STATE OF ██████████ OVER THESE GENERATED BALLOTS AS I DID NOT SHOW UP TO

3

VOTE FOR ANY PRESIDENT BUT WOULD NEVER CAST EVEN ONE MAIL IN BALLOT FOR PRESIDENT BIDEN IN THAT ELECTION AND AS A CONSEQUENCE OF MY CITING FRAUD, THE PEOPLE OVER OUR VOTING SYSTEM WERE FOUND GUILTY OF FRAUD. I REFUSE TO VOTE FOR PRESIDENT JOSEPH BIDEN. They generated fraudulent votes and the resulting investigation found huge discrepancies, one of which I readily identified immediately as fraudulent—██████████████ .

██████████ could not have voted even ONE time. And, she would never have mailed in her ballots from China. ████ ████████████████████████████ .

████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████ . This is the same group that threatened to kill President Trump when he returned from Russia, which I also turned in, only for the media to report that 15 Secret Service agents were injured in an explosion and a hospital release news that 20 had died later from that attack. I AM THAT AMICUS! This is very serious. The money is real. The federal judicial investigation into Facebook resulted in the bankruptcy of Facebook with Zuckerberg obtaining a 17-year time extension and a seal on the matter. However, he had to quickly sell off Facebook's hard assets into two new companies at least, Instagram and Meta, in order to raise capital to pay the Courts that day. The $1.6 trillion fine was the amount the feeder account paid the bribes to Facebook. It is also the feeder account tied to ██████████████████ who also bribed former Justice O'Connor, who was fired, after being found guilty and awaiting a further appeal, and the Southeast Director of the FBI, who was fired and is now found guilty and executed in prison.

I would like an extension for time for the Courts to consider the merits of the case already pending before the Courts in the deceptive marketing practices of Purdue Pharma. I know that this sounds unrelated, but it is not. The ████████ ████████████████ heroin organization branched out into uranium by-product smuggling operations with the aide of Hunter Biden and Michael Johnson. ████████████████ bribed five Sacklers $1.1 billion each, and ████████████ bribed the Pfizer President $1.1 billion. I am the Amicus in both these litigations that proved the money. I turned in ████████ $40 billion account number that led to the federal judicial investigation revealing the $1.6 trillion feeder account for the $40 billion account of ████████████ . The $1.6 trillion feeder account was a personal checking account in the Ukraine tied to ████████████ as the signature, master of the account with ████████████ as an allowed signature, but as a duly authorized agent on the account. Under deposition, Dr. Neumann admitted he did not actually own the account or its monies, only the transfers allowed by ████████████████████ account. In other words, our Clerk of Court, who assisted them in covering for their employment of Timothy McVeigh for heroin trafficking loads and was Court ordered to never work for the Clerk of Court again, cited bank fraud erroneously. It was payroll. They bribed many. Governor Jindal was also bribed, as well as former Justice O'Connor and the Southeast Director of the FBI. Gov. Jindal has been ordered to die in prison after being found guilty, and the Courts acknowledged one of the reasons for the severity was due to Gov. Jindal illegally publishing my name as the Amicus that stood against them. There are Court gag orders on my name being published as the Amicus to this hellish disaster.  I would like a request for an extension of time to be considered on the same grounds that the U.S. Solicitor General Elizabeth Prelogar, representing the U.S. Trustee, has already argued successfully to allow for a grant of a hearing before the Supreme Court, temporarily blocking the settlement affirming that Judge Drain and bankruptcy courts lack the constitutional authority to force third-party releases. I should not be forced to accept "dying the way a ████████ out to", as one ████████ put it. The Courts granting immunity for these individuals to kill to run heroin, humans, and uranium by-product nuclear waste water poisoning would grant these terrorists the fidelity of the US government in their atrocious acts to kill whistleblowers and amicuses without giving me any redress at all, as they shop around to different courts to cut down on costs through shopping fraud. The DOJ maintains that bankruptcy courts have "no authority to force creditors to sign away their legal rights if they don't like the settlement terms," according to the Wall Street Journal. In this particular occasion with Facebook,

4

given the 2017-2019 advance notice through process service over the issues of Cambridge Analytica use of Facebook user information, the employees' legal distinction of limited-liability partnership has lesser legal standing due to the process service and purposeful government investigatory findings that Facebook employees were to be legally responsible before the 2020 Facebook banners interfered with the election. Over the concomitant moral hazard of allowing the unconstitutional use of money-laundered funds from a Ukraine checking account tied to tax fraud, the Courts decision should allow for a further investigation into the Facebook bribes from ███████████████████ shared accounts, as they were specifically tied to selling stolen uranium by-product nuclear waste water and to forcing bait-and-switch advertising to appear that a click for Facebook was a vote for Joseph Biden and click-bait moment of "liking" on Joseph Biden for President banner of Facebook hyperlinked to Facebook. Neither of which guaranteed the person clicking through or switching screens was the actual registered voter. In ████████████████████████████ ████████████████████

██. In my circumstances, although I paid for my ██████ phone, the original phone was registered under ████████ and as it registered her Facebook account on that phone, it is possible the psychoanalytic data allowed the clicks she made on the phone to generate content on my identity without my authority or permission. I WOULD NEVER VOTE FOR PRESIDENT BIDEN FOR PRESIDENT. I am the ██████████ , and documented as such in other countries. I am hated as "Other." The klan of ████████████ s have tried to burn down my house twice. I WOULD NEVER VOTE FOR THEIR COUSIN! financially assists ██████ Joseph Biden so much that in the 1970's when Delaware changed its campaign finance reform laws, they literally had to immediately reverse their own amendments with a grandfathered in clause to prevent the death in prison of their own elected personnel-President Joseph Biden! Literally, President Biden had to take a diversion agreement to never take a pay raise because they discovered in IRS and Legislative Audits that he owed so much in back taxes, whereby he became the second lowest paid Senator in US Senate on purpose to avoid death in prison! I do not approve of the family. He is NOT Jewish. His ancestry is German, and the Biden dynasty married into the ████████████████████ . The siblings have had $200 billion seized three times and $40 billion seized three times now since the most recent Mississippi seizure after ████████ s death in 2019. The government is now investigating the $1.6 trillion they have received. In the Purdue matter, the employees clearly controlled the company and the assets of the business and owners became ambiguous due to the monies paid from the $1.6 trillion feeder account to bribe them from the $40 billion feeder accounts of ████████ . If the same type of bribes to protect their heroin and uranium by-product trafficking trade paid from the same accounts by the same men in the Purdue mess ALSO paid Facebook, then I would hope that the Court decision on the bankruptcy of the Purdue company and the employees, namely the Sacklers, who took the bribes, would have a legal standing to temporarily halt the Facebook bankruptcy settlement issue from being falsely resolved by far lower than the Courts originally settled on the $1.6 trillion fine that was in fact sealed. The $1.6 trillion fine is what made the Meta and Instagram companies owe so much and that is what is, I suspect, driving this attempt to obtain a Court judgement of a far lesser amount of $750 million cap on creditors in a limited liability. In other words, they already had to pay the fine, but the limited liability shield is what YOUR COURT IS ACTUALLY AWARDING! They already had to go into debt and sell of the hardware of Facebook to the companies Meta and Instagram with bank loans that they got a 17 year time extension on payments to the bank. I think what I am trying to say is that they are maneuvering in a way that would attempt to justify a judgment that would later, if the Supreme Court ruling goes against the Sacklers, would show that fraud by way of bribery to commit unconstitutional acts tied to treason and terrorism are NOT shielded by bankruptcy courts and the awards cannot in this circumstance be used to justify shielding the employees from the injuries sustained by creditors, including the U.S. Trustee. The bribes tie the group together. The Court seems to be used here to prevent the government from easily continuing to investigate the matter by having a Court judgement supersede and upend the investigation without actually truly considering what really happened. They were never bribing for President Trump, and the bribes were specifically tied to President Biden. However, the monies were tied to criminal enterprises, which included heroin, human, and uranium by-product nuclear waste water trafficking stolen from a transfer between ████ ████████████████████████████ , proven in multiple Courts in multiple states in multiple federal judgments to have arrived in ██████████████ . It has now been removed illegally by the way, and we

5

are missing it. I am the amicus. Technically, the Post Master that was executed was executed for his lies during deposition and his bribes, but I am the amicus that asked for an investigation, as my medical records showed a sudden change that was not physically possible without removal of the uranium by-product from our superfund waste dump, which was not legally allowed. We have a no-sell on that radioactive matter. They purposefully bounced it through four government entities on paper to commit fiduciary fraud to then bounce it into their personal ownership, made more complicated by their pretensions to hospital trust fund board positions by illegally and fraudulently documentation on the judicial database in our district suggesting they worked in these geographic areas, which they did not work at, resulting in our judicial database failing judicial audit investigation even before Covid. In fact, because the fake forensic pathologist and fake director of phlebotomy, ███████████, imagined with his imaginary doctorates that the true answer to Covid-19 was the strongest LSD-laced rheumatoid arthritis, higher than anaesthesia grade narcotics, by prescription the highest drugs one can prescribe outside a hospital per a graph he toted, this 30+ year documented heroin addict and his accomplices voted in ██████ opening few weeks of Covid-19 to prescribe rheumatoid arthritis over antibiotics, and due to the arrangement STILL illegally uploaded into our FBI NCIC and federal judicial databases by Special Agent in Charge Robert King, despite orders to cease and desist, their votes tallied over others, as they were fraudulently installed over many hospitals, resulting in their total votes for themselves being over-counted stupendously. We became the 9th largest death rate for a country or state in the opening weeks of Covid-19, whereby our real medical professionals without imaginary doctorates got together and demanded a conference whereby they denounced the procedures and processes tied to the rheumatoid drug and announced antibiotics would be used REGARDLESS OF WHAT THE PROCEDURES WERE STATING IN THE DATABASES, which were the basis for insurance companies to make payments in ██████ at that time. ███████████████ were always partners, which has now become the finding of the Courts. ███████████ is left as the sole candidate to have driven the uranium by-product nuclear waste water away from ███████████████████, and his fraudulent reasonable doubt has been found dead in the New York statre park woods by the prison, having been dead all along. The real CDL driver never left New York. The militarized zone is only missing one person-███████. By process of elimination, ███████████ is the missing driver. The FBI of NY has confirmed the City of Albany Superintendent was the ███████ ███████ wanted after having left in a way that the DOC is not responsible for his injuries, whereby the DOJ was forced to arrest, convict, and execute two prison guards who did not correctly fingerprint his upon his demanding access to the employee parking lot, pretending for a second time to be an employee at the prison, whereby he somehow gained access to the now stolen water truck carrying the now stolen and declared covered-up theft of uranium by-product nuclear waste water from the ███████████████████ water containment crisis post-2001. ████████ ████████nd the stolen uranium by-product arrived in ███████ in 2005. The sell of it was illegal, as even blind-testing without acknowledging its Indian Point Nuclear Reactor point-of-origin, the uranium by-product, heavy-metal poisoned water was too acidic, so lethal, as it was guaranteed to be under Department of Interior control and the loss and cover-up, under its "no re-sell" contract under the law. They have since executed two of the local DOI directors for the loss and cover-up, and bribery made certain it stuck. This matter is a lot more complicated than this, but my point is that you are being used to justify a lower threshold of limited liability in a way that does not directly address the damage done to those injured by the heroin and uranium by-product trafficking network that came to bribe employees of Facebook, resulting in President Biden's election support by illegal campaign finance reform laws being broken through an illegal bait and switch advertising banner, which ultimately generated real-world ballots for President Biden-not President Trump. By suggesting that Facebook itself would only have to pay $750 million or thereabouts, the Courts are blind to the billions in profits made AFTER THEY WERE PROCESS SERVED TO NOT USE THE FACEBOOK USER ACCOUNTS. By being able to suggest that this shopping fraud judgement holds power or sway over the decisions without considering the Pharma December 2023 Supreme Court decision regarding limited liability in bankruptcy proceedings tied to these specific ███████████ bribes, these Facebook employees could injure their creditors more in the long run. Their $20 billion in campaign finances for internet bandwidth usage to put Biden on each Facebook screen banner was deliberately not taxed properly. The bribes to Facebook employees after process service shows intent to commit crimes.

Sincerely,

*Stephanie L. McKnight*

72





# OBJECTION 84

Good evening
        I sincerely thought Paul would
kindly like to submit these documents
on behalf of my case.
        I have been stalked, spy tapping my
phones, spying thru security cameras
where I live for and impinging
of these years
I was in a ██████████████████████
which today all of this mess has
been effecting my inquiries, nerve
damage along with █████████████
People all over the world spying
on me I can't even take a
decent shower nor occupy the own
privacy of my home.
This is far fetch sickening spying
everywhere I go.
My personal data being taken,
stolen along with Blacklisting
where does your data act protection
act fall in place

Facebook has processed the personal
information of users friends with
people who are siemenits

your malfunction, So you account
for the General Data Protection
Regulations cause its not being
replaced by Data Protection act
For Privacy and Creations Regulations
 Then perhaps I sat here and think
of the billions of dollars that
your company has made
Honestly I'm seeking a higher
settlement than what you are
expecting to pay out. If I fail
I will continue to fight it out
in court period
when I sign into my account
it signs into someone else
account to.
I have log in places that I
havent been too
There for I'm submitting this
matter based upon
Breach of Data Protection laws

- I am seeking compensation for damage to my privacy, reputation, defamation of my character

- Pain & Suffering

- Abuse

- failure to comply with Data Protection along with breach of data privacy for the years and agony you have put me thru as well as failure to comply to investigate the suspicious activity
Due process for what you have cost my celebrity friends as well as myself.
Submitted on August 19, 2023

Wendy Gayle Paul

Privacy is a fundamental human right. It's also one of our core values. Which is why we design our products and services to protect it. That's the kind of innovation we believe in.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
**www.FacebookUserPrivacySettlement.com**

RECEIVED

AUG 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF ...
...

FCP_OBJ

| |
|---|
| **Your Objection Form must be postmarked by: JULY 26, 2023** |

# Objection Form

I want to object to the Settlement in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.) but remain a member of the Class. I understand that if I object to or comment on the Settlement, I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DO NOT FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

## I. YOUR INFORMATION

| First Name | Last Name |
|---|---|

Street Address

| City | State | Zip Code |
|---|---|---|

| E ail address | Telephone number |
|---|---|

| Facebook Account Username(s) (if available) | Email Address(es) associated with Facebook account | Phone number(s) associated with Facebook account |
|---|---|---|

## II. OBJECTION

**What are the reasons you object to the Settlement? Please provide any supporting materials.**

**Does your objection apply only to you, to a specific subset of the class or the total class?**

no individual

**Were you a Facebook user at any time between May 24, 2007 and December 22, 2022?**

☑ YES   ☐ NO

**If so, when were you a Facebook user? (Please indicate years of use)**

since March 14, 2013

**Have you (or your counsel, if applicable) previously made objections to a class action settlement?**

☐ YES   ☐ NO

**If yes, how many times have you (or your counsel) previously made objections? (Please provide the caption of each case in which you (or your counsel) have made an objection).**

**Have you sold or otherwise transferred the right to your recovery in this Action to another person or entity?**

☐ YES   ☑ NO

**If so, please indicate that person or entity.**

**Are you represented by an attorney?**   at this moment   ☐ YES   ☑ NO

**If so, please supply their name and contact information below:**

81

Due to [redacted] clm not able to

**Please indicate if you and/or your attorney plan to appear at the final approval hearing.**

---

**III. SIGNATURE**

_Wendy H Freed_                                    _August 19, 2023_
Your signature                                                    Date

**You must submit your objection to the Court by mailing it to the Class Action Clerk at the address below OR by filing it in person at any location of the United States District Court for the Northern District of California. Your objection must be filed or postmarked no later than July 26, 2023.**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

# Authorized logins

## Recognized devices

Review a list of devices on which you won't have to use a login code.

>





Find out who this

Not My email.

This is Mobile Nu
I currently using
Now.

Without a virus or some kind of Remote host,
the only way someone can spy on you is whats
called a MAN in the Middle Attack.
Where the hacker puts his computer between you
and the router. So everything that goes in/out
is seen by him. If this is the case, your browser
will be like oh this site isn't safe. Even though
its Just facebook.




Wendy H Reed

CERTIFIED MAIL

94102

$5.25

R2305H127287-19

RDC 99

RECEIVED

AUG 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court
for Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, Ca 94102-3489



Retail

U.S. POSTAGE PAID

PLACE STICKER AT TOP OF ENVELOPE

AUG 21, 2023

# OBJECTION 85

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(WHISTLEBLOWER) CHANGE OF VENUES

IN RE : FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION

This document relates to : Motion To Add
Robert W. Johnson As Plaintiff for Docket
No. "MDL No. 2843 : Case No. 18-md-
02843-VC", Motion For Default Judgement,
Motion For Pro Se Corporation, Motion To
Change Venues, Motion To Add as Defendants
Donald J. Trump, Rudy Giuliani, John Eastman, Mark
Meadows, Kenneth Chesebro, Jeffrey
Clark, Jenna Ellis, Ray Smith III, Robert
Cheeley, Cathleen Latham, Scott Hall,
Stephen Lee, Harrison Floyd, Trevian
Kutti, Sidney Powell, Misty Hampton,
Michael Roman, David Shafer, Shawn Still & Vladimir
Putin & (cont.)

90

①

Motion For Identity Theft of Plaintiff
Added Named Robert W. Johnson, Motion
To Subpoena All Named Defendants And
Plaintiffs and Added Plaintiff Robert
W. Johnson, Motion To Award Robert W.
Johnson and Motion To Exhaust All
Administrative Remedies.8 Seizures of
Chattels.

---

MDL No. 2843
CASE No. 18-md-02843-VC: Pre-Trial Order:
MOTION To Add Robert W. Johnson As
Plaintiff For Docket No. "MDL No. 2843:
Case No. 18-md-02843-VC" Motion For
Default Judgement, Motion For Pro Se
Corporation, Motion To Change Venues,
Motion To Add Donald J. Trump, Rudy
Giuliani, John Eastman, Mark Meadows, (cont.)

Kenneth Chesebro, Jeffrey Clark, Jenna Ellis, Ray Smith III, Robert Cheeley, Cathleen Latham, Scott Hall, Stephen Lee, Harrison Floyd, Trevian Kutti, Sidney Powell, Misty Hampton, Michael Roman, David Shafer, Shawn Still & Vlidimir Putin as Defendants and Motion For Identity Theft of Plaintiff Added Named Robert W. Johnson, Motion To Subpoena All Named Defendants And Plaintiffs and Added Plaintiff Robert W. Johnson and Motion To Exhaust All Administrative Remedies & Seizures of Chattels.
Re: DKT No. Pending.

③ 92

By these Motions Filed above-said, the following amended protocols shall govern all work for common benefit and expenses, in this amended action, including, among other issues, the exercise of awarding Robert W. Johnson $100,000,000.00 U.S. dollars for identity theft and all other liabilities due to government crimes, white collar crimes, black collar crimes, due process violations, Ethics and Government Acts and Ponzi Schemes and Robert W. Johnson requests Expedited Seizures of Chattels for all pending sanctions incrued and Robert W. Johnson requests Default Judgement against all amended Defendants and 100% Ownership of All Defendants Assets and Liquidations.

Robert W. Johnson reserves all rights to be added as a Plaintiff for "MDL No. 2843 : Case No. 18-md-02843-VC". and reserves exhaustions of administrative remedies for pending actions above-said. Robert W. Johnson requests to be added as Co-Lead Counsel and authorized to perform common benefit work for "MDL No. 2843 : Case No. 18-md-02843-VC" as Pro Se Plaintiff and Co-Lead Counsel and Victim of Identity Theft For "MDL No. 2843 : Case No. 18-md-02843-VC" pending litigations. Robert W. Johnson reserves all rights to file criminal and federal charges for Ethics and Government Acts and Ponzi Schemes

for failure to add Robert W. Johnson as a Plaintiff and Co-Lead Counsel for MDL No. 2843 : Case No. 18-md-02843-VC and Robert W. Johnson requests pending litigations be amended to a Class Action with rights to file as a Pro Se Co-Lead Counsel and Pro Se Civil Actions due to identity thefts and other crimes.

08/24/2023

Robert W. Johnson

NY Notary

**TAMMY E. SAYRE**
Notary Public, State of New York
Qualified in Onondaga County
Reg. No. 01SA6435652
My Commission Expires June 27, 2026

95

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, on 08/24/2023, served a copy of Motion To Add Robert W. Johnson as Plaintiff for Docket No. "MDL No. 2843 : Case No. 18-md-02843-VC" and all other Motions by U.S. Mail upon the following :

1. Court Clerk : 450 Golden Gate Ave. : San Francisco, CA 94102 : 415-522-2000.

2. U.S. Department of Justice : 950 Pennsylvania Ave. : NW : Washington, DC 20530.

08/24/2023

Robert W. Johnson
Robert W. Johnson

96

TAMMY E. SAYRE
Notary Public, State of New York
Qualified In Onondaga County
Reg. No. 01SA6435652
My Commission Expires June 27, 2026

NYS Notary

