| | |
|---|---|
| 1 | Matthew Borden, Esq. (SBN: 214323) |
| | borden@braunhagey.com |
| 2 | BRAUNHAGEY & BORDEN LLP |
| | 351 California Street, Tenth Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 599-0210 |
| 4 | Facsimile: (415) 276-1808 |
| 5 | ATTORNEYS FOR PLAINTIFFS |
| | ZIMIN HANG AND COMMUNION, INC. |
| 6 | DBA CLAIMCLAM CLAIMANTS |

**UNITED STATES DISTRICT COURT FOR**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 3:18-md-02843-VC |
| This Document Relates to: | **NOTICE OF APPEARANCE OF MATTHEW BORDEN** |
| ALL ACTIONS | |

| | |
|---|---|
| 1 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Matthew Borden of the law firm BraunHagey & Borden |
| 3 | LLP hereby enters his appearance as counsel of record in this matter for Plaintiffs Zimin Hang and |
| 4 | the Communion, Inc. DBA ClaimClam Claimants. All pleadings, notices, and other papers in this |
| 5 | matter should be served upon: |

Matthew Borden, Esq.
borden@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104

Dated:  September 6, 2023              Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By:   */s/ Matthew Borden*
         Matthew Borden

Attorneys for Plaintiffs Zimin Hang and
Communion, Inc. DBA ClaimClam Claimants