| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 1330 Broadway, Suite 630 <br> Oakland, CA 94612 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **SUPPLEMENTAL NOTICE OF FILING OF OBJECTIONS RECEIVED AFTER SEPTEMBER 1, 2023** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

Pursuant to the Order re Objections to Class Action Settlement (the "Order"), Dkt. 1131, Plaintiffs submitted 43 objections to the Class Settlement that they received as of July 10, 2023. Dkt. 1144. On July 30, 2023, Plaintiffs submitted 11 additional objections that they received after July 10, 2023. Dkt. 1158. On August 4, 2023, Plaintiffs submitted 18 additional objections that they received after July 30, 2023. Dkt. 1160. On September 1, 2023, Plaintiffs submitted 13 objections that they received after August 4, 2023. Dkt. 1166.[1]

Plaintiffs hereby submit 3 additional objections that they received after September 1, 2023. The objections are redacted in compliance with the Court's Order. Dkt. 1131.[2] All of the objections, attached hereto as Objection Nos. 86, 87, and 88, were postmarked after the July 26, 2023 deadline.

Plaintiffs' Motion for Final Settlement Approval, Dkt. 1145, the Consolidated Reply in Support of Plaintiffs' (1) Motion for Final Approval and (2) Motion for Attorneys' Fees, Expenses, and Service Awards, Dkt. 1161, and declarations submitted by the Settlement Administrator, Dkts. 1096-2, Ex. 1-B and Dkt. 1145-2, have already addressed the issues raised by these objections, as reflected in the table below.

| *Subject Matter of Objection* | *Where Addressed* |
|---|---|
| Objection regarding the Settlement amount. *See* Obj. 86 ("the settlement amount is a paltry sum compared to Facebook's resources or the likely number of U.S. users" and the discount to statutory damages is neither reasonable nor adequate). | Dkt. 1145 at 16-18; Dkt. 1161 at 6-11. |
| Objections relating to notice. *See* Obj. 86 (asking the Court to extend the objection and claim deadlines by three months due to "the estimated 7% of the Class who did not receive notice" and "order an additional, more comprehensive, noticing program"); Obj. 87 (seeking additional notice and time because the notice program is not sufficient for people who are blind). | Dkt. 1161 at 27-28; *see* Dkt. 1145 at 4-7 (discussing the notice program); *see also* Dkt. 1096-2 ¶¶ 12-39; Dkt. 1145-2 ¶¶ 8-38 & Exs. C-I. |

---

[1] Four objectors also filed objections via ECF. Dkts. 1147, 1152, 1154, 1155.
[2] Plaintiffs have not filed a motion to seal because the redactions have been made pursuant to a prior court order in this case that requires Plaintiff to redact all sensitive information within the objections. Civ. L.R. 79-5(b).

| **Subject Matter of Objection** | **Where Addressed** |
|---|---|
| Objection regarding non-natural persons. *See* Obj. 86 (joining the All of Us or None objection "that the plan of allocation is unclear as to the treatment of Facebook users who are not natural persons"). | Dkt. 1161 at 20-23 |
| Objection regarding the plan of allocation. *See* Obj. 86 (joining, in part, the Harris/Cino objection that "greater weight should be given to users' time on the platform before the Cambridge Analytica news story broke, or before Facebook made specific changes in response to it"). | Dkt. 1161 at 22-23. |
| Objection that the release is overly broad. Obj. 86. | Dkt. 1161 at 11-16. |
| Objection to attorneys' fees. *See* Obj. 86 (compensation to Class Counsel should be less because this is a "megafund" recovery). | Dkt. 1161 at 16-20. |

In addition, Objection No. 88 asserts objections based on individualized injuries due to alleged behaviors by Facebook, but the alleged behaviors are not based on the identical factual predicate as this action and are therefore not released by the Settlement.

Should the Court wish, Plaintiffs are prepared to address these objections further at the September 7, 2023 final approval hearing.

Dated: September 6, 2023　　　　　　　　　　　Respectfully submitted,

KELLER ROHRBACK L.L.P.　　　　　　　　　　BLEICHMAR FONTI & AULD LLP

By:　*/s/ Derek W. Loeser*　　　　　　　　　　By:　*/s/ Lesley E. Weaver*
　　　Derek W. Loeser　　　　　　　　　　　　　　　Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)　　　　Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)　Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)　　　　　　　Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*　　　　Joshua D. Samra (SBN 313050)
Benjamin Gould (SBN 250630)　　　　　　　　1330 Broadway, Suite 630
Emma M. Wright (admitted *pro hac vice)*　　　Oakland, CA 94612
1201 Third Avenue, Suite 3200　　　　　　　　Tel.: (415) 445-4003
Seattle, WA 98101　　　　　　　　　　　　　　Fax: (415) 445-4020
Tel.: (206) 623-1900　　　　　　　　　　　　　lweaver@bfalaw.com
Fax: (206) 623-3384　　　　　　　　　　　　　adavis@bfalaw.com
dloeser@kellerrohrback.com　　　　　　　　　mmelamed@bfalaw.com
claufenberg@kellerrohrback.com　　　　　　　jsamra@bfalaw.com
dko@kellerrohrback.com

adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of September, 2023, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver