# **Exhibit A**

# **Objections 86–88**

**Objection 86**................................................................................................**1**

**Objection 87**................................................................................................**36**

**Objection 88**................................................................................................**40**

# OBJECTION

# 86

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LEGISLATION<br><br>This document relates to:<br><br>Document 1145 | MDL No. 2843<br>Case No. 18-MD-02843-VC<br><br>**OBJECTION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: September 7, 2023<br>Hearing Time: 1:00 PM |



## Overview

May it please the Court,

I am a member of the Settlement Class in the proposed "Facebook User Privacy Settlement".  I seek leave of the court to file a late Objection on the grounds that I did not, in fact, receive notice[1] of the Settlement before[2] the Objection Deadline (nor, for that matter, before the Claim Deadline).  Assuming that leave will be granted, I also state the substance of my objection.

## Basis of Membership in Class

I have had a Facebook account for the majority of the time period covered by the settlement, if not all of it. I don't remember exactly when I created an account, but my own first post on my Timeline was dated in February 2009, and I still have a Facebook account.

---

[1]   See generally Uniform Commercial Code, §1-202. Notice; Knowledge.

[2]   Const., Art. I, section 9: "No Bill of Attainder or ex post facto Law shall be passed."

Objection to Plaintiffs' Notice of Motion and Motion                                             MDL No. 2843
for Final Settlement Approval (Lambert)                                             Case No. 3:2018-md-02843

2

And I have resided in the United States for the entirety of the time period. I am a citizen of the United States, and have lived in ████████ for most of my life, and all of the settlement period; only ██████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████

My claim form, identifying my Facebook profile, is attached as Exhibit 1.

## General Comments on the Settlement

I am ambivalent regarding the overall appropriateness of the settlement.

On the one hand, had I joined the litigation earlier, I might have written as *amicus curiae* defending Facebook's conduct as reasonable, or at least within the range of what other technology companies should be allowed to do.  The fourteen class actions that were initially consolidated into this multi-district litigation all "stem[med] from the same alleged factual predicate—Cambridge Analytica's unauthorized use of Facebook users' data—."[3] ████████████████████████████████ ████████████████████████████████████████████[4] on a page on another website[5] carrying a summary and user discussion of a news article[6] about how a certain defendant was acquitted based on the social-media activity of the officer who arrested him.  See Exhibit 2.  And in October 2015, shortly before the events that gave rise to this suit, ███████████ ██████████████████████████████████████████████████████████████████████████ ███████████████████████████████████ See Exhibit 3.

In other words, I was personally aware both long before and soon before the events that triggered this litigation that my Facebook postings and profile information could be public, or might be accessed by Facebook's business partners, my own government, foreign governments, and other third parties.

And some responses by social-media companies in response to this and other similar lawsuits have ostensibly protected consumer privacy, but have had the practical effect of reducing the service's

---

3    Facebook, Inc.'s response in support of plaintiffs' motions to transfer related cases for consolidated pretrial proceedings, Document 4 at p. 8 (p. 13 of 22 in the PDF)

4    ██████████████████████████████████████

5    "Suspect Freed After Exposing Cop's Facebook Status". *Slashdot*. 11 March 2009.
     https://news.slashdot.org/story/09/03/11/2235202/suspect-freed-after-exposing-cops-facebook-status

6    "The Officer Who Posted Too Much on MySpace". *New York Times*. March 10, 2009.
     https://www.nytimes.com/2009/03/11/nyregion/11about.html?_r=2

7    ████████████████████████████████████████████████

Objection to Plaintiffs' Notice of Motion and Motion                                      MDL No. 2843
for Final Settlement Approval (Lambert)                                      Case No. 3:2018-md-02843

3

utility to me as a particular user of the service while also having other benefits to the social media operator.

In Facebook's case, there was a time when Facebook's reminder e-mail messages about posts I hadn't seen would include a short excerpt of the text, allowing me to easily triage posts for further reading without visiting the site.  Ending that feature may have been a slight privacy improvement by adding a barrier to using an e-mail inbox to capture and archive users' posts, but it also had the effect of driving users to the site; where the reading users themselves gave up personal information about their interests and reading habits.

As a similar example from another social-media-service operator, Google launched a "Google+" social-media service in 2011.  ███████████ From 2015 to 2018, a "software glitch" allowed outside application vendors access to private Google+ profile data.[8] In 2018, after the data leak was made public, certain plaintiffs sued Google. Google's response was to shut down the service, which caused data-loss and other inconvenience for users, ███████ who had posted content there.  In 2020, it settled the lawsuit, paying $2.15 (yes, two dollars and 15 cents)[9] to each of about 1.7 million claimants who had filled out the claim form; out of an estimated 52 million people who had been affected by one of the breaches at issue in the suit.

It also bears mentioning that Facebook's Cambridge Analytica leak, at issue in this very case, was referenced in the original complaint in the Google+ litigation.[10]

On the other hand, the settlement amount is a paltry sum compared to Facebook's resources or the likely number of U.S. users.  The Settlement Fund of $725 million is only about a thousandth of Facebook's current market capitalization of about $746 billion[11], or about twice that proportion of Facebook's 2018 market capitalization of $374 billion.  It's less that one per cent of Facebook's 2022 annual revenue of $116 billion.[12]  And the Pew Research Center estimates that about 69% of adult residents of the United States are Facebook users[13], which suggests[14] that there are at least 179

---

8  *Matt Matic and Zak Harris v. Google, Incl. And Alphabet, Inc.* Class Action Complaint, ¶20, p. 5. Case 5:18-cv-06164-EJD, Document 6 (page 7 of the PDF available on PACER).

9  See generally "Google+ class action starts paying out $2.15 for G+ privacy violations". *Ars Technica.* 8/4/2021. 12:21 PM.  https://arstechnica.com/gadgets/2021/08/google-class-action-starts-paying-out-2-15-for-g-privacy-violations/ .  Note that the site https://www.googleplusdatalitigation.com/ cited in the news article is no longer available.

10  *Matt Matic and Zak Harris v. Google, Incl. And Alphabet, Inc.* Class Action Complaint, ¶22, p. 7, and ¶30, p. 7 (pages 7 and 9 of the PDF).

11  https://companiesmarketcap.com/meta-platforms/marketcap/ .

12  https://finance.yahoo.com/quote/META/financials?p=META

13  "10 facts about Americans and Facebook". Pew Research Center. https://www.pewresearch.org/short-reads/2021/06/01/facts-about-americans-and-facebook/

Objection to Plaintiffs' Notice of Motion and Motion          MDL No. 2843
for Final Settlement Approval (Lambert)                              Case No. 3:2018-md-02843

4

million potential claimants in this suit.  Divided evenly among the claimants, that would be only about $4.00 (four dollars) per person.

That's less than an hour's wages for someone working minimum wage. Multiple plaintiffs alleged that, since the data breach, they each spend one to two hours *every month* monitoring their credit, bank, and other account statements for evidence of identity theft and fraud, and anticipate continuing to do so for the foreseeable future.[15]  It would arguably be prudent for me to do that as well, and ████████████████████████  In my case it wouldn't be due to Facebook alone, as I've also received direct notice of ███████████████████ ████████████  several other data breaches, including at ████████████████████ ████████████████████████████████████ ██████████████████  However, every leak makes the problem worse, and companies who allow their consumer data to leak are arguably jointly and severally liable for any harm that ensues.

Now, it might be argued that various changes in practices by Facebook during this litigation are worth something, and should be counted as part of the value of the settlement.  Indeed, Derek Loeser and Lesley Weaver make such an argument in their declaration.[16]  But many of those changes were also in response to an investigation by the Federal Trade Commission and similar investigations by other governmental entities, many of them in foreign nations.

In the end, I'd be hard-pressed to say that the settlement is outside the range of possible or likely outcomes; but I also remain skeptical that the plaintiffs' attorneys have actually done work and contributed real value to fully merit any fixed percentage of the settlement amount.


## Objection to Notification Plan

Loeser and Weaver aver that "The Notice program has been extensive and successful. The Settlement Administrator calculates that 93.43% of the Class received notice an average of 3.16 times each."[17] Nevertheless, the fact remains that I did not, in fact, receive actual notice of the proposed settlement that I was able to act upon before the claim deadline.  My wife, also a

---

14  Taking population and proportion of adults from Census statistics.  "U.S. Census Bureau QuickFacts: United States".  https://www.census.gov/quickfacts/fact/table/US/LFE046221
15  *In Re Facebook*. Amended Complaint against Steven Bannon *et al.* . e.g. at ¶¶34, 42, 50, and 59.  Filed 2/22/2019.  Document 257.
16  Declaration of Derek W Loeser and Lesley E. Weaver in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Pursuant to Federal Rule of Civil Procedure 23(e)(1).  Document 1096-1. ¶¶114–150, pp. 30–40.

Objection to Plaintiffs' Notice of Motion and Motion                                                                    MDL No. 2843
for Final Settlement Approval (Lambert)                                                                    Case No. 3:2018-md-02843

5

Facebook user, was also unaware of the lawsuit or the proposed settlement when I discussed it with her after the claim deadline had passed. I have a neighbor ████████████████████ who has had multiple Facebook accounts ████████████████████ ████████████████████████████████████████ and she also was unaware of the settlement when I asked her about it after the claim deadline.

Part of that may be because I am a careful consumer of media. I do not subscribe to *USA Today* or *People*.[18]  (Around the time this lawsuit was commenced, ████████████████ ███████████████████████████████████████████ █████████████████████████████████████████████ █████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ █████████████████████████████████████████████ ███████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ███████████████████████████

My first notice of the settlement was in a Facebook discussion between one of my friends and another person, which I actually saw on Saturday August 26th, the day after the claim deadline and a few weeks after the objection deadline.[19]  See Exhibit 4.

The Plaintiffs' Counsel mention an "in-app notice program". It is still not clear to me what that notice-program consisted of. If it was a "banner ad", it's possible that it appeared on a part of my screen that was rendered in my browser, but not one that was actually visible to me (because of how I scrolled the page, or because other applications' windows were in the way). Or perhaps if it was an item in my social feed, I actually did scroll past it, because it was indistinguishable at first glance from advertisements for class-action lawsuits or settlements that do not concern me, such as asbestos, women's health products, and Camp Lejeune.

---

17  Plaintiffs' Notice of Motion and Motion for Final Settlement Approval, p. 4. Document 1145, filed 07/11/23 (page 11 in the PDF).  Citing Weisbrot Preliminary Approval Decl. ¶¶ 19-21.

18  *op. cit.*, p. 5.

19  ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████.  Citing https://www.cnn.com/2023/08/17/business/facebook-privacy-settlement-claim-deadline/index.html and https://facebookuserprivacysettlement.com/

Objection to Plaintiffs' Notice of Motion and Motion          MDL No. 2843
for Final Settlement Approval (Lambert)                         Case No. 3:2018-md-02843

6

For an example of what a better in-app notice program might have included, consider Wikipedia's roughly-annual donation drive.  During the drive, a distinctive banner appears at the top of every page, with a border, unlike other content.  See Exhibit 5.  The wording has been criticized,[20] but the placement is calculated to actually reach almost all readers.

Or as another example, in the Boy Scouts of America bankruptcy case, the noticing program to potential claimants included direct notice by e-mail to "anyone in the Debtors' database (current and former scouts, volunteers, and parents) who provided an email address to the Debtors since 1999."[21] It also included supplemental notice; one component of that supplemental notice was to print the entire Abuse Claims Publication Notice "in six magazines, as follows: *AARP Bulletin, The American Legion, Parade, People, Reader's Digest,* and *Sports Illustrated*."[22] Two months before the bar date, the Court also ordered that an explicit statement of the Bar Date be added to certain Law Firm Advertising.[23]

In light of the estimated 7% of the Class who did not receive notice, and the apparent majority of the Class who did not acknowledge notice by visiting the settlement website or any other communication or action, I would encourage the Court to extend the objection and claim deadlines by at least three months, at least as to those claimants who can affirm that they did not receive notice before the objection deadline, and to order an additional, more comprehensive, noticing program.

## Other Objections

I join in the objection by All of Us or None[24] that the Plan of Allocation is unclear as to the treatment of Facebook users who are not natural persons.

I join in part with the objectors Steven Harris and Ryan Cino.[25]  I disagree that the users with the most friends were necessarily the most likely to have been harmed.  Indeed, those users who were less savvy, and had fewer friends but trusted them more because of their naïveté, might have been harmed more than "power users" of the platform who only used it to amplify their otherwise public

---

20  Evan Warfel, "Wikipedia's Appeal". *Medium*. Post dated Jul 24, 2019.
    https://evanwarfel.medium.com/wikipedias-appeal-87cc37cb48dd
21  Declaration of Shannon R. Wheatman, Ph.D. Regarding Implementatoin of Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors.  *In re Boy Scouts of America and Delaware BSA, LLC* (Bankruptcy Court for the 1ˢᵗ District of Delaware), case 20-10343-LSS, document 1758.  ¶13, pp. 4–5.
22  *op. cit.*, ¶27, p. 7.
23  *In re Boy Scouts of America and Delaware BSA, LLC.*  Supplemental Order dated September 16, 2020. Case 20-10343-LSS, document 1331. Finding D.i., p. 7.
24  Objection to Final Approval by All Of Us Or None.  Document 1155, filed 7/26/23.
25  Objection of Stewart Harris and Ryan Cino to Class Action Settlement.  Document 1154, filed 02/26/23.

Objection to Plaintiffs' Notice of Motion and Motion                    6                              MDL No. 2843
for Final Settlement Approval (Lambert)                                                         Case No. 3:2018-md-02843

7

voices. However, I agree that greater weight should be given to users' time on the platform before the Cambridge Analytica news story broke, or before Facebook made specific changes in response to it.  I agree that the release is overly broad.

I join in the objection by Ms. Feldman and Ms. Mahaney.[26] Specifically, I agree that the 99.9 % discount of available statutory damages is neither reasonable nor adequate and that Class members who joined Facebook before 2010 should receive higher compensation. I also agree that compensation to Class Counsel should be less that what is requested in the settlement agreement, considering that this is a "megafund recovery".

## Answers to Additional Questions on the Objection Form

I do not believe I have previously objected to a class action settlement. I cite the Google+ litigation above, and believe I should have been a member of the class, but as I recall I first learned about that case after the objection deadline had passed. I do not recall whether I submitted a claim.

I have not sold or otherwise transferred the right to my recovery in this action to any other person or entity.

I am not represented by an attorney.

## Conclusion

For the foregoing reasons, I respectfully request that the Court deny final approval of the proposed settlement.

In the alternative, I request that the Court order that my claim be admitted and paid as if filed timely, even though I signed it after the claim deadline.

I intend to appear via Zoom at the September 7th hearing.

___ /s/ _____
David Lee Lambert



---

26  Objection of Class Members Sarah Feldman and Jill Mahaney to Plaintiffs' Motion for Final Settlement Approval and Motion For Attorney's Fees.  Document 1147, filed 7/19/2023.

Objection to Plaintiffs' Notice of Motion and Motion   7   MDL No. 2843
for Final Settlement Approval (Lambert)   Case No. 3:2018-md-02843

8

# Exhibit 1

*Claim Form*

<table>
<tr><td>

Your claim must be
submitted online or
postmarked by:
**August 25, 2023**

</td><td>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*
Case No. 3:18-MD-02843-VC
www.FacebookUserPrivacySettlement.com

## Claim Form

</td><td>

FCP

</td></tr>
</table>

## I. YOUR CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form. NOTE: The personal information you provide below will be processed only for purposes of effectuating the Settlement.

DAVID
First Name

LAMBERT
Last Name

███████████████████
Street Address

███████ City  █████ State  █████ Zip Code

███████ Current Phone Number  ████████ Email Address

## II. DETAILS

| | |
|---|---|
| Did you reside in the United States at any time between May 24, 2007 and December 22, 2022, inclusive? | Yes ☒  No ☐ |
| Were you a Facebook user at any time between May 24, 2007 and December 22, 2022? | Yes ☒  No ☐ |
| Are you filing a claim for a current account, a deleted account or a combination of both? | Current ☒  Deleted ☐  Both ☐ |

**CURRENT ACCOUNT**

Enter the email address(es), phone number(s), and/or username(s) associated with your Facebook account between May 24, 2007 and December 22, 2022:

**Current Email(s):**

1. ████████████████████████
2. ████████████████████████
3. ████████████████████████

**Current Phone Number(s):**

1. ████████████████
2. _____
3. _____

**Current Username(s):**

*For instructions about how to find your Facebook username, please see FAQ 17 at https://facebookuserprivacysettlement.com.*

1. ████████████████
2. _____
3. _____

*DELETED ACCOUNT(S)*

*If you were a Facebook user at any time between May 24, 2007 and December 22, 2022, but have since __deleted__ your account(s), complete the chart below for each deleted Facebook account.*

| # | Account ID Type (Select from: Phone Number, Username or Email Address) | Enter the Phone Number, Username or Email Address associated with your deleted account | Approximate Start Date | Approximate End Date |
|---|---|---|---|---|
| Example | Phone Number | 111 111 1111 | 1/1/2010 | 12/31/2010 |
| 1. | N/A | | | |
| 2. | | | | |
| 3. | | | | |

3

## III.  METHOD FOR RECEIVING PAYMENT (choose one)

Please make sure the email or phone number you provide to receive payment matches your contact information above.

Please select **one** of the following payment options:

☐ **Prepaid Mastercard** – Enter the **email address** where you will receive the Prepaid Mastercard:

☒ **PayPal** - Enter your **PayPal email address**: ████████████████████

☐ **Venmo** - Enter the **mobile number** associated with your Venmo account: _ _ _ _ _ _ _ _ _ _

☐ **Zelle** - Enter the **email address or mobile number** associated with your Zelle account:

☐ **Physical Check** - Payment will be mailed to the address provided above.

## IV.  VERIFICATION AND ATTESTATION UNDER OATH

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified above and the information provided in this Claim Form is true and correct.

Your signature

Date: 08 / 26 / 2023
      MM   DD   YYYY

DAVID LEE LAMBERT
Your name

## REMINDER CHECKLIST

1.  Please make sure you answered all the questions on the Claim Form. Be sure to select only **one** payment option.

2.  Please make sure that you signed and dated the Claim Form.

3.  Please keep a copy of your completed claim form for your own records.

4.  Please submit your completed Claim Form online OR by mail by August 25, 2023 to: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

4

# Exhibit 2

*a. Facebook posting dated March 12, 2009*

*b. Slashdot summary dated March 11, 2009*

*c. New York Times article dated March 10, 2009*



Suspect Freed After Exposing Cop's Facebook Status - ...          https://news.slashdot.org/story/09/03/11/2235202/suspe...

Sponsored Content   ?

facebook   **653**

Topics   Devices   Build   Entertainment   Technology   Open Source   Science   YRO

Follow us:

71  Full 577  Abbreviated 5  Hidden

**Help us select the next Slashdot story**

/Sea
/Score

Submit

5
4
3
2
1
0
-1

More   Prefs



Posted by Slashdot

**Sign up for the Slashdot newsletter!**
OR check out the new Slashdot job board
to browse remote jobs or jobs in your
area

Do you develop on GitHub? You can keep
using GitHub but automatically **sync
your GitHub releases to SourceForge**
quickly and easily with **this tool** so your
projects have a backup location, and get
your project in front of SourceForge's
nearly 30 million monthly users. It takes
less than a minute. Get new users
downloading your project releases today!

### Suspect Freed After Exposing
### Cop's Facebook Status

Posted by samzenpus on 22:40 Wednesday 11 March 2009 from the goblin-

longacre writes "*A man on trial in New York for
possession of a weapon has been acquitted after
subpoenaing his arresting officer's Facebook and
MySpace accounts. His defense: Officer Vaughan
Ettienne's MySpace 'mood' was set to 'devious'
on the day of the arrest, and one day a few
weeks before the trial, his Facebook status read
'Vaughan is watching "Training Day" to brush up
on proper police procedure.' From the article:
'"You have your Internet persona, and you have*

*what you actually do on the street," Officer Ettienne said on Tuesday. "What you say on the Internet is all bravado talk, like what you say in a locker room." Except that trash talk in locker rooms almost never winds up preserved on a digital server somewhere, available for subpoena.'"*



story

## You may like to read:



PCLinuxOS 2009 Goes Gold

Nord Stream Rupture May Mark Biggest Single Methane Release Ever Recorded, UN Says

Queen Elizabeth II Has Died - Ruled for Nearly 7 Decades; World's Longest-Reigning Monarch

Era of Global Boiling Has Arrived, UN Chief Says

The Climate Issue Government Leaders Aren't Addressing: Livestock Farming

Millions of Americans Nearing Retirement Age With No Savings

Submission: Suspect Freed After Exposing Cop's Facebook Status

VoIP Legal Status Worldwide?

**Find and apply for a better job**



**Find and apply for remote jobs and jobs in your area** Find the next step in your career. Find and apply for remote jobs and jobs in your area using the Slashdot Job

Suspect Freed After Exposing Cop's Facebook Status - ...          https://news.slashdot.org/story/09/03/11/2235202/suspe...

Board. Browse by job, company, location, and more.

View Jobs

## Find Your Place In The World



**Electronic Arts**

Senior Rendering Engineer

Vancouver

See Job



**Improbable**

Information Security Analyst

London

See Job

zoom

**Zoom Video Communications, Inc.**

See Job

Suspect Freed After Exposing Cop's Facebook Status - ...          https://news.slashdot.org/story/09/03/11/2235202/suspe...

San Francisco Bay Area

$111,900 a year



**Cash App**

Senior iOS Engineer - Cards, Cash App

San Francisco

See Job

## Search More Roles

has been archived. No new comments can be

**After Exposing Cop's Facebook Status More**

After Exposing Cop's Facebook Status

sion     Load All Comments

mments Prefs

er:

Recommended for you     Outbrain

The following comments are owned by whoever posted
responsible for them in any way.

**? (Score:4, Insightful)**
c ( 736637 ) Alter Relationship on 22:42
March 2009 (#27161347)
ctually WORKED? Sorry, but that is nothing more
om talk". If silly bits and pieces like that are valid
he idiotic judge just opened a massive can of
recedent, asshole. No more joking on the internet
ne could take it seriously!

**Align your teeth at home with byte.**

Take our 30-second quiz to discover what's possible with byte.

Sponsored | Byte Clear Aligners

Suspect Freed After Exposing Cop's Facebook Status - ...          https://news.slashdot.org/story/09/03/11/2235202/suspe...



**nell? (Score:5, Insightful)**
143245 ) Alter Relationship on 22:44 Wednesday
l (#27161363)
ly needed is a reasonable doubt.



**nell? (Score:5, Funny)**
94 ) Alter Relationship on 23:20 Wednesday 11
27161685)
t had better hope never to see:
an Ettienne's MySpace "mood" set to "vigilante"

iction? "Turing Evolved" - AI, Mecha, Androids
ttles. What more could you want?

**[Photos] Kellyanne Conway's Partner Might Look Familia...**
Try Not To Choke, When You See Her New Wife
Sponsored | Boite A Scoop



**nell? (Score:5, Interesting)**
lter Relationship <[imipak] [at] [yahoo.com]> on
12 March 2009 (#27162485) Homepage Journal
would have legal grounds for getting the officer
igilantism has been a crime for a while, and
eats" were added shortly after 9/11), possibly
force, and maybe even jailed.
be considered a bad thing. Getting rid of bent
y way you can ever ensure law enforcement is free
f the corrupt advertise their corruption, do not
r it, nail the bastards to the courtroom wall.
ow the reason nobody trusts those with power,
seemingly corrupts? Easy. Power doesn't corrupt,
k power, and society hands that power to those
est (ie: are the least stable). If you want those
to be responsible, then do not permit the
ithin a mile of authority.

ld and it smells funny; I'd buy another if it wasn't
Take back what I paid (SoM)

**XPRIZE's Jono Bacon On the Next Great...**
https://news.slashdot.org/

**Ads Based On Browsing History Are...**
https://news.slashdot.org/



A New York Police Officer Who Put Too Much on MySpac...          https://www.nytimes.com/2009/03/11/nyregion/11about...

**The New York Times**  https://www.nytimes.com/2009/03/11/nyregion/11about.html

**ABOUT NEW YORK**

# The Officer Who Posted Too Much on MySpace

**By Jim Dwyer**

March 10, 2009

In pictures, Vaughan Ettienne is a champion bodybuilder of surreal musculature. In conversation, he is polite and thoughtful.

And in the looking glass of his computer screen, he becomes a man of fierce, profane views on how to keep law and order. A few weeks ago, he posted a description of his mood on a MySpace account. "Devious," he wrote.

The next day, a man accused of carrying a loaded gun would go on trial in State Supreme Court in Brooklyn  and in large part, the case rested on the credibility of Vaughan Ettienne, bodybuilder, Internet user and arresting officer.

What seemed like a simple gun possession case became an undeclared war over reality: Was Officer Ettienne a diligent cop who found a gun after chasing an ex-convict weaving through traffic on a stolen motorcycle? Or was his story a "devious" facade in keeping with the ruthless character he revealed on social network Web sites?

"You have your Internet persona, and you have what you actually do on the street," Officer Ettienne said on Tuesday. "What you say on the Internet is all bravado talk, like what you say in a locker room."

Except that trash talk in locker rooms almost never winds up preserved on a digital server somewhere, available for subpoena. The man on trial, Gary Waters, claimed that Officer Ettienne and his partner stopped him, beat him and then planted a gun on him to justify breaking three of his ribs.

Suddenly, Officer Ettienne was being held to the words that he wrote in cyberspace.

Besides the "devious" mood setting, the jurors learned that a few weeks before the trial, the officer posted this status on his Facebook page: "Vaughan is watching 'Training Day' to brush up on proper police procedure."

That referred to a 2001 movie starring Denzel Washington as a narcotics detective who pillaged and plundered Los Angeles. "The defense lawyer brings up 'Training Day' like I

was trying to emulate Denzel," Officer Ettienne said. "He ties the defense to the story in the movie. It was a masterful piece of fantasy  but it was one that the jury bought."

In fact, Mr. Waters, on parole from a burglary conviction when he was arrested, beat the most serious charge, the felony possession of a 9 millimeter Beretta and a bagful of ammunition. He was convicted of resisting arrest, a misdemeanor.

When the case started, the defense was going to focus more on what was in the officer's body than on his mind. Officer Ettienne had been suspended for using steroids  legally, he says, with a doctor's prescription. The defense lawyer, Adrian Lesher of the Legal Aid Society, argued last year that steroids might have created irrational rage in Officer Ettienne.

Then Mr. Lesher tracked down comments Officer Ettienne had made on the Internet about video clips of arrests. An officer should not have punched a handcuffed man, Officer Ettienne wrote. "If he wanted to tune him up some, he should have delayed cuffing him."

He added: "If you were going to hit a cuffed suspect, at least get your money's worth 'cause now he's going to get disciplined for" a relatively light punch.

"I'm not going to say it was the best of things to do in retrospect," Officer Ettienne said. "You want to run your mouth with the best of them. As the lawyer Ron Kuby says, stupidity on the Internet is there for everyone to see for all times in perpetuity. That's the case for me. There were hundreds of comments I made that were positive."

Officer Ettienne said he has never been disciplined for brutality.

From the defense side, the mouth-running was a gift outright. "It supported our theory of the case  this guy was motivated to cover up his use of excessive force," Mr. Lesher said.

The prosecutor, Kevin James, tried to persuade the judge, Joel M. Goldberg, that remarks like the one about "Training Day" had nothing to do with the arrest. "It goes into artistic interpretations to a movie, directorship, actors," Mr. James said.

"I don't think it's enlightening." The judge replied, "If you want to redirect and the witness says I liked it because of the cinematography, he can say that."

Officer Ettienne said he is now being careful to mask his identity on the Web and that he has curbed his tongue because of the acquittal. "I feel it's partially my fault," he said. "It paints a picture of a person who could be overly aggressive. You put that together, it's reasonable doubt in anybody's mind."

E-mail: dwyer@nytimes.com

A New York Police Officer Who Put Too Much on MySpac...          https://www.nytimes.com/2009/03/11/nyregion/11about...

# Exhibit 3

*Facebook posting dated November 2, 2015*



24

# Exhibit 4

*Facebook posting dated August 18th, 2023; and comments*





8/26/23, 13:49

# Exhibit 5

*Medium article about Wikipedia*

Wikipedia's Appeal. The text of Wikipedia's recent mon...          https://evanwarfel.medium.com/wikipedias-appeal-87e...

Open in app ↗

◖◗          Search Medium                                              🔔¹   👤 ▾

✦ Member-only story

# Wikipedia's Appeal

👤 Evan Warfel · Follow
6 min read · Jul 24, 2019

▶ Listen        ⬆ Share        ••• More



By now, I imagine, we are all familiar with Wikipedia's Appeals for donations. I am an avid fan of Wikipedia, I use it all the time, and I want the appeal to be successful.

I find the text above interesting because the implicit messaging is in direct conflict with the explicit goal of getting people to donate money. For example, if boiled down to a sentence, the logic of the text goes: *Nearly 100% of people do not donate to Wikipedia, Wikipedia is a non-profit that depends on donations, therefore you should donate.*

Though this argument may make internal sense to the Wikimedia Foundation, and though it likely the result of a lot of tweaking, unfortunately, it runs counter to basic psychological principles, including a) how communication works, b) persuasive-rhetorical techniques like social proof.

The main thing Wikipedia's appeal ignores is that people implicitly communicate

1 of 11                                                                    8/29/23, 11:04

assumptions and presuppositions alongside what they are explicitly communicating. [1]
For example, the one-sentence logical summary communicates the following:

*99% of other rational people don't donate to Wikipedia. Maybe there is a reason. Why do it if other people don't?*

Generally speaking, this is not something you want to be communicating to people right before you ask them for money. It also seems disingenuous. The English Wikipedia gets 3 Billion page views per month from the United States alone, and at that scale, human intuition about percentages isn't great: it would be surprising if slightly less than 30 million (1% of 3 Billion, which also happens to be 1 out of every 10 people in the US) donated to Wikipedia each month.

# Read this story from Evan Warfel — and all the best stories on Medium.

The author made this story available to Medium members only. Upgrade to instantly unlock this story plus other member-only benefits.

 Access all member-only stories on Medium

Dive deeper into the topics that matter to you

Get in-depth articles answering thousands of questions

Achieve your personal and professional goals

   

Wikipedia's Appeal. The text of Wikipedia's recent mon...          https://evanwarfel.medium.com/wikipedias-appeal-87e...


**Jonathan Lethem**
New York Times Best-Selling
Author


**Susan Orlean**
Staff Writer
The New Yorker


**Dr. Tom Frieden**
Former CDC Director


**Savala Nolan**
Professor, UC Berkeley School of
Law


**Roger Martin**
Professor, Strategy Advisor,
Former Dean


**Julie Zhuo**
Former VP of Product Design,
Facebook


**Ryan Holiday**
Best-Selling Author and
Entrepreneur


**Laura Vanderkam**
Best-Selling Author, TED Speaker

Upgrade



Follow   

# Written by Evan Warfel

244 Followers

Soon to be a UC Davis Psych Grad Student / Writer / Data Scientist / Humanist.

**More from Evan Warfel**

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:  FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LEGISLATION | MDL No. 2843<br>Case No. 18-MD-02843-VC<br><br>**OBJECTION TO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: September 7, 2023<br>Hearing Time: 1:00 PM |

**AFFIDAVIT OF SERVICE**

I, David Lee Lambert, depose and say that I am a settlement claimant and objector in the above-captioned case, and am not represented by counsel.

On August 29th, 2023, I served true and correct copies of the following document by email upon the persons set forth in the attached **Exhibit A.**  On August 30th, 2021, I served true and correct copies of the following document by First Class mail, postage prepaid, upon the persons set forth in the attached **Exhibit B.**

- Objection to Plaintiffs' Notice of Motion and Motion for Final Settlement Approval

Dated: ~~March~~ August 30 , 2023

State of ██████

County of ████

David Lee Lambert

████████████████████

Subscribed and sworn to (or affirmed) before me on this 30th day of August , 20 23 , by David Lee Lambert, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

████████████████████████████

# Exhibit A: Email Service List

| Party | Firm | Individual | E-mail address |
|---|---|---|---|
| Settlement Administrator | N/A | N/A | info@FacebookUserPrivacySettlement.com |
| Sarah Feldman | Keller Rohrback LLP | John J Pentz | jjpentz3@gmail.com |
| | | Kendrick Jan | kj@jan-law.com |
| Plaintiffs generally | | Derek Loeser | dloeser@kellerrohrback.com |
| | | Cari Laufenberg | claufenberg@kellerrohrback.com |
| | | Ben Gould | bgould@kellerrohrback.com |
| | | Chris Springer | cspringer@kellerrohrback.com |
| Facebook | Gibson, Dunn & Crutcher LLP | Martie Kutscher | mkutscherclark@gibsondunn.com |
| | | Orin Snyder | osnyder@gibsondunn.com |
| Federal Trade Commission | N/A | N/A | antitrust@ftc.gov |

# Exhibit B: Postal Service List

Lesley E. Weaver
Anne Davis
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607

Rosemarie Ring
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Derek W. Loeser
Cari Campen Laufenberg
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Scott Tucker
Vice President & Deputy General Counsel,
Global Litigation
Meta Platforms, Inc.
1601 Willow Road
Menlo Park, CA 94025



L David L. Lambert

Retail
UNITED STATES
POSTAL SERVICE

U.S. POSTAGE PAID

AUG 30, 2023

$0.00

94102

RDC 99

R2305M147124-1

Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489



# OBJECTION 87

*Claim Action Clerk: this is in Regards to accessibility to Forms*

August 25, 2023

*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (N.D. Cal.); (ii) your full name, address, telephone number, and email address; (iii) your Facebook account URL (if reasonably available) and the email address associated with your Facebook account; (iv) the full name, address, telephone number, and email address of your counsel (if you are represented by counsel); (v) a statement that you were a Facebook user during the Class Period and the dates of such use; (vi) a statement of whether your objection applies only to you, to a specific subset of the class, or to the entire class; (vii) a statement of the number of times in which you (and, where applicable, your counsel) have objected to a class action settlement, along with the caption of each case in which you (or your counsel) made such objection; (viii) a statement of whether the objector has sold or otherwise transferred the right to their recovery in this Action to another person or entity, and, if so, the identity of that person or entity; (ix) a statement of the specific grounds for the objection, including any legal or factual support and any evidence in support of the objection; (x) a statement of whether you intend to appear at the Final Approval Hearing, and if so, whether personally or through counsel; and (xi) your signature. These requirements may be excused by the Court upon a showing of good cause.

Name:

Michele Leonard, ███████████████████████████████

Phone number: ████████████ email: ████████████████

Facebook Username: ████████████████

Email: ████████████████

**RECEIVED**

SEP 0 5 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I use Facebook. Began on Facebook on July 14, 2009 and still use it today.

This is a complaint on the behalf of an entire group of people who have not been notified of this settlement, and have not been given an equal opportunity to file claims in a method convenient to them.

To the best of my knowledge I have not objected to any part of this settlement or other settlements.

As I stated above this is not an objection to the settlement. **It is an objection to the method used to identify those involved in the settlement.** It is a complaint, that not all people, who have used Facebook in the United States have had an equal opportunity to know of this lawsuit and settlement, or file any claim that they may be entitled too.

My friends are blind. They need this settlement to be, for lack of a better word, advertised in places and by methods where they would normally find information: Blind associations and their counterparts. There are, also many people with other types of disabilities that need to know of this settlement and have not been given appropriate notice about the settlement or its claim process.

Ways to fix this problem:

1. Delay the claim end date
2. Require other sources, to be used to advertise this settlement; including, but not limited to: Veterans, Blind, Deaf, Elderly, Schools, Community associations and other places and forms of communication that people use; including but not limited to FACEBOOK itself through their notification system.
3. Use an Accessible web design, that a person with a disability can fill out forms on.  Without the help of a friend.
4. **Correct the directions for how to find the Facebook username.  They are wrong and misleading.**  The form paper I received had the following instructions:  navigate to "Account" > "Settings and Privacy" > "General Account Setings" > "username" **That is not the correct path to find a username**.  **The word "user name" is not even in the path that is the correct one.**  The correct path is "Account" > " Settings and Privacy" > "settings"  >  "access your information" > "auto fill information" and then scroll to the Contact Info:  Facebook     There is no where in that path that states:  USER NAME.     IN FACT, if one looks at the step of "autofill" it describes a MOBILE INFORMATION as the description found under "Auto fill".  Even on the settlement website itself, the directions for how to find a "username" <u>suggest</u> use FAQ.  Most people think their username is the name they have on the Facebook introduction to them page, or their email address.
5. Finally, acknowledge that many different people, including disable and first language is something other than English or Spanish use Facebook.  Write an apology.
6. Delay, refile, any dates involving a comment period for the settlement or any action for the settlement.
7. Take into account, that if correctly advertised this settlement should be increased in monetary value.

I emphasize:  DELAY THE END DATE FOR CLAIMS.  FIX THE PROESS, INCLUDE EVERYONE ON OR WERE ON FACEBOOK IN THE TIME DESIGNATED FOR THE SETTLEMENT.

*Michele or Shelly Leonard*   *Aug. 25. 2023*

Michle Leonard, aka Shelly Leonard

S. Leonard



30 AUG 2023 PM 3 L

FOREVER / USA

RECEIVED

SEP 0 5 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for
the Northern District of CALIFORNIA
450 Golden Gate Avenue  Box 36060
SAN FRANCISCO, CA 94101-3489

94102-348999

# OBJECTION

# 88

Hon. Vince Chhabria, U.S.D.J.
United States District Judge
Northern District of California
450 Golden Gate Avenue, 17th Fl.
San Francisco, CA 94102



September 2, 2023

**Re: FACEBOOK, INC, CONSUMER**
**PRIVACY USER PROFILE LITIGATION**          **Case No. 3: 18-MD-02843-VC**

Dear Judge, Chhabria

    See attached copies of my claim form sent by certified mail number ███████████
and the confirmation of postal delivery of my claim form dated August 9th 2023; I am objecting to the
class action settlement due to the ramification of the political agenda to cover-up ████████
████████████████████████████████████████████████
██ .

    My claim form was submitted before August 25th 2023 of the last claim dated and I haven't
heard back from the claim administrator's office providing me a claims number as yet.

*Ronald Bass*

Ronald Bass

cc: Claim Administrator
    infor@FacebookUserPrivacySettlement.com
    Also I am sending a copy of this letter and attachment by regular mail
    Magistrate Judge Alex G. Tse
    Mark B. Busby, Clerk
    U.S. District Court Clerk's Office

<table>
<tr><td>Your claim must be submitted online or postmarked by:<br>August 25, 2023</td><td>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*<br>Case No. 3:18-MD-02843-VC<br>www.FacebookUserPrivacySettlement.com</td><td>FCP</td></tr>
</table>

# Claim Form

## I. YOUR CONTACT INFORMATION

Provide your name and contact information below.  You must notify the Settlement Administrator if your contact information changes after you submit this form.  NOTE: The personal information you provide below will be processed only for purposes of effectuating the Settlement.

*Ronald*
**First Name**

*Bass*
**Last Name**

███████████████
**Street Address**

███████
**City**

███████
**State**

███████
**Zip Code**

███████
**Current Phone Number**

███████
**Email Address**

## II. DETAILS

| | |
|---|---|
| Did you reside in the United States at any time between May 24, 2007 and December 22, 2022, inclusive? | Yes ☒<br>No ☐ |
| Were you a Facebook user at any time between May 24, 2007 and December 22, 2022? | Yes ☒<br>No ☐ |

Enter the email address(es), phone number(s), and/or username(s) associated with your Facebook account between May 24, 2007 and December 22, 2022:

Email(s):

1. ███████████████
2. ███████████████
3. _____

Phone Number(s):

1. _____
2. ████████████ _____
3. _____

Username(s):

*This information can be found on the Facebook mobile application or the website by navigating to "Account" > "Settings and Privacy" > "General Account Settings" > "Username."*

1. _____
2. _____
3. _____
4. _____
5. _____

---

*IF YOU CURRENTLY HAVE A FACEBOOK ACCOUNT, YOU DO **NOT** NEED TO ANSWER THIS QUESTION AND CAN PROCEED TO SECTION III.*

*If you were a Facebook user at any time between May 24, 2007 and December 22, 2022, but have since **deleted** your account:*

Provide the date range you were a Facebook user.

Enter dates as MM/YY (e.g., 01/10 for January 2010).

Start Date:

2/4 — 2006

M/7 1 2 0 0 6

MM   YY

End Date:

07/11 2021

MM   YY

---

## III.  METHOD FOR RECEIVING PAYMENT (choose one)

Please select **one** of the following payment options:

☒ **Prepaid Mastercard** – Enter the **email address** where you will receive the Prepaid Mastercard:

██████████████████████████

☐ **PayPal** - Enter your **PayPal email address**: _____

☐ **Venmo -** Enter the **mobile number** associated with your Venmo account: __ __ __ - __ __ __ - __ __ __ __

☐ **Zelle -** Enter the **email address or mobile number** associated with your Zelle account:

_____

☐ **Physical Check -** Payment will be mailed to the address provided above.

## IV.  VERIFICATION AND ATTESTATION UNDER OATH

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified above and the information provided in this Claim Form is true and correct.

_Ronald Bass_
Your signature

Date: _08-06 2023_
　　　 MM　　DD　　YYYY

_Ronald Bass_
Your name

### REMINDER CHECKLIST

1.  Please make sure you answered all the questions on the Claim Form. Be sure to select only **one** payment option.

2.  Please make sure that you signed and dated the Claim Form.

3.  Please keep a copy of your completed claim form for your own records.

4.  Please submit your completed Claim Form online OR by mail by August 25, 2023 to: Facebook Consumer Privacy User Profile Litigation, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Facebook Settlement

Street and Apt. No., or PO Box No.  1650 Arch Str, Suck 2210,

City, State, ZIP+4®  Philadelphie, PA 19103

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

45

# USPS Tracking®

FAQs ›

**Tracking Number:**

████████████████████

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent for final delivery in PHILADELPHIA, PA 19103 on August 9, 2023 at 4:51 pm.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered to Agent**
**Delivered to Agent for Final Delivery**
PHILADELPHIA, PA 19103
August 9, 2023, 4:51 pm

**In Transit to Next Facility**
August 8, 2023

**Departed Post Office**
████████████████
August 7, 2023, 5:11 pm

**USPS in possession of item**
████████████████████
August 7, 2023, 11:10 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates                                                      ∧

⊘ Confirmation - We Received Your Request

███████████████████

Your updates will be sent to:

██████████████████████

When new tracking activity is available, you'll get notifications based on your selections.

---

## USPS Tracking Plus®                                                       ∨

---

## Product Information                                                       ∨

### See Less ∧

Track Another Package

| Enter tracking or barcode numbers |
| --- |

# Need More Help?

Contact USPS Tracking support for further assistance.

| FAQs |
| --- |



Ronald Bass

Retail

U.S. POSTAGE PAID
SEP 02, 2023
$1.59
94102
RDC 99
R2304H108019-57

RECEIVED
SEP 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark B. Busby, Clerk
U.S. District Court Clerk Office
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

