**From:** hugh holston ▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** September 6, 2023 at 9:35:27 PM PDT
**To:** Derek Loeser <dloeser@kellerrohrback.com>, Lesley Weaver <lweaver@bfalaw.com>, ▓▓▓▓▓▓▓▓▓▓▓▓,
info@facebookuserprivacysettlement.com
**Subject: file Motion for Continuance**

please file this Motion for Continuance , and reply to my email. thank you

Case 3:18-md-02843-VC

dloeser@kellerrohrback.com

lweaver@bfalaw.com

▓▓▓▓▓▓▓▓▓▓▓▓

Class Member

9-5-2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Clerk of the Court

Notice of Motion
_____

Now comes class member Hugh Holston, and pursuant to The Federal Rules of Civil Procedure and also Rule 231 - Motions for Continuance, Ill. Sup. Ct. R. 231, and moves the court to grant continuance on Final approval of settlement, on grounds that that the class members were not given proper time to make objections on the matters.

1