| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 1330 Broadway, Suite 630 |
| Seattle, WA 98101 | Oakland, CA 94612 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **NOTICE OF FILING OF SETTLEMENT ADMINISTRATOR DECLARATION REGARDING OBJECTION CONCERNING ACCESSIBILITY** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

Pursuant to the Court's September 8, 2023 Minute Entry, Dkt. 1173, Plaintiffs hereby submit the Declaration of Steven Weisbrot of Angeion Group, LLC Re: Accessibility of Notice and Claims Process, which is attached to this notice, to address a late-filed objection concerning the accessibility of the notice program and settlement website to sight-impaired users. *See* Dkt. 1171-1 at Obj. 87.

Dated: September 12, 2023                                       Respectfully submitted,

KELLER ROHRBACK L.L.P.                                  BLEICHMAR FONTI & AULD LLP

By:     */s/ Derek W. Loeser*                                   By:     */s/ Lesley E. Weaver*
        Derek W. Loeser                                                  Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)         Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                       Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*                Joshua D. Samra (SBN 313050)
Benjamin Gould (SBN 250630)                              1330 Broadway, Suite 630
Emma M. Wright (admitted *pro hac vice)*                 Oakland, CA 94612
1201 Third Avenue, Suite 3200                            Tel.: (415) 445-4003
Seattle, WA 98101                                        Fax: (415) 445-4020
Tel.: (206) 623-1900                                     lweaver@bfalaw.com
Fax: (206) 623-3384                                      adavis@bfalaw.com
dloeser@kellerrohrback.com                               mmelamed@bfalaw.com
claufenberg@kellerrohrback.com                           jsamra@bfalaw.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2023, at Oakland, California.

                                              */s/ Lesley E. Weaver*
                                              Lesley E. Weaver