| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 1330 Broadway, Suite 630 |
| Seattle, WA 98101 | Oakland, CA 94612 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **SUPPLEMENTAL NOTICE OF FILING OF OBJECTIONS RECEIVED AFTER SEPTEMBER 6, 2023**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Pursuant to the Order re Objections to Class Action Settlement (the "Order"), Dkt. 1131, Plaintiffs submitted 43 objections to the Class Settlement that they received as of July 10, 2023. Dkt. 1144. On July 30, 2023, Plaintiffs submitted 11 additional objections that they received after July 10, 2023. Dkt. 1158. On August 4, 2023, Plaintiffs submitted 18 additional objections that they received after July 30, 2023. Dkt. 1160. On September 1, 2023, Plaintiffs submitted 13 additional objections that they received after August 4, 2023. Dkt. 1166. On September 6, 2023, Plaintiffs submitted 3 additional objections that they received after September 1, 2023. Dkt. 1171.[1]

Plaintiffs hereby submit 2 additional objections that they received after September 6, 2023. The objections are redacted in compliance with the Court's Order. Dkt. 1131.[2]

- Objection No. 89, postmarked on July 12, 2023, is identical to Objection No. 73, which Plaintiffs filed at Dkt. 1166-1.
- Objection No. 90 was postmarked after the July 26, 2023 deadline.

Plaintiffs' Motion for Final Settlement Approval, Dkt. 1145, the Consolidated Reply in Support of Plaintiffs' (1) Motion for Final Approval and (2) Motion for Attorneys' Fees, Expenses, and Service Awards, Dkt. 1161, and declarations submitted by the Settlement Administrator, Dkts. 1096-2, Ex. 1-B and Dkt. 1145-2, have already addressed the issues raised by Objection No. 89, as reflected in the table below.

| Subject Matter of Objection | Where Addressed |
|---|---|
| Objection regarding the Settlement amount. *See* Obj. 89 (requests an individual payment of between $8 million and $900 million). | Dkt. 1145 at 16-18; Dkt. 1161 at 6-11. |

Objection No. 90 is from an individual from a foreign country who objects because the Settlement does not permit claims from Facebook users based on the use of Facebook in other countries. The Settlement is on behalf of "All Facebook users in the Untied States between May 24, 2007, and December 22, 2022, inclusive." The claims of individuals who did not use Facebook

---

[1] Four objectors also filed objections via ECF. Dkts. 1147, 1152, 1154, 1155.
[2] Plaintiffs have not filed a motion to seal because the redactions have been made pursuant to a prior court order in this case that requires Plaintiff to redact all sensitive information within the objections. Civ. L.R. 79-5(b).

in the United States are not released by the Settlement.

| | |
|---|---|
| Dated: October 3, 2023 | Respectfully submitted, |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| By: */s/ Derek W. Loeser*<br>    Derek W. Loeser | By: */s/ Lesley E. Weaver*<br>    Lesley E. Weaver |

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| Cari Campen Laufenberg (admitted *pro hac vice*) | Anne K. Davis (SBN 267909) |
| David Ko (admitted *pro hac vice*) | Matthew S. Melamed (SBN 260272) |
| Adele A. Daniel (admitted *pro hac vice)* | Joshua D. Samra (SBN 313050) |
| Benjamin Gould (SBN 250630) | 1330 Broadway, Suite 630 |
| Emma M. Wright (admitted *pro hac vice)* | Oakland, CA 94612 |
| 1201 Third Avenue, Suite 3200 | Tel.: (415) 445-4003 |
| Seattle, WA 98101 | Fax: (415) 445-4020 |
| Tel.: (206) 623-1900 | lweaver@bfalaw.com |
| Fax: (206) 623-3384 | adavis@bfalaw.com |
| dloeser@kellerrohrback.com | mmelamed@bfalaw.com |
| claufenberg@kellerrohrback.com | jsamra@bfalaw.com |
| dko@kellerrohrback.com | |
| adaniel@kellerrohrback.com | |
| bgould@kellerrohrback.com | |
| ewright@kellerrohrback.com | |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of October, 2023, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver
