# Exhibit A

# Objections 89–90

**Objection 89**..................................................................................................................................1

**Objection 90**..................................................................................................................................7

# OBJECTION 89

1

July 1, 2023
MR. James E Houck SR.    Class Action
                         Case No 3:18 md
                         02843 VC

Dear The CLerk
Dear Class Action Clerk

I am Writing your office of The CLerk
This Letter Today I Hope that This
Court can Help MR Houck to bock
all my money So MR Houck Hope
that your court will sign a Good
Attorney to All my Case to The Class
Action Lawsuit. I am Asking This Court
to Add my Name James Houck SR
to The Class Action Settlement
because MR James Houck was
on Facebook And MR Houck
was user Facebook From May 27, 2007
And December 22, 2022 And am user
Facebook Now. Please Look to
MR James Houck Facebook Account
Then your office will see that MR Houck
was user Facebook from May 27, 2007 and December 22, 2022

2

So I am Asking this Court to Sign Mr Houck A Good Attorney For This Class Action Settlement. James Houck was User Facebook from May 24, 2007 and December 22, 2022. Mr Houck are willing to Take a Settlement for $900,000,000 or $8 Million or $600,000,000 or $10 Million. or $800,000,0000.

Mr James Houck have been User Facebook from May 24, 2007 and December 22, 2022 "Yes" I have been user Facebook

1. Your Name James Houck —
2. Your
3. Your E-Mail
4. Your Facebook User Name

I am Asking The Class Action Clerk to Call Case Manager Office to Set up A Call or A Court Video Visit With Mr Houck to Talk About The Class Action
→

to Set up A Call to Talk to Mr James A Houck to look All my Money $900,000,000

3

When if We Win Please Take your Money off the Top and Send a Check With my ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ to Put on All The Check to Send All my Check to MR JAMES B Houck SR

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I Hope The Court on The Check Will Sign MR Houck a Good Attorney to Will Take my Facebook Class Action Settlement Case to Will Try to Call ▉▉▉▉ to Talk to MR Houck About my Case to Get MR Houck $900,000,000.00 Er $800,000,000 ok.

Please Write me Back Real Soon

James R Houck Sr

[REDACTED]

12 JUL 2023 PM 4 L

United States District
Court for the Northern
District of California

Attnto Class Action Unck
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**RECEIVED**
JUN 17 2023
JUL
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410233489 C004

5



# OBJECTION 90

On: 08/25/2023.

Mr: HADJADJ LYAMINE.

Phone number:

" " :

Email:

The united States District court for the Northern of California.
Philip Burton Federal Building - 450 Golden Avenue - San Francisco, CA 94102. USA.

Object: Claim of Cash action settlement.
— in re: Facebook, Inc, Consumer Privacy use Profile litigation
Case N° 3:18-md-023843-VC.

Hello chief judge Mr Richard Seeborg.

I am Mr: HADJADJ LYAMINE. in

. I was a Facebook user since 06 september 2015. I claim of cash action settlement like citizens of USA.

— Why the Americans only are eligible to get a compensation?

— Why Facebook user in the word do not get the cash action settlement? where is the humanity? where are the human rights?

— I need the cash action settlement per check for treatment.

I ask you Mr chief judge — esteemed justice — to award just and equitable compensation in the sum of money for my exposure to injury like the rest of the Americans. With my respects.

RECEIVED
OCT 02 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

8

10

District Court for the Northern of CALIFORNIA.
Philip Burton Federal Building - 450 Golden Avenue - SAN FRANCISCO, CA 94102 - UNITED STATES OF AMERICA.

941023630 0000

EXP: Mr HADJADJ LYAMINE.

Ouverture rapide
Sécurité

**RECEIVED**

OCT 02 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA