| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 1330 Broadway, Suite 630 <br> Oakland, CA 94612 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC <br><br> **NOTICE OF META'S FAILURE TO FUND ESCROW FUND AS REQUIRED BY THE SETTLEMENT AGREEMENT AND REQUEST FOR STATUS CONFERENCE** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

Plaintiffs respectfully request a status conference with the Court to discuss Meta's failure to fund the escrow fund as required by the Settlement Agreement. The due date for Meta to fund the escrow account was 21 days from the Court's final approval order. ECF No. 1096-2, Settlement Agreement, ¶ 63. That date was October 31, 2023. As of today's date, Meta has not funded the account. Plaintiffs have asked if Meta has an inability to fund the account and have not received any substantive response or explanation. Assurances that Meta has funded the account have not borne out.

The Settlement Agreement and accompanying escrow instructions, heavily negotiated by the parties, provides that the funds shall be invested such that interest will accrue to the benefit of the class. ECF No. 1096-2, Settlement Agreement, ¶ 25. Meta's failure to fund impedes interest accruing on behalf of the Class. The total lost interest for the Class for the three-day period is $319,600.65.

Consistent with this Court's retention of jurisdiction to enforce the terms of the agreement, ECF No. 1182 at ¶ 27, Plaintiffs respectfully request a status conference with the Court.

Dated: November 2, 2023

KELLER ROHRBACK L.L.P.

By:   */s/ Derek W. Loeser*
     Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com

Respectfully submitted,

BLEICHMAR FONTI & AULD LLP

By:   */s/ Lesley E. Weaver*
     Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
jsamra@bfalaw.com

bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

      I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of November, 2023, at Oakland, California.

                                                */s/ Lesley E. Weaver*
                                                Lesley E. Weaver