Kendrick Jan, CA SBN 105149
Kendrick Jan, APC
225 Broadway, Suite 2220
San Diego, CA 92101
Telephone: (619) 231-7702
kj@jan-law.com

John J. Pentz, Esq., MA Bar No. 561907
13133 N. Vistoso Ranch Place
Oro Valley, AZ 85755
Telephone: (978) 985-4668
jjpentz3@gmail.com
(*pro hac vice*)

Counsel for Objectors Sarah Feldman and Jill Mahaney

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-2834-VC |
| | <u>CLASS ACTION</u> |
| This Document Relates to: | |
| ALL ACTIONS | **NOTICE OF APPEAL** |

Objectors Sarah Feldman and Jill Mahaney hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Final Approval of Class Action Settlement (Document 1182), Order Awarding Attorney's Fees, Expenses and Service Awards (Document 1183), and Final Judgment (Document 1184), which were entered on October 10, 2023.

Respectfully submitted,


*/s/ Kendrick Jan*
Kendrick Jan
Kendrick Jan, APC
225 Broadway, Suite 2220
San Diego, CA 92101
Tel: (619) 231-7702
kj@jan-law.com


*/s/ John J. Pentz*
John J. Pentz, *pro hac vice*
13133 N. Vistoso Ranch Place
Oro Valley, AZ 85755
Phone: (978) 985-4668
jjpentz3@gmail.com

Attorneys for Class members/Objectors
Sarah Feldman and Jill Mahaney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on November 9, 2023, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *s/ John J. Pentz*