John C. Kress (53396 MO)
Kress Law, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

Attorney for Objector Jonathan E Fortman

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK INC. CONSUMER **PRIVACY USER PROFILE LITIGATION** SECURITY BREACH LITIGATION | ) MDL. 2843 ) **Case No. 18-md-02843-VC** ) ) **NOTICE OF APPEAL** ) |

NOTICE IS HEREBY GIVEN that Objector Jonathan E. Fortman, appeals to the United States Court of Appeals for the Ninth Circuit from the Orders and Judgment entered on October 10, 2023 granting final approval of the class action settlement in the above captioned matter, and the Final Judgment entered on such date, and the order awarding atttorneys' fees, costs, and expenses (Doc # 1182, 1183, and 1184).

Respectfully submitted,

s/ John C Kress
John C. Kress (#53396 MO)
Kress Law, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:jckress@thekresslawfirm.com

### CERTIFICATE OF SERVICE

I certify that on this 9th Day of November, 2023 this document was filed and served via the USDC NDCA ECF Filing System:

s/John C Kress