| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 1330 Broadway, Suite 630 |
| Seattle, WA 98101 | Oakland, CA 94612 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' [PROPOSED] ORDER GRANTING MOTION TO REQUIRE OBJECTORS FELDMAN AND MAHANEY TO POST BOND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7** |

Upon Plaintiffs' Motion to Require Objectors Feldman and Mahaney to Post Bond under Federal Rule of Appellate Procedure 7, and having considered all papers submitted in support of and in opposition to the Motion, the Court finds that an appeal bond is appropriate because Objectors Feldman and Mahaney's appeal is unlikely to succeed, they have the financial ability to post bond, and, given attorney John Pentz's conduct, there is a risk that Objectors Feldman and Mahaney will not pay costs if they lose on appeal. *See Zamora v. Lyft, Inc.*, No. 16-CV-02558-VC, 2018 WL 5819511, at *1-2 (N.D. Cal. Nov. 6, 2018); *Fleury v. Richemont N. Am. Inc.*, No. C-05-4525 EMC, 2008 WL 4680033, at *6 (N.D. Cal. Oct. 21, 2008). The Court also finds that a conservative estimate of appellees' taxable costs is $8,500. *In re Apple Inc. Device Performance Litig.*, No. 5:18-MD-02827-EJD, 2023 WL 3510393, at *3 (N.D. Cal. May 16,

2023). Feldman and Mahaney are therefore ordered to post an appeal bond of $8,500 within 21 days of the issuance of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2023

VINCE CHHABRIA
United States District Judge