| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 1330 Broadway, Suite 630 |
| Seattle, WA 98101 | Oakland, California 94612 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF DEREK W. LOESER AND LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE OBJECTORS FELDMAN AND MAHANEY TO POST BOND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: December 21, 2023<br>Hearing Time: 1:00 pm |

I, Derek W. Loeser, and I, Lesley E. Weaver, declare and state as follows:

1. Derek W. Loeser is a partner at the law firm of Keller Rohrback L.L.P., and Lesley E. Weaver is a partner at the law firm of Bleichmar Fonti & Auld LLP. We are Co-Lead Counsel for Plaintiffs in the above-captioned matter. We submit this declaration in support of Plaintiffs' Notice of Motion and Motion to Require Objectors Feldman and Mahaney to Post Bond Under Federal Rule of Appellate Procedure 7.

2. We have personal knowledge of the information set forth herein and, if either of us is called as a witness, we each could and would testify competently thereto.

3. Based on Rule 39 of the Federal Rules of Appellate Procedure and Circuit Rule 39-1, as well as our firms' past expenses in other recent Ninth Circuit appeals, we conservatively estimate that the costs for preparing the record, and printing, copying, and mailing the briefs in this appeal will be at least $8,500.

4. Given the extensive record in this case, excerpts of records submitted in the appeal will likely be larger than average, leading to higher-than-average FRAP 39 costs.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge.

Executed on November 14, 2023.

By: _____  
  Derek W. Loeser

By: _____  
  Lesley E. Weaver

At:   Seattle, Washington

At:   Oakland, California

LOESER AND WEAVER DECL. IN SUPP.  
OF PLS.' MOT. TO REQUIRE  
OBJECTORS FELDMAN AND MAHANEY  
TO POST BOND

1

MDL NO. 2843  
CASE NO. 18-MD-02843-VC