Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF DEREK W. LOESER AND LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE OBJECTOR FORTMAN TO POST BOND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor<br>Hearing Date: December 21, 2023<br>Hearing Time: 1:00 pm |

I, Derek W. Loeser, and I, Lesley E. Weaver, declare and state as follows:

1.    Derek W. Loeser is a partner at the law firm of Keller Rohrback L.L.P., and Lesley E. Weaver is a partner at the law firm of Bleichmar Fonti & Auld LLP. We are Co-Lead Counsel for Plaintiffs in the above-captioned matter. We submit this declaration in support of Plaintiffs' Notice of Motion and Motion to Require Objector Fortman to Post Bond Under Federal Rule of Appellate Procedure 7.

2.    We have personal knowledge of the information set forth herein and, if either of us is called as a witness, we each could and would testify competently thereto.

3.    Based on Rule 39 of the Federal Rules of Appellate Procedure and Circuit Rule 39-1, as well as our firms' past expenses in other recent Ninth Circuit appeals, we conservatively estimate that the costs for preparing the record, and printing, copying, and mailing the briefs in this appeal will be at least $8,500.

4.    Given the extensive record in this case, excerpts of records submitted in the appeal will likely be larger than average, leading to higher-than-average FRAP 39 costs.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge.

Executed on November 14, 2023.

By:_____         By:_____
            Derek W. Loeser                                    Lesley E. Weaver

At:     Seattle, Washington                         At:     Oakland, California