Derek W. Loeser (admitted *pro hac vice*)  
KELLER ROHRBACK L.L.P.  
1201 Third Avenue, Suite 3200  
Seattle, WA 98101  
Tel.: (206) 623-1900  
Fax: (206) 623-3384  
dloeser@kellerrohrback.com  

Lesley E. Weaver (SBN 191305)  
BLEICHMAR FONTI & AULD LLP  
1330 Broadway  
Suite 630  
Oakland, CA 94612  
Tel.: (415) 445-4003  
Fax: (415) 445-4020  
lweaver@bfalaw.com  

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **AMENDED CERTIFICATE OF SERVICE** |

I hereby certify that I have served a true and correct copy of:

- **NOTICE OF MOTION AND MOTION TO REQUIRE OBJECTOR FORTMAN TO POST BOND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**

- **DECLARATION OF DEREK W. LOESER AND LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE OBJECTOR FORTMAN TO POST BOND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**

- **PLAINTIFFS' [PROPOSED] ORDER GRANTING MOTION TO REQUIRE OBJECTOR FORTMAN TO POST BOND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**

Via email and U.S. Mail on this 15th day of November, 2023 to the person(s) set forth below:

John C. Kress
Kress Law, LLC
P.O. Box 6525
St. Louis, MO 63125
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

*Attorney for Objector Jonathan E. Fortman*

      I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

      Executed at Seattle, Washington, on November 15, 2023.

                                            */s/ Sarah Skaggs*
                                            Sarah Skaggs