TIMOTHY W. LOOSE, SBN 241037
tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-md-02843-VC<br><br>**DECLARATION OF TIMOTHY W. LOOSE IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>*[Civil L.R. 3-12, 7-11]*<br><br>Judge Vince Chhabria<br>Courtroom 5, 17th Floor<br><br>CASE NO. 3:23-cv-04128-PHK<br><br>**PROPOSED CASE TO BE RELATED**<br><br>Assigned to: Magistrate Judge Peter H. Kang<br>Courtroom F, 15th Floor |

Gibson, Dunn & Crutcher LLP

DECLARATION OF TIMOTHY W. LOOSE IN SUPPORT OF DEFENDANT'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:18-MD-02843-VC & CASE NO. 3:23-CV-04128-PHK

I, Timothy W. Loose, declare and state as follows:

1. I am an attorney duly licensed to practice law before all of the courts of California and before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for representing Defendant Meta Platforms, Inc. in the proposed related case, *Rose v. Facebook*, No. 3:23-cv-04128-PHK. I make this declaration in support of Defendant's Unopposed Administrative Motion to Consider Whether Cases Should Be Related. I am personally familiar with the matters set forth herein and, if called to testify, I could and would competently testify thereto.

2. Pursuant to Civil Local Rules 3-12(b) and 7-11(a), on November 16, 2023, I contacted Plaintiff Laura Rose, who is representing herself in the *Rose* action, via e-mail and by phone to inquire whether Plaintiff would oppose relating *Rose* to *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-md-02843-VC (the "MDL").

3. On November 20, 2023, I conferred with Ms. Rose by phone, and she stated that she opposes relating her action to the MDL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2023, in Los Angeles, California.

Dated: November 21, 2023

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Timothy W. Loose

Timothy W. Loose (SBN 241037)
tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Attorney for Defendant Facebook, Inc.*

2

DECLARATION OF TIMOTHY W. LOOSE IN SUPPORT OF DEFENDANT'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:18-MD-02843-VC & CASE NO. 3:23-CV-04128-PHK