1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-md-02843-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>*[Civil L.R. 3-12, 7-11]*<br><br>Judge Vince Chhabria<br>Courtroom 5, 17th Floor<br><br>CASE NO. 3:23-cv-04128-PHK<br><br>**PROPOSED CASE TO BE RELATED**<br><br>Assigned to: Magistrate Judge Peter H. Kang<br>Courtroom F, 15th Floor |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:23-CV-04128-PHK & CASE NO. 3:18-MD-02843-VC

**[PROPOSED] ORDER**

On November 21, 2023, Defendant Meta Platforms, Inc. filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 in the above-captioned action. Defendant moved the Court to determine that *Rose v. Facebook*, No. 3:23-cv-04128-PHK (N.D. Cal.) is related to *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-md-02843-VC (N.D. Cal.) (the "MDL"), which was pending before this Court.

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Having reviewed the papers in both *Rose* and the MDL, the Court finds that the two actions are "related" as defined in Civil Local Rule 3-12(a) and **ORDERS** that they be deemed "related."

The Clerk shall reassign the *Rose* action to this Court and shall notify the parties and Magistrate Judge Peter H. Kang accordingly. *See* Civil L.R. 3-12(f)(3). The Parties are instructed that all future filings in the reassigned case are to bear the initials "VC." Under Civil Local Rule 3-12(g), any dates for hearing noticed motions in *Rose* are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and the case management conference will be rescheduled by the newly assigned judge, and the parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

DATED: _____

Honorable Vince Chhabria
United States District Judge

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:23-CV-04128-PHK & CASE NO. 3:18-MD-02843-VC