

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

November 22, 2023

John C. Kress
Kress Law, LLC
PO Box 6525
St. Louis, MO 63125

SUBJECT: Request for Payment of Docket Fee

Title: In re Facebook, Inc., Consumer Privacy User Profile Litigation
Case Number: 3:18-md-02843-VC
Court of Appeals Number: 23-3623

    A notice of appeal was filed with this Court on November 9, 2023, and the docketing fee of $505.00 has not been received. Please send the fee to this office immediately or submit payment through Pay.gov.

    The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

Mark B. Busby, Clerk

by: William Noble
Case Systems Administrator

REV. 7-19