# Kendrick Jan, APC
## Attorney at Law
225 Broadway, Suite 2220
San Diego, California 92101
Telephone: (619) 231-7702
Email: kj@jan-law.com

December 4, 2023

Hon. Vince Chhabria                                                                                        <u>Filed with the Court via ECF</u>
United States District Court for the
   Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In Re: Facebook, Inc. Consumer Privacy User Profile Litigation*
             Case No. 18-md-02843-VC

Dear Judge Chhabria:

Along with co-counsel John Pentz, I represent objectors/appellants Sarah Feldman and Jill Mahaney in the referenced matter. I have a complicated medical situation in my family that compromises my ability to participate in-person at the bond motion hearing set for 10:00 a.m. on December 21, 2023. A brief description of my situation is as follows: I have a two-year old granddaughter who is being treated for acute megakaryoblastic leukemia. She has been in the hospital for nearly all of the last eight months, including approximately 113 of the last 120 days. It is hoped she will be permitted to come home (when not hospitalized, she lives with us in our home) for 2-3 days in the days running up to Christmas. We live in San Diego County and, should my granddaughter be allowed to be home during that period, it would work a great hardship on me (and my family) if my in-person appearance at the scheduled hearing is necessary. Consequently, I am requesting the right to make remote appearance at the December 21 hearing.

I have been in contact with Class Counsel, counsel for Facebook, counsel for objector/appellant Fortman, and my co-counsel, informing that I would be making this request. None objects to my making remote appearance at the hearing. Further, Class Counsel and counsel for Facebook indicate a willingness to participate in-person or via Zoom, according to the preference of the Court.

Thank you for your consideration and understanding in this regard. If anything further is required in connection with this request, please have your staff contact me directly at (619) 607.9750.

Respectfully,

*[signature]*

Kendrick Jan
Kendrick Jan, APC