# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

[18-md-02843-VC](18-md-02843-VC)
In re Facebook, Inc., Consumer Privacy User Profile Litigation

I find that the more recently filed case that I have initialed below is related to the MDL assigned to me, and such case shall be reassigned to me. To the extent the plaintiff has opted out of the settlement, that is not relevant to whether her case should be related to the MDL, which includes all federal cases with claims like the ones the plaintiff has asserted in her lawsuit. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 23-cv-04128 | Rose v. Facebook | X | |

## ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Rules 16 and 26 of the Federal Rules of Civil Procedure accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: December 7, 2023        By: _____
                               Vince Chhabria
                               United States District Judge

1