# EXHIBIT A

## Unconsolidated Cases

| Case Name | Case No. | Transfer/ Relation Order | Transfer/ Relation Date | Potential Opt-Out Plaintiffs? | Action Needed By Court |
|---|---|---|---|---|---|
| Wilson v. Facebook | 2:20-cv-00189-GJP | CTO-3 / Dkt. 492 | 8/7/2020 | 1 of 1 name match | Consolidate; manage as opt-out if appropriate |
| Strothers v. Meta Platforms, Inc. | 3:23-cv-03217-VC | CTO-4 / Dkt. 1141 | 6/8/2023 | 1 of 1 name match | Consolidate; manage as opt-out if appropriate |
| Dalal v. Meta Platforms Inc. | 3:23-cv-05027-VC | CTO-5 / Dkt. 1179 | 9/28/2023 | 1 of 1 name match | Consolidate; manage as opt-out if appropriate |
| Zimmerman v. Facebook | 3:19-cv-04591-VC | Dkt. 930 | 5/17/2022 | 1 of 1 name match | Consolidate; manage as opt-out if appropriate |
| Rose v. Facebook | 3:23-cv-04128-VC | Dkt. 1203 | 12/7/2023 | 1 of 1 name match | Consolidate; manage as opt-out if appropriate |
| Roberts v. Meta Platforms, Inc. | 2:23-cv-01572-ACA | CTO-6 | CTO Disputed | 6 of 8 names on list match | Consolidate after resolving CTO dispute; manage as opt-out if appropriate |
| Schatz v. Meta Platforms Inc. | 2:23-cv-01581-SGC | CTO-6 | CTO Disputed | 12 of 15 names on list match; 3 potential matches | Consolidate after resolving CTO dispute; manage as opt-out if appropriate |
| Burns v. Meta Platforms Inc. | 4:23-cv-01580-CLM | CTO-6 | CTO Disputed | 6 of 9 names on list match; 2 potential matches; 1 non-matching | Consolidate after resolving CTO dispute; manage as opt-out if appropriate |
| Bolden v. Robertson et al.[1] | 7:23-cv-01590-ACA | CTO-6 | CTO Disputed | 7 of 9 names on list match; 2 potential matches | Consolidate after resolving CTO dispute; manage as opt-out if appropriate |

---

[1] Apparent docketing error; Robertson is one of the plaintiffs, and defendant is Meta Platforms, Inc.

1

**Opt-out Status of Individual Plaintiffs in the *Roberts*, *Schatz*, *Burns*, and *Bolden* actions:**

| Case Name | Case No. | Plaintiff Names | Opt-out Number |
|---|---|---|---|
| *Roberts v. Meta Platforms, Inc.* | 2:23-cv-01572-ACA | Roberts, Amanda<br>Brownlee, Wendy<br>Body Recovery 2U, LLC<br>Corey, George<br>Corey, Kamryn<br>Montgomery, Peyton<br>Montgomery, Kara<br>Roberts, Linda | 12095, 12096<br>None found<br>None found<br>2892<br>2894<br>9783<br>9781<br>12108 |
| *Schatz v. Meta Platforms Inc.* | 2:23-cv-01581-SGC | Schatz, Jeremy<br>Pickens, Mary Beth<br>Rosas, Elizabeth<br>Garrett, Amanda<br>Sauer-Schatz, Megan<br>Chesser, Josh<br>Earl, Samuel<br>Givianpour, Cameron<br>George, Christopher<br>George, Hannah<br>Johnson, Samuel<br>Kelley, Daniel<br>Miller, Audra<br>Glasgow, Jarrod<br>Yeager, Mary | 12760<br>11238<br>12342<br>4904<br>12726 ["Saver-Schatz"]<br>2483<br>3925? ["Sameul Ed"]<br>5131<br>5001 ["Chris"]<br>5003<br>7145<br>7439? ["Kelly"]<br>9578<br>5134<br>15879 |
| *Burns v. Meta Platforms Inc.* | 4:23-cv-01580-CLM | Burns, Steven<br>Starnes, Charmaine<br>Garrison, Sandra K.<br>Wang, David<br>Wang, Monica<br>Briggs-Holley, Kristi<br>Robinson, Michael E.<br>Davis, Greg<br>Weber, Heather [in caption is "Weaver", in text "Weber"] | 1927<br>None found<br>4913<br>15095? ["Davis"]<br>15098<br>1629<br>12155<br>3279<br>15215? ["Webber"] |
| *Bolden v. Robertson et al.* | 7:23-cv-01590-ACA | Bolden, Coasondra<br>Smith, Saaron<br>Barton, Monica<br>Blount, Leona<br>Bolden, Kiera<br>Daniels, Kathy<br>Daniels, Randy<br>Witherspoon, LaToya<br>Robertson, James | 1368<br>13347? ["Aaron"]<br>858<br>1316<br>1370? ["Kiara Bolder"]<br>3214<br>3218<br>15665<br>12122 |