UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>ALL ACTIONS | **ORDER DENYING MOTIONS FOR APPEAL BONDS**<br>Re: Dkt. Nos. 1190, 1191 |

The motions for appeal bonds are denied. Assuming it is appropriate to impose a bond based on the strength of an objector's appeal, as opposed to their potential inability to pay costs at the end of the appeal, these appellants' objections are not frivolous.

**IT IS SO ORDERED.**

Dated: December 20, 2023

VINCE CHHABRIA
United States District Judge