Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' RESPONSE TO APPELLANT FORTMAN'S CERTIFICATION OF NOT ORDERING TRANSCRIPTS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Jonathan Fortman, who has appealed the Court's approval of the Class Settlement, has filed a Certification of Not Ordering Transcripts (Dkt. 1210). He asserts that the transcripts Plaintiffs have designated under Ninth Circuit Rule 10.3-1(b) are "extraneous" and that he should not be required to pay for them. Fortman asks the Court to intervene under Ninth Circuit R. 10.3-1(f), which governs disputes about payment for transcripts.

However, under the rules, an appellant like Fortman must only order necessary transcripts that are "not already on file" in the district court. Fed. R. App. P. 10(b)(1)(A). If a party has already ordered a transcript, then the court reporter has already prepared and filed the transcript, and it is "already on file" under Rule 10(b)(1)(A).

Here, the three transcripts listed in Plaintiffs' Notice of Additional Transcripts, and that Fortman seeks to put at issue, have all been ordered and e-filed already, as this action's ECF docket makes clear. (Dkts. 1060, 1126, 1176.) Fortman, therefore, need not pay for their transcription. As a result, there is no dispute about who should pay for their transcription, and the Court's intervention is unnecessary. As Fortman notes, the three transcripts were listed on Plaintiffs' Notice of Additional Transcripts, *see* Ninth Circuit R. 10-3.1(b), but the purpose of the Notice was simply to give Fortman fair notice that Plaintiffs anticipate relying on certain transcripts. The Notice certainly did not ask Fortman to pay for the transcripts.

If Plaintiffs should prevail on appeal and seek to recover the costs of these transcripts from Fortman, then the Court may need to decide whether they were necessary. *See* Fed. R. App. P. 39(e)(2) (cost of transcripts taxed in district court). Until then, however, Plaintiffs respectfully submit that there is no dispute requiring Court intervention.

Dated: January 26, 2024                                         Respectfully submitted,

KELLER ROHRBACK L.L.P.                                          BLEICHMAR FONTI & AULD LLP

By:     */s/ Derek W. Loeser*                                   By:     */s/ Lesley E. Weaver*
        Derek W. Loeser                                                  Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                       Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)                Anne K. Davis (SBN 267909)
Benjamin Gould (SBN 250630)                                     Matthew S. Melamed (SBN 260272)
1201 Third Avenue, Suite 3200                                   Joshua D. Samra (SBN 313050)
Seattle, WA 98101                                               1330 Broadway, Suite 630
Tel.: (206) 623-1900                                            Oakland, California 94612
Fax: (206) 623-3384                                             Tel.: (415) 445-4003
dloeser@kellerrohrback.com                                      Fax: (415) 445-4020
claufenberg@kellerrohrback.com                                  lweaver@bfalaw.com
bgould@kellerrohrback.com                                       adavis@bfalaw.com
                                                                mmelamed@bfalaw.com
Christopher Springer (SBN 291180)                               jsamra@bfalaw.com
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January, 2024, at Seattle, Washington.

*/s/ Derek W. Loeser*
Derek W. Loeser

**CERTIFICATE OF SERVICE**

      I, Sarah Skaggs, hereby certify that on January 26, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                   /s/ *Sarah Skaggs*
                                                   Sarah Skaggs

RESPONSE TO APPELLANT FORTMAN'S      4      MDL NO. 2843
CERTIFICATION OF NOT ORDERING                                          CASE NO. 18-MD-02843-VC
TRANSCRIPTS