FILED

JUN 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN AKINS, et al.;<br><br>      Plaintiffs - Appellees,<br><br>SARAH FELDMAN and JILL MAHANEY,<br><br>      Objectors - Appellants,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>      Defendant - Appellee. | No. 23-3550<br><br>D.C. No. 3:18-md-02843-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| STEVEN AKINS, et al.;<br><br>      Plaintiffs - Appellees,<br><br>JONATHAN FORTMAN,<br><br>      Objector - Appellant,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>      Defendant - Appellee. | No. 23-3623<br>D.C. No. 3:18-md-02843-VC<br>Northern District of California,<br>San Francisco |

The stipulated motion (Docket Entry No. 32 in No. 23-3550) of appellant Jonathan Fortman and defendant-appellee Facebook, Inc. for voluntary dismissal of appeal No. 23-3623 is granted. Appeal No. 23-3623 is dismissed. Fed. R. App.

P. 42(b). Costs and fees will be allocated pursuant to the parties' stipulation. This order served on the district court acts as the mandate of this court in No. 23-3623 only.

Appeal No. 23-3550 will proceed. The answering briefs for all appellees are now due July 19, 2024. The optional reply brief is due within 21 days after service of the last-served answering brief.

FOR THE COURT:

MOLLY C. DWYER  
CLERK OF COURT