CASE #3:18-md-02843-VC (Date: 9/20/2024)

Tyler D. Johnson #1093884
South Central Correctional Ctr
255 West Hwy 32
Licking, Missouri 65542

FILED
SEP 30 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

IN RE FACEBOOK INC. CONSUMER | MDL. 2843
PRIVACY USER PROFILE litigation | CASE No. 18-md-02843-VC
SECURITY Breach Litigation | Notice of Appeal

Notice is Hereby given that Objector Tyler D. Johnson, Appeals to the United States Court of Appeals for the Ninth Circuit from the orders and Judgment entered on October 10th, 2023 granting Final Approval of the class Action settlement in the Above captioned Matter, and the final Judgment entered on such date, and the order awarding Attorneys' Fees, costs, and expenses (Doc# 1182, 1183, and 1184).

Respectfully Submitted,

x Tyler Darnell Johnson
S.C.C.C
255 West Hwy 32
Licking, Missouri 65542

Tyler D. Johnson #1093884 (2-A-209)
South Central Correctional Center
255 West Highway 32
Licking, Mo. 65542

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

LEGAL MAIL

SPRINGFIELD MO 658
23 SEP 2024 PM 3 L

RECEIVED
SEP 30 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— Class Action Clerk —
United States District Court
Northern District of California
450 Golden Gate Ave, Box 36060
San Francisco, California. 94102