| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 15 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

STEVEN AKINS; et al.,

        Plaintiffs - Appellees,

TYLER D. JOHNSON,

        Objector - Appellant,

  v.

META PLATFORMS, INC., FKA, Facebook, Inc.,

        Defendant - Appellee.

No. 24-6066

D.C. No. 3:18-md-02843-VC

Northern District of California, San Francisco

MANDATE

      The judgment of this Court, entered December 23, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT