# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] ORDER TO SUBMIT POST-DISTRIBUTION ACCOUNTING |

The Court orders Class Counsel to submit the Post-Distribution Accounting on or before November 18, 2025.

**IT IS SO ORDERED.**

Dated: May 22, 2025

VINCE CHHABRIA
United States District Judge