UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>*ALL CASES* | **ORDER DENYING MOTION TO INTERVENE**<br>Re: Dkt. No. 1222 |

The motion to intervene and certify a class is denied. Because Mr. Clarke did not opt out or attempt to opt out from the class action settlement by the deadline, he is bound by that settlement and therefore has no right to intervene now, almost two years after the opt-out deadline.

**IT IS SO ORDERED.**

Dated: May 29, 2025

VINCE CHHABRIA
United States District Judge