IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JEROME CLARKE, THIRD PARTY PLAINTIFF, CLASS PLAINTIFF(S), ET, AL. VS. FACEBOOK, INC., ET, AL., DEFENDANT(S). | MDL NO. 2843 CASE NO. 18-MD-02843-VC |

THIRD PARTY PLAINTIFF'S MEMORANDUM OF LAW IN TRAVERSE TO PLAINTIFFS' OPPOSITION TO COMPLAINT-REQUEST TO INTERVENE AS A THIRD-PARTY PLAINTIFF

COMES NOW, JEROME CLARKE, THIRD PARTY PLAINTIFF AND/OR INDIVIDUAL PLAINTIFF AND/OR PUTATIVE PLAINTIFF AND FILES HIS MEMORANDUM OF LAW IN TRAVERSE TO PLAINTIFFS' OPPOSITION TO COMPLAINT-REQUEST TO INTERVENE AS A THIRD PARTY PLAINTIFF DATED 13TH DAY OF MAY, 2025, INDICATING THERE'S NO STANDING ON THE PART ON INTERVENTION FOR JEROME CLARKE, THIRD PARTY PLAINTIFF TO BECOME

(1.)

## I. ARGUMENT IN SUPPORT OF MEMORANDUM

THIRD PARTY PLAINTIFF STATE THAT THE HEASSER(S) ON DISCLOSURES THE DEFENDANT(S) FACEBOOK INC; ET, AL, UPON APPROXIMATELY (5) FIVE TIMES BY ELECTRONICALLY ARRANGEMENT SOLD PLAINTIFF'S CONSUMER-CUSTOMER PRIVACY INFORMATION TO ANY AND ALL THIRD PARTY VENDORS ENTITY.

WITHOUT PLAINTIFF CONSUMER-CUSTOMER PRIVACY CONSENT DURING PLAINTIFF RESIDENCE IN THE U.S. OF AMERICA PERIOD YEARS OF 2007 THROUGH 2022 TO 2025 TO DATE IN CONJUNCTION WITH PLAINTIFF'S CONSUMER-CUSTOMER PRIVACY INFORMATION FACEBOOK ACCOUNT//EMAILS: GONNIC393@GMAIL.COM USERNAME MU'IDDONN-JE//gonnic393@yahoo.com USERNAME MU'iddonn Je.

THIRD PARTY PLAINTIFF, JEROME CLARKE, CONTENDS THAT RIPENESS INTENT HAS BEEN DEMONSTRATED BY A ALLEGED SPECIFIC PURSUED CONDUCT OF THE DEFENDANT(S) VIOLATION OF A CHALLENGED STATUTE IN TERMS OF THE FRAUDULENT ELECTRONICALLY ARRANGEMENT OF THE PLAINTIFF'S FACEBOOK ACCOUNTS

(2.)

SEE: TITLE 18 U.S.C.A. SEC. 1029-1030(C).

[I]T APPEARS THAT CLASS COUNSEL EXPRESSES THAT SUBJECTIVELY THIRD PARTY PLAINTIFF IS ABSOLUTELY IS A REPRESENTED CLASS MEMBER.

AND OPPOSELY EXPRESSES THAT THE THIRD PARTY PLAINTIFF DID NOT FILE AN FORMAL CLAIM FORM TO CLAIM BENEFITS UNDER THE SETTLEMENT AGREEMENT. AND CLASS COUNSEL NEVER ONCE EXPRESS OBJECTIVELY TO THIRD PARTY PLAINTIFF SUBMITTED INCORPORATED CLAIM FORM TO SETTLEMENT ADMINISTRATOR SEE: THIRD PARTY COMPLAINT & INCORPORATED CLAIM (VIA) CLERK OF COURT IN A CONSEAL MANNER.

(SAVE) THE THIRD PARTY PLAINTIFF'S STATUTORY U.S. of AMERICA DUE PROCESS OF THE LAW LIBERTY INTEREST RIGHTS; WHERETO THE CLASS COUNSEL NEVER ONCE GAVE ADEQUATE AND MEANINGFUL NOTICE TO THE THIRD PARTY PLAINTIFF OF THE COURTS' PRIOR NOR FINAL APPROVAL DEADLINES TO SUBMIT CLAIM FORMS; OPT-OUT DEADLINES; OBJECTION DEADLINES AND FOR ANY SUCH REASONS DEEM PROPER BY THE COURT.

(3.)

SEE: WADE V. KIRKLAND, 118 F.3d 667, 670 (9TH CIR. 1997); COTTERALL V. PAUL, 755 F.2D 777, 780 (11TH CIR. 1985).

IN PERTINENT PARTS: "IN SOME CASES INVOLVING CLAIMS THAT ARE "INHERENTLY TRANSITORY," THE COURTS HAVE PERMITTED NAMED PLAINTIFFS TO CONTINUE TO REPRESENT THE CLASS EVEN AFTER THEIR CLAIMS WERE MOOT."

SEE: CONSTITUTIONAL AND STATUTORY PROVISION INVOLVED AMENDMENT XIV TO THE UNITED STATES CONSTITUTION.

SEE: DEAN V. COUGHLIN, 107 F.3d AT 335; ARRANFO V. WARD, 103 F.3d AT 639 IN PERTINENT PARTS: "EVEN IF FUTURE CLASS MEMBERS ARE NOT INCLUDED IN THE CLASS DEFINITION, THOSE INDIVIDUALS WILL BENEFIT FROM ANY RELIEF THAT IS GRANTED WHEN THEY BECOME CLASS MEMBERS."

SEE: BREMILLER V. CLEVELAND PSYCHIATRIC INSTITUTE, 898 F. Supp. 572, 579 (N.D. OHIO 1995).

(4.)

See: Holland v. New Jersey Dep't of Corrections, 246 F.3d 267, (3d Cir. 2001) in pertinent part(s) "(".... [A] case is not moot, even if the [appellant's] primary injury is resolved, so long as the [appellant] continues to suffer some harm that a favorable court decision would remedy." citation omitted.")

Third Party lastly **contends** see: Sumitomo Copper Litigation v. Credit Lyonnais Rouse, Ltd., 262 F.3d 134, 139 (2d Cir. 2001), and unlike an intervention motion request pursuant to F.R.C.P. (R.24(B)); [a] F.R.C.P. (R.23(c) would be more untimely in the court's exercising [i]ts discretion to-do-so in this intermediate proceeding(s) and plaintiff as a Third Party request to intervene in the action.

## II.     Conclusion

Wherefore Third Party Plaintiff further request the court for intervention in the case intermediate or otherwise.

(5.)

RESPECTFULLY SUBMITTED
Jerome Clarke        THIS 23RD DAY OF May, 2025
JEROME CLARKE

### CERTIFICATE OF SERVICE

I, JEROME CLARKE, HEREBY CERTIFIES THAT I HAS THE UNDERSIGNATE SERVED A TRUE AND CORRECT COPY OF THE WITHIN AND FOREGOING MEMORANDUM OF LAW, PRIOR TO FILING THE SAME IN THE U.S. MAIL SYSTEM WITH ADEQUATE AND SUFFICIENT STAMP POSTAGES PROPERLY UPON:

RESPECTFULLY SUBMITTED ESQ.     ATTORNEY AT LAW
Jerome Clarke MR.                DEREK W. LOESER
JEROME CLARKE                    KELLER ROHRBACK L.L.P.
GDC# 84959                       1201 THIRD AVENUE, SUITE 3400
UMA R10-3B                       SEATTLE, WASHINGTON 98101;
CLAYTON TRANSITIONAL CENTER
POST OFFICE BOX 10158 ESQ.       ATTORNEY AT LAW
ATLANTA, GEORGIA                 FACE BOOKS, INC.
30324                            1650 ARCH STREET SUITE 2210
                                 PHILADELPHIA, PENNSYLVANIA
                                 19103

THIS 23RD DAY OF May, 2025

(6.)