Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' OPPOSITION TO THIRD PARTY PLAINTIFF'S MEMORANDUM OF LAW IN TRAVERSE TO PLAINTIFFS' OPPOSITION TO COMPLAINT-REQUEST TO INTERVENE AS A THIRD-PARTY PLAINTIFF**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Last month, Jerome Clarke filed a "Complaint-Request to Intervene as [a] Third Party Plaintiff." Compl.-Req. to Intervene as Third-Party Pl. at 1 (Dkt. No. 1222). After the deadline for a reply passed on May 26, *see* Fed. R. Civ. P. 6(d); Civil L.R. 7-3(c), the Court denied Mr. Clarke's motion, Order Denying Mot. to Intervene (Dkt. No. 1229).

Mr. Clarke has now filed a paper, postmarked May 28 and filed June 2, that is titled "Memorandum of Law in Traverse to Plaintiffs' Opposition to Complaint-Request to Intervene as a Third-Party Plaintiff" ("Clarke Mem.") (Dkt. No. 1230). This paper appears to seek the same relief as Mr. Clarke's earlier filing, so it is best construed as a motion for leave to file a motion for reconsideration under Local Civil Rule 7-9. Because that rule is not satisfied by even a liberal reading of Mr. Clarke's filing, the motion should be denied.

To the extent Mr. Clarke asserts that he has been denied due process because he did not receive actual notice of the settlement, *see* Clarke Mem. at 3, that is incorrect because the best practicable notice was directed to the class. *Schneider v. Chipotle Mex. Grill, Inc.*, 336 F.R.D. 588, 596 (N.D. Cal. 2020) (citing *Silber v. Mabon*, 18 F.3d 1449, 1454 (9th Cir. 1994)). Mr. Clarke also contends that his claims are not moot. *See* Clarke Mem. at 4–5. However, his motion to intervene was denied not on mootness grounds, but because it was untimely. This new filing does not alter that conclusion.

For these reasons, Mr. Clarke's filing, construed as a motion under Civil Local Rule 7-9, should be denied.

Dated: June 5, 2025                                      Respectfully submitted,

KELLER ROHRBACK L.L.P.                                   BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                              By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                          Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)         Anne K. Davis (SBN 267909)
Benjamin Gould (SBN 250630)                              Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3400                            1330 Broadway, Suite 630
Seattle, WA 98101                                        Oakland, California 94612

| | |
|---|---|
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |
| claufenberg@kellerrohrback.com | adavis@bfalaw.com |
| bgould@kellerrohrback.com | jsamra@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June, 2025, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## CERTIFICATE OF SERVICE

    I, Sarah Skaggs, hereby certify that on June 5, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

    In addition, on June 5, 2025, I caused the foregoing to be transmitted to Jerome Clarke via U.S. Mail (Priority Mail Express) at the following address (see Dkt. 1223):

Mr. Jerome Clarke, GDC #84959
Clayton Transitional Center
P.O. Box 16158
Atlanta, GA 30321

                                                             /s/ *Sarah Skaggs*
                                                             Sarah Skaggs