| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 1330 Broadway, Suite 630 |
| Seattle, WA 98101 | Oakland, CA 94612 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Class Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A IN SUPPORT OF JOINT STATUS REPORT REGARDING SETTLEMENT ADMINISTRATION AND DISTRIBUTION**<br><br>**CIVIL L.R. 7-11 and 79-5**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), Plaintiffs hereby submit this Administrative Motion to File Under Seal Exhibit A in Support of Joint Status Report Regarding Settlement Administration and Distribution for the following document:

|   | **Document** | **Portions Sought to be Sealed** |
|---|---|---|
| 1 | Exhibit A to the Class Counsel Declaration in Support of Joint Status Report Regarding Settlement Administration and Distribution | Entire document |

## I. LEGAL STANDARD

Although there is "a general right to inspect and copy public records and documents, including judicial records and documents," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978), the presumption of public access can be overcome where the sealing party "articulate[s] compelling reasons supported by specific factual findings . . . that outweigh . . . public policies favoring disclosure such as the public interest in understanding the judicial process." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (citations omitted). Courts "must 'conscientiously balance the competing interests' of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1179 (citing *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

## II. PLAINTIFFS MEET THE STANDARD FOR SEALING

The narrowly-tailored proposed redactions to the above-listed document protects material that describes the competitive and highly sensitive proprietary information regarding the bid responses from Plaintiffs' RFP process. The non-party vendors who submitted the bids maintain this information as confidential in the ordinary course of business and have not made this information otherwise available to the public at large or to their competitors, and thus have a reasonable expectation of privacy in this information. Much of this information is crucial to the non-party vendors' commercial success, and is the sort of "sensitive, non-public, confidential, and proprietary business information" that courts routinely seal under the compelling reasons standard.

Sealing the above-listed document "will not interfere with the public's ability to understand the judicial process." *Ojmar US, LLC v. Sec. People, Inc.*, No. 16-cv04948-HSG, 2016 WL 6091543, at *2 (N.D. Cal. Oct. 19, 2016) (sealing the portions of the FAC concerning "[d]efendants' products, services, and business practices").

### III. CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court grant this administrative motion to seal.

Dated: August 14, 2025                                              Respectfully submitted,

**KELLER ROHRBACK L.L.P.**                              **BLEICHMAR FONTI & AULD LLP**

By:   */s/ Derek W. Loeser*                                   By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                                    Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)          Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)   Anne K. Davis (SBN 267909)
Benjamin Gould (SBN 250630)                        Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3400                      1330 Broadway, Suite 630
Seattle, WA 98101                                  Oakland, CA 94612
Tel.: (206) 623-1900                               Tel.: (415) 445-4003
Fax: (206) 623-3384                                Fax: (415) 445-4020
dloeser@kellerrohrback.com                         lweaver@bfalaw.com
claufenberg@kellerrohrback.com                     adavis@bfalaw.com
bgould@kellerrohrback.com                          jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Class Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August, 2025, at Oakland, California.

By: */s/ Lesley E. Weaver*
Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on August 14, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Facebook, Inc. via electronic mail.

*/s/ Lesley E. Weaver*
Lesley E. Weaver
