UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A IN SUPPORT OF JOINT STATUS REPORT REGARDING SETTLEMENT ADMINISTRATION AND DISTRIBUTION**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

# [proposed] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibit A in Support of Joint Status Report Regarding Settlement Administration and Distribution. Having considered Plaintiffs' Administrative Motion, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

|   | **Document** | **Portions Sought to be Sealed** | **Basis for Sealing** | **Ruling** |
|---|---|---|---|---|
| 1 | Exhibit A to the Class Counsel Declaration in Support of Joint Status Report Regarding Settlement Administration and Distribution | Entire document | Contains highly confidential and proprietary information regarding the bid responses from non-party vendors | |

**IT IS SO ORDERED.**

Date: _____

                                                                                    Hon. Vince Chhabria
                                                                                    United States District Judge