Lesley E. Weaver (SBN 191305)
STRANCH, JENNINGS & GARVEY, PLLC
1111 Broadway, Suite 03-130
Oakland, CA 94607
Tel.: (341) 217-0550
lweaver@stranchlaw.com

*Plaintiffs' Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lesley E. Weaver, Anne K. Davis, and Joshua D. Samra, counsel for Plaintiffs and the Class in the above-captioned matter, are no longer affiliated with Bleichmar Fonti & Auld LLP. Ms. Weaver, Ms. Davis, and Mr. Samra are now affiliated with the law firm of Stranch, Jennings & Garvey, PLLC. They will continue to represent Plaintiffs and the Class. Their new contact information is as follows:

Lesley E. Weaver, Esq.
Anne K. Davis, Esq.
Joshua D. Samra, Esq.
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 03-130
Oakland, CA 94607
Tel. (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Dated: January 20, 2026

Respectfully submitted,

STRANCH, JENNINGS & GARVEY, PLLC

By:  /s/ Lesley E. Weaver
     Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1111 Broadway, Suite 03-130
Oakland, CA 94607
Tel.: (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

*Plaintiffs' Class Counsel*