UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. PETE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGEION GROUP LLC,<br><br>    Defendant. | Case No. 4:26-cv-01211-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *In re Facebook, Inc., Consumer Privacy User Profile Litigation*, 18-md-02843-VC.

**IT IS SO ORDERED.**

Dated: February 12, 2026

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge