**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
600 Montgomery Street
Suite 2300
San Francisco, CA  94111
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

J. Gordon Cooney, Jr.
(*Pro Hac Vice Forthcoming*)
gordon.cooney@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-2921
Tel:    +1.215.963.5000
Fax:    +1.215.963.5001

Attorneys for ANGEION GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | Case No. 3:18-md-02843-VC <br><br> **DECLARATION OF DEREK BURROWS OF ANGEION GROUP, LLC REGARDING CLAIM OF CLASS MEMBER DAVID R. PETE** <br><br> Judge:  Hon. Vince Chhabria |

**DECLARATION OF DEREK BURROWS OF ANGEION GROUP, LLC REGARDING
CLAIM OF CLASS MEMBER DAVID R. PETE**

I, DEREK BURROWS, declare the following:

1.    I am the Chief Operating Officer of the class action notice and administration firm Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am fully familiar with the facts contained herein based upon my personal knowledge, as

DECLARATION OF DEREK BURROWS - CASE NO. 3:18-MD-02843-VC

well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2.    Angeion hereby submits this declaration to provide the Court with details regarding the claim submission of David R. Pete in the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-md-02843-VC (the "Facebook Settlement").

3.    On July 11, 2023, Mr. Pete submitted a claim form in the Facebook Settlement seeking recovery as a claimant with a current Facebook account. However, Mr. Pete's claim form did not provide adequate information regarding the start date for his Facebook account to approve the claim and calculate the settlement payment due.

4.    On September 23, 2024, and as part of the routine claims administration process in the Facebook Settlement, Angeion sent a notice to Mr. Pete via email to dpetedavidpete@yahoo.com requesting the start date for his Facebook account. A true and accurate copy of this notice is attached as Exhibit A. Mr. Pete responded to this notice, providing the start date for his account as requested.  Based on the information Mr. Pete provided concerning the start date for his Facebook account, Angeion then calculated Mr. Pete's payment amount pursuant to the Plan of Allocation (ECF No. 1096-3).

5.    The claim form allowed Mr. Pete to select his form of payment. He selected the E-Mastercard. On September 11, 2025, and October 8, 2025, Mr. Pete was provided notice via email to dpetedavidpete@yahoo.com alerting him of his upcoming payment in the settlement. True and accurate copies of these notices are attached as Exhibits B and C.

6.    On October 14, 2025, payment in the amount of $6.93 was issued via E-Mastercard in accordance with Mr. Pete's claim form selection and was sent to the email address that Mr. Pete provided on his claim form (dpetedavidpete@yahoo.com).

7.    All authorized claimants who have not activated their issued E-Mastercards have been sent a number of notices reminding them to do so. Mr. Pete's issued payment will void as unsuccessfully delivered if it is not activated by March 10, 2026. Said funds will remain in the fund for redistribution in accordance with the Plan of Allocation.

DECLARATION OF DEREK BURROWS – CASE NO. 3:18-MD-02843-VC

8.      Mr. Pete's claim was processed and approved using the information that he provided in his claim submission and in response to the deficiency inquiry requesting his account start date.  Multiple communications have been sent to Mr. Pete notifying him of his issued payment and advising him of how he can activate the issued E-Mastercard.  As of Monday, March 9, 2026, Mr. Pete has not activated his E-Mastercard.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2026

_____
DEREK BURROWS

DECLARATION OF DEREK BURROWS – CASE NO. 3:18-MD-02843-VC

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from the other signatory.

By:   */s/ Brian C. Rocca*

Brian C. Rocca