# EXHIBIT A

**From:** Facebook Consumer Privacy Settlement Administrator <donotreply@facebookuserprivacysettlement.com>

**Sent:** Monday, September 23, 2024 06:52 PM EST

**To:** DAVID PETE <dpetedavidpete@yahoo.com>

**Subject:** Facebook User Privacy Settlement – Request for Additional Claim Information

**Claim ID:FBCA50015944644**

**Confirmation Code: 8m27794aMTC4**

<u>**REQUEST FOR ADDITIONAL INFORMATION**</u>

Dear DAVID PETE:

You previously submitted a claim form in the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*.

In order to fully evaluate your claim, please provide the estimated date that you created your claimed Facebook Account by visiting the Settlement Website at https://facebookuserprivacysettlement.com/#submit-claim. Once there, log in using the Claim ID and Confirmation Code at the top of this letter, then follow the steps provided. **Responses must be received within 30 days of the date of this notice**.

If you do not provide the estimated date you created your claimed Facebook Account, and your claim is ultimately otherwise validated, you will be issued a default payment.

Sincerely,
Facebook Consumer Privacy Settlement Administrator

Unsubscribe