# EXHIBIT B

**From:** Facebook User Privacy Settlement Administrator <donotreply@facebookuserprivacysettlement.com>

**Sent:** Thursday, September 11, 2025 01:16 PM EST

**To:** DAVID PETE <dpetedavidpete@yahoo.com>

**Subject:** Facebook User Privacy Settlement – Settlement and Distribution Status Update

**Claim ID: FBCA50015944644**

### SETTLEMENT AND DISTRIBUTION STATUS UPDATE

Dear DAVID PETE:

Your Claim Form submitted in the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* is approved. The distribution of settlement benefits will commence in September, and payments will be sent in batches over the following 10 weeks. You will receive an additional email notice approximately 3-4 days before your settlement payment is issued. Please continue to check your email during this time period.

For more information regarding your settlement payment please visit the settlement website: www.FacebookUserPrivacySettlement.com.

We thank you in advance for your patience.

Sincerely,
Facebook User Privacy Settlement Administrator

Unsubscribe