# EXHIBIT C

**From:** Facebook User Privacy Settlement Administrator <donotreply@facebookuserprivacysettlement.com>
**Sent:** Wednesday, October 8, 2025 05:17 PM EST
**To:** DAVID PETE <dpetedavidpete@yahoo.com>
**Subject:** Facebook User Privacy Settlement – Notice of Upcoming Settlement Payment

**Claim ID: FBCA50015944644**

## NOTICE OF SETTLEMENT PAYMENT

Dear DAVID PETE:

Your Claim Form submitted in the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* is approved. Your settlement payment will be issued in the next 3-4 business days. The payment method you selected to receive your settlement payment was E-MasterCard.

If you have not received this payment in 30 days please reach out to info@facebookuserprivacysettlement.com.

For more information regarding your settlement payment please visit the settlement website:  www.FacebookUserPrivacySettlement.com.

Sincerely,
Facebook User Privacy Settlement Administrator