**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:18-MD-02843-VC<br><br>**SECOND INTERIM POST-DISTRIBUTION ACCOUNTING REPORT** |

Pursuant to the United States District Court Northern District of California's Procedural Guidance for Class Action Settlements, Angeion Group, LLC submits the following Second Interim Post-Distribution Accounting Report:

| SETTLEMENT DETAILS | |
|---|---|
| Total Settlement Fund | $793,539,286.60[1] |
| Total Number of Class Members | 250 million (estimated) |

| NOTICE DETAILS | |
|---|---|
| Methods of Notice | In-App Notice (performed by Meta), Media/Publication Notice |
| Total Number of Class Members | 250 million (estimated) |
| Display Advertising (Banner Ads) & Social Media Impressions Served | 768.1 million |
| In-App Notice Views | 164.7 million |

| CLAIM FORM SUBMISSIONS, EXCLUSIONS AND OBJECTIONS | |
|---|---|
| Total Number of Claim Forms Submitted | 28,651,916 |
| Total Number of Validated Claim Forms Submitted | 19,046,536 |
| Percentage of Validated Claim Forms Submitted (as a percentage of estimated total number of class members) | 7.6% (estimated) |
| Total Number of Opt-Outs Submitted | 16,054[2] |
| Percentage of Opt-Outs | 0.006% (estimated) |
| Total Number of Objections Submitted | 90 |
| Percentage of Objections | 0.00004% (estimated) |

[1] This amount includes the original settlement fund amount of $725,000,000.00 plus an additional $319,600.58 provided by Meta on November 3, 2023, for accrued interest, *see* ECF Nos. 1186, 1187, as well as $68,219,686.02 in interest accrued through April 1, 2026, which accrued through investments in treasury bills while the settlement was on appeal.

[2] *See* ECF No.1161-2, in which Angeion previously reported receiving 20,212 unique exclusion requests. This total included 3,942 exclusion requests submitted from Class Members who also submitted a Claim Form. Those Class Members were given the opportunity to select which submission was intended (the Claim Form or the exclusion request). If no response was provided, the exclusion request was withdrawn, and the Claim Form was accepted. A final audit of the exclusion list was also performed to remove any obviously fraudulent exclusion requests, *e.g.,* those submitted with fictitious names. As a result, the final total of unique exclusion requests was 16,054.

| SETTLEMENT FUND DISBURSEMENT DETAILS[3] | |
|---|---|
| Method(s) of Payment to Class Members | Physical Checks and Digital Payments |
| Total Number of Payments Issued to Class Members (Checks and Digital Payments) | 18,874,284[4] |
| Total Number of Payments Issued to Class Members (Checks Only)[5] | 1,193,237 |
| Total Number of Payments Issued to Class Members (Digital Payments Only)[6] | 17,681,047 |
| PayPal | 4,125,815 |
| Venmo | 3,753,667 |
| Zelle | 3,044,959 |
| ACH transfer | 1,358,016 |
| Virtual Pre-paid Mastercard | 5,398,590 |
| Total Amount Attempted to Be Distributed to Class Members | $556,098,172.00 |
| Total Amount Successfully Distributed to Class Members | $466,034,641.04 |
| Total Number of Checks Cashed | 982,579 |
| Total Number of Digital Payments Successfully Cashed[7] | 14,671,339 |
| PayPal | 3,890,005 (94.2% success rate) |
| Venmo | 3,675,392 (97.9% success rate) |
| Zelle | 2,567,334 (84.3% success rate) |
| ACH transfer | 1,088,958 (80.1% success rate) |

[3] Represents final payment details and statuses.

[4] The interim report stated that 18,880,645 payments were to be issued. During the course of the distribution, 6,361 of these records were later recategorized as either being ineligible to receive payment due to regulatory or geographic restrictions, or lacking sufficient payment information to complete issuance. Angeion conducted targeted outreach to these individuals to obtain corrected or additional payment information.  While a portion of recipients responded, enabling successful issuance, the remaining individuals did not provide the necessary information, resulting in the noted population for whom payments could not be issued.

[5] This represents the number of payments initially issued as a check. 1,192 payments that were issued digitally initially were later reissued as a check.

[6] This represents the initial payment method attempted to each eligible Class Member.

[7] This represents any updated payment method selected during the "second chance" process described below. The success rate incorporates payment methods that were changed during the "second chance" process.

| | |
|---|---|
| Virtual Pre-paid MasterCard | 3,449,650 (63.9% activation rate)[8] |
| Total Value of Checks Cashed | $29,565,506.09 |
| Total Number of Checks Not Cashed | 211,850 |
| **SETTLEMENT FUND DISBURSEMENT DETAILS** | |
| Total Number of Digital Payments Expired | 3,008,516 |
| PayPal/Venmo/Zelle/ACH transfer[9] | 991,585 |
| Virtual Pre-paid MasterCard | 2,016,931 |
| Total Value of Checks Not Cashed | $5,549,964.98 |
| Total Value of Digital Payments Expired[10] | $84,513,565.98 |
| PayPal/Venmo/Zelle/ACH transfer | $26,902,208.18 |
| Virtual Pre-paid MasterCard | $57,611,357.80 |
| Average Recovery Per Claimant | $29.43 |
| Median Recovery Per Claimant | $32.45 |
| Smallest Payment Amount | $4.89 |
| Largest Payment Amount | $38.37 |
| Total Amount of Service Awards for the (8) Settlement Class Representatives | $120,000.00 |
| Total Amount Available to Distribute to Cy Pres Recipients or Second Distribution | $100,534,391.69 |
| Total Settlement Administration Costs | $9,259,959.00 |
| Total Settlement Administration Expert Costs related to Auditing | $187,459.00 |
| Total Settlement Administration Expert Costs related to Accounting | $37,548.00 |
| Total Lodestar | $91,234,005.50 |
| Multiplier | 1.99 |
| Total Attorneys' Fees Awarded Pre-Interest[11] | $181,250,000.00 |
| Total Interest Earned for Attorneys' Fee Award | $13,010,846.26 |
| Total Attorneys' Costs Awarded & Paid (excluding Expert Costs Relating to Litigation) | $3,701,550.97 |

---

[8] The activation rate represents the percentage of virtual pre-paid Mastercards that have been activated. Approximately 95.6% of the 5,398,590 emails providing the virtual pre-paid Mastercards were successfully delivered to Class Members.

[9] Digital payment methods are combined due to numerous payment method changes permitted throughout initial and second chance payment processes. This applies to the associated value of ultimately unsuccessful digital payments as well.

[10] This amount includes the amounts issued via virtual pre-paid Mastercards that were not activated by Class Members. Multiple rounds of reminder emails were attempted to these individuals during the course of the administration.

[11] This is the amount awarded by the Court plus interest earned.

| SETTLEMENT FUND DISBURSEMENT DETAILS | |
|---|---|
| Total Expert Costs Relating to Litigation Awarded & Paid | $400,057.12 |
| Total Attorneys' Fees Held in Fund Pending Post Distribution Report | $19,473,000.00 |
| Percentage of Attorneys' Fees of the Settlement Fund Pre-Interest | 25% |
| Description of Fraud Encountered | Angeion's fraud analysis of the claims submitted identified that 8,309,626 Claim Forms submitted had multiple indicators of fraud, including as set forth in ECF. No. 1161 ¶ 10. These claimants were sent a denial notice with an opportunity to appeal the denial. The 47,152 claimants that submitted a valid appeal had their respective claims approved. The 8,265,474 claimants that did not submit a valid appeal had the denial of their respective claims upheld. |

## INITIAL DISTRIBUTION SUMMARY & ANALYSIS

On September 15, 2025, Angeion commenced issuing payments to all eligible Class Members. The final batch of initial payments was issued on November 17, 2025. The final batch of unclaimed initial payments voided on April 18, 2026. Angeion has completed its efforts to reissue payment where initial delivery was unsuccessful, which included providing Class Members whose digital payment attempts failed with an opportunity to select an alternative form of payment as well as reissuing check payments where possible.

In total, 15,653,918 payments (approx. 83% of payments issued), totaling $466,034,641.04 (approx. 84% of issued funds), were successfully disbursed to eligible Class Members, with $100,534,391.69 remaining in the Settlement Fund.

The initial distribution program was executed at significant scale and complexity, encompassing approximately 18.8 million individual payments to class members. To accommodate both the volume

of transactions and the diversity of payment preferences, distributions were issued across multiple channels, including paper checks, PayPal, Venmo, Zelle, ACH transfers, and virtual prepaid Mastercards. The program also included international distributions, requiring coordination across varying payment infrastructures and regulatory environments.

To ensure operational control and system stability, distributions were structured and deployed in coordinated waves over a ten-week period. Separate waves were organized by payment type—including checks, digital wallet/ACH payments, and virtual Mastercards—allowing for targeted processing, monitoring, and issue resolution. This phased approach enabled the administrator to manage the distributions effectively while maintaining accuracy and responsiveness.

The initial distribution process also incorporated robust remediation processes to maximize successful payment completion. This included check reissuances, reprocessing of failed digital payments, and "second chance" payment opportunities for claimants whose initially selected payment methods were unsuccessful. These efforts were designed to reduce failed disbursements and ensure that eligible class members had multiple opportunities to receive their payments.

A comprehensive communications strategy supported the distribution effort. Class members received advance notice of upcoming distributions, confirmations when payments were issued, and targeted reminders, including for the activation of virtual Mastercards. In parallel, the administrator managed a high volume of engagement, responding to over 450,000 emails from class members. This integrated communications and support framework was critical to facilitating payment completion, promptly addressing any issues that were encountered, and maintaining transparency throughout the distribution process.

## SECOND DISTRIBUTION ANALYSIS

As indicated above, there is currently $100,534,391.69remaining in the Settlement Fund. The Parties and Angeion have consulted and confirmed that it is feasible to conduct a second distribution of remaining funds to eligible Class Members to whom a successful payment was made in the initial distribution. Pursuant to the Parties' proposed plan of allocation outlined below, Angeion estimates the

cost to distribute a second round of payments will be $'5,921.996.00, resulting in $94,612,395.69in residual funds available to be distributed.

Pursuant to the Plan of Allocation, as it is administratively and economically feasible to distribute the remaining funds to eligible Class Members, Class Counsel, in consultation with the Settlement Administrator, will propose an equitable method for the second distribution process for the Court's consideration. *See* ECF No. 1096-3 at 5. The proposed second distribution process will provide for issuing a second round of payments to eligible Class Members whose initial payment was successfully delivered or cashed. Payment amounts would be calculated *pro rata* based on allocation points, with a proposed minimum payment amount consistent with the Plan of Allocation. *See id.* at 4. The chart below provides the estimated payment details applying this proposed plan of allocation.

| ESTIMATED SECOND PAYMENT DETAILS | |
|---|---|
| Residual Funds | $100,534,391.69 |
| Estimated Second Distribution Admin. Costs | $5,921,996.00 |
| Net Settlement Fund Available for Payments | $94612,395.69 |
| Total Number of Second Distribution Payments | 15,653,918 |
| Average Payment Amount | $6.04 |
| Median Payment Amount | $6.19 |
| Smallest Payment Amount | $4.67 |
| Largest Payment Amount | $7.32 |

Angeion is prepared to disburse a second round of payments in accordance with the plan outlined above or as otherwise directed by this Court.

**FINAL POST-DISTRIBUTION ACCOUNTING REPORT**

If the proposed second distribution is approved by the Court, Angeion will provide a Final Post-Distribution Accounting Report once all second distribution payments and subsequent reissued payments have been voided, which the Parties anticipate will be within eight (8) months of any Court Order approving the second distribution, and the Parties will provide an update to the Court if a continuation of that deadline is required. The Final Post-Distribution Accounting Report will also address whether funds still remain after the second distribution process and, if so, the Parties'

anticipated proposal for the treatment of the remaining funds, in accordance with the Plan of Allocation.

*See* ECF No. 1096-3 at 5.

Dated: April 30, 2026

Respectfully submitted,

Angeion Group, LLC