FILED

JUN 22 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of The Court
US District Court Northern District of California

In RE: Facebook, Inc. Consumer Privacy User Profile Litigation

(3:18-md-02843-VC)

I am a class member of this lititgation along with my roommate George M. Silva, the following emails were sent by the Claims administrator. To date we both have not received one cent from the Settlement even though the Claims administrator is claiming that we did and they have indicated that we got the internet card and spent the money. This is totally False. This claims administrator has done this to numerous class members as we have noticed on google that this is a ongoing problem with the distribution of the settlement.

Please look at the following messages we received, the first one is to George M. Silva

They also stated that the email for the card was gsilvausmc@gmail.com which is George's correct email address. George has not received on cent or any email besides another email claiming that they were putting more money on a card George never received.

The following email was received by George:

FBCA50005926406 -

The card was issued 9/22 and activated by same recipient name on 10/01/25 for $26.73. All funds were redeemed on 10/2, and reload was successful yesterday for $5.09.

Customer Name: George Silva

The following is the email they sent to me: My email is beautifulwmn@yahoo.com

FBCA50005857133 -

The card was issued on 09/22/2025 and activated by same recipient name on 10/01/25 for $4.89. Funds were used in total on 10/02, and reload was successful yesterday for $4.67

Customer Name: Muneerah Crawford.

Now we do not know what to do since the law firm has not addressed this problem and they do not want

to talk about it. Our only other option is to contact the court to report this to the Judge on the case. I am unaware of who that is. Can you please forward this letter to the Judges Clerk on this case. I think an investigation is warranted to find out what is going on with the settlement distribution. The class cannot contact the settlement people because their phone number does not go to a live person. The only reason that we were able to get these emails is that the lawyer contacted someone because they have direct access to the settlement people who are located in Portland Oregon. They do not respond to emails or call at all. In their email they state that we should call a number that is not answered so it goes in a circle.

Thanks

Muneerah Crawford

777 Shell Blvd apt 103

Foster City CA. 94404

650-661-1530

M. Crawford
777 Shell Blvd Apt 103
Foster City CA 94404



Retail

U.S. POSTAGE PAID
FCM LG ENV
FOSTER CITY, CA 94404
JUN 18, 2026

UNITED STATES
POSTAL SERVICE®

94102

RDC 99

$1.63

S2324M503903-7

Clerk of the Court
US District Court
Northern District of California
Phillip Federal BLDG & US States Courthouse
450 Golden Gate Ave, 16th Floor
San Francisco CA 94102-3489

RECEIVED

JUN 22 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

